**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Michael Morgason

v. Case Number: 4:25−cv−03625

The Lincoln National Life Insurance
Company

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/7/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: November 6, 2025

Nathan Ochsner, Clerk