# LTD CLAIM PROFILE

**Date:** 8/28/2025 **LFG** **Claim #:** 1210046281

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 5/6/2021 | **Location:** | HOME |
| **Policy:** | 00001025317200000 - | **Status:** | CLOSED | **User ID:** | AM0ST5 |
| | Texarkana Independent School District | **Business:** | TRUE LTD | | |
| **Close Date:** | 5/27/2025 **Close Reason:** Not TD Any Occ | | | | |

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | MICHAEL R MORGASON | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 2/3/2014 |
| **Address:** | | **Ins Eff:** | 9/1/2019 | **Class:** | 1 |
| | USA | **Occ:** | MAINTENANCE WORKER, MDOT IPAL (g899684046ser.) | | |
| | | **Salary:** | $3,407.73 | **Period:** | Monthly |

**Claim Information**

**Special Provisions:** **Min Ben:** $100.00

**Ben:** 60% / 0% **A/S:** 0% **Age:** 50 **Elim Per:** 180 day

**DLW:** 11/19/2020 **DOD:** 11/20/2020 **S/A:** S **W/R:** N **M/N:** N **D/A:** N **ADL:** **Ben Amt:** $2,044.64

**Max Duration:** RBD **Res ID:** NONE

**Diagnosis Pri:** G63 Polyneuropathy in diseases classified el **Limits:**

**Sec:** M18.11 Unilateral primary osteoarthritis of fir **Prognosis:**

**Recovery Date:** 7/31/2035

**Benefit Information**

| | | | | | |
|---|---|---|---|---|---|
| **Date Ben Begin:** | 5/19/2021 | **Months Paid:** | 36 | **Actual Age:** | 50 |
| **Modal:** | $2,044.64 | **Reins:** | $0.00 | **Reserve:** | $0.00 |

**Policy Information**

| | | | | | |
|---|---|---|---|---|---|
| **M/N Limits:** | Y **Drug Limits:** Y | **Pension Sup:** | N | **Own Occ:** | 36 Mos |
| **SS Offset:** | Primary & Family | **Prex:** | 3/12 | | |
| **COLA:** | NONE | | | | |

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| PIB | NOT QUALIFY | 5/19/2021 | | $340.77 | |
| Fam Care | NOT QUALIFY | 5/19/2021 | 5/19/2022 | $250.00 | |
| STD | TERMINATED | 11/20/2020 | 5/21/2021 | $524.00 | $1,944.64 |
| SS EMP | NOT QUALIFY | | | | |

**Dependent Information**

| Type | DOB | Name |
|---|---|---|
| Spouse | 6/19/1981 | KRISTIN MORGASON |
| Child | 11/4/1996 | TAYLOR MORGASON |

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|



EXHIBIT

3, part 1

**LTD CLAIM PROFILE**

**Date:** 8/28/2025 **LFG** **Claim #:** 1210046281

| | | | | |
|---|---|---|---|---|
| T | W | SPECIAL CONDITIONS LIMITATION | 5/11/2021 | 5/13/2021 |
| T | W | REHAB PROFILE | 5/6/2021 | 2/23/2024 |

**Action Plan**

## Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | MICHAEL MORGASON | | | **Occupation:** | MAINTENANCE WORKER, MUNICIPAL (government ser.) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 5/6/2021 | **Months Dis:** | 58 |
| **Claim #:** | 1210046281 | **DOD:** | 11/20/2020 | **Ben:** | $2,044.64 | **Months Pd:** | 36 |
| **Coverage:** | LTD | **Status:** | EXTENDED | | | **Assignee:** | LAW |
| **Policy Holder:** | Texarkana Independent School District | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 9/30/2025 | Documents/Mail | 210 | Free Form Letter | Completed | AM0ST5 |
| | Free Form Letter | | | | |
| 9/23/2025 | Documents/Mail | 209 | Medical Records | Completed | AM0ST5 |
| | 2025-08-28-06.44.08.951000O01 | | | | |
| 9/23/2025 | Documents/Mail | 208 | Claim Form - Authorization | Completed | AM0ST5 |
| | 2025-08-28-06.44.08.921000O01 | | | | |
| 9/23/2025 | Documents/Mail | 207 | Appeal Notice | Completed | AM0ST5 |
| | 2025-08-28-06.44.08.899000O01 | | | | |
| 9/23/2025 | Documents/Mail | 206 | Fax | Completed | AM0ST5 |
| | 2025-08-28-06.44.08.866000O01 | | | | |
| 8/28/2025 12:54:20 PM | Status | | | REOPENED | CXGEARY |
| 8/28/2025 10:04:06 AM | Documents/Mail | 209 | Medical Records | Received | AM0ST5 |
| | 2025-08-28-06.44.08.951000O01 | | | | |
| 8/28/2025 10:04:05 AM | Documents/Mail | 208 | Claim Form - Authorization | Received | AM0ST5 |
| | 2025-08-28-06.44.08.921000O01 | | | | |
| 8/28/2025 10:04:05 AM | Documents/Mail | 207 | Appeal Notice | Received | AM0ST5 |
| | 2025-08-28-06.44.08.899000O01 | | | | |
| 8/28/2025 10:04:03 AM | Documents/Mail | 206 | Fax | Received | AM0ST5 |
| | 2025-08-28-06.44.08.866000O01 | | | | |
| 8/28/2025 | Claim Tasks | 27 | Paper File | Completed | ABUSU6 |

Please prepare a full file copy. As a reminder the file copy should include the following information, in this order.

1. Claim Profile
2. Chronological Activity List
3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

Please save the following file(s) in the Legal Requests folder:

LTD 1210046281
STD 1200120731

- DMQMA5 - Aug 27, 2025 12:09:59 pm

File/s have been extracted, completed, and placed in the Legal File Copies Folder. - ABUSU6 - Aug 28, 2025 09:37:25 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/27/2025 12:08:55 PM | Claim Tasks | 27 | Paper File | Requested | ABUSU6 |

Please prepare a full file copy. As a reminder the file copy should include the following information, in this order.

1. Claim Profile
2. Chronological Activity List
3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

Please save the following file(s) in the Legal Requests folder:

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | LTD 1210046281<br>STD 1200120731<br><br>- DMQMA5 - Aug 27, 2025 12:09:59 pm<br><br>File/s have been extracted, completed, and placed in the Legal File Copies Folder. - ABUSU6 - Aug 28, 2025 09:37:25 am | | | | |
| 6/25/2025 | Documents/Mail<br>2025-06-23-13.42.45.034320O01 | 205 | Email | Completed | AM0ST5 |
| 6/25/2025 | Documents/Mail<br>2025-06-23-08.57.51.318320O01 | 204 | Medical Records | Completed | AM0ST5 |
| 6/25/2025 | Documents/Mail<br>2025-06-23-08.57.51.308320O01 | 203 | Email | Completed | AM0ST5 |
| 6/24/2025 1:07:13 PM | Documents/Mail<br>2025-06-23-13.42.45.034320O01 | 205 | Email | Received | AM0ST5 |
| 6/23/2025 1:17:34 PM | Documents/Mail<br>2025-06-23-08.57.51.318320O01 | 204 | Medical Records | Received | AM0ST5 |
| 6/23/2025 1:17:34 PM | Documents/Mail<br>2025-06-23-08.57.51.308320O01 | 203 | Email | Received | AM0ST5 |
| 6/23/2025 | Claim Tasks | 26 | File scan request | Completed | JXBOOTH |
| | Please prepare a file copy FOR ATTORNEY. Include claim number LTD 1210046281. As a reminder the file copy should include all documents w ithin the administrative claim file including policy and or the certificate that w as effective on the date of disability, all AWD or paper documents, activity lists phone notes etc . Please send everything w ithin the file starting w ith the date of the last FC w hich w as 08/26/2024. So FC request for 08/26/2024 to present date.<br><br>Thank you.<br><br>Please email to imari@marcw hitehead.com and melissa@marcw hitehead.com - AM0ST5 - Jun 18, 2025 08:48:10 am<br>Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:<br><br>M MORGASON 1210046281 6-20-25<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.<br><br>** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.** - MIXRO8 - Jun 20, 2025 06:37:02 am<br><br>File is ready to be sent. - JXBOOTH - Jun 20, 2025 10:01:32 am<br>Email of file copy has been sent securely to requestor and CE - MIXRO8 - Jun 23, 2025 06:52:53 am | | | | |
| 6/18/2025 8:47:39 AM | Claim Tasks | 26 | File scan request | Requested | JXBOOTH |
| | Please prepare a file copy FOR ATTORNEY. Include claim number LTD 1210046281. As a reminder the file copy should include all documents w ithin the administrative claim file including policy and or the certificate that w as effective on the date of disability, all AWD or paper documents, activity lists phone notes etc . Please send everything w ithin the file starting w ith the date of the last FC w hich w as 08/26/2024. So FC request for 08/26/2024 to present date.<br><br>Thank you.<br><br>Please email to imari@marcw hitehead.com and melissa@marcw hitehead.com - AM0ST5 - Jun 18, 2025 08:48:10 am<br>Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:<br><br>M MORGASON 1210046281 6-20-25<br><br>Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.

** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.** - MIXRO8 - Jun 20, 2025 06:37:02 am

File is ready to be sent. - JXBOOTH - Jun 20, 2025 10:01:32 am
Email of file copy has been sent securely to requestor and CE - MIXRO8 - Jun 23, 2025 06:52:53 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/18/2025 | Documents/Mail | 202 | Incoming Correspondence | Completed | AM0ST5 |
| | 2025-06-13-12.58.45.810020O01 | | | | |
| 6/16/2025 1:13:03 PM | Documents/Mail | 202 | Incoming Correspondence | Received | AM0ST5 |
| | 2025-06-13-12.58.45.810020O01 | | | | |
| 5/27/2025 2:21:16 PM | Status | | Not TD Any Occ | CLOSED | AM0ST5 |
| 5/27/2025 | Summary/Assessment/Pa9h | | 2nd LEVEL LTD AO UPHOLD RATIONALE. - AM0ST5 - May 27, | Completed | AM0ST5 |

Summary Notes
2nd LEVEL LTD AO UPHOLD RATIONALE. - AM0ST5 - May 27, 2025 02:20:48 pm
Assessment Notes

Path Notes
2nd LEVEL LTD AO UPHOLD RATIONALE.

Claimant is a 54 year old maintenance w orker w ho stopped w orking on due 11/20/2020 to polyneuropathy and osteoarthritis. It w as previously determined that he met the policy definition of disability to his COD of 05/19/2024. a PEER w as done at claims level and first level of appeal. R&L's w ere supported how ever gainful occs w ere found.

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

01/03/2024 revised 01/19/2024
"Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions."

TSA- found gainful
DOT Code Occupation Str Monthly Wage
713.687-026 Lens Inserter S $2,957.07
559.687-010 Ampoule Examiner S $3,659.07

1st Level Appeal Decision

Reason/Date of denial: Not TDAO DATE 07/10/2024
Type of Medical Review , Name, & Specialty: PEER

06/12/2024 Sameer Jain Neurology and pain management
"The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, low er extremity w eakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts w ithin the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine show ing significant degeneration of the spine. The claimant underw ent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction w ith resorbable plating on 4/10/24. He w as placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery show ed significant improvement in his symptoms, he w as able to perform daily w alking, and there w as resolution of his numbness. Nonetheless, restrictions are w arranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist, BUE; Unrestricted to desk level, BUE
Use low er extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forw ard w ith reassessment on or around 12/30/24."

Basis for the Appeal: The claimants attorney indicated (summarized list)
states LFG review ing physicians conclusions w ere contradicting and inconsistent w ith the administrative record

Provided case law studies

Feels LFGs decision w as arbitrary and capricious

EEs symptomatology has not resolved. He continues to experience w orsened pain w ith prolonged sitting.

Feels that LFG issued a termination letter 07/10/2024 even after being informed by EE that he had an upcoming imaging study. LFG failed to obtain pertinent information.

Feels that LFG breached duty of good faith and fair dealing
Feels that LFG committed a breach of contract
Feels that LFG violated Texas Ins Code and Texas Deceptive Trade Practices Act

Information Submitted w ith appeal and not previously review ed:
12 exhibits

Assessment Notes: The information in their file w as review ed by an NDC. The review er noted:
01/27/2025 Amy M RN CCM
"The medical records document multiple orthopedic and neurological conditions including carpal tunnel syndrome and intra-sacral meningeal cysts requiring surgical intervention and intermittent steroid injections as noted above. Additional treatment includes medication management w ith muscle relaxers, nerve pain medicine, and narcotics. Most recently the employee underw ent sacral laminar reconstruction w ith resorbable plating for treatment of intra-sacral meningeal cysts on April 10, 2024, w ithout any documented complications. The employee is treated by Dr. Feigenbaum (Neurosurgery), Dr. Nix (Family Medicine), and Dr. Frederick (Orthopedic Surgery) as noted above. During initial post-operative follow up appointment on April 15, 2024, w ith Dr. Feigenbaum, the employee is doing w ell, and he reports his symptoms have improved. Exam reveals full strength and equal sensation. There is a gap in treatment from April 10, 2024-June 10, 2024, at w hich time the employee saw Dr. Nix for medication management of narcotics w hich he is being w eaned off. His gabapentin is restarted. During follow up appointment on August 21, 2024, w ith Dr. Frederick (Orthopedic Surgery), the employee reports complete resolution of left sided carpal tunnel w ith last steroid injection (more than a year ago), how ever symptoms have gradually returned. Exam reveals good range of motion and mild compression tests. Treatment consists of a repeat steroid injection. There appears to be a gap in treatment from August 21, 2024-December 9, 2024, at w hich time the employee w as evaluated by a new orthopedist Weaver PA, for persistent right hip pain. He no longer requires narcotic pain medication. Exam reveals tenderness and pain w ith range of motion (internal rotation) and no motor or sensory deficits. He is noted to have an antalgic gait. Diagnostic imaging show ed mild osteoarthritis w ith recommendation for total hip replacement. While the employee reports chronic pain, in multiple sites, the medical exam documentation fails to demonstrate severe pain, instability, w eakness including loss of grip strength, altered sensation, or significant loss of range of motion to support restrictions/limitations precluding all w ork activities beyond May 19, 2024. An MRI July 25, 2024, show ed no recurrent or residual cysts. It w ould be reasonable to periodically adjust positions throughout the w orkday per position of comfort. i.e. taking reasonable breaks, stretching, alternating positions throughout the day to minimize or mitigate pain and discomfort. While it is reasonable to seek continuation of conservative care w ith intermittent injections, this w ould not necessitate the need for ongoing restrictions/limitations and can be done around a w ork schedule.

There is self-reported cognitive (concentration, memory) impairment, how ever there is no neuropsychological testing to support these claims, and no examination documenting cognitive slow ing or other observable issues.

The medical records document the employee w ill be having a total hip arthroplasty therefore it is reasonable to support no w ork to allow recovery per MD Guidelines if appropriate."

02/05/2025- sent a request to send the claimant for an IME
-- the vender w as unable to find a physician w ithin mileage
-- sent for File review instead

02/24/2025 How ard Grattan MD PM&R
"The claimant's postoperative recovery follow ing laminectomy for Tarlov cyst resection on 04/10/2024 and the claimant's right hip pain and candidacy for total hip replacement w ould support the need for restrictions and limitations.

From a Physical Medicine and Rehabilitation/Pain Management perspective, restrictions from 05/19/2024 and forw ard are as follow s:
- Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)

- Sitting: 60 minutes at a time up to 6 hours per w ork day w ith the ability for self-positional change as necessary or comfort
- Standing: 10 minutes at a time up to 2 hours per day
- Walking: 10 minutes at a time up to 2 hours per day
- Walking on uneven ground: Never
- Climbing Ladders: Never
- Operating Heavy Equipment: Never
- Balancing: Never
- Craw ling: Never
- Bending at w aist: occasionally (up to 33% of the time)
- Stooping: occasionally (up to 33% of the time)
- Kneeling: occasionally (up to 33% of the time)
- Crouching: occasionally (up to 33% of the time)
- Climbing Regular Stairs: occasionally (up to 33% of the time)
- Reaching Overhead: Unrestricted
- Reaching Desk Level: Unrestricted
- Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
- Handle, Finger, and Feel: Unrestricted
- Simple/Firm grasping: Unrestricted
- Operate foot controls: Unrestricted
- No additional activity restrictions are supported.

A reevaluation or reassessment of the claimant's current level of functioning w ould be appropriate w ithin six months
from the date of this report in order to determine if there has been any improvement in symptomology."

A copy of the medical reports w ere sent to the claimants attorney for review and response on 03/03/2025.
-Exhibits A-13- A-17

This information w as referred back to the Physician for an Addendum and the Physician noted in part:
04/07/2025 How ard Grattan MD PM&R- addendum
"The additional information provided does not change my opinion on the restrictions listed in my original report from 05/19/24 through 02/12/25. There are no new medical records provided during those dates.

How ever, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underw ent right total hip arthroplasty on 02/13/25, the claimant w ould be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment w ould be appropriate at that time."

A copy of the medical report w as sent to the claimant for review and response on 04/11/2025
INCOMING:
04/07/2025 & 04/15/2025 visit notes Bow en Hefley- ortho
04/15/2025 MRI Lumbar Spine w /o contrast
04/25/2025 letter from attorney disagreeing w ith the PEER review

Path: Upholding the denial of benefits after a review of the records did not show evidence of deficits or impairments that w ould prevent him from performing in a gainful occupation beyond his change of definition date of 05/19/2024. Notifying claimant/claimants attorney and closing claim.

Summary of Uphold: Claimant is a 54 year old maintenance w orker w ho stopped w orking on due 11/20/2020 to polyneuropathy and osteoarthritis. It w as previously determined that he met the policy definition of disability to his COD of 05/19/2024. a PEER w as done at claims level and first level of appeal. R&L's w ere supported how ever gainful occs w ere found. Mr Morgason has a history for trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/21. He is also status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/24. Most recently, he underw ent right total hip arthroplasty on 02/13/25. At the second level of appeal w e sent for an HCC review w hich didn't support. Once the attorney sent in additional medical documentation w e attempted to send the claimant for an IME how ever the vender w as unable to locate a physician w ithin distance. A full file review w as completed by a board certified

physician w ho concluded the claimant does have supported R&L's from his date last paid of 05/19/2024 to his hip procedure date of 02/13/2025. These R&L's how ever w ould not preclude him from performing gainful occupations, therefore the decision to deny benefits beyond his COD remains the same. In addition since he w as not continuously supported for benefits leading up to his hip procedure he is not eligible to receive benefits for the recovery timeframe for it. Claim file is now being closed.

TOLLING:
03/03/2025 to 03/25/2025
04/25/2025 to 05/05/2025
- AM0ST5 - May 27, 2025 02:20:48 pm

5/27/2025 Summary/Assessment/Path 2nd Level LTD AO Appeal Review - AM0ST5 - Jan 15, 2025 Completed AM0ST5

Summary Notes
2nd Level LTD AO Appeal Review - AM0ST5 - Jan 15, 2025 06:16:30 pm
Assessment Notes

Path Notes
2nd Level LTD AO Appeal Review

Date Received: 12/26/2024
30th Day: 01/25/2025
45th Day: 02/09/2025
90th Day: 03/26/2025
Cov Type: LTD
Claimant Name: Michael Morgason
Claim Number:1210046281

Claim Demographics

Current Age: now 54
EE State: AR
Situs State: TX
DOH: 02/03/2014
Eff Date: 09/01/2019
Class: 1
DLW:11/19/2020
DOD: 11/20/2020
EP: 180 days
BCD: 05/19/2021
Benefit Paid To: COD
COD: 36 months 05/19/2024
MBD: RBD 07/31/2035
RTW Date: NA claiming TDAO perm
Pre-Ex review needed: 03/12 NA

Occupation: Maintenance Worker, Municipal
DOT Classification: heavy
Primary Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Work Related: doesn't appear so
Monthly Net Benefit: 2044.64
SSDI Aw arded: unknow n
Overpaid Amount: unknow n
ERISA or NON-ERISA: NON-ERISA

LW claim status: NA
Other LTD claims: NA
STD Claims: rolled to LTD

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Group ID: TEXARISD
Group Name: Texarkana Independent School District
Attorney Representation: yes
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston TX 77007
P: 713 228 8888
F: 713 225 0940

Current Providers:

AP Name/Specialty/Phone Number:
Dr. Frank Feigenbaum - Neurosurgery
Dr. Hugh Frederick - Orthopedic Hand & Wrist Surgery P# 214-528-4185 F# 214-528-3074
Dr. Chris Lamb

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

01/03/2024 revised 01/19/2024
"Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions."

TSA- found gainful
DOT Code Occupation Str Monthly Wage
713.687-026 Lens Inserter S $2,957.07
559.687-010 Ampoule Examiner S $3,659.07

1st Level Appeal Decision

Reason/Date of denial: Not TDAO DATE 07/10/2024
Type of Medical Review , Name, & Specialty: PEER

06/12/2024 Sameer Jain Neurology and pain management
"The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, low er extremity w eakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts w ithin the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine show ing significant degeneration of the spine. The claimant underw ent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction w ith resorbable plating on 4/10/24. He w as placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery show ed significant improvement in his symptoms, he w as able to perform daily w alking, and there w as resolution of his numbness. Nonetheless, restrictions are w arranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist, BUE; Unrestricted to desk level, BUE
Use low er extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forw ard w ith reassessment on or around 12/30/24."

Summary of Appeal being discussed:

Demographics: Claimant is a 54 year old maintenance w orker w ho stopped w orking on due 11/20/2020 to polyneuropathy and osteoarthritis. It w as previously determined that he met the policy definition of disability to his COD of 05/19/2024. a PEER w as done at claims and first level of appeal. R&L's w ere supported how ever gainful occs w ere found.

Basis for the Appeal: The claimants attorney indicated (summarized list)
states LFG review ing physicians conclusions w ere contradicting and inconsistent w ith the administrative record

Provided case law studies

Feels LFGs decision w as arbitrary and capricious

EEs symptomatology has not resolved. He continues to experience w orsened pain w ith prolonged sitting.

Feels that LFG issued a termination letter 07/10/2024 even after being informed by EE that he had an upcoming imaging study. LFG failed to obtain pertinent information.

Feels that LFG breached duty of good faith and fair dealing
Feels that LFG committed a breach of contract
Feels that LFG violated Texas Ins Code and Texas Deceptive Trade Practices Act

Information Submitted w ith appeal and not previously review ed:
12 exhibits

Path: Letter to claimants attorney via email. Claim under review .
 - AM0ST5 - Jan 15, 2025 06:16:30 pm

HCC review w as completed no R&L's w ere supported due to lack of medical

atty states EE has not had any surgeries done from May 2024 to present date

PATH: sending out extension letter and notification w e are w orking on setting up an IME appt for the claimant. - AM0ST5 - Feb 05, 2025 12:01:28 pm

IME w as not done -- the venders could not find an occ med physician w ithin appropriate distance for claimant therefore moved to a file review by a BCD physician

PEER supports R&L's how ever they w ould still allow for the sed occs to be performed

PATH: RTR w ith HCC and PEER sent to atty today deadline is 03/24/2025

tolling 03/03/2025 - AM0ST5 - Mar 03, 2025 11:30:56 am

INCOMING:
Exhibits A-13- A-17

PATH: sending for PEER addendum

TOLLING 03/03/2025 to 03/25/2025 - AM0ST5 - Mar 31, 2025 12:01:39 pm

PEER still does not support until claimant SX 02/13/2025 how ever the claimant did not meet the definition of TDAO from his COD/date last paid 05/19/2024 to his SX date of 02/13/2025 therefore no benefits are payable.

PATH: sending out RTR w ith addendum -- deadline is 04/28/2025

TOLLING AGAIN 04/11/2025 - AM0ST5 - Apr 11, 2025 12:49:45 pm

INCOMING:
04/07/2025 & 04/15/2025 visit notes Bow en Hefley- ortho
04/15/2025 MRI Lumbar Spine w /o contrast
04/25/2025 letter from attorney disagreeing w ith the PEER review

PATH: sent email to atty regarding items in their 04/25 letter (see email for details) - allow ing time for the atty to review my email and respond. - AM0ST5 - May 05, 2025 04:01:48 pm

SEE UPHOLD SAP FOR DETAILS - AM0ST5 - May 27, 2025 02:11:03 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/27/2025 | Appeal | 2 | Level 2 | Closed | AM0ST5 |
| 5/27/2025 | Documents/Mail | 201 | Appeal Any Occ Level 2 Uphold Atty | Completed | AM0ST5 |

Appeal Any Occ Level 2 Uphold AttyAttachments:Translation services

| | | | | | |
|---|---|---|---|---|---|
| 5/27/2025 | Claim Tasks | 25 | Appeal - 21 Day Letter | Completed | AM0ST5 |

rtr w ith addendum sent to atty - deadline 14 days 04/25/2025 action 04/30/25 - AM0ST5 - Apr 11, 2025 01:45:14 pm
atty requested a 30 day extension -- deadline is 05/12 action 05/15 - AM0ST5 - Apr 22, 2025 06:38:37 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | UNDER REVIEW - AM0ST5 - May 15, 2025 09:33:59 am | | | | |
| 5/27/2025 | Claim Tasks | 23 | Appeal 90 Day Extension | Completed | AM0ST5 |
| | 90th Day: 03/26/2025 - AM0ST5 - Jan 15, 2025 06:19:11 pm<br><br>TOLLING:<br>03/03/2025 to 03/25/2025<br>04/25/2025 to 05/05/2025 - AM0ST5 - May 27, 2025 11:05:42 am | | | | |
| 5/18/2025 | Documents/Mail | 200 | Email | Completed | AM0ST5 |
| | 2025-05-16-09.46.26.156800O01 | | | | |
| 5/16/2025 9:42:32 AM | Documents/Mail | 200 | Email | Received | AM0ST5 |
| | 2025-05-16-09.46.26.156800O01 | | | | |
| 5/9/2025 | Documents/Mail | 199 | Email | Completed | AM0ST5 |
| | 2025-05-05-17.00.12.631700O01 | | | | |
| 5/6/2025 9:22:14 AM | Documents/Mail | 199 | Email | Received | AM0ST5 |
| | 2025-05-05-17.00.12.631700O01 | | | | |
| 5/5/2025 | Documents/Mail | 198 | Medical Records | Completed | AM0ST5 |
| | 2025-04-25-15.09.17.922460O01 | | | | |
| 5/5/2025 | Documents/Mail | 197 | Appeal Notice | Completed | AM0ST5 |
| | 2025-04-25-14.54.04.321440O01 | | | | |
| 5/5/2025 | Documents/Mail | 196 | Medical Records | Completed | AM0ST5 |
| | 2025-04-25-14.54.04.312440O01 | | | | |
| 5/5/2025 | Documents/Mail | 195 | Email | Completed | AM0ST5 |
| | 2025-04-25-14.54.04.301440O01 | | | | |
| 4/28/2025 10:04:23 AM | Documents/Mail | 198 | Medical Records | Received | AM0ST5 |
| | 2025-04-25-15.09.17.922460O01 | | | | |
| 4/28/2025 9:55:39 AM | Documents/Mail | 197 | Appeal Notice | Received | AM0ST5 |
| | 2025-04-25-14.54.04.321440O01 | | | | |
| 4/28/2025 9:55:38 AM | Documents/Mail | 196 | Medical Records | Received | AM0ST5 |
| | 2025-04-25-14.54.04.312440O01 | | | | |
| 4/28/2025 9:55:36 AM | Documents/Mail | 195 | Email | Received | AM0ST5 |
| | 2025-04-25-14.54.04.301440O01 | | | | |
| 4/22/2025 | Documents/Mail | 194 | Appeal Dis Atty Extension Letter | Completed | AM0ST5 |
| | Appeal Dis Atty Extension Letter | | | | |
| 4/22/2025 | Documents/Mail | 193 | Incoming Correspondence | Completed | AM0ST5 |
| | 2025-04-15-13.15.25.801320O01 | | | | |
| 4/16/2025 1:56:06 PM | Documents/Mail | 193 | Incoming Correspondence | Received | AM0ST5 |
| | 2025-04-15-13.15.25.801320O01 | | | | |
| 4/11/2025 1:29:54 PM | Claim Tasks | 25 | Appeal - 21 Day Letter | Requested | AM0ST5 |
| | rtr w ith addendum sent to atty - deadline 14 days 04/25/2025 action 04/30/25 - AM0ST5 - Apr 11, 2025 01:45:14 pm<br>atty requested a 30 day extension -- deadline is 05/12 action 05/15 - AM0ST5 - Apr 22, 2025 06:38:37 am<br><br>UNDER REVIEW - AM0ST5 - May 15, 2025 09:33:59 am | | | | |
| 4/11/2025 | Referrals | 16 | Change of Definition | Completed | AM0ST5 |
| | Referral Date: 03/31/2025<br>Appeals Examiner: amber cronican<br>Phone Number: 402-361-7304<br>Email Address: amber.cronican@lfg.com<br><br>Is this referral COVID related? (Yes or No)<br><br>Referral Type: Addendum | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Select / Previous Physician: How ard Grattan
Specialty of Prior Review er / Examiner: PMR
Claimant Name: Michael Morgason
Date of Birth:
Claimant Time Zone: CST
Customer/Group Name: Texarkana Independent School District
Is Linked Provider in S1.NXT? No

Claim Number: 1210046281
1ST or 2nd Appeal LTD/Life Waiver/STD: 2nd level LTD AO appeal
Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Date of Disability: 11/20/2020
Benefit Begin Date: 05/19/2021
Job Title: Maintenance w orker
Last Day Worked: 11/19/2020

Thank you for your report regarding the LTD claim for Michael Morgason. After review ing your report, w e are requesting an addendum due to the attorney submitting additional medical records.

1. Please review additional information received and advise if this new information w ould change your previous review results.

2. Please provide any restrictions or limitations for Mr Morgason from 05/19/2024 forw ard w ith max hours per day and days per w eek. - AM0ST5 - Mar 31, 2025 11:56:51 am
Case submitted to DANE case #2502663 for an adddendum w ith Dr How ard Grattan (PMR) - KAONE5 - Mar 31, 2025 02:25:48 pm
Addendum report recieved back from Dane street. Sent to LFG Appeals to be uploaded into AWD. - KAONE5 - Apr 08, 2025 08:15:28 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/11/2025 | Documents/Mail | 192 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |
| | Appeal Dis Atty 21 Day LetterAttachments:M MORGASON 1210046281 ADDENDUM REPORT (002).pdf | | | | |
| 4/11/2025 | Documents/Mail | 191 | Incoming Correspondence | Completed | AM0ST5 |
| | 2025-04-08-09.15.40.790160O01 | | | | |
| 4/11/2025 | Documents/Mail | 190 | Email | Completed | AM0ST5 |
| | 2025-04-08-09.15.40.781160O01 | | | | |
| 4/8/2025 10:25:10 AM | Documents/Mail | 191 | Incoming Correspondence | Received | AM0ST5 |
| | 2025-04-08-09.15.40.790160O01 | | | | |
| 4/8/2025 10:25:10 AM | Documents/Mail | 190 | Email | Received | AM0ST5 |
| | 2025-04-08-09.15.40.781160O01 | | | | |
| 3/31/2025 11:55:56 AM | Referrals | 16 | Change of Definition | Initial | AM0ST5 |

Referral Date: 03/31/2025
Appeals Examiner: amber cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Is this referral COVID related? (Yes or No)

Referral Type: Addendum
Select / Previous Physician: How ard Grattan
Specialty of Prior Review er / Examiner: PMR
Claimant Name: Michael Morgason
Date of Birth:
Claimant Time Zone: CST
Customer/Group Name: Texarkana Independent School District
Is Linked Provider in S1.NXT? No

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claim Number: 1210046281
1ST or 2nd Appeal LTD/Life Waiver/STD: 2nd level LTD AO appeal
Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Date of Disability: 11/20/2020
Benefit Begin Date: 05/19/2021
Job Title: Maintenance w orker
Last Day Worked: 11/19/2020

Thank you for your report regarding the LTD claim for Michael Morgason. After review ing your report, w e are requesting an addendum due to the attorney submitting additional medical records.

1. Please review additional information received and advise if this new information w ould change your previous review results.

2. Please provide any restrictions or limitations for Mr Morgason from 05/19/2024 forw ard w ith max hours per day and days per w eek. - AM0ST5 - Mar 31, 2025 11:56:51 am
Case submitted to DANE case #2502663 for an adddendum w ith Dr How ard Grattan (PMR) - KAONE5 - Mar 31, 2025 02:25:48 pm
Addendum report recieved back from Dane street. Sent to LFG Appeals to be uploaded into AWD. - KAONE5 - Apr 08, 2025 08:15:28 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/31/2025 | Documents/Mail | 189 | Incoming Correspondence | Completed | AM0ST5 |
| | 2025-03-26-09.57.55.054180O01 | | | | |
| 3/31/2025 | Documents/Mail | 188 | Appeal Notice | Completed | AM0ST5 |
| | 2025-03-26-09.57.55.037180O01 | | | | |
| 3/31/2025 | Documents/Mail | 187 | Fax | Completed | AM0ST5 |
| | 2025-03-26-09.57.55.021180O01 | | | | |
| 3/31/2025 | Claim Tasks | 24 | Appeal - 21 Day Letter | Completed | AM0ST5 |
| | RTR w ith HCC and PEER send to atty today - deadline is 03/24/2025 action 03/27 - AM0ST5 - Mar 03, 2025 11:28:08 am | | | | |
| 3/26/2025 3:03:20 PM | Documents/Mail | 189 | Incoming Correspondence | Received | AM0ST5 |
| | 2025-03-26-09.57.55.054180O01 | | | | |
| 3/26/2025 3:03:20 PM | Documents/Mail | 188 | Appeal Notice | Received | AM0ST5 |
| | 2025-03-26-09.57.55.037180O01 | | | | |
| 3/26/2025 3:03:19 PM | Documents/Mail | 187 | Fax | Received | AM0ST5 |
| | 2025-03-26-09.57.55.021180O01 | | | | |
| 3/3/2025 11:27:27 AM | Claim Tasks | 24 | Appeal - 21 Day Letter | Requested | AM0ST5 |
| | RTR w ith HCC and PEER send to atty today - deadline is 03/24/2025 action 03/27 - AM0ST5 - Mar 03, 2025 11:28:08 am | | | | |
| 3/3/2025 | Referrals | 15 | Change of Definition | Completed | AM0ST5 |

IME REF REQ

Referral Date: 02/05/2025
Claims Specialist Name: (First/Last) Amber Cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Submitter's Name (First/Last): Amber Cronican
Phone Number: ext 66735
Email Address: amber.cronican@lfg.com

Is this referral COVID related? (Yes or No)

Referral Type: (Addendum, Appeal, Appeal-Sequoia, Standard File Review , Clarification): IME

If Addendum, Select Physician:
· Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request – Spanish or French, War Exclusion)
Claimant Name (First/Last): Michael Morgason
Claim Number: 1210046281
· Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Texarkana Independent School District
Job Title: Maintenance
Product Type: (1ST or 2nd Appeal/ STD/LTD/Life Waiver) 2nd level LTD appeal NON-ERISA

Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left

Date of Disability: 11/20/2020
Last Day Worked: 11/19/2020
Benefit Begin Date: 05/19/2021
Specialty Requested: IME independent medical exam PMR/PAIN

Name and Specialty of prior external vendor review ers/ examiners:
Mark Watson, M.D. Board Certified in Physical Medicine & Rehabilitation Consulting Physician, Lincoln Financial Group
Dr. William Baretto / NMR- PM& R
Sameer Jain Neurology and pain management

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable):
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston TX 77007
P: 713 228 8888
F: 713 225 0940

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 05/19/2024 forw ard, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Are the severity and scope of the claimant's reported pain consistent w ith the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained w ork capacity? Please provide medical evidence to support your answ er.

8. Please comment on the claimant's reported pain and fatigue, and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 05/19/2024 forw ard? - AM0ST5 - Feb 05, 2025 11:49:56 am

**Chronological Activity List**

Recs have been sent to Sequoia to be pro indexed total pg count is 1336 pgs - KAONE5 - Feb 06, 2025 12:29:43 pm
Final report received back from DANE - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Feb 26, 2025 02:18:55 pm
Recs recieved back from Sequoia. total pg count is 547 - KAONE5 - Feb 10, 2025 11:37:15 am
Sent email to Vendors for quotes - KAONE5 - Feb 10, 2025 11:37:15 am
PER ECN:
Thanks for the inquiry! This has been received and w e are looking into this request for you.
Regards, - KAONE5 - Feb 10, 2025 02:25:08 pm
Per ECN:
Thank you for this inquiry. Please be advised w e currently do not have a qualified provider on the panel for this specialty w ithin mileage.
Please let us know if w e can be of further assistance.
Thank you, - KAONE5 - Feb 11, 2025 08:12:35 am
Per DANE:
I hope this email finds you w ell! We currently do not have any options on panel w ithin 140 miles of the requested zip code. Would you like me to source for an alternate specialty?
Please advise and let me know if I may be of further assistance!
Thank you kindly, - KAONE5 - Feb 11, 2025 02:38:50 pm
Sent IME Quotes to AM0ST5 and manager to advise. - KAONE5 - Feb 11, 2025 02:38:50 pm
PER AM0ST5:Please move this to a PMR/PAIN file review since there are no physicians available w ithin location range.

PER AM0ST5:Actually can w e see if there is an occ med physician that could do the IME before w e move to the file review instead? - KAONE5 - Feb 13, 2025 10:15:45 am
Sent email to vendors asking if they had any
availability for Occupational Medicine Physician? - KAONE5 - Feb 13, 2025 10:24:53 am
PER DANE:
Our closest Occ Med provider is over 200 miles aw ay. Would you like me to source another specialist?

PER ECN:Thank you for this inquiry. Please be advised w e currently do not have a qualified provider on the panel for this specialty w ithin mileage.
Please let us know if w e can be of further assistance.
Thank you,

Sending OCC MED IME QUOTES to AM0ST5 and Manager to advise - KAONE5 - Feb 13, 2025 03:35:50 pm
Per AM0ST5:
Ok Since nothing is available. Please sw itch to a PMR/PAIN physician file review .
Thank you! - KAONE5 - Feb 14, 2025 02:57:08 pm
This now a peer review for PMR / PAIN med - KAONE5 - Feb 14, 2025 02:57:08 pm
Case submitted to CRT #250738 for a peer review w ith an PMR / Pain med Physician. - KAONE5 - Feb 14, 2025 02:57:08 pm
CRT / ICP is unable to process - asked that w e Vend this out on 2-18 - File w as submitted to DANE # 2465796 for a peer review w ith PMR / PAIN MED physician - KAONE5 - Feb 18, 2025 11:04:18 am

| | | | | | |
|---|---|---|---|---|---|
| 3/3/2025 | Documents/Mail | 186 | Appeal Dis Atty 21 Day Letter | Completed | AM0ST5 |
| | Appeal Dis Atty 21 Day LetterAttachments:Michael Morgason HCC rvrpt.pdfM MORGASON 1210046281 FINAL REPORT.pdf | | | | |
| 3/3/2025 | Documents/Mail | 185 | Medical Records | Completed | AM0ST5 |
| | 2025-02-26-15.20.16.042900O01 | | | | |
| 3/3/2025 | Documents/Mail | 184 | Email | Completed | AM0ST5 |
| | 2025-02-26-15.20.16.032900O01 | | | | |
| 2/27/2025 9:26:30 AM | Documents/Mail | 185 | Medical Records | Received | AM0ST5 |
| | 2025-02-26-15.20.16.042900O01 | | | | |
| 2/27/2025 9:26:29 AM | Documents/Mail | 184 | Email | Received | AM0ST5 |
| | 2025-02-26-15.20.16.032900O01 | | | | |
| 2/10/2025 | Documents/Mail | 183 | Email | Completed | AM0ST5 |
| | 2025-02-05-12.32.34.390640O01 | | | | |
| 2/5/2025 12:56:21 PM | Documents/Mail | 183 | Email | Received | AM0ST5 |
| | 2025-02-05-12.32.34.390640O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/5/2025 11:48:34 AM | Referrals | 15 | Change of Definition | Initial | AM0ST5 |

IME REF REQ

Referral Date: 02/05/2025
Claims Specialist Name: (First/Last) Amber Cronican
Phone Number: 402-361-7304
Email Address: amber.cronican@lfg.com

Submitter's Name (First/Last): Amber Cronican
Phone Number: ext 66735
Email Address: amber.cronican@lfg.com

Is this referral COVID related? (Yes or No)

Referral Type: (Addendum, Appeal, Appeal-Sequoia, Standard File Review , Clarification): IME

If Addendum, Select Physician:
· Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request – Spanish or French, War Exclusion)
Claimant Name (First/Last): Michael Morgason
Claim Number: 1210046281
· Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Texarkana Independent School District
Job Title: Maintenance
Product Type: (1ST or 2nd Appeal/ STD/LTD/Life Waiver) 2nd level LTD appeal NON-ERISA

Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left

Date of Disability: 11/20/2020
Last Day Worked: 11/19/2020
Benefit Begin Date: 05/19/2021
Specialty Requested: IME independent medical exam PMR/PAIN

Name and Specialty of prior external vendor review ers/ examiners:
Mark Watson, M.D. Board Certified in Physical Medicine & Rehabilitation Consulting Physician, Lincoln Financial Group
Dr. William Baretto / NMR- PM& R
Sameer Jain Neurology and pain management

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable):
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston TX 77007
P: 713 228 8888
F: 713 225 0940

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 05/19/2024 forw ard, and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Are the severity and scope of the claimant's reported pain consistent w ith the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained w ork capacity? Please provide medical evidence to support your answ er.

8. Please comment on the claimant's reported pain and fatigue, and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 05/19/2024 forw ard? - AM0ST5 - Feb 05, 2025 11:49:56 am
Recs have been sent to Sequoia to be pro indexed total pg count is 1336 pgs - KAONE5 - Feb 06, 2025 12:29:43 pm
Recs recieved back from Sequoia. total pg count is 547 - KAONE5 - Feb 10, 2025 11:37:15 am
Sent email to Vendors for quotes - KAONE5 - Feb 10, 2025 11:37:15 am
PER ECN:
Thanks for the inquiry! This has been received and w e are looking into this request for you.
Regards, - KAONE5 - Feb 10, 2025 02:25:08 pm
Per ECN:
Thank you for this inquiry. Please be advised w e currently do not have a qualified provider on the panel for this specialty w ithin mileage.
Please let us know if w e can be of further assistance.
Thank you, - KAONE5 - Feb 11, 2025 08:12:35 am
Per DANE:
I hope this email finds you w ell! We currently do not have any options on panel w ithin 140 miles of the requested zip code. Would you like me to source for an alternate specialty?
Please advise and let me know if I may be of further assistance!
Thank you kindly, - KAONE5 - Feb 11, 2025 02:38:50 pm
Sent IME Quotes to AM0ST5 and manager to advise. - KAONE5 - Feb 11, 2025 02:38:50 pm
PER AM0ST5:Please move this to a PMR/PAIN file review since there are no physicians available w ithin location range.

PER AM0ST5:Actually can w e see if there is an occ med physician that could do the IME before w e move to the file review instead? - KAONE5 - Feb 13, 2025 10:15:45 am
Sent email to vendors asking if they had any
availability for Occupational Medicine Physician? - KAONE5 - Feb 13, 2025 10:24:53 am
PER DANE:
Our closest Occ Med provider is over 200 miles aw ay. Would you like me to source another specialist?

PER ECN:Thank you for this inquiry. Please be advised w e currently do not have a qualified provider on the panel for this specialty w ithin mileage.
Please let us know if w e can be of further assistance.
Thank you,

Sending OCC MED IME QUOTES to AM0ST5 and Manager to advise - KAONE5 - Feb 13, 2025 03:35:50 pm
Per AM0ST5:
Ok Since nothing is available. Please sw itch to a PMR/PAIN physician file review .
Thank you! - KAONE5 - Feb 14, 2025 02:57:08 pm
This now a peer review for PMR / PAIN med - KAONE5 - Feb 14, 2025 02:57:08 pm
Case submitted to CRT #250738 for a peer review w ith an PMR / Pain med Physician. - KAONE5 - Feb 14, 2025 02:57:08 pm
CRT / ICP is unable to process - asked that w e Vend this out on 2-18 - File w as submitted to DANE # 2465796 for a peer review w ith PMR / PAIN MED physician - KAONE5 - Feb 18, 2025 11:04:18 am
Final report received back from DANE - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Feb 26, 2025 02:18:55 pm

| | | | | | |
|---|---|---|---|---|---|
| 2/5/2025 | Documents/Mail | 182 | Appeal Dis Atty Extension Letter | Completed | AM0ST5 |
| | Appeal Dis Atty Extension Letter | | | | |
| 2/5/2025 | Claim Tasks | 22 | Appeal - 45 Day Reminder | Completed | AM0ST5 |
| | 30th Day: 01/25/2025<br>45th Day: 02/09/2025 - AM0ST5 - Jan 15, 2025 06:18:33 pm | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

reacing out to the atty to see if the EE has had any sugeries from COD to present date-- looking into doing an IME w ill need to send that info in NON-ERISA extension letter - AM0ST5 - Jan 30, 2025 02:00:16 pm

EE Did not have SX - sending 45 ext w ith IME info to atty - AM0ST5 - Feb 05, 2025 11:50:29 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/30/2025 | Referrals | 14 | Change of Definition | Completed | AM0ST5 |

2nd Level LTD AO Appeal Review

Date Received: 12/26/2024
30th Day: 01/25/2025
45th Day: 02/09/2025
90th Day: 03/26/2025
Cov Type: LTD
Claimant Name: Michael Morgason
Claim Number:1210046281

Claim Demographics

Current Age: now 54
EE State: AR
Situs State: TX
DOH: 02/03/2014
Eff Date: 09/01/2019
Class: 1
DLW:11/19/2020
DOD: 11/20/2020
EP: 180 days
BCD: 05/19/2021
Benefit Paid To: COD
COD: 36 months 05/19/2024
MBD: RBD 07/31/2035
RTW Date: NA claiming TDAO perm
Pre-Ex review needed: 03/12 NA

Occupation: Maintenance Worker, Municipal
DOT Classification: heavy
Primary Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Work Related: doesn't appear so
Monthly Net Benefit: 2044.64
SSDI Aw arded: unknow n
Overpaid Amount: unknow n
ERISA or NON-ERISA: NON-ERISA

LW claim status: NA
Other LTD claims: NA
STD Claims: rolled to LTD

Group ID: TEXARISD
Group Name: Texarkana Independent School District
Attorney Representation: yes
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston TX 77007
P: 713 228 8888
F: 713 225 0940

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Current Providers:

AP Name/Specialty/Phone Number:
Dr. Frank Feigenbaum - Neurosurgery
Dr. Hugh Frederick - Orthopedic Hand & Wrist Surgery P# 214-528-4185 F# 214-528-3074
Dr. Chris Lamb

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

01/03/2024 revised 01/19/2024
"Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions."

TSA- found gainful
DOT Code Occupation Str Monthly Wage
713.687-026 Lens Inserter S $2,957.07
559.687-010 Ampoule Examiner S $3,659.07

1st Level Appeal Decision

Reason/Date of denial: Not TDAO DATE 07/10/2024
Type of Medical Review , Name, & Specialty: PEER

06/12/2024 Sameer Jain Neurology and pain management
"The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine showing significant degeneration of the spine. The claimant underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating on 4/10/24. He was placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery showed significant improvement in his symptoms, he was able to perform daily walking, and there was resolution of his numbness. Nonetheless, restrictions are warranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist, BUE; Unrestricted to desk level, BUE
Use lower extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forward with reassessment on or around 12/30/24."

Summary of Appeal being discussed:

Demographics: Claimant is a 54 year old maintenance worker who stopped working on due 11/20/2020 to polyneuropathy and osteoarthritis. It was previously determined that he met the policy definition of disability to his COD of 05/19/2024. a PEER was done at claims and first level of appeal. R&L's were supported however gainful occs were found.

Basis for the Appeal: The claimants attorney indicated (summarized list)
states LFG reviewing physicians conclusions were contradicting and inconsistent with the administrative record

Provided case law studies

Feels LFGs decision was arbitrary and capricious

EEs symptomatology has not resolved. He continues to experience worsened pain with prolonged sitting.

Feels that LFG issued a termination letter 07/10/2024 even after being informed by EE that he had an upcoming imaging study. LFG failed to obtain pertinent information.

Feels that LFG breached duty of good faith and fair dealing
Feels that LFG committed a breach of contract
Feels that LFG violated Texas Ins Code and Texas Deceptive Trade Practices Act

Information Submitted with appeal and not previously reviewed:
12 exhibits

Path: Letter to claimants attorney via email. Claim under review .

MEDICAL REVIEW QUESTIONS: NON-ERISA LTD 2ND LEVEL APPEAL

.

Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 05/19/2024 forw ard. Please review from a psychological, cognitive and physical standpoint.

If your conclusion is different from the previous review , please explain the medical rationale and evidence used in your coming to the different conclusion(s). - AM0ST5 - Jan 15, 2025 06:35:52 pm
Please extract records for this claim and create a case in Sequoia to be fully pro-indexed for an appeal nurse review .

Michael Morgason
Claim Numbers:
LTD 1210046281
STD 1200120731 - CADSP1 - Jan 16, 2025 11:40:01 am
Date:January 27, 2025

Subject:Appeal Nursing Memorandum

Claim #: 1210046281
Claimant: Michael Morgason
Date of Birth:
Date of Disability: November 20, 2020

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

Clinical Assessment:
The employee stopped w orking on November 20, 2020, due to polyneuropathy, osteoarthritis right carpometacarpal (joint at the base of the thumb), right carpal tunnel syndrome, perineural cyst left hand, and intra-sacral meningeal cysts. He underw ent trapezium resection interposition arthroscopy, and ligament reconstruction right thumb and right carpal tunnel release on April 22, 2021, right sacroiliac steroid injection on October 25, 2022, left w rist steroid injection May 24, 2023, and bilateral S3 selective nerve root block on December 22, 2023. He is treated by internal medicine, orthopedics, neurology, physical medicine & rehab, and neurosurgery. The employee underw ent surgical treatment for intra-sacral meningeal cysts left S2 and S3 nerve roots and sacral laminar reconstruction w ith resorbable plating on April 10, 2024. During initial post-operative follow up appointment on April 15, 2024, w ith Dr. Frank Feigenbaum (Neurosurgery), the employee is doing w ell, and he reports his bilateral low er extremity symptoms have improved; he is w alking daily and sitting comfort is stable. Current medications include Robaxin (muscle relaxer) and Norco (narcotic). Exam documents full strength and sensation at baseline. Plan is to follow up in 3 months w ith repeat MRI. He w as previously supported to May 19, 2024.

The employee saw Dr. Matthew Nix (Family Medicine) on June 10, 2024, and he reports the pain in his pelvis and right hip has decreased and his leg feels less heavy. His surgical w ound is healed. He w ill see neurosurgeon in 3-month w ith a repeat MRI; PT w as not recommended. He is taking ibuprofen and Norco 1-2 times a day, and the neurosurgeon requests medications to be managed by his primary care provider. He w as also taking gabapentin (nerve pain) prior to surgery but stopped taking. Exam reveals healed lumbar/sacral incision. There are no motor or sensory deficits, and no gait abnormalities. Plan is to restart gabapentin due to continued right leg pain below the knee w hich may improve w ith time. Refill Norco for a short time and start w eaning off.

An independent medical peer review w as completed on June 12, 2024, by Dr. Sameer Jain (Neurology/Pain Medicine) w ho opined the employee w ould have restrictions/limitations to include Sitting: Unrestricted. Standing: Frequently. Walking: Frequently. Lift, carry, push, and pull: Occasionally, up to 20 lbs. w ith both upper extremities. Climbing stairs, balance, stoop, kneel, crouch, and craw l: Frequently. Reaching: Frequently overhead and below w aist, w ith both upper extremities, and unrestricted to desk level. Use low er extremities for foot control: Frequently w ith both low er extremities. Fine manipulation and simple and firm grasping: Unrestricted in both upper extremities. The above-recommended restrictions and limitations are indicated from May 19, 2024, and forw ard w ith

reassessment on or around December 30, 2024. Please see report for details.

An ability form from Dr. Feigenbaum dated June 25, 2024, provides restrictions/limitations to include occasional lift/carry 0-20 lbs., sit, stand, walk, drive, finger, handle, and reach above the shoulder; never lift/carry more than 20 lbs., climb, bend, kneel, or operate foot controls. The employee should avoid pushing/pulling activity for 3 months, minimize bending/twisting for 4-8 weeks, and limit sitting/standing for 45-60 minutes at a time with frequent breaks. There is no correlating office visit or exam findings.

A pelvic/sacrum MRI July 25, 2024, showed remote sacral laminectomy changes at S2-3 level for resection of small meningeal Tarlov cysts without evidence of recurrence or residual cysts.

The employee saw Dr. Hugh Frederick (Orthopedic Surgery) on August 21, 2024, for complaints of recurring carpal tunnel symptoms in the left hand. He reports several months of complete relief with previous carpal tunnel injection (May 2023) however symptoms are recurring despite the use of night braces. Exam documents good finger range of motion and mildly positive median nerve compression test. He is given repeat steroid injection in the left palmer wrist.

A neurological listing medical opinion form from Dr. Andrew Morales (Neurology) dated October 5, 2024, documents the employee's multiple symptom complaints and treatment every 3 months for peripheral neuropathy. Treatment includes medication management (nerve pain, muscle relaxer, narcotic) to control pain. He is noted to have moderate physical limitations. The employee can stand from a seated position and maintain an upright position without the assistance of another person or an assistive device; he can stand and walk and maintain an upright position while standing or walking without the assistance of another person or an assistive device. The employee does not have a loss of function in his upper extremities that require fine and gross motor activities or ability to lift, carry, push, or pull. Mental limitations document moderate however scoring noted none to mild limitations regarding work activities. There is no correlating office visit or exam findings.

The employee saw Physician Assistant Kenneth Weaver PA/Dr. Scott Bowen (Orthopedic Surgery) on December 9, 2024, for complaints of right hip pain that occurred over time and began 3 years ago. He takes ibuprofen with minimal relief. He reports sharp stabbing pain that is intermittent however he noted worsening symptoms. His symptoms are exacerbated by kneeling, sitting, bending, stairs, twisting, standing, lifting, and reaching overhead. He also reports stiffness, limping, and weakness. He was previously treated for this condition by another provider. Current medications include Baclofen and gabapentin. Exam documents no swelling or calf tenderness, normal peripheral pulses; he has good coordination with no weakness or sensory deficits. Intact deep tendon reflexes. Right hip/pelvic exam documents no swelling, bruising, or deformity, some tenderness over the groin with reproduction of pain in the groin with range of motion which is restricted in internal rotation. His strength is normal 5/5 with intact sensation. Normal hip tests. He has an antalgic gait favoring the affected side. A right hip x-ray on this date shows moderate degenerative (age-related) changes pistol-grip deformity, and no lytic lesions or fractures, and no bone-on-bone. The employee also completed a lumbosacral x-ray however results are not provided. Right hip MRI (unknown date) showed mild osteoarthritis with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and anterior acetabulum. Plan is to start diclofenac (non-steroidal anti-inflammatory) and right total hip replacement is recommended.

An undated Social Security medical opinion regarding the ability to do work-related physical activities was completed by an unknown provider who opined the employee can frequently and occasionally lift/carry less than 10 lbs., stand, walk, and sit for less than 2-hours in an 8-hour workday. He can sit and stand for 10 minutes at one time before he must change positions. He must walk around every 10 minutes for 5 minutes; he requires the need to change positions at will and he will need to lay down every 30 minutes. Postural activities noted not applicable to this provider. All physical functions are affected. He should avoid moderate exposures to all environmental conditions. The record is incomplete. There is no correlating office visit or exam findings.

The medical records document multiple orthopedic and neurological conditions including carpal tunnel syndrome and intra-sacral meningeal cysts requiring surgical intervention and intermittent steroid injections as noted above. Additional treatment includes medication management with muscle relaxers, nerve pain medicine, and narcotics. Most recently the employee underwent sacral laminar reconstruction with resorbable plating for treatment of intra-sacral meningeal cysts on April 10, 2024, without any documented complications. The employee is treated by Dr. Feigenbaum (Neurosurgery), Dr. Nix (Family Medicine), and Dr. Frederick (Orthopedic Surgery) as noted above. During initial post-operative follow up appointment on April 15, 2024, with Dr. Feigenbaum, the employee is doing well, and he reports his symptoms have improved. Exam reveals full strength and equal sensation. There is a gap in treatment from April 10, 2024-June 10, 2024, at which time the employee saw Dr. Nix for medication management of narcotics which he is being weaned off. His gabapentin is restarted. During follow up appointment on August 21, 2024, with Dr. Frederick (Orthopedic Surgery), the employee reports complete resolution of left sided carpal tunnel

w ith last steroid injection (more than a year ago), how ever symptoms have gradually returned. Exam reveals good range of motion and mild compression tests. Treatment consists of a repeat steroid injection. There appears to be a gap in treatment from August 21, 2024-December 9, 2024, at w hich time the employee w as evaluated by a new orthopedist Weaver PA, for persistent right hip pain. He no longer requires narcotic pain medication. Exam reveals tenderness and pain w ith range of motion (internal rotation) and no motor or sensory deficits. He is noted to have an antalgic gait. Diagnostic imaging show ed mild osteoarthritis w ith recommendation for total hip replacement. While the employee reports chronic pain, in multiple sites, the medical exam documentation fails to demonstrate severe pain, instability, w eakness including loss of grip strength, altered sensation, or significant loss of range of motion to support restrictions/limitations precluding all w ork activities beyond May 19, 2024. An MRI July 25, 2024, show ed no recurrent or residual cysts. It w ould be reasonable to periodically adjust positions throughout the w orkday per position of comfort. i.e. taking reasonable breaks, stretching, alternating positions throughout the day to minimize or mitigate pain and discomfort. While it is reasonable to seek continuation of conservative care w ith intermittent injections, this w ould not necessitate the need for ongoing restrictions/limitations and can be done around a w ork schedule.

There is self-reported cognitive (concentration, memory) impairment, how ever there is no neuropsychological testing to support these claims, and no examination documenting cognitive slow ing or other observable issues.

The medical records document the employee w ill be having a total hip arthroplasty therefore it is reasonable to support no w ork to allow recovery per MD Guidelines if appropriate.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - AMAMA3 - Jan 27, 2025 02:30:05 pm
Files have been extracted, combined, and sent to Sequoia / Pro-Index sent to be fully indexed - KAONE5 - Jan 17, 2025 02:08:56 pm
Traige to Amy M. - AMAMA3 - Jan 27, 2025 07:48:46 am

| | | | | | |
|---|---|---|---|---|---|
| 1/15/2025 6:31:48 PM | Referrals | 14 | Change of Definition | Initial | AM0ST5 |

2nd Level LTD AO Appeal Review

Date Received: 12/26/2024
30th Day: 01/25/2025
45th Day: 02/09/2025
90th Day: 03/26/2025
Cov Type: LTD
Claimant Name: Michael Morgason
Claim Number:1210046281

Claim Demographics

Current Age: now 54
EE State: AR
Situs State: TX
DOH: 02/03/2014
Eff Date: 09/01/2019
Class: 1
DLW:11/19/2020
DOD: 11/20/2020
EP: 180 days
BCD: 05/19/2021
Benefit Paid To: COD
COD: 36 months 05/19/2024
MBD: RBD 07/31/2035
RTW Date: NA claiming TDAO perm
Pre-Ex review needed: 03/12 NA

Occupation: Maintenance Worker, Municipal
DOT Classification: heavy
Primary Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Work Related: doesn’t appear so
Monthly Net Benefit: 2044.64
SSDI Aw arded: unknow n

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Overpaid Amount: unknow n
ERISA or NON-ERISA: NON-ERISA

LW claim status: NA
Other LTD claims: NA
STD Claims: rolled to LTD

Group ID: TEXARISD
Group Name: Texarkana Independent School District
Attorney Representation: yes
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston TX 77007
P: 713 228 8888
F: 713 225 0940

Current Providers:

AP Name/Specialty/Phone Number:
Dr. Frank Feigenbaum - Neurosurgery
Dr. Hugh Frederick - Orthopedic Hand & Wrist Surgery P# 214-528-4185 F# 214-528-3074
Dr. Chris Lamb

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

01/03/2024 revised 01/19/2024
"Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions."

TSA- found gainful
DOT Code Occupation Str Monthly Wage
713.687-026 Lens Inserter S $2,957.07
559.687-010 Ampoule Examiner S $3,659.07

1st Level Appeal Decision

Reason/Date of denial: Not TDAO DATE 07/10/2024
Type of Medical Review , Name, & Specialty: PEER

06/12/2024 Sameer Jain Neurology and pain management
"The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, low er extremity w eakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts w ithin the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine show ing significant degeneration of the spine. The claimant underw ent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction w ith resorbable plating on 4/10/24. He w as placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery show ed significant improvement in his symptoms, he w as able to perform daily w alking, and there w as resolution of his numbness. Nonetheless, restrictions are w arranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist, BUE; Unrestricted to desk level, BUE
Use low er extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forw ard w ith reassessment on or around 12/30/24."

Summary of Appeal being discussed:

Demographics: Claimant is a 54 year old maintenance w orker w ho stopped w orking on due 11/20/2020 to polyneuropathy and osteoarthritis. It w as previously determined that he met the policy definition of disability to his COD of 05/19/2024. a PEER w as done at claims and first level of appeal. R&L's w ere supported how ever gainful occs w ere found.

Basis for the Appeal: The claimants attorney indicated (summarized list)
states LFG review ing physicians conclusions w ere contradicting and inconsistent w ith the administrative record

Provided case law studies

Feels LFGs decision w as arbitrary and capricious

EEs symptomatology has not resolved. He continues to experience w orsened pain w ith prolonged sitting.

Feels that LFG issued a termination letter 07/10/2024 even after being informed by EE that he had an upcoming imaging study. LFG failed to obtain pertinent information.

Feels that LFG breached duty of good faith and fair dealing
Feels that LFG committed a breach of contract
Feels that LFG violated Texas Ins Code and Texas Deceptive Trade Practices Act

Information Submitted w ith appeal and not previously review ed:
12 exhibits

Path: Letter to claimants attorney via email. Claim under review .

MEDICAL REV IEW QUESTIONS: NON-ERISA LTD 2ND LEVEL APPEAL
.
Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 05/19/2024 forw ard. Please review from a psychological, cognitive and physical standpoint.

If your conclusion is different from the previous review , please explain the medical rationale and evidence used in your coming to the different conclusion(s). - AM0ST5 - Jan 15, 2025 06:35:52 pm
Please extract records for this claim and create a case in Sequoia to be fully pro-indexed for an appeal nurse review .

Michael Morgason
Claim Numbers:
LTD 1210046281
STD 1200120731 - CADSP1 - Jan 16, 2025 11:40:01 am
Files have been extracted, combined, and sent to Sequoia / Pro-Index sent to be fully indexed - KAONE5 - Jan 17, 2025 02:08:56 pm
Traige to Amy M. - AMAMA3 - Jan 27, 2025 07:48:46 am
Date:January 27, 2025

Subject:Appeal Nursing Memorandum

Claim #: 1210046281
Claimant: Michael Morgason
Date of Birth:
Date of Disability: November 20, 2020

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

Clinical Assessment:
The employee stopped w orking on November 20, 2020, due to polyneuropathy, osteoarthritis right carpometacarpal (joint at the base of the thumb), right carpal tunnel syndrome, perineural cyst left hand, and intra-sacral meningeal cysts. He underw ent trapezium resection interposition arthroscopy, and ligament reconstruction right thumb and right carpal tunnel release on April 22, 2021, right sacroiliac steroid injection on October 25, 2022, left w rist steroid injection May 24, 2023, and bilateral S3 selective nerve root block on December 22, 2023. He is treated by internal

medicine, orthopedics, neurology, physical medicine & rehab, and neurosurgery. The employee underwent surgical treatment for intra-sacral meningeal cysts left S2 and S3 nerve roots and sacral laminar reconstruction with resorbable plating on April 10, 2024. During initial post-operative follow up appointment on April 15, 2024, with Dr. Frank Feigenbaum (Neurosurgery), the employee is doing well, and he reports his bilateral lower extremity symptoms have improved; he is walking daily and sitting comfort is stable. Current medications include Robaxin (muscle relaxer) and Norco (narcotic). Exam documents full strength and sensation at baseline. Plan is to follow up in 3 months with repeat MRI. He was previously supported to May 19, 2024.

The employee saw Dr. Matthew Nix (Family Medicine) on June 10, 2024, and he reports the pain in his pelvis and right hip has decreased and his leg feels less heavy. His surgical wound is healed. He will see neurosurgeon in 3-month with a repeat MRI; PT was not recommended. He is taking ibuprofen and Norco 1-2 times a day, and the neurosurgeon requests medications to be managed by his primary care provider. He was also taking gabapentin (nerve pain) prior to surgery but stopped taking. Exam reveals healed lumbar/sacral incision. There are no motor or sensory deficits, and no gait abnormalities. Plan is to restart gabapentin due to continued right leg pain below the knee which may improve with time. Refill Norco for a short time and start weaning off.

An independent medical peer review was completed on June 12, 2024, by Dr. Sameer Jain (Neurology/Pain Medicine) who opined the employee would have restrictions/limitations to include Sitting: Unrestricted. Standing: Frequently. Walking: Frequently. Lift, carry, push, and pull: Occasionally, up to 20 lbs. with both upper extremities. Climbing stairs, balance, stoop, kneel, crouch, and crawl: Frequently. Reaching: Frequently overhead and below waist, with both upper extremities, and unrestricted to desk level. Use lower extremities for foot control: Frequently with both lower extremities. Fine manipulation and simple and firm grasping: Unrestricted in both upper extremities. The above-recommended restrictions and limitations are indicated from May 19, 2024, and forward with reassessment on or around December 30, 2024. Please see report for details.

An ability form from Dr. Feigenbaum dated June 25, 2024, provides restrictions/limitations to include occasional lift/carry 0-20 lbs., sit, stand, walk, drive, finger, handle, and reach above the shoulder; never lift/carry more than 20 lbs., climb, bend, kneel, or operate foot controls. The employee should avoid pushing/pulling activity for 3 months, minimize bending/twisting for 4-8 weeks, and limit sitting/standing for 45-60 minutes at a time with frequent breaks. There is no correlating office visit or exam findings.

A pelvic/sacrum MRI July 25, 2024, showed remote sacral laminectomy changes at S2-3 level for resection of small meningeal Tarlov cysts without evidence of recurrence or residual cysts.

The employee saw Dr. Hugh Frederick (Orthopedic Surgery) on August 21, 2024, for complaints of recurring carpal tunnel symptoms in the left hand. He reports several months of complete relief with previous carpal tunnel injection (May 2023) however symptoms are recurring despite the use of night braces. Exam documents good finger range of motion and mildly positive median nerve compression test. He is given repeat steroid injection in the left palmer wrist.

A neurological listing medical opinion form from Dr. Andrew Morales (Neurology) dated October 5, 2024, documents the employee's multiple symptom complaints and treatment every 3 months for peripheral neuropathy. Treatment includes medication management (nerve pain, muscle relaxer, narcotic) to control pain. He is noted to have moderate physical limitations. The employee can stand from a seated position and maintain an upright position without the assistance of another person or an assistive device; he can stand and walk and maintain an upright position while standing or walking without the assistance of another person or an assistive device. The employee does not have a loss of function in his upper extremities that require fine and gross motor activities or ability to lift, carry, push, or pull. Mental limitations document moderate however scoring noted none to mild limitations regarding work activities. There is no correlating office visit or exam findings.

The employee saw Physician Assistant Kenneth Weaver PA/Dr. Scott Bowen (Orthopedic Surgery) on December 9, 2024, for complaints of right hip pain that occurred over time and began 3 years ago. He takes ibuprofen with minimal relief. He reports sharp stabbing pain that is intermittent however he noted worsening symptoms. His symptoms are exacerbated by kneeling, sitting, bending, stairs, twisting, standing, lifting, and reaching overhead. He also reports stiffness, limping, and weakness. He was previously treated for this condition by another provider. Current medications include Baclofen and gabapentin. Exam documents no swelling or calf tenderness, normal peripheral pulses; he has good coordination with no weakness or sensory deficits. Intact deep tendon reflexes. Right hip/pelvic exam documents no swelling, bruising, or deformity, some tenderness over the groin with reproduction of pain in the groin with range of motion which is restricted in internal rotation. His strength is normal 5/5 with intact sensation. Normal hip tests. He has an antalgic gait favoring the affected side. A right hip x-ray on this date shows moderate degenerative (age-related) changes pistol-grip deformity, and no lytic lesions or fractures, and no bone-on-bone. The employee also completed a lumbosacral x-ray however results are not

provided. Right hip MRI (unknown date) showed mild osteoarthritis with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and anterior acetabulum. Plan is to start diclofenac (non-steroidal anti-inflammatory) and right total hip replacement is recommended.

An undated Social Security medical opinion regarding the ability to do work-related physical activities was completed by an unknown provider who opined the employee can frequently and occasionally lift/carry less than 10 lbs., stand, walk, and sit for less than 2-hours in an 8-hour workday. He can sit and stand for 10 minutes at one time before he must change positions. He must walk around every 10 minutes for 5 minutes; he requires the need to change positions at will and he will need to lay down every 30 minutes. Postural activities noted not applicable to this provider. All physical functions are affected. He should avoid moderate exposures to all environmental conditions. The record is incomplete. There is no correlating office visit or exam findings.

The medical records document multiple orthopedic and neurological conditions including carpal tunnel syndrome and intra-sacral meningeal cysts requiring surgical intervention and intermittent steroid injections as noted above. Additional treatment includes medication management with muscle relaxers, nerve pain medicine, and narcotics. Most recently the employee underwent sacral laminar reconstruction with resorbable plating for treatment of intra-sacral meningeal cysts on April 10, 2024, without any documented complications. The employee is treated by Dr. Feigenbaum (Neurosurgery), Dr. Nix (Family Medicine), and Dr. Frederick (Orthopedic Surgery) as noted above. During initial post-operative follow up appointment on April 15, 2024, with Dr. Feigenbaum, the employee is doing well, and he reports his symptoms have improved. Exam reveals full strength and equal sensation. There is a gap in treatment from April 10, 2024-June 10, 2024, at which time the employee saw Dr. Nix for medication management of narcotics which he is being weaned off. His gabapentin is restarted. During follow up appointment on August 21, 2024, with Dr. Frederick (Orthopedic Surgery), the employee reports complete resolution of left sided carpal tunnel with last steroid injection (more than a year ago), however symptoms have gradually returned. Exam reveals good range of motion and mild compression tests. Treatment consists of a repeat steroid injection. There appears to be a gap in treatment from August 21, 2024-December 9, 2024, at which time the employee was evaluated by a new orthopedist Weaver PA, for persistent right hip pain. He no longer requires narcotic pain medication. Exam reveals tenderness and pain with range of motion (internal rotation) and no motor or sensory deficits. He is noted to have an antalgic gait. Diagnostic imaging showed mild osteoarthritis with recommendation for total hip replacement. While the employee reports chronic pain, in multiple sites, the medical exam documentation fails to demonstrate severe pain, instability, weakness including loss of grip strength, altered sensation, or significant loss of range of motion to support restrictions/limitations precluding all work activities beyond May 19, 2024. An MRI July 25, 2024, showed no recurrent or residual cysts. It would be reasonable to periodically adjust positions throughout the workday per position of comfort. i.e. taking reasonable breaks, stretching, alternating positions throughout the day to minimize or mitigate pain and discomfort. While it is reasonable to seek continuation of conservative care with intermittent injections, this would not necessitate the need for ongoing restrictions/limitations and can be done around a work schedule.

There is self-reported cognitive (concentration, memory) impairment, however there is no neuropsychological testing to support these claims, and no examination documenting cognitive slowing or other observable issues.

The medical records document the employee will be having a total hip arthroplasty therefore it is reasonable to support no work to allow recovery per MD Guidelines if appropriate.

Amy M. RN, CCM
Nurse Disability Consultant, Lincoln Financial Group - AMAMA3 - Jan 27, 2025 02:30:05 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/15/2025 6:18:41 PM | Claim Tasks | 23 | Appeal 90 Day Extension | Requested | AM0ST5 |

90th Day: 03/26/2025 - AM0ST5 - Jan 15, 2025 06:19:11 pm

TOLLING:
03/03/2025 to 03/25/2025
04/25/2025 to 05/05/2025 - AM0ST5 - May 27, 2025 11:05:42 am

| | | | | | |
|---|---|---|---|---|---|
| 1/15/2025 6:18:05 PM | Claim Tasks | 22 | Appeal - 45 Day Reminder | Requested | AM0ST5 |

30th Day: 01/25/2025
45th Day: 02/09/2025 - AM0ST5 - Jan 15, 2025 06:18:33 pm

reacing out to the atty to see if the EE has had any sugeries from COD to present date-- looking into doing an IME will need to send that info in NON-ERISA extension letter - AM0ST5 - Jan 30, 2025 02:00:16 pm

EE Did not have SX - sending 45 ext with IME info to atty - AM0ST5 - Feb 05, 2025 11:50:29 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/15/2025 6:15:49 PM | Summary/Assessment/P 8h | | 2nd Level LTD AO Appeal Review - AM0ST5 - Jan 15, 2025 | Requested | AM0ST5 |

Summary Notes
2nd Level LTD AO Appeal Review - AM0ST5 - Jan 15, 2025 06:16:30 pm
Assessment Notes

Path Notes
2nd Level LTD AO Appeal Review

Date Received: 12/26/2024
30th Day: 01/25/2025
45th Day: 02/09/2025
90th Day: 03/26/2025
Cov Type: LTD
Claimant Name: Michael Morgason
Claim Number:1210046281

Claim Demographics

Current Age: now 54
EE State: AR
Situs State: TX
DOH: 02/03/2014
Eff Date: 09/01/2019
Class: 1
DLW:11/19/2020
DOD: 11/20/2020
EP: 180 days
BCD: 05/19/2021
Benefit Paid To: COD
COD: 36 months 05/19/2024
MBD: RBD 07/31/2035
RTW Date: NA claiming TDAO perm
Pre-Ex review needed: 03/12 NA

Occupation: Maintenance Worker, Municipal
DOT Classification: heavy
Primary Diagnosis: OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Work Related: doesn't appear so
Monthly Net Benefit: 2044.64
SSDI Awarded: unknown
Overpaid Amount: unknown
ERISA or NON-ERISA: NON-ERISA

LW claim status: NA
Other LTD claims: NA
STD Claims: rolled to LTD

Group ID: TEXARISD
Group Name: Texarkana Independent School District
Attorney Representation: yes
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston TX 77007
P: 713 228 8888
F: 713 225 0940

**Chronological Activity List**

Current Providers:

AP Name/Specialty/Phone Number:
Dr. Frank Feigenbaum - Neurosurgery
Dr. Hugh Frederick - Orthopedic Hand & Wrist Surgery P# 214-528-4185 F# 214-528-3074
Dr. Chris Lamb

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

01/03/2024 revised 01/19/2024
"Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions."

TSA- found gainful
DOT Code Occupation Str Monthly Wage
713.687-026 Lens Inserter S $2,957.07
559.687-010 Ampoule Examiner S $3,659.07

1st Level Appeal Decision

Reason/Date of denial: Not TDAO DATE 07/10/2024
Type of Medical Review , Name, & Specialty: PEER

06/12/2024 Sameer Jain Neurology and pain management

"The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, low er extremity w eakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts w ithin the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine show ing significant degeneration of the spine. The claimant underw ent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction w ith resorbable plating on 4/10/24. He w as placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery show ed significant improvement in his symptoms, he w as able to perform daily w alking, and there w as resolution of his numbness. Nonetheless, restrictions are w arranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist, BUE; Unrestricted to desk level, BUE
Use low er extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forw ard w ith reassessment on or around 12/30/24."

Summary of Appeal being discussed:

Demographics: Claimant is a 54 year old maintenance w orker w ho stopped w orking on due 11/20/2020 to polyneuropathy and osteoarthritis. It w as previously determined that he met the policy definition of disability to his COD of 05/19/2024. a PEER w as done at claims and first level of appeal. R&L's w ere supported how ever gainful occs w ere found.

Basis for the Appeal: The claimants attorney indicated (summarized list)
states LFG review ing physicians conclusions w ere contradicting and inconsistent w ith the administrative record

Provided case law studies

Feels LFGs decision w as arbitrary and capricious

EEs symptomatology has not resolved. He continues to experience w orsened pain w ith prolonged sitting.

Feels that LFG issued a termination letter 07/10/2024 even after being informed by EE that he had an upcoming imaging study. LFG failed to obtain pertinent information.

Feels that LFG breached duty of good faith and fair dealing
Feels that LFG committed a breach of contract
Feels that LFG violated Texas Ins Code and Texas Deceptive Trade Practices Act

Information Submitted w ith appeal and not previously review ed:
12 exhibits

Path: Letter to claimants attorney via email. Claim under review .
- AM0ST5 - Jan 15, 2025 06:16:30 pm

HCC review w as completed no R&L's w ere supported due to lack of medical

atty states EE has not had any surgeries done from May 2024 to present date

PATH: sending out extension letter and notification w e are w orking on setting up an IME appt for the claimant. - AM0ST5 - Feb 05, 2025 12:01:28 pm

IME w as not done -- the venders could not find an occ med physician w ithin appropriate distance for claimant therefore moved to a file review by a BCD physician

PEER supports R&L's how ever they w ould still allow for the sed occs to be performed

PATH: RTR w ith HCC and PEER sent to atty today deadline is 03/24/2025

tolling 03/03/2025 - AM0ST5 - Mar 03, 2025 11:30:56 am

INCOMING:
Exhibits A-13- A-17

PATH: sending for PEER addendum

TOLLING 03/03/2025 to 03/25/2025 - AM0ST5 - Mar 31, 2025 12:01:39 pm

PEER still does not support until claimant SX 02/13/2025 how ever the claimant did not meet the definition of TDAO from his COD/date last paid 05/19/2024 to his SX date of 02/13/2025 therefore no benefits are payable.

PATH: sending out RTR w ith addendum -- deadline is 04/28/2025

TOLLING AGAIN 04/11/2025 - AM0ST5 - Apr 11, 2025 12:49:45 pm

INCOMING:
04/07/2025 & 04/15/2025 visit notes Bow en Hefley- ortho
04/15/2025 MRI Lumbar Spine w /o contrast
04/25/2025 letter from attorney disagreeing w ith the PEER review

PATH: sent email to atty regarding items in their 04/25 letter (see email for details) - allow ing time for the atty to review my email and respond. - AM0ST5 - May 05, 2025 04:01:48 pm

SEE UPHOLD SAP FOR DETAILS - AM0ST5 - May 27, 2025 02:11:03 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/15/2025 | Documents/Mail | 181 | Appeal Dis Atty Ackappeal | Completed | AM0ST5 |
| | Appeal Dis Atty Ackappeal | | | | |
| 1/15/2025 | Documents/Mail | 180 | Medical Records | Completed | AM0ST5 |
| | 2025-01-10-14.29.56.915640O01 | | | | |
| 1/15/2025 | Documents/Mail | 178 | Fax | Completed | AM0ST5 |
| | 2025-01-10-14.29.56.861640O01 | | | | |
| 1/14/2025 | Documents/Mail | 179 | Incoming Correspondence | Completed | JAECA2 |
| | 2025-01-10-14.29.56.889640O01 | | | | |
| 1/10/2025 1:41:02 PM | Documents/Mail | 180 | Medical Records | Received | AM0ST5 |
| | 2025-01-10-14.29.56.915640O01 | | | | |
| 1/10/2025 1:41:00 PM | Documents/Mail | 179 | Incoming Correspondence | Received | JAECA2 |
| | 2025-01-10-14.29.56.889640O01 | | | | |
| 1/10/2025 1:40:59 PM | Documents/Mail | 178 | Fax | Received | AM0ST5 |
| | 2025-01-10-14.29.56.861640O01 | | | | |
| 12/26/2024 10:13:21 AM | Appeal | 2 | Level 2 | New | AM0ST5 |
| 12/26/2024 10:13:14 AM | Status | | | REOPENED | TYMWA8 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/26/2024 | Documents/Mail<br>2024-12-26-11.17.21.494600O01 | 177 | Appeal Notice | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.560620O01 | 176 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.545620O01 | 175 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.530620O01 | 174 | Appeal Notice | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.506620O01 | 173 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.483620O01 | 172 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.469620O01 | 171 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.447620O01 | 170 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.433620O01 | 169 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.414620O01 | 168 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.400620O01 | 167 | Medical Records | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.381620O01 | 166 | Incoming Correspondence | Completed | JAECA2 |
| 12/26/2024 | Documents/Mail<br>2024-12-26-10.10.15.365620O01 | 165 | Email | Completed | JAECA2 |
| 8/26/2024 | Documents/Mail | 164 | Email | Completed | KAROL2 |

Hello,
Please see attached letter. A link w ith a copy of the file for Mr. Michael Morgason w ill be sent in a separate email.

Kathryn Oliver
Associate, LTD Claims

Lincoln Financial Group
LincolnFinancial.com
1-800-423-2765 ext 6740 Office

877-843-3950 Fax
she/her/hers
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

- KAROL2 - Aug 26, 2024 09:55:22 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/26/2024 | Documents/Mail<br>Free Form Letter | 163 | Free Form Letter | Completed | KAROL2 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/26/2024 | Claim Tasks | 21 | File scan request | Completed | KAROL2 |

FILE COPY REQUESTED FROM ATTORNEY
email: AGGIE@MARCWHITEHEAD.COM

complete file
claims records
patient records
correspondence
policies

STD CLAIM: 1200120731
LTD CLAIM: 1210046281 - KAROL2 - Aug 20, 2024 12:29:49 pm

Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 Folderas:

M MORGASON 1210046281 1200120731 8-21-24

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them - DAMKE5 - Aug 21, 2024 08:11:25 am

pages review ed
ok to send to attorney - KAROL2 - Aug 26, 2024 09:51:15 am

Email of file copy has been sent to requestor and CE via One Drive - DAMKE5 - Aug 26, 2024 10:33:23 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/20/2024 12:27:17 PM | Claim Tasks | 21 | File scan request | Requested | KAROL2 |

FILE COPY REQUESTED FROM ATTORNEY
email: AGGIE@MARCWHITEHEAD.COM

complete file
claims records
patient records
correspondence
policies

STD CLAIM: 1200120731
LTD CLAIM: 1210046281 - KAROL2 - Aug 20, 2024 12:29:49 pm

Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 Folderas:

M MORGASON 1210046281 1200120731 8-21-24

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them - DAMKE5 - Aug 21, 2024 08:11:25 am

pages review ed
ok to send to attorney - KAROL2 - Aug 26, 2024 09:51:15 am

Email of file copy has been sent to requestor and CE via One Drive - DAMKE5 - Aug 26, 2024 10:33:23 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/20/2024 | Documents/Mail | 162 | Incoming Correspondence | Completed | KAROL2 |
| | 2024-08-15-14.26.38.295820O01 | | | | |
| 8/17/2024 7:44:40 AM | Documents/Mail | 162 | Incoming Correspondence | Received | KAROL2 |
| | 2024-08-15-14.26.38.295820O01 | | | | |



Lincoln/Morgason 0118

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/10/2024 3:59:15 PM | Status | | Not TD Any Occ | CLOSED | TKHENDE |
| 7/10/2024 | Referrals | 13 | Tolling Review | Completed | TKHENDE |

Today's Date6/17/2024
Appeal Rcvd Date5/23/2024
Days Since Received26
Extension Sent Date6/17/2024
Tolling Start DateTolling end DateTolling Days
6/17/202430
0
0
0
0
0
0
Tolling Days30
90th Day of Active Review 9/20/2024
Active Review Days Remaining to 90th Day 94

- TKHENDE - Jun 17, 2024 01:10:43 pm

Today's Date7/10/2024
Appeal Rcvd Date5/23/2024
Days Since Received49
Extension Sent Date6/17/2024
Tolling Start DateTolling end DateTolling Days
6/17/20247/8/202422
0
0
0
0
0
0
Tolling Days22
90th Day of Active Review 9/12/2024
Active Review Days Remaining to 90th Day 63

- TKHENDE - Jul 10, 2024 08:26:07 am

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2024 | Summary/Assessment/Pa7h | | 1ST LEVEL APPEAL UPHOLD RATIONALE - TKHENDE - Jul 10, | Completed | TKHENDE |

Summary Notes
1ST LEVEL APPEAL UPHOLD RATIONALE - TKHENDE - Jul 10, 2024 03:56:11 pm
Assessment Notes

Path Notes
1ST LEVEL APPEAL UPHOLD RATIONALE: The review on appeal does not support r&l's from the EE performing in any occ beyond 5/19/2024. On appeal a peer review w as completed w ith physician board certified in Neurology/Pain Management. The review finds r&l's of Sitting: Unrestricted, Standing: Frequently, Walking: Frequently, Lifting: Occasionally, up to 20 lbs. BUE, Carrying: Occasionally, up to 20 lbs. BUE, Pushing: Occasionally, up to 20 lbs. BUE, Pulling: Occasionally, up to 20 lbs. BUE,
Climbing stairs: Frequently, Balancing: Frequently, Stooping: Frequently, Kneeling: Frequently, Reaching: Frequently overhead and below w aist, BUE; Unrestricted to desk level, BUE, Use low er extremities for foot control: Frequently BLE, Fine manipulation: Unrestricted BUE , & Simple and firm grasping: Unrestricted BUE.

Claimant Name: Michael Morgason
Claim Number: 1210046281
Group ID & active/termed:texarisd / active

Claim Demographics

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Current Age: 53
Situs State:TXState Language applicable N
State of Residence:ARState Language applicable N
LTD Mthly Coverage amount(s): $2,044.64
Date of Disability: 11/20/2020
EP: 180 days
Benefit Commencement Date: 5/19/2021
Benefit Paid/Approved To Date:5/19/2024
Change in Definition (COD) Date: 5/19/2024
Max Duration Date: 7/31/2035
Occupation / Location in AWD: Maintenance Worker, Municipal
Physical Demand Level of Occ:Heavy
Primary Diagnosis: Primary OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left

Peer review on appeal concluded in part:
The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, low er extremity w eakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts w ithin the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine show ing significant degeneration of the spine. The claimant underw ent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction w ith resorbable plating on 4/10/24. He w as placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery show ed significant improvement in his symptoms, he w as able to perform daily w alking, and there w as resolution of his numbness. Nonetheless, restrictions are w arranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Craw ling: Frequently
Reaching: Frequently overhead and below w aist, BUE; Unrestricted to desk level, BUE
Use low er extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE
The above-recommended restrictions and limitations are indicated from 5/19/2024 and forw ard w ith reassessment on or around 12/30/24.

APPEAL PATH:
Uphold letter to EE
Appeal closed - TKHENDE - Jul 10, 2024 03:56:11 pm

| 7/10/2024 | Summary/Assessment/Path | 6 | 1ST LEVEL APPEAL PENDING RATIONALE - TKHENDE - May | Completed | TKHENDE |
|---|---|---|---|---|---|

Summary Notes
1ST LEVEL APPEAL PENDING RATIONALE - TKHENDE - May 31, 2024 10:47:49 am
Assessment Notes

Path Notes

1st Level Appeal
Date Appeal Received:5/23/2024

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

30th day:6/22/2024
45th Day:7/7/2024
90th Day:8/21/2024
Date of most recent authorization in AWD: Signed 10/5/2023 (expires 24 months) AWD 10/9/2023
Pre Ex investigation required N
AO investigation required Y
SSDI Aw ard information needed/requested - Not enough credits

Attorney:n/a

Claimant Name: Michael Morgason
Claim Number: 1210046281
Group ID & active/termed:texarisd / active

Claim Demographics
Current Age: 53
Situs State:TXState Language applicable N
State of Residence:ARState Language applicable N
LTD Mthly Coverage amount(s): $2,044.64
Date of Disability: 11/20/2020
EP: 180 days
Benefit Commencement Date: 5/19/2021
Benefit Paid/Approved To Date:5/19/2024
Change in Definition (COD) Date: 5/19/2024
Max Duration Date: 7/31/2035
Occupation / Location in AWD: Maintenance Worker, Municipal
Physical Demand Level of Occ:Heavy
Primary Diagnosis: Primary OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Co-Morbid Diagnoses:
TEE Form: AWD 10/9/2023
ERISA or NON-ERISA:
Riders:

STD claim status:Closed
LW claim status:n/a
LTD claim status:Appealed

Notes: Contractual Limits
Legal Action: 3 yrs
Proof of claim: 90 days end of elim

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

Current Providers - last 18 to 24 months

AP Name/Specialty/Phone Number:Dr. Frank Feigenbaum - Neurosurgery
Last Date of Service: 4/15/2024
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:Dr. Hugh Frederick - Orthopedic Hand & Wrist Surgery P# 214-528-4185 F# 214-528-3074
Last Date of Service:
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:Dr. Chris Lamb
Last Date of Service:
Restrictions and Limitations/Duration:

**Chronological Activity List**

Date and Type of Recent Surgeries:
4/10/2024 - Sacral laminectomy. Treatment of multiple intrasacral cysts w ithin sacral spinal canal and sacral laminar reconstruction w ith resorbable plating
12/22/2023 - Bilateral S3 Selective Nerve Root Block
4/22/2021 - Right thumb CMC reconstructive surgery & right carpal tunnel release

Appeal being discussed
Reasons for disagreement as explained in appeal: Appeal from EE states Dr. Frank Feigenbaum performed sacral laminectomy & dorsal sacral reconstruction w /absorbable plating on 4/10/2024. The EE states recovery from the surgery could take months or years. On appeal the EE states progress notes, test results and prognosis from Mayo Clinic Jacksonville w ere not considered and he has provided for review regarding Tarlov cysts, pain w /sitting, inability to sit for an extended period of time, hip/buttock & groin pain w hile seated.

Information Submitted w ith appeal and not previously review ed:
Medical records from Mayo Clinic Jacksonville
Medical records and surgery notes from Dr. Frank Feigenbaum

Appeal Analysis: LTD bnfts have been paid for the OO period and denied AO as of 5/19/2024. Records note the EE has medical history of myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome, bilateral carpal tunnel syndrome & pain. Updated medical records on appeal noting EE underw ent sacral laminectomy & dorsal sacral reconstruction surgery on 4/20/2024.

SSDI file mentioned in initial call - Yes, EE stated he cannot get this.

PATH:
Ack letter to EE
Initial call completed
Appeal pending medical review
- TKHENDE - May 31, 2024 10:47:49 am

> Peer review completed. Sent copy to EE for RTR. Will f/up in 21 days. - TKHENDE - Jun 17, 2024 01:11:14 pm
> Rec'd Abilities Form dated 6/25/2024 from Dr. Frank Feigenbaum/Neurosurgery. - TKHENDE - Jul 05, 2024 10:46:38 am

> Rec'd Abilities Form dated 6/25/2024 & letter from EE. - TKHENDE - Jul 10, 2024 08:21:56 am
> Moving forw ard w ith appeal uphold. See Uphold Rationale SAP. - TKHENDE - Jul 10, 2024 03:50:11 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2024 | Appeal | 1 | Level 1 | Closed | TKHENDE |
| 7/10/2024 | Documents/Mail | 161 | Appeal Any Occ Level 1 Uphold EE | Completed | TKHENDE |

Appeal Any Occ Level 1 Uphold EEAttachments:Translation services

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2024 | Documents/Mail | 160 | Medical Records | Completed | TKHENDE |

2024-07-08-12.29.42.605160O01

Abilities Form
Dr. Frank Feigenbaum 6/25/2024 - TKHENDE - Jul 10, 2024 08:20:33 am

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2024 | Documents/Mail | 159 | Incoming Correspondence | Completed | TKHENDE |

2024-07-08-12.29.42.537160O01

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2024 | Claim Tasks | 20 | Appeal - 45 Day Reminder | Completed | TKHENDE |

30TH DAY = 6/22/2024
45TH DAY = 7/7/2024
90TH DAY = 8/21/2024 - TKHENDE - May 31, 2024 10:48:58 am

21 DAY F/UP = 7/8/2024 - TKHENDE - Jun 17, 2024 01:09:26 pm

90TH DAY = 9/12/2024 - TKHENDE - Jul 10, 2024 08:26:42 am

| | | | | | |
|---|---|---|---|---|---|
| 7/8/2024 2:43:56 PM | Documents/Mail | 160 | Medical Records | Received | TKHENDE |

2024-07-08-12.29.42.605160O01

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Abilities Form<br>Dr. Frank Feigenbaum 6/25/2024 - TKHENDE - Jul 10, 2024 08:20:33 am | | | | |
| 7/8/2024 2:43:54 PM | Documents/Mail | 159 | Incoming Correspondence | Received | TKHENDE |
| | 2024-07-08-12.29.42.537160O01 | | | | |
| 7/8/2024 | Documents/Mail | 158 | Envelope | Completed | TKHENDE |
| | 2024-07-08-12.29.42.465160O01 | | | | |
| 7/5/2024 | Documents/Mail | 157 | Medical Records | Completed | TKHENDE |
| | 2024-06-26-14.22.54.707900O01<br><br>Abilities Form dated 6/25/2024 from Dr. Frank Feigenbaum/Neurosurgery<br>- TKHENDE - Jul 05, 2024 10:46:13 am | | | | |
| 6/28/2024 2:02:46 PM | Documents/Mail | 157 | Medical Records | Received | TKHENDE |
| | 2024-06-26-14.22.54.707900O01<br><br>Abilities Form dated 6/25/2024 from Dr. Frank Feigenbaum/Neurosurgery<br>- TKHENDE - Jul 05, 2024 10:46:13 am | | | | |
| 6/17/2024 1:10:21 PM | Referrals | 13 | Tolling Review | In Active Review | TKHENDE |
| | Today's Date6/17/2024<br>Appeal Rcvd Date5/23/2024<br>Days Since Received26<br>Extension Sent Date6/17/2024<br>Tolling Start DateTolling end DateTolling Days<br>6/17/202430<br>0<br>0<br>0<br>0<br>0<br>0<br>Tolling Days30<br>90th Day of Active Review 9/20/2024<br>Active Review Days Remaining to 90th Day 94<br><br>- TKHENDE - Jun 17, 2024 01:10:43 pm<br><br>Today's Date7/10/2024<br>Appeal Rcvd Date5/23/2024<br>Days Since Received49<br>Extension Sent Date6/17/2024<br>Tolling Start DateTolling end DateTolling Days<br>6/17/20247/8/202422<br>0<br>0<br>0<br>0<br>0<br>0<br>Tolling Days22<br>90th Day of Active Review 9/12/2024<br>Active Review Days Remaining to 90th Day 63<br><br>- TKHENDE - Jul 10, 2024 08:26:07 am | | | | |
| 6/17/2024 | Referrals | 12 | External Review | Completed | TKHENDE |
| | Referral Date: 5/31/2024<br>Claims Specialist Name: Theresa Henderson | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Phone Number:800-423-2765*7277
Email Address: Theresa.Henderson@lfg.com

Submitter's Name (First/Last):same
Phone Number:
Email Address:

Is this referral COVID related? No

Referral Type: Appeal peer
If Addendum, Select Physician:
Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request - Spanish or French, War Exclusion)n/a
Claimant Name (First/Last): Michael Morgason
Claim Number:1210046281
Include any additional claim #'s involved:1200120731
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Texarkana Independent School District
Job Title:Maintenance Worker, Municipal
Product Type: LTD Appeal

Diagnosis: Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, pain
Date of Disability:11/20/2020
Last Day Worked:11/19/2020
Benefit Begin Date: 5/19/2021
Specialty Requested: Peer review with 1 physician who is dual boarded in Neurology & Pain Management

Name and Specialty of prior external vendor reviewers/ examiners:NMR/Dr. William Baretto/PM&R

Questions:

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Please provide a review of the medical findings. Please state your findings upon review of the medical information.

4. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 5/19/2024 and forward.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.Please provide the maximal physical / functional capacities the claimant retains and can safely perform at with specific from and to dates.

5. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.

6. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/19/2024 forward, and comment on the expected duration.

7. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

8. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or

elder care issues, or legal issues) that may adversely impact w ork?

9. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Name: Dr. Frank Feigenbaum/Neurosurgery Phone Number: 214-242-1389 Fax Number: 214-366-3713 - TKHENDE - May 31, 2024 11:03:52 am
Case submitted to CRT case #221234 for a peer review w ith an Neurology / Pain Management physician. - KAONE5 - Jun 03, 2024 01:54:52 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Jun 13, 2024 10:40:57 am
CRT / ICP is unable to process - asked that w e Vend this out on 6-4 - File w as submitted to ECN #268828 for a peer review w ith Neurology / Pain Management physician - KAONE5 - Jun 04, 2024 11:15:45 am

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2024 | Documents/Mail | 156 | Appeal Dis EE 21 Day Letter | Completed | TKHENDE |

Attachments:Morgason.pdf Appeal Dis EE 21 Day Letter

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2024 | Documents/Mail | 155 | Medical Records | Completed | TKHENDE |

2024-06-13-11.42.16.143740O01

ECN
6/12/2024 Peer Report
Dr. Sameer Jain - TKHENDE - Jun 17, 2024 12:58:42 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2024 | Documents/Mail | 154 | Email | Completed | TKHENDE |

2024-06-13-11.42.16.116740O01

| | | | | | |
|---|---|---|---|---|---|
| 6/13/2024 11:50:09 AM | Documents/Mail | 155 | Medical Records | Received | TKHENDE |

2024-06-13-11.42.16.143740O01

ECN
6/12/2024 Peer Report
Dr. Sameer Jain - TKHENDE - Jun 17, 2024 12:58:42 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/13/2024 11:50:08 AM | Documents/Mail | 154 | Email | Received | TKHENDE |

2024-06-13-11.42.16.116740O01

| | | | | | |
|---|---|---|---|---|---|
| 5/31/2024 11:01:19 AM | Referrals | 12 | External Review | Initial | TKHENDE |

Referral Date: 5/31/2024
Claims Specialist Name: Theresa Henderson
Phone Number:800-423-2765*7277
Email Address: Theresa.Henderson@lfg.com

Submitter's Name (First/Last):same
Phone Number:
Email Address:

Is this referral COVID related? No

Referral Type: Appeal peer
If Addendum, Select Physician:
Attach relevant medical records (PDF) that need processing
Other Considerations (optional): (Language Request - Spanish or French, War Exclusion)n/a
Claimant Name (First/Last): Michael Morgason
Claim Number:1210046281
Include any additional claim #'s involved:1200120731
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Texarkana Independent School District
Job Title:Maintenance Worker, Municipal
Product Type: LTD Appeal

Diagnosis: Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, pain
Date of Disability:11/20/2020
Last Day Worked:11/19/2020

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Benefit Begin Date: 5/19/2021<br>Specialty Requested: Peer review w ith 1 physician w ho is dual boarded in Neurology & Pain Management<br><br>Name and Specialty of prior external vendor review ers/ examiners:NMR/Dr. William Baretto/PM&R<br><br>Questions:<br><br>1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s).<br><br>2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.<br><br>3. Please provide a review of the medical findings. Please state your findings upon review of the medical information.<br><br>4. Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 5/19/2024 and forw ard.<br>a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.<br>b.Please provide the maximal physical / functional capacities the claimant retains and can safely perform at w ith specific from and to dates.<br><br>5. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain.<br><br>6. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/19/2024 forw ard, and comment on the expected duration.<br><br>7. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?<br><br>8. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?<br><br>9. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:<br>Name: Dr. Frank Feigenbaum/Neurosurgery Phone Number: 214-242-1389 Fax Number: 214-366-3713 - TKHENDE - May 31, 2024 11:03:52 am<br>Case submitted to CRT case #221234 for a peer review w ith an Neurology / Pain Management physician. - KAONE5 - Jun 03, 2024 01:54:52 pm<br>CRT / ICP is unable to process - asked that w e Vend this out on 6-4 - File w as submitted to ECN #268828 for a peer review w ith Neurology / Pain Management physician - KAONE5 - Jun 04, 2024 11:15:45 am<br>Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Jun 13, 2024 10:40:57 am | | | | |
| 5/31/2024 10:47:55 AM | Claim Tasks | 20 | Appeal - 45 Day Reminder | Requested | TKHENDE |
| | 30TH DAY = 6/22/2024<br>45TH DAY = 7/7/2024<br>90TH DAY = 8/21/2024 - TKHENDE - May 31, 2024 10:48:58 am<br><br>21 DAY F/UP = 7/8/2024 - TKHENDE - Jun 17, 2024 01:09:26 pm<br><br>90TH DAY = 9/12/2024 - TKHENDE - Jul 10, 2024 08:26:42 am | | | | |
| 5/31/2024 10:46:32 AM | Summary/Assessment/Pa | 6h | 1ST LEVEL APPEAL PENDING RATIONALE - TKHENDE - May | Requested | TKHENDE |
| | Summary Notes<br>1ST LEVEL APPEAL PENDING RATIONALE - TKHENDE - May 31, 2024 10:47:49 am | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Assessment Notes

Path Notes

1st Level Appeal
Date Appeal Received:5/23/2024
30th day:6/22/2024
45th Day:7/7/2024
90th Day:8/21/2024
Date of most recent authorization in AWD: Signed 10/5/2023 (expires 24 months) AWD 10/9/2023
Pre Ex investigation required N
AO investigation required Y
SSDI Aw ard information needed/requested - Not enough credits

Attorney:n/a

Claimant Name: Michael Morgason
Claim Number: 1210046281
Group ID & active/termed:texarisd / active

Claim Demographics
Current Age: 53
Situs State:TXState Language applicable N
State of Residence:ARState Language applicable N
LTD Mthly Coverage amount(s): $2,044.64
Date of Disability: 11/20/2020
EP: 180 days
Benefit Commencement Date: 5/19/2021
Benefit Paid/Approved To Date:5/19/2024
Change in Definition (COD) Date: 5/19/2024
Max Duration Date: 7/31/2035
Occupation / Location in AWD: Maintenance Worker, Municipal
Physical Demand Level of Occ:Heavy
Primary Diagnosis: Primary OA right CMC, Right carpal tunnel syndrome, perineural cyst Hand Dominance: Left
Co-Morbid Diagnoses:
TEE Form: AWD 10/9/2023
ERISA or NON-ERISA:
Riders:

STD claim status:Closed
LW claim status:n/a
LTD claim status:Appealed

Notes: Contractual Limits
Legal Action: 3 yrs
Proof of claim: 90 days end of elim

Initial Claim Decision:
Reason/Date of denial: Not TD AO - 2/22/2024
Type of Medical Review , Name, & Specialty: PM&R peer / Dr. William Baretto / NMR

Current Providers - last 18 to 24 months

AP Name/Specialty/Phone Number:Dr. Frank Feigenbaum - Neurosurgery
Last Date of Service: 4/15/2024
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:Dr. Hugh Frederick - Orthopedic Hand & Wrist Surgery P# 214-528-4185 F# 214-528-3074

Last Date of Service:
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:Dr. Chris Lamb
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:
4/10/2024 - Sacral laminectomy. Treatment of multiple intrasacral cysts w ithin sacral spinal canal and sacral laminar reconstruction w ith resorbable plating
12/22/2023 - Bilateral S3 Selective Nerve Root Block
4/22/2021 - Right thumb CMC reconstructive surgery & right carpal tunnel release

Appeal being discussed
Reasons for disagreement as explained in appeal: Appeal from EE states Dr. Frank Feigenbaum performed sacral laminectomy & dorsal sacral reconstruction w /absorbable plating on 4/10/2024. The EE states recovery from the surgery could take months or years. On appeal the EE states progress notes, test results and prognosis from Mayo Clinic Jacksonville w ere not considered and he has provided for review regarding Tarlov cysts, pain w /sitting, inability to sit for an extended period of time, hip/buttock & groin pain w hile seated.

Information Submitted w ith appeal and not previously review ed:
Medical records from Mayo Clinic Jacksonville
Medical records and surgery notes from Dr. Frank Feigenbaum

Appeal Analysis: LTD bnfts have been paid for the OO period and denied AO as of 5/19/2024. Records note the EE has medical history of myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome, bilateral carpal tunnel syndrome & pain. Updated medical records on appeal noting EE underw ent sacral laminectomy & dorsal sacral reconstruction surgery on 4/20/2024.

SSDI file mentioned in initial call - Yes, EE stated he cannot get this.

PATH:
Ack letter to EE
Initial call completed
Appeal pending medical review
 - TKHENDE - May 31, 2024 10:47:49 am

> Peer review completed. Sent copy to EE for RTR. Will f/up in 21 days. - TKHENDE - Jun 17, 2024 01:11:14 pm
> Rec'd Abilities Form dated 6/25/2024 from Dr. Frank Feigenbaum/Neurosurgery. - TKHENDE - Jul 05, 2024 10:46:38 am

> Rec'd Abilities Form dated 6/25/2024 & letter from EE. - TKHENDE - Jul 10, 2024 08:21:56 am
> Moving forw ard w ith appeal uphold. See Uphold Rationale SAP. - TKHENDE - Jul 10, 2024 03:50:11 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/31/2024 | Documents/Mail | 153 | Appeal Dis EE Ackappeal | Completed | TKHENDE |
| | Appeal Dis EE Ackappeal | | | | |
| 5/31/2024 | Claim Tasks | 19 | Appeal - 4 day notice | Completed | JAECA2 |
| 5/31/2024 | Telephone (OUT) | 16 | MICHAEL R. MORGASON | Completed | TKHENDE |
| | Placed call to the EE and advised w e are in receipt of his appeal letter and documents. I explained records w e have to date, time period in question and if everything has been provided for review w e w ill move forw ard w ith the medical review . The EE said that is everything and w as last seen by a doctor w as in April 2024. He also stated he cannot get SSD. The ee confirmed her prefers letters to be emailed to him and I verified his email address. I told the EE his appeal claim is pending and w e w ill move forw ard w ith our review . The EE agreed and understood. I thanked him for his time today. - TKHENDE - May 31, 2024 10:33:40 am | | | | |
| 5/30/2024 8:00:56 PM | Claim Tasks | 19 | Appeal - 4 day notice | Requested | JAECA2 |
| 5/30/2024 | Claim Tasks | 18 | Appeal - Review Any OCC | Completed | JAECA2 |
| 5/28/2024 12:17:02 PM | Claim Tasks | 18 | Appeal - Review Any OCC | Requested | JAECA2 |
| 5/28/2024 12:16:17 PM | Appeal | 1 | Level 1 | New | TKHENDE |
| 5/28/2024 12:15:03 PM | Status | | | REOPENED | JADWH0 |
| 5/24/2024 | Documents/Mail | 152 | Medical Records | Completed | JAECA2 |
| | 2024-05-23-15.29.25.826460O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/24/2024 | Documents/Mail | 151 | Incoming Correspondence | Completed | JAECA2 |
| | 2024-05-23-15.29.25.761460O01 | | | | |
| 5/24/2024 | Documents/Mail | 150 | Envelope | Completed | JAECA2 |
| | 2024-05-23-15.29.25.719460O01 | | | | |
| 2/23/2024 8:54:02 PM | Status | | Not TD Any Occ | CLOSED | BRMCLSDIRY |
| 2/23/2024 8:54:02 PM | Payments | | DEPOSIT 2/19/2024 - 5/19/2024 | CURRENT | DRLMO0 |
| 2/23/2024 | Referrals | 11 | Management Review | Completed | JAECA2 |

Claimant: Michael Morgason Claim #: 1210046281

The claimant is stable at this time. He does endorse w eakness and paresthesia, how ever, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling. These restrictions and limitations w ill likely be permanent.

TSA:
Summary: The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured

COD Review : NTDAO Denial
- Management Review - JAECA2 - Feb 20, 2024 12:10:44 pm

*******
MANAGER REVIEW:

SUMMARY:
EE is a 53yom, Maintenance Worker, Municipal (Heavy per OA). DOD is 11/20/20, BCD 5/19/21, COD 5/19/24, MBD 7/31/35. Diagnoses are myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. The current claim status is open. No SSDI (not qualify). Net monthly benefit is $2044.

1/3/24 Peer Review William Barreto, MD (PM&R): DX: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. "Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit." Permanent R&Ls:
"NEVER: stoop, kneel, climb
"OCC: stand, w alk, lift 20lbs, bend,
"FREQ: sit, lift 10lbs,
"UNRESTRICTED: reach all levels, fine manipulation, gross manipulation

2/15/24 TSA Review : Gainful is not defined in the policy, therefore it w ill equal benefit amount of $2044. Tw o Sedentary occs identified above gainful income requirements.

ASSESSMENT:
Per 1/3/24 Peer Review , R&LS w ere provided that w ould allow for at least Sedentary w ork. Per 2/15/24 TSA, 2 gainful occs w ere found. Based on this info, EE w ould be TDOO through COD, but NOT TDAO beyond COD of 5/19/24.

***
Agree w ith referral. Review ed claim file. Review ed referral note. CS obtained timely and effective clmt updates. Review ed clinical report. The conclusions make sense based on claim specifics and medical on file. Considered previous clinical rvw outcomes. Voc rvw w as completed.
***

I am in agreement w ith NOT TDAO denial of claim. Send back denial letter for review .
- Management Review - DRLMO0 - Feb 20, 2024 12:35:44 pm

**Chronological Activity List**

**Posted Date** | **Category** | **Seq** | **Item** | **Status** | **User**

Letter ready for review - Management Review - JAECA2 - Feb 23, 2024 10:49:39 am

Fixed a few minor typos and formatting, but letter is now good to send. - Management Review - DRLMO0 - Feb 23, 2024 10:57:22 am

2/23/2024 | Documents/Mail | 149 | Denial Any Occupation | Completed | JAECA2

Denial Any OccupationAttachments:Translation services

2/23/2024 | Telephone (OUT) | 15 | MICHAEL R. MORGASON | Completed | JAECA2

Discussion with claimant and his spouse about COD review being completed, and resulted not TDAO, sed occ identified.
Imformed of released benefit to COD date, and claim being closed.
Reports consult with new provider that would not approve of sed occ.
I advised that there is an appeal process, and steps can be found in follow up letter that is being sent out today.
States that he will go through with appeal process, and will submit further records for review.
Advised that if had any questions during that process to let CE know, would help.
NFQ call was ended. - JAECA2 - Feb 23, 2024 12:37:55 pm

2/22/2024 12:55:41 PM | Documents/Mail | 149 | Denial Any Occupation | Work In Progress | JAECA2

Denial Any OccupationAttachments:Translation services

2/22/2024 | Summary/Assessment/Pa | 5h | tdap sap - BMVANDE - Oct 16, 2023 12:33:56 pm | Completed | JAECA2

Summary Notes
tdap sap - BMVANDE - Oct 16, 2023 12:33:56 pm
Assessment Notes
RETIREMENT-
per Er TRS defined benefit, EE contributes 7.7% no ER contribution
SS declined due to lack of credits- If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review.
 - BMVANDE - Oct 16, 2023 12:33:56 pm
Path Notes
SUMMARY:

EE is 53 yr old Maint mechanic OA Heavy DOB EE EFF 9/1/2019 LDW 11/19/2020 DOD 11/20/2020 BCD 5/19/2021 COD 5/19/2024 MAX PAY 7/31/2035 DIAG Lumbar back / carpel tunnel etc.

RETIREMENT-
per Er TRS defined benefit, EE contributes 7.7% no ER contribution
SS declined due to lack of credits- If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review.

PEER 1/7/2023- Mark Watson, M.D. Board Certified in Physical Medicine & Rehabilitation 1. Small fiber polyneuropathy G62.9 2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A
R/L'S 7/26/2021-ONGOING
No restrictions- sitting
Frequently- Stand, lift/carry/push/pull to 10 pounds
Occasionally- Walk, lift/carry/push/pull to 20 pounds, crawl, squat, use of foot controls, bend, stoop, and use of foot control
Never- climb, crawl or operate heavy machinery.
No current information provided regarding fine motor control, reaching or keyboardin

PATH
Determining TDAO- We have forms. We have received several records since PEER.
EE having stress test and MRI- will have results 11/9/2023- He has been advised we will need these records as well.
STP-Review all recvd on approx. 11/9/2023- stress test recvd? Call EE discuss what we do have, there was a PEER in Jan 2023- There may be enough to send for TDAO peer as EE has sent in forms and job hx education point to physical history- once reviewed if EE and CE opine records recvd may be sufficient send for peer review

LTP most likely EE is TDAO
- BMVANDE - Oct 16, 2023 12:33:56 pm

File sent for clinical review / COD - JAECA2 - Dec 08, 2023 11:09:47 am

*****************************

See multiple prior clinical review s including most recent peer review dated 1/7/23 by Mark Watson, MD (PM&R) for complete details. EE is a 53 yom maintenance w orker OOW as of 11/20/20, w / current diagnosis of small fiber neuropathy (damage to the small fibers of the peripheral nervous system, w hich can lead to pain and other symptoms). Additional relevant past medical history includes diabetes, elevated cholesterol, right sacroiliac joint (SIJ; located in the pelvis) pain, orthostatic hypotension (low BP upon standing), current smoker, and right hip labral tear (cartilage) w hich may impact recovery/durations. Treating providers include William Haynie, MD (cardiology), Hugh Frederick, MD (hand/w rist orthopedics), Andres Morales, DO (neurology), and Matthew Nix, MD (family medicine).

New ly received records include 4/17/23 upper extremity EMG/NCV (nerve/muscle function study) w hich w as abnormal noting bilateral, left greater than right carpal tunnel syndrome (CTS; pressure on a nerve in the w rist) and 5/12/23 EMG of the low er extremities w as normal. 5/24/23 EE presented to AP Fredrick for f/u of carpal tunnel syndrome w / report of left-hand numbness. AP recommended splinting the left w rist at nighttime w / steroid injection performed. f/u in 6 w eeks. 6/12/23 EE underw ent echocardiogram (ultrasound of the heart) w hich w as abnormal but largely unremarkable for acute findings. 7/10/23 EE presented to AP Haynie for evaluation of difficulty breathing and exertional leg pain. Exam findings w ere normal, and AP ordered w orkup w / other diagnostic testing. 8/7/23 ankle brachial index (ABI; evaluates blood flow in the legs), along w / ultrasound of the legs and cardiac stress test w ere all normal. 9/11/23 OVN w /AP Nix, EE is seen for f/u elevated cholesterol and small fiber neuropathy. Exam normal, Lipitor ordered for cholesterol. F/u w / neurology. 9/12/23 lab w ork unremarkable, and 9/22/23 RF by AP Fredrick notes no R&Ls endorsed from hand/w rist standpoint w / NOV as needed. 10/5/23 RF by AP Nix provides R&Ls of may occasionally lift up to 20 lbs., sit, stand, w alk, drive, finger, handle; never lift over 20 lbs., climb, bend, kneel, operate foot controls, reach above the shoulder. No w ork from heights, in w et/slipper conditions, or upper/low er extremity dexterity. 10/9/23 lumbar MRI show s age-related changes w / no acute findings, and 10/16/23 thoracic MRI show s slight cord abnormalities but otherw ise unremarkable. 11/10/23 visit summary w / AP Morales notes Amitriptyline ordered for pain associated w / neuropathy and ordered MRI of the sacrum, pelvis, and lab w ork. F/u in 2 months.

Since the prior peer review , EE has undergone unremarkable cardiac w orkup and continues to report leg pain w hile findings on diagnostics have been largely unremarkable. As prior peer review outlined many temporary R&Ls, EE has now been released from care by hand surgery and the updated R&Ls by AP Nix appear overly limited. Given upcoming COD, lack of change in conditions, release from care by providers, prior R&Ls appear no longer needed, and need for specific/updated R&Ls ongoing, an updated PM&R peer review may be beneficial to determine R&Ls/functional impairments and address permanent. - JAECA2 - Jan 09, 2024 08:22:10 am

********************************

Peer review : 01/03/2024 William Barreto, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine

Primary Diagnosis:
(ICD): myalgia (M79.10), idiopathic small fiber sensory neuropathy (G60.8), lumbosacral plexitis (G54.1), cubital tunnel syndrome on left (G56.22), bilateral carpal tunnel syndrome (G56.03).

Comorbidities:
generalized anxiety disorder (F41.1).

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.

Occasionally up to 20 minutes per hour and up to 2.5 hours per day
Frequently up to 40 minutes per hour and up to 5.5 hours per day
Constantly over 40 minutes per hour and over 5.5 hours per day
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never
Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions
Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) - No restrictions.

The claimant is stable at this time. He does endorse w eakness and paresthesia, how ever, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling. These restrictions and limitations w ill likely be permanent.

Assessment: Per peer review , claimant has supported restrictions and limitations that are permanent.

Path:

STP: Will proceed w ith TSA for continued AO review , w ill follow up w ith claimant once this has been completed w ith AO determination.

LTP: RTWOO / RTWAO unknow n at this time.
- JAECA2 - Jan 09, 2024 08:56:47 am

***************
Assessment: EE is a 53yom, Maintenance Worker, Municipal (Heavy per OA). DOD is 11/20/20, BCD 5/19/21, COD 5/19/24, MBD 7/31/35. Diagnoses are myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome.
Peer review has provided permanent restrictions and limitations that w ould allow for sedentary occupation. TSA has identified gainful OCC.
Claimant w ould remain TDOO through COD, but not TDAO beyond 05/19/2024.

- JAECA2 - Feb 22, 2024 12:53:55 pm

| | | | | | |
|---|---|---|---|---|---|
| 2/21/2024 | Claim Tasks | 17 | Audit | Completed | JAECA2 |

COD in May Review

Audit Completed: 1/8/24

SUMMARY:
EE is a 53yom, Maintenance Worker, Municipal (Heavy per OA). DOD is 11/20/20, BCD 5/19/21, COD 5/19/24, MBD 7/31/35. Diagnoses are myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. The current claim status is open. No SSDI (not qualify). Net monthly benefit is $2044.

1/3/24 Peer Review William Barreto, MD (PM&R): DX: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. "Provided documentation notes the claimant w ith idiopathic small fiber

sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit." Permanent R&Ls:
"NEVER: stoop, kneel, climb
"OCC: stand, w alk, lift 20lbs, bend,
"FREQ: sit, lift 10lbs,
"UNRESTRICTED: reach all levels, fine manipulation, gross manipulation

ASSESSMENT:
Per 1/3/24, it appears R&Ls are provided that w ould allow for Sedentary to Light level w ork. TEE has been received w / sufficient w ork history. Clarification needed on peer review R&Ls and then TSA. Claim decision should be in Jan.

RECOMMENDATIONS:
"Peer review clarification needed on R&Ls. The first 3 lines under his R&Ls do not indicate w hat they are referring to. Please ask review ed for clarification on these.
"Once clarification is received, send claim for TSA.

TASK SET FOR: 1/9/24 (to match CE task)
- DRLMO0 - Jan 08, 2024 12:00:31 pm

Peer clarification has been sent - JAECA2 - Jan 09, 2024 10:06:23 am

File has been sent to VOC for TSA - JAECA2 - Feb 08, 2024 12:34:45 pm

| 2/20/2024 12:10:18 PM | Referrals | 11 | Management Review | Initial | JAECA2 |
|---|---|---|---|---|---|

Claimant: Michael Morgason Claim #: 1210046281

The claimant is stable at this time. He does endorse w eakness and paresthesia, how ever, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling. These restrictions and limitations w ill likely be permanent.

TSA:
Summary: The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured

COD Review : NTDAO Denial
- Management Review - JAECA2 - Feb 20, 2024 12:10:44 pm

*******
MANAGER REVIEW:

SUMMARY:
EE is a 53yom, Maintenance Worker, Municipal (Heavy per OA). DOD is 11/20/20, BCD 5/19/21, COD 5/19/24, MBD 7/31/35. Diagnoses are myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. The current claim status is open. No SSDI (not qualify). Net monthly benefit is $2044.

1/3/24 Peer Review William Barreto, MD (PM&R): DX: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. "Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit." Permanent R&Ls:
"NEVER: stoop, kneel, climb
"OCC: stand, w alk, lift 20lbs, bend,

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

"FREQ: sit, lift 10lbs,
"UNRESTRICTED: reach all levels, fine manipulation, gross manipulation

2/15/24 TSA Review : Gainful is not defined in the policy, therefore it w ill equal benefit amount of $2044. Tw o Sedentary occs identified above gainful income requirements.

ASSESSMENT:
Per 1/3/24 Peer Review , R&LS w ere provided that w ould allow for at least Sedentary w ork. Per 2/15/24 TSA, 2 gainful occs w ere found. Based on this info, EE w ould be TDOO through COD, but NOT TDAO beyond COD of 5/19/24.

***
Agree w ith referral. Review ed claim file. Review ed referral note. CS obtained timely and effective clmt updates. Review ed clinical report. The conclusions make sense based on claim specifics and medical on file. Considered previous clinical rvw outcomes. Voc rvw w as completed.
***

I am in agreement w ith NOT TDAO denial of claim. Send back denial letter for review .
- Management Review - DRLMO0 - Feb 20, 2024 12:35:44 pm

Letter ready for review - Management Review - JAECA2 - Feb 23, 2024 10:49:39 am

Fixed a few minor typos and formatting, but letter is now good to send. - Management Review - DRLMO0 - Feb 23, 2024 10:57:22 am

| 2/20/2024 | Referrals | 10 | TSA | Completed | JAECA2 |
|---|---|---|---|---|---|

Claimant Name: Michael Morgason
Claim Number: 1210046281
Gainful Amount (if defined in the policy):
Benefit Amount: $2,044.64
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?
Medical Information
Current Functional Capacity and R&Ls supported by physician:
Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never
Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) - No restrictions.
Vocational Information:
Job Title from ER: Maintenance w orker
Previous OA/TSA/TSR/Voc Rehab review completed? OA
Job Description on file? Yes dated 10/11/2023
Job Analysis on file? Yes
Work History and Educational Information
(TSA utilizes 15 years of w ork experience and highest education completed)
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please Review for TSA
- JAECA2 - Feb 08, 2024 12:34:08 pm

Transferred to VOC queue on 02/14. - STEPI1 - Feb 14, 2024 01:07:53 pm

VRC Response:
The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured.
_______________________________________
Jennifer Belew , MS, CRC
Vocational Rehabilitation Consultant
- JEXBE7 - Feb 15, 2024 11:54:44 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/20/2024 | Documents/Mail<br>2024-02-15-12.55.43.541880O01 | 148 | Incoming Correspondence | Completed | JAECA2 |
| 2/20/2024 | Documents/Mail<br>2024-02-15-12.55.43.507880O01 | 147 | Email | Completed | JAECA2 |
| 2/15/2024 1:01:51 PM | Documents/Mail<br>2024-02-15-12.55.43.541880O01 | 148 | Incoming Correspondence | Received | JAECA2 |
| 2/15/2024 1:01:51 PM | Documents/Mail<br>2024-02-15-12.55.43.507880O01 | 147 | Email | Received | JAECA2 |
| 2/8/2024 12:33:40 PM | Referrals | 10 | TSA | Initial | JAECA2 |

Claimant Name: Michael Morgason
Claim Number: 1210046281
Gainful Amount (if defined in the policy):
Benefit Amount: $2,044.64
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?
Medical Information
Current Functional Capacity and R&Ls supported by physician:
Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never
Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions
Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) - No restrictions.
Vocational Information:
Job Title from ER: Maintenance w orker
Previous OA/TSA/TSR/Voc Rehab review completed? OA
Job Description on file? Yes dated 10/11/2023
Job Analysis on file? Yes
Work History and Educational Information
(TSA utilizes 15 years of w ork experience and highest education completed)
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please Review for TSA
- JAECA2 - Feb 08, 2024 12:34:08 pm

Transferred to VOC queue on 02/14. - STEPI1 - Feb 14, 2024 01:07:53 pm

VRC Response:
The Transferable Skills Analysis identified occupations that are w ithin the physical abilities and identified skills level of the insured.
_______________________________________
Jennifer Belew , MS, CRC
Vocational Rehabilitation Consultant
- JEXBE7 - Feb 15, 2024 11:54:44 am

| | | | | | |
|---|---|---|---|---|---|
| 2/8/2024 | Documents/Mail | 146 | Medical Records | Completed | JAECA2 |

2024-01-26-09.36.42.472780O01

| | | | | | |
|---|---|---|---|---|---|
| 2/8/2024 | Documents/Mail | 145 | Email | Completed | JAECA2 |

2024-01-26-09.36.42.436780O01

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2024 | Referrals | 9 | Change of Definition | Completed | JAECA2 |

Referral Date: 01/09/2024
Clinician/ Appeals Examiner: Jamie Catlett
Phone Number: 6581
Email Address: Jamie.Catlett@lfg.com

Is this referral COVID related? No

Referral Type: Clarification
Select / Previous Physician: William Barreto, M.D.
Specialty of Prior Review er / Examiner: Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Claimant Name: Michael Morgason
Date of Birth: 07/31/0970
Claimant Time Zone:
Customer/Group Name: Texarkana Independent School District
Is Linked Provider in S1.NXT? No

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claim Number: 1210046281
1ST or 2nd Appeal/ STD/LTD/Life Waiver:
Diagnosis: small fiber neuropathy

Date of Disability: 11/20/2020
Benefit Begin Date: 05/19/2021
Job Title: Maintenance
Last Day Worked: 11/19/2020

Thank you for your report regarding the LTD claim review . After review ing your report, w e are requesting clarification.

1: Please review the follow ing and clarify:
Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. - JAECA2 - Jan 09, 2024 10:03:33 am
Case submitted to NMR case #1026626 for a clarification w ith Dr William Barreto (PMR) - STEGU1 - Jan 10, 2024 02:48:42 pm
Clarification received back from NMR - sent to Disability Claims to be uploaded into AWD - ADYOUNG - Jan 22, 2024 09:28:14 am
Per NMR:
We received the below request from you, but before w e send the report back to the Review er, w e w anted to gain further information from you on w hat w as needed for clarification. The below Clarification request noted a snippet of the submitted report, and noted "Thank you for your report regarding the LTD claim review . After review ing your report, w e are requesting clarification. 1. Please review the follow ing and clarify:...". How ever, w e w anted to know w hat specifically needed to be clarified so that the report can be addressed accordingly.

Please advise.

Scott J. Grasley BSN
Disability Clinical QA Coordinator - Lead

Forw arded email to CS/management - w ill follow up. - STEGU1 - Jan 11, 2024 02:25:08 pm
Review ing provider has emailed follow ing up on the previous email - reached back out to CS to follow up. Will follow up on this again. - STEGU1 - Jan 16, 2024 01:51:57 pm
received response and forw arded to NMR - also w as advised CS let them know to - ADYOUNG - Jan 18, 2024 09:12:24 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/26/2024 9:18:18 AM | Documents/Mail<br>2024-01-26-09.36.42.472780O01 | 146 | Medical Records | Received | JAECA2 |
| 1/26/2024 9:18:18 AM | Documents/Mail<br>2024-01-26-09.36.42.436780O01 | 145 | Email | Received | JAECA2 |
| 1/18/2024 | Documents/Mail<br>2024-01-09-11.05.30.678520O01 | 144 | Email | Completed | JAECA2 |
| 1/10/2024 5:45:48 PM | Documents/Mail<br>2024-01-09-11.05.30.678520O01 | 144 | Email | Received | JAECA2 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/9/2024 9:57:54 AM | Referrals | 9 | Change of Definition | Initial | JAECA2 |

Referral Date: 01/09/2024
Clinician/ Appeals Examiner: Jamie Catlett
Phone Number: 6581
Email Address: Jamie.Catlett@lfg.com

Is this referral COVID related? No

Referral Type: Clarification
Select / Previous Physician: William Barreto, M.D.
Specialty of Prior Review er / Examiner: Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Claimant Name: Michael Morgason
Date of Birth: 07/31/0970
Claimant Time Zone:
Customer/Group Name: Texarkana Independent School District
Is Linked Provider in S1.NXT? No

Claim Number: 1210046281
1ST or 2nd Appeal/ STD/LTD/Life Waiver:
Diagnosis: small fiber neuropathy

Date of Disability: 11/20/2020
Benefit Begin Date: 05/19/2021
Job Title: Maintenance
Last Day Worked: 11/19/2020

Thank you for your report regarding the LTD claim review . After review ing your report, w e are requesting clarification.

1: Please review the follow ing and clarify:
Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit. - JAECA2 - Jan 09, 2024 10:03:33 am
Case submitted to NMR case #1026626 for a clarification w ith Dr William Barreto (PMR) - STEGU1 - Jan 10, 2024 02:48:42 pm
Per NMR:
We received the below request from you, but before w e send the report back to the Review er, w e w anted to gain further information from you on w hat w as needed for clarification. The below Clarification request noted a snippet of the submitted report, and noted "Thank you for your report regarding the LTD claim review . After review ing your report, w e are requesting clarification. 1. Please review the follow ing and clarify:...". How ever, w e w anted to know w hat specifically needed to be clarified so that the report can be addressed accordingly.

Please advise.

Scott J. Grasley BSN
Disability Clinical QA Coordinator - Lead

Forw arded email to CS/management - w ill follow up. - STEGU1 - Jan 11, 2024 02:25:08 pm
Review ing provider has emailed follow ing up on the previous email - reached back out to CS to follow up. Will follow

up on this again. - STEGU1 - Jan 16, 2024 01:51:57 pm
received response and forw arded to NMR - also w as advised CS let them know to - ADYOUNG - Jan 18, 2024 09:12:24 am
Clarification received back from NMR - sent to Disability Claims to be uploaded into AWD - ADYOUNG - Jan 22, 2024 09:28:14 am

| | | | | | |
|---|---|---|---|---|---|
| 1/9/2024 | Referrals | 8 | TSA | Completed | TROGR7 |

Claimant Name: Michael Morgason
Claim Number: 1210046281
Gainful Amount (if defined in the policy):
Benefit Amount: $2,44.64
Authorization to discuss w ork capacity/R&Ls w ith Physician on file?
Medical Information
Current Functional Capacity and R&Ls supported by physician:
Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Occasionally up to 20 minutes per hour and up to 2.5 hours per day
Frequently up to 40 minutes per hour and up to 5.5 hours per day
Constantly over 40 minutes per hour and over 5.5 hours per day
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never
Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions
Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) - No restrictions.

The claimant is stable at this time. He does endorse w eakness and paresthesia, how ever, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling. These restrictions and limitations w ill likely be permanent.
Vocational Information:
Job Title from ER: Skilled maintenance, non- licensed Government Services, 899.684-046
Previous OA/TSA/TSR/Voc Rehab review completed?
Job Description on file? Yes, Dated 10/11/20203
Job Analysis on file? Yes, Dated 06/07/2021
Work History and Educational Information, Yes
(TSA utilizes 15 years of w ork experience and highest education completed)
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please Review for TSA

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | - JAECA2 - Jan 09, 2024 09:08:43 am | | | | |
| 1/9/2024 | Referrals | 7 | Change of Definition | Completed | JAECA2 |

sent in error - GIKNE2 - Dec 18, 2023 10:26:32 am
Demographics
Claimant Name:
Claim Number:
Occupation/level:
DOD:
DLW:
Specific Medical Question:
Change of definition review .
Previous peer: 01/07/2023
1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.93.
3. Labral tear right hip S73.191A

The medical records support the predominant impairing conditions negatively impacting normal function are the small fiber polyneuropathy and autonomic polyneuropathy. Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling, or operating heavy machinery. I expect these restrictions to be permanent.
Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed w hile the claimant underw ent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/craw ling or squatting. Occasional standing, occasional w alking and no restrictions w ith sitting.
The physical restrictions in place for the right w rist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping w ith right hand. These are in place w hile the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty, and ligament reconstruction surgery.

Recent imaging and diagnostic results on file.

OVN: Dr. Matthew Nix, follow up to Neuropathy and Myelitis
Is there any evidence of functional impairment noted in the medical records? If so, please describe the impact to the claimant's functional status. What are the claimant's restrictions and limitations? - JAECA2 - Dec 08, 2023 11:07:20 am
Claimant Name: Michael Morgason
Claim Number: 1210046281
Occupation/level: Maintenance w orker, level 4
DOD: 11/20/2020
DLW: 11/19/2020 - JAECA2 - Dec 08, 2023 11:24:34 am
Final report received back from NMR - sent to Disability Claims to be uploaded into AWD - STEGU1 - Jan 04, 2024 02:42:37 pm
transferred to alkvr1 - PRAWA5 - Dec 19, 2023 05:57:16 am
Date:December 19, 2023

Subject:Nursing Memorandum

Claim#: 1210046281
Claimant: Michael Morgason
Clinical Assessment:

See multiple prior clinical review s including most recent peer review dated 1/7/23 by Mark Watson, MD (PM&R) for complete details. EE is a 53 yom maintenance w orker OOW as of 11/20/20, w / current diagnosis of small fiber neuropathy (damage to the small fibers of the peripheral nervous system, w hich can lead to pain and other symptoms). Additional relevant past medical history includes diabetes, elevated cholesterol, right sacroiliac joint (SIJ;

located in the pelvis) pain, orthostatic hypotension (low BP upon standing), current smoker, and right hip labral tear (cartilage) w hich may impact recovery/durations. Treating providers include William Haynie, MD (cardiology), Hugh Frederick, MD (hand/w rist orthopedics), Andres Morales, DO (neurology), and Matthew Nix, MD (family medicine).

New ly received records include 4/17/23 upper extremity EMG/NCV (nerve/muscle function study) w hich w as abnormal noting bilateral, left greater than right carpal tunnel syndrome (CTS; pressure on a nerve in the w rist) and 5/12/23 EMG of the low er extremities w as normal. 5/24/23 EE presented to AP Fredrick for f/u of carpal tunnel syndrome w / report of left-hand numbness. AP recommended splinting the left w rist at nighttime w / steroid injection performed. f/u in 6 w eeks. 6/12/23 EE underw ent echocardiogram (ultrasound of the heart) w hich w as abnormal but largely unremarkable for acute findings. 7/10/23 EE presented to AP Haynie for evaluation of difficulty breathing and exertional leg pain. Exam findings w ere normal, and AP ordered w orkup w / other diagnostic testing. 8/7/23 ankle brachial index (ABI; evaluates blood flow in the legs), along w / ultrasound of the legs and cardiac stress test w ere all normal. 9/11/23 OVN w /AP Nix, EE is seen for f/u elevated cholesterol and small fiber neuropathy. Exam normal, Lipitor ordered for cholesterol. F/u w / neurology. 9/12/23 lab w ork unremarkable, and 9/22/23 RF by AP Fredrick notes no R&Ls endorsed from hand/w rist standpoint w / NOV as needed. 10/5/23 RF by AP Nix provides R&Ls of may occasionally lift up to 20 lbs., sit, stand, w alk, drive, finger, handle; never lift over 20 lbs., climb, bend, kneel, operate foot controls, reach above the shoulder. No w ork from heights, in w et/slipper conditions, or upper/low er extremity dexterity. 10/9/23 lumbar MRI show s age-related changes w / no acute findings, and 10/16/23 thoracic MRI show s slight cord abnormalities but otherw ise unremarkable. 11/10/23 visit summary w / AP Morales notes Amitriptyline ordered for pain associated w / neuropathy and ordered MRI of the sacrum, pelvis, and lab w ork. F/u in 2 months.

Since the prior peer review , EE has undergone unremarkable cardiac w orkup and continues to report leg pain w hile findings on diagnostics have been largely unremarkable. As prior peer review outlined many temporary R&Ls, EE has now been released from care by hand surgery and the updated R&Ls by AP Nix appear overly limited. Given upcoming COD, lack of change in conditions, release from care by providers, prior R&Ls appear no longer needed, and need for specific/updated R&Ls ongoing, an updated PM&R peer review may be beneficial to determine R&Ls/functional impairments and address permanency.

Alyssa S. BSN, RN, CCM
Nurse Disability Consultant II, Lincoln Financial Group - ALKVR1 - Dec 19, 2023 09:10:19 am
Referral Date: 12/19/23
Claims Specialist Name: Jamie Catlett
Phone Number: 800-423-2765 x 6581
Email Address: jamie.catlett@lfg.com

Submitter's Name (First/Last): Alyssa Steves
Phone Number: 603-368-7553
Email Address: Alyssa.Steves@lfg.com

Referral Type: standard file review

Claimant Name (First/Last): Michael Morgason
Claim Number: LTD 1210046281
Associated Claim Numbers: STD 1200120731

Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Claimant State of Residence: AR
Customer/Group Name: Texarkana Independent School District
Job Title: Maintenance w orker
Product Type: LTD

Diagnosis: small fiber neuropathy
Date of Disability: 11/20/20
Last Day Worked: 11/19/20
Benefit Begin Date: 5/19/21

**Chronological Activity List**

Specialty Requested: PM&R

Prior peer: 1/7/23 by Mark Watson, MD (PM&R)
?
Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/1/22 to 5/19/24 and beyond, and comment on the expected duration.

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"Name: Matthew Nix, MD /family med
"Phone Number: 870-779-6000
"Fax Number: unable to locate

oName: Andres Morales, DO/neurology
oPhone Number: 903-893-5141
oFax Number: 903-891-4295

Additional questions:

-If functional impairment is present, is further improvement likely or is impairment considered permanent, and w hen w ould those be expected if applicable? - ALKVR1 - Dec 19, 2023 09:19:43 am
Case submitted to CRT case #199780 for a peer review w ith an PMR physician. - STEGU1 - Dec 20, 2023 10:26:38 am
CRT / ICP is unable to process - asked that w e Vend this out - File w as submitted to NMR #1026626 for peer review w ith PMR physician - STEGU1 - Dec 21, 2023 02:11:39 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/9/2024 | Documents/Mail | 143 | Medical Records | Completed | JAECA2 |
| | 2024-01-06-07.29.17.564480O01 | | | | |
| 1/9/2024 | Documents/Mail | 142 | Email | Completed | JAECA2 |
| | 2024-01-04-15.43.58.512500O01 | | | | |
| 1/9/2024 | Documents/Mail | 141 | Email | Completed | JAECA2 |
| | 2024-01-04-15.43.58.482500O01 | | | | |
| 1/9/2024 | Claim Tasks | 16 | Open Review | Completed | JAECA2 |

Updated medical on file, forms on file.
File sent for review - JAECA2 - Dec 08, 2023 11:10:56 am

File in review 12/20 - JAECA2 - Dec 20, 2023 05:41:08 am

| | | | | | |
|---|---|---|---|---|---|
| 1/8/2024 12:00:21 PM | Claim Tasks | 17 | Audit | Requested | JAECA2 |

COD in May Review

Audit Completed: 1/8/24

SUMMARY:
EE is a 53yom, Maintenance Worker, Municipal (Heavy per OA). DOD is 11/20/20, BCD 5/19/21, COD 5/19/24, MBD

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

7/31/35. Diagnoses are myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. The current claim status is open. No SSDI (not qualify). Net monthly benefit is $2044.

1/3/24 Peer Review William Barreto, MD (PM&R): DX: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome L, b/l CTS. "Provided documentation notes the claimant w ith idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle w eakness and paresthesia. Review of systems is positive for leg sw elling (he is intermittent edema w ith prolonged standing due to illness-results w ith laying dow n). Objectively, the claimant is alert. No sw elling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin w ith benefit." Permanent R&Ls:
"NEVER: stoop, kneel, climb
"OCC: stand, w alk, lift 20lbs, bend,
"FREQ: sit, lift 10lbs,
"UNRESTRICTED: reach all levels, fine manipulation, gross manipulation

ASSESSMENT:
Per 1/3/24, it appears R&Ls are provided that w ould allow for Sedentary to Light level w ork. TEE has been received w / sufficient w ork history. Clarification needed on peer review R&Ls and then TSA. Claim decision should be in Jan.

RECOMMENDATIONS:
"Peer review clarification needed on R&Ls. The first 3 lines under his R&Ls do not indicate w hat they are referring to. Please ask review ed for clarification on these.
"Once clarification is received, send claim for TSA.

TASK SET FOR: 1/9/24 (to match CE task)
- DRLMO0 - Jan 08, 2024 12:00:31 pm

Peer clarification has been sent - JAECA2 - Jan 09, 2024 10:06:23 am

File has been sent to VOC for TSA - JAECA2 - Feb 08, 2024 12:34:45 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/6/2024 6:30:12 AM | Documents/Mail | 143 | Medical Records | Received | JAECA2 |
| | 2024-01-06-07.29.17.564480O01 | | | | |
| 1/6/2024 6:30:11 AM | Documents/Mail | 142 | Email | Received | JAECA2 |
| | 2024-01-04-15.43.58.512500O01 | | | | |
| 1/6/2024 6:30:10 AM | Documents/Mail | 141 | Email | Received | JAECA2 |
| | 2024-01-04-15.43.58.482500O01 | | | | |
| 12/8/2023 11:10:10 AM | Claim Tasks | 16 | Open Review | Requested | JAECA2 |

Updated medical on file, forms on file.
File sent for review - JAECA2 - Dec 08, 2023 11:10:56 am

File in review 12/20 - JAECA2 - Dec 20, 2023 05:41:08 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/8/2023 11:06:34 AM | Referrals | 7 | Change of Definition | Initial | JAECA2 |

sent in error - GIKNE2 - Dec 18, 2023 10:26:32 am
Demographics
Claimant Name:
Claim Number:
Occupation/level:
DOD:
DLW:
Specific Medical Question:
Change of definition review .
Previous peer: 01/07/2023
1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.93.
3. Labral tear right hip S73.191A

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The medical records support the predominant impairing conditions negatively impacting normal function are the small fiber polyneuropathy and autonomic polyneuropathy. Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling, or operating heavy machinery. I expect these restrictions to be permanent.
Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed w hile the claimant underw ent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/craw ling or squatting. Occasional standing, occasional w alking and no restrictions w ith sitting.
The physical restrictions in place for the right w rist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping w ith right hand. These are in place w hile the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty, and ligament reconstruction surgery.

Recent imaging and diagnostic results on file.

OVN: Dr. Matthew Nix, follow up to Neuropathy and Myelitis
Is there any evidence of functional impairment noted in the medical records? If so, please describe the impact to the claimant's functional status. What are the claimant's restrictions and limitations? - JAECA2 - Dec 08, 2023 11:07:20 am
Claimant Name: Michael Morgason
Claim Number: 1210046281
Occupation/level: Maintenance w orker, level 4
DOD: 11/20/2020
DLW: 11/19/2020 - JAECA2 - Dec 08, 2023 11:24:34 am
transferred to alkvr1 - PRAWA5 - Dec 19, 2023 05:57:16 am
Date:December 19, 2023

Subject:Nursing Memorandum

Claim#: 1210046281
Claimant: Michael Morgason
Clinical Assessment:

See multiple prior clinical review s including most recent peer review dated 1/7/23 by Mark Watson, MD (PM&R) for complete details. EE is a 53 yom maintenance w orker OOW as of 11/20/20, w / current diagnosis of small fiber neuropathy (damage to the small fibers of the peripheral nervous system, w hich can lead to pain and other symptoms). Additional relevant past medical history includes diabetes, elevated cholesterol, right sacroiliac joint (SIJ; located in the pelvis) pain, orthostatic hypotension (low BP upon standing), current smoker, and right hip labral tear (cartilage) w hich may impact recovery/durations. Treating providers include William Haynie, MD (cardiology), Hugh Frederick, MD (hand/w rist orthopedics), Andres Morales, DO (neurology), and Matthew Nix, MD (family medicine).

New ly received records include 4/17/23 upper extremity EMG/NCV (nerve/muscle function study) w hich w as abnormal noting bilateral, left greater than right carpal tunnel syndrome (CTS; pressure on a nerve in the w rist) and 5/12/23 EMG of the low er extremities w as normal. 5/24/23 EE presented to AP Fredrick for f/u of carpal tunnel syndrome w / report of left-hand numbness. AP recommended splinting the left w rist at nighttime w / steroid injection performed. f/u in 6 w eeks. 6/12/23 EE underw ent echocardiogram (ultrasound of the heart) w hich w as abnormal but largely unremarkable for acute findings. 7/10/23 EE presented to AP Haynie for evaluation of difficulty breathing and exertional leg pain. Exam findings w ere normal, and AP ordered w orkup w / other diagnostic testing. 8/7/23 ankle brachial index (ABI; evaluates blood flow in the legs), along w / ultrasound of the legs and cardiac stress test w ere all normal. 9/11/23 OVN w /AP Nix, EE is seen for f/u elevated cholesterol and small fiber neuropathy. Exam normal, Lipitor ordered for cholesterol. F/u w / neurology. 9/12/23 lab w ork unremarkable, and 9/22/23 RF by AP Fredrick notes no R&Ls endorsed from hand/w rist standpoint w / NOV as needed. 10/5/23 RF by AP Nix provides R&Ls of may occasionally lift up to 20 lbs., sit, stand, w alk, drive, finger, handle; never lift over 20 lbs., climb, bend, kneel, operate foot controls, reach above the shoulder. No w ork from heights, in w et/slipper conditions, or upper/low er extremity dexterity. 10/9/23 lumbar MRI show s age-related changes w / no acute findings, and 10/16/23

thoracic MRI show s slight cord abnormalities but otherw ise unremarkable. 11/10/23 visit summary w / AP Morales notes Amitriptyline ordered for pain associated w / neuropathy and ordered MRI of the sacrum, pelvis, and lab w ork. F/u in 2 months.

Since the prior peer review , EE has undergone unremarkable cardiac w orkup and continues to report leg pain w hile findings on diagnostics have been largely unremarkable. As prior peer review outlined many temporary R&Ls, EE has now been released from care by hand surgery and the updated R&Ls by AP Nix appear overly limited. Given upcoming COD, lack of change in conditions, release from care by providers, prior R&Ls appear no longer needed, and need for specific/updated R&Ls ongoing, an updated PM&R peer review may be beneficial to determine R&Ls/functional impairments and address permanency.

Alyssa S. BSN, RN, CCM
Nurse Disability Consultant II, Lincoln Financial Group - ALKVR1 - Dec 19, 2023 09:10:19 am
Referral Date: 12/19/23
Claims Specialist Name: Jamie Catlett
Phone Number: 800-423-2765 x 6581
Email Address: jamie.catlett@lfg.com

Submitter's Name (First/Last): Alyssa Steves
Phone Number: 603-368-7553
Email Address: Alyssa.Steves@lfg.com

Referral Type: standard file review

Claimant Name (First/Last): Michael Morgason
Claim Number: LTD 1210046281
Associated Claim Numbers: STD 1200120731

Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Claimant State of Residence: AR
Customer/Group Name: Texarkana Independent School District
Job Title: Maintenance w orker
Product Type: LTD

Diagnosis: small fiber neuropathy
Date of Disability: 11/20/20
Last Day Worked: 11/19/20
Benefit Begin Date: 5/19/21
Specialty Requested: PM&R

Prior peer: 1/7/23 by Mark Watson, MD (PM&R)
?
Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/1/22 to 5/19/24 and beyond, and comment on the expected duration.

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
"Name: Matthew Nix, MD /family med
"Phone Number: 870-779-6000
"Fax Number: unable to locate

oName: Andres Morales, DO/neurology
oPhone Number: 903-893-5141
oFax Number: 903-891-4295

Additional questions:

-If functional impairment is present, is further improvement likely or is impairment considered permanent, and w hen w ould those be expected if applicable? - ALKVR1 - Dec 19, 2023 09:19:43 am
Case submitted to CRT case #199780 for a peer review w ith an PMR physician. - STEGU1 - Dec 20, 2023 10:26:38 am
CRT / ICP is unable to process - asked that w e Vend this out - File w as submitted to NMR #1026626 for peer review w ith PMR physician - STEGU1 - Dec 21, 2023 02:11:39 pm
Final report received back from NMR - sent to Disability Claims to be uploaded into AWD - STEGU1 - Jan 04, 2024 02:42:37 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/8/2023 | Claim Tasks | 15 | Begin AO Investigation | Completed | JAECA2 |

Determining TDAO- We have forms. We have received several records since PEER.
EE having stress test and MRI- w ill have results 11/9/2023- He has been advised w e w ill need these records as w ell.
STP-Review all recvd on approx. 11/9/2023- stress test recvd? Call EE discuss w hat w e do have, there w as a PEER in Jan 2023- There may be enough to send for TDAO peer as EE has sent in forms and job hx education point to physical history- once review ed if EE and CE opine records recvd may be sufficient send for peer review
LTP most likely EE is TDAO
- BMVANDE - Oct 16, 2023 12:35:12 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/7/2023 | Medical | 6 | | Closed | JAECA2 |

STAT Call: 214-528-4185 - busy tone. w ill try again. - JAUDR4 - Sep 21, 2023 10:30:22 am

STAT Call: 214-528-4185 - VM- left message w ith request date, patient name, DOB and claim number to reference w hen calling back. Referring back to CS to verify phone number for office. - JAUDR4 - Sep 26, 2023 01:32:58 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2023 | Documents/Mail | 140 | Medical Records | Completed | JAECA2 |

2023-11-21-14.19.43.980140O01

| | | | | | |
|---|---|---|---|---|---|
| 11/29/2023 | Documents/Mail | 139 | Email | Completed | JAECA2 |

2023-11-21-14.19.43.945140O01

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2023 | Medical | 9 | | Closed | JAECA2 |

STAT: per call on other request- spoke to abby, she said they did recieve the requests and forw arded the paperw ork over to the providers but for the med rec's they need new AUTH form w ith updated signature. they doint release records after the signature date. assigning back to CS - New request w ill need to be created once new auth has been received. - JAUDR4 - Sep 21, 2023 10:16:17 am

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2023 | Medical | 8 | | Closed | JAECA2 |

STAT: per call on other request- spoke to abby, she said they did recieve the requests and forw arded the paperw ork over to the providers but for the med rec's they need new AUTH form w ith updated signature. they doint release records after the signature date. assigning back to CS - New request w ill need to be created once new auth has been received. - JAUDR4 - Sep 21, 2023 10:16:43 am

| | | | | | |
|---|---|---|---|---|---|
| 11/26/2023 6:44:58 AM | Documents/Mail | 140 | Medical Records | Received | JAECA2 |

2023-11-21-14.19.43.980140O01

| | | | | | |
|---|---|---|---|---|---|
| 11/26/2023 6:44:56 AM | Documents/Mail | 139 | Email | Received | JAECA2 |

2023-11-21-14.19.43.945140O01

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/21/2023 | Documents/Mail<br>2023-11-17-06.47.54.413800O01 | 138 | Incoming Correspondence | Completed | JAECA2 |
| 11/21/2023 | Documents/Mail<br>2023-11-17-06.47.54.374800O01 | 137 | Medical Records | Completed | JAECA2 |
| 11/21/2023 | Documents/Mail<br>2023-11-17-06.47.54.349800O01 | 136 | Medical Records | Completed | JAECA2 |
| 11/21/2023 | Documents/Mail<br>2023-11-17-06.47.54.315800O01 | 135 | Medical Records | Completed | JAECA2 |
| 11/21/2023 | Documents/Mail<br>2023-11-17-06.47.54.292800O01 | 134 | Medical Records | Completed | JAECA2 |
| 11/21/2023 | Documents/Mail<br>2023-11-17-06.47.54.264800O01 | 133 | Email | Completed | JAECA2 |
| 11/20/2023 5:20:04 PM | Documents/Mail<br>2023-11-17-06.47.54.413800O01 | 138 | Incoming Correspondence | Received | JAECA2 |
| 11/20/2023 5:20:03 PM | Documents/Mail<br>2023-11-17-06.47.54.374800O01 | 137 | Medical Records | Received | JAECA2 |
| 11/20/2023 5:20:02 PM | Documents/Mail<br>2023-11-17-06.47.54.349800O01 | 136 | Medical Records | Received | JAECA2 |
| 11/20/2023 5:20:01 PM | Documents/Mail<br>2023-11-17-06.47.54.315800O01 | 135 | Medical Records | Received | JAECA2 |
| 11/20/2023 5:20:00 PM | Documents/Mail<br>2023-11-17-06.47.54.292800O01 | 134 | Medical Records | Received | JAECA2 |
| 11/20/2023 5:19:59 PM | Documents/Mail<br>2023-11-17-06.47.54.264800O01 | 133 | Email | Received | JAECA2 |
| 10/27/2023 | Documents/Mail<br>2023-10-19-13.45.26.008560O01 | 131 | Medical Records | Completed | JAECA2 |
| 10/27/2023 | Medical<br><br>STAT Call: 214-645-3030 - pressed 1 for med rec's- pressed 1 for status- spoke to rep, she said they did recieve the request and emailed the paperw ork to provider- there is a balance of $ 52.12 and w e can call HMG @ (p) 800-659-4035 to pay that. - JAUDR4 - Sep 21, 2023 10:28:26 am | 7 | | Closed | JAECA2 |
| 10/26/2023 | Documents/Mail<br>2023-10-19-13.45.25.981560O01 | 130 | Email | Completed | JAECA2 |
| 10/23/2023 | Documents/Mail<br>2023-10-20-11.56.25.828620O01 | 132 | Claim Form - Authorization | Completed | JAECA2 |
| 10/20/2023 10:57:10 AM | Documents/Mail<br>2023-10-20-11.56.25.828620O01 | 132 | Claim Form - Authorization | Received | JAECA2 |
| 10/20/2023 10:57:09 AM | Documents/Mail<br>2023-10-19-13.45.26.008560O01 | 131 | Medical Records | Received | JAECA2 |
| 10/20/2023 10:57:08 AM | Documents/Mail<br>2023-10-19-13.45.25.981560O01 | 130 | Email | Received | JAECA2 |
| 10/16/2023 12:34:12 PM | Claim Tasks<br>Determining TDAO- We have forms. We have received several records since PEER.<br>EE having stress test and MRI- w ill have results 11/9/2023- He has been advised w e w ill need these records as w ell.<br>STP-Review all recvd on approx. 11/9/2023- stress test recvd? Call EE discuss w hat w e do have, there w as a PEER in Jan 2023- There may be enough to send for TDAO peer as EE has sent in forms and job hx education point to physical history- once review ed if EE and CE opine records recvd may be sufficient send for peer review<br>LTP most likely EE is TDAO<br>- BMVANDE - Oct 16, 2023 12:35:12 pm | 15 | Begin AO Investigation | Requested | JAECA2 |
| 10/16/2023 12:33:22 PM | Summary/Assessment/P: | 5h | tdap sap - BMVANDE - Oct 16, 2023 12:33:56 pm | Requested | JAECA2 |

Summary Notes
tdap sap - BMVANDE - Oct 16, 2023 12:33:56 pm
Assessment Notes
RETIREMENT-
per Er TRS defined benefit, EE contributes 7.7% no ER contribution
SS declined due to lack of credits- If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review .
- BMVANDE - Oct 16, 2023 12:33:56 pm
Path Notes
SUMMARY:

EE is 53 yr old Maint mechanic OA Heavy DOB EE EFF 9/1/2019 LDW 11/19/2020 DOD 11/20/2020 BCD 5/19/2021 COD 5/19/2024 MAX PAY 7/31/2035 DIAG Lumbar back / carpel tunnel etc.

RETIREMENT-
per Er TRS defined benefit, EE contributes 7.7% no ER contribution
SS declined due to lack of credits- If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review .

PEER 1/7/2023- Mark Watson, M.D. Board Certified in Physical Medicine & Rehabilitation 1. Small fiber polyneuropathy G62.9 2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A
R/L'S 7/26/2021-ONGOING
No restrictions- sitting
Frequently- Stand, lift/carry/push/pull to 10 pounds
Occasionally- Walk, lift/carry/push/pull to 20 pounds, craw l, squat, use of foot controls, bend, stoop, and use of foot control
Never- climb, craw l or operate heavy machinery.
No current information provided regarding fine motor control, reaching or keyboardin

PATH
Determining TDAO- We have forms. We have received several records since PEER.
EE having stress test and MRI- w ill have results 11/9/2023- He has been advised w e w ill need these records as w ell.
STP-Review all recvd on approx. 11/9/2023- stress test recvd? Call EE discuss w hat w e do have, there w as a PEER in Jan 2023- There may be enough to send for TDAO peer as EE has sent in forms and job hx education point to physical history- once review ed if EE and CE opine records recvd may be sufficient send for peer review
LTP most likely EE is TDAO
- BMVANDE - Oct 16, 2023 12:33:56 pm

File sent for clinical review / COD - JAECA2 - Dec 08, 2023 11:09:47 am

******************************

See multiple prior clinical review s including most recent peer review dated 1/7/23 by Mark Watson, MD (PM&R) for complete details. EE is a 53 yom maintenance w orker OOW as of 11/20/20, w / current diagnosis of small fiber neuropathy (damage to the small fibers of the peripheral nervous system, w hich can lead to pain and other symptoms). Additional relevant past medical history includes diabetes, elevated cholesterol, right sacroiliac joint (SIJ; located in the pelvis) pain, orthostatic hypotension (low BP upon standing), current smoker, and right hip labral tear (cartilage) w hich may impact recovery/durations. Treating providers include William Haynie, MD (cardiology), Hugh Frederick, MD (hand/w rist orthopedics), Andres Morales, DO (neurology), and Matthew Nix, MD (family medicine).

New ly received records include 4/17/23 upper extremity EMG/NCV (nerve/muscle function study) w hich w as abnormal noting bilateral, left greater than right carpal tunnel syndrome (CTS; pressure on a nerve in the w rist) and 5/12/23 EMG of the low er extremities w as normal. 5/24/23 EE presented to AP Fredrick for f/u of carpal tunnel syndrome w / report of left-hand numbness. AP recommended splinting the left w rist at nighttime w / steroid injection performed. f/u in 6 w eeks. 6/12/23 EE underw ent echocardiogram (ultrasound of the heart) w hich w as abnormal but largely unremarkable for acute findings. 7/10/23 EE presented to AP Haynie for evaluation of difficulty breathing and exertional leg pain. Exam findings w ere normal, and AP ordered w orkup w / other diagnostic testing. 8/7/23

ankle brachial index (ABI; evaluates blood flow in the legs), along w/ ultrasound of the legs and cardiac stress test w ere all normal. 9/11/23 OVN w/AP Nix, EE is seen for f/u elevated cholesterol and small fiber neuropathy. Exam normal, Lipitor ordered for cholesterol. F/u w/ neurology. 9/12/23 lab w ork unremarkable, and 9/22/23 RF by AP Fredrick notes no R&Ls endorsed from hand/w rist standpoint w/ NOV as needed. 10/5/23 RF by AP Nix provides R&Ls of may occasionally lift up to 20 lbs., sit, stand, w alk, drive, finger, handle; never lift over 20 lbs., climb, bend, kneel, operate foot controls, reach above the shoulder. No w ork from heights, in w et/slipper conditions, or upper/low er extremity dexterity. 10/9/23 lumbar MRI show s age-related changes w/ no acute findings, and 10/16/23 thoracic MRI show s slight cord abnormalities but otherw ise unremarkable. 11/10/23 visit summary w/ AP Morales notes Amitriptyline ordered for pain associated w/ neuropathy and ordered MRI of the sacrum, pelvis, and lab w ork. F/u in 2 months.

Since the prior peer review , EE has undergone unremarkable cardiac w orkup and continues to report leg pain w hile findings on diagnostics have been largely unremarkable. As prior peer review outlined many temporary R&Ls, EE has now been released from care by hand surgery and the updated R&Ls by AP Nix appear overly limited. Given upcoming COD, lack of change in conditions, release from care by providers, prior R&Ls appear no longer needed, and need for specific/updated R&Ls ongoing, an updated PM&R peer review may be beneficial to determine R&Ls/functional impairments and address permanent. - JAECA2 - Jan 09, 2024 08:22:10 am

********************************

Peer review : 01/03/2024 William Barreto, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine

Primary Diagnosis:
(ICD): myalgia (M79.10), idiopathic small fiber sensory neuropathy (G60.8), lumbosacral plexitis (G54.1), cubital tunnel syndrome on left (G56.22), bilateral carpal tunnel syndrome (G56.03).

Comorbidities:
generalized anxiety disorder (F41.1).

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can w ork full-time w ithin these restrictions and limitations. Restrictions and limitations w ould be permanent.

occasionally lifting/carrying of to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling.
Occasionally up to 20 minutes per hour and up to 2.5 hours per day
Frequently up to 40 minutes per hour and up to 5.5 hours per day
Constantly over 40 minutes per hour and over 5.5 hours per day
Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/w orkday
Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/w orkday
Push - 20 pounds occasionally, 10 pounds frequently
Pull - 20 pounds occasionally, 10 pounds frequently
Lift - 20 pounds occasionally, 10 pounds frequently
Carry - 20 pounds occasionally, 10 pounds frequently
Reaching Overhead - No restrictions
Reaching at Desk - No restrictions
Reaching Below Desk - No restrictions
Bend - Occasionally
Stoop - Never
Kneel - Never
Climbing - Never
Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherw ise w orking primarily w ith fingers rather than the w hole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions
Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherw ise w orking w ith hand(s). This includes instances w hen fingers are used as an extension of the hand to hold or operate a tool.) - No restrictions.

The claimant is stable at this time. He does endorse w eakness and paresthesia, how ever, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds w ith occasional sitting, standing, w alking, driving, fingering, and handling. These restrictions and limitations w ill likely be permanent.

Assessment: Per peer review , claimant has supported restrictions and limitations that are permanent.

Path:

STP: Will proceed w ith TSA for continued AO review , w ill follow up w ith claimant once this has been completed w ith AO determination.

LTP: RTWOO / RTWAO unknow n at this time.
- JAECA2 - Jan 09, 2024 08:56:47 am

***************

Assessment: EE is a 53yom, Maintenance Worker, Municipal (Heavy per OA). DOD is 11/20/20, BCD 5/19/21, COD 5/19/24, MBD 7/31/35. Diagnoses are myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome.
Peer review has provided permanent restrictions and limitations that w ould allow for sedentary occupation. TSA has identified gainful OCC.
Claimant w ould remain TDOO through COD, but not TDAO beyond 05/19/2024.

- JAECA2 - Feb 22, 2024 12:53:55 pm

10/16/2023 Summary/Assessment/Path SAP AO - DOPPO2 - Sep 14, 2023 01:26:32 pm Completed DOPPO2

Summary Notes
SAP AO - DOPPO2 - Sep 14, 2023 01:26:32 pm
Assessment Notes

Path Notes
Summary:
51 y/o male, maintenance mechanic, Heavy occupation.

DOD 11/20/20
DLW 11/18/20
BCD 5/19/21
COD 5/19/24 (36 months)
MBD 7/31/35
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel

MEDICAL ASSESSMENT:
APS 12/2/20 Michael Crabtree FNP
Dr Frederick med rec 6/23/21 to 8/18/21
MRs, APS Dr. Christopher Lamb 10/01/2021 to 05/25/2022
MRs Dr. Wenchun Qu 01/01/2022 to 12/6/2022
MRs Nora Osborne PA-C 01/01/2022 to 12/6/2022
MRI Lumbar spine 05/25/22 Mayo clinic
OVN 05/26/2022 Mayo Clinic Floridas Ortho Surgery
OVN 6/7/21 Dr. Khan
OVN 07/26/2022 Mayo Clinic Florida Ortho Surgery, Dr. Like Spencer Gardner
OVN 08/04/2022 Mayo Clinic
OVN 08/31/2022 Mayo Clinic, Dr. Wenchun Qu
OVN 10/28/2022 Dr. Oleksandr Trofymenko
OVN 11/16/2022 Dr. Mathew Nix

Clinical Assessment: 50 yom left hand dominant maintenance w orker -heavy occ taken OOW 11/20/20 for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities. For detailed clinical history and background, see previous clinical review dated 6/7/21. Updated medical records have been received since that time. EE has underlying conditions of chronic leg w eakness, peripheral vascular disease, high cholesterol, and thoracic outlet syndrome (group of disorders that occur w hen blood vessels or

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

nerves in the space betw een your collarbone and your first rib (thoracic outlet) are compressed). Comorbidity of current smoker may impact recovery duration. Treating providers include AP Shaida Khan, DO (neurology), Meghana G Halkar, MBBS (cardiology), Hugh Frederick, MD (orthopedic hand surgery), Christopher J. Lamb, MD (neurology), Matthew Nix, MD (PCP), Wenchun Qu, MD, Ph.D (pain specialist), Oleksandr Trofymenko, MD (pain specialist, John K Evans, DO (PM&R), Nora C. Osborn, PA-C (orthopedic surgery physician's assistant), Luke Spencer Gardner, MD (orthopedic surgery).

Peer Review 01/12/2023
Dx: 1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A
Comorbid Diagnosis(es): 1. Right sacroiliac joint pain M53.3
2. History of right median neuropathy at w rist s/p carpal tunnel release G56.01
3. Orthostatic hypotension I95.1
Assessment: The claimant is a 52-year-old man w ho has been treated for small fiber and autonomic polyneuropathy. He more recently has undergone treatment for a right labral hip tear and right SI joint pain. These w ere both successfully treated w ith steroid injections. He continues to report symptoms of fatigue, dizziness, muscle tw itching, muscle soreness and muscle w eakness. Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent. Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed w hile the claimant underw ent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/craw ling or squatting. Occasional standing, occasional w alking and no restrictions w ith sitting. The physical restrictions in place for the right w rist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping w ith right hand. These are in place w hile the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty and ligament reconstruction surgery.

APS Dr. Fredrick on 09/09/2021

Still needed: AO Call
TEE
ISS
ABF
Auth
TMP

Path:
EE is likely TDOO due to pain and w eakness resulting from dxs of Small fiber polyneuropathy, Autonomic neuropathy, and Labral tear right hip. Peer Review completed 01/12/2023 w hich supported R&Ls that w ould prevent the EE from being reasonable expected to perform his OO.
STP: 1) f/u for AO forms and call. 2) f/u for MRs/ABF. 3) upon receipt, review for CR/TSA.
LTP: RTW TDAO
- DOPPO2 - Sep 14, 2023 01:26:32 pm

5/24/23 OV Hugh Fredrick, MD (Ortho): EE now having w orsening numbness in L hand. Recent NCS + for L CTS. A/P: Injected L carpal tunnel, RTC 6 w eeks.

6/12/23 Echo Summary: LV EF 50-55%. Grade 1 LV diastolic dysfunction. RV normal function. Mild mitral regurgitation.

9/11/23 OV Matthew Nix (PCP): HPI: Seeing Dr. Morales (Neuro) for small fiber neuropathy. PE: normal. A/P: Refill med for dyslipidemia.

10/5/23 AF Mathew Nix, MD (PCP): LOV 9/11/23. NOV: not scheduled.
"NEVER: climb, bend, kneel, use foot controls, reach above shoulder
"OCC: lift 20lbs, sit, stand, w alk, drive, finger, handle
- DRLMO0 - Oct 12, 2023 03:35:39 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2023 | Documents/Mail | 129 | Incoming Correspondence | Completed | JAECA2 |

2023-10-12-08.20.57.780480O01

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2023 | Documents/Mail | 128 | Email | Completed | JAECA2 |

2023-10-12-08.20.57.750480O01
From: Kristin Morgason <kristin.morgason@cadencebank.com>
Sent: Wednesday, October 11, 2023 4:06 PM
To: Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
Subject: Re: ltd claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Dr Haynie notes attached. The stress test results have NOT been received from his office but Michael w ill forw ard once available.

Thanks,
Kristin Morgason NMLS# 1654899
Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan
CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and w hich is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed w ithout this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Fri, Oct 6, 2023 at 11:31?AM Kristin Morgason <kristin.morgason@cadencebank.com> w rote:
Belinda,

Attached documents:

Requested yesterday and w ill send upon receipt:

Thanks,
Kristin Morgason NMLS# 1654899
Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan
CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and w hich is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed w ithout this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forw arded message ---------
From: mk6708 <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10?PM
- BMVANDE - Oct 16, 2023 11:29:52 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2023 | Claim Tasks | 14 | Audit | Completed | CESNYDE |

P3 follow up

AUDIT TYPE AO w ithin approx. 6-8 months
AUDIT DATE 09/25/2023

COD 05/19/2024
COD letter 09/14/2024 (sent by another CE)
COD Call -No call on claim since 12/06/2022

SUMMARY
51 y/o male, maintenance mechanic, Heavy occupation.
DOD 11/20/20 DLW 11/18/20 Dx M18.11 primary OA right CMC, G56.01 right carpal tunne

PR 01/2023 outlined RLS including but not limited to the follow ing: Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent.

RECOMMENDATION
A detailed call is needed w the EE prior to submitting for additional review review . This should include discussion about w hat info w e have obtained, w hat w e are doing w ith info, possible outcome of benefit review beyond COD as w ell as discussion about providers, rls, thoughts about rtw
- CESNYDE - Sep 25, 2023 03:17:07 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2023 | Claim Tasks | 12 | Call Claimant | Completed | BMVANDE |

Path:
EE is likely TDOO due to pain and w eakness resulting from dxs of Small fiber polyneuropathy, Autonomic neuropathy, and Labral tear right hip. Peer Review completed 01/12/2023 w hich supported R&Ls that w ould prevent the EE from being reasonable expected to perform his OO.
STP: 1) f/u for AO forms and call. 2) f/u for MRs/ABF. 3) upon receipt, review for CR/TSA.
LTP: RTW TDAO

Per note from Director: Please make sure to ask about retirement. Has he applied?

Sent Begin Any Occ Investigation Letter and placed call to EE 9/14/2023
Place call to EE if unable to reach by D15.
Send Any Occ Follow Up Letter and place call to EE if not received by D30.
Send for Management Review for possible payment to COD and denial of benefits beyond COD if not received by D45.

D15: 9/29/2023
D30: 10/14/2023
D45: 10/29/2023
- DOPPO2 - Sep 14, 2023 01:28:41 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2023 | Telephone (OUT) | 14 | MICHAEL R. MORGASON | Completed | BMVANDE |

EE had called to see if I had recvd all info. Wanted a call back. I called back and adv appears still aw aiting stress test. He said he should be having that today and an MRI but appt is not until 11/9/20223 to discuss results. I thanked him for sending in all the forms. I adv that I w ill keep CE updated but at this time, w ill aw ait results of test and appt 11/9 then w ill call and go over all recvd.... Before sending for PEER. I adv there may be enough to make a decision now , but before sending for PEER w ant to assure w e have the most recent information.

Adv w e w ant to make the determination w ith as much info as possible.
Will w ait till after 11/9 appt and discuss again w ith EE w hat w e have recvd....
Then send for Peer.
I adv it w ill be Jamie or I.... but he is w ith Jamie and he understands.
- BMVANDE - Oct 16, 2023 12:04:41 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/13/2023 1:23:13 PM | Documents/Mail | 129 | Incoming Correspondence | Received | JAECA2 |

2023-10-12-08.20.57.780480O01

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/13/2023 1:23:11 PM | Documents/Mail | 128 | Email | Received | JAECA2 |

2023-10-12-08.20.57.750480O01
From: Kristin Morgason <kristin.morgason@cadencebank.com>
Sent: Wednesday, October 11, 2023 4:06 PM
To: Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
Subject: Re: ltd claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Dr Haynie notes attached. The stress test results have NOT been received from his office but Michael w ill forw ard once available.

Thanks,
Kristin Morgason NMLS# 1654899
Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan
CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and w hich is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed w ithout this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Fri, Oct 6, 2023 at 11:31?AM Kristin Morgason <kristin.morgason@cadencebank.com> w rote:
Belinda,

Attached documents:

Requested yesterday and w ill send upon receipt:

Thanks,
Kristin Morgason NMLS# 1654899
Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan
CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and w hich is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed w ithout this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forw arded message ---------
From: mk6708 <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10?PM
 - BMVANDE - Oct 16, 2023 11:29:52 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/12/2023 | Documents/Mail<br>2023-10-10-16.52.55.250480O01 | 126 | Incoming Correspondence | Completed | JAECA2 |
| 10/12/2023 | Documents/Mail<br>2023-10-09-08.11.26.041480O01 | 125 | Medical Records | Completed | JAECA2 |
| 10/12/2023 | Documents/Mail<br>2023-10-09-08.11.26.004480O01<br><br>9/11/23 OV Matthew Nix (PCP): HPI: Seeing Dr. Morales (Neuro) for small fiber neuropathy. PE: normal. A/P: Refill med for dyslipidemia. - DRLMO0 - Oct 12, 2023 03:32:34 pm | 124 | Medical Records | Completed | JAECA2 |
| 10/12/2023 | Documents/Mail<br>2023-10-09-08.11.25.962480O01<br><br>6/12/23 Echo Summary: LV EF 50-55%. Grade 1 LV diastolic dysfunction. RV normal function. Mild mitral regurgitation. - DRLMO0 - Oct 12, 2023 03:30:42 pm | 123 | Medical Records | Completed | JAECA2 |
| 10/12/2023 | Documents/Mail<br>2023-10-09-08.11.25.929480O01<br><br>5/24/23 OV Hugh Fredrick, MD (Ortho): EE now having w orsening numbness in L hand. Recent NCS + for L CTS. A/P: Injected L carpal tunnel, RTC 6 w eeks. - DRLMO0 - Oct 12, 2023 03:29:24 pm | 122 | Medical Records | Completed | JAECA2 |
| 10/12/2023 | Documents/Mail<br>2023-10-09-08.11.25.907480O01 | 121 | Claim Form - Authorization | Completed | JAECA2 |
| 10/12/2023 | Documents/Mail<br>2023-10-09-08.11.25.811480O01<br><br>10/5/23 AF Mathew Nix, MD PCP): LOV 9/11/23. NOV: not scheduled.<br>"NEVER: climb, bend, kneel, use foot controls, reach above shoulder<br>"OCC: lift 20lbs, sit, stand, w alk, drive, finger, handle<br>- DRLMO0 - Oct 12, 2023 03:26:41 pm | 118 | Medical Records | Completed | JAECA2 |
| 10/11/2023 | Documents/Mail<br>2023-10-10-16.53.13.132480O01 | 127 | Incoming Correspondence | Completed | JAECA2 |
| 10/11/2023 | Documents/Mail<br>2023-10-09-08.11.25.877480O01 | 120 | Incoming Correspondence | Completed | JAECA2 |
| 10/11/2023 | Documents/Mail<br>2023-10-09-08.11.25.844480O01 | 119 | Incoming Correspondence | Completed | JAECA2 |
| 10/11/2023 | Documents/Mail<br>2023-10-09-08.11.25.781480O01 | 117 | Email | Completed | JAECA2 |
| 10/11/2023 | Documents/Mail<br>2023-10-09-08.11.25.755480O01 | 116 | Email | Completed | JAECA2 |
| 10/10/2023 3:57:10 PM | Documents/Mail<br>2023-10-10-16.53.13.132480O01 | 127 | Incoming Correspondence | Received | JAECA2 |
| 10/10/2023 3:57:10 PM | Documents/Mail<br>2023-10-10-16.52.55.250480O01 | 126 | Incoming Correspondence | Received | JAECA2 |
| 10/10/2023 3:57:09 PM | Documents/Mail<br>2023-10-09-08.11.26.041480O01 | 125 | Medical Records | Received | JAECA2 |
| 10/10/2023 3:57:09 PM | Documents/Mail<br>2023-10-09-08.11.26.004480O01<br><br>9/11/23 OV Matthew Nix (PCP): HPI: Seeing Dr. Morales (Neuro) for small fiber neuropathy. PE: normal. A/P: Refill med for dyslipidemia. - DRLMO0 - Oct 12, 2023 03:32:34 pm | 124 | Medical Records | Received | JAECA2 |
| 10/10/2023 3:57:07 PM | Documents/Mail<br>2023-10-09-08.11.25.962480O01<br><br>6/12/23 Echo Summary: LV EF 50-55%. Grade 1 LV diastolic dysfunction. RV normal function. Mild mitral regurgitation. - DRLMO0 - Oct 12, 2023 03:30:42 pm | 123 | Medical Records | Received | JAECA2 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/10/2023 3:57:07 PM | Documents/Mail<br>2023-10-09-08.11.25.929480O01<br><br>5/24/23 OV Hugh Fredrick, MD (Ortho): EE now having w orsening numbness in L hand. Recent NCS + for L CTS. A/P: Injected L carpal tunnel, RTC 6 w eeks. - DRLMO0 - Oct 12, 2023 03:29:24 pm | 122 | Medical Records | Received | JAECA2 |
| 10/10/2023 3:57:06 PM | Documents/Mail<br>2023-10-09-08.11.25.907480O01 | 121 | Claim Form - Authorization | Received | JAECA2 |
| 10/10/2023 3:57:05 PM | Documents/Mail<br>2023-10-09-08.11.25.877480O01 | 120 | Incoming Correspondence | Received | JAECA2 |
| 10/10/2023 3:57:04 PM | Documents/Mail<br>2023-10-09-08.11.25.844480O01 | 119 | Incoming Correspondence | Received | JAECA2 |
| 10/10/2023 3:57:04 PM | Documents/Mail<br>2023-10-09-08.11.25.811480O01<br><br>10/5/23 AF Mathew Nix, MD PCP): LOV 9/11/23. NOV: not scheduled.<br>"NEVER: climb, bend, kneel, use foot controls, reach above shoulder<br>"OCC: lift 20lbs, sit, stand, w alk, drive, finger, handle<br>- DRLMO0 - Oct 12, 2023 03:26:41 pm | 118 | Medical Records | Received | JAECA2 |
| 10/10/2023 3:57:03 PM | Documents/Mail<br>2023-10-09-08.11.25.781480O01 | 117 | Email | Received | JAECA2 |
| 10/10/2023 3:57:02 PM | Documents/Mail<br>2023-10-09-08.11.25.755480O01 | 116 | Email | Received | JAECA2 |
| 10/4/2023 | Documents/Mail | 115 | Email | Completed | BMVANDE |

From: Vandeman, Belinda
Sent: Wednesday, October 4, 2023 8:45 AM
To: morgason2@gmail.com
Subject: ltd claim 1210046281 (secure)

Michael,

Thank you for speaking w ith me yesterday. As I advised I am assisting your claims examiner w ith your claim.
We discussed in detail w hat is needed and I advised I w ould send a follow up email, so it w ill be clearer.
We are in need of: (these forms are the ones sent in the letter 9/14)
A new Authorization for release of information
Insured supplementary statement
Treating Medical Professional form- Please list all of your current providers and their contact information, in the event w e need to order updated records
Training-Education-Experience- w ith at lease 15 years of job history
Abilities form, if your provider w ill complete-and the records to support their opinion

We also discussed you have a Plethora of medical information.
We do not need every record. What w e are attempting to get is the most recent records from all providers you have seen. You advised you have records for your hands/arms, records concerning your hip.
STRESS TEST results.
Once w e have all the most recent records, w e w ill send for a physician to review the w hole file to advise their opinion of your restrictions and limitations. You may attach records and forms to this email and return.
Or you may fax me directly at 402-361-1441.

Thank you,
Belinda

Belinda Vandeman
Claims Solutions- LTD Sr Claims Examiner
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

Hello future.®

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Please visit our COVID-19 Guidance Hub by clicking on the link below :

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you w ith services related to its products. For more information, please see our privacy policy. Thank You.**

This message w as secured by Zix&#174.

- BMVANDE - Oct 04, 2023 08:45:55 am

| | | | | | |
|---|---|---|---|---|---|
| 10/3/2023 | Claim Tasks | 13 | Audit | Completed | BMVANDE |

AUDIT TYPE AO w ithin approx. 6-8 months
AUDIT DATE 09/25/2023

COD 05/19/2024
COD letter 09/14/2024 (sent by another CE)
COD Call -No call on claim since 12/06/2022

SUMMARY
51 y/o male, maintenance mechanic, Heavy occupation.
DOD 11/20/20 DLW 11/18/20 Dx M18.11 primary OA right CMC, G56.01 right carpal tunne

PR 01/2023 outlined RLS including but not limited to the follow ing: Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent.

RECOMMENDATION
A detailed call is needed w the EE prior to submitting for additional review review . This should include discussion about w hat info w e have obtained, w hat w e are doing w ith info, possible outcome of benefit review beyond COD as w ell as discussion about providers, rls, thoughts about rtw
- CESNYDE - Sep 25, 2023 03:16:50 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/3/2023 | Telephone (IN) | 13 | MICHAEL R. MORGASON | Completed | BMVANDE |

Called EE and he verified that he had recvd the letter-
We discussed in detail tdoo vs tdao
Left handed
Carpel tunnel sx w as rt
Had to have rt thumb rebuilt
Rt hip- tear- had injections been about 6 months- they have discussed sx but he is not w anting to do that if possible.

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | He said he has all the hip records-<br><br>He can do ADL's<br>He has to be careful w hen show ing<br>He said w hen he bends and squats- he gets really from standing quickly. He has not passed out.<br>He can w alk w ithout assistance but not far- he said he has to go slow - he said he has to take a break after 30-40 yards/<br>He said any activity he does that involves legs- causes issues<br>He said he had a stress test a couple of months and I adv that w e should get those issues<br>He said he is now having issues w ith left carpel tunnel as w ell- may be need sx on that as w ell<br>He does drive some, but he only drives short distances<br>He does not go shopping, he uses amazon<br>Very rare to go to a store.<br>He sits most of the day, he w ill w alk a little, but he has to change positions<br>I asked about dishes, he said they use paper plates. Can cook a little but cannot for long. He cannot stand for long<br>He cannot grip or grasp much w ith the continues carpel tunnel issues.<br><br>He said he does have neurology notes and he w ill send them as w ell-<br><br>In his opinion he does not feel he w ould be do any other jobs- because he has alw ays done physical.<br><br>He did graduate<br>No other school<br>HE said he most alw ays been a w elder and fabricator.<br><br>Has big issues w ith temp changes<br><br>I adv I w ill send him an email tomorrow adv w hat is needed and how to get it to me.<br>- BMVANDE - Oct 03, 2023 03:31:37 pm | | | | |
| 10/2/2023 | Documents/Mail<br>2023-09-25-16.33.49.434400O01 | 114 | Medical Records | Completed | JAECA2 |
| 10/2/2023 | Documents/Mail<br>2023-09-20-10.03.28.267200O01 | 110 | Medical Records | Completed | JAECA2 |
| 10/2/2023 | Documents/Mail<br>2023-09-20-08.46.15.161260O01 | 109 | Medical Records | Completed | JAECA2 |
| 9/27/2023 11:47:08 AM | Documents/Mail<br>2023-09-25-16.33.49.434400O01 | 114 | Medical Records | Received | JAECA2 |
| 9/27/2023 | Documents/Mail<br>2023-09-25-12.55.54.006360O01 | 113 | Incoming Correspondence | Completed | JAECA2 |
| 9/25/2023 3:16:53 PM | Claim Tasks<br>P3 follow up<br><br><br>AUDIT TYPE AO w ithin approx. 6-8 months<br>AUDIT DATE 09/25/2023<br><br>COD 05/19/2024<br>COD letter 09/14/2024 (sent by another CE)<br>COD Call -No call on claim since 12/06/2022<br><br>SUMMARY<br>51 y/o male, maintenance mechanic, Heavy occupation.<br>DOD 11/20/20 DLW 11/18/20 Dx M18.11 primary OA right CMC, G56.01 right carpal tunne<br><br>PR 01/2023 outlined RLS including but not limited to the follow ing: Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, | 14 | Audit | Requested | CESNYDE |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent.<br><br>RECOMMENDATION<br>A detailed call is needed w the EE prior to submitting for additional review review . This should include discussion about w hat info w e have obtained, w hat w e are doing w ith info, possible outcome of benefit review beyond COD as w ell as discussion about providers, rls, thoughts about rtw<br>- CESNYDE - Sep 25, 2023 03:17:07 pm | | | | |
| 9/25/2023 3:16:27 PM | Claim Tasks | 13 | Audit | Requested | BMVANDE |
| | AUDIT TYPE AO w ithin approx. 6-8 months<br>AUDIT DATE 09/25/2023<br><br>COD 05/19/2024<br>COD letter 09/14/2024 (sent by another CE)<br>COD Call -No call on claim since 12/06/2022<br><br>SUMMARY<br>51 y/o male, maintenance mechanic, Heavy occupation.<br>DOD 11/20/20 DLW 11/18/20 Dx M18.11 primary OA right CMC, G56.01 right carpal tunne<br><br>PR 01/2023 outlined RLS including but not limited to the follow ing: Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent.<br><br>RECOMMENDATION<br>A detailed call is needed w the EE prior to submitting for additional review review . This should include discussion about w hat info w e have obtained, w hat w e are doing w ith info, possible outcome of benefit review beyond COD as w ell as discussion about providers, rls, thoughts about rtw<br>- CESNYDE - Sep 25, 2023 03:16:50 pm | | | | |
| 9/25/2023 11:56:40 AM | Documents/Mail | 113 | Incoming Correspondence | Received | JAECA2 |
| | 2023-09-25-12.55.54.006360O01 | | | | |
| 9/25/2023 | Documents/Mail | 112 | Medical Record Invoice | Completed | VIYSH8 |
| | 2023-09-25-12.55.10.520360O01<br><br>No pay invoice -- Recived rejection from Nora Osborn, PA-C stating that claimant has not been seen by provider in over a year therefore, they w ere unable to complete the attached form, see top of page (#) 2 - VIYSH8 - Sep 25, 2023 03:31:43 pm | | | | |
| 9/25/2023 | Documents/Mail | 111 | Medical Record Invoice | Completed | VIYSH8 |
| | 2023-09-22-11.48.38.230240O01<br><br>DUP No pay invoice -- Recived rejection from Nora Osborn, PA-C stating that claimant has not been seen by provider in over a year therefore, they w ere unable to complete the attached form, see top of page (#) 2 - VIYSH8 - Sep 25, 2023 03:32:47 pm | | | | |
| 9/23/2023 | Medical | 10 | | Closed | JAECA2 |
| | STAT Call: same address and contact infor as DR. WENCHUN QU and DR. CHRISTOPHER LAMB requests, w ill ask about all 3- 904-953-2022 - pressed 4 for 3rd party- spoke to abby, she said they did recieve the requests and forw arded the paperw ork over to the providers but for the med rec's they need new AUTH form w ith updated signature. they doint release records after the signature date. assigning back to CS - New request w ill need to be created once new auth has been received. - JAUDR4 - Sep 21, 2023 10:15:09 am | | | | |
| 9/22/2023 9:27:55 AM | Documents/Mail | 110 | Medical Records | Received | JAECA2 |
| | 2023-09-20-10.03.28.267200O01 | | | | |
| 9/22/2023 8:28:14 AM | Documents/Mail | 109 | Medical Records | Received | JAECA2 |
| | 2023-09-20-08.46.15.161260O01 | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/19/2023 | Documents/Mail | 108 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:morgason.pdf Abilities | | | | |
| 9/18/2023 2:41:06 PM | Documents/Mail | 108 | Med Rec Request | Work In Progress | KEIKU2 |
| | Med Rec RequestAttachments:morgason.pdf Abilities | | | | |
| 9/18/2023 | Documents/Mail | 107 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:morgason.pdf Abilities | | | | |
| 9/18/2023 | Documents/Mail | 106 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:morgason.pdf Abilities | | | | |
| 9/18/2023 | Documents/Mail | 105 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:morgason.pdf Abilities | | | | |
| 9/18/2023 | Documents/Mail | 104 | Med Rec Request | Completed | KEIKU2 |
| | Med Rec RequestAttachments:morgason.pdf Abilities | | | | |
| 9/14/2023 1:26:39 PM | Claim Tasks | 12 | Call Claimant | Requested | BMVANDE |

Path:
EE is likely TDOO due to pain and w eakness resulting from dxs of Small fiber polyneuropathy, Autonomic neuropathy, and Labral tear right hip. Peer Review completed 01/12/2023 w hich supported R&Ls that w ould prevent the EE from being reasonable expected to perform his OO.
STP: 1) f/u for AO forms and call. 2) f/u for MRs/ABF. 3) upon receipt, review for CR/TSA.
LTP: RTW TDAO

Per note from Director: Please make sure to ask about retirement. Has he applied?

Sent Begin Any Occ Investigation Letter and placed call to EE 9/14/2023
Place call to EE if unable to reach by D15.
Send Any Occ Follow Up Letter and place call to EE if not received by D30.
Send for Management Review for possible payment to COD and denial of benefits beyond COD if not received by D45.

D15: 9/29/2023
D30: 10/14/2023
D45: 10/29/2023
- DOPPO2 - Sep 14, 2023 01:28:41 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/14/2023 1:26:07 PM | Summary/Assessment/Pa | 4h | SAP AO - DOPPO2 - Sep 14, 2023 01:26:32 pm | Requested | DOPPO2 |

Summary Notes
SAP AO - DOPPO2 - Sep 14, 2023 01:26:32 pm
Assessment Notes

Path Notes
Summary:
51 y/o male, maintenance mechanic, Heavy occupation.

DOD 11/20/20
DLW 11/18/20
BCD 5/19/21
COD 5/19/24 (36 months)
MBD 7/31/35
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel

MEDICAL ASSESSMENT:
APS 12/2/20 Michael Crabtree FNP
Dr Frederick med rec 6/23/21 to 8/18/21
MRs, APS Dr. Christopher Lamb 10/01/2021 to 05/25/2022
MRs Dr. Wenchun Qu 01/01/2022 to 12/6/2022
MRs Nora Osborne PA-C 01/01/2022 to 12/6/2022
MRI Lumbar spine 05/25/22 Mayo clinic
OVN 05/26/2022 Mayo Clinic Floridas Ortho Surgery
OVN 6/7/21 Dr. Khan

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

OVN 07/26/2022 Mayo Clinic Florida Ortho Surgery, Dr. Like Spencer Gardner
OVN 08/04/2022 Mayo Clinic
OVN 08/31/2022 Mayo Clinic, Dr. Wenchun Qu
OVN 10/28/2022 Dr. Oleksandr Trofymenko
OVN 11/16/2022 Dr. Mathew Nix

Clinical Assessment: 50 yom left hand dominant maintenance w orker -heavy occ taken OOW 11/20/20 for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities. For detailed clinical history and background, see previous clinical review dated 6/7/21. Updated medical records have been received since that time. EE has underlying conditions of chronic leg w eakness, peripheral vascular disease, high cholesterol, and thoracic outlet syndrome (group of disorders that occur w hen blood vessels or nerves in the space betw een your collarbone and your first rib (thoracic outlet) are compressed). Comorbidity of current smoker may impact recovery duration. Treating providers include AP Shaida Khan, DO (neurology), Meghana G Halkar, MBBS (cardiology), Hugh Frederick, MD (orthopedic hand surgery), Christopher J. Lamb, MD (neurology), Matthew Nix, MD (PCP), Wenchun Qu, MD, Ph.D (pain specialist), Oleksandr Trofymenko, MD (pain specialist, John K Evans, DO (PM&R), Nora C. Osborn, PA-C (orthopedic surgery physician's assistant), Luke Spencer Gardner, MD (orthopedic surgery).

Peer Review 01/12/2023
Dx: 1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A
Comorbid Diagnosis(es): 1. Right sacroiliac joint pain M53.3
2. History of right median neuropathy at w rist s/p carpal tunnel release G56.01
3. Orthostatic hypotension I95.1
Assessment: The claimant is a 52-year-old man w ho has been treated for small fiber and autonomic polyneuropathy. He more recently has undergone treatment for a right labral hip tear and right SI joint pain. These w ere both successfully treated w ith steroid injections. He continues to report symptoms of fatigue, dizziness, muscle tw itching, muscle soreness and muscle w eakness. Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent. Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed w hile the claimant underw ent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/craw ling or squatting. Occasional standing, occasional w alking and no restrictions w ith sitting. The physical restrictions in place for the right w rist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping w ith right hand. These are in place w hile the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty and ligament reconstruction surgery.

APS Dr. Fredrick on 09/09/2021

Still needed: AO Call
TEE
ISS
ABF
Auth
TMP

Path:
EE is likely TDOO due to pain and w eakness resulting from dxs of Small fiber polyneuropathy, Autonomic neuropathy, and Labral tear right hip. Peer Review completed 01/12/2023 w hich supported R&Ls that w ould prevent the EE from being reasonable expected to perform his OO.
STP: 1) f/u for AO forms and call. 2) f/u for MRs/ABF. 3) upon receipt, review for CR/TSA.
LTP: RTW TDAO
- DOPPO2 - Sep 14, 2023 01:26:32 pm

5/24/23 OV Hugh Fredrick, MD (Ortho): EE now having w orsening numbness in L hand. Recent NCS + for L CTS. A/P: Injected L carpal tunnel, RTC 6 w eeks.

6/12/23 Echo Summary: LV EF 50-55%. Grade 1 LV diastolic dysfunction. RV normal function. Mild mitral

**Chronological Activity List**

regurgitation.

9/11/23 OV Matthew Nix (PCP): HPI: Seeing Dr. Morales (Neuro) for small fiber neuropathy. PE: normal. A/P: Refill med for dyslipidemia.

10/5/23 AF Mathew Nix, MD (PCP): LOV 9/11/23. NOV: not scheduled.
"NEVER: climb, bend, kneel, use foot controls, reach above shoulder
"OCC: lift 20lbs, sit, stand, w alk, drive, finger, handle
- DRLMO0 - Oct 12, 2023 03:35:39 pm

9/14/2023 1:16:10 PM Medical 10 Initial JAECA2

STAT Call: same address and contact infor as DR. WENCHUN QU and DR. CHRISTOPHER LAMB requests, w ill ask about all 3- 904-953-2022 - pressed 4 for 3rd party- spoke to abby, she said they did recieve the requests and forw arded the paperw ork over to the providers but for the med rec's they need new AUTH form w ith updated signature. they doint release records after the signature date. assigning back to CS - New request w ill need to be created once new auth has been received. - JAUDR4 - Sep 21, 2023 10:15:09 am

9/14/2023 1:15:46 PM Medical 9 Initial JAECA2

STAT: per call on other request- spoke to abby, she said they did recieve the requests and forw arded the paperw ork over to the providers but for the med rec's they need new AUTH form w ith updated signature. they doint release records after the signature date. assigning back to CS - New request w ill need to be created once new auth has been received. - JAUDR4 - Sep 21, 2023 10:16:17 am

9/14/2023 1:15:13 PM Medical 8 Initial JAECA2

STAT: per call on other request- spoke to abby, she said they did recieve the requests and forw arded the paperw ork over to the providers but for the med rec's they need new AUTH form w ith updated signature. they doint release records after the signature date. assigning back to CS - New request w ill need to be created once new auth has been received. - JAUDR4 - Sep 21, 2023 10:16:43 am

9/14/2023 1:14:49 PM Medical 7 Initial JAECA2

STAT Call: 214-645-3030 - pressed 1 for med rec's- pressed 1 for status- spoke to rep, she said they did recieve the request and emailed the paperw ork to provider- there is a balance of $ 52.12 and w e can call HMG @ (p) 800-659-4035 to pay that. - JAUDR4 - Sep 21, 2023 10:28:26 am

9/14/2023 1:14:26 PM Medical 6 Initial JAECA2

STAT Call: 214-528-4185 - busy tone. w ill try again. - JAUDR4 - Sep 21, 2023 10:30:22 am

STAT Call: 214-528-4185 - VM- left message w ith request date, patient name, DOB and claim number to reference w hen calling back. Referring back to CS to verify phone number for office. - JAUDR4 - Sep 26, 2023 01:32:58 pm

9/14/2023 Summary/Assessment/P:3h ONGOING=== - JAECA2 - Oct 25, 2022 02:31:33 pm Completed JAECA2

Summary Notes
ONGOING=== - JAECA2 - Oct 25, 2022 02:31:33 pm
Assessment Notes

Path Notes

Summary:
51 y/o male, maintenance mechanic, Heavy occupation.
DOD 11/20/20, DLW 11/18/20, BCD 5/19/21, COD 5/19/24 (36 months), MBD 7/31/35
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel

Medical Assessment:
MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

to w ork since 11/20/20

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

UPDATE
Dr Frederick med rec 6/23/21 to 8/18/21
OV 6/23/21 for the past 3 w eeks has started an organized therapy program w orking on gentle ROM, return in 1 month may e ready to start strengthening at that time
OV 7/21/21 90 days out from R thumb CMC sx and carpal tunnel release, start light strengthening program, return on 1 month
OV 8/18/21 118 days out from right thumb CMC sx being to use thumb for light activities FU in one month

Assessment:
Claimant is OOW due to primary OA right CMC, G56.01 right carpal tunnel. Claim status is ongoing.
Path:

STP-Rep change letter w ill call claimant for updates and RTW plans.

LTP_ RTWOO
- JAECA2 - Oct 25, 2022 02:31:33 pm

2022-11-17-14.37.36.737860O01
Hello Jamie

I have started seeing Dr Matthew Nix w ith UAMS as a primary care physician. He is supposed to be doing a referral for Dr Katherine Chenault (Neurologist).

The contact for UAMS is (870) 779 6000

I w ill provide further info once I get set up w ith the neurologist.
- JAECA2 - Nov 23, 2022 02:17:34 pm

Upadated path:
Will get updates 12/01/2022 w ith EE and request all TMPs for updated medical, once obtained w ill proceed w ith clinical. - JAECA2 - Dec 01, 2022 02:42:37 pm

******************************
Updated path: 30 Day, Second request letter sent.
Office visit notes, diagnostic test results history and physical notes and an Attending physician Statement from Dr. Christopher Lamb for the dates of 10/01/2021 to present
• Office visit notes from Dr. Wenchun Qu for the dates of 01/01/2022 to present
• Office notes from Nora Osborne PA-C for the dates of 01/01/2022 to present

Once records are received, w ill proceed w ith clinical.
- JAECA2 - Dec 06, 2022 01:31:59 pm

Updated path:
EE's w ife sent in records:
Right joint Hip injection on 05/26/2022, no complications.

Mayo clinic MRI results on Lumbar spine 05/25/22
Findings: Planar imaging demonstrates expected bioditrubution of tracer activity.
Mild left L5-S1
X-ray of Lumbar 4 view s, Reason Chronic LBP R/O spondylosis instability

DX: Spondylosis lumbar w ith out myelopathy
Impression: Lumbar vertebral body heights are maintained. Mild retrolisthesis of L4 on L5
Mild DDD and low er lumbar facet osteoarthritis.
MRI right hip w ith out IV contrast
Impression 1. Complex degenerative tear of anterior superior acetabular labrum w ith cam type morphology
Gluteus minimus tendinopathy and probable low grade insertional tearing w ith mild sub gluteus minimus bursitis
Mild greater trochanteric bursal inflammation
Autonomic reflex screen: 03/0722
Conclusion: Abnormal study
Evidence of focal mild postganglionic sympathetic sudomotor mild cardiovagal.

Clinical Notes

Progress Notes by Christopher J Lamb, M.D. at 11/9/2021 11:40 AM
IMPRESSION
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

OVN: 03/072022
Plan: No further neuro testing at this time.

OVN 0308/22
Low back pain
05/25/2022 OVN: Suggested follow up w ith PCP for Inguinal hernia

05/26/2022 OVN Mayo clinic Floridas Ortho Surgery evaluation

Regional hip exam:
Intra-articular: FADDIR positive, Pain w ith deep hip flexion positive.
Peritrochanteric: Trochanteric facet tenderness no. Trendelenberg test negative. Weakness w ith resisted abduction no.
Groin/Adductor: Tenderness to palpation yes
Posterior: Tenderness to palpation SI joint Pain w ith resisted knee flexion no
Instability: Beighton: Normal, apprehension N/A

ASSESSMENT / PLAN
#1 Tear Hip Labral Initial Right

Patient findings are consistent w ith labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticularcortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options w ere discussed in detail. Patient w ould like to proceed w ith ultrasound-guided intra-articular cortisone injection today. He w ill follow via phone and let us know how he does w ith the diagnostic portion of the injection. Should he w ish to discuss surgery in more detail in the future w e can see him back virtually otherw ise he w ould be a candidate for right hip arthroscopy w ith femoroplasty, acetabular plasty and labral repair. Patient w as seen and examined w ith Dr. Luke Spencer Garner today in the office.

Progress note;
May clinic Florida Ortho surgery follow up 07/26/2022 Dr. Like Spencer Gardner

Mayo clinic Progress note 08/04/2022

Mayo clinic Clinical note Dr. Wenchun Qu 08/31/2022

Procedure note / orders 10/25/2022

Dr. Oleksandr Trofymenko 10/28/2022
:pw back pain, right hip pain,
He has been treated by PT 3 months ago, did not help

Taking Gabapentin 2-3 doses daily
Hip injection on the right side did not help w ith back pain but helped w ith groin pain fro about three w eeks

List of diagnostic testing and dates on file

Progress note, Dr. Mathew Nix At 11/16/2022
Establish care, diagnosed w ith small and autonomic fiber neuropathy by the mayo clinic in Jacksonville FL. He maintains follow up w ith them.
Underw ent extensive evaluations for a constellation of symptoms at UT southw estern and other, He is currently doing w ell. Takes Neurontin for painful paresthesia in his extremities and the helps quite a bit, he w ould like to establish care w ith neurology locally he has been recommended.

ROS:
Cardiovascular: Positive for leg sw elling has edema w ith prolonged standing due to illness- resolves w ith laying dow n. Negative for chest pain.

Problem list:
Small fiber neuropathy:
Gabapentin
Referral to Neurology

- JAECA2 - Dec 13, 2022 11:00:30 am

****************************************************

Clinical Assessment: 50 yom left hand dominant maintenance w orker -heavy occ taken OOW 11/20/20 for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities. For detailed clinical history and background, see previous clinical review dated 6/7/21. Updated medical records have been received since that time. EE has underlying conditions of chronic leg w eakness, peripheral vascular disease, high cholesterol, and thoracic outlet syndrome (group of disorders that occur w hen blood vessels or nerves in the space betw een your collarbone and your first rib (thoracic outlet) are compressed). Comorbidity of current smoker may impact recovery duration. Treating providers include AP Shaida Khan, DO (neurology), Meghana G Halkar, MBBS (cardiology), Hugh Frederick, MD (orthopedic hand surgery), Christopher J. Lamb, MD (neurology), Matthew Nix, MD (PCP), Wenchun Qu, MD, Ph.D (pain specialist), Oleksandr Trofymenko, MD (pain specialist, John K Evans, DO (PM&R), Nora C. Osborn, PA-C (orthopedic surgery physician's assistant), Luke Spencer Gardner, MD (orthopedic surgery).

OVN 6/7/21 w / AP Khan show s EE is s/p right carpal tunnel release surgery on 4/22/21. EE reports symptoms are a little w orse but stable w ith c/o leg w eakness, muscle pains and fatigue. AP Khan indicates extensive w ork-up from prior years w as noted to be unremarkable. Provider also indicates there is no clinical evidence of a neuromuscular disorder. Continue management w ith PCP and routine cancer screenings. OVNs 6/23/21-8/18/21 w / AP Frederick show s EE started therapy 3 w eeks ago and is w orking on gentle ROM. On 7/21/21, EE doing w ell, and ROM is improving. On exam, thumb in good position and good stability. EE can begin to w ean from splint and f/u in 1 month. On 8/18/21, EE doing w ell from surgery. Video encounter on 7/29/21 w / AP Halkar, EE presents w ith bilateral leg pains, dizziness, fatigue, w eakness for the past few years w orsening over the past year. Labs ordered, referrals made to several specialists, and imaging ordered. Video encounter 11/9/21 w / AP Lamb, EE f/u after lab w ork and is noted to have small fiber/autonomic polyneuropathy based on prior nerve testing results from 11/1/21. Gabapentin prescribed w ith plan for gradual increase. Copper supplementation also recommended. MRI of the lumbar spine 11/24/21 noted to show mild degenerative disc disease at L4-L5 w ith small disc protrusions. OVN 3/7/22 w / AP Lamb, EE reports to have intermittent pain. His repeat neurologic examination is unchanged, no further neurologic w ork-up at this time. Initial consult 3/8/22 w ith AP Evans, EE presents w ith low back pain. Clinical finding of tenderness of right upper buttock, plan for imaging and possible injections if pain persists. OVN 5/25/22 w / AP Evans, EE presents for low back pain and right groin pain. AP Evans indicates MRI noted to show abnormalities w ith could be contributing to symptoms. Referral made to orthopedics. X-ray of the lumbar spine 5/25/22 noted to show mild degenerative disc disease. OVN 5/26/22 w / AP Osborn, EE indicates right hip pain has w orsened. On exam, pain w ith hip ROM and groin tenderness noted. Provider recommends steroid injections to the hip and possible hip surgery. Injection provided to right hip on 5/26/22. Telemedicine 7/26/22 w / AP Gardner, EE reports excellent relief in symptoms after injections but has ongoing back pain. Since symptoms are currently mild, can hold off on surgery. Telemedicine 8/31/22 w / AP Qu show s EE w as treated w ith PT 3 months ago w ith no significant change in

symptoms. AP Qu would like to see EE in person for an exam regarding hip pain. EE given a right hip joint injection on 10/25/22. OVN 11/16/22 w/ AP Nix, EE presents to establish care. EE currently doing well. Physical exam unremarkable.

Due to complexity and extended duration with no updated R&Ls, will send to peer to comment on current R&Ls, current functional impairments, and comment on permanency of condition.

PR: 01/12/2023
primary impairing Diagnosis(es)

1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A

comorbid Diagnosis(es)

1. Right sacroiliac joint pain M53.3
2. History of right median neuropathy at wrist s/p carpal tunnel release G56.01
3. Orthostatic hypotension I95.1

The claimant is a 52-year-old man who has been treated for small fiber and autonomic polyneuropathy. He more recently has undergone treatment for a right labral hip tear and right SI joint pain. These were both successfully treated with steroid injections. He continues to report symptoms of fatigue, dizziness, muscle twitching, muscle soreness and muscle weakness.

Reasonably supported physical restrictions from 07/26/2021 and forward include the following. The claimant can frequently stand, occasionally walk and no restrictions with sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, crawling or operating heavy machinery. I expect these restrictions to be permanent.

Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed while the claimant underwent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/crawling or squatting. Occasional standing, occasional walking and no restrictions with sitting.
The physical restrictions in place for the right wrist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping with right hand. These are in place while the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty and ligament reconstruction surgery.

The attending physician statement from Dr. Fredrick on 09/09/2021 reports no lifting, pushing, pulling or gripping with the right hand. These restrictions are supported while the claimant recovers from right wrist surgery.

The functional impairment caused by the small fiber neuropathy and autonomic polyneuropathy are not expected to improve. These conditions may also not worsen over time. These conditions are treated symptomatically. Despite the extensive workup and medical evaluations, the etiology of the claimant's conditions/symptoms are not clearly defined. He may undergo further DNA genetic testing.

Given the constellation of symptoms and the clinical impression by the treating physicians, it is reasonable the claimant can safely and consistently perform 4 hours of work per day up to 5 days a week. The specific activities the claimant can be expected to tolerate are explained below (Analysis and Support for Conclusions). The claimant's condition has been progressive over 5 years and the medical records do not report any significant improvement.

Assessment: Claimant is TDOO due to Small fiber polyneuropathy, Autonomic neuropathy, Labral tear right hip, with comorbidities of Right sacroiliac joint pain, History of right median neuropathy at wrist s/p carpal tunnel release and

**Chronological Activity List**

Orthostatic hypotension. Peer supports permanent restrictions that w ould preclude claimant from being able to perform duties as medium occupation as maintenance w orker.

Path:

STP: Will follow up w ith claimant in or around 08/2023 w hen starting AO investigation.
Will get updates on functionality and updated medical records at that time from confirmed TMP's.

LTP: TDOO
- JAECA2 - Mar 23, 2023 09:53:17 am

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2023 | Documents/Mail | 103 | Pre-Payment Invoice | Completed | ADYOUNG |

received COIX invoice #394911421 for $16.00 - paid by cc - original invoice w asn't split from records by intake - Your Ciox Health transaction ID for this payment is CC9490013. The credit card confirmation number for this transaction is 6745654367456238503264.
- ADYOUNG - Sep 14, 2023 03:14:55 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2023 | Documents/Mail | 102 | Begin Any Occ Investigation | Completed | DOPPO2 |

Begin Any Occ InvestigationAttachments:AbilitiesISSTMPAuth MedicalTraining-Education-Experience

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2023 | Claim Tasks | 8 | Begin AO Investigation | Completed | JAECA2 |

Assessment: Claimant is TDOO due to Small fiber polyneuropathy, Autonomic neuropathy, Labral tear right hip, w ith comorbidities of Right sacroiliac joint pain, History of right median neuropathy at w rist s/p carpal tunnel release and Orthostatic hypotension. Peer supports permanent restrictions that w ould preclude claimant from being able to perform duties as medium occupation as maintenance w orker.

Path:

STP: Will follow up w ith claimant in or around 08/2023 w hen starting AO investigation.
Will get updates on functionality and updated medical records at that time from confirmed TMP's.

LTP: TDOO
- JAECA2 - Mar 23, 2023 09:53:53 am

Please make sure to ask about retirement. Has he applied? - JLDOWSE - Aug 22, 2023 10:05:31 am

| | | | | | |
|---|---|---|---|---|---|
| 3/23/2023 | Claim Tasks | 11 | Update Claim Direction | Completed | JAECA2 |

MANAGER REVIEW/RECOMMENDATIONS (3/8/23):
Please update SAP on claim w ith new assessment and plan of action after recent peer review w as completed.

Looks like from how tasks are set that you plan to f/u at Begin AO in Aug. I agree w / this plan given permanent R&Ls on peer review that support TDOO.
- DRLMO0 - Mar 08, 2023 11:16:41 am

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2023 11:16:30 AM | Claim Tasks | 11 | Update Claim Direction | Requested | JAECA2 |

MANAGER REVIEW/RECOMMENDATIONS (3/8/23):
Please update SAP on claim w ith new assessment and plan of action after recent peer review w as completed.

Looks like from how tasks are set that you plan to f/u at Begin AO in Aug. I agree w / this plan given permanent R&Ls on peer review that support TDOO.
- DRLMO0 - Mar 08, 2023 11:16:41 am

| | | | | | |
|---|---|---|---|---|---|
| 1/18/2023 | Documents/Mail | 101 | Medical Records | Completed | JAECA2 |
| | 2023-01-11-10.19.00.376480O01 | | | | |
| 1/18/2023 | Documents/Mail | 100 | Email | Completed | JAECA2 |
| | 2023-01-11-10.19.00.337480O01 | | | | |
| 1/18/2023 | Documents/Mail | 99 | Medical Records | Completed | JAECA2 |
| | 2023-01-09-11.41.43.548480O01 | | | | |
| 1/18/2023 | Documents/Mail | 97 | Email | Completed | JAECA2 |
| | 2023-01-09-11.41.43.501480O01 | | | | |
| 1/13/2023 | Documents/Mail | 98 | Medical Records | Completed | JAECA2 |
| | 2023-01-09-11.41.43.528480O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/13/2023 | Documents/Mail<br>2023-01-05-15.30.31.361460O01 | 96 | Claim Form - Authorization | Completed | JAECA2 |
| 1/13/2023 | Documents/Mail<br>2023-01-05-15.30.31.333460O01 | 95 | Email | Completed | JAECA2 |
| 1/11/2023 1:47:15 PM | Documents/Mail<br>2023-01-11-10.19.00.376480O01 | 101 | Medical Records | Received | JAECA2 |
| 1/11/2023 1:47:14 PM | Documents/Mail<br>2023-01-11-10.19.00.337480O01 | 100 | Email | Received | JAECA2 |
| 1/10/2023 7:40:22 AM | Documents/Mail<br>2023-01-09-11.41.43.548480O01 | 99 | Medical Records | Received | JAECA2 |
| 1/10/2023 7:40:21 AM | Documents/Mail<br>2023-01-09-11.41.43.528480O01 | 98 | Medical Records | Received | JAECA2 |
| 1/10/2023 7:40:20 AM | Documents/Mail<br>2023-01-09-11.41.43.501480O01 | 97 | Email | Received | JAECA2 |
| 1/9/2023 | Referrals | 6 | Ongoing Claim Review | Completed | JAECA2 |

Claimant Name: Michael Morgason
Claim Number:
Occupation/Level: 51 y/o male, maintenance mechanic, Heavy occupation
DLW:
DOD: 11/20/2020
DX: primary OA right CMC, G56.01 right carpal tunnl Starting diagnosis.
Further diagnosis of Medical Assessment:
MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

Dr. Oleksandr Trofymenko 10/28/2022
:pw back pain, right hip pain,
He has been treated by PT 3 months ago, did not help
Taking Gabapentin 2-3 doses daily
Hip injection on the right side did not help w ith back pain but helped w ith groin pain fro about three w eeks

#1 Tear Hip Labral Initial Right

Patient findings are consistent w ith labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticularcortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options w ere discussed in detail. Patient w ould like to proceed w ith ultrasound-guided intra-articular cortisone injection today. He w ill follow via phone and let us know how he does w ith the diagnostic portion of the injection. Should he w ish to discuss surgery in more detail in the future w e can see him back virtually otherw ise he w ould be a candidate for right hip arthroscopy w ith femoroplasty, acetabular plasty and labral repair.

Specific Medical Question:
Does information on file provide support for impairments that w ould translate into functional limitations?
If so, please describe the impairment and its impact on his functional status.
If so, w hat is the anticipated duration of the impairment?
Please provide recommendations for appropriate f/u and or specific information needed for further review s? - ALKVR1 - Dec 21, 2022 09:17:50 am
transferred to elmsi8 - PRAWA5 - Dec 27, 2022 06:13:32 am
Final report received back from CRT - sent to Disability Claims to be uploaded into AWD - JEMBE6 - Jan 09, 2023

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

10:40:55 am
Date:December 27, 2022
Subject:Nursing Memorandum
Claim#: 1210046281
Claimant: Michael Morgason
Clinical Assessment: 50 yom left hand dominant maintenance w orker -heavy occ taken OOW 11/20/20 for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities. For detailed clinical history and background, see previous clinical review dated 6/7/21. Updated medical records have been received since that time. EE has underlying conditions of chronic leg w eakness, peripheral vascular disease, high cholesterol, and thoracic outlet syndrome (group of disorders that occur w hen blood vessels or nerves in the space betw een your collarbone and your first rib (thoracic outlet) are compressed). Comorbidity of current smoker may impact recovery duration. Treating providers include AP Shaida Khan, DO (neurology), Meghana G Halkar, MBBS (cardiology), Hugh Frederick, MD (orthopedic hand surgery), Christopher J. Lamb, MD (neurology), Matthew Nix, MD (PCP), Wenchun Qu, MD, Ph.D (pain specialist), Oleksandr Trofymenko, MD (pain specialist, John K Evans, DO (PM&R), Nora C. Osborn, PA-C (orthopedic surgery physician's assistant), Luke Spencer Gardner, MD (orthopedic surgery).

OVN 6/7/21 w / AP Khan show s EE is s/p right carpal tunnel release surgery on 4/22/21. EE reports symptoms are a little w orse but stable w ith c/o leg w eakness, muscle pains and fatigue. AP Khan indicates extensive w ork-up from prior years w as noted to be unremarkable. Provider also indicates there is no clinical evidence of a neuromuscular disorder. Continue management w ith PCP and routine cancer screenings. OVNs 6/23/21-8/18/21 w / AP Frederick show s EE started therapy 3 w eeks ago and is w orking on gentle ROM. On 7/21/21, EE doing w ell, and ROM is improving. On exam, thumb in good position and good stability. EE can begin to w ean from splint and f/u in 1 month. On 8/18/21, EE doing w ell from surgery. Video encounter on 7/29/21 w / AP Halkar, EE presents w ith bilateral leg pains, dizziness, fatigue, w eakness for the past few years w orsening over the past year. Labs ordered, referrals made to several specialists, and imaging ordered. Video encounter 11/9/21 w / AP Lamb, EE f/u after lab w ork and is noted to have small fiber/autonomic polyneuropathy based on prior nerve testing results from 11/1/21. Gabapentin prescribed w ith plan for gradual increase. Copper supplementation also recommended. MRI of the lumbar spine 11/24/21 noted to show mild degenerative disc disease at L4-L5 w ith small disc protrusions. OVN 3/7/22 w / AP Lamb, EE reports to have intermittent pain. His repeat neurologic examination is unchanged, no further neurologic w ork-up at this time. Initial consult 3/8/22 w ith AP Evans, EE presents w ith low back pain. Clinical finding of tenderness of right upper buttock, plan for imaging and possible injections if pain persists. OVN 5/25/22 w / AP Evans, EE presents for low back pain and right groin pain. AP Evans indicates MRI noted to show abnormalities w ith could be contributing to symptoms. Referral made to orthopedics. X-ray of the lumbar spine 5/25/22 noted to show mild degenerative disc disease. OVN 5/26/22 w / AP Osborn, EE indicates right hip pain has w orsened. On exam, pain w ith hip ROM and groin tenderness noted. Provider recommends steroid injections to the hip and possible hip surgery. Injection provided to right hip on 5/26/22. Telemedicine 7/26/22 w / AP Gardner, EE reports excellent relief in symptoms after injections but has ongoing back pain. Since symptoms are currently mild, can hold off on surgery. Telemedicine 8/31/22 w / AP Qu show s EE w as treated w ith PT 3 months ago w ith no significant change in symptoms. AP Qu w ould like to see EE in person for an exam regarding hip pain. EE given a right hip joint injection on 10/25/22. OVN 11/16/22 w / AP Nix, EE presents to establish care. EE currently doing w ell. Physical exam unremarkable.

Due to complexity and extended duration w ith no updated R&Ls, w ill send to peer to comment on current R&Ls, current functional impairments, and comment on permanency of condition.

Elisa S., BSN, RN-BC
Nurse Disability Consultant, Lincoln Financial Group - ELMSI8 - Dec 27, 2022 02:07:03 pm
Referral Date: 12/27/22
Claims Specialist Name: Jamie Catlett
Phone Number: 800-423-2765 x 6581
Email Address: jamie.catlett@lfg.com

Submitter's Name: Elisa Silva
Phone Number: 480-806-6099
Email Address: Elisa.Silva@lfg.com

Is this referral COVID related? No

Referral Type: Standard File Review

**Chronological Activity List**

Claimant Name (First/Last): Michael Morgason
Claim Number: 1210046281
Include any additional claim #'s involved: STD #1200120731
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Texarkana Independent School District
Job Title: Maintenance Worker - heavy occ
Product Type: LTD

Diagnosis: hip pain
Date of Disability: 11/20/20
Last Day Worked: 11/19/20
Benefit Begin Date: 5/19/21
Specialty Requested: PM&R

Name and Specialty of prior external vendor review ers/ examiners: None

Attorney Involvement: Yes or No: No
Attorney Contact Information (If applicable):

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 7/26/21 to current and beyond and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Name: Wenchun Qu, MD (pain specialist)Phone Number: 904-953-2000Fax Number: 904-953-2242
Name: Luke Spencer Gardner, (orthopedic surgery)Phone Number: 904-953-0305 Fax Number: unknow n

Additional Questions

1.If functional impairment is present, w hat are the reasonable expectations for improvement and w hen w ould those be expected?

2. Please describe the claimant's maximal functional abilities w hich he could safely and consistently perform in an 8-hour w ork day from 7/26/21 to current and beyond? Please describe them in detail to include type activity, force capacity, and duration.

a. Please include your opinion regarding the claimant's ability to w ork in regards to hours/day and days/w eek in a reliable and consistent manor.
b. Please use standardized terms for activity duration such as Occasional (up to 1/3 of time); Frequent (1/3 - 2/3 of time); and Constant (2/3 of time or more). If other terms are used, please provide concrete and specific definitions for each one.
c. Avoid reference to occupational levels from the Dictionary of Occupational Titles (Sedentary, Light, Medium,

| | | | | | |
|---|---|---|---|---|---|
| | Heavy).<br>d. In particular, please note his ability to lift/carry, sit, stand, w alk, climb, bend, kneel, drive, finger, handle, operate foot controls, reach above shoulder. - ELMSI8 - Dec 27, 2022 02:07:03 pm<br>Case submitted to CRT case #150090 for a peer review w ith an PM&R physician. - JEMBE6 - Dec 28, 2022 12:29:48 pm | | | | |
| 1/6/2023 7:36:11 PM | Documents/Mail<br>2023-01-05-15.30.31.361460O01 | 96 | Claim Form - Authorization | Received | JAECA2 |
| 1/6/2023 7:36:10 PM | Documents/Mail<br>2023-01-05-15.30.31.333460O01 | 95 | Email | Received | JAECA2 |
| 12/21/2022 9:17:26 AM | Referrals | 6 | Ongoing Claim Review | Initial | JAECA2 |

Claimant Name: Michael Morgason
Claim Number:
Occupation/Level: 51 y/o male, maintenance mechanic, Heavy occupation
DLW:
DOD: 11/20/2020
DX: primary OA right CMC, G56.01 right carpal tunnl Starting diagnosis.
Further diagnosis of Medical Assessment:
MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

Dr. Oleksandr Trofymenko 10/28/2022
:pw back pain, right hip pain,
He has been treated by PT 3 months ago, did not help
Taking Gabapentin 2-3 doses daily
Hip injection on the right side did not help w ith back pain but helped w ith groin pain fro about three w eeks

#1 Tear Hip Labral Initial Right

Patient findings are consistent w ith labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticularcortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options w ere discussed in detail. Patient w ould like to proceed w ith ultrasound-guided intra-articular cortisone injection today. He w ill follow via phone and let us know how he does w ith the diagnostic portion of the injection. Should he w ish to discuss surgery in more detail in the future w e can see him back virtually otherw ise he w ould be a candidate for right hip arthroscopy w ith femoroplasty, acetabular plasty and labral repair.

Specific Medical Question:
Does information on file provide support for impairments that w ould translate into functional limitations?
If so, please describe the impairment and its impact on his functional status.
If so, w hat is the anticipated duration of the impairment?
Please provide recommendations for appropriate f/u and or specific information needed for further review s? - ALKVR1 - Dec 21, 2022 09:17:50 am
transferred to elmsi8 - PRAWA5 - Dec 27, 2022 06:13:32 am
Date:December 27, 2022
Subject:Nursing Memorandum
Claim#: 1210046281
Claimant: Michael Morgason
Clinical Assessment: 50 yom left hand dominant maintenance w orker -heavy occ taken OOW 11/20/20 for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities. For detailed clinical history and background, see previous clinical review dated 6/7/21. Updated medical records have been received since that time. EE has underlying conditions of chronic leg w eakness, peripheral vascular

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

disease, high cholesterol, and thoracic outlet syndrome (group of disorders that occur w hen blood vessels or nerves in the space betw een your collarbone and your first rib (thoracic outlet) are compressed). Comorbidity of current smoker may impact recovery duration. Treating providers include AP Shaida Khan, DO (neurology), Meghana G Halkar, MBBS (cardiology), Hugh Frederick, MD (orthopedic hand surgery), Christopher J. Lamb, MD (neurology), Matthew Nix, MD (PCP), Wenchun Qu, MD, Ph.D (pain specialist), Oleksandr Trofymenko, MD (pain specialist, John K Evans, DO (PM&R), Nora C. Osborn, PA-C (orthopedic surgery physician's assistant), Luke Spencer Gardner, MD (orthopedic surgery).

OVN 6/7/21 w / AP Khan show s EE is s/p right carpal tunnel release surgery on 4/22/21. EE reports symptoms are a little w orse but stable w ith c/o leg w eakness, muscle pains and fatigue. AP Khan indicates extensive w ork-up from prior years w as noted to be unremarkable. Provider also indicates there is no clinical evidence of a neuromuscular disorder. Continue management w ith PCP and routine cancer screenings. OVNs 6/23/21-8/18/21 w / AP Frederick show s EE started therapy 3 w eeks ago and is w orking on gentle ROM. On 7/21/21, EE doing w ell, and ROM is improving. On exam, thumb in good position and good stability. EE can begin to w ean from splint and f/u in 1 month. On 8/18/21, EE doing w ell from surgery. Video encounter on 7/29/21 w / AP Halkar, EE presents w ith bilateral leg pains, dizziness, fatigue, w eakness for the past few years w orsening over the past year. Labs ordered, referrals made to several specialists, and imaging ordered. Video encounter 11/9/21 w / AP Lamb, EE f/u after lab w ork and is noted to have small fiber/autonomic polyneuropathy based on prior nerve testing results from 11/1/21. Gabapentin prescribed w ith plan for gradual increase. Copper supplementation also recommended. MRI of the lumbar spine 11/24/21 noted to show mild degenerative disc disease at L4-L5 w ith small disc protrusions. OVN 3/7/22 w / AP Lamb, EE reports to have intermittent pain. His repeat neurologic examination is unchanged, no further neurologic w ork-up at this time. Initial consult 3/8/22 w ith AP Evans, EE presents w ith low back pain. Clinical finding of tenderness of right upper buttock, plan for imaging and possible injections if pain persists. OVN 5/25/22 w / AP Evans, EE presents for low back pain and right groin pain. AP Evans indicates MRI noted to show abnormalities w ith could be contributing to symptoms. Referral made to orthopedics. X-ray of the lumbar spine 5/25/22 noted to show mild degenerative disc disease. OVN 5/26/22 w / AP Osborn, EE indicates right hip pain has w orsened. On exam, pain w ith hip ROM and groin tenderness noted. Provider recommends steroid injections to the hip and possible hip surgery. Injection provided to right hip on 5/26/22. Telemedicine 7/26/22 w / AP Gardner, EE reports excellent relief in symptoms after injections but has ongoing back pain. Since symptoms are currently mild, can hold off on surgery. Telemedicine 8/31/22 w / AP Qu show s EE w as treated w ith PT 3 months ago w ith no significant change in symptoms. AP Qu w ould like to see EE in person for an exam regarding hip pain. EE given a right hip joint injection on 10/25/22. OVN 11/16/22 w / AP Nix, EE presents to establish care. EE currently doing w ell. Physical exam unremarkable.

Due to complexity and extended duration w ith no updated R&Ls, w ill send to peer to comment on current R&Ls, current functional impairments, and comment on permanency of condition.

Elisa S., BSN, RN-BC
Nurse Disability Consultant, Lincoln Financial Group - ELMSI8 - Dec 27, 2022 02:07:03 pm
Referral Date: 12/27/22
Claims Specialist Name: Jamie Catlett
Phone Number: 800-423-2765 x 6581
Email Address: jamie.catlett@lfg.com

Submitter's Name: Elisa Silva
Phone Number: 480-806-6099
Email Address: Elisa.Silva@lfg.com

Is this referral COVID related? No

Referral Type: Standard File Review
Claimant Name (First/Last): Michael Morgason
Claim Number: 1210046281
Include any additional claim #'s involved: STD #1200120731
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Texarkana Independent School District
Job Title: Maintenance Worker - heavy occ
Product Type: LTD

Diagnosis: hip pain
Date of Disability: 11/20/20
Last Day Worked: 11/19/20
Benefit Begin Date: 5/19/21
Specialty Requested: PM&R

Name and Specialty of prior external vendor review ers/ examiners: None

Attorney Involvement: Yes or No: No
Attorney Contact Information (If applicable):

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 7/26/21 to current and beyond and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Name: Wenchun Qu, MD (pain specialist)Phone Number: 904-953-2000Fax Number: 904-953-2242
Name: Luke Spencer Gardner, (orthopedic surgery)Phone Number: 904-953-0305 Fax Number: unknow n

Additional Questions

1.If functional impairment is present, w hat are the reasonable expectations for improvement and w hen w ould those be expected?

2. Please describe the claimant's maximal functional abilities w hich he could safely and consistently perform in an 8-hour w ork day from 7/26/21 to current and beyond? Please describe them in detail to include type activity, force capacity, and duration.

a. Please include your opinion regarding the claimant's ability to w ork in regards to hours/day and days/w eek in a reliable and consistent manor.
b. Please use standardized terms for activity duration such as Occasional (up to 1/3 of time); Frequent (1/3 - 2/3 of time); and Constant (2/3 of time or more). If other terms are used, please provide concrete and specific definitions for each one.
c. Avoid reference to occupational levels from the Dictionary of Occupational Titles (Sedentary, Light, Medium, Heavy).
d. In particular, please note his ability to lift/carry, sit, stand, w alk, climb, bend, kneel, drive, finger, handle, operate foot controls, reach above shoulder. - ELMSI8 - Dec 27, 2022 02:07:03 pm
Case submitted to CRT case #150090 for a peer review w ith an PM&R physician. - JEMBE6 - Dec 28, 2022 12:29:48 pm
Final report received back from CRT - sent to Disability Claims to be uploaded into AWD - JEMBE6 - Jan 09, 2023 10:40:55 am

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/21/2022 | Referrals | 5 | Ongoing Claim Review | Completed | JAECA2 |

Claimant Name: Michael Morgason
Claim Number:
Occupation/Level: 51 y/o male, maintenance mechanic, Heavy occupation
DLW:
DOD: 11/20/2020
DX: primary OA right CMC, G56.01 right carpal tunnl Starting diagnosis.
Further diagnosis of Medical Assessment:
MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

Dr. Oleksandr Trofymenko 10/28/2022
:pw back pain, right hip pain,
He has been treated by PT 3 months ago, did not help
Taking Gabapentin 2-3 doses daily
Hip injection on the right side did not help w ith back pain but helped w ith groin pain fro about three w eeks

#1 Tear Hip Labral Initial Right

Patient findings are consistent w ith labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticularcortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options w ere discussed in detail. Patient w ould like to proceed w ith ultrasound-guided intra-articular cortisone injection today. He w ill follow via phone and let us know how he does w ith the diagnostic portion of the injection. Should he w ish to discuss surgery in more detail in the future w e can see him back virtually otherw ise he w ould be a candidate for right hip arthroscopy w ith femoroplasty, acetabular plasty and labral repair.

Specific Medical Question:
Does information on file provide support for impairments that w ould translate into functional limitations?
If so, please describe the impairment and its impact on his functional status.
If so, w hat is the anticipated duration of the impairment?
Please provide recommendations for appropriate f/u and or specific information needed for further review s? - JAECA2 - Dec 13, 2022 01:38:17 pm
Creating new referral as file out of TAT - ALKVR1 - Dec 21, 2022 09:17:19 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/20/2022 | Claim Tasks | 10 | Call Claimant | Completed | JAECA2 |

Please remember to close your phone notes. You had a outgoing call phone note set for 11/2 after leaving a VM, but had no call claimant task. I have closed phone note and left this task for 11/2 for you. - DRLMO0 - Oct 31, 2022 11:02:45 am

******************************
Advised that I am needing updated medical records, and w ould requesting them from Mayo Clinic, We have auth on file.
Informed that he w ould be receiving a letter w hen I request records, if I should have trouble or receive denial. I w ill inform him.
He is to call after his upcoming appt to establish on 11/16/2022. - JAECA2 - Nov 07, 2022 11:32:25 am

RECOMMENDATIONS:
send 30 day f/u 2nd request letter for med recs still outstanding (include a MAYO auth): Dr. Christopher Lamb, Neurologist; Dr. Wenchun Qu; Nora Osborn PA-C. Update SAP w ith a list of providers you have requested med recs from and for w hat dates. This w ill help keep you organized w hen the records start to come in. Mayo usually req

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | spcl auth, so you may see a rejection of records. Make sure you request claimant to return auth to us w ithin 15 days since he has email.<br>- KAROL2 - Dec 06, 2022 11:06:48 am<br><br>************************<br>Second letter sent Day 45 -12/21/2022 - JAECA2 - Dec 06, 2022 01:33:30 pm | | | | |
| 12/19/2022 | Documents/Mail | 93 | Medical Record Invoice | Completed | NA7SU3 |
| | 2022-12-15-20.31.20.145340O01<br><br>RECORDS SHIPPED WITH INVOICE<br><br>CC PMT<br>TOTAL AMT PAID $36.00<br>TO - DR CHRISTOPHER LAMB @ MAYO CLINIC - FLORIDA<br>CIOX INVOICES #0394937010<br><br>Your Ciox Health transaction ID for this payment is CC9438065.<br>Please reference this number if contacting Customer Service.<br>The credit card confirmation number for this transaction is 6714720873026069303296.<br>- NA7SU3 - Dec 19, 2022 11:50:56 am | | | | |
| 12/16/2022 | Documents/Mail | 94 | Medical Records | Completed | JAECA2 |
| | 2022-12-15-20.31.44.173340O01 | | | | |
| 12/16/2022 | Documents/Mail | 92 | Claim Form - EE, ER, APS | Completed | JAECA2 |
| | 2022-12-15-20.30.48.925340O01 | | | | |
| 12/16/2022 | Documents/Mail | 91 | Email | Completed | JAECA2 |
| | 2022-12-13-18.41.32.727360O01 | | | | |
| 12/16/2022 | Documents/Mail | 90 | Email | Completed | JAECA2 |
| | 2022-12-13-18.41.32.703360O01 | | | | |
| 12/16/2022 | Documents/Mail | 89 | Medical Records | Completed | JAECA2 |
| | 2022-12-15-20.29.26.507360O01 | | | | |
| 12/16/2022 | Documents/Mail | 88 | Claim Form - Authorization | Completed | JAECA2 |
| | 2022-12-15-20.29.11.819360O01 | | | | |
| 12/16/2022 | Documents/Mail | 87 | Claim Form - Authorization | Completed | JAECA2 |
| | 2022-12-15-20.28.40.827360O01 | | | | |
| 12/16/2022 | Documents/Mail | 86 | Incoming Correspondence | Completed | JAECA2 |
| | 2022-12-15-20.28.21.302360O01 | | | | |
| 12/16/2022 | Documents/Mail | 85 | Email | Completed | JAECA2 |
| | 2022-12-13-18.41.07.034360O01 | | | | |
| 12/16/2022 | Documents/Mail | 84 | Email | Completed | JAECA2 |
| | 2022-12-13-18.41.07.010360O01 | | | | |
| 12/16/2022 | Medical | 4 | | Closed | JAECA2 |
| | STAT CALL 904-953-2022- pressed 2 ROI, spoke w ith Leane, request w as received 11/9, sent to Ciox, TAT 30 days. - JEMBE6 - Nov 14, 2022 02:48:24 pm | | | | |
| 12/16/2022 | Medical | 3 | | Closed | JAECA2 |
| | STAT CALL 904-953-2022- pressed 2 ROI, spoke w ith Leane, request w as received 11/9, sent to Ciox, TAT 30 days. - JEMBE6 - Nov 14, 2022 02:46:44 pm | | | | |
| 12/15/2022 7:38:32 PM | Documents/Mail | 94 | Medical Records | Received | JAECA2 |
| | 2022-12-15-20.31.44.173340O01 | | | | |
| 12/15/2022 7:38:31 PM | Documents/Mail | 93 | Medical Record Invoice | Received | NA7SU3 |
| | 2022-12-15-20.31.20.145340O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | RECORDS SHIPPED WITH INVOICE<br><br>CC PMT<br>TOTAL AMT PAID $36.00<br>TO - DR CHRISTOPHER LAMB @ MAYO CLINIC - FLORIDA<br>CIOX INVOICES #0394937010<br><br>Your Ciox Health transaction ID for this payment is CC9438065.<br>Please reference this number if contacting Customer Service.<br>The credit card confirmation number for this transaction is 6714720873026069303296.<br>- NA7SU3 - Dec 19, 2022 11:50:56 am | | | | |
| 12/15/2022 7:38:30 PM | Documents/Mail<br>2022-12-15-20.30.48.925340O01 | 92 | Claim Form - EE, ER, APS | Received | JAECA2 |
| 12/15/2022 7:38:29 PM | Documents/Mail<br>2022-12-13-18.41.32.727360O01 | 91 | Email | Received | JAECA2 |
| 12/15/2022 7:38:28 PM | Documents/Mail<br>2022-12-13-18.41.32.703360O01 | 90 | Email | Received | JAECA2 |
| 12/15/2022 7:31:05 PM | Documents/Mail<br>2022-12-15-20.29.26.507360O01 | 89 | Medical Records | Received | JAECA2 |
| 12/15/2022 7:31:04 PM | Documents/Mail<br>2022-12-15-20.29.11.819360O01 | 88 | Claim Form - Authorization | Received | JAECA2 |
| 12/15/2022 7:31:03 PM | Documents/Mail<br>2022-12-15-20.28.40.827360O01 | 87 | Claim Form - Authorization | Received | JAECA2 |
| 12/15/2022 7:31:02 PM | Documents/Mail<br>2022-12-15-20.28.21.302360O01 | 86 | Incoming Correspondence | Received | JAECA2 |
| 12/15/2022 7:31:00 PM | Documents/Mail<br>2022-12-13-18.41.07.034360O01 | 85 | Email | Received | JAECA2 |
| 12/15/2022 7:30:59 PM | Documents/Mail<br>2022-12-13-18.41.07.010360O01 | 84 | Email | Received | JAECA2 |
| 12/15/2022 | Medical<br><br>STAT CALL 904-953-2022- pressed 2 ROI, spoke w ith Leane, request w as received 11/9, sent to Ciox, TAT 30 days. - JEMBE6 - Nov 14, 2022 02:47:55 pm | 5 | | Closed | JAECA2 |
| 12/14/2022 | Documents/Mail<br>2022-12-11-18.00.03.662360O01 | 83 | Email | Completed | JAECA2 |
| 12/14/2022 | Documents/Mail<br>2022-12-11-18.00.03.629360O01<br>- There is no new medical record documentation for the date(s) - JAECA2 - Dec 14, 2022 08:21:00 am | 82 | Email | Completed | JAECA2 |
| 12/13/2022 1:37:11 PM | Referrals<br>Claimant Name: Michael Morgason<br>Claim Number:<br>Occupation/Level: 51 y/o male, maintenance mechanic, Heavy occupation<br>DLW:<br>DOD: 11/20/2020<br>DX: primary OA right CMC, G56.01 right carpal tunnl Starting diagnosis.<br>Further diagnosis of Medical Assessment:<br>MEDICAL ASSESSMENT:<br>Per APS completed on 12/2/20 by Michael Crabtree FNP<br>Dx: pain in right low er limb<br>Obj/Subj: ABI, venous doppler both negative<br>Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20<br>R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20 | 5 | Ongoing Claim Review | Initial | JAECA2 |



Lincoln/Morgason 0176

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | CLINICAL REVIEW<br>Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.<br><br>Dr. Oleksandr Trofymenko 10/28/2022<br>:pw back pain, right hip pain,<br>He has been treated by PT 3 months ago, did not help<br>Taking Gabapentin 2-3 doses daily<br>Hip injection on the right side did not help w ith back pain but helped w ith groin pain fro about three w eeks<br><br>#1 Tear Hip Labral Initial Right<br><br>Patient findings are consistent w ith labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticularcortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options w ere discussed in detail. Patient w ould like to proceed w ith ultrasound-guided intra-articular cortisone injection today. He w ill follow via phone and let us know how he does w ith the diagnostic portion of the injection. Should he w ish to discuss surgery in more detail in the future w e can see him back virtually otherw ise he w ould be a candidate for right hip arthroscopy w ith femoroplasty, acetabular plasty and labral repair.<br><br>Specific Medical Question:<br>Does information on file provide support for impairments that w ould translate into functional limitations?<br>If so, please describe the impairment and its impact on his functional status.<br>If so, w hat is the anticipated duration of the impairment?<br>Please provide recommendations for appropriate f/u and or specific information needed for further review s? - JAECA2 - Dec 13, 2022 01:38:17 pm<br>Creating new referral as file out of TAT - ALKVR1 - Dec 21, 2022 09:17:19 am | | | | |
| 12/13/2022 1:18:26 PM | Documents/Mail<br>2022-12-11-18.00.03.662360O01 | 83 | Email | Received | JAECA2 |
| 12/13/2022 1:18:26 PM | Documents/Mail<br>2022-12-11-18.00.03.629360O01<br>- There is no new medical record documentation for the date(s) - JAECA2 - Dec 14, 2022 08:21:00 am | 82 | Email | Received | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.171160O01 | 81 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.139160O01 | 80 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.114160O01 | 79 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.081160O01 | 78 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.051160O01 | 77 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.035160O01 | 76 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.020160O01 | 75 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.46.000160O01 | 74 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.967160O01 | 73 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.949160O01 | 72 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.922160O01 | 71 | Medical Records | Completed | JAECA2 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.891160O01 | 70 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.869160O01 | 69 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.850160O01 | 68 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.828160O01 | 67 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.798160O01 | 66 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.764160O01 | 65 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.714160O01 | 64 | Email | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.643140O01 | 63 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.614140O01 | 62 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.591140O01 | 61 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.574140O01 | 60 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.555140O01 | 59 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.524140O01 | 58 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.503140O01 | 57 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.481140O01 | 56 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.451140O01 | 55 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.418140O01 | 54 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-14.40.45.364140O01 | 53 | Email | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-09.42.47.867140O01 | 52 | Medical Records | Completed | JAECA2 |
| 12/13/2022 | Documents/Mail<br>2022-12-07-09.42.47.845140O01 | 51 | Email | Completed | JAECA2 |
| 12/10/2022 7:16:23 AM | Documents/Mail<br>2022-12-07-14.40.46.171160O01 | 81 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:23 AM | Documents/Mail<br>2022-12-07-14.40.46.139160O01 | 80 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:22 AM | Documents/Mail<br>2022-12-07-14.40.46.114160O01 | 79 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:22 AM | Documents/Mail<br>2022-12-07-14.40.46.081160O01 | 78 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:21 AM | Documents/Mail<br>2022-12-07-14.40.46.051160O01 | 77 | Medical Records | Received | JAECA2 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/10/2022 7:16:20 AM | Documents/Mail 2022-12-07-14.40.46.035160O01 | 76 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:18 AM | Documents/Mail 2022-12-07-14.40.46.020160O01 | 75 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:18 AM | Documents/Mail 2022-12-07-14.40.46.000160O01 | 74 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:17 AM | Documents/Mail 2022-12-07-14.40.45.967160O01 | 73 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:16 AM | Documents/Mail 2022-12-07-14.40.45.949160O01 | 72 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:14 AM | Documents/Mail 2022-12-07-14.40.45.922160O01 | 71 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:13 AM | Documents/Mail 2022-12-07-14.40.45.891160O01 | 70 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:13 AM | Documents/Mail 2022-12-07-14.40.45.869160O01 | 69 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:12 AM | Documents/Mail 2022-12-07-14.40.45.850160O01 | 68 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:11 AM | Documents/Mail 2022-12-07-14.40.45.828160O01 | 67 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:10 AM | Documents/Mail 2022-12-07-14.40.45.798160O01 | 66 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:09 AM | Documents/Mail 2022-12-07-14.40.45.764160O01 | 65 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:16:07 AM | Documents/Mail 2022-12-07-14.40.45.714160O01 | 64 | Email | Received | JAECA2 |
| 12/10/2022 7:12:41 AM | Documents/Mail 2022-12-07-14.40.45.643140O01 | 63 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:40 AM | Documents/Mail 2022-12-07-14.40.45.614140O01 | 62 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:40 AM | Documents/Mail 2022-12-07-14.40.45.591140O01 | 61 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:38 AM | Documents/Mail 2022-12-07-14.40.45.574140O01 | 60 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:37 AM | Documents/Mail 2022-12-07-14.40.45.555140O01 | 59 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:37 AM | Documents/Mail 2022-12-07-14.40.45.524140O01 | 58 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:35 AM | Documents/Mail 2022-12-07-14.40.45.503140O01 | 57 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:34 AM | Documents/Mail 2022-12-07-14.40.45.481140O01 | 56 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:33 AM | Documents/Mail 2022-12-07-14.40.45.451140O01 | 55 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:32 AM | Documents/Mail 2022-12-07-14.40.45.418140O01 | 54 | Medical Records | Received | JAECA2 |
| 12/10/2022 7:12:30 AM | Documents/Mail 2022-12-07-14.40.45.364140O01 | 53 | Email | Received | JAECA2 |
| 12/9/2022 2:32:38 PM | Documents/Mail 2022-12-07-09.42.47.867140O01 | 52 | Medical Records | Received | JAECA2 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/9/2022 2:32:37 PM | Documents/Mail | 51 | Email | Received | JAECA2 |
| | 2022-12-07-09.42.47.845140O01 | | | | |
| 12/6/2022 | Documents/Mail | 50 | 2nd Request Letter | Completed | JAECA2 |
| | 2nd Request Letter | | | | |
| 12/6/2022 | Telephone (IN) | 12 | MICHAEL R. MORGASON | Completed | JAECA2 |

EE returning call, reports that he received my second request letter for medical records from all providers at mayo clinic.
He states that his w ife is going to email us his medical records,
Advised that since w e last spoke that he has established w ith a new PCP, and that his next appt is scheduled 02/2023

He is now ging to PT, and this has been helping his pain. Any prolonged w alking or sitting causes him pain and discomfort.
He is not able to bend, stoop, craw l or climb on ladders. He has been a w elder all of his life, and says that he could not do tha tnow for sure.
Had a SI joint injection, this has been somew hat beneficial for him. This w as completed at the Mayo Clinic.

Reports to now having a diagnosis of autonomic neuropathy, and this is causing him to have blood pressure issues and feeling lightheaded at times, especially w hen bending dow n.

HIs w ife helps him w ith somethings, does not have help coming in to the home.

- JAECA2 - Dec 06, 2022 02:20:22 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/23/2022 | Documents/Mail | 49 | Email | Completed | JAECA2 |

2022-11-17-14.37.36.737860O01
Hello Jamie

I have started seeing Dr Matthew Nix w ith UAMS as a primary care physician. He is supposed to be doing a referral for Dr Katherine Chenault (Neurologist).

The contact for UAMS is (870) 779 6000

I w ill provide further info once I get set up w ith the neurologist.
- JAECA2 - Nov 23, 2022 02:17:34 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/18/2022 6:07:41 PM | Documents/Mail | 49 | Email | Received | JAECA2 |

2022-11-17-14.37.36.737860O01
Hello Jamie

I have started seeing Dr Matthew Nix w ith UAMS as a primary care physician. He is supposed to be doing a referral for Dr Katherine Chenault (Neurologist).

The contact for UAMS is (870) 779 6000

I w ill provide further info once I get set up w ith the neurologist.
- JAECA2 - Nov 23, 2022 02:17:34 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/9/2022 | Documents/Mail | 48 | Med Rec Request | Completed | SAORO6 |
| | Med Rec RequestAttachments:M MORGANSON - LFG AUTH.pdf | | | | |
| 11/9/2022 | Documents/Mail | 47 | Med Rec Request | Completed | SAORO6 |
| | Med Rec RequestAttachments:M MORGANSON - LFG AUTH.pdf | | | | |
| 11/9/2022 | Documents/Mail | 46 | Med Rec Request | Completed | SAORO6 |
| | Med Rec RequestAttachments:M MORGANSON - LFG AUTH.pdfNEW LTD APS.pdf | | | | |
| 11/7/2022 11:51:54 AM | Medical | 5 | | Initial | JAECA2 |

STAT CALL 904-953-2022- pressed 2 ROI, spoke w ith Leane, request w as received 11/9, sent to Ciox, TAT 30 days. - JEMBE6 - Nov 14, 2022 02:47:55 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/7/2022 11:51:03 AM | Medical | 4 | | Initial | JAECA2 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | STAT CALL 904-953-2022- pressed 2 ROI, spoke w ith Leane, request w as received 11/9, sent to Ciox, TAT 30 days. - JEMBE6 - Nov 14, 2022 02:48:24 pm | | | | |
| 11/7/2022 11:49:31 AM | Medical | 3 | | Initial | JAECA2 |
| | STAT CALL 904-953-2022- pressed 2 ROI, spoke w ith Leane, request w as received 11/9, sent to Ciox, TAT 30 days. - JEMBE6 - Nov 14, 2022 02:46:44 pm | | | | |
| 11/7/2022 | Documents/Mail | 45 | Med Rec Request Follow Up | Completed | JAECA2 |
| | Med Rec Request Follow Up | | | | |
| 11/7/2022 | Telephone (OUT) | 11 | MICHAEL R. MORGASON | Completed | JAECA2 |

: Most things are abut the same, he is being treated. He is having several problems w ith right hip, labrum tear. He has received a SI injection so far, it has not been beneficial. He has started therapy, they are w aiting to see if injection w ill help before discussing surgery option. This w as done at the Mayo Clinic in Jacksonville. Dr. Evans referred him to Nora Osborne ortho surgery, he consulted w ith her and Dr. Luke Spencer Gardner, ortho surgeon, Dr. Wenchun Qu, Pain medicine. Dr. Mark Hurdle for injection of hip. All providers are from Jacksonville Mayo Clinic. Next appointment is to be scheduled w hen they call him this w eek, and to see if he is having improvement after injection at 2 w eek mark. HIs PCP that he had been seeing for years is longer practicing, his practice has closed. He is going to establish w ith a new PCP at UAMS on 11/16/2022. Dr. Christopher Lamb w as Neurologist that he w as seeing, last appointment w as a year ago. Has been referred to rheumatology for increased risk markers fpr Autpimmune disease, but this did not come out to be part of his issues of ongiong concerns..
• Medical Updates:
• Situational Updates/ADLs: he reports that it is hard to do a lot of things, primary problem is having neuropathy, at times he is having dizziness and this affects his blood pressure as w ell. He is going to therapy to w orking on this. His w ife tell him that he is dragging his feet, though he does not know w hen he is doing this.
:He is taking Gabapentin, 12-1500 MG daily.
When asked w hich physician is certifying his disability, he states that this w ould be Dr. Christopoher Lamb, but he has not seen him in over a year, and needs to establish w ith a new provider.

Advised that I am needing updated medical records, and w ould requesting them from Mayo Clinic, We have auth on file.
Informed that he w ould be receiving a letter w hen I request records, if I should have trouble or receive denial. I w ill inform him.
He is to call after his upcoming appt to establish on 11/16/2022.
- JAECA2 - Nov 07, 2022 11:31:48 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/31/2022 11:01:46 AM | Claim Tasks | 10 | Call Claimant | Requested | JAECA2 |

Please remember to close your phone notes. You had a outgoing call phone note set for 11/2 after leaving a VM, but had no call claimant task. I have closed phone note and left this task for 11/2 for you. - DRLMO0 - Oct 31, 2022 11:02:45 am

******************************
Advised that I am needing updated medical records, and w ould requesting them from Mayo Clinic, We have auth on file.
Informed that he w ould be receiving a letter w hen I request records, if I should have trouble or receive denial. I w ill inform him.
He is to call after his upcoming appt to establish on 11/16/2022. - JAECA2 - Nov 07, 2022 11:32:25 am

RECOMMENDATIONS:
send 30 day f/u 2nd request letter for med recs still outstanding (include a MAYO auth): Dr. Christopher Lamb, Neurologist; Dr. Wenchun Qu; Nora Osborn PA-C. Update SAP w ith a list of providers you have requested med recs from and for w hat dates. This w ill help keep you organized w hen the records start to come in. Mayo usually req spcl auth, so you may see a rejection of records. Make sure you request claimant to return auth to us w ithin 15 days since he has email.
- KAROL2 - Dec 06, 2022 11:06:48 am

************************
Second letter sent Day 45 -12/21/2022 - JAECA2 - Dec 06, 2022 01:33:30 pm

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/31/2022 | Telephone (OUT) | 10 | MICHAEL R. MORGASON | Completed | JAECA2 |

Called EE for updates and current treatment, left VM For call back.
STP-Rep change letter w ill call claimant for updates and RTW plans. Need to confirm all current providers,
- JAECA2 - Oct 25, 2022 02:35:24 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/25/2022 2:34:24 PM | Telephone (OUT) | 10 | MICHAEL R. MORGASON | Requested | JAECA2 |

Called EE for updates and current treatment, left VM For call back.
STP-Rep change letter w ill call claimant for updates and RTW plans. Need to confirm all current providers,
- JAECA2 - Oct 25, 2022 02:35:24 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/25/2022 2:30:42 PM | Summary/Assessment/Pa | 3h | ONGOING=== - JAECA2 - Oct 25, 2022 02:31:33 pm | Requested | JAECA2 |

Summary Notes
ONGOING=== - JAECA2 - Oct 25, 2022 02:31:33 pm
Assessment Notes

Path Notes

Summary:
51 y/o male, maintenance mechanic, Heavy occupation.
DOD 11/20/20, DLW 11/18/20, BCD 5/19/21, COD 5/19/24 (36 months), MBD 7/31/35
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel

Medical Assessment:
MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

UPDATE
Dr Frederick med rec 6/23/21 to 8/18/21
OV 6/23/21 for the past 3 w eeks has started an organized therapy program w orking on gentle ROM, return in 1 month may e ready to start strengthening at that time
OV 7/21/21 90 days out from R thumb CMC sx and carpal tunnel release, start light strengthening program, return on 1 month
OV 8/18/21 118 days out from right thumb CMC sx being to use thumb for light activities FU in one month

Assessment:
Claimant is OOW due to primary OA right CMC, G56.01 right carpal tunnel. Claim status is ongoing.
Path:

STP-Rep change letter w ill call claimant for updates and RTW plans.

LTP_ RTWOO
- JAECA2 - Oct 25, 2022 02:31:33 pm

2022-11-17-14.37.36.737860O01
Hello Jamie

I have started seeing Dr Matthew Nix w ith UAMS as a primary care physician. He is supposed to be doing a referral for Dr Katherine Chenault (Neurologist).

The contact for UAMS is (870) 779 6000

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

I w ill provide further info once I get set up w ith the neurologist.
 - JAECA2 - Nov 23, 2022 02:17:34 pm

Upadated path:
Will get updates 12/01/2022 w ith EE and request all TMPs for updated medical, once obtained w ill proceed w ith clinical. - JAECA2 - Dec 01, 2022 02:42:37 pm

******************************
Updated path: 30 Day, Second request letter sent.
Office visit notes, diagnostic test results history and physical notes and an Attending physician Statement from Dr. Christopher Lamb for the dates of 10/01/2021 to present
• Office visit notes from Dr. Wenchun Qu for the dates of 01/01/2022 to present
• Office notes from Nora Osborne PA-C for the dates of 01/01/2022 to present

Once records are received, w ill proceed w ith clinical.
 - JAECA2 - Dec 06, 2022 01:31:59 pm

Updated path:
EE's w ife sent in records:
Right joint Hip injection on 05/26/2022, no complications.

Mayo clinic MRI results on Lumbar spine 05/25/22
Findings: Planar imaging demonstrates expected bioditrubution of tracer activity.
Mild left L5-S1
X-ray of Lumbar 4 view s, Reason Chronic LBP R/O spondylosis instability
DX: Spondylosis lumbar w ith out myelopathy
Impression: Lumbar vertebral body heights are maintained. Mild retrolisthesis of L4 on L5
Mild DDD and low er lumbar facet osteoarthritis.
MRI right hip w ith out IV contrast
Impression 1. Complex degenerative tear of anterior superior acetabular labrum w ith cam type morphology
Gluteus minimus tendinopathy and probable low grade insertional tearing w ith mild sub gluteus minimus bursitis
Mild greater trochanteric bursal inflammation
Autonomic reflex screen: 03/0722
Conclusion: Abnormal study
Evidence of focal mild postganglionic sympathetic sudomotor mild cardiovagal.

Clinical Notes

Progress Notes by Christopher J Lamb, M.D. at 11/9/2021 11:40 AM
IMPRESSION
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

OVN: 03/072022
Plan: No further neuro testing at this time.

OVN 0308/22
Low back pain
05/25/2022 OVN: Suggested follow up w ith PCP for Inguinal hernia

05/26/2022 OVN Mayo clinic Floridas Ortho Surgery evaluation

Regional hip exam:
Intra-articular: FADDIR positive, Pain w ith deep hip flexion positive.
Peritrochanteric: Trochanteric facet tenderness no. Trendelenberg test negative. Weakness w ith resisted abduction

no.
Groin/Adductor: Tenderness to palpation yes
Posterior: Tenderness to palpation SI joint Pain w ith resisted knee flexion no
Instability: Beighton: Normal, apprehension N/A

ASSESSMENT / PLAN
#1 Tear Hip Labral Initial Right

Patient findings are consistent w ith labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticularcortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options w ere discussed in detail. Patient w ould like to proceed w ith ultrasound-guided intra-articular cortisone injection today. He w ill follow via phone and let us know how he does w ith the diagnostic portion of the injection. Should he w ish to discuss surgery in more detail in the future w e can see him back virtually otherw ise he w ould be a candidate for right hip arthroscopy w ith femoroplasty, acetabular plasty and labral repair. Patient w as seen and examined w ith Dr. Luke Spencer Garner today in the office.

Progress note;
May clinic Florida Ortho surgery follow up 07/26/2022 Dr. Like Spencer Gardner

Mayo clinic Progress note 08/04/2022

Mayo clinic Clinical note Dr. Wenchun Qu 08/31/2022

Procedure note / orders 10/25/2022

Dr. Oleksandr Trofymenko 10/28/2022
:pw back pain, right hip pain,
He has been treated by PT 3 months ago, did not help
Taking Gabapentin 2-3 doses daily
Hip injection on the right side did not help w ith back pain but helped w ith groin pain fro about three w eeks

List of diagnostic testing and dates on file

Progress note, Dr. Mathew Nix At 11/16/2022
Establish care, diagnosed w ith small and autonomic fiber neuropathy by the mayo clinic in Jacksonville FL. He maintains follow up w ith them.
Underw ent extensive evaluations for a constellation of symptoms at UT southw estern and other, He is currently doing w ell. Takes Neurontin for painful paresthesia in his extremities and the helps quite a bit, he w ould like to establish care w ith neurology locally he has been recommended.

ROS:
Cardiovascular: Positive for leg sw elling has edema w ith prolonged standing due to illness- resolves w ith laying dow n. Negative for chest pain.

Problem list:
Small fiber neuropathy:
Gabapentin
Referral to Neurology

- JAECA2 - Dec 13, 2022 11:00:30 am

***************************************************

Clinical Assessment: 50 yom left hand dominant maintenance w orker -heavy occ taken OOW 11/20/20 for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities. For detailed clinical history and background, see previous clinical review dated 6/7/21. Updated medical records have been received since that time. EE has underlying conditions of chronic leg w eakness, peripheral vascular

disease, high cholesterol, and thoracic outlet syndrome (group of disorders that occur w hen blood vessels or nerves in the space betw een your collarbone and your first rib (thoracic outlet) are compressed). Comorbidity of current smoker may impact recovery duration. Treating providers include AP Shaida Khan, DO (neurology), Meghana G Halkar, MBBS (cardiology), Hugh Frederick, MD (orthopedic hand surgery), Christopher J. Lamb, MD (neurology), Matthew Nix, MD (PCP), Wenchun Qu, MD, Ph.D (pain specialist), Oleksandr Trofymenko, MD (pain specialist, John K Evans, DO (PM&R), Nora C. Osborn, PA-C (orthopedic surgery physician's assistant), Luke Spencer Gardner, MD (orthopedic surgery).

OVN 6/7/21 w / AP Khan show s EE is s/p right carpal tunnel release surgery on 4/22/21. EE reports symptoms are a little w orse but stable w ith c/o leg w eakness, muscle pains and fatigue. AP Khan indicates extensive w ork-up from prior years w as noted to be unremarkable. Provider also indicates there is no clinical evidence of a neuromuscular disorder. Continue management w ith PCP and routine cancer screenings. OVNs 6/23/21-8/18/21 w / AP Frederick show s EE started therapy 3 w eeks ago and is w orking on gentle ROM. On 7/21/21, EE doing w ell, and ROM is improving. On exam, thumb in good position and good stability. EE can begin to w ean from splint and f/u in 1 month. On 8/18/21, EE doing w ell from surgery. Video encounter on 7/29/21 w / AP Halkar, EE presents w ith bilateral leg pains, dizziness, fatigue, w eakness for the past few years w orsening over the past year. Labs ordered, referrals made to several specialists, and imaging ordered. Video encounter 11/9/21 w / AP Lamb, EE f/u after lab w ork and is noted to have small fiber/autonomic polyneuropathy based on prior nerve testing results from 11/1/21. Gabapentin prescribed w ith plan for gradual increase. Copper supplementation also recommended. MRI of the lumbar spine 11/24/21 noted to show mild degenerative disc disease at L4-L5 w ith small disc protrusions. OVN 3/7/22 w / AP Lamb, EE reports to have intermittent pain. His repeat neurologic examination is unchanged, no further neurologic w ork-up at this time. Initial consult 3/8/22 w ith AP Evans, EE presents w ith low back pain. Clinical finding of tenderness of right upper buttock, plan for imaging and possible injections if pain persists. OVN 5/25/22 w / AP Evans, EE presents for low back pain and right groin pain. AP Evans indicates MRI noted to show abnormalities w ith could be contributing to symptoms. Referral made to orthopedics. X-ray of the lumbar spine 5/25/22 noted to show mild degenerative disc disease. OVN 5/26/22 w / AP Osborn, EE indicates right hip pain has w orsened. On exam, pain w ith hip ROM and groin tenderness noted. Provider recommends steroid injections to the hip and possible hip surgery. Injection provided to right hip on 5/26/22. Telemedicine 7/26/22 w / AP Gardner, EE reports excellent relief in symptoms after injections but has ongoing back pain. Since symptoms are currently mild, can hold off on surgery. Telemedicine 8/31/22 w / AP Qu show s EE w as treated w ith PT 3 months ago w ith no significant change in symptoms. AP Qu w ould like to see EE in person for an exam regarding hip pain. EE given a right hip joint injection on 10/25/22. OVN 11/16/22 w / AP Nix, EE presents to establish care. EE currently doing w ell. Physical exam unremarkable.

Due to complexity and extended duration w ith no updated R&Ls, w ill send to peer to comment on current R&Ls, current functional impairments, and comment on permanency of condition.

PR: 01/12/2023
primary impairing Diagnosis(es)

1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A

comorbid Diagnosis(es)

1. Right sacroiliac joint pain M53.3
2. History of right median neuropathy at w rist s/p carpal tunnel release G56.01
3. Orthostatic hypotension I95.1

The claimant is a 52-year-old man w ho has been treated for small fiber and autonomic polyneuropathy. He more recently has undergone treatment for a right labral hip tear and right SI joint pain. These w ere both successfully treated w ith steroid injections. He continues to report symptoms of fatigue, dizziness, muscle tw itching, muscle soreness and muscle w eakness.

Reasonably supported physical restrictions from 07/26/2021 and forw ard include the follow ing. The claimant can frequently stand, occasionally w alk and no restrictions w ith sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, craw ling or operating heavy machinery. I expect these restrictions to be permanent.

Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed while the claimant underwent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/crawling or squatting. Occasional standing, occasional walking and no restrictions with sitting.
The physical restrictions in place for the right wrist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping with right hand. These are in place while the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty and ligament reconstruction surgery.

The attending physician statement from Dr. Fredrick on 09/09/2021 reports no lifting, pushing, pulling or gripping with the right hand. These restrictions are supported while the claimant recovers from right wrist surgery.

The functional impairment caused by the small fiber neuropathy and autonomic polyneuropathy are not expected to improve. These conditions may also not worsen over time. These conditions are treated symptomatically. Despite the extensive workup and medical evaluations, the etiology of the claimant's conditions/symptoms are not clearly defined. He may undergo further DNA genetic testing.

Given the constellation of symptoms and the clinical impression by the treating physicians, it is reasonable the claimant can safely and consistently perform 4 hours of work per day up to 5 days a week. The specific activities the claimant can be expected to tolerate are explained below (Analysis and Support for Conclusions). The claimant's condition has been progressive over 5 years and the medical records do not report any significant improvement.

Assessment: Claimant is TDOO due to Small fiber polyneuropathy, Autonomic neuropathy, Labral tear right hip, with comorbidities of Right sacroiliac joint pain, History of right median neuropathy at wrist s/p carpal tunnel release and Orthostatic hypotension. Peer supports permanent restrictions that would preclude claimant from being able to perform duties as medium occupation as maintenance worker.

Path:

STP: Will follow up with claimant in or around 08/2023 when starting AO investigation.
Will get updates on functionality and updated medical records at that time from confirmed TMP's.

LTP: TDOO
- JAECA2 - Mar 23, 2023 09:53:17 am

| | | | | |
|---|---|---|---|---|
| 10/25/2022 | Summary/Assessment/Path | ONGOING SAP - SEE PATH NOTES - ANNSI2 - Jun 10, 2021 | Completed | JAECA2 |

Summary Notes
ONGOING SAP - SEE PATH NOTES - ANNSI2 - Jun 10, 2021 09:09:59 am
Assessment Notes

Path Notes
ONGOING SAP
SUMMARY:
Claimant is 50 Years old, Male, maintenance mechanic, heavy per OA
DOD 11/20/20, DLW 11/18/20, BCD 5/19/21, COD 5/19/24 (36 months), MBD 7/31/35
Primary DX: problems with legs
Secondary DX: carpal tunnel syndrome right

MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right lower limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no walking/standing for long period, bending stooping, first treated 9/20/20, unable to work since 11/20/20

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel

COMMUNICATION
Spoke to EE for initial call 5/11. Had R carpal tunnel sx w ith basil joint repair on 4/22/21 by Dr Bo Frederick (requested records& new APS). Still having issues w ith legs but w rist had to be done first. Now seeing Dr Khan at UT Southw estern for legs.

UPDATED ASSESSMENT
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

PATH
Claim is supported by medical records and clinical review for R&Ls of occasional w alking/standing, bending stooping, no push, pull, lift or use of right arm w hich w ould prevent OO from DOD to present to 7/26/21 (for arm). Will need updated records for legs if no RTW by end of July. STP ok to approve claim Will need updated medical rom Dr Khan at UT SW for legs if no RTW by end of July. LTP: RTWOO
- ANNSI2 - Jun 10, 2021 09:09:59 am

6/11/21 update to PATH, in addition to obtaining MR from Dr. Khan for leg, CE w ill also need to document and evaluate if CTS has resolved, if not records w ill need to be requested from that provider as w ell. - JOPBE8 - Jun 11, 2021 11:06:11 am
sent special auth to EE for UT SouthWestern - ANNSI2 - Jun 14, 2021 09:32:13 am

UPDATED ASSESSMENT
Progress notes OV from My Chart Dr Khan 6/7/21 FU for multiple somatic symptoms and s/p CTS sx 4/22/21
IMPRESSION CTS, constellation of symptoms w ith a neurological exam that does not localize to the peripheral nervous system and no obvious evidence to suggest a neuromuscular disorder.
EE has appt w ith Mayo Clinic for evaluation for leg pain starting 7/26/21

UPDATED PATH

Claim is supported by medical records and clinical review for R&Ls of occasional w alking/standing, bending stooping, no push, pull, lift or use of right arm w hich w ould prevent OO from DOD to present to 7/26/21 (for arm). STP: w ill need updated records from Dr Frederick if arm is preventing him from RTW and if Legs, w ill need APS from provider w ho is certifying disability. LTP: RTWOO
- ANNSI2 - Jul 16, 2021 08:06:19 am
w ill request records from Dr Frederick and ABF after NOV 8/18/21
w ill requet Mayo records after Mayo visit early September - ANNSI2 - Aug 04, 2021 07:38:45 am

requested records since 6/1 and ABF from Dr Frederick - ANNSI2 - Aug 25, 2021 11:34:35 am
RECVD t dr bo frederick TO 8/18/2021 F/UP VISIT 2 MONTHS - BMVANDE - Sep 20, 2021 10:08:05 am

UPDATED ASSESSMENT
Dr Frederick med rec 6/23/21 to 8/18/21
OV 6/23/21 for the past 3 w eeks has started an organized therapy program w orking on gentle ROM, return in 1 month may e ready to start strengthening at that time
OV 7/21/21 90 days out from R thumb CMC sx and carpal tunnel release, start light strengthening program, return on 1 month
OV 8/18/21 118 days out from right thumb CMC sx being to use thumb for light activities FU in one month

UPDATED COMMUNICATION
Spoke to EE 9/7/21. Just got back from Mayo in Florida, going back for more tests 9/19/21. Will need records from Mayo but w ill request after next round of tests.seeing Dr Frederick later in Sept, has not been released from thumb sx

UPDATED PATH
Claim is supported by medical records for thumb sx and leg pain. STP w ill need to get Mayo records after testing end of Sept. LTP may be RTWOO
- ANNSI2 - Sep 22, 2021 10:31:55 am

RECEIVED UPDATED records and testing from the mayo clinic
records continue to show EE has reasonable R+Ls that w ould prevent EE from w orking OO
plan w ill be f/u in 8 months, given 36 month, one more review prior to COD review w ould be reasonable - JMSHE4 - Apr 02, 2022 01:38:27 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/25/2022 | Documents/Mail | 44 | Rep Change Letter | Completed | JAECA2 |
| | Rep Change Letter | | | | |
| 10/25/2022 | Claim Tasks | 9 | Call Claimant | Completed | JAECA2 |
| | f/u w ith EE on update<br>ADLs and recent or upcoming OVs - JMSHE4 - Apr 02, 2022 01:39:04 pm | | | | |
| 4/2/2022 1:38:35 PM | Claim Tasks | 9 | Call Claimant | Requested | JAECA2 |
| | f/u w ith EE on update<br>ADLs and recent or upcoming OVs - JMSHE4 - Apr 02, 2022 01:39:04 pm | | | | |
| 4/2/2022 | Documents/Mail | 43 | Medical Records | Completed | JMSHE4 |
| | 2022-04-01-16.06.33.052840O01<br><br>03/08/2022<br>Exam<br>Gait - gait reveals normal cadence and stride, non-antalgic<br>Joint ROM: lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left,<br>- JMSHE4 - Apr 02, 2022 01:30:59 pm | | | | |
| 4/2/2022 | Documents/Mail | 42 | Medical Records | Completed | JMSHE4 |
| | 2022-04-01-16.06.33.033840O01 | | | | |
| 4/2/2022 | Documents/Mail | 41 | Claim Form - Authorization | Completed | JMSHE4 |
| | 2022-04-01-16.06.33.011840O01 | | | | |
| 4/2/2022 | Documents/Mail | 40 | Medical Records | Completed | JMSHE4 |
| | 2022-04-01-16.06.32.992840O01<br><br>Test<br>Abnormal study, evidence of focal mid post-ganglionic sympathetic sudomotor, mild cardiovagal and no cardiovascular adrenergic impairment | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | - JMSHE4 - Apr 02, 2022 01:35:58 pm | | | | |
| 4/2/2022 | Documents/Mail | 39 | Email | Completed | JMSHE4 |
| | 2022-04-01-16.06.32.971840O01 | | | | |
| 4/2/2022 | Claim Tasks | 5 | Call Claimant | Completed | JMSHE4 |
| | get update from EE and did w e get special auth for UT SW - ANNSI2 - Jul 14, 2021 06:43:08 am<br><br>Call EE thank you for UT SW auth and progress notes.<br>w hen w as last OV w ith Dr Fredericks<br>still in PT for hand?<br>w ill need Mayo records w hen those reports are done - ANNSI2 - Jul 16, 2021 08:01:24 am<br><br>spoke to EE see phone notes<br><br>call after get back from FL<br>order medical records from Mayo Florida - ANNSI2 - Aug 02, 2021 02:57:40 pm<br><br>spoke to EE see phone notes<br><br>call if EE has not called after next round of appt at Mayo - ANNSI2 - Sep 07, 2021 01:03:03 pm<br><br>call EE for an update<br>confirm OVs and get records w ith cert for CR review - JMSHE4 - Dec 20, 2021 02:48:57 pm<br><br>f/u w ith email auth - JMSHE4 - Mar 30, 2022 11:24:35 am | | | | |
| 4/1/2022 3:18:18 PM | Documents/Mail | 43 | Medical Records | Received | JMSHE4 |
| | 2022-04-01-16.06.33.052840O01<br><br>03/08/2022<br>Exam<br>Gait - gait reveals normal cadence and stride, non-antalgic<br>Joint ROM: lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left,<br>- JMSHE4 - Apr 02, 2022 01:30:59 pm | | | | |
| 4/1/2022 3:18:17 PM | Documents/Mail | 42 | Medical Records | Received | JMSHE4 |
| | 2022-04-01-16.06.33.033840O01 | | | | |
| 4/1/2022 3:18:17 PM | Documents/Mail | 41 | Claim Form - Authorization | Received | JMSHE4 |
| | 2022-04-01-16.06.33.011840O01 | | | | |
| 4/1/2022 3:18:16 PM | Documents/Mail | 40 | Medical Records | Received | JMSHE4 |
| | 2022-04-01-16.06.32.992840O01<br><br>Test<br>Abnormal study, evidence of focal mid post-ganglionic sympathetic sudomotor, mild cardiovagal and no cardiovascular adrenergic impairment<br>- JMSHE4 - Apr 02, 2022 01:35:58 pm | | | | |
| 4/1/2022 3:18:15 PM | Documents/Mail | 39 | Email | Received | JMSHE4 |
| | 2022-04-01-16.06.32.971840O01 | | | | |
| 4/1/2022 | Telephone (OUT) | 9 | KRISTIN MORGASON | Completed | JMSHE4 |
| | Thank you.<br><br>I w ill get this uploaded and review ed.<br><br>Have a good w eekend.<br><br>Jim Heavey<br>LTD Senior Claims Examiner<br>Lincoln Financial Group<br>8801 Indian Hills Dr. | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Omaha, NE 68114 402-361-6803 Office
877-843-3950 Fax
402-951-0477 Direct Fax

LincolnFinancial.com
Follow us on:

Please visit our COVID-19 Guidance Hub by clicking on the link below :

From: Kristin Morgason <kristin.morgason@bxs.com>
Sent: Thursday, March 31, 2022 4:37 PM
To: Heavey, James M <James.Heavey@lfg.com>
Cc: morgason2@gmail.com
Subject: Re: Long Term Disability Claim

Signed authorization, Mayo physician notes & autonomic reflex screen dated March 2022 attached.

Thanks,
Kristin
- JMSHE4 - Apr 01, 2022 03:03:26 pm

| 3/30/2022 | Telephone (OUT) | 8 | MICHAEL R. MORGASON | Completed | JMSHE4 |
|---|---|---|---|---|---|

Good afternoon,

On review of the claim, w e do not have a special authorization form needed to make requests from the Mayo Clinic. Can you please complete and return the attached form?

Here is also a link to the auth, if that is easier to complete.
https://w w w .mayoclinic.org/documents/mc0072-01-authorization-to-release-protected-health-information-to-a-third-party/doc-20471416

Let me know if you have any questions,

Jim Heavey
LTD Senior Claims Examiner
Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68114 402-361-6803 Office
877-843-3950 Fax
402-951-0477 Direct Fax

LincolnFinancial.com
Follow us on:

Please visit our COVID-19 Guidance Hub by clicking on the link below :

- JMSHE4 - Mar 30, 2022 11:24:08 am

| 3/30/2022 | Telephone (OUT) | 7 | MICHAEL R. MORGASON | Completed | JMSHE4 |
|---|---|---|---|---|---|

called EE for an update
confirmed did get testing by Dr. Lamb at the Mayo Clinci
udpate on the results, w ont' be w heelchair bound at least but heavy lifting/being on his feet for a majority off the day if not excepted, I told him ok, w e w ill get records and complete review ,

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

EE noted that Mayo clinci w as sw amped as he asked about records so might take longer
I told him ok thanked him for checking in on that
told EE to have a good rest of his w eek. - JMSHE4 - Mar 30, 2022 10:54:18 am

| 3/16/2022 | Referrals | 4 | Vendor Results | Completed | DEDSW0 |
|---|---|---|---|---|---|

in initial call 5/11/ EE advised has not applied for ssdi - ANNSI2 - Jun 14, 2021 09:17:04 am - DEDSW0 - Jun 15, 2021 07:50:20 am

SS VENDOR - REFERRAL T-2
Social Security Vendor DCKA has review ed this claim and indicated the claimant should be aw arded at the appeal Level. Follow -up in 10 days for receipt of DPO, SS Auth, and POF or Vendor Acceptance and to complete intro call to clmt.
- DEDSW0 - Jun 15, 2021 10:03:06 am

Spoke to clmnt and he states he spoke to DCKA and he w ent on SS w ebsite and w as told he did not have enough w ork credits to qualify for SSDI- he stated DCKA w as looking into it for him to make sure. He stated he did not pay in since w rking w ith this ER- DOH 2014.
Payroll show s Medicare but not SS. Flup w ith DCKA to see if they recd proof - DEDSW0 - Jun 29, 2021 02:35:49 pm

Per DCKA- 6/29/2021-His date last insured w as in 2019. He became disabled in 2020.
Added SS EMP not qualify
flup to verify SSRT at age 62 - DEDSW0 - Jul 15, 2021 11:01:41 am

Clmt w as Denied SSDI due to lack of credits. Clmt has fulfilled SSDI filing provisions.
Per new SS procedures, w e w ill now close the SS Referral.
If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review .
This task may be closed upon Review .
- SXLIMPA - Mar 16, 2022 08:11:32 am

| 3/16/2022 | Claim Tasks | 4 | Review SS Offset Amount | Completed | DEDSW0 |
|---|---|---|---|---|---|

in initial call 5/11/ EE advised has not applied for ssdi - ANNSI2 - Jun 14, 2021 09:17:04 am

Clmt w as Denied SSDI due to lack of credits. Clmt has fulfilled SSDI filing provisions.
Per new SS procedures, w e w ill now close the SS Referral.
If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review .
This task may be closed upon Review .
- SXLIMPA - Mar 16, 2022 08:11:45 am

| 12/20/2021 2:42:54 PM | Claim Tasks | 8 | Begin AO Investigation | Requested | JAECA2 |
|---|---|---|---|---|---|

Assessment: Claimant is TDOO due to Small fiber polyneuropathy, Autonomic neuropathy, Labral tear right hip, w ith comorbidities of Right sacroiliac joint pain, History of right median neuropathy at w rist s/p carpal tunnel release and Orthostatic hypotension. Peer supports permanent restrictions that w ould preclude claimant from being able to perform duties as medium occupation as maintenance w orker.

Path:

STP: Will follow up w ith claimant in or around 08/2023 w hen starting AO investigation.
Will get updates on functionality and updated medical records at that time from confirmed TMP's.

LTP: TDOO
- JAECA2 - Mar 23, 2023 09:53:53 am

Please make sure to ask about retirement. Has he applied? - JLDOWSE - Aug 22, 2023 10:05:31 am

| 12/20/2021 | Telephone (OUT) | 6 | MICHAEL R. MORGASON | Completed | JMSHE4 |
|---|---|---|---|---|---|

called EE for an update
able to reach EE for update
updated on conidtion, neuoropathy w ith no improvement, planned testing w as just receently

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | but has updated testing/evalaution w ith mayo clniic in march<br>I told him Ok w e w ill f/u w ith him March get records for likely MMI/outlook<br>EE told me ok, told each other to have a good day. - JMSHE4 - Dec 20, 2021 02:48:22 pm | | | | |
| 9/22/2021 | Claim Tasks | 7 | Review LTD Claim | Completed | ANNSI2 |
| | fax cover sheet dr bo frederick TO 8/18/2021- F/UP 2 MONTHS<br><br>PLEASE REVIEW MOST RECENT RECORDS RECVD- OCC LEVEL 4- determine if you w ant to f/up in 2 months or have cr to determine expectations for improvement - BMVANDE - Sep 20, 2021 10:07:36 am<br>recvd records noted above - BMVANDE - Sep 20, 2021 10:07:59 am | | | | |
| 9/20/2021 10:06:02 AM | Claim Tasks | 7 | Review LTD Claim | Requested | ANNSI2 |
| | fax cover sheet dr bo frederick TO 8/18/2021- F/UP 2 MONTHS<br><br>PLEASE REVIEW MOST RECENT RECORDS RECVD- OCC LEVEL 4- determine if you w ant to f/up in 2 months or have cr to determine expectations for improvement - BMVANDE - Sep 20, 2021 10:07:36 am<br>recvd records noted above - BMVANDE - Sep 20, 2021 10:07:59 am | | | | |
| 9/20/2021 | Documents/Mail | 38 | Medical Records | Completed | BMVANDE |
| | 2021-09-14-09.49.21.659520O01<br><br>Assigned to BMVANDE for coverage - JOPBE8 - Sep 16, 2021 07:17:41 pm | | | | |
| 9/20/2021 | Documents/Mail | 36 | Fax | Completed | BMVANDE |
| | 2021-09-09-16.25.19.742460O01<br><br>Assigned to BMVANDE for coverage - JOPBE8 - Sep 16, 2021 07:17:26 pm | | | | |
| 9/20/2021 | Documents/Mail | 35 | Fax | Completed | BMVANDE |
| | 2021-09-09-16.25.06.181460O01<br><br>Assigned to BMVANDE for coverage - JOPBE8 - Sep 16, 2021 07:17:02 pm | | | | |
| 9/20/2021 | Medical | 2 | | Closed | ANNSI2 |
| 9/14/2021 8:49:52 AM | Documents/Mail | 38 | Medical Records | Received | BMVANDE |
| | 2021-09-14-09.49.21.659520O01<br><br>Assigned to BMVANDE for coverage - JOPBE8 - Sep 16, 2021 07:17:41 pm | | | | |
| 9/14/2021 8:49:51 AM | Documents/Mail | 36 | Fax | Received | BMVANDE |
| | 2021-09-09-16.25.19.742460O01<br><br>Assigned to BMVANDE for coverage - JOPBE8 - Sep 16, 2021 07:17:26 pm | | | | |
| 9/14/2021 8:49:50 AM | Documents/Mail | 35 | Fax | Received | BMVANDE |
| | 2021-09-09-16.25.06.181460O01<br><br>Assigned to BMVANDE for coverage - JOPBE8 - Sep 16, 2021 07:17:02 pm | | | | |
| 9/14/2021 | Documents/Mail | 37 | Medical Record Invoice | Completed | TASWA5 |
| | 2021-09-14-09.49.02.755520O01<br><br>recvd invoice. called (214)528-4185 pd by cc $15. spoke to Casey. - TASWA5 - Sep 14, 2021 11:36:52 am | | | | |
| 9/7/2021 | Telephone (IN) | 5 | MICHAEL R. MORGASON | Completed | ANNSI2 |
| | EE left vm to call<br>returned EE call<br>Just got home from Mayo Clinic in Florida, had lots of dr appt and lots of testing<br>Has appt for 9/19 going back to Mayo for more tests<br>Told him about pain rehab program in Florida 3 w eek program- he is interested in that<br>Seeing Megahana Halkar tomorrow through Mayo virtual appt<br>Do I need records? Advised requested Dr Frederick records (he as appt later in Sept w ith him too) has not be released yet. Not from Mayo yet since he is going back later in sept w e w ill w ait until the next round of test and apts is done | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Ruled out lupus, have used the term fibromyalgia but nothing definitive.<br><br>- ANNSI2 - Sep 07, 2021 01:03:45 pm | | | | |
| 8/30/2021 | Documents/Mail | 34 | Med Rec Request | Completed | STEGU1 |
| | Attachments:morgason.pdfMed Rec RequestAbilities | | | | |
| 8/27/2021 9:47:58 AM | Documents/Mail | 34 | Med Rec Request | Work In Progress | STEGU1 |
| | Attachments:morgason.pdfMed Rec RequestAbilities | | | | |
| 8/25/2021 11:30:51 AM | Medical | 2 | | Initial | ANNSI2 |
| 8/25/2021 | Documents/Mail | 33 | Med Rec Request Follow Up | Completed | ANNSI2 |
| | Med Rec Request Follow Up | | | | |
| 8/25/2021 | Claim Tasks | 6 | Update Claim Information | Completed | ANNSI2 |
| | order medical records since 6/1 and abf from Dr Frederick after NOV 8/18 - ANNSI2 - Aug 02, 2021 02:56:06 pm | | | | |
| 8/4/2021 | Documents/Mail | 32 | Medical Records | Completed | ANNSI2 |
| | 2021-08-02-15.58.49.404260O01 | | | | |
| 8/4/2021 | Documents/Mail | 31 | Medical Records | Completed | ANNSI2 |
| | 2021-08-02-15.58.49.382260O01<br><br>Progress notes Megahana Halkar on 7/29/21 video visit pre visit to Mayo for evaluation of leg pain and w eakness - ANNSI2 - Aug 04, 2021 07:36:34 am | | | | |
| 8/4/2021 | Documents/Mail | 30 | Email | Completed | ANNSI2 |
| | 2021-08-02-15.58.49.353260O01 | | | | |
| 8/3/2021 4:58:25 PM | Documents/Mail | 32 | Medical Records | Received | ANNSI2 |
| | 2021-08-02-15.58.49.404260O01 | | | | |
| 8/3/2021 4:58:23 PM | Documents/Mail | 31 | Medical Records | Received | ANNSI2 |
| | 2021-08-02-15.58.49.382260O01<br><br>Progress notes Megahana Halkar on 7/29/21 video visit pre visit to Mayo for evaluation of leg pain and w eakness - ANNSI2 - Aug 04, 2021 07:36:34 am | | | | |
| 8/3/2021 4:58:23 PM | Documents/Mail | 30 | Email | Received | ANNSI2 |
| | 2021-08-02-15.58.49.353260O01 | | | | |
| 8/2/2021 2:55:21 PM | Claim Tasks | 6 | Update Claim Information | Requested | ANNSI2 |
| | order medical records since 6/1 and abf from Dr Frederick after NOV 8/18 - ANNSI2 - Aug 02, 2021 02:56:06 pm | | | | |
| 8/2/2021 | Telephone (OUT) | 4 | MICHAEL R. MORGASON | Completed | ANNSI2 |
| | OBC w ith EE<br>Had a video appt on Thursday w ill be going to Florida Septe 1, 2 and 3 for appts<br>Hand is healing but still limited, out of the brace but not using it much<br>Hep-done w ith formal PT<br>LOV w ith Dr Fredericks saw him in June and July NOV may be as late until 8/18<br>Will order medical records from Dr F after NOV 8/18 w ill also order Mayo records after first w eek in Sept<br><br>How are your legs doing, some days are better than others, w ant him to w alk and difficult<br><br>What are you doing this summer: Go outside w ith his dog, w atch tv, doing puzzles<br>- ANNSI2 - Aug 02, 2021 03:54:06 pm | | | | |
| 7/16/2021 | Documents/Mail | 29 | Medical Records | Completed | ANNSI2 |
| | 2021-07-14-13.09.26.906900O01 | | | | |
| 7/16/2021 | Documents/Mail | 28 | Medical Records | Completed | ANNSI2 |
| | 2021-07-14-13.09.26.884901O01<br><br>Progress notes OV from My Chart Dr Khan 6/7/21 FU for multiple somatic symptoms and s/p CTS sx 4/22/21 IMPRESSION CTS, constellation of symptoms w ith a neurological exam that does not localize to the peripheral nervous system and no obvious evidence to suggest a neuromuscular disorder - ANNSI2 - Jul 16, 2021 07:54:29 am | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/16/2021 | Documents/Mail<br>2021-07-14-13.09.26.863900O01 | 27 | Claim Form - Authorization | Completed | ANNSI2 |
| 7/16/2021 | Documents/Mail<br>2021-07-14-13.09.26.842900O01 | 26 | Email | Completed | ANNSI2 |
| 7/15/2021 12:10:56 PM | Documents/Mail<br>2021-07-14-13.09.26.906900O01 | 29 | Medical Records | Received | ANNSI2 |
| 7/15/2021 12:10:55 PM | Documents/Mail<br>2021-07-14-13.09.26.884901O01<br><br>Progress notes OV from My Chart Dr Khan 6/7/21 FU for multiple somatic symptoms and s/p CTS sx 4/22/21 IMPRESSION CTS, constellation of symptoms w ith a neurological exam that does not localize to the peripheral nervous system and no obvious evidence to suggest a neuromuscular disorder - ANNSI2 - Jul 16, 2021 07:54:29 am | 28 | Medical Records | Received | ANNSI2 |
| 7/15/2021 12:10:55 PM | Documents/Mail<br>2021-07-14-13.09.26.863900O01 | 27 | Claim Form - Authorization | Received | ANNSI2 |
| 7/15/2021 12:10:54 PM | Documents/Mail<br>2021-07-14-13.09.26.842900O01 | 26 | Email | Received | ANNSI2 |
| 7/15/2021 | Documents/Mail<br>2021-07-14-07.44.27.558900O01 | 25 | Email | Completed | ANNSI2 |
| 7/14/2021 3:16:19 PM | Documents/Mail<br>2021-07-14-07.44.27.558900O01 | 25 | Email | Received | ANNSI2 |
| 7/14/2021 6:42:28 AM | Claim Tasks<br>get update from EE and did w e get special auth for UT SW - ANNSI2 - Jul 14, 2021 06:43:08 am<br><br>Call EE thank you for UT SW auth and progress notes.<br>w hen w as last OV w ith Dr Fredericks<br>still in PT for hand?<br>w ill need Mayo records w hen those reports are done - ANNSI2 - Jul 16, 2021 08:01:24 am<br><br>spoke to EE see phone notes<br><br>call after get back from FL<br>order medical records from Mayo Florida - ANNSI2 - Aug 02, 2021 02:57:40 pm<br><br>spoke to EE see phone notes<br><br>call if EE has not called after next round of appt at Mayo - ANNSI2 - Sep 07, 2021 01:03:03 pm<br><br>call EE for an update<br>confirm OVs and get records w ith cert for CR review - JMSHE4 - Dec 20, 2021 02:48:57 pm<br><br>f/u w ith email auth - JMSHE4 - Mar 30, 2022 11:24:35 am | 5 | Call Claimant | Requested | JMSHE4 |
| 6/16/2021 | Documents/Mail<br>2021-06-16-05.39.50.339720O01 | 24 | Social Security Forms | Completed | SSA |
| 6/16/2021 | Documents/Mail<br>2021-06-16-05.39.33.291720O01 | 23 | Social Security Forms | Completed | SSA |
| 6/16/2021 | Documents/Mail<br>2021-06-16-05.39.16.387720O01 | 22 | Social Security Forms | Completed | SSA |
| 6/16/2021 | Documents/Mail<br>2021-06-15-14.56.38.987680O01 | 21 | Email | Completed | SSA |
| 6/16/2021 | Documents/Mail<br>2021-06-15-14.56.38.963680O01 | 20 | Social Security Forms | Completed | SSA |
| 6/16/2021 | Documents/Mail<br>2021-06-15-14.56.38.939680O01 | 19 | Email | Completed | SSA |
| 6/15/2021 9:41:29 PM | Payments | | DEPOSIT 5/19/2021 - 6/19/2021 | INITIAL | ANNSI2 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/14/2021 8:15:05 PM | Referrals | 4 | Vendor Results | Initial | DEDSW0 |

in initial call 5/11/ EE advised has not applied for ssdi - ANNSI2 - Jun 14, 2021 09:17:04 am - DEDSW0 - Jun 15, 2021 07:50:20 am

SS VENDOR - REFERRAL T-2
Social Security Vendor DCKA has review ed this claim and indicated the claimant should be aw arded at the appeal Level. Follow -up in 10 days for receipt of DPO, SS Auth, and POF or Vendor Acceptance and to complete intro call to clmt.
- DEDSW0 - Jun 15, 2021 10:03:06 am

Spoke to clmnt and he states he spoke to DCKA and he w ent on SS w ebsite and w as told he did not have enough w ork credits to qualify for SSDI- he stated DCKA w as looking into it for him to make sure. He stated he did not pay in since w rking w ith this ER- DOH 2014.
Payroll show s Medicare but not SS. Flup w ith DCKA to see if they recd proof - DEDSW0 - Jun 29, 2021 02:35:49 pm

Per DCKA- 6/29/2021-His date last insured w as in 2019. He became disabled in 2020.
Added SS EMP not qualify
flup to verify SSRT at age 62 - DEDSW0 - Jul 15, 2021 11:01:41 am

Clmt w as Denied SSDI due to lack of credits. Clmt has fulfilled SSDI filing provisions.
Per new SS procedures, w e w ill now close the SS Referral.
If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review .
This task may be closed upon Review .
- SXLIMPA - Mar 16, 2022 08:11:32 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/14/2021 9:16:17 AM | Claim Tasks | 4 | Review SS Offset Amount | Requested | DEDSW0 |

in initial call 5/11/ EE advised has not applied for ssdi - ANNSI2 - Jun 14, 2021 09:17:04 am

Clmt w as Denied SSDI due to lack of credits. Clmt has fulfilled SSDI filing provisions.
Per new SS procedures, w e w ill now close the SS Referral.
If clmt should later apply for SSRT, the LTD CE should notify the SS Team for further review .
This task may be closed upon Review .
- SXLIMPA - Mar 16, 2022 08:11:45 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/14/2021 | Referrals | 3 | Over Dollar Review | Completed | ANNSI2 |

please review initial approval - Over Dollar Review - ANNSI2 - Jun 10, 2021 08:55:54 am

6/11/21 agree w ith approval, review ed w ith CR and given cx's heavy occ restrictions are supported through at least 7/26/21. CE can follow up at end of July 2021 for RTW and if no RTW determine w hen NOV's and w hen best to request medical records. - Over Dollar Review - JOPBE8 - Jun 11, 2021 11:11:18 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/14/2021 | Summary/Assessment/Path | 1 | INITIAL SAP - SEE PATH NOTES - ANNSI2 - May 11, 2021 | Completed | ANNSI2 |

Summary Notes
INITIAL SAP - SEE PATH NOTES - ANNSI2 - May 11, 2021 01:08:48 pm
Assessment Notes

BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.
It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.
- ANNSI2 - May 11, 2021 01:08:48 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

$19.66 x 2080 = $40,892.80 /12 = $3,407.73 BME - ANNSI2 - May 13, 2021 09:10:22 am
Path Notes
INITIAL SAP
SUMMARY:
Claimant is 50 Years old
male
Occupation title/Strength: maintenance mechanic, possibly heavy
DOD 11/20/20
DLW 11/18/20
Primary DX: problems w ith legs
Secondary DX: carpal tunnel syndrome right
The status of the claim is: pending

Relevant Medical Dates:
Diagnostic Testing (including type of test):
Surgeries (including type of surgery): 4/22/21
Hospitalizations:

Other relevant claims:
Any STD links claims or previous claims that could be consider for residual calculation. 1200120731

ELIGIBILITY:
Per Ardis group is self billed
60% BME, 30 hrs/w k, RBD
DOH 2/3/2014
EFF date 9/1/19 effective date w ith LFG, 3/1/2014
Pre-ex: 3/12
Does pre-ex investigation apply? no
Pre-ex time frame: N/A
Policy or and Class as needed class 1 all FT EE excluding Superintendents
Premium (EE or ER paid / pre-tax or post-tax) 100% ER contribution pre-tax
Retirement: REQUESTED FROM ER
Benefit Start Date: 180 day elimination, 5/19/21
Change of Def. Date: 36 months
Max Benefit Date: 7/31/35
Minimum benefit: $100
Maximum benefit: $5,000
Auth signed on 11/25/20
JD on File: yes, skilled maintenance

RIDERS:
PIB not qualified
Fam not qualified
Voc is voluntary

MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20

**Chronological Activity List**

OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel

ER INFORMATION salary continuance from 11/19/20 to 12/11/20 $2,634.44

COMMUNICATION
Spoke to EE for initial call 5/11. Had R carpal tunnel sx w ith basil joint repair on 4/22/21 by Dr Bo Frederick (requested records& new APS). Still having issues w ith legs but w rist had to be done first.

Recovery Timeline:
Added carpal tunnel syndrome to dx
Requested APS from Dr Frederick and requested records from Dr Frederick
MDA max for medium occ is 35 days but also had basil joint repair. EE advised w ill not be released for 3 months from sx- records needed for CR

PATH:
Claim is pending for ER and medical records. STP: requested medical records from hand sx, w ill need leg records also but hand is disabling condition now . Have records on legs until UT Southw estern. EE is checking FOV w ith Dr Khan- have one OV record from 2/23/21 LTP: RTWOO
- ANNSI2 - May 11, 2021 01:08:48 pm

ER INFORMATION
DLW 11/19/20
Salary continuance from 11/19/20 to 12/11/20
Payroll rate of pay $19.66/hr
Retirement TRS defined benefit, EE contributes 7.7% no ER contribution
Position held through 5/21/21 then he can resign or be terminated

UPDATED PATH
Claim is pending for updated medical records STP: requested records from Dr Frederick (hand sx), w ill need before approving LTP: RTWOO
- ANNSI2 - May 13, 2021 09:10:22 am

received TPA
- ANNSI2 - May 14, 2021 06:39:41 am

UPDATED ASSESSMENT
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study

UPDATED PATH
Claim is pending initial CR - sent, also sent OA. Reasonable that claim is supported from DOD to present and beyond by medical records from diagnostics and sx (carpal tunnel sx 4/22/21) but unsure how long. Has not been diagnosed for leg pain but says continues to experience sx. STP: w ait for CR before approving claim LTP hopefully RTWOO

- ANNSI2 - Jun 01, 2021 11:26:33 am

OA completed heavy - ANNSI2 - Jun 07, 2021 10:58:43 am

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

UPDATED PATH
Claim is supported by medical records and clinical review for R&Ls of occasional w alking/standing, bending stooping, no push, pull, lift or use of right arm w hich w ould prevent OO from DOD to present to 7/26/21 (for arm). Will need updated records for legs if no RTW by end of July. STP ok to approve claim Will need updated medical rom Dr Khan at UT SW for legs if no RTW by end of July. LTP: RTWOO
- ANNSI2 - Jun 10, 2021 08:53:30 am

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2021 | Documents/Mail | 18 | Special Authorization | Completed | ANNSI2 |
| | Special AuthorizationAttachments:Michael Morgason UT Southw estern special auth.pdf | | | | |
| 6/14/2021 | Documents/Mail | 17 | Approval Letter LTD | Completed | ANNSI2 |
| | Approval Letter LTDAttachments:Rehab SurveyTranslation services | | | | |
| 6/14/2021 | Documents/Mail | 16 | Employer Approval Letter | Completed | ANNSI2 |
| | Employer Approval Letter | | | | |
| 6/14/2021 | Claim Tasks | 3 | 45 Day.Need Decision/Extension | Completed | ANNSI2 |
| 6/14/2021 | Telephone (OUT) | 3 | MICHAEL R. MORGASON | Completed | ANNSI2 |

OBC to EE to advise claim is approved, firs benefit paying tomorrow , as long as claim is supported, letter send w ith details, w hen is NOV having tw o therapy appt then seeing hand dr.
saw Dr Khan last w eek, she has done all tests and has no diagnosis, sending back to PCP for rheumatology referral thinks it may be autoimmune says legs still hurt especially upon w aking or if w alking any distance.
w ill send special auth for Ut Southw estern for Dr Khan records - ANNSI2 - Jun 14, 2021 09:22:46 am

| | | | | | |
|---|---|---|---|---|---|
| 6/11/2021 8:13:41 PM | Claim Tasks | 3 | 45 Day.Need Decision/Extension | Requested | ANNSI2 |
| 6/10/2021 9:09:24 AM | Summary/Assessment/Pa | 2h | ONGOING SAP - SEE PATH NOTES - ANNSI2 - Jun 10, 2021 | Requested | JAECA2 |

Summary Notes
ONGOING SAP - SEE PATH NOTES - ANNSI2 - Jun 10, 2021 09:09:59 am
Assessment Notes

Path Notes
ONGOING SAP
SUMMARY:
Claimant is 50 Years old, Male, maintenance mechanic, heavy per OA
DOD 11/20/20, DLW 11/18/20, BCD 5/19/21, COD 5/19/24 (36 months), MBD 7/31/35
Primary DX: problems w ith legs
Secondary DX: carpal tunnel syndrome right

MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel

COMMUNICATION
Spoke to EE for initial call 5/11. Had R carpal tunnel sx w ith basil joint repair on 4/22/21 by Dr Bo Frederick (requested records& new APS). Still having issues w ith legs but w rist had to be done first. Now seeing Dr Khan at UT Southw estern for legs.

UPDATED ASSESSMENT
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

PATH
Claim is supported by medical records and clinical review for R&Ls of occasional w alking/standing, bending stooping, no push, pull, lift or use of right arm w hich w ould prevent OO from DOD to present to 7/26/21 (for arm). Will need updated records for legs if no RTW by end of July. STP ok to approve claim Will need updated medical rom Dr Khan at UT SW for legs if no RTW by end of July. LTP: RTWOO
- ANNSI2 - Jun 10, 2021 09:09:59 am

6/11/21 update to PATH, in addition to obtaining MR from Dr. Khan for leg, CE w ill also need to document and evaluate if CTS has resolved, if not records w ill need to be requested from that provider as w ell. - JOPBE8 - Jun 11, 2021 11:06:11 am
sent special auth to EE for UT SouthWestern - ANNSI2 - Jun 14, 2021 09:32:13 am

UPDATED ASSESSMENT
Progress notes OV from My Chart Dr Khan 6/7/21 FU for multiple somatic symptoms and s/p CTS sx 4/22/21
IMPRESSION CTS, constellation of symptoms w ith a neurological exam that does not localize to the peripheral nervous system and no obvious evidence to suggest a neuromuscular disorder.
EE has appt w ith Mayo Clinic for evaluation for leg pain starting 7/26/21

UPDATED PATH
Claim is supported by medical records and clinical review for R&Ls of occasional w alking/standing, bending stooping, no push, pull, lift or use of right arm w hich w ould prevent OO from DOD to present to 7/26/21 (for arm). STP: w ill need updated records from Dr Frederick if arm is preventing him from RTW and if Legs, w ill need APS from provider w ho is certifying disability. LTP: RTWOO
- ANNSI2 - Jul 16, 2021 08:06:19 am
w ill request records from Dr Frederick and ABF after NOV 8/18/21
w ill requet Mayo records after Mayo visit early September - ANNSI2 - Aug 04, 2021 07:38:45 am

requested records since 6/1 and ABF from Dr Frederick - ANNSI2 - Aug 25, 2021 11:34:35 am

## Chronological Activity List

RECVD t dr bo frederick TO 8/18/2021 F/UP VISIT 2 MONTHS - BMVANDE - Sep 20, 2021 10:08:05 am

UPDATED ASSESSMENT
Dr Frederick med rec 6/23/21 to 8/18/21
OV 6/23/21 for the past 3 w eeks has started an organized therapy program w orking on gentle ROM, return in 1 month may e ready to start strengthening at that time
OV 7/21/21 90 days out from R thumb CMC sx and carpal tunnel release, start light strengthening program, return on 1 month
OV 8/18/21 118 days out from right thumb CMC sx being to use thumb for light activities FU in one month

UPDATED COMMUNICATION
Spoke to EE 9/7/21. Just got back from Mayo in Florida, going back for more tests 9/19/21. Will need records from Mayo but w ill request after next round of tests.seeing Dr Frederick later in Sept, has not been released from thumb sx

UPDATED PATH
Claim is supported by medical records for thumb sx and leg pain. STP w ill need to get Mayo records after testing end of Sept. LTP may be RTWOO
- ANNSI2 - Sep 22, 2021 10:31:55 am

RECEIVED UPDATED records and testing from the mayo clinic
records continue to show EE has reasonable R+Ls that w ould prevent EE from w orking OO
plan w ill be f/u in 8 months, given 36 month, one more review prior to COD review w ould be reasonable - JMSHE4 - Apr 02, 2022 01:38:27 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/10/2021 8:55:18 AM | Referrals | 3 | Over Dollar Review | Initial | ANNSI2 |

please review initial approval - Over Dollar Review - ANNSI2 - Jun 10, 2021 08:55:54 am

6/11/21 agree w ith approval, review ed w ith CR and given cx's heavy occ restrictions are supported through at least 7/26/21. CE can follow up at end of July 2021 for RTW and if no RTW determine w hen NOV's and w hen best to request medical records. - Over Dollar Review - JOPBE8 - Jun 11, 2021 11:11:18 am

| | | | | | |
|---|---|---|---|---|---|
| 6/10/2021 | Referrals | 2 | Initial Claim Review | Completed | ANNSI2 |

Demographics
Claimant Name: Michael Morgason
Claim Number: 1210046281
Occupation/level: maintenance Mechanic OA in progress
Diagnosis: problems w ith legs, carpal tunnel right
DOD: 11/20/20
DLW: 11/18/20

Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study

Specific Medical Question:
Does information on file provide support for impairments that w ould translate into functional limitations?
If so, please describe the impairment and its impact on his functional status.
If so, w hat is the anticipated duration of the impairment?
Please provide recommendations for appropriate f/u and or specific information needed for further review s? - ANNSI2 - Jun 01, 2021 11:22:31 am
transfered to CAPSE6 for clinical review - CAPSE6 - Jun 04, 2021 07:50:17 am
Date:June 7, 2021

Subject:Nursing Memorandum

Claim#: 1210046281
Claimant: Morgason, Michael
Clinical Assessment:
This EE is being treated for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities by Dr. Frederick (orthopedic hand), Dr. Hussaini (neurology), Dr. Yo (neurology), Dr. Khan (neurology) and Terry Knighton, FNP (family medicine). Based on the medical available for review w ith indication of progressive low er extremity w eakness, w eight loss, memory issues, fatigue w ith minimal activity, progression to upper extremity symptoms, findings of carpal tunnel syndrome w ith surgery on 4/22/21 for carpal tunnel release and joint reconstruction at the base of the right thumb and ongoing physical therapy w ith referral for genetic testing for metabolic disorder w ork up NDC finds that R&LS occasional w alking/standing, bending, stooping is supported from 11/19/20 through at least 5/9/21 and R&LS of no push, pull, lift or use of the right arm from 4/22/21 through 7/26/21 is reasonable and supported. Should RTW not occur NDC recommends CS obtain updated records from Dr. Frederic, occupational therapy, Dr. Yo, Dr. Khan, Knighton, FNP and Dr. Hussaini to include therapy notes, plan of care, assessments, updated diagnostics, procedure notes, ERTW and R&Ls. CS updated. NDC removed from assignment.
Carolynn, S., BSN, RN
Nurse Disability Consultant, Lincoln Financial Group - CAPSE6 - Jun 07, 2021 03:54:48 pm
OA completed - heavy - ANNSI2 - Jun 07, 2021 10:59:28 am

| 6/10/2021 | Medical | 1 | | Closed | ANNSI2 |
|---|---|---|---|---|---|

request not received
refax to same number - ANNSI2 - May 25, 2021 01:52:36 pm
Rightfaxed to same number - ANNSI2 - May 25, 2021 01:55:02 pm

| 6/7/2021 | Referrals | 1 | Occ Analysis | Completed | ANNSI2 |
|---|---|---|---|---|---|

Demographics
Claimant Name: Michael Morgason
Claim Number: 1210046281
Gainful Amount (if defined in the policy): N/A
Benefit Amount: $2,044.64
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? I sthe claim CA Sitused, Erisa/Non-Erisa, or other policy exceptions?
If Local Economy, please indentify EE's location at the time of disability.

Medical Information

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Current Functional Capacity and R&Ls supported by physician:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study
Hand Dominance:

Vocational Information:
Job Title from ER: Skilled Maintenance
Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)): N/A
Job Description on file? (if yes date and location):AWD 2020-12-13-10.40.26.091720O01
Job Analysis on file? (if yes date and location): N/A

Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed): N/A
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please complete an Occupational Analysis for this position
- ANNSI2 - Jun 01, 2021 11:18:39 am

Occupational Analysis

Date: 6/7/2021
Name: Michael Morgason
Claim Number: 1210046281
Policy Holder: Texarkana Independent School District

An Occupational Analysis w as completed to compare the job, Skilled Maintenance, non-licensed, to the occupation in the National Economy, per the DOT of Maintenance Worker, Municipal [DOT 899.684-046, Heavy].

Documents Review ed:
"JD in AWD: 12/13/2020
"ER Statement in AWD: 12/13/2020

EE's r/ls per APS dated 5/28/2021: EE is oow due to Primary OA right CMC, carpal tunnel right. No push, pull, lift, or use of right arm. Surgery completed 4/22/2021.

The follow ing resources w ere utilized in this comparison:
"DOT

The comparison to the position w ith the employer to the national economy is as follow s:

Essential Duties:
Comparable betw een the employer and the National Economy, per the DOT, they both perform a combination of duties to maintain and repair property using a variety of machines, tools, and equipment.

Physical Demands:
The employer indicated job demands include the follow ing:
"Constantly move about facilities and grounds.
"Typically bends, stoops, and crouches on a regular basis.
"Frequently lifts, carries or otherw ise positions/repositions heavy objects, equipment and supplies.
"Ability to position self and perform w ork in various areas of the facility including elevated surfaces; variable w orking hours, on call 24 hrs.

The occupation is typically performed as Heavy in the National Economy, per the DOT. National Economy demand levels include:
"Occasionally: climbing, stooping, crouching, depth perception, and accommodation.
"Frequently: reaching, handling, fingering, talking, hearing, and near acuity.

Summary:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Heavy level in the National Economy, per the DOT.

I have not met w ith Michael Morgason for the purpose of this review . All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant II

- TROGR7 - Jun 07, 2021 08:24:04 am

| | | | | | |
|---|---|---|---|---|---|
| 6/7/2021 | Documents/Mail | 15 | Incoming Correspondence | Completed | ANNSI2 |
| | 2021-06-07-09.24.35.935540O01 | | | | |
| 6/7/2021 | Documents/Mail | 14 | Email | Completed | ANNSI2 |
| | 2021-06-07-09.24.35.905540O01 | | | | |
| 6/1/2021 11:21:43 AM | Referrals | 2 | Initial Claim Review | Initial | ANNSI2 |

Demographics
Claimant Name: Michael Morgason
Claim Number: 1210046281
Occupation/level: maintenance Mechanic OA in progress
Diagnosis: problems w ith legs, carpal tunnel right
DOD: 11/20/20
DLW: 11/18/20

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study

Specific Medical Question:
Does information on file provide support for impairments that w ould translate into functional limitations?
If so, please describe the impairment and its impact on his functional status.
If so, w hat is the anticipated duration of the impairment?
Please provide recommendations for appropriate f/u and or specific information needed for further review s? - ANNSI2 - Jun 01, 2021 11:22:31 am
transfered to CAPSE6 for clinical review - CAPSE6 - Jun 04, 2021 07:50:17 am
OA completed - heavy - ANNSI2 - Jun 07, 2021 10:59:28 am
Date:June 7, 2021

Subject:Nursing Memorandum

Claim#: 1210046281
Claimant: Morgason, Michael
Clinical Assessment:
This EE is being treated for right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly w ith the low er extremities by Dr. Frederick (orthopedic hand), Dr. Hussaini (neurology), Dr. Yo (neurology), Dr. Khan (neurology) and Terry Knighton, FNP (family medicine). Based on the medical available for review w ith indication of progressive low er extremity w eakness, w eight loss, memory issues, fatigue w ith minimal activity, progression to upper extremity symptoms, findings of carpal tunnel syndrome w ith surgery on 4/22/21 for carpal tunnel release and joint reconstruction at the base of the right thumb and ongoing physical therapy w ith referral for genetic testing for metabolic disorder w ork up NDC finds that R&LS occasional w alking/standing, bending, stooping is supported from 11/19/20 through at least 5/9/21 and R&LS of no push, pull, lift or use of the right arm from

**Chronological Activity List**

4/22/21 through 7/26/21 is reasonable and supported. Should RTW not occur NDC recommends CS obtain updated records from Dr. Frederic, occupational therapy, Dr. Yo, Dr. Khan, Knighton, FNP and Dr. Hussaini to include therapy notes, plan of care, assessments, updated diagnostics, procedure notes, ERTW and R&Ls. CS updated. NDC removed from assignment.
Carolynn, S., BSN, RN
Nurse Disability Consultant, Lincoln Financial Group - CAPSE6 - Jun 07, 2021 03:54:48 pm

6/1/2021 11:17:40 AM Referrals 1 Occ Analysis Initial ANNSI2

Demographics
Claimant Name: Michael Morgason
Claim Number: 1210046281
Gainful Amount (if defined in the policy): N/A
Benefit Amount: $2,044.64
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? I sthe claim CA Sitused, Erisa/Non-Erisa, or other policy exceptions?
If Local Economy, please indentify EE's location at the time of disability.

Medical Information
Current Functional Capacity and R&Ls supported by physician:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study
Hand Dominance:

Vocational Information:
Job Title from ER: Skilled Maintenance
Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)): N/A
Job Description on file? (if yes date and location):AWD 2020-12-13-10.40.26.091720O01
Job Analysis on file? (if yes date and location): N/A

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Work History and Educational Information (TSA utilizes 15 years of w ork experience and highest education completed): N/A
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please complete an Occupational Analysis for this position
- ANNSI2 - Jun 01, 2021 11:18:39 am

Occupational Analysis

Date: 6/7/2021
Name: Michael Morgason
Claim Number: 1210046281
Policy Holder: Texarkana Independent School District

An Occupational Analysis w as completed to compare the job, Skilled Maintenance, non-licensed, to the occupation in the National Economy, per the DOT of Maintenance Worker, Municipal [DOT 899.684-046, Heavy].

Documents Review ed:
"JD in AWD: 12/13/2020
"ER Statement in AWD: 12/13/2020

EE's r/ls per APS dated 5/28/2021: EE is oow due to Primary OA right CMC, carpal tunnel right. No push, pull, lift, or use of right arm. Surgery completed 4/22/2021.

The follow ing resources w ere utilized in this comparison:
"DOT

The comparison to the position w ith the employer to the national economy is as follow s:

Essential Duties:
Comparable betw een the employer and the National Economy, per the DOT, they both perform a combination of duties to maintain and repair property using a variety of machines, tools, and equipment.

Physical Demands:
The employer indicated job demands include the follow ing:
"Constantly move about facilities and grounds.
"Typically bends, stoops, and crouches on a regular basis.
"Frequently lifts, carries or otherw ise positions/repositions heavy objects, equipment and supplies.
"Ability to position self and perform w ork in various areas of the facility including elevated surfaces; variable w orking hours, on call 24 hrs.

The occupation is typically performed as Heavy in the National Economy, per the DOT. National Economy demand levels include:
"Occasionally: climbing, stooping, crouching, depth perception, and accommodation.
"Frequently: reaching, handling, fingering, talking, hearing, and near acuity.

Summary:
The employer requirements of the job are comparable that of the national requirements of the occupation. The occupation is most often performed at the Heavy level in the National Economy, per the DOT.

I have not met w ith Michael Morgason for the purpose of this review . All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

Tracie Grumet, MA, CRC

## Chronological Activity List

Vocational Rehabilitation Consultant II

- TROGR7 - Jun 07, 2021 08:24:04 am

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2021 | Documents/Mail<br>2021-05-28-17.27.51.024260O01 | 13 | Claim Form - EE, ER, APS | Completed | ANNSI2 |
| 6/1/2021 | Documents/Mail<br>2021-05-28-17.27.27.318260O01 | 12 | Medical Records | Completed | ANNSI2 |
| 6/1/2021 | Documents/Mail<br>2021-05-28-14.54.16.470320O01<br>APS completed 5/28/21 Dr Frederick<br>Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21<br>Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm<br>OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel<br>OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release<br>OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks<br>OT evaluation<br>Operative report 4/22/21<br>Conduction study<br>- ANNSI2 - Jun 01, 2021 10:16:35 am | 11 | Email | Completed | ANNSI2 |
| 6/1/2021 | Documents/Mail<br>2021-05-28-14.54.16.434320O01 | 10 | Email | Completed | ANNSI2 |
| 5/28/2021 4:28:57 PM | Documents/Mail<br>2021-05-28-17.27.51.024260O01 | 13 | Claim Form - EE, ER, APS | Received | ANNSI2 |
| 5/28/2021 4:28:55 PM | Documents/Mail<br>2021-05-28-17.27.27.318260O01 | 12 | Medical Records | Received | ANNSI2 |
| 5/28/2021 4:28:54 PM | Documents/Mail<br>2021-05-28-14.54.16.470320O01<br>APS completed 5/28/21 Dr Frederick<br>Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21<br>Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm<br>OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel<br>OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release<br>OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks<br>OT evaluation<br>Operative report 4/22/21<br>Conduction study<br>- ANNSI2 - Jun 01, 2021 10:16:35 am | 11 | Email | Received | ANNSI2 |
| 5/28/2021 4:28:52 PM | Documents/Mail<br>2021-05-28-14.54.16.434320O01 | 10 | Email | Received | ANNSI2 |
| 5/14/2021 | Documents/Mail<br>2021-05-13-16.35.16.868960O01 | 9 | Claim Form - Authorization | Completed | ANNSI2 |
| 5/14/2021 | Documents/Mail<br>2021-05-13-16.35.16.812960O01 | 8 | Email | Completed | ANNSI2 |
| 5/13/2021 10:20:22 PM | Documents/Mail<br>2021-05-13-16.35.16.868960O01 | 9 | Claim Form - Authorization | Received | ANNSI2 |
| 5/13/2021 10:20:20 PM | Documents/Mail<br>2021-05-13-16.35.16.812960O01 | 8 | Email | Received | ANNSI2 |
| 5/13/2021 8:53:13 AM | Other Income<br>per Er TRS defined benefit, EE contributes 7.7% no ER contribution - ANNSI2 - May 13, 2021 08:54:12 am | 1 | Retirement | UNKNOWN | ANNSI2 |
| 5/13/2021 | Documents/Mail<br>2021-05-13-09.11.43.328000O01 | 7 | Email | Completed | ANNSI2 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/13/2021 | Documents/Mail<br>2021-05-12-16.32.28.299000O01 | 6 | Email | Completed | ANNSI2 |
| 5/13/2021 | Documents/Mail<br>2021-05-12-15.50.07.084960O01 | 5 | Incoming Correspondence | Completed | ANNSI2 |
| 5/13/2021 | Documents/Mail<br>2021-05-12-15.50.07.023960O01 | 4 | Email | Completed | ANNSI2 |
| 5/13/2021 | Claim Tasks<br>if info not received - ANNSI2 - May 11, 2021 11:11:50 am | 2 | Call Employer | Completed | ANNSI2 |
| 5/12/2021 4:14:08 PM | Documents/Mail<br>2021-05-12-15.50.07.084960O01 | 5 | Incoming Correspondence | Received | ANNSI2 |
| 5/12/2021 4:14:07 PM | Documents/Mail<br>2021-05-12-15.50.07.023960O01 | 4 | Email | Received | ANNSI2 |
| 5/12/2021 | Documents/Mail<br>Med Rec RequestAttachments:MMorgasonauth.pdfNEW LTD APS.pdf | 3 | Med Rec Request | Completed | SAPLE5 |
| 5/11/2021 1:08:07 PM | Summary/Assessment/Pa | 1h | INITIAL SAP - SEE PATH NOTES - ANNSI2 - May 11, 2021 | Requested | ANNSI2 |

Summary Notes
INITIAL SAP - SEE PATH NOTES - ANNSI2 - May 11, 2021 01:08:48 pm
Assessment Notes

BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.
It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.
 - ANNSI2 - May 11, 2021 01:08:48 pm

$19.66 x 2080 = $40,892.80 /12 = $3,407.73 BME - ANNSI2 - May 13, 2021 09:10:22 am
Path Notes
INITIAL SAP
SUMMARY:
Claimant is 50 Years old
male
Occupation title/Strength: maintenance mechanic, possibly heavy
DOD 11/20/20
DLW 11/18/20
Primary DX: problems w ith legs
Secondary DX: carpal tunnel syndrome right
The status of the claim is: pending

Relevant Medical Dates:
Diagnostic Testing (including type of test):
Surgeries (including type of surgery): 4/22/21
Hospitalizations:

Other relevant claims:
Any STD links claims or previous claims that could be consider for residual calculation. 1200120731

ELIGIBILITY:
Per Ardis group is self billed
60% BME, 30 hrs/w k, RBD
DOH 2/3/2014
EFF date 9/1/19 effective date w ith LFG, 3/1/2014

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Pre-ex: 3/12
Does pre-ex investigation apply? no
Pre-ex time frame: N/A
Policy or and Class as needed class 1 all FT EE excluding Superintendents
Premium (EE or ER paid / pre-tax or post-tax) 100% ER contribution pre-tax
Retirement: REQUESTED FROM ER
Benefit Start Date: 180 day elimination, 5/19/21
Change of Def. Date: 36 months
Max Benefit Date: 7/31/35
Minimum benefit: $100
Maximum benefit: $5,000
Auth signed on 11/25/20
JD on File: yes, skilled maintenance

RIDERS:
PIB not qualified
Fam not qualified
Voc is voluntary

MEDICAL ASSESSMENT:
Per APS completed on 12/2/20 by Michael Crabtree FNP
Dx: pain in right low er limb
Obj/Subj: ABI, venous doppler both negative
Tx: referral to ortho, prescribed meds, scheduled for NCV/EMG 12/23/20
R&L: cannot keep on feet all day, no w alking/standing for long period, bending stooping, first treated 9/20/20, unable to w ork since 11/20/20
RTW: est 1/2/21
GCOD dated 1/4/21 by Michael Crabtree FNP class 5, dx neuromuscular disease/disorder, referred to UT Southw estern Neuromuscular dept, appt is 2/23/21, R&Ls no standing lifting, bending and overexerting muscles
GCOD dated 2/24/21 by Michael Crabtree FNP class 5 impairment, undergoing paraneoplastic and genetic testing at U of Texas Southw estern, R&Ls same no overexerting muscles
OV 11/11/20 Syed Mansoor Hussaini MD chief complaint bilateral leg pain, current every day smoker, CBC and CMP are w ithin normal limits. muscle w eakness seems to be related to activity and there could be multiple causes- nerve conduction study and EMG on 12/23/20
OV 12/7/20 Dr Hussaini pt reports he may have some w eakness in upper extremities also- w ife reports that he had nerve conduction study and EMG done of UE that suggested bilateral median neuropathy. NCS/EMG completed on 12/1/20 normal, ordered MRI Lumbar spine
OV 12/30/20 Dr Hussaini MRI found mild degenerative changes and mild disc bulging but no impressive findings to explain pt complaints
OV 2/23/21 Dr Shaida Khan UT Southw estern assessment symptoms are mixed presentation paraneoplastic vs Hyperexcitability vs genetic metabolic muscle disease plan paraneoplastic panel, CT chest, abdomen and pelvis, repeat NCS/EMG
OV 3/31/21 Dr Frederick returns w ith continued R Thumb CMC pain from osteoarthritis, previous injection only gave partial and temporary relief, recent studies confirm significant right carpal tunnel

ER INFORMATION salary continuance from 11/19/20 to 12/11/20 $2,634.44

COMMUNICATION
Spoke to EE for initial call 5/11. Had R carpal tunnel sx w ith basil joint repair on 4/22/21 by Dr Bo Frederick (requested records& new APS). Still having issues w ith legs but w rist had to be done first.

Recovery Timeline:
Added carpal tunnel syndrome to dx
Requested APS from Dr Frederick and requested records from Dr Frederick
MDA max for medium occ is 35 days but also had basil joint repair. EE advised w ill not be released for 3 months from sx- records needed for CR

PATH:
Claim is pending for ER and medical records. STP: requested medical records from hand sx, w ill need leg records also but hand is disabling condition now . Have records on legs until UT Southw estern. EE is checking FOV w ith Dr

**Chronological Activity List**

Khan- have one OV record from 2/23/21 LTP: RTWOO
- ANNSI2 - May 11, 2021 01:08:48 pm

ER INFORMATION
DLW 11/19/20
Salary continuance from 11/19/20 to 12/11/20
Payroll rate of pay $19.66/hr
Retirement TRS defined benefit, EE contributes 7.7% no ER contribution
Position held through 5/21/21 then he can resign or be terminated

UPDATED PATH
Claim is pending for updated medical records STP: requested records from Dr Frederick (hand sx), w ill need before approving LTP: RTWOO
- ANNSI2 - May 13, 2021 09:10:22 am

received TPA
- ANNSI2 - May 14, 2021 06:39:41 am

UPDATED ASSESSMENT
APS completed 5/28/21 Dr Frederick
Dx M18.11 primary OA right CMC, G56.01 right carpal tunnel, sx 4/22/21
Advised to stop w orking 4/22/21 R&Ls no push, pull, lift or use of right arm
OV 3/31/21 returns w ith right thumb CMC pain from osteoarthritis, recent electro diagnostic studies confirm significant right carpal tunnel
OV 5/3/21 11 days out from right thumb CMC reconstructive sx and r carpal tunnel release
OV 5/26/21 34 out from R thumb CMC reconstructive sx cast removed, start organized therapy program today, custom splint w ill be made by the therapist return in three w eeks
OT evaluation
Operative report 4/22/21
Conduction study

UPDATED PATH
Claim is pending initial CR - sent, also sent OA. Reasonable that claim is supported from DOD to present and beyond by medical records from diagnostics and sx (carpal tunnel sx 4/22/21) but unsure how long. Has not been diagnosed for leg pain but says continues to experience sx. STP: w ait for CR before approving claim LTP hopefully RTWOO
- ANNSI2 - Jun 01, 2021 11:26:33 am

OA completed heavy - ANNSI2 - Jun 07, 2021 10:58:43 am

CLINICAL REVIEW
Initial clinical review supports R&L of occasional w alking/standing, bending, stooping from 11/19/20 through at least 5/9/21 and R&Ls of no push, pull, lift or use of right arm from 4/22/21 through 7/26/21.

UPDATED PATH
Claim is supported by medical records and clinical review for R&Ls of occasional w alking/standing, bending stooping, no push, pull, lift or use of right arm w hich w ould prevent OO from DOD to present to 7/26/21 (for arm). Will need updated records for legs if no RTW by end of July. STP ok to approve claim Will need updated medical rom Dr Khan at UT SW for legs if no RTW by end of July. LTP: RTWOO
- ANNSI2 - Jun 10, 2021 08:53:30 am

| | | | | | |
|---|---|---|---|---|---|
| 5/11/2021 12:02:31 PM | Medical | 1 | | Initial | ANNSI2 |
| | request not received<br>refax to same number - ANNSI2 - May 25, 2021 01:52:36 pm<br>Rightfaxed to same number - ANNSI2 - May 25, 2021 01:55:02 pm | | | | |
| 5/11/2021 12:01:13 PM | Dependents | 2 | TAYLOR MORGASON | Child | ANNSI2 |
| 5/11/2021 11:59:41 AM | Dependents | 1 | KRISTIN MORGASON | Spouse | ANNSI2 |
| 5/11/2021 11:11:31 AM | Claim Tasks | 2 | Call Employer | Requested | ANNSI2 |
| | if info not received - ANNSI2 - May 11, 2021 11:11:50 am | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/11/2021 | Documents/Mail | 2 | Pend Ltr to Employer | Completed | ANNSI2 |

Pend Ltr to Employer

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/11/2021 | Documents/Mail | 1 | Pend Ltr to Employee | Completed | ANNSI2 |

Pend Ltr to EmployeeAttachments:3rd Party Auth. PARTIALLY COMPLETED.pdf

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/11/2021 | Telephone (OUT) | 2 | MICHAEL R. MORGASON | Completed | ANNSI2 |

VERIFIED INFO
DOB: verified
SSN: verified
Address verified
Spouse: Kristin 6/19/81
Children <25: Taylor 11/4/96
Email or Mail: US mail or email? gmail

Direct Deposit: on file

Other Incomes only STD
SSDI: Have you applied? has not applied
Hand and thumb 2-3 months on that in cast until 5/26 then hard brace and start PT

MEDICAL INFORMATION DLW, w hat happened, gaps,
Stopped w orking in November, legs w ere hurting, cramp, no loss of strength but perception of loss of strength, still going through testing, w hen w alking like w alking through w ater, w ith any activity
Did arms and hands did studies and show ed in right hand had basil nerve, did arms and legs
What dr are you seeing for Dr Bo Hugh Frederick 214-528-4185 had sx 4/22 right hand basil joint repair, LOV 5/3 or 4 casted casted arm, NOV is 4/26 to remove cast to remove cast and put on hard brace and w ill start PT, not at UT Southw estern
What is happening w ith legs-still very difficult to w alk w ith grade,
Right arm w ould feel like it had squew ers in them, hard to cut food,
Has appt for legs on 6/7/21 w ith Dr Khan w ho is treating legs UT Southw estern- don't know w hat is next step, last w as genetic testing, has seen Dr Shaida Khan three times, one appt w as 2/23/21
No longer seeing Dr Hussaini

Providers: Dr Khan, Dr Frederick and PCP Michael Crabtree FNP

Daily Activities: can't use right hand, unable to w alk more than a block w ithout a break, if uphill may not make it that far,

Does he drive? Can drive but doesn't, legs bother him
RTW plans: hoping to RTW
Barriers? Hand has to heal, has to figure out w hat is going on w ith his legs,

CLOSING:
BCD -5/19/21 date - if approved pays monthly
My contact info- sent in pending letter
Questions he w ill be termed shortly w ill that affect his LTD, no
Go over process and timeframes, next steps - I w ill contact him w hen I have information to share, w ill send him TPA- sent w ith pending letter

- ANNSI2 - May 11, 2021 12:03:56 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/11/2021 | Telephone (OUT) | 1 | Texarkana Independent School District | Completed | ANNSI2 |

From: Siew ert, Ann
Sent: Tuesday, May 11, 2021 11:10 AM
To: shelley.mcgee@txkisd.net
Subject: (secure) LTD claim 1210046281

Ms. McGee,

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Good morning.

I have been assigned as the Claims Examiner for the Long Term Disability Claim for Michael Morgason, Date of Birth: I am requesting assistance with verification of and obtaining the following information:

1. Please confirm Mr. Morgason's Last Full Date Worked as:

2. Please provide payroll records for 2 months prior to Mr. Morgason's date last worked, and confirm rate of pay:

3. Did Mr. Morgason participate in a pension/retirement plan? If yes, please verify which type (401K, 403B, Defined Benefit, etc.) and when he will become eligible to receive benefits?

4. Is the employee's position being held currently and do you offer return to work accommodations?

In the event this email should be directed to another individual or department please respond as such. Again I would like to thank you for your time and assistance with this matter.

Ann Siewert
Senior LTD Claims Examiner

Lincoln National Corporation
LincolnFinancial.com
402-361-2913 Office

402-951-0683 Fax

- ANNSI2 - May 11, 2021 11:11:27 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/6/2021 | Claim Tasks | 1 | Missing Tax Info on Cert Ref | Completed | ANNSI2 |

Task completed by system 06-MAY-21 10.10.27.475922 AM -05:00

Lincoln Financial Group®

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 30, 2025

MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear : Marc Whitehead & Associates

This letter is in response to your 08/26/2025 letter. We reviewed the medical documents you submitted, and no new medical findings were contained in the records. Specifically:

**01/11/2024, 02/29/2024, 09/13/2024, OVN Texas Institute for Neurological Disorders Dr Andres G Morales**- the information provided within these office notes are no different from the records already in the file dated on or about these dates which were already reviewed.

**12/05/2024 OVN Jeffrey Pearson & 12/05/2024 Gulf Coast Radiology MRI Right Hip WO contrast-** The information within these records were included in the office notes 12/09/2024 which were already reviewed.

**Patient details information from his patient portal date range requested was for 01/07/2024 to 01/06/2025**-- duplicate document already in claim file and previously reviewed.

**Patient details information from his patient portal date range requested was for 01/01/2023 to 01/01/2024**--duplicate document already in claim file and previously reviewed.

**12/09/2024 Hefley Orthopedics OVN Kenneth Weaver** --duplicate document already in claim file and previously reviewed.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Amber C
Specialist, Appeals Claims
The Lincoln National Life Insurance Company

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

**MORGASON, MICHAEL**
53 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

01/11/2024 Appointment Provider: ANDRES G MORALES, DO

**Current Medications**

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 1 tablet twice a day and 2 tablets Orally Bedtime
- Amitriptyline HCl 10 MG Tablet 2 tablets 2 hours before bedtime Orally Nightly

**Discontinued**

- hydrOXYzine HCl 25 MG Tablet TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR 30 DAYS , stop date 01/08/2024

Medication List reviewed and reconciled with the patient

**Past Medical History**

- Medical History: Neuropathy.

**Surgical History**

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

**Family History**

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

**Social History**

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How many cigarettes a day do you smoke? 11-20, How soon after you wake up do you smoke your first cigarette? 6-30 min. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points), Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder.

**Allergies**

- Penicillin
- Latex

**Hospitalization/Major Diagnostic Procedure**

- BSW in Dallas

**Review of Systems**

Constitutional:

**Reason for Appointment**

1. 2 MO F/U NEUROPATHY & MYELITIS
2. Time spent w/PT 6 min

**History of Present Illness**

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 53-year-old pleasant male on a TELE VISIT today for his 2 MO F/U for NEUROPATHY & MYELITIS. Mr Morgason was last seen on 11-10-2023

MRI P, S - Tex ER CENTER
LABS - same

Stop OXcarbazepine Tablet, 300 MG - doinjg fine

Start Amitriptyline HCl Tablet, 10 MG - he has not been taking eceryday, there are several days he will not take this unless he has too. When he does take the medication he is not having any side effects

Mr Morgason has stated that since his last visit he

Michaels left hand is still felt pretty good as long as he does not over use it.
He still has the wet and tingling feeling on the bottom of his feet, expecially at night.
Michael still has the feeling of ant bites, sunburn on the top of his feet,
Michael's right leg below his knee, he is still getting a real deep painful feeling,

Mr Morgason
He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

**Vital Signs**

BSA: 1.95, Ht: 70 in, Wt: 170 lbs, BMI: **24.39** Index, BP, sitting: **115/70**, Pulse, sitting: 56.

**Assessments**

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191
7. Lumbosacral plexitis - M54.17

**Treatment**

**1. Idiopathic small fiber sensory neuropathy**

Continue Gabapentin Tablet, 600 MG, 1 tablet twice a day and 2 tablets, Orally, Bedtime, 30 days, 120, Refills 5

Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:
Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Start Amitriptyline HCl Tablet, 10 MG, 2 tablets 2 hours before bedtime, Orally, Nightly, 30 days, 30, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.

**3. Bilateral carpal tunnel syndrome**

Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

**4. Generalized anxiety disorder**

Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 01/11/2024 counseled patient on importance of smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed

Depression Screen: Suicide Risk Assessment Performed
01/11/2024, Depression Screening Findings Negative.

**Appointment Provider: ANDRES G MORALES, DO**



**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**
**Sign off status: Pending**

---

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

---

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

53 Y old Male, DOB
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

02/29/2024

Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 1 tablet twice a day and 2 tablets Orally Bedtime
- Amitriptyline HCl 10 MG Tablet 2 tablets 2 hours before bedtime Orally Nightly

Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How many cigarettes a day do you smoke? 11-20, How soon after you wake up do you smoke your first cigarette? 6-30 min. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points), Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Review of Systems

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:

## Reason for Appointment

1. 6 WK F/U NEUROPATHY & MYELITIS
2. # 903-490-0726

## History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
New Patient:
Mr Morgason is a 53-year-old pleasant male on a TELE VISIT today for his 2 MO F/U for NEUROPATHY & MYELITIS. Mr Morgason was last seen on 11-10-2023

MRI P - in doc

Mr Morgason has stated that since his last visit he has had lower back pain. Mr Michael is still having some tingling at the bottom of his feet. Michael is still having burning and ant like bites on his feet. He feels like theres pin and needles going from the waist down.

Mr Michael states that he went see Dr Fredrick and was diagnoised with carpal tunnal in his left hand and was given a trigger point injection and it helped a lot.

Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling,

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.94, Ht: 70 in, Wt: 168 lbs, BMI: **24.1** Index, BP, sitting: **130/84**, Pulse, sitting: 60.

## Physical Examination

Only telephone encounter visit available today on 2/29/2024

Total phone time was 15 minutes and 27 seconds.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Increase Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Stop Amitriptyline HCl Tablet, 10 MG, 2 tablets 2 hours before bedtime, Orally, Nightly, 30 days, 30
Start Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally,

Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Nightly, 30 days, 30, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.

**3. Bilateral carpal tunnel syndrome**

Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

**4. Generalized anxiety disorder**

Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**5. Others**

Referral To:CHARLES GORDON Neurosurgery
Reason:Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options

## Preventive Medicine

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 02/29/2024 counseled patient on importance of

smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 02/29/2024, Depression Screening Findings Negative.

**Procedure Codes**

- 99442 TELEPHONE VISIT 11-20MIN

**Follow Up**

2 months follow-up on medication changes and neurosurgical consultation

**Appointment Provider: ANDRES G MORALES, DO**

**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**

**Sign off status: Pending**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: December 31, 2024 **RP ID:** 13493395

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
jaimes@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

**Provider Information**

Provider: TEXAS INSTITUTE FOR NEUROLOGICAL D
321 N HIGHLAND STE 200
ATTN: MEDICAL RECORDS
SHERMAN, TX 75092

Phone: (903) 893-5141 Fax: (903) 893-5891

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI
321 N HIGHLAND STE 200

SHERMAN, TX 75092

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

54 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

09/13/2024 Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 2 tablets Orally Three times a day
- Amitriptyline HCl 25 MG Tablet 1 tablet 2 hours before bedtime Orally Nightly , Notes to Pharmacist: PRN

**Not-Taking**

- hydrOXYzine HCl 25 MG Tablet 1 tablet at bedtime as needed Orally Once a day
  Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How soon after you wake up do you smoke your first cigarette? 31-60 min, How many cigarettes a day do you smoke? 6-10. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points). Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current every day smoker.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Reason for Appointment

1. 6 MO F/U NEUROPATHY

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 54-year-old pleasant male here in the office today for his 6 MO F/U for NEUROPATHY
Mr Morgason was last seen on 02-29-2024

Increase Gabapentin Tablet, 600 MG, 2 tablets,- Michael DECREASED to 0, he wanted to see how the surgery went,
about 3 to 4 weeks later he started having pain in his legs, Michael put himself back on the Gabapentin @ 600mg X2.

REFERRAL to CHARLES GORDON - Michael is not sure if he received a call from Gordon's office, so Michael Called Dr. Frank Feigenbaum, Michael has his surgery on 4-10-2024

Mr Morgason has stated that since his last visit he has been on a roller coaster
Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling, now he has been saying that his left ankle has been hurting.,

Michael said that all the pain and symptoms have gone all but in his tailbone and below his knees nothing has changed.

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.93, Ht: 70 in, Wt: 166 lbs, BMI: **23.82** Index, BP, sitting: **126/72**, Pulse, sitting: 52.

## Physical Examination

General:

Appearance: alert cooperative pleasant. Appears stated age: yes. Build: average.

HEENT:

Extraocular movements intact: intact. Fundi: normal. Head: normocephalic atraumatic. Oral cavity: normal.

Neck:

Carotid bruit: absent. Neck: supple. Range of motion: normal.

Heart:

Murmurs: no. Sinus Rhythm: regular.

Respiratory:

Breath sounds bilaterally: clear, symmetrical. Dyspnea: no.

Chest:

Chest wall Normal
. Shape and expansion: normal.

Musculoskeletal:

## Review of Systems

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology itching.
Ophthalmology:
Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Musculoskeletal:
Cervical spines: unremarkable. L-S spines: unremarkable. Lower extremity joints: unremarkable. Upper extremity joints: unremarkable.
Psychology:
Affect normal. Hallucinations none. Delusions none.
Neurological:
Cortical functions: alert and oriented x 3, speech fluent, no dysarthria. Cranial nerves: **II.** Pupils equally reactive to light, **III, IV, VI**. EOM were full with normal pursuit and saccade, **V.** light touch intact in all three divisions bilaterally, **VII.** No asymmetry or weakness, **VIII.** Actuity intact to finger rub bilaterally, **IX, X.** Palate rose in midline, **XI.** Sternocleidomastoid, trapezius strength intact, **XII.** Tongue protruded midline w/o atrophy or fasciculation, . Motor Strength: Strength 5/5 with normal mass and tone. Sensory: normal light touch, pain, vibration and temperature. Romberg negative. Cerebellar testing grossly/intact: finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities.. Reflexes: 2+ all extremities. Babinski: absent. Gait: normal. Tremors: absent.
Skin:
Skin Normal Exam. edema none.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Continue Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Continue Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally, Nightly, 30 days, 30, Refills 3
Start Baclofen Tablet, 10 MG, 1-2 tablet, Orally, Nightly, 30 days, 60, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential

the education process for the patient regarding long term prognosis of a potential underlying neuromuscular disorder.

3. **Bilateral carpal tunnel syndrome**

   Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

4. **Generalized anxiety disorder**

   Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 09/13/2024 counseled patient on importance of smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 09/13/2024, Depression Screening Findings Negative.

**Visit Codes**

- 99214 EM SVC EST PT LEVEL 4.

**Follow Up**

6 weeks televisit check response to baclofen at night for

**Appointment Provider: ANDRES G MORALES, DO**

**Electronically signed by Andres Morales , DO on 10/14/2024 at 04:41 PM CDT**

**Sign off status: Completed**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**

Tel: 903-893-5141
Fax: 903-891-4295

---

**Progress Note: ANDRES G MORALES, DO 09/13/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

# Quality Assurance Report

## Request Information

Report Date: December 31, 2024

**RP ID:** 13493395

Patient Name: MORGASON, MICHAEL

Provider Name: TEXAS INSTITUTE FOR NEUROLOGICAL D

## Quality Assurance Information

Scope Requested: **From January 1, 2024 to August 26, 2024**

Special Request:

**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KVALD

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: January 16, 2025 **RP ID:** 13596972

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
aggie@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana

**Provider Information**

Provider: ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Phone: (318) 635-3052 Fax: (318) 629-5178

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Orthopedic Specialists Of Louisiana
1500 Line Ave., Suite 100

Shreveport, LA 71101

**ReleasePoint**
P.O. Box 1390
St. Peters, MO 63376

ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Date: Jan 14, 2025
Patient: MORGASON, MICHAEL
DOB:
RP ID: 13596972

Req By: MARC WHITEHEAD & ASSOCIATES

# Request For Medical Information

ReleasePoint has been asked to retrieve medical records for your patient listed above.

Unless otherwise specified below, we are requesting records from all treating physicians, up to and including the last date of treatment, including progress notes, labs, EKG's, and consultations, whether in paper or electronic form.

**Special Requests:**
**Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana**

**Record Scope:** From October 1, 2024 to Present

**Records should be sent to one of the following:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **FAX records to us:** **(509) 254-6048**

___ **Records are not available because:** ______________________________________________

Thank you for your cooperation,

Your ReleasePoint Processing Team

Marygil Rebosura

Phone: (213) 266-5039

RPID: 13596972

# Gulf Coast Radiology

3000 Bayou Bend Road, Lake Charles, LA 70605
Phone: 337.981.2494

**Imaging Services Report**

Person NBR: 211285

Date: 12/05/24

Description: MRI Right Hip WO Contrast

Category: Dictation

**PATIENT: MICHAEL MORGASON**

DOB:

PHYSICIAN: Jeffrey Pearson MD

Exam Location: Orthopedic Specialists - Line Avenue

EXAM: MRI of the right hip without contrast

REASON FOR EXAM: Right groin pain

COMPARISON: Plain films 10/23/2024

FINDINGS:

Right hip:

The proximal femur marrow signal is normal. There is no evidence of acute fracture or femoral head osteonecrosis. Small osteophytes arising from the acetabulum and the femoral head.

There is no significant hip joint effusion. Cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

Degenerative tearing of the anterior superior labrum.

The gluteal tendon insertions are intact. There is no significant trochanteric bursitis.

Pelvis:

The marrow signal is normal. No evidence of acute fracture. Mild osteoarthritis of the left hip joint.

The left-sided gluteal tendon insertions are unremarkable.

The bilateral hamstring origins are unremarkable.

The muscle bulk and signal intensity are within normal limits.

The visualized intrapelvic contents demonstrate no significant findings.

IMPRESSION:

1. Mild right hip osteoarthritis with degenerative tearing of the anterior superior labrum.
2. Otherwise no additional findings to explain right hip/groin pain.

This report was electronically signed by: Barrett Luce
Signature Date/Time: 12/05/2024 08:36:36

## Patient Details

Patient: **Michael Morgason**
Date of Birth: **54 years)**
Date: **12/05/2024 1:20PM**
Visit Type: **Office Visit**
Rendering Provider: **Jeffrey Pearson MD**

## Assessment/Plan

**1. Degenerative tear of acetabular labrum of right hip (M24.151).**

- Provider Plan: He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas.

## Completed Orders

- **MRI Right Hip WO Contrast (73721c)**

## History of Present Illness

This 54 year old client presents for hip.

**1. hip**

- Michael Morgason is a 54 year old male. Patient is here for MRI results.

## Review of Systems

**Normal For:**

**Constitutional**: Generalized weakness; **ENMT**: Hearing loss; **Eyes**: Blurred vision and Vision loss; **Integumentary**: Skin lesion; **Neuro**: Difficulty walking, Dizziness and Poor coordination; **Respiratory**: Dyspnea and Wheezing.

## Physical Exam

**Remarkable For:**

- **Constitutional - Comments:** No apparent distress, well developed, well nourished
- **Eyes:** Ocular muscles - Right: EOEMI, Left: EOEMI.
- **Head/Face:** Skull - normocephalic, atraumatic.
- **Hip - Comments:** RLE: No abnormalities on inspection ROM: flexion 110 with pain, ER 30, IR 15, abduction 45 Motor: 5/5 Hip flexion, knee flexion/extension SILT: DP, SP, Tibial nerve 2+ PT + Log Roll + Stinchfield
- **Skin:** Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext.

**Normal For:**

**Abdomen**: Inspection - Normal. No abdominal tenderness; **Cardiovascular**: Heart rate - Regular rate. Rhythm - Regular; **Constitutional**: Well developed. Ability to Communicate - Normal; **Ears**: Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal; **Extremity**: No

Edema; **Neurological**: Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed; **Psychiatric**: Orientation - Oriented to time, place, person & situation; **Respiratory**: Inspection - Normal. Cough - Absent. Effort - Normal; **Skin**: Inspection - Normal; **Vascular**: Pulses - Radial: Normal, Dorsalis pedis: Normal.

## Allergies

- **LATEX**.
- **PENICILLINS**.

## Provider

Pearson MD, Jeffrey 12/06/2024 10:07 AM

## Musculoskeletal Institute of Louisiana

***Orthopedic Specialists of LA***
1500 Line Avenue Suite 100
Shreveport Louisiana 71101
Phone: (318) 635-3052
Fax: (318) 635-3072

***Pain Care Consultants***
1500 Line Avenue Suite 202
Shreveport LA 71101
Phone: (318) 629-5505
Fax: (318) 629-5506

| | |
|---|---|
| Patient: | **Michael Morgason** |
| Date of Birth: | |
| Date: | 12/05/2024 01:20 PM |
| Visit Type: | Office Visit |
| Historian: | self |

This 54 year old client presents for hip.

# History of Present Illness

## 1. hip

Michael Morgason is a 54 year old male. Patient is here for MRI results.

### Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

### Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Generalized weakness. |
| ENMT | Negative | Hearing loss. |
| Eyes | Negative | Blurred vision and Vision loss. |
| Respiratory | Negative | Dyspnea and Wheezing. |
| Neuro | Negative | Difficulty walking, Dizziness and Poor coordination. |
| Integumentary | Negative | Skin lesion. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | No apparent distress, well developed, well nourished |
| Constitutional | Normal | Well developed. Ability to Communicate - Normal. |
| Head/Face | * | Skull - normocephalic, atraumatic. |
| Eyes | * | Ocular muscles - Right: EOEMI, Left: EOEMI. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Respiratory | Normal | Inspection - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. |
| Vascular | Normal | Pulses - Radial: Normal, Dorsalis pedis: Normal. |
| Abdomen | Normal | Inspection - Normal. No abdominal tenderness. |
| Skin | * | Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext. |
| Skin | Normal | Inspection - Normal. |
| Hip | Comments | RLE:<br>No abnormalities on inspection<br>ROM: flexion 110 with pain, ER 30, IR 15, abduction 45<br>Motor: 5/5 Hip flexion, knee flexion/extension<br>SILT: DP, SP, Tibial nerve<br>2+ PT<br>+ Log Roll<br>+ Stinchfield |
| Extremity | Normal | No Edema. |
| Neurological | Normal | Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

Surgery is scheduled with at .
The surgeon will be assisted by .
This surgery type (Inpatient/Outpatient/Observation) will be TO BE DETERMINED..

### Diagnostics:

| Study | Result/Report |
|---|---|
| MRI Right Hip WO Contrast (73721c) | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Degenerative tear of acetabular labrum of right hip (M24.151). |
| | Provider Plan | He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas. |

**Provider**

Pearson MD, Jeffrey 12/06/2024 10:07 AM
Jeffrey Pearson MD 12/06/2024 10:07 AM

Electronically signed by Jeffrey Pearson MD on 12/10/2024 01:38 PM

# Quality Assurance Report

## Request Information

Report Date: January 16, 2025

**RP ID:** 13596972

Patient Name: MORGASON, MICHAEL

Provider Name: ORTHOPAEDIC SPECIALISTS

## Quality Assurance Information

Scope Requested: **From October 1, 2024 to Present**

Special Request:

Please provide all records within time frame requested seen by:
Orthopedic Specialists Of Louisiana

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

**Patient name**
MICHAEL MORGASON

**Contact info**

tel:

**Patient IDs**
**561350**
**561350**

**Sex**
Male

**LANGUAGE**
English

**RACE**

**ETHNICITY**

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy.

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

# Goals Section

No Information

# Health Concerns

No Information

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel | 561350<br>561350<br>**Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ----------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ----------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Crest

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 05/12/2023 | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

| | | |
|---|---|---|
| | Appears stated age: | yes |
| | Hallucinations | none |
| Psychology | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. | | |

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

©*Powered by eClinicalWorks*

≡

## WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

Bowen Hefley Orthopedics

Patient Name: Michael Morgason Encounter Date: 12/9/2024 Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

ELECTRONICALLY SIGNED
1/7/2025

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

**Patient Name:** Morgason, Michael
**DOB:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen

Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

≡

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save


- ☑ Allergies and Advers...
- ☑ Encounter
- ☑ Health Concerns
- ☑ Medications
- ☑ Notes
- ☑ Payers
- ☑ Problems
- ☑ Procedures
- ☑ Reason for Referral
- ☑ Results
- ☑ Social History
- ☑ Treatment Plan

☑ Vital Signs

## Summarization of Episode Note

### Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | 2623 East 35Th St Texarkana AR 71854 USA<br>HP tel:+1(903)490-0726, H<br>mailto:morgason2@gmail.com |
| Patient Name | Michael Morgason | | |
| Date of Birth | July 31, 1970 | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

| Plan of care note | December 09, 2024 |
|---|---|

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: Orthopedic Specialists Of Louisiana RE: Michael Morgason

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

Orthopedic Specialists of Louisiana 1500 Line Ave., Suite 100 Shreveport, LA 71101

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from 12/1/2024 to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of Michael Morgason.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

RPID: 13596972

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

MARC WHITEHEAD & ASSOCIATES c/o ReleasePoint PO Box 1390 St. Peters, MO 63376

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 23rd day of December, 2024.

Michael Morgason

| | |
|---|---|
| Patient's Signature or Other Legally Responsible Person | Relationship to Patient (If other than Patient) and Description of Authority |
| Patient's Social Security Number | Patient's Date of Birth |

RPID: 13596972

Doc ID: 302308782b7e0da9ab314b91309210b0b5903e2c

01/11/2024, Depression Screening Findings Negative.

**Appointment Provider: ANDRES G MORALES, DO**



**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**
**Sign off status: Pending**

---

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

---

**Progress Note: ANDRES G MORALES, DO 01/11/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

53 Y old Male, DOB
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

02/29/2024

Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 1 tablet twice a day and 2 tablets Orally Bedtime
- Amitriptyline HCl 10 MG Tablet 2 tablets 2 hours before bedtime Orally Nightly

Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How many cigarettes a day do you smoke? 11-20, How soon after you wake up do you smoke your first cigarette? 6-30 min. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points), Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Review of Systems

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:

## Reason for Appointment

1. 6 WK F/U NEUROPATHY & MYELITIS
2. # 903-490-0726

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 53-year-old pleasant male on a TELE VISIT today for his 2 MO F/U for NEUROPATHY & MYELITIS. Mr Morgason was last seen on 11-10-2023

MRI P - in doc

Mr Morgason has stated that since his last visit he has had lower back pain. Mr Michael is still having some tingling at the bottom of his feet. Michael is still having burning and ant like bites on his feet. He feels like theres pin and needles going from the waist down.

Mr Michael states that he went see Dr Fredrick and was diagnoised with carpal tunnel in his left hand and was given a trigger point injection and it helped a lot.

Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling,

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.94, Ht: 70 in, Wt: 168 lbs, BMI: **24.1** Index, BP, sitting: **130/84**, Pulse, sitting: 60.

## Physical Examination

Only telephone encounter visit available today on 2/29/2024

Total phone time was 15 minutes and 27 seconds.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Increase Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Stop Amitriptyline HCl Tablet, 10 MG, 2 tablets 2 hours before bedtime, Orally, Nightly, 30 days, 30
Start Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally,

Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Nightly, 30 days, 30, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.

**3. Bilateral carpal tunnel syndrome**

Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

**4. Generalized anxiety disorder**

Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**5. Others**

Referral To:CHARLES GORDON Neurosurgery
Reason:Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options

## Preventive Medicine

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 02/29/2024 counseled patient on importance of

smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 02/29/2024, Depression Screening Findings Negative.

**Procedure Codes**

- 99442 TELEPHONE VISIT 11-20MIN

**Follow Up**

2 months follow-up on medication changes and neurosurgical consultation

**Appointment Provider: ANDRES G MORALES, DO**

**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**

**Sign off status: Pending**

---

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

---

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: December 31, 2024 **RP ID:** 13493395

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: jaimes@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

**Provider Information**

Provider: TEXAS INSTITUTE FOR NEUROLOGICAL D
321 N HIGHLAND STE 200
ATTN: MEDICAL RECORDS
SHERMAN, TX 75092

Phone: (903) 893-5141 Fax: (903) 893-5891

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI
321 N HIGHLAND STE 200

SHERMAN, TX 75092

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

54 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

09/13/2024

Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 2 tablets Orally Three times a day
- Amitriptyline HCl 25 MG Tablet 1 tablet 2 hours before bedtime Orally Nightly , Notes to Pharmacist: PRN

**Not-Taking**

- hydrOXYzine HCl 25 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How soon after you wake up do you smoke your first cigarette? 31-60 min, How many cigarettes a day do you smoke? 6-10. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points). Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current every day smoker.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Reason for Appointment

1. 6 MO F/U NEUROPATHY

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 54-year-old pleasant male here in the office today for his 6 MO F/U for NEUROPATHY
Mr Morgason was last seen on 02-29-2024

Increase Gabapentin Tablet, 600 MG, 2 tablets,- Michael DECREASED to 0, he wanted to see how the surgery went,
about 3 to 4 weeks later he started having pain in his legs, Michael put himself back on the Gabapentin @ 600mg X2.

REFERRAL to CHARLES GORDON - Michael is not sure if he received a call from Gordon's office, so Michael Called Dr. Frank Feigenbaum, Michael has his surgery on 4-10-2024

Mr Morgason has stated that since his last visit he has been on a roller coaster
Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling, now he has been saying that his left ankle has been hurting.,

Michael said that all the pain and symptoms have gone all but in his tailbone and below his knees nothing has changed.

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.93, Ht: 70 in, Wt: 166 lbs, BMI: **23.82** Index, BP, sitting: **126/72**, Pulse, sitting: 52.

## Physical Examination

General:

Appearance: alert cooperative pleasant. Appears stated age: yes. Build: average.

HEENT:

Extraocular movements intact: intact. Fundi: normal. Head: normocephalic atraumatic. Oral cavity: normal.

Neck:

Carotid bruit: absent. Neck: supple. Range of motion: normal.

Heart:

Murmurs: no. Sinus Rhythm: regular.

Respiratory:

Breath sounds bilaterally: clear, symmetrical. Dyspnea: no.

Chest:

Chest wall Normal
. Shape and expansion: normal.

Musculoskeletal:

**Review of Systems**

Constitutional:
Constitutional Fatigue,Weakness.

Dermatology:
Dermatology itching.

Ophthalmology:
Ophthalmology Double Vision,Visual Changes,Watery Eyes.

Cardiology:
Cardiology Dizziness,Shortness of Breath.

Respiratory:
Respiratory Shortness of Breath.

Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.

Genitourinary:
Genitourinary None.

Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.

Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.

Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Cervical spines: unremarkable. L-S spines: unremarkable. Lower extremity joints: unremarkable. Upper extremity joints: unremarkable.

Psychology:
Affect normal. Hallucinations none. Delusions none.

Neurological:
Cortical functions: alert and oriented x 3, speech fluent, no dysarthria. Cranial nerves: **II.** Pupils equally reactive to light, **III, IV, VI.** EOM were full with normal pursuit and saccade, **V.** light touch intact in all three divisions bilaterally, **VII.** No asymmetry or weakness, **VIII.** Actuity intact to finger rub bilaterally, **IX, X.** Palate rose in midline, **XI.** Sternocleidomastoid, trapezius strength intact, **XII.** Tongue protruded midline w/o atrophy or fasciculation, . Motor Strength: Strength 5/5 with normal mass and tone. Sensory: normal light touch, pain, vibration and temperature. Romberg negative. Cerebellar testing grossly/intact: finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities.. Reflexes: 2+ all extremities. Babinski: absent. Gait: normal. Tremors: absent.

Skin:
Skin Normal Exam. edema none.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Continue Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Continue Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally, Nightly, 30 days, 30, Refills 3
Start Baclofen Tablet, 10 MG, 1-2 tablet, Orally, Nightly, 30 days, 60, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential

the education process for the patient regarding long term prognosis of a potential underlying neuromuscular disorder.

3. **Bilateral carpal tunnel syndrome**

   Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

4. **Generalized anxiety disorder**

   Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 09/13/2024 counseled patient on importance of smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 09/13/2024, Depression Screening Findings Negative.

**Visit Codes**

- 99214 EM SVC EST PT LEVEL 4.

**Follow Up**

6 weeks televisit check response to baclofen at night for

**Appointment Provider: ANDRES G MORALES, DO**



**Electronically signed by Andres Morales , DO on 10/14/2024 at 04:41 PM CDT**

**Sign off status: Completed**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**

Tel: 903-893-5141
Fax: 903-891-4295

Progress Note: ANDRES G MORALES, DO 09/13/2024

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

# Quality Assurance Report

## Request Information

Report Date: December 31, 2024

**RP ID:** 13493395

Patient Name: MORGASON, MICHAEL

Provider Name: TEXAS INSTITUTE FOR NEUROLOGICAL D

## Quality Assurance Information

Scope Requested: **From January 1, 2024 to August 26, 2024**

Special Request:

**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KVALD

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: January 16, 2025 **RP ID:** 13596972

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
aggie@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana

**Provider Information**

Provider: ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Phone: (318) 635-3052 Fax: (318) 629-5178

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Orthopedic Specialists Of Louisiana
1500 Line Ave., Suite 100

Shreveport, LA 71101

**ReleasePoint**
P.O. Box 1390
St. Peters, MO 63376

ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Date: Jan 14, 2025
Patient: MORGASON, MICHAEL
DOB:
RP ID: 13596972

Req By: MARC WHITEHEAD & ASSOCIATES

# Request For Medical Information

ReleasePoint has been asked to retrieve medical records for your patient listed above.

Unless otherwise specified below, we are requesting records from all treating physicians, up to and including the last date of treatment, including progress notes, labs, EKG's, and consultations, whether in paper or electronic form.

**Special Requests:**
**Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana**

**Record Scope:** From October 1, 2024 to Present

**Records should be sent to one of the following:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **FAX records to us:** **(509) 254-6048**

___ **Records are not available because:** ______________________________________________

Thank you for your cooperation,

Your ReleasePoint Processing Team

Marygil Rebosura

Phone: (213) 266-5039

RPID: 13596972

# Gulf Coast Radiology

3000 Bayou Bend Road, Lake Charles, LA 70605
Phone: 337.981.2494

**Imaging Services Report**

Person NBR: 211285

Date: 12/05/24

Description: MRI Right Hip WO Contrast

Category: Dictation

**PATIENT: MICHAEL MORGASON**

DOB:

PHYSICIAN: Jeffrey Pearson MD

Exam Location: Orthopedic Specialists - Line Avenue

EXAM: MRI of the right hip without contrast

REASON FOR EXAM: Right groin pain

COMPARISON: Plain films 10/23/2024

FINDINGS:

Right hip:

The proximal femur marrow signal is normal. There is no evidence of acute fracture or femoral head osteonecrosis. Small osteophytes arising from the acetabulum and the femoral head.

There is no significant hip joint effusion. Cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

Degenerative tearing of the anterior superior labrum.

The gluteal tendon insertions are intact. There is no significant trochanteric bursitis.

Pelvis:

The marrow signal is normal. No evidence of acute fracture. Mild osteoarthritis of the left hip joint.

The left-sided gluteal tendon insertions are unremarkable.

The bilateral hamstring origins are unremarkable.

The muscle bulk and signal intensity are within normal limits.

The visualized intrapelvic contents demonstrate no significant findings.

IMPRESSION:

1. Mild right hip osteoarthritis with degenerative tearing of the anterior superior labrum.
2. Otherwise no additional findings to explain right hip/groin pain.

This report was electronically signed by: Barrett Luce
Signature Date/Time: 12/05/2024 08:36:36

## Patient Details

Patient: **Michael Morgason**
Date of Birth: **54 years)**
Date: **12/05/2024 1:20PM**
Visit Type: **Office Visit**
Rendering Provider: **Jeffrey Pearson MD**

## Assessment/Plan

**1. Degenerative tear of acetabular labrum of right hip (M24.151).**

- Provider Plan: He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas.

## Completed Orders

- **MRI Right Hip WO Contrast (73721c)**

## History of Present Illness

This 54 year old client presents for hip.

**1. hip**

- Michael Morgason is a 54 year old male. Patient is here for MRI results.

## Review of Systems

**Normal For:**

**Constitutional**: Generalized weakness; **ENMT**: Hearing loss; **Eyes**: Blurred vision and Vision loss; **Integumentary**: Skin lesion; **Neuro**: Difficulty walking, Dizziness and Poor coordination; **Respiratory**: Dyspnea and Wheezing.

## Physical Exam

**Remarkable For:**

- **Constitutional - Comments:** No apparent distress, well developed, well nourished
- **Eyes:** Ocular muscles - Right: EOEMI, Left: EOEMI.
- **Head/Face:** Skull - normocephalic, atraumatic.
- **Hip - Comments:** RLE: No abnormalities on inspection ROM: flexion 110 with pain, ER 30, IR 15, abduction 45 Motor: 5/5 Hip flexion, knee flexion/extension SILT: DP, SP, Tibial nerve 2+ PT + Log Roll + Stinchfield
- **Skin:** Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext.

**Normal For:**

**Abdomen**: Inspection - Normal. No abdominal tenderness; **Cardiovascular**: Heart rate - Regular rate. Rhythm - Regular; **Constitutional**: Well developed. Ability to Communicate - Normal; **Ears**: Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal; **Extremity**: No

Edema; **Neurological**: Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed; **Psychiatric**: Orientation - Oriented to time, place, person & situation; **Respiratory**: Inspection - Normal. Cough - Absent. Effort - Normal; **Skin**: Inspection - Normal; **Vascular**: Pulses - Radial: Normal, Dorsalis pedis: Normal.

## Allergies

- **LATEX**.
- **PENICILLINS**.

## Provider

Pearson MD, Jeffrey 12/06/2024 10:07 AM

## Musculoskeletal Institute of Louisiana

***Orthopedic Specialists of LA***
1500 Line Avenue Suite 100
Shreveport Louisiana 71101
Phone: (318) 635-3052
Fax: (318) 635-3072

***Pain Care Consultants***
1500 Line Avenue Suite 202
Shreveport LA 71101
Phone: (318) 629-5505
Fax: (318) 629-5506

| | |
|---|---|
| Patient: | **Michael Morgason** |
| Date of Birth: | |
| Date: | 12/05/2024 01:20 PM |
| Visit Type: | Office Visit |
| Historian: | self |

This 54 year old client presents for hip.

## History of Present Illness

### 1. hip

Michael Morgason is a 54 year old male. Patient is here for MRI results.

### Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

### Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Generalized weakness. |
| ENMT | Negative | Hearing loss. |
| Eyes | Negative | Blurred vision and Vision loss. |
| Respiratory | Negative | Dyspnea and Wheezing. |
| Neuro | Negative | Difficulty walking, Dizziness and Poor coordination. |
| Integumentary | Negative | Skin lesion. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | No apparent distress, well developed, well nourished |
| Constitutional | Normal | Well developed. Ability to Communicate - Normal. |
| Head/Face | * | Skull - normocephalic, atraumatic. |
| Eyes | * | Ocular muscles - Right: EOEMI, Left: EOEMI. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Respiratory | Normal | Inspection - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. |
| Vascular | Normal | Pulses - Radial: Normal, Dorsalis pedis: Normal. |
| Abdomen | Normal | Inspection - Normal. No abdominal tenderness. |
| Skin | * | Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext. |
| Skin | Normal | Inspection - Normal. |
| Hip | Comments | RLE:<br>No abnormalities on inspection<br>ROM: flexion 110 with pain, ER 30, IR 15, abduction 45<br>Motor: 5/5 Hip flexion, knee flexion/extension<br>SILT: DP, SP, Tibial nerve<br>2+ PT<br>+ Log Roll<br>+ Stinchfield |
| Extremity | Normal | No Edema. |
| Neurological | Normal | Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

Surgery is scheduled with at .
The surgeon will be assisted by .
This surgery type (Inpatient/Outpatient/Observation) will be TO BE DETERMINED..

### Diagnostics:

| Study | Result/Report |
|---|---|
| MRI Right Hip WO Contrast (73721c) | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Degenerative tear of acetabular labrum of right hip (M24.151). |
| | Provider Plan | He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas. |

**Provider**

Pearson MD, Jeffrey 12/06/2024 10:07 AM

Jeffrey Pearson MD 12/06/2024 10:07 AM

Electronically signed by Jeffrey Pearson MD on 12/10/2024 01:38 PM

# Quality Assurance Report

## Request Information

Report Date: January 16, 2025

**RP ID:** 13596972

Patient Name: MORGASON, MICHAEL

Provider Name: ORTHOPAEDIC SPECIALISTS

## Quality Assurance Information

Scope Requested: **From October 1, 2024 to Present**

Special Request:

Please provide all records within time frame requested seen by:
Orthopedic Specialists Of Louisiana

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel: | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy.

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy. The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

***©Powered by eClinicalWorks***

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

| | | |
|---|---|---|
| Please note: | Comment | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

See below: Comment Sjogren's Syndrome 30%

-------------------- ---------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ---------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Crest

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| Referral Priority | Routine |
|---|---|

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. |

| **Date** | **Category** | **Sub-Category** | **Detail** | **Notes** |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

| | | | | |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 05/12/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| **Date** | **Category** | **Sub-Category** | **Detail** | **Notes** | **Category Notes** |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

| | | |
|---|---|---|
| | Appears stated age: | yes |
| | Hallucinations | none |
| Psychology | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. | | |

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

≡

WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

Bowen Hefley Orthopedics

Patient Name: Michael Morgason    Encounter Date: 12/9/2024    Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

ELECTRONICALLY SIGNED
1/7/2025

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen

Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save


- [x] Allergies and Advers...
- [x] Encounter
- [x] Health Concerns
- [x] Medications
- [x] Notes
- [x] Payers
- [x] Problems
- [x] Procedures
- [x] Reason for Referral
- [x] Results
- [x] Social History
- [x] Treatment Plan

☑ Vital Signs

## Summarization of Episode Note

### Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | 2623 East 35Th St Texarkana AR 71854 USA<br>HP tel:+1(903)490-0726, H<br>mailto:morgason2@gmail.com |
| Patient Name | Michael Morgason | | |
| Date of Birth | July 31, 1970 | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

M

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. *Of Counsel*
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

August 26, 2025

via fax 1 (402) 361-1460
and Federal Express

The Lincoln National Life Insurance Company
ATTN: Appeals Department

| | | |
|---|---|---|
| Re: | Claimant: | Michael Morgason |
| | Claim Number: | 1210046281 |
| | Policy Number: | 00001025317200000 |
| | Policyholder: | Texarkana Independent School District |

Appeals Department:

This firm represents Michael Morgason regarding his appeal of Lincoln's decision to deny Mr. Morgason's claim for long-term disability ("LTD") benefits. Lincoln denied benefits by letter dated May 27, 2025. In its May 27, 2025, letter, Lincoln asserted that its position remains un-changed and Mr. Morgason's claim remains closed. Further, within said letter, Lincoln stated its decision was final, and that no further appeal of its adverse determination would be considered. Accordingly, Mr. Morgason's administrative remedies have been exhausted, and his claim is ripe for litigation.

**Please Re-Open Mr. Morgason's Claim and Review the Attached Medical Records**

Attached, please find medical records corroborative of Mr. Morgason's updated medical treatment. Lincoln must place these records within the administrative record for future use. Should Lincoln fail to include these within the administrative record, Mr. Morgason will assert that Lincoln has disregarded material evidence supportive of his claim, and was done in an attempt so as to cloud Lincoln's liability.

Our position remains that Mr. Morgason's claim was incorrectly denied and reserve the right to file suit.

Sincerely,

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityDenials.com

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Mr. Michael Morgason

js/MSW

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Madison Donaldson, Esq.**
*Managing Attorney | Mass Tort*

**Selina Valdez Esq.**
*Managing Attorney | Veterans Disability*

**Diana Singson, Esq.**
*Chief Operating Officer*

**Shane Kadlec, Esq.**
Of Counsel
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*

January 12, 2024

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole purpose of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

*address* 403 Heights Blvd, Houston TX, 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *Online* DisabilityDenials.com

RPID: 13596972

Depression Screen- Suicide Risk Assessment Performed 01/11/2024, Depression Screening Findings Negative.

**Appointment Provider: ANDRES G MORALES, DO**



**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**
**Sign off status: Pending**

---

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

---

**Progress Note: ANDRES G MORALES, DO 01/11/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

53 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

02/29/2024 Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 1 tablet twice a day and 2 tablets Orally Bedtime
- Amitriptyline HCl 10 MG Tablet 2 tablets 2 hours before bedtime Orally Nightly

Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How many cigarettes a day do you smoke? 11-20, How soon after you wake up do you smoke your first cigarette? 6-30 min. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points), Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Review of Systems

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:

## Reason for Appointment

1. 6 WK F/U NEUROPATHY & MYELITIS
2. # 903-490-0726

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 53-year-old pleasant male on a TELE VISIT today for his 2 MO F/U for NEUROPATHY & MYELITIS. Mr Morgason was last seen on 11-10-2023

MRI P - in doc

Mr Morgason has stated that since his last visit he has had lower back pain. Mr Michael is still having some tingling at the bottom of his feet. Michael is still having burning and ant like bites on his feet. He feels like theres pin and needles going from the waist down.

Mr Michael states that he went see Dr Fredrick and was diagnoised with carpal tunnel in his left hand and was given a trigger point injection and it helped a lot.

Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling,

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.94, Ht: 70 in, Wt: 168 lbs, BMI: **24.1** Index, BP, sitting: **130/84**, Pulse, sitting: 60.

## Physical Examination

Only telephone encounter visit available today on 2/29/2024

Total phone time was 15 minutes and 27 seconds.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Increase Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Stop Amitriptyline HCl Tablet, 10 MG, 2 tablets 2 hours before bedtime, Orally, Nightly, 30 days, 30
Start Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally,

Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Nightly, 30 days, 30, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.

**3. Bilateral carpal tunnel syndrome**

Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

**4. Generalized anxiety disorder**

Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**5. Others**

Referral To:CHARLES GORDON Neurosurgery
Reason:Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 02/29/2024 counseled patient on importance of

smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 02/29/2024, Depression Screening Findings Negative.

**Procedure Codes**

- 99442 TELEPHONE VISIT 11-20MIN

**Follow Up**

2 months follow-up on medication changes and neurosurgical consultation

**Appointment Provider: ANDRES G MORALES, DO**



**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**

**Sign off status: Pending**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: December 31, 2024 **RP ID:** 13493395

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
jaimes@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

**Provider Information**

Provider: TEXAS INSTITUTE FOR NEUROLOGICAL D
321 N HIGHLAND STE 200
ATTN: MEDICAL RECORDS
SHERMAN, TX 75092

Phone: (903) 893-5141 Fax: (903) 893-5891

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI
321 N HIGHLAND STE 200

SHERMAN, TX 75092

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

**MORGASON, MICHAEL**

54 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

**09/13/2024** **Appointment Provider: ANDRES G MORALES, DO**

### Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 2 tablets Orally Three times a day
- Amitriptyline HCl 25 MG Tablet 1 tablet 2 hours before bedtime Orally Nightly , Notes to Pharmacist: PRN

**Not-Taking**

- hydrOXYzine HCl 25 MG Tablet 1 tablet at bedtime as needed Orally Once a day
  Medication List reviewed and reconciled with the patient

### Past Medical History

- Medical History: Neuropathy.

### Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

### Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

### Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How soon after you wake up do you smoke your first cigarette? 31-60 min, How many cigarettes a day do you smoke? 6-10. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points). Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current every day smoker.

### Allergies

- Penicillin
- Latex

### Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

### Reason for Appointment

1. 6 MO F/U NEUROPATHY

### History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 54-year-old pleasant male here in the office today for his 6 MO F/U for NEUROPATHY
Mr Morgason was last seen on 02-29-2024

Increase Gabapentin Tablet, 600 MG, 2 tablets,- Michael DECREASED to 0, he wanted to see how the surgery went,
about 3 to 4 weeks later he started having pain in his legs, Michael put himself back on the Gabapentin @ 600mg X2.

REFERRAL to CHARLES GORDON - Michael is not sure if he received a call from Gordon's office, so Michael Called Dr. Frank Feigenbaum, Michael has his surgery on 4-10-2024

Mr Morgason has stated that since his last visit he has been on a roller coaster
Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling, now he has been saying that his left ankle has been hurting.,

Michael said that all the pain and symptoms have gone all but in his tailbone and below his knees nothing has changed.

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

### Vital Signs

BSA: 1.93, Ht: 70 in, Wt: 166 lbs, BMI: **23.82** Index, BP, sitting: **126/72**, Pulse, sitting: 52.

### Physical Examination

General:

Appearance: alert cooperative pleasant. Appears stated age: yes. Build: average.

HEENT:

Extraocular movements intact: intact. Fundi: normal. Head: normocephalic atraumatic. Oral cavity: normal.

Neck:

Carotid bruit: absent. Neck: supple. Range of motion: normal.

Heart:

Murmurs: no. Sinus Rhythm: regular.

Respiratory:

Breath sounds bilaterally: clear, symmetrical. Dyspnea: no.

Chest:

Chest wall Normal
. Shape and expansion: normal.

Musculoskeletal:

## Review of Systems

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:
Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Cervical spines: unremarkable. L-S spines: unremarkable. Lower extremity joints: unremarkable. Upper extremity joints: unremarkable.
Psychology:
Affect normal. Hallucinations none. Delusions none.
Neurological:
Cortical functions: alert and oriented x 3, speech fluent, no dysarthria. Cranial nerves: **II.** Pupils equally reactive to light, **III, IV, VI.** EOM were full with normal pursuit and saccade, **V.** light touch intact in all three divisions bilaterally, **VII.** No asymmetry or weakness, **VIII.** Actuity intact to finger rub bilaterally, **IX, X.** Palate rose in midline, **XI.** Sternocleidomastoid, trapezius strength intact, **XII.** Tongue protruded midline w/o atrophy or fasciculation, . Motor Strength: Strength 5/5 with normal mass and tone. Sensory: normal light touch, pain, vibration and temperature. Romberg negative. Cerebellar testing grossly/intact: finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities.. Reflexes: 2+ all extremities. Babinski: absent. Gait: normal. Tremors: absent.
Skin:
Skin Normal Exam. edema none.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Continue Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Continue Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally, Nightly, 30 days, 30, Refills 3
Start Baclofen Tablet, 10 MG, 1-2 tablet, Orally, Nightly, 30 days, 60, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential

the education process for the patient regarding long term prognosis of a potential underlying neuromuscular disorder.

3. **Bilateral carpal tunnel syndrome**

   Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

4. **Generalized anxiety disorder**

   Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 09/13/2024 counseled patient on importance of smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 09/13/2024, Depression Screening Findings Negative.

**Visit Codes**

- 99214 EM SVC EST PT LEVEL 4.

**Follow Up**

6 weeks televisit check response to baclofen at night for

**Appointment Provider: ANDRES G MORALES, DO**



**Electronically signed by Andres Morales , DO on 10/14/2024 at 04:41 PM CDT**

**Sign off status: Completed**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**

Tel: 903-893-5141
Fax: 903-891-4295

---

**Progress Note: ANDRES G MORALES, DO 09/13/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

# Quality Assurance Report

## Request Information

Report Date: December 31, 2024

**RP ID:** 13493395

Patient Name: MORGASON, MICHAEL

Provider Name: TEXAS INSTITUTE FOR NEUROLOGICAL D

## Quality Assurance Information

Scope Requested: **From January 1, 2024 to August 26, 2024**

Special Request:
**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KVALD

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: January 16, 2025 **RP ID:** 13596972

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
aggie@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana

**Provider Information**

Provider: ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Phone: (318) 635-3052 Fax: (318) 629-5178

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON. MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Orthopedic Specialists Of Louisiana
1500 Line Ave., Suite 100

Shreveport, LA 71101

**ReleasePoint**
P.O. Box 1390
St. Peters, MO 63376

ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

| | |
|---|---|
| Date: | Jan 14, 2025 |
| Patient: | MORGASON, MICHAEL |
| DOB: | |
| RP ID: | 13596972 |
| Req By: | MARC WHITEHEAD & ASSOCIATES |

# Request For Medical Information

ReleasePoint has been asked to retrieve medical records for your patient listed above.

Unless otherwise specified below, we are requesting records from all treating physicians, up to and including the last date of treatment, including progress notes, labs, EKG's, and consultations, whether in paper or electronic form.

**Special Requests:**
**Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana**

**Record Scope:** From October 1, 2024 to Present

**Records should be sent to one of the following:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **FAX records to us:** **(509) 254-6048**

___ **Records are not available because:** ______________________________________________

Thank you for your cooperation,

Your ReleasePoint Processing Team

Marygil Rebosura

Phone: (213) 266-5039

RPID: 13596972

# Gulf Coast Radiology

3000 Bayou Bend Road, Lake Charles, LA 70605
Phone: 337.981.2494

**Imaging Services Report**

Person NBR: 211285

Date: 12/05/24

Description: MRI Right Hip WO Contrast

Category: Dictation

**PATIENT: MICHAEL MORGASON**

DOB:

PHYSICIAN: Jeffrey Pearson MD

Exam Location: Orthopedic Specialists - Line Avenue

EXAM: MRI of the right hip without contrast

REASON FOR EXAM: Right groin pain

COMPARISON: Plain films 10/23/2024

FINDINGS:

Right hip:

The proximal femur marrow signal is normal. There is no evidence of acute fracture or femoral head osteonecrosis. Small osteophytes arising from the acetabulum and the femoral head.

There is no significant hip joint effusion. Cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

Degenerative tearing of the anterior superior labrum.

The gluteal tendon insertions are intact. There is no significant trochanteric bursitis.

Pelvis:

The marrow signal is normal. No evidence of acute fracture. Mild osteoarthritis of the left hip joint.

The left-sided gluteal tendon insertions are unremarkable.

The bilateral hamstring origins are unremarkable.

The muscle bulk and signal intensity are within normal limits.

The visualized intrapelvic contents demonstrate no significant findings.

IMPRESSION:

1. Mild right hip osteoarthritis with degenerative tearing of the anterior superior labrum.
2. Otherwise no additional findings to explain right hip/groin pain.

This report was electronically signed by: Barrett Luce
Signature Date/Time: 12/05/2024 08:36:36

## Patient Details

Patient: **Michael Morgason**
Date of Birth: **54 years)**
Date: **12/05/2024 1:20PM**
Visit Type: **Office Visit**
Rendering Provider: **Jeffrey Pearson MD**

## Assessment/Plan

**1. Degenerative tear of acetabular labrum of right hip (M24.151).**
- Provider Plan: He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas.

## Completed Orders

- **MRI Right Hip WO Contrast (73721c)**

## History of Present Illness

This 54 year old client presents for hip.

**1. hip**
- Michael Morgason is a 54 year old male. Patient is here for MRI results.

## Review of Systems

**Normal For:**

**Constitutional**: Generalized weakness; **ENMT**: Hearing loss; **Eyes**: Blurred vision and Vision loss; **Integumentary**: Skin lesion; **Neuro**: Difficulty walking, Dizziness and Poor coordination; **Respiratory**: Dyspnea and Wheezing.

## Physical Exam

**Remarkable For:**
- **Constitutional - Comments:** No apparent distress, well developed, well nourished
- **Eyes:** Ocular muscles - Right: EOEMI, Left: EOEMI.
- **Head/Face:** Skull - normocephalic, atraumatic.
- **Hip - Comments:** RLE: No abnormalities on inspection ROM: flexion 110 with pain, ER 30, IR 15, abduction 45 Motor: 5/5 Hip flexion, knee flexion/extension SILT: DP, SP, Tibial nerve 2+ PT + Log Roll + Stinchfield
- **Skin:** Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext.

**Normal For:**

**Abdomen**: Inspection - Normal. No abdominal tenderness; **Cardiovascular**: Heart rate - Regular rate. Rhythm - Regular; **Constitutional**: Well developed. Ability to Communicate - Normal; **Ears**: Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal; **Extremity**: No

Edema; **Neurological**: Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed; **Psychiatric**: Orientation - Oriented to time, place, person & situation; **Respiratory**: Inspection - Normal. Cough - Absent. Effort - Normal; **Skin**: Inspection - Normal; **Vascular**: Pulses - Radial: Normal, Dorsalis pedis: Normal.

## Allergies

- **LATEX**.
- **PENICILLINS**.

## Provider

Pearson MD, Jeffrey 12/06/2024 10:07 AM

## Musculoskeletal Institute of Louisiana

***Orthopedic Specialists of LA***
1500 Line Avenue Suite 100
Shreveport Louisiana 71101
Phone: (318) 635-3052
Fax: (318) 635-3072

***Pain Care Consultants***
1500 Line Avenue Suite 202
Shreveport LA 71101
Phone: (318) 629-5505
Fax: (318) 629-5506

| | |
|---|---|
| Patient: | **Michael Morgason** |
| Date of Birth: | |
| Date: | 12/05/2024 01:20 PM |
| Visit Type: | Office Visit |
| Historian: | self |

This 54 year old client presents for hip.

# History of Present Illness

## 1. hip

Michael Morgason is a 54 year old male. Patient is here for MRI results.

### Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

### Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Generalized weakness. |
| ENMT | Negative | Hearing loss. |
| Eyes | Negative | Blurred vision and Vision loss. |
| Respiratory | Negative | Dyspnea and Wheezing. |
| Neuro | Negative | Difficulty walking, Dizziness and Poor coordination. |
| Integumentary | Negative | Skin lesion. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | No apparent distress, well developed, well nourished |
| Constitutional | Normal | Well developed. Ability to Communicate - Normal. |
| Head/Face | * | Skull - normocephalic, atraumatic. |
| Eyes | * | Ocular muscles - Right: EOEMI, Left: EOEMI. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Respiratory | Normal | Inspection - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. |
| Vascular | Normal | Pulses - Radial: Normal, Dorsalis pedis: Normal. |
| Abdomen | Normal | Inspection - Normal. No abdominal tenderness. |
| Skin | * | Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext. |
| Skin | Normal | Inspection - Normal. |
| Hip | Comments | RLE:<br>No abnormalities on inspection<br>ROM: flexion 110 with pain, ER 30, IR 15, abduction 45<br>Motor: 5/5 Hip flexion, knee flexion/extension<br>SILT: DP, SP, Tibial nerve<br>2+ PT<br>+ Log Roll<br>+ Stinchfield |
| Extremity | Normal | No Edema. |
| Neurological | Normal | Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

Surgery is scheduled with at .
The surgeon will be assisted by .
This surgery type (Inpatient/Outpatient/Observation) will be TO BE DETERMINED..

### Diagnostics:

| Study | Result/Report |
|---|---|
| MRI Right Hip WO Contrast (73721c) | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Degenerative tear of acetabular labrum of right hip (M24.151). |
| | Provider Plan | He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas. |

**Provider**

Pearson MD, Jeffrey 12/06/2024 10:07 AM

Jeffrey Pearson MD 12/06/2024 10:07 AM

Electronically signed by Jeffrey Pearson MD on 12/10/2024 01:38 PM

# Quality Assurance Report

## Request Information

Report Date: January 16, 2025

**RP ID:** 13596972

Patient Name: MORGASON, MICHAEL

Provider Name: ORTHOPAEDIC SPECIALISTS

## Quality Assurance Information

Scope Requested: **From October 1, 2024 to Present**

Special Request:

Please provide all records within time frame requested seen by:
Orthopedic Specialists Of Louisiana

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel: | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy.

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel: | 561350<br>561350<br>**Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL | |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL | |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL | |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL | |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ---------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ---------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ---------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ---------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ---------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ---------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ---------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ---------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ---------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ---------------------- ---------

Centromere B Scleroderma - Crest

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| Referral Priority | Routine |

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| | | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

# F A X S H E E T

| | |
|---|---|
| Date: | 12/30/2024 08:40:34 AM |
| To: | |
| Subject: | Faxing Multiple Encounters |
| Fax Number: | 509-254-6048 |
| To Company: | |
| From Name: | Farber,Kerri |
| From Company: | Texoma Neurology Assoc Sherman |
| From Facility: | Texoma Neurology Assoc Sherman |
| Support Contact: | 903-893-5141 |
| Number of Page(s): | 11 |

**The documents accompanying this telecopy transmission contain confidential information belonging to the sender that may be legally privileged. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at the number above to arrange for return of the original document to us. Thank you.**

# FAX

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Lincoln | FROM: | Jocelyn Simmons |
| FAX: | 4023611460 | FAX: | +13463271006 |
| PHONE: | | PHONE: | |
| SUBJECT: | Claim Number: 1210046281 | DATE: | 2025-08-26 |

COMMENTS:

**Marc Whitehead, Esq.**

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

M

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Anthony Vessel, Esq.**
*Sr. Associate Attorney, Mediator*

**Britney McDonald, Esq.**
*Sr. Associate Attorney, Mediator*

**Madison Donaldson, Esq.**
*Associate Attorney*

**Shane Kadlec, Esq. *Of Counsel***
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

August 26, 2025

via fax 1 (402) 361-1460
and Federal Express

The Lincoln National Life Insurance Company
ATTN: Appeals Department

| | | |
|---|---|---|
| Re: | Claimant: | Michael Morgason |
| | Claim Number: | 1210046281 |
| | Policy Number: | 00001025317200000 |
| | Policyholder: | Texarkana Independent School District |

Appeals Department:

This firm represents Michael Morgason regarding his appeal of Lincoln's decision to deny Mr. Morgason's claim for long-term disability ("LTD") benefits. Lincoln denied benefits by letter dated May 27, 2025. In its May 27, 2025, letter, Lincoln asserted that its position remains un-changed and Mr. Morgason's claim remains closed. Further, within said letter, Lincoln stated its decision was final, and that no further appeal of its adverse determination would be considered. Accordingly, Mr. Morgason's administrative remedies have been exhausted, and his claim is ripe for litigation.

**Please Re-Open Mr. Morgason's Claim and Review the Attached Medical Records**

Attached, please find medical records corroborative of Mr. Morgason's updated medical treatment. Lincoln must place these records within the administrative record for future use. Should Lincoln fail to include these within the administrative record, Mr. Morgason will assert that Lincoln has disregarded material evidence supportive of his claim, and was done in an attempt so as to cloud Lincoln's liability.

Our position remains that Mr. Morgason's claim was incorrectly denied and reserve the right to file suit.

Sincerely,

*address* **403 Heights Blvd Houston, TX 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *online* **DisabilityDenials.com**

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Mr. Michael Morgason

js/MSW

Marc Whitehead, Esq.
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

J. Anthony Vessel, Esq.
*Partner | Mediator*

Britney McDonald, Esq.
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Madison Donaldson, Esq.
*Managing Attorney | Mass Tort*

Selina Valdez Esq.
*Managing Attorney | Veterans Disability*

Diana Singson, Esq.
*Chief Operating Officer*

Shane Kadlec, Esq.
Of Counsel
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*

January 12, 2024

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole purpose of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

*address* 403 Heights Blvd, Houston TX, 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *Online* DisabilityDenials.com

RPID: 13596972

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: Orthopedic Specialists Of Louisiana

RE: Michael Morgason

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

Orthopedic Specialists of Louisiana 1500 Line Ave., Suite 100 Shreveport, LA 71101

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from 12/1/2024 to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of Michael Morgason.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

RPID: 13596972

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

MARC WHITEHEAD & ASSOCIATES c/o ReleasePoint PO Box 1390 St. Peters, MO 63376

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 23rd day of December, 2024.

Michael Morgason

Patient's Signature or Other Legally Responsible Person

Relationship to Patient (If other than Patient) and Description of Authority

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
Patient's Social Security Number

Patient's Date of Birth

RPID: 13596972

Doc ID: 302308782b7e0da9ab314b91309210b0b5903e2c

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

53 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

01/11/2024

Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 1 tablet twice a day and 2 tablets Orally Bedtime
- Amitriptyline HCl 10 MG Tablet 2 tablets 2 hours before bedtime Orally Nightly

**Discontinued**

- hydrOXYzine HCl 25 MG Tablet TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR 30 DAYS , stop date 01/08/2024
  Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How many cigarettes a day do you smoke? 11-20, How soon after you wake up do you smoke your first cigarette? 6-30 min. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points), Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Review of Systems

Constitutional:

## Reason for Appointment

1. 2 MO F/U NEUROPATHY & MYELITIS
2. Time spent w/PT 6 min

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 53-year-old pleasant male on a TELE VISIT today for his 2 MO F/U for NEUROPATHY & MYELITIS. Mr Morgason was last seen on 11-10-2023

MRI P, S - Tex ER CENTER
LABS - same

Stop OXcarbazepine Tablet, 300 MG - doinjg fine

Start Amitriptyline HCl Tablet, 10 MG - he has not been taking eceryday, there are several days he will not take this unless he has too. When he does take the medication he is not having any side effects

Mr Morgason has stated that since his last visit he

Michaels left hand is still felt pretty good as long as he does not over use it.
He still has the wet and tingling feeling on the bottom of his feet, expecially at night.
Michael still has the feeling of ant bites, sunburn on the top of his feet,
Michael's right leg below his knee, he is still getting a real deep painful feeling,

Mr Morgason
He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.95, Ht: 70 in, Wt: 170 lbs, BMI: **24.39** Index, BP, sitting: **115/70**, Pulse, sitting: 56.

## Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191
7. Lumbosacral plexitis - M54.17

## Treatment

**1. Idiopathic small fiber sensory neuropathy**

Continue Gabapentin Tablet, 600 MG, 1 tablet twice a day and 2 tablets, Orally, Bedtime, 30 days, 120, Refills 5

Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:
Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Start Amitriptyline HCl Tablet, 10 MG, 2 tablets 2 hours before bedtime, Orally, Nightly, 30 days, 30, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.

**3. Bilateral carpal tunnel syndrome**

Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

**4. Generalized anxiety disorder**

Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 01/11/2024 counseled patient on importance of smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed

Depression Screen: Suicide Risk Assessment Performed
01/11/2024, Depression Screening Findings Negative.

**Appointment Provider: ANDRES G MORALES, DO**



**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**
**Sign off status: Pending**

---

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

---

**Progress Note: ANDRES G MORALES, DO 01/11/2024**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

**MORGASON, MICHAEL**
53 Y old Male, DOB:
Account Number: 561350

home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

02/29/2024

Appointment Provider: ANDRES G MORALES, DO

### Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 1 tablet twice a day and 2 tablets Orally Bedtime
- Amitriptyline HCl 10 MG Tablet 2 tablets 2 hours before bedtime Orally Nightly

Medication List reviewed and reconciled with the patient

### Past Medical History

- Medical History: Neuropathy.

### Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

### Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

### Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How many cigarettes a day do you smoke? 11-20, How soon after you wake up do you smoke your first cigarette? 6-30 min. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points), Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder.

### Allergies

- Penicillin
- Latex

### Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

### Review of Systems

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:

### Reason for Appointment

1. 6 WK F/U NEUROPATHY & MYELITIS
2. # 903-490-0726

### History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
New Patient:
Mr Morgason is a 53-year-old pleasant male on a TELE VISIT today for his 2 MO F/U for NEUROPATHY & MYELITIS. Mr Morgason was last seen on 11-10-2023

MRI P - in doc

Mr Morgason has stated that since his last visit he has had lower back pain. Mr Michael is still having some tingling at the bottom of his feet. Michael is still having burning and ant like bites on his feet. He feels like theres pin and needles going from the waist down.

Mr Michael states that he went see Dr Fredrick and was diagnoised with carpal tunnal in his left hand and was given a trigger point injection and it helped a lot.

Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling,

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

### Vital Signs

BSA: 1.94, Ht: 70 in, Wt: 168 lbs, BMI: **24.1** Index, BP, sitting: **130/84**, Pulse, sitting: 60.

### Physical Examination

Only telephone encounter visit available today on 2/29/2024

Total phone time was 15 minutes and 27 seconds.

### Assessments

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

### Treatment

**1. Idiopathic small fiber sensory neuropathy**

Increase Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Stop Amitriptyline HCl Tablet, 10 MG, 2 tablets 2 hours before bedtime, Orally, Nightly, 30 days, 30
Start Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally,

Ophthalmology Double Vision,Visual Changes,Watery Eyes.

Cardiology:
Cardiology Dizziness,Shortness of Breath.

Respiratory:
Respiratory Shortness of Breath.

Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.

Genitourinary:
Genitourinary None.

Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.

Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.

Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Nightly, 30 days, 30, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.

**3. Bilateral carpal tunnel syndrome**

Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

**4. Generalized anxiety disorder**

Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**5. Others**

Referral To:CHARLES GORDON Neurosurgery
Reason:Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 02/29/2024 counseled patient on importance of

smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 02/29/2024, Depression Screening Findings Negative.

**Procedure Codes**

- 99442 TELEPHONE VISIT 11-20MIN

**Follow Up**

2 months follow-up on medication changes and neurosurgical consultation

**Appointment Provider: ANDRES G MORALES, DO**



**Electronic signature of Andres Morales , DO on 12/30/2024 at 08:40 AM CST**

**Sign off status: Pending**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**
**Tel: 903-893-5141**
**Fax: 903-891-4295**

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: December 31, 2024 **RP ID:** 13493395

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
jaimes@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

**Provider Information**

Provider: TEXAS INSTITUTE FOR NEUROLOGICAL D
321 N HIGHLAND STE 200
ATTN: MEDICAL RECORDS
SHERMAN, TX 75092

Phone: (903) 893-5141 Fax: (903) 893-5891

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB: 1970-07-31
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI
321 N HIGHLAND STE 200

SHERMAN, TX 75092

TEXAS INSTITUTE FOR NEUROLOGICAL DISORDERS

# MORGASON, MICHAEL

54 Y old Male, DOB:
Account Number: 561350

Home:
Guarantor: MORGASON, KRISTIN Insurance: BLUE CROSS BLUE SHIELD Payer ID: 00021
PCP: MATTHEW NIX Referring: N/A SELF REFERRED
Appointment Facility: Texoma Neurology Assoc Sherman

09/13/2024

Appointment Provider: ANDRES G MORALES, DO

## Current Medications

**Taking**

- CoQ-10 30 MG Capsule as directed Orally
- Vitamin B12 100 MCG Tablet as directed Orally
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Gabapentin 600 MG Tablet 2 tablets Orally Three times a day
- Amitriptyline HCl 25 MG Tablet 1 tablet 2 hours before bedtime Orally Nightly , Notes to Pharmacist: PRN

**Not-Taking**

- hydrOXYzine HCl 25 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

## Past Medical History

- Medical History: Neuropathy.

## Surgical History

- RIGHT HAND SURGERY CT 2021
- Thertic outlet decompression 2018-2019
- right knee

## Family History

- Father: Heart Disease,Cancer,Diabetes,Hypertension
- Mother: Heart Disease,Cancer,Diabetes,Hypertension
- Siblings: Heart Disease,Diabetes,Hypertension
- Maternal grand father: Diabetes,Hypertension
- Paternal grand mother: Parkinsons

## Social History

Smoking History Are you a: current smoker, How often do you smoke cigarettes? every day, How soon after you wake up do you smoke your first cigarette? 31-60 min, How many cigarettes a day do you smoke? 6-10. Alcohol usage How often did you have a drink containing alcohol in the past year? never (0 points), How often did you have 6 or more drinks on one occasion in the past year? never (0 points). Drug Abuse History Have you ever been addicted to drugs? No. Daily caffeine intake: Yes, 5 or more cups per day. Marital status: Married. Work status: disabled - welder. AUDIT-C (Standard) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Tobacco Control (Standard) Tobacco use: Current every day smoker.

## Allergies

- Penicillin
- Latex

## Hospitalization/Major Diagnostic Procedure

- BSW in Dallas

## Reason for Appointment

1. 6 MO F/U NEUROPATHY

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition) , Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.

New Patient:

Mr Morgason is a 54-year-old pleasant male here in the office today for his 6 MO F/U for NEUROPATHY
Mr Morgason was last seen on 02-29-2024

Increase Gabapentin Tablet, 600 MG, 2 tablets,- Michael DECREASED to 0, he wanted to see how the surgery went,
about 3 to 4 weeks later he started having pain in his legs, Michael put himself back on the Gabapentin @ 600mg X2.

REFERRAL to CHARLES GORDON - Michael is not sure if he received a call from Gordon's office, so Michael Called Dr. Frank Feigenbaum, Michael has his surgery on 4-10-2024

Mr Morgason has stated that since his last visit he has been on a roller coaster
Michael is still having burning and ant like bites on his feet.
Michael's right leg below his knee, he is still getting a real deep painful feeling, now he has been saying that his left ankle has been hurting.,

Michael said that all the pain and symptoms have gone all but in his tailbone and below his knees nothing has changed.

He sleeps ok, he is not complaining
Mr Morgason's appetite is decent, it comes and goes, he does try to stay hydrated.

## Vital Signs

BSA: 1.93, Ht: 70 in, Wt: 166 lbs, BMI: **23.82** Index, BP, sitting: **126/72**, Pulse, sitting: 52.

## Physical Examination

General:

Appearance: alert cooperative pleasant. Appears stated age: yes. Build: average.

HEENT:

Extraocular movements intact: intact. Fundi: normal. Head: normocephalic atraumatic. Oral cavity: normal.

Neck:

Carotid bruit: absent. Neck: supple. Range of motion: normal.

Heart:

Murmurs: no. Sinus Rhythm: regular.

Respiratory:

Breath sounds bilaterally: clear, symmetrical. Dyspnea: no.

Chest:

Chest wall Normal
. Shape and expansion: normal.

Musculoskeletal:

**Review of Systems**

Constitutional:
Constitutional Fatigue,Weakness.
Dermatology:
Dermatology Itching.
Ophthalmology:
Ophthalmology Double Vision,Visual Changes,Watery Eyes.
Cardiology:
Cardiology Dizziness,Shortness of Breath.
Respiratory:
Respiratory Shortness of Breath.
Gastroenterology:
Gastroenterology Difficulty Swallowing,Nausea.
Genitourinary:
Genitourinary None.
Musculoskeletal:
Musculoskeletal Neck Pain,Lower Back Pain,Joint Pain,Leg Cramps.
Neurology:
Neurology Double Vision,Dizziness,Pain,Tingling,Tremors,Trouble with Coordination.
Endocrinology:
Endocrinology Cold or Hot Intolerance,Excessive Sweating,Fatigue,Heat Intolerance,Hot Flashes.

Cervical spines: unremarkable. L-S spines: unremarkable. Lower extremity joints: unremarkable. Upper extremity joints: unremarkable.

Psychology:
Affect normal. Hallucinations none. Delusions none.

Neurological:
Cortical functions: alert and oriented x 3, speech fluent, no dysarthria. Cranial nerves: **II.** Pupils equally reactive to light, **III, IV, VI.** EOM were full with normal pursuit and saccade, **V.** light touch intact in all three divisions bilaterally, **VII.** No asymmetry or weakness, **VIII.** Acuity intact to finger rub bilaterally, **IX, X.** Palate rose in midline, **XI.** Sternocleidomastoid, trapezius strength intact, **XII.** Tongue protruded midline w/o atrophy or fasciculation, . Motor Strength: Strength 5/5 with normal mass and tone. Sensory: normal light touch, pain, vibration and temperature. Romberg negative. Cerebellar testing grossly/intact: finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities.. Reflexes: 2+ all extremities. Babinski: absent. Gait: normal. Tremors: absent.

Skin:
Skin Normal Exam. edema none.

**Assessments**

1. Idiopathic small fiber sensory neuropathy - G60.8 (Primary)
2. Myalgia - M79.10
3. Bilateral carpal tunnel syndrome - G56.03
4. Cubital tunnel syndrome on left - G56.22
5. Generalized anxiety disorder - F41.1
6. Tarlov cysts - G96.191

**Treatment**

**1. Idiopathic small fiber sensory neuropathy**

Continue Gabapentin Tablet, 600 MG, 2 tablets, Orally, Three times a day, 30 days, 180 Tablet, Refills 5
Continue Amitriptyline HCl Tablet, 25 MG, 1 tablet 2 hours before bedtime, Orally, Nightly, 30 days, 30, Refills 3
Start Baclofen Tablet, 10 MG, 1-2 tablet, Orally, Nightly, 30 days, 60, Refills 3

Notes: The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.

The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency.

**2. Myalgia**

Notes: The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential

the education process for the patient regarding long term prognosis of a potential underlying neuromuscular disorder.

3. **Bilateral carpal tunnel syndrome**

   Notes: The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time.

4. **Generalized anxiety disorder**

   Continue hydrOXYzine HCl Tablet, 25 MG, 1 tablet at bedtime as needed, Orally, Once a day, 30 days, 30, Refills 5

**Preventive Medicine**

Counseling:

BP Management DIETARY RECOMMENDATIONS: Dietary management education, guidance, and counseling, FIRST HYPERTENSIVE BP READING FOLLOW-UP PLAN: Follow-up 1 month, LIFESTYLE RECOMMENDATION: Hypertension education, REFERRAL TO ALTERNATIVE / PRIMARY CARE PROVIDER: Referral to general physician. Alcohol Use: Moderation of alcohol consumption recommendation Alcohol abuse prevention education patient denies any alcohol consumption. BMI Counselling Above Normal BMI Follow-up Dietary management education, guidance, and counseling, BMI management provided Yes. Tobacco counselling Counseled the Patient on tobacco use, cessation provided 09/13/2024 counseled patient on importance of smoking cessation. Fall Risk Screening: No falls in the past year, Assessment: Performed, Plan of Care: Documented. Alcohol and drugs never used , alcohol, continues to smoke.

Depression Screening:

Depression Screen Suicide Risk Assessment Performed 09/13/2024, Depression Screening Findings Negative.

**Visit Codes**

- 99214 EM SVC EST PT LEVEL 4.

**Follow Up**

6 weeks televisit check response to baclofen at night for

**Appointment Provider: ANDRES G MORALES, DO**

**Electronically signed by Andres Morales , DO on 10/14/2024 at 04:41 PM CDT**

**Sign off status: Completed**

**Texoma Neurology Assoc Sherman**
**321 N HIGHLAND AVE**
**SUITE 200**
**SHERMAN, TX 75092-7371**

Tel: 903-893-5141
Fax: 903-891-4295

Progress Note: ANDRES G MORALES, DO 09/13/2024

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
Generated for Printing/Faxing/eTransmitting on: 12/30/2024 08:40 AM CST

# Quality Assurance Report

## Request Information

Report Date: December 31, 2024

**RP ID:** 13493395

Patient Name: MORGASON, MICHAEL

Provider Name: TEXAS INSTITUTE FOR NEUROLOGICAL D

## Quality Assurance Information

Scope Requested: **From January 1, 2024 to August 26, 2024**

Special Request:

**Initially sent 08/26 ** REQUESTING MEDICAL RECORDS FO MICHAEL MORGASON. Seen by: (LTDD) - TEXAS INSTITUTE FOR NEUROLOGICAL DI

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KVALD

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: January 16, 2025 **RP ID:** 13596972

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By:
aggie@marcwhitehead.com

**Patient Information**

Name: MORGASON, MICHAEL

D.O.B.: Policy/Cert:

Special Requirements:
Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana

**Provider Information**

Provider: ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Phone: (318) 635-3052 Fax: (318) 629-5178

**Electronic Order Data (If Applicable)**

Patient Name: MORGASON, MICHAEL
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Orthopedic Specialists Of Louisiana
1500 Line Ave., Suite 100

Shreveport, LA 71101

**ReleasePoint**
P.O. Box 1390
St. Peters, MO 63376

ORTHOPAEDIC SPECIALISTS
1500 Line Ave., Suite 100
ATTN: MEDICAL RECORDS / VICKIE
Shreveport, LA 71101

Date: Jan 14, 2025
Patient: MORGASON, MICHAEL
DOB:
RP ID: 13596972

Req By: MARC WHITEHEAD & ASSOCIATES

# Request For Medical Information

ReleasePoint has been asked to retrieve medical records for your patient listed above.

Unless otherwise specified below, we are requesting records from all treating physicians, up to and including the last date of treatment, including progress notes, labs, EKG's, and consultations, whether in paper or electronic form.

**Special Requests:**
**Please provide all records within time frame requested seen by: Orthopedic Specialists Of Louisiana**

**Record Scope:** From October 1, 2024 to Present

**Records should be sent to one of the following:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **FAX records to us:** **(509) 254-6048**

___ **Records are not available because:** ____________________________________________

Thank you for your cooperation,

Your ReleasePoint Processing Team

Marygil Rebosura

Phone: (213) 266-5039

RPID: 13596972

# Gulf Coast Radiology

3000 Bayou Bend Road, Lake Charles, LA 70605
Phone: 337.981.2494

**Imaging Services Report**

Person NBR: 211285

Date: 12/05/24

Description: MRI Right Hip WO Contrast

Category: Dictation

**PATIENT: MICHAEL MORGASON**

DOB:

PHYSICIAN: Jeffrey Pearson MD

Exam Location: Orthopedic Specialists - Line Avenue

EXAM: MRI of the right hip without contrast

REASON FOR EXAM: Right groin pain

COMPARISON: Plain films 10/23/2024

FINDINGS:

Right hip:

The proximal femur marrow signal is normal. There is no evidence of acute fracture or femoral head osteonecrosis. Small osteophytes arising from the acetabulum and the femoral head.

There is no significant hip joint effusion. Cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

Degenerative tearing of the anterior superior labrum.

The gluteal tendon insertions are intact. There is no significant trochanteric bursitis.

Pelvis:

The marrow signal is normal. No evidence of acute fracture. Mild osteoarthritis of the left hip joint.

The left-sided gluteal tendon insertions are unremarkable.

The bilateral hamstring origins are unremarkable.

The muscle bulk and signal intensity are within normal limits.

The visualized intrapelvic contents demonstrate no significant findings.

IMPRESSION:

1. Mild right hip osteoarthritis with degenerative tearing of the anterior superior labrum.
2. Otherwise no additional findings to explain right hip/groin pain.

This report was electronically signed by: Barrett Luce
Signature Date/Time: 12/05/2024 08:36:36

## Patient Details

Patient: **Michael Morgason**
Date of Birth: **(54 years)**
Date: **12/05/2024 1:20PM**
Visit Type: **Office Visit**
Rendering Provider: **Jeffrey Pearson MD**

## Assessment/Plan

**1. Degenerative tear of acetabular labrum of right hip (M24.151).**

- Provider Plan: He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas.

## Completed Orders

- **MRI Right Hip WO Contrast (73721c)**

## History of Present Illness

This 54 year old client presents for hip.

**1. hip**

- Michael Morgason is a 54 year old male. Patient is here for MRI results.

## Review of Systems

**Normal For:**

**Constitutional**: Generalized weakness; **ENMT**: Hearing loss; **Eyes**: Blurred vision and Vision loss; **Integumentary**: Skin lesion; **Neuro**: Difficulty walking, Dizziness and Poor coordination; **Respiratory**: Dyspnea and Wheezing.

## Physical Exam

**Remarkable For:**

- **Constitutional - Comments:** No apparent distress, well developed, well nourished
- **Eyes:** Ocular muscles - Right: EOEMI, Left: EOEMI.
- **Head/Face:** Skull - normocephalic, atraumatic.
- **Hip - Comments:** RLE: No abnormalities on inspection ROM: flexion 110 with pain, ER 30, IR 15, abduction 45 Motor: 5/5 Hip flexion, knee flexion/extension SILT: DP, SP, Tibial nerve 2+ PT + Log Roll + Stinchfield
- **Skin:** Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext.

**Normal For:**

**Abdomen**: Inspection - Normal. No abdominal tenderness; **Cardiovascular**: Heart rate - Regular rate. Rhythm - Regular; **Constitutional**: Well developed. Ability to Communicate - Normal; **Ears**: Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal; **Extremity**: No

Edema; **Neurological**: Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed; **Psychiatric**: Orientation - Oriented to time, place, person & situation; **Respiratory**: Inspection - Normal. Cough - Absent. Effort - Normal; **Skin**: Inspection - Normal; **Vascular**: Pulses - Radial: Normal, Dorsalis pedis: Normal.

## Allergies

- **LATEX**.
- **PENICILLINS**.

## Provider

Pearson MD, Jeffrey 12/06/2024 10:07 AM

## Musculoskeletal Institute of Louisiana

**_Orthopedic Specialists of LA_**
1500 Line Avenue Suite 100
Shreveport Louisiana 71101
Phone: (318) 635-3052
Fax: (318) 635-3072

**_Pain Care Consultants_**
1500 Line Avenue Suite 202
Shreveport LA 71101
Phone: (318) 629-5505
Fax: (318) 629-5506

| | |
|---|---|
| Patient: | **Michael Morgason** |
| Date of Birth: | |
| Date: | 12/05/2024 01:20 PM |
| Visit Type: | Office Visit |
| Historian: | self |

This 54 year old client presents for hip.

# History of Present Illness

## 1. hip

Michael Morgason is a 54 year old male. Patient is here for MRI results.

### Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

### Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Generalized weakness. |
| ENMT | Negative | Hearing loss. |
| Eyes | Negative | Blurred vision and Vision loss. |
| Respiratory | Negative | Dyspnea and Wheezing. |
| Neuro | Negative | Difficulty walking, Dizziness and Poor coordination. |
| Integumentary | Negative | Skin lesion. |

### Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | No apparent distress, well developed, well nourished |
| Constitutional | Normal | Well developed. Ability to Communicate - Normal. |
| Head/Face | * | Skull - normocephalic, atraumatic. |
| Eyes | * | Ocular muscles - Right: EOEMI, Left: EOEMI. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Respiratory | Normal | Inspection - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. |
| Vascular | Normal | Pulses - Radial: Normal, Dorsalis pedis: Normal. |
| Abdomen | Normal | Inspection - Normal. No abdominal tenderness. |
| Skin | * | Body areas examined - Left upper ext, Right upper ext, Left lower ext, Right lower ext. |
| Skin | Normal | Inspection - Normal. |
| Hip | Comments | RLE:<br>No abnormalities on inspection<br>ROM: flexion 110 with pain, ER 30, IR 15, abduction 45<br>Motor: 5/5 Hip flexion, knee flexion/extension<br>SILT: DP, SP, Tibial nerve<br>2+ PT<br>+ Log Roll<br>+ Stinchfield |
| Extremity | Normal | No Edema. |
| Neurological | Normal | Orientation - Normal. Memory - Normal. Cranial nerves - Cranial nerves I grossly intact, Cranial nerves II through XII grossly intact. Hand dominance - Right-handed. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

Surgery is scheduled with at .
The surgeon will be assisted by .
This surgery type (Inpatient/Outpatient/Observation) will be TO BE DETERMINED..

### Diagnostics:

| Study | Result/Report |
|---|---|
| MRI Right Hip WO Contrast (73721c) | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Degenerative tear of acetabular labrum of right hip (M24.151). |
| | Provider Plan | He is back today for his right hip. We had a long discussion regarding labral tear. We had a long discussion regarding risk benefits alternatives of a major surgery. We discussed right anterior total hip replacement. At this point he made a decision for surgery and decision was no. He will seek a second opinion for hip scope in Dallas. |

**Provider**

Pearson MD, Jeffrey 12/06/2024 10:07 AM

Jeffrey Pearson MD 12/06/2024 10:07 AM

Electronically signed by Jeffrey Pearson MD on 12/10/2024 01:38 PM

# Quality Assurance Report

## Request Information

Report Date: January 16, 2025

**RP ID:** 13596972

Patient Name: MORGASON, MICHAEL

Provider Name: ORTHOPAEDIC SPECIALISTS

## Quality Assurance Information

Scope Requested: **From October 1, 2024 to Present**

Special Request:

Please provide all records within time frame requested seen by:
Orthopedic Specialists Of Louisiana

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel:' | 561350<br>561350<br>**Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy.

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy. The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy. The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ----------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ----------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Crest

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| Referral Priority | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| | | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

| | | | | |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 05/12/2023 | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

| | | | |
|---|---|---|---|
| | | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| 06/23/2023 | Neurological | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

| | | |
|---|---|---|
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. | | |

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 02/17/2023 | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

©*Powered by eClinicalWorks*

≡

## WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

Bowen Hefley Orthopedics

Patient Name: Michael Morgason | Encounter Date: 12/9/2024 | Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

**Patient Name:** Morgason, Michael
**DOB:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen

Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

≡

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save


- [x] Allergies and Advers...
- [x] Encounter
- [x] Health Concerns
- [x] Medications
- [x] Notes
- [x] Payers
- [x] Problems
- [x] Procedures
- [x] Reason for Referral
- [x] Results
- [x] Social History
- [x] Treatment Plan

☑ Vital Signs

## Summarization of Episode Note

### Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | 2623 East 35Th St Texarkana AR 71854 USA<br>HP tel:+1(903)490-0726, H<br>mailto:morgason2@gmail.com |
| Patient Name | Michael Morgason | | |
| Date of Birth | | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

| Plan of care note | December 09, 2024 |
|---|---|

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

June 10, 2025

***<u>Via Facsimile: (877) 843-3950</u>***

Attn: Amber C., Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Re: Claimant: Michael Morgason
Claim No.: 1210046281

Dear Ms. Amber C.:

We are in receipt of your denial letter. We request copies of all pertinent documents relating to the decision to deny Mr. Michael Morgason's Long-Term Disability benefits that have been obtained by Lincoln Financial subsequent to the claims folder you sent on August 26, 2024. These documents include but are not limited to the following:

a) A complete copy of Mr. Morgason's claim file including application or enrollment information, claims record, claim status, patient management records, all correspondence, medical reports and records, pertinent excerpts from claims manual, in-house memoranda, all reports and records from contracted sources whether relied upon or not, the identity of all consulting physicians, including those not rely upon in making any claims decisions, all other records used to determine Mr. Morgason's claim.

b) A list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating claimant's claim.

c) A complete copy of any and all evaluations, peer reviews, vocational reviews, medical reviews and all reports issued as a result of any evaluations and/or reviews.

Please provide the requested information on a CD, thumb drive, or by e-mail (imari@marcwhitehead.com, melissa@marcwhitehead.com), if possible. Thank you for your assistance.

Regards,

*Marc Whitehead*

Marc Whitehead
Attorney at Law

Marc Whitehead, Esq.
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

J. Anthony Vessel, Esq.
*Partner | Mediator*

Britney McDonald, Esq.
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Selina Valdez, Esq.
*Managing Attorney | Veterans Disability*

Marla Briscoe, Esq.
*Managing Attorney | Mass Torts*

Erin Svetlik, Esq.
*Jr. Managing Attorney*

Diana Berry, Esq.
*Chief Operating Officer*

April 25, 2025

via fax 1 (800) 423-2765

Lincoln
ATTN: Amber C.

| | | |
|---|---|---|
| Re: | Claimant: | Michael Morgason |
| | Claim Number: | 1210046281 |
| | Policy Number: | 00001025317200000 |
| | Policyholder: | Texarkana Independent School District |

Ms. Amber:

By letter dated April 11, 2025, The Lincoln National Life Insurance Company ("Lincoln") notified this firm of information it expressed intent to use in the disposition of Mr. Morgason's claim. That information is comprised of a medical report addendum authored by Dr. Howard Grattan, physiatrist. Lincoln further afforded this firm the opportunity to confront Dr. Grattan's report before Lincoln renders a decision to approve or disapprove of Mr. Morgason's claim on appeal, of which we avail ourselves with this letter.

Lincoln failed to provide this firm with the opportunity to review and respond to Dr. Grattan's original report generated when initially reviewing Mr. Morgason's medical documentation. Lincoln's April 11, 2025, correspondence only includes a report addendum dated April 7, 2025. If additional reporting exists, this firm requests the opportunity to respond to such prior to Lincoln's issuing a determination on Mr. Morgason's claim.

**Dr. Grattan's Credibility is Compromised Due to Habitual Reviewing**

See *Miller v. PNC Fin. Servs. Grp., Inc.*, 278 F. Supp. 3d 1333, 1344 (S.D. Fla. 2017):

> "*In short, **Dr. Grattan** and Dr. Hoenig **ignored Plaintiff's evidence** contrary to their conclusions and showed no sign of substantively addressing such evidence*."
>
> "*Accordingly, based on the evidence before the administrator at the time it made its decision, **the Court would not have relied on Dr. Grattan's** and*

> *Dr. Hoenig's* ***reports*** *as Liberty did to evaluate Plaintiff's evidence for her claim*."

**Dr. Grattan Performs Habitual File-Reviews on Behalf of Insurance Companies**

Dr. Grattan is a member of SEAK medical file review consultants. Dr. Grattan is noted to have performed over 20 file reviews.[1]

Included within the physician curriculum provided by SEAK, is:

> "*An explanation of the structure of the* ***multi-billion dollar file review industry*** *and the* ***significant opportunities*** *for physicians within this industry*."

> "*A practical discussion of how to obtain high quality work,* ***what insurance companies are*** *really* ***looking for****, and making yourself desirable will be led by the faculty*." Emphasis added.

SEAK 'faculty member', (i.e., physician having contributed to the development of aforementioned curriculum), is described as having "*extensive file review experience as a result of developing* ***relationships with*** *independent review organizations and* ***big insurance companies***."[2] Emphasis added.

Within video entitled 'Disability Reviews for Physicians – Diagnosis Does Not Equal Disability':

> "*You can't say that an individual is disabled, or that he, or that he or she can't work*."[3]

See *Kurth v. Hartford Life and Accident Ins. Co.,* 845 F.Supp.2d 1087, 1096 (C.D.Cal.2012) (describing the incentive in the context of insurers and vendor's reviewing physicians to reach results favorable to the insurer to maintain the business relationship).

See *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 832, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003) (citing with approval the lower court's observation that "physicians repeatedly retained by benefits plans may have an incentive to make a finding of 'not disabled' in order to save their employers money and to preserve their own consulting arrangements")

Lincoln has retained Dr. Grattan to contribute to the presumably forthcoming denial of Mr. Morgason's claim. In doing so, Lincoln has demonstrated a failure to provide Mr. Morgason's claim a good-faith based review.

---

[1] https://www.imenet.com/members/15726-howard-grattan
[2] https://seak-streaming-content.teachable.com/p/how-to-start-build-and-run-a-successful-disability-and-file-review-practice
[3] https://seak-streaming-content.teachable.com/p/how-to-start-build-and-run-a-successful-disability-and-file-review-practice

**Dr. Grattan's Concession to Mr. Morgason's Disability Only During a his Post-Operative Recovery is Unreasonable**

Dr. Grattan:

> *"However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time."*

Mr. Morgason has submitted a plethora of medical evidence demonstrative of his disability (i.e., medical records depictive of his symptoms being of such a severity that yet another surgical intervention was deemed necessary by treating physicians). Dr. Grattan's dismissal of all evidence generated prior to Mr. Morgason's undergoing surgery is another demonstration of his conflict of interest negatively impacting the resolution of Mr. Morgason's claim. The evidence is clear – Mr. Morgason is incapable of performing even sedentary work due to continued severe pain, diminished range of motion, weakness, an inability to sit for prolonged periods of time, and a diminished ability to concentrate secondary to severe pain.

Dr. Grattan's willingness to concede to Mr. Morgason's disability only in instances that he is recovering from significant surgical intervention demonstrates his inability to meaningfully consider the entirety of Mr. Morgason's medical evidence. As such, Dr. Grattan is incapable of providing Mr. Morgason's appeal a "good-faith" based review on appeal.

**Dr. Grattan's Reporting is Deceptive**

Dr. Grattan:

> *"The additional information provided does not change my opinion on the restrictions listed in my original report form 05/19/24 through 02/12/25. There are no new medical records provided during those dates."*

Dr. Grattan's assertion is deceptive in that it insinuates that Mr. Morgason received medical care during a nearly 9 month period. This insinuation is incorrect and is contradicted by the administrative record. Please see again the medical evidence submitted alongside appeal brief dated December 26, 2024, and submissions thereafter dated January 10, 2025, and March 25, 2025.

In concluding our response, we must urge Lincoln to acknowledge the inaccuracies, unsupported statements, and unreasonable medical conclusions of its reviewer's report. Mr. Morgason has remained continuously disabled through the relevant time period.

Sincerely,

Marc S. Whitehead
Attorney at Law

cc: Mr. Michael Morgason

js/MSW

Bowen Hefley

# MORGASON, MICHAEL

Visit Note - April 7, 2025

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 1866996 | Male | | 1866996 |

## Alerts
**Allergy to adhesive and allergy to latex.**
No rheumatoid arthritis, no defibrillator, no blood thinners, and no pacemaker.

## Allergies
Reviewed April 7, 2025.
No known drug allergies

## Medical History
Obtained and Reviewed April 7, 2025.
None

## Musculoskeletal History
Obtained and Reviewed April 7, 2025.
Carpal tunnel syndrome
Left handed

## Musculoskeletal Family History
Diabetes
Hypertension
Osteoporosis

## Musculoskeletal Surgery
Arthroplasty of the carpometacarpal joint of the thumb
Decompression of median nerve
Other

## Surgical History
Obtained and Reviewed April 7, 2025.
Other

## Social History
Obtained and Reviewed April 7, 2025.
Single Question Alcohol Screening: 0 days
EtOH none
Smoking status - Current every day smoker

## ROS
Provider reviewed on Apr 07, 2025.

A focused review of systems was performed including Integumentary, Musculoskeletal, and Neurological and was notable for numbness and tingling.

No Joint Pains, No Joint Swelling, No Joint Stiffness, And No Unsteady Gait.

## Historical Summary:
K: Mark is here in follow-up of right total hip he is 7-1/2 weeks out. He lets me know he was doing great after surgery for the first 4 weeks or so but over the last 3 weeks he has had an acute onset of severe pain that begins in his right buttock and radiates all the way down to his foot he cannot lay on his back this really exacerbates his symptoms. He does remind me that he fell in the hospital a lot going to the bathroom x-rays were performed and negative. And he had no pain for the first few weeks.

1. Right total hip arthroplasty February 13, 2025 stable

2. History of lumbar/sacrum surgery April 10, 2024 in Dallas for debridement of Tarlov cyst.

## Vitals:

| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/25 08:33 | Smith, Madlynn | | | | | | 70.0 in | 165.0 lbs | 23.7 | 1.9 |
| | FiO2 | | | | | | | | | |

* Patient Reported

## Exam:

**Exam**

Within normal parameters.

Good passive range of motion right hip. Leg lengths for the left to be a couple millimeters short. Hip flexion abduction strength intact. Incision is benign with very mild seroma. No erythema edema ecchymosis. Nontender to palpation greater trochanter. Positive straight leg raise. Good dorsi plantarflexion.

## Data Reviewed:
1 Ordering of each unique test (Order MRI - Spine (Spine - Lumbar MRI WO contrast (CPT: 72148)))

## Impression/Plan:
1. **Post-op Hip Total Hip Arthroplasty, Right**
   **Presence of right artificial hip joint (Z96.641)**
   Pain Intensity: 7.0 - 7/10 Pain

   **Plan: Additional Notes.**
   Patient Specific Notes: Obtain MRI of lumbar spine to evaluate for nerve compression or stenosis.
   Diclofenac 75 twice daily as needed
   He will follow-up with the MRI and we will discuss treatment plan
   Let him know I feel like his right total hip arthroplasty is stable

   **Plan: Prescription.**
   **diclofenac sodium 75 mg tablet,delayed release** PO
   **Sig:** Take 1 tablet orally every 12 hours.
   **Quantity:** 60 Tablet **Refills:** 2 **Earliest fill date:** April 07, 2025

2. **Intervertebral Disc Degeneration, Lumbar**
   **Other intervertebral disc degeneration, lumbar region with discogenic back pain only (M51.360)**
   Pain Intensity: 8.0 - 8/10 Pain

   **Plan: Order MRI - Spine.**
   Protocol - Lumbar: Spine - Lumbar MRI WO contrast (CPT: 72148)
   Other Protocol: Rule out stenosis or nerve compression. Obtain MRI at Arkansas surgical hospital or Bowen Heffley North
   Indication: Intervertebral Disc Degeneration, Lumbar - M51.360

Provider: Kenneth Weaver
Perform at: Pending
Priority: normal

3. **Overweight**
   **Overweight (E66.3)**

   **Plan: Counseling - Overweight Counseling.**
   Please refer to the education handout for detailed counseling.

## MIPS

1. **MIPS**
   **Plan: MIPS Quality.**

   Quality 128 (Preventive Care and Screening: Body Mass Index (BMI) Screening and Follow-Up Plan): BMI is documented above normal parameters and a follow-up plan is documented

**Follow up. Other Instructions: Follow-up with MRI lumbar spine**

**Staff:**

Kenneth Weaver (Primary Provider)

Madlynn Smith

Bowen, Scott (Bill Under)

Electronically Signed By: Kenneth Weaver, 04/07/2025 08:49 AM CDT

Bowen Hefley

# MORGASON, MICHAEL

Visit Note - April 15, 2025

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 1866996 | Male | | 1866996 |

## Alerts
**Allergy to adhesive and allergy to latex.**
No rheumatoid arthritis, no defibrillator, no blood thinners, and no pacemaker.

## Allergies
Reviewed April 15, 2025.
No known drug allergies

## Medications
Obtained and Reviewed April 15, 2025.
diclofenac sodium 75 mg Oral - Dose: 1 Tablet tablet, delayed release (enteric coated) Frequency: Every 12 hours

## Medical History
Reviewed and no changes noted April 15, 2025.
None

## Musculoskeletal History
Reviewed and no changes noted April 15, 2025.
Carpal tunnel syndrome
Left handed

## Musculoskeletal Family History
Diabetes
Hypertension
Osteoporosis

## Musculoskeletal Surgery
Arthroplasty of the carpometacarpal joint of the thumb
Decompression of median nerve
Other

## Surgical History
Reviewed and no changes noted April 15, 2025.
Other

## Social History
Reviewed and no changes noted April 15, 2025.
Single Question Alcohol Screening: 0 days
EtOH none
Smoking status - Current every day smoker

## Chief Complaints:
1. F/U Post-op Hip Total Hip Arthroplasty, Right evaluated on April 7, 2025

## HPI: This is a 54 year old male who:
1. is following up for Post-op Hip Total Hip Arthroplasty. He was seen on April 7, 2025, at which time he was prescribed Diclofenac sodium 75 mg tablet,delayed release Every 12 hours (Take 1 tablet orally every 12 hours.). Pain Intensity: 7.0 - 7/10 Pain.

   The patient presents for mri results.

K: Michael is here today he is 8 weeks status post right total hip arthroplasty on his last visit I ordered an MRI of his lumbar spine due to right buttock pain with radicular symptoms to calf he is here for those results. He does let me know his symptoms have improved somewhat. He denies any significant groin pain. Afebrile no injuries.

1. Right total hip arthroplasty February 13, 2025 doing well

2. History of lumbar sacral surgery April 10, 2024 in Dallas

## Historical Summary:
K: Mark is here in follow-up of right total hip he is 7-1/2 weeks out. He lets me know he was doing great after surgery for the first 4 weeks or so but over the last 3 weeks he has had an acute onset of severe pain that begins in his right buttock and radiates all the way down to his foot he cannot lay on his back this really exacerbates his symptoms. He does remind me that he fell in the hospital a lot going to the bathroom x-rays were performed and negative. And he had no pain for the first few weeks.

1. Right total hip arthroplasty February 13, 2025 stable

2. History of lumbar/sacrum surgery April 10, 2024 in Dallas for debridement of Tarlov cyst.

## Vitals:

| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/25 13:17 | Smith, Madlynn | | | | | | 70.0 in | 165.0 lbs | 23.7 | 1.9 |
| | FiO2 | | | | | | | | | |

* Patient Reported

## Exam:

**Exam**

Within normal parameters.

Exam right hip good passive motion no groin pain hip flexion abduction strength intact mildly tender to palpation greater trochanter.

Positive straight leg raise normal spinal alignment no step-offs or deformities good dorsi plantarflexion.

## Impression/Plan:
1. **Post-op Hip Total Hip Arthroplasty, Right**
   **Presence of right artificial hip joint (Z96.641)**
   Pain Intensity: 3.0 - 3/10 Pain

   **Plan: Additional Notes.**
   Patient Specific Notes: Outpatient physical therapy for lumbar protocol and hip girdle strengthening.
   Medrol Dosepak
   He will stop NSAIDs while on steroids resume after
   He will follow-up 2 months we will get x-rays and check his progress

**Plan: Set Global Period.**
Surgery Performed:
Surgery Date: 03/13/2025
Remaining Global Period: 90 days
Surgeon: Hefley

**2. Intervertebral Disc Degeneration, Lumbar**
**Other intervertebral disc degeneration, lumbar region with discogenic back pain only (M51.360)**
located on the lumbar spine.
Pain Intensity: 4.0 - 4/10 Pain

**Plan: Prescription.**
**Medrol (Pak) 4 mg tablets in a dose pack** PO
**Sig:** as directed
**Quantity:** 1 Blister **Earliest fill date:** April 15, 2025

**Plan: PT Rx - Lumbar Spine.**
Indication: Intervertebral Disc Degeneration, Lumbar - lumbar spine - M51.360
Protocol: evaluate and treat per diagnosis/objective exam
Recommend frequency of 3 times per week for 6 weeks
- Therapeutic Exercises: All exercises prn per therapist.
- Manual Therapy: All manual therapy prn per therapist.
- Modalities: All modalities prn per therapist.
Additional Treatment Instructions: Lumbar protocol. Hip girdle strengthening right total hip arthroplasty February 13, 2025

Provider: Kenneth Weaver
Priority: normal

**Follow up in 2 months**

**Staff:**

Kenneth Weaver (Primary Provider)

Madlynn Smith

Bowen, Scott (Bill Under)

Post-op Hip Total Hip Arthroplasty, Right: .

Plan: Additional Notes and Set Global Period.

Intervertebral Disc Degeneration, Lumbar: located on the lumbar spine.

Plan: Prescription and PT Rx - Lumbar Spine.

Electronically Signed By: Kenneth Weaver, 04/18/2025 04:08 PM CDT

Patient seen and examined by Kenneth Weaver, PA-C under the supervision of W Scott Bowen, MD. All records reviewed including notes and x-rays as well as treatment plan.

Bowen Hefley

# MORGASON, MICHAEL

Visit Note - April 15, 2025

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 1866996 | Male | | 1866996 |

Post-op Hip Total Hip Arthroplasty, Right: .

Plan: Additional Notes and Set Global Period.

Intervertebral Disc Degeneration, Lumbar: located on the lumbar spine.

Plan: Prescription and PT Rx - Lumbar Spine.

Electronically Signed By: Scott Bowen, 04/24/2025 08:33 AM CDT

**Patient Name:** Morgason, Michael
**MRN:** 1866996_ASRP
**Study Description:** l-spine^routine
**Study Date:** 20250415

Bowen Hefley Orthopedics

4300 Landers Road
North Little Rock, AR 72117

**Morgason, Michael**
MRN: 1866996_ASRP DOB: Sex: Male
Study Date: 2025-04-15 Referring Physician: WHEFLEY

l-spine, routine
MRI Lumbar Spine w/o IV Contrast

Indication: Low back pain, right leg pain

Comparison: None

Technique: Multiplanar multisequence MRI images of the lumbar spine without intravenous gadolinium.

Findings: Straightening of normal lumbar lordosis. No vertebral body compression fracture or subluxation. Mild degenerative disc disease at multiple levels. No canal stenosis. Aorta is not aneurysmal. Posterior soft tissues are normal. Spinous processes are normal.

L5/S1: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No neuroforaminal narrowing.

L4/L5: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No foraminal narrowing.

L3/L4: No disc bulge. Mild facet hypertrophy. No central canal stenosis or foraminal narrowing.

L2/L3: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No foraminal narrowing.

L1/L2: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No foraminal narrowing.

Impression: Mild multilevel degenerative disc disease. No canal stenosis or significant foraminal narrowing. No vertebral body compression fracture or subluxation. Straightening of normal lumbar lordosis.

Elcetronically Signed By: Drew Sessions, MD 2025-04-15 13:11:17

REF #29370927

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 22, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

We are writing to advise we are approving your 30 day extension request. Your new deadline is 05/12/2025.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# FAX

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Amber C. | FROM: | Aggie Barbosa |
| FAX: | 1-877-843-3950 | FAX: | +13462992645 |
| PHONE: | | PHONE: | |
| SUBJECT: | Claim No. 1210046281 | DATE: | 2025-04-11 |

COMMENTS:

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advacacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

April 11, 2025

***Via Facsimile: (877) 843-3950***

Amber C.
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re: Claimant: Michael Morgason
Claim No.: 1210046281
Policy No.: 0001025317200000
Policy Holder: Texarkana Independent School District

Dear Ms. C.:

We received your letter, dated April 11, 2025, providing us with information for our review. It is our understanding that you have provided our office until April 25, 2025 to review and provide a written response. To allow our office and our client's physicians time to review the information provided, we request 30 days from the date of this letter to provide a response on behalf of our client.

Please inform our office in writing if you agree to our extension request or your objections in writing to fax number (346) 299-2645. I look forward to hearing from you soon.

Sincerely,

*Aggie Barbosa*

Aggie Barbosa
Administrative Paralegal Manager

Date: Fri Apr 11 14:15:17 CDT 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
Message-ID: <226213650.3.1744398917460@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 11, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, the additional information you submitted was referred to the reviewing physician for an addendum. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

As you can see per the addendum review the previous restrictions and limitations remain the same. The physician did take note of Mr Morgason's surgery that he had 02/13/2025 and felt that would require time off for him to recover however from the last date he was paid, 05/19/2024, to his surgery date, 02/13/2025, he would have been physically able to perform a full-time sedentary occupation and therefore would not qualify for benefits for that recovery period.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 14 days.

The 14-day period will expire on 04/25/2025. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by EOD 04/25/2025 then we will render a decision based on the information currently in the file.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.
Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 04/07/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 03/31/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2502663 | | |

**Questions:**

**Thank you for your report regarding the LTD claim for Michael Morgason. After reviewing your report, we are requesting an addendum due to the attorney submitting additional medical records.**

**1. Please review additional information received and advise if this new information would change your previous review results.**

The additional information provided does not change my opinion on the restrictions listed in my original report from 05/19/24 through 02/12/25. There are no new medical records provided during those dates.

However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time.

**2. Please provide any restrictions or limitations for Mr. Morgason from 05/19/2024 forward with max hours per day and days per week.**

From a Physical Medicine and Rehabilitation perspective, restrictions from 05/19/24-02/12/25 are as follows:

Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort.
Standing: 10 minutes at a time up to 2 hours per day
Walking: 10 minutes at a time up to 2 hours per day
Walking on uneven ground: Never
Climbing Ladders: Never
Operating Heavy Equipment: Never
Balancing: Never
Crawling: Never
Bending at the waist: occasionally (up to 33% of the time)
Stooping: occasionally (up to 33% of the time)
Kneeling: occasionally (up to 33% of the time)
Crouching: occasionally (up to 33% of the time)
Climbing Regular Stairs: occasionally (up to 33% of the time)
Reaching Overhead: Unrestricted
Reaching Desk Level: Unrestricted
Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
Handle, Finger and Feel: Unrestricted
Simple/Firm grasping: Unrestricted
Operate foot controls: Unrestricted

No other activity restrictions are supported.

From 02/13/25 to the current time and ongoing, the claimant would be limited to activities of daily living only as he is recovering from right total hip arthroplasty. Reassessment of his ability to resume working with restrictions would be appropriate on approximately 05/13/25, when he will be three months out from surgery.

**Medical Records:**

Unknown Medical Report Visit/Note
W. Scott Bowen, Md, William F. Hefley Jr, Md Procedure/Operative Report
Unknown Medical Correspondence 06/21/2022, 03/25/2025
Arkansas Surgical Hospital Lab and Diagnostic Results 02/12/2025
William Hefley, MD Medical Report Visit/Note 02/13/2025
William Hefley, MD Procedure/Operative Report 02/13/2025
John Wright, MD Procedure/Operative Report 02/13/2025
Logan Benoist, MD X-ray (Radiography) 02/13/2025
Wischelle Williams, APRN Medical Report Visit/Note 02/18/2025
Marc Whitehead & Associates Attorney At Law Llp Appeals 03/25/2025
Michael Morgason Appeals 03/25/2025

**Summary:**

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

This claimant is a 54-year-old male. He is left-hand dominant and has been diagnosed with osteoarthritis of the right CMC joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome. The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/24. The claimant also has a history for trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/21. Most recently, the claimant underwent right total hip arthroplasty on 02/13/25.

On 02/13/25, an operative report indicates the claimant underwent right total hip arthroplasty.

On 02/13/25, an x-ray of the right hip reveals stable postoperative changes.

On 02/13/25, an x-ray of the right knee reveals a small knee joint effusion. There is no acute fracture or dislocation.

On 02/14/25, Discharge Instructions are reviewed. The claimant was admitted the day before and underwent right total hip arthroplasty. He requires a rolling walker.

On 03/25/25, a letter from the claimant's attorney states that additional records are being provided.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that

is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Physical Medicine and Rehabilitation
OR#MD152830

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 04/07/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 03/31/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2502663 | | |

**Questions:**

**Thank you for your report regarding the LTD claim for Michael Morgason. After reviewing your report, we are requesting an addendum due to the attorney submitting additional medical records.**

**1. Please review additional information received and advise if this new information would change your previous review results.**

The additional information provided does not change my opinion on the restrictions listed in my original report from 05/19/24 through 02/12/25. There are no new medical records provided during those dates.

However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time.

**2. Please provide any restrictions or limitations for Mr. Morgason from 05/19/2024 forward with max hours per day and days per week.**

From a Physical Medicine and Rehabilitation perspective, restrictions from 05/19/24-02/12/25 are as follows:

Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort.
Standing: 10 minutes at a time up to 2 hours per day
Walking: 10 minutes at a time up to 2 hours per day
Walking on uneven ground: Never
Climbing Ladders: Never
Operating Heavy Equipment: Never
Balancing: Never
Crawling: Never
Bending at the waist: occasionally (up to 33% of the time)
Stooping: occasionally (up to 33% of the time)
Kneeling: occasionally (up to 33% of the time)
Crouching: occasionally (up to 33% of the time)
Climbing Regular Stairs: occasionally (up to 33% of the time)
Reaching Overhead: Unrestricted
Reaching Desk Level: Unrestricted
Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
Handle, Finger and Feel: Unrestricted
Simple/Firm grasping: Unrestricted
Operate foot controls: Unrestricted

No other activity restrictions are supported.

From 02/13/25 to the current time and ongoing, the claimant would be limited to activities of daily living only as he is recovering from right total hip arthroplasty. Reassessment of his ability to resume working with restrictions would be appropriate on approximately 05/13/25, when he will be three months out from surgery.

**Medical Records:**

Unknown Medical Report Visit/Note
W. Scott Bowen, Md, William F. Hefley Jr, Md Procedure/Operative Report
Unknown Medical Correspondence 06/21/2022, 03/25/2025
Arkansas Surgical Hospital Lab and Diagnostic Results 02/12/2025
William Hefley, MD Medical Report Visit/Note 02/13/2025
William Hefley, MD Procedure/Operative Report 02/13/2025
John Wright, MD Procedure/Operative Report 02/13/2025
Logan Benoist, MD X-ray (Radiography) 02/13/2025
Wischelle Williams, APRN Medical Report Visit/Note 02/18/2025
Marc Whitehead & Associates Attorney At Law Llp Appeals 03/25/2025
Michael Morgason Appeals 03/25/2025

**Summary:**

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

This claimant is a 54-year-old male. He is left-hand dominant and has been diagnosed with osteoarthritis of the right CMC joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome. The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/24. The claimant also has a history for trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/21. Most recently, the claimant underwent right total hip arthroplasty on 02/13/25.

On 02/13/25, an operative report indicates the claimant underwent right total hip arthroplasty.

On 02/13/25, an x-ray of the right hip reveals stable postoperative changes.

On 02/13/25, an x-ray of the right knee reveals a small knee joint effusion. There is no acute fracture or dislocation.

On 02/14/25, Discharge Instructions are reviewed. The claimant was admitted the day before and underwent right total hip arthroplasty. He requires a rolling walker.

On 03/25/25, a letter from the claimant's attorney states that additional records are being provided.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that

is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Physical Medicine and Rehabilitation
OR#MD152830

# Continuity of Care Document

| | |
|---|---|
| Patient | MICHAEL MORGASON |
| Date of birth | |
| Sex | Male |
| Race | White |
| Ethnicity | Not Hispanic or Latino |
| Contact info | Primary Home:<br><br>Tel (Home): + |
| Patient IDs | 136930 2.16.840.1.113883.3.1579.777268494848.6.200<br>554643 2.16.840.1.113883.3.1579.777268494848.6.300 |
| Language | (Preferred) English |
| Document Id | 2308395 2.16.840.1.113883.3.1579.777268494848.6.100 |
| Document Created: | February 20, 2025, 00:16:41 +0000 |
| Care provision | RIGHT HIP from February 13, 2025, 11:52:00 +0000 to February 20, 2025, 00:16:41 +0000 |
| Performer (admitting physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (primary surgeon) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (attending physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Author | MEDHOST |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): (501)748-8000 |
| Encounter Id | 554643 2.16.840.1.113883.3.1579.777268494848.6.300 |

MM.LIN.1529

| | |
|---|---|
| Encounter Type | Outpatient Encounter |
| Encounter Date | From February 13, 2025, 11:52:00 +0000 to February 14, 2025, 20:40:00 +0000 |
| Encounter Location | Outpatient facility |
| Responsible party | WILLIAM HEFLEY, JR<br>of ARKANSAS SURGICAL HOSPITAL |
| Contact info | 5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Document maintained by | ARKANSAS SURGICAL HOSPITAL |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): +1(501)748-8000 |

## Table of Contents


- ALLERGIES AND ADVERSE REACTIONS
- ASSESSMENTS
- FAMILY HISTORY
- FUNCTIONAL STATUS
- MENTAL STATUS
- PROBLEMS
- RESULTS
- TREATMENT PLAN
- HOSPITAL COURSE
- IMMUNIZATIONS
- MEDICATIONS
- SOCIAL HISTORY
- VITAL SIGNS
- PROCEDURES
- GOALS
- HEALTH CONCERNS
- MEDICAL EQUIPMENT
- ENCOUNTERS
- HOSPITAL DISCHARGE INSTRUCTION
- HISTORY AND PHYSICAL NOTE
- CONSULTATION NOTE
- DISCHARGE SUMMARY NOTE
- PROGRESS NOTE
- LABORATORY NARRATIVE NOTE
- PATHOLOGY NARRATIVE NOTE
- IMAGING NARRATIVE NOTE
- CARE TEAM
- NURSE NOTE
- PHYSICIAN NOTE


# ALLERGIES AND ADVERSE REACTIONS

ALLERGIES AND ADVERSE REACTIONS

| Code | System | Allergy Substance | Adverse Reaction Date | Reaction (Severity) | Comment | Status | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|
| 7984 | RXNorm | PENICILLIN | | Rash<br>Adverse reaction to substance | itching | active | PATIENT | ARKPPC on February 7, 2025 3:40:18 PM UTC |
| | | LATEX | | Rash | | active | PATIENT ALLERGY SOURCE | ARKMSJ2 on February 13, 2025 1:12:10 PM UTC |

# ASSESSMENTS

Pain of right hip joint ;

# FAMILY HISTORY

### FAMILY HISTORY

No Family History Information Available

# FUNCTIONAL STATUS

### FUNCTIONAL STATUS

Functional Status information is not available.

# MENTAL STATUS

### MENTAL STATUS

Mental Status information is not available.

# PROBLEMS

### PATIENT PROBLEMS

| Code | Description/Comments | Category | Status | Updated By |
|---|---|---|---|---|
| 316921000119102 | Pain of right hip joint | | active | ARKNJB2 on February 13, 2025 12:39:48 PM UTC |

# RESULTS

Patient: MORGASON MICHAEL

Date of birth

Medical Record Number: 136930

## LABORATORY RESULTS

ORDER 200: HEMOGLOBIN (LOINC: 4546-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 16.5 g/dl | 12.0 g/dl - 18.0 g/dl | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

ORDER 300: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 45.6 % | 36.0 % - 54.0 % | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

ORDER 400: ELECTROLYTE PANEL (LOINC: 55231-5)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2947-0 | Sodium [Moles/volume] in Blood | N | 143 mmol/L | 136 mmol/L - 145 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 6298-4 | Potassium [Moles/volume] in Blood | N | 4.1 mmol/L | 3.5 mmol/L - 5.1 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 2075-0 | Chloride [Moles/volume] in Serum or Plasma | N | 106 mmol/L | 98 mmol/L - 107 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 19229-4 | Bicarbonate [Moles/volume] in Mixed venous blood | N | 30.5 mEq/L | 21.0 mEq/L - 32.0 mEq/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 500: CREATININE SERUM (LOINC: 2160-0)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

MM.LIN.1533

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2160-0 | Creatinine [Mass/volume] in Serum or Plasma | N | 1.1 mg/dl | 0.6 mg/dl - 1.3 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 66615-6 | Estimated or measured glomerular filtration rate less than 50 percent [- Reported] | N | 74 | | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 600: BUN SERUM (LOINC: 14937-7)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 14937-7 | Urea nitrogen [Moles/volume] in Serum or Plasma | N | 17 mg/dl | 7 mg/dl - 18 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 700: GLUCOSE BLOOD (LOINC: 15074-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 15074-8 | Glucose [Moles/volume] in Blood | H | 110 mg/dl | 74 mg/dl - 106 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 1001: HEMOGLOBIN (LOINC: 4546-

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 13.2 g/dl | 12.0 g/dl - 18.0 g/dl | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

ORDER 1101: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 37.1 % | 36.0 % - 54.0 % | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

## LABORATORY NARRATIVE RESULTS

Information is not available

## RADIOLOGY RESULTS

ORDER 1300: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 8:29:15 AM UTC (TECH: BENOIST LOGAN M)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
------------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001300
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 12:40 PM

COMPARISON: None.

HISTORY: post op

FINDINGS:
There are post surgical changes from right total hip arthroplasty.
Hardware is intact. There is no acute fracture. There is air in the
surrounding soft tissues.

IMPRESSION:
Status post right total hip arthroplasty without acute complication.

Signed by Logan M Benoist, MD 2/13/2025 2:32 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001300

ORDER 1500: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 11:40:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:14:46 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL

MM.LIN.1536

5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
------------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001500
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 5:47 PM

COMPARISON: None.

HISTORY: FALL

FINDINGS:
Right total hip arthroplasty. No acute fracture or loosening. Soft tissue edema and emphysema.

IMPRESSION:
Right total hip arthroplasty. No acute fracture or loosening.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001500

ORDER 1700: XR KNEE 1 OR 2 VIEWS RIGHT (LOINC: 47375-1)
ORDER DATE: February 14, 2025 1:46:00 AM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:42:54 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
------------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001700
MRN:136930
DOB
STUDY DATE:2025-02-13
STUDY DESC:XR KNEE 1 OR 2 VIEWS RIGHT
PROCEDURE: Two view right knee

DATE: 2/13/2025 8:10 PM

COMPARISON: None.

HISTORY: fall

FINDINGS:
There is anatomic alignment of the right knee. Negative for acute fracture or dislocation. Small knee joint effusion.

IMPRESSION:
1. No acute fracture or dislocation.
2. Small knee joint effusion.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001700

### PATHOLOGY NARRATIVE RESULTS

Information is not available

### MICROBIOLOGY RESULTS

No Micro Labs/Results Exist for Patient

### BLOOD ADMIN RESULTS

Information is not available

# TREATMENT PLAN

DISCHARGE MEDICATIONS

| Status | RXNORM | Medication | Dose | Route | Frequency | Dates | Comments | Updated By |
|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | GABAPENTIN 600 MG | 600 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | BACLOFEN 10 MG | 10 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | ATORVASTATIN 40 MG *NF* | 40 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

PATIENT OPEN ORDERS

| Code | System | Description | Frequency | Occurrences | Priority | Start Date | Ordering Physician | Updated By |
|---|---|---|---|---|---|---|---|---|
| PT ORDER | MEDHOST | PHYSICAL THERAPY EVAL/TREAT | DAILY | 0 | Routine | February 13, 2025 1:04:00 PM UTC | JENKINS GRACE JONES | ARKGJJ on February 13, 2025 1:06:00 PM UTC |

SCHEDULED PROCEDURES

| Code | System | Description | Status | Scheduled Date | Updated By |
|---|---|---|---|---|---|
| Patient scheduled procedure information is not available. | | | | | |

# HOSPITAL COURSE

### HOSPITAL COURSE

Information is not available

# IMMUNIZATIONS

### PATIENT IMMUNIZATIONS

| Code | System | Vaccine Name | Consent | Reactions | Comments | Administered By | Route | Site | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| Information is not available | | | | | | | | | |

# MEDICATIONS

### HOME MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | CAA | ARKPAB on February 14, 2025 2:02:39 PM UTC |
| Active | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | | CAA | ARKPAB on February 14, 2025 2:02:27 PM UTC |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | CAA | ARKPAB on February 14, 2025 2:02:32 PM UTC |

DISCHARGE MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

INPATIENT MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 11:00:00 AM UTC End: February 13, 2025 11:00:00 AM UTC | | HEFLEY JR WILLIAM F | ARKPPC on February 7, 2025 3:40:00 PM UTC |
| Discontinued | 847630 | 00338011704 | LACTATED RINGERS SOLN | 1000.0 ML | INTRAVENOUS | CONT | 25.0 ML/HR | Start: February 13, 2025 11:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | WRIGHT JOHN WILLIAM | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 100.0 | INTRAVENOUS | PRE-OP | | Start: | | HEFLEY JR | ARKNJB2 on |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | MEDICATION X 1 DOSE ONLY | | February 13, 2025 12:48:00 PM UTC End: February 13, 2025 1:06:18 PM UTC | | WILLIAM F | February 13, 2025 1:06:00 PM UTC |
| Discontinued | | 00904693186 | POLYETHYLENE GLYCOL PACK 17 GM PACK | 1.0 PKT | ORAL | DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1115005 | 63739047802 | DOCUSATE SODIUM 100 MG CAPS | 100.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143976275 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 11:04:00 PM UTC End: February 13, 2025 11:04:00 PM UTC | | JENKINS GRACE JONES | ARKMEM4 on February 13, 2025 10:12:00 PM UTC |
| Discontinued | 198335 | 42292002808 | SULFAMETHOX-TRIMETH DS 800-160 MG TABS | 1.0 TAB | ORAL | TWICE DAILY | | Start: February 14, 2025 12:16:37 AM UTC End: February | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14, 2025 17:16:37 AM UTC | | | |
| Discontinued | | 66553000201 | Aspirin 81 MG CHEWABLE TAB CHEW | 81.0 MG | ORAL | GIVE AT 2100 | | Start: February 14, 2025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 310273 | 00904719361 | FAMOTIDINE 20 MG TABS | 20.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 311277 | 00904666245 | LANSOPRAZOLE 30 MG CPDR | 30.0 MG | ORAL | GIVE AT 0630 DAILY | | Start: February 14. 7075 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 7075 4:30:00 AM UTC |
| Discontinued | 1807639 | 00338004904 | SODIUM CHLORIDE 0.9% IV SOLN % 1000 ML SOLN | 1000.0 ML | INTRAVENOUS | CONT | 50.0 ML/HR | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 854876 | 00904608261 | ZOLPIDEM 5 MG TABS | 5.0 MG | ORAL | AT BEDTIME AS NEEDED FOR | | Start: February | | JENKINS GRACE | RX0P23 on February 15, |

MM.LIN.1542

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SLEEP | | 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JONES | 2025 4:30:00 AM UTC |
| Discontinued | | 00121176230 | ALUM & MAG + SIMETHICONE 30 ML CUP LIQD | 30.0 ML | ORAL | 4 TIMES A DAY AS NEEDED FOR INDIGESTION | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 104894 | 68462015713 | ONDANSETRON 4 MG ORALLY DISINTEGRATING TBDP | 4.0 MG | ORAL | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049630 | 68094001861 | DIPHENHYDRAMINE HCL 25 MG TABS | 25.0 MG | ORAL | EVERY 6 HOURS PRN ITCHING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

MM.LIN.1543

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 12:16:37 AM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 8:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1101849 | 78112001103 | PHENOL ORAL SPRAY (CHERRY) 1.4% 117 ML LIQD | 1.0 SPY | ORAL | AS NEEDED FOR SORE THROAT | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | Q6H | | Start: February 13, 2025 6:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 835603 | 00904749661 | TRAMADOL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN MILD PAIN. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 |

MM.LIN.1544

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | | AM UTC |
| Discontinued | 854142 | 24510005010 | TAPENTADOL HCL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 5.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 10.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:21 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

MM.LIN.1545

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:17 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:19 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 1.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:14:20 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:14:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:12 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.1 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 3:13:14 PM UTC | | | |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:09 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 1000.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:06 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/MI -4 MI SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/ML -4 ML SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1548

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml SOLN | 2.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml | 2.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: | | WRIGHT | ARKLAF2 on |

MM.LIN.1549

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SOLN | | | | | February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | JOHN WILLIAM | February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1550

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February 13. 7025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 7025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13. 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February | | WRIGHT JOHN | ARKLAF2 on February 13, |

MM.LIN.1551

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WILLIAM | 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1552

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6:16:51 PM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 7:04:00 PM UTC End: February 13, 7025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | | PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1554

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1555

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 6:16:46 PM UTC | | | |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 310433 | 00904682361 | GABAPENTIN 600 MG TABS | 600.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 197391 | 00172409660 | BACLOFEN 10 MG TABS | 10.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* TABS | 40.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 160.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |

MM.LIN.1557

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 14, 2025 4:30:16 AM UTC | | | |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 300.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665682 | 63323016214 | KETOROLAC 60 MG/2ML SOLN | 60.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 | INTRAMUSCULAR | INTRA-OPERATIVE | | Start: | | HEFLEY JR | RX0P21 on |

MM.LIN.1558

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | X 1 DOSE | | February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | WILLIAM F | February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 60.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 20.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 150.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 80.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |

MM.LIN.1559

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:03:00 PM UTC | | | |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | | ONE DOSE ONLY | | Start: February | | HEFLEY JR WILLIAM F | INTERFACED on February |

MM.LIN.1560

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | | 13, 2025 2:27:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:28:00 PM UTC |
| Discontinued | 1673243 | 00409420801 | MARCAINE/EPINEPHRINE PF 0.5% -1:200000 SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |
| Discontinued | 2178759 | 00409115919 | BUPIVACAINE PF 0.25% 30 ML SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5:04:00 PM UTC | | | |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:49:00 PM UTC |
| Discontinued | 1798389 | 63739095325 | HEPARIN (PORK) 5000 UNITS /ML -1ML SOLN | 5000.0 UNT | | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | | XXXXXX0131 | ROCURONIUM SYRINGE 10 MG/ML PR | 50.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:33:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1808224 | 43598026520 | PROPOFOL 200 MG/20ML EMUL | 200.0 MG | INTRAVENOUS | ONE DOSE ONLY | 8.333 MG/HR | Start: February 13, 2025 | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 |

MM.LIN.1562

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 8:34:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | | PM UTC |
| Discontinued | | 42023026905 | PREVDUO 3-0.6 MG/3ML SOSY | 3.0 ML | INTRAVENOUS | ONE DOSE ONLY | 0.125 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | | XXXXXXX0113 | SUCCINYLCHOLINE SYR 200 MG/10M | 200.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1737761 | 63323020805 | LIDOCAINE HCL (CARDIAC) PF 100 | 5.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | 0.208 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1812079 | 70069002101 | DEXAMETHASONE SOD PHOSPHATE PF | 10.0 MG | INTRAVENOUS | ONE DOSE ONLY | 0.417 MG/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |

MM.LIN.1563

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 14, 2025 12:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | ONE UNSCHEDULED | | Start: February 14, 2025 4:55:00 AM UTC End: February 14, 2025 5:22:10 AM UTC | | REEDER BLAKELY SCOTT | ARKCLH on February 14, 2025 5:22:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 14, 2025 10:30:00 AM UTC End: February 14, 2025 10:30:00 AM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 14, 2025 7:25:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | TWICE DAILY | | Start: February 14, 2025 3:33:00 PM UTC End: February 14, 2025 8:40:00 PM UTC | | SIRAK BRIAN L | RX0P23 on February 15, 2025 4:30:00 AM UTC |

## SOCIAL HISTORY

SOCIAL HISTORY

| SNOMED-CT | Social History Element | Description | Effective Dates | Offered Cessation | Comment | UpdatedBy |
|---|---|---|---|---|---|---|
| 266927001 | Smoking Status | Unknown If Ever Smoked | | | | |

SOCIAL HISTORY - Birth Gender

Birth Sex: Male

SOCIAL HISTORY - Pregnancy Status

Pregnant: Pregnancy status information is not available

Pregnancy Intention in Next Year: Pregnancy intention information is not available

SOCIAL HISTORY - Sexual Behavior

| Sexual Orientation | | Gender Identity | | | | | |
|---|---|---|---|---|---|---|---|
| SNOMED-CT | Description | SNOMED-CT | Description | Activity Level | No of Partners | Partner Type | UpdatedBy |

Information is not available

# VITAL SIGNS

PATIENT VITAL SIGNS

This section displays the most recent value for each vital sign as of February 20, 2025 12:16:41 AM UTC

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 8302-2 | Body height | February 13, 2025 12:39:13 PM UTC | 177.8 cm (70.0 in) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 39156-5 | Body mass index (BMI) [Ratio] | February 13, 2025 12:39:13 PM UTC | 23.099 kg/m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 3140-1 | Body Surface Area Derived From Formula | February 13, 2025 12:39:13 PM UTC | 1.9035 m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8310-5 | Body temperature | February 14, 2025 8:40:00 PM UTC | 98.0 [degF] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 29463-7 | Body weight Measured | February 13, 2025 12:39:13 PM UTC | 73.028 kg (161.0 lb) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8462-4 | Diastolic blood pressure | February 14, 2025 8:40:00 PM UTC | 63.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8867-4 | Heart rate | February 14, 2025 8:40:00 PM UTC | 75 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 59408-5 | Oxygen saturation in Arterial blood by Pulse oximetry | February 14, 2025 8:40:00 PM UTC | 98.0 % | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 72514-3 | Pain severity - 0-10 verbal numeric rating [Score] - Reported | February 14, 2025 8:40:00 PM UTC | 4.0 {score} | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 9279-1 | Respiratory rate | February 14, 2025 8:40:00 PM UTC | 14 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8480-6 | Systolic blood pressure | February 14, 2025 8:40:00 PM UTC | 142.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |

### PEDIATRIC GROWTH CHART - VITAL SIGNS

This section displays Head Circumference Percentile, Weight for Length Percentile and BMI Percentile

| Loinc Code | Pediatric Measure | Age (Months) | Result | Updated By |
|---|---|---|---|---|
| No Pediatric Growth Chart Percentile Information Available. | | | | |

# PROCEDURES

### PATIENT PROCEDURES

Procedure information is not available.

### PROCEDURE NOTE

| | |
|---|---|
| Note Title | Anesthesia Procedure Note |
| Date Of Service | February 13, 2025 3:06:39 PM UTC |
| Created By | ARKJWW on February 13, 2025 3:06:39 PM UTC |
| Signed By | ARKJWW on February 13, 2025 3:13:03 PM UTC |

ASH Demographics

Morgason Michael Jul-31-1970 54y Male Feb-13-2025 HEFLEY JR WILLIAM F MD

Anesthesia Procedure Note

Right fascia ileaca block. US, 21 ga Pajunk, Supine, lateral in-plane approach. Fascia identified and pierced. 50 cc 0.375% bupiv w/ epi 1/400 k. with neg aspiration q 5cc. NAC

Electronically signed by WRIGHT JOHN WILLIAM MD on Feb-13-2025 0913

# GOALS

### PATIENT GOALS

| Goal | Assigned Date | Updated By |
|---|---|---|
| NURSING STAFF WILL IMPLEMENT INTERVENTIONS POST PATIENT FALL | February 14, 2025 | ARKKMC on February 14, 2025 1:14:36 AM UTC |
| WILL REMAIN FREE FROM INFECTION | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:43 PM UTC |
| WILL HAVE NO SIGNS OF INFECTION RELATED TO IV | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:46 PM UTC |

# HEALTH CONCERNS

### Problems

| Concern | Status |
|---|---|

Health Concern problem information not available.

### Smoking Status

| Status | Years Used | Consumed packs per day |
|---|---|---|

Health Concern smoking history information not available.

### Family History

| Concern | Status |
|---|---|

Health Concern family history information not available.

# MEDICAL EQUIPMENT

### MEDICAL EQUIPMENT

| Device | Status | Quantity | Dates | Procedure | Comments | Updated By |
|---|---|---|---|---|---|---|

Information not available.

# ENCOUNTERS

### ENCOUNTER INFORMATION

| | | |
|---|---|---|
| Reason for Visit | RIGHT HIP | |
| Admission | February 13, 2025 11:52:00 AM UTC | ARKANSAS SURGICAL HOSPITAL<br>5201 NORTHSHORE DRIVE |

| | | |
|---|---|---|
| | | N LITTLE ROCK AR 72118-5312 |
| Discharge | February 14, 2025 8:40:00 PM UTC | DISCHARGED HOME/SELF CARE |

## ENCOUNTER DIAGNOSES

Notes information is not available.

| Code | System | Diagnosis | Onset Date |
|---|---|---|---|

Diagnosis information is not available.

## ABSTRACT DIAGNOSES

| Code | System | Diagnosis | Updated By |
|---|---|---|---|
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M25.751 | ICD10 | OSTEOPHYTE, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| E78.5 | ICD10 | HYPERLIPIDEMIA, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| G62.9 | ICD10 | POLYNEUROPATHY, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| F17.210 | ICD10 | NICOTINE DEPENDENCE, CIGARETTES, UNCOMPLICATED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z88.0 | ICD10 | ALLERGY STATUS TO PENICILLIN | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z91.040 | ICD10 | LATEX ALLERGY STATUS | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z79.899 | ICD10 | OTHER LONG TERM (CURRENT) DRUG THERAPY | ARKSCG on February 20, 2025 12:15:11 AM UTC |

## CARE TEAM

| Care Team Member | Role |
|---|---|
| WILLIAM HEFLEY | Admitting |
| WILLIAM HEFLEY | Surgeon |
| WILLIAM HEFLEY | Primary Attending |

# HOSPITAL DISCHARGE INSTRUCTION

## DISCHARGE INSTRUCTION

| | |
|---|---|
| Encounter | 554643 |
| Admit Date | February 13, 2025 11:52:00 AM UTC |
| Discharge Date | February 14, 2025 8:40:00 PM UTC |

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

These instructions will include:

Bathing / Showering instructions
Dressing Changes and Incision care
Medication and Side Effects information
Activity / Body Movement information
Equipment instructions

Seek medical care if:

Difficulty breathing
Wound is red, swollen, or has become increasingly painful
Pus draining from incision/wound
Bad smell coming from incision/wound
Persistent bleeding from incision/wound
Incision/wound breaks open after sutures (stitches) or staples have been removed
Fever 101 or greater
Rash develops
Pain or swelling in calf or thigh
Chest pain
Range of motion in your surgical area/extremity is decreasing rather than increasing
Persistent nausea or vomiting

IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.
YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.
TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455
If you need assistance finding another health care provider, call the number on your health insurance card.
Document Released: 6/21/2022 Document Revised: 7/15/2022

Patient Name: MICHAEL MORGASON
Date of Birth:

# HISTORY AND PHYSICAL NOTE

### HISTORY AND PHYSICAL NOTE

History and physical note information is not available

# CONSULTATION NOTE

### CONSULTATION NOTE

Consultation note information is not available

# DISCHARGE SUMMARY NOTE

### DISCHARGE SUMMARY NOTE

Discharge Summary note information is not available

# PROGRESS NOTE

### PROGRESS NOTE

| | |
|---|---|
| Note Title | DC Planning Evaluation & Order |
| Date Of Service | February 14, 2025 5:01:31 PM UTC |
| Created By | ARKSLT on February 14, 2025 5:01:31 PM UTC |
| Signed By | ARKSLT on February 14, 2025 5:02:11 PM UTC |

D/C Demographics

Morgason Michael 54y Male Jul-31-1970 White Feb-13-2025 HEFLEY JR WILLIAM F MD 5 ft 10 in (177.8 cm) 161 lb (73.028 kg) 1.9035 (23.099)

DME HOME USE

Rolling Walker, Patient requires rolling walker for safe ambulation; cane is NOT suffient (RTHA )

DVT PROPHYLAXIS ORDER/ASSESSMENT (HCPC E0676)

Z96.641 Right THA (RTHA ), Date of surgery (02/13/25 ), Duration of Treatment: 14 days, In my evaluation of this patient, I have noted a higher risk of developing VTE due to the type of surgery performed combined with other risk

factors. I have prescribed and certified that the device selected above is medically necessary for the treatment of my patients care.

Electronically signed by SCHARLOTTE TYLER UC on Feb-14-2025 1102

| | |
|---|---|
| Note Title | Dr. Hefley Progress Notes |
| Date Of Service | February 14, 2025 2:42:47 PM UTC |
| Created By | ARKGJJ on February 14, 2025 2:42:47 PM UTC |
| Signed By | ARKWFH on February 14, 2025 9:18:47 PM UTC |

Vital Signs

Feb-14-2025 0326
T 97.4 HR 58 RR 18 BP 101 / 59 O2Sat 94 PAIN 4

Lab Results

Feb-14-2025 0259
Hematology
HGB 13.2 HCT 37.1

Dr. Hefley Subjective

Patient is comfortable, No new complaints

Dr. Hefley Objective

Dressing/Splint is clean, dry, & intact, Compartments Supple, Calves soft/non-tender, Sensory intact, Brisk capillary, EHL/FHL 5/5
Dr. Hefley Diagnoses & Plan

POD # (1 R THR), Mobilize with PT (wbat), Continue DVT prophylaxis (asa), Discharge planning (home today)

patient fell going to bathroom yesterday evening. XR are negative. no increased pain. wound is healthy.

Electronically signed by JENKINS GRACE JONES PA on Feb-14-2025 0844

I hereby attest the note that was written on this patient accurately reflects the notations made when patient was examined.
Electronically signed by HEFLEY JR WILLIAM F MD on Feb-14-2025 1518

# LABORATORY NARRATIVE NOTE

#### LABORATORY NARRATIVE NOTE

Laboratory Narrative note information is not available

# PATHOLOGY NARRATIVE NOTE

#### PATHOLOGY NARRATIVE NOTE

Pathology Narrative note information is not available

# IMAGING NARRATIVE NOTE

#### IMAGING NARRATIVE NOTE

Imaging Narrative note information is not available

# CARE TEAM

CARE TEAM

| Member | Role on Team | Status | Start Date | End Date | Updated By |
|---|---|---|---|---|---|
| HEFLEY JR WILLIAM F MD | Surgeon | normal | February 13, 2025 4:11:00 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Attending | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Admitting | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |

# NURSE NOTE

#### NURSE NOTE

Nurse note information is not available

# PHYSICIAN NOTE

#### PHYSICIAN NOTE

Patient Name: MICHAEL MORGASON
Date of Birth:

Physician note information is not available

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PROCEDURE(S)
02/13/2025
Procedure Date:
Room:
OR Room 03
Scheduled Procedure
Surgeon
TOTAL HIP ARTHROPLASTY- RIGHT TOTAL HIP REPLACEMENT
HEFLEY,WILLIAM F.,MD
Actual Procedure Performed
RT THA
Description
Code
Code
27130
Arthroplasty, acetabular and proximal femoral prosthetic replacement (total hip arthroplasty), with or without autograft or allograft
CPT
27132
Conversion of previous hip surgery to total hip arthroplasty, with or without autograft or allograft
CPT
CASE TIMES
Patient in Room:
09:38
Anesthesia Start:
09:38
Surgeon In Room:
10:11
Proc Start Time:
10:13
Surgeon Out of Room:
10:53
Proc End Time:

11:15
Patient Out of Room:
11:21
Anesthesia End:
11:19
PACU Start Time:
11:22
PACU End Time:
CHART CHECK
Before Induction of Anesthesia
ID Band:
Anesthesia and RN Confirm Patient Identity:
Y
Y
HP Completed:
Proc and Proc Site:
Y
Y
Labs Completed:
Site Marked by Provider:
Y
Y
EKG:
Allergies:
Y
Y
Pregnancy Test:
Anesthesia Safety Check Completed:
N/A
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Y
Consents Signed:
Team Members Plan Care, Address Concerns:
Y
Y
Relevant Images Displayed:
Y
Other:
NA
Chart Ready for OR:
Wound Class:
Y
I- Clean
PROCEDURE TYPE:
ELECTIVE

Preop Diagnosis:
OA RIGHT HIP
Sensory Limitation
NOT APPLICABLE
Psycho-Social Assessment
ALERT
CALM
Comments
NA
ANCEF
Antibiotic:


OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
SITE VERIFICATION
Patient in Room:
TIME OUT FOR PROCEDURE VERIFICATION:
OR Nurse:
09:38
10:10
GUELL, SAM
A. Surgical procedure and surgical site verified verbally with patient/patient designee
B. Patient/parent/designee points ot correct surgical site
C. Patient, procedure and surgical site verified with medical record, consent and surgeon orders
D. Patient, procedure and surgical site verified verbally with surgeon
E. Procedure and surgical site verified verbally with surgical team immediately before incision or start of procedure
F. Surgical site clearly marked with initials by surgeon
VERIFICATION PROCESS:
Site Verification Completed:
Y
CASE START PERSONNEL

Patient in Room:
Surgeon in Room:
09:38
10:11
Anesthesia Start:
Anesthesia Type:
09:38
General Anesthesia
Proc Start Time:
ASA Classification:
10:13
II
In Time
Out Time
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Circulator
GUELL, SAM
Out Time
In Time
Scrub
SPICKES, DANIEL
MOSS, TRNETON M., ST
MATHENY, KYLER
Clinical Role
Anesthesia Staff
WRIGHT, JOHN
ANESTHESIOLOGIST
FULLER, PAULA
CRNA
Name
Role
REP
DEPUY, WALL
Physician Staff
G JENKINS PA
PREP, POSITIONING, CATHETERS
Urinary Catheter:
N
Apply Safety Strap:
Safety Strap Location:
Y
Area Prepped
Skin Prep
Alcohol
HIP, FLANK, AND LEG TO TOES,

Betadine Scrub
HIP, FLANK, AND LEG TO TOES,
Duraprep
HIP, FLANK, AND LEG TO TOES,
Evaluates for signs/symptoms of chemical injury: Y
Evaluates for fire safety precautions: Y
Position for Surgery:
LATERAL LEFT SIDE DO
Evaluates for signs of injury due to positioning: Y
Positioned By
GUELL, SAM
MOSS, TRNETON M., ST
ESTELL, BETH
Positioning/Safety
STUHLBERG
AXILLARY ROLL
ANTERIOR HIP BOARD
ROOM EQUIPMENT
Electrosurgical Unit:
Bipolar:
ELECTROCAUTERY UNIT
Y
N
Blend
Coag
Cut
ESU ID
200
70.00
70.00



Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Implements measures to prevent electrical injury: Y
Implements thermoregulation measures:
Y
Apply Ground Pad:
Y
Skin Condition Post
Skin Condition Pre
Grounding Pad Site
Abdomen
Dry
Dry
Intact
Intact
THERMOREGULATION
Warming Blanket:
Y
Warm IV Fluid:
Y
Warm Irrigation:
N
Other:
NA
Applied By
Temp Setting
Blanket #
250
43
FULLER, PAULA
OTHER EQUIPMENT
NA
TIMEOUT CASE START
All confirm ID, Proc, Site, Consents:
Y
Site Marked and Visible:
Y
Allergies:
Y
Correct Position:
Y
Antibiotics Given:
Y
Relevant Images Displayed:
Y
Equipment and Instrument Concerns:
Implants Available:

N/A
Other Safety Precautions:
N/A
Comment:
NA
All Team Members Concur:
Y
Was the family notified of procedure start time:
N
Comment:
NA
TOURNIQUET, RADIOLOGY, BLOOD
Tourniquet: N/A
Implements plans to prevent mechanical skin injury: N/A
X-RAY: N/A
Implements measures to prevent radiation injury: N/A
Blood Needed?
Implents plans to prevent mechanical skin injury:
N/A
N
SPECIMENS
Specimens?
Manages specimen handling and disposition:
N/A
N
Implants?
Y
Is the patient receiving Transexamic Acid?
Y
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Is the patient colorblind?
N
Enter serum creatinine:
1.1
Does the patient have a history of seizures?
N
If yes, did you DC the order and notify MD?
N/A
Was Heparin given during the procedure?
Y
COUNTS, DRAINS, DRESSINGS
COUNTS
Performs Required Counts:
Y

Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Count Type
Instr
Sharps
Proc #
Other
Staff 1
Staff 2
Count Comments
Sponges
1ST
Initial count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Second count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Final count
Correct
Correct
Correct
Correct
GUELL, SAM

SPICKES, DANIEL
ACTIONS TAKEN IF COUNTS INCORRECT

Count Comments
Reopened
Surgical Site
X-Ray
Taken
Searched
Room

Recount

Notified By
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Charge Nurse
Notified
Surgeon
Notified
N/A
Drains/Tubes:
N
Drain Type:
Drain Site:
Dressings?
SOFT, ABD PILLOW
Dressing Type:
Y
POST PROCEDURE
Post Procedure Peripheral Pulse Assessment:
Post Procedure Skin
DRY
WARM
Urinary Catheter:
N
Drains/Tubes:
N
Dressings:
Y
Post Procedure Patient Status
ASLEEP
AROUSABLE
Using SBAR format, patient handed off to:
FRYAR, LYNETTE
Discharge disposition:

PACU
Transferred By:
DRAW SHEET
OR PERSONNEL
ROLLER BOARD
Page 4 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PNDS OUTCOMES
Username
Outcome
Comment
Outcome
Status
Response
Message
Text
Intervention
Title
Outcome
Title
Outcome ID
O3
The patient is free from signs and symptoms of chemical injury.
Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
Implements plans to prevent chemical skin injury:
MET
SGUELL
Verifies allergies (I123).
Verifies allergies:
Implements latex allergy precautions as needed (I139).
Implements latex allergy precautions as needed:
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Applies chemical hemostatic agents (RNFA) (I140).
Applies chemical hemostatic agents (RNFA):
Evaluates for signs and symptoms of chemical injury (I36).
Evaluates for signs/symptoms of chemical injury:
Y
O9
The patient receives appropriate medication(s), safely administered during the perioperative period.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Prescribes medications within scope of practice (RNFA) (I141).
Prescribes meds within scope of practice (RNFA):
Administers prescribed medications and solutions (I8).
Administers prescribed meds and solutions:
Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).
Administers prescribed antibiotic/immuniz. agents:
Evaluates response to medications (I51).
Evaluates response to meds:
O19
The patient demonstrates knowledge of medication management.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Assesses psychosocial issues specific to the patient's medication management (I17).
Assesses psychosocial issues (ptt med mgmt):
Provides instruction about prescribed medications (I104)
Provides instruction about prescribed medications:

554643
O19
The patient demonstrates knowledge of medication management.
Evaluates response to instruction about prescribed medications (I48).
Evaluates resp to prescribed meds instruction:
N/A
SGUELL
Page 6 of 6
Printed: 02/14/2025 3:00 pm

Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Arkansas Surgical Hospital

PATIENT NAME: MORGASON, MICHAEL
HOSPITAL NUMBER: 136930
DATE OF BIRTH:
PHYSICIAN: William F. Hefley, Jr., M.D.
DATE OF PROCEDURE: 2/13/2025

PREOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

POSTOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

OPERATIVE PROCEDURE:
Right total hip replacement arthroplasty using DePuy implants.

SURGEON:
William F. Hefley, Jr, M.D.

ASSISTANT:
Gracie Jenkins, PA-C.

ANESTHESIA:
General.

SURGERY START TIME:
10:13

COCKTAIL:
In a sterile bowl, we mixed 4 mL (160 mg) of gentamicin, 4 mL (400 mg) of Rocephin, 1 g of TXA, and 50 mL of normal saline for a total of 60 mL.

After the final acetabular reaming, I injected 20 mL of the above cocktail over the acetabulum prior to cup insertion. After the final femoral broach, I injected 20 mL of the above cocktail into the femoral canal prior to stem insertion. After the fascia closure, I injected the final 20 mL of the above cocktail along with 30 mL of 0.5% ropivacaine, 20 mL (60 mg) of Toradol, and 20 mL of normal saline into the joint. I injected 15 mL of 0.5% ropivacaine into the subcutaneous layer prior to skin closure.

BETADINE SOAK:
After the implants were in, the wound was filled with a dilute Betadine solution and moved repeatedly through a range of motion. The solution was suctioned and

replaced a few times and then the hip was lavaged and Betadine removed.

DESCRIPTION OF PROCEDURE:
After satisfactory general anesthesia was obtained, the patient was placed in the right lateral decubitus position on the operating table, stabilized with Stulberg and padded well. Perineum was isolated with an impervious U-drape. Right hip and lower extremity was formally prepped and draped in the usual sterile fashion. I made a 4-inch incision over the anterolateral hip. Fascia lata was divided. Abductors were retracted. Hip capsule was opened in a T-fashion. The hip was dislocated anteriorly. I measured up from the lesser trochanter with a ruler and made the medial neck resection at the templated level with an oscillating saw. I completed the lateral neck resection with a reciprocating saw. I did serial reaming of the acetabulum and impacted a 54 Emphasys cup oriented at 40 degrees opening and 20 degrees of anteversion. Two screws were placed in the ilium with good purchase. Labrum and osteophytes were debrided about the rim. Serial broaching was done of the femur and I impacted a size 40 neutral AOX liner. Trial reductions were done. The trunnion was cleaned. I impacted a 7 standard offset ACTIS stem, 40 ceramic head plus 5 mm neck length. The wound was lavaged well. The hip was reduced and was stable with full range of motion, no impingement. Soft tissue tension was appropriate.
Anterior hip capsule was closed with #2 TiCron. The wound was closed in layers. A sterile bandage was applied.

Electronically signed by William F.
Hefley, Jr., M.D. at 2/17/2025 12:33 PM
WFH/ELI
D: 2/13/2025 3:37:13 PM
T: 2/13/2025
File #: 326178005

Arkansas Surgical
HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

# Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

**These instructions will include:**

- **Bathing / Showering instructions**
- **Dressing Changes and Incision care**
- **Medication and Side Effects information**
- **Activity / Body Movement information**
- **Equipment instructions**

**Seek medical care if:**

- **Difficulty breathing**
- **Wound is red, swollen, or has become increasingly painful**
- **Pus draining from incision/wound**
- **Bad smell coming from incision/wound**
- **Persistent bleeding from incision/wound**
- **Incision/wound breaks open after sutures (stitches) or staples have been removed**
- **Fever 101 or greater**
- **Rash develops**
- **Pain or swelling in calf or thigh**
- **Chest pain**
- **Range of motion in your surgical area/extremity is decreasing rather than increasing**
- **Persistent nausea or vomiting**

**IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.**
**YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.**

TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

| |
|---|
| February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455 |

**If you need assistance finding another health care provider, call the number on your health insurance card.**

Elsevier Interactive Patient Education - ID# 0554643 - MR# 000136930

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

**Patient/Visit Information:**

| | |
|---|---|
| Patient Name: MICHAEL MORGASON | Diag: |
| Attending Caregiver: HEFLEY JR WILLIAM F | |

## Drug Summary:

**Take these medications:**

| Status | Drug Name / Strength / Form | Dose | Directions: | Frequency | Amount |
|---|---|---|---|---|---|
| **NEW** | Aspirin 81mg Enteric Coated Tablet | 1 tab | as directed | once a day | 35 |
| | | | | | |
| **Take as previously directed** | ATORVASTATIN 40 MG *NF* 40 MG TABS | 40 mg | | at bedtime | 0 |
| **Take as previously directed** | Gabapentin 600mg Tablet | 600 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | | | | | |
| **Take as previously directed** | Baclofen 10mg Tablet | 10 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | | | | | |

Drug Allergies: None Entered

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**

 ©2025 Elsevier Inc. 2/14/2025 8:05:48 AM

MM.LIN.1590

ORTHO SURGEONS
ORTHOSURGEONS.COM

# INSTRUCTIONS FOR PATIENTS FOLLOWING TOTAL HIP REPLACEMENT ARTHROPLASTY

Here are a few suggestions that I believe will make your hip rehabilitation a success:

1) Avoid hip adduction and external rotation.
2) Do not bend over to tie your shoes during the first six weeks.
[redacted]t.
4) When sitting, sit with your knees comfortably apart.
5) For three months, do not sit in very low chairs. You will find that this will require an excessive amount of hip flexion and in the early months may make your hip more sore.
6) Do not lie on either side for the first three weeks following your surgery. You may, however, place two pillows between your knees to turn over into the prone position frequently. Lying on the side places an undue stress on the components and may cause your hip to be sore.
7) It is safe for most people to return to driving three to six weeks following their surgery. A good guide for this is when you have good leg control and can move your extremities from the gas pedal to the brake without significant effort.
8) The use of an elevated commode seat is helpful during the first six weeks following your discharge from the hospital. This will allow you to sit comfortably and be independent for bathroom use very early. As your hip mobility and muscle strength improves, the elevated commode seat be discontinued if you wish.
9) Resumption of sexual intercourse is usually comfortable four to six weeks following discharge from the hospital.
10) Six weeks following your discharge you should start a new exercise which is called side-lying abduction. One lies on the unoperated hip with the operated hip side up. When assuming this position, place two pillows between your knees. The exercise itself is simply straightening the operated leg which should be in line with the body and lifting it toward the ceiling. Your goal should be to do fifteen repetitions per session, with three sessions per day. This may take several weeks before you are able to do this.
11) You may have some aching discomfort in your hip and thigh for the first several weeks following your operation. This discomfort should resolve with rest and if it does not, then you should cease all of your exercises and rest for a day or two until the discomfort does resolve.
12) It is important to remember that prior to any major dental procedure you should be treated with preventative antibiotics provided by your dentist, for a lifetime after surgery.
13) You may begin to shower on day three without covering your incision.
14) REASONS YOU SHOULD NOTIFY MY OFFICE: If you develop a temperature of 101.0 or greater, if you develop pain in the back of the calf of your surgical leg, if you develop chest pain or any shortness of breath, or if you have any excessive bleeding that soaks through your surgical dressing and does not stop with pressure application. After hours please notify the medical exchange at 501-663-6900.

If you have any questions, please feel free to contact my office at 501-663-6455 or 1-800-336-2412, out of town.

W. Scott Bowen, M.D.

William F. Hefley, Jr., M.D.

BNBS Form#1078 (3/17)

MM.LIN.1591

The key to keeping swelling (edema) under control is **ELEVATION**. Elevation of the limb is the most effective way to bring swelling down. You can avoid a lot of discomfort and worry if you *properly* elevate your leg after coming home from the hospital. Some people think that sitting in a recliner chair with the foot rest extended and your foot *elevated* off the floor is enough, but this is not going to be adequate for eliminating your edema. Here is what you need to do to truly elevate a swollen leg, ankle and/or foot:

- You must lay on a flat, comfortable surface (bed or firm sofa)
- A comfortable pillow for your head is recommended
- Create a "ramp" or "pyramid" of pillows, blankets and rolled-up bath towels and prop your lower extremity up on this tower of items
- Ideally, the angle of your leg should be between 35 and 50 degrees
- Your leg should be fully extended with little or no knee bend
- Your foot should be well above the level of your heart
- Remain in this position for 60 minutes then get up and move about, use the bathroom, eat, do your exercises, etc.
- After an hour of being up and around you should then return to the elevated limb position as described above. Elevate your leg as often as visible, significant edema is present.
- Elevating in this fashion once or twice a day in the first week after you come home from the hospital may be enough to keep the swelling from ever getting too severe. But if your swelling seems to be getting worse, then elevating several times a day for a few days may be necessary to bring all of the swelling under control.

If swelling in the lower leg does not improve after one to two days of elevation and cold pack applications as described, and if you have pain, tenderness and/or warmth in the calf, call the office and speak with a nurse. These could be signs of a blood clot in your leg or thigh, and a special test needs to be done to determine this.




**Proper method for elevating a swollen lower extremity**

MM.LIN.1592

Bowen Hefley Orthopedics

## Antibiotic Treatment Folowing Total Joint Replacement
## Recommendations from the American Academy of Orthopedic Surgeons

If you are having any type of invasive procedure after a total joint replacement you will need to be pre-medicated. Please call our office and we can make sure you are pre-medicated prior to having any invasive procedure. This is very important to make sure that you do not risk getting an infection in your joint replacement. <u>This only applies to the first year following your joint replacement.</u>

| Procedure | Antimicrobial Agent | Dose | Timing | Duration |
|---|---|---|---|---|
| **Dental** | Cephalexin, cephradine, amoxicillin | 2 gm PO | 1 hour prior to procedure | Discontinued within 24 hours of the procedure. For most outpatient/office-based procedures a single pre-procedure dose is sufficient. |
| **Ophthalmic** | Gentamicin, tobramycin, ciprofloxacin, gatifloxacin, levofloxacin, moxifloxacin, ofloxacin, or meomycin-gramicidin-polymyxin B cefazolin | Multiple drops topically over 2 to 24 hours or 100 mg subconjunctivally | Consult ophthalmologist or pharmacist for dosing regimen | |
| **Orthopedic** | Cefazolin<br>Cefuroxime OR<br>Vancomycin | 1-2 g IV<br>1.5 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Vascular** | Cefazolin OR<br>Vancomyin | 1-2 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Gastrointestinal**<br>Esophageal, gastroduodenal<br>Biliary tract<br>Colorectal | Cefazolin<br>Cefazolin<br>Neomycin + erythromycin base (oral) OR metronidazole (oral) | 1-2 g IV<br>1-2 G IV<br>1 g<br>1 g | Begin dose 60 minutes prior to procedure<br>Dependent on time of procedure, consult with GI physician and/or pharmacist | |
| **Head and neck** | Clindamycin + gentamicin OR<br>cefazolin | 600-900 mg IV<br>1.5 mg/kg IV<br>1-2 g IV | Begin dose 60 minutes prior to procedure | |
| **Obstetric and gynecological** | Cefoxitin, cefazolin<br>Ampicilin/sulbactam | 1-2 g IV<br>3 g IV | Begin dose 60 minutes prior to procedure | |
| **Genitourinary** | Ciprofloxacin | 500 mg PO or<br>400 mg IV | 1 hour prior to procedure<br>Begin dose 60 minutes prior to procedure | |

† If a tourniquet is used the entire dose of antibiotic must be infused prior to its inflation

BNBS #125 (2-10)

Revised: January 2018

MM.LIN.1593

Arkansas Urology

**Little Rock Office**
1300 Centerview Drive
Little Rock, AR 72211
Phone: 501-219-8900
Fax: 501-537-1876

Arkansas Urology, P.A.
1300 Centerview Drive
LITTLE ROCK, AR 72211-4349
Phone: (501) 219-8900, Fax: 855-407-3924

Date: 02/18/2025

Dear Michael Morgason,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: WISCHELLE WILLIAMS, APRN

## Patient Care Summary for Michael Morgason

### Most Recent Encounter

02/18/2025 Wischelle B Williams: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. tel:+1-501-2198900

### Reason for Visit

urinary retention

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note

Assessment:
1. Post op AUR: new problem, inserted 2/13/24 after hip surgery. Hx of retention in 2018, had to be in and out cath and was on tamsulosin for awhile. later a years later, thoracic outlet decompression, he was given tamsulosin a week prior to surgery that helped with retention. no hx of urology. In and out was performed prior to foley insertion, first in an out drained 1100mL, the next day, foley was inserted due to high bladder volume again

reports hx of retention post op in the past but never saw a urologist
reports hx of neuropathy
2. Neuropathy: Chronic, unsure of the cause.
3. Chronic constipation: Worsening now since surgery. He is taking dulcolax and docusate without relief of constipation. (-) n/v

Data:
- UA: foley in place

Plan:
- Reviewed and discussed pt sxs
- Reviewed external medical records, noting 1,100mL drained. Foley removal deemed too early, so it will remain in place until Friday. Patient was instructed on self-removal at home using syringes, with both patient and wife demonstrating understanding. Plan for early morning removal, with follow-up as needed.
- Recommended to avoid developing constipation (have a BM X4/week), increase fiber intake, hydrate adequately (80oz/day)
- add Miralax 17g OTC BID to his dulcolax and docusate. risks, benefits, and procedure discussed.
- Recommend to wean off pain medications
- RTC this Friday in Benton for PVRU, UA, and f/u on retention. BPH w/u and UDS in the near future, as well as PSA

New patient:

I, Wischelle Williams, APRN, am seeing this patient.

I am the scribe for Wischelle Williams, APRN, and I documented sections of this chart. - Brandon Pettigrew

1. Postoperative retention of urine

2. Chronic constipation

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Established Patient 15 | 02/21/2025 2:00PM | Cindy Stone |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

MN.LIN.1595

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | |
| atorvastatin 40 mg tablet | | |
| diclofenac sodium 75 mg tablet,delayed release | | |
| methocarbamol 750 mg tablet<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| oxycodone 5 mg tablet | | |
| sulfamethoxazole 800 mg-trimethoprim 160 mg tablet | | |
| tamsulosin 0.4 mg capsule<br>TAKE 1 CAPSULE BY MOUTH DAILY | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 10 in | 160 lbs | 23 kg/m2 | 125/84 mm[Hg] | 118 bpm |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Latex, Natural Rubber | Itching<br>Rash | | |
| | | Penicillins | Itching<br>Rash | | |
| 11291 | RxNorm | VENOM-WASP | Anaphylaxis | | |
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Constipation | Active | 02/18/2025 | |
| Chronic Constipation | Active | 02/18/2025 | |
| Retention of Urine | Active | 02/18/2025 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 02/13/2025 | Total Hip Arthroplasty<br>Notes: Hip replacement | Information not available |
| 01/01/1992 | Removal of Sperm Duct(s)<br>Notes: Vasectomy | Information not available |

MN.LIN.1596

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Heavy Tobacco Smoker (1 pack per day) |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 02/18/2025 | Postoperative Retention of Urine; Chronic Constipation | Wischelle B Williams, APRN: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. (501) 219-8900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 07/31/1970 | Race: | White |
| Preferred language: | English | Marital status: | Married |
| Contact: | 2623 E 35, Texarkana, AR 71854, Ph. tel:+1-903-4900726 | | |

## Care Team Members

Primary Care Provider

Matthew W Nix MD 3417 U Of Way, Texarkana, AR 71854, Ph. tel:+1-870-7796000

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

March 25, 2025

1-877-843-3950

Lincoln Financial Group
ATTN: Appeals Department
Amber C
Specialist Appeals Claim

Claimant: Michael Morgason
Claim Number:1210046281
Plan Number:00001025317200000
Policyholder: Texarkana Independent School District

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. (See attached Bates Stamped Nos.1529-1597). Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

*Sebastian O'Neal*

Sebastian O'Neal
Medical Records Specialist

Attachment(s)

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |
| | |

| | **Post Submission Appeal 03.25.2025** |
|---|---|
| **A-13** | Arkansas Surgical Hospital<br>Bate Stamped: MM.LIN.1529-1573 |
| **A-14** | Hefley Records<br>Bate Stamped: MM.LIN. 1574-1585 |
| **A-15** | Hefley Surgery Notes<br>Bate Stamped: MM.LIN. 1586-1587 |
| **A-16** | MRM<br>Bate Stamped: MM.LIN. 1588-1593 |
| **A-17** | Arkansas Urology<br>Bate Stamped: MN.LIN. 1594-1597 |

factors. I have prescribed and certified that the device selected above is medically necessary for the treatment of my patients care.

Electronically signed by SCHARLOTTE TYLER UC on Feb-14-2025 1102

| | |
|---|---|
| Note Title | Dr. Hefley Progress Notes |
| Date Of Service | February 14, 2025 2:42:47 PM UTC |
| Created By | ARKGJJ on February 14, 2025 2:42:47 PM UTC |
| Signed By | ARKWFH on February 14, 2025 9:18:47 PM UTC |

Vital Signs

Feb-14-2025 0326
T 97.4 HR 58 RR 18 BP 101 / 59 O2Sat 94 PAIN 4

Lab Results

Feb-14-2025 0259
Hematology
HGB 13.2 HCT 37.1

Dr. Hefley Subjective

Patient is comfortable, No new complaints

Dr. Hefley Objective

Dressing/Splint is clean, dry, & intact, Compartments Supple, Calves soft/non-tender, Sensory intact, Brisk capillary, EHL/FHL 5/5
Dr. Hefley Diagnoses & Plan

POD # (1 R THR), Mobilize with PT (wbat), Continue DVT prophylaxis (asa), Discharge planning (home today)

patient fell going to bathroom yesterday evening. XR are negative. no increased pain. wound is healthy.

Electronically signed by JENKINS GRACE JONES PA on Feb-14-2025 0844

I hereby attest the note that was written on this patient accurately reflects the notations made when patient was examined.
Electronically signed by HEFLEY JR WILLIAM F MD on Feb-14-2025 1518

# LABORATORY NARRATIVE NOTE

**LABORATORY NARRATIVE NOTE**

Laboratory Narrative note information is not available

# PATHOLOGY NARRATIVE NOTE

**PATHOLOGY NARRATIVE NOTE**

Pathology Narrative note information is not available

# IMAGING NARRATIVE NOTE

**IMAGING NARRATIVE NOTE**

Imaging Narrative note information is not available

# CARE TEAM

CARE TEAM

| Member | Role on Team | Status | Start Date | End Date | Updated By |
|---|---|---|---|---|---|
| HEFLEY JR WILLIAM F MD | Surgeon | normal | February 13, 2025 4:11:00 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Attending | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Admitting | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |

# NURSE NOTE

**NURSE NOTE**

Nurse note information is not available

# PHYSICIAN NOTE

**PHYSICIAN NOTE**

Patient Name: MICHAEL MORGASON
Date of Birth:

Physician note information is not available

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PROCEDURE(S)
02/13/2025
Procedure Date:
Room:
OR Room 03
Scheduled Procedure
Surgeon
TOTAL HIP ARTHROPLASTY- RIGHT TOTAL HIP REPLACEMENT
HEFLEY,WILLIAM F.,MD
Actual Procedure Performed
RT THA
Description
Code
Code
27130
Arthroplasty, acetabular and proximal femoral prosthetic replacement (total hip arthroplasty), with or without autograft or allograft
CPT
27132
Conversion of previous hip surgery to total hip arthroplasty, with or without autograft or allograft
CPT
CASE TIMES
Patient in Room:
09:38
Anesthesia Start:
09:38
Surgeon In Room:
10:11
Proc Start Time:
10:13
Surgeon Out of Room:
10:53
Proc End Time:

11:15
Patient Out of Room:
11:21
Anesthesia End:
11:19
PACU Start Time:
11:22
PACU End Time:
CHART CHECK
Before Induction of Anesthesia
ID Band:
Anesthesia and RN Confirm Patient Identity:
Y
Y
HP Completed:
Proc and Proc Site:
Y
Y
Labs Completed:
Site Marked by Provider:
Y
Y
EKG:
Allergies:
Y
Y
Pregnancy Test:
Anesthesia Safety Check Completed:
N/A
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Y
Consents Signed:
Team Members Plan Care, Address Concerns:
Y
Y
Relevant Images Displayed:
Y
Other:
NA
Chart Ready for OR:
Wound Class:
Y
I- Clean
PROCEDURE TYPE:
ELECTIVE

Preop Diagnosis:
OA RIGHT HIP
Sensory Limitation
NOT APPLICABLE
Psycho-Social Assessment
ALERT
CALM
Comments
NA
ANCEF
Antibiotic:
Page 1 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
SITE VERIFICATION
Patient in Room:
TIME OUT FOR PROCEDURE VERIFICATION:
OR Nurse:
09:38
10:10
GUELL, SAM
A. Surgical procedure and surgical site verified verbally with patient/patient designee
B. Patient/parent/designee points ot correct surgical site
C. Patient, procedure and surgical site verified with medical record, consent and surgeon orders
D. Patient, procedure and surgical site verified verbally with surgeon
E. Procedure and surgical site verified verbally with surgical team immediately before incision or start of procedure
F. Surgical site clearly marked with initials by surgeon
VERIFICATION PROCESS:
Site Verification Completed:
Y
CASE START PERSONNEL

Patient in Room:
Surgeon in Room:
09:38
10:11
Anesthesia Start:
Anesthesia Type:
09:38
General Anesthesia
Proc Start Time:
ASA Classification:
10:13
II
In Time
Out Time
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Circulator
GUELL, SAM
Out Time
In Time
Scrub
SPICKES, DANIEL
MOSS, TRNETON M., ST
MATHENY, KYLER
Clinical Role
Anesthesia Staff
WRIGHT, JOHN
ANESTHESIOLOGIST
FULLER, PAULA
CRNA
Name
Role
REP
DEPUY, WALL
Physician Staff
G JENKINS PA
PREP, POSITIONING, CATHETERS
Urinary Catheter:
N
Apply Safety Strap:
Safety Strap Location:
Y
Area Prepped
Skin Prep
Alcohol
HIP, FLANK, AND LEG TO TOES,

Betadine Scrub
HIP, FLANK, AND LEG TO TOES,
Duraprep
HIP, FLANK, AND LEG TO TOES,
Evaluates for signs/symptoms of chemical injury: Y
Evaluates for fire safety precautions: Y
Position for Surgery:
LATERAL LEFT SIDE DO
Evaluates for signs of injury due to positioning: Y
Positioned By
GUELL, SAM
MOSS, TRNETON M., ST
ESTELL, BETH
Positioning/Safety
STUHLBERG
AXILLARY ROLL
ANTERIOR HIP BOARD
ROOM EQUIPMENT
Electrosurgical Unit:
Bipolar:
ELECTROCAUTERY UNIT
Y
N
Blend
Coag
Cut
ESU ID
200
70.00
70.00



Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Implements measures to prevent electrical injury: Y
Implements thermoregulation measures:
Y
Apply Ground Pad:
Y
Skin Condition Post
Skin Condition Pre
Grounding Pad Site
Abdomen
Dry
Dry
Intact
Intact
THERMOREGULATION
Warming Blanket:
Y
Warm IV Fluid:
Y
Warm Irrigation:
N
Other:
NA
Applied By
Temp Setting
Blanket #
250
43
FULLER, PAULA
OTHER EQUIPMENT
NA
TIMEOUT CASE START
All confirm ID, Proc, Site, Consents:
Y
Site Marked and Visible:
Y
Allergies:
Y
Correct Position:
Y
Antibiotics Given:
Y
Relevant Images Displayed:
Y
Equipment and Instrument Concerns:
Implants Available:

N/A
Other Safety Precautions:
N/A
Comment:
NA
All Team Members Concur:
Y
Was the family notified of procedure start time:
N
Comment:
NA
TOURNIQUET, RADIOLOGY, BLOOD
Tourniquet: N/A
Implements plans to prevent mechanical skin injury: N/A
X-RAY: N/A
Implements measures to prevent radiation injury: N/A
Blood Needed?
Implents plans to prevent mechanical skin injury:
N/A
N
SPECIMENS
Specimens?
Manages specimen handling and disposition:
N/A
N
Implants?
Y
Is the patient receiving Transexamic Acid?
Y
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Is the patient colorblind?
N
Enter serum creatinine:
1.1
Does the patient have a history of seizures?
N
If yes, did you DC the order and notify MD?
N/A
Was Heparin given during the procedure?
Y
COUNTS, DRAINS, DRESSINGS
COUNTS
Performs Required Counts:
Y

Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Count Type
Instr
Sharps
Proc #
Other
Staff 1
Staff 2
Count Comments
Sponges
1ST
Initial count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Second count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Final count
Correct
Correct
Correct
Correct
GUELL, SAM

SPICKES, DANIEL
ACTIONS TAKEN IF COUNTS INCORRECT

Count Comments
Reopened
Surgical Site
X-Ray
Taken
Searched
Room

Recount

Notified By
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Charge Nurse
Notified
Surgeon
Notified
N/A
Drains/Tubes:
N
Drain Type:
Drain Site:
Dressings?
SOFT, ABD PILLOW
Dressing Type:
Y
POST PROCEDURE
Post Procedure Peripheral Pulse Assessment:
Post Procedure Skin
DRY
WARM
Urinary Catheter:
N
Drains/Tubes:
N
Dressings:
Y
Post Procedure Patient Status
ASLEEP
AROUSABLE
Using SBAR format, patient handed off to:
FRYAR, LYNETTE
Discharge disposition:

PACU
Transferred By:
DRAW SHEET
OR PERSONNEL
ROLLER BOARD
Page 4 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PNDS OUTCOMES
Username
Outcome
Comment
Outcome
Status
Response
Message
Text
Intervention
Title
Outcome
Title
Outcome ID
O3
The patient is free from signs and symptoms of chemical injury.
Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
Implements plans to prevent chemical skin injury:
MET
SGUELL
Verifies allergies (I123).
Verifies allergies:
Implements latex allergy precautions as needed (I139).
Implements latex allergy precautions as needed:
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Applies chemical hemostatic agents (RNFA) (I140).
Applies chemical hemostatic agents (RNFA):
Evaluates for signs and symptoms of chemical injury (I36).
Evaluates for signs/symptoms of chemical injury:
Y
O9
The patient receives appropriate medication(s), safely administered during the perioperative period.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Prescribes medications within scope of practice (RNFA) (I141).
Prescribes meds within scope of practice (RNFA):
Administers prescribed medications and solutions (I8).
Administers prescribed meds and solutions:
Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).
Administers prescribed antibiotic/immuniz. agents:
Evaluates response to medications (I51).
Evaluates response to meds:
O19
The patient demonstrates knowledge of medication management.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Assesses psychosocial issues specific to the patient's medication management (I17).
Assesses psychosocial issues (ptt med mgmt):
Provides instruction about prescribed medications (I104)
Provides instruction about prescribed medications:

554643
O19
The patient demonstrates knowledge of medication management.
Evaluates response to instruction about prescribed medications (I48).
Evaluates resp to prescribed meds instruction:
N/A
SGUELL
Page 6 of 6
Printed: 02/14/2025 3:00 pm

Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Arkansas Surgical Hospital

PATIENT NAME: MORGASON, MICHAEL
HOSPITAL NUMBER: 136930
DATE OF BIRTH:
PHYSICIAN: William F. Hefley, Jr., M.D.
DATE OF PROCEDURE: 2/13/2025

PREOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

POSTOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

OPERATIVE PROCEDURE:
Right total hip replacement arthroplasty using DePuy implants.

SURGEON:
William F. Hefley, Jr, M.D.

ASSISTANT:
Gracie Jenkins, PA-C.

ANESTHESIA:
General.

SURGERY START TIME:
10:13

COCKTAIL:
In a sterile bowl, we mixed 4 mL (160 mg) of gentamicin, 4 mL (400 mg) of Rocephin, 1 g of TXA, and 50 mL of normal saline for a total of 60 mL.

After the final acetabular reaming, I injected 20 mL of the above cocktail over the acetabulum prior to cup insertion. After the final femoral broach, I injected 20 mL of the above cocktail into the femoral canal prior to stem insertion. After the fascia closure, I injected the final 20 mL of the above cocktail along with 30 mL of 0.5% ropivacaine, 20 mL (60 mg) of Toradol, and 20 mL of normal saline into the joint. I injected 15 mL of 0.5% ropivacaine into the subcutaneous layer prior to skin closure.

BETADINE SOAK:
After the implants were in, the wound was filled with a dilute Betadine solution and moved repeatedly through a range of motion. The solution was suctioned and

replaced a few times and then the hip was lavaged and Betadine removed.

DESCRIPTION OF PROCEDURE:
After satisfactory general anesthesia was obtained, the patient was placed in the right lateral decubitus position on the operating table, stabilized with Stulberg and padded well. Perineum was isolated with an impervious U-drape. Right hip and lower extremity was formally prepped and draped in the usual sterile fashion. I made a 4-inch incision over the anterolateral hip. Fascia lata was divided. Abductors were retracted. Hip capsule was opened in a T-fashion. The hip was dislocated anteriorly. I measured up from the lesser trochanter with a ruler and made the medial neck resection at the templated level with an oscillating saw. I completed the lateral neck resection with a reciprocating saw. I did serial reaming of the acetabulum and impacted a 54 Emphasys cup oriented at 40 degrees opening and 20 degrees of anteversion. Two screws were placed in the ilium with good purchase. Labrum and osteophytes were debrided about the rim. Serial broaching was done of the femur and I impacted a size 40 neutral AOX liner. Trial reductions were done. The trunnion was cleaned. I impacted a 7 standard offset ACTIS stem, 40 ceramic head plus 5 mm neck length. The wound was lavaged well. The hip was reduced and was stable with full range of motion, no impingement. Soft tissue tension was appropriate. Anterior hip capsule was closed with #2 TiCron. The wound was closed in layers. A sterile bandage was applied.

Electronically signed by William F. Hefley, Jr., M.D. at 2/17/2025 12:33 PM
WFH/ELI
D: 2/13/2025 3:37:13 PM
T: 2/13/2025
File #: 326178005

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

# Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

**These instructions will include:**

- **Bathing / Showering instructions**
- **Dressing Changes and Incision care**
- **Medication and Side Effects information**
- **Activity / Body Movement information**
- **Equipment instructions**

**Seek medical care if:**

- **Difficulty breathing**
- **Wound is red, swollen, or has become increasingly painful**
- **Pus draining from incision/wound**
- **Bad smell coming from incision/wound**
- **Persistent bleeding from incision/wound**
- **Incision/wound breaks open after sutures (stitches) or staples have been removed**
- **Fever 101 or greater**
- **Rash develops**
- **Pain or swelling in calf or thigh**
- **Chest pain**
- **Range of motion in your surgical area/extremity is decreasing rather than increasing**
- **Persistent nausea or vomiting**

**IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.**
**YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.**

TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

| |
|---|
| February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455 |

**If you need assistance finding another health care provider, call the number on your health insurance card.**

Elsevier Interactive Patient Education - ID# 0554643 - MR# 000136930

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

**Patient/Visit Information:**

| | |
|---|---|
| Patient Name: MICHAEL MORGASON | Diag: |
| Attending Caregiver: HEFLEY JR WILLIAM F | |

## Drug Summary:

**Take these medications:**

| Status | Drug Name / Strength / Form | Dose | Directions: | Frequency | Amount |
|---|---|---|---|---|---|
| **NEW** | Aspirin 81mg Enteric Coated Tablet | 1 tab | as directed | once a day | 35 |
| | | | | | |
| **Take as previously directed** | ATORVASTATIN 40 MG *NF* 40 MG TABS | 40 mg | | at bedtime | 0 |
| **Take as previously directed** | Gabapentin 600mg Tablet | 600 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | | | | | |
| **Take as previously directed** | Baclofen 10mg Tablet | 10 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | | | | | |

Drug Allergies: None Entered

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**



MM.LIN.1590

ORTHO SURGEONS
ORTHOSURGEONS.COM

# INSTRUCTIONS FOR PATIENTS FOLLOWING TOTAL HIP REPLACEMENT ARTHROPLASTY

Here are a few suggestions that I believe will make your hip rehabilitation a success:

1) Avoid hip adduction and external rotation.
2) Do not bend over to tie your shoes during the first six weeks.

[redacted]

4) When sitting, sit with your knees comfortably apart.
5) For three months, do not sit in very low chairs. You will find that this will require an excessive amount of hip flexion and in the early months may make your hip more sore.
6) Do not lie on either side for the first three weeks following your surgery. You may, however, place two pillows between your knees to turn over into the prone position frequently. Lying on the side places an undue stress on the components and may cause your hip to be sore.
7) It is safe for most people to return to driving three to six weeks following their surgery. A good guide for this is when you have good leg control and can move your extremities from the gas pedal to the brake without significant effort.
8) The use of an elevated commode seat is helpful during the first six weeks following your discharge from the hospital. This will allow you to sit comfortably and be independent for bathroom use very early. As your hip mobility and muscle strength improves, the elevated commode seat be discontinued if you wish.
9) Resumption of sexual intercourse is usually comfortable four to six weeks following discharge from the hospital.
10) Six weeks following your discharge you should start a new exercise which is called side-lying abduction. One lies on the unoperated hip with the operated hip side up. When assuming this position, place two pillows between your knees. The exercise itself is simply straightening the operated leg which should be in line with the body and lifting it toward the ceiling. Your goal should be to do fifteen repetitions per session, with three sessions per day. This may take several weeks before you are able to do this.
11) You may have some aching discomfort in your hip and thigh for the first several weeks following your operation. This discomfort should resolve with rest and if it does not, then you should cease all of your exercises and rest for a day or two until the discomfort does resolve.
12) It is important to remember that prior to any major dental procedure you should be treated with preventative antibiotics provided by your dentist, for a lifetime after surgery.
13) You may begin to shower on day three without covering your incision.
14) <u>REASONS YOU SHOULD NOTIFY MY OFFICE:</u> If you develop a temperature of 101.0 or greater, if you develop pain in the back of the calf of your surgical leg, if you develop chest pain or any shortness of breath, or if you have any excessive bleeding that soaks through your surgical dressing and does not stop with pressure application. After hours please notify the medical exchange at 501-663-6900.

If you have any questions, please feel free to contact my office at 501-663-6455 or 1-800-336-2412, out of town.

______________________________ ______________________________

W. Scott Bowen, M.D. William F. Hefley, Jr., M.D.

BNBS Form#1078 (3/17)

MM.LIN.1591

The key to keeping swelling (edema) under control is **ELEVATION**. Elevation of the limb is the most effective way to bring swelling down. You can avoid a lot of discomfort and worry if you *properly* elevate your leg after coming home from the hospital. Some people think that sitting in a recliner chair with the foot rest extended and your foot *elevated* off the floor is enough, but this is not going to be adequate for eliminating your edema. Here is what you need to do to truly elevate a swollen leg, ankle and/or foot:

- You must lay on a flat, comfortable surface (bed or firm sofa)
- A comfortable pillow for your head is recommended
- Create a "ramp" or "pyramid" of pillows, blankets and rolled-up bath towels and prop your lower extremity up on this tower of items
- Ideally, the angle of your leg should be between 35 and 50 degrees
- Your leg should be fully extended with little or no knee bend
- Your foot should be well above the level of your heart
- Remain in this position for 60 minutes then get up and move about, use the bathroom, eat, do your exercises, etc.
- After an hour of being up and around you should then return to the elevated limb position as described above. Elevate your leg as often as visible, significant edema is present.
- Elevating in this fashion once or twice a day in the first week after you come home from the hospital may be enough to keep the swelling from ever getting too severe. But if your swelling seems to be getting worse, then elevating several times a day for a few days may be necessary to bring all of the swelling under control.

If swelling in the lower leg does not improve after one to two days of elevation and cold pack applications as described, and if you have pain, tenderness and/or warmth in the calf, call the office and speak with a nurse. These could be signs of a blood clot in your leg or thigh, and a special test needs to be done to determine this.




**Proper method for elevating a swollen lower extremity**

MM.LIN.1592

Bowen Hefley Orthopedics

## Antibiotic Treatment Folowing Total Joint Replacement
## Recommendations from the American Academy of Orthopedic Surgeons

If you are having any type of invasive procedure after a total joint replacement you will need to be pre-medicated. Please call our office and we can make sure you are pre-medicated prior to having any invasive procedure. This is very important to make sure that you do not risk getting an infection in your joint replacement. This only applies to the first year following your joint replacement.

| Procedure | Antimicrobial Agent | Dose | Timing | Duration |
|---|---|---|---|---|
| **Dental** | Cephalexin, cephradine, amoxicillin | 2 gm PO | 1 hour prior to procedure | Discontinued within 24 hours of the procedure. For most outpatient/office-based procedures a single pre-procedure dose is sufficient. |
| **Ophthalmic** | Gentamicin, tobramycin, ciprofloxacin, gatifloxacin, levofloxacin, moxifloxacin, ofloxacin, or meomycin-gramicidin-polymyxin B cefazolin | Multiple drops topically over 2 to 24 hours or 100 mg subconjunctivally | Consult ophthalmologist or pharmacist for dosing regimen | |
| **Orthopedic** | Cefazolin<br>Cefuroxime OR<br>Vancomycin | 1-2 g IV<br>1.5 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Vascular** | Cefazolin OR<br>Vancomyin | 1-2 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Gastrointestinal**<br>Esophageal, gastroduodenal<br>Biliary tract<br>Colorectal | Cefazolin<br>Cefazolin<br>Neomycin + erythromycin base (oral) OR metronidazole (oral) | 1-2 g IV<br>1-2 G IV<br>1 g<br>1 g | Begin dose 60 minutes prior to procedure<br>Dependent on time of procedure, consult with GI physician and/or pharmacist | |
| **Head and neck** | Clindamycin + gentamicin OR<br>cefazolin | 600-900 mg IV<br>1.5 mg/kg IV<br>1-2 g IV | Begin dose 60 minutes prior to procedure | |
| **Obstetric and gynecological** | Cefoxitin, cefazolin<br>Ampicilin/sulbactam | 1-2 g IV<br>3 g IV | Begin dose 60 minutes prior to procedure | |
| **Genitourinary** | Ciprofloxacin | 500 mg PO or<br>400 mg IV | 1 hour prior to procedure<br>Begin dose 60 minutes prior to procedure | |

† If a tourniquet is used the entire dose of antibiotic must be infused prior to its inflation

BNBS #125 (2-10)

Revised: January 2018

Arkansas Urology

**Little Rock Office**
1300 Centerview Drive
Little Rock, AR 72211
Phone: 501-219-8900
Fax: 501-537-1876

Arkansas Urology, P.A.
1300 Centerview Drive
LITTLE ROCK, AR 72211-4349
Phone: (501) 219-8900, Fax: 855-407-3924

Date: 02/18/2025

Dear Michael Morgason,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: WISCHELLE WILLIAMS, APRN

## Patient Care Summary for Michael Morgason

### Most Recent Encounter

02/18/2025 Wischelle B Williams: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. tel:+1-501-2198900

### Reason for Visit

urinary retention

MN.LIN.1594

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note

Assessment:
1. Post op AUR: new problem, inserted 2/13/24 after hip surgery. Hx of retention in 2018, had to be in and out cath and was on tamsulosin for awhile. later a years later, thoracic outlet decompression, he was given tamsulosin a week prior to surgery that helped with retention. no hx of urology. In and out was performed prior to foley insertion, first in an out drained 1100mL, the next day, foley was inserted due to high bladder volume again

reports hx of retention post op in the past but never saw a urologist
reports hx of neuropathy
2. Neuropathy: Chronic, unsure of the cause.
3. Chronic constipation: Worsening now since surgery. He is taking dulcolax and docusate without relief of constipation. (-) n/v

Data:
- UA: foley in place

Plan:
- Reviewed and discussed pt sxs
- Reviewed external medical records, noting 1,100mL drained. Foley removal deemed too early, so it will remain in place until Friday. Patient was instructed on self-removal at home using syringes, with both patient and wife demonstrating understanding. Plan for early morning removal, with follow-up as needed.
- Recommended to avoid developing constipation (have a BM X4/week), increase fiber intake, hydrate adequately (80oz/day)
- add Miralax 17g OTC BID to his dulcolax and docusate. risks, benefits, and procedure discussed.
- Recommend to wean off pain medications
- RTC this Friday in Benton for PVRU, UA, and f/u on retention. BPH w/u and UDS in the near future, as well as PSA

New patient:

I, Wischelle Williams, APRN, am seeing this patient.

I am the scribe for Wischelle Williams, APRN, and I documented sections of this chart. - Brandon Pettigrew

1. Postoperative retention of urine

2. Chronic constipation

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Established Patient 15 | 02/21/2025 2:00PM | Cindy Stone |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

MN.LIN.1595

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | |
| atorvastatin 40 mg tablet | | |
| diclofenac sodium 75 mg tablet,delayed release | | |
| methocarbamol 750 mg tablet<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| oxycodone 5 mg tablet | | |
| sulfamethoxazole 800 mg-trimethoprim 160 mg tablet | | |
| tamsulosin 0.4 mg capsule<br>TAKE 1 CAPSULE BY MOUTH DAILY | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 10 in | 160 lbs | 23 kg/m2 | 125/84 mm[Hg] | 118 bpm |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Latex, Natural Rubber | Itching<br>Rash | | |
| | | Penicillins | Itching<br>Rash | | |
| 11291 | RxNorm | VENOM-WASP | Anaphylaxis | | |
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Constipation | Active | 02/18/2025 | |
| Chronic Constipation | Active | 02/18/2025 | |
| Retention of Urine | Active | 02/18/2025 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 02/13/2025 | Total Hip Arthroplasty<br>Notes: Hip replacement | Information not available |
| 01/01/1992 | Removal of Sperm Duct(s)<br>Notes: Vasectomy | Information not available |

MN.LIN.1596

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Heavy Tobacco Smoker (1 pack per day) |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 02/18/2025 | Postoperative Retention of Urine; Chronic Constipation | Wischelle B Williams, APRN: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. (501) 219-8900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 07/31/1970 | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact: 2623 E 35, Texarkana, AR 71854, Ph. tel:+1-903-4900726

## Care Team Members

Primary Care Provider

Matthew W Nix MD 3417 U Of Way, Texarkana, AR 71854, Ph. tel:+1-870-7796000

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

MN.LIN.1597

# FAX

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Amber C. | FROM: | Sebastian O'Neal |
| FAX: | 877-843-3950 | FAX: | +13465478663 |
| PHONE: | | PHONE: | 346.299.2614 |
| SUBJECT: | Post Appeal Submissionn | DATE: | 2025-03-25 |

COMMENTS:

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

March 25, 2025

1-877-843-3950

Lincoln Financial Group
ATTN: Appeals Department
Amber C
Specialist Appeals Claim

Claimant: Michael Morgason
Claim Number:1210046281
Plan Number:00001025317200000
Policyholder: Texarkana Independent School District

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. (See attached Bates Stamped Nos.1529-1597). Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

*Sebastian O'Neal*

Sebastian O'Neal
Medical Records Specialist

Attachment(s)

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |
| | |

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

| | **Post Submission Appeal 03.25.2025** |
|---|---|
| **A-13** | Arkansas Surgical Hospital<br>Bate Stamped: MM.LIN.1529-1573 |
| **A-14** | Hefley Records<br>Bate Stamped: MM.LIN. 1574-1585 |
| **A-15** | Hefley Surgery Notes<br>Bate Stamped: MM.LIN. 1586-1587 |
| **A-16** | MRM<br>Bate Stamped: MM.LIN. 1588-1593 |
| **A-17** | Arkansas Urology<br>Bate Stamped: MN.LIN. 1594-1597 |

# Continuity of Care Document

| | |
|---|---|
| Patient | MICHAEL MORGASON |
| Date of birth | |
| Sex | Male |
| Race | White |
| Ethnicity | Not Hispanic or Latino |
| Contact info | Primary Home:<br><br>Tel (Home): |
| Patient IDs | 136930 2.16.840.1.113883.3.1579.777268494848.6.200<br>554643 2.16.840.1.113883.3.1579.777268494848.6.300 |
| Language | (Preferred) English |
| Document Id | 2308395 2.16.840.1.113883.3.1579.777268494848.6.100 |
| Document Created: | February 20, 2025, 00:16:41 +0000 |
| Care provision | RIGHT HIP from February 13, 2025, 11:52:00 +0000 to February 20, 2025, 00:16:41 +0000 |
| Performer (admitting physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (primary surgeon) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (attending physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Author | MEDHOST |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): (501)748-8000 |
| Encounter Id | 554643 2.16.840.1.113883.3.1579.777268494848.6.300 |

Patient Name: MICHAEL MORGASON
Date of Birth:

| | |
|---|---|
| Encounter Type | Outpatient Encounter |
| Encounter Date | From February 13, 2025, 11:52:00 +0000 to February 14, 2025, 20:40:00 +0000 |
| Encounter Location | Outpatient facility |
| Responsible party | WILLIAM HEFLEY, JR<br>of ARKANSAS SURGICAL HOSPITAL |
| Contact info | 5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Document maintained by | ARKANSAS SURGICAL HOSPITAL |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): +1(501)748-8000 |

## Table of Contents


- ALLERGIES AND ADVERSE REACTIONS
- ASSESSMENTS
- FAMILY HISTORY
- FUNCTIONAL STATUS
- MENTAL STATUS
- PROBLEMS
- RESULTS
- TREATMENT PLAN
- HOSPITAL COURSE
- IMMUNIZATIONS
- MEDICATIONS
- SOCIAL HISTORY
- VITAL SIGNS
- PROCEDURES
- GOALS
- HEALTH CONCERNS
- MEDICAL EQUIPMENT
- ENCOUNTERS
- HOSPITAL DISCHARGE INSTRUCTION
- HISTORY AND PHYSICAL NOTE
- CONSULTATION NOTE
- DISCHARGE SUMMARY NOTE
- PROGRESS NOTE
- LABORATORY NARRATIVE NOTE
- PATHOLOGY NARRATIVE NOTE
- IMAGING NARRATIVE NOTE
- CARE TEAM
- NURSE NOTE
- PHYSICIAN NOTE


# ALLERGIES AND ADVERSE REACTIONS

ALLERGIES AND ADVERSE REACTIONS

Patient Name: MICHAEL MORGASON
Date of Birth:

| Code | System | Allergy Substance | Adverse Reaction Date | Reaction (Severity) | Comment | Status | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|
| 7984 | RXNorm | PENICILLIN | | Rash<br>Adverse reaction to substance | itching | active | PATIENT | ARKPPC on February 7, 2025 3:40:18 PM UTC |
| | | LATEX | | Rash | | active | PATIENT ALLERGY SOURCE | ARKMSJ2 on February 13, 2025 1:12:10 PM UTC |

# ASSESSMENTS

Pain of right hip joint ;

# FAMILY HISTORY

**FAMILY HISTORY**

No Family History Information Available

# FUNCTIONAL STATUS

**FUNCTIONAL STATUS**

Functional Status information is not available.

# MENTAL STATUS

**MENTAL STATUS**

Mental Status information is not available.

# PROBLEMS

**PATIENT PROBLEMS**

| Code | Description/Comments | Category | Status | Updated By |
|---|---|---|---|---|
| 316921000119102 | Pain of right hip joint | | active | ARKNJB2 on February 13, 2025 12:39:48 PM UTC |

# RESULTS

Patient: MORGASON MICHAEL

Date of birtl

Medical Record Number: 136930

## LABORATORY RESULTS

ORDER 200: HEMOGLOBIN (LOINC: 4546-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 16.5 g/dl | 12.0 g/dl - 18.0 g/dl | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

ORDER 300: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 45.6 % | 36.0 % - 54.0 % | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

Patient Name: MICHAEL MORGASON
Date of Birth:

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

ORDER 400: ELECTROLYTE PANEL (LOINC: 55231-5)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2947-0 | Sodium [Moles/volume] in Blood | N | 143 mmol/L | 136 mmol/L - 145 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 6298-4 | Potassium [Moles/volume] in Blood | N | 4.1 mmol/L | 3.5 mmol/L - 5.1 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 2075-0 | Chloride [Moles/volume] in Serum or Plasma | N | 106 mmol/L | 98 mmol/L - 107 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 19229-4 | Bicarbonate [Moles/volume] in Mixed venous blood | N | 30.5 mEq/L | 21.0 mEq/L - 32.0 mEq/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 500: CREATININE SERUM (LOINC: 2160-0)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

MM.LIN.1533

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2160-0 | Creatinine [Mass/volume] in Serum or Plasma | N | 1.1 mg/dl | 0.6 mg/dl - 1.3 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 66615-6 | Estimated or measured glomerular filtration rate less than 50 percent [- Reported] | N | 74 | | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 600: BUN SERUM (LOINC: 14937-7)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 14937-7 | Urea nitrogen [Moles/volume] in Serum or Plasma | N | 17 mg/dl | 7 mg/dl - 18 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 700: GLUCOSE BLOOD (LOINC: 15074-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 15074-8 | Glucose [Moles/volume] in Blood | H | 110 mg/dl | 74 mg/dl - 106 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 1001: HEMOGLOBIN (LOINC: 4546-

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 13.2 g/dl | 12.0 g/dl - 18.0 g/dl | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

ORDER 1101: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 37.1 % | 36.0 % - 54.0 % | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

## LABORATORY NARRATIVE RESULTS

Information is not available

## RADIOLOGY RESULTS

ORDER 1300: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 8:29:15 AM UTC (TECH: BENOIST LOGAN M)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
---------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001300
MRN:136930
DOB
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 12:40 PM

COMPARISON: None.

HISTORY: post op

FINDINGS:
There are post surgical changes from right total hip arthroplasty.
Hardware is intact. There is no acute fracture. There is air in the
surrounding soft tissues.

IMPRESSION:
Status post right total hip arthroplasty without acute complication.

Signed by Logan M Benoist, MD 2/13/2025 2:32 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001300

ORDER 1500: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 11:40:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:14:46 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL

5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
-----------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001500
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 5:47 PM

COMPARISON: None.

HISTORY: FALL

FINDINGS:
Right total hip arthroplasty. No acute fracture or loosening. Soft tissue edema and emphysema.

IMPRESSION:
Right total hip arthroplasty. No acute fracture or loosening.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001500

ORDER 1700: XR KNEE 1 OR 2 VIEWS RIGHT (LOINC: 47375-1)
ORDER DATE: February 14, 2025 1:46:00 AM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:42:54 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
-----------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001700
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR KNEE 1 OR 2 VIEWS RIGHT
PROCEDURE: Two view right knee

DATE: 2/13/2025 8:10 PM

COMPARISON: None.

HISTORY: fall

FINDINGS:
There is anatomic alignment of the right knee. Negative for acute fracture or dislocation. Small knee joint effusion.

IMPRESSION:
1. No acute fracture or dislocation.
2. Small knee joint effusion.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001700

### PATHOLOGY NARRATIVE RESULTS

Information is not available

### MICROBIOLOGY RESULTS

No Micro Labs/Results Exist for Patient

### BLOOD ADMIN RESULTS

Information is not available

# TREATMENT PLAN

DISCHARGE MEDICATIONS

| Status | RXNORM | Medication | Dose | Route | Frequency | Dates | Comments | Updated By |
|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | GABAPENTIN 600 MG | 600 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | BACLOFEN 10 MG | 10 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | ATORVASTATIN 40 MG *NF* | 40 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

PATIENT OPEN ORDERS

| Code | System | Description | Frequency | Occurrences | Priority | Start Date | Ordering Physician | Updated By |
|---|---|---|---|---|---|---|---|---|
| PT ORDER | MEDHOST | PHYSICAL THERAPY EVAL/TREAT | DAILY | 0 | Routine | February 13, 2025 1:04:00 PM UTC | JENKINS GRACE JONES | ARKGJJ on February 13, 2025 1:06:00 PM UTC |

SCHEDULED PROCEDURES

| Code | System | Description | Status | Scheduled Date | Updated By |
|---|---|---|---|---|---|
| Patient scheduled procedure information is not available. | | | | | |

# HOSPITAL COURSE

### HOSPITAL COURSE

Information is not available

# IMMUNIZATIONS

### PATIENT IMMUNIZATIONS

| Code | System | Vaccine Name | Consent | Reactions | Comments | Administered By | Route | Site | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| Information is not available | | | | | | | | | |

# MEDICATIONS

### HOME MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | CAA | ARKPAB on February 14, 2025 2:02:39 PM UTC |
| Active | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | | CAA | ARKPAB on February 14, 2025 2:02:27 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | CAA | ARKPAB on February 14, 2025 2:02:32 PM UTC |

## DISCHARGE MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

## INPATIENT MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 11:00:00 AM UTC End: February 13, 2025 11:00:00 AM UTC | | HEFLEY JR WILLIAM F | ARKPPC on February 7, 2025 3:40:00 PM UTC |
| Discontinued | 847630 | 00338011704 | LACTATED RINGERS SOLN | 1000.0 ML | INTRAVENOUS | CONT | 25.0 ML/HR | Start: February 13, 2025 11:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | WRIGHT JOHN WILLIAM | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 100.0 | INTRAVENOUS | PRE-OP | | Start: | | HEFLEY JR | ARKNJB2 on |

MM.LIN.1540

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | MEDICATION X 1 DOSE ONLY | | February 13, 2025 12:48:00 PM UTC End: February 13, 2025 1:06:18 PM UTC | | WILLIAM F | February 13, 2025 1:06:00 PM UTC |
| Discontinued | | 00904693186 | POLYETHYLENE GLYCOL PACK 17 GM PACK | 1.0 PKT | ORAL | DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1115005 | 63739047802 | DOCUSATE SODIUM 100 MG CAPS | 100.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143976275 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 11:04:00 PM UTC End: February 13, 2025 11:04:00 PM UTC | | JENKINS GRACE JONES | ARKMEM4 on February 13, 2025 10:12:00 PM UTC |
| Discontinued | 198335 | 42292002808 | SULFAMETHOX-TRIMETH DS 800-160 MG TABS | 1.0 TAB | ORAL | TWICE DAILY | | Start: February 14, 2025 12:16:37 AM UTC End: February | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14, 2025 12:16:37 AM UTC | | | |
| Discontinued | | 66553000201 | Aspirin 81 MG CHEWABLE TAB CHEW | 81.0 MG | ORAL | GIVE AT 2100 | | Start: February 14, 2025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 310273 | 00904719361 | FAMOTIDINE 20 MG TABS | 20.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 311277 | 00904666245 | LANSOPRAZOLE 30 MG CPDR | 30.0 MG | ORAL | GIVE AT 0630 DAILY | | Start: February 14. 7025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15. 7025 4:30:00 AM UTC |
| Discontinued | 1807639 | 00338004904 | SODIUM CHLORIDE 0.9% IV SOLN % 1000 ML SOLN | 1000.0 ML | INTRAVENOUS | CONT | 50.0 ML/HR | Start: February 13, 2025 1:04:00 PM UTC End: February 14. 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15. 2025 4:30:00 AM UTC |
| Discontinued | 854876 | 00904608261 | ZOLPIDEM 5 MG TABS | 5.0 MG | ORAL | AT BEDTIME AS NEEDED FOR | | Start: February | | JENKINS GRACE | RX0P23 on February 15. |

MM.LIN.1542

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SLEEP | | 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JONES | 2025 4:30:00 AM UTC |
| Discontinued | | 00121176230 | ALUM & MAG + SIMETHICONE 30 ML CUP LIQD | 30.0 ML | ORAL | 4 TIMES A DAY AS NEEDED FOR INDIGESTION | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 104894 | 68462015713 | ONDANSETRON 4 MG ORALLY DISINTEGRATING TBDP | 4.0 MG | ORAL | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049630 | 68094001861 | DIPHENHYDRAMINE HCL 25 MG TABS | 25.0 MG | ORAL | EVERY 6 HOURS PRN ITCHING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

MM.LIN.1543

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 12:16:37 AM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 8:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1101849 | 78112001103 | PHENOL ORAL SPRAY (CHERRY) 1.4% 117 ML LIQD | 1.0 SPY | ORAL | AS NEEDED FOR SORE THROAT | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | Q6H | | Start: February 13, 2025 6:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 835603 | 00904749661 | TRAMADOL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN MILD PAIN. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 |

MM.LIN.1544

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | | AM UTC |
| Discontinued | 854142 | 24510005010 | TAPENTADOL HCL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 5.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 10.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:21 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

MM.LIN.1545

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:17 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:19 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1666798 | 00641678175 | MIDA7OLAM 1mg/ml 2ml VIAL SOLN | 1.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:14:70 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:14:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:12 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.1 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

MM.LIN.1546

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 3:13:14 PM UTC | | | |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:09 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 1000.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:06 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1547

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/MI -4 MI SOI N | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/ML -4 ML SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1548

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml SOLN | 2.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml | 2.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: | | WRIGHT | ARKLAF2 on |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SOLN | | | | | February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | JOHN WILLIAM | February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1550

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13. 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February | | WRIGHT JOHN | ARKLAF2 on February 13, |

MM.LIN.1551

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WILLIAM | 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6:16:51 PM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 7:04:00 PM UTC End: February 13, 7025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | | PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1554

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1555

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 6:16:46 PM UTC | | | |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13. 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1556

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 310433 | 00904682361 | GABAPENTIN 600 MG TABS | 600.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 197391 | 00172409660 | BACLOFEN 10 MG TABS | 10.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* TABS | 40.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 160.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |

MM.LIN.1557

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 14, 2025 4:30:16 AM UTC | | | |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 300.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665682 | 63323016214 | KETOROLAC 60 MG/2ML SOLN | 60.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 | INTRAMUSCULAR | INTRA-OPERATIVE | | Start: | | HEFLEY JR | RX0P21 on |

MM.LIN.1558

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | X 1 DOSE | | February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | WILLIAM F | February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 60.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 20.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 150.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 80.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |

MM.LIN.1559

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:03:00 PM UTC | | | |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | | ONE DOSE ONLY | | Start: February | | HEFLEY JR WILLIAM F | INTERFACED on February |

MM.LIN.1560

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:04:00 PM UTC End: February 13, 7025 5:04:00 PM UTC | | | 13, 2025 2:27:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:28:00 PM UTC |
| Discontinued | 1673243 | 00409420801 | MARCAINE/EPINEPHRINE PF 0.5% -1:200000 SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |
| Discontinued | 2178759 | 00409115919 | BUPIVACAINE PF 0.25% 30 ML SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13. 2025 5:04:00 PM UTC End: February 13, 2025 | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5:04:00 PM UTC | | | |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:49:00 PM UTC |
| Discontinued | 1798389 | 63739095325 | HEPARIN (PORK) 5000 UNITS /ML -1ML SOLN | 5000.0 UNT | | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | | XXXXXXX0131 | ROCURONIUM SYRINGE 10 MG/ML PR | 50.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:33:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1808224 | 43598026520 | PROPOFOL 200 MG/20ML EMUL | 200.0 MG | INTRAVENOUS | ONE DOSE ONLY | 8.333 MG/HR | Start: February 13, 2025 | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 |

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 8:34:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | | PM UTC |
| Discontinued | | 42023026905 | PREVDUO 3-0.6 MG/3ML SOSY | 3.0 ML | INTRAVENOUS | ONE DOSE ONLY | 0.125 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | | XXXXXXX0113 | SUCCINYLCHOLINE SYR 200 MG/10M | 200.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1737761 | 63323020805 | LIDOCAINE HCL (CARDIAC) PF 100 | 5.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | 0.208 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1812079 | 70069002101 | DEXAMETHASONE SOD PHOSPHATE PF | 10.0 MG | INTRAVENOUS | ONE DOSE ONLY | 0.417 MG/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |

MM.LIN.1563

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 14, 2025 12:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | ONE UNSCHEDULED | | Start: February 14, 2025 4:55:00 AM UTC End: February 14, 2025 5:22:10 AM UTC | | REEDER BLAKELY SCOTT | ARKCLH on February 14, 2025 5:22:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 14, 2025 10:30:00 AM UTC End: February 14, 2025 10:30:00 AM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 14, 2025 7:25:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | TWICE DAILY | | Start: February 14, 2025 3:33:00 PM UTC End: February 14, 2025 8:40:00 PM UTC | | SIRAK BRIAN L | RX0P23 on February 15, 2025 4:30:00 AM UTC |

## SOCIAL HISTORY

### SOCIAL HISTORY

| SNOMED-CT | Social History Element | Description | Effective Dates | Offered Cessation | Comment | UpdatedBy |
|---|---|---|---|---|---|---|
| 266927001 | Smoking Status | Unknown If Ever Smoked | | | | |

### SOCIAL HISTORY - Birth Gender

Birth Sex: Male

### SOCIAL HISTORY - Pregnancy Status

Pregnant: Pregnancy status information is not available

Pregnancy Intention in Next Year: Pregnancy intention information is not available

### SOCIAL HISTORY - Sexual Behavior

| Sexual Orientation | | Gender Identity | | | | | |
|---|---|---|---|---|---|---|---|
| SNOMED-CT | Description | SNOMED-CT | Description | Activity Level | No of Partners | Partner Type | UpdatedBy |
| Information is not available | | | | | | | |

# VITAL SIGNS

### PATIENT VITAL SIGNS

This section displays the most recent value for each vital sign as of February 20, 2025 12:16:41 AM UTC

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 8302-2 | Body height | February 13, 2025 12:39:13 PM UTC | 177.8 cm (70.0 in) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 39156-5 | Body mass index (BMI) [Ratio] | February 13, 2025 12:39:13 PM UTC | 23.099 kg/m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 3140-1 | Body Surface Area Derived From Formula | February 13, 2025 12:39:13 PM UTC | 1.9035 m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8310-5 | Body temperature | February 14, 2025 8:40:00 PM UTC | 98.0 [degF] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 29463-7 | Body weight Measured | February 13, 2025 12:39:13 PM UTC | 73.028 kg (161.0 lb) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8462-4 | Diastolic blood pressure | February 14, 2025 8:40:00 PM UTC | 63.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8867-4 | Heart rate | February 14, 2025 8:40:00 PM UTC | 75 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 59408-5 | Oxygen saturation in Arterial blood by Pulse oximetry | February 14, 2025 8:40:00 PM UTC | 98.0 % | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 72514-3 | Pain severity - 0-10 verbal numeric rating [Score] - Reported | February 14, 2025 8:40:00 PM UTC | 4.0 {score} | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 9279-1 | Respiratory rate | February 14, 2025 8:40:00 PM UTC | 14 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8480-6 | Systolic blood pressure | February 14, 2025 8:40:00 PM UTC | 142.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |

### PEDIATRIC GROWTH CHART - VITAL SIGNS

This section displays Head Circumference Percentile, Weight for Length Percentile and BMI Percentile

| Loinc Code | Pediatric Measure | Age (Months) | Result | Updated By |
|---|---|---|---|---|
| No Pediatric Growth Chart Percentile Information Available. | | | | |

# PROCEDURES

### PATIENT PROCEDURES

Procedure information is not available.

### PROCEDURE NOTE

| | |
|---|---|
| Note Title | Anesthesia Procedure Note |
| Date Of Service | February 13, 2025 3:06:39 PM UTC |
| Created By | ARKJWW on February 13, 2025 3:06:39 PM UTC |
| Signed By | ARKJWW on February 13, 2025 3:13:03 PM UTC |

ASH Demographics

Morgason Michael Jul-31-1970 54y Male Feb-13-2025 HEFLEY JR WILLIAM F MD

Anesthesia Procedure Note

Right fascia ileaca block. US, 21 ga Pajunk, Supine, lateral in-plane approach. Fascia identified and pierced. 50 cc 0.375% bupiv w/ epi 1/400 k. with neg aspiration q 5cc. NAC

Electronically signed by WRIGHT JOHN WILLIAM MD on Feb-13-2025 0913

# GOALS

### PATIENT GOALS

| Goal | Assigned Date | Updated By |
|---|---|---|
| NURSING STAFF WILL IMPLEMENT INTERVENTIONS POST PATIENT FALL | February 14, 2025 | ARKKMC on February 14, 2025 1:14:36 AM UTC |
| WILL REMAIN FREE FROM INFECTION | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:43 PM UTC |
| WILL HAVE NO SIGNS OF INFECTION RELATED TO IV | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:46 PM UTC |

# HEALTH CONCERNS

### Problems

| Concern | Status |
|---|---|
| Health Concern problem information not available. | |

### Smoking Status

| Status | Years Used | Consumed packs per day |
|---|---|---|
| Health Concern smoking history information not available. | | |

### Family History

| Concern | Status |
|---|---|
| Health Concern family history information not available. | |

# MEDICAL EQUIPMENT

### MEDICAL EQUIPMENT

| Device | Status | Quantity | Dates | Procedure | Comments | Updated By |
|---|---|---|---|---|---|---|
| Information not available. | | | | | | |

# ENCOUNTERS

### ENCOUNTER INFORMATION

| | | |
|---|---|---|
| Reason for Visit | RIGHT HIP | |
| Admission | February 13, 2025 11:52:00 AM UTC | ARKANSAS SURGICAL HOSPITAL<br>5201 NORTHSHORE DRIVE |

Patient Name: MICHAEL MORGASON
Date of Birth:

N LITTLE ROCK AR 72118-5312

| | | |
|---|---|---|
| Discharge | February 14, 2025 8:40:00 PM UTC | DISCHARGED HOME/SELF CARE |

## ENCOUNTER DIAGNOSES

Notes information is not available.

| Code | System | Diagnosis | Onset Date |
|---|---|---|---|

Diagnosis information is not available.

## ABSTRACT DIAGNOSES

| Code | System | Diagnosis | Updated By |
|---|---|---|---|
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M25.751 | ICD10 | OSTEOPHYTE, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| E78.5 | ICD10 | HYPERLIPIDEMIA, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| G62.9 | ICD10 | POLYNEUROPATHY, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| F17.210 | ICD10 | NICOTINE DEPENDENCE, CIGARETTES, UNCOMPLICATED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z88.0 | ICD10 | ALLERGY STATUS TO PENICILLIN | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z91.040 | ICD10 | LATEX ALLERGY STATUS | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z79.899 | ICD10 | OTHER LONG TERM (CURRENT) DRUG THERAPY | ARKSCG on February 20, 2025 12:15:11 AM UTC |

## CARE TEAM

| Care Team Member | Role |
|---|---|
| WILLIAM HEFLEY | Admitting |
| WILLIAM HEFLEY | Surgeon |
| WILLIAM HEFLEY | Primary Attending |

MM.LIN.1568

# HOSPITAL DISCHARGE INSTRUCTION

## DISCHARGE INSTRUCTION

| | |
|---|---|
| Encounter | 554643 |
| Admit Date | February 13, 2025 11:52:00 AM UTC |
| Discharge Date | February 14, 2025 8:40:00 PM UTC |

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

These instructions will include:

Bathing / Showering instructions
Dressing Changes and Incision care
Medication and Side Effects information
Activity / Body Movement information
Equipment instructions

Seek medical care if:

Difficulty breathing
Wound is red, swollen, or has become increasingly painful
Pus draining from incision/wound
Bad smell coming from incision/wound
Persistent bleeding from incision/wound
Incision/wound breaks open after sutures (stitches) or staples have been removed
Fever 101 or greater
Rash develops
Pain or swelling in calf or thigh
Chest pain
Range of motion in your surgical area/extremity is decreasing rather than increasing
Persistent nausea or vomiting

IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.
YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.
TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455
If you need assistance finding another health care provider, call the number on your health insurance card.
Document Released: 6/21/2022 Document Revised: 7/15/2022

Patient Name: MICHAEL MORGASON
Date of Birth

# HISTORY AND PHYSICAL NOTE

### HISTORY AND PHYSICAL NOTE

History and physical note information is not available

# CONSULTATION NOTE

### CONSULTATION NOTE

Consultation note information is not available

# DISCHARGE SUMMARY NOTE

### DISCHARGE SUMMARY NOTE

Discharge Summary note information is not available

# PROGRESS NOTE

### PROGRESS NOTE

| | |
|---|---|
| Note Title | DC Planning Evaluation & Order |
| Date Of Service | February 14, 2025 5:01:31 PM UTC |
| Created By | ARKSLT on February 14, 2025 5:01:31 PM UTC |
| Signed By | ARKSLT on February 14, 2025 5:02:11 PM UTC |

D/C Demographics

Morgason Michael 54y Male Jul-31-1970 White Feb-13-2025 HEFLEY JR WILLIAM F MD 5 ft 10 in (177.8 cm) 161 lb (73.028 kg) 1.9035 (23.099)

DME HOME USE

Rolling Walker, Patient requires rolling walker for safe ambulation; cane is NOT suffient (RTHA )

DVT PROPHYLAXIS ORDER/ASSESSMENT (HCPC E0676)

Z96.641 Right THA (RTHA ), Date of surgery (02/13/25 ), Duration of Treatment: 14 days, In my evaluation of this patient, I have noted a higher risk of developing VTE due to the type of surgery performed combined with other risk

factors. I have prescribed and certified that the device selected above is medically necessary for the treatment of my patients care.

Electronically signed by SCHARLOTTE TYLER UC on Feb-14-2025 1102

| | |
|---|---|
| Note Title | Dr. Hefley Progress Notes |
| Date Of Service | February 14, 2025 2:42:47 PM UTC |
| Created By | ARKGJJ on February 14, 2025 2:42:47 PM UTC |
| Signed By | ARKWFH on February 14, 2025 9:18:47 PM UTC |

Vital Signs

Feb-14-2025 0326
T 97.4 HR 58 RR 18 BP 101 / 59 O2Sat 94 PAIN 4

Lab Results

Feb-14-2025 0259
Hematology
HGB 13.2 HCT 37.1

Dr. Hefley Subjective

Patient is comfortable, No new complaints

Dr. Hefley Objective

Dressing/Splint is clean, dry, & intact, Compartments Supple, Calves soft/non-tender, Sensory intact, Brisk capillary, EHL/FHL 5/5
Dr. Hefley Diagnoses & Plan

POD # (1 R THR), Mobilize with PT (wbat), Continue DVT prophylaxis (asa), Discharge planning (home today)

patient fell going to bathroom yesterday evening. XR are negative. no increased pain. wound is healthy.

Electronically signed by JENKINS GRACE JONES PA on Feb-14-2025 0844

I hereby attest the note that was written on this patient accurately reflects the notations made when patient was examined.
Electronically signed by HEFLEY JR WILLIAM F MD on Feb-14-2025 1518

# LABORATORY NARRATIVE NOTE

**LABORATORY NARRATIVE NOTE**

Laboratory Narrative note information is not available

# PATHOLOGY NARRATIVE NOTE

**PATHOLOGY NARRATIVE NOTE**

Pathology Narrative note information is not available

# IMAGING NARRATIVE NOTE

**IMAGING NARRATIVE NOTE**

Imaging Narrative note information is not available

# CARE TEAM

CARE TEAM

| Member | Role on Team | Status | Start Date | End Date | Updated By |
|---|---|---|---|---|---|
| HEFLEY JR WILLIAM F MD | Surgeon | normal | February 13, 2025 4:11:00 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Attending | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Admitting | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |

# NURSE NOTE

**NURSE NOTE**

Nurse note information is not available

# PHYSICIAN NOTE

**PHYSICIAN NOTE**

Patient Name: MICHAEL MORGASON
Date of Birth

Physician note information is not available

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PROCEDURE(S)
02/13/2025
Procedure Date:
Room:
OR Room 03
Scheduled Procedure
Surgeon
TOTAL HIP ARTHROPLASTY- RIGHT TOTAL HIP REPLACEMENT
HEFLEY,WILLIAM F.,MD
Actual Procedure Performed
RT THA
Description
Code
Code
27130
Arthroplasty, acetabular and proximal femoral prosthetic replacement (total hip arthroplasty), with or without autograft or allograft
CPT
27132
Conversion of previous hip surgery to total hip arthroplasty, with or without autograft or allograft
CPT
CASE TIMES
Patient in Room:
09:38
Anesthesia Start:
09:38
Surgeon In Room:
10:11
Proc Start Time:
10:13
Surgeon Out of Room:
10:53
Proc End Time:

11:15
Patient Out of Room:
11:21
Anesthesia End:
11:19
PACU Start Time:
11:22
PACU End Time:
CHART CHECK
Before Induction of Anesthesia
ID Band:
Anesthesia and RN Confirm Patient Identity:
Y
Y
HP Completed:
Proc and Proc Site:
Y
Y
Labs Completed:
Site Marked by Provider:
Y
Y
EKG:
Allergies:
Y
Y
Pregnancy Test:
Anesthesia Safety Check Completed:
N/A
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Y
Consents Signed:
Team Members Plan Care, Address Concerns:
Y
Y
Relevant Images Displayed:
Y
Other:
NA
Chart Ready for OR:
Wound Class:
Y
I- Clean
PROCEDURE TYPE:
ELECTIVE

Preop Diagnosis:
OA RIGHT HIP
Sensory Limitation
NOT APPLICABLE
Psycho-Social Assessment
ALERT
CALM
Comments
NA
ANCEF
Antibiotic:
Page 1 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
SITE VERIFICATION
Patient in Room:
TIME OUT FOR PROCEDURE VERIFICATION:
OR Nurse:
09:38
10:10
GUELL, SAM
A. Surgical procedure and surgical site verified verbally with patient/patient designee
B. Patient/parent/designee points ot correct surgical site
C. Patient, procedure and surgical site verified with medical record, consent and surgeon orders
D. Patient, procedure and surgical site verified verbally with surgeon
E. Procedure and surgical site verified verbally with surgical team immediately before incision or start of procedure
F. Surgical site clearly marked with initials by surgeon
VERIFICATION PROCESS:
Site Verification Completed:
Y
CASE START PERSONNEL

Patient in Room:
Surgeon in Room:
09:38
10:11
Anesthesia Start:
Anesthesia Type:
09:38
General Anesthesia
Proc Start Time:
ASA Classification:
10:13
II
In Time
Out Time
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Circulator
GUELL, SAM
Out Time
In Time
Scrub
SPICKES, DANIEL
MOSS, TRNETON M., ST
MATHENY, KYLER
Clinical Role
Anesthesia Staff
WRIGHT, JOHN
ANESTHESIOLOGIST
FULLER, PAULA
CRNA
Name
Role
REP
DEPUY, WALL
Physician Staff
G JENKINS PA
PREP, POSITIONING, CATHETERS
Urinary Catheter:
N
Apply Safety Strap:
Safety Strap Location:
Y
Area Prepped
Skin Prep
Alcohol
HIP, FLANK, AND LEG TO TOES,

Betadine Scrub
HIP, FLANK, AND LEG TO TOES,
Duraprep
HIP, FLANK, AND LEG TO TOES,
Evaluates for signs/symptoms of chemical injury: Y
Evaluates for fire safety precautions: Y
Position for Surgery:
LATERAL LEFT SIDE DO
Evaluates for signs of injury due to positioning: Y
Positioned By
GUELL, SAM
MOSS, TRNETON M., ST
ESTELL, BETH
Positioning/Safety
STUHLBERG
AXILLARY ROLL
ANTERIOR HIP BOARD
ROOM EQUIPMENT
Electrosurgical Unit:
Bipolar:
ELECTROCAUTERY UNIT
Y
N
Blend
Coag
Cut
ESU ID
200
70.00
70.00



Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Implements measures to prevent electrical injury: Y
Implements thermoregulation measures:
Y
Apply Ground Pad:
Y
Skin Condition Post
Skin Condition Pre
Grounding Pad Site
Abdomen
Dry
Dry
Intact
Intact
THERMOREGULATION
Warming Blanket:
Y
Warm IV Fluid:
Y
Warm Irrigation:
N
Other:
NA
Applied By
Temp Setting
Blanket #
250
43
FULLER, PAULA
OTHER EQUIPMENT
NA
TIMEOUT CASE START
All confirm ID, Proc, Site, Consents:
Y
Site Marked and Visible:
Y
Allergies:
Y
Correct Position:
Y
Antibiotics Given:
Y
Relevant Images Displayed:
Y
Equipment and Instrument Concerns:
Implants Available:

N/A
Other Safety Precautions:
N/A
Comment:
NA
All Team Members Concur:
Y
Was the family notified of procedure start time:
N
Comment:
NA
TOURNIQUET, RADIOLOGY, BLOOD
Tourniquet: N/A
Implements plans to prevent mechanical skin injury: N/A
X-RAY: N/A
Implements measures to prevent radiation injury: N/A
Blood Needed?
Implents plans to prevent mechanical skin injury:
N/A
N
SPECIMENS
Specimens?
Manages specimen handling and disposition:
N/A
N
Implants?
Y
Is the patient receiving Transexamic Acid?
Y
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Is the patient colorblind?
N
Enter serum creatinine:
1.1
Does the patient have a history of seizures?
N
If yes, did you DC the order and notify MD?
N/A
Was Heparin given during the procedure?
Y
COUNTS, DRAINS, DRESSINGS
COUNTS
Performs Required Counts:
Y

Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Count Type
Instr
Sharps
Proc #
Other
Staff 1
Staff 2
Count Comments
Sponges
1ST
Initial count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Second count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Final count
Correct
Correct
Correct
Correct
GUELL, SAM

SPICKES, DANIEL
ACTIONS TAKEN IF COUNTS INCORRECT

Count Comments
Reopened
Surgical Site
X-Ray
Taken
Searched
Room

Recount

Notified By
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Charge Nurse
Notified
Surgeon
Notified
N/A
Drains/Tubes:
N
Drain Type:
Drain Site:
Dressings?
SOFT, ABD PILLOW
Dressing Type:
Y
POST PROCEDURE
Post Procedure Peripheral Pulse Assessment:
Post Procedure Skin
DRY
WARM
Urinary Catheter:
N
Drains/Tubes:
N
Dressings:
Y
Post Procedure Patient Status
ASLEEP
AROUSABLE
Using SBAR format, patient handed off to:
FRYAR, LYNETTE
Discharge disposition:

PACU
Transferred By:
DRAW SHEET
OR PERSONNEL
ROLLER BOARD
Page 4 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PNDS OUTCOMES
Username
Outcome
Comment
Outcome
Status
Response
Message
Text
Intervention
Title
Outcome
Title
Outcome ID
O3
The patient is free from signs and symptoms of chemical injury.
Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
Implements plans to prevent chemical skin injury:
MET
SGUELL
Verifies allergies (I123).
Verifies allergies:
Implements latex allergy precautions as needed (I139).
Implements latex allergy precautions as needed:
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Applies chemical hemostatic agents (RNFA) (I140).
Applies chemical hemostatic agents (RNFA):
Evaluates for signs and symptoms of chemical injury (I36).
Evaluates for signs/symptoms of chemical injury:
Y
O9
The patient receives appropriate medication(s), safely administered during the perioperative period.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Prescribes medications within scope of practice (RNFA) (I141).
Prescribes meds within scope of practice (RNFA):
Administers prescribed medications and solutions (I8).
Administers prescribed meds and solutions:
Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).
Administers prescribed antibiotic/immuniz. agents:
Evaluates response to medications (I51).
Evaluates response to meds:
O19
The patient demonstrates knowledge of medication management.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Assesses psychosocial issues specific to the patient's medication management (I17).
Assesses psychosocial issues (ptt med mgmt):
Provides instruction about prescribed medications (I104)
Provides instruction about prescribed medications:

554643
O19
The patient demonstrates knowledge of medication management.
Evaluates response to instruction about prescribed medications (I48).
Evaluates resp to prescribed meds instruction:
N/A
SGUELL
Page 6 of 6
Printed: 02/14/2025 3:00 pm

Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Arkansas Surgical Hospital

PATIENT NAME: MORGASON, MICHAEL
HOSPITAL NUMBER: 136930
DATE OF BIRTH:
PHYSICIAN: William F. Hefley, Jr., M.D.
DATE OF PROCEDURE: 2/13/2025

PREOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

POSTOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

OPERATIVE PROCEDURE:
Right total hip replacement arthroplasty using DePuy implants.

SURGEON:
William F. Hefley, Jr, M.D.

ASSISTANT:
Gracie Jenkins, PA-C.

ANESTHESIA:
General.

SURGERY START TIME:
10:13

COCKTAIL:
In a sterile bowl, we mixed 4 mL (160 mg) of gentamicin, 4 mL (400 mg) of Rocephin, 1 g of TXA, and 50 mL of normal saline for a total of 60 mL.

After the final acetabular reaming, I injected 20 mL of the above cocktail over the acetabulum prior to cup insertion. After the final femoral broach, I injected 20 mL of the above cocktail into the femoral canal prior to stem insertion. After the fascia closure, I injected the final 20 mL of the above cocktail along with 30 mL of 0.5% ropivacaine, 20 mL (60 mg) of Toradol, and 20 mL of normal saline into the joint. I injected 15 mL of 0.5% ropivacaine into the subcutaneous layer prior to skin closure.

BETADINE SOAK:
After the implants were in, the wound was filled with a dilute Betadine solution and moved repeatedly through a range of motion. The solution was suctioned and

replaced a few times and then the hip was lavaged and Betadine removed.

DESCRIPTION OF PROCEDURE:
After satisfactory general anesthesia was obtained, the patient was placed in the right lateral decubitus position on the operating table, stabilized with Stulberg and padded well. Perineum was isolated with an impervious U-drape. Right hip and lower extremity was formally prepped and draped in the usual sterile fashion. I made a 4-inch incision over the anterolateral hip. Fascia lata was divided. Abductors were retracted. Hip capsule was opened in a T-fashion. The hip was dislocated anteriorly. I measured up from the lesser trochanter with a ruler and made the medial neck resection at the templated level with an oscillating saw. I completed the lateral neck resection with a reciprocating saw. I did serial reaming of the acetabulum and impacted a 54 Emphasys cup oriented at 40 degrees opening and 20 degrees of anteversion. Two screws were placed in the ilium with good purchase. Labrum and osteophytes were debrided about the rim. Serial broaching was done of the femur and I impacted a size 40 neutral AOX liner. Trial reductions were done. The trunnion was cleaned. I impacted a 7 standard offset ACTIS stem, 40 ceramic head plus 5 mm neck length. The wound was lavaged well. The hip was reduced and was stable with full range of motion, no impingement. Soft tissue tension was appropriate. Anterior hip capsule was closed with #2 TiCron. The wound was closed in layers. A sterile bandage was applied.

Electronically signed by William F. Hefley, Jr., M.D. at 2/17/2025 12:33 PM
WFH/ELI
D: 2/13/2025 3:37:13 PM
T: 2/13/2025
File #: 326178005

Arkansas Surgical
HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

# Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

**These instructions will include:**

- **Bathing / Showering instructions**
- **Dressing Changes and Incision care**
- **Medication and Side Effects information**
- **Activity / Body Movement information**
- **Equipment instructions**

**Seek medical care if:**

- **Difficulty breathing**
- **Wound is red, swollen, or has become increasingly painful**
- **Pus draining from incision/wound**
- **Bad smell coming from incision/wound**
- **Persistent bleeding from incision/wound**
- **Incision/wound breaks open after sutures (stitches) or staples have been removed**
- **Fever 101 or greater**
- **Rash develops**
- **Pain or swelling in calf or thigh**
- **Chest pain**
- **Range of motion in your surgical area/extremity is decreasing rather than increasing**
- **Persistent nausea or vomiting**

**IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.**
**YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.**

TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455

**If you need assistance finding another health care provider, call the number on your health insurance card.**

Elsevier Interactive Patient Education - ID# 0554643 - MR# 000136930

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

**Patient/Visit Information:**

| | |
|---|---|
| Patient Name: MICHAEL MORGASON | Diag: |
| Attending Caregiver: HEFLEY JR WILLIAM F | |

## Drug Summary:

**Take these medications:**

| Status | Drug Name / Strength / Form | Dose | Directions: | Frequency | Amount |
|---|---|---|---|---|---|
| **NEW** | Aspirin 81mg Enteric Coated Tablet | 1 tab | as directed | once a day | 35 |
| | | | | | |
| **Take as previously directed** | ATORVASTATIN 40 MG *NF* 40 MG TABS | 40 mg | | at bedtime | 0 |
| **Take as previously directed** | Gabapentin 600mg Tablet | 600 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | | | | | |
| **Take as previously directed** | Baclofen 10mg Tablet | 10 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | | | | | |

Drug Allergies: None Entered

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**

ORTHO SURGEONS
ORTHOSURGEONS.COM

# INSTRUCTIONS FOR PATIENTS FOLLOWING TOTAL HIP REPLACEMENT ARTHROPLASTY

Here are a few suggestions that I believe will make your hip rehabilitation a success:

1) Avoid hip adduction and external rotation.
2) Do not bend over to tie your shoes during the first six weeks.

[redacted]t.

4) When sitting, sit with your knees comfortably apart.
5) For three months, do not sit in very low chairs. You will find that this will require an excessive amount of hip flexion and in the early months may make your hip more sore.
6) Do not lie on either side for the first three weeks following your surgery. You may, however, place two pillows between your knees to turn over into the prone position frequently. Lying on the side places an undue stress on the components and may cause your hip to be sore.
7) It is safe for most people to return to driving three to six weeks following their surgery. A good guide for this is when you have good leg control and can move your extremities from the gas pedal to the brake without significant effort.
8) The use of an elevated commode seat is helpful during the first six weeks following your discharge from the hospital. This will allow you to sit comfortably and be independent for bathroom use very early. As your hip mobility and muscle strength improves, the elevated commode seat be discontinued if you wish.
9) Resumption of sexual intercourse is usually comfortable four to six weeks following discharge from the hospital.
10) Six weeks following your discharge you should start a new exercise which is called side-lying abduction. One lies on the unoperated hip with the operated hip side up. When assuming this position, place two pillows between your knees. The exercise itself is simply straightening the operated leg which should be in line with the body and lifting it toward the ceiling. Your goal should be to do fifteen repetitions per session, with three sessions per day. This may take several weeks before you are able to do this.
11) You may have some aching discomfort in your hip and thigh for the first several weeks following your operation. This discomfort should resolve with rest and if it does not, then you should cease all of your exercises and rest for a day or two until the discomfort does resolve.
12) It is important to remember that prior to any major dental procedure you should be treated with preventative antibiotics provided by your dentist, for a lifetime after surgery.
13) You may begin to shower on day three without covering your incision.
14) <u>REASONS YOU SHOULD NOTIFY MY OFFICE:</u> If you develop a temperature of 101.0 or greater, if you develop pain in the back of the calf of your surgical leg, if you develop chest pain or any shortness of breath, or if you have any excessive bleeding that soaks through your surgical dressing and does not stop with pressure application. After hours please notify the medical exchange at 501-663-6900.

If you have any questions, please feel free to contact my office at 501-663-6455 or 1-800-336-2412, out of town.

W. Scott Bowen, M.D.

William F. Hefley, Jr., M.D.

BNBS Form#1078 (3/17)

MM.LIN.1591

The key to keeping swelling (edema) under control is **ELEVATION**. Elevation of the limb is the most effective way to bring swelling down. You can avoid a lot of discomfort and worry if you *properly* elevate your leg after coming home from the hospital. Some people think that sitting in a recliner chair with the foot rest extended and your foot *elevated* off the floor is enough, but this is not going to be adequate for eliminating your edema. Here is what you need to do to truly elevate a swollen leg, ankle and/or foot:

- You must lay on a flat, comfortable surface (bed or firm sofa)
- A comfortable pillow for your head is recommended
- Create a "ramp" or "pyramid" of pillows, blankets and rolled-up bath towels and prop your lower extremity up on this tower of items
- Ideally, the angle of your leg should be between 35 and 50 degrees
- Your leg should be fully extended with little or no knee bend
- Your foot should be well above the level of your heart
- Remain in this position for 60 minutes then get up and move about, use the bathroom, eat, do your exercises, etc.
- After an hour of being up and around you should then return to the elevated limb position as described above. Elevate your leg as often as visible, significant edema is present.
- Elevating in this fashion once or twice a day in the first week after you come home from the hospital may be enough to keep the swelling from ever getting too severe. But if your swelling seems to be getting worse, then elevating several times a day for a few days may be necessary to bring all of the swelling under control.

If swelling in the lower leg does not improve after one to two days of elevation and cold pack applications as described, and if you have pain, tenderness and/or warmth in the calf, call the office and speak with a nurse. These could be signs of a blood clot in your leg or thigh, and a special test needs to be done to determine this.




**Proper method for elevating a swollen lower extremity**

MM.LIN.1592



**Lincoln/Morgason 0693**

Bowen Hefley Orthopedics

## Antibiotic Treatment Folowing Total Joint Replacement
## Recommendations from the American Academy of Orthopedic Surgeons

If you are having any type of invasive procedure after a total joint replacement you will need to be pre-medicated. Please call our office and we can make sure you are pre-medicated prior to having any invasive procedure. This is very important to make sure that you do not risk getting an infection in your joint replacement. This only applies to the first year following your joint replacement.

| Procedure | Antimicrobial Agent | Dose | Timing | Duration |
|---|---|---|---|---|
| **Dental** | Cephalexin, cephradine, amoxicillin | 2 gm PO | 1 hour prior to procedure | Discontinued within 24 hours of the procedure. For most outpatient/office-based procedures a single pre-procedure dose is sufficient. |
| **Ophthalmic** | Gentamicin, tobramycin, ciprofloxacin, gatifloxacin, levofloxacin, moxifloxacin, ofloxacin, or meomycin-gramicidin-polymyxin B cefazolin | Multiple drops topically over 2 to 24 hours or 100 mg subconjunctivally | Consult ophthalmologist or pharmacist for dosing regimen | |
| **Orthopedic** | Cefazolin<br><br>Cefuroxime OR<br><br>Vancomycin | 1-2 g IV<br><br>1.5 g IV<br><br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Vascular** | Cefazolin OR<br><br>Vancomyin | 1-2 g IV<br><br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Gastrointestinal**<br><br>Esophageal, gastroduodenal<br><br>Biliary tract<br><br>Colorectal | Cefazolin<br><br>Cefazolin<br><br>Neomycin + erythromycin base (oral) OR metronidazole (oral) | 1-2 g IV<br><br>1-2 G IV<br><br>1 g<br><br>1 g | Begin dose 60 minutes prior to procedure<br><br>Dependent on time of procedure, consult with GI physician and/or pharmacist | |
| **Head and neck** | Clindamycin + gentamicin OR<br><br>cefazolin | 600-900 mg IV<br><br>1.5 mg/kg IV<br><br>1-2 g IV | Begin dose 60 minutes prior to procedure | |
| **Obstetric and gynecological** | Cefoxitin, cefazolin<br><br>Ampicilin/sulbactam | 1-2 g IV<br><br>3 g IV | Begin dose 60 minutes prior to procedure | |
| **Genitourinary** | Ciprofloxacin | 500 mg PO or<br><br>400 mg IV | 1 hour prior to procedure<br><br>Begin dose 60 minutes prior to procedure | |

† If a tourniquet is used the entire dose of antibiotic must be infused prior to its inflation

BNBS #125 (2-10)

Revised: January 2018

MM.LIN.1593

**MORGASON, Michael (id #3742769, dob: )**

**Arkansas Urology**

**Little Rock Office**
1300 Centerview Drive
Little Rock, AR 72211
Phone: 501-219-8900
Fax: 501-537-1876

Arkansas Urology, P.A.
1300 Centerview Drive
LITTLE ROCK, AR 72211-4349
Phone: (501) 219-8900, Fax: 855-407-3924

Date: 02/18/2025

Dear Michael Morgason,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: WISCHELLE WILLIAMS, APRN

## Patient Care Summary for Michael Morgason

### Most Recent Encounter

02/18/2025 Wischelle B Williams: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. tel:+1-501-2198900

### Reason for Visit

urinary retention

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note

Assessment:
1. Post op AUR: new problem, inserted 2/13/24 after hip surgery. Hx of retention in 2018, had to be in and out cath and was on tamsulosin for awhile. later a years later, thoracic outlet decompression, he was given tamsulosin a week prior to surgery that helped with retention. no hx of urology. In and out was performed prior to foley insertion, first in an out drained 1100mL, the next day, foley was inserted due to high bladder volume again

reports hx of retention post op in the past but never saw a urologist
reports hx of neuropathy
2. Neuropathy: Chronic, unsure of the cause.
3. Chronic constipation: Worsening now since surgery. He is taking dulcolax and docusate without relief of constipation. (-) n/v

Data:
- UA: foley in place

Plan:
- Reviewed and discussed pt sxs
- Reviewed external medical records, noting 1,100mL drained. Foley removal deemed too early, so it will remain in place until Friday. Patient was instructed on self-removal at home using syringes, with both patient and wife demonstrating understanding. Plan for early morning removal, with follow-up as needed.
- Recommended to avoid developing constipation (have a BM X4/week), increase fiber intake, hydrate adequately (80oz/day)
- add Miralax 17g OTC BID to his dulcolax and docusate. risks, benefits, and procedure discussed.
- Recommend to wean off pain medications
- RTC this Friday in Benton for PVRU, UA, and f/u on retention. BPH w/u and UDS in the near future, as well as PSA

New patient:

I, Wischelle Williams, APRN, am seeing this patient.

I am the scribe for Wischelle Williams, APRN, and I documented sections of this chart. - Brandon Pettigrew

1. Postoperative retention of urine

2. Chronic constipation

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Established Patient 15 | 02/21/2025 2:00PM | Cindy Stone |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

MN.LIN.1595

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | |
| atorvastatin 40 mg tablet | | |
| diclofenac sodium 75 mg tablet,delayed release | | |
| methocarbamol 750 mg tablet<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| oxycodone 5 mg tablet | | |
| sulfamethoxazole 800 mg-trimethoprim 160 mg tablet | | |
| tamsulosin 0.4 mg capsule<br>TAKE 1 CAPSULE BY MOUTH DAILY | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 10 in | 160 lbs | 23 kg/m2 | 125/84 mm[Hg] | 118 bpm |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Latex, Natural Rubber | Itching<br>Rash | | |
| | | Penicillins | Itching<br>Rash | | |
| 11291 | RxNorm | VENOM-WASP | Anaphylaxis | | |
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Constipation | Active | 02/18/2025 | |
| Chronic Constipation | Active | 02/18/2025 | |
| Retention of Urine | Active | 02/18/2025 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 02/13/2025 | Total Hip Arthroplasty<br>Notes: Hip replacement | Information not available |
| 01/01/1992 | Removal of Sperm Duct(s)<br>Notes: Vasectomy | Information not available |

MN.LIN.1596

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Heavy Tobacco Smoker (1 pack per day) |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 02/18/2025 | Postoperative Retention of Urine; Chronic Constipation | Wischelle B Williams, APRN: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. (501) 219-8900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 07/31/1970 | Race: | White |
| Preferred language: | English | Marital status: | Married |
| Contact: | 2623 E 35, Texarkana, AR 71854, Ph. tel:+1-903-4900726 | | |

## Care Team Members

Primary Care Provider

| | |
|---|---|
| Matthew W Nix MD | 3417 U Of Way, Texarkana, AR 71854, Ph. tel:+1-870-7796000 |

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

MN.LIN.1597

Date: Mon Mar 03 11:35:15 CST 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
Message-ID: <1193749715.3.1741023315688@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 3, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for you/your client to review prior to completion of our appeal decision.

As part of your client's appeal review, we attempted to set up an IME for Mr Morgason to attend however the venders we use were unable to find the appropriate specialist within an appropriate distance to have an IME completed. Therefore, we sent for a file review to be completed by a board-certified physician. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 03/24/2025. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 03/24/2025, then we will render a decision based on the information currently in the file.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Claimant Name: Michael Morgason

Claim Number:1210046281

**MEDICAL REVIEW QUESTIONS:**

Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 05/19/2024 forward. Please review from a psychological, cognitive and physical standpoint.

If your conclusion is different from the previous review, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

**MEDICAL REVIEW RESPONSE:**

Date: January 27, 2025

Subject: Appeal Nursing Memorandum

Claim #: 1210046281

Claimant: Michael Morgason

Date of Birth:

Date of Disability: November 20, 2020

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

Clinical Assessment:

The employee stopped working on November 20, 2020, due to polyneuropathy, osteoarthritis right carpometacarpal (joint at the base of the thumb), right carpal tunnel syndrome, perineural cyst left hand, and intra-sacral meningeal cysts. He underwent trapezium resection interposition arthroscopy, and ligament reconstruction right thumb

and right carpal tunnel release on April 22, 2021, right sacroiliac steroid injection on October 25, 2022, left wrist steroid injection May 24, 2023, and bilateral S3 selective nerve root block on December 22, 2023. He is treated by internal medicine, orthopedics, neurology, physical medicine & rehab, and neurosurgery. The employee underwent surgical treatment for intra-sacral meningeal cysts left S2 and S3 nerve roots and sacral laminar reconstruction with resorbable plating on April 10, 2024. During initial post-operative follow up appointment on April 15, 2024, with Dr. Frank Feigenbaum (Neurosurgery), the employee is doing well, and he reports his bilateral lower extremity symptoms have improved; he is walking daily and sitting comfort is stable. Current medications include Robaxin (muscle relaxer) and Norco (narcotic). Exam documents full strength and sensation at baseline. Plan is to follow up in 3 months with repeat MRI. He was previously supported to May 19, 2024.

The employee saw Dr. Matthew Nix (Family Medicine) on June 10, 2024, and he reports the pain in his pelvis and right hip has decreased and his leg feels less heavy. His surgical wound is healed. He will see neurosurgeon in 3-month with a repeat MRI; PT was not recommended. He is taking ibuprofen and Norco 1-2 times a day, and the neurosurgeon requests medications to be managed by his primary care provider. He was also taking gabapentin (nerve pain) prior to surgery but stopped taking. Exam reveals healed lumbar/sacral incision. There are no motor or sensory deficits, and no gait abnormalities. Plan is to restart gabapentin due to continued right leg pain below the knee which may improve with time. Refill Norco for a short time and start weaning off.

An independent medical peer review was completed on June 12, 2024, by Dr. Sameer Jain (Neurology/Pain Medicine) who opined the employee would have restrictions/limitations to include Sitting: Unrestricted. Standing: Frequently. Walking: Frequently. Lift, carry, push, and pull: Occasionally, up to 20 lbs. with both upper extremities. Climbing stairs, balance, stoop, kneel, crouch, and crawl: Frequently. Reaching: Frequently overhead and below waist, with both upper extremities, and unrestricted to desk level. Use lower extremities for foot control: Frequently with both lower extremities. Fine manipulation and simple and firm grasping: Unrestricted in both upper extremities. The above-recommended restrictions and limitations are indicated from May 19, 2024, and forward with reassessment on or around December 30, 2024. Please see report for details.

An ability form from Dr. Feigenbaum dated June 25, 2024, provides restrictions/limitations to include occasional lift/carry 0-20 lbs., sit, stand, walk, drive, finger, handle, and reach above the shoulder; never lift/carry more than 20 lbs., climb, bend, kneel, or operate foot controls. The employee should avoid pushing/pulling activity for 3 months, minimize bending/twisting for 4-8 weeks, and limit sitting/standing for 45-60 minutes at a time with frequent breaks. There is no correlating office visit or exam findings.

A pelvic/sacrum MRI July 25, 2024, showed remote sacral laminectomy changes at S2-3 level for resection of small meningeal Tarlov cysts without evidence of recurrence or residual cysts.

The employee saw Dr. Hugh Frederick (Orthopedic Surgery) on August 21, 2024, for complaints of recurring carpal tunnel symptoms in the left hand. He reports several months of complete relief with previous carpal tunnel injection (May 2023) however symptoms are recurring despite the use of night braces. Exam documents good finger range of motion and mildly positive median nerve compression test. He is given repeat steroid injection in the left palmer wrist.

A neurological listing medical opinion form from Dr. Andrew Morales (Neurology) dated October 5, 2024, documents the employee's multiple symptom complaints and treatment every 3 months for peripheral neuropathy. Treatment includes medication management (nerve pain, muscle relaxer, narcotic) to control pain. He is noted to have moderate physical limitations. The employee can stand from a seated position and maintain an upright position without the assistance of another person or an assistive device; he can stand and walk and maintain an upright position while standing or walking without the assistance of another person or an assistive device. The employee does not have a loss of function in his upper extremities that require fine and gross motor activities or ability to lift, carry, push, or pull. Mental limitations document moderate however scoring noted none to mild limitations regarding work activities. There is no correlating office visit or exam findings.

The employee saw Physician Assistant Kenneth Weaver PA/Dr. Scott Bowen (Orthopedic Surgery) on December 9, 2024, for complaints of right hip pain that occurred over time and began 3 years ago. He takes ibuprofen with minimal relief. He reports sharp stabbing pain that is intermittent however he noted worsening symptoms. His symptoms are exacerbated by kneeling, sitting, bending, stairs, twisting, standing, lifting, and reaching overhead. He also reports stiffness, limping, and weakness. He was previously treated for this condition by another provider. Current medications include Baclofen and gabapentin. Exam documents no swelling or calf tenderness, normal peripheral pulses; he has good coordination with no weakness or sensory deficits. Intact deep tendon reflexes. Right hip/pelvic exam documents no swelling, bruising, or deformity, some tenderness over the groin with reproduction of pain in the groin with range of motion which is restricted in internal rotation. His strength is normal 5/5 with intact sensation. Normal hip tests. He has an antalgic gait favoring the affected side. A right hip x-ray on this date shows moderate degenerative (age-related) changes pistol-grip deformity, and no lytic lesions or fractures, and no bone-on-bone. The employee also completed a lumbosacral x-ray however results are not provided. Right hip MRI (unknown date) showed mild osteoarthritis with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and

anterior acetabulum. Plan is to start diclofenac (non-steroidal anti-inflammatory) and right total hip replacement is recommended.

An undated Social Security medical opinion regarding the ability to do work-related physical activities was completed by an unknown provider who opined the employee can frequently and occasionally lift/carry less than 10 lbs., stand, walk, and sit for less than 2-hours in an 8-hour workday. He can sit and stand for 10 minutes at one time before he must change positions. He must walk around every 10 minutes for 5 minutes; he requires the need to change positions at will and he will need to lay down every 30 minutes. Postural activities noted not applicable to this provider. All physical functions are affected. He should avoid moderate exposures to all environmental conditions. The record is incomplete. There is no correlating office visit or exam findings.

The medical records document multiple orthopedic and neurological conditions including carpal tunnel syndrome and intra-sacral meningeal cysts requiring surgical intervention and intermittent steroid injections as noted above. Additional treatment includes medication management with muscle relaxers, nerve pain medicine, and narcotics. Most recently the employee underwent sacral laminar reconstruction with resorbable plating for treatment of intra-sacral meningeal cysts on April 10, 2024, without any documented complications. The employee is treated by Dr. Feigenbaum (Neurosurgery), Dr. Nix (Family Medicine), and Dr. Frederick (Orthopedic Surgery) as noted above. During initial post-operative follow up appointment on April 15, 2024, with Dr. Feigenbaum, the employee is doing well, and he reports his symptoms have improved. Exam reveals full strength and equal sensation. There is a gap in treatment from April 10, 2024-June 10, 2024, at which time the employee saw Dr. Nix for medication management of narcotics which he is being weaned off. His gabapentin is restarted. During follow up appointment on August 21, 2024, with Dr. Frederick (Orthopedic Surgery), the employee reports complete resolution of left sided carpal tunnel with last steroid injection (more than a year ago), however symptoms have gradually returned. Exam reveals good range of motion and mild compression tests. Treatment consists of a repeat steroid injection. There appears to be a gap in treatment from August 21, 2024-December 9, 2024, at which time the employee was evaluated by a new orthopedist Weaver PA, for persistent right hip pain. He no longer requires narcotic pain medication. Exam reveals tenderness and pain with range of motion (internal rotation) and no motor or sensory deficits. He is noted to have an antalgic gait. Diagnostic imaging showed mild osteoarthritis with recommendation for total hip replacement. While the employee reports chronic pain, in multiple sites, the medical exam documentation fails to demonstrate severe pain, instability, weakness including loss of grip strength, altered sensation, or significant loss of range of motion to support restrictions/limitations precluding all work activities beyond May 19, 2024. An MRI July 25, 2024, showed no recurrent or residual cysts. It would be reasonable to periodically adjust positions throughout the workday per position of comfort. i.e. taking reasonable breaks, stretching, alternating positions throughout the day to minimize or mitigate pain and discomfort. While it is reasonable to seek continuation of conservative care with

intermittent injections, this would not necessitate the need for ongoing restrictions/limitations and can be done around a work schedule.

There is self-reported cognitive (concentration, memory) impairment, however there is no neuropsychological testing to support these claims, and no examination documenting cognitive slowing or other observable issues.

The medical records document the employee will be having a total hip arthroplasty therefore it is reasonable to support no work to allow recovery per MD Guidelines if appropriate.

Amy M. RN, CCM

Nurse Disability Consultant, Lincoln Financial Group

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 02/24/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 02/15/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2465796 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses with ICD-10 codes are:

1. Right hip femoroacetabular impingement (M24.851)
2. Right hip labral tear (S73.191A)
3. Perineural cyst (G96.191)

Additional diagnoses include:

4. Left carpal tunnel syndrome
5. Osteoarthritis of the right carpometacarpal joint

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no noted comorbid conditions significant to impairment.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 05/19/2024 to forward, and comment on the expected duration.**

This claimant has been treated for complaints of pain at the lower back, buttock, and lower extremity status post laminectomy for resection of Tarlov cysts on 04/10/2024, as well as left hip pain and symptoms of left-sided carpal tunnel syndrome.

There are Tarlov and perineural cysts noted on imaging dating back to November 2021, and a magnetic resonance imaging (MRI) of the right hip from 05/25/2022 revealed complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

Preoperative visits with neurosurgery noted lower extremity weakness and sensory loss. A postoperative follow-up on 04/15/2024 noted a decrease in bilateral lower extremity symptoms. A postoperative MRI of the pelvis from 07/25/2024 showed no evidence of recurrence or residual cysts.

A family medicine visit on 06/10/2024 noted that the claimant was having some pain in the right leg below the knee, and some ongoing pain in the pelvis and right hip despite having some benefit postoperatively.

An orthopedic surgery visit regarding carpal tunnel symptoms on the left hand on 08/21/2024 noted that the claimant had a mildly positive median nerve compression test. An injection was administered. It was noted that the claimant previously had several months of complete relief from a similar injection, and no follow-up visits are documenting any ongoing symptomology from carpal tunnel syndrome.

An orthopedic visit for right hip pain on 12/09/2024 noted that x-rays of the right hip revealed moderate degenerative changes and a pistol grip deformity. The claimant had tenderness over the groin, restricted internal rotation of the hip, and an antalgic gait. The claimant is a candidate for right total hip arthroplasty.

The claimant's postoperative recovery following laminectomy for Tarlov cyst resection on 04/10/2024 and the claimant's right hip pain and candidacy for total hip replacement would support the need for restrictions and limitations.

From a Physical Medicine and Rehabilitation/Pain Management perspective, restrictions from 05/19/2024 and forward are as follows:

- Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort
- Standing: 10 minutes at a time up to 2 hours per day
- Walking: 10 minutes at a time up to 2 hours per day
- Walking on uneven ground: Never
- Climbing Ladders: Never
- Operating Heavy Equipment: Never
- Balancing: Never
- Crawling: Never
- Bending at waist: occasionally (up to 33% of the time)
- Stooping: occasionally (up to 33% of the time)
- Kneeling: occasionally (up to 33% of the time)
- Crouching: occasionally (up to 33% of the time)
- Climbing Regular Stairs: occasionally (up to 33% of the time)
- Reaching Overhead: Unrestricted
- Reaching Desk Level: Unrestricted
- Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
- Handle, Finger, and Feel: Unrestricted
- Simple/Firm grasping: Unrestricted
- Operate foot controls: Unrestricted
- No additional activity restrictions are supported.

A reevaluation or reassessment of the claimant's current level of functioning would be appropriate within six months from the date of this report in order to determine if there has been any improvement in symptomology.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Feigenbaum has limited the claimant to lifting and carrying up to 20 pounds, which is appropriate, and occasionally sitting, standing, and walking. However, I disagree with the provider's opinion that the claimant is fully restricted from bending, kneeling, or operating foot controls, or that the claimant would have any restrictions with reaching above shoulder level.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the records that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The severity and scope of the claimant's reported pain is inconsistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The records do not indicate that the claimant is attending physical therapy status post resection of Tarlov cysts.

The most recent orthopedic visit regarding right hip pain is from 12/09/2024 and recommended total hip arthroplasty, which would be appropriate given the claimant's symptoms and degeneration and labral tearing on imaging. However, there are no follow-up visits or operative reports indicating that hip replacement took place.

The records also do not include any follow-up records regarding carpal tunnel syndrome symptoms which were treated on 08/21/2024.

The claimant's pain complaints may have some impact on the claimant's capacity for work, however the claimant would be capable of full-time work within the restrictions listed above.

**8. Please comment on the claimant's reported pain and fatigue and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 05/19/2024 forward?**

The claimant's reports of ongoing pain correlate with their history for Tarlov and perineural cysts, as well as with pathology on imaging of the lumbar spine and hip, and orthopedic findings of an antalgic gait, tenderness, and restricted motion of the hip.
However, progress notes do not document any findings consistent with fatigue or deconditioning, such as significant weakness. There is no indication of sedation.

The claimant reports having cognitive deconditioning in the Medical Affidavit signed 10/17/2024, however, this has not been addressed by any treating providers during the dates in question, and there are no noted cognitive abnormalities. However, I defer to the appropriate specialty for further review.

**Medical Records:**

Andres G Morales, DO Medical Correspondence
Unknown Employment
Unknown Dane Street Documents
Unknown Questionnaire 02/01/2016, 11/25/2020, 07/31/2024
Syed M Hussaini, MD MPH Lab and Diagnostic Results 11/17/2020
Unknown Work Status/Restrictions 12/09/2020
Texarkana Independent School District Employment 12/09/2020
Quest Diagnostics Lab and Diagnostic Results 12/17/2020
Michael Crastree, FNP Attending Physician Statement 12/21/2020
Joseph W Milner Jr, MD Magnetic Resonance Imaging (MRI) 12/23/2020
Syed M Hussaini, MD MPH Medical Report Visit/Note 12/30/2020
Unknown Attending Physician Statement 01/04/2021, 04/09/2021
Shaida Khan, DO Medical Report Visit/Note 02/23/2021, 06/07/2021

William H Haynie, MD Attending Physician Statement 02/24/2021
Lori Watumull, MD Medical Report Visit/Note 03/05/2021
Shaida Khan, DO Electrodiagnostics/NCV/EMG/EKG 03/26/2021
Hugh Frederick, MD Medical Report Visit/Note 03/31/2021, 05/03/2021, 05/26/2021, 06/23/2021, 07/21/2021, 08/18/2021, 05/24/2023, 08/21/2024
Hugh Frederick, MD Procedure/Operative Report 04/22/2021, 08/21/2024
Hugh Frederick, MD X-ray (Radiography) 05/03/2021
Pamela Ruz, OTR MOT Physical/Occupational/Chiropractic Therapy 05/26/2021, 06/23/2021, 07/21/2021
Meghana Halkar, MBBS Medical Report Visit/Note 07/29/2021
Hugh Frederick, MD Work Status/Restrictions 09/09/2021, 09/22/2023
Alayna Hofeling, OTR CHT Physical/Occupational/Chiropractic Therapy 09/09/2021
Ronnie A Sebro, MD PhD Magnetic Resonance Imaging (MRI) 11/01/2021
Elliot L Dimberg, MD Electrodiagnostics/NCV/EMG/EKG 11/01/2021
Nicole Capra, RVT RDMS Specialized Diagnostic Reports 11/01/2021
Joseph A Ivey III, MD Medical Report Visit/Note 11/02/2021
Mayo Clinic Jacksonville Clinical Lab and Diagnostic Results 11/02/2021
Christopher J Lamb, MD Medical Report Visit/Note 11/09/2021, 03/07/2022
William P Cheshire, MD Lab and Diagnostic Results 03/07/2022
John K Evans, DO Medical Report Visit/Note 03/08/2022, 08/04/2022
Jason R Young, MD Positron Emission Tomography (PET) 05/25/2022
Unknown Medical Report Visit/Note 05/25/2022, 05/12/2023
Joseph M Bestic, MD Magnetic Resonance Imaging (MRI) 05/25/2022
Rupert O Stanborough, MD X-ray (Radiography) 05/25/2022
Nora C Osborn, PA-C Procedure/Operative Report 05/26/2022
Luke Spencer-Gardner, MD Medical Report Visit/Note 05/26/2022, 06/21/2022, 07/26/2022
Wenchun Qu, MD PhD Medical Report Visit/Note 08/31/2022, 10/28/2022
Mark Friedrich B Hurdle, MD Procedure/Operative Report 10/25/2022
Matthew W Nix, MD Medical Report Visit/Note 11/16/2022, 09/11/2023, 03/20/2024, 06/10/2024, 08/12/2024
Sameer Jain, MD Medical Correspondence 01/07/2023
Andres G Morales, DO Medical Report Visit/Note 02/17/2023, 09/08/2023, 11/10/2023, 02/29/2024
Unknown Electrodiagnostics/NCV/EMG/EKG 02/17/2023
Labcorp Dallas, Mdetufugh Lab and Diagnostic Results 05/15/2023
Sandeep Rajan Singh, MD MBA FACC FACP Specialized Diagnostic Reports 06/12/2023
William H Haynie, MD Medical Report Visit/Note 07/10/2023, 03/25/2024
Kim Oliver Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Ultrasound (Sonography) 08/07/2023
Andres G Morales, DO Lab and Diagnostic Results 09/08/2023, 09/12/2023
Labcorp Dallas Lab and Diagnostic Results 09/25/2023
Unknown Medical Correspondence 10/05/2023, 06/10/2024, 07/03/2024
Justin Becker Magnetic Resonance Imaging (MRI) 10/09/2023
Thomas Mcgee Magnetic Resonance Imaging (MRI) 10/16/2023
Frank Feigenbaum, MD Medical Report Visit/Note 12/14/2023, 01/10/2024, 04/15/2024
Bradley Cubitt, MD Procedure/Operative Report 12/22/2023
William Barreto, MD Medical Correspondence 01/03/2024, 01/19/2024
Jennifer Belew, MS, CRC LFG Transferable Skills Analysis 02/15/2024
Jamie Catlett Denials 02/22/2024
Konstantinos N Lazaridis, MD Medical Report Visit/Note 02/26/2024
Frank Feigenbaum, MD Medical Correspondence 03/11/2024
Frank Feigenbaum, MD Lab and Diagnostic Results 03/11/2024
University Of Arkansas For Medical Sciences Questionnaire 03/19/2024, 06/07/2024
Lance K Runion, MD X-ray (Radiography) 03/20/2024
Matthew W Nix, MD Lab and Diagnostic Results 03/20/2024
Frank Feigenbaum, MD Procedure/Operative Report 04/10/2024
Matthew W Nix, MD Medical Correspondence 04/15/2024

Michael Morgason Appeals 05/02/2024
Theresa Henderson Denials 05/19/2024
Sameer Jain, MD Dane Street Documents 06/12/2024
Sameer Jain, MD Peer Review Report 06/12/2024
Frank Feigenbaum, MD Work Status/Restrictions 06/25/2024
Crysela Smith, MD Magnetic Resonance Imaging (MRI) 07/25/2024
Jennifer A Clements, Rad Medical Report Visit/Note 07/25/2024
Matthew Young, Mm.lin.1311 Questionnaire 07/25/2024
Mishal Moyasoro Questionnaire 07/31/2024
Marc S Whitehead Appeals 08/15/2024, 12/26/2024
Brenda Bryan Legal and Administrative 10/17/2024
Kenneth Weaver, PA-C Medical Report Visit/Note 12/09/2024
Amy M, Rn, Ccm Medical Correspondence 02/06/2025

**Summary:**

The claimant is a 54-year-old individual with a date of birth of 07/31/2070. The claimant is left-hand dominant and has been diagnosed with osteoarthritis of the right carpometacarpal (CMC) joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome.

The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/2024. The claimant also has a history of trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/2021.

On 11/01/2021, an electromyogram of the bilateral lower extremities is abnormal and indicates old, inactive L2 radiculopathy. On 11/01/2021, a magnetic resonance imaging of the solar plexus reveals multiple sacral Tarlov cysts and perineural cysts.

On 05/25/2022, a magnetic resonance imaging (MRI) of the right hip reveals complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement. There is gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. There is mild greater trochanteric bursal inflammation.

On 05/25/2022, nuclear medicine bone scan single-photon emission computed tomography indicates mild left L5-S1 disk space associated activity which may be a pain generator.

On 01/07/2023, a review of the claimant's file by Mark Watson, MD is reviewed.

On 10/09/2023, a magnetic resonance imaging of the lumbar spine revealed multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. There is a multilevel facet arthropathy. There is a straightening of the lumbar lordotic curvature.

On 10/16/2023, a magnetic resonance imaging of the thoracic spine reveals slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia.

From 12/14/2023 through 04/15/2024, Frank Feigenbaum, MD, the claimant presents to neurosurgery for a sacral meningeal cyst. The claimant reports having right greater than left-sided lower back and buttock pain radiating down the bilateral lower extremities with numbness of the legs and feet. On exam, there is decreased strength at the bilateral lower extremities and sensory loss at the left thigh, calf, and foot. The claimant also has complaints of difficulty urinating and sexual dysfunction. The claimant will undergo a diagnostic nerve root block injection.

A follow-up visit on 01/10/2024 notes that the claimant had a complete resolution of symptoms for a short amount of time following the nerve root block injection. Surgical resection is recommended.

A postoperative follow-up on 04/15/2024 states that the claimant's bilateral lower extremity symptoms have

decreased. The claimant is walking daily and is comfortable while sitting. A full exam is not performed. A magnetic resonance imaging of the sacrum is ordered.

On 01/03/2024 with a revision on 01/19/2024, a review of the claimant's file by William Barreto, MD is reviewed.

On 04/10/2024, an operative report indicates the claimant underwent laminectomy for resection of small Tarlov cysts at S2 and S3.

On 05/23/2024, an appeal letter from the claimant is reviewed. The claimant is providing medical information dating back to 2021. The claimant states that it could take months or years to recover from surgery.

On 06/10/2024, Matthew Nix, MD, the claimant presented to Family Medicine reporting that the claimant has decreased pain at the pelvis and right hip and the leg feels less heavy. However, the claimant is having pain in the right leg below the knee. The claimant's surgical wound has healed on exam. The claimant is prescribed Norco 5-325 mg.

On 06/12/2024, a review of the claimant's file by Sameer Jain, MD is reviewed.

On 06/25/2024, an Abilities Form signed by Frank Feigenbaum, MD states the claimant is able to lift and carry up to 20 pounds, occasionally sit, stand, walk, drive, finger, handle, and reach above shoulder level, and the claimant may never climb, bend, kneel, or operate foot controls. Bending and twisting should be minimized for up to eight weeks. The claimant should avoid pushing or pulling for three months. Sitting and standing are limited to no more than one hour at a time.

On 07/03/2024, a letter from the claimant is reviewed. The claimant states that they are unable to sit for more than a few minutes at a time without needing to recline and use ice. The claimant is pending a follow-up magnetic resonance imaging.

On 07/25/2024, a magnetic resonance imaging of the pelvis reveals remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.

On 07/31/2024, a questionnaire from the claimant is reviewed. The claimant reports significant limitations with climbing stairs, bending, kneeling, stooping, walking, and moderate and vigorous activities. The claimant is somewhat limited in walking one block and bathing and dressing themselves. The claimant has moderate to severe pain which extremely limits their ability to do housework or work outside of the home.

On 08/21/2024, Hugh Frederick, MD, the claimant presents to orthopedics for recurrent carpal tunnel symptoms on the left hand. The claimant previously had several months of complete relief from a carpal tunnel injection. The claimant wears braces at night. On exam, the claimant has a mildly positive median nerve compression test. An injection is administered.

On 10/17/2024, an affidavit from the claimant is reviewed. The claimant reports having cognitive symptoms, including difficulty concentrating and processing information, memory lapses, jumbled thoughts, and difficulty with mathematical equations. The claimant reports having fatigue after only minimal exertion, and significant levels of pain and numbness. The claimant has been examined by numerous specialists and requires surgical repair of their hip. The claimant states that they can no longer keep up at work, physically or cognitively. The claimant states that their constant, debilitating symptoms prevent them from returning to work. The claimant has significant difficulty even getting dressed, emptying the dishwasher, or cooking. The claimant is no longer able to shoot pool or play guitar. The claimant is unable to do any yard work. The claimant states that it took them more than one month to write their affidavit.

On 12/09/2024, Kenneth Weaver, PA-C, the claimant presented to orthopedics for right hip pain rated at 8/10 which worsens with kneeling, sitting, bending, climbing stairs, twisting, standing, lifting, and reaching overhead. The claimant complains of weakness. On examination, there is tenderness over the groin and restricted internal rotation of the hip. The claimant has an antalgic gait. X-rays of the right hip reveal moderate degenerative changes and pistol

grip deformity. The claimant's previous magnetic resonance imaging is also reviewed. The claimant is to undergo right total hip arthroplasty.

On 12/26/2024, an appeal letter from the claimant's attorney is reviewed. The attorney states that the claimant meets the criteria of total disability. The claimant continues to have sacral and lower extremity pain and discomfort with sitting which is moderate to severe. The claimant is unable to sit comfortably for more than five minutes or stand for more than 10 minutes.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan M.D.
Board Certified Physical Medicine and Rehabilitation
WA#M D60178901

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 02/24/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 02/15/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2465796 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses with ICD-10 codes are:

1. Right hip femoroacetabular impingement (M24.851)
2. Right hip labral tear (S73.191A)
3. Perineural cyst (G96.191)

Additional diagnoses include:

4. Left carpal tunnel syndrome
5. Osteoarthritis of the right carpometacarpal joint

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no noted comorbid conditions significant to impairment.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 05/19/2024 to forward, and comment on the expected duration.**

This claimant has been treated for complaints of pain at the lower back, buttock, and lower extremity status post laminectomy for resection of Tarlov cysts on 04/10/2024, as well as left hip pain and symptoms of left-sided carpal tunnel syndrome.

There are Tarlov and perineural cysts noted on imaging dating back to November 2021, and a magnetic resonance imaging (MRI) of the right hip from 05/25/2022 revealed complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

Preoperative visits with neurosurgery noted lower extremity weakness and sensory loss. A postoperative follow-up on 04/15/2024 noted a decrease in bilateral lower extremity symptoms. A postoperative MRI of the pelvis from 07/25/2024 showed no evidence of recurrence or residual cysts.

A family medicine visit on 06/10/2024 noted that the claimant was having some pain in the right leg below the knee, and some ongoing pain in the pelvis and right hip despite having some benefit postoperatively.

An orthopedic surgery visit regarding carpal tunnel symptoms on the left hand on 08/21/2024 noted that the claimant had a mildly positive median nerve compression test. An injection was administered. It was noted that the claimant previously had several months of complete relief from a similar injection, and no follow-up visits are documenting any ongoing symptomology from carpal tunnel syndrome.

An orthopedic visit for right hip pain on 12/09/2024 noted that x-rays of the right hip revealed moderate degenerative changes and a pistol grip deformity. The claimant had tenderness over the groin, restricted internal rotation of the hip, and an antalgic gait. The claimant is a candidate for right total hip arthroplasty.

The claimant's postoperative recovery following laminectomy for Tarlov cyst resection on 04/10/2024 and the claimant's right hip pain and candidacy for total hip replacement would support the need for restrictions and limitations.

From a Physical Medicine and Rehabilitation/Pain Management perspective, restrictions from 05/19/2024 and forward are as follows:

- Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort
- Standing: 10 minutes at a time up to 2 hours per day
- Walking: 10 minutes at a time up to 2 hours per day
- Walking on uneven ground: Never
- Climbing Ladders: Never
- Operating Heavy Equipment: Never
- Balancing: Never
- Crawling: Never
- Bending at waist: occasionally (up to 33% of the time)
- Stooping: occasionally (up to 33% of the time)
- Kneeling: occasionally (up to 33% of the time)
- Crouching: occasionally (up to 33% of the time)
- Climbing Regular Stairs: occasionally (up to 33% of the time)
- Reaching Overhead: Unrestricted
- Reaching Desk Level: Unrestricted
- Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
- Handle, Finger, and Feel: Unrestricted
- Simple/Firm grasping: Unrestricted
- Operate foot controls: Unrestricted
- No additional activity restrictions are supported.

A reevaluation or reassessment of the claimant's current level of functioning would be appropriate within six months from the date of this report in order to determine if there has been any improvement in symptomology.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Feigenbaum has limited the claimant to lifting and carrying up to 20 pounds, which is appropriate, and occasionally sitting, standing, and walking. However, I disagree with the provider's opinion that the claimant is fully restricted from bending, kneeling, or operating foot controls, or that the claimant would have any restrictions with reaching above shoulder level.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the records that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The severity and scope of the claimant's reported pain is inconsistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The records do not indicate that the claimant is attending physical therapy status post resection of Tarlov cysts.

The most recent orthopedic visit regarding right hip pain is from 12/09/2024 and recommended total hip arthroplasty, which would be appropriate given the claimant's symptoms and degeneration and labral tearing on imaging. However, there are no follow-up visits or operative reports indicating that hip replacement took place.

The records also do not include any follow-up records regarding carpal tunnel syndrome symptoms which were treated on 08/21/2024.

The claimant's pain complaints may have some impact on the claimant's capacity for work, however the claimant would be capable of full-time work within the restrictions listed above.

**8. Please comment on the claimant's reported pain and fatigue and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 05/19/2024 forward?**

The claimant's reports of ongoing pain correlate with their history for Tarlov and perineural cysts, as well as with pathology on imaging of the lumbar spine and hip, and orthopedic findings of an antalgic gait, tenderness, and restricted motion of the hip.
However, progress notes do not document any findings consistent with fatigue or deconditioning, such as significant weakness. There is no indication of sedation.

The claimant reports having cognitive deconditioning in the Medical Affidavit signed 10/17/2024, however, this has not been addressed by any treating providers during the dates in question, and there are no noted cognitive abnormalities. However, I defer to the appropriate specialty for further review.

**Medical Records:**

Andres G Morales, DO Medical Correspondence
Unknown Employment
Unknown Dane Street Documents
Unknown Questionnaire 02/01/2016, 11/25/2020, 07/31/2024
Syed M Hussaini, MD MPH Lab and Diagnostic Results 11/17/2020
Unknown Work Status/Restrictions 12/09/2020
Texarkana Independent School District Employment 12/09/2020
Quest Diagnostics Lab and Diagnostic Results 12/17/2020
Michael Crastree, FNP Attending Physician Statement 12/21/2020
Joseph W Milner Jr, MD Magnetic Resonance Imaging (MRI) 12/23/2020
Syed M Hussaini, MD MPH Medical Report Visit/Note 12/30/2020
Unknown Attending Physician Statement 01/04/2021, 04/09/2021
Shaida Khan, DO Medical Report Visit/Note 02/23/2021, 06/07/2021

William H Haynie, MD Attending Physician Statement 02/24/2021
Lori Watumull, MD Medical Report Visit/Note 03/05/2021
Shaida Khan, DO Electrodiagnostics/NCV/EMG/EKG 03/26/2021
Hugh Frederick, MD Medical Report Visit/Note 03/31/2021, 05/03/2021, 05/26/2021, 06/23/2021, 07/21/2021, 08/18/2021, 05/24/2023, 08/21/2024
Hugh Frederick, MD Procedure/Operative Report 04/22/2021, 08/21/2024
Hugh Frederick, MD X-ray (Radiography) 05/03/2021
Pamela Ruz, OTR MOT Physical/Occupational/Chiropractic Therapy 05/26/2021, 06/23/2021, 07/21/2021
Meghana Halkar, MBBS Medical Report Visit/Note 07/29/2021
Hugh Frederick, MD Work Status/Restrictions 09/09/2021, 09/22/2023
Alayna Hofeling, OTR CHT Physical/Occupational/Chiropractic Therapy 09/09/2021
Ronnie A Sebro, MD PhD Magnetic Resonance Imaging (MRI) 11/01/2021
Elliot L Dimberg, MD Electrodiagnostics/NCV/EMG/EKG 11/01/2021
Nicole Capra, RVT RDMS Specialized Diagnostic Reports 11/01/2021
Joseph A Ivey III, MD Medical Report Visit/Note 11/02/2021
Mayo Clinic Jacksonville Clinical Lab and Diagnostic Results 11/02/2021
Christopher J Lamb, MD Medical Report Visit/Note 11/09/2021, 03/07/2022
William P Cheshire, MD Lab and Diagnostic Results 03/07/2022
John K Evans, DO Medical Report Visit/Note 03/08/2022, 08/04/2022
Jason R Young, MD Positron Emission Tomography (PET) 05/25/2022
Unknown Medical Report Visit/Note 05/25/2022, 05/12/2023
Joseph M Bestic, MD Magnetic Resonance Imaging (MRI) 05/25/2022
Rupert O Stanborough, MD X-ray (Radiography) 05/25/2022
Nora C Osborn, PA-C Procedure/Operative Report 05/26/2022
Luke Spencer-Gardner, MD Medical Report Visit/Note 05/26/2022, 06/21/2022, 07/26/2022
Wenchun Qu, MD PhD Medical Report Visit/Note 08/31/2022, 10/28/2022
Mark Friedrich B Hurdle, MD Procedure/Operative Report 10/25/2022
Matthew W Nix, MD Medical Report Visit/Note 11/16/2022, 09/11/2023, 03/20/2024, 06/10/2024, 08/12/2024
Sameer Jain, MD Medical Correspondence 01/07/2023
Andres G Morales, DO Medical Report Visit/Note 02/17/2023, 09/08/2023, 11/10/2023, 02/29/2024
Unknown Electrodiagnostics/NCV/EMG/EKG 02/17/2023
Labcorp Dallas, Mdetufugh Lab and Diagnostic Results 05/15/2023
Sandeep Rajan Singh, MD MBA FACC FACP Specialized Diagnostic Reports 06/12/2023
William H Haynie, MD Medical Report Visit/Note 07/10/2023, 03/25/2024
Kim Oliver Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Ultrasound (Sonography) 08/07/2023
Andres G Morales, DO Lab and Diagnostic Results 09/08/2023, 09/12/2023
Labcorp Dallas Lab and Diagnostic Results 09/25/2023
Unknown Medical Correspondence 10/05/2023, 06/10/2024, 07/03/2024
Justin Becker Magnetic Resonance Imaging (MRI) 10/09/2023
Thomas Mcgee Magnetic Resonance Imaging (MRI) 10/16/2023
Frank Feigenbaum, MD Medical Report Visit/Note 12/14/2023, 01/10/2024, 04/15/2024
Bradley Cubitt, MD Procedure/Operative Report 12/22/2023
William Barreto, MD Medical Correspondence 01/03/2024, 01/19/2024
Jennifer Belew, MS, CRC LFG Transferable Skills Analysis 02/15/2024
Jamie Catlett Denials 02/22/2024
Konstantinos N Lazaridis, MD Medical Report Visit/Note 02/26/2024
Frank Feigenbaum, MD Medical Correspondence 03/11/2024
Frank Feigenbaum, MD Lab and Diagnostic Results 03/11/2024
University Of Arkansas For Medical Sciences Questionnaire 03/19/2024, 06/07/2024
Lance K Runion, MD X-ray (Radiography) 03/20/2024
Matthew W Nix, MD Lab and Diagnostic Results 03/20/2024
Frank Feigenbaum, MD Procedure/Operative Report 04/10/2024
Matthew W Nix, MD Medical Correspondence 04/15/2024

Michael Morgason Appeals 05/02/2024
Theresa Henderson Denials 05/19/2024
Sameer Jain, MD Dane Street Documents 06/12/2024
Sameer Jain, MD Peer Review Report 06/12/2024
Frank Feigenbaum, MD Work Status/Restrictions 06/25/2024
Crysela Smith, MD Magnetic Resonance Imaging (MRI) 07/25/2024
Jennifer A Clements, Rad Medical Report Visit/Note 07/25/2024
Matthew Young, Mm.lin.1311 Questionnaire 07/25/2024
Mishal Moyasoro Questionnaire 07/31/2024
Marc S Whitehead Appeals 08/15/2024, 12/26/2024
Brenda Bryan Legal and Administrative 10/17/2024
Kenneth Weaver, PA-C Medical Report Visit/Note 12/09/2024
Amy M, Rn, Ccm Medical Correspondence 02/06/2025

**Summary:**

The claimant is a 54-year-old individual with a date of birth of 07/31/2070. The claimant is left-hand dominant and has been diagnosed with osteoarthritis of the right carpometacarpal (CMC) joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome.

The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/2024. The claimant also has a history of trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/2021.

On 11/01/2021, an electromyogram of the bilateral lower extremities is abnormal and indicates old, inactive L2 radiculopathy. On 11/01/2021, a magnetic resonance imaging of the solar plexus reveals multiple sacral Tarlov cysts and perineural cysts.

On 05/25/2022, a magnetic resonance imaging (MRI) of the right hip reveals complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement. There is gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. There is mild greater trochanteric bursal inflammation.

On 05/25/2022, nuclear medicine bone scan single-photon emission computed tomography indicates mild left L5-S1 disk space associated activity which may be a pain generator.

On 01/07/2023, a review of the claimant's file by Mark Watson, MD is reviewed.

On 10/09/2023, a magnetic resonance imaging of the lumbar spine revealed multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. There is a multilevel facet arthropathy. There is a straightening of the lumbar lordotic curvature.

On 10/16/2023, a magnetic resonance imaging of the thoracic spine reveals slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia.

From 12/14/2023 through 04/15/2024, Frank Feigenbaum, MD, the claimant presents to neurosurgery for a sacral meningeal cyst. The claimant reports having right greater than left-sided lower back and buttock pain radiating down the bilateral lower extremities with numbness of the legs and feet. On exam, there is decreased strength at the bilateral lower extremities and sensory loss at the left thigh, calf, and foot. The claimant also has complaints of difficulty urinating and sexual dysfunction. The claimant will undergo a diagnostic nerve root block injection.

A follow-up visit on 01/10/2024 notes that the claimant had a complete resolution of symptoms for a short amount of time following the nerve root block injection. Surgical resection is recommended.

A postoperative follow-up on 04/15/2024 states that the claimant's bilateral lower extremity symptoms have

decreased. The claimant is walking daily and is comfortable while sitting. A full exam is not performed. A magnetic resonance imaging of the sacrum is ordered.

On 01/03/2024 with a revision on 01/19/2024, a review of the claimant's file by William Barreto, MD is reviewed.

On 04/10/2024, an operative report indicates the claimant underwent laminectomy for resection of small Tarlov cysts at S2 and S3.

On 05/23/2024, an appeal letter from the claimant is reviewed. The claimant is providing medical information dating back to 2021. The claimant states that it could take months or years to recover from surgery.

On 06/10/2024, Matthew Nix, MD, the claimant presented to Family Medicine reporting that the claimant has decreased pain at the pelvis and right hip and the leg feels less heavy. However, the claimant is having pain in the right leg below the knee. The claimant's surgical wound has healed on exam. The claimant is prescribed Norco 5-325 mg.

On 06/12/2024, a review of the claimant's file by Sameer Jain, MD is reviewed.

On 06/25/2024, an Abilities Form signed by Frank Feigenbaum, MD states the claimant is able to lift and carry up to 20 pounds, occasionally sit, stand, walk, drive, finger, handle, and reach above shoulder level, and the claimant may never climb, bend, kneel, or operate foot controls. Bending and twisting should be minimized for up to eight weeks. The claimant should avoid pushing or pulling for three months. Sitting and standing are limited to no more than one hour at a time.

On 07/03/2024, a letter from the claimant is reviewed. The claimant states that they are unable to sit for more than a few minutes at a time without needing to recline and use ice. The claimant is pending a follow-up magnetic resonance imaging.

On 07/25/2024, a magnetic resonance imaging of the pelvis reveals remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.

On 07/31/2024, a questionnaire from the claimant is reviewed. The claimant reports significant limitations with climbing stairs, bending, kneeling, stooping, walking, and moderate and vigorous activities. The claimant is somewhat limited in walking one block and bathing and dressing themselves. The claimant has moderate to severe pain which extremely limits their ability to do housework or work outside of the home.

On 08/21/2024, Hugh Frederick, MD, the claimant presents to orthopedics for recurrent carpal tunnel symptoms on the left hand. The claimant previously had several months of complete relief from a carpal tunnel injection. The claimant wears braces at night. On exam, the claimant has a mildly positive median nerve compression test. An injection is administered.

On 10/17/2024, an affidavit from the claimant is reviewed. The claimant reports having cognitive symptoms, including difficulty concentrating and processing information, memory lapses, jumbled thoughts, and difficulty with mathematical equations. The claimant reports having fatigue after only minimal exertion, and significant levels of pain and numbness. The claimant has been examined by numerous specialists and requires surgical repair of their hip. The claimant states that they can no longer keep up at work, physically or cognitively. The claimant states that their constant, debilitating symptoms prevent them from returning to work. The claimant has significant difficulty even getting dressed, emptying the dishwasher, or cooking. The claimant is no longer able to shoot pool or play guitar. The claimant is unable to do any yard work. The claimant states that it took them more than one month to write their affidavit.

On 12/09/2024, Kenneth Weaver, PA-C, the claimant presented to orthopedics for right hip pain rated at 8/10 which worsens with kneeling, sitting, bending, climbing stairs, twisting, standing, lifting, and reaching overhead. The claimant complains of weakness. On examination, there is tenderness over the groin and restricted internal rotation of the hip. The claimant has an antalgic gait. X-rays of the right hip reveal moderate degenerative changes and pistol

grip deformity. The claimant's previous magnetic resonance imaging is also reviewed. The claimant is to undergo right total hip arthroplasty.

On 12/26/2024, an appeal letter from the claimant's attorney is reviewed. The attorney states that the claimant meets the criteria of total disability. The claimant continues to have sacral and lower extremity pain and discomfort with sitting which is moderate to severe. The claimant is unable to sit comfortably for more than five minutes or stand for more than 10 minutes.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan M.D.
Board Certified Physical Medicine and Rehabilitation
WA#M D60178901

Date: Wed Feb 05 12:00:19 CST 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
Message-ID: <2034546868.3.1738778419136@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 5, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

On 01/15/2025 we acknowledged your client's appeal and advised that we were in the process of reviewing the appeal and you would be notified of the results within 45 days.

We are approaching our initial deadline for deciding Michael's appeal under the Employee Retirement Income Security Act (ERISA) and have not yet reached a determination.

As part of the appeals process, we are requesting that Michael Morgason attend an Independent Medical Examination (IME). This examination will be performed at no cost to you or your client.

You will be contacted in the near future by one of our vendors. They will set up an appointment for Michael with the appropriate specialist in his/her area. We ask that Michael provide them with his full cooperation so that we may gather additional information needed for the appeal.

Lincoln does not permit third parties and/or recording devices in independent medical examinations. Our goal is receipt of unbiased, accurate, medical advice from IME providers.

Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide the appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

REF #27982883

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 15, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your appeal request on 12/26/2024.

We are in the process of reviewing Michael Morgason's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please note that we are not making a final determination on Michael's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal. This means after our initial review we are unable to make a favorable decision we will provide you with our findings and allow you time to review and respond before we make the final decision. Of course, if we are able to make a favorable decision we will notify you as such.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Bowen Hefley Orthopedics

Patient Name: Michael Morgason Encounter Date: 12/9/2024 Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen

Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

☑ Vital Signs

# Summarization of Episode Note

## Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | HP tel::<br>mailto:morgason2@gmail.com |
| Patient Name | Michael Morgason | | |
| Date of Birth | | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

MM.LIN.1479

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

MM.LIN.1480

| Plan of care note | December 09, 2024 |
|---|---|

**Vital Signs**

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

≡

WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

MM.LIN.1486

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

**Patient name**
MICHAEL MORGASON

**Contact info**
tel:

**Patient IDs**
**561350**
**561350**

**Sex**
Male

**LANGUAGE**
English

**RACE**

**ETHNICITY**

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

MM.LIN.1488

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL | |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL | |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL | |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL | |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

MM.LIN.1489

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

MM.LIN.1490

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

MM.LIN.1491

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ----------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ----------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Cre

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| Referral Priority | Routine |

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

MM.LIN.1495

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology- Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

MM.LIN.1496

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

MM.LIN.1497

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| | | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term progn[illegible] |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

MM.LIN.1501

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

# Plan Of Treatment

Pending Test

| **Test Name** | **Order Date** |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| **Test Name** | **Order Date** |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

MM.LN.1504

| | | | | |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

MM.LIN.1506

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 05/12/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

MM.LIN.1507

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

MM.LIN.1508

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

MM.LIN.1509

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

MM.LIN.1510

| | | |
|---|---|---|
| | Appears stated age: | yes |
| | Hallucinations | none |
| Psychology | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI | | |

MM.LIN.1511

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

MM.LIN.1512

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multile[illegible]y.

MM:LIN:1515

| | |
|---|---|
| Reason | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| Diagnosis 1 | Facet arthritis of lumbar region (M47.816) |
| Diagnosis 2 | Lumbar degenerative disc disease (M51.36) |
| Referral Organization | Texoma Neurology Assoc Sherman |
| Referring Provider First Name | Andres |
| Referring Provider Last Name | Morales |
| Referring Provider Speciality | Neurology |
| Referred Provider | GORDON, CHARLES |
| Referred Provider Specialty | Neurosurgery |
| Referral Priority | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

MM.LIN.1516

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

MM.LIN.1517

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

MM.LIN.1518

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

MM.LIN.1525

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

MM.LIN.1526

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

MM.LIN.1527

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

***©Powered by eClinicalWorks***

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

January 10, 2025

via fax (402) 361-1460

Lincoln Financial Group
ATTN: Appeals Department

| | |
|---|---|
| Claimant: | Michael Morgason |
| Claim Number: | 1210046281 |
| Plan Number: | 00001025317200000 |
| Policyholder: | Texarkana Independent School District |

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

Jocelyn Simmons
Insurance Case Manager
Marc Whitehead and Associates

Attachment(s) List of Exhibits, A-12.

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save


- [x] Allergies and Advers...
- [x] Encounter
- [x] Health Concerns
- [x] Medications
- [x] Notes
- [x] Payers
- [x] Problems
- [x] Procedures
- [x] Reason for Referral
- [x] Results
- [x] Social History
- [x] Treatment Plan


MM.LIN.1477

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

MM.LIN.1480

| Plan of care note | December 09, 2024 |
|---|---|

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

≡

## WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

MM.LIN.1486

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

**Patient name**
MICHAEL MORGASON

**Contact info**

tel

**Patient IDs**
**561350**
**561350**

**Sex**
Male

**LANGUAGE**
English

**RACE**

**ETHNICITY**

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

MM.LIN.1489

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF ReportI | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

MM.LIN.1491

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ---------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ---------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP. SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Cre

MM.LIN.1492

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| Referral Priority | Routine |
|---|---|

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

MM.LIN.1495

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

MM.LIN.1496

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

MM.LIN.1497

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

MM.LIN.1499

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term progno[illegible] |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

MM.LIN.1501

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

MM-LIN.1503

| | | | |
|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

MM.LIN.1504

| | | | | |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

MM.LIN.1506

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 05/12/2023 | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| **Date** | **Category** | **Sub-Category** | **Detail** | **Notes** | **Category Notes** |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| **Date** | **Category** | **Sub-Category** | **Detail** | **Notes** | **Section Notes** |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

MM.LIN.1510

| | | |
|---|---|---|
| | Appears stated age: | yes |
| | Hallucinations | none |
| Psychology | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI | | |

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

MM.LIN.1512

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

MM.LIN.1513

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | | 561350<br>561350 |
| | tel | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multile[illegible]y. MM:LIN:1515

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

# Procedures

No Information

# Encounters

MM.LIN.1517

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can inclu[de] [other] | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

MM.LIN.1523

# FAX

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Lincoln | FROM: | Jocelyn Simmons |
| FAX: | 4023611460 | FAX: | +13463271006 |
| PHONE: | | PHONE: | |
| SUBJECT: | Claim # 1210046281 | DATE: | 2025-01-10 |
| COMMENTS: | ATTN: Appeals Department | | |

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

January 10, 2025

via fax (402) 361-1460

Lincoln Financial Group
ATTN: Appeals Department

| | |
|---|---|
| Claimant: | Michael Morgason |
| Claim Number: | 1210046281 |
| Plan Number: | 00001025317200000 |
| Policyholder: | Texarkana Independent School District |

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

Jocelyn Simmons
Insurance Case Manager
Marc Whitehead and Associates

Attachment(s) List of Exhibits, A-12.

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

≡

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save


- [x] Allergies and Advers...
- [x] Encounter
- [x] Health Concerns
- [x] Medications
- [x] Notes
- [x] Payers
- [x] Problems
- [x] Procedures
- [x] Reason for Referral
- [x] Results
- [x] Social History
- [x] Treatment Plan


MM.LIN.1477

Bowen Hefley Orthopedics

Patient Name: Michael Morgason Encounter Date: 12/9/2024 Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen

Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

☑ Vital Signs

## Summarization of Episode Note

### Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | HP tel:-<br>mailto: |
| Patient Name | Michael Morgason | | |
| Date of Birth | | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

MM.LIN.1478

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

MM.LIN.1480

| Plan of care note | December 09, 2024 |
|---|---|

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

≡

WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

## A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

## YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

## YOU HAVE NO UNREAD MESSAGES

MM.LIN.1486

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel: | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

MM.LIN.1488

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL | |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL | |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL | |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL | |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

MM.LIN.1489

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

MM.LIN.1491

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ----------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ----------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Cre MM.LIN.1492

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | | |
|---|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L | |
| AST (SGOT) | 13 | 0-40 IU/L | |
| ALT (SGPT) | 15 | 0-44 IU/L | |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| Referral Priority | Routine |

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

MM.LIN.1495

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

MM.LIN.1497

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

MM.LIN.1499

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

MM.LIN.1501

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

## Plan Of Treatment

Pending Test

| **Test Name** | **Order Date** |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| **Test Name** | **Order Date** |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

MM.LH.1504

| | | | | |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

MM.LIN.1506

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 05/12/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

MM.LIN.1507

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

MM.LIN.1509

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

| | | |
|---|---|---|
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI | | |

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

MM.LIN.1512

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

MM.LIN.1513

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

©*Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | | 561350<br>561350 |
| | tel: | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy.

MM:LIN:1515

| | |
|---|---|
| Reason | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| Diagnosis 1 | Facet arthritis of lumbar region (M47.816) |
| Diagnosis 2 | Lumbar degenerative disc disease (M51.36) |
| Referral Organization | Texoma Neurology Assoc Sherman |
| Referring Provider First Name | Andres |
| Referring Provider Last Name | Morales |
| Referring Provider Speciality | Neurology |
| Referred Provider | GORDON, CHARLES |
| Referred Provider Specialty | Neurosurgery |
| Referral Priority | Routine |

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

MM.LIN.1516

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

MM.LIN.1518

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include other | |

MM.LIN.1519

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

MM.LIN.1523

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

MM.LIN.1524

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

MM.LIN.1527

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

# FAX TRANSMISSION

**MARC WHITEHEAD & ASSOCIATES**
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
Fax: (713) 225-0940

| | | | |
|---|---|---|---|
| **To:** | The Lincoln National Life Insurance Company<br>8801 Indian Hills Drive<br>Omaha, NE 68114<br>ATTN: Appeals Department | **Fax No.:** 1 (402) 361-1460 | |
| **Date:** | December 26, 2024 | **Pages: 11** (including cover sheet) | |
| **From:** | Jocelyn Simmons | | |

**Subject:**

| | |
|---|---|
| Claimant: | Michael Morgason |
| Claim Number: | 1210046281 |
| Policy Number: | 00001025317200000 |
| Policyholder: | Texarkana Independent School District |

**A copy of this appeal brief and the exhibit will follow via Federal Express to:**

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
ATTN: Appeals Department

IMPORTANT/CONFIDENTIAL: This message is intended only for the use of the individual or entity to which it is addressed. The message contains information from the Law Office of Marc Whitehead which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone number set forth above.

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

December 26, 2024

via fax 1 (402) 361-1460
and Federal Express

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
ATTN: Appeals Department

| | | |
|---|---|---|
| Re: | Claimant: | Michael Morgason |
| | Claim Number: | 1210046281 |
| | Policy Number: | 000010253172000000 |
| | Policyholder: | Texarkana Independent School District |

Ms. Henderson:

This firm represents Mr. Michael Morgason regarding his appeal of The Lincoln National Life Insurance Company's ("Lincoln's") decision to deny Mr. Morgason's claim for long-term disability ("LTD") benefits. Lincoln denied benefits by letter dated July 10, 2024. On August 15, 2024, this firm sent correspondence with legal notice of Mr. Morgason's intent to appeal Lincoln's adverse decision. This firm is now submitting both the following brief and the attached medical records for use in its review of Mr. Morgason's appeal.

Lincoln's July 10, 2024, correspondence to Mr. Morgason states that Lincoln defines the following pertinent to his claim:

"*TOTAL DISABILITY or TOTALLY DISABLED will be defined as follows:*

1. *During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.*
2. *After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow."*

For reasons discussed below, Mr. Morgason contests Lincoln's determination that he is not disabled under the terms of the plan. Mr. Morgason does not retain a residual functional capacity that would allow for the performance of any occupation. Lincoln's

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityDenials.com

decision to close Mr. Morgason's claim constitutes an incorrect determination.

## I. DESCRIPTION OF ADDITIONAL DOCUMENTS AND EVIDENCE SUBMITTED AS PART OF APPEAL

In addition, please find attached to this correspondence "Exhibit A," sent by Federal Express, detailing treatment records and other documents submitted as part of this appeal and to be made part of the administrative record.

## II. Argument

### A. The Medical Record Continues to Support Mr. Morgason's Disability Claim

On March 25, 2024, Mr. Morgason presents to Dr. William Haynie, M.D., for an evaluation of multiple coronary artery disease ("CAD") risk factors and lower extremity pain. "*He has been found to have sacral meningeal cysts and surgery is planned. Cardiology clearance was requested.*" "*He continues to smoke heavily.*" (MM.LIN.1302)

On August 21, 2024, Mr. Morgason reports he "*is having some recurring carpal tunnel symptoms on the left hand. They had several months of complete relief with the previous carpal tunnel injection. Symptoms are recurring despite wearing night braces.*" A physical examination reveals a "*Mildly positive median nerve compression test.*" (MM.LIN.1308) Mr. Morgason underwent a repeat injection in an attempt to manage his symptom of pain. (MM.LIN.1309)

On July 25, 2024, Mr. Morgason underwent an MRI of the pelvis. On impression, Dr. Crysela Smith, M.D., indicates the following is present: "*Remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.*" (MM.LIN.1312)

On June 10, 2024, Dr. Matthew Nix, M.D., provides, Mr. Morgason "*underwent surgery on 04.10.2024 in Dallas for right-sided radiculopathy; he has decreased pain in his pelvis and right hip; leg feels less heavy; surgical wound is healed; he is supposed to follow up in 3 months with the neurosurgeon with repeat MRI; did not recommend PT; taking ibuprofen and hydrocodone.*" Mr. Morgason "*was taking Neurontin prior to surgery, but has stopped taking it; he will restart this because he is still having pain in his right leg below the knee (may improve with time); down to using norco 1-2x/day; will need to wean off this; will not give long term.*" (MM.LIN.1345)

On April 8, 2024, Mr. Morgason requests assistance in obtaining a disability parking placard, citing, "*My legs are very fatigued after walking short distances.*" (MM.LIN.1375)

On March 20, 2024, Mr. Morgason underwent an EKG which revealed sinus bradycardia. (MM.LIN.1410)

On March 11, 2024, Dr. Frank Feigenbaum, M.D., drafts a letter providing:

> "*Our mutual patient will undergo surgery for one or more symptomatic intrasacral meningeal cysts, such as Tarlov (perineural) cysts, or a meningeal diverticulum. Tarlov cysts are dilated nerve roots and a meningeal diverticulum is also a large cyst in the sacrum which compresses adjacent nerves causing radicular symptoms. If the cysts are in the sacrum, as is most common, patients typically describe the inability to sit due to sacral pain radiating in the buttocks, leg, and feet. They can also exhibit perineal pain and numbness, bowel and bladder issues, and sexual dysfunction due to sacral nerve injury.*"
>
> "*Many patients may exhibit chronic nerve injury resulting from long-term compression of the sacral nerves both before and after surgery. Following surgery most patients will require narcotic medication for at least three to six months with tapering of the medications as the postoperative symptoms allow. Nerve healing is slow and can take up to 1-2 years. Some patients may need the addition of pain modulating medications, such as Lyrica, Neurontin, or Cymbalta, which may need to be added following surgery. If patients are already on pain modulating drugs, then they should be adjusted as symptoms require. Patients may require longer periods of narcotic medications, referral to pain management, or a possible spinal stimulator trial for treatment of their chronic nerve injury symptoms. Physical therapy is not usually recommended for our patients after surgery as we find that it typically aggravates their sacral nerves causing an increase in symptoms.*
>
> *Patients stay in Dallas approximately seven to ten days following their surgical procedure. During this time I will provide patients with narcotic medications and ensure they have enough medication to cover their trip home." "To ensure continuity of care, at this time, I am asking you to please monitor and prescribe the needed post-operative pain medication and pain modulating medications for the above patient for at least six months.*" (MM.LIN.1448)

On July 31, 2024, Mr. Morgason completes a three-month post-operative patient survey regarding his continued symptoms. Mr. Morgason indicates that while some symptoms have improved, others have worsened. Sacral pain, lower extremity pain, discomfort while sitting, and participating in sitting activities (restaurants, movies, church, etc.), cause moderate to severe pain. (MM.LIN.1456) Mr. Morgason reports being able to sit with reasonable comfort for a maximum period of 5 minutes. (MM.LIN.1457) Pain prevents Mr. Morgason from standing for more than 10 minutes. (MM.LIN.1463)

**B. Lincoln's File Review Is Not Substantial Evidence**

On June 12, 2024, a file-review of Mr. Morgason's medical documentation was conducted by Dr. Sameer Jain, neurology and pain management physician, in order to

determine his residual functional capacity. (MM.LIN.169)

**Dr. Jain's Review is Deceptive in Failing to Consider Mr. Morgason's Subjective Complaints**

Dr. Jain:

> "*The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal.*" (MM.LIN.172)

Dr. Jain:

> "*It was noted that he is know to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. His symptoms included low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, perineural pain/numbness, right pelvic pain, right groin pain/numbness. His assessment showed perineural cysts.*" (MM.LIN.174)

Dr. Jain's asserting that Mr. Morgason is capable of sitting on an unrestricted basis is contradicted by his own summarization of Mr. Morgason's medical evidence. Mr. Morgason experiences sacral and buttock pain and numbness which is worsened by prolonged periods of sitting.

See *Scharlow v. Schweiker*, 655 F.2d 645 (5th Cir. 1981), "*On appeal, she argues that the decision below should be reversed and remanded because the ALJ's decision is based solely on the medical evidence to the apparent exclusion of consideration of her subjective complaints of disabling pain, which if believed would establish her disability.*" The court affirmed.

See *Ware v. Schweiker*, 651 F.2d 408, 412 (5th Cir. 1981), it is well established in the Fifth Circuit that pain alone can be disabling, even when its existence is unsupported by objective medical evidence if linked to a medically determinable impairment.

See *Gautlney v. Weinberger*, 505 F.2d 943 (5th Cir. 1974), Pain not so severe as of itself to render a person unable to engage in any substantial gainful activity should be considered with other results of a "medically determinable impairment" to determine whether a claimant is disabled.

---

The Fifth Circuit has indicated that subjective complaints and the opinions of treating

physicians cannot be dismissed. In *Burdett v. Unum Life Insurance Company of America*, Civ. A. No. 06-6138 (E.D. La. 2008), the district court explained: "*In stacking the evidence, [p]laintiff has presented objective medical evaluations that confirm her condition and pain that she is experiencing. She provided proof of medical tests, including an MRI, an EMG, and a lumbar myelogram, all of which confirmed that [p]laintiff suffered from objective disabilities. She also provided proof of surgeries that were designed to alleviate her condition, although they were not entirely successful and resulted in further complications, including a spinal leak.*"

**Dr. Jain's Reporting is Inconsistent with the Administrative Record**

Dr. Jain:

> "*Madelene Martin saw him on 4/15/24 for a follow-up visit. He is 1 week post-sacral meningeal cyst treatment. It was noted that his pre-surgical symptoms have decreased, he reported that his bilateral lower extremity symptoms have improved, he is doing well post-op, he is walking daily, and his sitting comfort is stable." "The claimant also has a resolution of buttocks as well as perineal numbness. His assessment showed a perineural cyst with full strength and sensation at baseline and no calf tenderness.*" (MM.LIN.174)

Please see again the following medical record excerpt previously referenced in argument 'A'.

> On July 31, 2024, Mr. Morgason completes a three month post-operative patient survey regarding his continued symptoms. Mr. Morgason indicates that while some symptoms have improved, others have worsened. Sacral pain, lower extremity pain, discomfort while sitting, and participating in sitting activities (restaurants, movies, church, etc.), cause moderate to severe pain. (MM.LIN.1456) Mr. Morgason reports being able to sit with reasonable comfort for a maximum period of 5 minutes. (MM.LIN.1457) Pain prevents Mr. Morgason from standing for more than 10 minutes. (MM.LIN.1463)

Mr. Morgason's symptomatology has not resolved. He continues to experience worsened pain following periods of prolonged sitting. Dr. Jain's rationale is contradicted by Mr. Morgason's updated medical evidence.

When a court reviews the administrator's decision to determine if it was arbitrary and capricious, it affirms the administrator's decision if it is supported by substantial evidence. *Schexnayder v. Hartford Life & Accident Ins. Co.*, 600 F.3d 465 (5th Cir. 2010) (citing *Holland v. Int'l Paper Co. Retirement Plan*, 576 F.3d 240 (5th Cir. 2009)).

**Lincoln Conducted a Bad-Faith Review of Mr. Morgason's Claim by Failing to Obtain All Pertinent Evidence Supportive his Disability**

Mr. Morgason informed Lincoln of the following on July 3, 2024:

> "*Please see the attached abilities form that was completed last week.*"
>
> *"I disagree with the Board Certified Physician report dated 06/12/2024 as it states on Page 5 that sitting is unrestricted. However, I cannot sit for more than a few minutes without having to recline, lay down on either side & apply ice packs. I have been told that this pain is typical of patients after this type of surgery.*
>
> *I will have a follow up MRI soon to determine how well the area is healing after the laminectomy."* (MM.LIN.155)

Lincoln proceeded to issue a termination of benefits notification letter dated July 10, 2024, after being informed by Mr. Morgason on July 3, 2024, of his upcoming imaging study. Lincoln failed to obtain pertinent medical evidence supportive of Mr. Morgason's disability. Lincoln's failure to weigh all evidence available to then demonstrates their bad-faithed review of Mr. Morgason's claim and their attempt to avoid financial liability for such.

See *State Farm Fire & Cas. Co. v. Simmons*, 963 S.W.2d 42, 44 (Tex. 1998) (carrier breached the contract and its duty of and fair dealing by "*terminating the claim based upon a biased investigation intended to construct a pretextual basis for denial.*")

A court will find that if a conflict of interest (1) exists; and (2) has affected the handling of a claimant's claim, significant deference will be afforded to the claimant. Lincoln has declined to conduct an appropriate review of Mr. Morgason's disability, and has subsequently wrongfully terminated his claim in order to maintain high profitability.

If the court determines that the plan administrator has discretionary authority to determine eligibility for benefits or to construe the terms of the plan, courts then base their review of both the legal and factual aspects of the administrator's decision on an abuse of discretion standard. *Vercher v. Alexander & Alexander Inc.*, 379 F.3d 222 (5th Cir. 2004).

However, *Metropolitan Life Insurance, Co. v. Glenn* requires a reviewing court to consider conflicts of interest as a factor in their analysis (554 U.S. 105, 128 (2008)). In *Glenn*, the Supreme Court was faced with the issue of "whether a plan administrator that both evaluates and pays claims operates under a conflict of interest in making discretionary benefit determinations," and if so, how that conflict should be taken into account on judicial review. *Id.* at 2350. The Court held that a conflict of interest exists where "*the entity that administers the plan . . . both determines whether an employee is eligible for benefits and pays benefits out of its own pocket.*" *Id.* The Court further held that "*a reviewing court should consider that conflict as a factor in determining whether the plan administrator has abused its discretion in denying benefits.*" *Id.*

"*The plan with a conflict of interests also has a financial incentive to cheat. Failing to pay out money owed based on a false statement of reasons for denying is cheating, every bit as much as making a false claim.*" Fundamentally, "[t]*he conflict of interest requires additional skepticism because the plan acts as judge in its own cause.*" *Salomaa v. Honda Long Term Disability Plan,* 2011 U.S.App.LEXIS 4386 (9th Cir. 2011).

## III. CONCLUSION AND DEMAND UNDER THE TEXAS INSURANCE CODE

### i. Lincoln's Breach of Duty of Good Faith and Fair Dealing

See *Wolford v. American Home Assur. Co.*, 263 S.W.3d 12 (Tex.App.2006), to successfully bring an action for breach of the duty of good faith and fair dealing, a claimant must show a carrier delayed or denied payment of benefits without a reasonable basis for doing so; and knew or should have known that no reasonable basis existed for the delay of denial of benefits.

See *Seale v. American Motorist Ins. Co.*, 798 S.W.2d 382 (Tex.App.1990), The Court held that failure of a claimant to incur expenses does not preclude claimant from recovering from carrier.

Lincoln has breached its duty of good faith and fair dealing by terminating and delaying full payment of benefits to Mr. Morgason. Lincoln's obligations were reasonably clear and knew or should have known that there was no reasonable basis for withholding any part of Mr. Morgason's benefits.

Lincoln did not exercise its determination with "care, skill, reasonable expedience, and faithfulness", as should have been provided given the agreed upon contract. The nature of the relationship between the parties is not merely the contract alone, but rather is the essential factor in determining whether such a duty exists. See Aranda v. Ins. Co. of North America, 748 S.W.2d at 212. The duty of good faith and fair dealing in the insurance context arises because of the disparity of bargaining power inherent exercises over the processing of claims. Id.

Lincoln has failed to effectuate a prompt, fair, and equitable settlement of Mr. Morgason's claim, though Lincoln's liability remains consistently clear. As a result of Lincoln's breach of duty of good faith and fair dealing, Mr. Morgason has suffered damages consisting of the loss of benefit-of-the-bargain that he reasonably expected to be due under the Plan. Mr. Morgason has satisfied the criteria required by the definition of disability. Lincoln's incorrect denial of benefits demonstrates that Lincoln's determination was made deceptively by de-emphasizing Mr. Morgason's medical evidence to suggest a contrary conclusion.

### ii. Lincoln Committed a Breach of Contract

Lincoln's conduct constitutes a breach of the Plan. A Plan is a contract as its existence arose from a bargained for exchange between Mr. Morgason. Lincoln has failed to perform in accordance with the terms of the Plan.

Mr. Morgason has incurred losses, which should have been compensated by Lincoln, as those losses were covered under the Plan. Lincoln has failed to perform its obligations under the contract by failing to pay the full amount of Mr. Morgason's claim by terminating his benefits. This conduct constitutes a breach of the contract by Lincoln.

### iii. Lincoln Has Violated Texas' Ins Code and Texas' Deceptive Trade Practices Act ("DTPA")

It is Mr. Morgason's contention that Lincoln's conduct in adjusting this claim constitutes unfair and deceptive acts and practices, as well as misrepresentations in the business of insurance in violation of TEX. INS. CODE §§541.051-52; 541.060-61. As part of Lincoln's common law duty, and as codified in the Insurance Code, an insurer has an obligation to conduct an adequate investigation before denying a claim.

An insurer will not escape liability merely by failing to investigate a claim so that it can contend that liability was never reasonably clear. It is also Mr. Morgason's contention that Lincoln violated the Texas Deceptive Trade Practices Act ("DTPA") from the time it misrepresented the characteristics, benefits, obligations, and other aspects dealing with the contract for disability insurance services.

An insurer breaches its duty of good faith and fair dealing when "*the insurer had no reasonable basis for denying or delaying payment of [a] claim, and* [Lincoln] *knew or should have known that fact.*" Transportation Ins. Co. v. Moriel, 879 S.W. 2d 10, 18 (Tex. 1994); see also Aranda v. Insurance Co. Of N. Am., 748 S.W. 2d 210, 213 (Tex. 1988). Carriers that breach the duty of good faith and fair dealing, however, will be subject to liability for their tortious conduct. Lincoln will not escape liability merely by failing to reasonably investigate a claim so that it can contend that liability was never reasonably clear.

Here, although Mr. Morgason has provided reasonable evidence to Lincoln that substantiates Mr. Morgason's disability, Lincoln improperly terminated his claim when there was no justifiable basis. As a result, Mr. Morgason has suffered actual damages in the form of past due benefits and continues to suffer actual damages in the amount of benefits he would be entitled to in the future, as he continues to remain totally disabled per the terms of the plan. Lincoln's wrongful termination of Mr. Morgason's claim has caused him to suffer severe mental anguish since he has had to live each day with the knowledge that short of legal action, there will only be partial compensation for his loss. It is Mr. Morgason's contention that Lincoln's conduct constitutes unfair and deceptive acts and practices, as well as misrepresentations, in the business of insurance in violation of TEX. INS. CODE §541.051.

## IV. CONCLUSION

In conclusion, a review of the medical and vocational evidence as a whole supports Mr. Morgason's claim for disability benefits. Further, upon close examination of The Policy's

requirements, Mr. Morgason's termination of benefits was not made in conjunction with the terms of The Policy itself or within Texas regulations governing Mr. Morgason's LTD claim. We respectfully request Lincoln to carefully review this appeal in its entirety. Additionally, our office reserves the right to supplement any new evidence as it becomes available.

Mr. Morgason's premiums were paid for coverage in the event he was not able to work. The purpose of this letter is twofold. The first is to give Lincoln's the opportunity to consider the evidence submitted and to perform a complete and comprehensive review of Mr. Morgason's claim. The second is to encourage Lincoln to resolve Mr. Morgason's claim in a fair and equitable manner without the need for further legal action. In the event Lincoln fails to respond to this letter, he will have no alternative but to proceed with a lawsuit against Lincoln. This lawsuit will be brought seeking not only the amount of money he is asking of Lincoln at this time, but the full measure of Mr. Morgason's damages, expenses, and attorney's fees as allowed by law.

Moreover, if a jury finds Lincoln "*knowingly*" violated TEX. INS. CODE §541.051, Mr. Morgason may recover additional damages in an amount up to three times the amount of actual damages. Please contact this firm within sixty (60) days of the date of this letter if Lincoln is interested in resolving this matter without the necessity of litigation.

Sincerely,

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Mr. Michael Morgason

js/MSW

# LIMITED POWER OF ATTORNEY AND ASSIGNMENT OF DISABILITY BENEFITS

I, Michael Morgason, do constitute and appoint Marc Whitehead & Associates, L.L.P., of Houston, Harris County, Texas, my lawful attorney in my name, place, and stead to **demand and receive** any and all sums of money due to me for back due and future Short and Long Term disability benefits. This includes all ancillary benefits, such as, but not limited to waiver of premium benefits.

I hereby authorize and direct the below referenced Insurance Carrier/Disability Plan Administrator to make payment for any past or future disability benefits due to me to be made directly to Marc Whitehead & Associates, L.L.P., 403 Heights Boulevard, Houston, Texas 77007.

I hereby assign and grant a lien on all money collected on my behalf under this agreement to Marc Whitehead & Associates, L.L.P.

**I further acknowledge and direct that the below referenced Insurance Carrier/Disability Plan Administrator to take notice that I have a contractual relationship with Marc Whitehead & Associates, L.L.P. regarding said assignment of benefits. I further direct said Insurance Carrier/Disability Plan Administrator to comply with the instructions in this document.**

I agree that all funds received will be deposited into my attorney's IOLTA trust fund. My attorney has authority to write checks against this trust fund to pay expenses and legal fees as necessary. I give my attorney authority to endorse my signature by permission to deposit any funds into said trust fund. My attorney is hereby granted a power of attorney so that he will have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations, checks and papers as shall be reasonably necessary to carry out and conclude this representation including settlement and/or reducing to possession any and all monies or other things of value due to me under this claim as fully as I could do so in person. My attorneys are also authorized and empowered to act as my negotiator in any and all settlement negotiations concerning the subject of this Agreement.

| | |
|---|---|
| Insurance Carrier/Disability Plan Administrator: | Lincoln Finacial |
| My Social Security number: | |
| Claim No.: | |
| Group No: | |
| Employer: | Texarkana Independent School ~~District~~ |
| My Date of Birth: | |

*Michael Morgason*
Signature

Michael Morgason
Printed Name

07 / 17 / 2024
Date

Doc ID: 302308782b7e0da9ab314b91309210b0b5903e2c

Orthopedic Institute of Dallas
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax: 8338022408

*October 2, 2024*
Page 1
Operative Report

**Michael Morgason**
Male DOB: 1994 Ins: BCBS of Texas Grp: J4C363

**12/22/2023 - Operative Report: B S3 SNRB**
**Provider: Bradley Cubitt M.D.**
**Location of Care: All**

# ORTHOPEDIC INSTITUTE OF DALLAS

CUTTING EDGE SPINE, JOINT & PAIN MEDICINE
Bradley Cubitt, M.D
Board Certified, Fellowship Trained in Interventional Spine & Pain Medicine

Procedure Date: December 22, 2023

Patient Name: Michael Morgason

Patient DOB: // 53 Years Old

Location: Orthopedic Institute of Dallas

Procedure: Bilateral S3 Selective Nerve Root Block

Physician: Bradley Cubitt, MD

Pre-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Post-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Anesthesia: Local

**Procedure Note**:
After informed consent discussing the nature, purpose, rationale, risks, alternatives, and potential benefits of this procedure, the patient elected to proceed and the procedure commenced.

Patient was placed prone and skin cleaned with chlorhexidine. A 25 gauge spinal needle was advanced towards the dorsal S2 aperture on the above mentioned sides using AP and oblique approach via intermittent fluoroscopy. AP and lateral visualization was used to ensure proper needle placement. Contrast was then injected and good selective epidurogram noted without vascular uptake. Solution containing 1/2 cc of 0.50% marcaine and 1/2 cc of 2% lidocaine was injected at each site.

The needle was withdrawn. The area of entry was cleansed and covered. The patient tolerated the procedure well and was transferred to the recovery room in stable medical condition.

Orthopedic Institute of Dallas
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax: 8338022408

*October 2, 2024*
Page 2
Operative Report

**Michael Morgason**
Male DOB: 1994 Ins: BCBS of Texas Grp: J4C363

**Electronically signed by Bradley Cubitt M.D. on 12/27/2023 at 2:02 PM**

RP Date ID: Mar 25 2024 2nd ID CONFIRMED

Tommy Brown, M.D., F.A.C.C., F.S.C.A.I.
*Founder (1956-2017)*
Ralph W. Baucum, III, M.D., F.A.C.C.
Paul C. Davis, M.D., F.A.C.C., F.S.C.A.I.
Russell S. Fileccia, M.D., F.A.C.C., F.A.S.N.C.
Michael H. Gooszen, M.D.
William H. Haynie, Jr., M.D., F.A.C.C.
Albert N. Krause, M.D., F.A.C.C.

ACS
ADVANCED CARDIOVASCULAR
SPECIALISTS

E. Rodney Reeves, M.D., F.A.C.C.
James F. Smith, M.D., F.A.C.C., F.S.C.A.I.
Ray D. Smith, M.D., F.A.C.C., F.S.C.A.I.
Srikar Veerareddy, M.D., F.A.C.C., F.H.R.S.
Michael G. Walton, M.D., F.A.C.C., F.S.C.A.I.
S. Scott Wiggins, M.D., F.A.C.C., F.A.C.P.
Pavan K. Katikaneni, M.D., F.A.C.C., F.S.C.A.I.

PA$I˘N$: Michael M&( a) &*
M˘ N: 0000002202+2
˘ A$˘ ° , ˜I˘ $"
˘ A$˘: 03/25/2024 0:45 AM
#I˙ I$ $-˝˘ : ˘ e./'* ° Œce #i) i.

˘ ˘1 2˘˙ $ING $" ˘ 3° N˙ 2L$: 4 illia5 " " a6*ie 7 M˘
˝ ˘IMA˘ - 3A˘ ˘ ˝ " -˙ I3IAN: Nix MD, John

˘ ˘A˙ ° N , ° ˘ #I˙ IT:
$hi) 53 6ea' &l8 9a.ie*. 9'e)e*.) Œ& ˘8e5 a˛

" I˙ $° ˘ - ° , ˝ ˘ ˘˙ ˘N$ ILLN˘˙ ˙ :
M'˛ M&( a) &* 53%ea'%&l8 : hi.e 5 ale : h&5 I )a: la). 6ea' : i.h 5 /l.i9le 3A˘ 'i); Œac.&) a*8 l& e' e<'e5 i.6 9ai*˛ " i) 9/l)e) : e'e ea)il6 9al9a=le i* .he l& e' e<'e5 i.6 a'.e'ial )./86 *& 5 al˛ " e ha8 a ˜'/ce 9'& &c&l ).'e)) .e). : hich : a) *e( a.i>e Œ& i)che5 ia˛ " e ha) =ee* Œ&/*8 .& ha>e )ac'al 5 e*i*( eal c6).) a*8 )/'( e'6 i) 9la**e8˛ 3a'8i&l&( 6 clea'a*ce : a) 'e?/e).e8˛ " e Œeel) he ha) *& 5 al e<e'ci)e .&le'a*ce : i.h *& che). 8i)c&5 Œ&.@a=*& 5 al 86)9*ea@& 9al9i.a.i&*)˛ " e c&*.i*/e) .&)5 &; e hea>il6˛ " i) =l&&8 9'e))/'e i) a8e?/a.el6 c&*.'&lle8˛ " e .hi*; ) .ha. li9i8 )./8ie) ha>e =ee* Œa>&(a=le &* hi) c/''e*. 'e( i5 e*˛ " e ha) *& hi).& 6 &Œ 8ia=e.e)˛ I : ill clea' hi5 Œ& )/'( e'6˛ , &l& %9 : ill =e a) *ee8e8˛ I a( ai* c&/*)ele8 hi5 &* .he i5 9&.a*ce &Œ )5 &; i*( ce))a.i&*˛ I* .he 9a).@he 8i8 *& .&le'a.e =/9'&9i&* & 3ha*.i<˛ I 8i)c/))e8 &he' ai8) : i.h hi5 ˛ " e i) a. lea). )&5 e: ha. 5 &i>a.e8 a. .hi) 9&i*.˛

## Cardiac History

### Risk Factors

1 Tobacco Use: Cigarette [Tobacco per day: 1 Packs]
2 Dyslipidemia

RP Date ID: Mar 25 2024

## Cardiovascular Procedures

### Stress Tests

Exercise Tolerance Test (, patient walked 9min, reached a max heart rate of 129 bpm with exercise.) - 8/7/2023
Exercise Tolerance Test (, patient walked 6:15min, reached a max heart rate of 117 bpm with exercise.) - 7/10/2023

### Vascular

ABI (Normal,
) - 8/7/2023
Arterial Duplex LE (Normal) - 8/7/2023

## Final Medication List

| Medication | Sig Description |
|---|---|
| amitriptyline 25 mg tablet | take 1 tablet by oral route every day at bedtime |
| aspirin 81 mg tablet,delayed release | take 1 tablet by oral route every day |
| atorvastatin 40 mg tablet | take 1 tablet by oral route every day |
| CoQ-10 | |
| gabapentin 600 mg tablet | take 2 tablet by oral route 3 times every day |
| Vitamin B-12 | |

ALLˆ ˇ GIˆ˙ /IN$° Lˆ ˇ AN3ˆ˙ :

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

LA$ˆ @ˆNI3ILLIN˙

## Past Medical/Surgical History

(Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | L&R Thoracic resection | | |
| | | R knee repair | | |
| | | Carpal tunnel / rebuilt R thumb | | |
| | | R pinky finger repair | | |

### Past Surgical History:

L&R Thoracic resection

**Patient Name:** Michael Morgason
**DOB:**
**Date:** 03/25/2024 0:45 AM
**Page:** 2/4

MAILING Aˇ ˘ ˇ ˆ˙ ˙
˝ ˛° ˛˜° 5 00!
˙ " ˇ ˆ#˝˝° ˇ $ LA 35
%! ! %2 5%2! 3
3 ! %9! %9400

RP Date ID: Mar 25 2024

| |
|---|
| Carpal tunnel / rebuilt R thumb |
| R knee repair |
| R pinky finger repair |

## Family History:

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Brother | | | | Myocardial infarction | | N |
| Father | | | | Myocardial infarction | | N |
| Father | | | | Diabetes mellitus | | N |
| Mother | | | | Asthma | | N |
| Mother | | | | Diabetes mellitus | | N |

## EKG History:

**EKG:** )i*/) ='a86ca'8ia@&he': i)e *&5 al ˆ3G
ˇ a.e: 49=ea.) 9e' 5 i*/.e¸

Aˇ #AN3ˆ ˇ Iˇ ˆ3$I#ˆ˙ :
ˇ e>ie: e8

ˇ ˆ#Iˆ4 ° , ˙ - ˙ $ˆM˙ :
ˆ-ˆ˙ %Ne( a.i>e 0& ac.i>e ca.a'ac.)@la/c&5 a¸ ˆN$ %Ne( a.i>e 0& ( /5 8i)ea)e@hea'i*( I&))¸ ˇ ˆ˙ ˝ %Ne( a.i>e 0& a).h5 a@he5 &9.6)i)@&98¸ #A˙ 3 %Ne( a.i>e 0& cla/8ica.i&*@9>8@8>.¸ GI %Ne( a.i>e 0& ( e'8@he5 a.e5 e)i)@ac.i>e I( i =lee8i*( @he9a.i.i)@ac.i>e ( = 8i)@ac.i>e 9/8¸ G2 %Ne( a.i>e 0& he5 a./'ia@&c./'ia¸ Nˆ2ˇ ° %Ne( a.i>e 0& ).'&e@ia¸ ˝ ˙ -3" %Ne( a.i>e 0& 8e9'e))i&*@a* <ie.6¸ ˇ ˆˇ M %Ne( a.i>e 0& 'a)h@; i* )&e)¸ " ˆMA$ % Ne( a.i>e 0& ac.i>e a*e5 ia@=I&&8 .'a*)0/)i&*¸

#ITAL ˙ IGN˙ :

| Date | Time | BP | Position | Side | Site | Pulse | Ht In | Wt Lb | BMI | Temp Deg F |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/2024 | 0:50 AM | 3! /! 0 | )i..i*( | le0 | a'5 | 49 | 0,00 | + ,! 0 | 24,0! | |

La). 4 ei( h.: 0¸+ I=)¸ &* 0 / 0/2023¸

˝ " - ˙ I3AL ˆ AM:

| Exam | Findings | Details |
|---|---|---|
| Const | Neg | Nourishment - Well Nourished. Appearance - Well Developed. |
| Eyes | Neg | Lids/External - Bilateral Normal. Conjunctiva - Bilateral Normal. |
| NMT | Neg | Oral Mucosa - Moist, No Cyanosis, No Pallor. |



MAILING Aˇ ˇ ˇ ˆ˙ ˙
˝¸° ¸˜° 5 00!
˙ " ˇ ˆ#ˆ˝° ˇ $ LA 35
%! ! %2 5%2! 3
3 ! %9! %400

RP Date ID: Mar 25 2024

| | | |
|---|---|---|
| Neck | Neg | JVP - Less than 8 cm of H20. |
| Resp | Neg | Respirations - Nonlabored. Breath Sounds - Clear Throughout. Rales - Absent. Wheezes - Absent. |
| Cardiac | Neg | Rhythm - Regular. Palpation - PMI Normal. Heart Sounds - S1 Normal, S2 Normal, No S3, No S4. Extra Sounds - None. Murmurs - None. |
| Vasc | Neg | Carotid - Bilateral Normal Pulse. Aorta - Normal Size, Non Pulsatile, No Bruit Noted. Femoral - Bilateral Normal Pulse. Dorsalis Pedis - Bilateral Normal Pulse. |
| Abd | Neg | Tenderness - None. Hepatomegaly - Absent. Splenomegaly - Absent. |
| Skin | Neg | Venous Stasis Ulcer - Absent. |
| M/S | Neg | Gait - Normal. Able to Exercise - Yes. |
| EXT | Neg | Clubbing - Absent. Lower Extremity Edema - Absent. |
| Psych | Neg | Orientation - Oriented to Time, Person, Place. Mood - Appropriate. |

**EKG:** )i*/) ='a86ca'8ia@&he': i)e *&5 al ˆ3G

ˇ a.e: 49=ea.) 9e' 5 i*/.e˛

IM˝ ˇ ˆ˙ ˙ I° N ANˇ ˝ LAN

01. Idiopathic peripheral autonomic neuropathy (G90.09)
02. Bradycardia (R00.1)
03. Mixed hyperlipidemia (E78.2)
04. Encounter for preprocedural cardiovascular examination (Z01.810)

° ˇ ˘ ˆ ˇ ˙ :

Instructed patient to continue medications as prescribed.
f/u prn
The patient was instructed on a low fat diet.
The patient was instructed on a low sodium diet.
Instructions given to the patient on a low carbohydrate diet.
The importance of weight loss discussed with patient.
The patient was given exercise guidelines.

***-Electronically signed by:*** *William H. Haynie MD 03/25/2024 @ 11:45 AM*

**Patient Name:** Michael Morgason
**DOB:**
**Date:** 03/25/2024 0:45 AM
**Page:** 4/4

MAILING Aˇ ˘ ˇ ˆ˙ ˙
˝˛° ˛˜° 5 00!
˙ " ˇ ˆ#ˆ˝° ˇ $ LA 35
%! ! %2 5%52! 3
3 ! %9! %9400

# Medical Affidavit

**AFFIDAVIT OF MICHAEL MORGASON**

**STATE OF ARKANSAS**

**COUNTY OF MILLER**

I, MICHAEL MORGASON, being duly sworn, deposes and says:

I submit this affidavit in support of my appeal of LINCOLN FINANCIAL GROUP discontinuance of my Long Term Disability benefits.

## PERSONAL HISTORY

I am 54 years old. I grew up in Texarkana, Arkansas and spent all of my life in the southern United States. Prior to becoming disabled, I had always led an active lifestyle. In my free time, I participated in many rigorous outdoor activities, including hunting, fishing, riding my motorcycle, hiking and traveling as often as possible. I frequently worked in my yard and completed repair projects for my parents' house as well as my own. I also worked for my brother-in-law remodeling his residential rental properties on nights and weekends. The sense of accomplishment I felt from participating in these activities was very fulfilling.

## GENERAL WORK BACKGROUND

From 2014 to 2020, I was employed as a skilled maintenance worker at Texarkana Independent School District. My work typically involved carpentry, demolition, painting, welding and maintaining a multitude of buildings and sports complexes across Texarkana. I also spent a lot of time working outside in every sort of weather condition. I was expected to complete work orders to include the fabrication, installation, and repairing/replacing of doors, windows, flooring, ceiling materials, glass building hardware, screens and plastic laminate. I'd also move, install, assemble and repair district property as necessary. I was responsible for detecting needed repairs on buildings, grounds, and equipment by following established inspection procedures and adhering to preventative maintenance schedules and policies. I assisted on maintenance and construction projects as assigned. I operated tools, equipment, and machinery and kept the shop, equipment, and tools in safe operating condition. The work was challenging but I enjoyed it and looked forward to moving up in my career.

**THE ONSET OF MY SYMPTOMS**

My symptoms were occasional and aggravating when they originally appeared a few years ago. I was annoyed because they slowed me down. My legs felt as if I were wearing concrete boots or trying to walk underwater. My wife said my work boots were too heavy for me; she blamed my footwear. My legs feel like logs and at times they feel like they are hooked to a battery charger. It's almost as if my blood is bubbling in my veins and arteries and electric currents are running through them. I get sensations of ants biting the top of both feet. I get hot and sweaty while eating, my head itches, and mealtime is followed by bouts of hiccups. My jaw twitches and chewing food can cause electric shock sensations. I have increased salivation and my eyes water a lot. I sometimes choke, cough, sneeze while swallowing and occasionally liquids don't make it down. Showering is exhausting and it leaves me winded and gasping for air. I am worn out before I finish washing my hair. I have to rest and catch my breath afterwards. When I get hot I cannot cool down and when I get cold it takes hours to warm again. Even when in pain or fatigued, I would work through the episode; I didn't want anyone to know what was happening to me. Over the years, however, my symptoms increased in both frequency and severity.

**COGNITIVE SYMPTOMS**

I began to notice issues with my cognitive functioning and developed problems concentrating and processing information. I often felt confused and disoriented. It felt like my mind, once fast-moving and nimble, was stuck in molasses. I was not sure if it was disease progression or newly prescribed pharmaceuticals causing sluggishness. Occasionally I would have a mental lapse, forget facts or figures or things I was supposed to do. I compensated for this by writing notes to remind myself of things. Sometimes when I am talking with others, I completely forget about a recent conversation we had. During one such instance, my wife was surprised when I had no recollection of the previous day's conversation. After we talked about it for a few minutes, I began to vaguely recall what we discussed earlier, but I wasn't sure of the details. Kristin then commented, as she often did at these times, that I seemed to be "losing it". I didn't say anything, but I couldn't help wondering if she was right. I felt lost. My memory is not what it used to be. For example, I forgot to pay my car note for one month. Nothing like that has ever happened to me. I forget appointments, medical facts and things I did last month or last year. I also experience short-term memory loss. I have trouble remembering whether or not I took my medications. I frequently forget what I was doing or saying in the middle of doing or saying it. I might not remember who I was talking with or what I was supposed to do next. Verbal communication can be challenging as I have trouble thinking clearly. I would not be able to safely work on a construction site. I certainly would be in no position to take or give direction. I have a hard time grasping situations, understanding problems and staying focused. Situations that used to be easy for me to understand and evaluate now seem complicated and confusing. My thought process moves slowly compared to the past, and I frequently lose my train of thought. My thoughts seem jumbled, fragmented and unrelated to each other. I used to be good with numbers; now I have a hard time processing mathematical ideas. Because of the thought processing difficulties I experience, I struggle to make even the simplest day-to-day

decisions about what to wear or what to cook for dinner. It takes me a tremendous amount of time, effort and multiple breaks just to accomplish the basic activities of daily living.

**FATIGUE AND PAIN/NUMBNESS**

For years now I tire after minimal exertion and feel drained for no discernible reason. There were times I dozed off in the work truck on my lunch break or while riding with a co-worker from one jobsite to another or while returning to the shop at the end of the day. I tried to hide my condition from colleagues but my supervisor would often ask if I was okay or needed to take a break. My symptoms were obvious to everyone around me. I'd perspire so heavily it appeared as if I had just stepped out of a shower while fully clothed. Other maintenance workers, all of whom outweighed me or were many years older, would barely have a bead of sweat on their foreheads while I was drenched in sweat. During this time period, I had a number of musculoskeletal problems, including pain, weakness, numbness, cramps and muscle fasciculations.

My primary care physician suggested my symptoms may be vascular or heart related. I visited Texas Vascular Associates in Dallas, TX in June of 2020. I couldn't carry a thermos of coffee across the employee parking lot without feeling the need to put it down and take a break. I was diagnosed with 1. Hypertension [110 - Essential (primary) hypertension]; 2. Atherosclerosis of extremities with intermittent claudication without gangrene [170.219 - Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity]; 3. Thoracic outlet syndrome [G54.0 - Brachial plexus disorders]; 4. Hyperlipidemia [E78.5 - Hyperlipidemia, unspecified] and 5. Neuropathy [G62.89 Other specified polyneuropathies]. Because of the severe fatigue from which I was suffering, Ashley Moore prescribed Soma and Gabapentin and ordered a CT Angiography to evaluate for aortoiliac disease. She also referred me for electrophysiologic testing of the upper extremities to rule out cervical spine abnormalities.

Radie Perry conducted an EMG and it revealed "evidence of bilateral carpal tunnel syndrome, or at least median nerve dysfunction across the carpal tunnel segment but also borderline ulnar nerve slowing across the right elbow that based on exam and history is most likely clinically significant." I was referred to an elbow specialist and a hand specialist based on those findings.

On 8/26/2020, I was examined at Texas Orthopedic Association for ulnar nerve entrapment of the right elbow. Dr. John Conway explained that severe carpal tunnel will cause pain to travel along the nerve path. He suggested carpal tunnel injections or surgery to see if treatment would alleviate the right elbow pain. Later that same day, I had an appointment with Dr. Hugh "Bo" Frederick. He diagnosed me with right thumb CMC arthritis and I had injections the following week. I began to drop things less often and the "skewer like" shooting pain through my right shoulder was gone. I also noticed relief from forearm pain I'd had for months. Dr. Bo said surgical intervention was inevitable. I needed to have the nerves in my wrist released and reconstruction of the thumb joint. He said it was a painful surgery and recovery

would take up to 6 months. But at that point in time, I was far more concerned about my weak and heavy legs.

By September, I had difficulty falling asleep at night, I slept poorly and would have trouble waking the next day. I would awaken several times a night with deep, painful cramps in my right calf. It felt like someone struck my fibula with a baseball bat. Mornings in general became increasingly difficult for me. I never felt rested and the grogginess that I felt upon waking would usually stay with me for the better part of the day. The back of both legs (below the knees) ached as if I had run a marathon; the muscle exhaustion would continue for days. I had difficulty walking on an incline, ascending stairs and bending over. If I laid down flat on my back, I couldn't breathe. I developed floaters in my vision and ringing in my ears. These sensory issues were especially scary, as my job required me to constantly be alert to what was happening around me. Upon returning home from work, I often didn't have the energy to even get out of my car. I was relieved to have made it through another tough day of work without hurting myself or someone else. My primary care doctor, Michael Crabtree, ordered venous and arterial studies. Those exams revealed possible calcified vessels so he referred me to a cardiologist. Dr. Singh ordered labs and testing that came back unremarkable so he wondered if I could have a neurological issue. I consulted a neurologist in November, and Dr. Hussaini concluded within 3 office visits that most likely I had neuromuscular disease. So he referred me to Dr. Shaida Khan with UTSW Neuromuscular Center. She saw me a handful of times and performed various tests, blood work and imaging. She was perplexed as to what was causing my issues but was certain it wasn't neuromuscular disease or an undiagnosed paraneoplastic cancer. Dr. Khan found chronic denervation changes in my hand. Fat was replacing atrophied muscle fibers altering my grip and strength. Hand surgery could no longer be postponed. I returned to Dr. Bo for reconstructive thumb surgery and carpal tunnel release in April of 2021. By the summer of 2021, after a year of running around and only getting additional referrals, I applied to The Mayo Clinic in Jacksonville, Florida.

## COMBINATION OF DIAGNOSIS

I had my first video appointment with Dr. Meghana Halkar (Internal Medicine) on July 29, 2021. She explained that once I arrived at their facility, I may need to have tests and imaging repeated. Mayo offers block scheduling to patients who live far away, as most do. Back to back appointments were scheduled so I traveled almost 900 miles to be evaluated by their team over a 3 day period. I was examined by multiple specialists and had a urinalysis, 23 blood tests, an ECG, Echo, autonomic reflex screening, and several x-rays completed on the first visit to Mayo. I became familiar with hearing "I don't know what is going on with you but it may be more than one process". I've learned that "idiopathic etiology" means no known cause or origin of disease. "This is an abnormal study" under the conclusions/impressions section of many test reports. My health record from Mayo is almost 500 pages and abnormal is listed more than 100 times.

So far, I have traveled more than 30,000 miles and spent well over $20,000 out of pocket in hopes to simply feel better. I returned to the Mayo Clinic in Florida five times over the next 13 months. In all, I was examined by more than 25 doctors. They all felt like an autoimmune or unknown genetic condition was contributing to the various neurological and musculoskeletal symptoms. I was diagnosed with Cam-type Morphology (predisposing to femoral acetabular impingement), Frequency Urinary, Myalgia, Neuropathy Autonomic Peripheral Idiopathic, Small Fiber Polyneuropathy, Abnormal Findings On Diagnostic Imaging Of Other Parts Of Musculoskeletal System, Spondylosis Lumbar Without Myelopathy, Pelvic Calcifications, Pain Groin, High Lumbar Radiculopathy, Pain Low Back Unspecified, Tear Hip Labral Initial Right, Hip Joint Disorder Right, Lower Lumbar Facet Osteoarthritis, Multiple Tarlov Cysts, Sacroiliac Joint Sprain and more while at Mayo.

Dr. Lamb (neurologist) said Mayo is a diagnostic center and I would need to find a neurologist for continuing care closer to home. His progress note recommends "Recognize circumstances. Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever." I felt like some of the symptoms made sense now, and I was finally getting answers!

Dr. Luke Spencer-Gardner (orthopedic surgeon) explained that I need arthroscopy with femoroplasty, acetabular plasty and labral repair of my right hip. He explained that it would be a complicated surgery with a long recovery time. It's unlike a hip replacement where a patient will be walking hours later. He will have to reattach soft tissue to bones using plastic sutures, reshape the femur bone, remove or reshape part of the acetabular, and repair a torn labrum. The counter traction required during the operation places significant pressure throughout the groin region. He said my pelvic and lower back pain would be exacerbated so I should keep the spine clinic appointment and schedule hip reconstruction surgery only after those issues were resolved.

**INABILITY TO WORK**

My job as a skilled maintenance worker involved constant problem-solving and attention to details, but physically and mentally I could no longer keep up at work. Despite the pain and fatigue I experienced, I worked as long as I could. I felt awful all of the time, and I could not hide my physical ailments. Work became impossible for me. I frequently have muscle twitching and hand tremors and sometimes feel like my body is shaking on the inside. I have a difficult time concentrating, and I was no longer comfortable with driving to or working on construction sites. My doctor completed medical leave paperwork and soon thereafter I was placed on short term disability. I spent most of my time healing from surgeries &

consulting various specialists, simply trying to receive a confirmed diagnosis and treatment plan. However, my various symptoms did not subside, they worsened. By the end of the short term disability period, I was so ill that I knew I could not return to work so I filed for long term disability. In May of 2022, I was terminated from my job due to my extended medical leave. Long term disability benefits were denied by LFG despite the fact that I am disabled and more symptomatic than when I initially filed for disability. One month before the termination of benefits, I had a sacral laminectomy and dorsal sacral reconstruction w/absorbable plating. I am still recovering from that operation. I also haven't addressed the issue of my right hip, and I recently found out that I again have bilateral carpal tunnel syndrome.

**MY CONSTANTLY DEBILITATING SYMPTOMS PREVENT ME FROM RETURNING TO WORK**

I am tired all of the time. I never feel fully awake and alert regardless of how much I have slept. At home, I deal with my "brain fog," that is, my grogginess and disorientation, as best I can. I experience dizziness when I stand up. The dizzy spells typically last from 5 to 20 seconds and are often accompanied by impaired vision, impaired hearing and balance problems. It is difficult to remain standing during these spells. There is no way I could be walking around a construction site or climbing on scaffolding while experiencing this sort of dizziness. I suffer from pain in my tailbone, which varies in severity. Depending on the severity, I may need to lie down, recline, or lay on one side for a few hours. I sit on an icepack often. I have muscle aches and diminished strength, which interfere with my ability to perform many physical tasks. Lifting objects over 10 pounds – something I would often have to do a few times a day at work – is out of the question for me. I can no longer drive limited distances for doctor visits, groceries and going to the post office. Long car rides and even going out to eat dinner pose a problem. I have to take my "tush cush" (a pillow to sit on) if I have to be seated for more than a few minutes at a time. Wooden chairs and benches are the most uncomfortable. I am more prone to bumping into things and having accidents since my balance and coordination have worsened. Getting dressed takes longer nowadays. Putting on my left sock is extremely difficult. Loading and unloading the dishwasher is almost impossible. Cooking is always a chore. My disability has drastically curtailed my ability to participate in activities that I used to enjoy; I no longer have the necessary physical energy or mental capability. I no longer shoot pool or play guitar. I can't mow or weedeat my yard because I can't tolerate heat or operate anything that vibrates. All told, with my constant aches and pains, cognitive issues, dizzy spells, fatigue and headaches, I feel like an old person rather than a 54 year old man. While I used to pride myself on my intellect and physical fitness, it seems that my mind and body simply do not work anymore. There is no way I could return to work like this, much as I might want to. Life now looks a lot different than it did just 4 years ago. I sold my "toys" as I can no longer ride my side-by-side or load up the boat to fish or go duck hunting. I stay home all of the time and leave only to go to doctor appointments or if absolutely necessary. I do not accept invitations from friends to get together. My family has to go do things without me more often than not. I carefully plan outings now. I choose the post office without stairs and the grocery store with the least amount of steps to the front door. I no longer recognize me.

It took me more than a month to draft this affidavit to tell my story. I couldn't have done so without assistance from my wife. Life is hard. Living with a disability is harder. Going months without an income is a hardship. But being broke and disabled while trying to prove how disabled I am is unbearably hard. And it's getting harder every single day.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF KNOWLEDGE.

Michael Morgason

Michael Morgason

**Notary**

State of Arkansas
County of Miller

SWORN to and SUBSCRIBED before me, the undersigned authority, on the 17 day of October, 2024.

BRENDA BRYAN
Comm. No. 12720379
NOTARY PUBLIC
My Comm. Expires Aug. 25, 2032
MILLER COUNTY, ARKANSAS

Brenda Bryan

Notary Public, State of Arkansas

## *NEUROLOGICAL LISTINGS MEDICAL OPINION*

From: Andrew G. Morales, DO.

Re: Michael Morgason (Name of Patient)

_______________ (Date of Birth)

Please answer the following questions concerning your patient's impairments.

1. Frequency and length of contact: Every 3 months for 30 minutes

2. Identify your patient's neurological impairments:

- [ ] Traumatic brain injury
- [ ] Cerebral palsy
- [ ] Post-polio syndrome
- [ ] Vascular insult to the brain
- [x] Peripheral neuropathy
- [ ] Benign brain tumor
- [ ] Spinal cord disorder
- [ ] Myasthenia gravis
- [ ] Motor neuron disorder other than ALS
- [ ] Parkinsonian syndrome
- [ ] Multiple sclerosis
- [ ] Muscular dystrophy
- [ ] Neurodegenerative disease of the central nervous system

3. Other impairments: _______________

4. Identify your patient's symptoms and signs:

- [ ] Flaccidity
- [ ] Spasticity
- [x] Spasms
- [ ] Incoordination
- [x] Imbalance
- [x] Tremor
- [x] Physical fatigue
- [x] Muscle weakness
- [x] Dizziness
- [x] Tingling
- [x] Numbness
- [x] Pain
- [x] Increased deep reflexes
- [ ] Nausea
- [x] Headaches
- [ ] Poor proprioception
- [ ] Chorea
- [x] Trouble sleeping
- [x] Mental fatigue
- [x] Impaired attention
- [x] Impaired concentration
- [x] Impaired memory
- [ ] Impaired judgment
- [x] Depression
- [x] Anxiety
- [ ] Emotional lability
- [ ] Personality change
- [ ] Confusion
- [ ] Dementia
- [ ] Unstable walking
- [ ] Balance problems
- [ ] Falling spells
- [ ] Abnormal stereognosis
- [ ] Athetosis
- [ ] Loss of manual dexterity
- [ ] Muscle atrophy
- [ ] Bladder problems
- [x] Bowel problems
- [x] Sensitivity to heat
- [ ] Nystagmus
- [ ] Visual loss
- [ ] Double vision
- [ ] Pain in one eye
- [ ] Dimness of vision
- [ ] Partial blindness
- [ ] Other vision disturbance
- [ ] Difficulty solving problems
- [ ] Speech difficulties
- [ ] Ineffective communication
- [ ] Bulbar dysfunction

Other symptoms, signs and clinical findings: Restlessness of legs

MM.LIN.1466

5. Treatment and response: Gabapentin 600mg 2 tablets, 3x/day, Amitryptyline 25mg nightly, Baclofen 10mg po 1-2 nightly, hydroxyzine 25mg night

6. Prognosis: poor

7. Have your patient's impairments lasted or can they be expected to last at least twelve months? ☑ Yes ☐ No

8. Rate the degree to which your patient is physically limited.

☐ None ☐ Mild ☑ Moderate ☐ Marked ☐ Extreme

Note: A marked limitation means that, due to the signs and symptoms of your patient's neurological disorder, your patient is seriously limited in the ability to independently initiate, sustain, and complete work-related physical activities. Your patient may have a marked limitation in physical functioning when the neurological disease process causes persistent *or* intermittent symptoms that affect your patient's abilities to independently initiate, sustain, and complete work-related activities, such as standing, balancing, walking, using both upper extremities for fine and gross movements, or results in limitations in using one upper and one lower extremity. The persistent and intermittent symptoms must result in a serious limitation in your patient's ability to do a task or activity on a sustained basis. "Marked" is not defined by a specific number of different physical activities or tasks that demonstrate your patient's ability, but by the overall effects of neurological symptoms on your patient's ability to perform such physical activities on a consistent and sustained basis. Your patient need not be totally precluded from performing an activity to have a marked limitation, as long as the degree of limitation seriously limits your patient's ability to independently initiate, sustain, and complete work-related physical activities.

9. Does your patient have disorganization of motor function in two extremities resulting in an extreme limitation in the ability to stand up from a seated position? That is, once seated is your patient unable to stand and maintain an upright position without the assistance of another person or the use of an assistive device, such as a walker, two crutches, or two canes? ☐ Yes ☑ No

10. Does your patient have disorganization of motor function in two extremities resulting in an extreme limitation in balance while standing or walking? That is, is your patient unable to maintain an upright position while standing or walking without the assistance of another person or an assistive device, such as a walker, two crutches, or two canes? ☐ Yes ☑ No

11. Does your patient have disorganization of motor function in two extremities resulting in an extreme limitation in the ability to use the upper extremities? That is, does your patient have a loss of function of both upper extremities (including fingers, wrists, hands, arms, and shoulders) that very seriously limits your patient's ability to independently initiate, sustain, and complete work-related activities involving fine and gross motor movements? (Inability to perform fine and gross motor movements could include not being able to pinch, manipulate, and use fingers; or not being able to use hands, arms, and shoulders to perform gross motor movements, such as handling, gripping, grasping, holding, turning, and reaching; or not being able to engage in exertional movements such a lifting, carrying, pushing, and pulling.) ☐ Yes ☑ No

12. Rate your patient's mental limitations as a result of the neurological impairment using the following scale:
**Moderate** means the ability to function independently, appropriately, effectively, and on a sustained basis is **fair;**
**Marked** means the ability to function independently, appropriately, effectively, and on a sustained basis is **seriously limited;**
**Extreme** means **not able** to function independently, appropriately, effectively, and on a sustained basis, but it does not mean a total loss of ability to function.

| RATE THE DEGREE OF LIMITATION IN THE FOLLOWING AREAS: | | | | | |
|---|---|---|---|---|---|
| A.1. | Understanding information: | None-Mild | Moderate | Marked | Extreme |
| A.2. | Remembering information | None-Mild | Moderate | Marked | Extreme |
| A.3. | Applying information | None-Mild | Moderate | Marked | Extreme |
| B. | Interacting with others: | None Mild | Moderate | Marked | Extreme |
| C.1. | Concentrating | None Mild | Moderate | Marked | Extreme |
| C.2. | Persisting | None Mild | Moderate | Marked | Extreme |
| C.3 | Maintaining pace | None Mild | Moderate | Marked | Extreme |
| D.1. | Adapting in the workplace | None Mild | Moderate | Marked | Extreme |
| D.2. | Managing oneself in the workplace | None Mild | Moderate | Marked | Extreme |

13. What is the earliest date that the description of limitations in this questionnaire applies?

02/17/2023

10/5/2024
*Date*

[signature]
*Signature*

*Printed/Typed Name:* Andrea G. Morales D.O

*Address:* 321 N. Highland #200
Sherman, TX 75092

### §221.7 *Form: Medical Opinion Re: Ability to Do Work-Related Activities (Physical)*

MEDICAL OPINION RE: ABILITY TO DO WORK-RELATED ACTIVITIES (PHYSICAL)

NAME: Michael Morgason DOB: ____________

To determine your patient's ability to do *work-related activities on a day-to-day basis in a regular work setting*, please give us your opinion — based on your examination — of how your patient's physical capabilities are affected *by the impairment(s)*. Do not consider your patient's age, sex or work experience. Consider the medical history, the chronicity of findings (or lack thereof), symptoms *(including differing individual tolerances for pain, etc.)*, and the expected duration of any work-related limitations.

For each activity shown below:

(1) Indicate your patient's ability to perform the activity; and

(2) Identify the particular medical findings (e.g., physical examination findings, x-ray findings, laboratory test results, history, symptoms (including pain), etc.) that support your opinion regarding any limitations.

**IT IS IMPORTANT THAT YOU RELATE PARTICULAR MEDICAL FINDINGS TO ANY REDUCTION IN CAPACITY; THE USEFULNESS OF YOUR OPINION DEPENDS ON THE EXTENT TO WHICH YOU DO THIS.**

1. Maximum ability to lift and carry on an *occasional* basis (no more than 1/3 of an 8-hour day).

   No limitation 100# 50# 20# 10# (less than 10#) [circled]

2. Maximum ability to lift and carry on a *frequent* basis (1/3 to 2/3 of an 8-hour day).

   No limitation 50# 25# 10# (less than 10#) [circled]

3. Maximum ability to stand and walk (with normal breaks) during an 8-hour day.

   No limit about 6 hrs. about 4 hrs. about 3 hrs. about 2 hrs. (less than 2 hrs.) [circled]

4. Maximum ability to sit (with normal breaks) during an 8-hour day.

   No limit about 6 hrs. about 4 hrs. about 3 hrs. about 2 hrs. (less than 2 hrs.) [circled]

5. If your patient must periodically alternate sitting, standing or walking to relieve discomfort:

| | |
|---|---|
| How long can your patient *sit* before changing position? | 0 5 (10) 15 20 30 45 60 90 Minutes |
| How long can your patient *stand* before changing position? | 0 5 (10) 15 20 30 45 60 90 Minutes |
| How *often* must your patient *walk around*? Frequency: | 0 5 (10) 15 20 30 45 60 90 Minutes |
| How *long* must your patient *walk each time*? Duration: | 0 (5) 10 15 20 30 45 60 90 Minutes |

From Social Security Disability Practice by Thomas E. Bush, copyright James Publishing. Used with permission.
For information 800-440-4780 or www.JamesPublishing.com.

Does your patient need the opportunity to shift *at will* from sitting or standing/walking? ☑ Yes ☐ No

6. Will your patient sometimes need to lie down at unpredictable intervals during an 8 hour working shift? ☑ Yes ☐ No

If yes, how often do you think this will happen? Every 30 minutes

7. What medical findings support the limitations described above? Patient has a small fiber neuropathy identified on sudomotor test

8. How often can your patient perform the following **POSTURAL ACTIVITIES?** Not applicable to my treatment

| | Rarely | Occasionally | Frequently | Constantly |
|---|---|---|---|---|
| Twist | ☐ | ☐ | ☐ | ☐ |
| Stoop (Bend) | ☐ | ☐ | ☐ | ☐ |
| Crouch | ☐ | ☐ | ☐ | ☐ |
| Climb stairs | ☐ | ☐ | ☐ | ☐ |
| Climb ladders | ☐ | ☐ | ☐ | ☐ |

**Rarely:** from 1% to 5% of an 8-hour day
**Occasionally:** from 6% to 33% of an 8-hour day
**Frequently:** from 34% to 66% of an 8-hour day
**Constantly:** more than 66% of an 8-hour workday

What medical findings support this? records

9. Are the following **PHYSICAL FUNCTIONS** affected by the impairment?

| | | | |
|---|---|---|---|
| Reaching overhead | ☑ Yes ☐ No | Handling (gross manipulation) | ☑ Yes ☐ No |
| Reaching forward or to side | ☑ Yes ☐ No | Feeling | ☑ Yes ☐ No |
| Fingering (fine manipulation) | ☑ Yes ☐ No | Pushing/pulling | ☑ Yes ☐ No |

A. How are these physical functions affected? All

B. What medical findings support this? records - tests

10. Please assess **ENVIRONMENTAL RESTRICTIONS:** Avoid All

| | NO RESTRICTION | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| Extreme cold | ☐ | ☐ | ☐ | ☐ |
| Extreme heat | ☐ | ☐ | ☐ | ☐ |
| High humidity | ☐ | ☐ | ☐ | ☐ |
| Fumes, odors, dusts, gases | ☐ | ☐ | ☐ | ☐ |
| Perfumes | ☐ | ☐ | ☐ | ☐ |
| Soldering fluxes | ☐ | ☐ | ☐ | ☐ |
| Solvents/cleaners | ☐ | ☐ | ☐ | ☐ |
| Chemicals | ☐ | ☐ | ☐ | ☐ |
| List other irritants or allergens: | ☐ | ☐ | ☐ | ☐ |

§221

# Sacral Tarlov Cyst(s) Patient Survey

Name: Michael Morgason DOB: ______ Date: 7/31/2024

☐ Before surgery ☒ 3 months after surgery ☐ 6 months after surgery
☐ 1 year after surgery ☐ 2 years after surgery ☐ Other ________

For each category below, please rate the severity of your symptoms. If you are not experiencing the symptom, please mark the box "Never had Symptoms".

| | Never had Symptoms | No Symptoms | Mild Symptoms | Mild to Moderate | Moderate Symptoms | Moderate to Severe | Severe Symptoms | Extremely Severe Symptoms |
|---|---|---|---|---|---|---|---|---|
| Sacral (tail bone) pain | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| Perineal Pain (private parts) | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| Perineal numbness (private parts) | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| PGAD (persistant genital arousal disorder) | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Lower extremity pain | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| Lower extremity weakness | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| Lower extremity numbness | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| Problems with bladder function | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| Problems with bowel function | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |
| Dyspareunia (Pain during sexual intercourse) | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |
| Sexual dysfunction | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| Discomfort while sitting | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| Problems with participation in sitting activities i.e. restaurants, movies, church, etc. | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |

**If you have undergone surgery, please answer the following:**

**How have your symptoms changed since surgery?**

- ☐ I no longer have symptoms
- ☐ My symptoms have improved a lot
- ☒ My symptoms have improved moderately
- ☐ My symptoms have improved a little bit
- ☐ My symptoms are the same
- ☐ My symptoms are a little bit worse
- ☒ My symptoms are moderately worse
- ☐ My symptoms are a lot worse

some have improved, others are more noticeable

Name: Michael Morgason Date: 7-31-2024

**VISUAL ANALOG SCALE (VAS) - Sacral**

*This form is designed to give the doctor information as to how your pain is progressing since the last visit. Indicate on the lines below with a check mark the level of pain from "no pain" to "as severe as it could be".*

1. VAS (Visual Analog Scale) Score for leg pain while resting:
   ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☑ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
   No pain — As severe as it could be

2. VAS Score for leg pain upon activity:
   ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☑ 8 ☐ 9 ☐ 10
   No pain — As severe as it could be

3. Please indicate the location of pain(s) of pain while resting you have experienced in the last 4 weeks:
   - ☐ lower back
   - ☑ left buttock
   - ☐ left hip
   - ☐ left thigh
   - ☑ left calf
   - ☑ left foot
   - ☑ tail bone
   - ☐ groin
   - ☑ right buttock
   - ☐ right hip
   - ☐ right thigh
   - ☑ right calf
   - ☑ right foot

4. Please indicate the location(s) of pain upon activity you have experienced in the last 4 weeks:
   - ☑ lower back
   - ☑ left buttock
   - ☐ left hip
   - ☐ left thigh
   - ☑ left calf
   - ☑ left foot
   - ☑ tail bone
   - ☐ groin
   - ☑ right buttock
   - ☐ right hip
   - ☐ right thigh
   - ☑ right calf
   - ☑ right foot

5. What is the maximum period of time you can sit with reasonable comfort?
   - ☑ 5 minutes or less
   - ☐ 15 minutes
   - ☐ 45 minutes
   - ☐ 30 minutes
   - ☐ > 1 hour

Name: Michael Morgason Date: 7-31-2024

6. How often does your condition interfere with your usual work, education, or retirement activities:

- ☐ never
- ☐ occasionally
- ☐ frequently
- ☑ always

7. How many times during a typical day in the week did you take prescription narcotic pain medications for your condition?

# [1] of times

8. How many times during a typical day in the last week did you take prescription arthritic medications for your condition?

# [2] of times

Name: Michael Morgason Date: 7-31-2024

This survey asks for your views about your health. This information will help keep track of how you feel and how well you are able to do your usual activities.

Answer every question by selecting the answer as indicated. If you are unsure about how to answer a question, please give the best answer you can.

1. **In general, would you say your health is:**
   □ Excellent □ Very good □ Good ☑ Fair □ Poor

2. **Compared to one year ago, how would you rate your health in general now?**
   □ Much better now □ Somewhat better now ☑ About the same
   □ Somewhat worse now □ Much worse now

3. **The following questions are about activities you might do during a typical day. Does your health now limit you in these activities? If so, how much?**

| | Yes, limited a lot | Yes, limited a little | No, not limited now |
|---|---|---|---|
| a. **Vigorous activities,** such as running, lifting heavy objects, participating in strenuous sports | ☑ | □ | □ |
| b. **Moderate activities,** such as moving a table, pushing a vacuum cleaner, bowling, or playing golf | ☑ | □ | □ |
| c. Lifting or carrying groceries | □ | □ | □ |
| d. Climbing **several** flight of stairs | ☑ | □ | □ |
| e. Climbing **one** flight of stairs | □ | ☑ | □ |
| f. Bending, kneeling, or stooping | ☑ | □ | □ |
| g. Walking **more than a mile** | ☑ | □ | □ |
| h. Walking **several blocks** | ☑ | □ | □ |
| i. Walking **one block** | □ | ☑ | □ |
| j. Bathing or dressing yourself | □ | ☑ | □ |

4. **During the past 4 weeks, have you had any of the following problems with your work or other regular daily activities as a result of your physical health?**

| | Yes | No |
|---|---|---|
| a. Cut down on the **amount of time** you spent on work or other activities | ☑ | □ |
| b. **Accomplish less** than you would like | ☑ | □ |
| c. Were limited in the **kind** of work or other activities | ☑ | □ |

Name: Michael Morgason Date: 7-31-2024

| | Yes | No |
|---|---|---|
| d. Had **difficulty** performing the work or other activities (for example, it took extra effort) | ☑ | ☐ |

5. **During the past 4 weeks, have you had any of the following problems with your work or other regular daily activities as a result of any emotional problems (such as feeling depressed or anxious)?**

| | Yes | No |
|---|---|---|
| a. Cut down on the **amount of time** you spent on work or other activities | ☑ | ☐ |
| b. **Accomplished less** than you would like | ☑ | ☐ |
| c. Didn't do work or other activities as **carefully** as usual | ☑ | ☐ |

6. **During the past 4 weeks, to what extent has your physical health or emotional problems interfered with your normal social activities with family, friends, or neighbors, or groups?**
☐ Not at all ☐ Slightly ☐ Moderately ☑ Quite a bit ☐ Extremely

7. **How much bodily pain have you had during the past 4 weeks?**
☐ None ☐ Very mild ☐ Mild ☐ Moderate ☐ Severe ☐ Very severe

8. **During the past 4 weeks, how much did pain interfere with your normal work (including both work outside the home and housework)?**
☐ Not at all ☐ A little bit ☐ Moderately ☐ Quite a bit ☑ Extremely

9. **These questions are about how you feel and how things have been with your during the past 4 weeks. For each question, please give the one answer that comes closest to the way you have been feeling.**

**How much of the time during the past 4 weeks…**

| | All of the time | Most of the time | A good bit of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|---|
| a. Did you feel full of pep? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| b. Have you been a very nervous person? | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| c. Have you felt so down in the dumps that nothing could cheer you up? | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| d. Have you felt calm and peaceful? | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| e. Did you have a lot of energy? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

Name: *Michael Morgason* Date: *7-31-2024*

| | All of the time | Most of the time | A good bit of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|---|
| f. Have you felt downhearted and blue? | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| g. Did you feel worn out? | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| h. Have you been a happy person? | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| i. Did you feel tired? | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**10. During the <u>past 4 weeks</u>, how much of the time has your physical health or emotional problems interfered with your social activities (like visiting friends, relatives, etc.)?**

☐ All of the time ☒ Most of the time ☐ Some of the time

☐ A little of the time ☐ None of the time

**11. How TRUE or FALSE is <u>each</u> of the following statements for you?**

| | Definitely true | Mostly true | Don't know | Mostly false | Definitely false |
|---|---|---|---|---|---|
| a) I seem to get sick a little easier than other people | ☐ | ☐ | ☒ | ☐ | ☐ |
| b) I am as healthy as anybody I know | ☐ | ☐ | ☐ | ☒ | ☐ |
| c) I expect my health to get worse | ☐ | ☐ | ☒ | ☐ | ☐ |
| d) My health is excellent | ☐ | ☐ | ☐ | ☒ | ☐ |

Patient signature: *Michael Morgason* Date: *7-31-2024*

*Michael Morgason*

Name: Michael Morgason Date: 7-31-2024

**Please read instructions:**
*Could you please complete this questionnaire? It is designed to give us information as to how your back (or leg) trouble has affected your ability to manage in everyday life. Please answer every section. Mark one box only in each section that most closely describes you today.*

**SECTION 1-PAIN INTENSITY**

- ☐ I have no pain at the moment.
- ☐ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☑ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

**SECTION 2-PERSONAL CARE (Washing, Dressing, etc.)**

- ☐ I can look after myself normally, without causing extra pain.
- ☑ I can look after myself normally, but it is very painful.
- ☐ It is painful to look after myself and I am slow and careful.
- ☐ I need some help, but manage most of my personal care.
- ☐ I need help every day in most aspects of self care.
- ☐ I do not get dressed, wash with difficulty and stay in bed.

**SECTION 3-LIFTING**

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights, but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, e.g., on a table.
- ☐ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned.
- ☑ I can lift only very light weights.
- ☐ I cannot lift or carry anything at all.

**SECTION 4-WALKING**

- ☐ Pain does not prevent me walking any distance.
- ☐ Pain prevents me walking more than 1 mile.
- ☐ Pain prevents me walking more than ¼ of a mile.
- ☑ Pain prevents me walking more than 100 yards.
- ☐ I can only walk using a stick or crutches.
- ☐ I am in bed most of the time and have to crawl to the toilet.

**SECTION 5-SITTING**

- ☐ I can sit in any chair as long as I like.
- ☐ I can site in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting for more than 1 hour.
- ☐ Pain prevents me from sitting for more than ½ hour.
- ☑ Pain prevents me from sitting more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

Name: Michael Morgason Date: 7-31-2024

**SECTION 6-STANDING**

- ☐ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☐ Pain prevents me from standing for more than 1 hour.
- ☐ Pain prevents me from standing for more than ½ hour.
- ☑ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

**SECTION 7-SLEEPING**

- ☐ My sleep is never disturbed by pain.
- ☐ My sleep is occasionally disturbed by pain.
- ☑ Because of pain, I have less than 6 hours of sleep.
- ☐ Because of pain, I have less than 4 hours of sleep.
- ☐ Because of pain, I have less than 2 hours of sleep.
- ☐ Pain prevents me from sleeping at all.

**SECTION 8-SEX LIFE (if applicable)**

- ☐ My sex life is normal and causes no extra pain.
- ☐ My sex life is normal but causes some extra pain.
- ☐ My sex life is nearly normal but is very painful.
- ☑ My sex life is severely restricted by pain.
- ☐ My sex life is nearly absent because of pain.
- ☐ Pain prevents any sex life at all.

**SECTION 9-SOCIAL LIFE**

- ☐ My social life is normal and causes me no extra pain.
- ☐ My social life is normal, but increases the degree of pain.
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., sports, etc.
- ☑ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

**SECTION 10-TRAVELING**

- ☐ I can travel anywhere without pain.
- ☐ I can travel anywhere but it gives extra pain.
- ☐ Pain is bad but I manage journey over two hours.
- ☐ Pain restricts me to journeys of less than one hour.
- ☑ Pain restricts me to short necessary journeys under 30 minutes.
- ☐ Pain prevents me from traveling except to receive treatment.

RP Date ID: (No Date)

UAMS Medical Center
Health Information Management
4301 West Markham, #524
Little Rock, AR 72205
(501) 603-1520

8/27/24

Releasepoint
Po Box 1390
St Peters, MO, 63376-0018

RE: Request to inspect or copy or obtain copy of health records
Records of: Mr. Michael Ray Morgason
MRN: 003972371
Date of Birth:
Date request received: 8/26/2024

Dear Releasepoint,

Attached you will find the medical records recently requested from our facility. Please note that UAMS Medical Center does not maintain records for all UAMS programs. UAMS programs that maintain separate records include, but are not limited to:

- 12th Street Health & Wellness Center
- Arkansas Children's Hospital
- Center for Distance Health (Angels, UAMS Call Center, AR Saves Stroke Program)
- Family Treatment Program
- Family Medical Center prior to 2003
- Kids First Facilities
- NLR Radiation Therapy Center
- Psychiatric Research Institute Child Study Center prior to 2012
- Psychiatric Research Institute Methadone Clinics
- Psychiatric Research Institute Substance Abuse Treatment Clinics
- Psychiatric Research Institute TLC Program
- UALR/UAMS Speech and Hearing Clinic
- UAMS Behavioral Medicine Clinic
- UAMS CARTI
- UAMS Dental Hygiene Clinic
- UAMS Northwest Outpatient Therapy Clinic
- UAMS Radiation Oncology Center (partial record set maintained by program)

If you have questions regarding your request, please contact the Health Information Management Department, Release of Information at (501) 603-1520.

Thank You,
ROI Team
UAMS Medical Center

RP Date ID: Aug 12 2024 2nd ID CONFIRMED

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 8/12/2024

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Chief Complaint**

- Other

**Visit Diagnosis** *[last edited by Interface, Surescripts In on 8/12/2024 2333]*

- Dyslipidemia

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

### Patient as-of Visit

**Care Team** as of 8/12/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 8/12/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**S/P laminectomy** *[last edited by Nix, Matthew W, MD on 6/10/2024 1506]*

Diagnosis: S/P laminectomy Noted on: 06/10/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 8/12/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007

Severity: High
Noted on: 01/22/2018

RP Date ID: Aug 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 8/12/2024

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005

Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 8/12/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 8/12/2024

**Medical History** as of 8/12/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 8/12/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 8/12/2024

**Family History as of 8/12/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother

RP Date ID: Aug 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 8/12/2024

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 8/12/2024

**Tobacco Use as of 8/12/2024**

**Tobacco Use last reviewed by Kee, Audria, RN on 6/10/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 8/12/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 8/12/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 8/12/2024

**Socioeconomic as of 8/12/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**

Instructions: Take one tablet by mouth every 12 (twelve) hours as needed for pain.
Authorized by: Nix, Matthew W, MD — Ordered on: 6/10/2024
Start date: 6/10/2024 — Quantity: 45 tablet
Refill: No refills remaining

**atorvastatin (LIPITOR) 40 MG tablet**

Instructions: TAKE 1 TABLET DAILY
Authorized by: Nix, Matthew W, MD — Ordered on: 8/13/2024
Start date: 8/13/2024 — Quantity: 90 tablet
Refill: 3 refills by 8/13/2025

**Stopped in Visit**

None

**Other Orders**

**Medications**

**atorvastatin (LIPITOR) 40 MG tablet (Active)**

Electronically signed by: **Nix, Matthew W, MD on 08/13/24 1326** — Status: **Active**
Ordering user: Nix, Matthew W, MD 08/13/24 1326 — Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD — Ordering mode: Standard
Frequency: Daily 08/13/24 - Until Discontinued — Class: Normal
Released by: Nix, Matthew W, MD 08/13/24 1326
Diagnoses
Dyslipidemia [E78.5]
Reordered from: atorvastatin (LIPITOR) 40 MG tablet

**Indications**

Dyslipidemia [E78.5 (ICD-10-CM)]

**08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)**

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Chief Complaint** *[last edited by Kee, Audria, RN on 6/10/2024 1425]*

- Pain Management

**Visit Diagnosis** *[last edited by Nix, Matthew W, MD on 6/10/2024 1506]*

- **S/P laminectomy (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Nix, Matthew W, MD | Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN** |

### Patient as-of Visit

**Care Team** as of 6/10/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 6/10/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**S/P laminectomy** *[last edited by Nix, Matthew W, MD on 6/10/2024 1506]*

Diagnosis: S/P laminectomy Noted on: 06/10/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 6/10/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 6/10/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 6/10/2024

**Medical History** as of 6/10/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 6/10/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 6/10/2024

**Family History as of 6/10/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 6/10/2024

**Tobacco Use as of 6/10/2024**

**Tobacco Use last reviewed by Kee, Audria, RN on 6/10/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 6/10/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 6/10/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Socioeconomic History** as of 6/10/2024

**Socioeconomic as of 6/10/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD — Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD — Ordered on: 9/11/2023
Start date: 9/11/2023 — End date: 8/13/2024
Quantity: 90 tablet — Refill: 3 refills by 9/10/2024

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**

Instructions: Take one tablet by mouth every 12 (twelve) hours as needed for pain.
Authorized by: Nix, Matthew W, MD — Ordered on: 6/10/2024
Start date: 6/10/2024 — Quantity: 45 tablet
Refill: No refills remaining

**Stopped in Visit**

None

**Clinical Notes**

**Progress Notes**

**Nix, Matthew W, MD at 6/10/2024 1420**

Version 1 of 1

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Clinical Notes (continued)**

Author: Nix, Matthew W, MD Service: — Author Type: Physician
Filed: 6/11/2024 3:35 PM Encounter Date: 6/10/2024 Status: Signed
Editor: Nix, Matthew W, MD (Physician)

**Subjective:**

**Subjective Patient ID:**[MN.1T] Michael Ray Morgason[MN.2T] is a[MN.1T] 53 y.o. male[MN.2T].[MN.1T]

1. Post-operative pain - pt underwent surgery on 04.10.2024 in Dallas for right-sided radiculopathy; he has decreased pain in his pelvis and right hip; leg feels less heavy; surgical wound is healed; he is supposed to have followup in 3 mths with the neurosurgeon with repeat MRI; did not recommend PT; taking ibuprofen and hydrocodone; neurosurgeon wanted him to see PCP for continued hydrocodone; pt was taking neurontin prior to surgery, but has stopped taking it; he will restart this because he is still having pain in his right leg below the knee (may improve with time); down to using norco 1-2 X/day; will need to wean off this; will not give long term.[MN.1M]

Review of Systems
Constitutional: Negative for fever.
Gastrointestinal: Negative for abdominal pain,[MN.1T] constipation[MN.1M], diarrhea, nausea and vomiting.

**Objective:**

**Objective Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is not ill-appearing.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.

Musculoskeletal:
Comments:[MN.1T] **No LE edema; surgical wound is healed in the lumbar/sacral area, midline**[MN.1M]

Neurological:
Mental Status: He is alert.

**Assessment/Plan:**[MN.1T]

**Assessment**

**Problem List Items Addressed This Visit**

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Clinical Notes (continued)

**S/P laminectomy - Primary**

Relevant Medications

HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet[MN.2T]

Electronically signed by Nix, Matthew W, MD at 6/11/2024 3:35 PM

**Attribution Key**

MN.1 - Nix, Matthew W, MD on 6/11/2024 3:11 PM
MN.2 - Nix, Matthew W, MD on 6/11/2024 3:35 PM
M - Manual, T - Template

### Other Orders

**Medications**

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Active)**

Electronically signed by: **Nix, Matthew W, MD on 06/10/24 1506** Status: **Active**
Ordering user: Nix, Matthew W, MD 06/10/24 1506 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
PRN reasons: pain
Frequency: Routine Q12H PRN 06/10/24 - Until Discontinued Class: Normal
Diagnoses
S/P laminectomy [Z98.890]

**Indications**

S/P laminectomy [Z98.890 (ICD-10-CM)]

### Flowsheets

**APACHE IV Non-CABG**

| Row Name | 06/10/24 1424 |
|---|---|
| Relevant Labs and Vitals | |
| Temp (in Celsius) | 37.2 -AK at 06/10/24 1427 |

**Care Team Review**

| Row Name | 06/10/24 1425 |
|---|---|
| Care Team Review | |
| Patient care team reviewed this visit? | Mark as Reviewed - AK at 06/10/24 1425 |

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

**Custom Formula Data**

| Row Name | 06/10/24 1428 | 06/10/24 1424 | 06/10/24 1259 |
|---|---|---|---|
| OTHER | | | |
| PHQ-2 Score | — | — | 0 -GM at 06/10/24 1259 |
| PHQ-9 Total Score | 0 -AK at 06/10/24 1428 | — | 0 -GM at 06/10/24 1259 |
| Weight Prior to Symptoms of Diagnosis (Formula): | — | 0 -AK at 06/10/24 1427 | — |
| Previous Encounter Weight | — | 172.4 -AK at 06/10/24 1427 | — |
| % Weight Change Prior to Symptoms of Dx: | — | 0 -AK at 06/10/24 1427 | — |
| Ideal Body Weight | — | 2573.6 -AK at 06/10/24 1427 | — |
| Shock Index | — | 0.47 -AK at 06/10/24 1427 | — |
| Oncology Nutrition Grading Scale | | | |
| Total Weight Loss | — | 0 -AK at 06/10/24 1427 | — |

**Encounter Vitals**

| Row Name | 06/10/24 1424 |
|---|---|
| Enc Vitals | |
| BP | 121/77 -AK at 06/10/24 1427 |
| Pulse | 57 -AK at 06/10/24 1427 |
| Temp | 98.9 °F (37.2 °C) -AK at 06/10/24 1427 |
| Temp src | Tympanic -AK at 06/10/24 1427 |
| SpO2 | 98 % -AK at 06/10/24 1427 |
| Weight | 74.7 kg (164 lb 9.6 oz) -AK at 06/10/24 1427 |
| Vital Signs | |
| BP Location | Left arm -AK at 06/10/24 1427 |
| Patient Position | Sitting -AK at 06/10/24 1427 |

**Fall Screening**

| Row Name | 06/10/24 1428 |
|---|---|
| Fall Screening | |
| Have you had any recent falls | No -AK at 06/10/24 1428 |

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| (last 12 months)? | |
| Do you have a fear of falling? | No -AK at 06/10/24 1428 |

**NUTRITION: Anthropometrics**

| Row Name | 06/10/24 1424 |
|---|---|
| Anthropometrics | |
| % Weight Change Since Birth | 0 -AK at 06/10/24 1427 |

**NUTRITION: Anthropometrics**

| Row Name | 06/10/24 1424 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -AK at 06/10/24 1427 |

**NUTRITION: Energy Needs**

| Row Name | 06/10/24 1424 |
|---|---|
| Nutrition Vitals for Calculations | |
| Nutrn Weight in Kgs (calc) | 74.66 kgs -AK at 06/10/24 1427 |
| CYSTIC FIBROSIS Nutr. Assess. | |
| Nutr BMR WHO (calc) | 1745.08 -AK at 06/10/24 1427 |

**Oncology Vitals**

| Row Name | 06/10/24 1424 |
|---|---|
| Oncology Nutrition Grading Scale | |
| Weight Change Prior to Symptoms of Dx (lbs): | 0 -AK at 06/10/24 1427 |
| Nutrition Grade (%Wt Change Prior to Symptoms of Dx): | 0 -AK at 06/10/24 1427 |
| Nutrition Grade Combined: | 0 -AK at 06/10/24 1427 |
| Nutrition Grade (Action Required): | Grade 0 -AK at 06/10/24 1427 |

**Pain Assessment**

| Row Name | 06/10/24 1427 |
|---|---|
| Pain Assessment | |

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| Pain Assessment Scale | 0-10 -AK at 06/10/24 1428 |
| Pain Score | 6 -AK at 06/10/24 1428 |
| Pain Type | Chronic pain -AK at 06/10/24 1428 |
| Pain Location | Back -AK at 06/10/24 1428 |
| Pain Frequency | Constant/continuous -AK at 06/10/24 1428 |
| Pain Onset | On-going -AK at 06/10/24 1428 |
| Clinical Progression | Gradually improving -AK at 06/10/24 1428 |

**Patient Health Questionnaire**

| Row Name | 06/10/24 1428 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Not at all -AK at 06/10/24 1428 |
| Feeling down, depressed, or hopeless | Not at all -AK at 06/10/24 1428 |
| PHQ-2 Score | 0 -AK at 06/10/24 1428 |

**Patient-Reported Data**

| Row Name | 06/10/24 1259 | 06/07/24 1420 |
|---|---|---|
| OTHER | | |
| Have you had any recent falls (last 12 months)? | — | No -patient at 06/07/24 1420 |
| Do you have a fear of falling? | — | No -patient at 06/07/24 1420 |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | | |
| Little interest or pleasure in doing things | Not at all -patient at 06/10/24 1259 | — |
| Feeling down, depressed, or hopeless | Not at all -patient at 06/10/24 1259 | — |

**WCC-Vitals**

| Row Name | 06/10/24 1424 |
|---|---|
| Vitals | |
| Weight Change | -2.8 -AK at 06/10/24 1427 |
| Total Weight Loss | 7.8 -AK at 06/10/24 1427 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

RP Date ID: Jun 10 2024

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Flowsheets (continued)**

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| AK | Kee, Audria, RN | Case Manager | CARE MANAGEMENT |
| GM | Mychart, Generic | — | — |
| patient | Michael Ray Morgason | — | — |

**After Visit Summary**

COVID Immunization Verification (below)

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

UAMS Health

COVID-19 VACCINATION RECORD

June 11, 2024

**Michael R. Morgason** Date of Birth: 7/31/1970

No record of COVID-19 immunization

Michael R. Morgason ( • Printed at 6/11/24 3:35 PM ©2023 Epic Systems Corporation Page 1 of 1

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

UAMS Ambulatory After Visit Summary (below)

UAMS Health

# AFTER VISIT SUMMARY

**Michael R. Morgason** MRN: 003972371
6/10/2024 2:20 PM UAMS Health Family Medical Center in Texarkana 870-779-6000

## Instructions from Matthew W Nix, MD

Today's medication changes

START taking:
**HYDROcodone-acetaminophen** (Norco)
Started by: MATTHEW NIX, MD

CONTINUE taking your other medications
**If medication pricing is available for you then it will show below. Please note that the medication pricing is an ESTIMATE only based on your pharmacy selection.**

Accurate as of June 10, 2024 11:59 PM.

Pick up these medications at GENOA HEALTHCARE-Texarkana-20091 - Texarkana, AR - 2904 Arkansas Blvd
HYDROcodone-acetaminophen

Address: 2904 Arkansas Blvd Ste 116, Texarkana AR 71854-2536
Phone: 870-397-8985

## Today's Visit

You saw Matthew W Nix, MD on Monday June 10, 2024. The following issue was addressed: S/P laminectomy.

Blood Pressure 121/77
BMI 23.62
Weight 164 lb 9.6 oz
Temperature (Tympanic) 98.9 °F
Pulse 57
Oxygen Saturation 98%

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

Date Reviewed: Mar 20, 2024

| Allergen | Reactions |
|---|---|
| **Latex, Natural Rubber** | Hives |
| **Penicillins** | Itching;Rash |

## You are intolerant to the following

Date Reviewed: Mar 20, 2024

No active intolerances/contraindications

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

### What You Should Know About Your Medicines

**The checkmarks (√) below show the times your doctor wants you to take your medicines.**

MyChart
View your After Visit Summary and more online at https://mychart.uamshealth.com/MyChart/.

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

## Changes to Your Medication List

ⓘ Accurate as of June 10, 2024 11:59 PM.
If you have any questions, ask your nurse or doctor.

### START taking these medications

| | Morning | Around Noon | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| START HYDROcodone-acetaminophen 5-325 mg per tablet<br>Commonly known as: Norco<br>Take one tablet by mouth every 12 (twelve) hours as needed for pain.<br>Started by: MATTHEW NIX, MD | | | | | | |

### CONTINUE taking these medications

| | Morning | Around Noon | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| atorvastatin 40 MG tablet<br>Commonly known as: Lipitor<br>Take one tablet (40 mg total) by mouth daily. | | | | | | |
| gabapentin 300 MG capsule<br>Commonly known as: Neurontin<br>Take two capsules (600 mg total) by mouth 3 (three) times a day. | | | | | | |


©2023 Epic Systems Corporation

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

## Information on Smoking Cessation

Smoking harms every organ in your body & is *especially damaging with lung infections like COVID and Influenza*. Quitting smoking can improve your health and cut back on dangerous second-hand smoke for your loved ones.

Please call a **UAMS Tobacco Treatment Specialist** at **501-526-5448** for information about how to quit smoking or for a personalized quit smoking plan. We are here to help.

The **Arkansas Department of Health** sponsors the **BeWellArkansas Tobacco Quitline at 1-833-283-WELL (9355)**.
BeWellArkansas website: https://www.bewellarkansas.org/quit-tobacco/

## Information on Smoking Cessation

**Making the Decision to Stop Smoking**

***It may be hard but millions successfully quit every day.***

Your Health Care Provider has confirmed that you need to stop using tobacco but making the choice to quit smoking, vaping or using smokeless tobacco can only be yours. Writing down "good things" and the "not so good things" about quitting can help sort out the feelings you have about taking the next step to better health. Now ask yourself these questions and give yourself a score from zero (0) not all important to ten (10) very, very important.

- How important is it for me to quit.
- How confident am I that I can quit.
- How motivated am I to quit.

These scores help you plan the next steps. Scores from zero (0) to six (6) mean you have some work to do to understand what is holding you back. Maybe you have tried to quit before but returned to smoking because something happened that drew you back. That happens often and there is no shame in slipping up. The secret is to learn from the setback, continue to try and never giving up on your goal to be free from nicotine. Quitting can be tough so it is very important to spend time getting ready and find out what to expect along the way. Being prepared helps build confidence and the skills you need to stay nicotine free.

When you are ready, you may want to talk to a Tobacco Treatment Specialist for advice, to build a personalized plan and to guide you through the process of quitting. Here are simple beginning steps to take to put a plan into action. The letters in the word "START" are reminders of what to do:

**S** = Set a quit date.

**T** = Tell family, friends, and the people around you that you plan to quit.

**A** = Anticipate or plan ahead for the tough times you will face while quitting.

**R** = Remove cigarettes, Vapes, and other tobacco products from your home, car and work.

**T** = Talk to your doctor and tobacco treatment specialist about getting help to quit.

Your Health Care Provider, nurse or tobacco treatment specialist can give you advice on the best way to quit. Plus, your Health Care Provider can give you medications to:

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

Information on Smoking Cessation (continued)

- Reduce your cravings for nicotine.
- Reduce the unpleasant feelings that can happen when you stop using tobacco or vaping.

Remember, quitting tobacco and vaping will improve your health no matter how old you are, and no matter how long or how much you have smoked.

**We are here to help you to better health.**

**Call 501-526-5448 to set an appointment for a personal quit plan.**

### UAMS CARES

If you feel you or a family member/friend is at risk of suicide please call the National Suicide Prevention Lifeline call, text or chat at 988.

### APPOINTMENT CONTACT INFORMATION

To cancel or reschedule an appointment, please call the **UAMS HEALTH FAMILY MEDICAL CENTER IN TEXARKANA at *870-779-6000.***

If you are interested in making a new appointment with a different specialty or service at UAMS please call (501) 686-8000.

### We Want to Hear from You!

Thank you for choosing UAMS! We would like to hear about your experience. Soon you may receive a survey with questions about your care. Please complete the survey. Your feedback helps us continue to provide the best possible experience for you and other patients and families.

### Sign up for Text Message Appointment Reminders

To sign up for text message appointment reminders from UAMS, please log into MyChart and make sure your mobile phone number is correct. If you don't have MyChart, you can sign up today using the instructions above or below.

After you log into MyChart , click on the "**Menu**" button. Under "**Account Settings**," click on "**Communication Preferences**."

Under the Contact Information section at the bottom, make sure your mobile phone number is correct. If it is not correct, click "**Edit**," type in the correct number, and click "**Save Changes**."

If you are not signed up for text messages from UAMS, click the "**Sign up now**" link in the Communication Preferences section. You can choose the type of information you'd like to receive by text message.

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

Sign up for Text Message Appointment Reminders (continued)

***Standard text message rates apply.***

UAMS Text Message Reminder Disclaimer

**Warning:** UAMS does not guarantee information sent or received via text message is secure. There are security risks associated with sending information via text message. For example, an unauthorized person or entity may access or use the information. By requesting that UAMS send you information via text message, you acknowledge you have been warned of and accept such risks.

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Messages

#### Questionnaire Submission

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/10/2024 12:59 PM |

Patient Questionnaire Submission
------------------------------

Questionnaire: Patient Health Questionnaire

Question: Little interest or pleasure in doing things
Answer: Not at all

Question: Feeling down, depressed, or hopeless
Answer: Not at all

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic | Morgason, Michael Ray | 6/8/2024 6:09 PM |
| Last Read in MyChart<br>6/8/2024 11:01 PM by Michael Ray Morgason | | |

Appointment Information

**Department:** UAMS Health Family Medical Center in Texarkana
**Location:** 3417 U Of A Way
Texarkana, AR 71854
**Provider:** MATTHEW NIX, MD
**Date:** 6/10/24
**Time:** 2:05 PM

If your insurance has not been reviewed within 30 days, please call 501.526.7070 or toll free 866.452.8279 to verify your account to expedite registration. Please have your insurance card readily available. We want to make sure we have the most up to date information in your patient record.

All additional questionnaires will be available on June 9, 2024

epichttp://questionnairelist[View your available questionnaires]

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/7/2024 2:20 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Pain Assessment

Question: Do you have any pain related to this visit?
Answer: Yes

Questionnaire: Pain Assessment Notification

Question: On a scale of 0-10 with 10 being the highest level of pain, what is your current pain level?
Answer: 6

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/7/2024 2:20 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Fall Screening

Question: Have you had any falls in the last 12 months?
Answer: No

Question: Do you have a fear of falling?

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Answer: No

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/7/2024 2:19 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: None of these

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Travel Screening**

| Question | 6/7/2024 2:19 PM CDT - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | None of these |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

**Uams Mychart Fall Screening**

| Question | 6/7/2024 2:20 PM CDT - Filed by Patient |
|---|---|
| Have you had any falls in the last 12 months? | No |

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Questionnaires (continued)

| | |
|---|---|
| Do you have a fear of falling? | No |

**Uams Mychart Pain Assessment**

| Question | 6/7/2024 2:20 PM CDT - Filed by Patient |
|---|---|
| Do you have any pain related to this visit? | Yes |
| On a scale of 0-10 with 10 being the highest level of pain, what is your current pain level? | 6 |

**Mychart Phq-2/Phq-9-Primary Care Part 1**

| Question | 6/10/2024 12:59 PM CDT - Filed by Patient |
|---|---|
| Little interest or pleasure in doing things | Not at all |
| Feeling down, depressed, or hopeless | Not at all |
| **Phq-2 Score (range: 0 - 6)** | 0 |

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Media**

**Billing Estimates - Electronic signature on 6/7/2024 2:18 PM (effective from 6/7/2024) - E-signed**

**MR#: 003972371**
**Patient's Name: Morgason,Michael Rav**
**Patient's Address:**

UAMS Health.

## Your Rights and Protections Against Surprise Medical Bills

When you get emergency care or are treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from balance billing. In these cases, you shouldn't be charged more than your plan's copayments, coinsurance and/or deductible

**<u>What is "balance billing" (sometimes called "surprise billing")?</u>**

When you see a doctor or other health care provider, you may owe certain out-of-pocket costs, like a copayment, coinsurance, or deductible. You may have additional costs or have to pay the entire bill if you see a provider or visit a home health care facility that isn't in your health plan's network.

"Out-of-network" means providers and facilities that haven't signed a contract with your health plan to provide services. Out-of-network providers may be allowed to bill you for the difference between what your plan pays and the full amount charged for a service. This is called "balance billing." This amount is likely more than in-network costs for the same service and might not count toward your plan's deductible or annual out-of-pocket limit.

"Surprise billing" is an unexpected balance bill. This can happen when you can't control who is involved in your care - like when you have an emergency or when you schedule a visit at an in-network facility but are unexpectedly treated by an out-of-network provider. Surprise medical bills could cost thousands of dollars depending on the procedure or service.

**<u>You're protected from balance billing for:</u>**

**Emergency services**
If you have an emergency medical condition and get emergency services from an out-of-network provider or facility, the most they can bill you is your plan's in-network cost-sharing amount (such as copayments, coinsurance, and deductibles). You can't be balance billed for these emergency services. This includes services you may get after you're in stable condition, unless you give written consent and give up your protections not to be balanced billed for these post-stabilization services.

**Certain services at an in-network hospital or ambulatory surgical center**
When you get services from an in-network hospital or ambulatory surgical center, certain providers there may be out-of-network. In these cases, the most those providers can bill you is your plan's in-network cost-sharing amount. This applies to emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services. These providers can't balance bill you and may not ask you to give up your protections not to be balance billed.

If you get other types of services at these in-network facilities, out-of-network providers can't balance bill you, unless you give written consent and give up your protections.

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Media (continued)**

**You're never required to give up your protections from balance billing. You also aren't required to get out-of-network care. You can choose a provider or facility in your plan's network.**

**When balance billing isn't allowed, you also have these protections:**

- You're only responsible for paying your share of the cost (like the copayments, coinsurance, and deductible that you would pay if the provider or facility was in-network). Your health plan will pay any additional costs to out-of-network providers and facilities directly.

- Generally, your health plan must:
  - Cover emergency services without requiring you to get approval for services in advance (also known as "prior authorization").
  - Cover emergency services by out-of-network providers.
  - Base what you owe the provider or facility (cost-sharing) on what it would pay an in-network provider or facility and show that amount in your explanation of benefits.
  - Count any amount you pay for emergency services or out-of-network services toward your innetwork deductible and out-of-pocket limit.

**If you think you've been wrongly billed,** contact U.S. Department of Health and Human Services (HHS), in coordination with the Department of the Treasury, Department of Labor and the Office of Personnel Management. The federal phone number for information and complaints is: 1-800-985-3059.

Visit *www.cms.gov/nosurprises/consumers* for more information about your rights under federal law.

Collect Patient's Signature here

Michael Ray Morgason

Electronically signed at 6/7/2024, 02:18 PM

Patient's Signature

Date: 06/07/2024 Time: 2:18 PM

Med Rec 5089 (01/2022) [pageNum] of [pageCount] Billing Estimates

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Nix, Matthew W, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

#### Care Team as of 4/15/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

#### Problem List as of 4/15/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

#### Allergies as of 4/15/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 4/15/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/15/2024

**Medical History** as of 4/15/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/15/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/15/2024

**Family History as of 4/15/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/15/2024

**Tobacco Use as of 4/15/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/15/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/15/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/15/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/15/2024

**Socioeconomic as of 4/15/2024**

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**Placard**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 4/15/2024 6:04 PM |

Thank you.
I had the surgery Wednesday 4/10. Everything went well and I was able to return home today.

**Placard**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 4/15/2024 4:08 PM |

Last Read in MyChart
4/15/2024 5:58 PM by Michael Ray Morgason

Mr. Morgason,

I've completed the parking placard form you dropped off. You can pick it up at the front desk at your convenience.

Thanks,
Dr. Nix

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

**Encounter Provider**

Nix, Matthew W, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/15/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/15/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 4/15/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 4/15/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/15/2024

**Medical History** as of 4/15/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/15/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/15/2024

**Family History as of 4/15/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/15/2024

**Tobacco Use as of 4/15/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/15/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/15/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/15/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/15/2024

**Socioeconomic as of 4/15/2024**

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**Placard**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 4/15/2024 6:04 PM |

Thank you.
I had the surgery Wednesday 4/10. Everything went well and I was able to return home today.

**Placard**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 4/15/2024 4:08 PM |

Last Read in MyChart
4/15/2024 5:58 PM by Michael Ray Morgason

Mr. Morgason,

I've completed the parking placard form you dropped off. You can pick it up at the front desk at your convenience.

Thanks,
Dr. Nix

RP Date ID: Apr 8 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/8/2024

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/8/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/8/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 4/8/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

RP Date ID: Apr 8 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/8/2024

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/8/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/8/2024

**Medical History** as of 4/8/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/8/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/8/2024

**Family History as of 4/8/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/8/2024

**Tobacco Use as of 4/8/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/8/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/8/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/8/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/8/2024

**Socioeconomic as of 4/8/2024**

RP Date ID: Apr 8 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/8/2024

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**Handicap placard**

From
Matthew W Nix, MD
Last Read in MyChart
4/9/2024 6:36 PM by Michael Ray Morgason

To
Morgason, Michael Ray

Sent and Delivered
4/9/2024 2:33 PM

Okay. I will complete this form once I receive it.

Thanks,
Dr. Nix

**Handicap placard**

From
Morgason, Michael Ray

To
P Amb Texarkana Fmc Nurses (supporting Matthew W Nix, MD)

Sent
4/8/2024 10:54 AM

I have requested a placard and was given a form that needs to be completed.
My legs are very fatigued after walking short distances.
Would you mind filling it out for me. I will drop the form off at the front desk.
I am having the spine surgery that we discussed on Wednesday April 10 and will be back in town the following Monday. I would be able to pick it up anytime that week.

Thank you

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/3/2024

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Uams Health Care Team

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/3/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/3/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*
Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*
Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*
Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 4/3/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*
Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*
Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

RP Date ID: Apr 3 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/3/2024

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/3/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/3/2024

**Medical History** as of 4/3/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/3/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/3/2024

**Family History as of 4/3/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/3/2024

**Tobacco Use as of 4/3/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/3/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/3/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/3/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/3/2024

**Socioeconomic as of 4/3/2024**

RP Date ID: Apr 3 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/3/2024

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**UAMS Patient and Community Survey**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart Admin | Morgason, Michael Ray | 4/3/2024 12:37 PM |

Last Read in MyChart
Not Read

*If you recently completed a community health needs assessment survey and were unable to enter the drawing at the end, please click here. Our apologies for the difficulty.*

RP Date ID: Apr 1 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/1/2024

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Uams Health Care Team

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/1/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/1/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia    Noted on: 11/18/2022    Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing    Noted on: 03/20/2024    Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy    Noted on: 11/18/2022    Chronic: No

**Allergies** as of 4/1/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives    Severity: High
Reaction type: Allergy    Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash    Severity: Low
Reaction type: Allergy    Noted on: 11/07/2017
SNOMED-CT: 6369005

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/1/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/1/2024

**Medical History** as of 4/1/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/1/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/1/2024

**Family History as of 4/1/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/1/2024

**Tobacco Use as of 4/1/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/1/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/1/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/1/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/1/2024

**Socioeconomic as of 4/1/2024**

RP Date ID: Apr 1 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/1/2024

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**UAMS Patient and Community Survey**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart Admin | Morgason, Michael Ray | 4/1/2024 2:20 PM |
| Last Read in MyChart | | |
| Not Read | | |

UAMS is gathering information from patients and community members about the biggest needs in your region. We will use this information to make a plan to meet those needs. Please click on the link below for a survey about your opinions about what is most important to you and your community.

Thank you for taking the time for this important survey! It should take less than 15 minutes to finish. Once you have finished it, you can choose to be entered into a **DRAWING** for a $200 Walmart Gift Card.

Survey link in ENGLISH

Survey link in SPANISH

Thank you,

UAMS

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/22/2024

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/22/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/22/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 3/22/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007

Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005

Severity: Low
Noted on: 11/07/2017

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 3/22/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/22/2024

**Medical History** as of 3/22/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/22/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/22/2024

**Family History as of 3/22/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/22/2024

**Tobacco Use as of 3/22/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/22/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/22/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/22/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 3/22/2024

**Socioeconomic as of 3/22/2024**

RP Date ID: Mar 22 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/22/2024

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/22/2024 3:49 PM |

Thank you. Have a great weekend!

**Medical clearance for surgery**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 3/22/2024 3:46 PM |
| Last Read in MyChart | | |
| 3/22/2024 3:49 PM by Michael Ray Morgason | | |

Mr. Morgason,

All of her tests were fine. I've faxed all of your results to Dr. Feigenbaum's office as requested.

Thanks,
Dr. Nix

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | P Amb Texarkana Fmc Nurses (supporting Matthew W Nix, MD) | 3/12/2024 11:34 AM |

I have an appointment with you on 3/20/2024. I received an email from the surgeons office with a couple of documents. I am forwarding them to you in case they are needed.
I have 3 attachments, I will add another message for the 3rd as it only allows 2 per message

**03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Visit Diagnoses** *[last edited by Burton, James P on 3/20/2024 2206]*

- Pre-op testing
- Dyslipidemia

### Visit Information

**Provider Information**

**Referring Provider**

Nix, Matthew W, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/20/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/20/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 3/20/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007

Severity: High
Noted on: 01/22/2018

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 3/20/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/20/2024

**Medical History** as of 3/20/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/20/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/20/2024

**Family History as of 3/20/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/20/2024

**Tobacco Use as of 3/20/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/20/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/20/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/20/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Socioeconomic History** as of 3/20/2024

**Socioeconomic as of 3/20/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD
Ordered on: 11/16/2022
Start date: 11/16/2022
Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD
Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD
Ordered on: 9/11/2023
Start date: 9/11/2023
End date: 8/13/2024
Quantity: 90 tablet
Refill: 3 refills by 9/10/2024

**Stopped in Visit**

None

**Labs**

**Urinalysis + Microscopic (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Clinic Collect
Quantity: 1
Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080HE00896 | Urine | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Urinalysis + Microscopic (Abnormal)** Resulted: 03/20/24 2206, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Filed by: Burton, James P 03/20/24 2206
Resulting lab: UAMS LABORATORY
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

Order status: Completed
Collected by: Weeks, Nicholas, MA 03/20/24 1534

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Blood, Urine | Negative | Negative | — | UAMS LAB |
| Bilirubin, Urine | Negative | Negative | — | UAMS LAB |
| Glucose, Urine | Negative | Negative, Trace mg/dL | — | UAMS LAB |
| Ketones, Urine | Negative | Negative mg/dL | — | UAMS LAB |
| RBC, Urine | 0-2 | None Seen, 0-2 #/HPF | — | UAMS LAB |
| WBC, Urine | 6-10 | None Seen, 0-2 #/HPF | A ! | UAMS LAB |
| Urobilinogen, Urine | Normal | Normal mg/dL | — | UAMS LAB |
| Nitrites, Urine | Negative | Negative | — | UAMS LAB |
| Leuk. Esterase, Urine | Small | Negative | A ! | UAMS LAB |
| pH, Urine | 7.5 | 5.0, 5.5, 6.0, 6.5, 7.0, 7.5 | — | UAMS LAB |
| SG, Urine | 1.015 | 1.003 - 1.030 | — | UAMS LAB |
| Color, Urine | Light-Yellow | Yellow, Straw, Colorless, Other, Pale Yellow, Light-Yellow, Light yellow | — | UAMS LAB |
| Appearance, Urine | Hazy | Clear | A ! | UAMS LAB |
| Protein, Urine | Negative | Negative, 10 , 20 , Trace mg/dL | — | UAMS LAB |
| Bacteria, Urine | Rare | Rare, Few /HPF | — | UAMS LAB |
| Budding Yeast, Urine | present | /HPF | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

**CBC (No Diff) (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

Ordering user: Nix, Matthew W, MD 03/20/24 1450
Authorized by: Nix, Matthew W, MD
Frequency: Routine 03/20/24 -
Quantity: 1
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

Ordering provider: Nix, Matthew W, MD
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080HE00895 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

CBC (No Diff) (Abnormal) — Resulted: 03/20/24 2158, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Filed by: LAB, BACKGROUND USER 03/20/24 2158
Resulting lab: UAMS LABORATORY
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

Order status: Completed
Collected by: Weeks, Nicholas, MA 03/20/24 1534

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.74 | 3.60 - 9.50 K/uL | — | UAMS LAB |
| RBC | 5.17 | 4.50 - 5.70 M/uL | — | UAMS LAB |
| Hemoglobin | 16.6 | 13.0 - 17.0 g/dL | — | UAMS LAB |
| Hematocrit | 49.0 | 40.0 - 50.0 % | — | UAMS LAB |
| MCV | 94.8 | 80.0 - 100.0 fL | — | UAMS LAB |
| MCH | 32.1 | 26.0 - 33.0 pg | — | UAMS LAB |
| MCHC | 33.9 | 32.0 - 36.0 g/dL | — | UAMS LAB |
| RDW | 11.9 | 12.0 - 15.0 % | L ˅ | UAMS LAB |
| Platelet | 244 | 150 - 450 K/µL | — | UAMS LAB |
| MPV | 9.7 | 9.0 - 13.0 fL | — | UAMS LAB |
| Nucleated RBC | 0.0 | #/100 WBC | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

**Comprehensive Metabolic Panel (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Authorized by: Nix, Matthew W, MD
Frequency: Routine 03/20/24 -
Quantity: 1
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses

Ordering provider: Nix, Matthew W, MD
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CH01623 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Comprehensive Metabolic Panel (Abnormal)** Resulted: 03/20/24 2217, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/20/24 2217
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Narrative:
eGFR has been calculated using CKD-EPI Creatinine Equation (2021) which is recommended by the National Kidney Foundation.

GFR Categories in Chronic Kidney Disease (CKD)

| Category | GFR | Interpretation: |
|---|---|---|
| G1 | 90 or greater | Normal or high* |
| G2 | 60-89 | Mild decrease* |
| G3a | 45-59 | Mild to moderate decrease |
| G3b | 30-44 | Moderate to severe decrease |
| G4 | 15-29 | Severe decrease |
| G5 | 14 or less | Kidney failure |

*In the absence of evidence of kidney damage, neither GFR category G1 nor G2 fulfill the criteria for CKD Kidney Int Suppl 2013;3:1-150
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L | — | UAMS LAB |
| Potassium | 4.9 | 3.5 - 5.1 mmol/L | — | UAMS LAB |
| Chloride | 103 | 98 - 107 mmol/L | — | UAMS LAB |
| CO2 | 30 | 22 - 32 mmol/L | — | UAMS LAB |
| BUN | 11 | 6 - 20 mg/dL | — | UAMS LAB |
| Creatinine | 1.1 | 0.6 - 1.3 mg/dL | — | UAMS LAB |
| eGFR | 80.3 | mL/min/1.73 square meters | — | UAMS LAB |
| Calcium | 9.3 | 8.6 - 10.2 mg/dL | — | UAMS LAB |
| Glucose | 54 | 70 - 110 mg/dL | L ˅ | UAMS LAB |
| Albumin | 4.2 | 3.5 - 5.0 g/dL | — | UAMS LAB |
| Total Protein Plasma | 6.3 | 6.4 - 8.3 g/dL | L ˅ | UAMS LAB |
| Comment: Plasma total protein concentrations may be increased in comparison to serum due to the presence of coagulation factors in plasma. Interpret with caution. | | | | |
| Alkaline Phosphatase | 55 | 32 - 91 IU/L | — | UAMS LAB |
| AST | 24 | 15 - 41 IU/L | — | UAMS LAB |
| Bilirubin, Total | 1.1 | 0.2 - 1.2 mg/dL | — | UAMS LAB |
| ALT (SGPT) | 26 | 4 - 45 IU/L | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

### Prothrombin Time-INR (Final result)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Authorized by: Nix, Matthew W, MD
Frequency: Routine 03/20/24 -
Quantity: 1
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

Ordering provider: Nix, Matthew W, MD
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CO00141 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Prothrombin Time-INR (Normal)** Resulted: 03/21/24 2203, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Filed by: LAB, BACKGROUND USER 03/21/24 2203
Resulting lab: UAMS LABORATORY
Narrative:
INR of 2-3 is recommended for patients with thromboembolism, atrial fibrillation or bioprosthetic valves.
INR of 2.5-3.5 is recommended for patients with artifical valves.
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

Order status: Completed
Collected by: Weeks, Nicholas, MA 03/20/24 1534

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.0 | 0.9 - 1.1 | — | UAMS LAB |
| Prothrombin Time | 11.8 | 10.2 - 12.9 sec | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

### APTT (Final result)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Authorized by: Nix, Matthew W, MD
Frequency: Routine 03/20/24 -

Ordering provider: Nix, Matthew W, MD
Ordering mode: Standard
Class: Lab Collect

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

Quantity: 1
Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CO00141 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**APTT (Normal)** Resulted: 03/21/24 2206, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/21/24 2206
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| aPTT | 33.8 | 25.1 - 36.5 sec | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

### Lipid panel (CHOL, TRIG, HDL, LDL) (Final result)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Dyslipidemia [E78.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CH01623 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Lipid panel (CHOL, TRIG, HDL, LDL)** Resulted: 03/20/24 2217, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/20/24 2217
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Narrative:
An optional LDL-C goal of less than 70 mg/dL may be considered for patients at high CHD risk. In children and adolescents a desirable LDL serum cholesterol is less than 110 mg/dL.
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 140 | mg/dL | — | UAMS LAB |
| Comment: ADULT INTERVAL: Desirable:< 200 mg/dL, Borderline: 200-239 mg/dL, High Risk: > 239 mg/dL, CHILDREN and ADOLESCENTS: Desirable: <170 mg/dL, Borderline: 170-199 mg/dL, High: >199 mg/dL | | | | |
| Triglycerides | 186 | mg/dL | — | UAMS LAB |
| Comment: IN FASTING PATIENTS: Normal: <150 mg/dL, Borderline-High: 150-199 mg/dL, High: >199 mg/dL | | | | |
| HDL | 37 | mg/dL | — | UAMS LAB |
| Comment: Desirable: >60, Increased Risk: <40 | | | | |
| LDL Chol | 66 | mg/dL | — | UAMS LAB |
| Comment: ADULT INTERVALS: Optimal < 100 mg/dL, Low risk 100-129 mg/dL, Borderline risk 130-159 mg/dL, High >159 mg/dL | | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Dyslipidemia [E78.5 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

### GREY TOP TUBE (Active)

Status: **Active**

Order placed as a reflex to Urinalysis + Microscopic ordered on 03/20/24 at 1450
Ordering user: Burton, James P 03/20/24 2206
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: After office visit 03/20/24 -
Class: Clinic Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080MI00444 | Urine | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology

### Reason for Visit

**Visit Diagnosis** *[last edited by SYSTEMGENERATED, DOCUMENTATION on 3/20/2024 1520]*

- Pre-op testing

### Visit Information

**Appointment Information**

**XR CHEST PA AND LATERAL** **Completed**
3/20/2024 3:25 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 3:25 PM | FMC TEX XR | FAMILY MEDICAL CENTER - TEXARKANA - RAD | 15 min |

Referrals: 5921506 (Closed)
Referral Provider: NIX, MATTHEW W
Enc Form Number: 12475623
Arrival Time: 3:20 PM

History

| | | | | |
|---|---|---|---|---|
| Made On: | 3/20/2024 3:20 PM | By: | Helton, Sunni, RT | RIS |
| Checked In: | 3/20/2024 3:20 PM | By: | Helton, Sunni, RT | ES |
| Remove Arr.: | 3/20/2024 3:20 PM | By: | Helton, Sunni, RT | MR |
| Checked Out: | 3/20/2024 4:24 PM | By: | Gates, Kim | ES |

### Patient as-of Visit

**Care Team** as of 3/20/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/20/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Patient as-of Visit (continued)**

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 3/20/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 3/20/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/20/2024

**Medical History** as of 3/20/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/20/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/20/2024

**Family History as of 3/20/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Patient as-of Visit (continued)**

Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/20/2024

**Tobacco Use as of 3/20/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/20/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Patient as-of Visit (continued)

**Drug Use as of 3/20/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/20/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

None

**Socioeconomic History** as of 3/20/2024

**Socioeconomic as of 3/20/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD
Ordered on: 11/16/2022
Start date: 11/16/2022
Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD
Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD
Ordered on: 9/11/2023
Start date: 9/11/2023
End date: 8/13/2024
Quantity: 90 tablet
Refill: 3 refills by 9/10/2024

**Stopped in Visit**

None

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Medication List (continued)**

### Imaging

**X-ray chest PA and lateral (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Ancillary Performed
Quantity: 1
Lab status: Final result
Instance released by: Helton, Sunni, RT 3/20/2024 3:20 PM
Diagnoses
Pre-op testing [Z01.818]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical Indication(s): | Pre-op |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Confirm Resource: | FMC TEX XR | |

**X-ray chest PA and lateral** Resulted: 03/20/24 1528, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1520
Order status: Completed
Resulted by:
Runion, Lance K., MD
Harkey, Thomas J, MD
Filed by: Interface, Rad Results In 03/20/24 1530
Performed: 03/20/24 1520 - 03/20/24 1523
Accession number: 53028205
Resulting lab: SPEECHQ
Narrative:
EXAM DESCRIPTION:
XR CHEST PA AND LATERAL

INDICATION:
Per order request: 53 y/o M. Pre-op

TECHNIQUE
Two-view chest

COMPARISON:
None available

FINDINGS:
The lungs are well aerated.The cardiomediastinal silhouette is normal in size and morphology.No focal consolidation.Bilateral costophrenic angles are clear.Surgical clips in the supraclavicular region bilaterally. Additional surgical clips overlying the mid left axilla.

Impression:
No acute cardiopulmonary findings.

I personally reviewed the image(s) and, if necessary, I edited the report. I agree with the report as now presented.

Electronically Signed by: Lance Runion, M.D. on 03/20/2024 at 15:28:08

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Imaging (continued)**

Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - Unknown** | SPEECHQ | Unknown | Unknown | 10/08/13 1304 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**Signed**

Electronically signed by Runion, Lance K., MD on 3/20/24 at 1528 CDT

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Referral**

**Referral #5921506** *[last edited by Interface, Rad Results In on 3/21/2024 0140]*

Priority: Routine
Status: Closed - Referral Complete
Valid dates: From 3/20/2024 to 3/20/2025
Class: Internal
Status updated on: 3/20/2024

**Referred From**

Location: Family Medical Center - Texarkana
Department phone: 870-779-6000
Provider phone: 870-779-6000
Department: FAMILY MEDICAL CENTER - TEXARKANA - FMC
Provider: Nix, Matthew W, MD
Provider address: 3417 U OF A WAY TEXARKANA AR 71854

**Referred To**

Specialty: Radiology

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**X-ray chest PA and lateral**

Number requested: 1 Number approved: 1

**Diagnoses**

- V72.84 (ICD-9-CM) - Z01.818 (ICD-10-CM) - Pre-op testing

**Order**

**X-ray chest PA and lateral [214518093]**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Referral (continued)

Authorized by: Nix, Matthew W, MD
Ordered during: Office Visit on 03/20/2024
Diagnoses
Pre-op testing [Z01.818]

### Triage

#### Triage Information

Decision: None
Schedule by date: 4/19/2024

### Coverages

#### Blue Cross/Blue Shield

Plan: Bcbs Out Of State
Covered: Covered
From: 1/1/2022
Member #: J4C133994594001

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Chief Complaint** *[last edited by Trumble, Tammi W, LPN on 3/20/2024 1412]*

- surgery clearance (lab chest x-ray)

**Visit Diagnoses** *[last edited by Nix, Matthew W, MD on 3/20/2024 1449]*

- **Pre-op testing (primary)**
- Dyslipidemia

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Nix, Matthew W, MD | Nix, Matthew W, MD | Self |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN** |

### Patient as-of Visit

**Care Team** as of 3/20/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/20/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia | Noted on: 11/18/2022 | Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing | Noted on: 03/20/2024 | Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy | Noted on: 11/18/2022 | Chronic: No

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Allergies** as of 3/20/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 3/20/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/20/2024

**Medical History** as of 3/20/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/20/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/20/2024

**Family History as of 3/20/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/20/2024

**Tobacco Use as of 3/20/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/20/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/20/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/20/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 3/20/2024

**Socioeconomic as of 3/20/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD — Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD — Ordered on: 9/11/2023
Start date: 9/11/2023 — End date: 8/13/2024
Quantity: 90 tablet — Refill: 3 refills by 9/10/2024

**Stopped in Visit**

None

### Clinical Notes

**Assessment & Plan Note**

**Nix, Matthew W, MD at 3/22/2024 1537**

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Clinical Notes (continued)**

**Pre-op testing - Version 1 of 1**

Author: Nix, Matthew W, MD | Service: — | Author Type: Physician
Filed: 3/22/2024 3:37 PM | Encounter Date: 3/20/2024 | Status: Written
Editor: Nix, Matthew W, MD (Physician)
Related Problem: Pre-op testing

Pt is at low risk for perioperative complications and can proceed with surgery without further evaluation.[MN.1M]

Electronically signed by Nix, Matthew W, MD at 3/22/2024 3:37 PM

**Attribution Key**

MN.1 - Nix, Matthew W, MD on 3/22/2024 3:37 PM
M - Manual

**Progress Notes**

**Nix, Matthew W, MD at 3/20/2024 1340**

**Version 1 of 1**

Author: Nix, Matthew W, MD | Service: — | Author Type: Physician
Filed: 3/22/2024 3:38 PM | Encounter Date: 3/20/2024 | Status: Signed
Editor: Nix, Matthew W, MD (Physician)

### Subjective:

**Subjective Patient ID:**[MN.1T] Michael Ray Morgason[MN.2T] is a[MN.1T] 53 y.o. male[MN.2T].[MN.1T]

Pt presents needing surgical clearance for planned sacral laminectomy. He has no positive cardiac history; her underwent a stress test in 2018 that was equivocal with resultant normal left heart catheterization. Denies any sxs suggestive of such. He is a smoker, but denies any pulmonary symptoms, decreased exercise tolerance, etc. (See ROS).

EKG today shows sinus bradycardia, but otherwise normal. CXR is normal. Labs are normal.[MN.1M]

Review of Systems
Constitutional: Negative for chills, fever and[MN.1T] unexpected weight change[MN.1M].
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Neurological: Negative for[MN.1T] dizziness[MN.1M],[MN.1T] syncope[MN.1M],[MN.1T] weakness[MN.1M],[MN.1T] light-headedness[MN.1M] and[MN.1T] headaches[MN.1M].

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Clinical Notes (continued)**

**Objective:**

**Objective** **Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
  General: He is not in acute distress.
  Appearance: Normal appearance. He is not ill-appearing.

Eyes:
  Conjunctiva/sclera:[MN.1T] Conjunctivae normal[MN.1M].

Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds. No murmur heard.
  No friction rub. No gallop.

Pulmonary:
  Effort: No respiratory distress.
  Breath sounds: Normal breath sounds. No wheezing or rales.

Abdominal:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.

Musculoskeletal:
  General: No swelling.

Neurological:
  General: No focal deficit present.
  Mental Status: He is alert. Mental status is at baseline.

**Assessment/Plan:**[MN.1T]

**Assessment**

**Problem List Items Addressed This Visit**

**Dyslipidemia**

Relevant Orders

*Lipid panel (CHOL, TRIG, HDL, LDL) (Completed)*

**Pre-op testing - Primary**[MN.2T]

Pt is at low risk for perioperative complications and can proceed with surgery without further evaluation.[MN.2C1]

Relevant Orders

*EKG 12 lead (Completed)*
*Urinalysis + Microscopic (Completed)*
*CBC (No Diff) (Completed)*
*Comprehensive Metabolic Panel (Completed)*
*Prothrombin Time-INR (Completed)*
*APTT (Completed)*

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Clinical Notes (continued)

*X-ray chest PA and lateral (Completed)*[MN.2T]

Electronically signed by Nix, Matthew W, MD at 3/22/2024 3:38 PM

**Attribution Key**

MN.1 - Nix, Matthew W, MD on 3/22/2024 3:29 PM
MN.2 - Nix, Matthew W, MD on 3/22/2024 3:37 PM
C1 - Copied from Assessment & Plan Note by Nix, Matthew W, MD at 3/22/2024 3:37 PM, M - Manual, T - Template

### Labs

**Urinalysis + Microscopic (Completed)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Clinic Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Urine | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**CBC (No Diff) (Completed)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

#### Comprehensive Metabolic Panel (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

#### Prothrombin Time-INR (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

#### APTT (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

#### Lipid panel (CHOL, TRIG, HDL, LDL) (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Diagnoses
Dyslipidemia [E78.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Dyslipidemia [E78.5 (ICD-10-CM)]

### Imaging

**X-ray chest PA and lateral (Completed)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Ancillary Performed
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical Indication(s): | Pre-op |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

### Cardiology

**EKG 12 lead (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Clinic Performed
Quantity: 1
Lab status: Final result
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 1173692MUSE | — | — | 03/20/24 1512 |

**EKG 12 lead**
Resulted: 03/23/24 1100, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1450
Order status: Completed
Filed by: Interface, Lab In Hlseven 03/23/24 1100
Collected by: 03/20/24 1512
Resulting lab: UAMS MUSE
Lab Technician: TTRMBL0E
Narrative:
Ventricular Rate- 52 BPM
Atrial Rate- 52 BPM
P-R Interval- 170 ms

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Cardiology (continued)

QRS Duration- 96 ms
Q-T Interval- 430 ms
QTC Calculation(Bazett)- 399 ms
P Axis- 65 degrees
T Axis- 52 degrees

Diagnosis
Sinus bradycardia
Otherwise normal ECG
No previous ECGs available
Confirmed by Vallurupalli, M.D., Srikanth (562) on 3/23/2024 11:00:53 AM
Acknowledged by: Nix, Matthew W, MD on 03/29/24 0905

View Image (below)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **22 - MUSE** | UAMS MUSE | Unknown | Unknown | 02/26/13 1857 - Present |

#### Indications

Pre-op testing [Z01.818 (ICD-10-CM)]

#### All Reviewers List

Nix, Matthew W, MD on 3/29/2024 09:05
Nix, Matthew W, MD on 3/22/2024 15:38

### Flowsheets

#### APACHE IV Non-CABG

| Row Name | 03/20/24 1413 |
|---|---|
| Relevant Labs and Vitals | |
| Temp (in Celsius) | 36.3 -TT at 03/20/24 1413 |

#### Care Team Review

| Row Name | 03/20/24 1412 |
|---|---|
| Care Team Review | |
| Patient care team reviewed this visit? | Mark as Reviewed -TT at 03/20/24 1413 |

#### Custom Formula Data

| Row Name | 03/20/24 1415 | 03/20/24 1413 | 03/19/24 1106 |
|---|---|---|---|
| OTHER | | | |
| PHQ-2 Score | — | — | 1 -GM at 03/19/24 1106 |
| PHQ-9 Total | 0 -TT at 03/20/24 1416 | — | 1 -GM at 03/19/24 1106 |

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

| | | | |
|---|---|---|---|
| Score | | | |
| Weight Prior to Symptoms of Diagnosis (Formula): | — | 0 -TT at 03/20/24 1413 | — |
| Previous Encounter Weight | — | 172.4 -TT at 03/20/24 1413 | — |
| Previous Encounter Height | — | 5.83 -TT at 03/20/24 1413 | — |
| % BMI Change Prior to Symptoms of Dx: | — | 0 -TT at 03/20/24 1413 | — |
| % Weight Change Prior to Symptoms of Dx: | — | 0 -TT at 03/20/24 1413 | — |
| Ideal Body Weight | — | 2618.4 -TT at 03/20/24 1413 | — |
| Shock Index | — | 0.46 -TT at 03/20/24 1413 | — |
| **Oncology Nutrition Grading Scale** | | | |
| Total Weight Loss | — | 0 -TT at 03/20/24 1413 | — |
| **Adult IBW/VT Calculations** | | | |
| IBW/kg (Calculated) | — | 73 -TT at 03/20/24 1413 | — |
| Low Range Vt 6mL/kg | — | 438 mL/kg -TT at 03/20/24 1413 | — |
| Adult Moderate Range Vt 8mL/kg | — | 584 mL/kg -TT at 03/20/24 1413 | — |

**Encounter Vitals**

| Row Name | 03/20/24 1433 | 03/20/24 1413 |
|---|---|---|
| **Enc Vitals** | | |
| BP | 134/80 -TT at 03/20/24 1434 | **153/92** ! -TT at 03/20/24 1413 |
| Pulse | — | 71 -TT at 03/20/24 1413 |
| Resp | — | 16 -TT at 03/20/24 1413 |
| Temp | — | 97.3 °F (36.3 °C) -TT at 03/20/24 1413 |
| Temp src | — | Tympanic -TT at 03/20/24 1413 |
| SpO2 | — | 98 % -TT at 03/20/24 1413 |
| Weight | — | 75.9 kg (167 lb 6.4 oz) -TT at 03/20/24 1413 |
| Height | — | 1.778 m (5' 10") -TT at 03/20/24 1413 |
| **Vital Signs** | | |
| BP Location | Left arm -TT at 03/20/24 1434 | Left arm -TT at 03/20/24 1413 |
| Patient Position | Sitting -TT at 03/20/24 1434 | Sitting -TT at 03/20/24 1413 |

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

**Fall Screening**

| Row Name | 03/20/24 1415 |
|---|---|
| Fall Screening | |
| Have you had any recent falls (last 12 months)? | No -TT at 03/20/24 1415 |
| Do you have a fear of falling? | No -TT at 03/20/24 1415 |

**GAD-7**

| Row Name | 03/20/24 1416 |
|---|---|
| GAD-7 | |
| Feeling nervous, anxious or on edge | Not at all -TT at 03/20/24 1416 |
| Not being able to stop or control worrying | Not at all -TT at 03/20/24 1416 |
| Worrying too much about different things | Not at all -TT at 03/20/24 1416 |

**NUTRITION: Anthropometrics**

| Row Name | 03/20/24 1413 |
|---|---|
| Anthropometrics | |
| % Weight Change Since Birth | 0 -TT at 03/20/24 1413 |

**NUTRITION: Anthropometrics**

| Row Name | 03/20/24 1413 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -TT at 03/20/24 1413 |

**NUTRITION: Energy Needs**

| Row Name | 03/20/24 1413 |
|---|---|
| Weight and Growth Recommendation | |
| Nutr Ideal body weight Est (calc) | 73 -TT at 03/20/24 1413 |
| IBW/kg (Calculated) Male | 73 kg -TT at 03/20/24 1413 |
| IBW/kg (Calculated) FEMALE | 68.5 kg -TT at 03/20/24 1413 |
| Nutrition Vitals for Calculations | |
| NUTR Height in | 177.8 cms -TT at |

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| cms (calc) | 03/20/24 1413 |
| Nutrn Weight in Kgs (calc) | 75.93 kgs -TT at 03/20/24 1413 |
| Height in cms | 177.8 -TT at 03/20/24 1413 |
| **CYSTIC FIBROSIS Nutr. Assess.** | |
| Nutr BMR WHO (calc) | 1759.81 -TT at 03/20/24 1413 |

### Oncology Vitals

| Row Name | 03/20/24 1413 |
|---|---|
| **Oncology Nutrition Grading Scale** | |
| Weight Change Prior to Symptoms of Dx (lbs): | 0 -TT at 03/20/24 1413 |
| BMI (Calculated from Weight Prior to Symptoms of Dx) | 0 -TT at 03/20/24 1413 |
| Nutrition Grade (BMI Prior to Symptoms of Dx): | 2 -TT at 03/20/24 1413 |
| Nutrition Grade (%Wt Change Prior to Symptoms of Dx): | 0 -TT at 03/20/24 1413 |
| Nutrition Grade Combined: | 2 -TT at 03/20/24 1413 |
| Nutrition Grade (Action Required): | Grade 1 -TT at 03/20/24 1413 |

### Pain Assessment

| Row Name | 03/20/24 1414 |
|---|---|
| **Pain Assessment** | |
| Pain Assessment Scale | 0-10 -TT at 03/20/24 1415 |
| Pain Score | 4 -TT at 03/20/24 1415 |
| Pain Type | Acute pain -TT at 03/20/24 1415 |
| Pain Location | Sacrum -TT at 03/20/24 1415 |
| Pain Descriptors | Aching;Sharp;Shooting;Dull;Pins and needles -TT at 03/20/24 1415 |
| Pain Frequency | Constant/continuous -TT at 03/20/24 1415 |
| Pain Onset | Sudden -TT at 03/20/24 1415 |

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| Multiple Pain Sites | No -TT at 03/20/24 1415 |
| Clinical Progression | Gradually worsening -TT at 03/20/24 1415 |
| Patient's Stated Pain Goal | No pain -TT at 03/20/24 1415 |
| Pain and Comfort Intervention(s) | Medication (See eMAR);Home medication -TT at 03/20/24 1415 |
| Intervention Effective | No -TT at 03/20/24 1415 |

**Patient Health Questionnaire**

| Row Name | 03/20/24 1415 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Not at all -TT at 03/20/24 1416 |
| Feeling down, depressed, or hopeless | Not at all -TT at 03/20/24 1416 |
| PHQ-2 Score | 0 -TT at 03/20/24 1416 |

**Patient-Reported Data**

| Row Name | 03/19/24 1106 | 03/19/24 1104 |
|---|---|---|
| OTHER | | |
| Have you had any recent falls (last 12 months)? | — | No -patient at 03/19/24 1104 |
| Do you have a fear of falling? | — | No -patient at 03/19/24 1104 |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | | |
| Little interest or pleasure in doing things | Several days -patient at 03/19/24 1106 | — |
| Feeling down, depressed, or hopeless | Not at all -patient at 03/19/24 1106 | — |

**Screenings**

| Row Name | 03/20/24 1413 |
|---|---|
| Nutrition Screen | |
| BMI (Calculated) | 24 -TT at 03/20/24 1413 |

**Total Mews**

| Row Name | 03/20/24 1413 |
|---|---|

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

Total MEWS

| | |
|---|---|
| MEWS Score | 0 -TT at 03/20/24 1413 |

**Vital Signs**

| Row Name | 03/20/24 1413 |
|---|---|
| OTHER | |
| BSA (Calculated - sq m) | 1.94 sq meters -TT at 03/20/24 1413 |
| Weight in (lb) to have BMI = 25 | 173.9 -TT at 03/20/24 1413 |

**Vitals Reassessment**

| Row Name | 03/20/24 1413 |
|---|---|
| Vitals Timer | |
| Automatic Restart Vitals Timer | Yes -TT at 03/20/24 1413 |

**WCC-Vitals**

| Row Name | 03/20/24 1413 |
|---|---|
| Vitals | |
| Weight Change | -3.4 -TT at 03/20/24 1413 |
| Total Weight Loss | 5 -TT at 03/20/24 1413 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| TT | Trumble, Tammi W, LPN | Licensed Nurse | Nurse |
| GM | Mychart, Generic | — | — |
| patient | Michael Ray Morgason | — | — |

### After Visit Summary

COVID Immunization Verification (below)

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

UAMS Health

COVID-19 VACCINATION RECORD

March 22, 2024

**Michael R. Morgason** Date of Birth:

No record of COVID-19 immunization

Michael R. Morgason ( • Printed at 3/22/24 3:38 PM ©2023 Epic Systems Corporation Page 1 of 1

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

UAMS Ambulatory After Visit Summary (below)

UAMS Health

# AFTER VISIT SUMMARY

**Michael R. Morgason** MRN: 003972371

3/20/2024 1:40 PM UAMS Health Family Medical Center in Texarkana 870-779-6000

## Instructions from Matthew W Nix, MD

Referrals made today

EKG 12 lead

X-ray chest PA and lateral
Scheduled for 3/20/2024

## Today's Visit

You saw Matthew W Nix, MD on Wednesday March 20, 2024. The following issues were addressed:

- Pre-op testing
- Dyslipidemia

| | | | |
|---|---|---|---|
| Blood Pressure 134/80 | BMI 24.02 | Weight 167 lb 6.4 oz | Height 5' 10" |
| Temperature (Tympanic) 97.3 °F | Pulse 71 | Respiration 16 | Oxygen Saturation 98% |

Done Today

Urinalysis + Microscopic
CBC (No Diff)
Comprehensive Metabolic Panel
Prothrombin Time-INR
APTT
Lipid panel (CHOL, TRIG, HDL, LDL)
GREY TOP TUBE

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

Date Reviewed: Mar 20, 2024

| Allergen | Reactions |
|---|---|
| **Latex, Natural Rubber** | Hives |

## You are intolerant to the following

Date Reviewed: Mar 20, 2024

No active intolerances/contraindications

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

You are allergic to the following (continued) Date Reviewed: Mar 20, 2024

| | |
|---|---|
| **Penicillins** | Itching;Rash |

### What You Should Know About Your Medicines

**The checkmarks (√) below show the times your doctor wants you to take your medicines.**

MyChart
View your After Visit Summary and more online at https://mychart.uamshealth.com/MyChart/.

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

## Changes to Your Medication List

ⓘ Accurate as of March 20, 2024 11:59 PM.
If you have any questions, ask your nurse or doctor.

### CONTINUE taking these medications

| | Morning | Around Noon | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| atorvastatin 40 MG tablet<br>Commonly known as: Lipitor<br>Take one tablet (40 mg total) by mouth daily. | | | | | | |
| gabapentin 300 MG capsule<br>Commonly known as: Neurontin<br>Take two capsules (600 mg total) by mouth 3 (three) times a day. | | | | | | |

Michael R. Morgason (MRN: 003972371) ( • Printed at 3/22/2024 3:38 PM

©2023 Epic Systems Corporation Page 3 of 6

## Information on Smoking Cessation

Smoking harms every organ in your body & is *especially damaging with lung infections like COVID and Influenza*. Quitting smoking can improve your health and cut back on dangerous second-hand smoke for your loved ones.

Please call a **UAMS Tobacco Treatment Specialist** at **501-526-5448** for information about how to quit smoking or for a personalized quit smoking plan. We are here to help.

The **Arkansas Department of Health** sponsors the **BeWellArkansas Tobacco Quitline at 1-833-283-WELL (9355)**.
BeWellArkansas website: https://www.bewellarkansas.org/quit-tobacco/

## Information on Smoking Cessation

**Making the Decision to Stop Smoking**

***It may be hard but millions successfully quit every day.***

Your Health Care Provider has confirmed that you need to stop using tobacco but making the choice to quit smoking, vaping or using smokeless tobacco can only be yours. Writing down "good things" and the "not so good things" about quitting can help sort out the feelings you have about taking the next step to better health. Now ask yourself these questions and give yourself a score from zero (0) not all important to ten (10) very, very important.

- How important is it for me to quit.
- How confident am I that I can quit.
- How motivated am I to quit.

These scores help you plan the next steps. Scores from zero (0) to six (6) mean you have some work to do to understand what is holding you back. Maybe you have tried to quit before but returned to smoking because something happened that drew you back. That happens often and there is no shame in slipping up. The secret is to learn from the setback, continue to try and never giving up on your goal to be free from nicotine. Quitting can be tough so it is very important to spend time getting ready and find out what to expect along the way. Being prepared helps build confidence and the skills you need to stay nicotine free.

When you are ready, you may want to talk to a Tobacco Treatment Specialist for advice, to build a personalized plan and to guide you through the process of quitting. Here are simple beginning steps to take to put a plan into action. The letters in the word "START" are reminders of what to do:

**S** = Set a quit date.

**T** = Tell family, friends, and the people around you that you plan to quit.

**A** = Anticipate or plan ahead for the tough times you will face while quitting.

**R** = Remove cigarettes, Vapes, and other tobacco products from your home, car and work.

**T** = Talk to your doctor and tobacco treatment specialist about getting help to quit.

Your Health Care Provider, nurse or tobacco treatment specialist can give you advice on the best way to quit. Plus, your Health Care Provider can give you medications to:

Information on Smoking Cessation (continued)

- Reduce your cravings for nicotine.
- Reduce the unpleasant feelings that can happen when you stop using tobacco or vaping.

Remember, quitting tobacco and vaping will improve your health no matter how old you are, and no matter how long or how much you have smoked.

**We are here to help you to better health.**

**Call 501-526-5448 to set an appointment for a personal quit plan.**

## UAMS CARES

If you feel you or a family member/friend is at risk of suicide please call the National Suicide Prevention Lifeline call, text or chat at 988.

## APPOINTMENT CONTACT INFORMATION

To cancel or reschedule an appointment, please call the **UAMS HEALTH FAMILY MEDICAL CENTER IN TEXARKANA at *870-779-6000.***

If you are interested in making a new appointment with a different specialty or service at UAMS please call (501) 686-8000.

## We Want to Hear from You!

Thank you for choosing UAMS! We would like to hear about your experience. Soon you may receive a survey with questions about your care. Please complete the survey. Your feedback helps us continue to provide the best possible experience for you and other patients and families.

## Sign up for Text Message Appointment Reminders

To sign up for text message appointment reminders from UAMS, please log into MyChart and make sure your mobile phone number is correct. If you don't have MyChart, you can sign up today using the instructions above or below.

After you log into MyChart , click on the "**Menu**" button. Under "**Account Settings**," click on "**Communication Preferences**."

Under the Contact Information section at the bottom, make sure your mobile phone number is correct. If it is not correct, click "**Edit**," type in the correct number, and click "**Save Changes**."

If you are not signed up for text messages from UAMS, click the "**Sign up now**" link in the Communication Preferences section. You can choose the type of information you'd like to receive by text message.

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

Sign up for Text Message Appointment Reminders (continued)

***Standard text message rates apply.***

UAMS Text Message Reminder Disclaimer

**Warning:** UAMS does not guarantee information sent or received via text message is secure. There are security risks associated with sending information via text message. For example, an unauthorized person or entity may access or use the information. By requesting that UAMS send you information via text message, you acknowledge you have been warned of and accept such risks.

Michael R. Morgason (MRN: 003972371) ( • Printed at 3/22/2024 3:38 PM ©2023 Epic Systems Corporation Page 6 of 6

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:12 AM |

History questionnaire submitted on Tuesday March 19, 2024 at 11:12:42 AM
Questionnaire: Patient Medical History
Patient: Michael Ray Morgason [003972371]

Medical History:

Question: Anemia
Response: No
Date: Comments:

Question: Diabetes mellitus
Response: No
Date: Comments:

Question: Mental disorder
Response: No
Date: Comments:

Question: Anxiety
Response: No
Date: Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve / muscle disease
Response: Yes
Date: Comments:

Question: Arrhythmia
Response: No
Date: Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Fibromyalgia
Response: No
Date: Comments:

Question: Brittle bones
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Comments:

Question: Acid reflux
Response: Yes
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Asthma
Response: No
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Sickle cell anemia
Response: No
Date: Comments:

Question: Cancer
Response: No
Date: Comments:

Question: Heart murmur
Response: No
Date: Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Stroke
Response: No
Date: Comments:

Question: Congestive heart failure
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Substance abuse
Response: No
Date: Comments:

Question: Liver disease
Response: No
Date: Comments:

Question: HIV/AIDS
Response: No
Date: Comments:

Question: Thyroid disease
Response: No
Date: Comments:

Question: Chronic pain
Response: No
Date: Comments:

Question: Hyperlipidemia
Response: No
Date: Comments:

Question: Tuberculosis
Response: No
Date: Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Bleeding problem
Response: No
Date: Comments:

Question: High blood pressure
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: COPD / chronic bronchitis
Response: No
Date: Comments:

Question: Kidney disease
Response: No
Date: Comments:

Question: PVD
Response: No
Date: Comments:

Question: Coronary artery disease
Response: No
Date: Comments:

Question: Memory loss
Response: No
Date: Comments:

Question: Depression
Response: No
Date: Comments:

Question: Brain / spinal cord infection
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Coronary stent placement
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Weight loss surgery
Response: No
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Eye surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Gall bladder removal
Response: No
Date: Comments:

Question: Hernia repair
Response: No
Date: Comments:

Question: Renal artery stent placement
Response: No
Date: Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Oval Morgason
Comments: Colon cancer

Problem: Dementia

Relation: Mother
Name: Eyvonne Morgason
Comments:

Problem: Diabetes

Relation: Mother
Name: Eyvonne Morgason
Comments:

Problem: Heart disease

Relation: Father
Name: Oval Morgason
Comments: Triple bypass

Social History:

Question: Alcohol Use
Response: Never

Question: Sexually Active
Response: Not Currently
Partners: Female
Birth Control / Protection: Vasectomy
Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Illicit Drug Use
Response: No Response

Question: Tobacco Use
Response: Everyday
Packs/day: 1
Years: 15
Start Date:
Quit Date:
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:06 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Patient Health Questionnaire

Question: Little interest or pleasure in doing things
Answer: Several days

Question: Feeling down, depressed, or hopeless
Answer: Not at all

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:05 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: UAMS Self-Management Patient Goals

Question: Pick a Goal

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Answer:

Question: My Own Personal Goal
Answer:

Question: Think about how sure you are that you can do this.
Answer:

Question: Think about how important this is to you on a scale of 1-10 with 10 being the most important.
Answer:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:04 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Pain Assessment

Question: Do you have any pain related to this visit?
Answer: No

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:04 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Fall Screening

Question: Have you had any falls in the last 12 months?
Answer: No

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Do you have a fear of falling?
Answer: No

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:04 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: None of these

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic | Morgason, Michael Ray | 3/18/2024 6:12 PM |

Last Read in MyChart
3/18/2024 6:13 PM by Michael Ray Morgason

Appointment Information

**Department:** UAMS Health Family Medical Center in Texarkana
**Location:** 3417 U Of A Way
Texarkana, AR 71854
**Provider:** MATTHEW NIX, MD
**Date:** 3/20/24
**Time:** 1:25 PM

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Messages (continued)**

If your insurance has not been reviewed within 30 days, please call 501.526.7070 or toll free 866.452.8279 to verify your account to expedite registration. Please have your insurance card readily available. We want to make sure we have the most up to date information in your patient record.

There are 5 questionnaires available for your appointment.

All additional questionnaires will be available on March 19, 2024

epichttp://questionnairelist[View your available questionnaires]

**************************************************************************************

**Save time by pre-registering early!**

epichttp://appointments[Click here to Pre-Register]. You can:

* See details about your appointment
* Pre-register for your appointment up to 5 days before your visit
* Update or confirm your information such as address, phone number, and insurance

**************************************************************************************

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Travel Screening**

| Question | 3/19/2024 11:04 AM CDT - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | None of these |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Questionnaires (continued)**

**Uams Mychart Fall Screening**

| Question | 3/19/2024 11:04 AM CDT - Filed by Patient |
|---|---|
| Have you had any falls in the last 12 months? | No |
| Do you have a fear of falling? | No |

**Uams Mychart Pain Assessment**

| Question | 3/19/2024 11:04 AM CDT - Filed by Patient |
|---|---|
| Do you have any pain related to this visit? | No |

**Uams Mychart Patient Goals**

| Question | 3/19/2024 11:05 AM CDT - Filed by Patient |
|---|---|
| Pick a Goal | |
| My Own Personal Goal | |
| Think about how sure you are that you can do this. | |
| Think about how important this is to you on a scale of 1-10 with 10 being the most important. | |

**Mychart Phq-2/Phq-9-Primary Care Part 1**

| Question | 3/19/2024 11:06 AM CDT - Filed by Patient |
|---|---|
| Little interest or pleasure in doing things | Several days |
| Feeling down, depressed, or hopeless | Not at all |
| **Phq-2 Score (range: 0 - 6)** | 1 |

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Media**

**Billing Estimates - Electronic signature on 3/19/2024 11:03 AM (effective from 3/19/2024) - E-signed**

**MR#: 003972371**
**Patient's Name: Morgason,Michael Rav**
**Patient's Address:**

UAMS Health.

## Your Rights and Protections Against Surprise Medical Bills

When you get emergency care or are treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from balance billing. In these cases, you shouldn't be charged more than your plan's copayments, coinsurance and/or deductible

**What is "balance billing" (sometimes called "surprise billing")?**

When you see a doctor or other health care provider, you may owe certain out-of-pocket costs, like a copayment, coinsurance, or deductible. You may have additional costs or have to pay the entire bill if you see a provider or visit a home health care facility that isn't in your health plan's network.

"Out-of-network" means providers and facilities that haven't signed a contract with your health plan to provide services. Out-of-network providers may be allowed to bill you for the difference between what your plan pays and the full amount charged for a service. This is called "balance billing." This amount is likely more than in-network costs for the same service and might not count toward your plan's deductible or annual out-of-pocket limit.

"Surprise billing" is an unexpected balance bill. This can happen when you can't control who is involved in your care - like when you have an emergency or when you schedule a visit at an in-network facility but are unexpectedly treated by an out-of-network provider. Surprise medical bills could cost thousands of dollars depending on the procedure or service.

**You're protected from balance billing for:**

**Emergency services**
If you have an emergency medical condition and get emergency services from an out-of-network provider or facility, the most they can bill you is your plan's in-network cost-sharing amount (such as copayments, coinsurance, and deductibles). You can't be balance billed for these emergency services. This includes services you may get after you're in stable condition, unless you give written consent and give up your protections not to be balanced billed for these post-stabilization services.

**Certain services at an in-network hospital or ambulatory surgical center**
When you get services from an in-network hospital or ambulatory surgical center, certain providers there may be out-of-network. In these cases, the most those providers can bill you is your plan's in-network cost-sharing amount. This applies to emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services. These providers can't balance bill you and may not ask you to give up your protections not to be balance billed.

If you get other types of services at these in-network facilities, out-of-network providers can't balance bill you, unless you give written consent and give up your protections.

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

**You're never required to give up your protections from balance billing. You also aren't required to get out-of-network care. You can choose a provider or facility in your plan's network.**

**When balance billing isn't allowed, you also have these protections:**

- You're only responsible for paying your share of the cost (like the copayments, coinsurance, and deductible that you would pay if the provider or facility was in-network). Your health plan will pay any additional costs to out-of-network providers and facilities directly.

- Generally, your health plan must:
  - Cover emergency services without requiring you to get approval for services in advance (also known as "prior authorization").
  - Cover emergency services by out-of-network providers.
  - Base what you owe the provider or facility (cost-sharing) on what it would pay an in-network provider or facility and show that amount in your explanation of benefits.
  - Count any amount you pay for emergency services or out-of-network services toward your innetwork deductible and out-of-pocket limit.

**If you think you've been wrongly billed,** contact U.S. Department of Health and Human Services (HHS), in coordination with the Department of the Treasury, Department of Labor and the Office of Personnel Management. The federal phone number for information and complaints is: 1-800-985-3059.

Visit *www.cms.gov/nosurprises/consumers* for more information about your rights under federal law.

Collect Patient's Signature here
Michael Ray Morgason
Electronically signed at 3/19/2024, 11:03 AM

Patient's Signature

Date: 03/19/2024 Time: 11:02 AM

Med Rec 5089 (01/2022) [pageNum] of [pageCount] Billing Estimates

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/12/2024

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

#### Provider Information

**Encounter Provider**
Nix, Matthew W, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/12/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/12/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia    Noted on: 11/18/2022    Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy    Noted on: 11/18/2022    Chronic: No

**Allergies** as of 3/12/2024

Allergies last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives    Severity: High
Reaction type: Allergy    Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash    Severity: Low
Reaction type: Allergy    Noted on: 11/07/2017
SNOMED-CT: 6369005

**Immunizations** as of 3/12/2024

Immunizations last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334
No immunizations documented.

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**History** as of 3/12/2024

**Medical History** as of 3/12/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/12/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/12/2024

**Family History as of 3/12/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/12/2024

**Tobacco Use as of 3/12/2024**

**Tobacco Use last reviewed by Johnson, Nakya, LPN on 9/11/2023**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/12/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/12/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 3/12/2024

**Socioeconomic as of 3/12/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/22/2024 3:49 PM |

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Thank you. Have a great weekend!

**Medical clearance for surgery**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 3/22/2024 3:46 PM |
| Last Read in MyChart | | |
| 3/22/2024 3:49 PM by Michael Ray Morgason | | |

Mr. Morgason,

All of her tests were fine. I've faxed all of your results to Dr. Feigenbaum's office as requested.

Thanks,
Dr. Nix

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | P Amb Texarkana Fmc Nurses (supporting Matthew W Nix, MD) | 3/12/2024 11:34 AM |

I have an appointment with you on 3/20/2024. I received an email from the surgeons office with a couple of documents. I am forwarding them to you in case they are needed.
I have 3 attachments, I will add another message for the 3rd as it only allows 2 per message

RP Date ID: Mar 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/12/2024

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Media**

**Patient Entered Attachment - Document on 3/12/2024 11:33 AM: Medical Clearance Request 03_11_24.pdf**

Document (below)

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS
*Specializing in the treatment of spinal meningeal cysts*

Phone: 214-242-1389
Fax: 214-366-3713

**Request for Pre-operative Clearance**

**Date: 03/11/2024**

**Patient Name: Michael Morgason DOB:** **Surgeon:** Frank Feigenbaum, MD
**Diagnosis: G96.191- Meningeal Cysts**
**Surgery:** Sacral laminectomy, treatment of sacral meningeal cysts, dorsal sacral reconstruction with resorbable plating.

_X_ Medical clearance _X_ Cardiac clearance ___ Other clearance ________________

Michael has decided to proceed with surgery; however, Dr. Frank Feigenbaum has requested a preoperative clearance due to the patient's medieal history.

_____Once the patient is cleared from your standpoint and our office has received the clearance we will procced with scheduling the surgery.

__X__The patient is scheduled for surgery on __04/10/24__.

Please fax the clearance to our office at **469-457-8420.**

Sincerely,

Brandi Petrea, RN/Frank Feigenbaum, MD

**Main Office:** Energy Square 1 • 4925 Greenville Ave • Suite 1307 • Dallas, Texas 75206
**AIMIS Spine:** Theodorou Potamianou 50 • Kato Polemidia 4155 • Limassol, Cyprus
P (214) 242-1389 • F (214) 366-3713 • frankfeigenbaum.com

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

**Patient Entered Attachment - Document on 3/12/2024 11:33 AM: Pain Management Letter 03_11_24.pdf**

Document (below)

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS
*Specializing in the treatment of spinal meningeal cysts*

**Date: 03/11/2024**
**Re: Michael Morgason**
**DOB:**

Dear Provider,

Our mutual patient will undergo surgery for one or more symptomatic intrasacral meningeal cysts, such as Tarlov (perineural) cysts, or a meningeal diverticulum. Tarlov cysts are dilated nerve roots and a meningeal diverticulum is also a large cyst in the sacrum which compresses adjacent nerves causing radicular symptoms. If the cysts are in the sacrum, as is most common, patients typically describe the inability to sit due to sacral pain radiating to the buttocks, leg, and feet. They can also exhibit perineal pain and numbness, bowel and bladder issues, and sexual dysfunction due to sacral nerve injury. Every patient does not experience all of these symptoms; it depends upon which nerve is involved.

Many patients may exhibit chronic nerve injury resulting from long-term compression of the sacral nerves both before and after surgery. Following surgery most patients will require narcotic medication for at least three to six months with tapering of the medications as the postoperative symptoms allow. Nerve healing is slow and can take up to 1-2 years. Some patients may need the addition of pain modulating medications, such as Lyrica, Neurontin, or Cymbalta, which may need to be added following surgery. If patients are already on pain modulating drugs, then they should be adjusted as symptoms require. Patients may require longer periods of narcotic medications, referral to pain management, or a possible spinal stimulator trial for treatment of their chronic nerve injury symptoms. Physical therapy is not usually recommended for our patients after surgery as we find that it typically aggravates their sacral nerves causing an increase in symptoms.

Patients stay in Dallas approximately seven to ten days following their surgical procedure. During this time I will provide patients with narcotic medications and ensure they have enough medication to cover their trip home. As the laws on narcotic medications become more restrictive, it makes it difficult or impossible for out-of-state physicians, like me, to prescribe medications post-surgery. To ensure continuity of care, at this time, I am asking you to please monitor and prescribe the needed post-operative pain medication and pain modulating medications for the above patient for at least six months. At your discretion, please refer the patient on to pain management.

Please feel free to contact me if you have any further questions.

Sincerely,

Brandi Petrea,RN/Frank Feigenbaum,MD
Office #: 214-242-1389

**Main Office:** Energy Square 1 • 4925 Greenville Ave • Suite 1307 • Dallas, Texas 75206
**AIMIS Spine:** Theodorou Potamianou 50 • Kato Polemidia 4155 • Limassol, Cyprus
P (214) 242-1389 • F (214) 366-3713 • frankfeigenbaum.com

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

**Encounter Provider**

Nix, Matthew W, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/12/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/12/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 3/12/2024

Allergies last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Severity: High
Reaction type: Allergy
Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Severity: Low
Reaction type: Allergy
Noted on: 11/07/2017
SNOMED-CT: 6369005

**Immunizations** as of 3/12/2024

Immunizations last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334
No immunizations documented.

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**History** as of 3/12/2024

**Medical History** as of 3/12/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/12/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/12/2024

**Family History as of 3/12/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —

RP Date ID: Mar 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/12/2024

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/12/2024

**Tobacco Use as of 3/12/2024**

**Tobacco Use last reviewed by Johnson, Nakya, LPN on 9/11/2023**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/12/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/12/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 3/12/2024

**Socioeconomic as of 3/12/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**3rd attachment**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | P Amb Texarkana Fmc Nurses (supporting | 3/12/2024 11:35 AM |

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Matthew W Nix, MD)

3rd

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Media**

**Patient Entered Attachment - Document on 3/12/2024 11:35 AM: Preop Lab Request 03_11_24.pdf**

Document (below)

**LAB REQUEST (THIS IS NOT AN ORDER)**

| PATIENT INFORMATION | | |
|---|---|---|
| PATIENT NAME: Michael Morgason | DOB: | HOME PHONE: |
| SOCIAL SEC #: | SEX: male | CELL: |
| ADDRESS: | | WORK: |

| INSURANCE | | | | |
|---|---|---|---|---|
| RANK | PLAN NAME | POLICY NO | GROUP NO | GUARANTOR |
| 01 | | | | Michael Morgason |

**PHYSICIAN INFORMATION**

PHYSICIAN: Frank Feigenbaum, MD
Account Name: Feigenbaum Neurosurgery
Address: 4925 Greenville Ave, Suite 1307, Dallas, TX 75206
ORDER DATE: 03/11/2024
Phone Number: (214) 242-1389
DIAGNOSIS CODE(S): G96.191, M54.17, G58.8, M53.3, Z01.812
Fax Number: (214) 366-3713

**TESTS**

| | | | |
|---|---|---|---|
| X | **Standard Pre-Operative Labwork: CBC w/ DIFF, CMP, PT, PTT, INR** | X | **Chest X-ray** |
| | CBC w/ DIFF | X | **EKG** |
| | CMP | | MRI sacrum w/ & w/o contrast |
| | PT | | MRI cervical w/ & w/o contrast |
| | PTT | | MRI thoracic w/ & w/o contrast |
| | INR | | MRI lumbar w/ & w/o contrast |
| X | **UA (reflex to culture if positive)** | | ____________ |
| | MRSA (nasal swab) | | |
| | Out Patient Pre-Operative Labwork: CBC, BMP, PT, PTT, INR, UA | | Dilantin Level |
| | Endocrine Panel: Prolactin, LH, FSH, Free T4, TSH, GH, IGF-1, A.M. Cortisol | | UA with C&S |
| | Other Endocrine Panel: CRH, HCG, ACTH, Estradiol | | Wound C& S |
| | Other Labwork: CBC w/ diff, CRP, ESR | | Aerobic with Gram Stain |
| | Vitamin B Complex | | Location____________ |
| | Vitamin B12 | | |
| | Vitamin D | | 80101 (x8) Unspecified Alcohol |
| | Vitamin D OH-25 | | Opioid Type Dependence Unspecified |
| | PT, PTT, INR | | Unspecified Drug Dependence |
| | Platelet | | |

**NOTES**

FAX RESULTS TO:
- [X] (469) 457-8420 Feigenbaum Neurosurgery - Attn: Nurses
- [X] Patient needs pre-operative medical clearance. Please fax office notes giving clearance.
- [X] Patient needs __CARDIAC__ clearance. Please fax office notes giving clearance.
- [X] Patient will need a physical done. Please have the office notes faxed to our office.

**PLEASE TAKE THIS ORDER FORM TO YOUR PRIMARY CARE PROVIDER FOR BLOODWORK.** LABWORK IS GOOD FOR 30 DAYS ONLY. **(Patients will need their lab work done preferably two weeks prior to of surgery.)** Chest X-rays and EKGs that are stable will be accepted from six months prior.

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

# END OF REPORT

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient

### Demographics

Name: Mr. Michael Ray Morgason "Michael"
Address: 2413
Date of birth: | Legal sex: Male | Language: English
Email: morgason2@gmail.com | Home phone: | Mobile:

### Allergies

| Allergy | Reactions |
|---|---|
| LATEX, NATURAL RUBBER | Itching, Rash |
| PENICILLINS | Hives (Reselect Reaction), Itching, Rash, Other (see comments) |

### Current Immunizations

No immunizations on file.

### Immunizations

No immunizations to display

### Problem List as of 8/26/2024

Problems last reviewed by Lamb, Christopher J, M.D. on 9/16/2021 1411

**Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)**

Diagnosis: Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC) | Noted on: 07/29/2021 | Chronic: No
ICD-10-CM: I70.213

**Dizziness**

Diagnosis: Dizziness | Noted on: 07/29/2021 | Chronic: No
ICD-10-CM: R42

**Elevated Antinuclear Antibody Abnormal**

Diagnosis: Elevated Antinuclear Antibody Abnormal | Noted on: 07/29/2021 | Chronic: No
ICD-10-CM: R76.0

**Fatigue**

Diagnosis: Fatigue | Noted on: 07/29/2021 | Chronic: No
ICD-10-CM: R53.83

**Hyperlipidemia**

Diagnosis: Hyperlipidemia | Noted on: 11/2017 | Chronic: No
ICD-10-CM: E78.5

**Pain Hip Bilateral**

Diagnosis: Pain Hip Bilateral | Noted on: 07/29/2021 | Chronic: No
ICD-10-CM: M25.551, M25.552

**Rash**

Diagnosis: Rash | Noted on: 07/29/2021 | Chronic: No
ICD-10-CM: R21

**Tobacco Use**

Diagnosis: Tobacco Use | Noted on: 09/01/2021 | Chronic: No
ICD-10-CM: Z72.0

## Patient (continued)

**Problem List (continued)** as of 8/26/2024

## Patient (continued)

**History** as of 8/26/2024

**Medical History** as of 8/26/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Hyperlipidemia | Nov 2017 | — | Patient |

**Surgical History** as of 8/26/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| VASECTOMY | — | 1993 | — | Patient |
| OTHER SURGICAL HISTORY | — | April 2021 | CT release and thumb reconstruction | Patient |

**Family History** as of 8/26/2024

**Family History as of 8/26/2024**

**David (Brother)**

Relationship: Brother
Name: David
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: Sonny (Patient's Father)
Mother: Eyvonne (Patient's Mother)
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Coronary artery disease | | |
| Hyperlipidemia | | |
| Hypertension | | |

**Brittany (Daughter)**

Relationship: Daughter
Name: Brittany
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: Morgason, Michael Ray (Patient)
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**History (continued)** as of 8/26/2024

| Condition | Age of Onset | Comment |
|---|---|---|
| Thyroid disease | | |

**Sonny (Father)**

Relationship: Father
Name: Sonny
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: Clara (Patient's Paternal Grandmother)
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | | |
| Coronary artery disease | | |
| Diabetes | | |
| Hyperlipidemia | | |
| Hypertension | | |
| Skin cancer | | |

**Cecil (Maternal Grandfather)**

Relationship: Maternal Grandfather
Name: Cecil
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Dementia | | |

**Eyvonne (Mother)**

Relationship: Mother
Name: Eyvonne
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: Cecil (Patient's Maternal Grandfather)
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Asthma | | |

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**History (continued)** as of 8/26/2024

| | |
|---|---|
| Coronary artery disease | |
| Dementia | |
| Diabetes | |
| Hyperlipidemia | |
| Hypertension | |
| Osteoporosis | |
| Other cancer | Cornea |
| Rheum arthritis | |
| Sleep apnea | |

**Clara (Paternal Grandmother)**

Relationship: Paternal Grandmother
Name: Clara
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Parkinsonism | | |

**Debbie (Sister)**

Relationship: Sister
Name: Debbie
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: Sonny (Patient's Father)
Mother: Eyvonne (Patient's Mother)
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Hyperlipidemia | | |
| Hypertension | | |

**Substance & Sexuality History** as of 8/26/2024

**Tobacco Use as of 8/26/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | 7/31/1991 | — | 1.0 | 1 pack/day for 33.2 years (33.2 ttl pk-yrs) |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**History (continued)** as of 8/26/2024

| | | | |
|---|---|---|---|
| 1 | 7/31/1991 | — | 33.2 |
| **Other Smoking Type** | **Start Date** | **Quit Date** | |
| Pipe | — | — | |
| **Smokeless Status** | **Smokeless Type** | **Smokeless Quit Date** | |
| Never | — | — | |
| **Source** | | | |
| Patient | | | |

**Alcohol Use as of 8/26/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Patient |

**Drug Use as of 8/26/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | 0.0 | — | Patient |

**Sexual Activity as of 8/26/2024**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | Vasectomy | Female | — | Patient |

**Socioeconomic History** as of 8/26/2024

**Socioeconomic as of 8/26/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | 12th grade | English | Not Hispanic or Latino | White | Patient |

**Active Coverages** as of 8/26/2024

**BLUE CROSS BLUE SHIELD**

Plan: HIGHMARK BCBS PA
Effective from: 1/1/2022
Guarantor: MORGASON,MICHAEL RAY

Group: 10583630
Subscriber: MORGASON,KRISTIN

Member: J4C133994594001
Subscriber ID: J4C133994594001

**Current Medications**

**Medications**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**aspirin 81 mg DR tablet**

Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 11/17/2017

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

### Current Medications (continued)

**atorvastatin (LIPITOR) 20 mg tablet**
Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 11/6/2017

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet**
Instructions: TAKE 1 TABLET BY MOUTH EVERY DAY
Authorized by: Walsh, Katherine L, MPAS, P.A.-C., M.P.H. Ordered on: 11/22/2021
Start date: 11/22/2021 Quantity: 90 tablet
Refill: 1 refill by 11/22/2022

**co-enzyme Q-10 (CoQ-10) 100 mg capsule**
Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 11/11/2020

**gabapentin (NEURONTIN) 300 mg capsule**
Instructions: Take 300 mg by mouth 2 (two) times a day.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021

**magnesium oxide 200 mg magnesium tablet**
Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 6/15/2021

**TURMERIC ORAL**
Instructions: Take 1,000 mg by mouth daily. With curcumin
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021

### Advance Care Planning

**Plan**

**Patient Capacity**
The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Health Care Agents**
There are no Health Care Agents on file.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:13 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**

Mychart, Generic Provider, M.D.

**Department**

**Name**

MC CONNECTED CARE

### Flowsheets

**Patient-Reported Data**

| Row Name | 03/29/24 1314 |
|---|---|
| In the past 7 days | |
| How would you rate your pain on average? | 4 (P) |

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:14 PM |

Patient Questionnaire Submission

--------------------------------

Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:14 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:15 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:16 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:16 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:17 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:17 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Flowsheets

**Patient-Reported Data**

| Row Name | 03/29/24 1318 |
|---|---|
| OTHER | |
| Are you currently taking opioid (narcotic) pain medicine for your pain? | No |
| If no, have you ever taken narcotic pain medicine | Yes, but only immediately after surgery |
| How long ago was your last dose of opioid (narcotic) pain medicine? | Months |
| Please enter the number of months (Months 1-12) it has been since your last dose of opioid (narcotic) medicine. | 2 |

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:18 PM |

Patient Questionnaire Submission
-------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/22/2024

## 03/22/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/22/2024 10:06 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

## 06/15/2021 - General Internal Medicine - Auto Self-Referred Episode - June 2021 (Auto Self-Referred Episode): records from 1/1/2024 to 8/26/2024

**Episode Info**

Type: Auto Self-Referred Episode Noted date: 6/15/2021
Comments: Episode created from referral 29891119

**SmartForms**

**Treatment Plan**

**Providers/Contributing Authors**
Halkar, Meghana G, M.B.B.S.

Strengths/Protective Factors:
Barriers to Treatment:

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 2/26/2024

## 02/26/2024 - Orders Only in Division of Gastroenterology in Rochester, Minnesota

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Lazaridis, Konstantinos N, M.D. |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Division of Gastroenterology in Rochester, Minnesota | 200 1ST ST SW Rochester MN 55905-0001 | 507-293-0256 | 507-284-0538 |

### Reason for Visit

**Visit Diagnosis**

- Genetic Susceptibility To Disease [Z15.89]

### Labs

**EXT Tapestry [2223096122310] (Final result)**

Electronically signed by: **Bade, Elizabeth D on 02/26/24 1433** Status: **Completed**
Ordering user: Bade, Elizabeth D 02/26/24 1433 Authorized by: Lazaridis, Konstantinos N, M.D.
Ordering mode: Standard
Frequency: Routine 02/26/24 - Class: Lab Collect
Quantity: 1 Lab status: Final result
Diagnoses
Genetic Susceptibility To Disease [Z15.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Lazaridis, Konstantinos N, M.D. | 1649240094 |

**Questionnaire**

| Question | Answer |
|---|---|
| Region: | Rochester Region |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| FZRWLAF720 | Saliva | Mouth | 08/24/21 0000 |

**EXT Tapestry [2223096122310]** Resulted: 10/05/21 0000, Result status: Final result

Order status: Completed Filed by: Interface, Mc In Genomic Oru, 609933 02/28/24 1101
Collected by: 08/24/21 0000 Resulting lab: HELIX

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gene Studied | BRCA1,BRCA2,MLH1,MSH2,MSH6,PMS2,EPCAM,APOB,LDLR,LDLRAP1,PCSK9 | — | — | HELI |
| Genetic Disease Assessed | Evaluation of 11 genes associated with Hereditary | — | — | HELI |

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 2/26/2024

## 02/26/2024 - Orders Only in Division of Gastroenterology in Rochester, Minnesota (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| | Breast and Ovarian Cancer, Lynch Syndrome and Familial Hypercholesterolemia. | | | |
| Genetic Analysis Overall Interpretation | -- | — | — | HELI |

Result:
Negative results through Tapestry do not replace diagnostic testing for patients with a personal or family history of cancer/hypercholesterolemia due to limitations with methodology. Consider a referral to a genetic counselor for diagnostic testing if
warranted.

| | | | | |
|---|---|---|---|---|
| Genetic Analysis Report | -- | — | — | HELI |

Result:
See Tapestry PDF Report
No actionable gene changes were detected in the genes that cause Familial Hypercholesterolemia. The genes tested for this condition were APOB, LDLR, LDLRAP1, and PCSK9.No actionable gene changes were detected in the genes that cause Hereditary Breast and
Ovarian Cancer. The genes tested for this condition were BRCA1 and BRCA2.No actionable gene changes were detected in the genes that cause Lynch Syndrome. The genes tested for this condition were MLH1, MSH2, MSH6, PMS2 and EPCAM. Clinical confirmation of actionable variants is advised prior to changing your medical care. Genetic counseling is recommended. This test is not intended to diagnose a disease, determine medical treatment, or tell the user anything about their current
state of health. This test is intended to provide users with their genetic information to inform lifestyle decisions and conversations with their doctor. Any diagnostic or treatment decisions should be based on testing and/or other information that your
healthcare provider determines to be appropriate for you.
DNA extracted from your saliva sample was captured and enriched using a custom set of reagents (Helix Exome+ chemistry). Targeted regions were then sequenced using an Illumina DNA sequencing system. Alignment to a modified version of GRCh38 and variant
calling were completed using a customized version of Sentieon's DNAseq software, requiring 20x coverage for validated variant calls. The test panel is bioinformatically selected from the Helix Exome+. Copy Number Variants (CNVs) were called using a
proprietary bioinformatics pipeline that compared the coverage profile of your sample with the coverage profiles of a reference set of other samples. Mayo Clinic GeneGuide then analyzed generated variant data for the exons and 10 bp of flanking intronic sequence (and select tagged intronic variants) of the 11 genes included in Helix Health from the Helix Secure Database. The Analytical Range includes single nucleotide variants (SNVs), indels up to 20 bp in length, and CNVs. Note: CNV sensitivity is limited to events that span two or more exons. For genes involved in Familial Hypercholesterolemia, only variants associated with the condition are reported, while variants associated with other phenotypes such as hypobetalipoproteinemia are not included. Some known complex variants like inversion exon 1-7 in the MSH2 gene (Boland inversion) or exons 11-15 of the PMS2 gene are not analyzed or reported. Finally, it is important to note that this assay cannot detect all variants known to increase
disease risk. Specifically, there are regions that are not covered, such as deep intronic, promoter, homopolymer regions greater than 7 bp, and untranslated regions.

| | | | | |
|---|---|---|---|---|
| Human Reference Sequence Assembly | GRCh38 | — | — | HELI |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1352 - HELI** | HELIX | Unknown | Helix<br>10170 Sorrento Valley Road, Suite 100<br>SAN DIEGO CA 92121 | Create - Present |

**Indications**

Genetic Susceptibility To Disease [Z15.89 (ICD-10-CM)]

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 2/26/2024

## 02/26/2024 - Orders Only in Division of Gastroenterology in Rochester, Minnesota (continued)

**Labs (continued)**

**EXT Tapestry [2223096122310]**

Electronically signed by: **Bade, Elizabeth D on 02/26/24 1433** Status: **Completed**
Ordering user: Bade, Elizabeth D 02/26/24 1433 Authorized by: Lazaridis, Konstantinos N, M.D.
Frequency: Routine 02/26/24 -
Diagnoses
Genetic Susceptibility To Disease [Z15.89]

**Questionnaire**

| Question | Answer |
|---|---|
| Region: | Rochester Region |

Start Date: 02/26/24 0000 End Date: None

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Saliva | Mouth | 08/24/21 0000 |

**EXT Tapestry: Patient Communication**

Released Not seen

RP Date ID: Apr 15 2024

Apr/15/2024 2:27:10 PM ->123 2/2

Patient Name: Morgason, Michael, DOB: Account No: 24654

7/25/24 1:00

A 214636549 → 10/14/24

## Order Form

**Feigenbaum Neurosurgery, PA**
4925 GREENVILLE AVE. SUITE 1307, BUILDING ONE
DALLAS, TX, 75206-4026
214-242-1389 214-366-3713

**Req/Ctrl# (CD-): 49075**
**Frank Feigenbaum, M.D.**
**NPI:** 1215909593
Neurosurgery

**Morgason, Michael,** Male,

**ID:** 24654

**Today: 04/15/2024 02:32 PM**
**Order Date: 07/10/2024 08:13 AM**

**Primary Insurance Name:** BCBS of Texas
**Insurance Address:** PO Box 660044 Suite 200 , DALLAS , TX , 75266
**Subscriber Number:** J4C133994594001
**Insured Name:** Morgason, Kristin L
**Address:**

| Priority | Diagnostic Name | Assessment(s) | Instructions |
|---|---|---|---|
| Routine | **MRI : Sacrum without contrast** bony pelvis w/o 72195 | - G96.191, Perineural cyst | G96.09 Other spinal cerebrospinal fluid leak. Continued sacral radiculopathy symptoms. Please include T2 weighted images + sagittal and axial views. *Please obtain preauthorization prior to scheduling |

**Electronically Signed By: Frank Feigenbaum, M.D.**

**Signature of Patient/Guardian**

**Order generated by eClinicalWorks (www.eclinicalworks.com)**

**Morgason, Michael, M,**

To: , Subject: MRI Order, Fax#: 903-223-6020, SendDate: 04/15/2024 02:33:37 AM, page 1/1 [-ufg2.5.1in]

RP Date ID: Jul 25 2024

# MRI PATIENT HISTORY AND SCREENING FORM

Patient Name: Michael Morgason DOB:
Age: 53 Weight: 170 Height: 5'11" Sex: M / F
List Symptoms In Detail:

Is your problem related to an Injury? Yes / No If so, Date of Injury?
How were you Injured? Work / Motor Vehicle Accident / Other

Do you have, or have ever had any of the following?

| | | |
|---|---|---|
| Yes | No | Cardiac Pacemaker |
| Yes | No | Heart Stent / Heart Valve : If yes, explain : |
| Yes | No | Implanted Cardiac Defibrillator (ICD) : |
| Yes | No | Brain Aneurysm Clips / Brain Surgery : If yes, explain : |
| Yes | No | Brain Shunt / IVC Filter / Intravascular Coil : |
| Yes | No | Eye Surgery / Metal or Metal Shavings in eye : |
| Yes | No | Orthopedic Pins / Screws / Plates / Rods / Joints / Prosthesis : |
| Yes | No | Neurostimulator / Biostimulator : |
| Yes | No | History of Cancer or Tumors : When? Where? |
| Yes | No | Radiation Therapy / Chemo Therapy : |
| Yes | No | Back Surgery (Lumbar/Thoracic/Cervical) : When? 4/2024 Where? Medical City Dallas TX |
| Yes | No | Ear Surgery / Cochlear Implants / Hearing Aids : |
| Yes | No | Vascular Access Port / Catheter : |
| Yes | No | Metal Mesh Implants / Wire Sutures / Wire Staples or Clips / Internal Electrodes : |
| Yes | No | Electrical / Mechanical / Magnetic Implants : |
| Yes | No | Implanted Drug Infusion Pump / Insulin Pump : |
| Yes | No | Are you pregnant? Last Menstrual Cycle Date? |
| Yes | No | Gunshot Wounds / Shrapnel / BB : |
| Yes | No | Dentures / Partials / Dental Implants : |
| Yes | No | Pins in Hair / Clothes / Hair Extensions / Wig : |
| Yes | No | Piercing / Medicine Patches : |

List ALL Previous Surgeries:
meniscus repair right knee, Thoracic outlet decompression left/right thumb repair at carpal tunnel right hand, sacral laminectomy

MRI Contract History: Not Applicable to this Exam

| | | |
|---|---|---|
| Have you ever had a MRI contrast? | Yes | No |
| Did you have a reaction? | Yes | No |
| Are you breast feeding? | Yes | No |
| ** Do you have history of Renal disease? | Yes | No |
| ** Do you have history of Hypertension? | Yes | No |
| ** Do you have history of Diabetes? | Yes | No |

I attest that the above information is correct to the best of my knowledge. I have also informed the technologist that I am not pregnant at this time and I give consent to have a contrast agent administered to me if needed for proper diagnosis of my procedure. I acknowledge that I am aware of the possibility of the side effects with contrast and I have had the opportunity to ask questions related to this form, to ask questions regarding the MRI procedure, and I understand the information presented to me.

X [signature] X ______ 7-25-2024
Patient / Parent / Legal Guardian MRI Technologist Date

For Technologist Use Only

Type of Contrast: ______ Expiration Date: ______ Time of Injection: ______

Lot # ______ Amount: ______ mL

MORGASON, MICHAEL R 26374-4
53 yrs M 7/25/2024
Young, Matthew

MM.LIN.1311

RP Date ID: Jul 25 2024 2nd ID CONFIRMED

TEXARKANA EMERGENCY CENTER & HOSPITAL

Texarkana Emergency Center
4646 Cowhorn Creek RD
Texarkana, TX 75503
903-838-8000
info@TexarkanaEmergencyCenter.com

MORGASON, MICHAEL

| | | | |
|---|---|---|---|
| MRN: | TKER_26374 | DOB: | |
| Study Date: | 2024-07-25 | Sex: | Male |
| Referring Phys: | FEIGENBAUM | Accession: | |

PROCEDURE INFORMATION:
Exam: MR Pelvis Without Contrast, Sacrum
Exam date and time: 7/25/2024 1:30 PM
Age: 53 years old
Clinical indication: . Sacral laminectomy with removal of tarloff cyst in April follow up today to see progress

TECHNIQUE:
Imaging protocol: Magnetic resonance imaging of the pelvis without contrast. Exam focused on the sacrum.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: Sacral laminectomy changes are seen at the S2-S3 level. No fractures or dislocations. No suspicious bone marrow signal abnormality.
Soft tissues: There has been interval resection of the previously noted small Tarlov cysts in the S2-S3 region. No new Tarlov cysts are seen.

IMPRESSION:
Remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY CRYSELA SMITH MD on 07/25/2024 14:05:37; VR-CSMIT041119

RP Date ID: Jul 25 2024

**FINAL**
Texarkana ER Hospital - Emergency Department
4646 Cowhorn Creek Rd, Texarkana, TX 75503
(903) 838-8000

Patient: MORGASON, MICHAEL R
DOB: 53 year/M Wt: Ht:
MRN: 26374 PROVIDER: Jennifer A Clements, RAD
Acct #: 26374-4 Printed: 07/25/2024 21:03
DOS: 07/25/2024 12:57 Nursing Record - Page 1 of 2

## NURSING CHART

**CURRENT VISIT:**
Arrival time: 07/25/2024 12:57. 1. Triage time: 07/25/2024 13:47. Assessment time: 07/25/2024 13:10. Room #: OP MRI. Time to room: 07/25/2024 13:10.

**INITIAL VITALS AT PRESENTATION:**

**CHIEF COMPLAINT:**
Outpatient Therapy

**CURRENT MEDICATIONS:**

**ALLERGIES:**

**MEDICAL PROBLEMS:**

**PCP:**
PCP (out of town)

**MODE OF ARRIVAL:**

***ASSESSMENT***
**Triage performed with Assessment**

**TRIAGE ASSESSMENT:**
**Chief complaint:** Outpatient Therapy

**TRIAGE DISPOSITION:**
Time to room: 07/25/2024 13:10.

**GENERAL ASSESSMENT:**
07/25/2024 13:10.

**FOCUSED ASSESSMENT:**
**Chief complaint:** Outpatient Therapy
**Context:** This patient presents for an outpatient procedure. The patient was referred from a clinic. Orders documentation provided was written order. The patient is to have the following procedure(s): an MRI. The patient will not be seen by a provider.

**EXAMINATION:**

**ORDERS WITHOUT RESULTS:**

**VITALS HISTORY:**

**TREATMENT NOTES:**

**DISPOSITION:**

Nurse Visit/Outpatient Therapy.

**Nurse Visit/Outpatient Therapy** The patient was released to home. The patient's status upon departure was unchanged. The patient was in good condition. * Evaluated by nursing only: no - Physician provider was involved in visit. There was no IV. *TIME OF DEPARTURE: The patient departed the facility at 07/25/2024 13:50.

**SIGN OFF:**

J. Clements, RAD

Chart electronically signed by J. Clements, RAD @ 07/25/2024 13:50:46

RP Date ID: Jul 25 2024

**FINAL**
Texarkana ER Hospital - Emergency Department
4646 Cowhorn Creek Rd, Texarkana, TX 75503
(903) 838-8000

Patient: MORGASON, MICHAEL R
DOB: 53 year/M Wt: Ht:
MRN: 26374
Acct #: 26374-4
DOS: 07/25/2024 12:57

PROVIDER:
Printed: 07/25/2024 21:03
Physician Record - Page 1 of 1

# PHYSICIAN CHART

**CHIEF COMPLAINT:**
Outpatient Therapy

**VITALS HISTORY:**

**CURRENT MEDICATIONS:**

**ALLERGIES:**

**MEDICAL PROBLEMS:**

**MODE OF ARRIVAL:**

**HISTORY OF PRESENT ILLNESS:**

**ROS**

**PAST MEDICAL HISTORY (PHYS):**

**FAMILY HISTORY (PHYS):**

**SOCIAL HISTORY (PHYS):**

**INITIAL VITALS AT PRESENTATION:**

**PHYSICAL EXAMINATION**

**DIAGNOSTIC CONSIDERATIONS FOR OUTPATIENT THERAPY:**

**PROVIDER TREATMENT NOTES:**

**ORDERS AND RESULTS:**

**PROCEDURES:**

**IMPRESSION:**

**DISPOSITION (PHYS):**
Nurse Visit/Outpatient Therapy.

**SIGN OFF:**

**CONSULTATION(S):**

**STO SIGN OFF:**

Dr. Hugh A. "Bo" Frederick, M.D.
Dr. David A. Muzykewicz, M.D.
Orthopedic Hand and Wrist Surgery
9301 N. Central Expressway # 350
Dallas, TX. 75231
214-528-4185 P
214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 8/21/2024 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

**History**

**History of Present Illness** (Wrist)

The patient returns today and is having some recurring carpal tunnel symptoms on the left hand. They had several months of complete relief with the previous carpal tunnel injection. Symptoms are recurring despite wearing night braces

**Exam**

| | |
|---|---|
| **Wrist** | No thenar atrophy. Good finger range of motion. Mildly positive median nerve compression test. |

**Vital Signs**

| | |
|---|---|
| **Height** (in) | 70.0 |
| **Weight** (lbs) | 165.0 |
| **BMI** | 23.7 |

**Diagnosis**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |

**Plan**

| | |
|---|---|
| **Wrist** | Treatment options were discussed with the patient. The patient would like to have the injection repeated. Patient understands that if this continues to recur that surgery may be necessary to resolve symptoms. Patient tolerated injection fine and will return to see us as needed. |
| **General** | BMI is documented within normal parameters and no follow-up plan is required. |
| **General** | Patient screened for tobacco use and identified as a user but did not receive tobacco cessation counseling report. |

**Procedure**

**Left** **Wrist** INJECTION, Therapeutic, Carpal Tunnel

The left palmar wrist was cleansed and prepped from the injection. The carpal tunnel was injected with 1.5 cc of Kenalog and 1.5 cc 2% Lidocaine. The injection was given just proximal to the wrist flexion crease in line with the ring finger ray and the ulnar flexor bursa. The patient tolerated the procedure fine. Before the injection was given, the risks and benefits were discussed with the patient.

**Hugh Frederick,MD**
Electronically signed on 8/22/2024 3:10 PM

Marc Whitehead, Esq.
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

J. Anthony Vessel, Esq.
*Partner | Mediator*

Britney McDonald, Esq.
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Selina Valdez, Esq.
*Managing Attorney | Veterans Disability*

Marla Briscoe, Esq.
*Managing Attorney | Mass Torts*

Erin Svetlik, Esq.
*Jr. Managing Attorney*

Diana Berry, Esq.
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 26, 2024

MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Whiteahd:

We are writing in reference to your client's claim for Long Term Disability.

The file you requested will be sent via email with a link. You will only have 24 hours to access the link once it is sent.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Kathryn Oliver
Assisting on behalf of Jamie Catlett
800-423-2765 x6581
Associate, LTD Claims
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Roszelle, Michael**

**From:** LFGAppeals
**Sent:** Friday, May 16, 2025 9:46 AM
**To:** awd-emailrip116
**Subject:** FW: M Morgason claim 1210046281 (secure)

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Friday, May 16, 2025 8:45:48 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: M Morgason claim 1210046281 (secure)

---

**From:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Sent:** Monday, May 5, 2025 4:32 PM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>; Jocelyn Simmons <Jocelyn@marcwhitehead.com>
**Subject:** RE: M Morgason claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Thank you for confirming receipt of the information submitted and for providing a copy of the medical review.

There is no further information forthcoming at this time.

Best regards,

**Aggie Barbosa** | Administrative Paralegal Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888 ext. 2609
**Fax:** 346.299.2645
**website** | **map** | **email**

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Monday, May 5, 2025 3:59 PM
**To:** Jocelyn Simmons <Jocelyn@marcwhitehead.com>

**Cc:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Subject:** M Morgason claim 1210046281 (secure)

Hello, this email is in response to your most recent letter dated 04/25/2025.

First, I wanted to address your comments regarding NOT receiving the initial physician review completed by Dr. Grattan. On 03/03/2025 a right to review and respond letter which included a healthcare consultant review and Dr. Grattan's initial medical review was emailed to your office. (I have included a copy of that correspondence to this email).

In addition, the medical records that were sent with the appeal request were received and included in the initial medical review completed by a healthcare consultant and Dr. Grattan.

The information submitted 01/10/2025 included records dated 09/23/2023 to 12/27/2024 which were included in the initial medical reviews.

The information submitted on 03/25/2025 consisted of records regarding his hip procedure that occurred 02/13/2025 which were included in the addendum review by Dr. Grattan.

We have received the following items with your most recent submission:

04/07/2025 & 04/15/2025 visit notes Bowen Hefley- ortho
04/15/2025 MRI Lumbar Spine w/o contrast
04/25/2025 attorney rebuttal letter

Please advise if your office plans to submit any additional documents for our appeal review.

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services

**Lincoln Financial**
LincolnFinancial.com

800 423 2765 ext 66735 Office
402-361-1460 Fax

6:15 am to 2:45pm CST M-F

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail

in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**Please be cautious**
This email was sent from outside of your organization

---

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, May 5, 2025 5:00 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: M Morgason claim 1210046281 (secure) |

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Monday, May 5, 2025 3:59:37 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Fw: M Morgason claim 1210046281 (secure)

---

**From:** Cronican, Amber
**Sent:** Monday, May 5, 2025 3:58 PM
**To:** Jocelyn@marcwhitehead.com
**Cc:** Aggie Barbosa
**Subject:** M Morgason claim 1210046281 (secure)

Hello, this email is in response to your most recent letter dated 04/25/2025.

First, I wanted to address your comments regarding NOT receiving the initial physician review completed by Dr. Grattan. On 03/03/2025 a right to review and respond letter which included a healthcare consultant review and Dr. Grattan's initial medical review was emailed to your office. (I have included a copy of that correspondence to this email).

In addition, the medical records that were sent with the appeal request were received and included in the initial medical review completed by a healthcare consultant and Dr. Grattan.

The information submitted 01/10/2025 included records dated 09/23/2023 to 12/27/2024 which were included in the initial medical reviews.

The information submitted on 03/25/2025 consisted of records regarding his hip procedure that occurred 02/13/2025 which were included in the addendum review by Dr. Grattan.

We have received the following items with your most recent submission:

- 04/07/2025 & 04/15/2025 visit notes Bowen Hefley- ortho
- 04/15/2025 MRI Lumbar Spine w/o contrast
- 04/25/2025 attorney rebuttal letter

Please advise if your office plans to submit any additional documents for our appeal review.

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services

**Lincoln Financial**
LincolnFinancial.com

800 423 2765 ext 66735 Office
402-361-1460 Fax
6:15 am to 2:45pm CST M-F

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Friday, April 25, 2025 2:53 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Claim # 1210046281 |
| **Attachments:** | BOWEN HEFLEY APRIL 2025 W MRI REPORT.pdf; PR Response - Morgason, Michael.pdf |

---

**From:** Jocelyn Simmons <Jocelyn@marcwhitehead.com>
**Sent:** Friday, April 25, 2025 1:52:41 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Claim # 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached peer review response and medical records submitted on behalf of our client, Mr. Michael Morgason.

Thank you,

**Jocelyn Simmons** | Insurance Case Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888
**Fax:** 346.327.1006
website | vCard | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, April 8, 2025 9:14 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: M MORGASON 1210046281 ADDENDUM REPORT.pdf |
| **Attachments:** | M MORGASON 1210046281 ADDENDUM REPORT.pdf |

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Tuesday, April 8, 2025 8:14:21 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** M MORGASON 1210046281 ADDENDUM REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR – ADDENDUM REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, February 26, 2025 3:19 PM |
| **To:** | entrprserip |
| **Subject:** | FW: M MORGASON 1210046281 FINAL REPORT.pdf |
| **Attachments:** | M MORGASON 1210046281 FINAL REPORT.pdf |

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Wednesday, February 26, 2025 2:18:27 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** M MORGASON 1210046281 FINAL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, February 5, 2025 12:31 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Michael Morgason 1210046281 (secure) |

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Wednesday, February 5, 2025 11:30:59 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Michael Morgason 1210046281 (secure)

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services
800 423 2765 ext 66735 Office
402-361-1460 Fax

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Sent:** Monday, February 3, 2025 2:53 PM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** RE: Michael Morgason 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Mr. Michael Morgason has had no surgical procedures done from May 2024 to present.

Should you require any additional information, please feel free to contact me.

Thank you,

**Aggie Barbosa** | Administrative Paralegal Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888 ext. 2609
**Fax:** 346.299.2645
website | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Thursday, January 30, 2025 1:56 PM
**To:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Subject:** Michael Morgason 1210046281 (secure)

This message was sent securely using Zix®

Hello, I am working on the appeal for M Morgason and I wanted to confirm if he has had any surgical procedures done from May 2024 to present date. If he has please advise what surgery was done and the dates it/they occurred.

I look forward to hearing from you.

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services

**Lincoln Financial**
LincolnFinancial.com

800 423 2765 ext 66735 Office
402-361-1460 Fax

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve

Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix®.

**Please be cautious**
This email was sent from outside of your organization

---

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, December 26, 2024 10:07 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim # 1210046281 |
| **Attachments:** | List of Exhibits.pdf; A-4. DR. HUGH FREDERICK - MEDICAL RECORDS - RP 13196116 - 10.04.24.pdf; A-5. TEXARKANA EMRGEN CENTER - MEDICAL RECORDS - RP 10.28.24.pdf; A-6. MAYO CLINIC CENTRE - MEDICAL RECORDS - RP 13061552 - 10.07.24.pdf; A-7. SPECIAL HEALTH RESOURCES - MEDICAL RECORDS - RP 13061543 - 08.29.24.pdf; A-8. Tarlov Cyst POST SURGERY QUESTIONNAIRE.pdf; A-9. MEDICAL OPINION MORALES.pdf; A-10. NEURO OPINION MORALES.pdf; A-11. Medical Affidavit-Notarized.pdf; A-2. ADVANCE CARDIOVASCULA SPECIALISTS - MEDICAL RECORD- RP 13061553 - 10.11.24.pdf; A-3. DR. BRADLEY CUBMITT- MEDICAL RECORDS - RP 13061542 - 10.17.24.pdf |

---

**From:** Jocelyn Simmons <Jocelyn@marcwhitehead.com>
**Sent:** Thursday, December 26, 2024 9:01:43 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Claim # 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached exhibits on behalf of our client Mr. Michael Morgason.

Please note A-1 is the claim file and is not attached.

Thank you,

**Jocelyn Simmons** | Insurance Case Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888
**Fax:** 346.327.1006
website | vCard | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

June 10, 2025

***Via Facsimile: (877) 843-3950***

Attn: Amber C., Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Re: Claimant: Michael Morgason
Claim No.: 1210046281

Dear Ms. Amber C.:

We are in receipt of your denial letter. We request copies of all pertinent documents relating to the decision to deny Mr. Michael Morgason's Long-Term Disability benefits that have been obtained by Lincoln Financial subsequent to the claims folder you sent on August 26, 2024. These documents include but are not limited to the following:

a) A complete copy of Mr. Morgason's claim file including application or enrollment information, claims record, claim status, patient management records, all correspondence, medical reports and records, pertinent excerpts from claims manual, in-house memoranda, all reports and records from contracted sources whether relied upon or not, the identity of all consulting physicians, including those not rely upon in making any claims decisions, all other records used to determine Mr. Morgason's claim.

b) A list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating claimant's claim.

c) A complete copy of any and all evaluations, peer reviews, vocational reviews, medical reviews and all reports issued as a result of any evaluations and/or reviews.

Please provide the requested information on a CD, thumb drive, or by e-mail (imari@marcwhitehead.com, melissa@marcwhitehead.com), if possible. Thank you for your assistance.

Regards,

*Marc Whitehead*

Marc Whitehead
Attorney at Law

Date: Wed May 28 06:00:11 CDT 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
Message-ID: <403388441.3.1748430011703@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 27, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

We have completed our review of your client's Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 05/19/2024. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To receive benefits under the policy issued to Texarkana Independent School District, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

**BENEFIT.** The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

The Total Disability Monthly Benefit will cease on the earliest of:

1. the date the Insured Employee ceases to be Totally Disabled or dies;
2. the date the Maximum Benefit Period ends; or
3. the date the Insured Employee is able, but chooses not to engage in Partial Disability Employment:

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

a. in his or her Own Occupation, during the Own Occupation Period; or
b. in any occupation, after the Own Occupation Period.

Proportional benefits will be paid for a partial month of Total Disability.

At the Company's option, Total Disability Monthly Benefit payments may also be denied or suspended on any of the following dates:

1. the date the Insured Employee (without good cause):
   a. fails to take a required medical exam;
   b. fails to cooperate with the examiner; or
   c. postpones a required exam more than twice;
2. the 45th day after the Company mails a request for additional proof, if not given; or
3. the 45th day after the Company mails a request for proof of the Insured Employee's application for any Other Income Benefits to which he or she may be entitled, if not given.

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

The policy has a 36 month Own Occupation Period which ended on 05/19/2024. In order to be considered Totally Disabled beyond this date, the medical documentation must support your client's inability to perform each of the main duties of any occupation for which your client is qualified. As such, in considering whether your client qualifies for Long Term Disability benefits beyond 05/19/2024, we evaluated whether your client would be restricted or limited from performing the main duties of any occupation for which your client is qualified.

Your client's entire file was reviewed upon appeal. Disability must be supported from 05/19/2024 forward, which was the focus of our determination.

**Summary of Initial Claim Filing**

As you know your client's claim was originally approved from 05/19/2021 to 05/19/2024 as we found your client met the definition of Total Disability that applied during this period. Benefits were terminated as of 05/19/2024, because we determined your client was not Totally Disabled from performing the main duties of any occupation. Our evaluation included review of the medical documentation including consultation with and/or review of a written report by an independent physician who is Board Certified in Physical Medicine and Rehabilitation.

For complete details please refer to our letter dated 02/22/2024.

**Summary of First Level of Appeal**

On 05/23/2024, your client filed an appeal in response to our determination to terminate benefits. Our review of the medical documentation which included consultation with and/or review of a written report an independent physician who is Board Certified in Neurology and pain management did not support restrictions and limitations that would render your client unable to perform the main duties of any gainful occupation beyond 05/19/2024.

For complete details please refer to our letter dated 07/10/2024.

**Summary of Second Level of Appeal**

On 12/26/2024, your client filed a second and final appeal in response to our determination to uphold our previous decision to terminate benefits. Additional information was submitted with your client's appeal, including 12 exhibits.

As part of our appeal review, your claim file was reviewed by a health care consultant, who noted in part:

01/27/2025 Amy M RN CCM

> "The medical records document multiple orthopedic and neurological conditions including carpal tunnel syndrome and intra-sacral meningeal cysts requiring surgical intervention and intermittent steroid injections as noted above. Additional treatment includes medication management with muscle relaxers, nerve pain medicine, and narcotics. Most recently the employee underwent sacral laminar reconstruction with resorbable plating for treatment of intra-sacral meningeal cysts on April 10, 2024, without any documented complications. The employee is treated by Dr. Feigenbaum (Neurosurgery), Dr. Nix (Family Medicine), and Dr. Frederick (Orthopedic Surgery) as noted above. During initial post-operative follow up appointment on April 15, 2024, with Dr. Feigenbaum, the employee is doing well, and he reports his symptoms have improved. Exam reveals full strength and equal sensation. There is a gap in treatment from April 10, 2024-June 10, 2024, at which time the employee saw Dr. Nix for medication management of narcotics which he is being weaned off. His gabapentin is restarted. During follow up appointment on August 21, 2024, with Dr. Frederick (Orthopedic Surgery), the employee reports complete resolution of left sided carpal tunnel with last steroid injection (more than a year ago), however symptoms have gradually returned. Exam reveals good range of motion and mild compression tests. Treatment consists of a repeat steroid injection. There appears to be a gap in treatment from August 21, 2024-December 9, 2024, at which time the employee was evaluated by a new orthopedist Weaver PA, for persistent right hip pain. He no longer requires narcotic pain medication. Exam reveals tenderness and pain with range of motion (internal rotation) and no motor or sensory deficits. He is noted to have an antalgic gait. Diagnostic imaging showed mild osteoarthritis with recommendation for total hip replacement. While the employee reports chronic pain, in multiple sites, the medical exam documentation fails to demonstrate severe pain, instability, weakness including loss of grip strength, altered sensation, or significant loss of range of motion to support restrictions/limitations precluding all work activities beyond May 19, 2024. An MRI July 25, 2024, showed no recurrent or residual cysts. It would be reasonable to periodically adjust positions throughout the workday per position of comfort. i.e. taking reasonable breaks, stretching, alternating positions throughout the day to

minimize or mitigate pain and discomfort. While it is reasonable to seek continuation of conservative care with intermittent injections, this would not necessitate the need for ongoing restrictions/limitations and can be done around a work schedule.

There is self-reported cognitive (concentration, memory) impairment, however there is no neuropsychological testing to support these claims, and no examination documenting cognitive slowing or other observable issues.

The medical records document the employee will be having a total hip arthroplasty therefore it is reasonable to support no work to allow recovery per MD Guidelines if appropriate."

02/05/2025 we attempted to send your client for an IME, however our venders were unable to locate a physician within range/distance. Therefore, we moved forward with a full file review by a board-certified physician.

02/24/2025 Howard Grattan MD PM&R

"The claimant's postoperative recovery following laminectomy for Tarlov cyst resection on 04/10/2024 and the claimant's right hip pain and candidacy for total hip replacement would support the need for restrictions and limitations.

From a Physical Medicine and Rehabilitation/Pain Management perspective, restrictions from 05/19/2024 and forward are as follows:

Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Sitting: 60 minutes at a time up to 6 hours per workday with the ability for self-positional change as necessary or comfort
Standing: 10 minutes at a time up to 2 hours per day
Walking: 10 minutes at a time up to 2 hours per day
Walking on uneven ground: Never
Climbing Ladders: Never
Operating Heavy Equipment: Never
Balancing: Never
Crawling: Never
Bending at waist: occasionally (up to 33% of the time)
Stooping: occasionally (up to 33% of the time)
Kneeling: occasionally (up to 33% of the time)
Crouching: occasionally (up to 33% of the time)
Climbing Regular Stairs: occasionally (up to 33% of the time)
Reaching Overhead: Unrestricted
Reaching Desk Level: Unrestricted
Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
Handle, Finger, and Feel: Unrestricted
Simple/Firm grasping: Unrestricted.
Operate foot controls: Unrestricted.
No additional activity restrictions are supported.

> A reevaluation or reassessment of the claimant's current level of functioning would be appropriate within six months from the date of this report in order to determine if there has been any improvement in symptomology."

On 03/032025, a copy of our medical review was sent to you allowing time to provide a copy to your clients treating physicians for further review and respond with any additional information. As of the date of this letter, we received Exhibits A13-A17.

As part of our review these items were referred to the reviewing physician to complete an addendum review. The physician noted in part:

04/07/2025 Howard Grattan MD PM&R- addendum

> "The additional information provided does not change my opinion on the restrictions listed in my original report from 05/19/24 through 02/12/25. There are no new medical records provided during those dates.
>
> However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time."

On 04/11/2025, a copy of our medical review was sent to you allowing time to provide a copy to your clients treating physicians for further review and respond with any additional information. As of the date of this letter, we received a 30-day extension request, which was granted. We then received Ortho notes from Bowen Hefley dated 04/07/2025 and 04/15/2025, an MRI of lumbar spine w/o contrast dated 04/15/2025 and a response/rebuttal letter from your office dated 04/25/2025.

**<u>Second Level Appeal Decision</u>**

We understand Mr. Morgason stopped working on 11/20/2020 due to right carpal tunnel syndrome, right thumb arthritis and generalized fatigue associated mainly with the lower extremities. Throughout his time out on claim he has treated with several providers and has had several treatments/procedures for his disabling conditions. Mr. Morgason has a history for trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/21. He is also status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/24. The records show that Mr. Morgason showed significant improvement following these procedures with no complications. The medical review that was completed at the 2nd level of appeal found that even after successful treatment for his conditions that he would still require some restrictions and limitations falling within the sedentary to light category. These R&L's would preclude him from performing his own heavy occupation, thus benefits were paid to his change of definition, however would not support from performing any occupation which is the timeframe in question.

Most recently, he underwent right total hip arthroplasty on 02/13/25. While we recognize that your client would require a recovery period following his right hip surgery performed 02/13/2025. However, the information in his file does not support evidence of permanent incapacity from performing any occupation from his date last paid 05/19/2024 to his surgery

date 02/13/2025. Just because a claimant has an upcoming appointment/treatment/procedure does not mean they automatically qualify for benefits. In order to receive benefits medical support for total disability must continuously be met throughout the life of the claim. Unfortunately, the medical reviews conducted on his claim do not support total disability per the policy provisions from 05/19/2024 to his surgery date of 02/13/2025. Therefore, benefits are not payable for the time leading up to his surgery OR for his surgery recovery time.

In addition, we did review and consider the most recent items you submitted following the 04/11/2025 right to review and respond letter. The items your office submitted included April 2025 office/treatment notes, an MRI, and a rebuttal letter expressing your disagreement with our medical review. Unfortunately, these additional items did not provide any information that would alter our previous review. We have already acknowledged that Mr. Morgason had a hip procedure and that even though we understand this occurred it still would not have precluded him from performing a sedentary occupation leading up to the surgery. In addition, the MRI submitted for his back was consistent with the prior medical records already received and reviewed, overall continuing to show mild multilevel degenerative disc disease. Again, we understand Mr. Mogason's conditions would not allow him to work in his previous occupation however the records continuously support progress with treatments/procedures ultimately allowing for him to return to the workforce full time in at least a sedentary capacity beyond his own occupation timeframe (change of definition date) 05/19/2024 forward.

As highlighted previously, the occupations of Lens Inserter and Ampoule Examiner would allow an employee the opportunity receive on the job training much like many if not all entry-level positions do. This would allow someone with limited direct experience in an occupation the opportunity to learn specific job tasks from the employer, which would then be utilized on the job. This practice is incredibly common in today's workforce as people are branching out and taking advantage of opportunities where they can expand on their existing skill set and further evolve their careers. This is the very concept of transferability; taking skills and abilities gleaned from a combination of work experiences to identify alternate opportunities where those skills can be best utilized in a different capacity. To say that someone is incapable of performing in an occupation they have not worked directly in goes against the very concept of a Transferable Skills Analysis.

Overall, Mr. Morgason does not continuously meet the policy definition of total disability beyond 05/19/2024 and therefore the previous decision to deny benefits beyond 05/19/2024 remains the same and his claim file is now being closed.

It is our opinion that we have completed a full and fair review with regards to Mr. Morgason's submitted disability claim to include meeting all policy provisions and applicable regulatory guidelines as it relates to adjudication practices. We have utilized medical consultants with all our claim determinations and have completed all allowable administrative appeal levels. In addition to these levels of review, we have also allowed an additional courtesy review with a board-certified physician. All reviews continue to disagree with Mr. Morgason's physician(s) opinion of disability. Mr. Morgason does have litigation rights available should he continue to disagree with our determinations, and this may be his next course of action should he wish to utilize.

**Vocational**

We reviewed your client's past training, education, and work experience to evaluate your client's capacity to perform work-related activity. The documentation provided suggests your client is not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using *The Dictionary of Occupational Titles* as a reference, we found that your client would be capable of performing the following occupations:

**DOT Code Occupation Str Monthly Wage**
713.687-026 Lens Inserter S $2,957.07
559.687-010 Ampoule Examiner S $3,659.07

The preceding list is just a sample of various jobs that your client shows transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your client's prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exist within the national labor market.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

You and your client have exhausted all rights of appeal, and your client's administrative file is now closed.

The employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 02/22/2027.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.
Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti’go Diné bizaad, saad bee áká’ánida’áwo’dę́ę́’ t’áá jiik’eh, ná hóló. Kojį’ hódíílnih áǫį̨óóǫéą̨ą́ǫą̨íę́ę.

Marc Whitehead, Esq.
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

J. Anthony Vessel, Esq.
*Partner | Mediator*

Britney McDonald, Esq.
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Selina Valdez, Esq.
*Managing Attorney | Veterans Disability*

Marla Briscoe, Esq.
*Managing Attorney | Mass Torts*

Erin Svetlik, Esq.
*Jr. Managing Attorney*

Diana Berry, Esq.
*Chief Operating Officer*

April 25, 2025

via fax 1 (800) 423-2765

Lincoln
ATTN: Amber C.

| | | |
|---|---|---|
| Re: | Claimant: | Michael Morgason |
| | Claim Number: | 1210046281 |
| | Policy Number: | 00001025317200000 |
| | Policyholder: | Texarkana Independent School District |

Ms. Amber:

By letter dated April 11, 2025, The Lincoln National Life Insurance Company ("Lincoln") notified this firm of information it expressed intent to use in the disposition of Mr. Morgason's claim. That information is comprised of a medical report addendum authored by Dr. Howard Grattan, physiatrist. Lincoln further afforded this firm the opportunity to confront Dr. Grattan's report before Lincoln renders a decision to approve or disapprove of Mr. Morgason's claim on appeal, of which we avail ourselves with this letter.

Lincoln failed to provide this firm with the opportunity to review and respond to Dr. Grattan's original report generated when initially reviewing Mr. Morgason's medical documentation. Lincoln's April 11, 2025, correspondence only includes a report addendum dated April 7, 2025. If additional reporting exists, this firm requests the opportunity to respond to such prior to Lincoln's issuing a determination on Mr. Morgason's claim.

**Dr. Grattan's Credibility is Compromised Due to Habitual Reviewing**

See *Miller v. PNC Fin. Servs. Grp., Inc.*, 278 F. Supp. 3d 1333, 1344 (S.D. Fla. 2017):

> "*In short, **Dr. Grattan** and Dr. Hoenig **ignored Plaintiff's evidence** contrary to their conclusions and showed no sign of substantively addressing such evidence*."
>
> "*Accordingly, based on the evidence before the administrator at the time it made its decision, **the Court would not have relied on Dr. Grattan's** and*

> *Dr. Hoenig's* ***reports*** *as Liberty did to evaluate Plaintiff's evidence for her claim*."

**Dr. Grattan Performs Habitual File-Reviews on Behalf of Insurance Companies**

Dr. Grattan is a member of SEAK medical file review consultants. Dr. Grattan is noted to have performed over 20 file reviews.[1]

Included within the physician curriculum provided by SEAK, is:

> "*An explanation of the structure of the* ***multi-billion dollar file review industry*** *and the* ***significant opportunities*** *for physicians within this industry*."
>
> "*A practical discussion of how to obtain high quality work,* ***what insurance companies are*** *really* ***looking for****, and making yourself desirable will be led by the faculty*." Emphasis added.

SEAK 'faculty member', (i.e., physician having contributed to the development of aforementioned curriculum), is described as having "*extensive file review experience as a result of developing* ***relationships with*** *independent review organizations and* ***big insurance companies***."[2] Emphasis added.

Within video entitled 'Disability Reviews for Physicians – Diagnosis Does Not Equal Disability':

> "*You can't say that an individual is disabled, or that he, or that he or she can't work*."[3]

See *Kurth v. Hartford Life and Accident Ins. Co.,* 845 F.Supp.2d 1087, 1096 (C.D.Cal.2012) (describing the incentive in the context of insurers and vendor's reviewing physicians to reach results favorable to the insurer to maintain the business relationship).

See *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 832, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003) (citing with approval the lower court's observation that "physicians repeatedly retained by benefits plans may have an incentive to make a finding of 'not disabled' in order to save their employers money and to preserve their own consulting arrangements")

Lincoln has retained Dr. Grattan to contribute to the presumably forthcoming denial of Mr. Morgason's claim. In doing so, Lincoln has demonstrated a failure to provide Mr. Morgason's claim a good-faith based review.

---

[1] https://www.imenet.com/members/15726-howard-grattan
[2] https://seak-streaming-content.teachable.com/p/how-to-start-build-and-run-a-successful-disability-and-file-review-practice
[3] https://seak-streaming-content.teachable.com/p/how-to-start-build-and-run-a-successful-disability-and-file-review-practice

**Dr. Grattan's Concession to Mr. Morgason's Disability Only During a his Post-Operative Recovery is Unreasonable**

Dr. Grattan:

> *"However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time."*

Mr. Morgason has submitted a plethora of medical evidence demonstrative of his disability (i.e., medical records depictive of his symptoms being of such a severity that yet another surgical intervention was deemed necessary by treating physicians). Dr. Grattan's dismissal of all evidence generated prior to Mr. Morgason's undergoing surgery is another demonstration of his conflict of interest negatively impacting the resolution of Mr. Morgason's claim. The evidence is clear – Mr. Morgason is incapable of performing even sedentary work due to continued severe pain, diminished range of motion, weakness, an inability to sit for prolonged periods of time, and a diminished ability to concentrate secondary to severe pain.

Dr. Grattan's willingness to concede to Mr. Morgason's disability only in instances that he is recovering from significant surgical intervention demonstrates his inability to meaningfully consider the entirety of Mr. Morgason's medical evidence. As such, Dr. Grattan is incapable of providing Mr. Morgason's appeal a "good-faith" based review on appeal.

**Dr. Grattan's Reporting is Deceptive**

Dr. Grattan:

> *"The additional information provided does not change my opinion on the restrictions listed in my original report form 05/19/24 through 02/12/25. There are no new medical records provided during those dates."*

Dr. Grattan's assertion is deceptive in that it insinuates that Mr. Morgason received medical care during a nearly 9 month period. This insinuation is incorrect and is contradicted by the administrative record. Please see again the medical evidence submitted alongside appeal brief dated December 26, 2024, and submissions thereafter dated January 10, 2025, and March 25, 2025.

In concluding our response, we must urge Lincoln to acknowledge the inaccuracies, unsupported statements, and unreasonable medical conclusions of its reviewer's report. Mr. Morgason has remained continuously disabled through the relevant time period.

Sincerely,

Marc S. Whitehead
Attorney at Law

cc: Mr. Michael Morgason

js/MSW

Bowen Hefley

# MORGASON, MICHAEL

Visit Note - April 7, 2025

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 1866996 | Male | | 1866996 |

## Alerts
**Allergy to adhesive and allergy to latex.**
No rheumatoid arthritis, no defibrillator, no blood thinners, and no pacemaker.

## Allergies
Reviewed April 7, 2025.
No known drug allergies

## Medical History
Obtained and Reviewed April 7, 2025.
None

## Musculoskeletal History
Obtained and Reviewed April 7, 2025.
Carpal tunnel syndrome
Left handed

## Musculoskeletal Family History
Diabetes
Hypertension
Osteoporosis

## Musculoskeletal Surgery
Arthroplasty of the carpometacarpal joint of the thumb
Decompression of median nerve
Other

## Surgical History
Obtained and Reviewed April 7, 2025.
Other

## Social History
Obtained and Reviewed April 7, 2025.
Single Question Alcohol Screening: 0 days
EtOH none
Smoking status - Current every day smoker

## ROS
Provider reviewed on Apr 07, 2025.

A focused review of systems was performed including Integumentary, Musculoskeletal, and Neurological and was notable for numbness and tingling.

No Joint Pains, No Joint Swelling, No Joint Stiffness, And No Unsteady Gait.

## Historical Summary:
K: Mark is here in follow-up of right total hip he is 7-1/2 weeks out. He lets me know he was doing great after surgery for the first 4 weeks or so but over the last 3 weeks he has had an acute onset of severe pain that begins in his right buttock and radiates all the way down to his foot he cannot lay on his back this really exacerbates his symptoms. He does remind me that he fell in the hospital a lot going to the bathroom x-rays were performed and negative. And he had no pain for the first few weeks.

1. Right total hip arthroplasty February 13, 2025 stable

2. History of lumbar/sacrum surgery April 10, 2024 in Dallas for debridement of Tarlov cyst.

## Vitals:

| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/25 08:33 | Smith, Madlynn | | | | | | 70.0 in | 165.0 lbs | 23.7 | 1.9 |
| | FiO2 | | | | | | | | | |

* Patient Reported

## Exam:

**Exam**

Within normal parameters.

Good passive range of motion right hip. Leg lengths for the left to be a couple millimeters short. Hip flexion abduction strength intact. Incision is benign with very mild seroma. No erythema edema ecchymosis. Nontender to palpation greater trochanter. Positive straight leg raise. Good dorsi plantarflexion.

## Data Reviewed:
1 Ordering of each unique test (Order MRI - Spine (Spine - Lumbar MRI WO contrast (CPT: 72148)))

## Impression/Plan:
1. **Post-op Hip Total Hip Arthroplasty, Right**
   **Presence of right artificial hip joint (Z96.641)**
   Pain Intensity: 7.0 - 7/10 Pain

   **Plan: Additional Notes.**
   Patient Specific Notes: Obtain MRI of lumbar spine to evaluate for nerve compression or stenosis.
   Diclofenac 75 twice daily as needed
   He will follow-up with the MRI and we will discuss treatment plan
   Let him know I feel like his right total hip arthroplasty is stable

   **Plan: Prescription.**
   **diclofenac sodium 75 mg tablet,delayed release** PO
   **Sig:** Take 1 tablet orally every 12 hours.
   **Quantity:** 60 Tablet **Refills:** 2 **Earliest fill date:** April 07, 2025

2. **Intervertebral Disc Degeneration, Lumbar**
   **Other intervertebral disc degeneration, lumbar region with discogenic back pain only (M51.360)**
   Pain Intensity: 8.0 - 8/10 Pain

   **Plan: Order MRI - Spine.**
   Protocol - Lumbar: Spine - Lumbar MRI WO contrast (CPT: 72148)
   Other Protocol: Rule out stenosis or nerve compression. Obtain MRI at Arkansas surgical hospital or Bowen Heffley North
   Indication: Intervertebral Disc Degeneration, Lumbar - M51.360

Provider: Kenneth Weaver
Perform at: Pending
Priority: normal

3. **Overweight**
**Overweight (E66.3)**

**Plan: Counseling - Overweight Counseling.**
Please refer to the education handout for detailed counseling.

## MIPS

1. **MIPS**
**Plan: MIPS Quality.**

Quality 128 (Preventive Care and Screening: Body Mass Index (BMI) Screening and Follow-Up Plan): BMI is documented above normal parameters and a follow-up plan is documented

### Follow up. Other Instructions: Follow-up with MRI lumbar spine

### Staff:

Kenneth Weaver (Primary Provider)

Madlynn Smith

Bowen, Scott (Bill Under)

Electronically Signed By: Kenneth Weaver, 04/07/2025 08:49 AM CDT

Bowen Hefley

# MORGASON, MICHAEL

Visit Note - April 15, 2025

| PMS ID: | Sex: | DOB: | MRN: |
|---|---|---|---|
| 1866996 | Male | | 1866996 |

## Alerts
**Allergy to adhesive and allergy to latex.**
No rheumatoid arthritis, no defibrillator, no blood thinners, and no pacemaker.

## Allergies
Reviewed April 15, 2025.
No known drug allergies

## Medications
Obtained and Reviewed April 15, 2025.
diclofenac sodium 75 mg Oral - Dose: 1 Tablet tablet, delayed release (enteric coated) Frequency: Every 12 hours

## Medical History
Reviewed and no changes noted April 15, 2025.
None

## Musculoskeletal History
Reviewed and no changes noted April 15, 2025.
Carpal tunnel syndrome
Left handed

## Musculoskeletal Family History
Diabetes
Hypertension
Osteoporosis

## Musculoskeletal Surgery
Arthroplasty of the carpometacarpal joint of the thumb
Decompression of median nerve
Other

## Surgical History
Reviewed and no changes noted April 15, 2025.
Other

## Social History
Reviewed and no changes noted April 15, 2025.
Single Question Alcohol Screening: 0 days
EtOH none
Smoking status - Current every day smoker

## Chief Complaints:
1. F/U Post-op Hip Total Hip Arthroplasty, Right evaluated on April 7, 2025

## HPI: This is a 54 year old male who:
1. is following up for Post-op Hip Total Hip Arthroplasty. He was seen on April 7, 2025, at which time he was prescribed Diclofenac sodium 75 mg tablet,delayed release Every 12 hours (Take 1 tablet orally every 12 hours.). Pain Intensity: 7.0 - 7/10 Pain.

   The patient presents for mri results.

K: Michael is here today he is 8 weeks status post right total hip arthroplasty on his last visit I ordered an MRI of his lumbar spine due to right buttock pain with radicular symptoms to calf he is here for those results. He does let me know his symptoms have improved somewhat. He denies any significant groin pain. Afebrile no injuries.

1. Right total hip arthroplasty February 13, 2025 doing well

2. History of lumbar sacral surgery April 10, 2024 in Dallas

## Historical Summary:
K: Mark is here in follow-up of right total hip he is 7-1/2 weeks out. He lets me know he was doing great after surgery for the first 4 weeks or so but over the last 3 weeks he has had an acute onset of severe pain that begins in his right buttock and radiates all the way down to his foot he cannot lay on his back this really exacerbates his symptoms. He does remind me that he fell in the hospital a lot going to the bathroom x-rays were performed and negative. And he had no pain for the first few weeks.

1. Right total hip arthroplasty February 13, 2025 stable

2. History of lumbar/sacrum surgery April 10, 2024 in Dallas for debridement of Tarlov cyst.

## Vitals:

| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/25 13:17 | Smith, Madlynn | | | | | | 70.0 in | 165.0 lbs | 23.7 | 1.9 |
| | FiO2 | | | | | | | | | |

* Patient Reported

## Exam:

**Exam**

Within normal parameters.

Exam right hip good passive motion no groin pain hip flexion abduction strength intact mildly tender to palpation greater trochanter.

Positive straight leg raise normal spinal alignment no step-offs or deformities good dorsi plantarflexion.

## Impression/Plan:
1. **Post-op Hip Total Hip Arthroplasty, Right**
   **Presence of right artificial hip joint (Z96.641)**
   Pain Intensity: 3.0 - 3/10 Pain

   **Plan: Additional Notes.**
   Patient Specific Notes: Outpatient physical therapy for lumbar protocol and hip girdle strengthening.
   Medrol Dosepak
   He will stop NSAIDs while on steroids resume after
   He will follow-up 2 months we will get x-rays and check his progress

**Plan: Set Global Period.**
Surgery Performed:
Surgery Date: 03/13/2025
Remaining Global Period: 90 days
Surgeon: Hefley

**2. Intervertebral Disc Degeneration, Lumbar**
**Other intervertebral disc degeneration, lumbar region with discogenic back pain only (M51.360)**
located on the lumbar spine.
Pain Intensity: 4.0 - 4/10 Pain

**Plan: Prescription.**
**Medrol (Pak) 4 mg tablets in a dose pack** PO
**Sig:** as directed
**Quantity:** 1 Blister **Earliest fill date:** April 15, 2025

**Plan: PT Rx - Lumbar Spine.**
Indication: Intervertebral Disc Degeneration, Lumbar - lumbar spine - M51.360
Protocol: evaluate and treat per diagnosis/objective exam
Recommend frequency of 3 times per week for 6 weeks
- Therapeutic Exercises: All exercises prn per therapist.
- Manual Therapy: All manual therapy prn per therapist.
- Modalities: All modalities prn per therapist.

Additional Treatment Instructions: Lumbar protocol. Hip girdle strengthening right total hip arthroplasty February 13, 2025

Provider: Kenneth Weaver
Priority: normal

### Follow up in 2 months

### Staff:

Kenneth Weaver (Primary Provider)

Madlynn Smith

Bowen, Scott (Bill Under)

Post-op Hip Total Hip Arthroplasty, Right: .

Plan: Additional Notes and Set Global Period.

Intervertebral Disc Degeneration, Lumbar: located on the lumbar spine.

Plan: Prescription and PT Rx - Lumbar Spine.

Electronically Signed By: Kenneth Weaver, 04/18/2025 04:08 PM CDT

Patient seen and examined by Kenneth Weaver, PA-C under the supervision of W Scott Bowen, MD. All records reviewed including notes and x-rays as well as treatment plan.

Post-op Hip Total Hip Arthroplasty, Right: .

Plan: Additional Notes and Set Global Period.

Intervertebral Disc Degeneration, Lumbar: located on the lumbar spine.

Plan: Prescription and PT Rx - Lumbar Spine.

Electronically Signed By: Scott Bowen, 04/24/2025 08:33 AM CDT

**Patient Name:** Morgason, Michael
**MRN:** 1866996_ASRP
**Study Description:** l-spine^routine
**Study Date:** 20250415

Bowen Hefley Orthopedics
4300 Landers Road
North Little Rock, AR 72117

**Morgason, Michael**
**MRN: 1866996_ASRP** **DOB:** **Sex: Male**
**Study Date: 2025-04-15** **Referring Physician: WHEFLEY**

**l-spine, routine**
**MRI Lumbar Spine w/o IV Contrast**

**Indication: Low back pain, right leg pain**

**Comparison: None**

**Technique: Multiplanar multisequence MRI images of the lumbar spine without intravenous gadolinium.**

**Findings: Straightening of normal lumbar lordosis. No vertebral body compression fracture or subluxation. Mild degenerative disc disease at multiple levels. No canal stenosis. Aorta is not aneurysmal. Posterior soft tissues are normal. Spinous processes are normal.**

**L5/S1: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No neuroforaminal narrowing.**

**L4/L5: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No foraminal narrowing.**

**L3/L4: No disc bulge. Mild facet hypertrophy. No central canal stenosis or foraminal narrowing.**

**L2/L3: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No foraminal narrowing.**

**L1/L2: Mild disc bulge. Mild facet hypertrophy. No central canal stenosis. No foraminal narrowing.**

**Impression: Mild multilevel degenerative disc disease. No canal stenosis or significant foraminal narrowing. No vertebral body compression fracture or subluxation. Straightening of normal lumbar lordosis.**

**Elcetronically Signed By: Drew Sessions, MD 2025-04-15 13:11:17**

REF #29370927

Lincoln Financial Group

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 22, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

We are writing to advise we are approving your 30 day extension request. Your new deadline is 05/12/2025.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# FAX

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Amber C. | FROM: | Aggie Barbosa |
| FAX: | 1-877-843-3950 | FAX: | +13462992645 |
| PHONE: | | PHONE: | |
| SUBJECT: | Claim No. 1210046281 | DATE: | 2025-04-11 |

COMMENTS:

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

April 11, 2025

***<u>Via Facsimile: (877) 843-3950</u>***

Amber C.
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

Re: Claimant: Michael Morgason
Claim No.: 1210046281
Policy No.: 0001025317200000
Policy Holder: Texarkana Independent School District

Dear Ms. C.:

We received your letter, dated April 11, 2025, providing us with information for our review. It is our understanding that you have provided our office until April 25, 2025 to review and provide a written response. To allow our office and our client's physicians time to review the information provided, we request 30 days from the date of this letter to provide a response on behalf of our client.

Please inform our office in writing if you agree to our extension request or your objections in writing to fax number (346) 299-2645. I look forward to hearing from you soon.

Sincerely,

*Aggie Barbosa*

Aggie Barbosa
Administrative Paralegal Manager

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

Date: Fri Apr 11 14:15:17 CDT 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
Message-ID: <226213650.3.1744398917460@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group®

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

April 11, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, the additional information you submitted was referred to the reviewing physician for an addendum. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

As you can see per the addendum review the previous restrictions and limitations remain the same. The physician did take note of Mr Morgason's surgery that he had 02/13/2025 and felt that would require time off for him to recover however from the last date he was paid, 05/19/2024, to his surgery date, 02/13/2025, he would have been physically able to perform a full-time sedentary occupation and therefore would not qualify for benefits for that recovery period.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 14 days.

The 14-day period will expire on 04/25/2025. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by EOD 04/25/2025 then we will render a decision based on the information currently in the file.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.
Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 04/07/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 03/31/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2502663 | | |

**Questions:**

**Thank you for your report regarding the LTD claim for Michael Morgason. After reviewing your report, we are requesting an addendum due to the attorney submitting additional medical records.**

**1. Please review additional information received and advise if this new information would change your previous review results.**

The additional information provided does not change my opinion on the restrictions listed in my original report from 05/19/24 through 02/12/25. There are no new medical records provided during those dates.

However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time.

**2. Please provide any restrictions or limitations for Mr. Morgason from 05/19/2024 forward with max hours per day and days per week.**

From a Physical Medicine and Rehabilitation perspective, restrictions from 05/19/24-02/12/25 are as follows:

Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort.
Standing: 10 minutes at a time up to 2 hours per day
Walking: 10 minutes at a time up to 2 hours per day
Walking on uneven ground: Never
Climbing Ladders: Never
Operating Heavy Equipment: Never
Balancing: Never
Crawling: Never
Bending at the waist: occasionally (up to 33% of the time)
Stooping: occasionally (up to 33% of the time)
Kneeling: occasionally (up to 33% of the time)
Crouching: occasionally (up to 33% of the time)
Climbing Regular Stairs: occasionally (up to 33% of the time)
Reaching Overhead: Unrestricted
Reaching Desk Level: Unrestricted
Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
Handle, Finger and Feel: Unrestricted
Simple/Firm grasping: Unrestricted
Operate foot controls: Unrestricted

No other activity restrictions are supported.

From 02/13/25 to the current time and ongoing, the claimant would be limited to activities of daily living only as he is recovering from right total hip arthroplasty. Reassessment of his ability to resume working with restrictions would be appropriate on approximately 05/13/25, when he will be three months out from surgery.

**Medical Records:**

Unknown Medical Report Visit/Note
W. Scott Bowen, Md, William F. Hefley Jr, Md Procedure/Operative Report
Unknown Medical Correspondence 06/21/2022, 03/25/2025
Arkansas Surgical Hospital Lab and Diagnostic Results 02/12/2025
William Hefley, MD Medical Report Visit/Note 02/13/2025
William Hefley, MD Procedure/Operative Report 02/13/2025
John Wright, MD Procedure/Operative Report 02/13/2025
Logan Benoist, MD X-ray (Radiography) 02/13/2025
Wischelle Williams, APRN Medical Report Visit/Note 02/18/2025
Marc Whitehead & Associates Attorney At Law Llp Appeals 03/25/2025
Michael Morgason Appeals 03/25/2025

**Summary:**

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

This claimant is a 54-year-old male. He is left-hand dominant and has been diagnosed with osteoarthritis of the right CMC joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome. The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/24. The claimant also has a history for trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/21. Most recently, the claimant underwent right total hip arthroplasty on 02/13/25.

On 02/13/25, an operative report indicates the claimant underwent right total hip arthroplasty.

On 02/13/25, an x-ray of the right hip reveals stable postoperative changes.

On 02/13/25, an x-ray of the right knee reveals a small knee joint effusion. There is no acute fracture or dislocation.

On 02/14/25, Discharge Instructions are reviewed. The claimant was admitted the day before and underwent right total hip arthroplasty. He requires a rolling walker.

On 03/25/25, a letter from the claimant's attorney states that additional records are being provided.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that

is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Physical Medicine and Rehabilitation
OR#MD152830

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan, M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 04/07/25 | **Referral Type:** | Addendum |
| **Referral Date:** | 03/31/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2502663 | | |

**Questions:**

**Thank you for your report regarding the LTD claim for Michael Morgason. After reviewing your report, we are requesting an addendum due to the attorney submitting additional medical records.**

**1. Please review additional information received and advise if this new information would change your previous review results.**

The additional information provided does not change my opinion on the restrictions listed in my original report from 05/19/24 through 02/12/25. There are no new medical records provided during those dates.

However, as the additional records include an operative report and postoperative x-ray of the right hip indicating that the claimant underwent right total hip arthroplasty on 02/13/25, the claimant would be restricted to activities of daily living only from 02/13/25 through approximately 05/13/25 to allow for post-operative recovery. Reassessment would be appropriate at that time.

**2. Please provide any restrictions or limitations for Mr. Morgason from 05/19/2024 forward with max hours per day and days per week.**

From a Physical Medicine and Rehabilitation perspective, restrictions from 05/19/24-02/12/25 are as follows:

Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort.
Standing: 10 minutes at a time up to 2 hours per day
Walking: 10 minutes at a time up to 2 hours per day
Walking on uneven ground: Never
Climbing Ladders: Never
Operating Heavy Equipment: Never
Balancing: Never
Crawling: Never
Bending at the waist: occasionally (up to 33% of the time)
Stooping: occasionally (up to 33% of the time)
Kneeling: occasionally (up to 33% of the time)
Crouching: occasionally (up to 33% of the time)
Climbing Regular Stairs: occasionally (up to 33% of the time)
Reaching Overhead: Unrestricted
Reaching Desk Level: Unrestricted
Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
Handle, Finger and Feel: Unrestricted
Simple/Firm grasping: Unrestricted
Operate foot controls: Unrestricted

No other activity restrictions are supported.

From 02/13/25 to the current time and ongoing, the claimant would be limited to activities of daily living only as he is recovering from right total hip arthroplasty. Reassessment of his ability to resume working with restrictions would be appropriate on approximately 05/13/25, when he will be three months out from surgery.

**Medical Records:**

Unknown Medical Report Visit/Note
W. Scott Bowen, Md, William F. Hefley Jr, Md Procedure/Operative Report
Unknown Medical Correspondence 06/21/2022, 03/25/2025
Arkansas Surgical Hospital Lab and Diagnostic Results 02/12/2025
William Hefley, MD Medical Report Visit/Note 02/13/2025
William Hefley, MD Procedure/Operative Report 02/13/2025
John Wright, MD Procedure/Operative Report 02/13/2025
Logan Benoist, MD X-ray (Radiography) 02/13/2025
Wischelle Williams, APRN Medical Report Visit/Note 02/18/2025
Marc Whitehead & Associates Attorney At Law Llp Appeals 03/25/2025
Michael Morgason Appeals 03/25/2025

**Summary:**

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

This claimant is a 54-year-old male. He is left-hand dominant and has been diagnosed with osteoarthritis of the right CMC joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome. The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/24. The claimant also has a history for trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/21. Most recently, the claimant underwent right total hip arthroplasty on 02/13/25.

On 02/13/25, an operative report indicates the claimant underwent right total hip arthroplasty.

On 02/13/25, an x-ray of the right hip reveals stable postoperative changes.

On 02/13/25, an x-ray of the right knee reveals a small knee joint effusion. There is no acute fracture or dislocation.

On 02/14/25, Discharge Instructions are reviewed. The claimant was admitted the day before and underwent right total hip arthroplasty. He requires a rolling walker.

On 03/25/25, a letter from the claimant's attorney states that additional records are being provided.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that

is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan, M.D.
Board Certified Physical Medicine and Rehabilitation
OR#MD152830

# Continuity of Care Document

| | |
|---|---|
| Patient | MICHAEL MORGASON |
| Date of birth | |
| Sex | Male |
| Race | White |
| Ethnicity | Not Hispanic or Latino |
| Contact info | Primary Home:<br><br>Tel (Home): + |
| Patient IDs | 136930 2.16.840.1.113883.3.1579.777268494848.6.200<br>554643 2.16.840.1.113883.3.1579.777268494848.6.300 |
| Language | (Preferred) English |
| Document Id | 2308395 2.16.840.1.113883.3.1579.777268494848.6.100 |
| Document Created: | February 20, 2025, 00:16:41 +0000 |
| Care provision | RIGHT HIP from February 13, 2025, 11:52:00 +0000 to February 20, 2025, 00:16:41 +0000 |
| Performer (admitting physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (primary surgeon) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (attending physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Author | MEDHOST |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): (501)748-8000 |
| Encounter Id | 554643 2.16.840.1.113883.3.1579.777268494848.6.300 |

MM.LIN.1529

Patient Name: MICHAEL MORGASON
Date of Birth:

| | |
|---|---|
| Encounter Type | Outpatient Encounter |
| Encounter Date | From February 13, 2025, 11:52:00 +0000 to February 14, 2025, 20:40:00 +0000 |
| Encounter Location | Outpatient facility |
| Responsible party | WILLIAM HEFLEY, JR<br>of ARKANSAS SURGICAL HOSPITAL |
| Contact info | 5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Document maintained by | ARKANSAS SURGICAL HOSPITAL |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): +1(501)748-8000 |

## Table of Contents


- ALLERGIES AND ADVERSE REACTIONS
- ASSESSMENTS
- FAMILY HISTORY
- FUNCTIONAL STATUS
- MENTAL STATUS
- PROBLEMS
- RESULTS
- TREATMENT PLAN
- HOSPITAL COURSE
- IMMUNIZATIONS
- MEDICATIONS
- SOCIAL HISTORY
- VITAL SIGNS
- PROCEDURES
- GOALS
- HEALTH CONCERNS
- MEDICAL EQUIPMENT
- ENCOUNTERS
- HOSPITAL DISCHARGE INSTRUCTION
- HISTORY AND PHYSICAL NOTE
- CONSULTATION NOTE
- DISCHARGE SUMMARY NOTE
- PROGRESS NOTE
- LABORATORY NARRATIVE NOTE
- PATHOLOGY NARRATIVE NOTE
- IMAGING NARRATIVE NOTE
- CARE TEAM
- NURSE NOTE
- PHYSICIAN NOTE


# ALLERGIES AND ADVERSE REACTIONS

ALLERGIES AND ADVERSE REACTIONS

| Code | System | Allergy Substance | Adverse Reaction Date | Reaction (Severity) | Comment | Status | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|
| 7984 | RXNorm | PENICILLIN | | Rash<br>Adverse reaction to substance | itching | active | PATIENT | ARKPPC on February 7, 2025 3:40:18 PM UTC |
| | | LATEX | | Rash | | active | PATIENT ALLERGY SOURCE | ARKMSJ2 on February 13, 2025 1:12:10 PM UTC |

# ASSESSMENTS

Pain of right hip joint ;

# FAMILY HISTORY

### FAMILY HISTORY

No Family History Information Available

# FUNCTIONAL STATUS

### FUNCTIONAL STATUS

Functional Status information is not available.

# MENTAL STATUS

### MENTAL STATUS

Mental Status information is not available.

# PROBLEMS

### PATIENT PROBLEMS

| Code | Description/Comments | Category | Status | Updated By |
|---|---|---|---|---|
| 316921000119102 | Pain of right hip joint | | active | ARKNJB2 on February 13, 2025 12:39:48 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

# RESULTS

Patient: MORGASON MICHAEL

Date of birth

Medical Record Number: 136930

## LABORATORY RESULTS

ORDER 200: HEMOGLOBIN (LOINC: 4546-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 16.5 g/dl | 12.0 g/dl - 18.0 g/dl | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

ORDER 300: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 45.6 % | 36.0 % - 54.0 % | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

MM.LIN.1532

Patient Name: MICHAEL MORGASON
Date of Birth

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

ORDER 400: ELECTROLYTE PANEL (LOINC: 55231-5)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2947-0 | Sodium [Moles/volume] in Blood | N | 143 mmol/L | 136 mmol/L - 145 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 6298-4 | Potassium [Moles/volume] in Blood | N | 4.1 mmol/L | 3.5 mmol/L - 5.1 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 2075-0 | Chloride [Moles/volume] in Serum or Plasma | N | 106 mmol/L | 98 mmol/L - 107 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 19229-4 | Bicarbonate [Moles/volume] in Mixed venous blood | N | 30.5 mEq/L | 21.0 mEq/L - 32.0 mEq/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 500: CREATININE SERUM (LOINC: 2160-0)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

MM.LIN.1533

Patient Name: MICHAEL MORGASON
Date of Birth:

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2160-0 | Creatinine [Mass/volume] in Serum or Plasma | N | 1.1 mg/dl | 0.6 mg/dl - 1.3 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 66615-6 | Estimated or measured glomerular filtration rate less than 50 percent [- Reported] | N | 74 | | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 600: BUN SERUM (LOINC: 14937-7)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 14937-7 | Urea nitrogen [Moles/volume] in Serum or Plasma | N | 17 mg/dl | 7 mg/dl - 18 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 700: GLUCOSE BLOOD (LOINC: 15074-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 15074-8 | Glucose [Moles/volume] in Blood | H | 110 mg/dl | 74 mg/dl - 106 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 1001: HEMOGLOBIN (LOINC: 4546-

MM.LIN.1534

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 13.2 g/dl | 12.0 g/dl - 18.0 g/dl | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

ORDER 1101: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 37.1 % | 36.0 % - 54.0 % | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

## LABORATORY NARRATIVE RESULTS

Information is not available

## RADIOLOGY RESULTS

ORDER 1300: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 8:29:15 AM UTC (TECH: BENOIST LOGAN M)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
---------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001300
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 12:40 PM

COMPARISON: None.

HISTORY: post op

FINDINGS:
There are post surgical changes from right total hip arthroplasty.
Hardware is intact. There is no acute fracture. There is air in the
surrounding soft tissues.

IMPRESSION:
Status post right total hip arthroplasty without acute complication.

Signed by Logan M Benoist, MD 2/13/2025 2:32 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001300

ORDER 1500: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 11:40:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:14:46 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL

5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
--------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001500
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 5:47 PM

COMPARISON: None.

HISTORY: FALL

FINDINGS:
Right total hip arthroplasty. No acute fracture or loosening. Soft tissue edema and emphysema.

IMPRESSION:
Right total hip arthroplasty. No acute fracture or loosening.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001500

ORDER 1700: XR KNEE 1 OR 2 VIEWS RIGHT (LOINC: 47375-1)
ORDER DATE: February 14, 2025 1:46:00 AM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:42:54 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
--------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001700
MRN:136930
DOB
STUDY DATE:2025-02-13
STUDY DESC:XR KNEE 1 OR 2 VIEWS RIGHT
PROCEDURE: Two view right knee

Patient Name: MICHAEL MORGASON
Date of Birth: I

DATE: 2/13/2025 8:10 PM

COMPARISON: None.

HISTORY: fall

FINDINGS:
There is anatomic alignment of the right knee. Negative for acute fracture or dislocation. Small knee joint effusion.

IMPRESSION:
1. No acute fracture or dislocation.
2. Small knee joint effusion.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001700

### PATHOLOGY NARRATIVE RESULTS

Information is not available

### MICROBIOLOGY RESULTS

No Micro Labs/Results Exist for Patient

### BLOOD ADMIN RESULTS

Information is not available

# TREATMENT PLAN

DISCHARGE MEDICATIONS

| Status | RXNORM | Medication | Dose | Route | Frequency | Dates | Comments | Updated By |
|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | GABAPENTIN 600 MG | 600 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | BACLOFEN 10 MG | 10 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | ATORVASTATIN 40 MG *NF* | 40 MG | ORAL | AT BEDTIME | Prescribed: February 14, 7075 17:16:37 AM UTC | | ARKGSE2 on February 14, 7075 12:16:37 AM UTC |

MM.LIN.1538

PATIENT OPEN ORDERS

| Code | System | Description | Frequency | Occurrences | Priority | Start Date | Ordering Physician | Updated By |
|---|---|---|---|---|---|---|---|---|
| PT ORDER | MEDHOST | PHYSICAL THERAPY EVAL/TREAT | DAILY | 0 | Routine | February 13, 2025 1:04:00 PM UTC | JENKINS GRACE JONES | ARKGJJ on February 13, 2025 1:06:00 PM UTC |

SCHEDULED PROCEDURES

| Code | System | Description | Status | Scheduled Date | Updated By |
|---|---|---|---|---|---|
| Patient scheduled procedure information is not available. | | | | | |

# HOSPITAL COURSE

### HOSPITAL COURSE

Information is not available

# IMMUNIZATIONS

### PATIENT IMMUNIZATIONS

| Code | System | Vaccine Name | Consent | Reactions | Comments | Administered By | Route | Site | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| Information is not available | | | | | | | | | |

# MEDICATIONS

### HOME MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | CAA | ARKPAB on February 14, 2025 2:02:39 PM UTC |
| Active | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | | CAA | ARKPAB on February 14, 2025 2:02:27 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | CAA | ARKPAB on February 14, 2025 2:02:32 PM UTC |

DISCHARGE MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

INPATIENT MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 11:00:00 AM UTC End: February 13, 2025 11:00:00 AM UTC | | HEFLEY JR WILLIAM F | ARKPPC on February 7, 2025 3:40:00 PM UTC |
| Discontinued | 847630 | 00338011704 | LACTATED RINGERS SOLN | 1000.0 ML | INTRAVENOUS | CONT | 25.0 ML/HR | Start: February 13, 2025 11:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | WRIGHT JOHN WILLIAM | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 100.0 | INTRAVENOUS | PRE-OP | | Start: | | HEFLEY JR | ARKNJB2 on |

MM.LIN.1540

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | MEDICATION X 1 DOSE ONLY | | February 13, 2025 12:48:00 PM UTC End: February 13, 2025 1:06:18 PM UTC | | WILLIAM F | February 13, 2025 1:06:00 PM UTC |
| Discontinued | | 00904693186 | POLYETHYLENE GLYCOL PACK 17 GM PACK | 1.0 PKT | ORAL | DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1115005 | 63739047802 | DOCUSATE SODIUM 100 MG CAPS | 100.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143976275 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 11:04:00 PM UTC End: February 13, 2025 11:04:00 PM UTC | | JENKINS GRACE JONES | ARKMEM4 on February 13, 2025 10:12:00 PM UTC |
| Discontinued | 198335 | 42292002808 | SULFAMETHOX-TRIMETH DS 800-160 MG TABS | 1.0 TAB | ORAL | TWICE DAILY | | Start: February 14, 2025 12:16:37 AM UTC End: February | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

MM.LIN.1541

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14, 2025 12:16:37 AM UTC | | | |
| Discontinued | | 66553000201 | Aspirin 81 MG CHEWABLE TAB CHEW | 81.0 MG | ORAL | GIVE AT 2100 | | Start: February 14, 2025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 310273 | 00904719361 | FAMOTIDINE 20 MG TABS | 20.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 311277 | 00904666245 | LANSOPRAZOLE 30 MG CPDR | 30.0 MG | ORAL | GIVE AT 0630 DAILY | | Start: February 14, 2025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1807639 | 00338004904 | SODIUM CHLORIDE 0.9% IV SOLN % 1000 ML SOLN | 1000.0 ML | INTRAVENOUS | CONT | 50.0 ML/HR | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 854876 | 00904608261 | ZOLPIDEM 5 MG TABS | 5.0 MG | ORAL | AT BEDTIME AS NEEDED FOR | | Start: February | | JENKINS GRACE | RX0P23 on February 15, |

MM.LIN.1542

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SLEEP | | 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JONES | 2025 4:30:00 AM UTC |
| Discontinued | | 00121176230 | ALUM & MAG + SIMETHICONE 30 ML CUP LIQD | 30.0 ML | ORAL | 4 TIMES A DAY AS NEEDED FOR INDIGESTION | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 104894 | 68462015713 | ONDANSETRON 4 MG ORALLY DISINTEGRATING TBDP | 4.0 MG | ORAL | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049630 | 68094001861 | DIPHENHYDRAMINE HCL 25 MG TABS | 25.0 MG | ORAL | EVERY 6 HOURS PRN ITCHING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

MM.LIN.1543

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 12:16:37 AM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 8:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1101849 | 78112001103 | PHENOL ORAL SPRAY (CHERRY) 1.4% 117 ML LIQD | 1.0 SPY | ORAL | AS NEEDED FOR SORE THROAT | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | Q6H | | Start: February 13, 2025 6:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 835603 | 00904749661 | TRAMADOL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN MILD PAIN. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 |

MM.LIN.1544

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | | AM UTC |
| Discontinued | 854142 | 24510005010 | TAPENTADOL HCL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 5.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 10.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:21 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

MM.LIN.1545

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:17 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:19 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1666798 | 00641678175 | MIDA7OLAM 1mg/ml 2ml VIAL SOLN | 1.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:14:70 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:14:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:12 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.1 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 3:13:14 PM UTC | | | |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:09 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 1000.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:06 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1547

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/MI -4 MI SOI N | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/ML -4 ML SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13. 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13. 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13. 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1548

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml SOLN | 2.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml | 2.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: | | WRIGHT | ARKLAF2 on |

MM.LIN.1549

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SOLN | | | | | February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | JOHN WILLIAM | February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1550

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13. 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February | | WRIGHT JOHN | ARKLAF2 on February 13, |

MM.LIN.1551

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WILLIAM | 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1552

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6:16:51 PM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 |

MM.LIN.1553

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | | PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1554

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1555

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 6:16:46 PM UTC | | | |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1556

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 310433 | 00904682361 | GABAPENTIN 600 MG TABS | 600.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 197391 | 00172409660 | BACLOFEN 10 MG TABS | 10.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* TABS | 40.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 160.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |

MM.LIN.1557

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 14, 2025 4:30:16 AM UTC | | | |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 300.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665682 | 63323016214 | KETOROLAC 60 MG/2ML SOLN | 60.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 | INTRAMUSCULAR | INTRA-OPERATIVE | | Start: | | HEFLEY JR | RX0P21 on |

MM.LIN.1558

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | X 1 DOSE | | February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | WILLIAM F | February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 60.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 20.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 150.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 80.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:03:00 PM UTC | | | |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | | ONE DOSE ONLY | | Start: February | | HEFLEY JR WILLIAM F | INTERFACED on February |

MM.LIN.1560

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | | 13, 2025 2:27:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:28:00 PM UTC |
| Discontinued | 1673243 | 00409420801 | MARCAINE/EPINEPHRINE PF 0.5% -1:200000 SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |
| Discontinued | 2178759 | 00409115919 | BUPIVACAINE PF 0.25% 30 ML SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |

MM.LIN.1561

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5:04:00 PM UTC | | | |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:49:00 PM UTC |
| Discontinued | 1798389 | 63739095325 | HEPARIN (PORK) 5000 UNITS /ML -1ML SOLN | 5000.0 UNT | | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13. 7025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | | XXXXXXX0131 | ROCURONIUM SYRINGE 10 MG/ML PR | 50.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:33:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13. 2025 8:35:00 PM UTC |
| Discontinued | 1808224 | 43598026520 | PROPOFOL 200 MG/20ML EMUL | 200.0 MG | INTRAVENOUS | ONE DOSE ONLY | 8.333 MG/HR | Start: February 13, 2025 | | HEFLEY JR WILLIAM F | ARKYNT on February 13. 2025 8:35:00 |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 8:34:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | | PM UTC |
| Discontinued | | 42023026905 | PREVDUO 3-0.6 MG/3ML SOSY | 3.0 ML | INTRAVENOUS | ONE DOSE ONLY | 0.125 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKVNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | | XXXXXXX0113 | SUCCINYLCHOLINE SYR 200 MG/10M | 200.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKVNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1737761 | 63323020805 | LIDOCAINE HCL (CARDIAC) PF 100 | 5.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | 0.208 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKVNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1812079 | 70069002101 | DEXAMETHASONE SOD PHOSPHATE PF | 10.0 MG | INTRAVENOUS | ONE DOSE ONLY | 0.417 MG/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 | | HEFLEY JR WILLIAM F | ARKVNT on February 13, 2025 8:35:00 PM UTC |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 14, 2025 12:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | ONE UNSCHEDULED | | Start: February 14, 2025 4:55:00 AM UTC End: February 14, 2025 5:22:10 AM UTC | | REEDER BLAKELY SCOTT | ARKCLH on February 14, 2025 5:22:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 14, 2025 10:30:00 AM UTC End: February 14, 2025 10:30:00 AM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 14, 2025 7:25:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | TWICE DAILY | | Start: February 14, 2025 3:33:00 PM UTC End: February 14, 2025 8:40:00 PM UTC | | SIRAK BRIAN L | RX0P23 on February 15, 2025 4:30:00 AM UTC |

## SOCIAL HISTORY

Patient Name: MICHAEL MORGASON
Date of Birth:

### SOCIAL HISTORY

| SNOMED-CT | Social History Element | Description | Effective Dates | Offered Cessation | Comment | UpdatedBy |
|---|---|---|---|---|---|---|
| 266927001 | Smoking Status | Unknown If Ever Smoked | | | | |

### SOCIAL HISTORY - Birth Gender

Birth Sex: Male

### SOCIAL HISTORY - Pregnancy Status

Pregnant: Pregnancy status information is not available

Pregnancy Intention in Next Year: Pregnancy intention information is not available

### SOCIAL HISTORY - Sexual Behavior

| Sexual Orientation | | Gender Identity | | | | | |
|---|---|---|---|---|---|---|---|
| SNOMED-CT | Description | SNOMED-CT | Description | Activity Level | No of Partners | Partner Type | UpdatedBy |

Information is not available

# VITAL SIGNS

### PATIENT VITAL SIGNS

This section displays the most recent value for each vital sign as of February 20, 2025 12:16:41 AM UTC

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 8302-2 | Body height | February 13, 2025 12:39:13 PM UTC | 177.8 cm (70.0 in) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 39156-5 | Body mass index (BMI) [Ratio] | February 13, 2025 12:39:13 PM UTC | 23.099 kg/m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 3140-1 | Body Surface Area Derived From Formula | February 13, 2025 12:39:13 PM UTC | 1.9035 m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8310-5 | Body temperature | February 14, 2025 8:40:00 PM UTC | 98.0 [degF] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 29463-7 | Body weight Measured | February 13, 2025 12:39:13 PM UTC | 73.028 kg (161.0 lb) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8462-4 | Diastolic blood pressure | February 14, 2025 8:40:00 PM UTC | 63.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8867-4 | Heart rate | February 14, 2025 8:40:00 PM UTC | 75 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 59408-5 | Oxygen saturation in Arterial blood by Pulse oximetry | February 14, 2025 8:40:00 PM UTC | 98.0 % | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 72514-3 | Pain severity - 0-10 verbal numeric rating [Score] - Reported | February 14, 2025 8:40:00 PM UTC | 4.0 {score} | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 9279-1 | Respiratory rate | February 14, 2025 8:40:00 PM UTC | 14 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8480-6 | Systolic blood pressure | February 14, 2025 8:40:00 PM UTC | 142.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |

### PEDIATRIC GROWTH CHART - VITAL SIGNS

This section displays Head Circumference Percentile, Weight for Length Percentile and BMI Percentile

| Loinc Code | Pediatric Measure | Age (Months) | Result | Updated By |
|---|---|---|---|---|
| No Pediatric Growth Chart Percentile Information Available. | | | | |

# PROCEDURES

### PATIENT PROCEDURES

Procedure information is not available.

### PROCEDURE NOTE

| | |
|---|---|
| Note Title | Anesthesia Procedure Note |
| Date Of Service | February 13, 2025 3:06:39 PM UTC |
| Created By | ARKJWW on February 13, 2025 3:06:39 PM UTC |
| Signed By | ARKJWW on February 13, 2025 3:13:03 PM UTC |

ASH Demographics

Morgason Michael Jul-31-1970 54y Male Feb-13-2025 HEFLEY JR WILLIAM F MD

Anesthesia Procedure Note

Right fascia ileaca block. US, 21 ga Pajunk, Supine, lateral in-plane approach. Fascia identified and pierced. 50 cc 0.375% bupiv w/ epi 1/400 k. with neg aspiration q 5cc. NAC

Electronically signed by WRIGHT JOHN WILLIAM MD on Feb-13-2025 0913

# GOALS

### PATIENT GOALS

| Goal | Assigned Date | Updated By |
|---|---|---|
| NURSING STAFF WILL IMPLEMENT INTERVENTIONS POST PATIENT FALL | February 14, 2025 | ARKKMC on February 14, 2025 1:14:36 AM UTC |
| WILL REMAIN FREE FROM INFECTION | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:43 PM UTC |
| WILL HAVE NO SIGNS OF INFECTION RELATED TO IV | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:46 PM UTC |

# HEALTH CONCERNS

### Problems

| Concern | Status |
|---|---|
| Health Concern problem information not available. | |

### Smoking Status

| Status | Years Used | Consumed packs per day |
|---|---|---|
| Health Concern smoking history information not available. | | |

### Family History

| Concern | Status |
|---|---|
| Health Concern family history information not available. | |

# MEDICAL EQUIPMENT

### MEDICAL EQUIPMENT

| Device | Status | Quantity | Dates | Procedure | Comments | Updated By |
|---|---|---|---|---|---|---|
| Information not available. | | | | | | |

# ENCOUNTERS

### ENCOUNTER INFORMATION

| | | |
|---|---|---|
| Reason for Visit | RIGHT HIP | |
| Admission | February 13, 2025 11:52:00 AM UTC | ARKANSAS SURGICAL HOSPITAL<br>5201 NORTHSHORE DRIVE |

N LITTLE ROCK AR 72118-5312

| | | |
|---|---|---|
| Discharge | February 14, 2025 8:40:00 PM UTC | DISCHARGED HOME/SELF CARE |

### ENCOUNTER DIAGNOSES

Notes information is not available.

| Code | System | Diagnosis | Onset Date |
|---|---|---|---|

Diagnosis information is not available.

### ABSTRACT DIAGNOSES

| Code | System | Diagnosis | Updated By |
|---|---|---|---|
| M16.11 | ICD10 | UNIIATERAI PRIMARY OSTFOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M25.751 | ICD10 | OSTEOPHYTE, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| E78.5 | ICD10 | HYPERLIPIDEMIA, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| G62.9 | ICD10 | POLYNEUROPATHY, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| F17.210 | ICD10 | NICOTINE DEPENDENCE, CIGARETTES, UNCOMPLICATED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z88.0 | ICD10 | ALLERGY STATUS TO PENICILLIN | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z91.040 | ICD10 | LATEX ALLERGY STATUS | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z79.899 | ICD10 | OTHER LONG TERM (CURRENT) DRUG THERAPY | ARKSCG on February 20, 2025 12:15:11 AM UTC |

### CARE TEAM

| Care Team Member | Role |
|---|---|
| WILLIAM HEFLEY | Admitting |
| WILLIAM HEFLEY | Surgeon |
| WILLIAM HEFLEY | Primary Attending |

# HOSPITAL DISCHARGE INSTRUCTION

## DISCHARGE INSTRUCTION

| | |
|---|---|
| Encounter | 554643 |
| Admit Date | February 13, 2025 11:52:00 AM UTC |
| Discharge Date | February 14, 2025 8:40:00 PM UTC |

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

These instructions will include:

Bathing / Showering instructions
Dressing Changes and Incision care
Medication and Side Effects information
Activity / Body Movement information
Equipment instructions

Seek medical care if:

Difficulty breathing
Wound is red, swollen, or has become increasingly painful
Pus draining from incision/wound
Bad smell coming from incision/wound
Persistent bleeding from incision/wound
Incision/wound breaks open after sutures (stitches) or staples have been removed
Fever 101 or greater
Rash develops
Pain or swelling in calf or thigh
Chest pain
Range of motion in your surgical area/extremity is decreasing rather than increasing
Persistent nausea or vomiting

IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.
YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.
TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455
If you need assistance finding another health care provider, call the number on your health insurance card.
Document Released: 6/21/2022 Document Revised: 7/15/2022

# HISTORY AND PHYSICAL NOTE

### HISTORY AND PHYSICAL NOTE

History and physical note information is not available

# CONSULTATION NOTE

### CONSULTATION NOTE

Consultation note information is not available

# DISCHARGE SUMMARY NOTE

### DISCHARGE SUMMARY NOTE

Discharge Summary note information is not available

# PROGRESS NOTE

### PROGRESS NOTE

| | |
|---|---|
| Note Title | DC Planning Evaluation & Order |
| Date Of Service | February 14, 2025 5:01:31 PM UTC |
| Created By | ARKSLT on February 14, 2025 5:01:31 PM UTC |
| Signed By | ARKSLT on February 14, 2025 5:02:11 PM UTC |

D/C Demographics

Morgason Michael 54y Male Jul-31-1970 White Feb-13-2025 HEFLEY JR WILLIAM F MD 5 ft 10 in (177.8 cm) 161 lb (73.028 kg) 1.9035 (23.099)

DME HOME USE

Rolling Walker, Patient requires rolling walker for safe ambulation; cane is NOT suffient (RTHA )

DVT PROPHYLAXIS ORDER/ASSESSMENT (HCPC E0676)

Z96.641 Right THA (RTHA ), Date of surgery (02/13/25 ), Duration of Treatment: 14 days, In my evaluation of this patient, I have noted a higher risk of developing VTE due to the type of surgery performed combined with other risk

factors. I have prescribed and certified that the device selected above is medically necessary for the treatment of my patients care.

Electronically signed by SCHARLOTTE TYLER UC on Feb-14-2025 1102

| | |
|---|---|
| Note Title | Dr. Hefley Progress Notes |
| Date Of Service | February 14, 2025 2:42:47 PM UTC |
| Created By | ARKGJJ on February 14, 2025 2:42:47 PM UTC |
| Signed By | ARKWFH on February 14, 2025 9:18:47 PM UTC |

Vital Signs

Feb-14-2025 0326
T 97.4 HR 58 RR 18 BP 101 / 59 O2Sat 94 PAIN 4

Lab Results

Feb-14-2025 0259
Hematology
HGB 13.2 HCT 37.1

Dr. Hefley Subjective

Patient is comfortable, No new complaints

Dr. Hefley Objective

Dressing/Splint is clean, dry, & intact, Compartments Supple, Calves soft/non-tender, Sensory intact, Brisk capillary, EHL/FHL 5/5
Dr. Hefley Diagnoses & Plan

POD # (1 R THR), Mobilize with PT (wbat), Continue DVT prophylaxis (asa), Discharge planning (home today)

patient fell going to bathroom yesterday evening. XR are negative. no increased pain. wound is healthy.

Electronically signed by JENKINS GRACE JONES PA on Feb-14-2025 0844

I hereby attest the note that was written on this patient accurately reflects the notations made when patient was examined.
Electronically signed by HEFLEY JR WILLIAM F MD on Feb-14-2025 1518

Patient Name: MICHAEL MORGASON
Date of Birth:

# LABORATORY NARRATIVE NOTE

**LABORATORY NARRATIVE NOTE**

Laboratory Narrative note information is not available

# PATHOLOGY NARRATIVE NOTE

**PATHOLOGY NARRATIVE NOTE**

Pathology Narrative note information is not available

# IMAGING NARRATIVE NOTE

**IMAGING NARRATIVE NOTE**

Imaging Narrative note information is not available

# CARE TEAM

CARE TEAM

| Member | Role on Team | Status | Start Date | End Date | Updated By |
|---|---|---|---|---|---|
| HEFLEY JR WILLIAM F MD | Surgeon | normal | February 13, 2025 4:11:00 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Attending | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Admitting | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |

# NURSE NOTE

**NURSE NOTE**

Nurse note information is not available

# PHYSICIAN NOTE

**PHYSICIAN NOTE**

Patient Name: MICHAEL MORGASON
Date of Birth:

Physician note information is not available

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PROCEDURE(S)
02/13/2025
Procedure Date:
Room:
OR Room 03
Scheduled Procedure
Surgeon
TOTAL HIP ARTHROPLASTY- RIGHT TOTAL HIP REPLACEMENT
HEFLEY,WILLIAM F.,MD
Actual Procedure Performed
RT THA
Description
Code
Code
27130
Arthroplasty, acetabular and proximal femoral prosthetic replacement (total hip arthroplasty), with or without autograft or allograft
CPT
27132
Conversion of previous hip surgery to total hip arthroplasty, with or without autograft or allograft
CPT
CASE TIMES
Patient in Room:
09:38
Anesthesia Start:
09:38
Surgeon In Room:
10:11
Proc Start Time:
10:13
Surgeon Out of Room:
10:53
Proc End Time:

11:15
Patient Out of Room:
11:21
Anesthesia End:
11:19
PACU Start Time:
11:22
PACU End Time:
CHART CHECK
Before Induction of Anesthesia
ID Band:
Anesthesia and RN Confirm Patient Identity:
Y
Y
HP Completed:
Proc and Proc Site:
Y
Y
Labs Completed:
Site Marked by Provider:
Y
Y
EKG:
Allergies:
Y
Y
Pregnancy Test:
Anesthesia Safety Check Completed:
N/A
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Y
Consents Signed:
Team Members Plan Care, Address Concerns:
Y
Y
Relevant Images Displayed:
Y
Other:
NA
Chart Ready for OR:
Wound Class:
Y
I- Clean
PROCEDURE TYPE:
ELECTIVE

Preop Diagnosis:
OA RIGHT HIP
Sensory Limitation
NOT APPLICABLE
Psycho-Social Assessment
ALERT
CALM
Comments
NA
ANCEF
Antibiotic:
Page 1 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
SITE VERIFICATION
Patient in Room:
TIME OUT FOR PROCEDURE VERIFICATION:
OR Nurse:
09:38
10:10
GUELL, SAM
A. Surgical procedure and surgical site verified verbally with patient/patient designee
B. Patient/parent/designee points ot correct surgical site
C. Patient, procedure and surgical site verified with medical record, consent and surgeon orders
D. Patient, procedure and surgical site verified verbally with surgeon
E. Procedure and surgical site verified verbally with surgical team immediately before incision or start of procedure
F. Surgical site clearly marked with initials by surgeon
VERIFICATION PROCESS:
Site Verification Completed:
Y
CASE START PERSONNEL

Patient in Room:
Surgeon in Room:
09:38
10:11
Anesthesia Start:
Anesthesia Type:
09:38
General Anesthesia
Proc Start Time:
ASA Classification:
10:13
II
In Time
Out Time
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Circulator
GUELL, SAM
Out Time
In Time
Scrub
SPICKES, DANIEL
MOSS, TRNETON M., ST
MATHENY, KYLER
Clinical Role
Anesthesia Staff
WRIGHT, JOHN
ANESTHESIOLOGIST
FULLER, PAULA
CRNA
Name
Role
REP
DEPUY, WALL
Physician Staff
G JENKINS PA
PREP, POSITIONING, CATHETERS
Urinary Catheter:
N
Apply Safety Strap:
Safety Strap Location:
Y
Area Prepped
Skin Prep
Alcohol
HIP, FLANK, AND LEG TO TOES,

Betadine Scrub
HIP, FLANK, AND LEG TO TOES,
Duraprep
HIP, FLANK, AND LEG TO TOES,
Evaluates for signs/symptoms of chemical injury: Y
Evaluates for fire safety precautions: Y
Position for Surgery:
LATERAL LEFT SIDE DO
Evaluates for signs of injury due to positioning: Y
Positioned By
GUELL, SAM
MOSS, TRNETON M., ST
ESTELL, BETH
Positioning/Safety
STUHLBERG
AXILLARY ROLL
ANTERIOR HIP BOARD
ROOM EQUIPMENT
Electrosurgical Unit:
Bipolar:
ELECTROCAUTERY UNIT
Y
N
Blend
Coag
Cut
ESU ID
200
70.00
70.00
Page 2 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Implements measures to prevent electrical injury: Y
Implements thermoregulation measures:
Y
Apply Ground Pad:
Y
Skin Condition Post
Skin Condition Pre
Grounding Pad Site
Abdomen
Dry
Dry
Intact
Intact
THERMOREGULATION
Warming Blanket:
Y
Warm IV Fluid:
Y
Warm Irrigation:
N
Other:
NA
Applied By
Temp Setting
Blanket #
250
43
FULLER, PAULA
OTHER EQUIPMENT
NA
TIMEOUT CASE START
All confirm ID, Proc, Site, Consents:
Y
Site Marked and Visible:
Y
Allergies:
Y
Correct Position:
Y
Antibiotics Given:
Y
Relevant Images Displayed:
Y
Equipment and Instrument Concerns:
Implants Available:

N/A
Other Safety Precautions:
N/A
Comment:
NA
All Team Members Concur:
Y
Was the family notified of procedure start time:
N
Comment:
NA
TOURNIQUET, RADIOLOGY, BLOOD
Tourniquet: N/A
Implements plans to prevent mechanical skin injury: N/A
X-RAY: N/A
Implements measures to prevent radiation injury: N/A
Blood Needed?
Implents plans to prevent mechanical skin injury:
N/A
N
SPECIMENS
Specimens?
Manages specimen handling and disposition:
N/A
N
Implants?
Y
Is the patient receiving Transexamic Acid?
Y
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Is the patient colorblind?
N
Enter serum creatinine:
1.1
Does the patient have a history of seizures?
N
If yes, did you DC the order and notify MD?
N/A
Was Heparin given during the procedure?
Y
COUNTS, DRAINS, DRESSINGS
COUNTS
Performs Required Counts:
Y

Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Count Type
Instr
Sharps
Proc #
Other
Staff 1
Staff 2
Count Comments
Sponges
1ST
Initial count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Second count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Final count
Correct
Correct
Correct
Correct
GUELL, SAM

SPICKES, DANIEL
ACTIONS TAKEN IF COUNTS INCORRECT

Count Comments
Reopened
Surgical Site
X-Ray
Taken
Searched
Room

Recount

Notified By
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Charge Nurse
Notified
Surgeon
Notified
N/A
Drains/Tubes:
N
Drain Type:
Drain Site:
Dressings?
SOFT, ABD PILLOW
Dressing Type:
Y
POST PROCEDURE
Post Procedure Peripheral Pulse Assessment:
Post Procedure Skin
DRY
WARM
Urinary Catheter:
N
Drains/Tubes:
N
Dressings:
Y
Post Procedure Patient Status
ASLEEP
AROUSABLE
Using SBAR format, patient handed off to:
FRYAR, LYNETTE
Discharge disposition:

PACU
Transferred By:
DRAW SHEET
OR PERSONNEL
ROLLER BOARD
Page 4 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PNDS OUTCOMES
Username
Outcome
Comment
Outcome
Status
Response
Message
Text
Intervention
Title
Outcome
Title
Outcome ID
O3
The patient is free from signs and symptoms of chemical injury.
Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
Implements plans to prevent chemical skin injury:
MET
SGUELL
Verifies allergies (I123).
Verifies allergies:
Implements latex allergy precautions as needed (I139).
Implements latex allergy precautions as needed:
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Applies chemical hemostatic agents (RNFA) (I140).
Applies chemical hemostatic agents (RNFA):
Evaluates for signs and symptoms of chemical injury (I36).
Evaluates for signs/symptoms of chemical injury:
Y
O9
The patient receives appropriate medication(s), safely administered during the perioperative period.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Prescribes medications within scope of practice (RNFA) (I141).
Prescribes meds within scope of practice (RNFA):
Administers prescribed medications and solutions (I8).
Administers prescribed meds and solutions:
Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).
Administers prescribed antibiotic/immuniz. agents:
Evaluates response to medications (I51).
Evaluates response to meds:
O19
The patient demonstrates knowledge of medication management.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Assesses psychosocial issues specific to the patient's medication management (I17).
Assesses psychosocial issues (ptt med mgmt):
Provides instruction about prescribed medications (I104)
Provides instruction about prescribed medications:

554643
O19
The patient demonstrates knowledge of medication management.
Evaluates response to instruction about prescribed medications (I48).
Evaluates resp to prescribed meds instruction:
N/A
SGUELL

Printed: 02/14/2025 3:00 pm

Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Arkansas Surgical Hospital

PATIENT NAME: MORGASON, MICHAEL
HOSPITAL NUMBER: 136930
DATE OF BIRTH:
PHYSICIAN: William F. Hefley, Jr., M.D.
DATE OF PROCEDURE: 2/13/2025

PREOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

POSTOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

OPERATIVE PROCEDURE:
Right total hip replacement arthroplasty using DePuy implants.

SURGEON:
William F. Hefley, Jr, M.D.

ASSISTANT:
Gracie Jenkins, PA-C.

ANESTHESIA:
General.

SURGERY START TIME:
10:13

COCKTAIL:
In a sterile bowl, we mixed 4 mL (160 mg) of gentamicin, 4 mL (400 mg) of Rocephin, 1 g of TXA, and 50 mL of normal saline for a total of 60 mL.

After the final acetabular reaming, I injected 20 mL of the above cocktail over the acetabulum prior to cup insertion. After the final femoral broach, I injected 20 mL of the above cocktail into the femoral canal prior to stem insertion. After the fascia closure, I injected the final 20 mL of the above cocktail along with 30 mL of 0.5% ropivacaine, 20 mL (60 mg) of Toradol, and 20 mL of normal saline into the joint. I injected 15 mL of 0.5% ropivacaine into the subcutaneous layer prior to skin closure.

BETADINE SOAK:
After the implants were in, the wound was filled with a dilute Betadine solution and moved repeatedly through a range of motion. The solution was suctioned and

replaced a few times and then the hip was lavaged and Betadine removed.

DESCRIPTION OF PROCEDURE:
After satisfactory general anesthesia was obtained, the patient was placed in the right lateral decubitus position on the operating table, stabilized with Stulberg and padded well. Perineum was isolated with an impervious U-drape. Right hip and lower extremity was formally prepped and draped in the usual sterile fashion. I made a 4-inch incision over the anterolateral hip. Fascia lata was divided. Abductors were retracted. Hip capsule was opened in a T-fashion. The hip was dislocated anteriorly. I measured up from the lesser trochanter with a ruler and made the medial neck resection at the templated level with an oscillating saw. I completed the lateral neck resection with a reciprocating saw. I did serial reaming of the acetabulum and impacted a 54 Emphasys cup oriented at 40 degrees opening and 20 degrees of anteversion. Two screws were placed in the ilium with good purchase. Labrum and osteophytes were debrided about the rim. Serial broaching was done of the femur and I impacted a size 40 neutral AOX liner. Trial reductions were done. The trunnion was cleaned. I impacted a 7 standard offset ACTIS stem, 40 ceramic head plus 5 mm neck length. The wound was lavaged well. The hip was reduced and was stable with full range of motion, no impingement. Soft tissue tension was appropriate. Anterior hip capsule was closed with #2 TiCron. The wound was closed in layers. A sterile bandage was applied.

Electronically signed by William F.
Hefley, Jr., M.D. at 2/17/2025 12:33 PM
WFH/ELI
D: 2/13/2025 3:37:13 PM
T: 2/13/2025
File #: 326178005

Elsevier Interr ve Patient Educa' - ID# 0554643 - ' ?# 000136930

Arkansas Surgical
HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

# Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

**These instructions will include:**

- **Bathing / Showering instructions**
- **Dressing Changes and Incision care**
- **Medication and Side Effects information**
- **Activity / Body Movement information**
- **Equipment instructions**

**Seek medical care if:**

- **Difficulty breathing**
- **Wound is red, swollen, or has become increasingly painful**
- **Pus draining from incision/wound**
- **Bad smell coming from incision/wound**
- **Persistent bleeding from incision/wound**
- **Incision/wound breaks open after sutures (stitches) or staples have been removed**
- **Fever 101 or greater**
- **Rash develops**
- **Pain or swelling in calf or thigh**
- **Chest pain**
- **Range of motion in your surgical area/extremity is decreasing rather than increasing**
- **Persistent nausea or vomiting**

**IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.**
**YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.**

TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455

**If you need assistance finding another health care provider, call the number on your health insurance card.**



MM.LIN.1588

Elsevier Interactive Patient Education - ID# 0554643 - MR# 000136930

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

**Patient/Visit Information:**

| | |
|---|---|
| Patient Name: MICHAEL MORGASON | Diag: |
| Attending Caregiver: HEFLEY JR WILLIAM F | |

## Drug Summary:

**Take these medications:**

| Status | Drug Name / Strength / Form | Dose | Directions: | Frequency | Amount |
|---|---|---|---|---|---|
| **NEW** | Aspirin 81mg Enteric Coated Tablet | 1 tab | as directed | once a day | 35 |
| | | | | | |
| **Take as previously directed** | ATORVASTATIN 40 MG *NF* 40 MG TABS | 40 mg | | at bedtime | 0 |
| **Take as previously directed** | Gabapentin 600mg Tablet | 600 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | | | | | |
| **Take as previously directed** | Baclofen 10mg Tablet | 10 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | | | | | |

Drug Allergies: None Entered

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**

 ©2025 Elsevier Inc. 2/14/2025 8:05:48 AM

MM.LIN.1590

ORTHO SURGEONS
ORTHOSURGEONS.COM

# INSTRUCTIONS FOR PATIENTS FOLLOWING TOTAL HIP REPLACEMENT ARTHROPLASTY

Here are a few suggestions that I believe will make your hip rehabilitation a success:

1) Avoid hip adduction and external rotation.
2) Do not bend over to tie your shoes during the first six weeks.
[redacted]t.
4) When sitting, sit with your knees comfortably apart.
5) For three months, do not sit in very low chairs. You will find that this will require an excessive amount of hip flexion and in the early months may make your hip more sore.
6) Do not lie on either side for the first three weeks following your surgery. You may, however, place two pillows between your knees to turn over into the prone position frequently. Lying on the side places an undue stress on the components and may cause your hip to be sore.
7) It is safe for most people to return to driving three to six weeks following their surgery. A good guide for this is when you have good leg control and can move your extremities from the gas pedal to the brake without significant effort.
8) The use of an elevated commode seat is helpful during the first six weeks following your discharge from the hospital. This will allow you to sit comfortably and be independent for bathroom use very early. As your hip mobility and muscle strength improves, the elevated commode seat be discontinued if you wish.
9) Resumption of sexual intercourse is usually comfortable four to six weeks following discharge from the hospital.
10) Six weeks following your discharge you should start a new exercise which is called side-lying abduction. One lies on the unoperated hip with the operated hip side up. When assuming this position, place two pillows between your knees. The exercise itself is simply straightening the operated leg which should be in line with the body and lifting it toward the ceiling. Your goal should be to do fifteen repetitions per session, with three sessions per day. This may take several weeks before you are able to do this.
11) You may have some aching discomfort in your hip and thigh for the first several weeks following your operation. This discomfort should resolve with rest and if it does not, then you should cease all of your exercises and rest for a day or two until the discomfort does resolve.
12) It is important to remember that prior to any major dental procedure you should be treated with preventative antibiotics provided by your dentist, for a lifetime after surgery.
13) You may begin to shower on day three without covering your incision.
14) REASONS YOU SHOULD NOTIFY MY OFFICE: If you develop a temperature of 101.0 or greater, if you develop pain in the back of the calf of your surgical leg, if you develop chest pain or any shortness of breath, or if you have any excessive bleeding that soaks through your surgical dressing and does not stop with pressure application. After hours please notify the medical exchange at 501-663-6900.

If you have any questions, please feel free to contact my office at 501-663-6455 or 1-800-336-2412, out of town.

W. Scott Bowen, M.D.

William F. Hefley, Jr., M.D.

BNBS Form#1078 (3/17)

MM.LIN.1591

The key to keeping swelling (edema) under control is **ELEVATION**. Elevation of the limb is the most effective way to bring swelling down. You can avoid a lot of discomfort and worry if you *properly* elevate your leg after coming home from the hospital. Some people think that sitting in a recliner chair with the foot rest extended and your foot *elevated* off the floor is enough, but this is not going to be adequate for eliminating your edema. Here is what you need to do to truly elevate a swollen leg, ankle and/or foot:

- You must lay on a flat, comfortable surface (bed or firm sofa)
- A comfortable pillow for your head is recommended
- Create a "ramp" or "pyramid" of pillows, blankets and rolled-up bath towels and prop your lower extremity up on this tower of items
- Ideally, the angle of your leg should be between 35 and 50 degrees
- Your leg should be fully extended with little or no knee bend
- Your foot should be well above the level of your heart
- Remain in this position for 60 minutes then get up and move about, use the bathroom, eat, do your exercises, etc.
- After an hour of being up and around you should then return to the elevated limb position as described above. Elevate your leg as often as visible, significant edema is present.
- Elevating in this fashion once or twice a day in the first week after you come home from the hospital may be enough to keep the swelling from ever getting too severe. But if your swelling seems to be getting worse, then elevating several times a day for a few days may be necessary to bring all of the swelling under control.

If swelling in the lower leg does not improve after one to two days of elevation and cold pack applications as described, and if you have pain, tenderness and/or warmth in the calf, call the office and speak with a nurse. These could be signs of a blood clot in your leg or thigh, and a special test needs to be done to determine this.




**Proper method for elevating a swollen lower extremity**

MM.LIN.1592

Bowen Hefley Orthopedics

## Antibiotic Treatment Folowing Total Joint Replacement
## Recommendations from the American Academy of Orthopedic Surgeons

If you are having any type of invasive procedure after a total joint replacement you will need to be pre-medicated. Please call our office and we can make sure you are pre-medicated prior to having any invasive procedure. This is very important to make sure that you do not risk getting an infection in your joint replacement. This only applies to the first year following your joint replacement.

| Procedure | Antimicrobial Agent | Dose | Timing | Duration |
|---|---|---|---|---|
| **Dental** | Cephalexin, cephradine, amoxicillin | 2 gm PO | 1 hour prior to procedure | Discontinued within 24 hours of the procedure. For most outpatient/office-based procedures a single pre-procedure dose is sufficient. |
| **Ophthalmic** | Gentamicin, tobramycin, ciprofloxacin, gatifloxacin, levofloxacin, moxifloxacin, ofloxacin, or meomycin-gramicidin-polymyxin B cefazolin | Multiple drops topically over 2 to 24 hours or 100 mg subconjunctivally | Consult ophthalmologist or pharmacist for dosing regimen | |
| **Orthopedic** | Cefazolin<br>Cefuroxime OR<br>Vancomycin | 1-2 g IV<br>1.5 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Vascular** | Cefazolin OR<br>Vancomyin | 1-2 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Gastrointestinal**<br>Esophageal, gastroduodenal<br>Biliary tract<br>Colorectal | Cefazolin<br>Cefazolin<br>Neomycin + erythromycin base (oral) OR metronidazole (oral) | 1-2 g IV<br>1-2 G IV<br>1 g<br>1 g | Begin dose 60 minutes prior to procedure<br>Dependent on time of procedure, consult with GI physician and/or pharmacist | |
| **Head and neck** | Clindamycin + gentamicin OR<br>cefazolin | 600-900 mg IV<br>1.5 mg/kg IV<br>1-2 g IV | Begin dose 60 minutes prior to procedure | |
| **Obstetric and gynecological** | Cefoxitin, cefazolin<br>Ampicilin/sulbactam | 1-2 g IV<br>3 g IV | Begin dose 60 minutes prior to procedure | |
| **Genitourinary** | Ciprofloxacin | 500 mg PO or<br>400 mg IV | 1 hour prior to procedure<br>Begin dose 60 minutes prior to procedure | |

† If a tourniquet is used the entire dose of antibiotic must be infused prior to its inflation

BNBS #125 (2-10)

Revised: January 2018

MM.LIN.1593

Arkansas Urology

**Little Rock Office**
1300 Centerview Drive
Little Rock, AR 72211
Phone: 501-219-8900
Fax: 501-537-1876

Arkansas Urology, P.A.
1300 Centerview Drive
LITTLE ROCK, AR 72211-4349
Phone: (501) 219-8900, Fax: 855-407-3924

Date: 02/18/2025

Dear Michael Morgason,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: WISCHELLE WILLIAMS, APRN

## Patient Care Summary for Michael Morgason

### Most Recent Encounter

02/18/2025 Wischelle B Williams: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. tel:+1-501-2198900

### Reason for Visit

urinary retention

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note

Assessment:
1. Post op AUR: new problem, inserted 2/13/24 after hip surgery. Hx of retention in 2018, had to be in and out cath and was on tamsulosin for awhile. later a years later, thoracic outlet decompression, he was given tamsulosin a week prior to surgery that helped with retention. no hx of urology. In and out was performed prior to foley insertion, first in an out drained 1100mL, the next day, foley was inserted due to high bladder volume again

reports hx of retention post op in the past but never saw a urologist
reports hx of neuropathy
2. Neuropathy: Chronic, unsure of the cause.
3. Chronic constipation: Worsening now since surgery. He is taking dulcolax and docusate without relief of constipation. (-) n/v

Data:
- UA: foley in place

Plan:
- Reviewed and discussed pt sxs
- Reviewed external medical records, noting 1,100mL drained. Foley removal deemed too early, so it will remain in place until Friday. Patient was instructed on self-removal at home using syringes, with both patient and wife demonstrating understanding. Plan for early morning removal, with follow-up as needed.
- Recommended to avoid developing constipation (have a BM X4/week), increase fiber intake, hydrate adequately (80oz/day)
- add Miralax 17g OTC BID to his dulcolax and docusate. risks, benefits, and procedure discussed.
- Recommend to wean off pain medications
- RTC this Friday in Benton for PVRU, UA, and f/u on retention. BPH w/u and UDS in the near future, as well as PSA

New patient:

I, Wischelle Williams, APRN, am seeing this patient.

I am the scribe for Wischelle Williams, APRN, and I documented sections of this chart. - Brandon Pettigrew

1. Postoperative retention of urine

2. Chronic constipation

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Established Patient 15 | 02/21/2025 2:00PM | Cindy Stone |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

MN.LIN.1595

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | |
| atorvastatin 40 mg tablet | | |
| diclofenac sodium 75 mg tablet,delayed release | | |
| methocarbamol 750 mg tablet<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| oxycodone 5 mg tablet | | |
| sulfamethoxazole 800 mg-trimethoprim 160 mg tablet | | |
| tamsulosin 0.4 mg capsule<br>TAKE 1 CAPSULE BY MOUTH DAILY | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 10 in | 160 lbs | 23 kg/m2 | 125/84 mm[Hg] | 118 bpm |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Latex, Natural Rubber | Itching<br>Rash | | |
| | | Penicillins | Itching<br>Rash | | |
| 11291 | RxNorm | VENOM-WASP | Anaphylaxis | | |
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Constipation | Active | 02/18/2025 | |
| Chronic Constipation | Active | 02/18/2025 | |
| Retention of Urine | Active | 02/18/2025 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 02/13/2025 | Total Hip Arthroplasty<br>Notes: Hip replacement | Information not available |
| 01/01/1992 | Removal of Sperm Duct(s)<br>Notes: Vasectomy | Information not available |

MN.LIN.1596

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Heavy Tobacco Smoker (1 pack per day) |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 02/18/2025 | Postoperative Retention of Urine; Chronic Constipation | Wischelle B Williams, APRN: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. (501) 219-8900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 07/31/1970 | Race: | White |
| Preferred language: | English | Marital status: | Married |
| Contact: | 2623 E 35, Texarkana, AR 71854, Ph. tel:+1-903-4900726 | | |

## Care Team Members

Primary Care Provider

Matthew W Nix MD 3417 U Of Way, Texarkana, AR 71854, Ph. tel:+1-870-7796000

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

March 25, 2025

1-877-843-3950

Lincoln Financial Group
ATTN: Appeals Department
Amber C
Specialist Appeals Claim

Claimant: Michael Morgason
Claim Number:1210046281
Plan Number:00001025317200000
Policyholder: Texarkana Independent School District

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. (See attached Bates Stamped Nos.1529-1597). Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

*Sebastian O'Neal*

Sebastian O'Neal
Medical Records Specialist

Attachment(s)

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |
| | |

| | **Post Submission Appeal 03.25.2025** |
|---|---|
| **A-13** | Arkansas Surgical Hospital<br>Bate Stamped: MM.LIN.1529-1573 |
| **A-14** | Hefley Records<br>Bate Stamped: MM.LIN. 1574-1585 |
| **A-15** | Hefley Surgery Notes<br>Bate Stamped: MM.LIN. 1586-1587 |
| **A-16** | MRM<br>Bate Stamped: MM.LIN. 1588-1593 |
| **A-17** | Arkansas Urology<br>Bate Stamped: MN.LIN. 1594-1597 |

factors. I have prescribed and certified that the device selected above is medically necessary for the treatment of my patients care.

Electronically signed by SCHARLOTTE TYLER UC on Feb-14-2025 1102

| | |
|---|---|
| Note Title | Dr. Hefley Progress Notes |
| Date Of Service | February 14, 2025 2:42:47 PM UTC |
| Created By | ARKGJJ on February 14, 2025 2:42:47 PM UTC |
| Signed By | ARKWFH on February 14, 2025 9:18:47 PM UTC |

Vital Signs

Feb-14-2025 0326
T 97.4 HR 58 RR 18 BP 101 / 59 O2Sat 94 PAIN 4

Lab Results

Feb-14-2025 0259
Hematology
HGB 13.2 HCT 37.1

Dr. Hefley Subjective

Patient is comfortable, No new complaints

Dr. Hefley Objective

Dressing/Splint is clean, dry, & intact, Compartments Supple, Calves soft/non-tender, Sensory intact, Brisk capillary, EHL/FHL 5/5
Dr. Hefley Diagnoses & Plan

POD # (1 R THR), Mobilize with PT (wbat), Continue DVT prophylaxis (asa), Discharge planning (home today)

patient fell going to bathroom yesterday evening. XR are negative. no increased pain. wound is healthy.

Electronically signed by JENKINS GRACE JONES PA on Feb-14-2025 0844

I hereby attest the note that was written on this patient accurately reflects the notations made when patient was examined.
Electronically signed by HEFLEY JR WILLIAM F MD on Feb-14-2025 1518

# LABORATORY NARRATIVE NOTE

#### LABORATORY NARRATIVE NOTE

Laboratory Narrative note information is not available

# PATHOLOGY NARRATIVE NOTE

#### PATHOLOGY NARRATIVE NOTE

Pathology Narrative note information is not available

# IMAGING NARRATIVE NOTE

#### IMAGING NARRATIVE NOTE

Imaging Narrative note information is not available

# CARE TEAM

CARE TEAM

| Member | Role on Team | Status | Start Date | End Date | Updated By |
|---|---|---|---|---|---|
| HEFLEY JR WILLIAM F MD | Surgeon | normal | February 13, 2025 4:11:00 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Attending | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Admitting | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |

# NURSE NOTE

#### NURSE NOTE

Nurse note information is not available

# PHYSICIAN NOTE

#### PHYSICIAN NOTE

Patient Name: MICHAEL MORGASON
Date of Birth:

Physician note information is not available

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PROCEDURE(S)
02/13/2025
Procedure Date:
Room:
OR Room 03
Scheduled Procedure
Surgeon
TOTAL HIP ARTHROPLASTY- RIGHT TOTAL HIP REPLACEMENT
HEFLEY,WILLIAM F.,MD
Actual Procedure Performed
RT THA
Description
Code
Code
27130
Arthroplasty, acetabular and proximal femoral prosthetic replacement (total hip arthroplasty), with or without autograft or allograft
CPT
27132
Conversion of previous hip surgery to total hip arthroplasty, with or without autograft or allograft
CPT
CASE TIMES
Patient in Room:
09:38
Anesthesia Start:
09:38
Surgeon In Room:
10:11
Proc Start Time:
10:13
Surgeon Out of Room:
10:53
Proc End Time:

11:15
Patient Out of Room:
11:21
Anesthesia End:
11:19
PACU Start Time:
11:22
PACU End Time:
CHART CHECK
Before Induction of Anesthesia
ID Band:
Anesthesia and RN Confirm Patient Identity:
Y
Y
HP Completed:
Proc and Proc Site:
Y
Y
Labs Completed:
Site Marked by Provider:
Y
Y
EKG:
Allergies:
Y
Y
Pregnancy Test:
Anesthesia Safety Check Completed:
N/A
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Y
Consents Signed:
Team Members Plan Care, Address Concerns:
Y
Y
Relevant Images Displayed:
Y
Other:
NA
Chart Ready for OR:
Wound Class:
Y
I- Clean
PROCEDURE TYPE:
ELECTIVE

Preop Diagnosis:
OA RIGHT HIP
Sensory Limitation
NOT APPLICABLE
Psycho-Social Assessment
ALERT
CALM
Comments
NA
ANCEF
Antibiotic:
Page 1 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
SITE VERIFICATION
Patient in Room:
TIME OUT FOR PROCEDURE VERIFICATION:
OR Nurse:
09:38
10:10
GUELL, SAM
A. Surgical procedure and surgical site verified verbally with patient/patient designee
B. Patient/parent/designee points ot correct surgical site
C. Patient, procedure and surgical site verified with medical record, consent and surgeon orders
D. Patient, procedure and surgical site verified verbally with surgeon
E. Procedure and surgical site verified verbally with surgical team immediately before incision or start of procedure
F. Surgical site clearly marked with initials by surgeon
VERIFICATION PROCESS:
Site Verification Completed:
Y
CASE START PERSONNEL

Patient in Room:
Surgeon in Room:
09:38
10:11
Anesthesia Start:
Anesthesia Type:
09:38
General Anesthesia
Proc Start Time:
ASA Classification:
10:13
II
In Time
Out Time
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Circulator
GUELL, SAM
Out Time
In Time
Scrub
SPICKES, DANIEL
MOSS, TRNETON M., ST
MATHENY, KYLER
Clinical Role
Anesthesia Staff
WRIGHT, JOHN
ANESTHESIOLOGIST
FULLER, PAULA
CRNA
Name
Role
REP
DEPUY, WALL
Physician Staff
G JENKINS PA
PREP, POSITIONING, CATHETERS
Urinary Catheter:
N
Apply Safety Strap:
Safety Strap Location:
Y
Area Prepped
Skin Prep
Alcohol
HIP, FLANK, AND LEG TO TOES,

Betadine Scrub
HIP, FLANK, AND LEG TO TOES,
Duraprep
HIP, FLANK, AND LEG TO TOES,
Evaluates for signs/symptoms of chemical injury: Y
Evaluates for fire safety precautions: Y
Position for Surgery:
LATERAL LEFT SIDE DO
Evaluates for signs of injury due to positioning: Y
Positioned By
GUELL, SAM
MOSS, TRNETON M., ST
ESTELL, BETH
Positioning/Safety
STUHLBERG
AXILLARY ROLL
ANTERIOR HIP BOARD
ROOM EQUIPMENT
Electrosurgical Unit:
Bipolar:
ELECTROCAUTERY UNIT
Y
N
Blend
Coag
Cut
ESU ID
200
70.00
70.00



Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Implements measures to prevent electrical injury: Y
Implements thermoregulation measures:
Y
Apply Ground Pad:
Y
Skin Condition Post
Skin Condition Pre
Grounding Pad Site
Abdomen
Dry
Dry
Intact
Intact
THERMOREGULATION
Warming Blanket:
Y
Warm IV Fluid:
Y
Warm Irrigation:
N
Other:
NA
Applied By
Temp Setting
Blanket #
250
43
FULLER, PAULA
OTHER EQUIPMENT
NA
TIMEOUT CASE START
All confirm ID, Proc, Site, Consents:
Y
Site Marked and Visible:
Y
Allergies:
Y
Correct Position:
Y
Antibiotics Given:
Y
Relevant Images Displayed:
Y
Equipment and Instrument Concerns:
Implants Available:

N/A
Other Safety Precautions:
N/A
Comment:
NA
All Team Members Concur:
Y
Was the family notified of procedure start time:
N
Comment:
NA
TOURNIQUET, RADIOLOGY, BLOOD
Tourniquet: N/A
Implements plans to prevent mechanical skin injury: N/A
X-RAY: N/A
Implements measures to prevent radiation injury: N/A
Blood Needed?
Implents plans to prevent mechanical skin injury:
N/A
N
SPECIMENS
Specimens?
Manages specimen handling and disposition:
N/A
N
Implants?
Y
Is the patient receiving Transexamic Acid?
Y
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Is the patient colorblind?
N
Enter serum creatinine:
1.1
Does the patient have a history of seizures?
N
If yes, did you DC the order and notify MD?
N/A
Was Heparin given during the procedure?
Y
COUNTS, DRAINS, DRESSINGS
COUNTS
Performs Required Counts:
Y

Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Count Type
Instr
Sharps
Proc #
Other
Staff 1
Staff 2
Count Comments
Sponges
1ST
Initial count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Second count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Final count
Correct
Correct
Correct
Correct
GUELL, SAM

SPICKES, DANIEL
ACTIONS TAKEN IF COUNTS INCORRECT

Count Comments
Reopened
Surgical Site
X-Ray
Taken
Searched
Room

Recount

Notified By
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Charge Nurse
Notified
Surgeon
Notified
N/A
Drains/Tubes:
N
Drain Type:
Drain Site:
Dressings?
SOFT, ABD PILLOW
Dressing Type:
Y
POST PROCEDURE
Post Procedure Peripheral Pulse Assessment:
Post Procedure Skin
DRY
WARM
Urinary Catheter:
N
Drains/Tubes:
N
Dressings:
Y
Post Procedure Patient Status
ASLEEP
AROUSABLE
Using SBAR format, patient handed off to:
FRYAR, LYNETTE
Discharge disposition:

PACU
Transferred By:
DRAW SHEET
OR PERSONNEL
ROLLER BOARD
Page 4 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PNDS OUTCOMES
Username
Outcome
Comment
Outcome
Status
Response
Message
Text
Intervention
Title
Outcome
Title
Outcome ID
O3
The patient is free from signs and symptoms of chemical injury.
Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
Implements plans to prevent chemical skin injury:
MET
SGUELL
Verifies allergies (I123).
Verifies allergies:
Implements latex allergy precautions as needed (I139).
Implements latex allergy precautions as needed:
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

MM.LIN. 1583

Applies chemical hemostatic agents (RNFA) (I140).
Applies chemical hemostatic agents (RNFA):
Evaluates for signs and symptoms of chemical injury (I36).
Evaluates for signs/symptoms of chemical injury:
Y
O9
The patient receives appropriate medication(s), safely administered during the perioperative period.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Prescribes medications within scope of practice (RNFA) (I141).
Prescribes meds within scope of practice (RNFA):
Administers prescribed medications and solutions (I8).
Administers prescribed meds and solutions:
Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).
Administers prescribed antibiotic/immuniz. agents:
Evaluates response to medications (I51).
Evaluates response to meds:
O19
The patient demonstrates knowledge of medication management.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Assesses psychosocial issues specific to the patient's medication management (I17).
Assesses psychosocial issues (ptt med mgmt):
Provides instruction about prescribed medications (I104)
Provides instruction about prescribed medications:
Page 5 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930

554643
O19
The patient demonstrates knowledge of medication management.
Evaluates response to instruction about prescribed medications (I48).
Evaluates resp to prescribed meds instruction:
N/A
SGUELL
Page 6 of 6
Printed: 02/14/2025 3:00 pm

Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Arkansas Surgical Hospital

PATIENT NAME: MORGASON, MICHAEL
HOSPITAL NUMBER: 136930
DATE OF BIRTH:
PHYSICIAN: William F. Hefley, Jr., M.D.
DATE OF PROCEDURE: 2/13/2025

PREOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

POSTOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

OPERATIVE PROCEDURE:
Right total hip replacement arthroplasty using DePuy implants.

SURGEON:
William F. Hefley, Jr, M.D.

ASSISTANT:
Gracie Jenkins, PA-C.

ANESTHESIA:
General.

SURGERY START TIME:
10:13

COCKTAIL:
In a sterile bowl, we mixed 4 mL (160 mg) of gentamicin, 4 mL (400 mg) of Rocephin, 1 g of TXA, and 50 mL of normal saline for a total of 60 mL.

After the final acetabular reaming, I injected 20 mL of the above cocktail over the acetabulum prior to cup insertion. After the final femoral broach, I injected 20 mL of the above cocktail into the femoral canal prior to stem insertion. After the fascia closure, I injected the final 20 mL of the above cocktail along with 30 mL of 0.5% ropivacaine, 20 mL (60 mg) of Toradol, and 20 mL of normal saline into the joint. I injected 15 mL of 0.5% ropivacaine into the subcutaneous layer prior to skin closure.

BETADINE SOAK:
After the implants were in, the wound was filled with a dilute Betadine solution and moved repeatedly through a range of motion. The solution was suctioned and

replaced a few times and then the hip was lavaged and Betadine removed.

DESCRIPTION OF PROCEDURE:
After satisfactory general anesthesia was obtained, the patient was placed in the right lateral decubitus position on the operating table, stabilized with Stulberg and padded well. Perineum was isolated with an impervious U-drape. Right hip and lower extremity was formally prepped and draped in the usual sterile fashion. I made a 4-inch incision over the anterolateral hip. Fascia lata was divided. Abductors were retracted. Hip capsule was opened in a T-fashion. The hip was dislocated anteriorly. I measured up from the lesser trochanter with a ruler and made the medial neck resection at the templated level with an oscillating saw. I completed the lateral neck resection with a reciprocating saw. I did serial reaming of the acetabulum and impacted a 54 Emphasys cup oriented at 40 degrees opening and 20 degrees of anteversion. Two screws were placed in the ilium with good purchase. Labrum and osteophytes were debrided about the rim. Serial broaching was done of the femur and I impacted a size 40 neutral AOX liner. Trial reductions were done. The trunnion was cleaned. I impacted a 7 standard offset ACTIS stem, 40 ceramic head plus 5 mm neck length. The wound was lavaged well. The hip was reduced and was stable with full range of motion, no impingement. Soft tissue tension was appropriate. Anterior hip capsule was closed with #2 TiCron. The wound was closed in layers. A sterile bandage was applied.

Electronically signed by William F. Hefley, Jr., M.D. at 2/17/2025 12:33 PM
WFH/ELI
D: 2/13/2025 3:37:13 PM
T: 2/13/2025
File #: 326178005

Arkansas Surgical
HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

# Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

## These instructions will include:

- **Bathing / Showering instructions**
- **Dressing Changes and Incision care**
- **Medication and Side Effects information**
- **Activity / Body Movement information**
- **Equipment instructions**

## Seek medical care if:

- **Difficulty breathing**
- **Wound is red, swollen, or has become increasingly painful**
- **Pus draining from incision/wound**
- **Bad smell coming from incision/wound**
- **Persistent bleeding from incision/wound**
- **Incision/wound breaks open after sutures (stitches) or staples have been removed**
- **Fever 101 or greater**
- **Rash develops**
- **Pain or swelling in calf or thigh**
- **Chest pain**
- **Range of motion in your surgical area/extremity is decreasing rather than increasing**
- **Persistent nausea or vomiting**

**IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.**
**YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.**

TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455

**If you need assistance finding another health care provider, call the number on your health insurance card.**

Elsevier Interactive Patient Education - ID# 0554643 - MR# 000136930

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

**Patient/Visit Information:**

| | |
|---|---|
| Patient Name: MICHAEL MORGASON | Diag: |
| Attending Caregiver: HEFLEY JR WILLIAM F | |

## Drug Summary:

**Take these medications:**

| Status | Drug Name / Strength / Form | Dose | Directions: | Frequency | Amount |
|---|---|---|---|---|---|
| **NEW** | Aspirin 81mg Enteric Coated Tablet | 1 tab | as directed | once a day | 35 |
| | | | | | |
| **Take as previously directed** | ATORVASTATIN 40 MG *NF* 40 MG TABS | 40 mg | | at bedtime | 0 |
| **Take as previously directed** | Gabapentin 600mg Tablet | 600 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | | | | | |
| **Take as previously directed** | Baclofen 10mg Tablet | 10 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | | | | | |

Drug Allergies: None Entered

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**

ORTHO SURGEONS
ORTHOSURGEONS.COM

# INSTRUCTIONS FOR PATIENTS FOLLOWING TOTAL HIP REPLACEMENT ARTHROPLASTY

Here are a few suggestions that I believe will make your hip rehabilitation a success:

1) Avoid hip adduction and external rotation.
2) Do not bend over to tie your shoes during the first six weeks.

[redacted]t.

4) When sitting, sit with your knees comfortably apart.
5) For three months, do not sit in very low chairs. You will find that this will require an excessive amount of hip flexion and in the early months may make your hip more sore.
6) Do not lie on either side for the first three weeks following your surgery. You may, however, place two pillows between your knees to turn over into the prone position frequently. Lying on the side places an undue stress on the components and may cause your hip to be sore.
7) It is safe for most people to return to driving three to six weeks following their surgery. A good guide for this is when you have good leg control and can move your extremities from the gas pedal to the brake without significant effort.
8) The use of an elevated commode seat is helpful during the first six weeks following your discharge from the hospital. This will allow you to sit comfortably and be independent for bathroom use very early. As your hip mobility and muscle strength improves, the elevated commode seat be discontinued if you wish.
9) Resumption of sexual intercourse is usually comfortable four to six weeks following discharge from the hospital.
10) Six weeks following your discharge you should start a new exercise which is called side-lying abduction. One lies on the unoperated hip with the operated hip side up. When assuming this position, place two pillows between your knees. The exercise itself is simply straightening the operated leg which should be in line with the body and lifting it toward the ceiling. Your goal should be to do fifteen repetitions per session, with three sessions per day. This may take several weeks before you are able to do this.
11) You may have some aching discomfort in your hip and thigh for the first several weeks following your operation. This discomfort should resolve with rest and if it does not, then you should cease all of your exercises and rest for a day or two until the discomfort does resolve.
12) It is important to remember that prior to any major dental procedure you should be treated with preventative antibiotics provided by your dentist, for a lifetime after surgery.
13) You may begin to shower on day three without covering your incision.
14) <u>REASONS YOU SHOULD NOTIFY MY OFFICE:</u> If you develop a temperature of 101.0 or greater, if you develop pain in the back of the calf of your surgical leg, if you develop chest pain or any shortness of breath, or if you have any excessive bleeding that soaks through your surgical dressing and does not stop with pressure application. After hours please notify the medical exchange at 501-663-6900.

If you have any questions, please feel free to contact my office at 501-663-6455 or 1-800-336-2412, out of town.

W. Scott Bowen, M.D.

William F. Hefley, Jr., M.D.

BNBS Form#1078 (3/17)

MM.LIN.1591

The key to keeping swelling (edema) under control is **ELEVATION**. Elevation of the limb is the most effective way to bring swelling down. You can avoid a lot of discomfort and worry if you *properly* elevate your leg after coming home from the hospital. Some people think that sitting in a recliner chair with the foot rest extended and your foot *elevated* off the floor is enough, but this is not going to be adequate for eliminating your edema. Here is what you need to do to truly elevate a swollen leg, ankle and/or foot:

- You must lay on a flat, comfortable surface (bed or firm sofa)
- A comfortable pillow for your head is recommended
- Create a "ramp" or "pyramid" of pillows, blankets and rolled-up bath towels and prop your lower extremity up on this tower of items
- Ideally, the angle of your leg should be between 35 and 50 degrees
- Your leg should be fully extended with little or no knee bend
- Your foot should be well above the level of your heart
- Remain in this position for 60 minutes then get up and move about, use the bathroom, eat, do your exercises, etc.
- After an hour of being up and around you should then return to the elevated limb position as described above. Elevate your leg as often as visible, significant edema is present.
- Elevating in this fashion once or twice a day in the first week after you come home from the hospital may be enough to keep the swelling from ever getting too severe. But if your swelling seems to be getting worse, then elevating several times a day for a few days may be necessary to bring all of the swelling under control.

If swelling in the lower leg does not improve after one to two days of elevation and cold pack applications as described, and if you have pain, tenderness and/or warmth in the calf, call the office and speak with a nurse. These could be signs of a blood clot in your leg or thigh, and a special test needs to be done to determine this.




**Proper method for elevating a swollen lower extremity**

MM.LIN.1592

Bowen Hefley Orthopedics

## Antibiotic Treatment Folowing Total Joint Replacement
## Recommendations from the American Academy of Orthopedic Surgeons

If you are having any type of invasive procedure after a total joint replacement you will need to be pre-medicated. Please call our office and we can make sure you are pre-medicated prior to having any invasive procedure. This is very important to make sure that you do not risk getting an infection in your joint replacement. This only applies to the first year following your joint replacement.

| Procedure | Antimicrobial Agent | Dose | Timing | Duration |
|---|---|---|---|---|
| **Dental** | Cephalexin, cephradine, amoxicillin | 2 gm PO | 1 hour prior to procedure | Discontinued within 24 hours of the procedure. For most outpatient/office-based procedures a single pre-procedure dose is sufficient. |
| **Ophthalmic** | Gentamicin, tobramycin, ciprofloxacin, gatifloxacin, levofloxacin, moxifloxacin, ofloxacin, or meomycin-gramicidin-polymyxin B cefazolin | Multiple drops topically over 2 to 24 hours or 100 mg subconjunctivally | Consult ophthalmologist or pharmacist for dosing regimen | |
| **Orthopedic** | Cefazolin<br>Cefuroxime OR<br>Vancomycin | 1-2 g IV<br>1.5 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Vascular** | Cefazolin OR<br>Vancomyin | 1-2 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Gastrointestinal**<br>Esophageal, gastroduodenal<br>Biliary tract<br>Colorectal | Cefazolin<br>Cefazolin<br>Neomycin + erythromycin base (oral) OR metronidazole (oral) | 1-2 g IV<br>1-2 G IV<br>1 g<br>1 g | Begin dose 60 minutes prior to procedure<br>Dependent on time of procedure, consult with GI physician and/or pharmacist | |
| **Head and neck** | Clindamycin + gentamicin OR<br>cefazolin | 600-900 mg IV<br>1.5 mg/kg IV<br>1-2 g IV | Begin dose 60 minutes prior to procedure | |
| **Obstetric and gynecological** | Cefoxitin, cefazolin<br>Ampicilin/sulbactam | 1-2 g IV<br>3 g IV | Begin dose 60 minutes prior to procedure | |
| **Genitourinary** | Ciprofloxacin | 500 mg PO or<br>400 mg IV | 1 hour prior to procedure<br>Begin dose 60 minutes prior to procedure | |

† If a tourniquet is used the entire dose of antibiotic must be infused prior to its inflation

BNBS #125 (2-10)

Revised: January 2018

MM.LIN.1593

Arkansas Urology

**Little Rock Office**
1300 Centerview Drive
Little Rock, AR 72211
Phone: 501-219-8900
Fax: 501-537-1876

Arkansas Urology, P.A.
1300 Centerview Drive
LITTLE ROCK, AR 72211-4349
Phone: (501) 219-8900, Fax: 855-407-3924

Date: 02/18/2025

Dear Michael Morgason,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: WISCHELLE WILLIAMS, APRN

## Patient Care Summary for Michael Morgason

### Most Recent Encounter

02/18/2025 Wischelle B Williams: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. tel:+1-501-2198900

### Reason for Visit

urinary retention

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

Assessment Note

Assessment:
1. Post op AUR: new problem, inserted 2/13/24 after hip surgery. Hx of retention in 2018, had to be in and out cath and was on tamsulosin for awhile. later a years later, thoracic outlet decompression, he was given tamsulosin a week prior to surgery that helped with retention. no hx of urology. In and out was performed prior to foley insertion, first in an out drained 1100mL, the next day, foley was inserted due to high bladder volume again

reports hx of retention post op in the past but never saw a urologist
reports hx of neuropathy
2. Neuropathy: Chronic, unsure of the cause.
3. Chronic constipation: Worsening now since surgery. He is taking dulcolax and docusate without relief of constipation. (-) n/v

Data:
- UA: foley in place

Plan:
- Reviewed and discussed pt sxs
- Reviewed external medical records, noting 1,100mL drained. Foley removal deemed too early, so it will remain in place until Friday. Patient was instructed on self-removal at home using syringes, with both patient and wife demonstrating understanding. Plan for early morning removal, with follow-up as needed.
- Recommended to avoid developing constipation (have a BM X4/week), increase fiber intake, hydrate adequately (80oz/day)
- add Miralax 17g OTC BID to his dulcolax and docusate. risks, benefits, and procedure discussed.
- Recommend to wean off pain medications
- RTC this Friday in Benton for PVRU, UA, and f/u on retention. BPH w/u and UDS in the near future, as well as PSA

New patient:

I, Wischelle Williams, APRN, am seeing this patient.

I am the scribe for Wischelle Williams, APRN, and I documented sections of this chart. - Brandon Pettigrew

1. Postoperative retention of urine

2. Chronic constipation

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Established Patient 15 | 02/21/2025 2:00PM | Cindy Stone |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

MN.LIN.1595

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | |
| atorvastatin 40 mg tablet | | |
| diclofenac sodium 75 mg tablet,delayed release | | |
| methocarbamol 750 mg tablet<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| oxycodone 5 mg tablet | | |
| sulfamethoxazole 800 mg-trimethoprim 160 mg tablet | | |
| tamsulosin 0.4 mg capsule<br>TAKE 1 CAPSULE BY MOUTH DAILY | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 10 in | 160 lbs | 23 kg/m2 | 125/84 mm[Hg] | 118 bpm |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Latex, Natural Rubber | Itching<br>Rash | | |
| | | Penicillins | Itching<br>Rash | | |
| 11291 | RxNorm | VENOM-WASP | Anaphylaxis | | |
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Constipation | Active | 02/18/2025 | |
| Chronic Constipation | Active | 02/18/2025 | |
| Retention of Urine | Active | 02/18/2025 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 02/13/2025 | Total Hip Arthroplasty<br>Notes: Hip replacement | Information not available |
| 01/01/1992 | Removal of Sperm Duct(s)<br>Notes: Vasectomy | Information not available |

MN.LIN.1596

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Heavy Tobacco Smoker (1 pack per day) |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 02/18/2025 | Postoperative Retention of Urine; Chronic Constipation | Wischelle B Williams, APRN: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. (501) 219-8900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 07/31/1970 | Race: | White |
| Preferred language: | English | Marital status: | Married |

| | |
|---|---|
| Contact: | 2623 E 35, Texarkana, AR 71854, Ph. tel:+1-903-4900726 |

## Care Team Members

Primary Care Provider

| | |
|---|---|
| Matthew W Nix MD | 3417 U Of Way, Texarkana, AR 71854, Ph. tel:+1-870-7796000 |

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

# FAX

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Amber C. | FROM: | Sebastian O'Neal |
| FAX: | 877-843-3950 | FAX: | +13465478663 |
| PHONE: | | PHONE: | 346.299.2614 |
| SUBJECT: | Post Appeal Submissionn | DATE: | 2025-03-25 |

COMMENTS:

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

M
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

March 25, 2025

1-877-843-3950

Lincoln Financial Group
ATTN: Appeals Department
Amber C
Specialist Appeals Claim

Claimant: Michael Morgason
Claim Number:1210046281
Plan Number:00001025317200000
Policyholder: Texarkana Independent School District

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. (See attached Bates Stamped Nos.1529-1597). Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

*Sebastian O'Neal*

Sebastian O'Neal
Medical Records Specialist

Attachment(s)

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |
| | |

| | **Post Submission Appeal 03.25.2025** |
|---|---|
| **A-13** | Arkansas Surgical Hospital<br>Bate Stamped: MM.LIN.1529-1573 |
| **A-14** | Hefley Records<br>Bate Stamped: MM.LIN. 1574-1585 |
| **A-15** | Hefley Surgery Notes<br>Bate Stamped: MM.LIN. 1586-1587 |
| **A-16** | MRM<br>Bate Stamped: MM.LIN. 1588-1593 |
| **A-17** | Arkansas Urology<br>Bate Stamped: MN.LIN. 1594-1597 |

# Continuity of Care Document

| | |
|---|---|
| Patient | MICHAEL MORGASON |
| Date of birth | |
| Sex | Male |
| Race | White |
| Ethnicity | Not Hispanic or Latino |
| Contact info | Primary Home:<br><br>Tel (Home): |
| Patient IDs | 136930 2.16.840.1.113883.3.1579.777268494848.6.200<br>554643 2.16.840.1.113883.3.1579.777268494848.6.300 |
| Language | (Preferred) English |
| Document Id | 2308395 2.16.840.1.113883.3.1579.777268494848.6.100 |
| Document Created: | February 20, 2025, 00:16:41 +0000 |
| Care provision | RIGHT HIP from February 13, 2025, 11:52:00 +0000 to February 20, 2025, 00:16:41 +0000 |
| Performer (admitting physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (primary surgeon) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Performer (attending physician) | WILLIAM F HEFLEY, JR<br>5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Author | MEDHOST |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): (501)748-8000 |
| Encounter Id | 554643 2.16.840.1.113883.3.1579.777268494848.6.300 |

| | |
|---|---|
| Encounter Type | Outpatient Encounter |
| Encounter Date | From February 13, 2025, 11:52:00 +0000 to February 14, 2025, 20:40:00 +0000 |
| Encounter Location | Outpatient facility |
| Responsible party | WILLIAM HEFLEY, JR<br>of ARKANSAS SURGICAL HOSPITAL |
| Contact info | 5 ST VINCENT CIRCLE 100<br>LITTLE ROCK, AR 722050000<br>Tel (Work Place): (501)663-6455 |
| Document maintained by | ARKANSAS SURGICAL HOSPITAL |
| Contact info | Work Place:<br>5201 NORTHSHORE DRIVE<br>N LITTLE ROCK, AR 721185312<br>Tel (Work Place): +1(501)748-8000 |

## Table of Contents


- ALLERGIES AND ADVERSE REACTIONS
- ASSESSMENTS
- FAMILY HISTORY
- FUNCTIONAL STATUS
- MENTAL STATUS
- PROBLEMS
- RESULTS
- TREATMENT PLAN
- HOSPITAL COURSE
- IMMUNIZATIONS
- MEDICATIONS
- SOCIAL HISTORY
- VITAL SIGNS
- PROCEDURES
- GOALS
- HEALTH CONCERNS
- MEDICAL EQUIPMENT
- ENCOUNTERS
- HOSPITAL DISCHARGE INSTRUCTION
- HISTORY AND PHYSICAL NOTE
- CONSULTATION NOTE
- DISCHARGE SUMMARY NOTE
- PROGRESS NOTE
- LABORATORY NARRATIVE NOTE
- PATHOLOGY NARRATIVE NOTE
- IMAGING NARRATIVE NOTE
- CARE TEAM
- NURSE NOTE
- PHYSICIAN NOTE


# ALLERGIES AND ADVERSE REACTIONS

ALLERGIES AND ADVERSE REACTIONS

| Code | System | Allergy Substance | Adverse Reaction Date | Reaction (Severity) | Comment | Status | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|
| 7984 | RXNorm | PENICILLIN | | Rash<br>Adverse reaction to substance | itching | active | PATIENT | ARKPPC on February 7, 2025 3:40:18 PM UTC |
| | | LATEX | | Rash | | active | PATIENT ALLERGY SOURCE | ARKMSJ2 on February 13, 2025 1:12:10 PM UTC |

# ASSESSMENTS

Pain of right hip joint ;

# FAMILY HISTORY

**FAMILY HISTORY**

No Family History Information Available

# FUNCTIONAL STATUS

**FUNCTIONAL STATUS**

Functional Status information is not available.

# MENTAL STATUS

**MENTAL STATUS**

Mental Status information is not available.

# PROBLEMS

**PATIENT PROBLEMS**

| Code | Description/Comments | Category | Status | Updated By |
|---|---|---|---|---|
| 316921000119102 | Pain of right hip joint | | active | ARKNJB2 on February 13, 2025 12:39:48 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth

# RESULTS

Patient: MORGASON MICHAEL

Date of birth

Medical Record Number: 136930

## LABORATORY RESULTS

ORDER 200: HEMOGLOBIN (LOINC: 4546-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 16.5 g/dl | 12.0 g/dl - 18.0 g/dl | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

ORDER 300: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: whole blood

Specimen Type: Whole blood sample

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:12:00 PM UTC (TECH: TEW)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 45.6 % | 36.0 % - 54.0 % | February 13, 2025 12:12:00 PM UTC (TECH: TEW) |

MM.LIN.1532

Patient Name: MICHAEL MORGASON
Date of Birth:

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

ORDER 400: ELECTROLYTE PANEL (LOINC: 55231-5)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2947-0 | Sodium [Moles/volume] in Blood | N | 143 mmol/L | 136 mmol/L - 145 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 6298-4 | Potassium [Moles/volume] in Blood | N | 4.1 mmol/L | 3.5 mmol/L - 5.1 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 2075-0 | Chloride [Moles/volume] in Serum or Plasma | N | 106 mmol/L | 98 mmol/L - 107 mmol/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 19229-4 | Bicarbonate [Moles/volume] in Mixed venous blood | N | 30.5 mEq/L | 21.0 mEq/L - 32.0 mEq/L | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 500: CREATININE SERUM (LOINC: 2160-0)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

MM.LIN.1533

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 2160-0 | Creatinine [Mass/volume] in Serum or Plasma | N | 1.1 mg/dl | 0.6 mg/dl - 1.3 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |
| 66615-6 | Estimated or measured glomerular filtration rate less than 50 percent [- Reported] | N | 74 | | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 600: BUN SERUM (LOINC: 14937-7)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 14937-7 | Urea nitrogen [Moles/volume] in Serum or Plasma | N | 17 mg/dl | 7 mg/dl - 18 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 700: GLUCOSE BLOOD (LOINC: 15074-8)
ORDER DATE: February 12, 2025 2:52:00 PM UTC

Specimen Source: plasma

Specimen Type: Plasma specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 13, 2025 12:24:00 PM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 15074-8 | Glucose [Moles/volume] in Blood | H | 110 mg/dl | 74 mg/dl - 106 mg/dl | February 13, 2025 12:24:00 PM UTC (TECH: CJG) |

ORDER 1001: HEMOGLOBIN (LOINC: 4546-

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|

8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 4546-8 | Hemoglobin A/Hemoglobin.total in Blood | N | 13.2 g/dl | 12.0 g/dl - 18.0 g/dl | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

ORDER 1101: HEMATOCRIT (LOINC: 20570-8)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

Specimen Source: veinous

Specimen Type: Venous blood specimen

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Result Comment:
Final Result Date: February 14, 2025 11:42:00 AM UTC (TECH: CJG)

| LOINC | TEST | FLAG | RESULT | REFERENCE RANGE | UPDATED BY |
|---|---|---|---|---|---|
| 20570-8 | Hematocrit [Volume Fraction] of Blood | N | 37.1 % | 36.0 % - 54.0 % | February 14, 2025 11:42:00 AM UTC (TECH: CJG) |

## LABORATORY NARRATIVE RESULTS

Information is not available

## RADIOLOGY RESULTS

ORDER 1300: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 1:06:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 8:29:15 AM UTC (TECH: BENOIST LOGAN M)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001300
MRN:136930
DOB
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 12:40 PM

COMPARISON: None.

HISTORY: post op

FINDINGS:
There are post surgical changes from right total hip arthroplasty. Hardware is intact. There is no acute fracture. There is air in the surrounding soft tissues.

IMPRESSION:
Status post right total hip arthroplasty without acute complication.

Signed by Logan M Benoist, MD 2/13/2025 2:32 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001300

ORDER 1500: XR HIP COMPLETE RIGHT (LOINC: 26132-1)
ORDER DATE: February 13, 2025 11:40:00 PM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:14:46 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL

5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001500
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR HIP COMPLETE RIGHT
PROCEDURE: Two view right hip

DATE: 2/13/2025 5:47 PM

COMPARISON: None.

HISTORY: FALL

FINDINGS:
Right total hip arthroplasty. No acute fracture or loosening. Soft tissue edema and emphysema.

IMPRESSION:
Right total hip arthroplasty. No acute fracture or loosening.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001500

ORDER 1700: XR KNEE 1 OR 2 VIEWS RIGHT (LOINC: 47375-1)
ORDER DATE: February 14, 2025 1:46:00 AM UTC

PERFORMING LAB:
ARKANSAS SURGICAL HOSPITAL
5201 NORTHSHORE DRIVE
N LITTLE ROCK AR 721185312

Final Result Date: February 14, 2025 7:42:54 AM UTC (TECH: CHEN QI X)

ARKANSAS SURGICAL HOSPITAL
5201 NorthShore Dr
North Little Rock, AR 72118
501-748-8000
------------------------
NAME:MORGASON, MICHAEL
ACCESSION:05546430001700
MRN:136930
DOB:
STUDY DATE:2025-02-13
STUDY DESC:XR KNEE 1 OR 2 VIEWS RIGHT
PROCEDURE: Two view right knee

DATE: 2/13/2025 8:10 PM

COMPARISON: None.

HISTORY: fall

FINDINGS:
There is anatomic alignment of the right knee. Negative for acute fracture or dislocation. Small knee joint effusion.

IMPRESSION:
1. No acute fracture or dislocation.
2. Small knee joint effusion.

Signed by Joseph Chen, MD 2/13/2025 9:50 PM

NAME:MORGASON, MICHAEL
ACCESSION:05546430001700

### PATHOLOGY NARRATIVE RESULTS

Information is not available

### MICROBIOLOGY RESULTS

No Micro Labs/Results Exist for Patient

### BLOOD ADMIN RESULTS

Information is not available

# TREATMENT PLAN

DISCHARGE MEDICATIONS

| Status | RXNORM | Medication | Dose | Route | Frequency | Dates | Comments | Updated By |
|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | GABAPENTIN 600 MG | 600 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | BACLOFEN 10 MG | 10 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | ATORVASTATIN 40 MG *NF* | 40 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

PATIENT OPEN ORDERS

| Code | System | Description | Frequency | Occurrences | Priority | Start Date | Ordering Physician | Updated By |
|---|---|---|---|---|---|---|---|---|
| PT ORDER | MEDHOST | PHYSICAL THERAPY EVAL/TREAT | DAILY | 0 | Routine | February 13, 2025 1:04:00 PM UTC | JENKINS GRACE JONES | ARKGJJ on February 13, 2025 1:06:00 PM UTC |

SCHEDULED PROCEDURES

| Code | System | Description | Status | Scheduled Date | Updated By |
|---|---|---|---|---|---|
| Patient scheduled procedure information is not available. | | | | | |

# HOSPITAL COURSE

### HOSPITAL COURSE

Information is not available

# IMMUNIZATIONS

### PATIENT IMMUNIZATIONS

| Code | System | Vaccine Name | Consent | Reactions | Comments | Administered By | Route | Site | Updated By |
|---|---|---|---|---|---|---|---|---|---|
| Information is not available | | | | | | | | | |

# MEDICATIONS

### HOME MEDICATIONS

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | CAA | ARKPAB on February 14, 2025 2:02:39 PM UTC |
| Active | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | | CAA | ARKPAB on February 14, 2025 2:02:27 PM UTC |

MM.LIN.1539

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Reported By | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Active | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | HS | Last Dose: February 12, 2025 3:00:00 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | CAA | ARKPAB on February 14, 2025 2:02:32 PM UTC |

**DISCHARGE MEDICATIONS**

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|
| Continued | 310433 | 00904682361 | GABAPENTIN 600 MG | 600.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 197391 | 00172409660 | BACLOFEN 10 MG | 10.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |
| Continued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* | 40.0 MG | ORAL | AT BEDTIME | Prescribed: February 14, 2025 12:16:37 AM UTC | | EDWARDS GARY S DO | ARKGSE2 on February 14, 2025 12:16:37 AM UTC |

**INPATIENT MEDICATIONS**

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 11:00:00 AM UTC End: February 13, 2025 11:00:00 AM UTC | | HEFLEY JR WILLIAM F | ARKPPC on February 7, 2025 3:40:00 PM UTC |
| Discontinued | 847630 | 00338011704 | LACTATED RINGERS SOLN | 1000.0 ML | INTRAVENOUS | CONT | 25.0 ML/HR | Start: February 13, 2025 11:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | WRIGHT JOHN WILLIAM | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 100.0 | INTRAVENOUS | PRE-OP | | Start: | | HEFLEY JR | ARKNJB2 on |

MM.LIN.1540

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | MEDICATION X 1 DOSE ONLY | | February 13, 2025 12:48:00 PM UTC End: February 13, 2025 1:06:18 PM UTC | | WILLIAM F | February 13, 2025 1:06:00 PM UTC |
| Discontinued | | 00904693186 | POLYETHYLENE GLYCOL PACK 17 GM PACK | 1.0 PKT | ORAL | DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1115005 | 63739047802 | DOCUSATE SODIUM 100 MG CAPS | 100.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1665050 | 00143976275 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 11:04:00 PM UTC End: February 13, 2025 11:04:00 PM UTC | | JENKINS GRACE JONES | ARKMEM4 on February 13, 2025 10:12:00 PM UTC |
| Discontinued | 198335 | 42292002808 | SULFAMETHOX-TRIMETH DS 800-160 MG TABS | 1.0 TAB | ORAL | TWICE DAILY | | Start: February 14, 2025 12:16:37 AM UTC End: February | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

MM.LIN.1541

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14, 2025 12:16:37 AM UTC | | | |
| Discontinued | | 66553000201 | Aspirin 81 MG CHEWABLE TAB CHEW | 81.0 MG | ORAL | GIVE AT 2100 | | Start: February 14, 2025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 310273 | 00904719361 | FAMOTIDINE 20 MG TABS | 20.0 MG | ORAL | TWICE DAILY | | Start: February 13, 2025 3:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 311277 | 00904666245 | LANSOPRAZOLE 30 MG CPDR | 30.0 MG | ORAL | GIVE AT 0630 DAILY | | Start: February 14, 2025 12:16:37 AM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1807639 | 00338004904 | SODIUM CHLORIDE 0.9% IV SOLN % 1000 ML SOLN | 1000.0 ML | INTRAVENOUS | CONT | 50.0 ML/HR | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 854876 | 00904608261 | ZOLPIDEM 5 MG TABS | 5.0 MG | ORAL | AT BEDTIME AS NEEDED FOR | | Start: February | | JENKINS GRACE | RX0P23 on February 15, |

MM.LIN.1542

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SLEEP | | 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JONES | 2025 4:30:00 AM UTC |
| Discontinued | | 00121176230 | ALUM & MAG + SIMETHICONE 30 ML CUP LIQD | 30.0 ML | ORAL | 4 TIMES A DAY AS NEEDED FOR INDIGESTION | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 104894 | 68462015713 | ONDANSETRON 4 MG ORALLY DISINTEGRATING TBDP | 4.0 MG | ORAL | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | EVERY 12 HOURS PRN NAUSEA AND VOMITING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049630 | 68094001861 | DIPHENHYDRAMINE HCL 25 MG TABS | 25.0 MG | ORAL | EVERY 6 HOURS PRN ITCHING. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |

MM.LIN.1543

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 12:16:37 AM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | Q8H | | Start: February 13, 2025 8:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1101849 | 78112001103 | PHENOL ORAL SPRAY (CHERRY) 1.4% 117 ML LIQD | 1.0 SPY | ORAL | AS NEEDED FOR SORE THROAT | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | Q6H | | Start: February 13, 2025 6:00:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 835603 | 00904749661 | TRAMADOL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN MILD PAIN. | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | | AM UTC |
| Discontinued | 854142 | 24510005010 | TAPENTADOL HCL 50 MG TABS | 50.0 MG | ORAL | EVERY 4 HOURS PRN (INDICATION REQUIRED). | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 5.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1049621 | 00406055262 | OxYcOdone IR 5 MG TABS | 10.0 MG | ORAL | Q 6 HOURS PRN (INDICATION REQUIRED) | | Start: February 13, 2025 1:04:00 PM UTC End: February 14, 2025 12:16:37 AM UTC | | JENKINS GRACE JONES | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:21 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

MM.LIN.1545

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:17 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:19 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1666798 | 00641628175 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 1.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:14:20 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:14:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:12 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.1 MG | INTRAVENOUS | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 3:13:14 PM UTC | | | |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:09 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 1000.0 MG | ORAL | PRE-OP MEDICATION X 1 DOSE ONLY | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 3:13:06 PM UTC | | WRIGHT JOHN WILLIAM | ARKJMP on February 13, 2025 3:13:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 630208 | 00487950101 | ALBUTEROL 2.5MG/3ML (0.083%) NEBU | 1.0 NEB | INHALATION | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/Ml -4 Ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1234256 | 00409233924 | LABETALOL SYRINGE 5 MG/ML -4 ML SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 966571 | 63323061455 | HyDRALaZINE VIAL 20mg/ml SOLN | 5.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1548

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1796730 | 51754420001 | EPHEDRINE VIAL 50 MG/ML SOLN | 10.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1723776 | 63323066401 | DIPHENHYDRAMINE 50mg/ml VIAL SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml SOLN | 2.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2120550 | 00409127332 | DIAZEPAM 5mg/ml VIAL 2ml | 2.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: | | WRIGHT | ARKLAF2 on |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SOLN | | | | | February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | JOHN WILLIAM | February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665188 | 00641604825 | LORAZEPAM 2 MG/ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 0.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1550

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 6:16:45 PM UTC | | | |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1724644 | 00641615101 | HydroMORPHone INJ 2 MG/ML 1 ML SOLN | 1.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 7025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 7025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 5.0 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13. 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED (SEE COMMENT) | | Start: February | | WRIGHT JOHN | ARKLAF2 on February 13, |

MM.LIN.1551

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WILLIAM | 2025 6:16:00 PM UTC |
| Discontinued | 1731995 | 00641612725 | MORphine 10MG/ML -1ML SOLN | 2.5 MG | PACU | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1735003 | 00641602725 | FENTANYL (100 MCG) 0.05 MG/ML 2ML SOLN | 0.05 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6:16:51 PM UTC | | | |
| Discontinued | 1665679 | 63323016223 | KETOROLAC 30 MG/ML SOLN | 30.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 2539192 | 00409136201 | MEPERIDINE 25MG/ML SYRINGE 1 ML SYR SOLN | 12.5 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1740467 | 00641608025 | ONDANSETRON 2 MG/ML 2ML SOLN | 4.0 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | | PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 992460 | 00641095521 | PROMETHAZINE INJ 25 MG/ML 1 ML SOLN | 6.25 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | | 00904673061 | ACETAMINOPHEN EXTRA STRENGTH 500 MG TABS | 500.0 MG | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:45 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1554

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049221 | 00904709361 | OxYcOdone-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049225 | 00904709461 | OxYcOdone-ACETAM 7.5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

MM.LIN.1555

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC End: February 13, 2025 6:16:46 PM UTC | | | |
| Discontinued | 1049214 | 00406052362 | OxYcOdone-ACETAM 10-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:46 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 857002 | 00406012323 | HYdroCoDONE-ACETAM 5-325 mg TABS | 1.0 TAB | ORAL | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED (SEE COMMENT) | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discontinued | 1659929 | 67457064500 | NALOXONE 0.4mg/ml VIAL SOLN | 0.04 MG | INTRAVENOUS | PACU AS NEEDED | | Start: February 13, 2025 2:04:00 PM UTC End: February 13, 2025 6:16:51 PM UTC | | WRIGHT JOHN WILLIAM | ARKLAF2 on February 13, 2025 6:16:00 PM UTC |
| Discontinued | 310433 | 00904682361 | GABAPENTIN 600 MG TABS | 600.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 197391 | 00172409660 | BACLOFEN 10 MG TABS | 10.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 617320 | 00071015740 | ATORVASTATIN 40 MG *NF* TABS | 40.0 MG | ORAL | AT BEDTIME | | Start: February 14, 2025 3:00:00 AM UTC End: February 14, 2025 8:40:00 PM UTC | | YOUNG SARAH NICOLE | RX0P23 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 160.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |

MM.LIN.1557

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | February 14, 2025 4:30:16 AM UTC | | | |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 300.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665682 | 63323016214 | KETOROLAC 60 MG/2ML SOLN | 60.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 | INTRAMUSCULAR | INTRA-OPERATIVE | | Start: | | HEFLEY JR | RX0P21 on |

MM.LIN.1558

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MG | | X 1 DOSE | | February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | WILLIAM F | February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 60.0 ML | INTRAMUSCULAR | INTRA-OPERATIVE X 1 DOSE | | Start: February 13, 2025 4:08:00 PM UTC End: February 14, 2025 4:30:16 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 14, 2025 4:30:00 AM UTC |
| Discontinued | 1807638 | 00409488820 | SODIUM CHLORIDE 0.9% *PF*-20ML SOLN | 20.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1734483 | 70069006401 | ROPIVACAINE HCL 5 MG/ML SOLN | 150.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1870650 | 00409120725 | GENTAMICIN 40 MG/ML - 2ML SOLN | 80.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RxNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:03:00 PM UTC | | | |
| Discontinued | 1665005 | 00781320795 | CEFTRIAXONE 500 MG SOLR | 500.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | | 00409488710 | WATER FOR INJECTION (STERILE) 10 ML SOLN | 10.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:03:00 PM UTC End: February 13, 2025 5:03:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 12:18:00 PM UTC |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 1743833 | 63323073911 | FAMOTIDINE 10mg/ml 2ml VIAL SOLN | 20.0 MG | | ONE DOSE ONLY | | Start: February | | HEFLEY JR WILLIAM F | INTERFACED on February |

MM.LIN.1560

Patient Name: MICHAEL MORGASON
Date of Birth

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | | 13, 2025 2:27:00 PM UTC |
| Discontinued | 1731582 | 43547054301 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 0.2 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:27:00 PM UTC |
| Discontinued | 205323 | 00904650361 | CELECOXIB 200 MG CAPS | 200.0 MG | ORAL | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:28:00 PM UTC |
| Discontinued | 1673243 | 00409420801 | MARCAINE/EPINEPHRINE PF 0.5% -1:200000 SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |
| Discontinued | 2178759 | 00409115919 | BUPIVACAINE PF 0.25% 30 ML SOLN | 30.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:48:00 PM UTC |

MM.LIN.1561

Patient Name: MICHAEL MORGASON
Date of Birth:

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5:04:00 PM UTC | | | |
| Discontinued | 1666798 | 00641628125 | MIDAZOLAM 1mg/ml 2ml VIAL SOLN | 2.0 MG | | ONE DOSE ONLY | | Start: February 13, 2025 5:04:00 PM UTC End: February 13, 2025 5:04:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 2:49:00 PM UTC |
| Discontinued | 1798389 | 63739095325 | HEPARIN (PORK) 5000 UNITS /ML -1ML SOLN | 5000.0 UNT | | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | 238720 | 60505616900 | TRANEXAMIC ACID 1000 MG/10 ML SOLN | 1000.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 5:05:00 PM UTC End: February 13, 2025 5:05:00 PM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 13, 2025 3:27:00 PM UTC |
| Discontinued | | XXXXXXX0131 | ROCURONIUM SYRINGE 10 MG/ML PR | 50.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:33:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1808224 | 43598026520 | PROPOFOL 200 MG/20ML EMUL | 200.0 MG | INTRAVENOUS | ONE DOSE ONLY | 8.333 MG/HR | Start: February 13, 2025 | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 |

MM.LIN.1562

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 8:34:00 PM UTC End: February 13, 2025 8:35:08 PM UTC | | | PM UTC |
| Discontinued | | 42023026905 | PREVDUO 3-0.6 MG/3ML SOSY | 3.0 ML | INTRAVENOUS | ONE DOSE ONLY | 0.125 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | | XXXXXXX0113 | SUCCINYLCHOLINE SYR 200 MG/10M | 200.0 MG | INTRAMUSCULAR | ONE DOSE ONLY | | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1737761 | 63323020805 | LIDOCAINE HCL (CARDIAC) PF 100 | 5.0 ML | INTRAMUSCULAR | ONE DOSE ONLY | 0.208 ML/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 PM UTC | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |
| Discontinued | 1812079 | 70069002101 | DEXAMETHASONE SOD PHOSPHATE PF | 10.0 MG | INTRAVENOUS | ONE DOSE ONLY | 0.417 MG/HR | Start: February 13, 2025 8:34:00 PM UTC End: February 13, 2025 8:35:09 | | HEFLEY JR WILLIAM F | ARKYNT on February 13, 2025 8:35:00 PM UTC |

| Status | RXNORM | NDC | Medication | Dose | Route | Frequency | Rate Quantity | Dates | Comments | Physician | Updated By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PM UTC | | | |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | Q8H | | Start: February 14, 2025 12:00:00 AM UTC End: February 14, 2025 12:16:37 AM UTC | | HEFLEY JR WILLIAM F | RX0P21 on February 15, 2025 4:30:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | ONE UNSCHEDULED | | Start: February 14, 2025 4:55:00 AM UTC End: February 14, 2025 5:22:10 AM UTC | | REEDER BLAKELY SCOTT | ARKCLH on February 14, 2025 5:22:00 AM UTC |
| Discontinued | 1665050 | 00143926225 | CEFAZOLIN 1000 MG SOLR | 1000.0 MG | INTRAVENOUS | ONE DOSE ONLY | | Start: February 14, 2025 10:30:00 AM UTC End: February 14, 2025 10:30:00 AM UTC | | HEFLEY JR WILLIAM F | INTERFACED on February 14, 2025 7:25:00 AM UTC |
| Discontinued | 863669 | 00904640161 | TAMSULOSIN 0.4 MG CAPS | 0.4 MG | ORAL | TWICE DAILY | | Start: February 14, 2025 3:33:00 PM UTC End: February 14, 2025 8:40:00 PM UTC | | SIRAK BRIAN L | RX0P23 on February 15, 2025 4:30:00 AM UTC |

# SOCIAL HISTORY

### SOCIAL HISTORY

| SNOMED-CT | Social History Element | Description | Effective Dates | Offered Cessation | Comment | UpdatedBy |
|---|---|---|---|---|---|---|
| 266927001 | Smoking Status | Unknown If Ever Smoked | | | | |

### SOCIAL HISTORY - Birth Gender

Birth Sex: Male

### SOCIAL HISTORY - Pregnancy Status

Pregnant: Pregnancy status information is not available

Pregnancy Intention in Next Year: Pregnancy intention information is not available

### SOCIAL HISTORY - Sexual Behavior

| Sexual Orientation | | Gender Identity | | | | | |
|---|---|---|---|---|---|---|---|
| SNOMED-CT | Description | SNOMED-CT | Description | Activity Level | No of Partners | Partner Type | UpdatedBy |
| Information is not available | | | | | | | |

# VITAL SIGNS

### PATIENT VITAL SIGNS

This section displays the most recent value for each vital sign as of February 20, 2025 12:16:41 AM UTC

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 8302-2 | Body height | February 13, 2025 12:39:13 PM UTC | 177.8 cm (70.0 in) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 39156-5 | Body mass index (BMI) [Ratio] | February 13, 2025 12:39:13 PM UTC | 23.099 kg/m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 3140-1 | Body Surface Area Derived From Formula | February 13, 2025 12:39:13 PM UTC | 1.9035 m2 | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8310-5 | Body temperature | February 14, 2025 8:40:00 PM UTC | 98.0 [degF] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 29463-7 | Body weight Measured | February 13, 2025 12:39:13 PM UTC | 73.028 kg (161.0 lb) | ARKNJB2 on February 13, 2025 12:39:13 PM UTC |
| 8462-4 | Diastolic blood pressure | February 14, 2025 8:40:00 PM UTC | 63.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8867-4 | Heart rate | February 14, 2025 8:40:00 PM UTC | 75 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |

| Loinc Code | Vital Sign | Activity Date | Result | Updated By |
|---|---|---|---|---|
| 59408-5 | Oxygen saturation in Arterial blood by Pulse oximetry | February 14, 2025 8:40:00 PM UTC | 98.0 % | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 72514-3 | Pain severity - 0-10 verbal numeric rating [Score] - Reported | February 14, 2025 8:40:00 PM UTC | 4.0 {score} | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 9279-1 | Respiratory rate | February 14, 2025 8:40:00 PM UTC | 14 /min | ARKRDR on February 14, 2025 8:43:08 PM UTC |
| 8480-6 | Systolic blood pressure | February 14, 2025 8:40:00 PM UTC | 142.0 mm[Hg] | ARKRDR on February 14, 2025 8:43:08 PM UTC |

### PEDIATRIC GROWTH CHART - VITAL SIGNS

This section displays Head Circumference Percentile, Weight for Length Percentile and BMI Percentile

| Loinc Code | Pediatric Measure | Age (Months) | Result | Updated By |
|---|---|---|---|---|
| No Pediatric Growth Chart Percentile Information Available. | | | | |

# PROCEDURES

### PATIENT PROCEDURES

Procedure information is not available.

### PROCEDURE NOTE

| | |
|---|---|
| Note Title | Anesthesia Procedure Note |
| Date Of Service | February 13, 2025 3:06:39 PM UTC |
| Created By | ARKJWW on February 13, 2025 3:06:39 PM UTC |
| Signed By | ARKJWW on February 13, 2025 3:13:03 PM UTC |

ASH Demographics

Morgason Michael Jul-31-1970 54y Male Feb-13-2025 HEFLEY JR WILLIAM F MD

Anesthesia Procedure Note

Right fascia ileaca block. US, 21 ga Pajunk, Supine, lateral in-plane approach. Fascia identified and pierced. 50 cc 0.375% bupiv w/ epi 1/400 k. with neg aspiration q 5cc. NAC

Electronically signed by WRIGHT JOHN WILLIAM MD on Feb-13-2025 0913

Patient Name: MICHAEL MORGASON
Date of Birth:

# GOALS

## PATIENT GOALS

| Goal | Assigned Date | Updated By |
|---|---|---|
| NURSING STAFF WILL IMPLEMENT INTERVENTIONS POST PATIENT FALL | February 14, 2025 | ARKKMC on February 14, 2025 1:14:36 AM UTC |
| WILL REMAIN FREE FROM INFECTION | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:43 PM UTC |
| WILL HAVE NO SIGNS OF INFECTION RELATED TO IV | February 13, 2025 | ARKMEM4 on February 13, 2025 7:39:46 PM UTC |

# HEALTH CONCERNS

## Problems

| Concern | Status |
|---|---|
| Health Concern problem information not available. | |

## Smoking Status

| Status | Years Used | Consumed packs per day |
|---|---|---|
| Health Concern smoking history information not available. | | |

## Family History

| Concern | Status |
|---|---|
| Health Concern family history information not available. | |

# MEDICAL EQUIPMENT

## MEDICAL EQUIPMENT

| Device | Status | Quantity | Dates | Procedure | Comments | Updated By |
|---|---|---|---|---|---|---|
| Information not available. | | | | | | |

# ENCOUNTERS

## ENCOUNTER INFORMATION

| | | |
|---|---|---|
| Reason for Visit | RIGHT HIP | |
| Admission | February 13, 2025 11:52:00 AM UTC | ARKANSAS SURGICAL HOSPITAL<br>5201 NORTHSHORE DRIVE |

MM.LIN.1567

N LITTLE ROCK AR 72118-5312

| | | |
|---|---|---|
| Discharge | February 14, 2025 8:40:00 PM UTC | DISCHARGED HOME/SELF CARE |

## ENCOUNTER DIAGNOSES

Notes information is not available.

| Code | System | Diagnosis | Onset Date |
|---|---|---|---|

Diagnosis information is not available.

## ABSTRACT DIAGNOSES

| Code | System | Diagnosis | Updated By |
|---|---|---|---|
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M16.11 | ICD10 | UNILATERAL PRIMARY OSTEOARTHRITIS, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| M25.751 | ICD10 | OSTEOPHYTE, RIGHT HIP | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| E78.5 | ICD10 | HYPERLIPIDEMIA, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| G62.9 | ICD10 | POLYNEUROPATHY, UNSPECIFIED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| F17.210 | ICD10 | NICOTINE DEPENDENCE, CIGARETTES, UNCOMPLICATED | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z88.0 | ICD10 | ALLERGY STATUS TO PENICILLIN | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z91.040 | ICD10 | LATEX ALLERGY STATUS | ARKSCG on February 20, 2025 12:15:11 AM UTC |
| Z79.899 | ICD10 | OTHER LONG TERM (CURRENT) DRUG THERAPY | ARKSCG on February 20, 2025 12:15:11 AM UTC |

## CARE TEAM

| Care Team Member | Role |
|---|---|
| WILLIAM HEFLEY | Admitting |
| WILLIAM HEFLEY | Surgeon |
| WILLIAM HEFLEY | Primary Attending |

Patient Name: MICHAEL MORGASON
Date of Birth:

# HOSPITAL DISCHARGE INSTRUCTION

## DISCHARGE INSTRUCTION

| | |
|---|---|
| Encounter | 554643 |
| Admit Date | February 13, 2025 11:52:00 AM UTC |
| Discharge Date | February 14, 2025 8:40:00 PM UTC |

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

These instructions will include:

Bathing / Showering instructions
Dressing Changes and Incision care
Medication and Side Effects information
Activity / Body Movement information
Equipment instructions

Seek medical care if:

Difficulty breathing
Wound is red, swollen, or has become increasingly painful
Pus draining from incision/wound
Bad smell coming from incision/wound
Persistent bleeding from incision/wound
Incision/wound breaks open after sutures (stitches) or staples have been removed
Fever 101 or greater
Rash develops
Pain or swelling in calf or thigh
Chest pain
Range of motion in your surgical area/extremity is decreasing rather than increasing
Persistent nausea or vomiting

IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.
YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.
TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455
If you need assistance finding another health care provider, call the number on your health insurance card.
Document Released: 6/21/2022 Document Revised: 7/15/2022

# HISTORY AND PHYSICAL NOTE

### HISTORY AND PHYSICAL NOTE

History and physical note information is not available

# CONSULTATION NOTE

### CONSULTATION NOTE

Consultation note information is not available

# DISCHARGE SUMMARY NOTE

### DISCHARGE SUMMARY NOTE

Discharge Summary note information is not available

# PROGRESS NOTE

### PROGRESS NOTE

| | |
|---|---|
| Note Title | DC Planning Evaluation & Order |
| Date Of Service | February 14, 2025 5:01:31 PM UTC |
| Created By | ARKSLT on February 14, 2025 5:01:31 PM UTC |
| Signed By | ARKSLT on February 14, 2025 5:02:11 PM UTC |

D/C Demographics

Morgason Michael 54y Male Jul-31-1970 White Feb-13-2025 HEFLEY JR WILLIAM F MD 5 ft 10 in (177.8 cm) 161 lb (73.028 kg) 1.9035 (23.099)

DME HOME USE

Rolling Walker, Patient requires rolling walker for safe ambulation; cane is NOT suffient (RTHA )

DVT PROPHYLAXIS ORDER/ASSESSMENT (HCPC E0676)

Z96.641 Right THA (RTHA ), Date of surgery (02/13/25 ), Duration of Treatment: 14 days, In my evaluation of this patient, I have noted a higher risk of developing VTE due to the type of surgery performed combined with other risk

factors. I have prescribed and certified that the device selected above is medically necessary for the treatment of my patients care.

Electronically signed by SCHARLOTTE TYLER UC on Feb-14-2025 1102

| | |
|---|---|
| Note Title | Dr. Hefley Progress Notes |
| Date Of Service | February 14, 2025 2:42:47 PM UTC |
| Created By | ARKGJJ on February 14, 2025 2:42:47 PM UTC |
| Signed By | ARKWFH on February 14, 2025 9:18:47 PM UTC |

Vital Signs

Feb-14-2025 0326
T 97.4 HR 58 RR 18 BP 101 / 59 O2Sat 94 PAIN 4

Lab Results

Feb-14-2025 0259
Hematology
HGB 13.2 HCT 37.1

Dr. Hefley Subjective

Patient is comfortable, No new complaints

Dr. Hefley Objective

Dressing/Splint is clean, dry, & intact, Compartments Supple, Calves soft/non-tender, Sensory intact, Brisk capillary, EHL/FHL 5/5
Dr. Hefley Diagnoses & Plan

POD # (1 R THR), Mobilize with PT (wbat), Continue DVT prophylaxis (asa), Discharge planning (home today)

patient fell going to bathroom yesterday evening. XR are negative. no increased pain. wound is healthy.

Electronically signed by JENKINS GRACE JONES PA on Feb-14-2025 0844

I hereby attest the note that was written on this patient accurately reflects the notations made when patient was examined.
Electronically signed by HEFLEY JR WILLIAM F MD on Feb-14-2025 1518

# LABORATORY NARRATIVE NOTE

**LABORATORY NARRATIVE NOTE**

Laboratory Narrative note information is not available

# PATHOLOGY NARRATIVE NOTE

**PATHOLOGY NARRATIVE NOTE**

Pathology Narrative note information is not available

# IMAGING NARRATIVE NOTE

**IMAGING NARRATIVE NOTE**

Imaging Narrative note information is not available

# CARE TEAM

CARE TEAM

| Member | Role on Team | Status | Start Date | End Date | Updated By |
|---|---|---|---|---|---|
| HEFLEY JR WILLIAM F MD | Surgeon | normal | February 13, 2025 4:11:00 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Attending | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |
| HEFLEY JR WILLIAM F MD | Admitting | normal | December 19, 2024 8:16:22 PM UTC | February 14, 2025 8:40:00 PM UTC | ARKSCG on February 20, 2025 12:15:17 AM UTC |

# NURSE NOTE

**NURSE NOTE**

Nurse note information is not available

# PHYSICIAN NOTE

**PHYSICIAN NOTE**

Patient Name: MICHAEL MORGASON
Date of Birth

Physician note information is not available

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PROCEDURE(S)
02/13/2025
Procedure Date:
Room:
OR Room 03
Scheduled Procedure
Surgeon
TOTAL HIP ARTHROPLASTY- RIGHT TOTAL HIP REPLACEMENT
HEFLEY,WILLIAM F.,MD
Actual Procedure Performed
RT THA
Description
Code
Code
27130
Arthroplasty, acetabular and proximal femoral prosthetic replacement (total hip arthroplasty), with or without autograft or allograft
CPT
27132
Conversion of previous hip surgery to total hip arthroplasty, with or without autograft or allograft
CPT
CASE TIMES
Patient in Room:
09:38
Anesthesia Start:
09:38
Surgeon In Room:
10:11
Proc Start Time:
10:13
Surgeon Out of Room:
10:53
Proc End Time:

11:15
Patient Out of Room:
11:21
Anesthesia End:
11:19
PACU Start Time:
11:22
PACU End Time:
CHART CHECK
Before Induction of Anesthesia
ID Band:
Anesthesia and RN Confirm Patient Identity:
Y
Y
HP Completed:
Proc and Proc Site:
Y
Y
Labs Completed:
Site Marked by Provider:
Y
Y
EKG:
Allergies:
Y
Y
Pregnancy Test:
Anesthesia Safety Check Completed:
N/A
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Y
Consents Signed:
Team Members Plan Care, Address Concerns:
Y
Y
Relevant Images Displayed:
Y
Other:
NA
Chart Ready for OR:
Wound Class:
Y
I- Clean
PROCEDURE TYPE:
ELECTIVE

Preop Diagnosis:
OA RIGHT HIP
Sensory Limitation
NOT APPLICABLE
Psycho-Social Assessment
ALERT
CALM
Comments
NA
ANCEF
Antibiotic:
Page 1 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
SITE VERIFICATION
Patient in Room:
TIME OUT FOR PROCEDURE VERIFICATION:
OR Nurse:
09:38
10:10
GUELL, SAM
A. Surgical procedure and surgical site verified verbally with patient/patient designee
B. Patient/parent/designee points ot correct surgical site
C. Patient, procedure and surgical site verified with medical record, consent and surgeon orders
D. Patient, procedure and surgical site verified verbally with surgeon
E. Procedure and surgical site verified verbally with surgical team immediately before incision or start of procedure
F. Surgical site clearly marked with initials by surgeon
VERIFICATION PROCESS:
Site Verification Completed:
Y
CASE START PERSONNEL

Patient in Room:
Surgeon in Room:
09:38
10:11
Anesthesia Start:
Anesthesia Type:
09:38
General Anesthesia
Proc Start Time:
ASA Classification:
10:13
II
In Time
Out Time
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Circulator
GUELL, SAM
Out Time
In Time
Scrub
SPICKES, DANIEL
MOSS, TRNETON M., ST
MATHENY, KYLER
Clinical Role
Anesthesia Staff
WRIGHT, JOHN
ANESTHESIOLOGIST
FULLER, PAULA
CRNA
Name
Role
REP
DEPUY, WALL
Physician Staff
G JENKINS PA
PREP, POSITIONING, CATHETERS
Urinary Catheter:
N
Apply Safety Strap:
Safety Strap Location:
Y
Area Prepped
Skin Prep
Alcohol
HIP, FLANK, AND LEG TO TOES,

Betadine Scrub
HIP, FLANK, AND LEG TO TOES,
Duraprep
HIP, FLANK, AND LEG TO TOES,
Evaluates for signs/symptoms of chemical injury: Y
Evaluates for fire safety precautions: Y
Position for Surgery:
LATERAL LEFT SIDE DO
Evaluates for signs of injury due to positioning: Y
Positioned By
GUELL, SAM
MOSS, TRNETON M., ST
ESTELL, BETH
Positioning/Safety
STUHLBERG
AXILLARY ROLL
ANTERIOR HIP BOARD
ROOM EQUIPMENT
Electrosurgical Unit:
Bipolar:
ELECTROCAUTERY UNIT
Y
N
Blend
Coag
Cut
ESU ID
200
70.00
70.00





Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Implements measures to prevent electrical injury: Y
Implements thermoregulation measures:
Y
Apply Ground Pad:
Y
Skin Condition Post
Skin Condition Pre
Grounding Pad Site
Abdomen
Dry
Dry
Intact
Intact
THERMOREGULATION
Warming Blanket:
Y
Warm IV Fluid:
Y
Warm Irrigation:
N
Other:
NA
Applied By
Temp Setting
Blanket #
250
43
FULLER, PAULA
OTHER EQUIPMENT
NA
TIMEOUT CASE START
All confirm ID, Proc, Site, Consents:
Y
Site Marked and Visible:
Y
Allergies:
Y
Correct Position:
Y
Antibiotics Given:
Y
Relevant Images Displayed:
Y
Equipment and Instrument Concerns:
Implants Available:

N/A
Other Safety Precautions:
N/A
Comment:
NA
All Team Members Concur:
Y
Was the family notified of procedure start time:
N
Comment:
NA
TOURNIQUET, RADIOLOGY, BLOOD
Tourniquet: N/A
Implements plans to prevent mechanical skin injury: N/A
X-RAY: N/A
Implements measures to prevent radiation injury: N/A
Blood Needed?
Implents plans to prevent mechanical skin injury:
N/A
N
SPECIMENS
Specimens?
Manages specimen handling and disposition:
N/A
N
Implants?
Y
Is the patient receiving Transexamic Acid?
Y
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Is the patient colorblind?
N
Enter serum creatinine:
1.1
Does the patient have a history of seizures?
N
If yes, did you DC the order and notify MD?
N/A
Was Heparin given during the procedure?
Y
COUNTS, DRAINS, DRESSINGS
COUNTS
Performs Required Counts:
Y

Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
Count Type
Instr
Sharps
Proc #
Other
Staff 1
Staff 2
Count Comments
Sponges
1ST
Initial count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Second count
Correct
Correct
Correct
Correct
GUELL, SAM
SPICKES, DANIEL
1ST
Final count
Correct
Correct
Correct
Correct
GUELL, SAM

SPICKES, DANIEL
ACTIONS TAKEN IF COUNTS INCORRECT

Count Comments
Reopened
Surgical Site
X-Ray
Taken
Searched
Room

Recount

Notified By
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01
Charge Nurse
Notified
Surgeon
Notified
N/A
Drains/Tubes:
N
Drain Type:
Drain Site:
Dressings?
SOFT, ABD PILLOW
Dressing Type:
Y
POST PROCEDURE
Post Procedure Peripheral Pulse Assessment:
Post Procedure Skin
DRY
WARM
Urinary Catheter:
N
Drains/Tubes:
N
Dressings:
Y
Post Procedure Patient Status
ASLEEP
AROUSABLE
Using SBAR format, patient handed off to:
FRYAR, LYNETTE
Discharge disposition:

PACU
Transferred By:
DRAW SHEET
OR PERSONNEL
ROLLER BOARD
Page 4 of 6
Printed: 02/14/2025 3:00 pm

OR- PeriOperative Record
Patient Name:
Gender:
MORGASON, MICHAEL
M
Patient Number:
MR Number:
Date of Birth:

136930
554643
PNDS OUTCOMES
Username
Outcome
Comment
Outcome
Status
Response
Message
Text
Intervention
Title
Outcome
Title
Outcome ID
O3
The patient is free from signs and symptoms of chemical injury.
Implements protective measures to prevent skin and tissue injury due to chemical sources (I75).
Implements plans to prevent chemical skin injury:
MET
SGUELL
Verifies allergies (I123).
Verifies allergies:
Implements latex allergy precautions as needed (I139).
Implements latex allergy precautions as needed:
Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Applies chemical hemostatic agents (RNFA) (I140).
Applies chemical hemostatic agents (RNFA):
Evaluates for signs and symptoms of chemical injury (I36).
Evaluates for signs/symptoms of chemical injury:
Y
O9
The patient receives appropriate medication(s), safely administered during the perioperative period.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Prescribes medications within scope of practice (RNFA) (I141).
Prescribes meds within scope of practice (RNFA):
Administers prescribed medications and solutions (I8).
Administers prescribed meds and solutions:
Administers prescribed antibiotic therapy and immunizing agents as ordered (I7).
Administers prescribed antibiotic/immuniz. agents:
Evaluates response to medications (I51).
Evaluates response to meds:
O19
The patient demonstrates knowledge of medication management.
Verifies allergies (I123).
Verifies allergies:
N/A
SGUELL
Assesses psychosocial issues specific to the patient's medication management (I17).
Assesses psychosocial issues (ptt med mgmt):
Provides instruction about prescribed medications (I104)
Provides instruction about prescribed medications:

554643
O19
The patient demonstrates knowledge of medication management.
Evaluates response to instruction about prescribed medications (I48).
Evaluates resp to prescribed meds instruction:
N/A
SGUELL
Page 6 of 6
Printed: 02/14/2025 3:00 pm

Legally authenticated by HEFLEY JR WILLIAM F 2025-02-14 15:00:01

Arkansas Surgical Hospital

PATIENT NAME: MORGASON, MICHAEL
HOSPITAL NUMBER: 136930
DATE OF BIRTH:
PHYSICIAN: William F. Hefley, Jr., M.D.
DATE OF PROCEDURE: 2/13/2025

PREOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

POSTOPERATIVE DIAGNOSIS:
Osteoarthritis, right hip.

OPERATIVE PROCEDURE:
Right total hip replacement arthroplasty using DePuy implants.

SURGEON:
William F. Hefley, Jr, M.D.

ASSISTANT:
Gracie Jenkins, PA-C.

ANESTHESIA:
General.

SURGERY START TIME:
10:13

COCKTAIL:
In a sterile bowl, we mixed 4 mL (160 mg) of gentamicin, 4 mL (400 mg) of Rocephin, 1 g of TXA, and 50 mL of normal saline for a total of 60 mL.

After the final acetabular reaming, I injected 20 mL of the above cocktail over the acetabulum prior to cup insertion. After the final femoral broach, I injected 20 mL of the above cocktail into the femoral canal prior to stem insertion. After the fascia closure, I injected the final 20 mL of the above cocktail along with 30 mL of 0.5% ropivacaine, 20 mL (60 mg) of Toradol, and 20 mL of normal saline into the joint. I injected 15 mL of 0.5% ropivacaine into the subcutaneous layer prior to skin closure.

BETADINE SOAK:
After the implants were in, the wound was filled with a dilute Betadine solution and moved repeatedly through a range of motion. The solution was suctioned and

replaced a few times and then the hip was lavaged and Betadine removed.

DESCRIPTION OF PROCEDURE:
After satisfactory general anesthesia was obtained, the patient was placed in the right lateral decubitus position on the operating table, stabilized with Stulberg and padded well. Perineum was isolated with an impervious U-drape. Right hip and lower extremity was formally prepped and draped in the usual sterile fashion. I made a 4-inch incision over the anterolateral hip. Fascia lata was divided. Abductors were retracted. Hip capsule was opened in a T-fashion. The hip was dislocated anteriorly. I measured up from the lesser trochanter with a ruler and made the medial neck resection at the templated level with an oscillating saw. I completed the lateral neck resection with a reciprocating saw. I did serial reaming of the acetabulum and impacted a 54 Emphasys cup oriented at 40 degrees opening and 20 degrees of anteversion. Two screws were placed in the ilium with good purchase. Labrum and osteophytes were debrided about the rim. Serial broaching was done of the femur and I impacted a size 40 neutral AOX liner. Trial reductions were done. The trunnion was cleaned. I impacted a 7 standard offset ACTIS stem, 40 ceramic head plus 5 mm neck length. The wound was lavaged well. The hip was reduced and was stable with full range of motion, no impingement. Soft tissue tension was appropriate. Anterior hip capsule was closed with #2 TiCron. The wound was closed in layers. A sterile bandage was applied.

Electronically signed by William F.
Hefley, Jr., M.D. at 2/17/2025 12:33 PM
WFH/ELI
D: 2/13/2025 3:37:13 PM
T: 2/13/2025
File #: 326178005

Arkansas Surgical
HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

Patient Name: MICHAEL MORGASON
Attending Caregiver: HEFLEY JR WILLIAM F

# Discharge Instructions

Please follow your surgeon's directions from the Discharge Instructions form/handout included in the patient packet folder from your surgeon's office.

## These instructions will include:

- **Bathing / Showering instructions**
- **Dressing Changes and Incision care**
- **Medication and Side Effects information**
- **Activity / Body Movement information**
- **Equipment instructions**

## Seek medical care if:

- **Difficulty breathing**
- **Wound is red, swollen, or has become increasingly painful**
- **Pus draining from incision/wound**
- **Bad smell coming from incision/wound**
- **Persistent bleeding from incision/wound**
- **Incision/wound breaks open after sutures (stitches) or staples have been removed**
- **Fever 101 or greater**
- **Rash develops**
- **Pain or swelling in calf or thigh**
- **Chest pain**
- **Range of motion in your surgical area/extremity is decreasing rather than increasing**
- **Persistent nausea or vomiting**

**IF YOU HAVE QUESTIONS OR NEED CLARIFICATION OF YOUR DISCHARGE INSTRUCTIONS, CONTACT YOUR SURGEON.**
**YOUR SURGEON'S CONTACT INFORMATION IS LISTED IN YOUR PATIENT'S PACKET FROM YOUR SURGEON'S OFFICE.**

TO SCHEDULE OR CONFIRM YOUR NEXT APPOINTMENT, PLEASE CONTACT:

February 27, 2025 at 2:45pm: Bill Hefley, MD - Bowen Hefley Orthopedics see appt card for address - (501)663-6455

**If you need assistance finding another health care provider, call the number on your health insurance card.**

Elsevier Interactive Patient Education - ID# 0554643 - MR# 000136930

Arkansas Surgical HOSPITAL

5201 Northshore Drive
North Little Rock, AR 72118
(501) 748-8000

**Patient/Visit Information:**

| | |
|---|---|
| Patient Name: MICHAEL MORGASON | Diag: |
| Attending Caregiver: HEFLEY JR WILLIAM F | |

## Drug Summary:

**Take these medications:**

| Status | Drug Name / Strength / Form | Dose | Directions: | Frequency | Amount |
|---|---|---|---|---|---|
| **NEW** | Aspirin 81mg Enteric Coated Tablet | 1 tab | as directed | once a day | 35 |
| | | | | | |
| **Take as previously directed** | ATORVASTATIN 40 MG *NF* 40 MG TABS | 40 mg | | at bedtime | 0 |
| **Take as previously directed** | Gabapentin 600mg Tablet | 600 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS TID, PT ONLY TAKES ONE TAB AT NIGHT. | | | | | |
| **Take as previously directed** | Baclofen 10mg Tablet | 10 mg | | at bedtime | 0 |
| Notes: SCRIPT SAYS 2 TABS HS, PT ONLY TAKES ONE TAB HS | | | | | |

Drug Allergies: None Entered

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**

 ©2025 Elsevier Inc. 2/14/2025 8:05:48 AM

MM.LIN.1590

ORTHO SURGEONS
ORTHOSURGEONS.COM

# INSTRUCTIONS FOR PATIENTS FOLLOWING TOTAL HIP REPLACEMENT ARTHROPLASTY

Here are a few suggestions that I believe will make your hip rehabilitation a success:

1) Avoid hip adduction and external rotation.
2) Do not bend over to tie your shoes during the first six weeks.
[redacted]t.
4) When sitting, sit with your knees comfortably apart.
5) For three months, do not sit in very low chairs. You will find that this will require an excessive amount of hip flexion and in the early months may make your hip more sore.
6) Do not lie on either side for the first three weeks following your surgery. You may, however, place two pillows between your knees to turn over into the prone position frequently. Lying on the side places an undue stress on the components and may cause your hip to be sore.
7) It is safe for most people to return to driving three to six weeks following their surgery. A good guide for this is when you have good leg control and can move your extremities from the gas pedal to the brake without significant effort.
8) The use of an elevated commode seat is helpful during the first six weeks following your discharge from the hospital. This will allow you to sit comfortably and be independent for bathroom use very early. As your hip mobility and muscle strength improves, the elevated commode seat be discontinued if you wish.
9) Resumption of sexual intercourse is usually comfortable four to six weeks following discharge from the hospital.
10) Six weeks following your discharge you should start a new exercise which is called side-lying abduction. One lies on the unoperated hip with the operated hip side up. When assuming this position, place two pillows between your knees. The exercise itself is simply straightening the operated leg which should be in line with the body and lifting it toward the ceiling. Your goal should be to do fifteen repetitions per session, with three sessions per day. This may take several weeks before you are able to do this.
11) You may have some aching discomfort in your hip and thigh for the first several weeks following your operation. This discomfort should resolve with rest and if it does not, then you should cease all of your exercises and rest for a day or two until the discomfort does resolve.
12) It is important to remember that prior to any major dental procedure you should be treated with preventative antibiotics provided by your dentist, for a lifetime after surgery.
13) You may begin to shower on day three without covering your incision.
14) REASONS YOU SHOULD NOTIFY MY OFFICE: If you develop a temperature of 101.0 or greater, if you develop pain in the back of the calf of your surgical leg, if you develop chest pain or any shortness of breath, or if you have any excessive bleeding that soaks through your surgical dressing and does not stop with pressure application. After hours please notify the medical exchange at 501-663-6900.

If you have any questions, please feel free to contact my office at 501-663-6455 or 1-800-336-2412, out of town.

W. Scott Bowen, M.D. William F. Hefley, Jr., M.D.

BNBS Form#1078 (3/17)

MM.LIN.1591

The key to keeping swelling (edema) under control is **ELEVATION**. Elevation of the limb is the most effective way to bring swelling down. You can avoid a lot of discomfort and worry if you *properly* elevate your leg after coming home from the hospital. Some people think that sitting in a recliner chair with the foot rest extended and your foot *elevated* off the floor is enough, but this is not going to be adequate for eliminating your edema. Here is what you need to do to truly elevate a swollen leg, ankle and/or foot:

- You must lay on a flat, comfortable surface (bed or firm sofa)
- A comfortable pillow for your head is recommended
- Create a "ramp" or "pyramid" of pillows, blankets and rolled-up bath towels and prop your lower extremity up on this tower of items
- Ideally, the angle of your leg should be between 35 and 50 degrees
- Your leg should be fully extended with little or no knee bend
- Your foot should be well above the level of your heart
- Remain in this position for 60 minutes then get up and move about, use the bathroom, eat, do your exercises, etc.
- After an hour of being up and around you should then return to the elevated limb position as described above. Elevate your leg as often as visible, significant edema is present.
- Elevating in this fashion once or twice a day in the first week after you come home from the hospital may be enough to keep the swelling from ever getting too severe. But if your swelling seems to be getting worse, then elevating several times a day for a few days may be necessary to bring all of the swelling under control.

If swelling in the lower leg does not improve after one to two days of elevation and cold pack applications as described, and if you have pain, tenderness and/or warmth in the calf, call the office and speak with a nurse. These could be signs of a blood clot in your leg or thigh, and a special test needs to be done to determine this.




**Proper method for elevating a swollen lower extremity**

MM.LIN.1592

Bowen Hefley Orthopedics

## Antibiotic Treatment Folowing Total Joint Replacement
## Recommendations from the American Academy of Orthopedic Surgeons

If you are having any type of invasive procedure after a total joint replacement you will need to be pre-medicated. Please call our office and we can make sure you are pre-medicated prior to having any invasive procedure. This is very important to make sure that you do not risk getting an infection in your joint replacement. This only applies to the first year following your joint replacement.

| Procedure | Antimicrobial Agent | Dose | Timing | Duration |
|---|---|---|---|---|
| **Dental** | Cephalexin, cephradine, amoxicillin | 2 gm PO | I hour prior to procedure | Discontinued within 24 hours of the procedure. For most outpatient/office-based procedures a single pre-procedure dose is sufficient. |
| **Ophthalmic** | Gentamicin, tobramycin, ciprofloxacin, gatifloxacin, levofloxacin, moxifloxacin, ofloxacin, or meomycin-gramicidin-polymyxin B cefazolin | Multiple drops topically over 2 to 24 hours or 100 mg subconjunctivally | Consult ophthalmologist or pharmacist for dosing regimen | |
| **Orthopedic** | Cefazolin<br>Cefuroxime OR<br>Vancomycin | 1-2 g IV<br>1.5 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Vascular** | Cefazolin OR<br>Vancomyin | 1-2 g IV<br>1 g IV | Begin dose 60 minutes prior to procedure | |
| **Gastrointestinal**<br>Esophageal, gastroduodenal<br>Biliary tract<br>Colorectal | Cefazolin<br>Cefazolin<br>Neomycin + erythromycin base (oral) OR metronidazole (oral) | 1-2 g IV<br>1-2 G IV<br>1 g<br>1 g | Begin dose 60 minutes prior to procedure<br>Dependent on time of procedure, consult with GI physician and/or pharmacist | |
| **Head and neck** | Clindamycin + gentamicin OR<br>cefazolin | 600-900 mg IV<br>1.5 mg/kg IV<br>1-2 g IV | Begin dose 60 minutes prior to procedure | |
| **Obstetric and gynecological** | Cefoxitin, cefazolin<br>Ampicilin/sulbactam | 1-2 g IV<br>3 g IV | Begin dose 60 minutes prior to procedure | |
| **Genitourinary** | Ciprofloxacin | 500 mg PO or<br>400 mg IV | 1 hour prior to procedure<br>Begin dose 60 minutes prior to procedure | |

† If a tourniquet is used the entire dose of antibiotic must be infused prior to its inflation

BNBS #125 (2-10)

Revised: January 2018

MM.LIN.1593

**Arkansas Urology**

**Little Rock Office**
1300 Centerview Drive
Little Rock, AR 72211
Phone: 501-219-8900
Fax: 501-537-1876

Arkansas Urology, P.A.
1300 Centerview Drive
LITTLE ROCK, AR 72211-4349
Phone: (501) 219-8900, Fax: 855-407-3924

Date: 02/18/2025

Dear Michael Morgason,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: WISCHELLE WILLIAMS, APRN

## Patient Care Summary for Michael Morgason

### Most Recent Encounter
02/18/2025 Wischelle B Williams: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. tel:+1-501-2198900

### Reason for Visit
urinary retention

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note

Assessment:
1. Post op AUR: new problem, inserted 2/13/24 after hip surgery. Hx of retention in 2018, had to be in and out cath and was on tamsulosin for awhile. later a years later, thoracic outlet decompression, he was given tamsulosin a week prior to surgery that helped with retention. no hx of urology. In and out was performed prior to foley insertion, first in an out drained 1100mL, the next day, foley was inserted due to high bladder volume again

reports hx of retention post op in the past but never saw a urologist
reports hx of neuropathy
2. Neuropathy: Chronic, unsure of the cause.
3. Chronic constipation: Worsening now since surgery. He is taking dulcolax and docusate without relief of constipation. (-) n/v

Data:
- UA: foley in place

Plan:
- Reviewed and discussed pt sxs
- Reviewed external medical records, noting 1,100mL drained. Foley removal deemed too early, so it will remain in place until Friday. Patient was instructed on self-removal at home using syringes, with both patient and wife demonstrating understanding. Plan for early morning removal, with follow-up as needed.
- Recommended to avoid developing constipation (have a BM X4/week), increase fiber intake, hydrate adequately (80oz/day)
- add Miralax 17g OTC BID to his dulcolax and docusate. risks, benefits, and procedure discussed.
- Recommend to wean off pain medications
- RTC this Friday in Benton for PVRU, UA, and f/u on retention. BPH w/u and UDS in the near future, as well as PSA

New patient:

I, Wischelle Williams, APRN, am seeing this patient.

I am the scribe for Wischelle Williams, APRN, and I documented sections of this chart. - Brandon Pettigrew
1. Postoperative retention of urine

2. Chronic constipation

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Established Patient 15 | 02/21/2025 2:00PM | Cindy Stone |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

MN.LIN.1595

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | |
| atorvastatin 40 mg tablet | | |
| diclofenac sodium 75 mg tablet,delayed release | | |
| methocarbamol 750 mg tablet<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| oxycodone 5 mg tablet | | |
| sulfamethoxazole 800 mg-trimethoprim 160 mg tablet | | |
| tamsulosin 0.4 mg capsule<br>TAKE 1 CAPSULE BY MOUTH DAILY | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse |
|---|---|---|---|---|
| 5 ft 10 in | 160 lbs | 23 kg/m2 | 125/84 mm[Hg] | 118 bpm |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Latex, Natural Rubber | Itching<br>Rash | | |
| | | Penicillins | Itching<br>Rash | | |
| 11291 | RxNorm | VENOM-WASP | Anaphylaxis | | |
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Constipation | Active | 02/18/2025 | |
| Chronic Constipation | Active | 02/18/2025 | |
| Retention of Urine | Active | 02/18/2025 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 02/13/2025 | Total Hip Arthroplasty<br>Notes: Hip replacement | Information not available |
| 01/01/1992 | Removal of Sperm Duct(s)<br>Notes: Vasectomy | Information not available |

MN.LIN.1596

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Heavy Tobacco Smoker (1 pack per day) |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 02/18/2025 | Postoperative Retention of Urine; Chronic Constipation | Wischelle B Williams, APRN: 1300 Centerview Drive, Little Rock, AR 72211-4349, Ph. (501) 219-8900 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 07/31/1970 | Race: | White |
| Preferred language: | English | Marital status: | Married |
| Contact: | 2623 E 35, Texarkana, AR 71854, Ph. tel:+1-903-4900726 | | |

## Care Team Members

Primary Care Provider

| | |
|---|---|
| Matthew W Nix MD | 3417 U Of Way, Texarkana, AR 71854, Ph. tel:+1-870-7796000 |

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

Date: Mon Mar 03 11:35:15 CST 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
E-communication from Lincoln Financial Group
Message-ID: <1193749715.3.1741023315688@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge℠

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

March 3, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for you/your client to review prior to completion of our appeal decision.

As part of your client's appeal review, we attempted to set up an IME for Mr Morgason to attend however the venders we use were unable to find the appropriate specialist within an appropriate distance to have an IME completed. Therefore, we sent for a file review to be completed by a board-certified physician. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 03/24/2025. Please submit any written comments or documentation to us at the address in the upper right-hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 03/24/2025, then we will render a decision based on the information currently in the file.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Claimant Name: Michael Morgason

Claim Number:1210046281

**MEDICAL REVIEW QUESTIONS:**

Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 05/19/2024 forward. Please review from a psychological, cognitive and physical standpoint.

If your conclusion is different from the previous review, please explain the medical rationale and evidence used in your coming to the different conclusion(s).

**MEDICAL REVIEW RESPONSE:**

Date: January 27, 2025

Subject: Appeal Nursing Memorandum

Claim #: 1210046281

Claimant: Michael Morgason

Date of Birth:

Date of Disability: November 20, 2020

Review of medical records on file completed. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

Clinical Assessment:

The employee stopped working on November 20, 2020, due to polyneuropathy, osteoarthritis right carpometacarpal (joint at the base of the thumb), right carpal tunnel syndrome, perineural cyst left hand, and intra-sacral meningeal cysts. He underwent trapezium resection interposition arthroscopy, and ligament reconstruction right thumb

and right carpal tunnel release on April 22, 2021, right sacroiliac steroid injection on October 25, 2022, left wrist steroid injection May 24, 2023, and bilateral S3 selective nerve root block on December 22, 2023. He is treated by internal medicine, orthopedics, neurology, physical medicine & rehab, and neurosurgery. The employee underwent surgical treatment for intra-sacral meningeal cysts left S2 and S3 nerve roots and sacral laminar reconstruction with resorbable plating on April 10, 2024. During initial post-operative follow up appointment on April 15, 2024, with Dr. Frank Feigenbaum (Neurosurgery), the employee is doing well, and he reports his bilateral lower extremity symptoms have improved; he is walking daily and sitting comfort is stable. Current medications include Robaxin (muscle relaxer) and Norco (narcotic). Exam documents full strength and sensation at baseline. Plan is to follow up in 3 months with repeat MRI. He was previously supported to May 19, 2024.

The employee saw Dr. Matthew Nix (Family Medicine) on June 10, 2024, and he reports the pain in his pelvis and right hip has decreased and his leg feels less heavy. His surgical wound is healed. He will see neurosurgeon in 3-month with a repeat MRI; PT was not recommended. He is taking ibuprofen and Norco 1-2 times a day, and the neurosurgeon requests medications to be managed by his primary care provider. He was also taking gabapentin (nerve pain) prior to surgery but stopped taking. Exam reveals healed lumbar/sacral incision. There are no motor or sensory deficits, and no gait abnormalities. Plan is to restart gabapentin due to continued right leg pain below the knee which may improve with time. Refill Norco for a short time and start weaning off.

An independent medical peer review was completed on June 12, 2024, by Dr. Sameer Jain (Neurology/Pain Medicine) who opined the employee would have restrictions/limitations to include Sitting: Unrestricted. Standing: Frequently. Walking: Frequently. Lift, carry, push, and pull: Occasionally, up to 20 lbs. with both upper extremities. Climbing stairs, balance, stoop, kneel, crouch, and crawl: Frequently. Reaching: Frequently overhead and below waist, with both upper extremities, and unrestricted to desk level. Use lower extremities for foot control: Frequently with both lower extremities. Fine manipulation and simple and firm grasping: Unrestricted in both upper extremities. The above-recommended restrictions and limitations are indicated from May 19, 2024, and forward with reassessment on or around December 30, 2024. Please see report for details.

An ability form from Dr. Feigenbaum dated June 25, 2024, provides restrictions/limitations to include occasional lift/carry 0-20 lbs., sit, stand, walk, drive, finger, handle, and reach above the shoulder; never lift/carry more than 20 lbs., climb, bend, kneel, or operate foot controls. The employee should avoid pushing/pulling activity for 3 months, minimize bending/twisting for 4-8 weeks, and limit sitting/standing for 45-60 minutes at a time with frequent breaks. There is no correlating office visit or exam findings.

A pelvic/sacrum MRI July 25, 2024, showed remote sacral laminectomy changes at S2-3 level for resection of small meningeal Tarlov cysts without evidence of recurrence or residual cysts.

The employee saw Dr. Hugh Frederick (Orthopedic Surgery) on August 21, 2024, for complaints of recurring carpal tunnel symptoms in the left hand. He reports several months of complete relief with previous carpal tunnel injection (May 2023) however symptoms are recurring despite the use of night braces. Exam documents good finger range of motion and mildly positive median nerve compression test. He is given repeat steroid injection in the left palmer wrist.

A neurological listing medical opinion form from Dr. Andrew Morales (Neurology) dated October 5, 2024, documents the employee's multiple symptom complaints and treatment every 3 months for peripheral neuropathy. Treatment includes medication management (nerve pain, muscle relaxer, narcotic) to control pain. He is noted to have moderate physical limitations. The employee can stand from a seated position and maintain an upright position without the assistance of another person or an assistive device; he can stand and walk and maintain an upright position while standing or walking without the assistance of another person or an assistive device. The employee does not have a loss of function in his upper extremities that require fine and gross motor activities or ability to lift, carry, push, or pull. Mental limitations document moderate however scoring noted none to mild limitations regarding work activities. There is no correlating office visit or exam findings.

The employee saw Physician Assistant Kenneth Weaver PA/Dr. Scott Bowen (Orthopedic Surgery) on December 9, 2024, for complaints of right hip pain that occurred over time and began 3 years ago. He takes ibuprofen with minimal relief. He reports sharp stabbing pain that is intermittent however he noted worsening symptoms. His symptoms are exacerbated by kneeling, sitting, bending, stairs, twisting, standing, lifting, and reaching overhead. He also reports stiffness, limping, and weakness. He was previously treated for this condition by another provider. Current medications include Baclofen and gabapentin. Exam documents no swelling or calf tenderness, normal peripheral pulses; he has good coordination with no weakness or sensory deficits. Intact deep tendon reflexes. Right hip/pelvic exam documents no swelling, bruising, or deformity, some tenderness over the groin with reproduction of pain in the groin with range of motion which is restricted in internal rotation. His strength is normal 5/5 with intact sensation. Normal hip tests. He has an antalgic gait favoring the affected side. A right hip x-ray on this date shows moderate degenerative (age-related) changes pistol-grip deformity, and no lytic lesions or fractures, and no bone-on-bone. The employee also completed a lumbosacral x-ray however results are not provided. Right hip MRI (unknown date) showed mild osteoarthritis with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and

anterior acetabulum. Plan is to start diclofenac (non-steroidal anti-inflammatory) and right total hip replacement is recommended.

An undated Social Security medical opinion regarding the ability to do work-related physical activities was completed by an unknown provider who opined the employee can frequently and occasionally lift/carry less than 10 lbs., stand, walk, and sit for less than 2-hours in an 8-hour workday. He can sit and stand for 10 minutes at one time before he must change positions. He must walk around every 10 minutes for 5 minutes; he requires the need to change positions at will and he will need to lay down every 30 minutes. Postural activities noted not applicable to this provider. All physical functions are affected. He should avoid moderate exposures to all environmental conditions. The record is incomplete. There is no correlating office visit or exam findings.

The medical records document multiple orthopedic and neurological conditions including carpal tunnel syndrome and intra-sacral meningeal cysts requiring surgical intervention and intermittent steroid injections as noted above. Additional treatment includes medication management with muscle relaxers, nerve pain medicine, and narcotics. Most recently the employee underwent sacral laminar reconstruction with resorbable plating for treatment of intra-sacral meningeal cysts on April 10, 2024, without any documented complications. The employee is treated by Dr. Feigenbaum (Neurosurgery), Dr. Nix (Family Medicine), and Dr. Frederick (Orthopedic Surgery) as noted above. During initial post-operative follow up appointment on April 15, 2024, with Dr. Feigenbaum, the employee is doing well, and he reports his symptoms have improved. Exam reveals full strength and equal sensation. There is a gap in treatment from April 10, 2024-June 10, 2024, at which time the employee saw Dr. Nix for medication management of narcotics which he is being weaned off. His gabapentin is restarted. During follow up appointment on August 21, 2024, with Dr. Frederick (Orthopedic Surgery), the employee reports complete resolution of left sided carpal tunnel with last steroid injection (more than a year ago), however symptoms have gradually returned. Exam reveals good range of motion and mild compression tests. Treatment consists of a repeat steroid injection. There appears to be a gap in treatment from August 21, 2024-December 9, 2024, at which time the employee was evaluated by a new orthopedist Weaver PA, for persistent right hip pain. He no longer requires narcotic pain medication. Exam reveals tenderness and pain with range of motion (internal rotation) and no motor or sensory deficits. He is noted to have an antalgic gait. Diagnostic imaging showed mild osteoarthritis with recommendation for total hip replacement. While the employee reports chronic pain, in multiple sites, the medical exam documentation fails to demonstrate severe pain, instability, weakness including loss of grip strength, altered sensation, or significant loss of range of motion to support restrictions/limitations precluding all work activities beyond May 19, 2024. An MRI July 25, 2024, showed no recurrent or residual cysts. It would be reasonable to periodically adjust positions throughout the workday per position of comfort. i.e. taking reasonable breaks, stretching, alternating positions throughout the day to minimize or mitigate pain and discomfort. While it is reasonable to seek continuation of conservative care with

intermittent injections, this would not necessitate the need for ongoing restrictions/limitations and can be done around a work schedule.

There is self-reported cognitive (concentration, memory) impairment, however there is no neuropsychological testing to support these claims, and no examination documenting cognitive slowing or other observable issues.

The medical records document the employee will be having a total hip arthroplasty therefore it is reasonable to support no work to allow recovery per MD Guidelines if appropriate.

Amy M. RN, CCM

Nurse Disability Consultant, Lincoln Financial Group

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 02/24/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 02/15/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2465796 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses with ICD-10 codes are:

1. Right hip femoroacetabular impingement (M24.851)
2. Right hip labral tear (S73.191A)
3. Perineural cyst (G96.191)

Additional diagnoses include:

4. Left carpal tunnel syndrome
5. Osteoarthritis of the right carpometacarpal joint

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no noted comorbid conditions significant to impairment.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 05/19/2024 to forward, and comment on the expected duration.**

This claimant has been treated for complaints of pain at the lower back, buttock, and lower extremity status post laminectomy for resection of Tarlov cysts on 04/10/2024, as well as left hip pain and symptoms of left-sided carpal tunnel syndrome.

There are Tarlov and perineural cysts noted on imaging dating back to November 2021, and a magnetic resonance imaging (MRI) of the right hip from 05/25/2022 revealed complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

Preoperative visits with neurosurgery noted lower extremity weakness and sensory loss. A postoperative follow-up on 04/15/2024 noted a decrease in bilateral lower extremity symptoms. A postoperative MRI of the pelvis from 07/25/2024 showed no evidence of recurrence or residual cysts.

A family medicine visit on 06/10/2024 noted that the claimant was having some pain in the right leg below the knee, and some ongoing pain in the pelvis and right hip despite having some benefit postoperatively.

An orthopedic surgery visit regarding carpal tunnel symptoms on the left hand on 08/21/2024 noted that the claimant had a mildly positive median nerve compression test. An injection was administered. It was noted that the claimant previously had several months of complete relief from a similar injection, and no follow-up visits are documenting any ongoing symptomology from carpal tunnel syndrome.

An orthopedic visit for right hip pain on 12/09/2024 noted that x-rays of the right hip revealed moderate degenerative changes and a pistol grip deformity. The claimant had tenderness over the groin, restricted internal rotation of the hip, and an antalgic gait. The claimant is a candidate for right total hip arthroplasty.

The claimant's postoperative recovery following laminectomy for Tarlov cyst resection on 04/10/2024 and the claimant's right hip pain and candidacy for total hip replacement would support the need for restrictions and limitations.

From a Physical Medicine and Rehabilitation/Pain Management perspective, restrictions from 05/19/2024 and forward are as follows:

- Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort
- Standing: 10 minutes at a time up to 2 hours per day
- Walking: 10 minutes at a time up to 2 hours per day
- Walking on uneven ground: Never
- Climbing Ladders: Never
- Operating Heavy Equipment: Never
- Balancing: Never
- Crawling: Never
- Bending at waist: occasionally (up to 33% of the time)
- Stooping: occasionally (up to 33% of the time)
- Kneeling: occasionally (up to 33% of the time)
- Crouching: occasionally (up to 33% of the time)
- Climbing Regular Stairs: occasionally (up to 33% of the time)
- Reaching Overhead: Unrestricted
- Reaching Desk Level: Unrestricted
- Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
- Handle, Finger, and Feel: Unrestricted
- Simple/Firm grasping: Unrestricted
- Operate foot controls: Unrestricted
- No additional activity restrictions are supported.

A reevaluation or reassessment of the claimant's current level of functioning would be appropriate within six months from the date of this report in order to determine if there has been any improvement in symptomology.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Feigenbaum has limited the claimant to lifting and carrying up to 20 pounds, which is appropriate, and occasionally sitting, standing, and walking. However, I disagree with the provider's opinion that the claimant is fully restricted from bending, kneeling, or operating foot controls, or that the claimant would have any restrictions with reaching above shoulder level.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the records that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The severity and scope of the claimant's reported pain is inconsistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The records do not indicate that the claimant is attending physical therapy status post resection of Tarlov cysts.

The most recent orthopedic visit regarding right hip pain is from 12/09/2024 and recommended total hip arthroplasty, which would be appropriate given the claimant's symptoms and degeneration and labral tearing on imaging. However, there are no follow-up visits or operative reports indicating that hip replacement took place.

The records also do not include any follow-up records regarding carpal tunnel syndrome symptoms which were treated on 08/21/2024.

The claimant's pain complaints may have some impact on the claimant's capacity for work, however the claimant would be capable of full-time work within the restrictions listed above.

**8. Please comment on the claimant's reported pain and fatigue and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 05/19/2024 forward?**

The claimant's reports of ongoing pain correlate with their history for Tarlov and perineural cysts, as well as with pathology on imaging of the lumbar spine and hip, and orthopedic findings of an antalgic gait, tenderness, and restricted motion of the hip.
However, progress notes do not document any findings consistent with fatigue or deconditioning, such as significant weakness. There is no indication of sedation.

The claimant reports having cognitive deconditioning in the Medical Affidavit signed 10/17/2024, however, this has not been addressed by any treating providers during the dates in question, and there are no noted cognitive abnormalities. However, I defer to the appropriate specialty for further review.

**Medical Records:**

Andres G Morales, DO Medical Correspondence
Unknown Employment
Unknown Dane Street Documents
Unknown Questionnaire 02/01/2016, 11/25/2020, 07/31/2024
Syed M Hussaini, MD MPH Lab and Diagnostic Results 11/17/2020
Unknown Work Status/Restrictions 12/09/2020
Texarkana Independent School District Employment 12/09/2020
Quest Diagnostics Lab and Diagnostic Results 12/17/2020
Michael Crastree, FNP Attending Physician Statement 12/21/2020
Joseph W Milner Jr, MD Magnetic Resonance Imaging (MRI) 12/23/2020
Syed M Hussaini, MD MPH Medical Report Visit/Note 12/30/2020
Unknown Attending Physician Statement 01/04/2021, 04/09/2021
Shaida Khan, DO Medical Report Visit/Note 02/23/2021, 06/07/2021

William H Haynie, MD Attending Physician Statement 02/24/2021
Lori Watumull, MD Medical Report Visit/Note 03/05/2021
Shaida Khan, DO Electrodiagnostics/NCV/EMG/EKG 03/26/2021
Hugh Frederick, MD Medical Report Visit/Note 03/31/2021, 05/03/2021, 05/26/2021, 06/23/2021, 07/21/2021, 08/18/2021, 05/24/2023, 08/21/2024
Hugh Frederick, MD Procedure/Operative Report 04/22/2021, 08/21/2024
Hugh Frederick, MD X-ray (Radiography) 05/03/2021
Pamela Ruz, OTR MOT Physical/Occupational/Chiropractic Therapy 05/26/2021, 06/23/2021, 07/21/2021
Meghana Halkar, MBBS Medical Report Visit/Note 07/29/2021
Hugh Frederick, MD Work Status/Restrictions 09/09/2021, 09/22/2023
Alayna Hofeling, OTR CHT Physical/Occupational/Chiropractic Therapy 09/09/2021
Ronnie A Sebro, MD PhD Magnetic Resonance Imaging (MRI) 11/01/2021
Elliot L Dimberg, MD Electrodiagnostics/NCV/EMG/EKG 11/01/2021
Nicole Capra, RVT RDMS Specialized Diagnostic Reports 11/01/2021
Joseph A Ivey III, MD Medical Report Visit/Note 11/02/2021
Mayo Clinic Jacksonville Clinical Lab and Diagnostic Results 11/02/2021
Christopher J Lamb, MD Medical Report Visit/Note 11/09/2021, 03/07/2022
William P Cheshire, MD Lab and Diagnostic Results 03/07/2022
John K Evans, DO Medical Report Visit/Note 03/08/2022, 08/04/2022
Jason R Young, MD Positron Emission Tomography (PET) 05/25/2022
Unknown Medical Report Visit/Note 05/25/2022, 05/12/2023
Joseph M Bestic, MD Magnetic Resonance Imaging (MRI) 05/25/2022
Rupert O Stanborough, MD X-ray (Radiography) 05/25/2022
Nora C Osborn, PA-C Procedure/Operative Report 05/26/2022
Luke Spencer-Gardner, MD Medical Report Visit/Note 05/26/2022, 06/21/2022, 07/26/2022
Wenchun Qu, MD PhD Medical Report Visit/Note 08/31/2022, 10/28/2022
Mark Friedrich B Hurdle, MD Procedure/Operative Report 10/25/2022
Matthew W Nix, MD Medical Report Visit/Note 11/16/2022, 09/11/2023, 03/20/2024, 06/10/2024, 08/12/2024
Sameer Jain, MD Medical Correspondence 01/07/2023
Andres G Morales, DO Medical Report Visit/Note 02/17/2023, 09/08/2023, 11/10/2023, 02/29/2024
Unknown Electrodiagnostics/NCV/EMG/EKG 02/17/2023
Labcorp Dallas, Mdetufugh Lab and Diagnostic Results 05/15/2023
Sandeep Rajan Singh, MD MBA FACC FACP Specialized Diagnostic Reports 06/12/2023
William H Haynie, MD Medical Report Visit/Note 07/10/2023, 03/25/2024
Kim Oliver Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Ultrasound (Sonography) 08/07/2023
Andres G Morales, DO Lab and Diagnostic Results 09/08/2023, 09/12/2023
Labcorp Dallas Lab and Diagnostic Results 09/25/2023
Unknown Medical Correspondence 10/05/2023, 06/10/2024, 07/03/2024
Justin Becker Magnetic Resonance Imaging (MRI) 10/09/2023
Thomas Mcgee Magnetic Resonance Imaging (MRI) 10/16/2023
Frank Feigenbaum, MD Medical Report Visit/Note 12/14/2023, 01/10/2024, 04/15/2024
Bradley Cubitt, MD Procedure/Operative Report 12/22/2023
William Barreto, MD Medical Correspondence 01/03/2024, 01/19/2024
Jennifer Belew, MS, CRC LFG Transferable Skills Analysis 02/15/2024
Jamie Catlett Denials 02/22/2024
Konstantinos N Lazaridis, MD Medical Report Visit/Note 02/26/2024
Frank Feigenbaum, MD Medical Correspondence 03/11/2024
Frank Feigenbaum, MD Lab and Diagnostic Results 03/11/2024
University Of Arkansas For Medical Sciences Questionnaire 03/19/2024, 06/07/2024
Lance K Runion, MD X-ray (Radiography) 03/20/2024
Matthew W Nix, MD Lab and Diagnostic Results 03/20/2024
Frank Feigenbaum, MD Procedure/Operative Report 04/10/2024
Matthew W Nix, MD Medical Correspondence 04/15/2024

Michael Morgason Appeals 05/02/2024
Theresa Henderson Denials 05/19/2024
Sameer Jain, MD Dane Street Documents 06/12/2024
Sameer Jain, MD Peer Review Report 06/12/2024
Frank Feigenbaum, MD Work Status/Restrictions 06/25/2024
Crysela Smith, MD Magnetic Resonance Imaging (MRI) 07/25/2024
Jennifer A Clements, Rad Medical Report Visit/Note 07/25/2024
Matthew Young, Mm.lin.1311 Questionnaire 07/25/2024
Mishal Moyasoro Questionnaire 07/31/2024
Marc S Whitehead Appeals 08/15/2024, 12/26/2024
Brenda Bryan Legal and Administrative 10/17/2024
Kenneth Weaver, PA-C Medical Report Visit/Note 12/09/2024
Amy M, Rn, Ccm Medical Correspondence 02/06/2025

**Summary:**

The claimant is a 54-year-old individual with a date of birth of 07/31/2070. The claimant is left-hand dominant and has been diagnosed with osteoarthritis of the right carpometacarpal (CMC) joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome.

The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/2024. The claimant also has a history of trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/2021.

On 11/01/2021, an electromyogram of the bilateral lower extremities is abnormal and indicates old, inactive L2 radiculopathy. On 11/01/2021, a magnetic resonance imaging of the solar plexus reveals multiple sacral Tarlov cysts and perineural cysts.

On 05/25/2022, a magnetic resonance imaging (MRI) of the right hip reveals complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement. There is gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. There is mild greater trochanteric bursal inflammation.

On 05/25/2022, nuclear medicine bone scan single-photon emission computed tomography indicates mild left L5-S1 disk space associated activity which may be a pain generator.

On 01/07/2023, a review of the claimant's file by Mark Watson, MD is reviewed.

On 10/09/2023, a magnetic resonance imaging of the lumbar spine revealed multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. There is a multilevel facet arthropathy. There is a straightening of the lumbar lordotic curvature.

On 10/16/2023, a magnetic resonance imaging of the thoracic spine reveals slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia.

From 12/14/2023 through 04/15/2024, Frank Feigenbaum, MD, the claimant presents to neurosurgery for a sacral meningeal cyst. The claimant reports having right greater than left-sided lower back and buttock pain radiating down the bilateral lower extremities with numbness of the legs and feet. On exam, there is decreased strength at the bilateral lower extremities and sensory loss at the left thigh, calf, and foot. The claimant also has complaints of difficulty urinating and sexual dysfunction. The claimant will undergo a diagnostic nerve root block injection.

A follow-up visit on 01/10/2024 notes that the claimant had a complete resolution of symptoms for a short amount of time following the nerve root block injection. Surgical resection is recommended.

A postoperative follow-up on 04/15/2024 states that the claimant's bilateral lower extremity symptoms have

decreased. The claimant is walking daily and is comfortable while sitting. A full exam is not performed. A magnetic resonance imaging of the sacrum is ordered.

On 01/03/2024 with a revision on 01/19/2024, a review of the claimant's file by William Barreto, MD is reviewed.

On 04/10/2024, an operative report indicates the claimant underwent laminectomy for resection of small Tarlov cysts at S2 and S3.

On 05/23/2024, an appeal letter from the claimant is reviewed. The claimant is providing medical information dating back to 2021. The claimant states that it could take months or years to recover from surgery.

On 06/10/2024, Matthew Nix, MD, the claimant presented to Family Medicine reporting that the claimant has decreased pain at the pelvis and right hip and the leg feels less heavy. However, the claimant is having pain in the right leg below the knee. The claimant's surgical wound has healed on exam. The claimant is prescribed Norco 5-325 mg.

On 06/12/2024, a review of the claimant's file by Sameer Jain, MD is reviewed.

On 06/25/2024, an Abilities Form signed by Frank Feigenbaum, MD states the claimant is able to lift and carry up to 20 pounds, occasionally sit, stand, walk, drive, finger, handle, and reach above shoulder level, and the claimant may never climb, bend, kneel, or operate foot controls. Bending and twisting should be minimized for up to eight weeks. The claimant should avoid pushing or pulling for three months. Sitting and standing are limited to no more than one hour at a time.

On 07/03/2024, a letter from the claimant is reviewed. The claimant states that they are unable to sit for more than a few minutes at a time without needing to recline and use ice. The claimant is pending a follow-up magnetic resonance imaging.

On 07/25/2024, a magnetic resonance imaging of the pelvis reveals remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.

On 07/31/2024, a questionnaire from the claimant is reviewed. The claimant reports significant limitations with climbing stairs, bending, kneeling, stooping, walking, and moderate and vigorous activities. The claimant is somewhat limited in walking one block and bathing and dressing themselves. The claimant has moderate to severe pain which extremely limits their ability to do housework or work outside of the home.

On 08/21/2024, Hugh Frederick, MD, the claimant presents to orthopedics for recurrent carpal tunnel symptoms on the left hand. The claimant previously had several months of complete relief from a carpal tunnel injection. The claimant wears braces at night. On exam, the claimant has a mildly positive median nerve compression test. An injection is administered.

On 10/17/2024, an affidavit from the claimant is reviewed. The claimant reports having cognitive symptoms, including difficulty concentrating and processing information, memory lapses, jumbled thoughts, and difficulty with mathematical equations. The claimant reports having fatigue after only minimal exertion, and significant levels of pain and numbness. The claimant has been examined by numerous specialists and requires surgical repair of their hip. The claimant states that they can no longer keep up at work, physically or cognitively. The claimant states that their constant, debilitating symptoms prevent them from returning to work. The claimant has significant difficulty even getting dressed, emptying the dishwasher, or cooking. The claimant is no longer able to shoot pool or play guitar. The claimant is unable to do any yard work. The claimant states that it took them more than one month to write their affidavit.

On 12/09/2024, Kenneth Weaver, PA-C, the claimant presented to orthopedics for right hip pain rated at 8/10 which worsens with kneeling, sitting, bending, climbing stairs, twisting, standing, lifting, and reaching overhead. The claimant complains of weakness. On examination, there is tenderness over the groin and restricted internal rotation of the hip. The claimant has an antalgic gait. X-rays of the right hip reveal moderate degenerative changes and pistol

grip deformity. The claimant's previous magnetic resonance imaging is also reviewed. The claimant is to undergo right total hip arthroplasty.

On 12/26/2024, an appeal letter from the claimant's attorney is reviewed. The attorney states that the claimant meets the criteria of total disability. The claimant continues to have sacral and lower extremity pain and discomfort with sitting which is moderate to severe. The claimant is unable to sit comfortably for more than five minutes or stand for more than 10 minutes.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan M.D.
Board Certified Physical Medicine and Rehabilitation
WA#M D60178901

DANE STREET

7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Howard Grattan M.D.
Physical Medicine and Rehabilitation

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Morgason | **Claim Number:** | 1210046281 |
| **Report Date:** | 02/24/25 | **Referral Type:** | Appeal |
| **Referral Date:** | 02/15/25 | **Claimant DOB:** | |
| **Dane Street ID:** | 2465796 | | |

**Questions:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The primary impairing diagnoses with ICD-10 codes are:

1. Right hip femoroacetabular impingement (M24.851)
2. Right hip labral tear (S73.191A)
3. Perineural cyst (G96.191)

Additional diagnoses include:

4. Left carpal tunnel syndrome
5. Osteoarthritis of the right carpometacarpal joint

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There are no noted comorbid conditions significant to impairment.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 05/19/2024 to forward, and comment on the expected duration.**

This claimant has been treated for complaints of pain at the lower back, buttock, and lower extremity status post laminectomy for resection of Tarlov cysts on 04/10/2024, as well as left hip pain and symptoms of left-sided carpal tunnel syndrome.

There are Tarlov and perineural cysts noted on imaging dating back to November 2021, and a magnetic resonance imaging (MRI) of the right hip from 05/25/2022 revealed complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

Preoperative visits with neurosurgery noted lower extremity weakness and sensory loss. A postoperative follow-up on 04/15/2024 noted a decrease in bilateral lower extremity symptoms. A postoperative MRI of the pelvis from 07/25/2024 showed no evidence of recurrence or residual cysts.

A family medicine visit on 06/10/2024 noted that the claimant was having some pain in the right leg below the knee, and some ongoing pain in the pelvis and right hip despite having some benefit postoperatively.

An orthopedic surgery visit regarding carpal tunnel symptoms on the left hand on 08/21/2024 noted that the claimant had a mildly positive median nerve compression test. An injection was administered. It was noted that the claimant previously had several months of complete relief from a similar injection, and no follow-up visits are documenting any ongoing symptomology from carpal tunnel syndrome.

An orthopedic visit for right hip pain on 12/09/2024 noted that x-rays of the right hip revealed moderate degenerative changes and a pistol grip deformity. The claimant had tenderness over the groin, restricted internal rotation of the hip, and an antalgic gait. The claimant is a candidate for right total hip arthroplasty.

The claimant's postoperative recovery following laminectomy for Tarlov cyst resection on 04/10/2024 and the claimant's right hip pain and candidacy for total hip replacement would support the need for restrictions and limitations.

From a Physical Medicine and Rehabilitation/Pain Management perspective, restrictions from 05/19/2024 and forward are as follows:

- Lifting and carrying: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Pushing and pulling: 20 pounds occasionally (up to 33% of the time) and 10 pounds frequently (33-66% of the time)
- Sitting: 60 minutes at a time up to 6 hours per work day with the ability for self-positional change as necessary or comfort
- Standing: 10 minutes at a time up to 2 hours per day
- Walking: 10 minutes at a time up to 2 hours per day
- Walking on uneven ground: Never
- Climbing Ladders: Never
- Operating Heavy Equipment: Never
- Balancing: Never
- Crawling: Never
- Bending at waist: occasionally (up to 33% of the time)
- Stooping: occasionally (up to 33% of the time)
- Kneeling: occasionally (up to 33% of the time)
- Crouching: occasionally (up to 33% of the time)
- Climbing Regular Stairs: occasionally (up to 33% of the time)
- Reaching Overhead: Unrestricted
- Reaching Desk Level: Unrestricted
- Reaching Below Waist: occasionally (up to 33% of the time) bilaterally
- Handle, Finger, and Feel: Unrestricted
- Simple/Firm grasping: Unrestricted
- Operate foot controls: Unrestricted
- No additional activity restrictions are supported.

A reevaluation or reassessment of the claimant's current level of functioning would be appropriate within six months from the date of this report in order to determine if there has been any improvement in symptomology.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Dr. Feigenbaum has limited the claimant to lifting and carrying up to 20 pounds, which is appropriate, and occasionally sitting, standing, and walking. However, I disagree with the provider's opinion that the claimant is fully restricted from bending, kneeling, or operating foot controls, or that the claimant would have any restrictions with reaching above shoulder level.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the records that may adversely impact work.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

The severity and scope of the claimant's reported pain is inconsistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The records do not indicate that the claimant is attending physical therapy status post resection of Tarlov cysts.

The most recent orthopedic visit regarding right hip pain is from 12/09/2024 and recommended total hip arthroplasty, which would be appropriate given the claimant's symptoms and degeneration and labral tearing on imaging. However, there are no follow-up visits or operative reports indicating that hip replacement took place.

The records also do not include any follow-up records regarding carpal tunnel syndrome symptoms which were treated on 08/21/2024.

The claimant's pain complaints may have some impact on the claimant's capacity for work, however the claimant would be capable of full-time work within the restrictions listed above.

**8. Please comment on the claimant's reported pain and fatigue and deconditioning in relation to his/her overall functionality. Do these factors result in any additional restrictions and limitations from 05/19/2024 forward?**

The claimant's reports of ongoing pain correlate with their history for Tarlov and perineural cysts, as well as with pathology on imaging of the lumbar spine and hip, and orthopedic findings of an antalgic gait, tenderness, and restricted motion of the hip.
However, progress notes do not document any findings consistent with fatigue or deconditioning, such as significant weakness. There is no indication of sedation.

The claimant reports having cognitive deconditioning in the Medical Affidavit signed 10/17/2024, however, this has not been addressed by any treating providers during the dates in question, and there are no noted cognitive abnormalities. However, I defer to the appropriate specialty for further review.

**Medical Records:**

Andres G Morales, DO Medical Correspondence
Unknown Employment
Unknown Dane Street Documents
Unknown Questionnaire 02/01/2016, 11/25/2020, 07/31/2024
Syed M Hussaini, MD MPH Lab and Diagnostic Results 11/17/2020
Unknown Work Status/Restrictions 12/09/2020
Texarkana Independent School District Employment 12/09/2020
Quest Diagnostics Lab and Diagnostic Results 12/17/2020
Michael Crastree, FNP Attending Physician Statement 12/21/2020
Joseph W Milner Jr, MD Magnetic Resonance Imaging (MRI) 12/23/2020
Syed M Hussaini, MD MPH Medical Report Visit/Note 12/30/2020
Unknown Attending Physician Statement 01/04/2021, 04/09/2021
Shaida Khan, DO Medical Report Visit/Note 02/23/2021, 06/07/2021

William H Haynie, MD Attending Physician Statement 02/24/2021
Lori Watumull, MD Medical Report Visit/Note 03/05/2021
Shaida Khan, DO Electrodiagnostics/NCV/EMG/EKG 03/26/2021
Hugh Frederick, MD Medical Report Visit/Note 03/31/2021, 05/03/2021, 05/26/2021, 06/23/2021, 07/21/2021, 08/18/2021, 05/24/2023, 08/21/2024
Hugh Frederick, MD Procedure/Operative Report 04/22/2021, 08/21/2024
Hugh Frederick, MD X-ray (Radiography) 05/03/2021
Pamela Ruz, OTR MOT Physical/Occupational/Chiropractic Therapy 05/26/2021, 06/23/2021, 07/21/2021
Meghana Halkar, MBBS Medical Report Visit/Note 07/29/2021
Hugh Frederick, MD Work Status/Restrictions 09/09/2021, 09/22/2023
Alayna Hofeling, OTR CHT Physical/Occupational/Chiropractic Therapy 09/09/2021
Ronnie A Sebro, MD PhD Magnetic Resonance Imaging (MRI) 11/01/2021
Elliot L Dimberg, MD Electrodiagnostics/NCV/EMG/EKG 11/01/2021
Nicole Capra, RVT RDMS Specialized Diagnostic Reports 11/01/2021
Joseph A Ivey III, MD Medical Report Visit/Note 11/02/2021
Mayo Clinic Jacksonville Clinical Lab and Diagnostic Results 11/02/2021
Christopher J Lamb, MD Medical Report Visit/Note 11/09/2021, 03/07/2022
William P Cheshire, MD Lab and Diagnostic Results 03/07/2022
John K Evans, DO Medical Report Visit/Note 03/08/2022, 08/04/2022
Jason R Young, MD Positron Emission Tomography (PET) 05/25/2022
Unknown Medical Report Visit/Note 05/25/2022, 05/12/2023
Joseph M Bestic, MD Magnetic Resonance Imaging (MRI) 05/25/2022
Rupert O Stanborough, MD X-ray (Radiography) 05/25/2022
Nora C Osborn, PA-C Procedure/Operative Report 05/26/2022
Luke Spencer-Gardner, MD Medical Report Visit/Note 05/26/2022, 06/21/2022, 07/26/2022
Wenchun Qu, MD PhD Medical Report Visit/Note 08/31/2022, 10/28/2022
Mark Friedrich B Hurdle, MD Procedure/Operative Report 10/25/2022
Matthew W Nix, MD Medical Report Visit/Note 11/16/2022, 09/11/2023, 03/20/2024, 06/10/2024, 08/12/2024
Sameer Jain, MD Medical Correspondence 01/07/2023
Andres G Morales, DO Medical Report Visit/Note 02/17/2023, 09/08/2023, 11/10/2023, 02/29/2024
Unknown Electrodiagnostics/NCV/EMG/EKG 02/17/2023
Labcorp Dallas, Mdetufugh Lab and Diagnostic Results 05/15/2023
Sandeep Rajan Singh, MD MBA FACC FACP Specialized Diagnostic Reports 06/12/2023
William H Haynie, MD Medical Report Visit/Note 07/10/2023, 03/25/2024
Kim Oliver Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Specialized Diagnostic Reports 08/07/2023
Ray D Smith, MD Ultrasound (Sonography) 08/07/2023
Andres G Morales, DO Lab and Diagnostic Results 09/08/2023, 09/12/2023
Labcorp Dallas Lab and Diagnostic Results 09/25/2023
Unknown Medical Correspondence 10/05/2023, 06/10/2024, 07/03/2024
Justin Becker Magnetic Resonance Imaging (MRI) 10/09/2023
Thomas Mcgee Magnetic Resonance Imaging (MRI) 10/16/2023
Frank Feigenbaum, MD Medical Report Visit/Note 12/14/2023, 01/10/2024, 04/15/2024
Bradley Cubitt, MD Procedure/Operative Report 12/22/2023
William Barreto, MD Medical Correspondence 01/03/2024, 01/19/2024
Jennifer Belew, MS, CRC LFG Transferable Skills Analysis 02/15/2024
Jamie Catlett Denials 02/22/2024
Konstantinos N Lazaridis, MD Medical Report Visit/Note 02/26/2024
Frank Feigenbaum, MD Medical Correspondence 03/11/2024
Frank Feigenbaum, MD Lab and Diagnostic Results 03/11/2024
University Of Arkansas For Medical Sciences Questionnaire 03/19/2024, 06/07/2024
Lance K Runion, MD X-ray (Radiography) 03/20/2024
Matthew W Nix, MD Lab and Diagnostic Results 03/20/2024
Frank Feigenbaum, MD Procedure/Operative Report 04/10/2024
Matthew W Nix, MD Medical Correspondence 04/15/2024

Michael Morgason Appeals 05/02/2024
Theresa Henderson Denials 05/19/2024
Sameer Jain, MD Dane Street Documents 06/12/2024
Sameer Jain, MD Peer Review Report 06/12/2024
Frank Feigenbaum, MD Work Status/Restrictions 06/25/2024
Crysela Smith, MD Magnetic Resonance Imaging (MRI) 07/25/2024
Jennifer A Clements, Rad Medical Report Visit/Note 07/25/2024
Matthew Young, Mm.lin.1311 Questionnaire 07/25/2024
Mishal Moyasoro Questionnaire 07/31/2024
Marc S Whitehead Appeals 08/15/2024, 12/26/2024
Brenda Bryan Legal and Administrative 10/17/2024
Kenneth Weaver, PA-C Medical Report Visit/Note 12/09/2024
Amy M, Rn, Ccm Medical Correspondence 02/06/2025

**Summary:**

The claimant is a 54-year-old individual with a date of birth of 07/31/2070. The claimant is left-hand dominant and has been diagnosed with osteoarthritis of the right carpometacarpal (CMC) joint, right hip femoroacetabular impingement, right hip labral tear, perineural cyst, and left carpal tunnel syndrome.

The claimant is status post laminectomy for resection of small Tarlov cysts at S2 and S3 on 04/10/2024. The claimant also has a history of trapezium resection, interposition arthroplasty, and ligament reconstruction at the right thumb and right carpal tunnel release on 04/22/2021.

On 11/01/2021, an electromyogram of the bilateral lower extremities is abnormal and indicates old, inactive L2 radiculopathy. On 11/01/2021, a magnetic resonance imaging of the solar plexus reveals multiple sacral Tarlov cysts and perineural cysts.

On 05/25/2022, a magnetic resonance imaging (MRI) of the right hip reveals complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement. There is gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. There is mild greater trochanteric bursal inflammation.

On 05/25/2022, nuclear medicine bone scan single-photon emission computed tomography indicates mild left L5-S1 disk space associated activity which may be a pain generator.

On 01/07/2023, a review of the claimant's file by Mark Watson, MD is reviewed.

On 10/09/2023, a magnetic resonance imaging of the lumbar spine revealed multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. There is a multilevel facet arthropathy. There is a straightening of the lumbar lordotic curvature.

On 10/16/2023, a magnetic resonance imaging of the thoracic spine reveals slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia.

From 12/14/2023 through 04/15/2024, Frank Feigenbaum, MD, the claimant presents to neurosurgery for a sacral meningeal cyst. The claimant reports having right greater than left-sided lower back and buttock pain radiating down the bilateral lower extremities with numbness of the legs and feet. On exam, there is decreased strength at the bilateral lower extremities and sensory loss at the left thigh, calf, and foot. The claimant also has complaints of difficulty urinating and sexual dysfunction. The claimant will undergo a diagnostic nerve root block injection.

A follow-up visit on 01/10/2024 notes that the claimant had a complete resolution of symptoms for a short amount of time following the nerve root block injection. Surgical resection is recommended.

A postoperative follow-up on 04/15/2024 states that the claimant's bilateral lower extremity symptoms have

decreased. The claimant is walking daily and is comfortable while sitting. A full exam is not performed. A magnetic resonance imaging of the sacrum is ordered.

On 01/03/2024 with a revision on 01/19/2024, a review of the claimant's file by William Barreto, MD is reviewed.

On 04/10/2024, an operative report indicates the claimant underwent laminectomy for resection of small Tarlov cysts at S2 and S3.

On 05/23/2024, an appeal letter from the claimant is reviewed. The claimant is providing medical information dating back to 2021. The claimant states that it could take months or years to recover from surgery.

On 06/10/2024, Matthew Nix, MD, the claimant presented to Family Medicine reporting that the claimant has decreased pain at the pelvis and right hip and the leg feels less heavy. However, the claimant is having pain in the right leg below the knee. The claimant's surgical wound has healed on exam. The claimant is prescribed Norco 5-325 mg.

On 06/12/2024, a review of the claimant's file by Sameer Jain, MD is reviewed.

On 06/25/2024, an Abilities Form signed by Frank Feigenbaum, MD states the claimant is able to lift and carry up to 20 pounds, occasionally sit, stand, walk, drive, finger, handle, and reach above shoulder level, and the claimant may never climb, bend, kneel, or operate foot controls. Bending and twisting should be minimized for up to eight weeks. The claimant should avoid pushing or pulling for three months. Sitting and standing are limited to no more than one hour at a time.

On 07/03/2024, a letter from the claimant is reviewed. The claimant states that they are unable to sit for more than a few minutes at a time without needing to recline and use ice. The claimant is pending a follow-up magnetic resonance imaging.

On 07/25/2024, a magnetic resonance imaging of the pelvis reveals remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.

On 07/31/2024, a questionnaire from the claimant is reviewed. The claimant reports significant limitations with climbing stairs, bending, kneeling, stooping, walking, and moderate and vigorous activities. The claimant is somewhat limited in walking one block and bathing and dressing themselves. The claimant has moderate to severe pain which extremely limits their ability to do housework or work outside of the home.

On 08/21/2024, Hugh Frederick, MD, the claimant presents to orthopedics for recurrent carpal tunnel symptoms on the left hand. The claimant previously had several months of complete relief from a carpal tunnel injection. The claimant wears braces at night. On exam, the claimant has a mildly positive median nerve compression test. An injection is administered.

On 10/17/2024, an affidavit from the claimant is reviewed. The claimant reports having cognitive symptoms, including difficulty concentrating and processing information, memory lapses, jumbled thoughts, and difficulty with mathematical equations. The claimant reports having fatigue after only minimal exertion, and significant levels of pain and numbness. The claimant has been examined by numerous specialists and requires surgical repair of their hip. The claimant states that they can no longer keep up at work, physically or cognitively. The claimant states that their constant, debilitating symptoms prevent them from returning to work. The claimant has significant difficulty even getting dressed, emptying the dishwasher, or cooking. The claimant is no longer able to shoot pool or play guitar. The claimant is unable to do any yard work. The claimant states that it took them more than one month to write their affidavit.

On 12/09/2024, Kenneth Weaver, PA-C, the claimant presented to orthopedics for right hip pain rated at 8/10 which worsens with kneeling, sitting, bending, climbing stairs, twisting, standing, lifting, and reaching overhead. The claimant complains of weakness. On examination, there is tenderness over the groin and restricted internal rotation of the hip. The claimant has an antalgic gait. X-rays of the right hip reveal moderate degenerative changes and pistol

grip deformity. The claimant's previous magnetic resonance imaging is also reviewed. The claimant is to undergo right total hip arthroplasty.

On 12/26/2024, an appeal letter from the claimant's attorney is reviewed. The attorney states that the claimant meets the criteria of total disability. The claimant continues to have sacral and lower extremity pain and discomfort with sitting which is moderate to severe. The claimant is unable to sit comfortably for more than five minutes or stand for more than 10 minutes.

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person’s authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Howard Grattan, MD

Howard Grattan M.D.
Board Certified Physical Medicine and Rehabilitation
WA#M D60178901

Date: Wed Feb 05 12:00:19 CST 2025
From: Amber Cronican <Amber.Cronican@lfg.com>
To: AGGIE@MARCWHITEHEAD.COM
Message-ID: <2034546868.3.1738778419136@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Amber Cronican**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 1800 423 2765 *66735
Fax: 402 361 1460
Email: Amber.Cronican@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 5, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

On 01/15/2025 we acknowledged your client's appeal and advised that we were in the process of reviewing the appeal and you would be notified of the results within 45 days.

We are approaching our initial deadline for deciding Michael's appeal under the Employee Retirement Income Security Act (ERISA) and have not yet reached a determination.

As part of the appeals process, we are requesting that Michael Morgason attend an Independent Medical Examination (IME). This examination will be performed at no cost to you or your client.

You will be contacted in the near future by one of our vendors. They will set up an appointment for Michael with the appropriate specialist in his/her area. We ask that Michael provide them with his full cooperation so that we may gather additional information needed for the appeal.

Lincoln does not permit third parties and/or recording devices in independent medical examinations. Our goal is receipt of unbiased, accurate, medical advice from IME providers.

Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide the appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

REF #27982883

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 15, 2025

MARC WHITEHEAD & ASSOCIATES
ATTN MARC WHITEHEAD
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear MARC WHITEHEAD:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your appeal request on 12/26/2024.

We are in the process of reviewing Michael Morgason's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please note that we are not making a final determination on Michael's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal. This means after our initial review we are unable to make a favorable decision we will provide you with our findings and allow you time to review and respond before we make the final decision. Of course, if we are able to make a favorable decision we will notify you as such.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Amber C
1800 423 2765 *66735
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2025 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Bowen Hefley Orthopedics

Patient Name: Michael Morgason Encounter Date: 12/9/2024 Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

**ELECTRONICALLY SIGNED**
**1/7/2025**

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen

Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

☑ Vital Signs

## Summarization of Episode Note

### Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | HP tel:<br>mailto:morgason2@gmail.com |
| Patient Name | Michael Morgason | | |
| Date of Birth | | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455,<br>mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

MM.LIN.1479

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

MM.LIN.1480

| | |
|---|---|
| Plan of care note | December 09, 2024 |

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

≡

WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

PATIENT DASHBOARD

A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

YOU HAVE NO UNREAD MESSAGES

MM.LIN.1486

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

**Patient name**
MICHAEL MORGASON

**Contact info**

tel:

**Patient IDs**
**561350**
**561350**

**Sex**
Male

**LANGUAGE**
English

**RACE**

**ETHNICITY**

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

MM.LIN.1488

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL | |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL | |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL | |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL | |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

MM.LIN.1489

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

MM.LIN.1490

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

MM.LIN.1491

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ---------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ---------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Cre MM.LIN.1492

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| **Referral Priority** | Routine |

## Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

## Immunizations

No Information

## Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

MM.LIN.1495

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

MM.LIN.1497

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term progn |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

MM.LIN.1501

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

MM.LIN.1502

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

MMLIN.1503

| | | | | |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

MM LIN:1504

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

MM.LIN.1505

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

MM.LIN.1506

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 05/12/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid. trapezius strength intact. XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally. rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3. speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

MM.LIN.1507

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

MM.LIN.1508

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

MM.LIN.1509

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

MM.LIN.1510

| | | |
|---|---|---|
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI | | |

MM.LIN.1511

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| 09/08/2023 | Neurological | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

MM.LIN.1512

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

MM.LIN.1513

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy.

MM:LIN:1515

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

MM.LIN.1516

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 164266641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

# Procedures

No Information

# Encounters

MM.LIN.1517

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

# Medical Equipment

No Information

MM.LIN.1518

# Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

MM.LIN.1519

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant par… |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

# Goals Section

No Information

# Health Concerns

No Information

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

MM.LIN.1524

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

MM.LIN.1526

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

MM.LIN.1527

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

| | |
|---|---|
| **Guarantor** | KRISTIN MORGASON |
| **Contact info** | |

***©Powered by eClinicalWorks***

MM.LIN.1528

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advacacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

January 10, 2025

via fax (402) 361-1460

Lincoln Financial Group
ATTN: Appeals Department

| | |
|---|---|
| Claimant: | Michael Morgason |
| Claim Number: | 1210046281 |
| Plan Number: | 00001025317200000 |
| Policyholder: | Texarkana Independent School District |

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

Jocelyn Simmons
Insurance Case Manager
Marc Whitehead and Associates

Attachment(s) List of Exhibits, A-12.

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save


- [x] Allergies and Advers...
- [x] Encounter
- [x] Health Concerns
- [x] Medications
- [x] Notes
- [x] Payers
- [x] Problems
- [x] Procedures
- [x] Reason for Referral
- [x] Results
- [x] Social History
- [x] Treatment Plan


MM.LIN.1477

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

MM.LIN.1480

| Plan of care note | December 09, 2024 |
|---|---|

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

MM.LIN.1481

≡

### WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

### PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

MM.LIN.1486

◆ Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL | |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL | |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL | |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL | |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

MM.LIN.1489

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

MM.LIN.1490

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ----------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ----------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Cre

MM.LIN.1492

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

MM.LIN.1495

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

## Procedures

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

MM.LIN.1497

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

MM.LIN.1499

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

MM.LIN.1501

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

MM.LIN.1504

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

MM.LIN.1506

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 05/12/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

MM.LIN.1507

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

MM.LIN.1508

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

MM.LIN.1509

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

MM.LIN.1510

| | | |
|---|---|---|
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI | | |

MM.LIN.1511

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

MM.LIN.1512

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

MM.LIN.1513

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | | 561350<br>561350 |
| - | tel | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multile[illegible]y.

MM:LIN:1515

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

MM.LIN.1516

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

MM.LIN.1517

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

MM.LIN.1518

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can inclu[de] | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

# FAX

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

| | | | |
|---|---|---|---|
| TO: | Lincoln | FROM: | Jocelyn Simmons |
| FAX: | 4023611460 | FAX: | +13463271006 |
| PHONE: | | PHONE: | |
| SUBJECT: | Claim # 1210046281 | DATE: | 2025-01-10 |
| COMMENTS: | ATTN: Appeals Department | | |

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

January 10, 2025

via fax (402) 361-1460

Lincoln Financial Group
ATTN: Appeals Department

| | |
|---|---|
| Claimant: | Michael Morgason |
| Claim Number: | 1210046281 |
| Plan Number: | 00001025317200000 |
| Policyholder: | Texarkana Independent School District |

Dear Lincoln:

Attached, please find a copy of Mr. Michael Morgason's medical records. Please consider this as a post appeal submission and include the medical records in your review of Mr. Morgason's claim for disability benefits. Additionally, please place these medical records in the administrative record for future use.

Thank you for your attention to the attached. Should you have any questions, please feel free to contact this office.

Sincerely,

Jocelyn Simmons
Insurance Case Manager
Marc Whitehead and Associates

Attachment(s) List of Exhibits, A-12.

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

**Marc Whitehead, Esq.**
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

**J. Anthony Vessel, Esq.**
*Partner | Mediator*

**Britney McDonald, Esq.**
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Selina Valdez, Esq.**
*Managing Attorney | Veterans Disability*

**Marla Briscoe, Esq.**
*Managing Attorney | Mass Torts*

**Erin Svetlik, Esq.**
*Jr. Managing Attorney*

**Diana Berry, Esq.**
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |
| **A-12.** | Bowen Hefley Orthopedics, medical records<br>Bate Stamped: MM.LIN.1477-1528 |

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

≡

Email (/BowenHefleyOrtho/Portal/Appointments/EmailSummary?apptId=388975)

Transmit (/BowenHefleyOrtho/Portal/Appointments/Transmit?apptId=388975)

Download CCDA (/BowenHefleyOrtho/Portal/Appointments/Download?ApptId=388975)

Download Displayable (/BowenHefleyOrtho/Portal/Appointments/DownloadDisplay?ApptId=388975)

VISIT SUMMARY

## Table of Contents

Load Count:

Date Range: Start

End

Go Save

- [x] Allergies and Advers...
- [x] Encounter
- [x] Health Concerns
- [x] Medications
- [x] Notes
- [x] Payers
- [x] Problems
- [x] Procedures
- [x] Reason for Referral
- [x] Results
- [x] Social History
- [x] Treatment Plan

MM.LIN.1477

Bowen Hefley Orthopedics

Patient Name: Michael Morgason | Encounter Date: 12/9/2024 | Date of Birth:

**Physician Notes:**
"Refer to impression section below for additional information."

**Chief Complaint** Pain right hip pain.

## History of Present Illness

The patient is a left handed 54 year old male seen today for the right hip pain. The symptoms began gradually over time. Symptoms began 3 years ago. Pain is moderate with a rating of 8/10 based on the NRS pain scale. He describes the symptoms as sharp and stabbing. The symptoms come and go. Since the onset, he reports the problem is getting worse. The symptoms are made worse with kneeling, sitting, bending, stairs, twisting, standing, lifting and reaching overhead. The patient experiences stiffness, limping and weakness. The patient was previously seen by another provider for this problem. Prior testing: MRI.

**Conservative Care History:** The patient has received the following treatments ice, rest, PT and injection.

## Medical History

**Medical Conditions:** Unknown
**Current Medications:** atorvastatin 40 mg tablet 1 oral NIGHTLY, baclofen 20 mg tablet 1-2 oral NIGHTLY, GABAPENTIN 1-2 NIGHTLY
**Allergies:** Penicillins, Latex

**Surgical History:** sacral laminectomy 04/10/2024, right and left thoracic outlet decompression, first rib resection 5 years ago, right carpal tunnel release rebuild thumb joint 3 years ago, right knee torn meniscus 8 years ago

**Personal and Social History:** The patient reports daily smoking. The patient consumes alcohol socially. He is married. He is disabled.

## Review of Systems

**Vital Signs:** Height: 5 ft 10.00 in, Weight: 165 lbs BMI 23.67
**General Exam:**
**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.
**Skin:** There are no rashes, ulcerations or lesions in the regions examined.

**Vascular:** Examination reveals no swelling or calf tenderness. Peripheral pulses are palpable and 2+.
**Neurological:** The patient has good coordination. There is no weakness or sensory deficit. Deep tendon reflexes are intact.

## Right Hip/Pelvis Examination

**Inspection:** The hip area does not reveal any swelling, ecchymosis, or deformity.
**Palpation:** There is some tenderness over the groin but no palpable masses.
**Range of Motion:** Pain reproduced in the groin with ROM which is restricted particularly in internal rotation.
**Strength:** Hip strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Patient presents with normal hip tests.
**Gait:** Antalgic gait favoring the affected side.

**Imaging Orders:** 2-3 unilateral views of the Right hip were ordered, obtained, and interpreted from an orthopedic standpoint. X-rays of the lumbosacral spine were ordered, obtained, and interpreted from an orthopedic standpoint.
**Hip/Pelvis Xray Findings:**X-rays appropiately ordered by Kenneth Weaver, PA-C and interpreted by Dr. William Hefley, in the office as follows: AP lateral right hip reveals moderate degenerative changes pistol-grip deformity no lytic lesions or fractures and not bone-on-bone.

**Diagnosis Codes:**
M16.11 Unilateral primary osteoarthritis, right hip, M25.551 Pain in right hip

**Impression:**

2. Lumbar surgery April 10 K: Michael is a pleasant 54-year-old male he is married and lives in Texarkana. He is disabled from a back injury he used to be a welder. He is here today with a chief complaint of right hip pain x 3 years. He has been to Mayo Clinic and he has been to orthopedics Shreveport he has had fluoroscopic guided injections the last a month ago which only lasted 2 or 3 days. The 1 he had last year lasted several months. The pain is worse in the groin and increases with activity decreases for the rest he is very frustrated this has been going on a long time without relief. He has had an MRI presents with that today. Mayo Clinic recommended hip arthroscopy. No previous injury or surgery. He is taken ibuprofen with minimal if any relief

MRI right hip reveals mild OA with small osteophytes of the acetabulum cartilage thinning of the anterior superior femoral head and the anterior acetabulum.

1. Right hip FAI with degenerative tearing of the labrum and moderate OA
Exam good range of motion which does produce groin pain with internal rotation. He has some discomfort but a negative clunk with FADIR testing and negative FABER testing leg lengths are fairly equal. Hip flexion abduction strength intact negative calf tenderness pedal pulses are palpable.

2. laminectomy L5-S1 doing well performed in Dallas Texas by Dr. Feigenbaum

**Treatment Plan:**

Schedule right total hip arthroplasty
I discussed the perioperative protocol and he is comfortable seeing Dr. Heffley in the preop.
I discussed hip arthroscopy but due to his degenerative changes osteophyte formation and degenerative labrum tear I believe we be back in short order having a hip arthroplasty. He would rather move forward with a hip arthroplasty.
Diclofenac as needed
I have recommended today that we proceed with Right total hip replacement. Risk, plans, and expectations were discussed with patient. Diclofenac 75 mg tablets were prescribed; side effects were discussed and appropriate instructions were provided. Patient to follow up after surgery. The patient was instructed in a home exercise program. Ice, Rest and Elevation was advised.

Supervising physician on site was Dr. Scott Bowen



Electronically signed by: Kenneth Weaver, P.A-C
Date: 12/9/2024 Time: 2:53 PM

Encounter Date:
12/9/2024

☑ Vital Signs

## Summarization of Episode Note

### Patient Information

| | | | |
|---|---|---|---|
| Patient IDs | 267096<br>2.16.840.1.113883.3.2905.3.74.1 | Contact Info | HP tel::<br>mailto: |
| Patient Name | Michael Morgason | | |
| Date of Birth | | Sex | Male |
| Race | WHITE | Ethnicity | NOT HISPANIC OR LATINO |
| Secondary Race | | | |
| Language | English | Marital Status | Married |
| Religious Affiliation | | | |
| Document ID | ...dd31 | Document Created | December 10, 2024 |
| Encounter ID | 559671 | Encounter Date | |
| Author | Camille Harris | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Custodian | Bowen Hefley Rhodes Stewart Orthopedics, PA | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455 |
| Informant | Kenneth Weaver | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |
| Legal Authenticator | Camille Harris, | Contact Info | 5 SAINT VINCENT CIR STE 100 LITTLE ROCK AR 72205 USA<br>WP tel:+1(501)663-6455, WP fax:+1(501)663-6455, mailto:joy.sharp@bowenhefleyortho.exscribedirect.com |

| | | | |
|---|---|---|---|
| Participant | Blue Cross & Blue Shield | Contact Info | P.O. Box 2181 Little Rock AR 72203 USA<br>WP tel:+1(800)238-8379 |
| Participant | Change Me, | Contact Info | Little Rock AR USA<br>mailto:joy.sharp@bowenhefleyortho.com |

## Allergies and Adverse Reactions

| Substance | Reaction | Severity | Status | Documentation Date | Start Date |
|---|---|---|---|---|---|
| Penicillins | | | active | December 09, 2024 | December 09, 2024 |
| Latex | | | active | December 09, 2024 | December 09, 2024 |

## Encounter

| Encounter Diagnosis | Location | Performer | DiagnosisStatus | Date |
|---|---|---|---|---|
| Unilateral primary osteoarthritis, right hip, Pain in right hip | Bowen Hefley Rhodes Stewart Orthopedics, PA | Kenneth Weaver | completed | December 09, 2024 |

## Health Concerns

No records in this section

## Medications

| Medication | Direction | Start Date |
|---|---|---|
| atorvastatin 40 mg tablet | Take every 1 day(s) | |
| baclofen 20 mg tablet | Take every 1 day(s) | |
| GABAPENTIN | Take every 1 day(s) | |
| diclofenac sodium 75 mg tablet,delayed release | 1 by mouth BID Take medication with food | |

## Payers

MM.LIN.1479

| Payer Name | Policy Type | PolicyID | Covered PartyID | Policy Holder |
|---|---|---|---|---|
| Blue Cross & Blue Shield | Unknown | J4C133994594001 | 267096 | Morgason, Michael |

## Problems

| Active Concerns |
|---|
| Unknown |
| Resolved Concerns |

## Procedures

| Procedure | Date |
|---|---|
| Radiologic Exam, hip, unilat w/ pelvis; 2-3 views | December 09, 2024 |
| RADEX SPINE LUMBOSACRAL 2/3 VIEWS | December 09, 2024 |

## Reason for Referral

No records in this section

## Results

No records in this section

## Social History

| Social History Observation | Description | Dates Observed |
|---|---|---|
| Tobacco smoking status NHIS | Heavy tobacco smoker | December 09, 2024 - |
| Sex Assigned At Birth | | - |

## Treatment Plan

Hand-off Communication:

| Planned Care | Start Date |
|---|---|
| Plan of care note | December 09, 2024 |

MM.LIN.1480

| Plan of care note | December 09, 2024 |
|---|---|

## Vital Signs

| Date / Time | December 09, 2024 |
|---|---|
| Systolic blood pressure | 0 mm[Hg] |
| Diastolic blood pressure | 0 mm[Hg] |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Heart rate | 0 /min |
| Respiratory rate | 0 /min |
| Body temperature | -17.78 Cel |
| Body height | 177.8 cm |
| Body weight | 74.84 kg |
| Body mass index (BMI) [Ratio] | 23.67 kg/m2 |
| Body surface area Derived from formula | 1.92 m2 |
| Inhaled oxygen concentration | 0 % |

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)

≡

WELCOME: MICHAEL MORGASON

Welcome to our patient portal. The Patient Portal is available to you 24/7 to review your medical records online. Please note this is for NON-URGENT messages only.

POLICIES:

1. Please allow 2-3 business days for a response.
2. For urgent requests please call the office at (501) 663-6455 or if after hours call the medical exchange at (501) 663-1450.

## PATIENT DASHBOARD

### A VISIT SUMMARY IS NOW AVAILABLE

Your office visit summary is available for you to download or transmit to a third party.

**VIEW VISIT SUMMARY** (/BowenHefleyOrtho/Portal/CCDAViewer/Summary?apptId=388975)

### YOUR NEXT APPOINTMENT IS ON 2/13/2025 AT 1:00 PM

- If you are unable to keep this appointment please contact us to reschedule as soon as possible.
- **Surgery Appointment** times are subject to change, please contact the office to confirm your surgery and arrival time.

**UPDATE MEDICAL HISTORY** (/BowenHefleyOrtho/PWS/History/EditHistory.aspx)

### YOU HAVE NO UNREAD MESSAGES

MM.LIN.1486

Securely communicate with your physician to request an appointment or prescription refill requests.

SEND A MESSAGE (/BowenHefleyOrtho/Portal/Messaging/Send?msgTypeId=4b046dd6-c688-4a01-bc9e-7e9d7266bab7)

exscribe
Orthopaedic Healthcare Solutions

Powered by: Exscribe Orthopaedic Healthcare Solutions Web Portal v6.0.1-rc.54
Use of this website constitutes acceptance of our Terms of Use and Privacy Policy.
(/BowenHefleyOrtho/Portal/Home/TermsOfUseLogon)
© 2004 - 2025 Exscribe, Inc. Orthopaedic Healthcare Solutions

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2023 to 01/01/2024
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel: | 561350<br>561350 |
| | | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Quantitative Immunoglobulins
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh

MM.LIN.1488

Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL |

Vitamin B12 and Folate
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. |

Creatine Kinase,Total,Serum-CPK
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L |

Protein Electro.,S
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL |
| M-Spike | Not Observed | Not Observed g/dL |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL |
| A/G Ratio | 1.7 | 0.7-1.7 |

| | | | |
|---|---|---|---|
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL |
| RBC | 4.82 | 4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL |
| Hematocrit | 44.7 | 37.5-51.0 % |
| MCV | 93 | 79-97 fL |
| MCH | 32.2 | 26.6-33.0 pg |
| MCHC | 34.7 | 31.5-35.7 g/dL |
| RDW | 12.2 | 11.6-15.4 % |
| Platelets | 224 | 150-450 x10E3/uL |

MM.LIN.1490

| | | |
|---|---|---|
| Neutrophils | 55 | Not Estab. % |
| Lymphs | 33 | Not Estab. % |
| Monocytes | 9 | Not Estab. % |
| Eos | 2 | Not Estab. % |
| Basos | 1 | Not Estab. % |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL |
| Immature Granulocytes | 0 | Not Estab. % |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL |

Sedimentation Rate-Westergren
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |
| PDF Report1 | LCLS | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | |
|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr |

ANA Comprehensive Panel
Reviewed date:09/25/2023 10:48:59 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |

MM.LIN.1491

| | | |
|---|---|---|
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI |

See below: Comment

Autoantibody Disease Association

------------------------------------------------------------

Condition Frequency

-------------------- ----------------------- ---------

Antinuclear Antibody, SLE, mixed connective

Direct (ANA-D) tissue diseases

-------------------- ----------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ----------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ----------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ----------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- ---------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- ---------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ----------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ----------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ----------------------- ---------

Centromere B Scleroderma - Cre[st] MM.LIN.1492

variant 80%

Methylmalonic Acid, Serum
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
|---|---|---|
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

MM.LIN.1493

| | | |
|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L |
| AST (SGOT) | 13 | 0-40 IU/L |
| ALT (SGPT) | 15 | 0-44 IU/L |

Hi-sensitivity CRP
Reviewed date:09/25/2023 10:49:00 AM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

MRI Pelvis with and without contrast
Reviewed date:02/23/2024 08:07:37 AM
Interpretation:
Performing Lab:
Notes/Report:

## Reason For Referral

| | |
|---|---|
| **Reason** | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| **Referred Provider Specialty** | Neurology |
| **Referral Priority** | Routine |

| | |
|---|---|
| **Reason** | MRI C-SPINE W/WO, MRI T-SPINE W/WO |
| **Referred Organization** | Texoma Neurology Assoc Sherman |
| **Referred Provider** | Morales, Andres |
| **Referred Address** | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |

| | |
|---|---|
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

# Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |

MM.LIN.1495

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 16426641000119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 12265501000119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

# Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 68 | 11/10/2023 | |
| **Height** | 70 in | 11/10/2023 | |
| **Blood pressure systolic** | 112 | 11/10/2023 | |
| **Weight** | 170 lbs | 11/10/2023 | |
| **BMI** | 24.39 kg/m2 | 11/10/2023 | |

# Procedures

No Information

# Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

MM.LIN.1496

| | | | | |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/09/2023 | Andres Morales | Lumbar stenosis with neurogenic claudication M48.062 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/16/2023 | Andres Morales | Myelitis G04.91 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/15/2023 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

## Medical Equipment

No Information

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - | | |

MM.LIN.1497

| | | |
|---|---|---|
| | G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder.<br><br>The patient was educated on potential adverse reactions to anticonvulsant medications which |

| | | |
|---|---|---|
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 10/09/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 10/16/2023 | Myelitis (ICD-10 - | |

MM.LIN.1499

| | | |
|---|---|---|
| | G04.91) | |
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential |

| | | |
|---|---|---|
| | | underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |

MM.LIN.1501

| | |
|---|---|
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) |
| 05/12/2023 | Other |
| 06/23/2023 | Other |

## Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|

| | |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

**Details**

Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

## Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 10/16/2023 | MRI | MRI Cervical spine | Report TextEXAM: MRI of the cervical spine with and without IV gadoliniumHISTORY: Right arm and right leg numbness for the last 2-3 years.TECHNIQUE: Multiplanar multisequence imaging through the cervical spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no significant malalignment of the cervical spine. No significant abnormal bone marrowsignal is seen. The visualized portions of the posterior fossa are unremarkable. The paraspinal softtissues are unremarkable.C2/C3: Normal level.C3/C4: There is minimal posterior disc bulging at the midline Parsi effacing the anterior aspect ofthe thecal sac. There is no significant neural foraminal encroachment.C4/C5: There is diffuse posterior disc bulging effacing the anterior aspect of the thecal sac withslight posterior displacement of the anterior aspect of the spinal cord. There is only mild centralspinal canal stenosis. There is no significant neural foraminal encroachment.C5/C6: There is disc desiccation with focal posterior disc bulging or disc herniation on the left sideeffacing the left anterior/lateral aspect of the thecal sac with displacement of the cord posteriorlyinto the right. No significant abnormal signal is seen in the cord. There is some left neural foraminalencroachment.C6/C7: There is disc desiccation and posterior disc bulging without central spinal canal stenosis orneural foraminal encroachment.C7/T1: Normal level.IMPRESSION:1. Posterior lateral disc bulge or disc herniation to the left side at the C5/C6 level resulting in somepartial effacement of the spinal canal anteriorly on the left side as well as the left neural foramen.2. Diffuse posterior disc bulging at C4/C5 partially effacing the anterior aspect of the thecal sacand the spinal cord with only mild central spinal canal stenosis and no significant abnormal signal inthe cord.3. No significant abnormal enhancement is seen including throughout the cervical spinal cord.4. Otherwise, as described above.Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |
| | | | Report TextEXAM: MRI of the thoracic spine with and without IV gadoliniumHISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with andwithout] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.COMPARISON: [ None ]FINDINGS:There is no abnormality spinal alignment. No significant abnormal | |

MM.LIN.1504

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | MRI Thoracic Spine | bone marrow signal is seen. Thereis minimal prominence of the central canal of the thoracic spinal cord most pronounced at the midthoracic levels which may represent normal variant versus minimal syringohydromyelia. No focaldilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change.The paraspinal soft tissues are unremarkable. No other significant findings.IMPRESSION:1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyeliawithout any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. Signed by: Mcgee, Thomas Date Signed: 10/16/2023 | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | Report TextExam: MRI of the Lumbar Spine without ContrastHistory: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without theuse of intravenous contrast.Comparison: None.Findings:There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1.Visualized portions of the spinal cord demonstrate normal signal and | |

| | | | |
|---|---|---|---|
| 10/09/2023 | MRI | MRI Lumbar spine | morphology.The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing formild degenerative endplate changes, the marrow signal is within normal limits. Straightening of thenormal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginalosteophytosis is demonstrated. Below is a level by level analysis:L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminalnarrowing.L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. Nocentral spinal canal stenosis or neuroforaminal narrowing.L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavumthickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtlebroad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy,which results in minimal right and mild left neuroforaminal narrowing. No central spinal canalstenosis.L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation.There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mildright and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is withinnormal limits. The visualized intrapelvic contents are unremarkable.Impression:1. No MRI evidence of acute abnormality.2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right andmild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at anylevel. Please see above level by level description for further detail.3. Multilevel facet arthropathy, which can be a source of axial back pain.4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patientpositioning or in the setting of muscle spasm and/or degenerative change.Signed by: Becker, Justin Date Signed: 10/9/2023 |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/16/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

MM.LIN.1506

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 05/12/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid. trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally. rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3. speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | | Appearance: | alert cooperative pleasant | | |

MM.LIN.1507

| | | |
|---|---|---|
| General | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions | | |

MM.LIN.1508

| | | | |
|---|---|---|---|
| 06/23/2023 | Neurological | Cranial nerves: | bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 11/10/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

MM.LIN.1509

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 11/10/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity joints: | unremarkable | | |
| | | Cervical spines: | unremarkable | | |
| | | L-S spines: | unremarkable | | |
| | General | Appearance: | alert cooperative pleasant | | |
| | | Build: | average | | |

MM.LIN.1510

| | | |
|---|---|---|
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| | | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI | | |

MM.LIN.1511

| | | | |
|---|---|---|---|
| | | | Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| 09/08/2023 | Neurological | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |
| | Psychology | Hallucinations | none |
| | | Affect | normal |
| | | Delusions | none |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | | Dyspnea: | no |
| | Skin | edema | none |
| | | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|

MM.LIN.1512

| | | | |
|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic |
| | | Extraocular movements intact: | intact |
| | | Fundi: | normal |
| | | Oral cavity: | normal |
| | | Pupillary size, symmetry and reactions: | |
| | Neck | Neck: | supple |
| | | Carotid bruit: | absent |
| | | Range of motion: | normal |
| | Chest | Shape and expansion: | normal |
| | | Chest wall | Normal |
| | Heart | Sinus Rhythm: | regular |
| | | Murmurs: | no |
| 02/17/2023 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative |
| | | Motor Strength: | Strength 5/5 with normal mass and tone |
| | | Reflexes: | 2+ all extremities |
| | | Babinski: | absent |
| | | Gait: | normal |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. |
| | | Tremors: | absent |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria |
| | Musculoskeletal | Upper extremity joints: | unremarkable |
| | | Lower extremity joints: | unremarkable |
| | | Cervical spines: | unremarkable |
| | | L-S spines: | unremarkable |
| | General | Appearance: | alert cooperative pleasant |
| | | Build: | average |
| | | Appears stated age: | yes |

MM.LIN.1513

| | | |
|---|---|---|
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/07/2024 to 01/06/2025
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | tel: | **561350**<br>**561350**<br>**Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | |

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## Allergies

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## Results

No Results

## Reason For Referral

Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. MM:LIN:1515

| | |
|---|---|
| **Reason** | Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |
| **Diagnosis 1** | Facet arthritis of lumbar region (M47.816) |
| **Diagnosis 2** | Lumbar degenerative disc disease (M51.36) |
| **Referral Organization** | Texoma Neurology Assoc Sherman |
| **Referring Provider First Name** | Andres |
| **Referring Provider Last Name** | Morales |
| **Referring Provider Speciality** | Neurology |
| **Referred Provider** | GORDON, CHARLES |
| **Referred Provider Specialty** | Neurosurgery |
| **Referral Priority** | Routine |

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Gabapentin 600 MG | 2 tablets Orally Three times a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Baclofen 10 MG | 1 tablets with food or milk Orally NIghtly for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

AUDIT-C (Standard)

| Question | Answer | Notes |
|---|---|---|

MM.LIN.1516

| | | |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Control (Standard)

| Question | Answer | Notes |
|---|---|---|
| Tobacco use: | Current every day smoker | |

## Problems

| Problem Type | SNOMED Code | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | Notes |
|---|---|---|---|---|---|---|---|
| Problem | 21897009 | Generalized anxiety disorder (F41.1) | | Active | confirmed | | |
| Problem | 386033004 | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | |
| Problem | 26538006 | Lumbar degenerative disc disease (M51.36) | | Active | confirmed | | |
| Problem | 230657007 | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | |
| Problem | 164266410001119101 | Facet arthritis of lumbar region (M47.816) | | Active | confirmed | | |
| Problem | 41370002 | Myelitis (G04.91) | | Active | confirmed | | |
| Problem | 1004090008 | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | |
| Problem | 122655010001119101 | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | |
| Problem | 18347007 | Lumbar stenosis with neurogenic claudication (M48.062) | | Active | confirmed | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Blood pressure diastolic** | 70 | 12/27/2024 | |
| **Height** | 70 in | 12/27/2024 | |
| **Blood pressure systolic** | 126 | 12/27/2024 | |
| **Weight** | 166 lbs | 12/27/2024 | |
| **BMI** | 23.82 kg/m2 | 12/27/2024 | |

## Procedures

No Information

## Encounters

MM.LIN.1517

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 01/11/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/29/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/13/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Associates-Denison | 2201 S AUSTIN DENISON, TX 75020-7723 | 10/22/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/27/2024 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 and Tarlov cysts G96.191 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/19/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/02/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/16/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/26/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 10/08/2024 | Andres Morales | |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 12/10/2024 | Andres Morales | |

## Medical Equipment

No Information

MM.LIN.1518

## Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 01/11/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. | |
| 02/29/2024 | Myalgia (ICD-10 - | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either | |

| | | |
|---|---|---|
| | M79.10) | pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 10/22/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| | | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed. |

| | | |
|---|---|---|
| 12/27/2024 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 12/27/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 10/22/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/13/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/29/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 01/11/2024 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| | Bilateral carpal tunnel | The patient's hands are stable with no particular weakness or significant paresthesia reported |

| | | |
|---|---|---|
| 01/11/2024 | syndrome (ICD-10 - G56.03) | this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 02/29/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 10/22/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 12/27/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 10/22/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/13/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 02/29/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 01/11/2024 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 01/11/2024 | Generalized anxiety disorder (ICD-10 - | |

| | | |
|---|---|---|
| | F41.1) | |
| 02/29/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 12/27/2024 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 10/22/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 12/27/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 09/13/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Tarlov cysts (ICD-10 - G96.191) | |
| 01/11/2024 | Lumbosacral plexitis (ICD-10 - M54.17) | |
| 10/22/2024 | Other | SUMMARY:. Mr. Morgason reports that that baclofen was helpful in reducing his nighttime spasms in his legs and cramps. Initially to milligram dose was helpful but he found going to the 2 mg I had suggested considering doing was helpful for him. He is sleeping better he is having less nocturnal cramps and awakenings at nighttime with that dose in combination with his amitriptyline and gabapentin. We talked about whether considering increasing the 30 mg at night but he does have a little difficulty waking up in the morning and arousing with the medication even after he started to get to the bed earlier at night so he wants to hold off on that for now.<br>He has an appointment tomorrow with the orthopedic doctor regarding his hip to make decision about whether he needs surgery or not so he will keep us abreast of any changes in that area. I will see him back in follow-up on Televisit in 2 months time. |
| 12/27/2024 | Other | |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| BUN+Creat (MRI) | 11/10/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |

Future Test

| Test Name | Order Date |
|---|---|
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
|---|
| Provider Name:Andres G Morales, 03/06/2025 09:45:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

# Goals Section

No Information

# Health Concerns

No Information

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE | P O BOX 660044 DALLAS, | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

MM.LIN.1524

SHIELD TX 75266

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 12/27/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 12/27/2024 | | | | | Telephone encounter only possible today 12/27/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 10/22/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 10/22/2024 | | | | | Telephone encounter only possible today 10/22/2024 |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| | Depression | PHQ-2 (2015 | Little interest or pleasure in doing things?: Not at all | | |

| | | | |
|---|---|---|---|
| 09/13/2024 | Screening | Edition) | Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| | HEENT | Head: | normocephalic atraumatic | | |
| | | Extraocular movements intact: | intact | | |
| | | Fundi: | normal | | |
| | | Oral cavity: | normal | | |
| | | Pupillary size, symmetry and reactions: | | | |
| | Neck | Neck: | supple | | |
| | | Carotid bruit: | absent | | |
| | | Range of motion: | normal | | |
| | Chest | Shape and expansion: | normal | | |
| | | Chest wall | Normal | | |
| | Heart | Sinus Rhythm: | regular | | |
| | | Murmurs: | no | | |
| 09/13/2024 | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Acuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation. | | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | | |
| | | Reflexes: | 2+ all extremities | | |
| | | Babinski: | absent | | |
| | | Gait: | normal | | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | | |
| | | Tremors: | absent | | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | | |
| | | Lower extremity | unremarkable | | |

| | | |
|---|---|---|
| | joints: | |
| | Cervical spines: | unremarkable |
| | L-S spines: | unremarkable |
| General | Appearance: | alert cooperative pleasant |
| | Build: | average |
| | Appears stated age: | yes |
| Psychology | Hallucinations | none |
| | Affect | normal |
| | Delusions | none |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical |
| | Dyspnea: | no |
| Skin | edema | none |
| | Skin | Normal Exam |

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 02/29/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes | Section Notes |
|---|---|---|---|---|---|
| 02/29/2024 | | | | | Only telephone encounter visit available today on 2/29/2024 Total phone time was 15 minutes and 27 seconds |

MM.LIN.1527

HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes | Category Notes |
|---|---|---|---|---|---|
| 01/11/2024 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | | |

## Consultation Request Notes

| Referral Date | Referring Provider | Referred Provider | Notes |
|---|---|---|---|
| 02/29/2024 | Morales, Andres | GORDON, CHARLES | Patient with chronic back pain with L5-S1 degenerative disc disease with multilevel facet arthropathy. Patient has not been responding to medical management requests neurosurgical opinion for other treatment options |

## Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

*©Powered by eClinicalWorks*

# FAX TRANSMISSION

**MARC WHITEHEAD & ASSOCIATES**
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
Fax: (713) 225-0940

| | | | |
|---|---|---|---|
| **To:** | The Lincoln National Life Insurance Company<br>8801 Indian Hills Drive<br>Omaha, NE 68114<br>ATTN: Appeals Department | **Fax No.:** 1 (402) 361-1460 | |
| **Date:** | December 26, 2024 | **Pages: 11** (including cover sheet) | |
| **From:** | Jocelyn Simmons | | |

**Subject:**

| | |
|---|---|
| Claimant: | Michael Morgason |
| Claim Number: | 1210046281 |
| Policy Number: | 00001025317200000 |
| Policyholder: | Texarkana Independent School District |

**A copy of this appeal brief and the exhibit will follow via Federal Express to:**

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
ATTN: Appeals Department

IMPORTANT/CONFIDENTIAL: This message is intended only for the use of the individual or entity to which it is addressed. The message contains information from the Law Office of Marc Whitehead which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone number set forth above.

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. *Of Counsel*
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

December 26, 2024

via fax 1 (402) 361-1460
and Federal Express

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114
ATTN: Appeals Department

| | | |
|---|---|---|
| Re: | Claimant: | Michael Morgason |
| | Claim Number: | 1210046281 |
| | Policy Number: | 00001025317200000 |
| | Policyholder: | Texarkana Independent School District |

Ms. Henderson:

This firm represents Mr. Michael Morgason regarding his appeal of The Lincoln National Life Insurance Company's ("Lincoln's") decision to deny Mr. Morgason's claim for long-term disability ("LTD") benefits. Lincoln denied benefits by letter dated July 10, 2024. On August 15, 2024, this firm sent correspondence with legal notice of Mr. Morgason's intent to appeal Lincoln's adverse decision. This firm is now submitting both the following brief and the attached medical records for use in its review of Mr. Morgason's appeal.

Lincoln's July 10, 2024, correspondence to Mr. Morgason states that Lincoln defines the following pertinent to his claim:

"*TOTAL DISABILITY or TOTALLY DISABLED will be defined as follows:*

1. *During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.*
2. *After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow."*

For reasons discussed below, Mr. Morgason contests Lincoln's determination that he is not disabled under the terms of the plan. Mr. Morgason does not retain a residual functional capacity that would allow for the performance of any occupation. Lincoln's

decision to close Mr. Morgason's claim constitutes an incorrect determination.

## I. DESCRIPTION OF ADDITIONAL DOCUMENTS AND EVIDENCE SUBMITTED AS PART OF APPEAL

In addition, please find attached to this correspondence "Exhibit A," sent by Federal Express, detailing treatment records and other documents submitted as part of this appeal and to be made part of the administrative record.

## II. Argument

### A. The Medical Record Continues to Support Mr. Morgason's Disability Claim

On March 25, 2024, Mr. Morgason presents to Dr. William Haynie, M.D., for an evaluation of multiple coronary artery disease ("CAD") risk factors and lower extremity pain. "*He has been found to have sacral meningeal cysts and surgery is planned. Cardiology clearance was requested.*" "*He continues to smoke heavily.*" (MM.LIN.1302)

On August 21, 2024, Mr. Morgason reports he "*is having some recurring carpal tunnel symptoms on the left hand. They had several months of complete relief with the previous carpal tunnel injection. Symptoms are recurring despite wearing night braces.*" A physical examination reveals a "*Mildly positive median nerve compression test.*" (MM.LIN.1308) Mr. Morgason underwent a repeat injection in an attempt to manage his symptom of pain. (MM.LIN.1309)

On July 25, 2024, Mr. Morgason underwent an MRI of the pelvis. On impression, Dr. Crysela Smith, M.D., indicates the following is present: "*Remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.*" (MM.LIN.1312)

On June 10, 2024, Dr. Matthew Nix, M.D., provides, Mr. Morgason "*underwent surgery on 04.10.2024 in Dallas for right-sided radiculopathy; he has decreased pain in his pelvis and right hip; leg feels less heavy; surgical wound is healed; he is supposed to follow up in 3 months with the neurosurgeon with repeat MRI; did not recommend PT; taking ibuprofen and hydrocodone.*" Mr. Morgason "*was taking Neurontin prior to surgery, but has stopped taking it; he will restart this because he is still having pain in his right leg below the knee (may improve with time); down to using norco 1-2x/day; will need to wean off this; will not give long term.*" (MM.LIN.1345)

On April 8, 2024, Mr. Morgason requests assistance in obtaining a disability parking placard, citing, "*My legs are very fatigued after walking short distances.*" (MM.LIN.1375)

On March 20, 2024, Mr. Morgason underwent an EKG which revealed sinus bradycardia. (MM.LIN.1410)

On March 11, 2024, Dr. Frank Feigenbaum, M.D., drafts a letter providing:

> "*Our mutual patient will undergo surgery for one or more symptomatic intrasacral meningeal cysts, such as Tarlov (perineural) cysts, or a meningeal diverticulum. Tarlov cysts are dilated nerve roots and a meningeal diverticulum is also a large cyst in the sacrum which compresses adjacent nerves causing radicular symptoms. If the cysts are in the sacrum, as is most common, patients typically describe the inability to sit due to sacral pain radiating in the buttocks, leg, and feet. They can also exhibit perineal pain and numbness, bowel and bladder issues, and sexual dysfunction due to sacral nerve injury.*"
>
> "*Many patients may exhibit chronic nerve injury resulting from long-term compression of the sacral nerves both before and after surgery. Following surgery most patients will require narcotic medication for at least three to six months with tapering of the medications as the postoperative symptoms allow. Nerve healing is slow and can take up to 1-2 years. Some patients may need the addition of pain modulating medications, such as Lyrica, Neurontin, or Cymbalta, which may need to be added following surgery. If patients are already on pain modulating drugs, then they should be adjusted as symptoms require. Patients may require longer periods of narcotic medications, referral to pain management, or a possible spinal stimulator trial for treatment of their chronic nerve injury symptoms. Physical therapy is not usually recommended for our patients after surgery as we find that it typically aggravates their sacral nerves causing an increase in symptoms.*
>
> *Patients stay in Dallas approximately seven to ten days following their surgical procedure. During this time I will provide patients with narcotic medications and ensure they have enough medication to cover their trip home." "To ensure continuity of care, at this time, I am asking you to please monitor and prescribe the needed post-operative pain medication and pain modulating medications for the above patient for at least six months.*" (MM.LIN.1448)

On July 31, 2024, Mr. Morgason completes a three-month post-operative patient survey regarding his continued symptoms. Mr. Morgason indicates that while some symptoms have improved, others have worsened. Sacral pain, lower extremity pain, discomfort while sitting, and participating in sitting activities (restaurants, movies, church, etc.), cause moderate to severe pain. (MM.LIN.1456) Mr. Morgason reports being able to sit with reasonable comfort for a maximum period of 5 minutes. (MM.LIN.1457) Pain prevents Mr. Morgason from standing for more than 10 minutes. (MM.LIN.1463)

**B. Lincoln's File Review Is Not Substantial Evidence**

On June 12, 2024, a file-review of Mr. Morgason's medical documentation was conducted by Dr. Sameer Jain, neurology and pain management physician, in order to

determine his residual functional capacity. (MM.LIN.169)

**Dr. Jain's Review is Deceptive in Failing to Consider Mr. Morgason's Subjective Complaints**

Dr. Jain:

> "*The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal.*" (MM.LIN.172)

Dr. Jain:

> "*It was noted that he is know to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. His symptoms included low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, perineural pain/numbness, right pelvic pain, right groin pain/numbness. His assessment showed perineural cysts.*" (MM.LIN.174)

Dr. Jain's asserting that Mr. Morgason is capable of sitting on an unrestricted basis is contradicted by his own summarization of Mr. Morgason's medical evidence. Mr. Morgason experiences sacral and buttock pain and numbness which is worsened by prolonged periods of sitting.

See *Scharlow v. Schweiker*, 655 F.2d 645 (5th Cir. 1981), "*On appeal, she argues that the decision below should be reversed and remanded because the ALJ's decision is based solely on the medical evidence to the apparent exclusion of consideration of her subjective complaints of disabling pain, which if believed would establish her disability.*" The court affirmed.

See *Ware v. Schweiker*, 651 F.2d 408, 412 (5th Cir. 1981), it is well established in the Fifth Circuit that pain alone can be disabling, even when its existence is unsupported by objective medical evidence if linked to a medically determinable impairment.

See *Gautlney v. Weinberger*, 505 F.2d 943 (5th Cir. 1974), Pain not so severe as of itself to render a person unable to engage in any substantial gainful activity should be considered with other results of a "medically determinable impairment" to determine whether a claimant is disabled.

---

The Fifth Circuit has indicated that subjective complaints and the opinions of treating

physicians cannot be dismissed. In *Burdett v. Unum Life Insurance Company of America*, Civ. A. No. 06-6138 (E.D. La. 2008), the district court explained: "*In stacking the evidence, [p]laintiff has presented objective medical evaluations that confirm her condition and pain that she is experiencing. She provided proof of medical tests, including an MRI, an EMG, and a lumbar myelogram, all of which confirmed that [p]laintiff suffered from objective disabilities. She also provided proof of surgeries that were designed to alleviate her condition, although they were not entirely successful and resulted in further complications, including a spinal leak.*"

**Dr. Jain's Reporting is Inconsistent with the Administrative Record**

Dr. Jain:

> "*Madelene Martin saw him on 4/15/24 for a follow-up visit. He is 1 week post-sacral meningeal cyst treatment. It was noted that his pre-surgical symptoms have decreased, he reported that his bilateral lower extremity symptoms have improved, he is doing well post-op, he is walking daily, and his sitting comfort is stable." "The claimant also has a resolution of buttocks as well as perineal numbness. His assessment showed a perineural cyst with full strength and sensation at baseline and no calf tenderness.*" (MM.LIN.174)

Please see again the following medical record excerpt previously referenced in argument 'A'.

> On July 31, 2024, Mr. Morgason completes a three month post-operative patient survey regarding his continued symptoms. Mr. Morgason indicates that while some symptoms have improved, others have worsened. Sacral pain, lower extremity pain, discomfort while sitting, and participating in sitting activities (restaurants, movies, church, etc.), cause moderate to severe pain. (MM.LIN.1456) Mr. Morgason reports being able to sit with reasonable comfort for a maximum period of 5 minutes. (MM.LIN.1457) Pain prevents Mr. Morgason from standing for more than 10 minutes. (MM.LIN.1463)

Mr. Morgason's symptomatology has not resolved. He continues to experience worsened pain following periods of prolonged sitting. Dr. Jain's rationale is contradicted by Mr. Morgason's updated medical evidence.

When a court reviews the administrator's decision to determine if it was arbitrary and capricious, it affirms the administrator's decision if it is supported by substantial evidence. *Schexnayder v. Hartford Life & Accident Ins. Co.*, 600 F.3d 465 (5th Cir. 2010) (citing *Holland v. Int'l Paper Co. Retirement Plan*, 576 F.3d 240 (5th Cir. 2009)).

**Lincoln Conducted a Bad-Faith Review of Mr. Morgason's Claim by Failing to Obtain All Pertinent Evidence Supportive his Disability**

Mr. Morgason informed Lincoln of the following on July 3, 2024:

> "*Please see the attached abilities form that was completed last week.*"
>
> *"I disagree with the Board Certified Physician report dated 06/12/2024 as it states on Page 5 that sitting is unrestricted. However, I cannot sit for more than a few minutes without having to recline, lay down on either side & apply ice packs. I have been told that this pain is typical of patients after this type of surgery.*
>
> *I will have a follow up MRI soon to determine how well the area is healing after the laminectomy."* (MM.LIN.155)

Lincoln proceeded to issue a termination of benefits notification letter dated July 10, 2024, after being informed by Mr. Morgason on July 3, 2024, of his upcoming imaging study. Lincoln failed to obtain pertinent medical evidence supportive of Mr. Morgason's disability. Lincoln's failure to weigh all evidence available to then demonstrates their bad-faithed review of Mr. Morgason's claim and their attempt to avoid financial liability for such.

See *State Farm Fire & Cas. Co. v. Simmons*, 963 S.W.2d 42, 44 (Tex. 1998) (carrier breached the contract and its duty of and fair dealing by "*terminating the claim based upon a biased investigation intended to construct a pretextual basis for denial.*")

A court will find that if a conflict of interest (1) exists; and (2) has affected the handling of a claimant's claim, significant deference will be afforded to the claimant. Lincoln has declined to conduct an appropriate review of Mr. Morgason's disability, and has subsequently wrongfully terminated his claim in order to maintain high profitability.

If the court determines that the plan administrator has discretionary authority to determine eligibility for benefits or to construe the terms of the plan, courts then base their review of both the legal and factual aspects of the administrator's decision on an abuse of discretion standard. *Vercher v. Alexander & Alexander Inc.*, 379 F.3d 222 (5th Cir. 2004).

However, *Metropolitan Life Insurance, Co. v. Glenn* requires a reviewing court to consider conflicts of interest as a factor in their analysis (554 U.S. 105, 128 (2008)). In *Glenn*, the Supreme Court was faced with the issue of "whether a plan administrator that both evaluates and pays claims operates under a conflict of interest in making discretionary benefit determinations," and if so, how that conflict should be taken into account on judicial review. *Id.* at 2350. The Court held that a conflict of interest exists where "*the entity that administers the plan . . . both determines whether an employee is eligible for benefits and pays benefits out of its own pocket.*" *Id.* The Court further held that "*a reviewing court should consider that conflict as a factor in determining whether the plan administrator has abused its discretion in denying benefits.*" *Id.*

"*The plan with a conflict of interests also has a financial incentive to cheat. Failing to pay out money owed based on a false statement of reasons for denying is cheating, every bit as much as making a false claim.*" Fundamentally, "[t]*he conflict of interest requires additional skepticism because the plan acts as judge in its own cause.*" *Salomaa v. Honda Long Term Disability Plan,* 2011 U.S.App.LEXIS 4386 (9th Cir. 2011).

## III. CONCLUSION AND DEMAND UNDER THE TEXAS INSURANCE CODE

### i. Lincoln's Breach of Duty of Good Faith and Fair Dealing

See *Wolford v. American Home Assur. Co.*, 263 S.W.3d 12 (Tex.App.2006), to successfully bring an action for breach of the duty of good faith and fair dealing, a claimant must show a carrier delayed or denied payment of benefits without a reasonable basis for doing so; and knew or should have known that no reasonable basis existed for the delay of denial of benefits.

See *Seale v. American Motorist Ins. Co.*, 798 S.W.2d 382 (Tex.App.1990), The Court held that failure of a claimant to incur expenses does not preclude claimant from recovering from carrier.

Lincoln has breached its duty of good faith and fair dealing by terminating and delaying full payment of benefits to Mr. Morgason. Lincoln's obligations were reasonably clear and knew or should have known that there was no reasonable basis for withholding any part of Mr. Morgason's benefits.

Lincoln did not exercise its determination with "care, skill, reasonable expedience, and faithfulness", as should have been provided given the agreed upon contract. The nature of the relationship between the parties is not merely the contract alone, but rather is the essential factor in determining whether such a duty exists. See Aranda v. Ins. Co. of North America, 748 S.W.2d at 212. The duty of good faith and fair dealing in the insurance context arises because of the disparity of bargaining power inherent exercises over the processing of claims. Id.

Lincoln has failed to effectuate a prompt, fair, and equitable settlement of Mr. Morgason's claim, though Lincoln's liability remains consistently clear. As a result of Lincoln's breach of duty of good faith and fair dealing, Mr. Morgason has suffered damages consisting of the loss of benefit-of-the-bargain that he reasonably expected to be due under the Plan. Mr. Morgason has satisfied the criteria required by the definition of disability. Lincoln's incorrect denial of benefits demonstrates that Lincoln's determination was made deceptively by de-emphasizing Mr. Morgason's medical evidence to suggest a contrary conclusion.

### ii. Lincoln Committed a Breach of Contract

Lincoln's conduct constitutes a breach of the Plan. A Plan is a contract as its existence arose from a bargained for exchange between Mr. Morgason. Lincoln has failed to perform in accordance with the terms of the Plan.

Mr. Morgason has incurred losses, which should have been compensated by Lincoln, as those losses were covered under the Plan. Lincoln has failed to perform its obligations under the contract by failing to pay the full amount of Mr. Morgason's claim by terminating his benefits. This conduct constitutes a breach of the contract by Lincoln.

### iii. Lincoln Has Violated Texas' Ins Code and Texas' Deceptive Trade Practices Act ("DTPA")

It is Mr. Morgason's contention that Lincoln's conduct in adjusting this claim constitutes unfair and deceptive acts and practices, as well as misrepresentations in the business of insurance in violation of TEX. INS. CODE §§541.051-52; 541.060-61. As part of Lincoln's common law duty, and as codified in the Insurance Code, an insurer has an obligation to conduct an adequate investigation before denying a claim.

An insurer will not escape liability merely by failing to investigate a claim so that it can contend that liability was never reasonably clear. It is also Mr. Morgason's contention that Lincoln violated the Texas Deceptive Trade Practices Act ("DTPA") from the time it misrepresented the characteristics, benefits, obligations, and other aspects dealing with the contract for disability insurance services.

An insurer breaches its duty of good faith and fair dealing when "*the insurer had no reasonable basis for denying or delaying payment of [a] claim, and* [Lincoln] *knew or should have known that fact.*" Transportation Ins. Co. v. Moriel, 879 S.W. 2d 10, 18 (Tex. 1994); see also Aranda v. Insurance Co. Of N. Am., 748 S.W. 2d 210, 213 (Tex. 1988). Carriers that breach the duty of good faith and fair dealing, however, will be subject to liability for their tortious conduct. Lincoln will not escape liability merely by failing to reasonably investigate a claim so that it can contend that liability was never reasonably clear.

Here, although Mr. Morgason has provided reasonable evidence to Lincoln that substantiates Mr. Morgason's disability, Lincoln improperly terminated his claim when there was no justifiable basis. As a result, Mr. Morgason has suffered actual damages in the form of past due benefits and continues to suffer actual damages in the amount of benefits he would be entitled to in the future, as he continues to remain totally disabled per the terms of the plan. Lincoln's wrongful termination of Mr. Morgason's claim has caused him to suffer severe mental anguish since he has had to live each day with the knowledge that short of legal action, there will only be partial compensation for his loss. It is Mr. Morgason's contention that Lincoln's conduct constitutes unfair and deceptive acts and practices, as well as misrepresentations, in the business of insurance in violation of TEX. INS. CODE §541.051.

## IV. CONCLUSION

In conclusion, a review of the medical and vocational evidence as a whole supports Mr. Morgason's claim for disability benefits. Further, upon close examination of The Policy's

requirements, Mr. Morgason's termination of benefits was not made in conjunction with the terms of The Policy itself or within Texas regulations governing Mr. Morgason's LTD claim. We respectfully request Lincoln to carefully review this appeal in its entirety. Additionally, our office reserves the right to supplement any new evidence as it becomes available.

Mr. Morgason's premiums were paid for coverage in the event he was not able to work. The purpose of this letter is twofold. The first is to give Lincoln's the opportunity to consider the evidence submitted and to perform a complete and comprehensive review of Mr. Morgason's claim. The second is to encourage Lincoln to resolve Mr. Morgason's claim in a fair and equitable manner without the need for further legal action. In the event Lincoln fails to respond to this letter, he will have no alternative but to proceed with a lawsuit against Lincoln. This lawsuit will be brought seeking not only the amount of money he is asking of Lincoln at this time, but the full measure of Mr. Morgason's damages, expenses, and attorney's fees as allowed by law.

Moreover, if a jury finds Lincoln "*knowingly*" violated TEX. INS. CODE §541.051, Mr. Morgason may recover additional damages in an amount up to three times the amount of actual damages. Please contact this firm within sixty (60) days of the date of this letter if Lincoln is interested in resolving this matter without the necessity of litigation.

Sincerely,

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Mr. Michael Morgason

js/MSW

# LIMITED POWER OF ATTORNEY AND ASSIGNMENT OF DISABILITY BENEFITS

I, Michael Morgason, do constitute and appoint Marc Whitehead & Associates, L.L.P., of Houston, Harris County, Texas, my lawful attorney in my name, place, and stead to **demand and receive** any and all sums of money due to me for back due and future Short and Long Term disability benefits. This includes all ancillary benefits, such as, but not limited to waiver of premium benefits.

I hereby authorize and direct the below referenced Insurance Carrier/Disability Plan Administrator to make payment for any past or future disability benefits due to me to be made directly to Marc Whitehead & Associates, L.L.P., 403 Heights Boulevard, Houston, Texas 77007.

I hereby assign and grant a lien on all money collected on my behalf under this agreement to Marc Whitehead & Associates, L.L.P.

**I further acknowledge and direct that the below referenced Insurance Carrier/Disability Plan Administrator to take notice that I have a contractual relationship with Marc Whitehead & Associates, L.L.P. regarding said assignment of benefits. I further direct said Insurance Carrier/Disability Plan Administrator to comply with the instructions in this document.**

I agree that all funds received will be deposited into my attorney's IOLTA trust fund. My attorney has authority to write checks against this trust fund to pay expenses and legal fees as necessary. I give my attorney authority to endorse my signature by permission to deposit any funds into said trust fund. My attorney is hereby granted a power of attorney so that he will have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations, checks and papers as shall be reasonably necessary to carry out and conclude this representation including settlement and/or reducing to possession any and all monies or other things of value due to me under this claim as fully as I could do so in person. My attorneys are also authorized and empowered to act as my negotiator in any and all settlement negotiations concerning the subject of this Agreement.

| | |
|---|---|
| Insurance Carrier/Disability Plan Administrator: | Lincoln Finacial |
| My Social Security number: | |
| Claim No.: | |
| Group No: | |
| Employer: | Texarkana Independent School ~~District~~ |
| My Date of Birth: | |

Michael Morgason
Printed Name

Michael Morgason
Signature

07 / 17 / 2024
Date

Orthopedic Institute of Dallas
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax: 8338022408

*October 2, 2024*
Page 1
Operative Report

**Michael Morgason**
Male DOB: 1994 Ins: BCBS of Texas Grp: J4C363

**12/22/2023 - Operative Report: B S3 SNRB**
**Provider: Bradley Cubitt M.D.**
**Location of Care: All**

# ORTHOPEDIC INSTITUTE OF DALLAS

**CUTTING EDGE SPINE, JOINT & PAIN MEDICINE**

Bradley Cubitt, M.D

Board Certified, Fellowship Trained in Interventional Spine & Pain Medicine

Procedure Date: December 22, 2023

Patient Name: Michael Morgason

Patient DOB: // 53 Years Old

Location: Orthopedic Institute of Dallas

Procedure: Bilateral S3 Selective Nerve Root Block

Physician: Bradley Cubitt, MD

Pre-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Post-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Anesthesia: Local

**Procedure Note**:
After informed consent discussing the nature, purpose, rationale, risks, alternatives, and potential benefits of this procedure, the patient elected to proceed and the procedure commenced.

Patient was placed prone and skin cleaned with chlorhexidine. A 25 gauge spinal needle was advanced towards the dorsal S2 aperture on the above mentioned sides using AP and oblique approach via intermittent fluoroscopy. AP and lateral visualization was used to ensure proper needle placement. Contrast was then injected and good selective epidurogram noted without vascular uptake. Solution containing 1/2 cc of 0.50% marcaine and 1/2 cc of 2% lidocaine was injected at each site.

The needle was withdrawn. The area of entry was cleansed and covered. The patient tolerated the procedure well and was transferred to the recovery room in stable medical condition.

Orthopedic Institute of Dallas
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax: 8338022408

*October 2, 2024*
Page 2
Operative Report

**Michael Morgason**
Male DOB: 1994 Ins: BCBS of Texas Grp: J4C363

**Electronically signed by Bradley Cubitt M.D. on 12/27/2023 at 2:02 PM**

RP Date ID: Mar 25 2024 2nd ID CONFIRMED

Tommy Brown, M.D., F.A.C.C., F.S.C.A.I.
*Founder (1956-2017)*
Ralph W. Baucum, III, M.D., F.A.C.C.
Paul C. Davis, M.D., F.A.C.C., F.S.C.A.I.
Russell S. Fileccia, M.D., F.A.C.C., F.A.S.N.C.
Michael H. Gooszen, M.D.
William H. Haynie, Jr., M.D., F.A.C.C.
Albert N. Krause, M.D., F.A.C.C.

ACS ADVANCED CARDIOVASCULAR SPECIALISTS

E. Rodney Reeves, M.D., F.A.C.C.
James F. Smith, M.D., F.A.C.C., F.S.C.A.I.
Ray D. Smith, M.D., F.A.C.C., F.S.C.A.I.
Srikar Veerareddy, M.D., F.A.C.C., F.H.R.S.
Michael G. Walton, M.D., F.A.C.C., F.S.C.A.I.
S. Scott Wiggins, M.D., F.A.C.C., F.A.C.P.
Pavan K. Katikaneni, M.D., F.A.C.C., F.S.C.A.I.

PA$I˜N$: Michael M&( a) &*
M˘ N: 0000002202+2
˘ A$ˆ ° , ˜I˘ $" :
˘ A$ˆ: 03/25/2024 0:45 AM
#I˙ I$ $-˝ˆ : ˘ e./'* ° 0ce #i) i.

˘ ˆ 1 2ˆ˙ $ING $" ˆ 3° N˙ 2 L$: 4 illia5 " " a6* ie 7 M˘
˝ ˘ IMA˘ - 3A˘ ˆ ˝ " - ˙ I3IAN: Nix MD, John

˘ ˆA˙ ° N , ° ˘ #I˙ IT:
$hi) 53 6ea' &l8 9a.ie*. 9'e)e*.) 0& ˆ8e5 a˛

" I˙ $° ˘ - ° , ˝ ˘ ˆ˙ ˆN$ ILLNˆ˙ ˙ :
M'˛ M&( a) &* 53%ea'%&l8 : hi.e 5 ale : h&5 I ) a: la). 6ea' : i.h 5 / l.i9le 3A˘ 'i); 0ac.&) a* 8 l& e' e< 'e5 i.6 9ai*˛ " i) 9/ l) e) : e'e ea) il6 9al9a=le i* .he l& e' e< 'e5 i.6 a'.e'ial )./86 * & 5 al˛ " e ha8 a ˜ '/ce 9'& &c& ).'e)) .e). : hich : a) * e( a.i>e 0& i) che5 ia˛ " e ha) =ee* 0&/ * 8 .& ha>e ) ac'al 5 e* i* ( eal c6).) a* 8 )/'( e'6 i) 9la* * e8˛ 3a'8i&l&( 6 clea'a* ce : a) 'e?/ e).e8˛ " e 0eel) he ha) * & 5 al e<e'ci) e .&le'a* ce : i.h * &che). 8i) c&5 0&.@a=* & 5 al 86) 9* ea@& 9al9i.a.i&*)˛ " e c&*.i* / e) .&) 5 &; e hea>il6˛ " i) =l&&8 9'e)) /'e i) a8e? / a.el6 c&*.'&lle8˛ " e .hi*; ) .ha. li9i8 )./ 8ie) ha>e =ee* 0a>&a=le &* hi) c/ ''e*. 'e( i5 e*˛ " e ha) * & hi).& 6 &0 8ia=e.e)˛ I : ill clea' hi5 0& )/'( e'6˛ , &l& %9 : ill =e a) * ee8e8˛ I a( ai* c&/ * ) ele8 hi5 &* .he i5 9&.a* ce &0 ) 5 &; i* ( ce)) a.i&*˛ I* .he 9a).@he 8i8 * & .&le'a.e =/ 9'&9i&* & 3ha* .i< I 8i) c/ )) e8 & he' ai8) : i.h hi5 ˛ " e i) a. lea). ) &5 e: ha. 5 &i>a.e8 a. .hi) 9&i*.˛

## Cardiac History

### Risk Factors

1 Tobacco Use: Cigarette [Tobacco per day: 1 Packs]
2 Dyslipidemia

**Patient Name:** Michael Morgason
**DOB:** 0 /3 / 9 0
**Date:** 03/25/2024 0:45 AM
**Page:** 1/4

MAILING A˘ ˘ ˘ ˆ˙ ˙
˝ ° ˛ ˜° 5 00!
˙ " ˘ ˆ#ˆ˝° ˘ $ LA 35
%! ! %2 5%2! 3
3 ! % 9! %400

RP Date ID: Mar 25 2024

## Cardiovascular Procedures

### Stress Tests

Exercise Tolerance Test (, patient walked 9min, reached a max heart rate of 129 bpm with exercise.) - 8/7/2023
Exercise Tolerance Test (, patient walked 6:15min, reached a max heart rate of 117 bpm with exercise.) - 7/10/2023

### Vascular

ABI (Normal,
) - 8/7/2023
Arterial Duplex LE (Normal) - 8/7/2023

## Final Medication List

| Medication | Sig Description |
|---|---|
| amitriptyline 25 mg tablet | take 1 tablet by oral route every day at bedtime |
| aspirin 81 mg tablet,delayed release | take 1 tablet by oral route every day |
| atorvastatin 40 mg tablet | take 1 tablet by oral route every day |
| CoQ-10 | |
| gabapentin 600 mg tablet | take 2 tablet by oral route 3 times every day |
| Vitamin B-12 | |

ALL^ˇ GI^˙ /IN$° L^ˇ AN3^˙ :

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

LA$^ @^NI3ILLIN˙

## Past Medical/Surgical History

(Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | L&R Thoracic resection | | |
| | | R knee repair | | |
| | | Carpal tunnel / rebuilt R thumb | | |
| | | R pinky finger repair | | |

### Past Surgical History:

L&R Thoracic resection

**Patient Name:** Michael Morgason
**DOB:**
**Date:** 03/25/2024 0:45 AM
**Page:** 2/4

MAILING A˘ ˘ ˇ ^˙ ˙
˝ ˛° ˛˜° 5 00!
˙ " ˇ ^#˜˝° ˇ $ LA 35
%! ! %2 5%2! 3
3 ! %9! %400

RP Date ID: Mar 25 2024

| |
|---|
| Carpal tunnel / rebuilt R thumb |
| R knee repair |
| R pinky finger repair |

## Family History:

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Brother | | | | Myocardial infarction | | N |
| Father | | | | Myocardial infarction | | N |
| Father | | | | Diabetes mellitus | | N |
| Mother | | | | Asthma | | N |
| Mother | | | | Diabetes mellitus | | N |

## EKG History:

**EKG:** )i*/) ='a86ca'8ia@&he': i)e *&5 al ˆ3G
ˇ a.e: 49=ea.) 9e' 5 i*/.e˛

Aˇ #AN3ˆ ˇ Iˇˆ3$I#ˆ˙:
ˇ e>ie: e8

ˇˆ#Iˆ4 ˚ , ˙-˙ $ˆM˙:
ˆ-ˆ˙ %Ne( a.i>e 0& ac.i>e ca.a'ac.)@ la/c&5 a˛ ˆN$ %Ne( a.i>e 0& ( /5 8i)ea)e@ea'i*( I&))˛ ˇˆ˙˝ %Ne( a.i>e 0& a).h5 a@e5 &9.6)i)@&98˛ #A˙ 3 %Ne( a.i>e 0& cla/8ica.i&*@9>8@8>.˛ GI %Ne( a.i>e 0& ( e'8@e5 a.e5 e)i)@ ac.i>e I( i =lee8i*( @e9a.i.i)@ac.i>e ( = 8i)@ac.i>e 9/8˛ G2 %Ne( a.i>e 0& he5 a./'ia@&c./'ia˛ Nˆ2ˇ˚ %Ne( a.i>e 0& ).'&e@ia˛ ˝˙-3" %Ne( a.i>e 0& 8e9'e))i&*@a*<ie.6˛ ˇˆˇM %Ne( a.i>e 0& 'a)h@; i* )&e)˛ "ˆMA$ % Ne( a.i>e 0& ac.i>e a*e5 ia@=l&&8 .'a*)0/)i&*˛

#ITAL ˙IGN˙:

| Date | Time | BP | Position | Side | Site | Pulse | Ht In | Wt Lb | BMI | Temp Deg F |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/2024 | 0:50 AM | 3!/!0 | )i..i*( | le0 | a'5 | 49 | 0,00 | + ,!0 | 24,0! | |

La). 4 ei( h.: 0˛+I=)˛ &* 0 / 0/2023˛

˝" -˙ I3AL ˆ AM:

| Exam | Findings | Details |
|---|---|---|
| Const | Neg | Nourishment - Well Nourished. Appearance - Well Developed. |
| Eyes | Neg | Lids/External - Bilateral Normal. Conjunctiva - Bilateral Normal. |
| NMT | Neg | Oral Mucosa - Moist, No Cyanosis, No Pallor. |

RP Date ID: Mar 25 2024

| | | |
|---|---|---|
| Neck | Neg | JVP - Less than 8 cm of H20. |
| Resp | Neg | Respirations - Nonlabored. Breath Sounds - Clear Throughout. Rales - Absent. Wheezes - Absent. |
| Cardiac | Neg | Rhythm - Regular. Palpation - PMI Normal. Heart Sounds - S1 Normal, S2 Normal, No S3, No S4. Extra Sounds - None. Murmurs - None. |
| Vasc | Neg | Carotid - Bilateral Normal Pulse. Aorta - Normal Size, Non Pulsatile, No Bruit Noted. Femoral - Bilateral Normal Pulse. Dorsalis Pedis - Bilateral Normal Pulse. |
| Abd | Neg | Tenderness - None. Hepatomegaly - Absent. Splenomegaly - Absent. |
| Skin | Neg | Venous Stasis Ulcer - Absent. |
| M/S | Neg | Gait - Normal. Able to Exercise - Yes. |
| EXT | Neg | Clubbing - Absent. Lower Extremity Edema - Absent. |
| Psych | Neg | Orientation - Oriented to Time, Person, Place. Mood - Appropriate. |

**EKG:** )i*/) ='a86ca'8ia@&he': i)e *&5 al ˆ3G

ˇ a.e: 49=ea.) 9e' 5 i*/.e˛

IM˝ ˇ ˆ˙ ˙ I° N ANˇ ˝ LAN

01. Idiopathic peripheral autonomic neuropathy (G90.09)
02. Bradycardia (R00.1)
03. Mixed hyperlipidemia (E78.2)
04. Encounter for preprocedural cardiovascular examination (Z01.810)

° ˇ ˘ ˆ ˇ ˙ :

Instructed patient to continue medications as prescribed.
f/u prn
The patient was instructed on a low fat diet.
The patient was instructed on a low sodium diet.
Instructions given to the patient on a low carbohydrate diet.
The importance of weight loss discussed with patient.
The patient was given exercise guidelines.

***-Electronically signed by:*** *William H. Haynie MD 03/25/2024 @ 11:45 AM*

**Patient Name:** Michael Morgason
**DOB:**
**Date:** 03/25/2024 0:45 AM
**Page:** 4/4

MAILING Aˇ ˘ ˇ ˆ˙ ˙
˝˛° ˛˜° 5 00!
˙ " ˇ ˆ#ˆ˝° ˇ $ LA 35
%! ! %2 5%52! 3
3 ! %9! %9400

# Medical Affidavit

**AFFIDAVIT OF MICHAEL MORGASON**

**STATE OF ARKANSAS**

**COUNTY OF MILLER**

I, MICHAEL MORGASON, being duly sworn, deposes and says:

I submit this affidavit in support of my appeal of LINCOLN FINANCIAL GROUP discontinuance of my Long Term Disability benefits.

## PERSONAL HISTORY

I am 54 years old. I grew up in Texarkana, Arkansas and spent all of my life in the southern United States. Prior to becoming disabled, I had always led an active lifestyle. In my free time, I participated in many rigorous outdoor activities, including hunting, fishing, riding my motorcycle, hiking and traveling as often as possible. I frequently worked in my yard and completed repair projects for my parents' house as well as my own. I also worked for my brother-in-law remodeling his residential rental properties on nights and weekends. The sense of accomplishment I felt from participating in these activities was very fulfilling.

## GENERAL WORK BACKGROUND

From 2014 to 2020, I was employed as a skilled maintenance worker at Texarkana Independent School District. My work typically involved carpentry, demolition, painting, welding and maintaining a multitude of buildings and sports complexes across Texarkana. I also spent a lot of time working outside in every sort of weather condition. I was expected to complete work orders to include the fabrication, installation, and repairing/replacing of doors, windows, flooring, ceiling materials, glass building hardware, screens and plastic laminate. I'd also move, install, assemble and repair district property as necessary. I was responsible for detecting needed repairs on buildings, grounds, and equipment by following established inspection procedures and adhering to preventative maintenance schedules and policies. I assisted on maintenance and construction projects as assigned. I operated tools, equipment, and machinery and kept the shop, equipment, and tools in safe operating condition. The work was challenging but I enjoyed it and looked forward to moving up in my career.

## THE ONSET OF MY SYMPTOMS

My symptoms were occasional and aggravating when they originally appeared a few years ago. I was annoyed because they slowed me down. My legs felt as if I were wearing concrete boots or trying to walk underwater. My wife said my work boots were too heavy for me; she blamed my footwear. My legs feel like logs and at times they feel like they are hooked to a battery charger. It's almost as if my blood is bubbling in my veins and arteries and electric currents are running through them. I get sensations of ants biting the top of both feet. I get hot and sweaty while eating, my head itches, and mealtime is followed by bouts of hiccups. My jaw twitches and chewing food can cause electric shock sensations. I have increased salivation and my eyes water a lot. I sometimes choke, cough, sneeze while swallowing and occasionally liquids don't make it down. Showering is exhausting and it leaves me winded and gasping for air. I am worn out before I finish washing my hair. I have to rest and catch my breath afterwards. When I get hot I cannot cool down and when I get cold it takes hours to warm again. Even when in pain or fatigued, I would work through the episode; I didn't want anyone to know what was happening to me. Over the years, however, my symptoms increased in both frequency and severity.

## COGNITIVE SYMPTOMS

I began to notice issues with my cognitive functioning and developed problems concentrating and processing information. I often felt confused and disoriented. It felt like my mind, once fast-moving and nimble, was stuck in molasses. I was not sure if it was disease progression or newly prescribed pharmaceuticals causing sluggishness. Occasionally I would have a mental lapse, forget facts or figures or things I was supposed to do. I compensated for this by writing notes to remind myself of things. Sometimes when I am talking with others, I completely forget about a recent conversation we had. During one such instance, my wife was surprised when I had no recollection of the previous day's conversation. After we talked about it for a few minutes, I began to vaguely recall what we discussed earlier, but I wasn't sure of the details. Kristin then commented, as she often did at these times, that I seemed to be "losing it". I didn't say anything, but I couldn't help wondering if she was right. I felt lost. My memory is not what it used to be. For example, I forgot to pay my car note for one month. Nothing like that has ever happened to me. I forget appointments, medical facts and things I did last month or last year. I also experience short-term memory loss. I have trouble remembering whether or not I took my medications. I frequently forget what I was doing or saying in the middle of doing or saying it. I might not remember who I was talking with or what I was supposed to do next. Verbal communication can be challenging as I have trouble thinking clearly. I would not be able to safely work on a construction site. I certainly would be in no position to take or give direction. I have a hard time grasping situations, understanding problems and staying focused. Situations that used to be easy for me to understand and evaluate now seem complicated and confusing. My thought process moves slowly compared to the past, and I frequently lose my train of thought. My thoughts seem jumbled, fragmented and unrelated to each other. I used to be good with numbers; now I have a hard time processing mathematical ideas. Because of the thought processing difficulties I experience, I struggle to make even the simplest day-to-day