decisions about what to wear or what to cook for dinner. It takes me a tremendous amount of time, effort and multiple breaks just to accomplish the basic activities of daily living.

**FATIGUE AND PAIN/NUMBNESS**

For years now I tire after minimal exertion and feel drained for no discernible reason. There were times I dozed off in the work truck on my lunch break or while riding with a co-worker from one jobsite to another or while returning to the shop at the end of the day. I tried to hide my condition from colleagues but my supervisor would often ask if I was okay or needed to take a break. My symptoms were obvious to everyone around me. I'd perspire so heavily it appeared as if I had just stepped out of a shower while fully clothed. Other maintenance workers, all of whom outweighed me or were many years older, would barely have a bead of sweat on their foreheads while I was drenched in sweat. During this time period, I had a number of musculoskeletal problems, including pain, weakness, numbness, cramps and muscle fasciculations.

My primary care physician suggested my symptoms may be vascular or heart related. I visited Texas Vascular Associates in Dallas, TX in June of 2020. I couldn't carry a thermos of coffee across the employee parking lot without feeling the need to put it down and take a break. I was diagnosed with 1. Hypertension [110 - Essential (primary) hypertension]; 2. Atherosclerosis of extremities with intermittent claudication without gangrene [170.219 - Atherosclerosis of native arteries of extremities with intermittent claudication, unspecified extremity]; 3. Thoracic outlet syndrome [G54.0 - Brachial plexus disorders]; 4. Hyperlipidemia [E78.5 - Hyperlipidemia, unspecified] and 5. Neuropathy [G62.89 Other specified polyneuropathies]. Because of the severe fatigue from which I was suffering, Ashley Moore prescribed Soma and Gabapentin and ordered a CT Angiography to evaluate for aortoiliac disease. She also referred me for electrophysiologic testing of the upper extremities to rule out cervical spine abnormalities.

Radie Perry conducted an EMG and it revealed "evidence of bilateral carpal tunnel syndrome, or at least median nerve dysfunction across the carpal tunnel segment but also borderline ulnar nerve slowing across the right elbow that based on exam and history is most likely clinically significant." I was referred to an elbow specialist and a hand specialist based on those findings.

On 8/26/2020, I was examined at Texas Orthopedic Association for ulnar nerve entrapment of the right elbow. Dr. John Conway explained that severe carpal tunnel will cause pain to travel along the nerve path. He suggested carpal tunnel injections or surgery to see if treatment would alleviate the right elbow pain. Later that same day, I had an appointment with Dr. Hugh "Bo" Frederick. He diagnosed me with right thumb CMC arthritis and I had injections the following week. I began to drop things less often and the "skewer like" shooting pain through my right shoulder was gone. I also noticed relief from forearm pain I'd had for months. Dr. Bo said surgical intervention was inevitable. I needed to have the nerves in my wrist released and reconstruction of the thumb joint. He said it was a painful surgery and recovery

EXHIBIT

3, part 2

would take up to 6 months. But at that point in time, I was far more concerned about my weak and heavy legs.

By September, I had difficulty falling asleep at night, I slept poorly and would have trouble waking the next day. I would awaken several times a night with deep, painful cramps in my right calf. It felt like someone struck my fibula with a baseball bat. Mornings in general became increasingly difficult for me. I never felt rested and the grogginess that I felt upon waking would usually stay with me for the better part of the day. The back of both legs (below the knees) ached as if I had run a marathon; the muscle exhaustion would continue for days. I had difficulty walking on an incline, ascending stairs and bending over. If I laid down flat on my back, I couldn't breathe. I developed floaters in my vision and ringing in my ears. These sensory issues were especially scary, as my job required me to constantly be alert to what was happening around me. Upon returning home from work, I often didn't have the energy to even get out of my car. I was relieved to have made it through another tough day of work without hurting myself or someone else. My primary care doctor, Michael Crabtree, ordered venous and arterial studies. Those exams revealed possible calcified vessels so he referred me to a cardiologist. Dr. Singh ordered labs and testing that came back unremarkable so he wondered if I could have a neurological issue. I consulted a neurologist in November, and Dr. Hussaini concluded within 3 office visits that most likely I had neuromuscular disease. So he referred me to Dr. Shaida Khan with UTSW Neuromuscular Center. She saw me a handful of times and performed various tests, blood work and imaging. She was perplexed as to what was causing my issues but was certain it wasn't neuromuscular disease or an undiagnosed paraneoplastic cancer. Dr. Khan found chronic denervation changes in my hand. Fat was replacing atrophied muscle fibers altering my grip and strength. Hand surgery could no longer be postponed. I returned to Dr. Bo for reconstructive thumb surgery and carpal tunnel release in April of 2021. By the summer of 2021, after a year of running around and only getting additional referrals, I applied to The Mayo Clinic in Jacksonville, Florida.

## COMBINATION OF DIAGNOSIS

I had my first video appointment with Dr. Meghana Halkar (Internal Medicine) on July 29, 2021. She explained that once I arrived at their facility, I may need to have tests and imaging repeated. Mayo offers block scheduling to patients who live far away, as most do. Back to back appointments were scheduled so I traveled almost 900 miles to be evaluated by their team over a 3 day period. I was examined by multiple specialists and had a urinalysis, 23 blood tests, an ECG, Echo, autonomic reflex screening, and several x-rays completed on the first visit to Mayo. I became familiar with hearing "I don't know what is going on with you but it may be more than one process". I've learned that "idiopathic etiology" means no known cause or origin of disease. "This is an abnormal study" under the conclusions/impressions section of many test reports. My health record from Mayo is almost 500 pages and abnormal is listed more than 100 times.

So far, I have traveled more than 30,000 miles and spent well over $20,000 out of pocket in hopes to simply feel better. I returned to the Mayo Clinic in Florida five times over the next 13 months. In all, I was examined by more than 25 doctors. They all felt like an autoimmune or unknown genetic condition was contributing to the various neurological and musculoskeletal symptoms. I was diagnosed with Cam-type Morphology (predisposing to femoral acetabular impingement), Frequency Urinary, Myalgia, Neuropathy Autonomic Peripheral Idiopathic, Small Fiber Polyneuropathy, Abnormal Findings On Diagnostic Imaging Of Other Parts Of Musculoskeletal System, Spondylosis Lumbar Without Myelopathy, Pelvic Calcifications, Pain Groin, High Lumbar Radiculopathy, Pain Low Back Unspecified, Tear Hip Labral Initial Right, Hip Joint Disorder Right, Lower Lumbar Facet Osteoarthritis, Multiple Tarlov Cysts, Sacroiliac Joint Sprain and more while at Mayo.

Dr. Lamb (neurologist) said Mayo is a diagnostic center and I would need to find a neurologist for continuing care closer to home. His progress note recommends "Recognize circumstances. Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever." I felt like some of the symptoms made sense now, and I was finally getting answers!

Dr. Luke Spencer-Gardner (orthopedic surgeon) explained that I need arthroscopy with femoroplasty, acetabular plasty and labral repair of my right hip. He explained that it would be a complicated surgery with a long recovery time. It's unlike a hip replacement where a patient will be walking hours later. He will have to reattach soft tissue to bones using plastic sutures, reshape the femur bone, remove or reshape part of the acetabular, and repair a torn labrum. The counter traction required during the operation places significant pressure throughout the groin region. He said my pelvic and lower back pain would be exacerbated so I should keep the spine clinic appointment and schedule hip reconstruction surgery only after those issues were resolved.

**INABILITY TO WORK**

My job as a skilled maintenance worker involved constant problem-solving and attention to details, but physically and mentally I could no longer keep up at work. Despite the pain and fatigue I experienced, I worked as long as I could. I felt awful all of the time, and I could not hide my physical ailments. Work became impossible for me. I frequently have muscle twitching and hand tremors and sometimes feel like my body is shaking on the inside. I have a difficult time concentrating, and I was no longer comfortable with driving to or working on construction sites. My doctor completed medical leave paperwork and soon thereafter I was placed on short term disability. I spent most of my time healing from surgeries &

consulting various specialists, simply trying to receive a confirmed diagnosis and treatment plan. However, my various symptoms did not subside, they worsened. By the end of the short term disability period, I was so ill that I knew I could not return to work so I filed for long term disability. In May of 2022, I was terminated from my job due to my extended medical leave. Long term disability benefits were denied by LFG despite the fact that I am disabled and more symptomatic than when I initially filed for disability. One month before the termination of benefits, I had a sacral laminectomy and dorsal sacral reconstruction w/absorbable plating. I am still recovering from that operation. I also haven't addressed the issue of my right hip, and I recently found out that I again have bilateral carpal tunnel syndrome.

## MY CONSTANTLY DEBILITATING SYMPTOMS PREVENT ME FROM RETURNING TO WORK

I am tired all of the time. I never feel fully awake and alert regardless of how much I have slept. At home, I deal with my "brain fog," that is, my grogginess and disorientation, as best I can. I experience dizziness when I stand up. The dizzy spells typically last from 5 to 20 seconds and are often accompanied by impaired vision, impaired hearing and balance problems. It is difficult to remain standing during these spells. There is no way I could be walking around a construction site or climbing on scaffolding while experiencing this sort of dizziness. I suffer from pain in my tailbone, which varies in severity. Depending on the severity, I may need to lie down, recline, or lay on one side for a few hours. I sit on an icepack often. I have muscle aches and diminished strength, which interfere with my ability to perform many physical tasks. Lifting objects over 10 pounds – something I would often have to do a few times a day at work – is out of the question for me. I can no longer drive limited distances for doctor visits, groceries and going to the post office. Long car rides and even going out to eat dinner pose a problem. I have to take my "tush cush" (a pillow to sit on) if I have to be seated for more than a few minutes at a time. Wooden chairs and benches are the most uncomfortable. I am more prone to bumping into things and having accidents since my balance and coordination have worsened. Getting dressed takes longer nowadays. Putting on my left sock is extremely difficult. Loading and unloading the dishwasher is almost impossible. Cooking is always a chore. My disability has drastically curtailed my ability to participate in activities that I used to enjoy; I no longer have the necessary physical energy or mental capability. I no longer shoot pool or play guitar. I can't mow or weedeat my yard because I can't tolerate heat or operate anything that vibrates. All told, with my constant aches and pains, cognitive issues, dizzy spells, fatigue and headaches, I feel like an old person rather than a 54 year old man. While I used to pride myself on my intellect and physical fitness, it seems that my mind and body simply do not work anymore. There is no way I could return to work like this, much as I might want to. Life now looks a lot different than it did just 4 years ago. I sold my "toys" as I can no longer ride my side-by-side or load up the boat to fish or go duck hunting. I stay home all of the time and leave only to go to doctor appointments or if absolutely necessary. I do not accept invitations from friends to get together. My family has to go do things without me more often than not. I carefully plan outings now. I choose the post office without stairs and the grocery store with the least amount of steps to the front door. I no longer recognize me.

It took me more than a month to draft this affidavit to tell my story. I couldn't have done so without assistance from my wife. Life is hard. Living with a disability is harder. Going months without an income is a hardship. But being broke and disabled while trying to prove how disabled I am is unbearably hard. And it's getting harder every single day.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF KNOWLEDGE.

Michael Morgason

**Notary**

State of Arkansas
County of Miller

SWORN to and SUBSCRIBED before me, the undersigned authority, on the 17 day of October, 2024.

Notary Public, State of Arkansas

## *NEUROLOGICAL LISTINGS MEDICAL OPINION*

From: Andrew G. Morales, DO.

Re: Michael Morgason (Name of Patient)

______________ (Date of Birth)

Please answer the following questions concerning your patient's impairments.

1. Frequency and length of contact: Every 3 months for 30 minutes

2. Identify your patient's neurological impairments:

- [ ] Traumatic brain injury
- [ ] Cerebral palsy
- [ ] Post-polio syndrome
- [ ] Vascular insult to the brain
- [x] Peripheral neuropathy
- [ ] Benign brain tumor
- [ ] Spinal cord disorder
- [ ] Myasthenia gravis
- [ ] Motor neuron disorder other than ALS
- [ ] Parkinsonian syndrome
- [ ] Multiple sclerosis
- [ ] Muscular dystrophy
- [ ] Neurodegenerative disease of the central nervous system

3. Other impairments: ______________

4. Identify your patient's symptoms and signs:

- [ ] Flaccidity
- [ ] Spasticity
- [x] Spasms
- [ ] Incoordination
- [x] Imbalance
- [x] Tremor
- [x] Physical fatigue
- [x] Muscle weakness
- [x] Dizziness
- [x] Tingling
- [x] Numbness
- [x] Pain
- [x] Increased deep reflexes
- [ ] Nausea
- [x] Headaches
- [ ] Poor proprioception
- [ ] Chorea
- [x] Trouble sleeping
- [x] Mental fatigue
- [x] Impaired attention
- [x] Impaired concentration
- [x] Impaired memory
- [ ] Impaired judgment
- [x] Depression
- [x] Anxiety
- [ ] Emotional lability
- [ ] Personality change
- [ ] Confusion
- [ ] Dementia
- [ ] Unstable walking
- [ ] Balance problems
- [ ] Falling spells
- [ ] Abnormal stereognosis
- [ ] Athetosis
- [ ] Loss of manual dexterity
- [ ] Muscle atrophy
- [ ] Bladder problems
- [ ] Bowel problems
- [x] Sensitivity to heat
- [ ] Nystagmus
- [ ] Visual loss
- [ ] Double vision
- [ ] Pain in one eye
- [ ] Dimness of vision
- [ ] Partial blindness
- [ ] Other vision disturbance
- [ ] Difficulty solving problems
- [ ] Speech difficulties
- [ ] Ineffective communication
- [ ] Bulbar dysfunction

Other symptoms, signs and clinical findings: Restlessness of legs

MM.LIN.1466

5. Treatment and response:
Gabapentin 600mg 2 tablets, 3x/day, Amitryptyline 25mg nightly, Baclofen 10mg po 1-2 nightly, hydroxyzine 25mg night

6. Prognosis: poor

7. Have your patient's impairments lasted or can they be expected to last at least twelve months? ☑ Yes ☐ No

8. Rate the degree to which your patient is physically limited.

☐ None ☐ Mild ☑ Moderate ☐ Marked ☐ Extreme

Note: A marked limitation means that, due to the signs and symptoms of your patient's neurological disorder, your patient is seriously limited in the ability to independently initiate, sustain, and complete work-related physical activities. Your patient may have a marked limitation in physical functioning when the neurological disease process causes persistent *or* intermittent symptoms that affect your patient's abilities to independently initiate, sustain, and complete work-related activities, such as standing, balancing, walking, using both upper extremities for fine and gross movements, or results in limitations in using one upper and one lower extremity. The persistent and intermittent symptoms must result in a serious limitation in your patient's ability to do a task or activity on a sustained basis. "Marked" is not defined by a specific number of different physical activities or tasks that demonstrate your patient's ability, but by the overall effects of neurological symptoms on your patient's ability to perform such physical activities on a consistent and sustained basis. Your patient need not be totally precluded from performing an activity to have a marked limitation, as long as the degree of limitation seriously limits your patient's ability to independently initiate, sustain, and complete work-related physical activities.

9. Does your patient have disorganization of motor function in two extremities resulting in an extreme limitation in the ability to stand up from a seated position? That is, once seated is your patient unable to stand and maintain an upright position without the assistance of another person or the use of an assistive device, such as a walker, two crutches, or two canes? ☐ Yes ☑ No

10. Does your patient have disorganization of motor function in two extremities resulting in an extreme limitation in balance while standing or walking? That is, is your patient unable to maintain an upright position while standing or walking without the assistance of another person or an assistive device, such as a walker, two crutches, or two canes? ☐ Yes ☑ No

11. Does your patient have disorganization of motor function in two extremities resulting in an extreme limitation in the ability to use the upper extremities? That is, does your patient have a loss of function of both upper extremities (including fingers, wrists, hands, arms, and shoulders) that very seriously limits your patient's ability to independently initiate, sustain, and complete work-related activities involving fine and gross motor movements? (Inability to perform fine and gross motor movements could include not being able to pinch, manipulate, and use fingers; or not being able to use hands, arms, and shoulders to perform gross motor movements, such as handling, gripping, grasping, holding, turning, and reaching; or not being able to engage in exertional movements such a lifting, carrying, pushing, and pulling.) ☐ Yes ☑ No

12. Rate your patient's mental limitations as a result of the neurological impairment using the following scale:
   **Moderate** means the ability to function independently, appropriately, effectively, and on a sustained basis is fair;
   **Marked** means the ability to function independently, appropriately, effectively, and on a sustained basis is seriously limited;
   **Extreme** means not able to function independently, appropriately, effectively, and on a sustained basis, but it does not mean a total loss of ability to function.

| RATE THE DEGREE OF LIMITATION IN THE FOLLOWING AREAS: | | | | | |
|---|---|---|---|---|---|
| A.1. | Understanding information: | None-Mild | Moderate | Marked | Extreme |
| A.2. | Remembering information | None-Mild | Moderate | Marked | Extreme |
| A.3. | Applying information | None-Mild | Moderate | Marked | Extreme |
| B. | Interacting with others: | None-Mild | Moderate | Marked | Extreme |
| C.1. | Concentrating | None-Mild | Moderate | Marked | Extreme |
| C.2. | Persisting | None-Mild | Moderate | Marked | Extreme |
| C.3 | Maintaining pace | None-Mild | Moderate | Marked | Extreme |
| D.1. | Adapting in the workplace | None-Mild | Moderate | Marked | Extreme |
| D.2. | Managing oneself in the workplace | None-Mild | Moderate | Marked | Extreme |

13. What is the earliest date that the description of limitations in this questionnaire applies?

02/17/2023

10/5/2024
*Date*

[signature]
*Signature*

*Printed/Typed Name:* Andres G. Morales D.O

*Address:* 321 N. Highland #200
Sherman, TX 75092



MM.LIN.1469

## §221.7 *Form: Medical Opinion Re: Ability to Do Work-Related Activities (Physical)*

MEDICAL OPINION RE: ABILITY TO DO WORK-RELATED ACTIVITIES (PHYSICAL)

NAME: Michael Morgason DOB: ____________

To determine your patient's ability to do *work-related activities on a day-to-day basis in a regular work setting*, please give us your opinion — based on your examination — of how your patient's physical capabilities are affected *by the impairment(s)*. Do not consider your patient's age, sex or work experience. Consider the medical history, the chronicity of findings (or lack thereof), symptoms *(including differing individual tolerances for pain, etc.)*, and the expected duration of any work-related limitations.

For each activity shown below:

(1) Indicate your patient's ability to perform the activity; and

(2) Identify the particular medical findings (e.g., physical examination findings, x-ray findings, laboratory test results, history, symptoms (including pain), etc.) that support your opinion regarding any limitations.

**IT IS IMPORTANT THAT YOU RELATE PARTICULAR MEDICAL FINDINGS TO ANY REDUCTION IN CAPACITY; THE USEFULNESS OF YOUR OPINION DEPENDS ON THE EXTENT TO WHICH YOU DO THIS.**

1. Maximum ability to lift and carry on an *occasional* basis (no more than 1/3 of an 8-hour day).

   No limitation 100# 50# 20# 10# less than 10# (circled)

2. Maximum ability to lift and carry on a *frequent* basis (1/3 to 2/3 of an 8-hour day).

   No limitation 50# 25# 10# less than 10# (circled)

3. Maximum ability to stand and walk (with normal breaks) during an 8-hour day.

   No limit about 6 hrs. about 4 hrs. about 3 hrs. about 2 hrs. less than 2 hrs. (circled)

4. Maximum ability to sit (with normal breaks) during an 8-hour day.

   No limit about 6 hrs. about 4 hrs. about 3 hrs. about 2 hrs. less than 2 hrs. (circled)

5. If your patient must periodically alternate sitting, standing or walking to relieve discomfort:

   How long can your patient *sit* before changing position? 0 5 10 (circled) 15 20 30 45 60 90 Minutes

   How long can your patient *stand* before changing position? 0 5 10 (circled) 15 20 30 45 60 90 Minutes

   How *often* must your patient *walk around*? Frequency: 0 5 10 (circled) 15 20 30 45 60 90 Minutes

   How *long* must your patient *walk each time*? Duration: 0 5 (circled) 10 15 20 30 45 60 90 Minutes

From Social Security Disability Practice by Thomas E. Bush, copyright James Publishing. Used with permission. For information 800-440-4780 or www.JamesPublishing.com.

Does your patient need the opportunity to shift *at will* from sitting or standing/walking? ☒ Yes ☐ No

6. Will your patient sometimes need to lie down at unpredictable intervals during an 8 hour working shift? ☒ Yes ☐ No

If yes, how often do you think this will happen? Every 30 minutes

7. What medical findings support the limitations described above? Patient has a small fiber neuropathy identified on sudomotor test

8. How often can your patient perform the following **POSTURAL ACTIVITIES?** Not applicable to my treatment

| | Rarely | Occasionally | Frequently | Constantly |
|---|---|---|---|---|
| Twist | ☐ | ☐ | ☐ | ☐ |
| Stoop (Bend) | ☐ | ☐ | ☐ | ☐ |
| Crouch | ☐ | ☐ | ☐ | ☐ |
| Climb stairs | ☐ | ☐ | ☐ | ☐ |
| Climb ladders | ☐ | ☐ | ☐ | ☐ |

**Rarely:** from 1% to 5% of an 8-hour day
**Occasionally:** from 6% to 33% of an 8-hour day
**Frequently:** from 34% to 66% of an 8-hour day
**Constantly:** more than 66% of an 8-hour workday

What medical findings support this? records

9. Are the following **PHYSICAL FUNCTIONS** affected by the impairment?

| | | | |
|---|---|---|---|
| Reaching overhead | ☒ Yes ☐ No | Handling (gross manipulation) | ☒ Yes ☐ No |
| Reaching forward or to side | ☒ Yes ☐ No | Feeling | ☒ Yes ☐ No |
| Fingering (fine manipulation) | ☒ Yes ☐ No | Pushing/pulling | ☒ Yes ☐ No |

A. How are these physical functions affected? All

B. What medical findings support this? records - tests

10. Please assess **ENVIRONMENTAL RESTRICTIONS:** Avoid All

| | NO RESTRICTION | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| Extreme cold | ☐ | ☐ | ☐ | ☐ |
| Extreme heat | ☐ | ☐ | ☐ | ☐ |
| High humidity | ☐ | ☐ | ☐ | ☐ |
| Fumes, odors, dusts, gases | ☐ | ☐ | ☐ | ☐ |
| Perfumes | ☐ | ☐ | ☐ | ☐ |
| Soldering fluxes | ☐ | ☐ | ☐ | ☐ |
| Solvents/cleaners | ☐ | ☐ | ☐ | ☐ |
| Chemicals | ☐ | ☐ | ☐ | ☐ |
| List other irritants or allergens: ________ | ☐ | ☐ | ☐ | ☐ |

§221

**Sacral Tarlov Cyst(s) Patient Survey**

Name: Michael Morgason DOB: 7/3/70 Date: 7/31/2024

☐ Before surgery ☑ 3 months after surgery ☐ 6 months after surgery
☐ 1 year after surgery ☐ 2 years after surgery ☐ Other ________

For each category below, please rate the severity of your symptoms. If you are not experiencing the symptom, please mark the box "Never had Symptoms".

| | Never had Symptoms | No Symptoms | Mild Symptoms | Mild to Moderate | Moderate Symptoms | Moderate to Severe | Severe Symptoms | Extremely Severe Symptoms |
|---|---|---|---|---|---|---|---|---|
| Sacral (tail bone) pain | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| Perineal Pain (private parts) | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| Perineal numbness (private parts) | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| PGAD (persistant genital arousal disorder) | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Lower extremity pain | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| Lower extremity weakness | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| Lower extremity numbness | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| Problems with bladder function | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| Problems with bowel function | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |
| Dyspareunia (Pain during sexual intercourse) | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |
| Sexual dysfunction | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| Discomfort while sitting | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| Problems with participation in sitting activities i.e. restaurants, movies, church, etc. | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |

**If you have undergone surgery, please answer the following:**

**How have your symptoms changed since surgery?**

- ☐ I no longer have symptoms
- ☐ My symptoms have improved a lot
- ☑ My symptoms have improved moderately
- ☐ My symptoms have improved a little bit
- ☐ My symptoms are the same
- ☐ My symptoms are a little bit worse
- ☑ My symptoms are moderately worse
- ☐ My symptoms are a lot worse

some have improved, others are more noticeable

Name: Michael Morgason Date: 7-31-2024

**VISUAL ANALOG SCALE (VAS) - Sacral**

*This form is designed to give the doctor information as to how your pain is progressing since the last visit. Indicate on the lines below with a check mark the level of pain from "no pain" to "as severe as it could be".*

1. VAS (Visual Analog Scale) Score for leg pain while resting:
   ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☑ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
   No pain — As severe as it could be

2. VAS Score for leg pain upon activity:
   ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☑ 8 ☐ 9 ☐ 10
   No pain — As severe as it could be

3. Please indicate the location of pain(s) of pain while resting you have experienced in the last 4 weeks:
   - ☐ lower back
   - ☑ left buttock
   - ☐ left hip
   - ☐ left thigh
   - ☑ left calf
   - ☑ left foot
   - ☑ tail bone
   - ☐ groin
   - ☑ right buttock
   - ☐ right hip
   - ☐ right thigh
   - ☑ right calf
   - ☑ right foot

4. Please indicate the location(s) of pain upon activity you have experienced in the last 4 weeks:
   - ☑ lower back
   - ☑ left buttock
   - ☐ left hip
   - ☐ left thigh
   - ☑ left calf
   - ☑ left foot
   - ☑ tail bone
   - ☐ groin
   - ☑ right buttock
   - ☐ right hip
   - ☐ right thigh
   - ☑ right calf
   - ☑ right foot

5. What is the maximum period of time you can sit with reasonable comfort?
   - ☑ 5 minutes or less
   - ☐ 15 minutes
   - ☐ 45 minutes
   - ☐ 30 minutes
   - ☐ > 1 hour

Name: Michael Morgason Date: 7-31-2024

6. How often does your condition interfere with your usual work, education, or retirement activities:

- ☐ never
- ☐ occasionally
- ☐ frequently
- ☑ always

7. How many times during a typical day in the week did you take prescription narcotic pain medications for your condition?

# [ / ] of times

8. How many times during a typical day in the last week did you take prescription arthritic medications for your condition?

# [ 0 ] of times

Name: *Michael Morgason* Date: *7-31-2024*

This survey asks for your views about your health. This information will help keep track of how you feel and how well you are able to do your usual activities.

Answer every question by selecting the answer as indicated. If you are unsure about how to answer a question, please give the best answer you can.

**1. In general, would you say your health is:**

☐ Excellent ☐ Very good ☐ Good ☒ Fair ☐ Poor

**2. Compared to one year ago, how would you rate your health in general now?**

☐ Much better now ☐ Somewhat better now ☒ About the same

☐ Somewhat worse now ☐ Much worse now

**3. The following questions are about activities you might do during a typical day. Does your health now limit you in these activities? If so, how much?**

| | Yes, limited a lot | Yes, limited a little | No, not limited now |
|---|---|---|---|
| a. **Vigorous activities,** such as running, lifting heavy objects, participating in strenuous sports | ☒ | ☐ | ☐ |
| b. **Moderate activities,** such as moving a table, pushing a vacuum cleaner, bowling, or playing golf | ☒ | ☐ | ☐ |
| c. Lifting or carrying groceries | ☐ | ☐ | ☐ |
| d. Climbing **several** flight of stairs | ☒ | ☐ | ☐ |
| e. Climbing **one** flight of stairs | ☐ | ☒ | ☐ |
| f. Bending, kneeling, or stooping | ☒ | ☐ | ☐ |
| g. Walking **more than a mile** | ☒ | ☐ | ☐ |
| h. Walking **several blocks** | ☒ | ☐ | ☐ |
| i. Walking **one block** | ☐ | ☒ | ☐ |
| j. Bathing or dressing yourself | ☐ | ☒ | ☐ |

**4. During the past 4 weeks, have you had any of the following problems with your work or other regular daily activities as a result of your physical health?**

| | Yes | No |
|---|---|---|
| a. Cut down on the **amount of time** you spent on work or other activities | ☒ | ☐ |
| b. **Accomplish less** than you would like | ☒ | ☐ |
| c. Were limited in the **kind** of work or other activities | ☒ | ☐ |

Name: Michael Morgason Date: 7-31-2024

| | Yes | No |
|---|---|---|
| d. Had **difficulty** performing the work or other activities (for example, it took extra effort) | ☑ | ☐ |

**5. During the past 4 weeks, have you had any of the following problems with your work or other regular daily activities as a result of any emotional problems (such as feeling depressed or anxious)?**

| | Yes | No |
|---|---|---|
| a. Cut down on the **amount of time** you spent on work or other activities | ☑ | ☐ |
| b. **Accomplished less** than you would like | ☑ | ☐ |
| c. Didn't do work or other activities as **carefully** as usual | ☑ | ☐ |

**6. During the past 4 weeks, to what extent has your physical health or emotional problems interfered with your normal social activities with family, friends, or neighbors, or groups?**

☐ Not at all ☐ Slightly ☐ Moderately ☑ Quite a bit ☐ Extremely

**7. How much bodily pain have you had during the past 4 weeks?**

☐ None ☐ Very mild ☐ Mild ☐ Moderate ☐ Severe ☐ Very severe

**8. During the past 4 weeks, how much did pain interfere with your normal work (including both work outside the home and housework)?**

☐ Not at all ☐ A little bit ☐ Moderately ☐ Quite a bit ☑ Extremely

**9. These questions are about how you feel and how things have been with your during the past 4 weeks. For each question, please give the one answer that comes closest to the way you have been feeling.**

**How much of the time during the past 4 weeks…**

| | All of the time | Most of the time | A good bit of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|---|
| a. Did you feel full of pep? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| b. Have you been a very nervous person? | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| c. Have you felt so down in the dumps that nothing could cheer you up? | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| d. Have you felt calm and peaceful? | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| e. Did you have a lot of energy? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

Name: *Michael Morgason* Date: *7-31-2024*

| | All of the time | Most of the time | A good bit of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|---|
| f. Have you felt downhearted and blue? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| g. Did you feel worn out? | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| h. Have you been a happy person? | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| i. Did you feel tired? | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**10. During the past 4 weeks, how much of the time has your physical health or emotional problems interfered with your social activities (like visiting friends, relatives, etc.)?**

☐ All of the time ☑ Most of the time ☐ Some of the time

☐ A little of the time ☐ None of the time

**11. How TRUE or FALSE is each of the following statements for you?**

| | Definitely true | Mostly true | Don't know | Mostly false | Definitely false |
|---|---|---|---|---|---|
| a) I seem to get sick a little easier than other people | ☐ | ☐ | ☑ | ☐ | ☐ |
| b) I am as healthy as anybody I know | ☐ | ☐ | ☐ | ☑ | ☐ |
| c) I expect my health to get worse | ☐ | ☐ | ☑ | ☐ | ☐ |
| d) My health is excellent | ☐ | ☐ | ☐ | ☑ | ☐ |

Patient signature: *Michael Morgason* Date: *7-31-2024*

*Michael Morgason*

Name: Michael Morgason Date: 7-31-2024

**Please read instructions:**
*Could you please complete this questionnaire? It is designed to give us information as to how your back (or leg) trouble has affected your ability to manage in everyday life. Please answer every section. Mark one box only in each section that most closely describes you today.*

**SECTION 1-PAIN INTENSITY**
- ☐ I have no pain at the moment.
- ☐ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☑ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

**SECTION 2-PERSONAL CARE (Washing, Dressing, etc.)**
- ☐ I can look after myself normally, without causing extra pain.
- ☑ I can look after myself normally, but it is very painful.
- ☐ It is painful to look after myself and I am slow and careful.
- ☐ I need some help, but manage most of my personal care.
- ☐ I need help every day in most aspects of self care.
- ☐ I do not get dressed, wash with difficulty and stay in bed.

**SECTION 3-LIFTING**
- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights, but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, e.g., on a table.
- ☐ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned.
- ☑ I can lift only very light weights.
- ☐ I cannot lift or carry anything at all.

**SECTION 4-WALKING**
- ☐ Pain does not prevent me walking any distance.
- ☐ Pain prevents me walking more than 1 mile.
- ☐ Pain prevents me walking more than ¼ of a mile.
- ☑ Pain prevents me walking more than 100 yards.
- ☐ I can only walk using a stick or crutches.
- ☐ I am in bed most of the time and have to crawl to the toilet.

**SECTION 5-SITTING**
- ☐ I can sit in any chair as long as I like.
- ☐ I can site in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting for more than 1 hour.
- ☐ Pain prevents me from sitting for more than ½ hour.
- ☑ Pain prevents me from sitting more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

Name: Michael Morgason Date: 7-31-2024

**SECTION 6-STANDING**

☐ I can stand as long as I want without extra pain.
☐ I can stand as long as I want but it gives me extra pain.
☐ Pain prevents me from standing for more than 1 hour.
☐ Pain prevents me from standing for more than ½ hour.
☑ Pain prevents me from standing for more than 10 minutes.
☐ Pain prevents me from standing at all.

**SECTION 7-SLEEPING**

☐ My sleep is never disturbed by pain.
☐ My sleep is occasionally disturbed by pain.
☑ Because of pain, I have less than 6 hours of sleep.
☐ Because of pain, I have less than 4 hours of sleep.
☐ Because of pain, I have less than 2 hours of sleep.
☐ Pain prevents me from sleeping at all.

**SECTION 8-SEX LIFE (if applicable)**

☐ My sex life is normal and causes no extra pain.
☐ My sex life is normal but causes some extra pain.
☐ My sex life is nearly normal but is very painful.
☑ My sex life is severely restricted by pain.
☐ My sex life is nearly absent because of pain.
☐ Pain prevents any sex life at all.

**SECTION 9-SOCIAL LIFE**

☐ My social life is normal and causes me no extra pain.
☐ My social life is normal, but increases the degree of pain.
☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., sports, etc.
☑ Pain has restricted my social life and I do not go out as often.
☐ Pain has restricted my social life to my home.
☐ I have no social life because of pain.

**SECTION 10-TRAVELING**

☐ I can travel anywhere without pain.
☐ I can travel anywhere but it gives extra pain.
☐ Pain is bad but I manage journey over two hours.
☐ Pain restricts me to journeys of less than one hour.
☑ Pain restricts me to short necessary journeys under 30 minutes.
☐ Pain prevents me from traveling except to receive treatment.

RP Date ID: (No Date)

UAMS Medical Center
Health Information Management
4301 West Markham, #524
Little Rock, AR 72205
(501) 603-1520

8/27/24

Releasepoint
Po Box 1390
St Peters, MO, 63376-0018

RE: Request to inspect or copy or obtain copy of health records
Records of: Mr. Michael Ray Morgason
MRN: 003972371
Date of Birth:
Date request received: 8/26/2024

Dear Releasepoint,

Attached you will find the medical records recently requested from our facility. Please note that UAMS Medical Center does not maintain records for all UAMS programs. UAMS programs that maintain separate records include, but are not limited to:

- 12th Street Health & Wellness Center
- Arkansas Children's Hospital
- Center for Distance Health (Angels, UAMS Call Center, AR Saves Stroke Program)
- Family Treatment Program
- Family Medical Center prior to 2003
- Kids First Facilities
- NLR Radiation Therapy Center
- Psychiatric Research Institute Child Study Center prior to 2012
- Psychiatric Research Institute Methadone Clinics
- Psychiatric Research Institute Substance Abuse Treatment Clinics
- Psychiatric Research Institute TLC Program
- UALR/UAMS Speech and Hearing Clinic
- UAMS Behavioral Medicine Clinic
- UAMS CARTI
- UAMS Dental Hygiene Clinic
- UAMS Northwest Outpatient Therapy Clinic
- UAMS Radiation Oncology Center (partial record set maintained by program)

If you have questions regarding your request, please contact the Health Information Management Department, Release of Information at (501) 603-1520.

Thank You,
ROI Team
UAMS Medical Center

RP Date ID: Aug 12 2024 2nd ID CONFIRMED

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 8/12/2024

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Chief Complaint**

- Other

**Visit Diagnosis** *[last edited by Interface, Surescripts In on 8/12/2024 2333]*

- Dyslipidemia

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

### Patient as-of Visit

**Care Team** as of 8/12/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 8/12/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**S/P laminectomy** *[last edited by Nix, Matthew W, MD on 6/10/2024 1506]*

Diagnosis: S/P laminectomy Noted on: 06/10/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 8/12/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives Severity: High
Reaction type: Allergy Noted on: 01/22/2018
SNOMED-CT: 111088007

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 8/12/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 8/12/2024

**Medical History** as of 8/12/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 8/12/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 8/12/2024

**Family History as of 8/12/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother

RP Date ID: Aug 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 8/12/2024

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 8/12/2024

**Tobacco Use as of 8/12/2024**

**Tobacco Use last reviewed by Kee, Audria, RN on 6/10/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 8/12/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 8/12/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 8/12/2024

**Socioeconomic as of 8/12/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

## 08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD
Ordered on: 11/16/2022
Start date: 11/16/2022
Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**

Instructions: Take one tablet by mouth every 12 (twelve) hours as needed for pain.
Authorized by: Nix, Matthew W, MD
Ordered on: 6/10/2024
Start date: 6/10/2024
Quantity: 45 tablet
Refill: No refills remaining

**atorvastatin (LIPITOR) 40 MG tablet**

Instructions: TAKE 1 TABLET DAILY
Authorized by: Nix, Matthew W, MD
Ordered on: 8/13/2024
Start date: 8/13/2024
Quantity: 90 tablet
Refill: 3 refills by 8/13/2025

**Stopped in Visit**

None

**Other Orders**

**Medications**

**atorvastatin (LIPITOR) 40 MG tablet (Active)**

Electronically signed by: **Nix, Matthew W, MD on 08/13/24 1326**
Status: **Active**
Ordering user: Nix, Matthew W, MD 08/13/24 1326
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Daily 08/13/24 - Until Discontinued
Class: Normal
Released by: Nix, Matthew W, MD 08/13/24 1326
Diagnoses
Dyslipidemia [E78.5]
Reordered from: atorvastatin (LIPITOR) 40 MG tablet

**Indications**

Dyslipidemia [E78.5 (ICD-10-CM)]

**08/12/2024 - Refill in UAMS Health Family Medical Center in Texarkana (continued)**

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Chief Complaint** *[last edited by Kee, Audria, RN on 6/10/2024 1425]*

- Pain Management

**Visit Diagnosis** *[last edited by Nix, Matthew W, MD on 6/10/2024 1506]*

- **S/P laminectomy (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Nix, Matthew W, MD | Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN** |

### Patient as-of Visit

**Care Team** as of 6/10/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 6/10/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia | Noted on: 11/18/2022 | Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing | Noted on: 03/20/2024 | Chronic: No

**S/P laminectomy** *[last edited by Nix, Matthew W, MD on 6/10/2024 1506]*

Diagnosis: S/P laminectomy | Noted on: 06/10/2024 | Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy | Noted on: 11/18/2022 | Chronic: No

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 6/10/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 6/10/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 6/10/2024

**Medical History** as of 6/10/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 6/10/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 6/10/2024

**Family History as of 6/10/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 6/10/2024

**Tobacco Use as of 6/10/2024**

**Tobacco Use last reviewed by Kee, Audria, RN on 6/10/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 6/10/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 6/10/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Socioeconomic History** as of 6/10/2024

**Socioeconomic as of 6/10/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD — Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD — Ordered on: 9/11/2023
Start date: 9/11/2023 — End date: 8/13/2024
Quantity: 90 tablet — Refill: 3 refills by 9/10/2024

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**

Instructions: Take one tablet by mouth every 12 (twelve) hours as needed for pain.
Authorized by: Nix, Matthew W, MD — Ordered on: 6/10/2024
Start date: 6/10/2024 — Quantity: 45 tablet
Refill: No refills remaining

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

**Nix, Matthew W, MD at 6/10/2024 1420**

Version 1 of 1

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Clinical Notes (continued)**

Author: Nix, Matthew W, MD Service: — Author Type: Physician
Filed: 6/11/2024 3:35 PM Encounter Date: 6/10/2024 Status: Signed
Editor: Nix, Matthew W, MD (Physician)

**Subjective:**

**Subjective Patient ID:**[MN.1T] Michael Ray Morgason[MN.2T] is a[MN.1T] 53 y.o. male[MN.2T].[MN.1T]

1. Post-operative pain - pt underwent surgery on 04.10.2024 in Dallas for right-sided radiculopathy; he has decreased pain in his pelvis and right hip; leg feels less heavy; surgical wound is healed; he is supposed to have followup in 3 mths with the neurosurgeon with repeat MRI; did not recommend PT; taking ibuprofen and hydrocodone; neurosurgeon wanted him to see PCP for continued hydrocodone; pt was taking neurontin prior to surgery, but has stopped taking it; he will restart this because he is still having pain in his right leg below the knee (may improve with time); down to using norco 1-2 X/day; will need to wean off this; will not give long term.[MN.1M]

Review of Systems
Constitutional: Negative for fever.
Gastrointestinal: Negative for abdominal pain,[MN.1T] constipation[MN.1M], diarrhea, nausea and vomiting.

**Objective:**
**Objective Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is not ill-appearing.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Musculoskeletal:
Comments:[MN.1T] **No LE edema; surgical wound is healed in the lumbar/sacral area, midline**[MN.1M]
Neurological:
Mental Status: He is alert.

**Assessment/Plan:**[MN.1T]
**Assessment**
**Problem List Items Addressed This Visit**

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Clinical Notes (continued)

**S/P laminectomy - Primary**

Relevant Medications

HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet[MN.2T]

Electronically signed by Nix, Matthew W, MD at 6/11/2024 3:35 PM

**Attribution Key**

MN.1 - Nix, Matthew W, MD on 6/11/2024 3:11 PM
MN.2 - Nix, Matthew W, MD on 6/11/2024 3:35 PM
M - Manual, T - Template

### Other Orders

**Medications**

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Active)**

Electronically signed by: **Nix, Matthew W, MD on 06/10/24 1506** Status: **Active**
Ordering user: Nix, Matthew W, MD 06/10/24 1506 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
PRN reasons: pain
Frequency: Routine Q12H PRN 06/10/24 - Until Discontinued Class: Normal
Diagnoses
S/P laminectomy [Z98.890]

**Indications**

S/P laminectomy [Z98.890 (ICD-10-CM)]

### Flowsheets

**APACHE IV Non-CABG**

| Row Name | 06/10/24 1424 |
|---|---|
| Relevant Labs and Vitals | |
| Temp (in Celsius) | 37.2 -AK at 06/10/24 1427 |

**Care Team Review**

| Row Name | 06/10/24 1425 |
|---|---|
| Care Team Review | |
| Patient care team reviewed this visit? | Mark as Reviewed - AK at 06/10/24 1425 |

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

**Custom Formula Data**

| Row Name | 06/10/24 1428 | 06/10/24 1424 | 06/10/24 1259 |
|---|---|---|---|
| OTHER | | | |
| PHQ-2 Score | — | — | 0 -GM at 06/10/24 1259 |
| PHQ-9 Total Score | 0 -AK at 06/10/24 1428 | — | 0 -GM at 06/10/24 1259 |
| Weight Prior to Symptoms of Diagnosis (Formula): | — | 0 -AK at 06/10/24 1427 | — |
| Previous Encounter Weight | — | 172.4 -AK at 06/10/24 1427 | — |
| % Weight Change Prior to Symptoms of Dx: | — | 0 -AK at 06/10/24 1427 | — |
| Ideal Body Weight | — | 2573.6 -AK at 06/10/24 1427 | — |
| Shock Index | — | 0.47 -AK at 06/10/24 1427 | — |
| Oncology Nutrition Grading Scale | | | |
| Total Weight Loss | — | 0 -AK at 06/10/24 1427 | — |

**Encounter Vitals**

| Row Name | 06/10/24 1424 |
|---|---|
| Enc Vitals | |
| BP | 121/77 -AK at 06/10/24 1427 |
| Pulse | 57 -AK at 06/10/24 1427 |
| Temp | 98.9 °F (37.2 °C) -AK at 06/10/24 1427 |
| Temp src | Tympanic -AK at 06/10/24 1427 |
| SpO2 | 98 % -AK at 06/10/24 1427 |
| Weight | 74.7 kg (164 lb 9.6 oz) -AK at 06/10/24 1427 |
| Vital Signs | |
| BP Location | Left arm -AK at 06/10/24 1427 |
| Patient Position | Sitting -AK at 06/10/24 1427 |

**Fall Screening**

| Row Name | 06/10/24 1428 |
|---|---|
| Fall Screening | |
| Have you had any recent falls | No -AK at 06/10/24 1428 |

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (last 12 months)? | |
| Do you have a fear of falling? | No -AK at 06/10/24 1428 |

**NUTRITION: Anthropometrics**

| Row Name | 06/10/24 1424 |
|---|---|
| Anthropometrics | |
| % Weight Change Since Birth | 0 -AK at 06/10/24 1427 |

**NUTRITION: Anthropometrics**

| Row Name | 06/10/24 1424 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -AK at 06/10/24 1427 |

**NUTRITION: Energy Needs**

| Row Name | 06/10/24 1424 |
|---|---|
| Nutrition Vitals for Calculations | |
| Nutrn Weight in Kgs (calc) | 74.66 kgs -AK at 06/10/24 1427 |
| CYSTIC FIBROSIS Nutr. Assess. | |
| Nutr BMR WHO (calc) | 1745.08 -AK at 06/10/24 1427 |

**Oncology Vitals**

| Row Name | 06/10/24 1424 |
|---|---|
| Oncology Nutrition Grading Scale | |
| Weight Change Prior to Symptoms of Dx (lbs): | 0 -AK at 06/10/24 1427 |
| Nutrition Grade (%Wt Change Prior to Symptoms of Dx): | 0 -AK at 06/10/24 1427 |
| Nutrition Grade Combined: | 0 -AK at 06/10/24 1427 |
| Nutrition Grade (Action Required): | Grade 0 -AK at 06/10/24 1427 |

**Pain Assessment**

| Row Name | 06/10/24 1427 |
|---|---|
| Pain Assessment | |

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| Pain Assessment Scale | 0-10 -AK at 06/10/24 1428 |
| Pain Score | 6 -AK at 06/10/24 1428 |
| Pain Type | Chronic pain -AK at 06/10/24 1428 |
| Pain Location | Back -AK at 06/10/24 1428 |
| Pain Frequency | Constant/continuous -AK at 06/10/24 1428 |
| Pain Onset | On-going -AK at 06/10/24 1428 |
| Clinical Progression | Gradually improving -AK at 06/10/24 1428 |

#### Patient Health Questionnaire

| Row Name | 06/10/24 1428 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Not at all -AK at 06/10/24 1428 |
| Feeling down, depressed, or hopeless | Not at all -AK at 06/10/24 1428 |
| PHQ-2 Score | 0 -AK at 06/10/24 1428 |

#### Patient-Reported Data

| Row Name | 06/10/24 1259 | 06/07/24 1420 |
|---|---|---|
| OTHER | | |
| Have you had any recent falls (last 12 months)? | — | No -patient at 06/07/24 1420 |
| Do you have a fear of falling? | — | No -patient at 06/07/24 1420 |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | | |
| Little interest or pleasure in doing things | Not at all -patient at 06/10/24 1259 | — |
| Feeling down, depressed, or hopeless | Not at all -patient at 06/10/24 1259 | — |

#### WCC-Vitals

| Row Name | 06/10/24 1424 |
|---|---|
| Vitals | |
| Weight Change | -2.8 -AK at 06/10/24 1427 |
| Total Weight Loss | 7.8 -AK at 06/10/24 1427 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| AK | Kee, Audria, RN | Case Manager | CARE MANAGEMENT |
| GM | Mychart, Generic | — | — |
| patient | Michael Ray Morgason | — | — |

### After Visit Summary

COVID Immunization Verification (below)

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

UAMS Health

COVID-19 VACCINATION RECORD

June 11, 2024

**Michael R. Morgason** Date of Birth: 7/31/1970

No record of COVID-19 immunization

Michael R. Morgason ( • Printed at 6/11/24 3:35 PM

©2023 Epic Systems Corporation Page 1 of 1

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

UAMS Ambulatory After Visit Summary (below)

UAMS Health

# AFTER VISIT SUMMARY

**Michael R. Morgason** MRN: 003972371

6/10/2024 2:20 PM UAMS Health Family Medical Center in Texarkana 870-779-6000

## Instructions from Matthew W Nix, MD

Today's medication changes

START taking:
**HYDROcodone-acetaminophen** (Norco)
Started by: MATTHEW NIX, MD

CONTINUE taking your other medications
**If medication pricing is available for you then it will show below. Please note that the medication pricing is an ESTIMATE only based on your pharmacy selection.**

Accurate as of June 10, 2024 11:59 PM.

Pick up these medications at GENOA HEALTHCARE-Texarkana-20091 - Texarkana, AR - 2904 Arkansas Blvd
HYDROcodone-acetaminophen

Address: 2904 Arkansas Blvd Ste 116, Texarkana AR 71854-2536
Phone: 870-397-8985

## Today's Visit

You saw Matthew W Nix, MD on Monday June 10, 2024. The following issue was addressed: S/P laminectomy.

Blood Pressure 121/77
BMI 23.62
Weight 164 lb 9.6 oz
Temperature (Tympanic) 98.9 °F
Pulse 57
Oxygen Saturation 98%

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

Date Reviewed: Mar 20, 2024

| Allergen | Reactions |
|---|---|
| **Latex, Natural Rubber** | Hives |
| **Penicillins** | Itching;Rash |

## You are intolerant to the following

Date Reviewed: Mar 20, 2024

No active intolerances/contraindications

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

### What You Should Know About Your Medicines

**The checkmarks (√) below show the times your doctor wants you to take your medicines.**

MyChart
View your After Visit Summary and more online at https://mychart.uamshealth.com/MyChart/.

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

## Changes to Your Medication List

Accurate as of June 10, 2024 11:59 PM.
If you have any questions, ask your nurse or doctor.

### START taking these medications

| | Morning | Around Noon | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| START HYDROcodone-acetaminophen 5-325 mg per tablet<br>Commonly known as: Norco<br>Take one tablet by mouth every 12 (twelve) hours as needed for pain.<br>Started by: MATTHEW NIX, MD | | | | | | |

### CONTINUE taking these medications

| | Morning | Around Noon | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| atorvastatin 40 MG tablet<br>Commonly known as: Lipitor<br>Take one tablet (40 mg total) by mouth daily. | | | | | | |
| gabapentin 300 MG capsule<br>Commonly known as: Neurontin<br>Take two capsules (600 mg total) by mouth 3 (three) times a day. | | | | | | |


©2023 Epic Systems Corporation

## Information on Smoking Cessation

Smoking harms every organ in your body & is *especially damaging with lung infections like COVID and Influenza.* Quitting smoking can improve your health and cut back on dangerous second-hand smoke for your loved ones.

Please call a **UAMS Tobacco Treatment Specialist** at **501-526-5448** for information about how to quit smoking or for a personalized quit smoking plan. We are here to help.

The **Arkansas Department of Health** sponsors the **BeWellArkansas Tobacco Quitline at 1-833-283-WELL (9355)**.
BeWellArkansas website: https://www.bewellarkansas.org/quit-tobacco/

## Information on Smoking Cessation

**Making the Decision to Stop Smoking**

***It may be hard but millions successfully quit every day.***

Your Health Care Provider has confirmed that you need to stop using tobacco but making the choice to quit smoking, vaping or using smokeless tobacco can only be yours. Writing down "good things" and the "not so good things" about quitting can help sort out the feelings you have about taking the next step to better health. Now ask yourself these questions and give yourself a score from zero (0) not all important to ten (10) very, very important.

- How important is it for me to quit.
- How confident am I that I can quit.
- How motivated am I to quit.

These scores help you plan the next steps. Scores from zero (0) to six (6) mean you have some work to do to understand what is holding you back. Maybe you have tried to quit before but returned to smoking because something happened that drew you back. That happens often and there is no shame in slipping up. The secret is to learn from the setback, continue to try and never giving up on your goal to be free from nicotine. Quitting can be tough so it is very important to spend time getting ready and find out what to expect along the way. Being prepared helps build confidence and the skills you need to stay nicotine free.

When you are ready, you may want to talk to a Tobacco Treatment Specialist for advice, to build a personalized plan and to guide you through the process of quitting. Here are simple beginning steps to take to put a plan into action. The letters in the word "START" are reminders of what to do:

**S** = Set a quit date.

**T** = Tell family, friends, and the people around you that you plan to quit.

**A** = Anticipate or plan ahead for the tough times you will face while quitting.

**R** = Remove cigarettes, Vapes, and other tobacco products from your home, car and work.

**T** = Talk to your doctor and tobacco treatment specialist about getting help to quit.

Your Health Care Provider, nurse or tobacco treatment specialist can give you advice on the best way to quit. Plus, your Health Care Provider can give you medications to:

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

Information on Smoking Cessation (continued)

- Reduce your cravings for nicotine.
- Reduce the unpleasant feelings that can happen when you stop using tobacco or vaping.

Remember, quitting tobacco and vaping will improve your health no matter how old you are, and no matter how long or how much you have smoked.

**We are here to help you to better health.**

**Call 501-526-5448 to set an appointment for a personal quit plan.**

## UAMS CARES

If you feel you or a family member/friend is at risk of suicide please call the National Suicide Prevention Lifeline call, text or chat at 988.

## APPOINTMENT CONTACT INFORMATION

To cancel or reschedule an appointment, please call the **UAMS HEALTH FAMILY MEDICAL CENTER IN TEXARKANA at *870-779-6000.***

If you are interested in making a new appointment with a different specialty or service at UAMS please call (501) 686-8000.

## We Want to Hear from You!

Thank you for choosing UAMS! We would like to hear about your experience. Soon you may receive a survey with questions about your care. Please complete the survey. Your feedback helps us continue to provide the best possible experience for you and other patients and families.

## Sign up for Text Message Appointment Reminders

To sign up for text message appointment reminders from UAMS, please log into MyChart and make sure your mobile phone number is correct. If you don't have MyChart, you can sign up today using the instructions above or below.

After you log into MyChart , click on the "**Menu**" button. Under "**Account Settings**," click on "**Communication Preferences**."

Under the Contact Information section at the bottom, make sure your mobile phone number is correct. If it is not correct, click "**Edit**," type in the correct number, and click "**Save Changes**."

If you are not signed up for text messages from UAMS, click the "**Sign up now**" link in the Communication Preferences section. You can choose the type of information you'd like to receive by text message.

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### After Visit Summary (continued)

Sign up for Text Message Appointment Reminders (continued)

***Standard text message rates apply.***

UAMS Text Message Reminder Disclaimer

**Warning:** UAMS does not guarantee information sent or received via text message is secure. There are security risks associated with sending information via text message. For example, an unauthorized person or entity may access or use the information. By requesting that UAMS send you information via text message, you acknowledge you have been warned of and accept such risks.

Michael R. Morgason (MRN: 003972371) ( • Printed at 6/11/2024 3:35 PM ©2023 Epic Systems Corporation Page 6 of 6

RP Date ID: Jun 10 2024

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Messages

#### Questionnaire Submission

| From | To | Sent |
| --- | --- | --- |
| Morgason, Michael Ray | Matthew W Nix, MD | 6/10/2024 12:59 PM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Patient Health Questionnaire

Question: Little interest or pleasure in doing things
Answer: Not at all

Question: Feeling down, depressed, or hopeless
Answer: Not at all

#### Appointment Reminder

| From | To | Sent and Delivered |
| --- | --- | --- |
| Mychart, Generic | Morgason, Michael Ray | 6/8/2024 6:09 PM |

Last Read in MyChart
6/8/2024 11:01 PM by Michael Ray Morgason

Appointment Information

**Department:** UAMS Health Family Medical Center in Texarkana
**Location:** 3417 U Of A Way
Texarkana, AR 71854
**Provider:** MATTHEW NIX, MD
**Date:** 6/10/24
**Time:** 2:05 PM

If your insurance has not been reviewed within 30 days, please call 501.526.7070 or toll free 866.452.8279 to verify your account to expedite registration. Please have your insurance card readily available. We want to make sure we have the most up to date information in your patient record.

All additional questionnaires will be available on June 9, 2024

epichttp://questionnairelist[View your available questionnaires]

RP Date ID: Jun 10 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 6/10/2024

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/7/2024 2:20 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Pain Assessment

Question: Do you have any pain related to this visit?
Answer: Yes

Questionnaire: Pain Assessment Notification

Question: On a scale of 0-10 with 10 being the highest level of pain, what is your current pain level?
Answer: 6

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/7/2024 2:20 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Fall Screening

Question: Have you had any falls in the last 12 months?
Answer: No

Question: Do you have a fear of falling?

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Answer: No

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 6/7/2024 2:19 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: None of these

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Travel Screening**

| Question | 6/7/2024 2:19 PM CDT - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | None of these |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

**Uams Mychart Fall Screening**

| Question | 6/7/2024 2:20 PM CDT - Filed by Patient |
|---|---|
| Have you had any falls in the last 12 months? | No |

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Questionnaires (continued)**

| | |
|---|---|
| Do you have a fear of falling? | No |

**Uams Mychart Pain Assessment**

| Question | 6/7/2024 2:20 PM CDT - Filed by Patient |
|---|---|
| Do you have any pain related to this visit? | Yes |
| On a scale of 0-10 with 10 being the highest level of pain, what is your current pain level? | 6 |

**Mychart Phq-2/Phq-9-Primary Care Part 1**

| Question | 6/10/2024 12:59 PM CDT - Filed by Patient |
|---|---|
| Little interest or pleasure in doing things | Not at all |
| Feeling down, depressed, or hopeless | Not at all |
| **Phq-2 Score (range: 0 - 6)** | 0 |

**06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Media**

**Billing Estimates - Electronic signature on 6/7/2024 2:18 PM (effective from 6/7/2024) - E-signed**

**MR#: 003972371**
**Patient's Name: Morgason,Michael Rav**
**Patient's Address:**

UAMS Health.

## Your Rights and Protections Against Surprise Medical Bills

When you get emergency care or are treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from balance billing. In these cases, you shouldn't be charged more than your plan's copayments, coinsurance and/or deductible

**What is "balance billing" (sometimes called "surprise billing")?**

When you see a doctor or other health care provider, you may owe certain out-of-pocket costs, like a copayment, coinsurance, or deductible. You may have additional costs or have to pay the entire bill if you see a provider or visit a home health care facility that isn't in your health plan's network.

"Out-of-network" means providers and facilities that haven't signed a contract with your health plan to provide services. Out-of-network providers may be allowed to bill you for the difference between what your plan pays and the full amount charged for a service. This is called "balance billing." This amount is likely more than in-network costs for the same service and might not count toward your plan's deductible or annual out-of-pocket limit.

"Surprise billing" is an unexpected balance bill. This can happen when you can't control who is involved in your care - like when you have an emergency or when you schedule a visit at an in-network facility but are unexpectedly treated by an out-of-network provider. Surprise medical bills could cost thousands of dollars depending on the procedure or service.

**You're protected from balance billing for:**

**Emergency services**
If you have an emergency medical condition and get emergency services from an out-of-network provider or facility, the most they can bill you is your plan's in-network cost-sharing amount (such as copayments, coinsurance, and deductibles). You can't be balance billed for these emergency services. This includes services you may get after you're in stable condition, unless you give written consent and give up your protections not to be balanced billed for these post-stabilization services.

**Certain services at an in-network hospital or ambulatory surgical center**
When you get services from an in-network hospital or ambulatory surgical center, certain providers there may be out-of-network. In these cases, the most those providers can bill you is your plan's in-network cost-sharing amount. This applies to emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services. These providers can't balance bill you and may not ask you to give up your protections not to be balance billed.

If you get other types of services at these in-network facilities, out-of-network providers can't balance bill you, unless you give written consent and give up your protections.

## 06/10/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Media (continued)**

**You're never required to give up your protections from balance billing. You also aren't required to get out-of-network care. You can choose a provider or facility in your plan's network.**

**When balance billing isn't allowed, you also have these protections:**

- You're only responsible for paying your share of the cost (like the copayments, coinsurance, and deductible that you would pay if the provider or facility was in-network). Your health plan will pay any additional costs to out-of-network providers and facilities directly.

- Generally, your health plan must:
  - Cover emergency services without requiring you to get approval for services in advance (also known as "prior authorization").
  - Cover emergency services by out-of-network providers.
  - Base what you owe the provider or facility (cost-sharing) on what it would pay an in-network provider or facility and show that amount in your explanation of benefits.
  - Count any amount you pay for emergency services or out-of-network services toward your innetwork deductible and out-of-pocket limit.

**If you think you've been wrongly billed,** contact U.S. Department of Health and Human Services (HHS), in coordination with the Department of the Treasury, Department of Labor and the Office of Personnel Management. The federal phone number for information and complaints is: 1-800-985-3059.

Visit *www.cms.gov/nosurprises/consumers* for more information about your rights under federal law.

Collect Patient's Signature here
Michael Ray Morgason
Electronically signed at 6/7/2024, 02:18 PM

Patient's Signature

Date: 06/07/2024 Time: 2:18 PM

Med Rec 5089 (01/2022) [pageNum] of [pageCount] Billing Estimates

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/15/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/15/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia   Noted on: 11/18/2022   Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing   Noted on: 03/20/2024   Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy   Noted on: 11/18/2022   Chronic: No

**Allergies** as of 4/15/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives   Severity: High
Reaction type: Allergy   Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash   Severity: Low
Reaction type: Allergy   Noted on: 11/07/2017
SNOMED-CT: 6369005

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/15/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/15/2024

**Medical History** as of 4/15/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/15/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/15/2024

**Family History as of 4/15/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/15/2024

**Tobacco Use as of 4/15/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/15/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/15/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/15/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/15/2024

**Socioeconomic as of 4/15/2024**

RP Date ID: Apr 15 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/15/2024

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**Placard**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 4/15/2024 6:04 PM |

Thank you.
I had the surgery Wednesday 4/10. Everything went well and I was able to return home today.

**Placard**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 4/15/2024 4:08 PM |

Last Read in MyChart
4/15/2024 5:58 PM by Michael Ray Morgason

Mr. Morgason,

I've completed the parking placard form you dropped off. You can pick it up at the front desk at your convenience.

Thanks,
Dr. Nix

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/15/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/15/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 4/15/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 4/15/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/15/2024

**Medical History** as of 4/15/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/15/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/15/2024

**Family History as of 4/15/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/15/2024

**Tobacco Use as of 4/15/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/15/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/15/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/15/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/15/2024

**Socioeconomic as of 4/15/2024**

## 04/15/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**Placard**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 4/15/2024 6:04 PM |

Thank you.
I had the surgery Wednesday 4/10. Everything went well and I was able to return home today.

**Placard**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 4/15/2024 4:08 PM |

Last Read in MyChart
4/15/2024 5:58 PM by Michael Ray Morgason

Mr. Morgason,

I've completed the parking placard form you dropped off. You can pick it up at the front desk at your convenience.

Thanks,
Dr. Nix

RP Date ID: Apr 8 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/8/2024

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Nix, Matthew W, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/8/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/8/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 4/8/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/8/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/8/2024

**Medical History** as of 4/8/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/8/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/8/2024

**Family History as of 4/8/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/8/2024

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/8/2024

**Tobacco Use as of 4/8/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/8/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/8/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/8/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/8/2024

**Socioeconomic as of 4/8/2024**

RP Date ID: Apr 8 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/8/2024

## 04/08/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**Handicap placard**

From
Matthew W Nix, MD
Last Read in MyChart
4/9/2024 6:36 PM by Michael Ray Morgason

To
Morgason, Michael Ray

Sent and Delivered
4/9/2024 2:33 PM

Okay. I will complete this form once I receive it.

Thanks,
Dr. Nix

**Handicap placard**

From
Morgason, Michael Ray

To
P Amb Texarkana Fmc Nurses (supporting Matthew W Nix, MD)

Sent
4/8/2024 10:54 AM

I have requested a placard and was given a form that needs to be completed.
My legs are very fatigued after walking short distances.
Would you mind filling it out for me. I will drop the form off at the front desk.
I am having the spine surgery that we discussed on Wednesday April 10 and will be back in town the following Monday. I would be able to pick it up anytime that week.

Thank you

RP Date ID: Apr 3 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/3/2024

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

#### Provider Information

**Encounter Provider**
Mychart, Uams Health Care Team

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

#### Care Team as of 4/3/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

#### Problem List as of 4/3/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*
Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*
Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*
Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

#### Allergies as of 4/3/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*
Reactions: Hives Severity: High
Reaction type: Allergy Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*
Reactions: Itching, Rash Severity: Low
Reaction type: Allergy Noted on: 11/07/2017
SNOMED-CT: 6369005

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/3/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/3/2024

**Medical History** as of 4/3/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/3/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/3/2024

**Family History as of 4/3/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/3/2024

**Tobacco Use as of 4/3/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/3/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/3/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/3/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/3/2024

**Socioeconomic as of 4/3/2024**

RP Date ID: Apr 3 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/3/2024

## 04/03/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**UAMS Patient and Community Survey**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart Admin | Morgason, Michael Ray | 4/3/2024 12:37 PM |

Last Read in MyChart
Not Read

*If you recently completed a community health needs assessment survey and were unable to enter the drawing at the end, please click here. Our apologies for the difficulty.*

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/1/2024

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

| Encounter Provider |
|---|
| Mychart, Uams Health Care Team |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 4/1/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 4/1/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia    Noted on: 11/18/2022    Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing    Noted on: 03/20/2024    Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy    Noted on: 11/18/2022    Chronic: No

**Allergies** as of 4/1/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives    Severity: High
Reaction type: Allergy    Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash    Severity: Low
Reaction type: Allergy    Noted on: 11/07/2017
SNOMED-CT: 6369005

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 4/1/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 4/1/2024

**Medical History** as of 4/1/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 4/1/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 4/1/2024

**Family History as of 4/1/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

RP Date ID: Apr 1 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/1/2024

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 4/1/2024

**Tobacco Use as of 4/1/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 4/1/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 4/1/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 4/1/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 4/1/2024

**Socioeconomic as of 4/1/2024**

RP Date ID: Apr 1 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 4/1/2024

## 04/01/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**UAMS Patient and Community Survey**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart Admin | Morgason, Michael Ray | 4/1/2024 2:20 PM |

Last Read in MyChart
Not Read

UAMS is gathering information from patients and community members about the biggest needs in your region. We will use this information to make a plan to meet those needs. Please click on the link below for a survey about your opinions about what is most important to you and your community.

Thank you for taking the time for this important survey! It should take less than 15 minutes to finish. Once you have finished it, you can choose to be entered into a **DRAWING** for a $200 Walmart Gift Card.

Survey link in ENGLISH

Survey link in SPANISH

Thank you,

UAMS

RP Date ID: Mar 22 2024

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/22/2024

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

#### Provider Information

**Encounter Provider**

Nix, Matthew W, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/22/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/22/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia | Noted on: 11/18/2022 | Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing | Noted on: 03/20/2024 | Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy | Noted on: 11/18/2022 | Chronic: No

**Allergies** as of 3/22/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/22/2024

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 3/22/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/22/2024

**Medical History** as of 3/22/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/22/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/22/2024

**Family History as of 3/22/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/22/2024

**Tobacco Use as of 3/22/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/22/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/22/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/22/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 3/22/2024

**Socioeconomic as of 3/22/2024**

## 03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Messages

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/22/2024 3:49 PM |

Thank you. Have a great weekend!

**Medical clearance for surgery**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 3/22/2024 3:46 PM |
| Last Read in MyChart | | |
| 3/22/2024 3:49 PM by Michael Ray Morgason | | |

Mr. Morgason,

All of her tests were fine. I've faxed all of your results to Dr. Feigenbaum's office as requested.

Thanks,
Dr. Nix

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | P Amb Texarkana Fmc Nurses (supporting Matthew W Nix, MD) | 3/12/2024 11:34 AM |

I have an appointment with you on 3/20/2024. I received an email from the surgeons office with a couple of documents. I am forwarding them to you in case they are needed.
I have 3 attachments, I will add another message for the 3rd as it only allows 2 per message

**03/22/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Visit Diagnoses** *[last edited by Burton, James P on 3/20/2024 2206]*

- Pre-op testing
- Dyslipidemia

### Visit Information

**Provider Information**

**Referring Provider**
Nix, Matthew W, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/20/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/20/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia  Noted on: 11/18/2022  Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing  Noted on: 03/20/2024  Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy  Noted on: 11/18/2022  Chronic: No

**Allergies** as of 3/20/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives  Severity: High
Reaction type: Allergy  Noted on: 01/22/2018
SNOMED-CT: 111088007

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 3/20/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/20/2024

**Medical History** as of 3/20/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/20/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/20/2024

**Family History as of 3/20/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/20/2024

**Tobacco Use as of 3/20/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/20/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/20/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/20/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Socioeconomic History** as of 3/20/2024

**Socioeconomic as of 3/20/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD — Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD — Ordered on: 9/11/2023
Start date: 9/11/2023 — End date: 8/13/2024
Quantity: 90 tablet — Refill: 3 refills by 9/10/2024

**Stopped in Visit**

None

**Labs**

**Urinalysis + Microscopic (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** — Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 — Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD — Ordering mode: Standard
Frequency: Routine 03/20/24 - — Class: Clinic Collect
Quantity: 1 — Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080HE00896 | Urine | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Urinalysis + Microscopic (Abnormal)** Resulted: 03/20/24 2206, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Filed by: Burton, James P 03/20/24 2206
Resulting lab: UAMS LABORATORY
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

Order status: Completed
Collected by: Weeks, Nicholas, MA 03/20/24 1534

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Blood, Urine | Negative | Negative | — | UAMS LAB |
| Bilirubin, Urine | Negative | Negative | — | UAMS LAB |
| Glucose, Urine | Negative | Negative, Trace mg/dL | — | UAMS LAB |
| Ketones, Urine | Negative | Negative mg/dL | — | UAMS LAB |
| RBC, Urine | 0-2 | None Seen, 0-2 #/HPF | — | UAMS LAB |
| WBC, Urine | 6-10 | None Seen, 0-2 #/HPF | A ! | UAMS LAB |
| Urobilinogen, Urine | Normal | Normal mg/dL | — | UAMS LAB |
| Nitrites, Urine | Negative | Negative | — | UAMS LAB |
| Leuk. Esterase, Urine | Small | Negative | A ! | UAMS LAB |
| pH, Urine | 7.5 | 5.0, 5.5, 6.0, 6.5, 7.0, 7.5 | — | UAMS LAB |
| SG, Urine | 1.015 | 1.003 - 1.030 | — | UAMS LAB |
| Color, Urine | Light-Yellow | Yellow, Straw, Colorless, Other, Pale Yellow, Light-Yellow, Light yellow | — | UAMS LAB |
| Appearance, Urine | Hazy | Clear | A ! | UAMS LAB |
| Protein, Urine | Negative | Negative, 10 , 20 , Trace mg/dL | — | UAMS LAB |
| Bacteria, Urine | Rare | Rare, Few /HPF | — | UAMS LAB |
| Budding Yeast, Urine | present | /HPF | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

**CBC (No Diff) (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

Ordering user: Nix, Matthew W, MD 03/20/24 1450
Authorized by: Nix, Matthew W, MD
Frequency: Routine 03/20/24 -
Quantity: 1
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

Ordering provider: Nix, Matthew W, MD
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080HE00895 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

CBC (No Diff) (Abnormal) — Resulted: 03/20/24 2158, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Filed by: LAB, BACKGROUND USER 03/20/24 2158
Resulting lab: UAMS LABORATORY
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

Order status: Completed
Collected by: Weeks, Nicholas, MA 03/20/24 1534

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.74 | 3.60 - 9.50 K/uL | — | UAMS LAB |
| RBC | 5.17 | 4.50 - 5.70 M/uL | — | UAMS LAB |
| Hemoglobin | 16.6 | 13.0 - 17.0 g/dL | — | UAMS LAB |
| Hematocrit | 49.0 | 40.0 - 50.0 % | — | UAMS LAB |
| MCV | 94.8 | 80.0 - 100.0 fL | — | UAMS LAB |
| MCH | 32.1 | 26.0 - 33.0 pg | — | UAMS LAB |
| MCHC | 33.9 | 32.0 - 36.0 g/dL | — | UAMS LAB |
| RDW | 11.9 | 12.0 - 15.0 % | L ˅ | UAMS LAB |
| Platelet | 244 | 150 - 450 K/µL | — | UAMS LAB |
| MPV | 9.7 | 9.0 - 13.0 fL | — | UAMS LAB |
| Nucleated RBC | 0.0 | #/100 WBC | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

**Comprehensive Metabolic Panel (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**

Ordering user: Nix, Matthew W, MD 03/20/24 1450
Authorized by: Nix, Matthew W, MD
Frequency: Routine 03/20/24 -
Quantity: 1
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses

Ordering provider: Nix, Matthew W, MD
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

**Labs (continued)**

Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CH01623 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Comprehensive Metabolic Panel (Abnormal)** Resulted: 03/20/24 2217, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/20/24 2217
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Narrative:
eGFR has been calculated using CKD-EPI Creatinine Equation (2021) which is recommended by the National Kidney Foundation.

GFR Categories in Chronic Kidney Disease (CKD)

| Category | GFR | Interpretation: |
|---|---|---|
| G1 | 90 or greater | Normal or high* |
| G2 | 60-89 | Mild decrease* |
| G3a | 45-59 | Mild to moderate decrease |
| G3b | 30-44 | Moderate to severe decrease |
| G4 | 15-29 | Severe decrease |
| G5 | 14 or less | Kidney failure |

*In the absence of evidence of kidney damage, neither GFR category G1 nor G2 fulfill the criteria for CKD Kidney Int Suppl 2013;3:1-150
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mmol/L | — | UAMS LAB |
| Potassium | 4.9 | 3.5 - 5.1 mmol/L | — | UAMS LAB |
| Chloride | 103 | 98 - 107 mmol/L | — | UAMS LAB |
| CO2 | 30 | 22 - 32 mmol/L | — | UAMS LAB |
| BUN | 11 | 6 - 20 mg/dL | — | UAMS LAB |
| Creatinine | 1.1 | 0.6 - 1.3 mg/dL | — | UAMS LAB |
| eGFR | 80.3 | mL/min/1.73 square meters | — | UAMS LAB |
| Calcium | 9.3 | 8.6 - 10.2 mg/dL | — | UAMS LAB |
| Glucose | 54 | 70 - 110 mg/dL | L ˅ | UAMS LAB |
| Albumin | 4.2 | 3.5 - 5.0 g/dL | — | UAMS LAB |
| Total Protein Plasma | 6.3 | 6.4 - 8.3 g/dL | L ˅ | UAMS LAB |
| Comment: Plasma total protein concentrations may be increased in comparison to serum due to the presence of coagulation factors in plasma. Interpret with caution. | | | | |
| Alkaline Phosphatase | 55 | 32 - 91 IU/L | — | UAMS LAB |
| AST | 24 | 15 - 41 IU/L | — | UAMS LAB |
| Bilirubin, Total | 1.1 | 0.2 - 1.2 mg/dL | — | UAMS LAB |
| ALT (SGPT) | 26 | 4 - 45 IU/L | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

**Prothrombin Time-INR (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CO00141 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Prothrombin Time-INR (Normal)** Resulted: 03/21/24 2203, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/21/24 2203
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Narrative:
INR of 2-3 is recommended for patients with thromboembolism, atrial fibrillation or bioprosthetic valves.
INR of 2.5-3.5 is recommended for patients with artifical valves.
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| INR | 1.0 | 0.9 - 1.1 | — | UAMS LAB |
| Prothrombin Time | 11.8 | 10.2 - 12.9 sec | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

**APTT (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

Quantity: 1
Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CO00141 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**APTT (Normal)** Resulted: 03/21/24 2206, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/21/24 2206
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| aPTT | 33.8 | 25.1 - 36.5 sec | — | UAMS LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

### Lipid panel (CHOL, TRIG, HDL, LDL) (Final result)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Lab status: Final result
Instance released by: Weeks, Nicholas, MA 3/20/2024 3:27 PM
Diagnoses
Dyslipidemia [E78.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080CH01623 | Blood | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Lipid panel (CHOL, TRIG, HDL, LDL)** Resulted: 03/20/24 2217, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1527
Order status: Completed
Filed by: LAB, BACKGROUND USER 03/20/24 2217
Collected by: Weeks, Nicholas, MA 03/20/24 1534
Resulting lab: UAMS LABORATORY
Narrative:
An optional LDL-C goal of less than 70 mg/dL may be considered for patients at high CHD risk. In children and adolescents a desirable LDL serum cholesterol is less than 110 mg/dL.
Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

## 03/20/2024 - Lab Only in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 140 | mg/dL | — | UAMS LAB |
| Comment: ADULT INTERVAL: Desirable:< 200 mg/dL, Borderline: 200-239 mg/dL, High Risk: > 239 mg/dL, CHILDREN and ADOLESCENTS: Desirable: <170 mg/dL, Borderline: 170-199 mg/dL, High: >199 mg/dL | | | | |
| Triglycerides | 186 | mg/dL | — | UAMS LAB |
| Comment: IN FASTING PATIENTS: Normal: <150 mg/dL, Borderline-High: 150-199 mg/dL, High: >199 mg/dL | | | | |
| HDL | 37 | mg/dL | — | UAMS LAB |
| Comment: Desirable: >60, Increased Risk: <40 | | | | |
| LDL Chol | 66 | mg/dL | — | UAMS LAB |
| Comment: ADULT INTERVALS: Optimal < 100 mg/dL, Low risk 100-129 mg/dL, Borderline risk 130-159 mg/dL, High >159 mg/dL | | | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **195 - UAMS LAB** | UAMS LABORATORY | Unknown | 4301 W. Markham St. Little Rock AR 72205 | 05/06/16 1055 - Present |

**Indications**

Dyslipidemia [E78.5 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

### GREY TOP TUBE (Active)

Status: **Active**

Order placed as a reflex to Urinalysis + Microscopic ordered on 03/20/24 at 1450

Ordering user: Burton, James P 03/20/24 2206
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: After office visit 03/20/24 -
Class: Clinic Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24U080MI00444 | Urine | — | Weeks, Nicholas, MA 03/20/24 1534 |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology

### Reason for Visit

**Visit Diagnosis** *[last edited by SYSTEMGENERATED, DOCUMENTATION on 3/20/2024 1520]*

- Pre-op testing

### Visit Information

**Appointment Information**

**XR CHEST PA AND LATERAL** **Completed**
3/20/2024 3:25 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 3:25 PM | FMC TEX XR | FAMILY MEDICAL CENTER - TEXARKANA - RAD | 15 min |

Referrals: 5921506 (Closed)
Referral Provider: NIX, MATTHEW W
Enc Form Number: 12475623
Arrival Time: 3:20 PM

History

| | | | | |
|---|---|---|---|---|
| Made On: | 3/20/2024 3:20 PM | By: | Helton, Sunni, RT | RIS |
| Checked In: | 3/20/2024 3:20 PM | By: | Helton, Sunni, RT | ES |
| Remove Arr.: | 3/20/2024 3:20 PM | By: | Helton, Sunni, RT | MR |
| Checked Out: | 3/20/2024 4:24 PM | By: | Gates, Kim | ES |

### Patient as-of Visit

**Care Team** as of 3/20/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/20/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Patient as-of Visit (continued)**

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy  Noted on: 11/18/2022  Chronic: No

**Allergies** as of 3/20/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives  Severity: High
Reaction type: Allergy  Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash  Severity: Low
Reaction type: Allergy  Noted on: 11/07/2017
SNOMED-CT: 6369005

**Immunizations** as of 3/20/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/20/2024

**Medical History** as of 3/20/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/20/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/20/2024

**Family History as of 3/20/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Patient as-of Visit (continued)

Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/20/2024

**Tobacco Use as of 3/20/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/20/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Patient as-of Visit (continued)

**Drug Use as of 3/20/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/20/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

None

**Socioeconomic History** as of 3/20/2024

**Socioeconomic as of 3/20/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD — Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD — Ordered on: 9/11/2023
Start date: 9/11/2023 — End date: 8/13/2024
Quantity: 90 tablet — Refill: 3 refills by 9/10/2024

**Stopped in Visit**

None

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

**Medication List (continued)**

### Imaging

**X-ray chest PA and lateral (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Ancillary Performed
Quantity: 1
Lab status: Final result
Instance released by: Helton, Sunni, RT 3/20/2024 3:20 PM
Diagnoses
Pre-op testing [Z01.818]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical Indication(s): | Pre-op |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Confirm Resource: | FMC TEX XR | |

**X-ray chest PA and lateral** Resulted: 03/20/24 1528, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1520
Order status: Completed
Resulted by:
Filed by: Interface, Rad Results In 03/20/24 1530
Runion, Lance K., MD
Harkey, Thomas J, MD
Performed: 03/20/24 1520 - 03/20/24 1523
Accession number: 53028205
Resulting lab: SPEECHQ
Narrative:
EXAM DESCRIPTION:
XR CHEST PA AND LATERAL

INDICATION:
Per order request: 53 y/o M. Pre-op

TECHNIQUE
Two-view chest

COMPARISON:
None available

FINDINGS:
The lungs are well aerated.The cardiomediastinal silhouette is normal in size and morphology.No focal consolidation.Bilateral costophrenic angles are clear.Surgical clips in the supraclavicular region bilaterally. Additional surgical clips overlying the mid left axilla.

Impression:
No acute cardiopulmonary findings.

I personally reviewed the image(s) and, if necessary, I edited the report. I agree with the report as now presented.

Electronically Signed by: Lance Runion, M.D. on 03/20/2024 at 15:28:08

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Imaging (continued)

Acknowledged by: Nix, Matthew W, MD on 03/22/24 1538

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - Unknown** | SPEECHQ | Unknown | Unknown | 10/08/13 1304 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**Signed**

Electronically signed by Runion, Lance K., MD on 3/20/24 at 1528 CDT

**All Reviewers List**

Nix, Matthew W, MD on 3/22/2024 15:38

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Referral

**Referral #5921506** *[last edited by Interface, Rad Results In on 3/21/2024 0140]*

Priority: Routine
Status: Closed - Referral Complete
Valid dates: From 3/20/2024 to 3/20/2025
Class: Internal
Status updated on: 3/20/2024

**Referred From**

Location: Family Medical Center - Texarkana
Department phone: 870-779-6000
Provider phone: 870-779-6000
Department: FAMILY MEDICAL CENTER - TEXARKANA - FMC
Provider: Nix, Matthew W, MD
Provider address: 3417 U OF A WAY TEXARKANA AR 71854

**Referred To**

Specialty: Radiology

**Visits**

Requested: 1 Authorized: 1 Completed: 1 Scheduled: 0

**Procedures**

**X-ray chest PA and lateral**

Number requested: 1 Number approved: 1

**Diagnoses**

- V72.84 (ICD-9-CM) - Z01.818 (ICD-10-CM) - Pre-op testing

**Order**

**X-ray chest PA and lateral [214518093]**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD

## 03/20/2024 - Appointment in UAMS Health Family Medical Center in Texarkana - Radiology (continued)

### Referral (continued)

Authorized by: Nix, Matthew W, MD
Ordered during: Office Visit on 03/20/2024
Diagnoses
Pre-op testing [Z01.818]

### Triage

#### Triage Information

Decision: None
Schedule by date: 4/19/2024

### Coverages

#### Blue Cross/Blue Shield

Plan: Bcbs Out Of State
Covered: Covered
From: 1/1/2022
Member #: J4C133994594001

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana

### Reason for Visit

**Chief Complaint** *[last edited by Trumble, Tammi W, LPN on 3/20/2024 1412]*

- surgery clearance (lab chest x-ray)

**Visit Diagnoses** *[last edited by Nix, Matthew W, MD on 3/20/2024 1449]*

- **Pre-op testing (primary)**
- Dyslipidemia

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Nix, Matthew W, MD | Nix, Matthew W, MD | Self |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20 MIN** |

### Patient as-of Visit

**Care Team** as of 3/20/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/20/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Pre-op testing** *[last edited by Nix, Matthew W, MD on 3/20/2024 1448]*

Diagnosis: Pre-op testing Noted on: 03/20/2024 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 3/20/2024

Allergies last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1415

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives
Reaction type: Allergy
SNOMED-CT: 111088007
Severity: High
Noted on: 01/22/2018

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash
Reaction type: Allergy
SNOMED-CT: 6369005
Severity: Low
Noted on: 11/07/2017

**Immunizations** as of 3/20/2024

Immunizations last reviewed by Trumble, Tammi W, LPN on 3/20/2024 1416
No immunizations documented.

**History** as of 3/20/2024

**Medical History** as of 3/20/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/20/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/20/2024

**Family History as of 3/20/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/20/2024

**Tobacco Use as of 3/20/2024**

**Tobacco Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/20/2024**

**Alcohol Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/20/2024**

**Drug Use last reviewed by Trumble, Tammi W, LPN on 3/20/2024**

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Patient as-of Visit (continued)

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Sexual Activity as of 3/20/2024**

**Sexual Activity last reviewed by Trumble, Tammi W, LPN on 3/20/2024**
None

**Socioeconomic History** as of 3/20/2024

**Socioeconomic as of 3/20/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**gabapentin (NEURONTIN) 300 MG capsule**

Instructions: Take two capsules (600 mg total) by mouth 3 (three) times a day.
Authorized by: Nix, Matthew W, MD — Ordered on: 11/16/2022
Start date: 11/16/2022 — Quantity: 180 capsule
Refill: 5 refills by 11/16/2023

**atorvastatin (LIPITOR) 40 MG tablet**

Discontinued by: Nix, Matthew W, MD — Discontinued on: 8/13/2024
Instructions: Take one tablet (40 mg total) by mouth daily.
Authorized by: Nix, Matthew W, MD — Ordered on: 9/11/2023
Start date: 9/11/2023 — End date: 8/13/2024
Quantity: 90 tablet — Refill: 3 refills by 9/10/2024

**Stopped in Visit**

None

### Clinical Notes

**Assessment & Plan Note**

**Nix, Matthew W, MD at 3/22/2024 1537**

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Clinical Notes (continued)**

**Pre-op testing - Version 1 of 1**

| | | |
|---|---|---|
| Author: Nix, Matthew W, MD | Service: — | Author Type: Physician |
| Filed: 3/22/2024 3:37 PM | Encounter Date: 3/20/2024 | Status: Written |
| Editor: Nix, Matthew W, MD (Physician) | | |
| Related Problem: Pre-op testing | | |

Pt is at low risk for perioperative complications and can proceed with surgery without further evaluation.[MN.1M]

Electronically signed by Nix, Matthew W, MD at 3/22/2024 3:37 PM

**Attribution Key**

MN.1 - Nix, Matthew W, MD on 3/22/2024 3:37 PM
M - Manual

**Progress Notes**

**Nix, Matthew W, MD at 3/20/2024 1340**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Nix, Matthew W, MD | Service: — | Author Type: Physician |
| Filed: 3/22/2024 3:38 PM | Encounter Date: 3/20/2024 | Status: Signed |
| Editor: Nix, Matthew W, MD (Physician) | | |

**Subjective:**

**Subjective Patient ID:**[MN.1T] Michael Ray Morgason[MN.2T] is a[MN.1T] 53 y.o. male[MN.2T].[MN.1T]

Pt presents needing surgical clearance for planned sacral laminectomy. He has no positive cardiac history; her underwent a stress test in 2018 that was equivocal with resultant normal left heart catheterization. Denies any sxs suggestive of such. He is a smoker, but denies any pulmonary symptoms, decreased exercise tolerance, etc. (See ROS).

EKG today shows sinus bradycardia, but otherwise normal. CXR is normal. Labs are normal.[MN.1M]

Review of Systems
Constitutional: Negative for chills, fever and[MN.1T] unexpected weight change[MN.1M].
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Neurological: Negative for[MN.1T] dizziness[MN.1M],[MN.1T] syncope[MN.1M],[MN.1T] weakness[MN.1M],[MN.1T] light-headedness[MN.1M] and[MN.1T] headaches[MN.1M].

**Objective:**

**Objective** **Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is not ill-appearing.

Eyes:
Conjunctiva/sclera:[MN.1T] Conjunctivae normal[MN.1M].

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.

Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling.

Neurological:
General: No focal deficit present.
Mental Status: He is alert. Mental status is at baseline.

**Assessment/Plan:**[MN.1T]

**Assessment**

**Problem List Items Addressed This Visit**

**Dyslipidemia**
Relevant Orders
*Lipid panel (CHOL, TRIG, HDL, LDL) (Completed)*

**Pre-op testing - Primary**[MN.2T]
Pt is at low risk for perioperative complications and can proceed with surgery without further evaluation.[MN.2C1]

Relevant Orders
*EKG 12 lead (Completed)*
*Urinalysis + Microscopic (Completed)*
*CBC (No Diff) (Completed)*
*Comprehensive Metabolic Panel (Completed)*
*Prothrombin Time-INR (Completed)*
*APTT (Completed)*

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Clinical Notes (continued)

*X-ray chest PA and lateral (Completed)*[MN.2T]

Electronically signed by Nix, Matthew W, MD at 3/22/2024 3:38 PM

**Attribution Key**

MN.1 - Nix, Matthew W, MD on 3/22/2024 3:29 PM
MN.2 - Nix, Matthew W, MD on 3/22/2024 3:37 PM
C1 - Copied from Assessment & Plan Note by Nix, Matthew W, MD at 3/22/2024 3:37 PM, M - Manual, T - Template

### Labs

**Urinalysis + Microscopic (Completed)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
Frequency: Routine 03/20/24 - Class: Clinic Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Urine | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**CBC (No Diff) (Completed)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
Frequency: Routine 03/20/24 - Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

#### Comprehensive Metabolic Panel (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
Frequency: Routine 03/20/24 - Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

#### Prothrombin Time-INR (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
Frequency: Routine 03/20/24 - Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

#### APTT (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard
Frequency: Routine 03/20/24 - Class: Lab Collect
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

#### Lipid panel (CHOL, TRIG, HDL, LDL) (Completed)

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450** Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450 Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD Ordering mode: Standard

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Labs (continued)

Frequency: Routine 03/20/24 -
Class: Lab Collect
Quantity: 1
Diagnoses
Dyslipidemia [E78.5]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Dyslipidemia [E78.5 (ICD-10-CM)]

### Imaging

**X-ray chest PA and lateral (Completed)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Ancillary Performed
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical Indication(s): | Pre-op |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

### Cardiology

**EKG 12 lead (Final result)**

Electronically signed by: **Nix, Matthew W, MD on 03/20/24 1450**
Status: **Completed**
Ordering user: Nix, Matthew W, MD 03/20/24 1450
Ordering provider: Nix, Matthew W, MD
Authorized by: Nix, Matthew W, MD
Ordering mode: Standard
Frequency: Routine 03/20/24 -
Class: Clinic Performed
Quantity: 1
Lab status: Final result
Diagnoses
Pre-op testing [Z01.818]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 1173692MUSE | — | — | 03/20/24 1512 |

**EKG 12 lead**
Resulted: 03/23/24 1100, Result status: Final result

Ordering provider: Nix, Matthew W, MD 03/20/24 1450
Order status: Completed
Filed by: Interface, Lab In Hlseven 03/23/24 1100
Collected by: 03/20/24 1512
Resulting lab: UAMS MUSE
Lab Technician: TTRMBL0E
Narrative:
Ventricular Rate- 52 BPM
Atrial Rate- 52 BPM
P-R Interval- 170 ms

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Cardiology (continued)

QRS Duration- 96 ms
Q-T Interval- 430 ms
QTC Calculation(Bazett)- 399 ms
P Axis- 65 degrees
T Axis- 52 degrees

Diagnosis
Sinus bradycardia
Otherwise normal ECG
No previous ECGs available
Confirmed by Vallurupalli, M.D., Srikanth (562) on 3/23/2024 11:00:53 AM
Acknowledged by: Nix, Matthew W, MD on 03/29/24 0905

View Image (below)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **22 - MUSE** | UAMS MUSE | Unknown | Unknown | 02/26/13 1857 - Present |

**Indications**

Pre-op testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Nix, Matthew W, MD on 3/29/2024 09:05
Nix, Matthew W, MD on 3/22/2024 15:38

### Flowsheets

**APACHE IV Non-CABG**

| Row Name | 03/20/24 1413 |
|---|---|
| Relevant Labs and Vitals | |
| Temp (in Celsius) | 36.3 -TT at 03/20/24 1413 |

**Care Team Review**

| Row Name | 03/20/24 1412 |
|---|---|
| Care Team Review | |
| Patient care team reviewed this visit? | Mark as Reviewed -TT at 03/20/24 1413 |

**Custom Formula Data**

| Row Name | 03/20/24 1415 | 03/20/24 1413 | 03/19/24 1106 |
|---|---|---|---|
| OTHER | | | |
| PHQ-2 Score | — | — | 1 -GM at 03/19/24 1106 |
| PHQ-9 Total | 0 -TT at 03/20/24 1416 | — | 1 -GM at 03/19/24 1106 |

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | | | |
|---|---|---|---|
| Score | | | |
| Weight Prior to Symptoms of Diagnosis (Formula): | — | 0 -TT at 03/20/24 1413 | — |
| Previous Encounter Weight | — | 172.4 -TT at 03/20/24 1413 | — |
| Previous Encounter Height | — | 5.83 -TT at 03/20/24 1413 | — |
| % BMI Change Prior to Symptoms of Dx: | — | 0 -TT at 03/20/24 1413 | — |
| % Weight Change Prior to Symptoms of Dx: | — | 0 -TT at 03/20/24 1413 | — |
| Ideal Body Weight | — | 2618.4 -TT at 03/20/24 1413 | — |
| Shock Index | — | 0.46 -TT at 03/20/24 1413 | — |
| **Oncology Nutrition Grading Scale** | | | |
| Total Weight Loss | — | 0 -TT at 03/20/24 1413 | — |
| **Adult IBW/VT Calculations** | | | |
| IBW/kg (Calculated) | — | 73 -TT at 03/20/24 1413 | — |
| Low Range Vt 6mL/kg | — | 438 mL/kg -TT at 03/20/24 1413 | — |
| Adult Moderate Range Vt 8mL/kg | — | 584 mL/kg -TT at 03/20/24 1413 | — |

### Encounter Vitals

| Row Name | 03/20/24 1433 | 03/20/24 1413 |
|---|---|---|
| **Enc Vitals** | | |
| BP | 134/80 -TT at 03/20/24 1434 | **153/92** ! -TT at 03/20/24 1413 |
| Pulse | — | 71 -TT at 03/20/24 1413 |
| Resp | — | 16 -TT at 03/20/24 1413 |
| Temp | — | 97.3 °F (36.3 °C) -TT at 03/20/24 1413 |
| Temp src | — | Tympanic -TT at 03/20/24 1413 |
| SpO2 | — | 98 % -TT at 03/20/24 1413 |
| Weight | — | 75.9 kg (167 lb 6.4 oz) -TT at 03/20/24 1413 |
| Height | — | 1.778 m (5' 10") -TT at 03/20/24 1413 |
| **Vital Signs** | | |
| BP Location | Left arm -TT at 03/20/24 1434 | Left arm -TT at 03/20/24 1413 |
| Patient Position | Sitting -TT at 03/20/24 1434 | Sitting -TT at 03/20/24 1413 |

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES



## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

**Fall Screening**

| Row Name | 03/20/24 1415 |
|---|---|
| Fall Screening | |
| Have you had any recent falls (last 12 months)? | No -TT at 03/20/24 1415 |
| Do you have a fear of falling? | No -TT at 03/20/24 1415 |

**GAD-7**

| Row Name | 03/20/24 1416 |
|---|---|
| GAD-7 | |
| Feeling nervous, anxious or on edge | Not at all -TT at 03/20/24 1416 |
| Not being able to stop or control worrying | Not at all -TT at 03/20/24 1416 |
| Worrying too much about different things | Not at all -TT at 03/20/24 1416 |

**NUTRITION: Anthropometrics**

| Row Name | 03/20/24 1413 |
|---|---|
| Anthropometrics | |
| % Weight Change Since Birth | 0 -TT at 03/20/24 1413 |

**NUTRITION: Anthropometrics**

| Row Name | 03/20/24 1413 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 -TT at 03/20/24 1413 |

**NUTRITION: Energy Needs**

| Row Name | 03/20/24 1413 |
|---|---|
| Weight and Growth Recommendation | |
| Nutr Ideal body weight Est (calc) | 73 -TT at 03/20/24 1413 |
| IBW/kg (Calculated) Male | 73 kg -TT at 03/20/24 1413 |
| IBW/kg (Calculated) FEMALE | 68.5 kg -TT at 03/20/24 1413 |
| Nutrition Vitals for Calculations | |
| NUTR Height in | 177.8 cms -TT at |

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| cms (calc) | 03/20/24 1413 |
| Nutrn Weight in Kgs (calc) | 75.93 kgs -TT at 03/20/24 1413 |
| Height in cms | 177.8 -TT at 03/20/24 1413 |
| **CYSTIC FIBROSIS Nutr. Assess.** | |
| Nutr BMR WHO (calc) | 1759.81 -TT at 03/20/24 1413 |

**Oncology Vitals**

| Row Name | 03/20/24 1413 |
|---|---|
| **Oncology Nutrition Grading Scale** | |
| Weight Change Prior to Symptoms of Dx (lbs): | 0 -TT at 03/20/24 1413 |
| BMI (Calculated from Weight Prior to Symptoms of Dx) | 0 -TT at 03/20/24 1413 |
| Nutrition Grade (BMI Prior to Symptoms of Dx): | 2 -TT at 03/20/24 1413 |
| Nutrition Grade (%Wt Change Prior to Symptoms of Dx): | 0 -TT at 03/20/24 1413 |
| Nutrition Grade Combined: | 2 -TT at 03/20/24 1413 |
| Nutrition Grade (Action Required): | Grade 1 -TT at 03/20/24 1413 |

**Pain Assessment**

| Row Name | 03/20/24 1414 |
|---|---|
| **Pain Assessment** | |
| Pain Assessment Scale | 0-10 -TT at 03/20/24 1415 |
| Pain Score | 4 -TT at 03/20/24 1415 |
| Pain Type | Acute pain -TT at 03/20/24 1415 |
| Pain Location | Sacrum -TT at 03/20/24 1415 |
| Pain Descriptors | Aching;Sharp;Shooting;Dull;Pins and needles -TT at 03/20/24 1415 |
| Pain Frequency | Constant/continuous -TT at 03/20/24 1415 |
| Pain Onset | Sudden -TT at 03/20/24 1415 |

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Flowsheets (continued)

| | |
|---|---|
| Multiple Pain Sites | No -TT at 03/20/24 1415 |
| Clinical Progression | Gradually worsening -TT at 03/20/24 1415 |
| Patient's Stated Pain Goal | No pain -TT at 03/20/24 1415 |
| Pain and Comfort Intervention(s) | Medication (See eMAR);Home medication -TT at 03/20/24 1415 |
| Intervention Effective | No -TT at 03/20/24 1415 |

**Patient Health Questionnaire**

| Row Name | 03/20/24 1415 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Not at all -TT at 03/20/24 1416 |
| Feeling down, depressed, or hopeless | Not at all -TT at 03/20/24 1416 |
| PHQ-2 Score | 0 -TT at 03/20/24 1416 |

**Patient-Reported Data**

| Row Name | 03/19/24 1106 | 03/19/24 1104 |
|---|---|---|
| OTHER | | |
| Have you had any recent falls (last 12 months)? | — | No -patient at 03/19/24 1104 |
| Do you have a fear of falling? | — | No -patient at 03/19/24 1104 |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | | |
| Little interest or pleasure in doing things | Several days -patient at 03/19/24 1106 | — |
| Feeling down, depressed, or hopeless | Not at all -patient at 03/19/24 1106 | — |

**Screenings**

| Row Name | 03/20/24 1413 |
|---|---|
| Nutrition Screen | |
| BMI (Calculated) | 24 -TT at 03/20/24 1413 |

**Total Mews**

| Row Name | 03/20/24 1413 |
|---|---|

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**Flowsheets (continued)**

Total MEWS

| | |
|---|---|
| MEWS Score | 0 -TT at 03/20/24 1413 |

**Vital Signs**

| Row Name | 03/20/24 1413 |
|---|---|
| OTHER | |
| BSA (Calculated - sq m) | 1.94 sq meters -TT at 03/20/24 1413 |
| Weight in (lb) to have BMI = 25 | 173.9 -TT at 03/20/24 1413 |

**Vitals Reassessment**

| Row Name | 03/20/24 1413 |
|---|---|
| Vitals Timer | |
| Automatic Restart Vitals Timer | Yes -TT at 03/20/24 1413 |

**WCC-Vitals**

| Row Name | 03/20/24 1413 |
|---|---|
| Vitals | |
| Weight Change | -3.4 -TT at 03/20/24 1413 |
| Total Weight Loss | 5 -TT at 03/20/24 1413 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| TT | Trumble, Tammi W, LPN | Licensed Nurse | Nurse |
| GM | Mychart, Generic | — | — |
| patient | Michael Ray Morgason | — | — |

**After Visit Summary**

COVID Immunization Verification (below)

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

UAMS Health

COVID-19 VACCINATION RECORD

March 22, 2024

**Michael R. Morgason** Date of Birth:

No record of COVID-19 immunization

Michael R. Morgason ( • Printed at 3/22/24 3:38 PM ©2023 Epic Systems Corporation Page 1 of 1

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

UAMS Ambulatory After Visit Summary (below)

UAMS Health

# AFTER VISIT SUMMARY

**Michael R. Morgason** MRN: 003972371
3/20/2024 1:40 PM UAMS Health Family Medical Center in Texarkana 870-779-6000

## Instructions from Matthew W Nix, MD

Referrals made today
EKG 12 lead

X-ray chest PA and lateral
Scheduled for 3/20/2024

## Today's Visit

You saw Matthew W Nix, MD on Wednesday March 20, 2024. The following issues were addressed:
- Pre-op testing
- Dyslipidemia

Blood Pressure 134/80
BMI 24.02
Weight 167 lb 6.4 oz
Height 5' 10"
Temperature (Tympanic) 97.3 °F
Pulse 71
Respiration 16
Oxygen Saturation 98%

Done Today
Urinalysis + Microscopic
CBC (No Diff)
Comprehensive Metabolic Panel
Prothrombin Time-INR
APTT
Lipid panel (CHOL, TRIG, HDL, LDL)
GREY TOP TUBE

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

Date Reviewed: Mar 20, 2024

| Allergen | Reactions |
| --- | --- |
| **Latex, Natural Rubber** | Hives |

## You are intolerant to the following

Date Reviewed: Mar 20, 2024

No active intolerances/contraindications

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

**After Visit Summary (continued)**

You are allergic to the following (continued) Date Reviewed: Mar 20, 2024

| | |
|---|---|
| **Penicillins** | Itching;Rash |

What You Should Know About Your Medicines

**The checkmarks (√) below show the times your doctor wants you to take your medicines.**

MyChart
View your After Visit Summary and more online at https://mychart.uamshealth.com/MyChart/.

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

## Changes to Your Medication List

Accurate as of March 20, 2024 11:59 PM.
If you have any questions, ask your nurse or doctor.

### CONTINUE taking these medications

| | Morning | Around Noon | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| atorvastatin 40 MG tablet<br>Commonly known as: Lipitor<br>Take one tablet (40 mg total) by mouth daily. | | | | | | |
| gabapentin 300 MG capsule<br>Commonly known as: Neurontin<br>Take two capsules (600 mg total) by mouth 3 (three) times a day. | | | | | | |

 ©2023 Epic Systems Corporation 

## Information on Smoking Cessation

Smoking harms every organ in your body & is *especially damaging with lung infections like COVID and Influenza*. Quitting smoking can improve your health and cut back on dangerous second-hand smoke for your loved ones.

Please call a **UAMS Tobacco Treatment Specialist** at **501-526-5448** for information about how to quit smoking or for a personalized quit smoking plan. We are here to help.

The **Arkansas Department of Health** sponsors the **BeWellArkansas Tobacco Quitline at 1-833-283-WELL (9355)**.
BeWellArkansas website: https://www.bewellarkansas.org/quit-tobacco/

## Information on Smoking Cessation

**Making the Decision to Stop Smoking**

***It may be hard but millions successfully quit every day.***

Your Health Care Provider has confirmed that you need to stop using tobacco but making the choice to quit smoking, vaping or using smokeless tobacco can only be yours. Writing down "good things" and the "not so good things" about quitting can help sort out the feelings you have about taking the next step to better health. Now ask yourself these questions and give yourself a score from zero (0) not all important to ten (10) very, very important.

- How important is it for me to quit.
- How confident am I that I can quit.
- How motivated am I to quit.

These scores help you plan the next steps. Scores from zero (0) to six (6) mean you have some work to do to understand what is holding you back. Maybe you have tried to quit before but returned to smoking because something happened that drew you back. That happens often and there is no shame in slipping up. The secret is to learn from the setback, continue to try and never giving up on your goal to be free from nicotine. Quitting can be tough so it is very important to spend time getting ready and find out what to expect along the way. Being prepared helps build confidence and the skills you need to stay nicotine free.

When you are ready, you may want to talk to a Tobacco Treatment Specialist for advice, to build a personalized plan and to guide you through the process of quitting. Here are simple beginning steps to take to put a plan into action. The letters in the word "START" are reminders of what to do:

**S** = Set a quit date.

**T** = Tell family, friends, and the people around you that you plan to quit.

**A** = Anticipate or plan ahead for the tough times you will face while quitting.

**R** = Remove cigarettes, Vapes, and other tobacco products from your home, car and work.

**T** = Talk to your doctor and tobacco treatment specialist about getting help to quit.

Your Health Care Provider, nurse or tobacco treatment specialist can give you advice on the best way to quit. Plus, your Health Care Provider can give you medications to:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**After Visit Summary (continued)**

Information on Smoking Cessation (continued)

- Reduce your cravings for nicotine.
- Reduce the unpleasant feelings that can happen when you stop using tobacco or vaping.

Remember, quitting tobacco and vaping will improve your health no matter how old you are, and no matter how long or how much you have smoked.

**We are here to help you to better health.**

**Call 501-526-5448 to set an appointment for a personal quit plan.**

## UAMS CARES

If you feel you or a family member/friend is at risk of suicide please call the National Suicide Prevention Lifeline call, text or chat at 988.

## APPOINTMENT CONTACT INFORMATION

To cancel or reschedule an appointment, please call the **UAMS HEALTH FAMILY MEDICAL CENTER IN TEXARKANA at *870-779-6000.***

If you are interested in making a new appointment with a different specialty or service at UAMS please call (501) 686-8000.

## We Want to Hear from You!

Thank you for choosing UAMS! We would like to hear about your experience. Soon you may receive a survey with questions about your care. Please complete the survey. Your feedback helps us continue to provide the best possible experience for you and other patients and families.

## Sign up for Text Message Appointment Reminders

To sign up for text message appointment reminders from UAMS, please log into MyChart and make sure your mobile phone number is correct. If you don't have MyChart, you can sign up today using the instructions above or below.

After you log into MyChart , click on the "**Menu**" button. Under "**Account Settings**," click on "**Communication Preferences**."

Under the Contact Information section at the bottom, make sure your mobile phone number is correct. If it is not correct, click "**Edit**," type in the correct number, and click "**Save Changes.**"

If you are not signed up for text messages from UAMS, click the "**Sign up now**" link in the Communication Preferences section. You can choose the type of information you'd like to receive by text message.

Sign up for Text Message Appointment Reminders (continued)

***Standard text message rates apply.***

UAMS Text Message Reminder Disclaimer

**Warning:** UAMS does not guarantee information sent or received via text message is secure. There are security risks associated with sending information via text message. For example, an unauthorized person or entity may access or use the information. By requesting that UAMS send you information via text message, you acknowledge you have been warned of and accept such risks.

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:12 AM |

History questionnaire submitted on Tuesday March 19, 2024 at 11:12:42 AM
Questionnaire: Patient Medical History
Patient: Michael Ray Morgason [003972371]

Medical History:

Question: Anemia
Response: No
Date: Comments:

Question: Diabetes mellitus
Response: No
Date: Comments:

Question: Mental disorder
Response: No
Date: Comments:

Question: Anxiety
Response: No
Date: Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve / muscle disease
Response: Yes
Date: Comments:

Question: Arrhythmia
Response: No
Date: Comments:

Question: Fibromyalgia
Response: No
Date: Comments:

Question: Brittle bones
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Comments:

Question: Acid reflux
Response: Yes
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Asthma
Response: No
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Sickle cell anemia
Response: No
Date: Comments:

Question: Cancer
Response: No
Date: Comments:

Question: Heart murmur
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive heart failure
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Substance abuse
Response: No
Date: Comments:

Question: Liver disease
Response: No
Date: Comments:

Question: HIV/AIDS
Response: No
Date: Comments:

Question: Thyroid disease
Response: No
Date: Comments:

Question: Chronic pain
Response: No
Date: Comments:

Question: Hyperlipidemia
Response: No
Date: Comments:

Question: Tuberculosis
Response: No
Date: Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Bleeding problem
Response: No
Date: Comments:

Question: High blood pressure
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: COPD / chronic bronchitis
Response: No
Date: Comments:

Question: Kidney disease
Response: No
Date: Comments:

Question: PVD
Response: No
Date: Comments:

Question: Coronary artery disease
Response: No
Date: Comments:

Question: Memory loss
Response: No
Date: Comments:

Question: Depression
Response: No
Date: Comments:

Question: Brain / spinal cord infection
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Coronary stent placement
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Weight loss surgery
Response: No
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Gall bladder removal
Response: No
Date: Comments:

Question: Hernia repair
Response: No
Date: Comments:

Question: Renal artery stent placement
Response: No
Date: Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Oval Morgason
Comments: Colon cancer

Problem: Dementia

Relation: Mother
Name: Eyvonne Morgason
Comments:

Problem: Diabetes

Relation: Mother
Name: Eyvonne Morgason
Comments:

Problem: Heart disease

Relation: Father
Name: Oval Morgason
Comments: Triple bypass

Social History:

Question: Alcohol Use
Response: Never

Question: Sexually Active
Response: Not Currently
Partners: Female
Birth Control / Protection: Vasectomy
Comments:

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Illicit Drug Use
Response: No Response

Question: Tobacco Use
Response: Everyday
Packs/day: 1
Years: 15
Start Date:
Quit Date:
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:06 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Patient Health Questionnaire

Question: Little interest or pleasure in doing things
Answer: Several days

Question: Feeling down, depressed, or hopeless
Answer: Not at all

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:05 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: UAMS Self-Management Patient Goals

Question: Pick a Goal

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Answer:

Question: My Own Personal Goal
Answer:

Question: Think about how sure you are that you can do this.
Answer:

Question: Think about how important this is to you on a scale of 1-10 with 10 being the most important.
Answer:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:04 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Pain Assessment

Question: Do you have any pain related to this visit?
Answer: No

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:04 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Fall Screening

Question: Have you had any falls in the last 12 months?
Answer: No

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Question: Do you have a fear of falling?
Answer: No

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/19/2024 11:04 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: None of these

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic | Morgason, Michael Ray | 3/18/2024 6:12 PM |

Last Read in MyChart
3/18/2024 6:13 PM by Michael Ray Morgason

Appointment Information

**Department:** UAMS Health Family Medical Center in Texarkana
**Location:** 3417 U Of A Way
Texarkana, AR 71854
**Provider:** MATTHEW NIX, MD
**Date:** 3/20/24
**Time:** 1:25 PM

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

If your insurance has not been reviewed within 30 days, please call 501.526.7070 or toll free 866.452.8279 to verify your account to expedite registration. Please have your insurance card readily available. We want to make sure we have the most up to date information in your patient record.

There are 5 questionnaires available for your appointment.

All additional questionnaires will be available on March 19, 2024

epichttp://questionnairelist[View your available questionnaires]

************************************************************************************

**Save time by pre-registering early!**

epichttp://appointments[Click here to Pre-Register]. You can:

* See details about your appointment
* Pre-register for your appointment up to 5 days before your visit
* Update or confirm your information such as address, phone number, and insurance

************************************************************************************

**Questionnaires**

**Legend:**

**Triggered a BPA** **Scoring question**

**Travel Screening**

| Question | 3/19/2024 11:04 AM CDT - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | None of these |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

## 03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)

### Questionnaires (continued)

#### Uams Mychart Fall Screening

| Question | 3/19/2024 11:04 AM CDT - Filed by Patient |
|---|---|
| Have you had any falls in the last 12 months? | No |
| Do you have a fear of falling? | No |

#### Uams Mychart Pain Assessment

| Question | 3/19/2024 11:04 AM CDT - Filed by Patient |
|---|---|
| Do you have any pain related to this visit? | No |

#### Uams Mychart Patient Goals

| Question | 3/19/2024 11:05 AM CDT - Filed by Patient |
|---|---|
| Pick a Goal | |
| My Own Personal Goal | |
| Think about how sure you are that you can do this. | |
| Think about how important this is to you on a scale of 1-10 with 10 being the most important. | |

#### Mychart Phq-2/Phq-9-Primary Care Part 1

| Question | 3/19/2024 11:06 AM CDT - Filed by Patient |
|---|---|
| Little interest or pleasure in doing things | Several days |
| Feeling down, depressed, or hopeless | Not at all |
| **Phq-2 Score (range: 0 - 6)** | 1 |

RP Date ID: Mar 20 2024

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Media**

**Billing Estimates - Electronic signature on 3/19/2024 11:03 AM (effective from 3/19/2024) - E-signed**

**MR#: 003972371**
**Patient's Name: Morgason,Michael Rav**
**Patient's Address:**

## Your Rights and Protections Against Surprise Medical Bills

When you get emergency care or are treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from balance billing. In these cases, you shouldn't be charged more than your plan's copayments, coinsurance and/or deductible

**What is "balance billing" (sometimes called "surprise billing")?**

When you see a doctor or other health care provider, you may owe certain out-of-pocket costs, like a copayment, coinsurance, or deductible. You may have additional costs or have to pay the entire bill if you see a provider or visit a home health care facility that isn't in your health plan's network.

"Out-of-network" means providers and facilities that haven't signed a contract with your health plan to provide services. Out-of-network providers may be allowed to bill you for the difference between what your plan pays and the full amount charged for a service. This is called "balance billing." This amount is likely more than in-network costs for the same service and might not count toward your plan's deductible or annual out-of-pocket limit.

"Surprise billing" is an unexpected balance bill. This can happen when you can't control who is involved in your care - like when you have an emergency or when you schedule a visit at an in-network facility but are unexpectedly treated by an out-of-network provider. Surprise medical bills could cost thousands of dollars depending on the procedure or service.

**You're protected from balance billing for:**

**Emergency services**
If you have an emergency medical condition and get emergency services from an out-of-network provider or facility, the most they can bill you is your plan's in-network cost-sharing amount (such as copayments, coinsurance, and deductibles). You can't be balance billed for these emergency services. This includes services you may get after you're in stable condition, unless you give written consent and give up your protections not to be balanced billed for these post-stabilization services.

**Certain services at an in-network hospital or ambulatory surgical center**
When you get services from an in-network hospital or ambulatory surgical center, certain providers there may be out-of-network. In these cases, the most those providers can bill you is your plan's in-network cost-sharing amount. This applies to emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services. These providers can't balance bill you and may not ask you to give up your protections not to be balance billed.

If you get other types of services at these in-network facilities, out-of-network providers can't balance bill you, unless you give written consent and give up your protections.

RP Date ID: Mar 20 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/20/2024

**03/20/2024 - Office Visit in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

**You're never required to give up your protections from balance billing. You also aren't required to get out-of-network care. You can choose a provider or facility in your plan's network.**

**When balance billing isn't allowed, you also have these protections:**

- You're only responsible for paying your share of the cost (like the copayments, coinsurance, and deductible that you would pay if the provider or facility was in-network). Your health plan will pay any additional costs to out-of-network providers and facilities directly.
- Generally, your health plan must:
  - Cover emergency services without requiring you to get approval for services in advance (also known as "prior authorization").
  - Cover emergency services by out-of-network providers.
  - Base what you owe the provider or facility (cost-sharing) on what it would pay an in-network provider or facility and show that amount in your explanation of benefits.
  - Count any amount you pay for emergency services or out-of-network services toward your innetwork deductible and out-of-pocket limit.

**If you think you've been wrongly billed,** contact U.S. Department of Health and Human Services (HHS), in coordination with the Department of the Treasury, Department of Labor and the Office of Personnel Management. The federal phone number for information and complaints is: 1-800-985-3059.

Visit *www.cms.gov/nosurprises/consumers* for more information about your rights under federal law.

Collect Patient's Signature here
Michael Ray Morgason
Electronically signed at 3/19/2024, 11:03 AM

Patient's Signature

Date: 03/19/2024 Time: 11:02 AM

Med Rec 5089 (01/2022) [pageNum] of [pageCount] Billing Estimates

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

**Encounter Provider**
Nix, Matthew W, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/12/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/12/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 3/12/2024

Allergies last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives Severity: High
Reaction type: Allergy Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash Severity: Low
Reaction type: Allergy Noted on: 11/07/2017
SNOMED-CT: 6369005

**Immunizations** as of 3/12/2024

Immunizations last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334
No immunizations documented.

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**History** as of 3/12/2024

**Medical History** as of 3/12/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/12/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/12/2024

**Family History as of 3/12/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/12/2024

**Tobacco Use as of 3/12/2024**

**Tobacco Use last reviewed by Johnson, Nakya, LPN on 9/11/2023**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/12/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/12/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 3/12/2024

**Socioeconomic as of 3/12/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | Matthew W Nix, MD | 3/22/2024 3:49 PM |

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Messages (continued)**

Thank you. Have a great weekend!

**Medical clearance for surgery**

| From | To | Sent and Delivered |
|---|---|---|
| Matthew W Nix, MD | Morgason, Michael Ray | 3/22/2024 3:46 PM |
| Last Read in MyChart<br>3/22/2024 3:49 PM by Michael Ray Morgason | | |

Mr. Morgason,

All of her tests were fine. I've faxed all of your results to Dr. Feigenbaum's office as requested.

Thanks,
Dr. Nix

**Medical clearance for surgery**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | P Amb Texarkana Fmc Nurses (supporting Matthew W Nix, MD) | 3/12/2024 11:34 AM |

I have an appointment with you on 3/20/2024. I received an email from the surgeons office with a couple of documents. I am forwarding them to you in case they are needed.
I have 3 attachments, I will add another message for the 3rd as it only allows 2 per message

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Media**

**Patient Entered Attachment - Document on 3/12/2024 11:33 AM: Medical Clearance Request 03_11_24.pdf**

Document (below)

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS
*Specializing in the treatment of spinal meningeal cysts*

Phone: 214-242-1389
Fax: 214-366-3713

**Request for Pre-operative Clearance**

**Date: 03/11/2024**

**Patient Name: Michael Morgason DOB:** **Surgeon:** Frank Feigenbaum, MD
**Diagnosis: G96.191- Meningeal Cysts**
**Surgery:** Sacral laminectomy, treatment of sacral meningeal cysts, dorsal sacral reconstruction with resorbable plating.

_X_ Medical clearance _X_ Cardiac clearance ___ Other clearance ____________

Michael has decided to proceed with surgery; however, Dr. Frank Feigenbaum has requested a preoperative clearance due to the patient's medieal history.

_____Once the patient is cleared from your standpoint and our office has received the clearance we will procced with scheduling the surgery.

__X__The patient is scheduled for surgery on __04/10/24__.

Please fax the clearance to our office at **469-457-8420.**

Sincerely,

Brandi Petrea, RN/Frank Feigenbaum, MD

**Main Office:** Energy Square 1 • 4925 Greenville Ave • Suite 1307 • Dallas, Texas 75206
**AIMIS Spine:** Theodorou Potamianou 50 • Kato Polemidia 4155 • Limassol, Cyprus
P (214) 242-1389 • F (214) 366-3713 • frankfeigenbaum.com

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

RP Date ID: Mar 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB:
Visit date: 3/12/2024

Sex: M

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Media (continued)**

**Patient Entered Attachment - Document on 3/12/2024 11:33 AM: Pain Management Letter 03_11_24.pdf**

Document (below)

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS

*Specializing in the treatment of spinal meningeal cysts*

**Date: 03/11/2024**
**Re: Michael Morgason**
**DOB:**

Dear Provider,

Our mutual patient will undergo surgery for one or more symptomatic intrasacral meningeal cysts, such as Tarlov (perineural) cysts, or a meningeal diverticulum. Tarlov cysts are dilated nerve roots and a meningeal diverticulum is also a large cyst in the sacrum which compresses adjacent nerves causing radicular symptoms. If the cysts are in the sacrum, as is most common, patients typically describe the inability to sit due to sacral pain radiating to the buttocks, leg, and feet. They can also exhibit perineal pain and numbness, bowel and bladder issues, and sexual dysfunction due to sacral nerve injury. Every patient does not experience all of these symptoms; it depends upon which nerve is involved.

Many patients may exhibit chronic nerve injury resulting from long-term compression of the sacral nerves both before and after surgery. Following surgery most patients will require narcotic medication for at least three to six months with tapering of the medications as the postoperative symptoms allow. Nerve healing is slow and can take up to 1-2 years. Some patients may need the addition of pain modulating medications, such as Lyrica, Neurontin, or Cymbalta, which may need to be added following surgery. If patients are already on pain modulating drugs, then they should be adjusted as symptoms require. Patients may require longer periods of narcotic medications, referral to pain management, or a possible spinal stimulator trial for treatment of their chronic nerve injury symptoms. Physical therapy is not usually recommended for our patients after surgery as we find that it typically aggravates their sacral nerves causing an increase in symptoms.

Patients stay in Dallas approximately seven to ten days following their surgical procedure. During this time I will provide patients with narcotic medications and ensure they have enough medication to cover their trip home. As the laws on narcotic medications become more restrictive, it makes it difficult or impossible for out-of-state physicians, like me, to prescribe medications post-surgery. To ensure continuity of care, at this time, I am asking you to please monitor and prescribe the needed post-operative pain medication and pain modulating medications for the above patient for at least six months. At your discretion, please refer the patient on to pain management.

Please feel free to contact me if you have any further questions.

Sincerely,

Brandi Petrea,RN/Frank Feigenbaum,MD
Office #: 214-242-1389

**Main Office:** Energy Square 1 • 4925 Greenville Ave • Suite 1307 • Dallas, Texas 75206
**AIMIS Spine:** Theodorou Potamianou 50 • Kato Polemidia 4155 • Limassol, Cyprus
P (214) 242-1389 • F (214) 366-3713 • frankfeigenbaum.com

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

RP Date ID: Mar 12 2024

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/12/2024

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana

### Visit Information

**Provider Information**

**Encounter Provider**
Nix, Matthew W, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UAMS Health Family Medical Center in Texarkana | 3417 U of A Way<br>Texarkana AR 71854 | 870-779-6000 | 870-779-6112 |

### Patient as-of Visit

**Care Team** as of 3/12/2024

**Active**

| Name | Identifier | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|---|
| Nix, Matthew W, MD | 1184680530 | PCP - General | Family Medicine | 870-779-6000 | 11/16/2022 - Present |

Last edited by: Trumble, Tammi W, LPN on 11/16/2022

**Inactive**

No inactive care team members

**Problem List** as of 3/12/2024

Problems never marked as reviewed

**Dyslipidemia** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Dyslipidemia Noted on: 11/18/2022 Chronic: No

**Small fiber neuropathy** *[last edited by Nix, Matthew W, MD on 11/18/2022 1640]*

Diagnosis: Small fiber neuropathy Noted on: 11/18/2022 Chronic: No

**Allergies** as of 3/12/2024

Allergies last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334

**LATEX, NATURAL RUBBER** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1336]*

Reactions: Hives Severity: High
Reaction type: Allergy Noted on: 01/22/2018
SNOMED-CT: 111088007

**PENICILLINS** *[last edited by Trumble, Tammi W, LPN on 11/16/2022 1337]*

Reactions: Itching, Rash Severity: Low
Reaction type: Allergy Noted on: 11/07/2017
SNOMED-CT: 6369005

**Immunizations** as of 3/12/2024

Immunizations last reviewed by Johnson, Nakya, LPN on 9/11/2023 1334
No immunizations documented.

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/12/2024

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

**History** as of 3/12/2024

**Medical History** as of 3/12/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Small fiber neuropathy | 11/18/2022 | Small and autoimmune fiber neuropathy | Provider |
| Thoracic outlet syndrome of both thoracic outlets | — | — | Provider |

**Surgical History** as of 3/12/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| FIRST RIB REMOVAL | Bilateral | 2019 | for bilateal thoracic outlet syndrome | Provider |
| KNEE SURGERY | — | 2012 | Meniscal repair | Provider |
| CARPAL TUNNEL RELEASE | — | 2021 | — | Provider |

**Family History** as of 3/12/2024

**Family History as of 3/12/2024**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | 70 | |
| Coronary artery disease | | CABG |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Patient as-of Visit (continued)**

Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Diabetes type II | | |

**Substance & Sexuality History** as of 3/12/2024

**Tobacco Use as of 3/12/2024**

**Tobacco Use last reviewed by Johnson, Nakya, LPN on 9/11/2023**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | — | — | 1.0 | |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|
| 1 | — | — | 0.0 |

| Smokeless Status | Smokeless Type | Smokeless Quit Date |
|---|---|---|
| Never | — | — |

| Source |
|---|
| Provider |

**Alcohol Use as of 3/12/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

**Drug Use as of 3/12/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

**Socioeconomic History** as of 3/12/2024

**Socioeconomic as of 3/12/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Non-Hispanic or Latino | White | — |

**Messages**

**3rd attachment**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | P Amb Texarkana Fmc Nurses (supporting | 3/12/2024 11:35 AM |

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Messages (continued)**

Matthew W Nix, MD)

3rd

RP Date ID: (No Date)

UAMS
UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

UAMS Medical Center
4301 W Markham St, Slot 524
Little Rock AR 72205-7101

Morgason, Michael Ray
MRN: 003972371, DOB: Sex: M
Visit date: 3/12/2024

## 03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)

**Media**

**Patient Entered Attachment - Document on 3/12/2024 11:35 AM: Preop Lab Request 03_11_24.pdf**

Document (below)

**LAB REQUEST (THIS IS NOT AN ORDER)**

| | | |
|---|---|---|
| **PATIENT INFORMATION** | | |
| PATIENT NAME: Michael Morgason | DOB: | HOME PHONE: |
| SOCIAL SEC #: | SEX: male | CELL: |
| ADDRESS: | | WORK: |

| | | | | |
|---|---|---|---|---|
| **INSURANCE** | | | | |
| RANK | PLAN NAME | POLICY NO | GROUP NO | GUARANTOR |
| 01 | | | | Michael Morgason |

**PHYSICIAN INFORMATION**

PHYSICIAN: Frank Feigenbaum, MD

Account Name: Feigenbaum Neurosurgery
Address: 4925 Greenville Ave
Suite 1307
Dallas, TX 75206

ORDER DATE: 03/11/2024
DIAGNOSIS CODE(S): G96.191, M54.17, G58.8, M53.3, Z01.812

Phone Number: (214) 242-1389
Fax Number: (214) 366-3713

**TESTS**

| | | | |
|---|---|---|---|
| X | **Standard Pre-Operative Labwork: CBC w/ DIFF, CMP, PT, PTT, INR** | X | **Chest X-ray** |
| | CBC w/ DIFF | X | **EKG** |
| | CMP | | MRI sacrum w/ & w/o contrast |
| | PT | | MRI cervical w/ & w/o contrast |
| | PTT | | MRI thoracic w/ & w/o contrast |
| | INR | | MRI lumbar w/ & w/o contrast |
| X | **UA (reflex to culture if positive)** | | ________________ |
| | MRSA (nasal swab) | | |
| | Out Patient Pre-Operative Labwork: CBC, BMP, PT, PTT, INR, UA | | Dilantin Level |
| | Endocrine Panel: Prolactin, LH, FSH, Free T4, TSH, GH, IGF-1, A.M. Cortisol | | UA with C&S |
| | Other Endocrine Panel: CRH , HCG, ACTH, Estradiol | | Wound C& S |
| | Other Labwork: CBC w/ diff, CRP, ESR | | Aerobic with Gram Stain |
| | Vitamin B Complex | | Location____________ |
| | Vitamin B12 | | |
| | Vitamin D | | 80101 (x8) Unspecified Alcohol |
| | Vitamin D OH-25 | | Opioid Type Dependence Unspecified |
| | PT, PTT, INR | | Unspecified Drug Dependence |
| | Platelet | | |

**NOTES**

| | | |
|---|---|---|
| FAX RESULTS TO: | X | (469) 457-8420 Feigenbaum Neurosurgery - Attn: Nurses |
| | X | Patient needs pre-operative medical clearance. Please fax office notes giving clearance. |
| | X | Patient needs __CARDIAC__ clearance. Please fax office notes giving clearance. |
| | X | Patient will need a physical done. Please have the office notes faxed to our office. |

**PLEASE TAKE THIS ORDER FORM TO YOUR PRIMARY CARE PROVIDER FOR BLOODWORK.** LABWORK IS GOOD FOR 30 DAYS ONLY. **(Patients will need their lab work done preferably two weeks prior to of surgery.)** Chest X-rays and EKGs that are stable will be accepted from six months prior.

**03/12/2024 - Patient Message in UAMS Health Family Medical Center in Texarkana (continued)**

**Media (continued)**

# END OF REPORT

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient

### Demographics

Name: Mr. Michael Ray Morgason "Michael"
Address: 2413
Date of birth: Legal sex: Male Language: English
Email: morgason2@gmail.com Home phone: Mobile:

### Allergies

| Allergy | Reactions |
|---|---|
| LATEX, NATURAL RUBBER | Itching, Rash |
| PENICILLINS | Hives (Reselect Reaction), Itching, Rash, Other (see comments) |

### Current Immunizations

No immunizations on file.

### Immunizations

No immunizations to display

### Problem List as of 8/26/2024

Problems last reviewed by Lamb, Christopher J, M.D. on 9/16/2021 1411

**Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)**

Diagnosis: Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC) Noted on: 07/29/2021 Chronic: No
ICD-10-CM: I70.213

**Dizziness**

Diagnosis: Dizziness Noted on: 07/29/2021 Chronic: No
ICD-10-CM: R42

**Elevated Antinuclear Antibody Abnormal**

Diagnosis: Elevated Antinuclear Antibody Abnormal Noted on: 07/29/2021 Chronic: No
ICD-10-CM: R76.0

**Fatigue**

Diagnosis: Fatigue Noted on: 07/29/2021 Chronic: No
ICD-10-CM: R53.83

**Hyperlipidemia**

Diagnosis: Hyperlipidemia Noted on: 11/2017 Chronic: No
ICD-10-CM: E78.5

**Pain Hip Bilateral**

Diagnosis: Pain Hip Bilateral Noted on: 07/29/2021 Chronic: No
ICD-10-CM: M25.551, M25.552

**Rash**

Diagnosis: Rash Noted on: 07/29/2021 Chronic: No
ICD-10-CM: R21

**Tobacco Use**

Diagnosis: Tobacco Use Noted on: 09/01/2021 Chronic: No
ICD-10-CM: Z72.0

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**Problem List (continued)** as of 8/26/2024

## Patient (continued)

**History** as of 8/26/2024

**Medical History** as of 8/26/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Hyperlipidemia | Nov 2017 | — | Patient |

**Surgical History** as of 8/26/2024

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| VASECTOMY | — | 1993 | — | Patient |
| OTHER SURGICAL HISTORY | — | April 2021 | CT release and thumb reconstruction | Patient |

**Family History** as of 8/26/2024

**Family History as of 8/26/2024**

**David (Brother)**

Relationship: Brother
Name: David
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: Sonny (Patient's Father)
Mother: Eyvonne (Patient's Mother)
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Coronary artery disease | | |
| Hyperlipidemia | | |
| Hypertension | | |

**Brittany (Daughter)**

Relationship: Daughter
Name: Brittany
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: Morgason, Michael Ray (Patient)
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**History (continued)** as of 8/26/2024

| Condition | Age of Onset | Comment |
|---|---|---|
| Thyroid disease | | |

**Sonny (Father)**

Relationship: Father
Name: Sonny
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: Clara (Patient's Paternal Grandmother)
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Colon cancer | | |
| Coronary artery disease | | |
| Diabetes | | |
| Hyperlipidemia | | |
| Hypertension | | |
| Skin cancer | | |

**Cecil (Maternal Grandfather)**

Relationship: Maternal Grandfather
Name: Cecil
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Dementia | | |

**Eyvonne (Mother)**

Relationship: Mother
Name: Eyvonne
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: Cecil (Patient's Maternal Grandfather)
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Asthma | | |

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**History (continued)** as of 8/26/2024

| | | |
|---|---|---|
| Coronary artery disease | | |
| Dementia | | |
| Diabetes | | |
| Hyperlipidemia | | |
| Hypertension | | |
| Osteoporosis | | |
| Other cancer | | Cornea |
| Rheum arthritis | | |
| Sleep apnea | | |

**Clara (Paternal Grandmother)**

Relationship: Paternal Grandmother
Name: Clara
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Parkinsonism | | |

**Debbie (Sister)**

Relationship: Sister
Name: Debbie
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: Sonny (Patient's Father)
Mother: Eyvonne (Patient's Mother)
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Hyperlipidemia | | |
| Hypertension | | |

**Substance & Sexuality History** as of 8/26/2024

**Tobacco Use as of 8/26/2024**

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Every Day | 7/31/1991 | — | 1.0 | 1 pack/day for 33.2 years (33.2 ttl pk-yrs) |

Pack Year History

| Packs/Day | From | To | Years |
|---|---|---|---|

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

**History (continued)** as of 8/26/2024

| | | | |
|---|---|---|---|
| 1 | 7/31/1991 | — | 33.2 |
| **Other Smoking Type** | **Start Date** | **Quit Date** | |
| Pipe | — | — | |
| **Smokeless Status** | **Smokeless Type** | **Smokeless Quit Date** | |
| Never | — | — | |
| **Source** | | | |
| Patient | | | |

**Alcohol Use as of 8/26/2024**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Patient |

**Drug Use as of 8/26/2024**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | 0.0 | — | Patient |

**Sexual Activity as of 8/26/2024**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | Vasectomy | Female | — | Patient |

**Socioeconomic History** as of 8/26/2024

**Socioeconomic as of 8/26/2024**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | 12th grade | English | Not Hispanic or Latino | White | Patient |

**Active Coverages** as of 8/26/2024

**BLUE CROSS BLUE SHIELD**

Plan: HIGHMARK BCBS PA
Effective from: 1/1/2022
Guarantor: MORGASON,MICHAEL RAY

Group: 10583630
Subscriber: MORGASON,KRISTIN

Member: J4C133994594001
Subscriber ID: J4C133994594001

**Current Medications**

**Medications**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Current Medications**

**aspirin 81 mg DR tablet**

Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 11/17/2017

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M

## Patient (continued)

### Current Medications (continued)

**atorvastatin (LIPITOR) 20 mg tablet**

Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 11/6/2017

**buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet**

Instructions: TAKE 1 TABLET BY MOUTH EVERY DAY
Authorized by: Walsh, Katherine L, MPAS, P.A.-C., M.P.H. Ordered on: 11/22/2021
Start date: 11/22/2021 Quantity: 90 tablet
Refill: 1 refill by 11/22/2022

**co-enzyme Q-10 (CoQ-10) 100 mg capsule**

Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 11/11/2020

**gabapentin (NEURONTIN) 300 mg capsule**

Instructions: Take 300 mg by mouth 2 (two) times a day.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021

**magnesium oxide 200 mg magnesium tablet**

Instructions: daily.
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021
Start date: 6/15/2021

**TURMERIC ORAL**

Instructions: Take 1,000 mg by mouth daily. With curcumin
Entered by: Bradley, Alicia M, L.P.N. Entered on: 7/26/2021

### Advance Care Planning

**Plan**

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Health Care Agents**

There are no Health Care Agents on file.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:13 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Flowsheets

**Patient-Reported Data**

| Row Name | 03/29/24 1314 |
|---|---|
| In the past 7 days | |
| How would you rate your pain on average? | 4 (P) |

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:14 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
| --- | --- | --- |
| Morgason, Michael Ray | | 3/29/2024 1:14 PM |

Patient Questionnaire Submission

--------------------------------

Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:15 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:16 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:16 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:17 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:17 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/29/2024

## 03/29/2024 - Patient Message in MC CONNECTED CARE

### Visit Information

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

### Flowsheets

**Patient-Reported Data**

| Row Name | 03/29/24 1318 |
|---|---|
| OTHER | |
| Are you currently taking opioid (narcotic) pain medicine for your pain? | No |
| If no, have you ever taken narcotic pain medicine | Yes, but only immediately after surgery |
| How long ago was your last dose of opioid (narcotic) pain medicine? | Months |
| Please enter the number of months (Months 1-12) it has been since your last dose of opioid (narcotic) medicine. | 2 |

### Messages

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/29/2024 1:18 PM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 3/22/2024

## 03/22/2024 - Patient Message in MC CONNECTED CARE

**Visit Information**

**Provider Information**

**Encounter Provider**
Mychart, Generic Provider, M.D.

**Department**

**Name**
MC CONNECTED CARE

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Morgason, Michael Ray | | 3/22/2024 10:06 AM |

Patient Questionnaire Submission
--------------------------------
Your response has been received.

## 06/15/2021 - General Internal Medicine - Auto Self-Referred Episode - June 2021 (Auto Self-Referred Episode): records from 1/1/2024 to 8/26/2024

**Episode Info**

Type: Auto Self-Referred Episode Noted date: 6/15/2021
Comments: Episode created from referral 29891119

**SmartForms**

**Treatment Plan**

**Providers/Contributing Authors**
Halkar, Meghana G, M.B.B.S.

Strengths/Protective Factors:
Barriers to Treatment:

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 2/26/2024

## 02/26/2024 - Orders Only in Division of Gastroenterology in Rochester, Minnesota

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Lazaridis, Konstantinos N, M.D. |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Division of Gastroenterology in Rochester, Minnesota | 200 1ST ST SW Rochester MN 55905-0001 | 507-293-0256 | 507-284-0538 |

### Reason for Visit

#### Visit Diagnosis

- Genetic Susceptibility To Disease [Z15.89]

### Labs

#### EXT Tapestry [2223096122310] (Final result)

Electronically signed by: **Bade, Elizabeth D on 02/26/24 1433** Status: **Completed**
Ordering user: Bade, Elizabeth D 02/26/24 1433 Authorized by: Lazaridis, Konstantinos N, M.D.
Ordering mode: Standard
Frequency: Routine 02/26/24 - Class: Lab Collect
Quantity: 1 Lab status: Final result
Diagnoses
Genetic Susceptibility To Disease [Z15.89]

**Provider Details**

| Provider | NPI |
|---|---|
| Lazaridis, Konstantinos N, M.D. | 1649240094 |

**Questionnaire**

| Question | Answer |
|---|---|
| Region: | Rochester Region |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| FZRWLAF720 | Saliva | Mouth | 08/24/21 0000 |

**EXT Tapestry [2223096122310]** Resulted: 10/05/21 0000, Result status: Final result

Order status: Completed Filed by: Interface, Mc In Genomic Oru, 609933 02/28/24 1101
Collected by: 08/24/21 0000 Resulting lab: HELIX

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gene Studied | BRCA1,BRCA2,MLH1,MSH2,MSH6,PMS2,EPCAM,APOB,LDLR,LDLRAP1,PCSK9 | — | — | HELI |
| Genetic Disease Assessed | Evaluation of 11 genes associated with Hereditary | — | — | HELI |

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 2/26/2024

**02/26/2024 - Orders Only in Division of Gastroenterology in Rochester, Minnesota (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| | Breast and Ovarian Cancer, Lynch Syndrome and Familial Hypercholesterolemia. | | | |
| Genetic Analysis Overall Interpretation | -- | — | — | HELI |

Result:
Negative results through Tapestry do not replace diagnostic testing for patients with a personal or family history of cancer/hypercholesterolemia due to limitations with methodology. Consider a referral to a genetic counselor for diagnostic testing if warranted.

| | | | | |
|---|---|---|---|---|
| Genetic Analysis Report | -- | — | — | HELI |

Result:
See Tapestry PDF Report
No actionable gene changes were detected in the genes that cause Familial Hypercholesterolemia. The genes tested for this condition were APOB, LDLR, LDLRAP1, and PCSK9.No actionable gene changes were detected in the genes that cause Hereditary Breast and Ovarian Cancer. The genes tested for this condition were BRCA1 and BRCA2.No actionable gene changes were detected in the genes that cause Lynch Syndrome. The genes tested for this condition were MLH1, MSH2, MSH6, PMS2 and EPCAM. Clinical confirmation of actionable variants is advised prior to changing your medical care. Genetic counseling is recommended. This test is not intended to diagnose a disease, determine medical treatment, or tell the user anything about their current state of health. This test is intended to provide users with their genetic information to inform lifestyle decisions and conversations with their doctor. Any diagnostic or treatment decisions should be based on testing and/or other information that your healthcare provider determines to be appropriate for you.
DNA extracted from your saliva sample was captured and enriched using a custom set of reagents (Helix Exome+ chemistry). Targeted regions were then sequenced using an Illumina DNA sequencing system. Alignment to a modified version of GRCh38 and variant calling were completed using a customized version of Sentieon's DNAseq software, requiring 20x coverage for validated variant calls. The test panel is bioinformatically selected from the Helix Exome+. Copy Number Variants (CNVs) were called using a proprietary bioinformatics pipeline that compared the coverage profile of your sample with the coverage profiles of a reference set of other samples. Mayo Clinic GeneGuide then analyzed generated variant data for the exons and 10 bp of flanking intronic sequence (and select tagged intronic variants) of the 11 genes included in Helix Health from the Helix Secure Database. The Analytical Range includes single nucleotide variants (SNVs), indels up to 20 bp in length, and CNVs. Note: CNV sensitivity is limited to events that span two or more exons. For genes involved in Familial Hypercholesterolemia, only variants associated with the condition are reported, while variants associated with other phenotypes such as hypobetalipoproteinemia are not included. Some known complex variants like inversion exon 1-7 in the MSH2 gene (Boland inversion) or exons 11-15 of the PMS2 gene are not analyzed or reported. Finally, it is important to note that this assay cannot detect all variants known to increase disease risk. Specifically, there are regions that are not covered, such as deep intronic, promoter, homopolymer regions greater than 7 bp, and untranslated regions.

| | | | | |
|---|---|---|---|---|
| Human Reference Sequence Assembly | GRCh38 | — | — | HELI |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1352 - HELI** | HELIX | Unknown | Helix<br>10170 Sorrento Valley Road, Suite 100<br>SAN DIEGO CA 92121 | Create - Present |

**Indications**

Genetic Susceptibility To Disease [Z15.89 (ICD-10-CM)]

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Legal Sex: M
Visit date: 2/26/2024

## 02/26/2024 - Orders Only in Division of Gastroenterology in Rochester, Minnesota (continued)

**Labs (continued)**

**EXT Tapestry [2223096122310]**

Electronically signed by: **Bade, Elizabeth D on 02/26/24 1433** Status: **Completed**
Ordering user: Bade, Elizabeth D 02/26/24 1433 Authorized by: Lazaridis, Konstantinos N, M.D.
Frequency: Routine 02/26/24 -
Diagnoses
Genetic Susceptibility To Disease [Z15.89]

**Questionnaire**

| Question | Answer |
|---|---|
| Region: | Rochester Region |

Start Date: 02/26/24 0000 End Date: None

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Saliva | Mouth | 08/24/21 0000 |

**EXT Tapestry: Patient Communication**

Released Not seen

RP Date ID: Apr 15 2024

Apr/15/2024 2:27:10 PM ->123 2/2

Patient Name: Morgason, Michael, DOB: Account No: 24654

7/25/24 1:00

A 214636549 → 10/14/24

## Order Form

**Feigenbaum Neurosurgery, PA**
4925 GREENVILLE AVE. SUITE 1307, BUILDING ONE
DALLAS, TX, 75206-4026
214-242-1389 214-366-3713

Req/Ctrl# (CD-): 49075
**Frank Feigenbaum, M.D.**
NPI: 1215909593
Neurosurgery

**Morgason, Michael,** Male, ID: 24654

**Today: 04/15/2024 02:32 PM**
**Order Date: 07/10/2024 08:13 AM**

**Primary Insurance Name:** BCBS of Texas
**Insurance Address:** PO Box 660044 Suite 200 , DALLAS , TX , 75266
**Subscriber Number:** J4C133994594001
**Insured Name:** Morgason, Kristin L
**Address:**

| Priority | Diagnostic Name | Assessment(s) | Instructions |
|---|---|---|---|
| Routine | **MRI : Sacrum without contrast** bony pelvis w/o 72195 | - G96.191, Perineural cyst | G96.09 Other spinal cerebrospinal fluid leak. Continued sacral radiculopathy symptoms. Please include T2 weighted images + sagittal and axial views. *Please obtain preauthorization prior to scheduling |

[signature]

**Electronically Signed By: Frank Feigenbaum, M.D.**

**Signature of Patient/Guardian**

**Order generated by eClinicalWorks (www.eclinicalworks.com)**

**Morgason, Michael, M,**

To: , Subject: MRI Order, Fax#: 903-223-6020, SendDate: 04/15/2024 02:33:37 AM, page 1/1 [-ufg2.5.1in]

RP Date ID: Jul 25 2024

# MRI PATIENT HISTORY AND SCREENING FORM

Patient Name: Michael Morgason DOB: 07/31/1970
Age: 53 Weight: 170 Height: 5'11" Sex: M / F
List Symptoms In Detail:

Is your problem related to an Injury? Yes / No If so, Date of Injury?
How were you injured? Work / Motor Vehicle Accident / Other

**Do you have, or have ever had any of the following?**

| | | |
|---|---|---|
| Yes | No | Cardiac Pacemaker |
| Yes | No | Heart Stent / Heart Valve : If yes, explain : |
| Yes | No | Implanted Cardiac Defibrillator (ICD) : |
| Yes | No | Brain Aneurysm Clips / Brain Surgery : If yes, explain : |
| Yes | No | Brain Shunt / IVC Filter / Intravascular Coil : |
| Yes | No | Eye Surgery / Metal or Metal Shavings in eye : |
| Yes | No | Orthopedic Pins / Screws / Plates / Rods / Joints / Prosthesis : |
| Yes | No | Neurostimulator / Biostimulator : |
| Yes | No | History of Cancer or Tumors : When? Where? |
| Yes | No | Radiation Therapy / Chemo Therapy : |
| Yes | No | Back Surgery (Lumbar/Thoracic/Cervical) : When? 4/2024 Where? Medical City Dallas TX |
| Yes | No | Ear Surgery / Cochlear Implants / Hearing Aids : |
| Yes | No | Vascular Access Port / Catheter : |
| Yes | No | Metal Mesh Implants / Wire Sutures / Wire Staples or Clips / Internal Electrodes : |
| Yes | No | Electrical / Mechanical / Magnetic Implants : |
| Yes | No | Implanted Drug Infusion Pump / Insulin Pump : |
| Yes | No | Are you pregnant? Last Menstrual Cycle Date? |
| Yes | No | Gunshot Wounds / Shrapnel / BB : |
| Yes | No | Dentures / Partials / Dental Implants : |
| Yes | No | Pins in Hair / Clothes / Hair Extensions / Wig : |
| Yes | No | Piercing / Medicine Patches : |

List ALL Previous Surgeries:
meniscus repair right knee, Thoracic outlet decompression left/right thumb repair at carpal tunnel right hand, sacral laminectomy

MRI Contract History: — Not Applicable to this Exam

| | | |
|---|---|---|
| Have you ever had a MRI contrast? | Yes | No |
| Did you have a reaction? | Yes | No |
| Are you breast feeding? | Yes | No |
| ** Do you have history of Renal disease? | Yes | No |
| ** Do you have history of Hypertension? | Yes | No |
| ** Do you have history of Diabetes? | Yes | No |

I attest that the above information is correct to the best of my knowledge. I have also informed the technologist that I am not pregnant at this time and I give consent to have a contrast agent administered to me if needed for proper diagnosis of my procedure. I acknowledge that I am aware of the possibility of the side effects with contrast and I have had the opportunity to ask questions related to this form, to ask questions regarding the MRI procedure, and I understand the information presented to me.

x Michael Morgason — Patient / Parent / Legal Guardian
x ____ MRI Technologist
7-25-2024 Date

For Technologist Use Only

Type of Contrast: ____ Expiration Date: ____ Time of Injection: ____

Lot # ____ Amount: ____ mL

MORGASON, MICHAEL R 26374-4
53 yrs M 7/25/2024
Young, Matthew

MM.LIN.1311

RP Date ID: Jul 25 2024 2nd ID CONFIRMED

TEXARKANA EMERGENCY CENTER & HOSPITAL

Texarkana Emergency Center
4646 Cowhorn Creek RD
Texarkana, TX 75503
903-838-8000
info@TexarkanaEmergencyCenter.com

MORGASON, MICHAEL

| | | | |
|---|---|---|---|
| MRN: | TKER_26374 | DOB: | |
| Study Date: | 2024-07-25 | Sex: | Male |
| Referring Phys: | FEIGENBAUM | Accession: | |

PROCEDURE INFORMATION:
Exam: MR Pelvis Without Contrast, Sacrum
Exam date and time: 7/25/2024 1:30 PM
Age: 53 years old
Clinical indication: . Sacral laminectomy with removal of tarloff cyst in April follow up today to see progress

TECHNIQUE:
Imaging protocol: Magnetic resonance imaging of the pelvis without contrast. Exam focused on the sacrum.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: Sacral laminectomy changes are seen at the S2-S3 level. No fractures or dislocations. No suspicious bone marrow signal abnormality.
Soft tissues: There has been interval resection of the previously noted small Tarlov cysts in the S2-S3 region. No new Tarlov cysts are seen.

IMPRESSION:
Remote sacral laminectomy changes at S2-S3 for resection of small Tarlov cysts without evidence of recurrence or residual cysts.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY CRYSELA SMITH MD on 07/25/2024 14:05:37; VR-CSMIT041119

RP Date ID: Jul 25 2024

**FINAL**
Texarkana ER Hospital - Emergency Department
4646 Cowhorn Creek Rd, Texarkana, TX 75503
(903) 838-8000

Patient: MORGASON, MICHAEL R
DOB: 53 year/M Wt: Ht:
MRN: 26374
Acct #: 26374-4
DOS: 07/25/2024 12:57

PROVIDER: Jennifer A Clements, RAD
Printed: 07/25/2024 21:03
Nursing Record - Page 1 of 2

# NURSING CHART

**CURRENT VISIT:**
Arrival time: 07/25/2024 12:57. 1. Triage time: 07/25/2024 13:47. Assessment time: 07/25/2024 13:10. Room #: OP MRI. Time to room: 07/25/2024 13:10.

**INITIAL VITALS AT PRESENTATION:**

**CHIEF COMPLAINT:**
Outpatient Therapy

**CURRENT MEDICATIONS:**

**ALLERGIES:**

**MEDICAL PROBLEMS:**

**PCP:**
PCP (out of town)

**MODE OF ARRIVAL:**

***ASSESSMENT***
**Triage performed with Assessment**

**TRIAGE ASSESSMENT:**
**Chief complaint:** Outpatient Therapy

**TRIAGE DISPOSITION:**
Time to room: 07/25/2024 13:10.

**GENERAL ASSESSMENT:**
07/25/2024 13:10.

**FOCUSED ASSESSMENT:**
**Chief complaint:** Outpatient Therapy
**Context:** This patient presents for an outpatient procedure. The patient was referred from a clinic. Orders documentation provided was written order. The patient is to have the following procedure(s): an MRI. The patient will not be seen by a provider.

**EXAMINATION:**

**ORDERS WITHOUT RESULTS:**

**VITALS HISTORY:**

**TREATMENT NOTES:**

**DISPOSITION:**

Nurse Visit/Outpatient Therapy.

**Nurse Visit/Outpatient Therapy** The patient was released to home. The patient's status upon departure was unchanged. The patient was in good condition. * Evaluated by nursing only: no - Physician provider was involved in visit. There was no IV. *TIME OF DEPARTURE: The patient departed the facility at 07/25/2024 13:50.

**SIGN OFF:**

J. Clements, RAD

Chart electronically signed by J. Clements, RAD @ 07/25/2024 13:50:46

RP Date ID: Jul 25 2024

**FINAL**
Texarkana ER Hospital - Emergency Department
4646 Cowhorn Creek Rd, Texarkana, TX 75503
(903) 838-8000

Patient: MORGASON, MICHAEL R
DOB: 53 year/M Wt: Ht:
MRN: 26374 PROVIDER:
Acct #: 26374-4 Printed: 07/25/2024 21:03
DOS: 07/25/2024 12:57 Physician Record - Page 1 of 1

## PHYSICIAN CHART

**CHIEF COMPLAINT:**
Outpatient Therapy

**VITALS HISTORY:**

**CURRENT MEDICATIONS:**

**ALLERGIES:**

**MEDICAL PROBLEMS:**

**MODE OF ARRIVAL:**

**HISTORY OF PRESENT ILLNESS:**

**ROS**

**PAST MEDICAL HISTORY (PHYS):**

**FAMILY HISTORY (PHYS):**

**SOCIAL HISTORY (PHYS):**

**INITIAL VITALS AT PRESENTATION:**

**PHYSICAL EXAMINATION**

**DIAGNOSTIC CONSIDERATIONS FOR OUTPATIENT THERAPY:**

**PROVIDER TREATMENT NOTES:**

**ORDERS AND RESULTS:**

**PROCEDURES:**

**IMPRESSION:**

**DISPOSITION (PHYS):**
Nurse Visit/Outpatient Therapy.

**SIGN OFF:**

**CONSULTATION(S):**

**STO SIGN OFF:**

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 8/21/2024 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

**History**

**History of Present Illness** (Wrist)

The patient returns today and is having some recurring carpal tunnel symptoms on the left hand. They had several months of complete relief with the previous carpal tunnel injection. Symptoms are recurring despite wearing night braces

**Exam**

| | |
|---|---|
| **Wrist** | No thenar atrophy. Good finger range of motion. Mildly positive median nerve compression test. |

**Vital Signs**

| | |
|---|---|
| **Height** (in) | 70.0 |
| **Weight** (lbs) | 165.0 |
| **BMI** | 23.7 |

**Diagnosis**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |

**Plan**

| | |
|---|---|
| **Wrist** | Treatment options were discussed with the patient. The patient would like to have the injection repeated. Patient understands that if this continues to recur that surgery may be necessary to resolve symptoms. Patient tolerated injection fine and will return to see us as needed. |
| **General** | BMI is documented within normal parameters and no follow-up plan is required. |
| **General** | Patient screened for tobacco use and identified as a user but did not receive tobacco cessation counseling report. |

**Procedure**

**Left** **Wrist** INJECTION, Therapeutic, Carpal Tunnel

The left palmar wrist was cleansed and prepped from the injection. The carpal tunnel was injected with 1.5 cc of Kenalog and 1.5 cc 2% Lidocaine. The injection was given just proximal to the wrist flexion crease in line with the ring finger ray and the ulnar flexor bursa. The patient tolerated the procedure fine. Before the injection was given, the risks and benefits were discussed with the patient.

**Hugh Frederick,MD**
Electronically signed on 8/22/2024 3:10 PM

Marc Whitehead, Esq.
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

J. Anthony Vessel, Esq.
*Partner | Mediator*

Britney McDonald, Esq.
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Selina Valdez, Esq.
*Managing Attorney | Veterans Disability*

Marla Briscoe, Esq.
*Managing Attorney | Mass Torts*

Erin Svetlik, Esq.
*Jr. Managing Attorney*

Diana Berry, Esq.
*Chief Operating Officer*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Long-Term Disability Claim File provided by Lincoln (bate-stamped for reference, but not included in mailing)<br>Bate Stamped: MM.LIN.1-1301 |
| **A-2.** | Advanced Cardiovascular Specialists, medical records<br>Bate Stamped: MM.LIN.1302-1305 |
| **A-3.** | Orthopedic Institute of Dallas, medical records<br>Bate Stamped: MM.LIN.1306-1307 |
| **A-4.** | Orthopedic Hand and Wrist Surgery, medical records<br>Bate Stamped: MM.LIN.1308-1309 |
| **A-5.** | Texarkana ER Hospital, medical records<br>Bate Stamped: MM.LIN.1310-1315 |
| **A-6.** | Mayo Clinic, gastroenterology medical records<br>Bate Stamped: MM.LIN.1316-1334 |
| **A-7.** | UAMS Medical Center, medical records<br>Bate Stamped: MM.LIN.1335-1455 |
| **A-8.** | Surgical Questionnaire completed by Mr. Morgason<br>Bate Stamped: MM.LIN.1456-1463 |
| **A-9.** | Medical Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1464-1465 |
| **A-10.** | Neurology Opinion Residual Functional Capacity Form<br>Bate Stamped: MM.LIN.1466-1469 |
| **A-11.** | Medical Affidavit<br>Bate Stamped: MM.LIN.1470-1476 |

*address* **403 Heights Blvd, Houston TX, 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *Online* **DisabilityDenials.com**

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 26, 2024

MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD
HOUSTON, TX 77007

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Whiteahd:

We are writing in reference to your client's claim for Long Term Disability.

The file you requested will be sent via email with a link. You will only have 24 hours to access the link once it is sent.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Kathryn Oliver
Assisting on behalf of Jamie Catlett
800-423-2765 x6581
Associate, LTD Claims
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Fax Transmission

**To:** 18778433950@shoretelfax.com

**Fax:** 18778433950

**RE:** Claimant: Michael Morgason Claim No.: 1210046

**From:** Melissa High

**Date:** 8/15/2024 8:35:52 AM PDT

**Pages:** 6

---

**Comments:**

Sincerely,

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Melissa High
Marc Whitehead & Associates
403 Heights Blvd.
Houston, TX 77007
Phone:
713.228.8888
website<http://www.disabilitydenials.com/> |
vCard<http://www.dynasend.com/signatures/vcard/Melissa-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/Marc+Whitehead+%26+Associates+Attorney+at+Law,+LLP/@29.7620816,-95.4203077,16z/data=!4m5!3m4!1s0x8640c0c9cab2bb37:0x2670a17bed29bc0c!8m2!3d29.762077!4d-95.415925!5m1!1e3>
| email<mailto:Melissa@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Google+]<https://plus.google.com/u/0/109791283891741893813/about?%20rel=author>

Marc Whitehead, Esq.
*Managing Partner*
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified, Social Security Disability Law*
*National Board of Trial Advocacy*

J. Anthony Vessel, Esq.
*Partner | Mediator*

Britney McDonald, Esq.
*Partner | Mediator*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Madison Donaldson, Esq.
*Managing Attorney | Mass Tort*

Selina Valdez, Esq.
*Managing Attorney | Veterans Disability*

Diana Singson, Esq.
*Chief Operating Officer*

Shane Kadlec, Esq.
Of Counsel
*Board Certified, Personal Injury Trial Law*
*Texas Board of Legal Specialization*

August 15, 2024

***<u>Via Facsimile: (877) 843-3950</u>***

Attn: Theresa Henderson
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Re: Claimant: Michael Morgason
Claim No.: 1210046281

Dear Ms. Henderson:

This firm represents Mr. Michael Morgason in his claim for denied disability benefits. Please be advised that this firm retains a financial interest in the outcome of this claim. Please read this entire letter carefully.

Prior correspondence indicates that you have issued a denial for Long Term Disability benefits. We believe there is additional evidence that will become available soon that justifies granting of the requested benefits. Mr. Michael Morgason has signed an authorization (attached) which directs any future benefit payments to be forwarded directly to this office.

**Please accept this letter as legal notice of Mr. Michael Morgason's intent to appeal your decision denying benefits under the above referenced policy. This letter is tendered to comply with any notice deadline that may apply.**

**Upon review of the file, it appears that this claim is not ERISA preempted. If you contend that ERISA applies to this claim, we believe you have an affirmative duty to notify this office at once and provide documentation of same.**

**At this time, Claimant is requesting additional time to further develop the administrative record with regard to this claim. We hereby ask for 180 days from the date of your denial letter to complete development of the administrative record as outlined above. Further, we reserve the right to request additional time if so needed. If this procedure is not agreeable to you, we ask that you immediately notify this office of your objections in writing. The request is made in a good faith effort to comply with all policy requirements.**

*address* 403 Heights Blvd, Houston TX, 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *Online* DisabilityDenials.com

In addition, we request copies of all pertinent documents relating to the decision to deny Mr. Michael Morgason's disability benefits. We are entitled to copies of these documents without charge. These documents include but are not limited to the following:

a) A complete copy of Mr. Morgason's claim file including application or enrollment information, claims record, claim status, patient management records, all correspondence, medical reports and records, pertinent excerpts from claims manual, in-house memoranda, all reports and records from contracted sources whether relied upon or not, the identity of all consulting physicians, including those not rely upon in making any claims decisions, all other records used to determine Mr. Morgason's claim.

b) A list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating claimant's claim.

**If you believe any event has occurred that has triggered any future deadline that may affect Mr. Michael Morgason's rights under the policy, you have a duty as a fiduciary to disclose those deadlines to your insured through this office immediately. As such, we request that you disclose any deadlines imposed under the policy that you believe are pending, will be pending upon any event in the future or that you believe have already expired. Further, if you have information that there may be other insurance policies or insurance carriers that may provide benefits to the Claimant because of their disability, please disclose this information in writing.**

We take the position that any materials not provided to us in response to this letter are inadmissible in a subsequent lawsuit. Further, requests made under this letter constitute a continuing request and corresponding duty on your part for any documents or information obtained in the future.

Attached please find a signed release authorizing you to release all medical, employment and other records to this office. Please provide the requested information on a CD, thumb drive, or by e-mail (aggie@marcwhitehead.com, melissa@marcwhitehead.com), if possible. We look forward to receiving these documents within 30-days.

Sincerely,

*Marc Whitehead*

Marc Whitehead
Board Certified Attorney
Personal Injury Trial Law
Texas Board of Legal Specialization

Attachments: Authorization for Release of Confidential Information Instructions to Insurance Company to Send Claim Information to My Attorney

# LIMITED POWER OF ATTORNEY AND ASSIGNMENT OF DISABILITY BENEFITS

I, Michael Morgason, do constitute and appoint Marc Whitehead & Associates, L.L.P., of Houston, Harris County, Texas, my lawful attorney in my name, place, and stead to **demand and receive** any and all sums of money due to me for back due and future Short and Long Term disability benefits. This includes all ancillary benefits, such as, but not limited to waiver of premium benefits.

I hereby authorize and direct the below referenced Insurance Carrier/Disability Plan Administrator to make payment for any past or future disability benefits due to me to be made directly to Marc Whitehead & Associates, L.L.P., 403 Heights Boulevard, Houston, Texas 77007.

I hereby assign and grant a lien on all money collected on my behalf under this agreement to Marc Whitehead & Associates, L.L.P.

**I further acknowledge and direct that the below referenced Insurance Carrier/Disability Plan Administrator to take notice that I have a contractual relationship with Marc Whitehead & Associates, L.L.P. regarding said assignment of benefits. I further direct said Insurance Carrier/Disability Plan Administrator to comply with the instructions in this document.**

I agree that all funds received will be deposited into my attorney's IOLTA trust fund. My attorney has authority to write checks against this trust fund to pay expenses and legal fees as necessary. I give my attorney authority to endorse my signature by permission to deposit any funds into said trust fund. My attorney is hereby granted a power of attorney so that he will have full authority to prepare, sign and file all legal instruments, pleadings, drafts, authorizations, checks and papers as shall be reasonably necessary to carry out and conclude this representation including settlement and/or reducing to possession any and all monies or other things of value due to me under this claim as fully as I could do so in person. My attorneys are also authorized and empowered to act as my negotiator in any and all settlement negotiations concerning the subject of this Agreement.

Insurance Carrier/Disability Plan Administrator: Lincoln Finacial

My Social Security number: ______

Claim No.: ______

Group No: ______

Employer: Texarkana Independent School ~~District~~

My Date of Birth: 7/31/1970

Michael Morgason
Printed Name

Michael Morgason
Signature

07 / 17 / 2024
Date

Doc ID: 302308782b7e0da9ab314b91309210b0b5903e2c

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: The Lincoln National Life Insurance Company RE: Michael Morgason

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

The Lincoln National Life Insurance Company

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from any & all to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of Michael Morgason.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Marc Whitehead & Associates, LLP<br>
403 Heights Boulevard<br>
Houston, Texas 77007

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 15th day of August, 2024.

Michael Morgason

| | |
|---|---|
| Patient's Signature or Other Legally Responsible Person | Relationship to Patient (If other than Patient) and Description of Authority |
| 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 | 7/31/1970 |
| Patient's Social Security Number | Patient's Date of Birth |

Date: Wed Jul 10 15:55:14 CDT 2024
From: Theresa Henderson <Theresa.Henderson@lfg.com>
To: morgason2@gmail.com
Message-ID: <1562057770.3.1720644914907.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Theresa Henderson**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765 ext 7277
Phone: 800-423-2765 *7277
Fax: 402-361-1460
Email: Theresa.Henderson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 10, 2024

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Michael:

We have completed our review of your Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 05/19/2024. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To receive benefits under the policy issued to Texarkana Independent School District, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

TOTAL DISABILITY or TOTALLY DISABLED will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

BENEFIT. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

OWN OCCUPATION PERIOD means a period beginning at the end of the Elimination Period and ending 36 months later for Insured Employees.

This policy has a 36 month Own Occupation Period which ended on 05/19/2024. In order to be considered Totally Disabled beyond this date, the medical evidence must support that you would be unable to perform each of the main duties of any occupation for which you are qualified. As such, in considering whether you qualify for Long Term Disability benefits beyond 05/19/2024, we evaluated whether you would be restricted or limited from performing the main duties of any occupation for which you are qualified.

Your entire file was reviewed upon appeal. Disability must be supported from 05/19/2024 forward, which was the focus of our determination.

**Summary of Initial Claim Filing**

As you know your claim was originally approved from 05/19/2021 to 05/19/2024 as we found you met the definition of Total Disability that applied during that period. Benefits were terminated as of 05/19/2024, because we determined you were not Totally Disabled from performing the main duties of any occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from an independent physician who is Board Certified in Physical Medicine & Rehabilitation and in Pain Medicine. For complete details please refer to our letter dated 02/22/2024.

**Summary of Appeal**

On 05/23/2024, you filed an appeal in response to our determination to terminate benefits. Additional information was submitted with your appeal.

On appeal we consulted with an independent physician who is Board Certified in Neurology/Pain Management. Dr. Sameer Jain completed a medical review that states in part:

*The claimant underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating on 4/10/24. He was placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery showed significant improvement in his symptoms, he was able to perform daily walking, and there was resolution of his numbness. Nonetheless, restrictions are warranted.*

*Sitting: Unrestricted*
*Standing: Frequently*
*Walking: Frequently*
*Lifting: Occasionally, up to 20 lbs. BUE*
*Carrying: Occasionally, up to 20 lbs. BUE*
*Pushing: Occasionally, up to 20 lbs. BUE*
*Pulling: Occasionally, up to 20 lbs. BUE*
*Climbing stairs: Frequently*
*Balancing: Frequently*
*Stooping: Frequently*
*Kneeling: Frequently*
*Crouching: Frequently*

*Crawling: Frequently*
*Reaching: Frequently overhead and below waist, BUE; Unrestricted to desk level, BUE*
*Use lower extremities for foot control: Frequently BLE*
*Fine manipulation: Unrestricted BUE*
*Simple and firm grasping: Unrestricted BUE*

*The above-recommended restrictions and limitations are indicated from 5/19/2024 and forward with reassessment on or around 12/30/24.*

A copy of Dr. Jain's medical review/findings was sent to you on 06/17/2024 to review and provide any written documents in response to these findings. You responded with a letter dated 07/03/2024 noting your disagreement with the physician report. In addition, you provided an Abilities Form completed by Dr. Frank Feigenbaum dated 06/25/2024. This information was reviewed and considered; however, did not change the outcome of our review. The medical records provided by your treating physician(s) do not support a Total Disability during the time period in question. The follow-up notes from your physician reveals you are doing well post-op, bilateral lower extremity symptoms have improved, walking daily, and resolution of buttocks and perineal numbness.

**Appeal Decision**

We understand that you have been diagnosed with but not limited to pain in right lower limb, sacral meningeal cysts, and low back pain. However, our review of the medical documentation, which included consultation with and/or review of a written report from an independent physician who is Board Certified in Neurology/Pain Management, does not support restrictions and limitations that would render you unable to perform each of the main duties of any gainful occupation that you have the training, education, and experience to perform beyond 05/19/2024. We therefore find that you are no longer Totally Disabled under the terms of the policy.

The medical records from Dr. Frank Feigenbaum on 04/10/2024 states you underwent procedure of S2/S3 nerve root meningeal cyst/Tarlov cyst and sacral lamina reconstruction with resorbable plating. The post-op diagnosis revealed intra-sacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

You were seen at Feigenbaum Neurosurgery, PA on 04/15/2024 for a follow-up visit. It is noted you are 1 week post-sacral meningeal cyst treatment. The medical record documents your pre-surgical symptoms have decreased, and bilateral lower extremity symptoms have improved. The progress note further states post-op you are doing well, walking daily, and sitting comfort is stable. The progress note indicates resolution of buttocks and perineal numbness. The assessment documents perineural cyst with full strength and sensation at baseline, no calf tenderness and incision healing well.

The medical records do not reveal a significant physical and/or functional loss. The exams and testing do not support severe findings. There is insufficient documented evidence of significant neurologically impairing condition, high grade weakness and instability, sensory and motor deficits, dexterity or coordination problems from performing in a sedentary occupation. The medical findings do not support significant or severe musculoskeletal or physical functional impairments that would preclude sitting, (with reasonable breaks and positional changes throughout the day), standing and walking, and lifting up to 10 lbs. occasionally. We

understand you may report symptoms; however the medical evidence does not support you continue to meet the policy provision of Totally Disabled.

**Vocational**

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 713.687-026 | Lens Inserter | $2,957.07/Mo. | Sedentary |
| 559.687-010 | Ampoule Examiner | $3,659.07/Mo. | Sedentary |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 07/10/2027.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Theresa Henderson
800-423-2765 *7277
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth:

Occupation: Claim Number: 1210046281

Date of Last Office Visit: 4/15/2024 Date of Next Office Visit:

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: [signature] Date: 6/25/2024

Provider Printed Name: Frank Feigenbaum Degree: ☒ MD ☐ DO Other

Specialty: Neurosurgery Phone: 214-242-1389

**OR**

☒ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | X | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X | | | |
| Stand | | X | | | |
| Walk | | X | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | X | | | |
| Finger | | X | | | R / L / Both |
| Handle | | X | | | R / L / Both |
| Operate Foot Controls | X | | | | R / L / Both |
| Reach above the shoulder | | X | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No Specify:

Specific Limitations or Restrictions not noted above: Avoid pushing and pulling activity for 3 months. Minimize bending and twisting for 4-8 weeks

Limit sitting/standing to 45 minutes to 1 hour at a time with frequent breaks.

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 6/25/2024

Provider Printed Name: Frank Feigenbaum Degree: ☒ MD ☐ DO Other

Specialty: Neurosurgery Phone: 214-242-1389

Address: 4925 Greenville Ave. Suite 1307 Dallas, TX. 75206

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

JUL - 8 2024

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

July 3, 2024

To Whom It My Concern:

Please see the attached abilities form that was completed last week.

I disagree with the Board Certified Physician report dated 06/12/2024 as it states on Page 5 that sitting is unrestricted. However, I cannot sit for more than a few minutes without having to recline, lay down on either side & apply ice packs. I have been told that this pain is typical of patients after this type of surgery.

I will have a follow up MRI soon to determine how well the area is healing after the laminectomy. Please feel free to call me should you have any questions regarding this info. My phone # is 903-490-0726.

Thank you,

Michael Morgason

---------- Forwarded message ---------
From: **Heather Walden** <HWalden@frankfeigenbaum.com>
Date: Tue, Jun 25, 2024, 12:47 PM
Subject: RE: Disability form
To: mk6708

Here is a copy of the completed form. I also faxed it back to Lincoln at the number on the top.

Heather walden

Revenue Cycle Management – Billing Office

Phone: 214-242-1397 | Fax: 469-942-8553

**hwalden@frankfeigenbaum.com**

Correspondence mailing address: PO BOX 952706 St. Louis, MO. 63195-2706

upload image

**Frankfeigenbaum.com**

Office Address: **4925 Greenville Ave. Suite 1307 Dallas, TX. 75206**

Phone: 214-242-1389 | Fax: 214-366-3713

Business Hours: CST: Monday – Friday 8:00 AM – 4:30 PM

*The documents accompanying this transmission may contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.*

JUL - 8 2024

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

July 3, 2024

To Whom It My Concern:

Please see the attached abilities form that was completed last week.

I disagree with the Board Certified Physician report dated 06/12/2024 as it states on Page 5 that sitting is unrestricted. However, I cannot sit for more than a few minutes without having to recline, lay down on either side & apply ice packs. I have been told that this pain is typical of patients after this type of surgery.

I will have a follow up MRI soon to determine how well the area is healing after the laminectomy. Please feel free to call me should you have any questions regarding this info. My phone # is 903-490-0726.

Thank you,

Michael Morgason

---------- Forwarded message ---------
From: **Heather Walden** <HWalden@frankfeigenbaum.com>
Date: Tue, Jun 25, 2024, 12:47 PM
Subject: RE: Disability form
To: mk6708

Here is a copy of the completed form. I also faxed it back to Lincoln at the number on the top.

Heather walden

Revenue Cycle Management – Billing Office

Phone: 214-242-1397 | Fax: 469-942-8553

**hwalden@frankfeigenbaum.com**

Correspondence mailing address: PO BOX 952706 St. Louis, MO. 63195-2706

upload image

**Frankfeigenbaum.com**

Office Address: **4925 Greenville Ave. Suite 1307 Dallas, TX. 75206**

Phone: 214-242-1389 | Fax: 214-366-3713

Business Hours: CST: Monday – Friday 8:00 AM – 4:30 PM

*The documents accompanying this transmission may contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.*

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason    Date of Birth:

Occupation:    Claim Number: 1210046281

Date of Last Office Visit: 4/15/2024    Date of Next Office Visit:

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: [signature]    Date: 6/25/2024

Provider Printed Name: Frank Feigenbaum    Degree: ☒ MD ☐ DO Other

Specialty: Neurosurgery    Phone: 214-242-1389

**OR**

☒ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | X | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X | | | |
| Stand | | X | | | |
| Walk | | X | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | X | | | |
| Finger | | X | | | R / L / Both |
| Handle | | X | | | R / L / Both |
| Operate Foot Controls | X | | | | R / L / Both |
| Reach above the shoulder | | X | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No    Specify:

Specific Limitations or Restrictions not noted above: Avoid pushing and pulling activity for 3 months. Minimize bending and twisting for 4-8 weeks
Limit sitting/standing to 45 minutes to 1 hour at a time with frequent breaks.

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature]    Date: 6/25/2024

Provider Printed Name: Frank Feigenbaum    Degree: ☒ MD ☐ DO Other

Specialty: Neurosurgery    Phone: 214-242-1389

Address: 4925 Greenville Ave. Suite 1307 Dallas, TX. 75206

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

JUL - 8 2024

FedEx

ORIGIN ID:TXKA (903) 832-0340
KRISTIN MORGASON
CADENCE BANK
5702 RICHMOND RD.

TEXARKANA, TX 75503
UNITED STATES US

SHIP DATE: 05JUL24
ACTWGT: 0.25 LB
CAD: 255685265/INET4535

BILL SENDER

TO ATTN: APPEALS
LINCOLN NATIONAL LIFE INS CO
8801 INDIAN HILLS DR

OMAHA NE 68114
(800) 423-2765 REF:
INV:
PO: DEPT:

FedEx Express

E

MON - 08 JUL 5:00P
STANDARD OVERNIGHT

TRK# 0201 7772 3626 3213

XS OMAA

68114
NE-US OMA

Insert shipping document here.

...ecimens in this packaging.

# F A X S H E E T

| | |
|---|---|
| Date: | 06/25/2024 12:46:16 AM |
| To: | |
| Subject: | Patient Document |
| Fax Number: | 8778433950 |
| To Company: | |
| From Name: | Walden, Heather |
| From Company: | Feigenbaum Neurosurgery, PA |
| From Facility: | Feigenbaum Neurosurgery, PA |
| Support Contact: | |
| Number of Pages(s): | 4 |

**The documents accompanying this telecopy transmission contain confidential information belonging to the sender that may be legally privileged. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone at the number above to arrange for return of the original document to us. Thank you.**

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: ______

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: 4/15/2024 Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: [signature] Date: 6/25/2024

Provider Printed Name: Frank Feigenbaum Degree: ☒ MD ☐ DO Other______

Specialty: Neurosurgery Phone: 214-242-1389

**OR**

☒ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | X | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X | | | |
| Stand | | X | | | |
| Walk | | X | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | X | | | |
| Finger | | X | | | R / L / Both |
| Handle | | X | | | R / L / Both |
| Operate Foot Controls | X | | | | R / L / Both |
| Reach above the shoulder | | X | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No Specify: ______

Specific Limitations or Restrictions not noted above: Avoid pushing and pulling activity for 3 months. Minimize bending and twisting for 4-8 weeks
Limit sitting/standing to 45 minutes to 1 hour at a time with frequent breaks.

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 6/25/2024

Provider Printed Name: Frank Feigenbaum Degree: ☒ MD ☐ DO Other______

Specialty: Neurosurgery Phone: 214-242-1389

Address: 4925 Greenville Ave. Suite 1307 Dallas, TX. 75206

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Mon Jun 17 13:08:47 CDT 2024
From: Theresa Henderson <Theresa.Henderson@lfg.com>
To: morgason2@gmail.com
E-confirmation from Lincoln Financial Group
Message-ID: <1181403974.125.1718647727626.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Theresa Henderson**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765 ext 7277
Phone: 800-423-2765 *7277
Fax: 402-361-1460
Email: Theresa.Henderson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 17, 2024

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Michael:

This letter is in regard to your appeal for Long Term Disability benefits.

As part of your appeal review, your medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information or comments must be received within 21 days.

The 21-day period will expire on **07/08/2024**. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response. If we do not receive a response by **07/08/2024**, then we will render a decision based on the information currently in the file.

In addition, we are approaching our initial deadline for deciding your appeal under the policy issued to your employer and have not yet reached a determination as we have enclosed a copy of the medical review completed on appeal for your review. An extension of time to process your appeal is required. Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide your appeal.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Theresa Henderson
800-423-2765 *7277
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**June 12, 2024**

**Claimant Name: Michael Morgason**

**Claim #: 1210046281**

**Primary Diagnosis: Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, pain**

**DOD: 11/20/2020**

**DOR: 5/31/2024**

**Job Title: Maintenance Worker, Municipal**

**ECN #: 268828-1**

**Specialty: Neurology/Pain Management**

# Sameer Jain, MD
## *Board-Certified in Neurology*
## *Pain medicine*

CLAIMANT NAME: Morgason, Michael
EXAMINER: Sameer Jain, MD
ECN #: 268828-1
CLAIM #: 1210046281
DATE OF LOSS: 11/20/2020
DATE OF SERVICE: 6/12/2024

**Peer Review**

This is a peer review regarding Morgason, Michael. I have been asked to review the medical records on behalf of ECN. I reviewed records from 11/11/2020 through 04/15/2024 including:

- Joseph W. Milner Jr., MD / Diagnostic Radiology, on 12/23/2020
- Sebro Ronnie A., MD / Diagnostic Radiology, on 11/01/2021
- Farres Houssam, MD / Critical Care Surgery, on 11/01/2021
- Joseph M. Bestic, MD / Diagnostic Radiology, on 05/25/2022
- Rupert O. Stanborough, MD / Diagnostic Radiology, on 05/25/2022
- Jason R. Young, MD / Diagnostic Radiology, on 05/25/2022
- Ray D. Smith, MD / Cardiovascular Disease, on 08/07/2023
- Becker Justin, on 10/09/2023
- McGee Thomas, on 10/16/2023
- Syed M. Hussaini, MD / Neurology & Psychiatry, extending from 11/11/2020 to 12/07/2020
- Jiaqi Yao, MD / Clinical Neurophysiology, on 02/23/2021
- Shaida Khan, DO / Neurology, extending from 03/01/2021 to 06/07/2021
- Lori Watumull, MD / Diagnostic Radiology, on 03/05/2021
- Pamela Ruz, OTR / Occupational Therapist, extending from 05/26/2021 to 07/21/2021
- Meghana G. Halkar, MBBS / Chronic Inflammatory Bowel Disease on 07/29/2021
- Alayna Hofeling, OTR / Occupational Therapist, on 08/18/2021
- Ivey Joseph A. III, MD / Urology, on 11/02/2021
- Butterfield Stacy A., RN / Registered Nurse, on 09/23/2021
- Dimberg Elliot L., MD / Neurologist, on 11/01/2021
- Cheshire William P., MD / Neurologist, on 03/07/2022
- Dr. Frank Feigenbaum, extending from 12/14/2023 to 04/10/2024
- Christopher Lamb, MD / Neurology, on 03/07/2022
- Spencer Gardner Luke S., MD / Orthopedic Surgery, on 06/21/2022
- Nora Osborn, PA-C / Certified Physician Assistant, extending from 05/26/2022 to 06/21/2022
- Melissa B., on 06/21/2022
- John K. Evans, DO / Physical Medicine & Rehabilitation, extending from 03/08/2022 to 08/04/2022

- Mark Friedrick B. Hurdle, MD / Pain Medicine, on 10/25/2022
- Oleksandr Trofymenko, MD / Psychiatrist, on 10/28/2022
- Qu Wenchun, MD / Pain Medicine, extending from 08/31/2022 to 11/16/2022
- Hugh Frederick, MD / Orthopedic Surgery, extending from 03/31/2021 to 05/24/2023
- Sandeep Rajan Singh, MD / Cardiovascular Disease, on 06/12/2023
- Ray D. Smith, MD / Cardiology, on 08/07/2023
- Unknown Provider, on 08/07/2023
- William H. Haynie Jr., MD / Cardiology, extending from 07/10/2023 to 08/10/2023
- Matthew Nix, MD / Family Medicine, extending from 11/18/2022 to 09/11/2023
- Andres Morales, extending from 02/17/2023 to 11/10/2023
- Bradley Cubitt, MD / Pain Medicine, on 12/27/2023
- Brandi Petrea, RN / Registered Nurse, on 03/11/2024
- Madelene Martin, on 04/15/2024

The claimant is a 53-year-old male with a medical history significant for Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, and pain.

12/23/2020, Joseph W. Milner Jr., MD / Diagnostic Radiology: The claimant presents for an MRI of the cervical as well as the lumbar spine. The procedure showed abnormal disc and degenerative vertebral findings are evident without significant central canal stenosis, the right C5-6 neural foramen is mildly narrowed.

11/01/2021, Sebro Ronnie A., MD / Diagnostic Radiology: The claimant presents for an MRI of the lumbar spine. The procedure showed a normal lumbosacral plexus, however, there are multiple sacral Tarlov cysts and perineural cysts noted, which some clinicians believe may contribute to symptoms.

05/25/2022, Rupert O. Stanborough, MD / Diagnostic Radiology: The claimant presents for an X-ray of the lumbar spine. The procedure showed lumbar vertebral body heights are maintained but there is mild retrolisthesis of L4 on L5, there is no dynamic instability, and there is mild L4-5 degenerative disc disease and lower lumbar facet osteoarthritis.

05/25/2022, Jason R. Young, MD / Diagnostic Radiology: The claimant presents for a CT bone scan. The procedure showed mild left L5-S1 disc space-associated activity which may be a pain generator in the proper clinical context.

08/07/2023, Ray D. Smith, MD / Cardiovascular Disease: The claimant presents for a bilateral lower extremity arterial ultrasound and Doppler examination report. The procedure showed bilateral arteries are patent with no evidence of flow-limiting stenosis seen.

10/09/2023, Becker Justin: The claimant presents for an MRI of the lumbar spine. The procedure showed no MRI evidence of acute abnormality, multilevel discogenic degenerative changes greatest at L5-S1 which results in results in mild right and mild-to-moderate left neuroforaminal narrowing, no central spinal canal stenosis is observed at

any level, there is multilevel facet arthropathy, and straightening of the normal lumbar lordotic curvature.

10/16/2023, McGee Thomas: The claimant presents for an MRI of the lumbar spine. The procedure showed slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia without any focal dilation, mass lesions, abnormal enhancement, or other associated abnormalities.

12/22/2023, Bradley Cubitt, MD / Pain Medicine: The claimant presents for a procedure. He underwent a bilateral S3 selective nerve root block. His pre/post-op diagnosis was lumbar radiculopathy and sacral radiculopathy.

01/10/2024, Dr. Frank Feigenbaum: The claimant presents for a follow-up visit for sacral meningeal cysts. It was noted that he is known to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. His symptoms included low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, perineural pain/numbness, right pelvic pain, right groin pain/numbness. His assessment showed perineural cysts.

04/10/2024, Dr. Frank Feigenbaum: The claimant presents for a procedure. He underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating. His pre/post-op diagnosis was noted to be intra-sacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

04/15/2024, Madelene Martin: The claimant presents for a follow-up visit. He is 1 week post-sacral meningeal cyst treatment. It was noted that his pre-surgical symptoms have decreased, he reported that his bilateral lower extremity symptoms have improved, he is doing well post-op, he is walking daily, and his sitting comfort is stable. He is taking Norco 5mg and Robaxin 750mg for his symptoms. The claimant also has a resolution of buttocks as well as perineal numbness. His assessment showed a perineural cyst with full strength and sensation at baseline and no calf tenderness.

**DIAGNOSES:**

Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, pain

**CALL ATTEMPTS:**

6/6/2024 at 09:49AM, Called Dr. Feigenbaum's office, left a message at Feigenbaum Neurosurgery on the general office line. Contact number used for outreach: 214-242-1389

6/7/2024 at 09:14AM, Called Dr. Feigenbaum's office, left an additional message at Feigenbaum Neurosurgery on the general, office line. Contact number used for outreach: 214-242-1389

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis (es) with ICD 10 Code(s).**

Perineural Cyst- G96. 191
Lumbosacral radiculopathy- M54. 17

2. **If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

Please see below.

4. **Based on the medical findings, please provide a description of the claimant`s impairments, and how these would translate into functional limitations or medically appropriate restrictions from 5/19/2024 and forward.**

    a. **For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

    b. **Please provide the maximal physical / functional capacities the claimant retains and can safely perform at with specific from and to dates.**

The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine showing significant degeneration of the spine. The claimant underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating on 4/10/24. He was placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery showed significant improvement in his symptoms, he was able to perform daily walking, and there was resolution of his numbness. Nonetheless, restrictions are warranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist, BUE; Unrestricted to desk level, BUE
Use lower extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forward with reassessment on or around 12/30/24.

5. **Are the restrictions or limitations placed upon the claimant`s physical/functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

There are no recommendations of restrictions and/or limitations by treating providers within the period of review.

6. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/19/2024 forward, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from 5/19/2024 forward.

The claimant is a 53-year-old male with a medical history significant for Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, and pain.

The claimant was seen on 10/9/23 by Becker Justin for an MRI of the lumbar spine. The procedure showed no MRI evidence of acute abnormality, multilevel discogenic degenerative changes greatest at L5-S1 which results in mild right and mild-to-moderate

left neuroforaminal narrowing, no central spinal canal stenosis is observed at any level, there is multilevel facet arthropathy, and straightening of the normal lumbar lordotic curvature. McGee Thomas saw him on 10/16/23 for an MRI of the lumbar spine. The procedure showed slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia without any focal dilation, mass lesions, abnormal enhancement, or other associated abnormalities. Bradley Cubitt, MD / Pain Medicine saw him on 12/22/23 for a procedure. He underwent a bilateral S3 selective nerve root block. His pre/post-op diagnosis was lumbar radiculopathy and sacral radiculopathy. Dr. Frank Feigenbaum saw him on 1/10/24 for a follow-up visit for sacral meningeal cysts. It was noted that he is known to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. His symptoms included low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, perineural pain/numbness, right pelvic pain, right groin pain/numbness. His assessment showed perineural cysts. He was seen on 4/10/24 for a procedure. He underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating. His pre/post-op diagnosis was noted to be intra-sacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. Madelene Martin saw him on 4/15/24 for a follow-up visit. He is 1 week post-sacral meningeal cyst treatment. It was noted that his pre-surgical symptoms have decreased, he reported that his bilateral lower extremity symptoms have improved, he is doing well post-op, he is walking daily, and his sitting comfort is stable. He is taking Norco 5mg and Robaxin 750mg for his symptoms. The claimant also has a resolution of buttocks as well as perineal numbness. His assessment showed a perineural cyst with full strength and sensation at baseline and no calf tenderness.

The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine showing significant degeneration of the spine. The claimant underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating on 4/10/24. He was placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery showed significant improvement in his symptoms, he was able to perform daily walking, and there was resolution of his numbness. Nonetheless, restrictions are warranted.

7. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**8. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

Sincerely,

**Sameer Jain, MD**
**Board certified, neurology and pain management**
**Medical License AR E-11173**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Michael Morgason
Claim Number: 1210046281
Case Number: 268828-1

"I, Sameer Jain, MD, am a physician duly licensed to practice medicine in the State of _____AR________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sameer Jain 6/12/2024

_______________________________________________________________________________

Signature of Physician Date

Medical/Professional License # **AR E-11173**

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**June 12, 2024**

**Claimant Name: Michael Morgason**

**Claim #: 1210046281**

**Primary Diagnosis: Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, pain**

**DOD: 11/20/2020**

**DOR: 5/31/2024**

**Job Title: Maintenance Worker, Municipal**

**ECN #: 268828-1**

**Specialty: Neurology/Pain Management**

# Sameer Jain, MD
***Board-Certified in Neurology***
***Pain medicine***

CLAIMANT NAME: Morgason, Michael
EXAMINER: Sameer Jain, MD
ECN #: 268828-1
CLAIM #: 1210046281
DATE OF LOSS: 11/20/2020
DATE OF SERVICE: 6/12/2024

**Peer Review**

This is a peer review regarding Morgason, Michael. I have been asked to review the medical records on behalf of ECN. I reviewed records from 11/11/2020 through 04/15/2024 including:

- Joseph W. Milner Jr., MD / Diagnostic Radiology, on 12/23/2020
- Sebro Ronnie A., MD / Diagnostic Radiology, on 11/01/2021
- Farres Houssam, MD / Critical Care Surgery, on 11/01/2021
- Joseph M. Bestic, MD / Diagnostic Radiology, on 05/25/2022
- Rupert O. Stanborough, MD / Diagnostic Radiology, on 05/25/2022
- Jason R. Young, MD / Diagnostic Radiology, on 05/25/2022
- Ray D. Smith, MD / Cardiovascular Disease, on 08/07/2023
- Becker Justin, on 10/09/2023
- McGee Thomas, on 10/16/2023
- Syed M. Hussaini, MD / Neurology & Psychiatry, extending from 11/11/2020 to 12/07/2020
- Jiaqi Yao, MD / Clinical Neurophysiology, on 02/23/2021
- Shaida Khan, DO / Neurology, extending from 03/01/2021 to 06/07/2021
- Lori Watumull, MD / Diagnostic Radiology, on 03/05/2021
- Pamela Ruz, OTR / Occupational Therapist, extending from 05/26/2021 to 07/21/2021
- Meghana G. Halkar, MBBS / Chronic Inflammatory Bowel Disease on 07/29/2021
- Alayna Hofeling, OTR / Occupational Therapist, on 08/18/2021
- Ivey Joseph A. III, MD / Urology, on 11/02/2021
- Butterfield Stacy A., RN / Registered Nurse, on 09/23/2021
- Dimberg Elliot L., MD / Neurologist, on 11/01/2021
- Cheshire William P., MD / Neurologist, on 03/07/2022
- Dr. Frank Feigenbaum, extending from 12/14/2023 to 04/10/2024
- Christopher Lamb, MD / Neurology, on 03/07/2022
- Spencer Gardner Luke S., MD / Orthopedic Surgery, on 06/21/2022
- Nora Osborn, PA-C / Certified Physician Assistant, extending from 05/26/2022 to 06/21/2022
- Melissa B., on 06/21/2022
- John K. Evans, DO / Physical Medicine & Rehabilitation, extending from 03/08/2022 to 08/04/2022

- Mark Friedrick B. Hurdle, MD / Pain Medicine, on 10/25/2022
- Oleksandr Trofymenko, MD / Psychiatrist, on 10/28/2022
- Qu Wenchun, MD / Pain Medicine, extending from 08/31/2022 to 11/16/2022
- Hugh Frederick, MD / Orthopedic Surgery, extending from 03/31/2021 to 05/24/2023
- Sandeep Rajan Singh, MD / Cardiovascular Disease, on 06/12/2023
- Ray D. Smith, MD / Cardiology, on 08/07/2023
- Unknown Provider, on 08/07/2023
- William H. Haynie Jr., MD / Cardiology, extending from 07/10/2023 to 08/10/2023
- Matthew Nix, MD / Family Medicine, extending from 11/18/2022 to 09/11/2023
- Andres Morales, extending from 02/17/2023 to 11/10/2023
- Bradley Cubitt, MD / Pain Medicine, on 12/27/2023
- Brandi Petrea, RN / Registered Nurse, on 03/11/2024
- Madelene Martin, on 04/15/2024

The claimant is a 53-year-old male with a medical history significant for Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, and pain.

12/23/2020, Joseph W. Milner Jr., MD / Diagnostic Radiology: The claimant presents for an MRI of the cervical as well as the lumbar spine. The procedure showed abnormal disc and degenerative vertebral findings are evident without significant central canal stenosis, the right C5-6 neural foramen is mildly narrowed.

11/01/2021, Sebro Ronnie A., MD / Diagnostic Radiology: The claimant presents for an MRI of the lumbar spine. The procedure showed a normal lumbosacral plexus, however, there are multiple sacral Tarlov cysts and perineural cysts noted, which some clinicians believe may contribute to symptoms.

05/25/2022, Rupert O. Stanborough, MD / Diagnostic Radiology: The claimant presents for an X-ray of the lumbar spine. The procedure showed lumbar vertebral body heights are maintained but there is mild retrolisthesis of L4 on L5, there is no dynamic instability, and there is mild L4-5 degenerative disc disease and lower lumbar facet osteoarthritis.

05/25/2022, Jason R. Young, MD / Diagnostic Radiology: The claimant presents for a CT bone scan. The procedure showed mild left L5-S1 disc space-associated activity which may be a pain generator in the proper clinical context.

08/07/2023, Ray D. Smith, MD / Cardiovascular Disease: The claimant presents for a bilateral lower extremity arterial ultrasound and Doppler examination report. The procedure showed bilateral arteries are patent with no evidence of flow-limiting stenosis seen.

10/09/2023, Becker Justin: The claimant presents for an MRI of the lumbar spine. The procedure showed no MRI evidence of acute abnormality, multilevel discogenic degenerative changes greatest at L5-S1 which results in results in mild right and mild-to-moderate left neuroforaminal narrowing, no central spinal canal stenosis is observed at

any level, there is multilevel facet arthropathy, and straightening of the normal lumbar lordotic curvature.

10/16/2023, McGee Thomas: The claimant presents for an MRI of the lumbar spine. The procedure showed slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia without any focal dilation, mass lesions, abnormal enhancement, or other associated abnormalities.

12/22/2023, Bradley Cubitt, MD / Pain Medicine: The claimant presents for a procedure. He underwent a bilateral S3 selective nerve root block. His pre/post-op diagnosis was lumbar radiculopathy and sacral radiculopathy.

01/10/2024, Dr. Frank Feigenbaum: The claimant presents for a follow-up visit for sacral meningeal cysts. It was noted that he is known to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. His symptoms included low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, perineural pain/numbness, right pelvic pain, right groin pain/numbness. His assessment showed perineural cysts.

04/10/2024, Dr. Frank Feigenbaum: The claimant presents for a procedure. He underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating. His pre/post-op diagnosis was noted to be intra-sacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

04/15/2024, Madelene Martin: The claimant presents for a follow-up visit. He is 1 week post-sacral meningeal cyst treatment. It was noted that his pre-surgical symptoms have decreased, he reported that his bilateral lower extremity symptoms have improved, he is doing well post-op, he is walking daily, and his sitting comfort is stable. He is taking Norco 5mg and Robaxin 750mg for his symptoms. The claimant also has a resolution of buttocks as well as perineal numbness. His assessment showed a perineural cyst with full strength and sensation at baseline and no calf tenderness.

**DIAGNOSES:**

Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, pain

**CALL ATTEMPTS:**

6/6/2024 at 09:49AM, Called Dr. Feigenbaum's office, left a message at Feigenbaum Neurosurgery on the general office line. Contact number used for outreach: 214-242-1389

6/7/2024 at 09:14AM, Called Dr. Feigenbaum's office, left an additional message at Feigenbaum Neurosurgery on the general, office line. Contact number used for outreach: 214-242-1389

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis (es) with ICD 10 Code(s).**

Perineural Cyst- G96. 191
Lumbosacral radiculopathy- M54. 17

2. **If applicable, please identify clinically significant comorbid Diagnosis (es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

Please see below.

4. **Based on the medical findings, please provide a description of the claimant`s impairments, and how these would translate into functional limitations or medically appropriate restrictions from 5/19/2024 and forward.**

    a. **For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

    b. **Please provide the maximal physical / functional capacities the claimant retains and can safely perform at with specific from and to dates.**

The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine showing significant degeneration of the spine. The claimant underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating on 4/10/24. He was placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery showed significant improvement in his symptoms, he was able to perform daily walking, and there was resolution of his numbness. Nonetheless, restrictions are warranted.

Sitting: Unrestricted
Standing: Frequently
Walking: Frequently
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE
Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Frequently
Balancing: Frequently
Stooping: Frequently
Kneeling: Frequently
Crouching: Frequently
Crawling: Frequently
Reaching: Frequently overhead and below waist, BUE; Unrestricted to desk level, BUE
Use lower extremities for foot control: Frequently BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from 5/19/2024 and forward with reassessment on or around 12/30/24.

**5. Are the restrictions or limitations placed upon the claimant`s physical/functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

There are no recommendations of restrictions and/or limitations by treating providers within the period of review.

**6. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 5/19/2024 forward, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from 5/19/2024 forward.

The claimant is a 53-year-old male with a medical history significant for Primary OA right CMC, right carpal tunnel syndrome, perineural cyst, and pain.

The claimant was seen on 10/9/23 by Becker Justin for an MRI of the lumbar spine. The procedure showed no MRI evidence of acute abnormality, multilevel discogenic degenerative changes greatest at L5-S1 which results in mild right and mild-to-moderate

left neuroforaminal narrowing, no central spinal canal stenosis is observed at any level, there is multilevel facet arthropathy, and straightening of the normal lumbar lordotic curvature. McGee Thomas saw him on 10/16/23 for an MRI of the lumbar spine. The procedure showed slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia without any focal dilation, mass lesions, abnormal enhancement, or other associated abnormalities. Bradley Cubitt, MD / Pain Medicine saw him on 12/22/23 for a procedure. He underwent a bilateral S3 selective nerve root block. His pre/post-op diagnosis was lumbar radiculopathy and sacral radiculopathy. Dr. Frank Feigenbaum saw him on 1/10/24 for a follow-up visit for sacral meningeal cysts. It was noted that he is known to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. His symptoms included low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, perineural pain/numbness, right pelvic pain, right groin pain/numbness. His assessment showed perineural cysts. He was seen on 4/10/24 for a procedure. He underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating. His pre/post-op diagnosis was noted to be intra-sacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms. Madelene Martin saw him on 4/15/24 for a follow-up visit. He is 1 week post-sacral meningeal cyst treatment. It was noted that his pre-surgical symptoms have decreased, he reported that his bilateral lower extremity symptoms have improved, he is doing well post-op, he is walking daily, and his sitting comfort is stable. He is taking Norco 5mg and Robaxin 750mg for his symptoms. The claimant also has a resolution of buttocks as well as perineal numbness. His assessment showed a perineural cyst with full strength and sensation at baseline and no calf tenderness.

The claimant has a history of multiple neurological and orthopedic conditions. The claimant suffers from pain in multiple joints including low back pain, sacral pain, buttock pain/numbness, bilateral thigh pain/numbness, bilateral calf pain/numbness, bilateral foot pain/numbness, lower extremity weakness, pain/numbness, right pelvic pain, right groin pain/numbness. He has multiple large intra-sacral meningeal cysts within the sacral spinal canal. He received a bilateral S3 selective nerve root block on 12/22/23. He has had multiple images of the lumbar and cervical spine showing significant degeneration of the spine. The claimant underwent treatment of S2/S3 nerve root meningeal cyst/Tarlov cyst, and sacral lamina reconstruction with resorbable plating on 4/10/24. He was placed on Norco 5mg and Robaxin 750mg for his symptoms, and his post-op recovery showed significant improvement in his symptoms, he was able to perform daily walking, and there was resolution of his numbness. Nonetheless, restrictions are warranted.

7. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**8. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

Sincerely,

Sameer Jain

**Sameer Jain, MD**
**Board certified, neurology and pain management**
**Medical License AR E-11173**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Michael Morgason
Claim Number: 1210046281
Case Number: 268828-1

"I, Sameer Jain, MD, am a physician duly licensed to practice medicine in the State of _____AR________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Sameer Jain 6/12/2024

________________________________________________________________

Signature of Physician Date

Medical/Professional License # **AR E-11173**

Date: Fri May 31 10:37:30 CDT 2024
From: Theresa Henderson <Theresa.Henderson@lfg.com>
To: morgason2@gmail.com
E-confirmation from Lincoln Financial Group
Message-ID: <59932258.2360.1717169850101.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Theresa Henderson**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765 ext 7277
Phone: 800-423-2765 *7277
Fax: 402-361-1460
Email: Theresa.Henderson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 31, 2024

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Michael:

This is to acknowledge receipt of your appeal for Long Term Disability benefits. We received your letter and documents on 05/23/2024.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at **LFGAppeals@lfg.com**. The appeals fax number is 402-361-1460.

Sincerely,

Theresa Henderson
800-423-2765 *7277
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Feigenbaum Neurosurgery, PA

**Progress Notes**

**MORGASON, Michael (DOB:**
**Provider:**Frank Feigenbaum, M.D.

53 Y **Sex:** Male
**Phone:** 903-490-0726
**Address:** 2623 E 35th Street, Texarkana, AR-71854
**Date:** 12/14/2023

**Subjective:**

**Chief complaints:**

- New Patient Consultation/Sacral Meningeal Cyst (NS)

**History of Present Illness:**

WHEN DID YOUR SYMPTOMS START? 4 Years ago,5 Years ago.
LOW BACK PAIN: Right > Left.
SACRAL PAIN: Right > Left.
BUTTOCK PAIN: Right > Left.
BUTTOCK NUMBNESS: Bilateral.
LEFT THIGH PAIN: Medial (inside),Posterior (back).
LEFT THIGH NUMBNESS: Anterior (front),Posterior (back).
RIGHT THIGH PAIN: Anterior (front),Medial (inside),Posterior (back).
RIGHT THIGH NUMBNESS: Anterior (front),Posterior (back).
LEFT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
LEFT CALF NUMBNESS: Anterior (front).
RIGHT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
RIGHT CALF NUMBNESS: Anterior (front).
LEFT FOOT PAIN: Top.
LEFT FOOT NUMBNESS: Top,Bottom.
RIGHT FOOT PAIN: Top.
RIGHT FOOT NUMBNESS: Top,Bottom.
LOWER EXTREMITY WEAKNESS: Bilateral,Right greater than Left.
PERINEAL: Pain. Numbness.
PELVIC PAIN: Right.
GROIN PAIN: Right.
GROIN NUMBNESS: Right.
SEXUAL DYSFUNCTION: Erectile dysfunction.
URINARY DYSFUNCTION: Valsalva to void (push to urinate).
Prior Conservative Management _.
THERAPY: Physical Therapy 1-10 sessions, symptoms worsened with therapy.
INJECTIONS: Right SI joint injection with temporary relief of of symptoms.
SYMPTOMS INCREASED BY: Sitting,Standing,Walking.
SITTING: Constantly squirming,Unable to sit for more than 5 minutes before changing position.
MEDICATIONS: Tylenol.
PAIN MODULATING MEDICATIONS: Amitriptyline,Neurontin/Gabapentin.
OTHER: Decreased activity.

**Current Medications:**

Taking Vitamin B2
Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day
Taking Magnesium
Taking CoQ-10
Taking Gabapentin 600 MG Tablet 1 tablet Oral Five times a day
Taking Amitriptyline HCl 10 MG Tablet 1 tablet at bedtime Oral Once a day

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 12/14/2023

Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Oral Once a day
Discontinued hydrOXYzine HCl 25 MG Tablet Oral

**Past Medical History:**

- Bradycardia
- Peripheral Neuropathy

**Allergies:**

Penicillin: Rash
Latex: Rash
Hydroxyzine: mood disorder - Side Effects

**Surgical History:**

- Right hand, 5th digit bone repair 04/02/2002
- Thoracic outlet decompression, right 04/18/2018
- Thoracic outlet decompression, left 07/19/2019
- Carpal tunnel release and thumb joint rebuild (right hand) 04/19/2021

**Family History:**

Father: Heart Disease,Diabetes,Hypertension (high blood pressure),Cancer
Brother: Heart Disease,Hypertension (high blood pressure),High Cholesterol
Sister: Hypertension (high blood pressure)
Mother: Heart Disease,Diabetes,Hypertension (high blood pressure)
Maternal Grand Father: Diabetes

**Social History:**

Tobacco Use/Smoking:
Are you a *heavy tobacco smoker*
Flu Vaccine:
Have you had a flu vaccine within the past year? *No*
COVID-19 Vaccine:
Have you had a COVID-19 vaccine within the past year? *No*
Drugs:
Substance Abuse? *No*
Alcohol Screen (Audit-C):
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*

**Objective:**

**Vitals:**

BP while Sitting: 124/80, Temp: **97.5** F, HR: **55** /min, Wt: **168** lbs, BMI: **23.43** Index, Ht: 71 in, Pain scale: 4 1-10, Ht-cm: 180.34 cm, Wt-kg: 76.2 kg.

**Examination:**

GENERAL APPEARANCE: alert, well developed, well nourished, in no acute distress.
NEUROLOGIC: alert and oriented, normal speech.
PSYCH: cooperative with exam , thought process logical, goal directed.
MOTOR STRENGTH:
Decreased left lower extremity *Dorsiflexion , Intrinsics*
Decreased right lower extremity *Plantar flexion*
SENSORY:
: *Decreased sensation left lateral thigh, Decreased sensation left posterior calf, Decreased sensation top of left foot*
REFLEXES:

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 12/14/2023

: *Normal, without clonus*
Pelvis MRI DOS: 11/2023.
Tarlov/ Meningeal Cyst(s) - Sacral Central/ Left S2/3 .

**Assessment:**
**Assessment:**

- Perineural cyst - G96.191 (Primary)

The patient is a 53-year-old male presenting with sacral, buttock, lower extremity, bladder, and perineal symptoms. The patient also describes sexual dysfunction. These symptoms are consistent with a sacral radiculopathy pattern due to sacral nerve root compression within the sacral spinal canal. Imaging reveals an intrasacral meningeal cyst within the sacral canal that is in a position to cause compression of adjacent sacral nerve roots.

**Plan:**
**Treatment:**
Perineural cyst
Notes: Diagnostic Nerve Root Block Plan: I discussed options with the patient. He wants to try a diagnostic nerve root block bilaterally at S3, the site of the cyst, to determine whether the pathology there is responsible, at least in part, for some of his symptoms. We discussed the risks of the block and the patient understands. He asked what surgery would involve if he did have it. I therefore discussed the nature, risks and reasonable expectations of treating the patient's intrasacral meningeal cyst/s and sacral laminar reconstruction with resorbable plating. I will await the result of the block. I asked the patient to contact me if I could be of further assistance.
Others

Action Not Started - DNRB

**Billing Information:**
**Visit Code:**
**Procedure Codes:**

**Electronically signed by Frank Feigenbaum , MD on 12/14/2023 at 01:30 PM CST**
**Sign off status: Completed**

---

Provider: Frank Feigenbaum, M.D. Enc date: 12/14/2023

All
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax:



**Michael Morgason**
Male DOB: Ins: BCBS of Texas Grp: J4C363

**12/22/2023 - Operative Report: B S3 SNRB**
**Provider: Bradley Cubitt M.D.**
**Location of Care: All**

# ORTHOPEDIC INSTITUTE OF DALLAS

CUTTING EDGE SPINE, JOINT & PAIN MEDICINE
Bradley Cubitt, M.D
Board Certified, Fellowship Trained in Interventional Spine & Pain Medicine

Procedure Date: December 22, 2023

Patient Name: Michael Morgason

Patient DOB: // 53 Years Old

Location: Orthopedic Institute of Dallas

Procedure: Bilateral S3 Selective Nerve Root Block

Physician: Bradley Cubitt, MD

Pre-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Post-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Anesthesia: Local

**Procedure Note**:
After informed consent discussing the nature, purpose, rationale, risks, alternatives, and potential benefits of this procedure, the patient elected to proceed and the procedure commenced.

Patient was placed prone and skin cleaned with chlorhexidine. A 25 gauge spinal needle was advanced towards the dorsal S2 aperture on the above mentioned sides using AP and oblique approach via intermittent fluoroscopy. AP and lateral visualization was used to ensure proper needle placement. Contrast was then injected and good selective epidurogram noted without vascular uptake. Solution containing 1/2 cc of 0.50% marcaine and 1/2 cc of 2% lidocaine was injected at each site.

The needle was withdrawn. The area of entry was cleansed and covered. The patient tolerated the procedure well and was transferred to the recovery room in stable medical condition.

All
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax:



**Michael Morgason**
Male DOB: 1994 Ins: BCBS of Texas Grp: J4C363

**Electronically signed by Bradley Cubitt M.D. on 12/27/2023 at 2:02 PM**

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 01/10/2024

**Feigenbaum Neurosurgery, PA**

**MORGASON, Michael (DOB:07/31/1970)** **Provider:**Frank Feigenbaum, M.D.
53 Y **Sex:** Male
**Phone:**
**Address:**
**Date:** 01/10/2024

**Subjective:**

**Chief complaints:**

- Phone Call/DNRB Results/Sacral Meningeal Cysts

**History of Present Illness:**

I spoke to the patient on the phone today. He is known to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

WHEN DID YOUR SYMPTOMS START? 4 Years ago,5 Years ago.
LOW BACK PAIN: Right > Left.
SACRAL PAIN: Right > Left.
BUTTOCK PAIN: Right > Left.
BUTTOCK NUMBNESS: Bilateral.
LEFT THIGH PAIN: Medial (inside),Posterior (back).
LEFT THIGH NUMBNESS: Anterior (front),Posterior (back).
RIGHT THIGH PAIN: Anterior (front),Medial (inside),Posterior (back).
RIGHT THIGH NUMBNESS: Anterior (front),Posterior (back).
LEFT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
LEFT CALF NUMBNESS: Anterior (front).
RIGHT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
RIGHT CALF NUMBNESS: Anterior (front).
LEFT FOOT PAIN: Top.
LEFT FOOT NUMBNESS: Top,Bottom.
RIGHT FOOT PAIN: Top.
RIGHT FOOT NUMBNESS: Top,Bottom.
LOWER EXTREMITY WEAKNESS: Bilateral,Right greater than Left.
PERINEAL: Pain. Numbness.
PELVIC PAIN: Right.
GROIN PAIN: Right.
GROIN NUMBNESS: Right.
SEXUAL DYSFUNCTION: Erectile dysfunction.
URINARY DYSFUNCTION: Valsalva to void (push to urinate).
Prior Conservative Management _.
THERAPY: Physical Therapy 1-10 sessions, symptoms worsened with therapy.
INJECTIONS: Right SI joint injection with temporary relief of of symptoms.
SYMPTOMS INCREASED BY: Sitting,Standing,Walking.
SITTING: Constantly squirming,Unable to sit for more than 5 minutes before changing position.
MEDICATIONS: Tylenol.
PAIN MODULATING MEDICATIONS: Amitriptyline,Neurontin/Gabapentin.
OTHER: Decreased activity.

**Current Medications:**

Taking Vitamin B2
Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day
Taking Magnesium
Taking CoQ-10
Taking Gabapentin 600 MG Tablet 1 tablet Oral Five times a day

Taking Amitriptyline HCl 10 MG Tablet 1 tablet at bedtime Oral Once a day
Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Oral Once a day

**Past Medical History:**

- Bradycardia
- Peripheral Neuropathy

**Allergies:**

Penicillin: Rash
Latex: Rash
Hydroxyzine: mood disorder - Side Effects

**Surgical History:**

- Right hand, 5th digit bone repair 04/02/2002
- Thoracic outlet decompression, right 04/18/2018
- Thoracic outlet decompression, left 07/19/2019
- Carpal tunnel release and thumb joint rebuild (right hand) 04/19/2021

**Family History:**

Father: Heart Disease,Diabetes,Hypertension (high blood pressure),Cancer
Brother: Heart Disease,Hypertension (high blood pressure),High Cholesterol
Sister: Hypertension (high blood pressure)
Mother: Heart Disease,Diabetes,Hypertension (high blood pressure)
Maternal Grand Father: Diabetes

**Social History:**

Tobacco Use/Smoking:
Are you a *heavy tobacco smoker*
Flu Vaccine:
Have you had a flu vaccine within the past year? *No*
COVID-19 Vaccine:
Have you had a COVID-19 vaccine within the past year? *No*
Drugs:
Substance Abuse? *No*
Alcohol Screen (Audit-C):
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*

**Objective:**

**Examination:**

Pelvis MRI DOS: 11/2023.
Tarlov/ Meningeal Cyst(s) - Sacral Left S2/3, Central/Left S3.

**Assessment:**

**Assessment:**

- Perineural cyst - G96.191 (Primary)

Since his last visit with me, he has undergone a diagnostic bilateral S3 nerve root block at the site of his intrasacral meningeal cysts. Following the block he had complete elimination of his symptoms and then his symptoms returned. This would imply that his intrasacral cysts are the source, at least in part, for some of his symptoms.

**Plan:**

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 01/10/2024

**Treatment:**

Perineural cyst

Notes: I discussed conservative versus surgical treatment options with the patient. He says the symptoms are severely limiting his quality of life and not improving despite conservative management. He wants to have surgery. I therefore discussed the nature, risk, and reasonable expectations of treating her intrasacral meningeal cysts and sacral laminar reconstruction with resorbable plating. I discussed that this surgery may leave them with chronic pain and numbness, and/or loss of perineal, bladder, bowel, and sexual dysfunction. He understands all this and wants to proceed.

The patient needs medical clearance.
The patient needs cardiac clearance.
Others

Action Not Started - Surgery

**Billing Information:**
**Visit Code:**
**Procedure Codes:**

**Electronically signed by Frank Feigenbaum , MD on 01/10/2024 at 10:22 AM CST**
**Sign off status: Completed**

---

Provider: Frank Feigenbaum, M.D. Enc date: 01/10/2024

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS

*Specializing in the treatment of spinal meningeal cysts*

**Date: 03/11/2024**
**Re: Michael Morgason**
**DOB:**

Dear Provider,

Our mutual patient will undergo surgery for one or more symptomatic intrasacral meningeal cysts, such as Tarlov (perineural) cysts, or a meningeal diverticulum. Tarlov cysts are dilated nerve roots and a meningeal diverticulum is also a large cyst in the sacrum which compresses adjacent nerves causing radicular symptoms. If the cysts are in the sacrum, as is most common, patients typically describe the inability to sit due to sacral pain radiating to the buttocks, leg, and feet. They can also exhibit perineal pain and numbness, bowel and bladder issues, and sexual dysfunction due to sacral nerve injury. Every patient does not experience all of these symptoms; it depends upon which nerve is involved.

Many patients may exhibit chronic nerve injury resulting from long-term compression of the sacral nerves both before and after surgery. Following surgery most patients will require narcotic medication for at least three to six months with tapering of the medications as the postoperative symptoms allow. Nerve healing is slow and can take up to 1-2 years. Some patients may need the addition of pain modulating medications, such as Lyrica, Neurontin, or Cymbalta, which may need to be added following surgery. If patients are already on pain modulating drugs, then they should be adjusted as symptoms require. Patients may require longer periods of narcotic medications, referral to pain management, or a possible spinal stimulator trial for treatment of their chronic nerve injury symptoms. Physical therapy is not usually recommended for our patients after surgery as we find that it typically aggravates their sacral nerves causing an increase in symptoms.

Patients stay in Dallas approximately seven to ten days following their surgical procedure. During this time I will provide patients with narcotic medications and ensure they have enough medication to cover their trip home. As the laws on narcotic medications become more restrictive, it makes it difficult or impossible for out-of-state physicians, like me, to prescribe medications post-surgery. To ensure continuity of care, at this time, I am asking you to please monitor and prescribe the needed post-operative pain medication and pain modulating medications for the above patient for at least six months. At your discretion, please refer the patient on to pain management.

Please feel free to contact me if you have any further questions.

Sincerely,

Brandi Petrea,RN/Frank Feigenbaum,MD
Office #: 214-242-1389

# *Feigenbaum Neurosurgery, P.A.*
## Surgery Instructions For Michael Morgason

**SURGERY DATE: 04/10/24** **CHECK-IN TIME: 06:00AM**

**SURGEON: Frank Feigenbaum, MD** **PROCEDURE TIME: 07:30AM**

Your surgery has been scheduled for the above date at **Medical City Spine Hospital**. Please report to the front entrance of the **SPINE** hospital. Check in and sign in with the front desk. Directions are attached on the next page.

---

**Special Instructions:** Absolutely nothing to eat or drink after midnight or 8 hours before surgery. You may brush your teeth, but do not swallow any water. Heart and blood pressure medications may be taken with a sip of water the morning of surgery (**AVOID Lisinopril 12 hours prior**). **Please check with your primary care physician regarding any medications you take on a regular basis.**

**Medications you must stop <u>one</u> week prior to surgery:** Aspirin, aspirin products, non-steroidal anti-inflammatories (including Advil, Ibuprofen, Aleve, Motrin, Nuprin, Naproxen, Naprosyn, Celebrex, Mobic, Meloxicam). If you are on blood thinners such as Coumadin, Plavix or Pletal, confer with your prescribing physician on instructions. Vitamins, garlic tablets, diet pills, and over the counter herbal supplements. **If you are taking semaglutide (Ozempic) or any related injectible medications, these need to be stopped 2 weeks prior.** Call if you have questions about medications.

You may continue to take pain medications (Tylenol, Vicodin, Hydrocodone, Norco) as directed.

**BRING ALL PRESCRIPTION MEDICATIONS WITH YOU TO THE HOSPITAL.**

---

You will need a **Pre-Admission Testing Appointment** at the hospital prior to surgery. At this appointment, the hospital will obtain your medical history, perform pre-surgery testing, and you will visit with an anesthesiologist. Check in at the front of the SPINE hospital. The registration office will be to your left (on the main floor). Bring a photo ID, health insurance card(s), complete list of medications and doses.

- [ ] Please call 972-940-8791 to schedule a time to come in that is convenient for you.
- [X] **You have a PAT appointment scheduled for 04/09/24 @ 01:00PM**
- [ ] The hospital will contact you prior to your surgery to obtain the pre-admission information over the phone. If they have not contacted, you withing a few days prior to surgery, please call 972-566-7100 *and* 972-566-2088.

---

You will need to have routine **Pre-Operative Labwork** done **<u>PREFERABLY TWO WEEKS BEFORE SURGERY, BUT NO GREATER THAN 30 DAYS. AT LEAST ONE WEEK PRIOR TO SURGERY, LABS SHOULD BE COMPLETED OTHERWISE YOUR SURGERY COULD BE CANCELLED.</u>**

- [ ] Please take the attached lab order form to any LabOne/Quest location (an appointment is not necessary, and you do not need to fast).
- [ ] Your bloodwork will be done at the hospital.
- [X] Please take the attached lab order form to your Primary Care Physician's Office.

***Please call our office at 214-242-1389 if you have any questions regarding your surgery.***

- [X] You will need pre-operative medical clearance from your primary care physician. A request has been sent by fax to your doctor.
- [X] You will need __Cardiac__ clearance from your physician. A request has been sent by fax to your doctor.
- [X] You will need a physical done by your primary care physician. Please have the office note faxed to our office at 214-366-3713. See lab order for necessary tests.

***Please call our office at 214-242-1389 if you have any questions regarding your surgery.***

## What to Bring With You for Surgery:

Medications in the original bottle, pair of shoes that are easy to slip on and off to avoid bending, comfortable clothing that will not rub your incision site (i.e. dresses, sweat pants, maternity clothes), personal hygiene items (basic products will be provided such as toothbrush, toothpaste, comb, and lotion). If you so choose, you can bring your pillow and blanket. Please remove all jewelry for surgery including body piercings. Those with long hair, please put hair up in a ponytail with a non-metal hair tie.

## Directions to Medical City Spine Hospital:

11990 North Central Expressway

Dallas, Texas 75243

FYI: A recliner only is provided for your spouse, significant other, partner, family member, or friend.

If you are renting a car, Dallas has electronic toll roads. You do not have an option to pay with change and will receive a bill from the rental company. Most patients can take a shuttle provided by their hotel accommodation.

# Feigenbaum Neurosurgery, P.A.

Treatment of Meningeal/Tarlov cyst(s)

Patient Name: Michael Morgason

DOE

**A. Consent for Procedure**

I have received information about my condition, the proposed treatment, alternatives, and related risks. This form contains a brief summary of this information. **ALL PAGES OF THIS FORM WILL NEED TO BE SIGNED BY YOU PRIOR TO SURGERY** signifying you have read and understand the contents of each page and all questions have been answered. You should not sign this form if all items, including questions, have not been answered to your satisfaction, or if you do not understand any of the terms or words contained in this consent form. I understand I may refuse consent, and **I GIVE MY INFORMED AND VOLUNTARY CONSENT** to the procedures and other matters shown below.

**B. My Condition**

I understand my condition to be: **TO TREAT TARLOV CYST(S) AND/OR ANY OTHER TYPES OF MENINGEAL CYST(S).**

**C. The Procedure**

__X__ **Sacral Laminectomy, Treatment of Meningeal/Tarlov cyst(s), and Dorsal Sacral Reconstruction with Resorbable Plating.** This procedure is performed to relieve pressure and nerve compression from the cyst structures. An incision is made in the lower back and an opening is created in the sacrum or bone covering the cyst are to allow access to treat the cysts. An operating microscope is used during continuous spinal nerve monitoring to open and treat the cyst(s). Fat from inside the wound area may be used to treat the cyst(s). Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap treated and untreated cyst(s). A resorbable plate is placed and secured with resorbable screws over the bone opening.

____ **Anterior Intrapelvic Treatment of Tarlov Cyst(s).** This procedure is performed to relieve pressure and nerve compression from the cyst structures. An incision is made in the abdomen by the exposure surgeon to allow access to treat the cyst(s). An operating microscope is used during continuous spinal nerve monitoring to open and treat the cyst(s). Fat from inside the wound area may be used to treat the cyst(s). Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap treated and untreated cyst(s).

____ **Partial Cervical Laminectomy, Treatment of Meningeal/Tarlov cyst.** This procedure is performed to relieve the pressure in the cervical area and nerve compression from the cyst structures. After general anesthesia has begun the surgeon will place a head holding device (Mayfield tongs) to maintain the head and neck in a stable position attached to the bed with three points of contact on the head with pins. An incision is made in the back of the neck and a

portion of the bone is removed to expose the cyst area to allow access to treat the cyst. Fat from inside the wound area may be used in the process of treating the cyst. Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap the cyst.

____ **Partial Thoracic Laminectomy, Treatment of Meningeal/Tarlov Cyst.** This procedure is performed to relieve the pressure in the thoracic area and nerve compression from the cyst structures. An incision is made in the upper back and a portion of the bone is removed to expose the cyst area to allow access to treat the cyst. Fat from inside the wound area may be used in the process of treating the cyst. Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap the cyst.

____ **Decompressive Lumbar Laminectomy.** This procedure is performed to relieve the symptoms associated with spinal stenosis or narrowing of the spinal canal, a condition that is a by-product of aging and usually caused by degenerated (herniated) discs, thickened ligaments, and the overgrowth of bone (bone spurs) in the lumbar spine. During surgery, the overgrown bone and thickened ligaments that are causing pressure on the spine and nerve roots are removed through an incision in the lower back.

____ **Excision of the Lumbar Disc or Discectomy.** This procedure is intended to relieve the pressure on nerves caused by a ruptured (herniated) disc. The disc is a rubbery mass of tissue that acts as a natural shock absorber between the bones of the spine. During the procedure, the surgeon removes a portion of the disc and any extruded fragments, through an incision in the lower back.

## D. Additional Procedures

I also consent to the performance of any additional procedures determined in the course of a procedure to be in my best interests.

## E. Results Not Guaranteed

I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantee or assurance has been made as to the results of the proposed procedure.

## F. Alternatives

I have considered the non-surgical alternatives to lumbar sacral spine surgery, which include:

Not having the procedure

Using medication for relief of pain

Undergoing physical therapy

Steroid injections

The benefits and disadvantages of these alternative methods have been explained to me, if requested.

Patient Name: Michael Morgason DOB: Signature____________________Date_______

## G. Risks of Lumbar/Sacral Spine Surgery

I agree that the decision to have this procedure includes weighing the risks of surgery as well as the benefits. I understand and accept that possible risks and complications may include, but are not limited to the following:

- ***Adverse reaction to anesthesia-*** There is a possibility of complication or injury from general anesthesia.
- ***Bleeding-*** It is possible, though unusual, to experience an episode of bleeding, which may be excessive, during or after surgery. Bleeding may require additional treatment or transfusion. Certain nutritional supplements and medications may increase the risk of bleeding.
- ***Bowel, bladder and/or sexual dysfunction-*** There is a small chance that surgery may result in partial or complete loss of bowel, bladder and/or sexual function. There is a small chance that having the procedure could result in lack of ability to empty the bladder and therefore require self-catheterization.
- ***Blood clot development-*** Blood clots may occur with any type of surgery. Clots can block blood flow and cause complications, including pain, swelling, inflammation, tissue damage, airway blockages due to compression of the trachea and compression of the spinal cord.
- ***Cardiac complications-*** There is a small chance that having the procedure could cause an irregular heartbeat or a heart attack.
- ***Death-*** Although the risk is remote, death may occur during or soon after any surgical procedure.
- ***Increased pain-*** It is possible that the pain or other symptoms will increase in severity following the procedure.
- ***Infection-*** Infection may occur in the wound, either near the surface or deep within the tissues, and may include the spine. Additional surgery may be necessary to drain the infection, followed by prolonged antibiotic therapy by vein. In rare circumstances, infection may cause severe pain and permanent disability.
- ***Nerve root injury-*** Injury to the nerve roots may result in weakness in the legs, paralysis in the affected muscle groups or loss of sensation in the affected areas.
- ***Numbness-*** There is a chance the surgery could result in temporary or permanent loss of sensation in the buttocks and perineum.
- ***Recurrence-*** There is a small chance that the cysts could recur, or another cyst could form in the area of the surgery at a later date.

- ***Respiratory difficulties-*** Breathing difficulties, which are usually temporary, or post-operative pneumonia, may occur as a result of surgery. Pulmonary embolus (blockage of an artery in the lungs) could occur from blood clotting in the veins.
- ***Spinal fluid leak-*** An opening in the spinal sack and/or the cyst may allow fluid to leak after the operation and require additional treatment including bed rest or re-operation.
- ***Positioning-*** On rare occasions, injury to the blood vessels and/or nerves may arise from the necessary positioning on the operating room table during surgery.

I also understand that there may be other RISKS OR COMPLICATIONS, SERIOUS INJURY OR EVEN DEATH from both known and unknown causes. There is a chance that undergoing the surgery will not alleviate pain, numbness, weakness, or other symptoms.

**Additional Risks of Cervical Spine Surgery**

- ***Nerve root injury-*** Injury to the affected cervical nerve root may result in weakness and possible muscle atrophy of the shoulder, arm, hand, and fingers. Injury to a cervical nerve root may result in paralysis in the affected muscle group or loss of sensation in the affected areas. The symptoms and location of the possible injury are dependent on the specific nerve root affected.
- ***Numbness-*** There is a chance the surgery could result in temporary or permanent loss of sensation in the affected area.
- ***Recurrence-*** There is a very small chance that the cyst could recur at a later date.
- ***Spinal cord injury-*** Spinal cord injury with resulting paralysis, numbness, loss of bowel/bladder and sexual function.
- ***Spinal fluid leak-*** An opening in the cyst may allow fluid to leak after the operation and require additional treatment including bed rest or a re-operation.

**Additional Risks of Thoracic Spine Surgery**

- ***Nerve root injury-*** Injury to the affected thoracic nerve root may result in weakness of the arms, the underarm area, and torso. Injury to a thoracic nerve root may also result in paralysis in the affected muscle group or loss of sensation in the affected areas. The symptoms and location of the possible injury are dependent on the specific nerve root affected.
- ***Numbness-*** There is a chance the surgery could result in temporary or permanent loss of sensation in the affected area.
- ***Recurrence-*** There is a very small chance that the cyst could recur at a later date.
- ***Spinal cord injury-*** Spinal cord injury with resulting paralysis, numbness, loss of bowel/bladder and sexual function.

- ***Spinal fluid leak-*** An opening in the cyst may allow fluid to leak after the operation and require additional treatment including bed rest or a re-operation.

**H. Important Point**

- ***Allergies/Medications-*** I have informed the doctor of all my known drug allergies. I have also informed my doctor of all the medications I am currently taking, including prescription drugs, over-the-counter medications, herbal/homeopathic therapies, nutritional supplements, illicit drugs, and alcohol. I understand the advice I have been given about using any or all of these medications and drugs on the days before and after the procedure.

- ***Smoking-*** If I smoke in the days before or after my surgery, I may be impeding my own recovery. I understand that if I smoke, I will have a greater risk of wound-healing complications.

- ***Recovery-*** I understand the recovery period after nerve surgery can be extensive and that it may take up to a year or more for the nerves to calm down after the surgery. It is not unusual to have nerve pain and flare ups at intervals along the recovery process. I also understand increases in activity level may exacerbate these symptoms.

- ***Follow up outcomes-*** I understand I may be asked to complete outcome surveys and questionnaires as part of my follow up.

**I. Disposal of Tissue**

Any tissue not required for medical diagnosis to treat my condition may be used for medical research, provided that the ethical guidelines for the Protection of Human Subjects (Code of Federal Regulations, Title 45, Part 46), is adhered to, and that the ethics committee) Institutional Review Board) for this research has reviewed and approved the research study. I consent to the publication of research results into the medical literature as long as patient confidentiality is maintained. I realize that I may decline to participate in such medical research and that refusal will not affect my medical care in any way. I consent to the disposal of any tissue of medical devices that may be removed during the procedure.

**J. Medical Research**

I consent to the review of clinical information from my medical record for medical study, medical research, and the advancement of physician education, provided that patient confidentiality guidelines in place in my institution (Institutional Review Board) are adhered to. I consent to the publication of research results into the medical literature as long as patient confidentiality is maintained. I realize I may decline to participate in such medical research and that refusal will not affect my medical care in any way.

**K. Photography/Observers**

I give my consent to the photographing or videotaping of the procedure to be performed, including appropriate portions of my body for scientific, medical, or educational purposes,

provided that the pictures do not reveal my identity. Also, in the interest of advancing medical education, I agree to allow qualified observers into the operating room during the procedure.

**L. Release of Social Security Number**

I authorize the release of my Social Security number to appropriate agencies for legal reporting and medical-device registration.

**M. Communication**

We are here to serve you. Please speak with us about any concerns that may arise at any time. By communicating how you are experiencing care in this office, you enable us to provide you with the best possible service.

**N. Narcotic Consent**

- ***Risk of Narcotic Use-*** I clearly understand that strong medications, which may include opiates and other controlled substances, may be prescribed for post-surgical pain relief. I understand that there are potential risks and side effects with taking any medication, including the risks of addiction. Other possible complications include, but are not limited to, constipation which could be severe enough to require medical treatment, difficulty urinating, fatigue, drowsiness, nausea, itching, stomach cramps, loss of appetite, confusion, sweating, flushing, depressed respiration, and reduced sexual function.
- ***Risk of Addiction-*** I clearly understand that the use of narcotics may result in physical dependence. Physical addiction typically poses no problem if discontinued after 2 to 3 weeks. I understand that psychological addiction can be another possible risk to the use of opioid medications. If I, the patient, exhibit behaviors such as, abusing the drug to obtain mental numbness or euphoria, drug craving behavior, or when the drug is quickly escalated without correlation with the pain relief, meaning extra pills are taken without doctor's approval, the medication will be tapered, and I will not be a candidate for continued treatment.
- ***Prescription Policy-*** I clearly understand that my narcotic pain medications will only be prescribed by Dr. Feigenbaum for up to three (3) months post-surgery. This is only if I do not have a pain doctor or Primary Care Physician who is prescribing me pain medication. I am signing this form voluntarily.

**O. Companion Policy**

I clearly understand that Feigenbaum Neurosurgery requires me to be accompanied by someone from the time of hospital discharge until my post-surgery follow up appointment, one week later. I understand that this companion support is for my physical safety and allows the needed extra help with activities of daily living. There are no exceptions allowed. I am signing this form voluntarily.

Patient Name: Michael Morgason DOB: Signature____________________Date_______

**P. Reaffirmation of Consent**

I authorize and direct Frank Feigenbaum, MD and his associates and assistants to perform spinal surgery. I understand that this procedure is intended to relieve pain, numbness and weakness that may be associated with nerve compression from Tarlov/Meningeal cysts.

I affirm that my surgeon has explained all of the information above, that I understand this information and that all of my questions regarding this procedure have been answered. I certify that I understand this treatment agreement and that I am satisfied with the explanation I have received.

I therefore consent to the spinal nerve surgery and to whatever different or additional operations or procedures my surgeon deems necessary or advisable during the course of the procedure.

All blanks on this form were filled in prior to my signature and I have received a copy. I have read and understand the content of this form and have received a copy.

______________________________ ______________________________

Print Name Relationship (self, parent, etc.)

______________________________ ______________________________

Witness Print Name Witness Signature/Date

Interpreter Attestation (when applicable)

______________________________

Signature of Interpreter/ Date

- Please read this surgery consent form.
- **Sign** and **date** each page.
- **Sign** and **date** last page along with a witness.
- Fax, or email the surgery consent.

  *Fax #: 214-366-3713

  *Email: nurse@frankfeigenbaum.com (Attn: Nesi, RN)
- Do **NOT** give the consent to the hospital.

# FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, MD, FAANS, FACS

**Pre-Surgery Body Cleansing with Hibiclens**

Getting your skin ready for surgery is extremely important to decrease your risk of infection. To do this, you should cleanse your skin with Hibiclens. Hibiclens can be purchased over the counter at any pharmacy (Walmart, Walgreens, CVS, etc.) There is no prescription needed. The frequency for bathing should be once a day for 3 days prior to surgery and the morning of surgery, for the best results. Clean, freshly laundered washcloths, towels and clothes should be used for each wash.

Before using, read ALL instructions.

**Note: If allergic reactions occur, stop using and contact our office.**

1. Wash and rinse your hair, face and body using your normal shampoo and soap.
2. Make sure you completely rinse off in a very thorough manner.
3. Turn off shower
4. Pour a quarter size amount of Hibiclens soap onto a wet, clean washcloth and apply to your entire body FROM THE NECK DOWN. Do NOT use on your face, hair or genital areas.
5. Rub the soap filled washcloth over your entire body for 3 minutes; apply more soap as needed. (1/4 of the bottle should be used with each of the 4 showers/cleansings). Avoid scrubbing your skin too hard.
6. Turn on the shower and rinse the soap off your body completely with warm water.
7. Do NOT use regular soap after washing with Hibiclens.
8. Pat your skin dry with a freshly laundered, clean towel after each shower cleansing.
9. Dress with freshly laundered clothes after each shower cleansing.
10. It is important the night before surgery, upon the 3rd day of bathing, sleep with clean bed linens.
11. Do NOT apply lotions, deodorants, powders or perfumes to your body.
12. Do NOT shave your legs the night before or the day of surgery nor remove any body hair below the neck only. Facial shaving is permitted before surgery.

# FEIGENBAUM NEUROSURGERY

To the family and friends of our Tarlov/meningeal cyst patient,

Your loved one may have just returned home from traveling for surgery. They may have increased pain after traveling. This is not unusual as travel can set one back a bit. The good news is that the surgery successfully removed the pressure that was on the nerves. That being said please keep in mind nerves take a very long time to heal. This surgery is unlike any other. It can potentially take a long time to attain the final result. The nerves did not become in bad shape overnight so it will take a while for them to not get so easily irritated with activity or sitting. They may reach maximal improvement in a few months, or it could take over a couple of years. It all depends on the nerves. All improvements along the way no matter how small are to be celebrated in the big picture. It is normal to have good days and bad days. It is normal to have fluctuations in comfort level especially based on activity level. In general, the more one does the more they may feel it in the next few days.

Most patients after this type of surgery do not require physical therapy in the first few months unless otherwise advised. Walking as tolerated is all that Dr. Feigenbaum wants them to do. Aggressive physical therapy will not help. There is nothing to do to hurry the healing of the nerves. Nerves heal on their own schedule. Large increases in activity can start a flare up of pain so this is why we recommend slow and gradual increases in activity as the patient can tolerate. It is never wise to over-do any activity. All activity must be increased very slowly.

Our patients have been through a lot before the surgery, and it can be a very emotional journey. It is most important for family and friends to remain positive, encouraging, and supportive all along the post-surgery journey. Well-meaning friends may say things that make patients feel like they are not progressing. "You had surgery 4 months ago and you are still not doing ___!" or "How come you can't ___? Isn't your surgeon worried?" Our patients understand that this is a long process and that the degree to which one improves depends on the health and shape of the nerves at the time of surgery. It is very important for family and friends to understand this as well and to know that lots of time and patience is required. It is hardest on the patient because they may not want to explain that they cannot do something they really want to do that day due to pain or that they are having a bad day. It is hard to plan activity in advance because they do not know how well they will feel in a week or a month. Stay positive for your loved one and remain supportive. Help them remember all the progress they have made when they are having a bad day. Know that it may be very hard for them to ask for assistance to get things done daily that most of us take for granted such as cooking or grocery shopping and cleaning the house. Patients often feel forgotten months into their recovery and do not always feel comfortable reaching out to loved ones for help. If you are able, gently offer to help out from time to time. Ask them what they need from you. This can also be a very isolating recovery when they are unable to get out much. Phone or text them as appropriate or ask them if they are up to a short visit after they have resettled in the first month and assure them, they do not have to sit down for the entire time as this will probably increase their pain the next day. They have been told there is every reason to be hopeful with treatment and know that this is indeed true.

Thank you for supporting or patient,

The surgical team of Feigenbaum Neurosurgery

Note: Many patients express it is hard to make others understand the depth of their surgery and recovery, so this letter was created with care to assist our patients in communicating about what they are going through.

# FEIGENBAUM NEUROSURGERY

Dear patient:

Please allow time for the processing of your claim by your insurance company following surgery. You may receive and EOB (explanation of benefits) or a letter from your insurance company either requesting information from our office or denying payment. This is fairly typical. Our billing office has a system in place for providing the necessary documentation needed by your insurance company for processing the claim. This can take several weeks. You will receive a statement from our office once your insurance company has processed and paid their portion. If you do have questions regarding your balance, please feel free to contact Heather with billing. She can be reached at 214-242-1389 option 8.

Any questions that you have regarding bills from other providers or from the hospital will need to be addressed to the name/company listed on the invoice.

You will receive a bill from:

- Our office
- The hospital
- The neuromonitoring company, NuVasive
- Anesthesia
- Internal Medicine
- Pain Management
- X-ray use during surgery
- Radiologist reading of the x-ray

Thank you,

Feigenbaum Neurosurgery

# Rapid Orthopedic Supplies

Billing Company: Elite Medical/Ennis Diagnostic

Hello,

Rapid Orthopedic Supplies is the provider for the mechanical compression device that will be used during and after the patient's surgery. The compression device is designed to mimic ambulation and increase blood flow, to reduce the risk of Deep Vein Thrombosis "blood clot" during and after surgery. If a medical device is provided, one of our on-site representatives will be there to answer any questions and obtain the necessary paperwork to file a claim with the patient's insurance provider. If the patient does not have insurance coverage, or the insurance provider denies coverage for the compression device, the patient's out of pocket expense will not exceed $100. We will Make every effort to collect from the insurance provider and we will work with the patient in any way we can, regarding repayment. Please contact us with any questions you might have regarding our products and service.

Thank you so much,

Rapid Orthopedic Supplies Elite Medical/Ennis Diagnostic

3810 Melcer Drive Ste. 103 Rowlett TX 75088

Ryan Hayes: 214-558-1655 Phone: 469-867-6299 Phone: 469-438-6299 Fax: 972-475-1790

# NuVasive Intraoperative Neuromonitoring

Dear Patient,

Your surgeon has requested the use of our services during your surgery today in order to help identify and protect your nervous system. Your surgeon will be working close to delicate nerves and supportive tissue and has requested that one of our technologists monitor your nervous system during the procedure. This monitoring procedure is referred to as Intraoperative Neurophysiologic Monitoring (IOM).

In order to perform Intraoperative Monitoring (IOM), one of our technologists will be placing electrodes over your peripheral nerves, into your muscles, and beneath the skin in your scalp. The technologist may meet you in the pre-operative area to discuss the monitoring procedure, perform a brief neurologic exam, discuss your symptoms, and apply non-invasive electrodes to your arms and legs. Some of the electrodes come in the form of small needles attached to a wire. The needle electrodes will only be placed after you are asleep in the OR and taken out before you wake up, so you will not feel any discomfort from the monitoring.

Once the electrodes are placed, they are connected to specialized monitoring equipment which is used to run tests on your nervous system, which includes your brain, spinal cord, and the nerves that run from your spinal cord to your arms and legs. Our technologist will run a set of baseline responses prior to the incision, and then continuously run tests throughout your procedure – "monitoring" the results of the tests and comparing them to the baseline responses. If there are any changes in the way your nerves behave during your surgery, the technologist will inform your surgeon, who will take care to make sure that your nerves are adequately identified and protected.

We also utilize the services of a neurologist who will be watching your procedure in real-time via remote monitoring technology. The neurologist will interpret the tests being performed by the technologist and ensure that the tests are adequately monitoring your nervous system. The neurologist is also available for consultation during the procedure should the technologist or surgeon need clarification about the status of your nervous system's responses to the testing. All of the members of the monitoring team, including the surgeon, the technologist, and the neurologist, work together to make sure that your nervous system is fully protected.

All of the electrodes will be removed from your body prior to waking up from anesthesia. You may notice some small spots of blood on your arms, legs, or scalp from where the electrodes were placed. The technologist will do everything possible to prevent bleeding from where the electrodes were removed and ensure that the bleeding has been controlled prior to you leaving the OR.

Following the procedure, the technologist will check to make sure that there haven't been any changes in the function of your nervous system by performing another brief neurologic exam and making sure you can move your arms and legs.

Our services are billed to the hospital and your insurer. You may receive a notice from your insurer about the monitoring performed on you during your procedure. Procedure terms such as "Evoked Potential Testing", "EMG/Electromyography", "Nerve Conduction Testing", "EEG/Electroencephalography", and "Intraoperative Monitoring" may be used in reference to our services. In addition, you may see the name of the neurologist who performed the interpretation of the monitoring signals during the procedure.

If you have any questions about our services, be sure to ask your surgeon before your surgery for clarification about why monitoring is being used and how it may be able to help in preventing your nervous system function.

Case 4:25-cv-03625 Document 13-5 Filed 12/16/25 in TXSD Page 246 of 520

An introduction to

# Intraoperative Neuromonitoring

## Protecting you during surgery

This booklet provides general information on intraoperative neuromonitoring (IOM). It is not meant to replace any personal conversations that you might wish to have with your physician or other member of your healthcare team. Not all the information here will apply to your individual treatment or its outcome.



Lincoln/Morgason 1713

## Supporting your peace of mind

Your surgeon may choose to utilize a service known as intraoperative neuromonitoring (IOM) to help monitor your condition during your procedure, which may decrease the chance of nerve damage during surgery.

## What is IOM?

Surgical procedures can involve surgeons operating close to delicate nerves which inherently places those nerves at risk. IOM helps a surgeon evaluate the condition of the nervous system around which he or she is operating. If your surgeon elects to use IOM, then neurophysiologists and/or interpreting physicians can be there to focus on a patient's nervous system during the procedure. Having neurophysiologists in surgery facilitates effective communication among caregivers, helping improve recognition and response to changes in your condition.



# What to expect during surgery

Preparation for surgery includes having discussions with your surgeons and asking any questions you may have. Prior to surgery, your physician will review your condition and may discuss any health problems, medications that you are taking, and/or allergies.

Once you have been admitted to the hospital, you may be taken to a pre-op room and prepared for surgery. This may include instructions about the surgery, anesthesia, and the postoperative period. At this time, you will be prepared for IOM if the surgeon chooses to implement this as a part of your surgery.

The first part of the IOM process will involve placing electrodes on the body. These electrodes may help to monitor your unique neural functions associated with the brain, spinal cord, and peripheral nerves. Once the electrodes are in place, they are connected to specialized monitoring equipment, which is used to run tests and monitor how the nervous system may be affected during surgery.

It is important that you discuss the potential risks, complications, and benefits of IOM with your surgeon prior to receiving treatment.

For further information about IOM services, risk considerations, and billing and insurance information, visit us at **nuvasive.com/ncs**

# Billing for IOM

The facility where your surgery is being performed contracts with NuVasive Clinical Services™ (NCS) to provide IOM services. The IOM services provided by the NCS neurophysiologist are generally paid for by the facility.

NCS partners with a number of physician groups to provide the professional oversight of the IOM services. Coverage for the professional oversight will depend on your plan and the insurance provider. The physician overseeing your monitoring will submit a separate bill to your insurance. You may be responsible for the amount of any co-pay, co-insurance, or deductible. Note that the monitoring physician may be out of network. Please visit our website at **nuvasive.com/ncs** to learn more about patient billing and view a list of monitoring physicians and the plans in which they participate.

For billing questions, please call **888.464.2466** (toll free). NCS representatives are available to assist you Monday-Friday, 8:00 a.m.–4:30 p.m. EST. After hours callers may leave a message requesting a return phone call.

# Billing frequently asked questions

## What should I do when I receive an explanation of benefits (EOB) from the Insurance Company?

No immediate action is needed. Please note that an explanation of benefits from the insurance company is not a bill from NCS. You will receive a separate bill from NCS for the amount of a co-pay, co-insurance, or deductible that is identified by your insurance payer as your responsibility.

## What should I do if I receive a check from the insurance company?

Although we will follow up with your insurance provider about the status, claims information is often sent directly to the insurance plan member (note that this often happens with Blue Cross accounts). Please forward any payment or correspondence you receive to our office as soon as possible. This will help us to update your account and apply payments properly. If the check is sent directly to you, please forward the check (or write a new check after depositing the insurance payment) and a copy of the EOB to the NCS office at 10275 Little Patuxent Parkway, #300, Columbia MD 21044. To endorse the check, sign on the back and write the name of the physician group that shows on the EOB below your signature. Please call **888.464.2466** with any questions.

## I received a bill from NCS. Can NCS appeal on my behalf?

If the EOB and the bill you receive from NCS show that your claim was processed on an out-of-network basis and you want to ask your insurance company to re-process the claim, NCS can assist. Please call **888.464.2466** and request that NCS send an out-of-network appeal to the insurance carrier. NCS will send you another bill when the outcome of the appeal is known.

## What do I do if I have concerns about my ability to pay the bill?

Please call **888.464.2466** and request information about our financial hardship policy and monthly payment plans. NCS does make reasonable efforts to collect all amounts owed but does not refer overdue patient accounts to a collections agency.

## Notes

**Resources**

For more information about IOM, please visit:
**nuvasive.com/ncs**

If you would like to learn more about patient support and education for chronic back, leg, and neck pain sufferers and their loved ones, please visit:
**thebetterwayback.org**

*If you have any questions about IOM or spine surgery, please call or visit your physician, who is the only one qualified to diagnose and treat your spinal condition. This patient information brochure is not a replacement for professional medical advice.*

the better way
BACK
THEBETTERWAYBACK.ORG

## About The Better Way Back®

The Better Way Back is a nationwide patient support program created by NuVasive®, a leader in developing minimally invasive, procedurally-integrated spine solutions. The Better Way Back is a free community built on the power of empathy, and is dedicated to providing hope, support, and information to individuals suffering from chronic back, leg, or neck pain.

Through its Patient Ambassador Program, The Better Way Back pairs patients considering spine surgery with patients who have previously undergone a spine procedure. Ambassadors volunteer their time to discuss their experiences in order to provide additional, first-hand perspectives.

To learn more about The Better Way Back, please

call 1.800.745.7099

visit thebetterwayback.org

text "TBWB" to 858.360.8292

# Intraoperative Neuromonitoring

NuVasive Clinical Services is a division of NuVasive, Inc.
**NuVasive, Inc.**
7475 Lusk Blvd., San Diego, CA 92121
+1 800.475.9131

©2019. NuVasive, Inc. All rights reserved. The Better Way Back is a registered trademark of NuVasive, Inc. NuVasive Clinical Services is a trademark of NuVasive, Inc. 9501560 D

**nuvasive.com/ncs**

NUVASIVE
Clinical Services

MEDICAL CITY HEART AND SPINE
11990 N. Central Expressway
Dallas, Texas 75243

Operative Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | MORGASON.MICHAEL R | UNIT: | BD00035408 |
| DOB: | | ACCOUNT: | BD0100780217 |
| SURGEON: | Feigenbaum,Frank MD | PT TYPE: | ADM IN |
| DATE OF SERVICE: | 04/10/24 | | |

SURGEON: Frank Feigenbaum, M.D.

ASSISTANT: S. Hutchens, DNP.

PREOPERATIVE DIAGNOSIS: Intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

POSTOPERATIVE DIAGNOSIS: Intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

PROCEDURES PERFORMED:
1. Treatment of left S3 nerve root meningeal cyst/Tarlov cyst, treatment type 3.
2. Treatment of left S2 nerve root meningeal cyst/Tarlov cyst, treatment type 2.
3. Sacral lamina reconstruction with resorbable plating.
4. Use of intraoperative electrophysiologic monitoring.
5. Use of intraoperative microscope.
6. Use of intraoperative fluoroscopy.

ANESTHESIA: General.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room and an adequate anesthetic plane was obtained in the supine position. The patient was then intubated by the anesthesia team who instructed to give him prophylactic antibiotics. He was then turned to the prone position on the Wilson frame with all pressure points padded. His lumbosacral region was prepped and draped in a sterile fashion. I then used fluoroscopy to identify the operative levels with a spinal needle to the spinous process tips. I then made an opening overlying the cyst and carried out a subperiosteal dissection bilaterally. Deep retractors were placed for exposure. I then carried out laminectomies overlying the cyst using a combination of Leksell rongeur, #3 and #4 Kerrison rongeurs. The operating microscope was brought into the field.

My surgical assistant, Stefanie Hutchens, NP, performed an essential role during the duration of this surgery. I could not have performed the surgery without my specially trained assistant. She worked with me through the operating microscope holding structures as I treated the patient?s pathology, including meningeal cysts, etc. There was no equivalently trained hospital staff with the required skillset available to assist during this surgery.

Under the operating microscope, I could see the distal spinal sac and the Tarlov cyst affecting the sacral nerve roots. I first turned my attention to the

largest of the cyst, which was affecting the left S3 nerve root. This cyst was more less in the midline and leftward in the spinal canal. It was compressing nerve roots bilaterally including the right S4, left S4 and left S2 nerve roots. This cyst was also deforming the parent nerve root. A laborious dissection then followed under high magnification with microinstruments to dissect the cyst free from its surrounding attachments including other sacral nerve roots and vascular structures. I then Inspected the dame of the cyst for an area that appeared free of nerve root fibers. I then made a small opening in the dome of the cyst giving release to the spinal fluid under pressure. I then used aspiration to drain the cyst / nerve root completely. I then used a micro-ligaclip to seal the opening in the cyst wall being careful not to include any nerve root fibers. I then wrapped the collapsed nerve root/cyst with a layer of pericardium allograft in the form of a sleeve which I secured with either a running 6-0 silk suture or a micro-ligaclip so that it could no longer re-expand in the future, even if spinal fluid were to re-enter it. I could now see that the treated nerve root/cyst had the caliber of a more normal spinal nerve root that was no longer compressing any adjacent nerve roots. Titanium microclips were substituted in place of 6-0 silk suture when appropriate. I then turned my attention to the left S2 nerve root Tarlov cyst. This cyst was deforming the parent nerve root.

A laborious dissection then ensued under high magnification using micro-instruments to dissect the cyst away from its surrounding attachments; including other sacral nerve roots and vascular structures. During the course of the dissection, I noted that the cyst was compressible and I opted to wrap it instead of taking the risk of opening it. I wrapped the cyst with a layer of pericardium allograft which I sewed shut in the form of a sleeve around the nerve root/cyst such that it had the caliber of a more normal nerve root and was no longer compressing any adjacent nerve roots. Titanium microclips were substituted in place of 6-0 silk suture when appropriate. Having treated these Tarlov cysts, I could now see that the patient's distal spinal sac was ectatic in the segment between where the S2 and S3 nerve roots exited the spinal sac. This was causing pressure on the nerves bilaterally, particularly during Valsalva. I therefore used my medical judgment to treat the distal spinal sac. I dissected circumferentially around the spinal sac and wrapped it with a layer of DuraGuard in the form of a sleeve such that it had the caliber of a more normal distal spinal sac that was no longer pushing on the nerve roots bilaterally. I secured the wrapping with a Titanium micro clip being careful not to include any nerve fibers. In no way was the wrapping constricting the contents of the spinal sac. In no way was the wrapping inhibiting the egress of nerve roots from the spinal sac.

I substituted titanium micro-clips for 6-0 silk suture when appropriate in the treatment of the cysts. There was no further evidence of neural element compression that I could detect. I tested all the treated nerve roots/cysts proximal to the area of cyst treatment and they stimulated at low threshold. I asked the anesthesia team to Valsalva the patient and there was no further evidence of spinal fluid leakage I could detect. The wound was thoroughly irrigated and a search for bleeding was carried out. None could be found. I overlaid the areas of exposed dura and treated cysts with a layer of DuraGen. I then turned my attention to reconstructing the sacral lamina. I cut and molded a piece of resorbable plating to fit the sacral laminar contours. It seemed to have a good fit and I secured it in place with resorbable screws. The fascia was reapproximated using interrupted 1-0 Vicryl suture. The subcutaneous layers

were reapproximated using interrupted 2-0 Vicryl suture. The subcuticular layers were reapproximated using interrupted 3-0 Vicryl suture. Steri-Strips and a sterile dressing were applied.

Frank Feigenbaum, MD

Date Dictated: 04/10/2024 08:44:39
Date Transcribed: 04/10/2024 10:42:06
FF
Job #: 311930773
Receipt ID: 10149479

CC:
Frank Feigenbaum, MD (F)
Authenticated by Frank Feigenbaum, MD On 04/10/2024 02:12:47 PM

REPORT NUMBER: 0410-0029

Electronically Signed by Frank Feigenbaum, MD on 04/10/24 at 0212

PATIENT NAME: MORGASON,MICHAEL R ACCT #: BD0100780217

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS
*Specializing in the treatment of spinal meningeal cysts*

Patient Name: Michael Morgason
DOB:

# Post-operative Instructions Tarlov/Meningeal cysts

The following guidelines are recommended after your surgery to ensure the best possible recovery. You may be given additional instructions upon discharge. If you have any questions or problems please contact our office at 214-242-1389.

**Activity Restrictions and Guidelines**
Daily activities for personal needs are permitted but avoid any strenuous activity. Do not lift anything heavier than a gallon of milk (about 8 pounds or 4 kilograms) for the first 4 weeks after surgery. At four weeks after surgery you may gradually increase to no more than 20 pounds. At three months after surgery you may gradually increase to 50 pounds. Avoid pushing and pulling activity for three months. Minimize bending and twisting for the first 4 to 8 weeks after the surgery. Note: bending and twisting will not hurt your surgery but may increase your pain level.

Take precautions to prevent falls and use assistance if unsure. Stairs are permissible, however use handrails and take one step at a time until comfortable. It is recommended to limit sitting to 45 minutes to one hour at a time and take a break for a few minutes to get up and move around or lie down. Sitting longer will not harm your surgery but may increase your pain and discomfort.

Walk daily as tolerated gradually increasing the distance you walk. As you increase your activity level you may experience an increase in discomfort. This is normal and to be expected. Remember this is a slow and long recovery process. There is nothing you need to do to hurry the nerve healing process. Nerves heal on their own schedule! It is okay to be active but rest in small bouts and alternate as you tolerate. Modify your activity level to enhance your comfort as needed.

No Physical Therapy is allowed for six months unless advised by Dr. Feigenbaum. Pool therapy is allowed after three months post surgery if needed. Physiological actives are fine, like walking.

**Ted hose**
If you were given TED hose stockings you may discontinue use once you are routinely up and walking daily.

**Incision care**
Your incision will have small adhesive strips or surgical glue along the incision line. Do not be concerned if the strips roll up or fall off. It is ideal for the strips/glue to stay on for a week to ten days. If the strips remain after ten days you should remove them. All of the stitches are from the inside of your incision and will absorb over time. It is normal for the incision site to itch. Call if there is any drainage or excessive swelling from your incision. It is not necessary to put any ointments on your incision but if you feel you must, wait until after all the scab is gone around three to four weeks after surgery.

**Bathing**
You may shower and get the incision wet 72 hours after the surgery. Do not soak the incision and avoid scrubbing the incision site. No tub baths until one month after the surgery. (All scab must be sloughed off with no open areas along the incision line before soaking the incision area). No baths or swimming.

**Driving**

It is recommended to avoid driving for three weeks after the surgery. If you are doing well and feeling well and not taking narcotic medication you may start driving short distances as early as two weeks. At anytime you may ride in an automobile for short distances as tolerated. If riding for extended periods of time (such as to get back to your home state) include stretch breaks at 45-60 minute intervals and you may have to lie down in the car. For very long travel distances by car, such as eight hours or more, it is recommended the trip be taken in two days or more. Bring a cushion to sit on if needed.

**Traveling home by plane**
Pre-arranging for assistance when you land at the gate is highly recommended. During the plane ride get up frequently each hour to walk around and stretch. Tell your flight attendant you have recently had surgery and will need to move about at times. For very long travel distances by plane, such as eight hours or more, it is recommended the trip be taken in two days or more. Bring a cushion to sit on if needed.

**Pain medication**
Medications will be delivered to you before discharge. You may need to take the pain medication with food if stomach upset occurs. Due to changes in narcotic laws, we are limited in the length of time we prescribe pain medications. Also, some states no longer accept out of state prescriptions. It is highly recommended that you have your primary care physician or the original prescriber of your pain medication refill your prescriptions after you return home from the surgery. They are familiar with your pain medication history and may give you more convenient refill quantities. When you are feeling better we recommend working with your primary care Doctor or Pain Management specialist to help you wean off or step down your pain medications.

**Other medications**
You may be given a prescription for Flomax. This is to help initiate a urinary stream and empty your bladder. Once you have finished the prescription you do not need to get it refilled unless you are having trouble emptying your bladder. You may discontinue this if you are urinating too often or without difficulty.

**Constipation**
You may be constipated after your surgery. It is normal for surgery and narcotics to slow down your ability to have a regular bowel movement. It is best to take a pro-active approach and increase your fiber and fluid intake. Take stool softeners and laxatives as needed or daily. You may use your choice of over-the-counter laxatives as needed. We recommend to our patients to take Miralax, Senokot S, or Colace. If you are having trouble having a bowel movement use a Fleets enema.

**Sexual Intercourse**
Sexual intercourse may be resumed at any time as tolerated. Go slowly and avoid painful positions. It is not unusual for nerve pain to increase after intercourse as with any increased activity.

**Smoking**
You should not smoke after surgery. Smoking decreases the rate of skin and bone healing. Smoking also may interfere with the effectiveness of your pain medication. Reminder: the hospital campus is entirely smoke free.

**Fever / Meningitis**
If you have fevers or chills, take your temperature with a thermometer. If you have a temperature of 100.4 degrees Fahrenheit or 38.3 degrees Celsius or higher contact our office. Call if you experience signs/symptoms of meningitis: fever, headache, neck stiffness, and eye sensitivity to bright lights.

**Numbness**
It is not unusual for some patients to experience numbness in the buttocks or the areas between your legs after the surgery. This is generally temporary but it is also possible some of this numbness may not completely go

away. Allow weeks or months for the numbness to improve. Generally, you can expect the area of numbness to get smaller and smaller over time.

**Other**
Like any other recovery period you must take good care of yourself. That means stay hydrated, get plenty of rest, eat properly, minimize stress and get up and move around periodically.

**Office Follow-up**
Your post-operative appointment has been made for you.

**Date: 04/15/24 Time: 11:30AM**

4925 Greenville Ave. **Ste. 1307** Dallas, TX 75206 (Building ONE)

**What to expect at your post-operative appointment**
**Your appointment will be with one of the office nurses** and lasts for approximately 15 -20 minutes depending on how many questions you have. You will be asked to compare your symptoms from before surgery to after. Communicate what is better, same, or worse and what is different. You will also be asked about your symptoms and medications. An exam is done to check incision site and your strength. A spine model may be utilized to explain what surgery was performed. Activity limitations, recovery, and follow up will be discussed. Towards the end of your appointment, you will have the opportunity to ask questions.

**Follow up**
As part of your follow up from surgery, you will need to obtain an MRI at 3 months. In addition, you will need to complete questionnaires at 3 months, 6 months, 1 year, and 2 years after surgery. (The surverys can be found on our website) The MRI must be a closed MRI and, if necessary, you may lie on your stomach. Please note, some facilities may not allow this option. Make sure you send all post-operative materials to our Dallas office. We prefer to receive the MRI on disc, MRI report and questionnaire together. Please allow two weeks to process your follow up items into your medical records.

To check on the arrival status of both the MRI and questionnaire, contact Tanishu at 214-242-1389, option 2. Once all items have been received, Dr. Feigenbaum will review the information and you will be contacted with the results. Allow up to four weeks to receive the MRI results.

**MRI Results**
Please keep in mind the report of your post-operative MRI from the imaging center may not be accurate. This is not uncommon as the radiologist may not fully understand your surgery and how your images should look. It is highly recommended to first allow Dr. Feigenbaum to review your MRI and give his opinion before assuming the accuracy of the report. It is very rare for a post-operative MRI to be abnormal upon Dr. Feigenbaum's review.

**Preparation of your living space before surgery**
It is recommended to prepare in advance for your return home after surgery. Here are some suggestions to consider: Remember it is okay to ask friends, family, neighbors, and church members for help!
- Remove throw rugs to prevent falls.
- Place non-slip tape on the bottom of shower/tub floors.
- Place frequently used bathroom and kitchen items at waist level for easy reach.
- Have plenty of Prepared or frozen food/meals stocked in your freezer.
- Make sure there are clear pathways in your home, especially to the bathrooms and remove any extra items that

could be a tripping hazard.

- If you will be alone, consider a hand gripping device to pick up things off the floor.
- Invite someone to call and check on you daily and perhaps help you with errands.
- You may want to consider home delivery for groceries and pharmacy items.

**Disability or Activity/Work Restriction Paperwork**
If activity/work restriction paperwork needs to be addressed, please call the office at 214-242-1389. Allow at least at 2 weeks for paperwork to be completed. If short-term disability/FMLA paperwork needs to be addressed, please fax your form with your name, date of birth, contact information, and release of authorization to 214-366-3713. There is a pre-pay fee. If you have any questions, please call the office. We do not address long-term disability or functional capacity evaluations. Please have a local physician address these concerns. Thank you.

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 04/15/2024

## Feigenbaum Neurosurgery, PA

**Progress Note**

**MORGASON, Michael (DOB: )** **Provider:**Frank Feigenbaum, M.D.

53 Y **Sex:** Male
**Phone:**
**Addres**

**Date:** 04/15/2024

**Subjective:**

**Chief complaints:**

- Post op, 1 week, Sacral Meningeal Cysts

**History of Present Illness:**

Patient is 1 week post-op from treatment of multiple intrasacral cyst(s) within the sacral spinal canal and sacral laminar reconstruction with resorbable plating.

Pre Surgical symptoms have: Decreased. He reports that his bilateral lower extremity symptoms have improved.

The patient is doing well.
The patient is walking daily.
The patients sitting comfort is stable.
The patient is currently taking Norco 5mg and Robaxin 750mg for their symptoms.
The patient denies bowel and bladder dysfunction.
The patient denies buttock and perineal numbness.

**Current Medications:**

Taking Methocarbamol 750 MG Tablet 1 tablet Oral Three times a day
Taking HYDROcodone-Acetaminophen 5-325 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED FOR SEVERE PAIN. USE FIRST Oral
Not-Taking Vitamin B2
Not-Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day
Not-Taking Magnesium
Not-Taking CoQ-10
Not-Taking Gabapentin 600 MG Tablet 1 tablet Oral Five times a day
Not-Taking Amitriptyline HCl 10 MG Tablet 1 tablet at bedtime Oral Once a day
Not-Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Oral Once a day
Not-Taking Tamsulosin HCl 0.4 MG Capsule TAKE 1 CAPSULE BY MOUTH DAILY Oral
Not-Taking Ondansetron HCl 4 MG Tablet TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR SEVERE PAIN. USE FIRST Oral

**Past Medical History:**

- Bradycardia
- Peripheral Neuropathy

**Allergies:**

Penicillin: Rash
Latex: Rash
Hydroxyzine: mood disorder - Side Effects

**Objective:**

**Vitals:**

BP while Sitting: 110/70, Temp: **98.5** F, HR: **60** /min, Wt: **165.2** lbs, BMI: **23.04** Index, Ht: 71 in, Pain scale: **3** 1-10, Ht-cm: 180.34 cm, Wt-kg: 74.93 kg.

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 04/15/2024

**Assessment:**

**Assessment:**

- Perineural cyst - G96.191 (Primary)
  Full strength and sensation at baseline.
  Calf Tenderness: None
  Incision: Healing well.

**Plan:**

**Treatment:**

Perineural cyst

Imaging: MRI : Sacrum without contrast (Ordered for 07/10/2024)

Others

Notes: I discussed activity limitations.

I discussed anti-inflammatory use.

I discussed the realistic expectations of the recovery period and warning signs.

The patient was provided with reassurance and support.

The patient was instructed to contact the office with any medical concerns.

All of the patients questions and concerns were addressed.

I asked the patient to contact our office if we could be of further assistance.

**Billing Information:**

**Visit Code:**

**Procedure Codes:**

**Electronically signed by Madelene Martin on 04/15/2024 at 02:32 PM CDT**

**Sign off status: Completed**

---

# MR LUMBAR PLEXUS WITHOUT AND WITH IV CONTRAST

Collected on November 1, 2021 1:53 PM

## Results

### Impression

Normal lumbosacral plexus. However there are multiple sacral Tarlov cysts and perineural cysts noted, which some clinicians believe may contribute to symptoms. Clinical correlation recommended.

### Narrative

EXAM: MR LUMBAR PLEXUS WITHOUT AND WITH IV CONTRAST

CONTRAST: 10 mL of Gadavist was administered intravenously without complication.

0.5 mg of glucagon was administered intravenously without complication.

COMPARISON: December 23, 2020

FINDINGS:
Normal appearance of the lumbosacral plexus. No enhancing masses or lesions are seen along the course of the nerves. There is no focal muscle atrophy appreciated. No abnormal enhancement is noted.

Multiple sacral Tarlov cysts are present. There are right greater than left perineural cysts seen at S1. Prominent perineural cysts are noted at S3 and S4 with mass effect on the S3 greater than S4 nerves.

No evidence of acute fracture or osteonecrosis. Subcentimeter low T1 signal foci seen in both femoral heads may represent bone islands. There is minimal retrolisthesis of L5 on S1 with small circumferential disc bulge at this level.

Small disc bulges also noted at L4-5. Small bilateral facet joint effusions, left larger than right are present at L4-5. Facet arthropathy involves the lower lumbar spine. Degenerative changes involve both SI joints and pubic symphysis.

Mildly prominent prostate. Mildly prominent left ureter which is nonspecific.

There is tendinosis of the right worse than left gluteus medius medius and minimus musculature with associated mild greater trochanteric bursitis. Trace fluid is seen in the left iliopsoas bursa. Tendinopathy of the common hamstring tendon attachments at the ischial tuberosities with partial-thickness tearing of the left greater than right common hamstring tendon attachments.

Cam-type morphology of both hips. Borderline bilateral superior acetabular retroversion.

Ordering provider: Christopher Lamb, M.D.
Reading physician: Ronnie Sebro, M.D., Ph.D.
Study date: November 1, 2021 2:18 PM
Collection date: November 1, 2021 1:53 PM
Result date: November 1, 2021 5:32 PM
Result status: Final

## Clinical Notes

### Progress Notes by Christopher Lamb, M.D. at 11/9/2021 11:40 AM

Status: Signed

**Peripheral Nerve Neurology Subsequent Visit Note**
11/9/2021
Consult conducted via real-time audio technology by Chris Lamb, M.D. in Mayo clinic Jacksonville to the patient in their home.
Reason for visit: Report visit after completing testing

Mr. Morgason and I reviewed the available diagnostic data.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

**IMPRESSION**
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

**DISCUSSION**
We discussed the diagnosis of small fiber/autonomic polyneuropathy and the differential diagnosis. In his case, we have not found a causative disease. I would like to continue the plan to manage his symptoms and monitor his progression over time. I am most suspicious of a hereditary etiology. I would like to follow him up in six months to assess for progression. I have also requested Invitae comprehensive neuropathies genetic panel to be sent on his cryopreserved DNA specimen.

He has not been drinking enough water to help with his orthostatic hypotension. He has also not wearing optimal compression stockings, I recommended that he wear stockings that go above his knee and he may also consider an abdominal binder or Spanx also.

Additionally, he would benefit from symptomatic pain medicine for his small fiber polyneuropathy. We discussed a gradual increase of his gabapentin to a higher dose. It has been my experience that patients feel adverse effects from gabapentin early on immediately after they start taking that which tend to improve

as they have itch way to the medicine the longer they are taking it. I have also found that patients tend to feel the benefit with gabapentin later after they reach a higher dose of medicine. I have outlined a plan for a gradual increase below.

Additionally since his ceruloplasmin levels were low, I would recommend over-the-counter copper supplementation as outlined below with repeat levels.

**PLAN**

1. Follow-up visit and repeat Autonomic reflex screen in 6 months
2. Copper supplementation:

Week 1:8mg per day
Week 2: 6 mg per day
Week 3: 4 mg per day
Week 4 and after: 2 mg per day
Repeat ceruloplasmin and copper levels after 4 weeks, if not within normal range, then repeat cycle.

3. Invitae comprehensive neuropathies panel on cryopreserved specimen
4. Spine clinic for lumbar radiculopathy to consider injection high lumbar injection; Repeat MR lumbar spine prior to appt. They are going to arrange for this locally.
5. Neurosurgery message to see about potential treatment modalities for Tarlov cyst. I told the patient and his wife that surgery may have more risk than potential benefit and I am not certain how symptomatic these cysts really are.
6. Nonpharmacologic measures can be helpful in managing orthostatic hypotension. For Mr. Morgason, I have recommended:

**Hydration**. Maintaining hydration is essential. Fluid intake should consist of at least 5 to 8 eight-ounce glasses of fluid daily. Salt supplementation is also necessary, since drinking water alone does not expand blood volume. One option is to drink low calorie sports beverages containing electrolytes. Another is to add table salt (sodium chloride) to meals or choose foods high in sodium content. Some patients use salt tablets (available as 0.5 and 1 g tablets, for example, Thermotabs). Recommended daily salt intake is 10 to 20 g, which can be adjusted depending on the blood pressure response, as patients differ in their sensitivity to salt.

**Physical maneuvers**. A number of physical maneuvers can be effective in daily life to counteract the pooling of blood in the legs that occurs in orthostatic hypotension. These include (a) leg crossing, or crossing one leg in direct contact with the other while actively standing on both legs, (b) bending forward, or (c) placing one foot on a chair, which contracts the thigh muscles. These maneuvers tense the muscles in the upper legs and abdomen, which compresses veins, helping to increase the venous return of blood to the heart.

**Postural training**. It is important to remain upright as much as possible during the day. Patients with orthostatic hypotension can improve their tolerance of orthostatic stress by increasing each day the time spent upright. Prolonged bedrest is best avoided, as this can lead to cardiovascular deconditioning.

**Sleeping posture**. Four-inch blocks are inserted under the headposts of the bed so that the mattress inclines at a slight angle. This technique of increasing "microgravity" decreases nocturia and supine hypertension.

**Recognize circumstances**. Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever.

7. Slow increase of gabapentin, for example, using the following schedule:

**Gabapentin (Neurontin ™) Titration Schedule**

| | |
|---|---|
| **Capsule or** | **100 mg** |

**tablet size:**
This schedule should only be used with 100 mg capsules or tablets. Double-check your medication label from the pharmacy to confirm the dispensed dose. Call your healthcare provider with questions.

**INSTRUCTIONS:**

- Follow the instructions in the table below for increasing the dose of the medication until you achieve a good response. Do not increase the dose faster than prescribed.
- If your symptoms improve at a lower dose, continue taking that dose; increase to the next dose only if necessary.
- If side effects occur that you cannot tolerate, go back down to the last dose that you tolerated. Call your healthcare provider if you are having limiting side effects.
- Gabapentin comes in many dosage sizes. Once a stable dose has been found, your healthcare provider may provide a prescription for a larger dosage size.

| | **DAY 1** | **DAY 2** | **DAY 3** | **DAY 4** | **DAY 5** | **DAY 6** | **DAY 7** |
|---|---|---|---|---|---|---|---|
| **Date** | | | | | | | |
| | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets |
| **MORNING** | | | | 1 | 1 | 1 | 1 |
| **NOON** | | | | | | | 1 |
| **EVENING** | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | **DAY 8** | **DAY 9** | **DAY 10** | **DAY 11** | **DAY 12** | **DAY 13** | **DAY 14** |
| **Date** | | | | | | | |
| **MORNING** | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| **NOON** | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| **EVENING** | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| | **DAY 15** | **DAY 16** | **DAY 17** | **DAY 18** | **DAY 19** | **DAY 20** | **DAY 21 and ongoing** |
| **Date** | | | | | | | |
| **MORNING** | 2 | 2 | 2 | 3 | 3 | 3 | **Maintain at 3** |
| **NOON** | 2 | 2 | 2 | 2 | 2 | 3 | **Maintain at 3** |
| **EVENING** | 2 | 3 | 3 | 3 | 3 | 3 | **Maintain at 3** |

All questions were addressed.

## Clinical Notes

### Progress Notes by Christopher Lamb, M.D. at 3/7/2022 11:44 AM

Status: Signed

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.

**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements:**<br>**Normal pursuits.** | | |

**Motor Examination**

| **R** | **Muscle, strength** | **L** | | **R** | **Muscle, strength** | **L** |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |
| **Muscle atrophy / enlargement**: no<br>**Fasciculations**: no<br>**Clinical myotonia**: no | | | | | | |

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |

| | | |
|---|---|---|
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

Normal cremasteric reflexes

**Sensory examination:**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

MAYO CLINIC

Name: Michael Ray Morgason | DOB: | MRN: 10-609-947 | PCP: ELSEWHERE, PCP

## Clinical Notes

### Consults - Outpatient by John Evans, D.O. at 3/8/2022 10:40 AM

Status: Signed

SUBJECTIVE
**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE
**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN
1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

## Clinical Notes

### Progress Notes by John Evans, D.O. at 5/25/2022 4:09 PM

Status: Signed

SUBJECTIVE
**CHIEF COMPLAINT/REASON FOR VISIT**
LBP

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
Patient notes that he continues to experience right groin pain, along with buttock pain that worsens with sitting. No change in symptoms since last evaluation. No new neurologic complaints. He is in clinic today to discuss updated imaging findings.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE
There were no vitals taken for this visit.

General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Strength: Normal strength bilateral lower limbs
Reflexes: Bilateral upper and lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.

Musculoskeletal: Patient did not have any tenderness to palpation over the right greater trochanter or ischial tuberosity. The patient did not have much in the way of pain with Stinchfield, hip internal rotation, or FABER,

but states that after those maneuvers his right groin was bothering him considerably. Negative straight leg raise and facet loading maneuvers.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiopulmonary: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Results for orders placed during the hospital encounter of 05/25/22

**NM Bone Scan SPECT CT Single**

**Narrative**
EXAM: NM BONE SCAN SPECT CT SINGLE

RADIOPHARMACEUTICAL/MEDS:
Route: intravenous
technetium Tc 99m medronate injection (Tc-99m MDP),20.8 millicurie

TECHNIQUE: Planar imaging of the lumbar spine in anterior and posterior projections was performed approximately three hours after radiotracer administration. Thereafter, SPECT/CT imaging of the lumbar spine was performed. CT images were acquired in a low dose protocol for attenuation-correction and anatomic localization purposes.

COMPARISON: Lumbar spine radiograph 5/25/2022. Lumbar spine MRI 11/1/2021.

INDICATION: Back pain.

FINDINGS: Planar imaging demonstrates expected biodistribution of tracer activity.

SPECT-CT facet joint associated increased activity: None.

SPECT-CT disk space associated increased activity:
* Mild left L5-S1.

SPECT-CT sacroiliac joint associated increased activity: None.

**Impression**
Mild left L5-S1 disc space associated activity which may be a pain generator in the proper clinical context.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| Prostate-Specific Ag | 0.24 | 11/02/2021 08:30 AM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN
#1 Right hip/low back pain
#2 Right complex anterior superior acetabular labral tear
#3 Mild hip tendinopathy

Patient continues to have intermittent but significant right groin/hip/buttock pain. He did have MRI evidence of a labral tear with a cam deformity, which I suppose could potentially be contributing to his symptoms. I would like the patient to be evaluated by Orthopedics. I will also place an order for an ultrasound-guided right hip joint injection after that visit, as it is not easy for the patient to come in from out of town. Orthopedics could cancel that order they do not feel it is appropriate. If orthopedics does not believe that the hip is the underlying reason for his symptoms, will consider other spine etiologies. All questions answered.

MAYO CLINIC

Name: Michael Ray Morgason | DOB | MRN: 10-609-947 | PCP: ELSEWHERE, PCP

## Clinical Notes

### Consults - Outpatient by Nora Osborn, P.A.-C., M.S. at 6/21/2022 2:34 PM

Status: Signed Cosigner: Spencer Gardner, Luke S, M.D. at 6/22/2022 12:12 PM

**Mayo Clinic Florida Orthopedic Surgery Evaluation**

**REASON FOR CONSULT**
Michael Ray Morgason is a 51 y.o. male who presents for evaluation of right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient reports a more than 1 year history of right hip pain that developed gradually. The pain is localized to the groin and low back. At rest the pain is rated 1/10, with activity that worsens the pain it can be as bad as 7/10. The pain is exacerbated by activities that involve hip flexion, sitting, sport related activity, walking, sexual intercourse and getting into or out of the car and relieved by rest. Patient reports no mechanical symptoms.

Prior treatments attempted include activity modification and a dedicated course of physical therapy.

Prior Injections: None
With relief: N/A

Patient is here traveling from Arkansas. He states that the pain in the right hip has been progressing over the past year and a half for so. It has been much more significant in the last few months. He states the pain bothers him if he sits for long periods time or specially when he is trying to get in out of scar. If he walks for any more than 15-20 minutes he gets significant groin pain. Patient states he used to be very active however in the past 1-2 years he has not been able to do much of anything due to multiple different medical conditions. He has not found anything that does help with the pain in his groin. He did try physical therapy but had to stop because it was too painful. Patient is seen today in consult at the request of Dr. John Evans.

His current list of health issues include:
**#1 Tear Hip Labral Initial Right**
**#2 Hyperlipidemia**
**#3 Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)**
**#4 Fatigue**
**#5 Pain Hip Bilateral**
**#6 Dizziness**
**#7 Rash**
**#8 Elevated Antinuclear Antibody Abnormal**
**#9 Tobacco Use**

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other |

(see comments)

**Medications:**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**
**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**FAMILY HISTORY**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |

| | |
|---|---|
| • Rheum arthritis | Mother |
| • Asthma | Mother |
| • Sleep apnea | Mother |
| • Dementia | Mother |
| • Coronary artery disease | Brother |
| • Hypertension | Brother |
| • Hyperlipidemia | Brother |
| • Hypertension | Sister |
| • Hyperlipidemia | Sister |
| • Thyroid disease | Daughter |
| • Parkinsonism | Paternal Grandmother |
| • Dementia | Maternal Grandfather |

**REVIEW OF SYSTEMS**
12 point review of systems was completed and was negative unless stated in the HPI.

**PHYSICAL EXAM**

**Vitals:** There is no height or weight on file to calculate BMI.
**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately
**Head:** Normocephalic, atraumatic
**Respiratory:** Non-labored breathing
**Abdomen:** Lower quadrants and hypogastric regions palpated with tenderness
**Skin:** No skin lesions or rashes noted on exposed skin.
**Vascular:** Pulses normal
**Neuro:** Sensation to light touch is normal., lower extremity strength examined and normal unless otherwise stated below, reflexes equal and symmetrical bilaterally
**Musculoskeletal:**
**Gait:** Normal.
**Spine:** Pain or stiffness with lumbar spine motion no. Straight leg raise test negative
**Knee:** no effusion, FROM, ligamentous structures intact.
**Hip ROM:**

| | Right Hip | Left Hip |
|---|---|---|
| Flexion | 120 | 120 |
| Extension | 10 | 10 |
| Abduction | 35 | 45 |
| Adduction | 10 | 10 |
| Internal rotation | 15 | 20 |
| External rotation | 35 | 40 |

**Regional hip exam:**
**Intra-articular:** FADDIR positive, Pain with deep hip flexion positive.
**Peritrochanteric:** Trochanteric facet tenderness no. Trendelenberg test negative. Weakness with resisted abduction no.
**Groin/Adductor:** Tenderness to palpation yes
**Posterior:** Tenderness to palpation SI joint Pain with resisted knee flexion no
**Instability:** Beighton: Normal, apprehension N/A.

**DIAGNOSTICS**

**Imaging**

X-RAY:

Xrays were reviewed and demonstrate bilateral cam type morphology of both hips with ossification of labrum noted.

MRI of the right hip without contrast reviewed demonstrates complex degenerative tearing of the anterior superior acetabular labral with cam type morphology of the proximal femur. Mild generalized thinning of the femoral acetabular cartilage with no full-thickness defects noted.

ASSESSMENT / PLAN
**#1 Tear Hip Labral Initial Right**

Patient findings are consistent with labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticular cortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options were discussed in detail. Patient would like to proceed with ultrasound-guided intra-articular cortisone injection today. He will follow via phone and let us know how he does with the diagnostic portion of the injection. Should he wish to discuss surgery in more detail in the future we can see him back virtually otherwise he would be a candidate for right hip arthroscopy with femoroplasty, acetabular plasty and labral repair. Patient was seen and examined with Dr. Luke Spencer Garner today in the office. Procedure note for injection separately dictated. Plan of care and follow up were discussed in detail with the patient and all questions were answered.

I spent 62 minutes today caring for Michael Ray Morgason, which included the following activities: preparing for the visit, obtaining the history, performing an exam, interpreting testing and/or communicating results, counseling patient/family, placing orders, and documenting the visit.

**Procedures by Melissa B at 6/21/2022 2:34 PM**

---

Status: Signed

Procedure Orders

1. hip-knee-shoulder-elbow arthrocentesis: R hip joint [2222891939779] ordered by Osborn, Nora C, P.A.-C.

Post-procedure Diagnoses

1. Tear Hip Labral Initial Right [S73.191A]

**Hip site - R hip joint : injection only**

Date/Time: **5/26/2022 10:35 AM**
Performed by: **Osborn, Nora C, P.A.-C.**
Authorized by: **Osborn, Nora C, P.A.-C.**

**Care team members present**
1. Spencer Gardner, Luke S, M.D.
2. Osborn, Nora C, P.A.-C.

**PROCEDURE DETAILS**
**Procedure Location** hip
Hip site: R hip joint
Site prep: patient was prepped and draped in usual sterile fashion
Patient position: supine
Procedure performed: injection only
Ultrasound image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.
Site was marked using indelible marker

**Procedural Medication**
**The following medications were administered at the target site(s)**
Local anesthetic: 5 mL bupivacaine PF 0.5 % (5 mg/mL)
Corticosteroid: 40 mg triamcinolone acetonide 40 mg/mL

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: diagnostic and therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure.
Site preparation: chlorhexidine

**SEDATION / ANESTHESIA**
Anesthesia method: topical application
Topical application type: aerosol cold spray

**POST-PROCEDURE DETAILS**
Procedure completed successfully: yes
Complications: no apparent complications
Post-procedure instructions: avoid submersion of procedure site for 48 hours
Discharge instructions: ice area as needed for comfort

## Clinical Notes

**Progress Notes by Luke Spencer Gardner, M.D. at 7/26/2022 9:22 AM**

Status: Signed

**Mayo Clinic Florida Orthopedic Surgery Follow Up**

**Video Visit**
Consult conducted via real-time audio/video technology by Dr. Luke Spencer-Gardner, MD in Mayo Clinic Florida to the patient in home. Patient verbal consent obtained along with explanation of limitations and expectations of telemedicine.

This Video Visit was performed during the COVID-19 pandemic.

**REASON FOR CONSULT**
Michael Ray Morgason returns for evaluation of His right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient returns today to discuss his relief after the intra-articular corticosteroid injection. He saw Nora back at the end of May and he had an intra-articular injection which has provided excellent relief of some of his symptoms. His primary complaint now is ongoing low back pain.

**PHYSICAL EXAM**

**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately

**DIAGNOSTICS**

**Imaging**

1. Complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

2. Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild greater trochanteric bursal inflammation.

EXAM: MR HIP RIGHT WITHOUT IV CONTRAST

HISTORY: Sharp right lower back and right groin pain

TECHNIQUE: Multiplanar multisequence MRI of the right hip without contrast.

COMPARISON: Hip/pelvis radiograph 9/1/2021

FINDINGS:

BONE:

Normal marrow signal. No fracture, stress-related change, avascular necrosis, or worrisome focal osseous lesion. Broad-based osseous prominence along the anterosuperior aspect of the femoral head/neck junction with decreased femoral head/neck offset compatible with cam-type morphology. This anatomy predisposes to femoral acetabular impingement.

LABROLIGAMENTOUS STRUCTURES AND CARTILAGE:
Complex degenerative tearing and maceration of the anterior superior acetabular labrum. Ligamentum teres is normal. Mild generalized thinning of the femoroacetabular cartilage without full-thickness defect.

MYOTENDINOUS STRUCTURES:
Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild gluteus medius tendinopathy is also noted. Ill-defined edema/inflammation along the greater trochanter likely reflecting greater trochanteric bursal inflammation.

SOFT TISSUES:
No abnormal fluid collection or soft tissue mass. No edema.

ASSESSMENT / PLAN
**#1 Tear Hip Labral Initial Right**
**#2 Hip Joint Disorder Right**

He had excellent relief after the intra-articular injection, however he still has ongoing back pain which is his primary complaint today. We discussed proceeding with hip arthroscopy if he considers the pain, and the limitations and the impact on his quality of life to be worth proceeding with surgery. He does have some pain that radiates down through the testicles, and in that setting we discussed the need for counter traction for hip arthroscopy which involves some significant pressure through the groin and that may exacerbate his pain in that region.

As of right now his hip symptoms are mild, but if they return I think he would be a candidate for arthroscopic surgery to address his labral tear and the impinge. Rest complaint at present is his low back pain, and I have advised him to round back with the spine team to review again, and discuss his options on that front.

## Clinical Notes

### Progress Notes by John Evans, D.O. at 8/4/2022 3:32 PM

Status: Signed

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**

LBP

**HISTORY OF PRESENT ILLNESS**

Mr. Michael Ray Morgason is a 52 y.o. male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in a virtual visit for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
He is currently experiencing pain in the right low back. No radicular pain. No numbness/weakness of the legs. Significant improvement in groin pain after intraarticular hip injection. Now right LBP is prominent feature. He underwent PT 7 months ago but wasn't able to tolerate because of LBP.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**

I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE

There were no vitals taken for this visit.

General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Gait: Normal seated posture.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiopulmonary: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Results for orders placed during the hospital encounter of 05/25/22

**NM Bone Scan SPECT CT Single**

**Narrative**
EXAM: NM BONE SCAN SPECT CT SINGLE

RADIOPHARMACEUTICAL/MEDS:
Route: intravenous
technetium Tc 99 m medronate injection (Tc-99 m MDP),20.8 millicurie

TECHNIQUE: Planar imaging of the lumbar spine in anterior and posterior projections was performed approximately three hours after radiotracer administration. Thereafter, SPECT/CT imaging of the lumbar spine was performed. CT images were acquired in a low dose protocol for attenuation-correction and anatomic localization purposes.

COMPARISON: Lumbar spine radiograph 5/25/2022. Lumbar spine MRI 11/1/2021.

INDICATION: Back pain.

FINDINGS: Planar imaging demonstrates expected biodistribution of tracer activity.

SPECT-CT facet joint associated increased activity: None.

SPECT-CT disk space associated increased activity:
* Mild left L5-S1.

SPECT-CT sacroiliac joint associated increased activity: None.

**Impression**
Mild left L5-S1 disc space associated activity which may be a pain generator in the proper clinical context.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive | 0.6 | 09/01/2021 12:36 PM |
| Prostate-Specific Ag | 0.24 | 11/02/2021 08:30 AM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN
#1 Right hip/low back pain

#2 Right complex anterior superior acetabular labral tear
#3 Mild hip tendinopathy

Significant improvement of groin pain from intraarticular hip injection, but persistent right LBP suggesting a second pain generator. Degenerative findings on MRI are move left sided, which is the contralateral side as his symptoms. But he could still be experiencing right sided lumbar facet pain, SI joint pain, or myofascial. It is also possible that this may still be referred from the right hip. Will refer to Pain management for further evaluation.

All questions answered.

## Clinical Notes

### Consults - Outpatient by Wenchun Qu, M.D., Ph.D. at 8/31/2022 8:01 AM

Status: Signed

**REFERRAL SOURCE:** John K Evans II, D.O.

**CHIEF COMPLAINT:** Low back pain

This is a video consultation with the patient connected from his home in Arkansas using Mayo Clinic video technology. No physical examination conducted.

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for consultation related to low back pain. Patient has been evaluated by Dr. Evans of Physical Medicine Rehabilitation since March 8th last visit was on August 4, 2022. Please refer to his note details of history.

The patient started low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities. He was treated with physical therapy 3 months ago. No radiation to the lower extremities. He has been taking gabapentin 1200 mg day, which is somewhat helpful.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
| --- | --- |

- Hyperlipidemia — Nov 2017

**PAST SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY *CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**

**Social History**

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: 12th grade

Occupational History
- Not on file

Tobacco Use
- Smoking status: Every Day
  - Packs/day: 1.00
  - Years: 30.00
  - Pack years: 30.00
  - Types: Cigarettes, Pipe
  - Start date: 7/31/1991
- Smokeless tobacco: Never

Substance and Sexual Activity
- Alcohol use: Never
- Drug use: Never
- Sexual activity: Yes
  - Partners: Female
  - Birth control/protection: Vasectomy

Other Topics — Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Low Risk
- Difficulty of Paying Living Expenses: Not very hard

Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

Transportation Needs: No Transportation Needs
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

Physical Activity: Insufficiently Active
- Days of Exercise per Week: 3 days
- Minutes of Exercise per Session: 10 min

Stress: Stress Concern Present
- Feeling of Stress : To some extent

Social Connections: Unknown
- Frequency of Communication with Friends and Family: More than three times a week
- Frequency of Social Gatherings with Friends and Family: Once a week

- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: No
- Attends Club or Organization Meetings: Not on file
- Marital Status: Married

Intimate Partner Violence: Not At Risk
- Fear of Current or Ex-Partner: No
- Emotionally Abused: No
- Physically Abused: No
- Sexually Abused: No

Housing Stability: Low Risk
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: 0
- Unstable Housing in the Last Year: No

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYMPTOMS**
Except for those mentioned in the history of present illness, a complete review of systems is negative.

**VITALS**
There were no vitals filed for this visit.

**PHYSICAL EXAMINATION**
GENERAL: Awake, alert, and oriented, no apparent distress, pleasant, and cooperative
PSYC: Mood is euthymic, affect is congruent
SPINE: Lumbar spine range of motion is full.

**IMAGING STUDIES:** I reviewed imaging studies of the spine. I personally reviewed these images and agree with the radiology report and shared the findings with the patient.

**IMPRESSION**

#1 Chronic low back pain, mechanical
#2 Right sacroiliac joint pain

**PLAN**

It is a pleasure visiting with Mr. Morgason. The location of the pain corresponds to the location of sacroiliac joint. In conjunction with his hip pain, there could be a sacroiliac joint pain secondary to hip pain. I would like to have the patient in the clinic for physical examination for further identification of his pain generator. If he has positive findings in sacroiliac joint exam, we may consider a sacroiliac joint injection. Otherwise depending on the physical examination, we may address potential pain generators found to be different. I encouraged him to continue exercise according to Physical therapy regimen. He may go up on gabapentin to 1800 mg but I defer that to the primary service in monitoring the change.

*A total of 40+ minutes was spent on this visit including review of previous notes, F2F time with counseling on their medical problems, ordering tests, refilling meds, and documenting the findings in the chart.*

**EDUCATION**

We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. No apparent learning barriers were identified; learning preferences include listening.

Signed by:
Wenchun Qu, M.D., Ph.D. 8/31/2022 8:46 AM EDT

MAYO CLINIC

Name: Michael Ray Morgason | DOB: MRN: 10-609-947 | PCP: ELSEWHERE, PCP

## Clinical Notes

### Progress Notes by Oleksandr Trofymenko, M.D. at 10/28/2022 9:27 AM

Status: Attested Cosigner: Qu, Wenchun, M.D., Ph.D. at 11/16/2022 10:27 PM

Attestation signed by Wenchun Qu, M.D., Ph.D. at 11/16/2022 10:27 PM

I saw and evaluated the patient, participating in the key portions of the service. I reviewed Dr. Trofymenko's note. I agree with the resident/fellow's findings and plan.

**PAIN MEDICINE PROGRESS NOTE**

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for follow-up related to low back pain. Patient consulted in the Department of Pain Medicine with Wenchun Qu, MD on 8/31/22 and I refer reader to that note for further pain details.

The patient reported right-sided low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities: moving, bending forward, getting up. No radiation to the lower extremities. Denies any numbness or tingling in the toes.

Today the pain is 5/10.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**Previous treatment:**
He was treated with physical therapy 3 months ago. Did not help
He has been taking gabapentin 1500 mg a day, split into 2-3 doses
Hip injection on the right side in 05/2022, did not help with back pain, but helped with groin pain, lasted about 3 weeks.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • OTHER SURGICAL HISTORY *CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**
**Social History**

| | |
| --- | --- |
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | 12th grade |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Every Day |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | Never |
| • Drug use: | Never |
| • Sexual activity: | Yes |
| Partners: | Female |
| Birth control/protection: | Vasectomy |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Unknown
- Difficulty of Paying Living Expenses: Patient refused

Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

Transportation Needs: No Transportation Needs
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

Physical Activity: Insufficiently Active

- Days of Exercise per Week: 2 days
- Minutes of Exercise per Session: 10 min

Stress: Stress Concern Present
- Feeling of Stress : To some extent

Social Connections: Moderately Integrated
- Frequency of Communication with Friends and Family: More than three times a week
- Frequency of Social Gatherings with Friends and Family: Once a week
- Attends Religious Services: 1 to 4 times per year
- Active Member of Clubs or Organizations: No
- Attends Club or Organization Meetings: Never
- Marital Status: Married

Intimate Partner Violence: Not At Risk
- Fear of Current or Ex-Partner: No
- Emotionally Abused: No
- Physically Abused: No
- Sexually Abused: No

Housing Stability: Low Risk
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: 1
- Unstable Housing in the Last Year: No

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYMPTOMS**

Except for those mentioned in the history of present illness, a complete review of systems is negative.

**VITALS**

There were no vitals filed for this visit.

**PHYSICAL EXAMINATION**

VITALS: There were no vitals taken for this visit.
CONSTITUTIONAL: No acute distress noted.

PSYCHIATRIC: Mood euthymic. Affect appropriate.
CARDIOVASCULAR: Peripheral pulses palpable. No signs of limb ischemia.
RESPIRATORY: Respirations unlabored with no signs of respiratory compromise.
NEUROLOGIC: Alert and oriented. Speech is clear and coherent without any signs of sedation. Answers questions appropriately. Sensation grossly intact in respective dermatomes of bilateral lower and upper extremities.
MUSCULOSKELETAL: No frank deformity noted. Gross motor strength to bilateral upper and lower extremities intact. Ambulates without assistance. Lumbar facet loading is positive on the right. Tender to palpation over SI joint on the right. FABER and Gaenslen are positive on the right. Compression test is positive on the right. Acetabular grind positive on the right.
LYMPHATIC: No apparent adenopathy or lymphedema.
INTEGUMENTARY: Intact without visible rashes.

**IMAGING STUDIES:** I reviewed imaging studies of the spine. I personally reviewed these images and agree with the radiology report and shared the findings with the patient.

**ASSESSMENT/PAN**

**IMPRESSION**
#1 Chronic low back pain, mechanical
#2 Right sacroiliac joint pain

The location of the pain corresponds to the location of sacroiliac joint. In conjunction with his hip pain, there could be a sacroiliac joint pain secondary to hip pain. No red flags on history and exam.

**PLAN**
We will proceed with right sacroiliac joint steroid injection under fluoroscopy. Patient is taking aspirin 81 mg daily, which he can continue. He denies any history of diabetes. He denies any history of contrast or steroid allergy. He denies any infections or taking any antibiotics. Discussed risks, benefits, alternatives of the procedure. Patient would like to proceed. He was also provided with external physical therapy referral for myofascial hip pain. He may be candidate for a repeat right hip injection in the future. If all else does not provide sufficient relief, he also may be a candidate for right lower lumbar facet joint injections.

Plan of care established with Wenchun Qu, MD. Patient's questions were answered to the best of my ability. The patient was encouraged to contact our office with further pain related questions or concerns. Patient verbalized understanding of everything that was discussed.

**Answers submitted by the patient for this visit:**
General Review of Symptoms (Submitted on 10/25/2022)
Fatigue: Yes
No eye issues: Yes
No ENT issues: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Pain in the calf muscles when walking: Yes
No respiratory issues: Yes
Heartburn: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
No skin issues: Yes
Weakness in arms and/or legs: Yes
Change in sexual drive (decreased libido): Yes
Little interest or pleasure in doing things: Yes
No blood/lymph issues: Yes
Erectile dysfunction: Yes

## Clinical Notes

### Procedures by Mark Hurdle, M.D. at 10/25/2022 2:36 PM

Status: Signed

Procedure Orders

1. FL Sacroiliac Joint Injection Right [2223052437153] ordered by Trofymenko, Oleksandr, M.D.

Pre-procedure Diagnoses

1. Sprain Of Sacroiliac Joint Initial Encounter [S33.6XXA]

Post-procedure Diagnoses

1. Sprain Of Sacroiliac Joint Initial Encounter [S33.6XXA]

**FL Sacroiliac Joint Injection Right**
Performed by: **Hurdle, Mark Friedrich B, M.D.**
Authorized by: **Trofymenko, Oleksandr, M.D.**

**Care team members present**
1. Prusinski, Christian C, D.O.
2. Klonowski, Lisa M
3. Vinyard, Eric G, R.T.(R)
4. Prince, Megan G, R.T.(R)

**PROCEDURE SUMMARY**
Indications: Sacroiliac Joint Pain
Site: sacral
Sacral: sacroiliac joint
Sacroiliac joint: left
Needle or RF cannula: Spinal
Needle size: 22 G
Needle length: 3.5 in
Flow: intraarticular and periarticular
Patient position: prone

**IMAGING**
Fluoroscopic image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.

**INJECTED MEDICATIONS**
Total volume of injectate (mL): 2
Total steroid in injectate (mg): 40
1 mL ropivacaine (PF) 2 mg/mL (0.2 %)
40 mg triamcinolone acetonide 40 mg/mL
1 mL iohexoL 300 mg iodine/mL

**PROCEDURE DETAILS**
Sacroiliac joint - sacral: Using fluoroscopy, the inferior portion of the sacroiliac joint(s) was identified and marked on the skin. Using fluoroscopic guidance, a spinal needle was advanced into the joint. Proper needle positioning was confirmed using multiple fluoroscopic views. After negative aspiration, contrast was injected, showing intraarticular spread of contrast without any evidence of intravascular uptake. A injectate was injected slowly and incrementally into the aforementioned joint(s). Following each injection, the needle was

withdrawn slightly and flushed with lidocaine as it was withdrawn from the skin. The patient tolerated the procedure well and there were no apparent complications. After appropriate observation, the patient was dismissed in good condition under their own power.

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure: yes
Site preparation: chlorhexidine and alcohol

**SEDATION / ANESTHESIA**
Anesthesia method: local infiltration

## Time Zone Mismatch

Time-sensitive data might be out of sequence or missing. Information for this patient was documented in a time zone different from the current session's time zone. To edit documentation and ensure all information is up to date, log in from the patient's time zone.
Patient's time zone: America/New_York
Current session's time zone: America/Chicago

# Operative Note Report

Case/Log ID: 1512680013 Case Time:

## Diagnosis

None

## Anesthesia Type

## Surgeon Documentation

No notes of this type exist for this encounter.

## Specimens

None

## Implants

None

## Drains

No drains placed

## Estimated Blood Loss

None

Claims Shared Services
The Lincoln National LIfe Insurance Company
PO Box 2337
Omaha, NE 68103

MAY 2 3 2024

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

To Whom It May Concern:

**Please accept this letter as my formal appeal of the Long Term Disability claim denial dated February 22, 2024.** I wish to appeal the determination based on a number of relevant medical records, surgical notes & information from Dr. Frank Feigenbaum. Dr. Feigenbaum performed a sacral laminectomy and dorsal sacral reconstruction w/absorbable plating on 04/10/2024. Recovery from this surgery could take months or years. Info included for review:

- FAQ's on Tarlov cysts - see highlighted symptoms
- 12/14/2023 - Frank Feigenbaum
- 12/22/2023 - Bradley Cubitt
- 01/10/2024 - Frank Feigenbaum
- 03/11/2024 - Frank Feigenbaum surgery info
- 04/10/2024 - Operative report w/post op instructions - Frank Feigenbaum
- 04/15/2024 - Post Op follow up w/Feigenbaum

Progress notes, test results & prognosis from Mayo Clinic Jacksonville were not considered. Please find enclosed the following Visit Notes regarding Tarlov cysts, pain w/sitting, inability to sit for an extended period of time, hip/buttock & groin pain while seated:

- 11/01/2021 - MR Lumbar Plexus without and with Contrast
- 11/09/2021 - Christopher Lamb
- 03/07/2022 - Christopher Lamb
- 03/08/2022 - John Evans
- 05/25/2022 - John Evans
- 05/26/2022 - Nora Osborn
- 07/26/2022 - Luke Spencer Gardner
- 08/04/2022 - John Evans
- 08/31/2022 - Wenchun Qu
- 10/25/2022 - Wenchun Qu
- 10/25/2022 - Mark Hurdle

I wish to appeal the 02/22/2024 disability determination as I am unable to perform work in any occupation at this time. Please feel free to call me with any questions @ 903-490-0726.

Sincerely,

Michael Morgason

Michael Morgason

# Frequently Asked Questions

**From Tarlov Patients**

## 1. What Is A Tarlov Cyst?

Dr. Frank Feigenbaum discusses Tarlov Cysts

A Tarlov cyst is a dilation of the nerve root sheath or outer covering of the nerve. Cerebral spinal fluid gets trapped inside the sheath and forms a cyst. The fluid in the cyst can put pressure on the nerve inside and on the adjacent nerve roots and cause debilitating symptoms. They can occur anywhere along the spine where there are nerve roots. They are most prevalent in the sacrum or base of the spine. The cyst is the nerve and therefore cannot be cut out. Check out our YouTube page for more educational videos!

## 2. What Symptoms Do Tarlov Or Meningeal Cyst Patients Have?

Symptoms can vary depending on the location of the cysts in the spine.

a) Lumbar and/or Sacral

- Low back pain
- Sacral or tail bone pain, pressure, and/or numbness
- Pain with sitting. May feel like you are sitting on a rock or an object
- Avoid sitting related activities
- Pain with standing
- Pain in the legs and/or feet especially in the back of the thighs
- Leg/thigh weakness or numbness
- Foot numbness
- Bowel and/or bladder dysfunction like constipation or urinary retention
- Privates/perineal, vaginal, rectal, pelvic and/or abdominal pain or numbness
- Pain with sexual intercourse

- Sexual dysfunction like erectile.dysfunction, and/or PGAD (Persistent Genital Arousal Disorder)
- Pain and/or numbness in the buttocks and/or between the legs
- Headaches
- Symptoms made better by lying down, or alternating positions throughout the day from sitting, standing, to lying down

b) Cervical

- Cervical or neck pain, pressure, and/or numbness
- Shoulder pain, pressure, and/or numbness
- Arm pain, pressure, and/or numbness
- Hand pain, pressure, and/or numbness
- Finger pain, pressure, and/or numbness
- Pain radiating between the neck and shoulder, between the neck and arm, and/or between the neck into hands/fingers

c) Thoracic

- Thoracic or upper back pain, pressure, and/or numbness
- Middle back pain, pressure, and/or numbness
- Middle low back pain, pressure, and/or numbness
- Upper chest/thoracic pain, pressure, and/or numbness
- Lower thoracic/abdomen pain, pressure, and/or numbness
- Anterior front of arm pain and/or pressure

↑ Back to Top

## 3. Are Headaches A Symptom Of Tarlov Cysts?

No, but some patients state they have headaches, and that after surgery, it decreases. Some patients tighten their jaw because of pain which can lead to headaches. A previous surgical patient found it helpful to use a mouth guard during sleep to relieve symptoms.

## 4. What Causes Tarlov Cysts?

We are not completely sure. It could be genetic. We do not know if genetics, lifestyle, or both determine as to why some patients are symptomatic and why others are asymptomatic.

## 5. Can An Accident Or Injury Cause These Cyst To Form?

In Tarlov cyst patients, these cyst(s) are already present in the body. They either stay the same in size or grow slowly over time. Sometimes after an injury or accident, the existing cyst(s) can become symptomatic; it's not often that a particular injury caused the cyst(s), but possibly caused symptoms to begin.

## 6. How Are The Cysts Removed?

These unique cysts are the nerves and therefore are not removed but rather opened, explored, and treated under an operating microscope while the nerves are continuously monitored. For other types of cysts such as a meningeal diverticulum it is possible to resect the cyst as long as there are no nerves attached. The goal of the surgery is to remove the compression off the nerve. We are not healing, replacing, or removing the nerve(s) during surgery.

## 7. What Is The Plate Made Of That Is Placed Over The Area Where Bone Was Removed During Surgery?

In your consultation, Dr. Feigenbaum may have mentioned a "man-hole" cover. This plate looks like a clear plastic mesh and is made of a polymer called poly L-lactide-co-glycolide. Over a few years it breaks down to water and your body will absorb it. Over time your body will form a tough scar where the plate used to be.

↑ Back to Top

## 8. Can The Doctor Determine How Much Nerve Damage I May Have?

Dr. Feigenbaum is not able to determine how much nerve damage has already taken place. He cannot see the degree of nerve damage in an MRI or in surgery.

## 9. How Many Tarlov/Meningeal Cyst Surgeries Has Dr. Feigenbaum Done?

Dr. Feigenbaum has treated close to 3000 Tarlov and meningeal cyst patients.

## 10. What Additional Tests Can I Expect Will Be Needed Before Determining If I Am A Surgical Candidate?

Patients will need a dedicated MRI of the sacrum (cervical if dealing with neck symptoms, thoracic if having upper back symptoms, etc.) less than a year old before your appointment; we prefer a closed MRI without contrast/dye.

Some patients will need flexion/extension x-rays of the lumbar spine to look for instability. Others may need a better quality MRI of the area of the spine they are being evaluated for.

In several instances, Dr. Feigenbaum will order a Diagnostic Nerve Root Block (DNRB) to determine if the cyst(s) are the source of symptoms (injecting lidocaine only). If this is the case, we have a local provider who is able to perform such procedure on Thursdays and Fridays, so out-of-state patients tend to stay an extra night while in town.

## 11. Do I Need A Referral To See Dr. Feigenbaum?

You do not need a referral unless your insurance company requires one. Typically, patients with an HMO plan will need to have their primary care submit a referral, or those plans who consider the doctor out-of-network. Patients with a PPO plan usually does not need a referral.

↑ Back to Top

## 12. Do I Have To Notify My Insurance Company To Get Approval For My Surgery?

Our office will initiate your surgical pre-authorization and will contact you if additional insurance information is required.

## 13. How Long Does It Take To Obtain Insurance Approval/Pre-Authorization For Surgery?

Each insurance company varies on how quickly they will respond. It can be anywhere from 2 weeks to 45 days. Typically, we hear from insurance no later than 30 days. If you receive any insurance correspondence prior to us reaching out to you about their determination, please contact our office.

## 14. What Happens If Insurance Denies My Surgery?

We will appeal the denial. The steps vary because each insurance is different. Typically, a Peer to Peer with Dr. Feigenbaum and the Medical Director of the insurance company takes place first; this conversation usually takes place within a week from denial. If insurance does not overturn their decision, a 1st level of appeal will be submitted. We may ask you for additional documentation, but the majority of the information is submitted by our office. We will appeal until all levels have been exhausted. If during this time you receive any mailed correspondence from your insurance company, please notify our office.

## 15. Once I Receive Insurance Approval, How Long Will It Take To Schedule Surgery?

Because we book 3-4 months out (from the day Dr. Feigenbaum consents you for surgery), the scheduling nurse will call you between 2 to 4 weeks to discuss surgery dates.

## 16. Will I Need To Pay Anything Prior To My Surgery Date?

If you are a self-pay patient and do not have insurance, payment is required in full prior to scheduling surgery. Payment options include a cashier's check or wire transfer. If you have insurance, once we have a surgery date, we will collect any remaining deductible and/or out-of-pocket maximum amounts prior to your surgery. Payment options include check or credit/debit card.

↑ Back to Top

## 17. What Is A Typical Scenario For Those Coming Out Of Town For Surgery?

For example, if your surgery is planned for a Wednesday, this is a typical day by day plan:

If you have already met Dr. Feigenbaum, you will need to travel to Texas on early Tuesday so that you can complete any pre-admission items with the hospital on Tuesday; these are walk-in appointments, but please arrive before 4 P.M. Surgery would be the following day on Wednesday. You would remain in the

hospital Thursday and Friday and be discharged to a local hotel on Friday afternoon or Saturday if needed. You will then be seen in our office on the following Tuesday or Thursday for a post-operative appointment. You can plan to travel home after your post-operative appointment or the day after your visit.

Another example, if your surgery is planned for a Tuesday, this is a typical day by day plan:

If you have not met Dr. Feigenbaum in person, or it's been over a year since meeting Dr. Feigenbaum, you will need to travel to Texas no later than early Monday and meet Dr. Feigenbaum Monday afternoon. Any pre-admission items at the hospital that have not been completed may be done so after your meeting with Dr. Feigenbaum; these are walk-in appointments that need to be completed prior to 4 P.M. Surgery would be the following day on Tuesday. You would remain in the hospital Wednesday and Thursday and be discharged to a local hotel on Thursday afternoon or Friday if needed. You will then be seen in our office on the following Tuesday or Thursday for a post-operative appointment. You can plan to travel home after your post-operative appointment or the day after your visit.

## 18. At What Facility Will The Procedure Be Performed?

Surgery is scheduled at Medical City Dallas or Medical City Spine Hospital in Dallas, Texas. Patient needs and insurance coverage will determine the location.

## 19. How Many Days Will I Be In The Hospital?

Generally three to four days.

## 20. Can A Family Member Stay With Me In The Hospital?

Yes

↑ Back to Top

## 21. How Long Will I Need To Stay In Town After My Surgery Once I've Been Discharged From The Hospital?

Seven to ten days, unless you are a local patient.

## 22. What Follow Up Is Done After The Surgery?

**Local patients:** are seen at 3 weeks and 3 months after surgery. The post-operative appointments are most commonly with the nurse. An MRI is done 3 months after surgery. Post-operative surveys/questionnaires are filled out by patients at 3 and 6 months and one and two years after the surgery. Patients are still welcome to come to the office for a follow up if needed during these times.

**Out of town patients:** are seen in the office approximately one week after surgery. An MRI is done 3 months after surgery. Post-operative surveys or questionnaires are filled out by patients at 3 and 6 months and one and two years after the surgery. These items need to be mailed to our office in Texas to be reviewed by Dr. Feigenbaum.

## 23. What Can I Do To Enhance My Recovery From Surgery?

While the recovery can be a long one and very different than other types of surgery there are some things you can do to make it the best possible recovery.

- Follow all your post-operative instructions
- Do not smoke
- Maintain a good support system of family and friends
- Follow your restrictions
- Have a positive outlook and have a motivation to get better
- Eat a healthy balanced diet to obtain proper nutrition
- Maintain a healthy weight
- Don't spend too much time focusing or talking about your pain or symptoms
- Have realistic expectations and be patient with yourself and the recovery
- Walk daily as you tolerate

↑ Back to Top

## 24. I Have Trouble Sitting, Can You Recommend A Seat Cushion?

A "Tush-Cush" will be available for use during your visit in our office to assist in your sitting comfort. If interested, purchases can be made online at tushcush.com or Amazon.com.

↑ Back to Top

Claims Shared Services
The Lincoln National LIfe Insurance Company
PO Box 2337
Omaha, NE 68103

MAY 2 3 2024

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

To Whom It May Concern:

**Please accept this letter as my formal appeal of the Long Term Disability claim denial dated February 22, 2024.** I wish to appeal the determination based on a number of relevant medical records, surgical notes & information from Dr. Frank Feigenbaum. Dr. Feigenbaum performed a sacral laminectomy and dorsal sacral reconstruction w/absorbable plating on 04/10/2024. Recovery from this surgery could take months or years. Info included for review:

- FAQ's on Tarlov cysts - see highlighted symptoms
- 12/14/2023 - Frank Feigenbaum
- 12/22/2023 - Bradley Cubitt
- 01/10/2024 - Frank Feigenbaum
- 03/11/2024 - Frank Feigenbaum surgery info
- 04/10/2024 - Operative report w/post op instructions - Frank Feigenbaum
- 04/15/2024 - Post Op follow up w/Feigenbaum

Progress notes, test results & prognosis from Mayo Clinic Jacksonville were not considered. Please find enclosed the following Visit Notes regarding Tarlov cysts, pain w/sitting, inability to sit for an extended period of time, hip/buttock & groin pain while seated:

- 11/01/2021 - MR Lumbar Plexus without and with Contrast
- 11/09/2021 - Christopher Lamb
- 03/07/2022 - Christopher Lamb
- 03/08/2022 - John Evans
- 05/25/2022 - John Evans
- 05/26/2022 - Nora Osborn
- 07/26/2022 - Luke Spencer Gardner
- 08/04/2022 - John Evans
- 08/31/2022 - Wenchun Qu
- 10/25/2022 - Wenchun Qu
- 10/25/2022 - Mark Hurdle

I wish to appeal the 02/22/2024 disability determination as I am unable to perform work in any occupation at this time. Please feel free to call me with any questions @ 903-490-0726.

Sincerely,

Michael Morgason
Michael Morgason

# Feigenbaum Neurosurgery, PA

**Progress Notes**

**MORGASON, Michael (DOB: )**
**Provider:**Frank Feigenbaum, M.D.

53 Y Sex: Male
**Phone:**
**Address**
**Date:** 12/14/2023

**Subjective:**

**Chief complaints:**

- New Patient Consultation/Sacral Meningeal Cyst (NS)

**History of Present Illness:**

WHEN DID YOUR SYMPTOMS START? 4 Years ago,5 Years ago.
LOW BACK PAIN: Right > Left.
SACRAL PAIN: Right > Left.
BUTTOCK PAIN: Right > Left.
BUTTOCK NUMBNESS: Bilateral.
LEFT THIGH PAIN: Medial (inside),Posterior (back).
LEFT THIGH NUMBNESS: Anterior (front),Posterior (back).
RIGHT THIGH PAIN: Anterior (front),Medial (inside),Posterior (back).
RIGHT THIGH NUMBNESS: Anterior (front),Posterior (back).
LEFT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
LEFT CALF NUMBNESS: Anterior (front).
RIGHT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
RIGHT CALF NUMBNESS: Anterior (front).
LEFT FOOT PAIN: Top.
LEFT FOOT NUMBNESS: Top,Bottom.
RIGHT FOOT PAIN: Top.
RIGHT FOOT NUMBNESS: Top,Bottom.
LOWER EXTREMITY WEAKNESS: Bilateral,Right greater than Left.
PERINEAL: Pain. Numbness.
PELVIC PAIN: Right.
GROIN PAIN: Right.
GROIN NUMBNESS: Right.
SEXUAL DYSFUNCTION: Erectile dysfunction.
URINARY DYSFUNCTION: Valsalva to void (push to urinate).
Prior Conservative Management _.
THERAPY: Physical Therapy 1-10 sessions, symptoms worsened with therapy.
INJECTIONS: Right SI joint injection with temporary relief of of symptoms.
SYMPTOMS INCREASED BY: Sitting,Standing,Walking.
SITTING: Constantly squirming,Unable to sit for more than 5 minutes before changing position.
MEDICATIONS: Tylenol.
PAIN MODULATING MEDICATIONS: Amitriptyline,Neurontin/Gabapentin.
OTHER: Decreased activity.

**Current Medications:**

Taking Vitamin B2
Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day
Taking Magnesium
Taking CoQ-10
Taking Gabapentin 600 MG Tablet 1 tablet Oral Five times a day
Taking Amitriptyline HCl 10 MG Tablet 1 tablet at bedtime Oral Once a day

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 12/14/2023

Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Oral Once a day
Discontinued hydrOXYzine HCl 25 MG Tablet Oral

**Past Medical History:**

- Bradycardia
- Peripheral Neuropathy

**Allergies:**

Penicillin: Rash
Latex: Rash
Hydroxyzine: mood disorder - Side Effects

**Surgical History:**

- Right hand, 5th digit bone repair 04/02/2002
- Thoracic outlet decompression, right 04/18/2018
- Thoracic outlet decompression, left 07/19/2019
- Carpal tunnel release and thumb joint rebuild (right hand) 04/19/2021

**Family History:**

Father: Heart Disease,Diabetes,Hypertension (high blood pressure),Cancer
Brother: Heart Disease,Hypertension (high blood pressure),High Cholesterol
Sister: Hypertension (high blood pressure)
Mother: Heart Disease,Diabetes,Hypertension (high blood pressure)
Maternal Grand Father: Diabetes

**Social History:**

Tobacco Use/Smoking:
Are you a *heavy tobacco smoker*
Flu Vaccine:
Have you had a flu vaccine within the past year? *No*
COVID-19 Vaccine:
Have you had a COVID-19 vaccine within the past year? *No*
Drugs:
Substance Abuse? *No*
Alcohol Screen (Audit-C):
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*

**Objective:**

**Vitals:**

BP while Sitting: 124/80, Temp: **97.5** F, HR: **55** /min, Wt: **168** lbs, BMI: **23.43** Index, Ht: 71 in, Pain scale: 4 1-10, Ht-cm: 180.34 cm, Wt-kg: 76.2 kg.

**Examination:**

GENERAL APPEARANCE: alert, well developed, well nourished, in no acute distress.
NEUROLOGIC: alert and oriented, normal speech.
PSYCH: cooperative with exam , thought process logical, goal directed.
MOTOR STRENGTH:
Decreased left lower extremity *Dorsiflexion , Intrinsics*
Decreased right lower extremity *Plantar flexion*
SENSORY:
: *Decreased sensation left lateral thigh, Decreased sensation left posterior calf, Decreased sensation top of left foot*
REFLEXES:

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 12/14/2023

: *Normal, without clonus*
Pelvis MRI DOS: 11/2023.
Tarlov/ Meningeal Cyst(s) - Sacral Central/ Left S2/3 .

**Assessment:**
**Assessment:**

- Perineural cyst - G96.191 (Primary)

The patient is a 53-year-old male presenting with sacral, buttock, lower extremity, bladder, and perineal symptoms. The patient also describes sexual dysfunction. These symptoms are consistent with a sacral radiculopathy pattern due to sacral nerve root compression within the sacral spinal canal. Imaging reveals an intrasacral meningeal cyst within the sacral canal that is in a position to cause compression of adjacent sacral nerve roots.

**Plan:**
**Treatment:**
Perineural cyst
Notes: Diagnostic Nerve Root Block Plan: I discussed options with the patient. He wants to try a diagnostic nerve root block bilaterally at S3, the site of the cyst, to determine whether the pathology there is responsible, at least in part, for some of his symptoms. We discussed the risks of the block and the patient understands. He asked what surgery would involve if he did have it. I therefore discussed the nature, risks and reasonable expectations of treating the patient's intrasacral meningeal cyst/s and sacral laminar reconstruction with resorbable plating. I will await the result of the block. I asked the patient to contact me if I could be of further assistance.
Others

Action Not Started - DNRB

**Billing Information:**
**Visit Code:**
**Procedure Codes:**



**Electronically signed by Frank Feigenbaum , MD on 12/14/2023 at 01:30 PM CST**
**Sign off status: Completed**

---

Provider: Frank Feigenbaum, M.D. Enc date: 12/14/2023

All
701 Tuscan Drive Suite 235 Irving, TX 75039
9727988934 Fax:

*May 14, 2024*
Page 1
Operative Report

**Michael Morgason**
Male DOB: 1994 Ins: BCBS of Texas Grp: J4C363

**12/22/2023 - Operative Report: B S3 SNRB**
**Provider: Bradley Cubitt M.D.**
**Location of Care: All**

# ORTHOPEDIC INSTITUTE OF DALLAS

**CUTTING EDGE SPINE, JOINT & PAIN MEDICINE**

Bradley Cubitt, M.D

Board Certified, Fellowship Trained in Interventional Spine & Pain Medicine

Procedure Date: December 22, 2023

Patient Name: Michael Morgason

Patient DOB: // 53 Years Old

Location: Orthopedic Institute of Dallas

Procedure: Bilateral S3 Selective Nerve Root Block

Physician: Bradley Cubitt, MD

Pre-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Post-operative Diagnosis:
1) Radiculopathy, Lumbosacral region: M54.17
2) Radiculopathy, Sacral region: M54.18

Anesthesia: Local

**Procedure Note**:
After informed consent discussing the nature, purpose, rationale, risks, alternatives, and potential benefits of this procedure, the patient elected to proceed and the procedure commenced.

Patient was placed prone and skin cleaned with chlorhexidine. A 25 gauge spinal needle was advanced towards the dorsal S2 aperture on the above mentioned sides using AP and oblique approach via intermittent fluoroscopy. AP and lateral visualization was used to ensure proper needle placement. Contrast was then injected and good selective epidurogram noted without vascular uptake. Solution containing 1/2 cc of 0.50% marcaine and 1/2 cc of 2% lidocaine was injected at each site.

The needle was withdrawn. The area of entry was cleansed and covered. The patient tolerated the procedure well and was transferred to the recovery room in stable medical condition.

**Electronically signed by Bradley Cubitt M.D. on 12/27/2023 at 2:02 PM**

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 01/10/2024

## Feigenbaum Neurosurgery, PA

**MORGASON, Michael (DOB:** **Provider:**Frank Feigenbaum, M.D.
53 Y **Sex:** Male
**Phone:**
**Addres** **Date:** 01/10/2024

**Subjective:**

**Chief complaints:**

- Phone Call/DNRB Results/Sacral Meningeal Cysts

**History of Present Illness:**

I spoke to the patient on the phone today. He is known to have multiple large intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

WHEN DID YOUR SYMPTOMS START? 4 Years ago,5 Years ago.
LOW BACK PAIN: Right > Left.
SACRAL PAIN: Right > Left.
BUTTOCK PAIN: Right > Left.
BUTTOCK NUMBNESS: Bilateral.
LEFT THIGH PAIN: Medial (inside),Posterior (back).
LEFT THIGH NUMBNESS: Anterior (front),Posterior (back).
RIGHT THIGH PAIN: Anterior (front),Medial (inside),Posterior (back).
RIGHT THIGH NUMBNESS: Anterior (front),Posterior (back).
LEFT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
LEFT CALF NUMBNESS: Anterior (front).
RIGHT CALF PAIN: Anterior (front),Lateral (outside),Posterior (back).
RIGHT CALF NUMBNESS: Anterior (front).
LEFT FOOT PAIN: Top.
LEFT FOOT NUMBNESS: Top,Bottom.
RIGHT FOOT PAIN: Top.
RIGHT FOOT NUMBNESS: Top,Bottom.
LOWER EXTREMITY WEAKNESS: Bilateral,Right greater than Left.
PERINEAL: Pain. Numbness.
PELVIC PAIN: Right.
GROIN PAIN: Right.
GROIN NUMBNESS: Right.
SEXUAL DYSFUNCTION: Erectile dysfunction.
URINARY DYSFUNCTION: Valsalva to void (push to urinate).
Prior Conservative Management _.
THERAPY: Physical Therapy 1-10 sessions, symptoms worsened with therapy.
INJECTIONS: Right SI joint injection with temporary relief of of symptoms.
SYMPTOMS INCREASED BY: Sitting,Standing,Walking.
SITTING: Constantly squirming,Unable to sit for more than 5 minutes before changing position.
MEDICATIONS: Tylenol.
PAIN MODULATING MEDICATIONS: Amitriptyline,Neurontin/Gabapentin.
OTHER: Decreased activity.

**Current Medications:**

Taking Vitamin B2
Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day
Taking Magnesium
Taking CoQ-10
Taking Gabapentin 600 MG Tablet 1 tablet Oral Five times a day

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 01/10/2024

Taking Amitriptyline HCl 10 MG Tablet 1 tablet at bedtime Oral Once a day
Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Oral Once a day

**Past Medical History:**

- Bradycardia
- Peripheral Neuropathy

**Allergies:**

Penicillin: Rash
Latex: Rash
Hydroxyzine: mood disorder - Side Effects

**Surgical History:**

- Right hand, 5th digit bone repair 04/02/2002
- Thoracic outlet decompression, right 04/18/2018
- Thoracic outlet decompression, left 07/19/2019
- Carpal tunnel release and thumb joint rebuild (right hand) 04/19/2021

**Family History:**

Father: Heart Disease,Diabetes,Hypertension (high blood pressure),Cancer
Brother: Heart Disease,Hypertension (high blood pressure),High Cholesterol
Sister: Hypertension (high blood pressure)
Mother: Heart Disease,Diabetes,Hypertension (high blood pressure)
Maternal Grand Father: Diabetes

**Social History:**

Tobacco Use/Smoking:
Are you a *heavy tobacco smoker*
Flu Vaccine:
Have you had a flu vaccine within the past year? *No*
COVID-19 Vaccine:
Have you had a COVID-19 vaccine within the past year? *No*
Drugs:
Substance Abuse? *No*
Alcohol Screen (Audit-C):
Did you have a drink containing alcohol in the past year? *Yes*
How often did you have 6 or more drinks on one occasion in the past year? *Never (0 point)*
How many drinks did you have on a typical day when you were drinking in the past year? *1 or 2 drinks (0 point)*
How often did you have a drink containing alcohol in the past year? *Monthly or less (1 point)*

**Objective:**

**Examination:**

Pelvis MRI DOS: 11/2023.
Tarlov/ Meningeal Cyst(s) - Sacral Left S2/3, Central/Left S3.

**Assessment:**

**Assessment:**

- Perineural cyst - G96.191 (Primary)

Since his last visit with me, he has undergone a diagnostic bilateral S3 nerve root block at the site of his intrasacral meningeal cysts. Following the block he had complete elimination of his symptoms and then his symptoms returned. This would imply that his intrasacral cysts are the source, at least in part, for some of his symptoms.

**Plan:**

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 01/10/2024

**Treatment:**

Perineural cyst

Notes: I discussed conservative versus surgical treatment options with the patient. He says the symptoms are severely limiting his quality of life and not improving despite conservative management. He wants to have surgery. I therefore discussed the nature, risk, and reasonable expectations of treating her intrasacral meningeal cysts and sacral laminar reconstruction with resorbable plating. I discussed that this surgery may leave them with chronic pain and numbness, and/or loss of perineal, bladder, bowel, and sexual dysfunction. He understands all this and wants to proceed.

The patient needs medical clearance.
The patient needs cardiac clearance.
Others

Action Not Started - Surgery

**Billing Information:**
**Visit Code:**
**Procedure Codes:**



**Electronically signed by Frank Feigenbaum , MD on 01/10/2024 at 10:22 AM CST**
**Sign off status: Completed**

---

Provider: Frank Feigenbaum, M.D. Enc date: 01/10/2024

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS

*Specializing in the treatment of spinal meningeal cysts*

**Date: 03/11/2024**
**Re: Michael Morgason**
**DOB:**

Dear Provider,

Our mutual patient will undergo surgery for one or more symptomatic intrasacral meningeal cysts, such as Tarlov (perineural) cysts, or a meningeal diverticulum. Tarlov cysts are dilated nerve roots and a meningeal diverticulum is also a large cyst in the sacrum which compresses adjacent nerves causing radicular symptoms. If the cysts are in the sacrum, as is most common, patients typically describe the inability to sit due to sacral pain radiating to the buttocks, leg, and feet. They can also exhibit perineal pain and numbness, bowel and bladder issues, and sexual dysfunction due to sacral nerve injury. Every patient does not experience all of these symptoms; it depends upon which nerve is involved.

Many patients may exhibit chronic nerve injury resulting from long-term compression of the sacral nerves both before and after surgery. Following surgery most patients will require narcotic medication for at least three to six months with tapering of the medications as the postoperative symptoms allow. Nerve healing is slow and can take up to 1-2 years. Some patients may need the addition of pain modulating medications, such as Lyrica, Neurontin, or Cymbalta, which may need to be added following surgery. If patients are already on pain modulating drugs, then they should be adjusted as symptoms require. Patients may require longer periods of narcotic medications, referral to pain management, or a possible spinal stimulator trial for treatment of their chronic nerve injury symptoms. Physical therapy is not usually recommended for our patients after surgery as we find that it typically aggravates their sacral nerves causing an increase in symptoms.

Patients stay in Dallas approximately seven to ten days following their surgical procedure. During this time I will provide patients with narcotic medications and ensure they have enough medication to cover their trip home. As the laws on narcotic medications become more restrictive, it makes it difficult or impossible for out-of-state physicians, like me, to prescribe medications post-surgery. To ensure continuity of care, at this time, I am asking you to please monitor and prescribe the needed post-operative pain medication and pain modulating medications for the above patient for at least six months. At your discretion, please refer the patient on to pain management.

Please feel free to contact me if you have any further questions.

Sincerely,

Brandi Petrea,RN/Frank Feigenbaum,MD
Office #: 214-242-1389

**Main Office:** Energy Square 1 • 4925 Greenville Ave • Suite 1307 • Dallas, Texas 75206
**AIMIS Spine:** Theodorou Potamianou 50 • Kato Polemidia 4155 • Limassol, Cyprus
P (214) 242-1389 • F (214) 366-3713 • frankfeigenbaum.com

# Frequently Asked Questions

**From Tarlov Patients**

## 1. What Is A Tarlov Cyst?

Dr. Frank Feigenbaum discusses Tarlov Cysts

A Tarlov cyst is a dilation of the nerve root sheath or outer covering of the nerve. Cerebral spinal fluid gets trapped inside the sheath and forms a cyst. The fluid in the cyst can put pressure on the nerve inside and on the adjacent nerve roots and cause debilitating symptoms. They can occur anywhere along the spine where there are nerve roots. They are most prevalent in the sacrum or base of the spine. The cyst is the nerve and therefore cannot be cut out. Check out our YouTube page for more educational videos!

## 2. What Symptoms Do Tarlov Or Meningeal Cyst Patients Have?

Symptoms can vary depending on the location of the cysts in the spine.

a) Lumbar and/or Sacral

- Low back pain
- Sacral or tail bone pain, pressure, and/or numbness
- Pain with sitting. May feel like you are sitting on a rock or an object
- Avoid sitting related activities
- Pain with standing
- Pain in the legs and/or feet especially in the back of the thighs
- Leg/thigh weakness or numbness
- Foot numbness
- Bowel and/or bladder dysfunction like constipation or urinary retention
- Privates/perineal, vaginal, rectal, pelvic and/or abdominal pain or numbness
- Pain with sexual intercourse

- Sexual dysfunction like erectile.dysfunction, and/or PGAD (Persistent Genital Arousal Disorder)
- Pain and/or numbness in the buttocks and/or between the legs
- Headaches
- Symptoms made better by lying down, or alternating positions throughout the day from sitting, standing, to lying down

b) Cervical

- Cervical or neck pain, pressure, and/or numbness
- Shoulder pain, pressure, and/or numbness
- Arm pain, pressure, and/or numbness
- Hand pain, pressure, and/or numbness
- Finger pain, pressure, and/or numbness
- Pain radiating between the neck and shoulder, between the neck and arm, and/or between the neck into hands/fingers

c) Thoracic

- Thoracic or upper back pain, pressure, and/or numbness
- Middle back pain, pressure, and/or numbness
- Middle low back pain, pressure, and/or numbness
- Upper chest/thoracic pain, pressure, and/or numbness
- Lower thoracic/abdomen pain, pressure, and/or numbness
- Anterior front of arm pain and/or pressure

↑ Back to Top

## 3. Are Headaches A Symptom Of Tarlov Cysts?

No, but some patients state they have headaches, and that after surgery, it decreases. Some patients tighten their jaw because of pain which can lead to headaches. A previous surgical patient found it helpful to use a mouth guard during sleep to relieve symptoms.

## 4. What Causes Tarlov Cysts?

We are not completely sure. It could be genetic. We do not know if genetics, lifestyle, or both determine as to why some patients are symptomatic and why others are asymptomatic.

## 5. Can An Accident Or Injury Cause These Cyst To Form?

In Tarlov cyst patients, these cyst(s) are already present in the body. They either stay the same in size or grow slowly over time. Sometimes after an injury or accident, the existing cyst(s) can become symptomatic; it's not often that a particular injury caused the cyst(s), but possibly caused symptoms to begin.

## 6. How Are The Cysts Removed?

These unique cysts are the nerves and therefore are not removed but rather opened, explored, and treated under an operating microscope while the nerves are continuously monitored. For other types of cysts such as a meningeal diverticulum it is possible to resect the cyst as long as there are no nerves attached. The goal of the surgery is to remove the compression off the nerve. We are not healing, replacing, or removing the nerve(s) during surgery.

## 7. What Is The Plate Made Of That Is Placed Over The Area Where Bone Was Removed During Surgery?

In your consultation, Dr. Feigenbaum may have mentioned a "man-hole" cover. This plate looks like a clear plastic mesh and is made of a polymer called poly L-lactide-co-glycolide. Over a few years it breaks down to water and your body will absorb it. Over time your body will form a tough scar where the plate used to be.

↑ Back to Top

## 8. Can The Doctor Determine How Much Nerve Damage I May Have?

Dr. Feigenbaum is not able to determine how much nerve damage has already taken place. He cannot see the degree of nerve damage in an MRI or in surgery.

## 9. How Many Tarlov/Meningeal Cyst Surgeries Has Dr. Feigenbaum Done?

Dr. Feigenbaum has treated close to 3000 Tarlov and meningeal cyst patients.

## 10. What Additional Tests Can I Expect Will Be Needed Before Determining If I Am A Surgical Candidate?

Patients will need a dedicated MRI of the sacrum (cervical if dealing with neck symptoms, thoracic if having upper back symptoms, etc.) less than a year old before your appointment; we prefer a closed MRI without contrast/dye.

Some patients will need flexion/extension x-rays of the lumbar spine to look for instability. Others may need a better quality MRI of the area of the spine they are being evaluated for.

In several instances, Dr. Feigenbaum will order a Diagnostic Nerve Root Block (DNRB) to determine if the cyst(s) are the source of symptoms (injecting lidocaine only). If this is the case, we have a local provider who is able to perform such procedure on Thursdays and Fridays, so out-of-state patients tend to stay an extra night while in town.

## 11. Do I Need A Referral To See Dr. Feigenbaum?

You do not need a referral unless your insurance company requires one. Typically, patients with an HMO plan will need to have their primary care submit a referral, or those plans who consider the doctor out-of-network. Patients with a PPO plan usually does not need a referral.

↑ Back to Top

## 12. Do I Have To Notify My Insurance Company To Get Approval For My Surgery?

Our office will initiate your surgical pre-authorization and will contact you if additional insurance information is required.

## 13. How Long Does It Take To Obtain Insurance Approval/Pre-Authorization For Surgery?

Each insurance company varies on how quickly they will respond. It can be anywhere from 2 weeks to 45 days. Typically, we hear from insurance no later than 30 days. If you receive any insurance correspondence prior to us reaching out to you about their determination, please contact our office.

## 14. What Happens If Insurance Denies My Surgery?

We will appeal the denial. The steps vary because each insurance is different. Typically, a Peer to Peer with Dr. Feigenbaum and the Medical Director of the insurance company takes place first; this conversation usually takes place within a week from denial. If insurance does not overturn their decision, a 1st level of appeal will be submitted. We may ask you for additional documentation, but the majority of the information is submitted by our office. We will appeal until all levels have been exhausted. If during this time you receive any mailed correspondence from your insurance company, please notify our office.

## 15. Once I Receive Insurance Approval, How Long Will It Take To Schedule Surgery?

Because we book 3-4 months out (from the day Dr. Feigenbaum consents you for surgery), the scheduling nurse will call you between 2 to 4 weeks to discuss surgery dates.

## 16. Will I Need To Pay Anything Prior To My Surgery Date?

If you are a self-pay patient and do not have insurance, payment is required in full prior to scheduling surgery. Payment options include a cashier's check or wire transfer. If you have insurance, once we have a surgery date, we will collect any remaining deductible and/or out-of-pocket maximum amounts prior to your surgery. Payment options include check or credit/debit card.

↑ Back to Top

## 17. What Is A Typical Scenario For Those Coming Out Of Town For Surgery?

For example, if your surgery is planned for a Wednesday, this is a typical day by day plan:

If you have already met Dr. Feigenbaum, you will need to travel to Texas on early Tuesday so that you can complete any pre-admission items with the hospital on Tuesday; these are walk-in appointments, but please arrive before 4 P.M. Surgery would be the following day on Wednesday. You would remain in the

hospital Thursday and Friday and be discharged to a local hotel on Friday afternoon or Saturday if needed. You will then be seen in our office on the following Tuesday or Thursday for a post-operative appointment. You can plan to travel home after your post-operative appointment or the day after your visit.

Another example, if your surgery is planned for a Tuesday, this is a typical day by day plan:

If you have not met Dr. Feigenbaum in person, or it's been over a year since meeting Dr. Feigenbaum, you will need to travel to Texas no later than early Monday and meet Dr. Feigenbaum Monday afternoon. Any pre-admission items at the hospital that have not been completed may be done so after your meeting with Dr. Feigenbaum; these are walk-in appointments that need to be completed prior to 4 P.M. Surgery would be the following day on Tuesday. You would remain in the hospital Wednesday and Thursday and be discharged to a local hotel on Thursday afternoon or Friday if needed. You will then be seen in our office on the following Tuesday or Thursday for a post-operative appointment. You can plan to travel home after your post-operative appointment or the day after your visit.

## 18. At What Facility Will The Procedure Be Performed?

Surgery is scheduled at Medical City Dallas or Medical City Spine Hospital in Dallas, Texas. Patient needs and insurance coverage will determine the location.

## 19. How Many Days Will I Be In The Hospital?

Generally three to four days.

## 20. Can A Family Member Stay With Me In The Hospital?

Yes

↑ Back to Top

## 21. How Long Will I Need To Stay In Town After My Surgery Once I've Been Discharged From The Hospital?

Seven to ten days, unless you are a local patient.

## 22. What Follow Up Is Done After The Surgery?

**Local patients:** are seen at 3 weeks and 3 months after surgery. The post-operative appointments are most commonly with the nurse. An MRI is done 3 months after surgery. Post-operative surveys/questionnaires are filled out by patients at 3 and 6 months and one and two years after the surgery. Patients are still welcome to come to the office for a follow up if needed during these times.

**Out of town patients:** are seen in the office approximately one week after surgery. An MRI is done 3 months after surgery. Post-operative surveys or questionnaires are filled out by patients at 3 and 6 months and one and two years after the surgery. These items need to be mailed to our office in Texas to be reviewed by Dr. Feigenbaum.

## 23. What Can I Do To Enhance My Recovery From Surgery?

While the recovery can be a long one and very different than other types of surgery there are some things you can do to make it the best possible recovery.

- Follow all your post-operative instructions
- Do not smoke
- Maintain a good support system of family and friends
- Follow your restrictions
- Have a positive outlook and have a motivation to get better
- Eat a healthy balanced diet to obtain proper nutrition
- Maintain a healthy weight
- Don't spend too much time focusing or talking about your pain or symptoms
- Have realistic expectations and be patient with yourself and the recovery
- Walk daily as you tolerate

↑ Back to Top

## 24. I Have Trouble Sitting, Can You Recommend A Seat Cushion?

A "Tush-Cush" will be available for use during your visit in our office to assist in your sitting comfort. If interested, purchases can be made online at tushcush.com or Amazon.com.

↑ Back to Top

# *Feigenbaum Neurosurgery, P.A.*
## Surgery Instructions For Michael Morgason

**SURGERY DATE: 04/10/24** **CHECK-IN TIME: 06:00AM**

**SURGEON: Frank Feigenbaum, MD** **PROCEDURE TIME: 07:30AM**

Your surgery has been scheduled for the above date at **Medical City Spine Hospital.** Please report to the front entrance of the **SPINE** hospital. Check in and sign in with the front desk. Directions are attached on the next page.

---

**Special Instructions:** Absolutely nothing to eat or drink after midnight or 8 hours before surgery. You may brush your teeth, but do not swallow any water. Heart and blood pressure medications may be taken with a sip of water the morning of surgery (**AVOID Lisinopril 12 hours prior**). **Please check with your primary care physician regarding any medications you take on a regular basis.**

**Medications you must stop <u>one</u> week prior to surgery:** Aspirin, aspirin products, non-steroidal anti-inflammatories (including Advil, Ibuprofen, Aleve, Motrin, Nuprin, Naproxen, Naprosyn, Celebrex, Mobic, Meloxicam). If you are on blood thinners such as Coumadin, Plavix or Pletal, confer with your prescribing physician on instructions. Vitamins, garlic tablets, diet pills, and over the counter herbal supplements. **If you are taking semaglutide (Ozempic) or any related injectible medications, these need to be stopped 2 weeks prior.** Call if you have questions about medications.

You may continue to take pain medications (Tylenol, Vicodin, Hydrocodone, Norco) as directed.

**BRING ALL PRESCRIPTION MEDICATIONS WITH YOU TO THE HOSPITAL.**

---

You will need a **Pre-Admission Testing Appointment** at the hospital prior to surgery. At this appointment, the hospital will obtain your medical history, perform pre-surgery testing, and you will visit with an anesthesiologist. Check in at the front of the SPINE hospital. The registration office will be to your left (on the main floor). Bring a photo ID, health insurance card(s), complete list of medications and doses.

- [ ] Please call 972-940-8791 to schedule a time to come in that is convenient for you.
- [X] **You have a PAT appointment scheduled for 04/09/24 @ 01:00PM**

- [ ] The hospital will contact you prior to your surgery to obtain the pre-admission information over the phone. If they have not contacted, you withing a few days prior to surgery, please call 972-566-7100 *and* 972-566-2088.

---

You will need to have routine **Pre-Operative Labwork** done **<u>PREFERABLY TWO WEEKS BEFORE SURGERY, BUT NO GREATER THAN 30 DAYS. AT LEAST ONE WEEK PRIOR TO SURGERY, LABS SHOULD BE COMPLETED OTHERWISE YOUR SURGERY COULD BE CANCELLED.</u>**

- [ ] Please take the attached lab order form to any LabOne/Quest location (an appointment is not necessary, and you do not need to fast).
- [ ] Your bloodwork will be done at the hospital.
- [X] Please take the attached lab order form to your Primary Care Physician's Office.

***Please call our office at 214-242-1389 if you have any questions regarding your surgery.***

- [X] You will need pre-operative medical clearance from your primary care physician. A request has been sent by fax to your doctor.
- [X] You will need __Cardiac__ clearance from your physician. A request has been sent by fax to your doctor.
- [X] You will need a physical done by your primary care physician. Please have the office note faxed to our office at 214-366-3713. See lab order for necessary tests.

***Please call our office at 214-242-1389 if you have any questions regarding your surgery.***

## What to Bring With You for Surgery:

Medications in the original bottle, pair of shoes that are easy to slip on and off to avoid bending, comfortable clothing that will not rub your incision site (i.e. dresses, sweat pants, maternity clothes), personal hygiene items (basic products will be provided such as toothbrush, toothpaste, comb, and lotion). If you so choose, you can bring your pillow and blanket. Please remove all jewelry for surgery including body piercings. Those with long hair, please put hair up in a ponytail with a non-metal hair tie.

## Directions to Medical City Spine Hospital:

11990 North Central Expressway

Dallas, Texas 75243

FYI: A recliner only is provided for your spouse, significant other, partner, family member, or friend.

If you are renting a car, Dallas has electronic toll roads. You do not have an option to pay with change and will receive a bill from the rental company. Most patients can take a shuttle provided by their hotel accommodation.

# Feigenbaum Neurosurgery, P.A.

Treatment of Meningeal/Tarlov cyst(s)

Patient Name: Michael Morgason

DOE

## A. Consent for Procedure

I have received information about my condition, the proposed treatment, alternatives, and related risks. This form contains a brief summary of this information. **ALL PAGES OF THIS FORM WILL NEED TO BE SIGNED BY YOU PRIOR TO SURGERY** signifying you have read and understand the contents of each page and all questions have been answered. You should not sign this form if all items, including questions, have not been answered to your satisfaction, or if you do not understand any of the terms or words contained in this consent form. I understand I may refuse consent, and **I GIVE MY INFORMED AND VOLUNTARY CONSENT** to the procedures and other matters shown below.

## B. My Condition

I understand my condition to be: **TO TREAT TARLOV CYST(S) AND/OR ANY OTHER TYPES OF MENINGEAL CYST(S).**

## C. The Procedure

__X__ **Sacral Laminectomy, Treatment of Meningeal/Tarlov cyst(s), and Dorsal Sacral Reconstruction with Resorbable Plating.** This procedure is performed to relieve pressure and nerve compression from the cyst structures. An incision is made in the lower back and an opening is created in the sacrum or bone covering the cyst are to allow access to treat the cysts. An operating microscope is used during continuous spinal nerve monitoring to open and treat the cyst(s). Fat from inside the wound area may be used to treat the cyst(s). Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap treated and untreated cyst(s). A resorbable plate is placed and secured with resorbable screws over the bone opening.

____ **Anterior Intrapelvic Treatment of Tarlov Cyst(s).** This procedure is performed to relieve pressure and nerve compression from the cyst structures. An incision is made in the abdomen by the exposure surgeon to allow access to treat the cyst(s). An operating microscope is used during continuous spinal nerve monitoring to open and treat the cyst(s). Fat from inside the wound area may be used to treat the cyst(s). Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap treated and untreated cyst(s).

____ **Partial Cervical Laminectomy, Treatment of Meningeal/Tarlov cyst.** This procedure is performed to relieve the pressure in the cervical area and nerve compression from the cyst structures. After general anesthesia has begun the surgeon will place a head holding device (Mayfield tongs) to maintain the head and neck in a stable position attached to the bed with three points of contact on the head with pins. An incision is made in the back of the neck and a

portion of the bone is removed to expose the cyst area to allow access to treat the cyst. Fat from inside the wound area may be used in the process of treating the cyst. Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap the cyst.

____ **Partial Thoracic Laminectomy, Treatment of Meningeal/Tarlov Cyst.** This procedure is performed to relieve the pressure in the thoracic area and nerve compression from the cyst structures. An incision is made in the upper back and a portion of the bone is removed to expose the cyst area to allow access to treat the cyst. Fat from inside the wound area may be used in the process of treating the cyst. Bovine pericardium (processed sterile tissue consisting of the lining of a cow's heart) may be used to wrap the cyst.

____ **Decompressive Lumbar Laminectomy.** This procedure is performed to relieve the symptoms associated with spinal stenosis or narrowing of the spinal canal, a condition that is a by-product of aging and usually caused by degenerated (herniated) discs, thickened ligaments, and the overgrowth of bone (bone spurs) in the lumbar spine. During surgery, the overgrown bone and thickened ligaments that are causing pressure on the spine and nerve roots are removed through an incision in the lower back.

____ **Excision of the Lumbar Disc or Discectomy.** This procedure is intended to relieve the pressure on nerves caused by a ruptured (herniated) disc. The disc is a rubbery mass of tissue that acts as a natural shock absorber between the bones of the spine. During the procedure, the surgeon removes a portion of the disc and any extruded fragments, through an incision in the lower back.

## D. Additional Procedures

I also consent to the performance of any additional procedures determined in the course of a procedure to be in my best interests.

## E. Results Not Guaranteed

I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantee or assurance has been made as to the results of the proposed procedure.

## F. Alternatives

I have considered the non-surgical alternatives to lumbar sacral spine surgery, which include:

Not having the procedure

Using medication for relief of pain

Undergoing physical therapy

Steroid injections

The benefits and disadvantages of these alternative methods have been explained to me, if requested.

## G. Risks of Lumbar/Sacral Spine Surgery

I agree that the decision to have this procedure includes weighing the risks of surgery as well as the benefits. I understand and accept that possible risks and complications may include, but are not limited to the following:

- ***Adverse reaction to anesthesia-*** There is a possibility of complication or injury from general anesthesia.
- ***Bleeding-*** It is possible, though unusual, to experience an episode of bleeding, which may be excessive, during or after surgery. Bleeding may require additional treatment or transfusion. Certain nutritional supplements and medications may increase the risk of bleeding.
- ***Bowel, bladder and/or sexual dysfunction-*** There is a small chance that surgery may result in partial or complete loss of bowel, bladder and/or sexual function. There is a small chance that having the procedure could result in lack of ability to empty the bladder and therefore require self-catheterization.
- ***Blood clot development-*** Blood clots may occur with any type of surgery. Clots can block blood flow and cause complications, including pain, swelling, inflammation, tissue damage, airway blockages due to compression of the trachea and compression of the spinal cord.
- ***Cardiac complications-*** There is a small chance that having the procedure could cause an irregular heartbeat or a heart attack.
- ***Death-*** Although the risk is remote, death may occur during or soon after any surgical procedure.
- ***Increased pain-*** It is possible that the pain or other symptoms will increase in severity following the procedure.
- ***Infection-*** Infection may occur in the wound, either near the surface or deep within the tissues, and may include the spine. Additional surgery may be necessary to drain the infection, followed by prolonged antibiotic therapy by vein. In rare circumstances, infection may cause severe pain and permanent disability.
- ***Nerve root injury-*** Injury to the nerve roots may result in weakness in the legs, paralysis in the affected muscle groups or loss of sensation in the affected areas.
- ***Numbness-*** There is a chance the surgery could result in temporary or permanent loss of sensation in the buttocks and perineum.
- ***Recurrence-*** There is a small chance that the cysts could recur, or another cyst could form in the area of the surgery at a later date.

- ***Respiratory difficulties-*** Breathing difficulties, which are usually temporary, or post-operative pneumonia, may occur as a result of surgery. Pulmonary embolus (blockage of an artery in the lungs) could occur from blood clotting in the veins.
- ***Spinal fluid leak-*** An opening in the spinal sack and/or the cyst may allow fluid to leak after the operation and require additional treatment including bed rest or re-operation.
- ***Positioning-*** On rare occasions, injury to the blood vessels and/or nerves may arise from the necessary positioning on the operating room table during surgery.

I also understand that there may be other RISKS OR COMPLICATIONS, SERIOUS INJURY OR EVEN DEATH from both known and unknown causes. There is a chance that undergoing the surgery will not alleviate pain, numbness, weakness, or other symptoms.

**Additional Risks of Cervical Spine Surgery**

- ***Nerve root injury-*** Injury to the affected cervical nerve root may result in weakness and possible muscle atrophy of the shoulder, arm, hand, and fingers. Injury to a cervical nerve root may result in paralysis in the affected muscle group or loss of sensation in the affected areas. The symptoms and location of the possible injury are dependent on the specific nerve root affected.
- ***Numbness-*** There is a chance the surgery could result in temporary or permanent loss of sensation in the affected area.
- ***Recurrence-*** There is a very small chance that the cyst could recur at a later date.
- ***Spinal cord injury-*** Spinal cord injury with resulting paralysis, numbness, loss of bowel/bladder and sexual function.
- ***Spinal fluid leak-*** An opening in the cyst may allow fluid to leak after the operation and require additional treatment including bed rest or a re-operation.

**Additional Risks of Thoracic Spine Surgery**

- ***Nerve root injury-*** Injury to the affected thoracic nerve root may result in weakness of the arms, the underarm area, and torso. Injury to a thoracic nerve root may also result in paralysis in the affected muscle group or loss of sensation in the affected areas. The symptoms and location of the possible injury are dependent on the specific nerve root affected.
- ***Numbness-*** There is a chance the surgery could result in temporary or permanent loss of sensation in the affected area.
- ***Recurrence-*** There is a very small chance that the cyst could recur at a later date.
- ***Spinal cord injury-*** Spinal cord injury with resulting paralysis, numbness, loss of bowel/bladder and sexual function.

- ***Spinal fluid leak-*** An opening in the cyst may allow fluid to leak after the operation and require additional treatment including bed rest or a re-operation.

**H. Important Point**

- ***Allergies/Medications-*** I have informed the doctor of all my known drug allergies. I have also informed my doctor of all the medications I am currently taking, including prescription drugs, over-the-counter medications, herbal/homeopathic therapies, nutritional supplements, illicit drugs, and alcohol. I understand the advice I have been given about using any or all of these medications and drugs on the days before and after the procedure.

- ***Smoking-*** If I smoke in the days before or after my surgery, I may be impeding my own recovery. I understand that if I smoke, I will have a greater risk of wound-healing complications.

- ***Recovery-*** I understand the recovery period after nerve surgery can be extensive and that it may take up to a year or more for the nerves to calm down after the surgery. It is not unusual to have nerve pain and flare ups at intervals along the recovery process. I also understand increases in activity level may exacerbate these symptoms.

- ***Follow up outcomes-*** I understand I may be asked to complete outcome surveys and questionnaires as part of my follow up.

**I. Disposal of Tissue**

Any tissue not required for medical diagnosis to treat my condition may be used for medical research, provided that the ethical guidelines for the Protection of Human Subjects (Code of Federal Regulations, Title 45, Part 46), is adhered to, and that the ethics committee) Institutional Review Board) for this research has reviewed and approved the research study. I consent to the publication of research results into the medical literature as long as patient confidentiality is maintained. I realize that I may decline to participate in such medical research and that refusal will not affect my medical care in any way. I consent to the disposal of any tissue of medical devices that may be removed during the procedure.

**J. Medical Research**

I consent to the review of clinical information from my medical record for medical study, medical research, and the advancement of physician education, provided that patient confidentiality guidelines in place in my institution (Institutional Review Board) are adhered to. I consent to the publication of research results into the medical literature as long as patient confidentiality is maintained. I realize I may decline to participate in such medical research and that refusal will not affect my medical care in any way.

**K. Photography/Observers**

I give my consent to the photographing or videotaping of the procedure to be performed, including appropriate portions of my body for scientific, medical, or educational purposes,

provided that the pictures do not reveal my identity. Also, in the interest of advancing medical education, I agree to allow qualified observers into the operating room during the procedure.

**L. Release of Social Security Number**

I authorize the release of my Social Security number to appropriate agencies for legal reporting and medical-device registration.

**M. Communication**

We are here to serve you. Please speak with us about any concerns that may arise at any time. By communicating how you are experiencing care in this office, you enable us to provide you with the best possible service.

**N. Narcotic Consent**

- ***Risk of Narcotic Use-*** I clearly understand that strong medications, which may include opiates and other controlled substances, may be prescribed for post-surgical pain relief. I understand that there are potential risks and side effects with taking any medication, including the risks of addiction. Other possible complications include, but are not limited to, constipation which could be severe enough to require medical treatment, difficulty urinating, fatigue, drowsiness, nausea, itching, stomach cramps, loss of appetite, confusion, sweating, flushing, depressed respiration, and reduced sexual function.

- ***Risk of Addiction-*** I clearly understand that the use of narcotics may result in physical dependence. Physical addiction typically poses no problem if discontinued after 2 to 3 weeks. I understand that psychological addiction can be another possible risk to the use of opioid medications. If I, the patient, exhibit behaviors such as, abusing the drug to obtain mental numbness or euphoria, drug craving behavior, or when the drug is quickly escalated without correlation with the pain relief, meaning extra pills are taken without doctor's approval, the medication will be tapered, and I will not be a candidate for continued treatment.

- ***Prescription Policy-*** I clearly understand that my narcotic pain medications will only be prescribed by Dr. Feigenbaum for up to three (3) months post-surgery. This is only if I do not have a pain doctor or Primary Care Physician who is prescribing me pain medication. I am signing this form voluntarily.

**O. Companion Policy**

I clearly understand that Feigenbaum Neurosurgery requires me to be accompanied by someone from the time of hospital discharge until my post-surgery follow up appointment, one week later. I understand that this companion support is for my physical safety and allows the needed extra help with activities of daily living. There are no exceptions allowed. I am signing this form voluntarily.

Patient Name: Michael Morgason DOB: Signature____________________Date_______

**P. Reaffirmation of Consent**

I authorize and direct Frank Feigenbaum, MD and his associates and assistants to perform spinal surgery. I understand that this procedure is intended to relieve pain, numbness and weakness that may be associated with nerve compression from Tarlov/Meningeal cysts.

I affirm that my surgeon has explained all of the information above, that I understand this information and that all of my questions regarding this procedure have been answered. I certify that I understand this treatment agreement and that I am satisfied with the explanation I have received.

I therefore consent to the spinal nerve surgery and to whatever different or additional operations or procedures my surgeon deems necessary or advisable during the course of the procedure.

All blanks on this form were filled in prior to my signature and I have received a copy. I have read and understand the content of this form and have received a copy.

______________________________ ______________________________

Print Name Relationship (self, parent, etc.)

______________________________ ______________________________

Witness Print Name Witness Signature/Date

Interpreter Attestation (when applicable)

______________________________

Signature of Interpreter/ Date

- Please read this surgery consent form.
- **Sign** and **date** each page.
- **Sign** and **date** last page along with a witness.
- Fax, or email the surgery consent.

  *Fax #: 214-366-3713

  *Email: nurse@frankfeigenbaum.com (Attn: Nesi, RN)
- Do **NOT** give the consent to the hospital.

# FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, MD, FAANS, FACS

**Pre-Surgery Body Cleansing with Hibiclens**

Getting your skin ready for surgery is extremely important to decrease your risk of infection. To do this, you should cleanse your skin with Hibiclens. Hibiclens can be purchased over the counter at any pharmacy (Walmart, Walgreens, CVS, etc.) There is no prescription needed. The frequency for bathing should be once a day for 3 days prior to surgery and the morning of surgery, for the best results. Clean, freshly laundered washcloths, towels and clothes should be used for each wash.

Before using, read ALL instructions.

**Note: If allergic reactions occur, stop using and contact our office.**

1. Wash and rinse your hair, face and body using your normal shampoo and soap.
2. Make sure you completely rinse off in a very thorough manner.
3. Turn off shower
4. Pour a quarter size amount of Hibiclens soap onto a wet, clean washcloth and apply to your entire body FROM THE NECK DOWN. Do NOT use on your face, hair or genital areas.
5. Rub the soap filled washcloth over your entire body for 3 minutes; apply more soap as needed. (1/4 of the bottle should be used with each of the 4 showers/cleansings). Avoid scrubbing your skin too hard.
6. Turn on the shower and rinse the soap off your body completely with warm water.
7. Do NOT use regular soap after washing with Hibiclens.
8. Pat your skin dry with a freshly laundered, clean towel after each shower cleansing.
9. Dress with freshly laundered clothes after each shower cleansing.
10. It is important the night before surgery, upon the 3rd day of bathing, sleep with clean bed linens.
11. Do NOT apply lotions, deodorants, powders or perfumes to your body.
12. Do NOT shave your legs the night before or the day of surgery nor remove any body hair below the neck only. Facial shaving is permitted before surgery.

# FEIGENBAUM NEUROSURGERY

To the family and friends of our Tarlov/meningeal cyst patient,

Your loved one may have just returned home from traveling for surgery. They may have increased pain after traveling. This is not unusual as travel can set one back a bit. The good news is that the surgery successfully removed the pressure that was on the nerves. That being said please keep in mind nerves take a very long time to heal. This surgery is unlike any other. It can potentially take a long time to attain the final result. The nerves did not become in bad shape overnight so it will take a while for them to not get so easily irritated with activity or sitting. They may reach maximal improvement in a few months, or it could take over a couple of years. It all depends on the nerves. All improvements along the way no matter how small are to be celebrated in the big picture. It is normal to have good days and bad days. It is normal to have fluctuations in comfort level especially based on activity level. In general, the more one does the more they may feel it in the next few days.

Most patients after this type of surgery do not require physical therapy in the first few months unless otherwise advised. Walking as tolerated is all that Dr. Feigenbaum wants them to do. Aggressive physical therapy will not help. There is nothing to do to hurry the healing of the nerves. Nerves heal on their own schedule. Large increases in activity can start a flare up of pain so this is why we recommend slow and gradual increases in activity as the patient can tolerate. It is never wise to over-do any activity. All activity must be increased very slowly.

Our patients have been through a lot before the surgery, and it can be a very emotional journey. It is most important for family and friends to remain positive, encouraging, and supportive all along the post-surgery journey. Well-meaning friends may say things that make patients feel like they are not progressing. "You had surgery 4 months ago and you are still not doing ___!" or "How come you can't ___? Isn't your surgeon worried?" Our patients understand that this is a long process and that the degree to which one improves depends on the health and shape of the nerves at the time of surgery. It is very important for family and friends to understand this as well and to know that lots of time and patience is required. It is hardest on the patient because they may not want to explain that they cannot do something they really want to do that day due to pain or that they are having a bad day. It is hard to plan activity in advance because they do not know how well they will feel in a week or a month. Stay positive for your loved one and remain supportive. Help them remember all the progress they have made when they are having a bad day. Know that it may be very hard for them to ask for assistance to get things done daily that most of us take for granted such as cooking or grocery shopping and cleaning the house. Patients often feel forgotten months into their recovery and do not always feel comfortable reaching out to loved ones for help. If you are able, gently offer to help out from time to time. Ask them what they need from you. This can also be a very isolating recovery when they are unable to get out much. Phone or text them as appropriate or ask them if they are up to a short visit after they have resettled in the first month and assure them, they do not have to sit down for the entire time as this will probably increase their pain the next day. They have been told there is every reason to be hopeful with treatment and know that this is indeed true.

Thank you for supporting or patient,

The surgical team of Feigenbaum Neurosurgery

Note: Many patients express it is hard to make others understand the depth of their surgery and recovery, so this letter was created with care to assist our patients in communicating about what they are going through.

# FEIGENBAUM NEUROSURGERY

Dear patient:

Please allow time for the processing of your claim by your insurance company following surgery. You may receive and EOB (explanation of benefits) or a letter from your insurance company either requesting information from our office or denying payment. This is fairly typical. Our billing office has a system in place for providing the necessary documentation needed by your insurance company for processing the claim. This can take several weeks. You will receive a statement from our office once your insurance company has processed and paid their portion. If you do have questions regarding your balance, please feel free to contact Heather with billing. She can be reached at 214-242-1389 option 8.

Any questions that you have regarding bills from other providers or from the hospital will need to be addressed to the name/company listed on the invoice.

You will receive a bill from:

- Our office
- The hospital
- The neuromonitoring company, NuVasive
- Anesthesia
- Internal Medicine
- Pain Management
- X-ray use during surgery
- Radiologist reading of the x-ray

Thank you,

Feigenbaum Neurosurgery

# Rapid Orthopedic Supplies

Billing Company: Elite Medical/Ennis Diagnostic

Hello,

Rapid Orthopedic Supplies is the provider for the mechanical compression device that will be used during and after the patient's surgery. The compression device is designed to mimic ambulation and increase blood flow, to reduce the risk of Deep Vein Thrombosis "blood clot" during and after surgery. If a medical device is provided, one of our on-site representatives will be there to answer any questions and obtain the necessary paperwork to file a claim with the patient's insurance provider. If the patient does not have insurance coverage, or the insurance provider denies coverage for the compression device, the patient's out of pocket expense will not exceed $100. We will Make every effort to collect from the insurance provider and we will work with the patient in any way we can, regarding repayment. Please contact us with any questions you might have regarding our products and service.

Thank you so much,

Rapid Orthopedic Supplies Elite Medical/Ennis Diagnostic

3810 Melcer Drive Ste. 103 Rowlett TX 75088

Ryan Hayes: 214-558-1655 Phone: 469-867-6299 Phone: 469-438-6299 Fax: 972-475-1790

# NuVasive Intraoperative Neuromonitoring

Dear Patient,

Your surgeon has requested the use of our services during your surgery today in order to help identify and protect your nervous system. Your surgeon will be working close to delicate nerves and supportive tissue and has requested that one of our technologists monitor your nervous system during the procedure. This monitoring procedure is referred to as Intraoperative Neurophysiologic Monitoring (IOM).

In order to perform Intraoperative Monitoring (IOM), one of our technologists will be placing electrodes over your peripheral nerves, into your muscles, and beneath the skin in your scalp. The technologist may meet you in the pre-operative area to discuss the monitoring procedure, perform a brief neurologic exam, discuss your symptoms, and apply non-invasive electrodes to your arms and legs. Some of the electrodes come in the form of small needles attached to a wire. The needle electrodes will only be placed after you are asleep in the OR and taken out before you wake up, so you will not feel any discomfort from the monitoring.

Once the electrodes are placed, they are connected to specialized monitoring equipment which is used to run tests on your nervous system, which includes your brain, spinal cord, and the nerves that run from your spinal cord to your arms and legs. Our technologist will run a set of baseline responses prior to the incision, and then continuously run tests throughout your procedure – "monitoring" the results of the tests and comparing them to the baseline responses. If there are any changes in the way your nerves behave during your surgery, the technologist will inform your surgeon, who will take care to make sure that your nerves are adequately identified and protected.

We also utilize the services of a neurologist who will be watching your procedure in real-time via remote monitoring technology. The neurologist will interpret the tests being performed by the technologist and ensure that the tests are adequately monitoring your nervous system. The neurologist is also available for consultation during the procedure should the technologist or surgeon need clarification about the status of your nervous system's responses to the testing. All of the members of the monitoring team, including the surgeon, the technologist, and the neurologist, work together to make sure that your nervous system is fully protected.

All of the electrodes will be removed from your body prior to waking up from anesthesia. You may notice some small spots of blood on your arms, legs, or scalp from where the electrodes were placed. The technologist will do everything possible to prevent bleeding from where the electrodes were removed and ensure that the bleeding has been controlled prior to you leaving the OR.

Following the procedure, the technologist will check to make sure that there haven't been any changes in the function of your nervous system by performing another brief neurologic exam and making sure you can move your arms and legs.

Our services are billed to the hospital and your insurer. You may receive a notice from your insurer about the monitoring performed on you during your procedure. Procedure terms such as "Evoked Potential Testing", "EMG/Electromyography", "Nerve Conduction Testing", "EEG/Electroencephalography", and "Intraoperative Monitoring" may be used in reference to our services. In addition, you may see the name of the neurologist who performed the interpretation of the monitoring signals during the procedure.

If you have any questions about our services, be sure to ask your surgeon before your surgery for clarification about why monitoring is being used and how it may be able to help in preventing your nervous system function.

An introduction to

# Intraoperative Neuromonitoring

## Protecting you during surgery

This booklet provides general information on intraoperative neuromonitoring (IOM). It is not meant to replace any personal conversations that you might wish to have with your physician or other member of your healthcare team. Not all the information here will apply to your individual treatment or its outcome.



## Supporting your peace of mind

Your surgeon may choose to utilize a service known as intraoperative neuromonitoring (IOM) to help monitor your condition during your procedure, which may decrease the chance of nerve damage during surgery.

## What is IOM?

Surgical procedures can involve surgeons operating close to delicate nerves which inherently places those nerves at risk. IOM helps a surgeon evaluate the condition of the nervous system around which he or she is operating. If your surgeon elects to use IOM, then neurophysiologists and/or interpreting physicians can be there to focus on a patient's nervous system during the procedure. Having neurophysiologists in surgery facilitates effective communication among caregivers, helping improve recognition and response to changes in your condition.



# What to expect during surgery

Preparation for surgery includes having discussions with your surgeons and asking any questions you may have. Prior to surgery, your physician will review your condition and may discuss any health problems, medications that you are taking, and/or allergies.

Once you have been admitted to the hospital, you may be taken to a pre-op room and prepared for surgery. This may include instructions about the surgery, anesthesia, and the postoperative period. At this time, you will be prepared for IOM if the surgeon chooses to implement this as a part of your surgery.

The first part of the IOM process will involve placing electrodes on the body. These electrodes may help to monitor your unique neural functions associated with the brain, spinal cord, and peripheral nerves. Once the electrodes are in place, they are connected to specialized monitoring equipment, which is used to run tests and monitor how the nervous system may be affected during surgery.

It is important that you discuss the potential risks, complications, and benefits of IOM with your surgeon prior to receiving treatment.

For further information about IOM services, risk considerations, and billing and insurance information, visit us at **nuvasive.com/ncs**

# Billing for IOM

The facility where your surgery is being performed contracts with NuVasive Clinical Services™ (NCS) to provide IOM services. The IOM services provided by the NCS neurophysiologist are generally paid for by the facility.

NCS partners with a number of physician groups to provide the professional oversight of the IOM services. Coverage for the professional oversight will depend on your plan and the insurance provider. The physician overseeing your monitoring will submit a separate bill to your insurance. You may be responsible for the amount of any co-pay, co-insurance, or deductible. Note that the monitoring physician may be out of network. Please visit our website at **nuvasive.com/ncs** to learn more about patient billing and view a list of monitoring physicians and the plans in which they participate.

For billing questions, please call **888.464.2466** (toll free). NCS representatives are available to assist you Monday-Friday, 8:00 a.m.–4:30 p.m. EST. After hours callers may leave a message requesting a return phone call.

# Billing frequently asked questions

## What should I do when I receive an explanation of benefits (EOB) from the Insurance Company?

No immediate action is needed. Please note that an explanation of benefits from the insurance company is not a bill from NCS. You will receive a separate bill from NCS for the amount of a co-pay, co-insurance, or deductible that is identified by your insurance payer as your responsibility.

## What should I do if I receive a check from the insurance company?

Although we will follow up with your insurance provider about the status, claims information is often sent directly to the insurance plan member (note that this often happens with Blue Cross accounts). Please forward any payment or correspondence you receive to our office as soon as possible. This will help us to update your account and apply payments properly. If the check is sent directly to you, please forward the check (or write a new check after depositing the insurance payment) and a copy of the EOB to the NCS office at 10275 Little Patuxent Parkway, #300, Columbia MD 21044. To endorse the check, sign on the back and write the name of the physician group that shows on the EOB below your signature. Please call **888.464.2466** with any questions.

## I received a bill from NCS. Can NCS appeal on my behalf?

If the EOB and the bill you receive from NCS show that your claim was processed on an out-of-network basis and you want to ask your insurance company to re-process the claim, NCS can assist. Please call **888.464.2466** and request that NCS send an out-of-network appeal to the insurance carrier. NCS will send you another bill when the outcome of the appeal is known.

## What do I do if I have concerns about my ability to pay the bill?

Please call **888.464.2466** and request information about our financial hardship policy and monthly payment plans. NCS does make reasonable efforts to collect all amounts owed but does not refer overdue patient accounts to a collections agency.

## Notes

**Resources**

For more information about IOM, please visit:
**nuvasive.com/ncs**

If you would like to learn more about patient support and education for chronic back, leg, and neck pain sufferers and their loved ones, please visit:
**thebetterwayback.org**

*If you have any questions about IOM or spine surgery, please call or visit your physician, who is the only one qualified to diagnose and treat your spinal condition. This patient information brochure is not a replacement for professional medical advice.*

the better way
BACK
THEBETTERWAYBACK.ORG

## About The Better Way Back®

The Better Way Back is a nationwide patient support program created by NuVasive®, a leader in developing minimally invasive, procedurally-integrated spine solutions. The Better Way Back is a free community built on the power of empathy, and is dedicated to providing hope, support, and information to individuals suffering from chronic back, leg, or neck pain.

Through its Patient Ambassador Program, The Better Way Back pairs patients considering spine surgery with patients who have previously undergone a spine procedure. Ambassadors volunteer their time to discuss their experiences in order to provide additional, first-hand perspectives.

To learn more about The Better Way Back, please

call 1.800.745.7099

visit thebetterwayback.org

text "TBWB" to 858.360.8292

# Intraoperative Neuromonitoring

NuVasive Clinical Services is a division of NuVasive, Inc.
**NuVasive, Inc.**
7475 Lusk Blvd., San Diego, CA 92121
+1 800.475.9131

©2019. NuVasive, Inc. All rights reserved. The Better Way Back is a registered trademark of NuVasive, Inc. NuVasive Clinical Services is a trademark of NuVasive, Inc. 9501560 D

**nuvasive.com/ncs**

NUVASIVE Clinical Services

MEDICAL CITY HEART AND SPINE
11990 N. Central Expressway
Dallas, Texas 75243

Operative Report

PATIENT NAME: MORGASON.MICHAEL R
DOB:
SURGEON: Feigenbaum,Frank MD
DATE OF SERVICE: 04/10/24

UNIT: BD00035408
ACCOUNT: BD0100780217
PT TYPE: ADM IN

SURGEON: Frank Feigenbaum, M.D.

ASSISTANT: S. Hutchens, DNP.

PREOPERATIVE DIAGNOSIS: Intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

POSTOPERATIVE DIAGNOSIS: Intrasacral meningeal cysts within the sacral spinal canal causing sacral nerve root compression and sacral radiculopathy symptoms.

PROCEDURES PERFORMED:
1. Treatment of left S3 nerve root meningeal cyst/Tarlov cyst, treatment type 3.
2. Treatment of left S2 nerve root meningeal cyst/Tarlov cyst, treatment type 2.
3. Sacral lamina reconstruction with resorbable plating.
4. Use of intraoperative electrophysiologic monitoring.
5. Use of intraoperative microscope.
6. Use of intraoperative fluoroscopy.

ANESTHESIA: General.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room and an adequate anesthetic plane was obtained in the supine position. The patient was then intubated by the anesthesia team who instructed to give him prophylactic antibiotics. He was then turned to the prone position on the Wilson frame with all pressure points padded. His lumbosacral region was prepped and draped in a sterile fashion. I then used fluoroscopy to identify the operative levels with a spinal needle to the spinous process tips. I then made an opening overlying the cyst and carried out a subperiosteal dissection bilaterally. Deep retractors were placed for exposure. I then carried out laminectomies overlying the cyst using a combination of Leksell rongeur, #3 and #4 Kerrison rongeurs. The operating microscope was brought into the field.

My surgical assistant, Stefanie Hutchens, NP, performed an essential role during the duration of this surgery. I could not have performed the surgery without my specially trained assistant. She worked with me through the operating microscope holding structures as I treated the patient?s pathology, including meningeal cysts, etc. There was no equivalently trained hospital staff with the required skillset available to assist during this surgery.

Under the operating microscope, I could see the distal spinal sac and the Tarlov cyst affecting the sacral nerve roots. I first turned my attention to the

largest of the cyst, which was affecting the left S3 nerve root. This cyst was more less in the midline and leftward in the spinal canal. It was compressing nerve roots bilaterally including the right S4, left S4 and left S2 nerve roots. This cyst was also deforming the parent nerve root. A laborious dissection then followed under high magnification with microinstruments to dissect the cyst free from its surrounding attachments including other sacral nerve roots and vascular structures. I then Inspected the dame of the cyst for an area that appeared free of nerve root fibers. I then made a small opening in the dome of the cyst giving release to the spinal fluid under pressure. I then used aspiration to drain the cyst / nerve root completely. I then used a micro-ligaclip to seal the opening in the cyst wall being careful not to include any nerve root fibers. I then wrapped the collapsed nerve root/cyst with a layer of pericardium allograft in the form of a sleeve which I secured with either a running 6-0 silk suture or a micro-ligaclip so that it could no longer re-expand in the future, even if spinal fluid were to re-enter it. I could now see that the treated nerve root/cyst had the caliber of a more normal spinal nerve root that was no longer compressing any adjacent nerve roots. Titanium microclips were substituted in place of 6-0 silk suture when appropriate. I then turned my attention to the left S2 nerve root Tarlov cyst. This cyst was deforming the parent nerve root.

A laborious dissection then ensued under high magnification using micro-instruments to dissect the cyst away from its surrounding attachments; including other sacral nerve roots and vascular structures. During the course of the dissection, I noted that the cyst was compressible and I opted to wrap it instead of taking the risk of opening it. I wrapped the cyst with a layer of pericardium allograft which I sewed shut in the form of a sleeve around the nerve root/cyst such that it had the caliber of a more normal nerve root and was no longer compressing any adjacent nerve roots. Titanium microclips were substituted in place of 6-0 silk suture when appropriate. Having treated these Tarlov cysts, I could now see that the patient's distal spinal sac was ectatic in the segment between where the S2 and S3 nerve roots exited the spinal sac. This was causing pressure on the nerves bilaterally, particularly during Valsalva. I therefore used my medical judgment to treat the distal spinal sac. I dissected circumferentially around the spinal sac and wrapped it with a layer of DuraGuard in the form of a sleeve such that it had the caliber of a more normal distal spinal sac that was no longer pushing on the nerve roots bilaterally. I secured the wrapping with a Titanium micro clip being careful not to include any nerve fibers. In no way was the wrapping constricting the contents of the spinal sac. In no way was the wrapping inhibiting the egress of nerve roots from the spinal sac.

I substituted titanium micro-clips for 6-0 silk suture when appropriate in the treatment of the cysts. There was no further evidence of neural element compression that I could detect. I tested all the treated nerve roots/cysts proximal to the area of cyst treatment and they stimulated at low threshold. I asked the anesthesia team to Valsalva the patient and there was no further evidence of spinal fluid leakage I could detect. The wound was thoroughly irrigated and a search for bleeding was carried out. None could be found. I overlaid the areas of exposed dura and treated cysts with a layer of DuraGen. I then turned my attention to reconstructing the sacral lamina. I cut and molded a piece of resorbable plating to fit the sacral laminar contours. It seemed to have a good fit and I secured it in place with resorbable screws. The fascia was reapproximated using interrupted 1-0 Vicryl suture. The subcutaneous layers

PATIENT NAME: MORGASON,MICHAEL R ACCT #: BD0100780217

were reapproximated using interrupted 2-0 Vicryl suture. The subcuticular layers were reapproximated using interrupted 3-0 Vicryl suture. Steri-Strips and a sterile dressing were applied.

Frank Feigenbaum, MD

Date Dictated: 04/10/2024 08:44:39
Date Transcribed: 04/10/2024 10:42:06
FF
Job #: 311930773
Receipt ID: 10149479

CC:
Frank Feigenbaum, MD (F)
Authenticated by Frank Feigenbaum, MD On 04/10/2024 02:12:47 PM

REPORT NUMBER: 0410-0029

Electronically Signed by Frank Feigenbaum, MD on 04/10/24 at 0212

PATIENT NAME: MORGASON,MICHAEL R ACCT #: BD0100780217

FEIGENBAUM NEUROSURGERY

Frank Feigenbaum, M.D., FAANS, FACS

*Specializing in the treatment of spinal meningeal cysts*

Patient Name: Michael Morgason

DOB:

# Post-operative Instructions Tarlov/Meningeal cysts

The following guidelines are recommended after your surgery to ensure the best possible recovery. You may be given additional instructions upon discharge. If you have any questions or problems please contact our office at 214-242-1389.

**Activity Restrictions and Guidelines**

Daily activities for personal needs are permitted but avoid any strenuous activity. Do not lift anything heavier than a gallon of milk (about 8 pounds or 4 kilograms) for the first 4 weeks after surgery. At four weeks after surgery you may gradually increase to no more than 20 pounds. At three months after surgery you may gradually increase to 50 pounds. Avoid pushing and pulling activity for three months. Minimize bending and twisting for the first 4 to 8 weeks after the surgery. Note: bending and twisting will not hurt your surgery but may increase your pain level.

Take precautions to prevent falls and use assistance if unsure. Stairs are permissible, however use handrails and take one step at a time until comfortable. It is recommended to limit sitting to 45 minutes to one hour at a time and take a break for a few minutes to get up and move around or lie down. Sitting longer will not harm your surgery but may increase your pain and discomfort.

Walk daily as tolerated gradually increasing the distance you walk. As you increase your activity level you may experience an increase in discomfort. This is normal and to be expected. Remember this is a slow and long recovery process. There is nothing you need to do to hurry the nerve healing process. Nerves heal on their own schedule! It is okay to be active but rest in small bouts and alternate as you tolerate. Modify your activity level to enhance your comfort as needed.

No Physical Therapy is allowed for six months unless advised by Dr. Feigenbaum. Pool therapy is allowed after three months post surgery if needed. Physiological actives are fine, like walking.

**Ted hose**

If you were given TED hose stockings you may discontinue use once you are routinely up and walking daily.

**Incision care**

Your incision will have small adhesive strips or surgical glue along the incision line. Do not be concerned if the strips roll up or fall off. It is ideal for the strips/glue to stay on for a week to ten days. If the strips remain after ten days you should remove them. All of the stitches are from the inside of your incision and will absorb over time. It is normal for the incision site to itch. Call if there is any drainage or excessive swelling from your incision. It is not necessary to put any ointments on your incision but if you feel you must, wait until after all the scab is gone around three to four weeks after surgery.

**Bathing**

You may shower and get the incision wet 72 hours after the surgery. Do not soak the incision and avoid scrubbing the incision site. No tub baths until one month after the surgery. (All scab must be sloughed off with no open areas along the incision line before soaking the incision area). No baths or swimming.

**Driving**

It is recommended to avoid driving for three weeks after the surgery. If you are doing well and feeling well and not taking narcotic medication you may start driving short distances as early as two weeks. At anytime you may ride in an automobile for short distances as tolerated. If riding for extended periods of time (such as to get back to your home state) include stretch breaks at 45-60 minute intervals and you may have to lie down in the car. For very long travel distances by car, such as eight hours or more, it is recommended the trip be taken in two days or more. Bring a cushion to sit on if needed.

**Traveling home by plane**
Pre-arranging for assistance when you land at the gate is highly recommended. During the plane ride get up frequently each hour to walk around and stretch. Tell your flight attendant you have recently had surgery and will need to move about at times. For very long travel distances by plane, such as eight hours or more, it is recommended the trip be taken in two days or more. Bring a cushion to sit on if needed.

**Pain medication**
Medications will be delivered to you before discharge. You may need to take the pain medication with food if stomach upset occurs. Due to changes in narcotic laws, we are limited in the length of time we prescribe pain medications. Also, some states no longer accept out of state prescriptions. It is highly recommended that you have your primary care physician or the original prescriber of your pain medication refill your prescriptions after you return home from the surgery. They are familiar with your pain medication history and may give you more convenient refill quantities. When you are feeling better we recommend working with your primary care Doctor or Pain Management specialist to help you wean off or step down your pain medications.

**Other medications**
You may be given a prescription for Flomax. This is to help initiate a urinary stream and empty your bladder. Once you have finished the prescription you do not need to get it refilled unless you are having trouble emptying your bladder. You may discontinue this if you are urinating too often or without difficulty.

**Constipation**
You may be constipated after your surgery. It is normal for surgery and narcotics to slow down your ability to have a regular bowel movement. It is best to take a pro-active approach and increase your fiber and fluid intake. Take stool softeners and laxatives as needed or daily. You may use your choice of over-the-counter laxatives as needed. We recommend to our patients to take Miralax, Senokot S, or Colace. If you are having trouble having a bowel movement use a Fleets enema.

**Sexual Intercourse**
Sexual intercourse may be resumed at any time as tolerated. Go slowly and avoid painful positions. It is not unusual for nerve pain to increase after intercourse as with any increased activity.

**Smoking**
You should not smoke after surgery. Smoking decreases the rate of skin and bone healing. Smoking also may interfere with the effectiveness of your pain medication. Reminder: the hospital campus is entirely smoke free.

**Fever / Meningitis**
If you have fevers or chills, take your temperature with a thermometer. If you have a temperature of 100.4 degrees Fahrenheit or 38.3 degrees Celsius or higher contact our office. Call if you experience signs/symptoms of meningitis: fever, headache, neck stiffness, and eye sensitivity to bright lights.

**Numbness**
It is not unusual for some patients to experience numbness in the buttocks or the areas between your legs after the surgery. This is generally temporary but it is also possible some of this numbness may not completely go

away. Allow weeks or months for the numbness to improve. Generally, you can expect the area of numbness to get smaller and smaller over time.

**Other**
Like any other recovery period you must take good care of yourself. That means stay hydrated, get plenty of rest, eat properly, minimize stress and get up and move around periodically.

**Office Follow-up**
Your post-operative appointment has been made for you.

**Date: 04/15/24** **Time: 11:30AM**

4925 Greenville Ave. **Ste. 1307** Dallas, TX 75206 (Building ONE)

**What to expect at your post-operative appointment**
**Your appointment will be with one of the office nurses** and lasts for approximately 15 -20 minutes depending on how many questions you have. You will be asked to compare your symptoms from before surgery to after. Communicate what is better, same, or worse and what is different. You will also be asked about your symptoms and medications. An exam is done to check incision site and your strength. A spine model may be utilized to explain what surgery was performed. Activity limitations, recovery, and follow up will be discussed. Towards the end of your appointment, you will have the opportunity to ask questions.

**Follow up**
As part of your follow up from surgery, you will need to obtain an MRI at 3 months. In addition, you will need to complete questionnaires at 3 months, 6 months, 1 year, and 2 years after surgery. (The surverys can be found on our website) The MRI must be a closed MRI and, if necessary, you may lie on your stomach. Please note, some facilities may not allow this option. Make sure you send all post-operative materials to our Dallas office. We prefer to receive the MRI on disc, MRI report and questionnaire together. Please allow two weeks to process your follow up items into your medical records.

To check on the arrival status of both the MRI and questionnaire, contact Tanishu at 214-242-1389, option 2. Once all items have been received, Dr. Feigenbaum will review the information and you will be contacted with the results. Allow up to four weeks to receive the MRI results.

**MRI Results**
Please keep in mind the report of your post-operative MRI from the imaging center may not be accurate. This is not uncommon as the radiologist may not fully understand your surgery and how your images should look. It is highly recommended to first allow Dr. Feigenbaum to review your MRI and give his opinion before assuming the accuracy of the report. It is very rare for a post-operative MRI to be abnormal upon Dr. Feigenbaum's review.

**Preparation of your living space before surgery**
It is recommended to prepare in advance for your return home after surgery. Here are some suggestions to consider: Remember it is okay to ask friends, family, neighbors, and church members for help!
- Remove throw rugs to prevent falls.
- Place non-slip tape on the bottom of shower/tub floors.
- Place frequently used bathroom and kitchen items at waist level for easy reach.
- Have plenty of Prepared or frozen food/meals stocked in your freezer.
- Make sure there are clear pathways in your home, especially to the bathrooms and remove any extra items that

could be a tripping hazard.

- If you will be alone, consider a hand gripping device to pick up things off the floor.
- Invite someone to call and check on you daily and perhaps help you with errands.
- You may want to consider home delivery for groceries and pharmacy items.

**Disability or Activity/Work Restriction Paperwork**

If activity/work restriction paperwork needs to be addressed, please call the office at 214-242-1389. Allow at least at 2 weeks for paperwork to be completed. If short-term disability/FMLA paperwork needs to be addressed, please fax your form with your name, date of birth, contact information, and release of authorization to 214-366-3713. There is a pre-pay fee. If you have any questions, please call the office. We do not address long-term disability or functional capacity evaluations. Please have a local physician address these concerns. Thank you.

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 04/15/2024

## Feigenbaum Neurosurgery, PA

**Progress Note**

**MORGASON, Michael (DOB: )**
**Provider:**Frank Feigenbaum, M.D.

53 Y **Sex:** Male
**Phone:** 903-490-0726
**Address:** 2623 E 35th Street, Texarkana, AR-71854
**Date:** 04/15/2024

**Subjective:**

**Chief complaints:**

- Post op, 1 week, Sacral Meningeal Cysts

**History of Present Illness:**

Patient is 1 week post-op from treatment of multiple intrasacral cyst(s) within the sacral spinal canal and sacral laminar reconstruction with resorbable plating.

Pre Surgical symptoms have: Decreased. He reports that his bilateral lower extremity symptoms have improved.

The patient is doing well.
The patient is walking daily.
The patients sitting comfort is stable.
The patient is currently taking Norco 5mg and Robaxin 750mg for their symptoms.
The patient denies bowel and bladder dysfunction.
The patient denies buttock and perineal numbness.

**Current Medications:**

Taking Methocarbamol 750 MG Tablet 1 tablet Oral Three times a day
Taking HYDROcodone-Acetaminophen 5-325 MG Tablet TAKE 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED FOR SEVERE PAIN. USE FIRST Oral
Not-Taking Vitamin B2
Not-Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day
Not-Taking Magnesium
Not-Taking CoQ-10
Not-Taking Gabapentin 600 MG Tablet 1 tablet Oral Five times a day
Not-Taking Amitriptyline HCl 10 MG Tablet 1 tablet at bedtime Oral Once a day
Not-Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Oral Once a day
Not-Taking Tamsulosin HCl 0.4 MG Capsule TAKE 1 CAPSULE BY MOUTH DAILY Oral
Not-Taking Ondansetron HCl 4 MG Tablet TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR SEVERE PAIN. USE FIRST Oral

**Past Medical History:**

- Bradycardia
- Peripheral Neuropathy

**Allergies:**

Penicillin: Rash
Latex: Rash
Hydroxyzine: mood disorder - Side Effects

**Objective:**

**Vitals:**

BP while Sitting: 110/70, Temp: **98.5** F, HR: **60** /min, Wt: **165.2** lbs, BMI: **23.04** Index, Ht: 71 in, Pain scale: **3** 1-10, Ht-cm: 180.34 cm, Wt-kg: 74.93 kg.

MORGASON, Michael **DOB:** (53 yo M) **Acc No.** 24654 **DOS:** 04/15/2024

**Assessment:**

**Assessment:**

- Perineural cyst - G96.191 (Primary)
  Full strength and sensation at baseline.
  Calf Tenderness: None
  Incision: Healing well.

**Plan:**

**Treatment:**

Perineural cyst

Imaging: MRI : Sacrum without contrast (Ordered for 07/10/2024)

Others

Notes: I discussed activity limitations.
I discussed anti-inflammatory use.
I discussed the realistic expectations of the recovery period and warning signs.
The patient was provided with reassurance and support.
The patient was instructed to contact the office with any medical concerns.
All of the patients questions and concerns were addressed.
I asked the patient to contact our office if we could be of further assistance.

**Billing Information:**

**Visit Code:**

**Procedure Codes:**

**Electronically signed by Madelene Martin on 04/15/2024 at 02:32 PM CDT**

**Sign off status: Completed**

---

Provider: Frank Feigenbaum, M.D. Enc date: 04/15/2024

# MR LUMBAR PLEXUS WITHOUT AND WITH IV CONTRAST

Collected on November 1, 2021 1:53 PM

## Results

### Impression

Normal lumbosacral plexus. However there are multiple sacral Tarlov cysts and perineural cysts noted, which some clinicians believe may contribute to symptoms. Clinical correlation recommended.

### Narrative

EXAM: MR LUMBAR PLEXUS WITHOUT AND WITH IV CONTRAST

CONTRAST: 10 mL of Gadavist was administered intravenously without complication.

0.5 mg of glucagon was administered intravenously without complication.

COMPARISON: December 23, 2020

FINDINGS:
Normal appearance of the lumbosacral plexus. No enhancing masses or lesions are seen along the course of the nerves. There is no focal muscle atrophy appreciated. No abnormal enhancement is noted.

Multiple sacral Tarlov cysts are present. There are right greater than left perineural cysts seen at S1. Prominent perineural cysts are noted at S3 and S4 with mass effect on the S3 greater than S4 nerves.

No evidence of acute fracture or osteonecrosis. Subcentimeter low T1 signal foci seen in both femoral heads may represent bone islands. There is minimal retrolisthesis of L5 on S1 with small circumferential disc bulge at this level.

Small disc bulges also noted at L4-5. Small bilateral facet joint effusions, left larger than right are present at L4-5. Facet arthropathy involves the lower lumbar spine. Degenerative changes involve both SI joints and pubic symphysis.

Mildly prominent prostate. Mildly prominent left ureter which is nonspecific.

There is tendinosis of the right worse than left gluteus medius medius and minimus musculature with associated mild greater trochanteric bursitis. Trace fluid is seen in the left iliopsoas bursa. Tendinopathy of the common hamstring tendon attachments at the ischial tuberosities with partial-thickness tearing of the left greater than right common hamstring tendon attachments.

Cam-type morphology of both hips. Borderline bilateral superior acetabular retroversion.

Ordering provider: Christopher Lamb, M.D.
Reading physician: Ronnie Sebro, M.D., Ph.D.
Study date: November 1, 2021 2:18 PM
Collection date: November 1, 2021 1:53 PM
Result date: November 1, 2021 5:32 PM
Result status: Final

## Clinical Notes

### Progress Notes by Christopher Lamb, M.D. at 11/9/2021 11:40 AM

Status: Signed

**Peripheral Nerve Neurology Subsequent Visit Note**
11/9/2021
Consult conducted via real-time audio technology by Chris Lamb, M.D. in Mayo clinic Jacksonville to the patient in their home.
Reason for visit: Report visit after completing testing

Mr. Morgason and I reviewed the available diagnostic data.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

**IMPRESSION**
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

**DISCUSSION**
We discussed the diagnosis of small fiber/autonomic polyneuropathy and the differential diagnosis. In his case, we have not found a causative disease. I would like to continue the plan to manage his symptoms and monitor his progression over time. I am most suspicious of a hereditary etiology. I would like to follow him up in six months to assess for progression. I have also requested Invitae comprehensive neuropathies genetic panel to be sent on his cryopreserved DNA specimen.

He has not been drinking enough water to help with his orthostatic hypotension. He has also not wearing optimal compression stockings, I recommended that he wear stockings that go above his knee and he may also consider an abdominal binder or Spanx also.

Additionally, he would benefit from symptomatic pain medicine for his small fiber polyneuropathy. We discussed a gradual increase of his gabapentin to a higher dose. It has been my experience that patients feel adverse effects from gabapentin early on immediately after they start taking that which tend to improve

as they have itch way to the medicine the longer they are taking it. I have also found that patients tend to feel the benefit with gabapentin later after they reach a higher dose of medicine. I have outlined a plan for a gradual increase below.

Additionally since his ceruloplasmin levels were low, I would recommend over-the-counter copper supplementation as outlined below with repeat levels.

**PLAN**

1. Follow-up visit and repeat Autonomic reflex screen in 6 months
2. Copper supplementation:

Week 1:8mg per day
Week 2: 6 mg per day
Week 3: 4 mg per day
Week 4 and after: 2 mg per day
Repeat ceruloplasmin and copper levels after 4 weeks, if not within normal range, then repeat cycle.

3. Invitae comprehensive neuropathies panel on cryopreserved specimen
4. Spine clinic for lumbar radiculopathy to consider injection high lumbar injection; Repeat MR lumbar spine prior to appt. They are going to arrange for this locally.
5. Neurosurgery message to see about potential treatment modalities for Tarlov cyst. I told the patient and his wife that surgery may have more risk than potential benefit and I am not certain how symptomatic these cysts really are.
6. Nonpharmacologic measures can be helpful in managing orthostatic hypotension. For Mr. Morgason, I have recommended:

**Hydration**. Maintaining hydration is essential. Fluid intake should consist of at least 5 to 8 eight-ounce glasses of fluid daily. Salt supplementation is also necessary, since drinking water alone does not expand blood volume. One option is to drink low calorie sports beverages containing electrolytes. Another is to add table salt (sodium chloride) to meals or choose foods high in sodium content. Some patients use salt tablets (available as 0.5 and 1 g tablets, for example, Thermotabs). Recommended daily salt intake is 10 to 20 g, which can be adjusted depending on the blood pressure response, as patients differ in their sensitivity to salt.

**Physical maneuvers**. A number of physical maneuvers can be effective in daily life to counteract the pooling of blood in the legs that occurs in orthostatic hypotension. These include (a) leg crossing, or crossing one leg in direct contact with the other while actively standing on both legs, (b) bending forward, or (c) placing one foot on a chair, which contracts the thigh muscles. These maneuvers tense the muscles in the upper legs and abdomen, which compresses veins, helping to increase the venous return of blood to the heart.

**Postural training**. It is important to remain upright as much as possible during the day. Patients with orthostatic hypotension can improve their tolerance of orthostatic stress by increasing each day the time spent upright. Prolonged bedrest is best avoided, as this can lead to cardiovascular deconditioning.

**Sleeping posture**. Four-inch blocks are inserted under the headposts of the bed so that the mattress inclines at a slight angle. This technique of increasing "microgravity" decreases nocturia and supine hypertension.

**Recognize circumstances**. Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever.

7. Slow increase of gabapentin, for example, using the following schedule:

**Gabapentin (Neurontin ™) Titration Schedule**

| | |
|---|---|
| **Capsule or** | **100 mg** |

**tablet size:**
This schedule should only be used with 100 mg capsules or tablets. Double-check your medication label from the pharmacy to confirm the dispensed dose. Call your healthcare provider with questions.

**INSTRUCTIONS:**

- Follow the instructions in the table below for increasing the dose of the medication until you achieve a good response. Do not increase the dose faster than prescribed.
- If your symptoms improve at a lower dose, continue taking that dose; increase to the next dose only if necessary.
- If side effects occur that you cannot tolerate, go back down to the last dose that you tolerated. Call your healthcare provider if you are having limiting side effects.
- Gabapentin comes in many dosage sizes. Once a stable dose has been found, your healthcare provider may provide a prescription for a larger dosage size.

| | **DAY 1** | **DAY 2** | **DAY 3** | **DAY 4** | **DAY 5** | **DAY 6** | **DAY 7** |
|---|---|---|---|---|---|---|---|
| **Date** | | | | | | | |
| | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets |
| **MORNING** | | | | 1 | 1 | 1 | 1 |
| **NOON** | | | | | | | 1 |
| **EVENING** | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | **DAY 8** | **DAY 9** | **DAY 10** | **DAY 11** | **DAY 12** | **DAY 13** | **DAY 14** |
| **Date** | | | | | | | |
| **MORNING** | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| **NOON** | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| **EVENING** | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| | **DAY 15** | **DAY 16** | **DAY 17** | **DAY 18** | **DAY 19** | **DAY 20** | **DAY 21 and ongoing** |
| **Date** | | | | | | | |
| **MORNING** | 2 | 2 | 2 | 3 | 3 | 3 | **Maintain at 3** |
| **NOON** | 2 | 2 | 2 | 2 | 2 | 3 | **Maintain at 3** |
| **EVENING** | 2 | 3 | 3 | 3 | 3 | 3 | **Maintain at 3** |

All questions were addressed.

## Clinical Notes

### Progress Notes by Christopher Lamb, M.D. at 3/7/2022 11:44 AM

Status: Signed

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.

**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements:**<br>**Normal pursuits.** | | |

**Motor Examination**

| **R** | **Muscle, strength** | **L** | | **R** | **Muscle, strength** | **L** |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |
| **Muscle atrophy / enlargement**: no<br>**Fasciculations**: no<br>**Clinical myotonia**: no | | | | | | |

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |

| | | |
|---|---|---|
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

Normal cremasteric reflexes

**Sensory examination:**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

## Clinical Notes

### Consults - Outpatient by John Evans, D.O. at 3/8/2022 10:40 AM

Status: Signed

SUBJECTIVE
**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE
**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN
1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**

- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

## Clinical Notes

### Progress Notes by John Evans, D.O. at 5/25/2022 4:09 PM

Status: Signed

SUBJECTIVE
**CHIEF COMPLAINT/REASON FOR VISIT**
LBP

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
Patient notes that he continues to experience right groin pain, along with buttock pain that worsens with sitting. No change in symptoms since last evaluation. No new neurologic complaints. He is in clinic today to discuss updated imaging findings.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE
There were no vitals taken for this visit.

General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Strength: Normal strength bilateral lower limbs
Reflexes: Bilateral upper and lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.

Musculoskeletal: Patient did not have any tenderness to palpation over the right greater trochanter or ischial tuberosity. The patient did not have much in the way of pain with Stinchfield, hip internal rotation, or FABER,

but states that after those maneuvers his right groin was bothering him considerably. Negative straight leg raise and facet loading maneuvers.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiopulmonary: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Results for orders placed during the hospital encounter of 05/25/22

**NM Bone Scan SPECT CT Single**

**Narrative**
EXAM: NM BONE SCAN SPECT CT SINGLE

RADIOPHARMACEUTICAL/MEDS:
Route: intravenous
technetium Tc 99m medronate injection (Tc-99m MDP),20.8 millicurie

TECHNIQUE: Planar imaging of the lumbar spine in anterior and posterior projections was performed approximately three hours after radiotracer administration. Thereafter, SPECT/CT imaging of the lumbar spine was performed. CT images were acquired in a low dose protocol for attenuation-correction and anatomic localization purposes.

COMPARISON: Lumbar spine radiograph 5/25/2022. Lumbar spine MRI 11/1/2021.

INDICATION: Back pain.

FINDINGS: Planar imaging demonstrates expected biodistribution of tracer activity.

SPECT-CT facet joint associated increased activity: None.

SPECT-CT disk space associated increased activity:
* Mild left L5-S1.

SPECT-CT sacroiliac joint associated increased activity: None.

**Impression**
Mild left L5-S1 disc space associated activity which may be a pain generator in the proper clinical context.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| Prostate-Specific Ag | 0.24 | 11/02/2021 08:30 AM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN
#1 Right hip/low back pain
#2 Right complex anterior superior acetabular labral tear
#3 Mild hip tendinopathy

Patient continues to have intermittent but significant right groin/hip/buttock pain. He did have MRI evidence of a labral tear with a cam deformity, which I suppose could potentially be contributing to his symptoms. I would like the patient to be evaluated by Orthopedics. I will also place an order for an ultrasound-guided right hip joint injection after that visit, as it is not easy for the patient to come in from out of town. Orthopedics could cancel that order they do not feel it is appropriate. If orthopedics does not believe that the hip is the underlying reason for his symptoms, will consider other spine etiologies. All questions answered.

## Clinical Notes

### Consults - Outpatient by Nora Osborn, P.A.-C., M.S. at 6/21/2022 2:34 PM

Status: Signed Cosigner: Spencer Gardner, Luke S, M.D. at 6/22/2022 12:12 PM

**Mayo Clinic Florida Orthopedic Surgery Evaluation**

**REASON FOR CONSULT**
Michael Ray Morgason is a 51 y.o. male who presents for evaluation of right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient reports a more than 1 year history of right hip pain that developed gradually. The pain is localized to the groin and low back. At rest the pain is rated 1/10, with activity that worsens the pain it can be as bad as 7/10. The pain is exacerbated by activities that involve hip flexion, sitting, sport related activity, walking, sexual intercourse and getting into or out of the car and relieved by rest. Patient reports no mechanical symptoms.

Prior treatments attempted include activity modification and a dedicated course of physical therapy.

Prior Injections: None
With relief: N/A

Patient is here traveling from Arkansas. He states that the pain in the right hip has been progressing over the past year and a half for so. It has been much more significant in the last few months. He states the pain bothers him if he sits for long periods time or specially when he is trying to get in out of scar. If he walks for any more than 15-20 minutes he gets significant groin pain. Patient states he used to be very active however in the past 1-2 years he has not been able to do much of anything due to multiple different medical conditions. He has not found anything that does help with the pain in his groin. He did try physical therapy but had to stop because it was too painful. Patient is seen today in consult at the request of Dr. John Evans.

His current list of health issues include:
**#1 Tear Hip Labral Initial Right**
**#2 Hyperlipidemia**
**#3 Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)**
**#4 Fatigue**
**#5 Pain Hip Bilateral**
**#6 Dizziness**
**#7 Rash**
**#8 Elevated Antinuclear Antibody Abnormal**
**#9 Tobacco Use**

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other |

(see comments)

**Medications:**

Current Outpatient Medications:
• aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
• atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
• buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
• co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
• gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
• magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
• TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**
**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Never |
| • Drug use: | Never |

**FAMILY HISTORY**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |

| | |
|---|---|
| • Rheum arthritis | Mother |
| • Asthma | Mother |
| • Sleep apnea | Mother |
| • Dementia | Mother |
| • Coronary artery disease | Brother |
| • Hypertension | Brother |
| • Hyperlipidemia | Brother |
| • Hypertension | Sister |
| • Hyperlipidemia | Sister |
| • Thyroid disease | Daughter |
| • Parkinsonism | Paternal Grandmother |
| • Dementia | Maternal Grandfather |

**REVIEW OF SYSTEMS**
12 point review of systems was completed and was negative unless stated in the HPI.

**PHYSICAL EXAM**

**Vitals:** There is no height or weight on file to calculate BMI.
**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately
**Head:** Normocephalic, atraumatic
**Respiratory:** Non-labored breathing
**Abdomen:** Lower quadrants and hypogastric regions palpated with tenderness
**Skin:** No skin lesions or rashes noted on exposed skin.
**Vascular:** Pulses normal
**Neuro:** Sensation to light touch is normal., lower extremity strength examined and normal unless otherwise stated below, reflexes equal and symmetrical bilaterally
**Musculoskeletal:**
**Gait:** Normal.
**Spine:** Pain or stiffness with lumbar spine motion no. Straight leg raise test negative
**Knee:** no effusion, FROM, ligamentous structures intact.
**Hip ROM:**

| | Right Hip | Left Hip |
|---|---|---|
| Flexion | 120 | 120 |
| Extension | 10 | 10 |
| Abduction | 35 | 45 |
| Adduction | 10 | 10 |
| Internal rotation | 15 | 20 |
| External rotation | 35 | 40 |

**Regional hip exam:**
**Intra-articular:** FADDIR positive, Pain with deep hip flexion positive.
**Peritrochanteric:** Trochanteric facet tenderness no. Trendelenberg test negative. Weakness with resisted abduction no.
**Groin/Adductor:** Tenderness to palpation yes
**Posterior:** Tenderness to palpation SI joint Pain with resisted knee flexion no
**Instability:** Beighton: Normal, apprehension N/A.

**DIAGNOSTICS**

**Imaging**

X-RAY:

Xrays were reviewed and demonstrate bilateral cam type morphology of both hips with ossification of labrum noted.

MRI of the right hip without contrast reviewed demonstrates complex degenerative tearing of the anterior superior acetabular labral with cam type morphology of the proximal femur. Mild generalized thinning of the femoral acetabular cartilage with no full-thickness defects noted.

ASSESSMENT / PLAN
**#1 Tear Hip Labral Initial Right**

Patient findings are consistent with labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticular cortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options were discussed in detail. Patient would like to proceed with ultrasound-guided intra-articular cortisone injection today. He will follow via phone and let us know how he does with the diagnostic portion of the injection. Should he wish to discuss surgery in more detail in the future we can see him back virtually otherwise he would be a candidate for right hip arthroscopy with femoroplasty, acetabular plasty and labral repair. Patient was seen and examined with Dr. Luke Spencer Garner today in the office. Procedure note for injection separately dictated. Plan of care and follow up were discussed in detail with the patient and all questions were answered.

I spent 62 minutes today caring for Michael Ray Morgason, which included the following activities: preparing for the visit, obtaining the history, performing an exam, interpreting testing and/or communicating results, counseling patient/family, placing orders, and documenting the visit.

**Procedures by Melissa B at 6/21/2022 2:34 PM**

---

Status: Signed

Procedure Orders

1. hip-knee-shoulder-elbow arthrocentesis: R hip joint [2222891939779] ordered by Osborn, Nora C, P.A.-C.

Post-procedure Diagnoses

1. Tear Hip Labral Initial Right [S73.191A]

**Hip site - R hip joint : injection only**

Date/Time: **5/26/2022 10:35 AM**
Performed by: **Osborn, Nora C, P.A.-C.**
Authorized by: **Osborn, Nora C, P.A.-C.**

**Care team members present**
1. Spencer Gardner, Luke S, M.D.
2. Osborn, Nora C, P.A.-C.

**PROCEDURE DETAILS**
**Procedure Location** hip
Hip site: R hip joint
Site prep: patient was prepped and draped in usual sterile fashion
Patient position: supine
Procedure performed: injection only
Ultrasound image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.
Site was marked using indelible marker

**Procedural Medication**
**The following medications were administered at the target site(s)**
Local anesthetic: 5 mL bupivacaine PF 0.5 % (5 mg/mL)
Corticosteroid: 40 mg triamcinolone acetonide 40 mg/mL

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: diagnostic and therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure.
Site preparation: chlorhexidine

**SEDATION / ANESTHESIA**
Anesthesia method: topical application
Topical application type: aerosol cold spray

**POST-PROCEDURE DETAILS**
Procedure completed successfully: yes
Complications: no apparent complications
Post-procedure instructions: avoid submersion of procedure site for 48 hours
Discharge instructions: ice area as needed for comfort

## Clinical Notes

### Progress Notes by Luke Spencer Gardner, M.D. at 7/26/2022 9:22 AM

Status: Signed

**Mayo Clinic Florida Orthopedic Surgery Follow Up**

**Video Visit**
Consult conducted via real-time audio/video technology by Dr. Luke Spencer-Gardner, MD in Mayo Clinic Florida to the patient in home. Patient verbal consent obtained along with explanation of limitations and expectations of telemedicine.

This Video Visit was performed during the COVID-19 pandemic.

**REASON FOR CONSULT**
Michael Ray Morgason returns for evaluation of His right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient returns today to discuss his relief after the intra-articular corticosteroid injection. He saw Nora back at the end of May and he had an intra-articular injection which has provided excellent relief of some of his symptoms. His primary complaint now is ongoing low back pain.

**PHYSICAL EXAM**

**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately

**DIAGNOSTICS**

**Imaging**

1. Complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

2. Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild greater trochanteric bursal inflammation.

EXAM: MR HIP RIGHT WITHOUT IV CONTRAST

HISTORY: Sharp right lower back and right groin pain

TECHNIQUE: Multiplanar multisequence MRI of the right hip without contrast.

COMPARISON: Hip/pelvis radiograph 9/1/2021

FINDINGS:

BONE:

Normal marrow signal. No fracture, stress-related change, avascular necrosis, or worrisome focal osseous lesion. Broad-based osseous prominence along the anterosuperior aspect of the femoral head/neck junction with decreased femoral head/neck offset compatible with cam-type morphology. This anatomy predisposes to femoral acetabular impingement.

LABROLIGAMENTOUS STRUCTURES AND CARTILAGE:
Complex degenerative tearing and maceration of the anterior superior acetabular labrum. Ligamentum teres is normal. Mild generalized thinning of the femoroacetabular cartilage without full-thickness defect.

MYOTENDINOUS STRUCTURES:
Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild gluteus medius tendinopathy is also noted. Ill-defined edema/inflammation along the greater trochanter likely reflecting greater trochanteric bursal inflammation.

SOFT TISSUES:
No abnormal fluid collection or soft tissue mass. No edema.

ASSESSMENT / PLAN
**#1 Tear Hip Labral Initial Right**
**#2 Hip Joint Disorder Right**

He had excellent relief after the intra-articular injection, however he still has ongoing back pain which is his primary complaint today. We discussed proceeding with hip arthroscopy if he considers the pain, and the limitations and the impact on his quality of life to be worth proceeding with surgery. He does have some pain that radiates down through the testicles, and in that setting we discussed the need for counter traction for hip arthroscopy which involves some significant pressure through the groin and that may exacerbate his pain in that region.

As of right now his hip symptoms are mild, but if they return I think he would be a candidate for arthroscopic surgery to address his labral tear and the impinge. Rest complaint at present is his low back pain, and I have advised him to round back with the spine team to review again, and discuss his options on that front.

MAYO CLINIC

Name: Michael Ray Morgason | DOB: | MRN: 10-609-947 | PCP: ELSEWHERE, PCP

## Clinical Notes

### Progress Notes by John Evans, D.O. at 8/4/2022 3:32 PM

Status: Signed

SUBJECTIVE
**CHIEF COMPLAINT/REASON FOR VISIT**
LBP

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in a virtual visit for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
He is currently experiencing pain in the right low back. No radicular pain. No numbness/weakness of the legs. Significant improvement in groin pain after intraarticular hip injection. Now right LBP is prominent feature. He underwent PT 7 months ago but wasn't able to tolerate because of LBP.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE
There were no vitals taken for this visit.

General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Gait: Normal seated posture.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiopulmonary: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Results for orders placed during the hospital encounter of 05/25/22

**NM Bone Scan SPECT CT Single**

**Narrative**
EXAM: NM BONE SCAN SPECT CT SINGLE

RADIOPHARMACEUTICAL/MEDS:
Route: intravenous
technetium Tc 99 m medronate injection (Tc-99 m MDP),20.8 millicurie

TECHNIQUE: Planar imaging of the lumbar spine in anterior and posterior projections was performed approximately three hours after radiotracer administration. Thereafter, SPECT/CT imaging of the lumbar spine was performed. CT images were acquired in a low dose protocol for attenuation-correction and anatomic localization purposes.

COMPARISON: Lumbar spine radiograph 5/25/2022. Lumbar spine MRI 11/1/2021.

INDICATION: Back pain.

FINDINGS: Planar imaging demonstrates expected biodistribution of tracer activity.

SPECT-CT facet joint associated increased activity: None.

SPECT-CT disk space associated increased activity:
* Mild left L5-S1.

SPECT-CT sacroiliac joint associated increased activity: None.

**Impression**
Mild left L5-S1 disc space associated activity which may be a pain generator in the proper clinical context.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive | 0.6 | 09/01/2021 12:36 PM |
| Prostate-Specific Ag | 0.24 | 11/02/2021 08:30 AM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN
#1 Right hip/low back pain

#2 Right complex anterior superior acetabular labral tear
#3 Mild hip tendinopathy

Significant improvement of groin pain from intraarticular hip injection, but persistent right LBP suggesting a second pain generator. Degenerative findings on MRI are move left sided, which is the contralateral side as his symptoms. But he could still be experiencing right sided lumbar facet pain, SI joint pain, or myofascial. It is also possible that this may still be referred from the right hip. Will refer to Pain management for further evaluation.

All questions answered.

## Clinical Notes

### Consults - Outpatient by Wenchun Qu, M.D., Ph.D. at 8/31/2022 8:01 AM

Status: Signed

**REFERRAL SOURCE:** John K Evans II, D.O.

**CHIEF COMPLAINT:** Low back pain

This is a video consultation with the patient connected from his home in Arkansas using Mayo Clinic video technology. No physical examination conducted.

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for consultation related to low back pain. Patient has been evaluated by Dr. Evans of Physical Medicine Rehabilitation since March 8th last visit was on August 4, 2022. Please refer to his note details of history.

The patient started low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities. He was treated with physical therapy 3 months ago. No radiation to the lower extremities. He has been taking gabapentin 1200 mg day, which is somewhat helpful.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|

- Hyperlipidemia — Nov 2017

**PAST SURGICAL HISTORY**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY *CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | 12th grade |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Every Day |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | Never |
| • Drug use: | Never |
| • Sexual activity: | Yes |
| Partners: | Female |
| Birth control/protection: | Vasectomy |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Low Risk
- Difficulty of Paying Living Expenses: Not very hard

Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

Transportation Needs: No Transportation Needs
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

Physical Activity: Insufficiently Active
- Days of Exercise per Week: 3 days
- Minutes of Exercise per Session: 10 min

Stress: Stress Concern Present
- Feeling of Stress : To some extent

Social Connections: Unknown
- Frequency of Communication with Friends and Family: More than three times a week
- Frequency of Social Gatherings with Friends and Family: Once a week

- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: No
- Attends Club or Organization Meetings: Not on file
- Marital Status: Married

Intimate Partner Violence: Not At Risk
- Fear of Current or Ex-Partner: No
- Emotionally Abused: No
- Physically Abused: No
- Sexually Abused: No

Housing Stability: Low Risk
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: 0
- Unstable Housing in the Last Year: No

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYMPTOMS**
Except for those mentioned in the history of present illness, a complete review of systems is negative.

**VITALS**
There were no vitals filed for this visit.

**PHYSICAL EXAMINATION**
GENERAL: Awake, alert, and oriented, no apparent distress, pleasant, and cooperative
PSYC: Mood is euthymic, affect is congruent
SPINE: Lumbar spine range of motion is full.

**IMAGING STUDIES:** I reviewed imaging studies of the spine. I personally reviewed these images and agree with the radiology report and shared the findings with the patient.

**IMPRESSION**

#1 Chronic low back pain, mechanical
#2 Right sacroiliac joint pain

**PLAN**

It is a pleasure visiting with Mr. Morgason. The location of the pain corresponds to the location of sacroiliac joint. In conjunction with his hip pain, there could be a sacroiliac joint pain secondary to hip pain. I would like to have the patient in the clinic for physical examination for further identification of his pain generator. If he has positive findings in sacroiliac joint exam, we may consider a sacroiliac joint injection. Otherwise depending on the physical examination, we may address potential pain generators found to be different. I encouraged him to continue exercise according to Physical therapy regimen. He may go up on gabapentin to 1800 mg but I defer that to the primary service in monitoring the change.

*A total of 40+ minutes was spent on this visit including review of previous notes, F2F time with counseling on their medical problems, ordering tests, refilling meds, and documenting the findings in the chart.*

**EDUCATION**

We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. No apparent learning barriers were identified; learning preferences include listening.

Signed by:
Wenchun Qu, M.D., Ph.D. 8/31/2022 8:46 AM EDT

## Clinical Notes

### Progress Notes by Oleksandr Trofymenko, M.D. at 10/28/2022 9:27 AM

Status: Attested Cosigner: Qu, Wenchun, M.D., Ph.D. at 11/16/2022 10:27 PM

Attestation signed by Wenchun Qu, M.D., Ph.D. at 11/16/2022 10:27 PM

I saw and evaluated the patient, participating in the key portions of the service. I reviewed Dr. Trofymenko's note. I agree with the resident/fellow's findings and plan.

**PAIN MEDICINE PROGRESS NOTE**

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for follow-up related to low back pain. Patient consulted in the Department of Pain Medicine with Wenchun Qu, MD on 8/31/22 and I refer reader to that note for further pain details.

The patient reported right-sided low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities: moving, bending forward, getting up. No radiation to the lower extremities. Denies any numbness or tingling in the toes.

Today the pain is 5/10.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**Previous treatment:**
He was treated with physical therapy 3 months ago. Did not help
He has been taking gabapentin 1500 mg a day, split into 2-3 doses
Hip injection on the right side in 05/2022, did not help with back pain, but helped with groin pain, lasted about 3 weeks.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**
**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | 12th grade |
| Occupational History | |
| • Not on file | |
| Tobacco Use | |
| • Smoking status: | Every Day |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | Never |
| • Drug use: | Never |
| • Sexual activity: | Yes |
| Partners: | Female |
| Birth control/protection: | Vasectomy |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Unknown
- Difficulty of Paying Living Expenses: Patient refused

Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

Transportation Needs: No Transportation Needs
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

Physical Activity: Insufficiently Active

- Days of Exercise per Week: 2 days
- Minutes of Exercise per Session: 10 min

Stress: Stress Concern Present
- Feeling of Stress : To some extent

Social Connections: Moderately Integrated
- Frequency of Communication with Friends and Family: More than three times a week
- Frequency of Social Gatherings with Friends and Family: Once a week
- Attends Religious Services: 1 to 4 times per year
- Active Member of Clubs or Organizations: No
- Attends Club or Organization Meetings: Never
- Marital Status: Married

Intimate Partner Violence: Not At Risk
- Fear of Current or Ex-Partner: No
- Emotionally Abused: No
- Physically Abused: No
- Sexually Abused: No

Housing Stability: Low Risk
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: 1
- Unstable Housing in the Last Year: No

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer *Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYMPTOMS**

Except for those mentioned in the history of present illness, a complete review of systems is negative.

**VITALS**

There were no vitals filed for this visit.

**PHYSICAL EXAMINATION**

VITALS: There were no vitals taken for this visit.
CONSTITUTIONAL: No acute distress noted.

PSYCHIATRIC: Mood euthymic. Affect appropriate.
CARDIOVASCULAR: Peripheral pulses palpable. No signs of limb ischemia.
RESPIRATORY: Respirations unlabored with no signs of respiratory compromise.
NEUROLOGIC: Alert and oriented. Speech is clear and coherent without any signs of sedation. Answers questions appropriately. Sensation grossly intact in respective dermatomes of bilateral lower and upper extremities.
MUSCULOSKELETAL: No frank deformity noted. Gross motor strength to bilateral upper and lower extremities intact. Ambulates without assistance. Lumbar facet loading is positive on the right. Tender to palpation over SI joint on the right. FABER and Gaenslen are positive on the right. Compression test is positive on the right. Acetabular grind positive on the right.
LYMPHATIC: No apparent adenopathy or lymphedema.
INTEGUMENTARY: Intact without visible rashes.

**IMAGING STUDIES:** I reviewed imaging studies of the spine. I personally reviewed these images and agree with the radiology report and shared the findings with the patient.

**ASSESSMENT/PAN**

**IMPRESSION**
#1 Chronic low back pain, mechanical
#2 Right sacroiliac joint pain

The location of the pain corresponds to the location of sacroiliac joint. In conjunction with his hip pain, there could be a sacroiliac joint pain secondary to hip pain. No red flags on history and exam.

**PLAN**
We will proceed with right sacroiliac joint steroid injection under fluoroscopy. Patient is taking aspirin 81 mg daily, which he can continue. He denies any history of diabetes. He denies any history of contrast or steroid allergy. He denies any infections or taking any antibiotics. Discussed risks, benefits, alternatives of the procedure. Patient would like to proceed. He was also provided with external physical therapy referral for myofascial hip pain. He may be candidate for a repeat right hip injection in the future. If all else does not provide sufficient relief, he also may be a candidate for right lower lumbar facet joint injections.

Plan of care established with Wenchun Qu, MD. Patient's questions were answered to the best of my ability. The patient was encouraged to contact our office with further pain related questions or concerns. Patient verbalized understanding of everything that was discussed.

**Answers submitted by the patient for this visit:**
General Review of Symptoms (Submitted on 10/25/2022)
Fatigue: Yes
No eye issues: Yes
No ENT issues: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Pain in the calf muscles when walking: Yes
No respiratory issues: Yes
Heartburn: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
No skin issues: Yes
Weakness in arms and/or legs: Yes
Change in sexual drive (decreased libido): Yes
Little interest or pleasure in doing things: Yes
No blood/lymph issues: Yes
Erectile dysfunction: Yes

## Clinical Notes

### Procedures by Mark Hurdle, M.D. at 10/25/2022 2:36 PM

Status: Signed

Procedure Orders

1. FL Sacroiliac Joint Injection Right [2223052437153] ordered by Trofymenko, Oleksandr, M.D.

Pre-procedure Diagnoses

1. Sprain Of Sacroiliac Joint Initial Encounter [S33.6XXA]

Post-procedure Diagnoses

1. Sprain Of Sacroiliac Joint Initial Encounter [S33.6XXA]

**FL Sacroiliac Joint Injection Right**
Performed by: **Hurdle, Mark Friedrich B, M.D.**
Authorized by: **Trofymenko, Oleksandr, M.D.**

**Care team members present**
1. Prusinski, Christian C, D.O.
2. Klonowski, Lisa M
3. Vinyard, Eric G, R.T.(R)
4. Prince, Megan G, R.T.(R)

**PROCEDURE SUMMARY**
Indications: Sacroiliac Joint Pain
Site: sacral
Sacral: sacroiliac joint
Sacroiliac joint: left
Needle or RF cannula: Spinal
Needle size: 22 G
Needle length: 3.5 in
Flow: intraarticular and periarticular
Patient position: prone

**IMAGING**
Fluoroscopic image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.

**INJECTED MEDICATIONS**
Total volume of injectate (mL): 2
Total steroid in injectate (mg): 40
1 mL ropivacaine (PF) 2 mg/mL (0.2 %)
40 mg triamcinolone acetonide 40 mg/mL
1 mL iohexoL 300 mg iodine/mL

**PROCEDURE DETAILS**
Sacroiliac joint - sacral: Using fluoroscopy, the inferior portion of the sacroiliac joint(s) was identified and marked on the skin. Using fluoroscopic guidance, a spinal needle was advanced into the joint. Proper needle positioning was confirmed using multiple fluoroscopic views. After negative aspiration, contrast was injected, showing intraarticular spread of contrast without any evidence of intravascular uptake. A injectate was injected slowly and incrementally into the aforementioned joint(s). Following each injection, the needle was

withdrawn slightly and flushed with lidocaine as it was withdrawn from the skin. The patient tolerated the procedure well and there were no apparent complications. After appropriate observation, the patient was dismissed in good condition under their own power.

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure: yes
Site preparation: chlorhexidine and alcohol

**SEDATION / ANESTHESIA**
Anesthesia method: local infiltration

## Time Zone Mismatch

Time-sensitive data might be out of sequence or missing. Information for this patient was documented in a time zone different from the current session's time zone. To edit documentation and ensure all information is up to date, log in from the patient's time zone.
Patient's time zone: America/New_York
Current session's time zone: America/Chicago

# Operative Note Report

Case/Log ID: 1512680013 Case Time:

## Diagnosis

None

## Anesthesia Type

## Surgeon Documentation

No notes of this type exist for this encounter.

## Specimens

None

## Implants

None

## Drains

No drains placed

## Estimated Blood Loss

None

MAY 2 3 2024

FedEx®

ORIGIN ID:TXKA (903) 832-0340
KRISTIN MORGASON
CADENCE BANK
5702 RICHMOND RD.

TEXARKANA, TX 75503
UNITED STATES US

SHIP DATE: 20MAY24
ACTWGT: 1.00 LB
CAD: 255685265/INET4535

BILL SENDER

TO CLAIMS SHARED SERVICES
THE LINCOLN FINANCIAL LIFE INS CO
PO BOX 2337

OMAHA NE 68103
(800) 423-2765
INV:
PO: REF:
DEPT:

583J4/C458/9AE3

FedEx Express

E

WED - 22 MAY 5:00P
** 2DAY **

TRK# 0201 7764 6978 2084

SP COBFG

AIAA 68103
NE-US OMA

< Insert shipping document here.

REF #22422622

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

February 22, 2024

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Michael:

We have completed our review of your Long Term Disability claim and benefits beyond 05/19/2024 have been denied.

The Policy issued to Texarkana Independent School District contains, but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.

2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability

The Own Occupation Period for this claim will end on 05/19/2024. After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #22422622

**Information review and action taken**

In our review of your claim, all previously submitted medical records, as well as any new documentation is used to make a determination. Previously submitted medical documentation indicates that you went out of work on 11/20/2020 due to small fiber neuropathy. All medical records were reviewed and taken into consideration for this review, records closest to dates under review and most relevant are noted below.

We evaluated current information from your physician(s), as well as other sources, including vocational information. The documentation contained in your claim file includes but not limited to the following:

- Office visit notes and diagnostic test results from Dr. Singh from 06/12/2023
- Clinical review completed by Dr. Watson, dated 01/07/2023
- Office visit notes and diagnostic test results from Dr. Smith dated 08/07/2023
- Multiple MRI results from 11/01/2021 to 10/16/2023
- Job description
- Abilities form completed on 10/05/2023 by Dr. Matthew Nix
- Peer Review completed by William Barreto, MD Board Certified in Physical Medicine & Rehabilitation, Board Certified in Pain Medicine on 01/03/2024

According to the information contained in your file, you stopped working on 11/20/20 due to small fiber neuropathy, lumbosacral plexitis, cubital tunnel syndrome of left and bilateral carpal tunnel.

Notes from Dr. Matthew Nix dates 11/16/2022, indicate that you had established care, diagnosed with small and autonomic fiber neuropathy by the Mayo Clinic in Jacksonville, Florida. Complaints of leg swelling, medications were reviewed and no acute distress.

Progress notes from 09/11/2023 with Dr. Matthew Nix reports no acute distress, complaints or clinical exam findings.

Abilities form completed on 10/05/2023, by Dr. Matthew Nix, indicates recommendations of lifting/ carrying of up to 20 pounds, with occasional sitting, standing, walking, driving, fingering, and handling.

Office notes from Dr. Andres Morales DO, states chronic pain history positive strength on physical exam, with normal mass and tone. Upper and lower extremities, joints, cervical/ lumbosacral spine, without abnormalities upon physical exam.

Your claim was sent for full file review to get a better understanding of your restrictions, limitations, and functionality, which was completed on 01/03/2024, by William Barreto, MD Board Certified in Physical Medicine & Rehabilitation, Board Certified in Pain Medicine. Dr. Barretto opined that taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from

11/01/2022 to 05/19/2024 and beyond. The claimant can work full-time within these restrictions and limitations. Restrictions and limitations would be permanent.

Restrictions and limitations are as follows:

Can occasionally lift and carry up to 20 lbs with occasional sitting, standing, walking, driving, fingering, and handling. Can stand and walk up to 10 per hour and 1.3 hours per day or equivalent of 80 minutes per workday. Can sit up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes per workday. Can push, pull, lift, and carry up to 20 lbs occasionally and 10 lbs frequently. No restrictions to overhead reaching, reaching at desk level or reaching below desk level. Can bend occasionally. Never to stoop, kneel or climb. No restrictions with fine manipulation or gross manipulation.

We reviewed your past training, education, and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 713.687-026 | Lens Inserter | $2,957.07/ monthly | Sedentary |
| 2. 559.687-010 | Ampule Examiner | $3,659.07/ monthly | Sedentary |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within the national economy and are appropriate from the standpoint of adequate salary levels relative to your prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the national labor market.

**Summary**

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation. Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 05/19/2024. Your payment for benefits through 05/19/2024 is being sent under separate cover.

REF #22422622

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

REF #22422622

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jamie Catlett
800-423-2765 x6581
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

REF #22422622

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti’go Diné bizaad, saad bee áká’ánida’áwo’dę́ę́’ t’áá jiik’eh, ná hóló. Kojį’ hódíílnih áǫįóóǫéąáǫąíéę.

Jennifer Belew, MS, CRC
Vocational Rehabilitation Consultant
Group Protection

# Transferable Skills Analysis

**Date: 02/15/2024**
**Claimant: Michael Morgason**
**Claim #: 1210046281**
**Policyholder: Texarkana Independent School District**
**Pre-disability Earnings: $3,407.73/month**
**Benefit Amount: $2,044.64/month**

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills.

**The following documentation and resources were reviewed:**

- Job Description in AWD, dated 10/09/2023
- Dictionary of Occupational Title (DOT)
- Economic Research Institute (ERI) Occupational Assessor
- Occupational Information Network (O*NET)
- Occupational Analysis in AWD, dated 06/07/2021
- Training-Education-Experience Form (TEE) in AWD, dated 10/09/2023
- Peer Review Clarification in AWD, dated 01/26/2024 and completed by Dr. William Barreto, MD (date of report 01/19/2024)

**Education & Training:**
The insured is 53 years old (hand dominance unknown) and uses a personal email address. The insured reported they earned a high school diploma but did not attend college, complete other formal/vocational training, or serve in the military. He did not indicate computer use/skills. No information regarding certifications held, special skills, hobbies, or interests was provided for review.

The following work history was reviewed:
Per the employer (Texarkana Independent School District), the insured was employed from 02/2014 until his last day worked (11/2020) as Skilled Maintenance, Non Licensed where he assisted in following routine maintenance and repair procedures for assigned areas to maintain a high standard of safety and efficiency of all buildings and equipment. From 2008 to 2014, the insured reported employment with Texarkana Overhead Door as an Installer where he installed and repaired garage doors. No further work history information was provided for review.

**Work History:**

| DOT Code | Job Title/Occupation Title | Years | Strength |
|---|---|---|---|
| 899.684-046 | Maintenance Worker, Municipal *(own occupation)* | 6 years, 9 months | H |
| 860.381-022 | Carpenter | 6 years | M |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based on the Peer Review Clarification in AWD, dated 01/26/2024 and completed by Dr. William Barreto, MD (date of report 01/19/2024), which indicated the following:

- Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday
- Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday
- Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/workday
- Lift, carry, push, pull - 20 pounds occasionally, 10 pounds frequently
- Reaching overhead, at desk, below desk - No restrictions
- Bend - Occasionally
- Stoop, kneel, climbing - Never

Claims Shared Services
The Lincoln National LIfe Insurance Company
PO Box 2337
Omaha, NE 68103

MAY 23 2024

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

To Whom It May Concern:

**Please accept this letter as my formal appeal of the Long Term Disability claim denial dated February 22, 2024.** I wish to appeal the determination based on a number of relevant medical records, surgical notes & information from Dr. Frank Feigenbaum. Dr. Feigenbaum performed a sacral laminectomy and dorsal sacral reconstruction w/absorbable plating on 04/10/2024. Recovery from this surgery could take months or years. Info included for review:

- FAQ's on Tarlov cysts - see highlighted symptoms
- 12/14/2023 - Frank Feigenbaum
- 12/22/2023 - Bradley Cubitt
- 01/10/2024 - Frank Feigenbaum
- 03/11/2024 - Frank Feigenbaum surgery info
- 04/10/2024 - Operative report w/post op instructions - Frank Feigenbaum
- 04/15/2024 - Post Op follow up w/Feigenbaum

Progress notes, test results & prognosis from Mayo Clinic Jacksonville were not considered. Please find enclosed the following Visit Notes regarding Tarlov cysts, pain w/sitting, inability to sit for an extended period of time, hip/buttock & groin pain while seated:

- 11/01/2021 - MR Lumbar Plexus without and with Contrast
- 11/09/2021 - Christopher Lamb
- 03/07/2022 - Christopher Lamb
- 03/08/2022 - John Evans
- 05/25/2022 - John Evans
- 05/26/2022 - Nora Osborn
- 07/26/2022 - Luke Spencer Gardner
- 08/04/2022 - John Evans
- 08/31/2022 - Wenchun Qu
- 10/25/2022 - Wenchun Qu
- 10/25/2022 - Mark Hurdle

I wish to appeal the 02/22/2024 disability determination as I am unable to perform work in any occupation at this time. Please feel free to call me with any questions @ 903-490-0726.

Sincerely,

Michael Morgason
Michael Morgason

# Frequently Asked Questions

**From Tarlov Patients**

## 1. What Is A Tarlov Cyst?



A Tarlov cyst is a dilation of the nerve root sheath or outer covering of the nerve. Cerebral spinal fluid gets trapped inside the sheath and forms a cyst. The fluid in the cyst can put pressure on the nerve inside and on the adjacent nerve roots and cause debilitating symptoms. They can occur anywhere along the spine where there are nerve roots. They are most prevalent in the sacrum or base of the spine. The cyst is the nerve and therefore cannot be cut out. Check out our YouTube page for more educational videos!

## 2. What Symptoms Do Tarlov Or Meningeal Cyst Patients Have?

Symptoms can vary depending on the location of the cysts in the spine.

a) Lumbar and/or Sacral

- Low back pain
- Sacral or tail bone pain, pressure, and/or numbness
- Pain with sitting. May feel like you are sitting on a rock or an object
- Avoid sitting related activities
- Pain with standing
- Pain in the legs and/or feet especially in the back of the thighs
- Leg/thigh weakness or numbness
- Foot numbness
- Bowel and/or bladder dysfunction like constipation or urinary retention
- Privates/perineal, vaginal, rectal, pelvic and/or abdominal pain or numbness
- Pain with sexual intercourse

- Sexual dysfunction like erectile dysfunction, and/or PGAD (Persistent Genital Arousal Disorder)
- Pain and/or numbness in the buttocks and/or between the legs
- Headaches
- Symptoms made better by lying down, or alternating positions throughout the day from sitting, standing, to lying down

b) Cervical

- Cervical or neck pain, pressure, and/or numbness
- Shoulder pain, pressure, and/or numbness
- Arm pain, pressure, and/or numbness
- Hand pain, pressure, and/or numbness
- Finger pain, pressure, and/or numbness
- Pain radiating between the neck and shoulder, between the neck and arm, and/or between the neck into hands/fingers

c) Thoracic

- Thoracic or upper back pain, pressure, and/or numbness
- Middle back pain, pressure, and/or numbness
- Middle low back pain, pressure, and/or numbness
- Upper chest/thoracic pain, pressure, and/or numbness
- Lower thoracic/abdomen pain, pressure, and/or numbness
- Anterior front of arm pain and/or pressure

↑ Back to Top

## 3. Are Headaches A Symptom Of Tarlov Cysts?

No, but some patients state they have headaches, and that after surgery, it decreases. Some patients tighten their jaw because of pain which can lead to headaches. A previous surgical patient found it helpful to use a mouth guard during sleep to relieve symptoms.

## 4. What Causes Tarlov Cysts?

We are not completely sure. It could be genetic. We do not know if genetics, lifestyle, or both determine as to why some patients are symptomatic and why others are asymptomatic.

## 5. Can An Accident Or Injury Cause These Cyst To Form?

In Tarlov cyst patients, these cyst(s) are already present in the body. They either stay the same in size or grow slowly over time. Sometimes after an injury or accident, the existing cyst(s) can become symptomatic; it's not often that a particular injury caused the cyst(s), but possibly caused symptoms to begin.

## 6. How Are The Cysts Removed?

These unique cysts are the nerves and therefore are not removed but rather opened, explored, and treated under an operating microscope while the nerves are continuously monitored. For other types of cysts such as a meningeal diverticulum it is possible to resect the cyst as long as there are no nerves attached. The goal of the surgery is to remove the compression off the nerve. We are not healing, replacing, or removing the nerve(s) during surgery.

## 7. What Is The Plate Made Of That Is Placed Over The Area Where Bone Was Removed During Surgery?

In your consultation, Dr. Feigenbaum may have mentioned a "man-hole" cover. This plate looks like a clear plastic mesh and is made of a polymer called poly L-lactide-co-glycolide. Over a few years it breaks down to water and your body will absorb it. Over time your body will form a tough scar where the plate used to be.

↑ Back to Top

## 8. Can The Doctor Determine How Much Nerve Damage I May Have?

Dr. Feigenbaum is not able to determine how much nerve damage has already taken place. He cannot see the degree of nerve damage in an MRI or in surgery.

## 9. How Many Tarlov/Meningeal Cyst Surgeries Has Dr. Feigenbaum Done?

Dr. Feigenbaum has treated close to 3000 Tarlov and meningeal cyst patients.

## 10. What Additional Tests Can I Expect Will Be Needed Before Determining If I Am A Surgical Candidate?

Patients will need a dedicated MRI of the sacrum (cervical if dealing with neck symptoms, thoracic if having upper back symptoms, etc.) less than a year old before your appointment; we prefer a closed MRI without contrast/dye.

Some patients will need flexion/extension x-rays of the lumbar spine to look for instability. Others may need a better quality MRI of the area of the spine they are being evaluated for.

In several instances, Dr. Feigenbaum will order a Diagnostic Nerve Root Block (DNRB) to determine if the cyst(s) are the source of symptoms (injecting lidocaine only). If this is the case, we have a local provider who is able to perform such procedure on Thursdays and Fridays, so out-of-state patients tend to stay an extra night while in town.

## 11. Do I Need A Referral To See Dr. Feigenbaum?

You do not need a referral unless your insurance company requires one. Typically, patients with an HMO plan will need to have their primary care submit a referral, or those plans who consider the doctor out-of-network. Patients with a PPO plan usually does not need a referral.

↑ Back to Top

## 12. Do I Have To Notify My Insurance Company To Get Approval For My Surgery?

Our office will initiate your surgical pre-authorization and will contact you if additional insurance information is required.

## 13. How Long Does It Take To Obtain Insurance Approval/Pre-Authorization For Surgery?

Each insurance company varies on how quickly they will respond. It can be anywhere from 2 weeks to 45 days. Typically, we hear from insurance no later than 30 days. If you receive any insurance correspondence prior to us reaching out to you about their determination, please contact our office.

## 14. What Happens If Insurance Denies My Surgery?

We will appeal the denial. The steps vary because each insurance is different. Typically, a Peer to Peer with Dr. Feigenbaum and the Medical Director of the insurance company takes place first; this conversation usually takes place within a week from denial. If insurance does not overturn their decision, a 1st level of appeal will be submitted. We may ask you for additional documentation, but the majority of the information is submitted by our office. We will appeal until all levels have been exhausted. If during this time you receive any mailed correspondence from your insurance company, please notify our office.

## 15. Once I Receive Insurance Approval, How Long Will It Take To Schedule Surgery?

Because we book 3-4 months out (from the day Dr. Feigenbaum consents you for surgery), the scheduling nurse will call you between 2 to 4 weeks to discuss surgery dates.

## 16. Will I Need To Pay Anything Prior To My Surgery Date?

If you are a self-pay patient and do not have insurance, payment is required in full prior to scheduling surgery. Payment options include a cashier's check or wire transfer. If you have insurance, once we have a surgery date, we will collect any remaining deductible and/or out-of-pocket maximum amounts prior to your surgery. Payment options include check or credit/debit card.

↑ Back to Top

## 17. What Is A Typical Scenario For Those Coming Out Of Town For Surgery?

For example, if your surgery is planned for a Wednesday, this is a typical day by day plan:

If you have already met Dr. Feigenbaum, you will need to travel to Texas on early Tuesday so that you can complete any pre-admission items with the hospital on Tuesday; these are walk-in appointments, but please arrive before 4 P.M. Surgery would be the following day on Wednesday. You would remain in the

hospital Thursday and Friday and be discharged to a local hotel on Friday afternoon or Saturday if needed. You will then be seen in our office on the following Tuesday or Thursday for a post-operative appointment. You can plan to travel home after your post-operative appointment or the day after your visit.

Another example, if your surgery is planned for a Tuesday, this is a typical day by day plan:

If you have not met Dr. Feigenbaum in person, or it's been over a year since meeting Dr. Feigenbaum, you will need to travel to Texas no later than early Monday and meet Dr. Feigenbaum Monday afternoon. Any pre-admission items at the hospital that have not been completed may be done so after your meeting with Dr. Feigenbaum; these are walk-in appointments that need to be completed prior to 4 P.M. Surgery would be the following day on Tuesday. You would remain in the hospital Wednesday and Thursday and be discharged to a local hotel on Thursday afternoon or Friday if needed. You will then be seen in our office on the following Tuesday or Thursday for a post-operative appointment. You can plan to travel home after your post-operative appointment or the day after your visit.

## 18. At What Facility Will The Procedure Be Performed?

Surgery is scheduled at Medical City Dallas or Medical City Spine Hospital in Dallas, Texas. Patient needs and insurance coverage will determine the location.

## 19. How Many Days Will I Be In The Hospital?

Generally three to four days.

## 20. Can A Family Member Stay With Me In The Hospital?

Yes

↑ Back to Top

## 21. How Long Will I Need To Stay In Town After My Surgery Once I've Been Discharged From The Hospital?

Seven to ten days, unless you are a local patient.

## 22. What Follow Up Is Done After The Surgery?

**Local patients:** are seen at 3 weeks and 3 months after surgery. The post-operative appointments are most commonly with the nurse. An MRI is done 3 months after surgery. Post-operative surveys/questionnaires are filled out by patients at 3 and 6 months and one and two years after the surgery. Patients are still welcome to come to the office for a follow up if needed during these times.

**Out of town patients:** are seen in the office approximately one week after surgery. An MRI is done 3 months after surgery. Post-operative surveys or questionnaires are filled out by patients at 3 and 6 months and one and two years after the surgery. These items need to be mailed to our office in Texas to be reviewed by Dr. Feigenbaum.

## 23. What Can I Do To Enhance My Recovery From Surgery?

While the recovery can be a long one and very different than other types of surgery there are some things you can do to make it the best possible recovery.

- Follow all your post-operative instructions
- Do not smoke
- Maintain a good support system of family and friends
- Follow your restrictions
- Have a positive outlook and have a motivation to get better
- Eat a healthy balanced diet to obtain proper nutrition
- Maintain a healthy weight
- Don't spend too much time focusing or talking about your pain or symptoms
- Have realistic expectations and be patient with yourself and the recovery
- Walk daily as you tolerate

↑ Back to Top

## 24. I Have Trouble Sitting, Can You Recommend A Seat Cushion?

A "Tush-Cush" will be available for use during your visit in our office to assist in your sitting comfort. If interested, purchases can be made online at tushcush.com or Amazon.com.

↑ Back to Top

- Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherwise working primarily with fingers rather than the whole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions
- Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherwise working with hand(s). This includes instances when fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions.

**Skills & Abilities:**
Using hands to carry and pull objects of varying weights; performing routine work repeatedly; following simple instructions; working outside; using an assortment of tools and equipment to shovel materials, clean work areas, and oil machinery; working under hazardous conditions; and being in good physical condition.

Knowledge of tools, machines, materials, and methods used in trade or craft specialty; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in constructing, making, or repairing objects; and adhering to object specifications or standards.

**Profile Adjustments:**
The following changes were made to the Ability Profile based on the education, work history, and the restrictions and limitations noted above:

- **General Educational Development:** Mathematics and language were adjusted to Level 4 based on the insured having reported the completion of a high school diploma.
- **Strength** was adjusted to minimum sedentary and maximum light based on the restrictions and limitations from Dr. Barreto.
- **Physical Demands**: Reaching, handling, and fingering were adjusted to constantly; and climbing, stooping and kneeling were adjusted to never based on the information from Dr. Barreto. Occupations identified will be reviewed regarding sit/stand/walk to ensure consistency with the provided restrictions and limitations. Balancing, crouching, crawling, feeling, talking, hearing, tasting/smelling, near/far acuity, depth perception, accommodation, color vision, and field of vision were adjusted to unknown as there were no restrictions or limitations reported in these areas.
- **Environmental Conditions:** Exposure to weather, extreme cold/heat, wet and/or humid, vibration, atmospheric conditions, proximity to moving mechanical parts, exposure to electrical shock, working in high exposed places, exposure to radiation, working with explosives, exposure to toxic or caustic chemicals, and other environmental conditions were adjusted to unknown; and noise intensity level was adjusted to very loud based on no restrictions or limitations being reported in these areas.
- **Work Situations (Temperaments):** Performing repetitive work was adjusted to yes based on the insured performing routine maintenance and repair tasks.
- **Work Functions – Data:** Computing and copying were adjusted to yes based on the insured being required to perform mathematical calculations and maintain required reports and records.
- **Work Functions – People:** No adjustments.
- **Work Functions – Things:** Operating/controlling and handling were adjusted to yes based on the insured being responsible for maintenance and repair while using various equipment, machines, and tools.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level of the insured. ERI and O*NET were utilized to review specific requirements related to sit/stand/walk to ensure consistency with the restrictions and limitations provided for review.

**Examples of Occupations identified based on the National Economy and the insured's ability profile analysis:**

| DOT Code | Occupation | Str | Monthly Wage |
|---|---|---|---|
| 713.687-026 | Lens Inserter | S | $2,957.07 |
| 559.687-010 | Ampoule Examiner | S | $3,659.07 |

**Wage Information is based on median May 2022 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Jennifer Belew, MS, CRC
Vocational Rehabilitation Consultant

## WORK HISTORY:

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 899.684-046 | Maintenance Worker, Municipal | 5 | 6 | 9 | Y | Y | N | H | 05.12.12 |
| 860.381-022 | Carpenter | 7 | 6 | 0 | Y | Y | N | M | 05.05.02 |

## ADJUSTED VARIABLES SUMMARY

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 5 (6 months to 1 year) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | H Heavy | L Light |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Occasionally | Unknown |
| Stooping | | Occasionally | Never |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Occasionally | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Occasionally | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Occasionally | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Occasionally | Unknown |
| Proximity to Moving Mechanical Parts | | Occasionally | Unknown |
| Exposure to Electrical Shock | | Occasionally | Unknown |
| Working in High Exposed Places | | Occasionally | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Occasionally | Unknown |
| Noise Intensity Level | | Loud | Very Loud |

| | | |
|---|---|---|
| **DOT Aptitudes** | | |
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 4 (11-33 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | Yes | No Change |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | No Change |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** Steffanie Guerena
**CLIENT:** Lincoln Financial Group
**NAME:** Michael Morgason
**CLAIM #:** 1210046281
**NMR #:** 1026626
**DATE:** 1/3/2024, Revised 1/19/2024

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 12/19/2023 |
| Claim Log | Unknown | 12/9/2020-4/14/2021; 5/11/2021-12/21/2022; 1/9/2023-12/8/2023 |
| Op Notes | H Frederick, MD | 4/22/2021 |
| Progress Notes | T Tackett, NP | 11/11/2020 |
| Progress Notes | S Hussaini, MD | 12/7/2020-12/30/2020 |
| Progress Notes | UT Southwestern Medical Center | 2/23/2021-3/5/2021 |
| Progress Notes | J Yao, MD | 2/23/2021 |
| Progress Notes | H Frederick, MD | 3/31/2021-9/22/2023 |
| Progress Notes | S Khan, DO | 6/7/2021 |
| Progress Notes | M Halkar, MBBS | 7/29/2021 |
| Progress Notes | J Ivey III, MD | 11/2/2021 |
| Progress Notes | C Lamb, MD | 11/9/2021-3/7/2022 |
| Progress Notes | Mayo Clinic | 11/9/2021-10/25/2022 |
| Progress Notes | J Evans II, DO | 3/8/2022-8/4/2022 |
| Progress Notes | W Qu, MD, PhD | 8/31/2022 |
| Progress Notes | M Hurdle, MD | 10/25/2022 |
| Progress Notes | O Trofymenko, MD | 10/28/2022 |
| Progress Notes | M Nix, MD | 11/16/2022-10/5/2023 |
| Progress Notes | Unknown | 2/17/2023-9/12/2023 |
| Progress Notes | W Haynie, MD | 7/10/2023 |
| Progress Notes | A Morales, DO | 11/10/2023 |
| Attending Physician's | M Crabtree, FNP | 12/2/2020 |

| | | |
|---|---|---|
| Statement | | |
| Attending Physician's Statement | Unknown | 1/4/2021; 2/24/2021; 4/9/2021 |
| Attending Physician's Statement | H Frederick, MD | 5/28/2021 |
| Occupational Therapy | P Ruz, OT | 5/26/2021-7/21/2021 |
| Occupational Therapy | A Hofeling, OT | 8/18/2021 |
| File Review | M Watson, MD - Clinical Review | 1/7/2023 |
| X-RAY | Mayo Clinic - R Stanborough, MD | 5/25/2022 |
| X-RAY | Unknown | Undated |
| MRI | CHRISTUS Health System - J Milner Jr, MD | 12/23/2020 |
| MRI | Mayo Clinic - R Sebro, MD | 11/1/2021 |
| MRI | Mayo Clinic - J Bestic, MD | 5/25/2022 |
| MRI | Unknown - J Baker, MD | 10/9/2023 |
| MRI | Unknown - T McGee, MD | 10/16/2023 |
| EMG | Unknown - S Khan, DO | 3/26/2021 |
| EMG | Mayo Clinic - E Dimberg, MD | 11/1/2021 |
| LABS | Quest Diagnostics - Unknown | 11/17/2020; 12/17/2020 |
| LABS | Mayo Clinic - Unknown | 11/2/2021 |
| LABS | Unknown | 9/8/2023-9/12/2023 |
| Other Tests | Mayo Clinic - H Farres, MD - Lower Extremity Arterial | 11/1/2021 |
| Other Tests | Mayo Clinic - W Cheshire, MD - Autonomic Reflex Screen | 3/7/2022 |
| Other Tests | Mayo Clinic - J Young, MD - NM Bone Scan Spect CT Single | 5/25/2022 |
| Other Tests | Unknown - S Singh, MD - Transthoracic Echo 2D Complete | 6/12/2023 |

| | | |
|---|---|---|
| Other Tests | Advanced Cardiovascular Specialists - R Smith, MD - Ankle Brachial Index Study | 8/7/2023 |
| Other Tests | Advanced Cardiovascular Specialists - R Smith, MD - Bilateral Lower Extremity Arterial Ultrasound and Doppler | 8/7/2023 |
| Other Tests | Advanced Cardiovascular Specialists - Unknown - Exercise Tolerance Test | 8/7/2023 |
| Job Description | Maintenance Worker | Undated |
| Correspondence | N/A | 11/25/2020-11/21/2023; Undated |
| Release of Information | M Morgason | 11/25/2020; 5/13/2021; 6/14/2021; 3/31/2022; 1/5/2023; 10/5/2023; Undated |
| Fax Cover Sheets | | |

**ASSESSMENT:** The claimant is a 53-year-old male (DOB: who ceased work on 11/20/2020 reportedly, due to small fiber neuropathy. All the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

Comorbidities: generalized anxiety disorder (F41.1).

Physical Medicine and Rehabilitation (PM&R) diagnoses: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome on left, bilateral carpal tunnel syndrome.

Imaging:

10/09/2023 magnetic resonance imaging (MRI) of the lumbar spine reveals no evidence of acute abnormality. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. No central spinal canal stenosis. Multilevel facet arthropathy, which could be the source of axial back pain.

Records Reviewed:

Review Period: 11/01/2022 to - 05/19/2024 and beyond.

Matthew Nix, MD:

11/16/2022 progress report outlines the claimant is going to be establishing care with this provider. The claimant has been diagnosed with small and autonomic fiber neuropathy by the Mayo Clinic in Jacksonville,

Florida. The claimant has undergone extensive evaluations for constellation of symptoms including muscle weakness, paresthesias, etc. The claimant is taking Neurontin for painful paresthesia in his extremities, which helps quite a bit. Review of systems is positive for leg swelling (he has intermittent edema with prolonged standing due to illness-resolves with laying down). Objectively, the claimant is alert. No swelling is noted. The claimant does not appear ill. He is not in acute distress.

09/11/2023 progress report outlines no specific complaints or clinical exam findings. The claimant is not in acute distress.

10/05/2023 Abilities Form from this treating provider has recommended the claimant for occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.

Andres Morales, DO:

11/10/2023 progress report notes the claimant with a chronic pain medical history and physical exam findings positive for strength 5/5 with normal mass and tone. Upper extremity joints are unremarkable, lower extremity joints unremarkable, cervical spines unremarkable, lumbosacral spine unremarkable.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)**

PM&R diagnoses (ICD): myalgia (M79.10), idiopathic small fiber sensory neuropathy (G60.8), lumbosacral plexitis (G54.1), cubital tunnel syndrome on left (G56.22), bilateral carpal tunnel syndrome (G56.03).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbidities: generalized anxiety disorder (F41.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/1/22 to 5/19/24 and beyond, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can work full-time within these restrictions and limitations. Restrictions and limitations would be permanent.

Provided documentation notes the claimant with idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle weakness and paresthesia. Review of systems is positive for leg swelling (he is intermittent edema with prolonged standing due to illness-results with laying down). Objectively, the claimant is alert. No swelling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin with benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.

Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday

Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday

Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/workday

Push - 20 pounds occasionally, 10 pounds frequently

Pull - 20 pounds occasionally, 10 pounds frequently

Lift - 20 pounds occasionally, 10 pounds frequently

Carry - 20 pounds occasionally, 10 pounds frequently

Reaching Overhead - No restrictions

Reaching at Desk - No restrictions

Reaching Below Desk - No restrictions

Bend - Occasionally

Stoop - Never

Kneel - Never

Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherwise working primarily with fingers rather than the whole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherwise working with hand(s). This includes instances when fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Treatment has been consistent and standard of care and the claimant has been compliant with treatment. The claimant has undergone extensive previous treatment to include active/passive therapies, imaging, nerve conduction studies, frequent follow-up office visits, and medication management.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances were identified in the medical records that may adversely affect work.

**6. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence:**
**Matthew Nix, MD/Family Medicine Phone Number: 870-779-6000**
**Andres Morales, DO/Neurology Phone Number: 903-893-5141, Fax Number: 903-891-4295.**

There was sufficient documentation in which to make a determination regarding restrictions and limitations without calls.

**7. If functional impairment is present, is further improvement likely or is impairment considered permanent, and when would those be expected if applicable ?**

No. The claimant is stable at this time. He does endorse weakness and paresthesia, however, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling. These restrictions and limitations will likely be permanent.

**8. 1/19/2024 - Clarification for Dr. William Barreto, MD - PMR**

**Thank you for your report regarding the LTD claim review. After reviewing your report, we are requesting clarification.**
**1. Please review the following and clarify:**
**Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can work full-time within these restrictions and limitations. Restrictions and limitations would be permanent.**
**Provided documentation notes the claimant with idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle weakness and paresthesia. Review of systems is positive for leg swelling (he is intermittent edema with prolonged standing due to illness-results with laying down). Objectively, the claimant is alert. No swelling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin with benefit. Furthermore, Dr. Nix has recommended the claimant for occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.**

**Please clarify the first three restrictions:**

**Occasionally up to 20 minutes per hour and up to 2.5 hours per day**

**Frequently up to 40 minutes per hour and up to 5.5 hours per day**

**Constantly over 40 minutes per hour and over 5.5 hours per day.**

This information is the definition of the intervals for occasionally, frequently, and constantly. To provide clarity, this information was removed from answer to question three.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the scope of licensure or certification that permits management of the issue, medical/behavioral health condition, disease, procedure, or treatment under review, and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**



William Barreto, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of CA #A91430
Licensed in State of CO #DR.006332
Colorado Level I Accreditation
Licensed in State of LA #323262
Licensed in State of TN #60395
Licensed in State of TX # S0841

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Morgason 1898**

M
Network Medical Review Co. Ltd.

**REFERRED BY:** Steffanie Guerena
**CLIENT:** Lincoln Financial Group
**NAME:** Michael Morgason
**CLAIM #:** 1210046281
**NMR #:** 1026626
**DATE:** 1/3/2024

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 12/19/2023 |
| Claim Log | Unknown | 12/9/2020-4/14/2021; 5/11/2021-12/21/2022; 1/9/2023-12/8/2023 |
| Op Notes | H Frederick, MD | 4/22/2021 |
| Progress Notes | T Tackett, NP | 11/11/2020 |
| Progress Notes | S Hussaini, MD | 12/7/2020-12/30/2020 |
| Progress Notes | UT Southwestern Medical Center | 2/23/2021-3/5/2021 |
| Progress Notes | J Yao, MD | 2/23/2021 |
| Progress Notes | H Frederick, MD | 3/31/2021-9/22/2023 |
| Progress Notes | S Khan, DO | 6/7/2021 |
| Progress Notes | M Halkar, MBBS | 7/29/2021 |
| Progress Notes | J Ivey III, MD | 11/2/2021 |
| Progress Notes | C Lamb, MD | 11/9/2021-3/7/2022 |
| Progress Notes | Mayo Clinic | 11/9/2021-10/25/2022 |
| Progress Notes | J Evans II, DO | 3/8/2022-8/4/2022 |
| Progress Notes | W Qu, MD, PhD | 8/31/2022 |
| Progress Notes | M Hurdle, MD | 10/25/2022 |
| Progress Notes | O Trofymenko, MD | 10/28/2022 |
| Progress Notes | M Nix, MD | 11/16/2022-10/5/2023 |
| Progress Notes | Unknown | 2/17/2023-9/12/2023 |
| Progress Notes | W Haynie, MD | 7/10/2023 |
| Progress Notes | A Morales, DO | 11/10/2023 |
| Attending Physician's | M Crabtree, FNP | 12/2/2020 |

| | | |
|---|---|---|
| Statement | | |
| Attending Physician's Statement | Unknown | 1/4/2021; 2/24/2021; 4/9/2021 |
| Attending Physician's Statement | H Frederick, MD | 5/28/2021 |
| Occupational Therapy | P Ruz, OT | 5/26/2021-7/21/2021 |
| Occupational Therapy | A Hofeling, OT | 8/18/2021 |
| File Review | M Watson, MD - Clinical Review | 1/7/2023 |
| X-RAY | Mayo Clinic - R Stanborough, MD | 5/25/2022 |
| X-RAY | Unknown | Undated |
| MRI | CHRISTUS Health System - J Milner Jr, MD | 12/23/2020 |
| MRI | Mayo Clinic - R Sebro, MD | 11/1/2021 |
| MRI | Mayo Clinic - J Bestic, MD | 5/25/2022 |
| MRI | Unknown - J Baker, MD | 10/9/2023 |
| MRI | Unknown - T McGee, MD | 10/16/2023 |
| EMG | Unknown - S Khan, DO | 3/26/2021 |
| EMG | Mayo Clinic - E Dimberg, MD | 11/1/2021 |
| LABS | Quest Diagnostics - Unknown | 11/17/2020; 12/17/2020 |
| LABS | Mayo Clinic - Unknown | 11/2/2021 |
| LABS | Unknown | 9/8/2023-9/12/2023 |
| Other Tests | Mayo Clinic - H Farres, MD - Lower Extremity Arterial | 11/1/2021 |
| Other Tests | Mayo Clinic - W Cheshire, MD - Autonomic Reflex Screen | 3/7/2022 |
| Other Tests | Mayo Clinic - J Young, MD - NM Bone Scan Spect CT Single | 5/25/2022 |
| Other Tests | Unknown - S Singh, MD - Transthoracic Echo 2D Complete | 6/12/2023 |

| | | |
|---|---|---|
| Other Tests | Advanced Cardiovascular Specialists - R Smith, MD - Ankle Brachial Index Study | 8/7/2023 |
| Other Tests | Advanced Cardiovascular Specialists - R Smith, MD - Bilateral Lower Extremity Arterial Ultrasound and Doppler | 8/7/2023 |
| Other Tests | Advanced Cardiovascular Specialists - Unknown - Exercise Tolerance Test | 8/7/2023 |
| Job Description | Maintenance Worker | Undated |
| Correspondence | N/A | 11/25/2020-11/21/2023; Undated |
| Release of Information | M Morgason | 11/25/2020; 5/13/2021; 6/14/2021; 3/31/2022; 1/5/2023; 10/5/2023; Undated |
| Fax Cover Sheets | | |

**ASSESSMENT:** The claimant is a 53-year-old male (DOB: 07/31/1970) who ceased work on 11/20/2020 reportedly, due to small fiber neuropathy. All the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

Comorbidities: generalized anxiety disorder (F41.1).

Physical Medicine and Rehabilitation (PM&R) diagnoses: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome on left, bilateral carpal tunnel syndrome.

Imaging:

10/09/2023 magnetic resonance imaging (MRI) of the lumbar spine reveals no evidence of acute abnormality. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. No central spinal canal stenosis. Multilevel facet arthropathy, which could be the source of axial back pain.

Records Reviewed:

Review Period: 11/01/2022 to - 05/19/2024 and beyond.

Matthew Nix, MD:

11/16/2022 progress report outlines the claimant is going to be establishing care with this provider. The claimant has been diagnosed with small and autonomic fiber neuropathy by the Mayo Clinic in Jacksonville,

Florida. The claimant has undergone extensive evaluations for constellation of symptoms including muscle weakness, paresthesias, etc. The claimant is taking Neurontin for painful paresthesia in his extremities, which helps quite a bit. Review of systems is positive for leg swelling (he has intermittent edema with prolonged standing due to illness-resolves with laying down). Objectively, the claimant is alert. No swelling is noted. The claimant does not appear ill. He is not in acute distress.

09/11/2023 progress report outlines no specific complaints or clinical exam findings. The claimant is not in acute distress.

10/05/2023 Abilities Form from this treating provider has recommended the claimant for occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.

Andres Morales, DO:

11/10/2023 progress report notes the claimant with a chronic pain medical history and physical exam findings positive for strength 5/5 with normal mass and tone. Upper extremity joints are unremarkable, lower extremity joints unremarkable, cervical spines unremarkable, lumbosacral spine unremarkable.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)**

PM&R diagnoses (ICD): myalgia (M79.10), idiopathic small fiber sensory neuropathy (G60.8), lumbosacral plexitis (G54.1), cubital tunnel syndrome on left (G56.22), bilateral carpal tunnel syndrome (G56.03).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbidities: generalized anxiety disorder (F41.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/1/22 to 5/19/24 and beyond, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can work full-time within these restrictions and limitations. Restrictions and limitations would be permanent.

Provided documentation notes the claimant with idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle weakness and paresthesia. Review of systems is positive for leg swelling (he is intermittent edema with prolonged standing due to illness-results with laying down). Objectively, the claimant is alert. No swelling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin with benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.

Occasionally up to 20 minutes per hour and up to 2.5 hours per day

Frequently up to 40 minutes per hour and up to 5.5 hours per day

Constantly over 40 minutes per hour and over 5.5 hours per day

Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday

Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday

Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/workday

Push - 20 pounds occasionally, 10 pounds frequently

Pull - 20 pounds occasionally, 10 pounds frequently

Lift - 20 pounds occasionally, 10 pounds frequently

Carry - 20 pounds occasionally, 10 pounds frequently

Reaching Overhead - No restrictions

Reaching at Desk - No restrictions

Reaching Below Desk - No restrictions

Bend - Occasionally

Stoop - Never

Kneel - Never

Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherwise working primarily with fingers rather than the whole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherwise working with hand(s). This includes instances when fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Treatment has been consistent and standard of care and the claimant has been compliant with treatment. The claimant has undergone extensive previous treatment to include active/passive therapies, imaging, nerve conduction studies, frequent follow-up office visits, and medication management.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts- child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances were identified in the medical records that may adversely affect work.

**6. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence:**
**Matthew Nix, MD/Family Medicine Phone Number: 870-779-6000**
**Andres Morales, DO/Neurology Phone Number: 903-893-5141, Fax Number: 903-891-4295.**

There was sufficient documentation in which to make a determination regarding restrictions and limitations without calls.

**7. If functional impairment is present, is further improvement likely or is impairment considered permanent, and when would those be expected if applicable ?**

No. The claimant is stable at this time. He does endorse weakness and paresthesia, however, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling. These restrictions and limitations will likely be permanent.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

William Barreto, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of CA #A91430
Licensed in State of CO #DR.006332
Colorado Level I Accreditation
Licensed in State of LA #323262
Licensed in State of TN #60395
Licensed in State of TX # S0841

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** Steffanie Guerena
**CLIENT:** Lincoln Financial Group
**NAME:** Michael Morgason
**CLAIM #:** 1210046281
**NMR #:** 1026626
**DATE:** 1/3/2024

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 12/19/2023 |
| Claim Log | Unknown | 12/9/2020-4/14/2021; 5/11/2021-12/21/2022; 1/9/2023-12/8/2023 |
| Op Notes | H Frederick, MD | 4/22/2021 |
| Progress Notes | T Tackett, NP | 11/11/2020 |
| Progress Notes | S Hussaini, MD | 12/7/2020-12/30/2020 |
| Progress Notes | UT Southwestern Medical Center | 2/23/2021-3/5/2021 |
| Progress Notes | J Yao, MD | 2/23/2021 |
| Progress Notes | H Frederick, MD | 3/31/2021-9/22/2023 |
| Progress Notes | S Khan, DO | 6/7/2021 |
| Progress Notes | M Halkar, MBBS | 7/29/2021 |
| Progress Notes | J Ivey III, MD | 11/2/2021 |
| Progress Notes | C Lamb, MD | 11/9/2021-3/7/2022 |
| Progress Notes | Mayo Clinic | 11/9/2021-10/25/2022 |
| Progress Notes | J Evans II, DO | 3/8/2022-8/4/2022 |
| Progress Notes | W Qu, MD, PhD | 8/31/2022 |
| Progress Notes | M Hurdle, MD | 10/25/2022 |
| Progress Notes | O Trofymenko, MD | 10/28/2022 |
| Progress Notes | M Nix, MD | 11/16/2022-10/5/2023 |
| Progress Notes | Unknown | 2/17/2023-9/12/2023 |
| Progress Notes | W Haynie, MD | 7/10/2023 |
| Progress Notes | A Morales, DO | 11/10/2023 |
| Attending Physician's | M Crabtree, FNP | 12/2/2020 |

| | | |
|---|---|---|
| Statement | | |
| Attending Physician's Statement | Unknown | 1/4/2021; 2/24/2021; 4/9/2021 |
| Attending Physician's Statement | H Frederick, MD | 5/28/2021 |
| Occupational Therapy | P Ruz, OT | 5/26/2021-7/21/2021 |
| Occupational Therapy | A Hofeling, OT | 8/18/2021 |
| File Review | M Watson, MD - Clinical Review | 1/7/2023 |
| X-RAY | Mayo Clinic - R Stanborough, MD | 5/25/2022 |
| X-RAY | Unknown | Undated |
| MRI | CHRISTUS Health System - J Milner Jr, MD | 12/23/2020 |
| MRI | Mayo Clinic - R Sebro, MD | 11/1/2021 |
| MRI | Mayo Clinic - J Bestic, MD | 5/25/2022 |
| MRI | Unknown - J Baker, MD | 10/9/2023 |
| MRI | Unknown - T McGee, MD | 10/16/2023 |
| EMG | Unknown - S Khan, DO | 3/26/2021 |
| EMG | Mayo Clinic - E Dimberg, MD | 11/1/2021 |
| LABS | Quest Diagnostics - Unknown | 11/17/2020; 12/17/2020 |
| LABS | Mayo Clinic - Unknown | 11/2/2021 |
| LABS | Unknown | 9/8/2023-9/12/2023 |
| Other Tests | Mayo Clinic - H Farres, MD - Lower Extremity Arterial | 11/1/2021 |
| Other Tests | Mayo Clinic - W Cheshire, MD - Autonomic Reflex Screen | 3/7/2022 |
| Other Tests | Mayo Clinic - J Young, MD - NM Bone Scan Spect CT Single | 5/25/2022 |
| Other Tests | Unknown - S Singh, MD - Transthoracic Echo 2D Complete | 6/12/2023 |

| | | |
|---|---|---|
| Other Tests | Advanced Cardiovascular Specialists - R Smith, MD - Ankle Brachial Index Study | 8/7/2023 |
| Other Tests | Advanced Cardiovascular Specialists - R Smith, MD - Bilateral Lower Extremity Arterial Ultrasound and Doppler | 8/7/2023 |
| Other Tests | Advanced Cardiovascular Specialists - Unknown - Exercise Tolerance Test | 8/7/2023 |
| Job Description | Maintenance Worker | Undated |
| Correspondence | N/A | 11/25/2020-11/21/2023; Undated |
| Release of Information | M Morgason | 11/25/2020; 5/13/2021; 6/14/2021; 3/31/2022; 1/5/2023; 10/5/2023; Undated |
| Fax Cover Sheets | | |

**ASSESSMENT:** The claimant is a 53-year-old male (DOB: who ceased work on 11/20/2020 reportedly, due to small fiber neuropathy. All the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

Comorbidities: generalized anxiety disorder (F41.1).

Physical Medicine and Rehabilitation (PM&R) diagnoses: myalgia, idiopathic small fiber sensory neuropathy, lumbosacral plexitis, cubital tunnel syndrome on left, bilateral carpal tunnel syndrome.

Imaging:

10/09/2023 magnetic resonance imaging (MRI) of the lumbar spine reveals no evidence of acute abnormality. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild to moderate left neural foraminal narrowing. No central spinal canal stenosis. Multilevel facet arthropathy, which could be the source of axial back pain.

Records Reviewed:

Review Period: 11/01/2022 to - 05/19/2024 and beyond.

Matthew Nix, MD:

11/16/2022 progress report outlines the claimant is going to be establishing care with this provider. The claimant has been diagnosed with small and autonomic fiber neuropathy by the Mayo Clinic in Jacksonville,

Florida. The claimant has undergone extensive evaluations for constellation of symptoms including muscle weakness, paresthesias, etc. The claimant is taking Neurontin for painful paresthesia in his extremities, which helps quite a bit. Review of systems is positive for leg swelling (he has intermittent edema with prolonged standing due to illness-resolves with laying down). Objectively, the claimant is alert. No swelling is noted. The claimant does not appear ill. He is not in acute distress.

09/11/2023 progress report outlines no specific complaints or clinical exam findings. The claimant is not in acute distress.

10/05/2023 Abilities Form from this treating provider has recommended the claimant for occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.

Andres Morales, DO:

11/10/2023 progress report notes the claimant with a chronic pain medical history and physical exam findings positive for strength 5/5 with normal mass and tone. Upper extremity joints are unremarkable, lower extremity joints unremarkable, cervical spines unremarkable, lumbosacral spine unremarkable.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)**

PM&R diagnoses (ICD): myalgia (M79.10), idiopathic small fiber sensory neuropathy (G60.8), lumbosacral plexitis (G54.1), cubital tunnel syndrome on left (G56.22), bilateral carpal tunnel syndrome (G56.03).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbidities: generalized anxiety disorder (F41.1).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/1/22 to 5/19/24 and beyond, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can work full-time within these restrictions and limitations. Restrictions and limitations would be permanent.

Provided documentation notes the claimant with idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle weakness and paresthesia. Review of systems is positive for leg swelling (he is intermittent edema with prolonged standing due to illness-results with laying down). Objectively, the claimant is alert. No swelling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin with benefit. Furthermore, Dr. Nix has recommended the claimant for

occasionally lifting/carrying of to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling.

Occasionally up to 20 minutes per hour and up to 2.5 hours per day

Frequently up to 40 minutes per hour and up to 5.5 hours per day

Constantly over 40 minutes per hour and over 5.5 hours per day

Stand - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday

Walk - up to 10 minutes per hour and up to 1.3 hours per day or equivalent of 80 minutes/workday

Sit - up to 40 minutes per hour and up to 5.3 hours per day or equivalent of 320 minutes/workday

Push - 20 pounds occasionally, 10 pounds frequently

Pull - 20 pounds occasionally, 10 pounds frequently

Lift - 20 pounds occasionally, 10 pounds frequently

Carry - 20 pounds occasionally, 10 pounds frequently

Reaching Overhead - No restrictions

Reaching at Desk - No restrictions

Reaching Below Desk - No restrictions

Bend - Occasionally

Stoop - Never

Kneel - Never

Climbing - Never

Fine manipulation (Fine manipulation is defined as picking, pinching, touching or otherwise working primarily with fingers rather than the whole hand or arm. The ORS program considers the job requirement of entering data on traditional keyboards or 10-key pads as a keyboarding requirement, as this is excluded from fine manipulation.) - No restrictions

Gross manipulation (Gross manipulation is defined as seizing, holding, grasping, turning, or otherwise working with hand(s). This includes instances when fingers are used as an extension of the hand to hold or operate a tool.) – No restrictions.

**4. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Treatment has been consistent and standard of care and the claimant has been compliant with treatment. The claimant has undergone extensive previous treatment to include active/passive therapies, imaging, nerve conduction studies, frequent follow-up office visits, and medication management.

**5. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances were identified in the medical records that may adversely affect work.

**6. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence:**
**Matthew Nix, MD/Family Medicine Phone Number: 870-779-6000**
**Andres Morales, DO/Neurology Phone Number: 903-893-5141, Fax Number: 903-891-4295.**

There was sufficient documentation in which to make a determination regarding restrictions and limitations without calls.

**7. If functional impairment is present, is further improvement likely or is impairment considered permanent, and when would those be expected if applicable ?**

No. The claimant is stable at this time. He does endorse weakness and paresthesia, however, objectively, there are no strength, sensation, or reflex deficits and the claimant is furthermore responding to gabapentin. Dr. Nix recommended the claimant for occasionally lifting/carrying up to 20 pounds with occasional sitting, standing, walking, driving, fingering, and handling. These restrictions and limitations will likely be permanent.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person’s authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider’s medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

William Barreto, M.D.
Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
Licensed in State of CA #A91430
Licensed in State of CO #DR.006332
Colorado Level I Accreditation
Licensed in State of LA #323262
Licensed in State of TN #60395
Licensed in State of TX # S0841

***NMR Conflict of Interest Attestation:***

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**This visit summary may not be complete. Reach out to your provider if you have any questions or concerns.**

**Important: Please note only data that has clinical mapping will be shared/transmitted.**

The following sections represent the most current data on record and are not specific to the date of the Visit: Demographics, Social History, Problems, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | US | 561350<br>561350 |
| | tel: | **Sex**<br>Male |

**LANGUAGE RACE ETHNICITY**
English

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## ALLERGIES

No Information

## RESULTS

No Results

## REASON FOR REFERRAL

No Information

# REASON FOR VISIT

2 MO F/U NEUROPATHY & MYELITIS

# MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |
| Amitriptyline HCl 10 MG | 2 tablets 2 hours before bedtime Orally Nightly for 30 days | | 11/10/2023 | | Active |
| Gabapentin 600 MG | 1 tablet twice a day and 2 tablets Orally Bedtime for 30 days | | | | Active |

# IMMUNIZATIONS

No Information

# SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

# PROBLEMS

No Information

# VITAL SIGNS

| | | |
|---|---|---|
| Weight | 170 lbs | 11/10/2023 |
| Blood pressure systolic | 112 | 11/10/2023 |
| Blood pressure diastolic | 68 | 11/10/2023 |
| BMI | 24.39 kg/m2 | 11/10/2023 |
| Height | 70 in | 11/10/2023 |

# PROCEDURES

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 11/10/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 ; Generalized anxiety disorder F41.1 ; Tarlov cysts G96.191 and Lumbosacral plexitis M54.17 |

## MEDICAL EQUIPMENT

No Information

## ASSESSMENTS

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 11/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br><br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br><br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 11/10/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 11/10/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 11/10/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 11/10/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 11/10/2023 | Tarlov cysts (ICD-10 - G96.191) | |
| 11/10/2023 | Lumbosacral plexitis (ICD-10 - M54.17) | |

# PLAN OF TREATMENT

Medication

| Medication Name | Sig | Start Date | Stop Date | Notes |
|---|---|---|---|---|
| OXcarbazepine 300 MG | 2 tablets Orally Twice a day for 30 days | | | |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | |
| Amitriptyline HCl 10 MG | 2 tablets 2 hours before bedtime Orally Nightly for 30 days | 11/10/2023 | | |
| Gabapentin 600 MG | 1 tablet twice a day and 2 tablets Orally Bedtime for 30 days | | | |

Treatment Notes

| Assessment | Notes |
|---|---|
| Idiopathic small fiber sensory neuropathy | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br><br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br><br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| Myalgia | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| Bilateral carpal tunnel syndrome | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |

Pending Test

| Test Name | Order Date |
|---|---|
| BUN+Creat (MRI) | 11/10/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |
| MRI Pelvis with and without contrast | 11/10/2023 |

Next Appt

Details

Follow Up: 2 Months televisit, Reason:

Provider Name:Andres G Morales, 01/11/2024 09:00:00 AM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

## Goals Section

No Information

## Health Concerns

No Information

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

# History and Physical Notes

- HPI (History of Present Illness)

| Category | Sub-Category | Detail | Notes |
|---|---|---|---|
| Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | |

Physical Examination

| Category | Sub-Category | Detail | Notes |
|---|---|---|---|
| HEENT | Head: | normocephalic atraumatic | |
| | Extraocular movements intact: | intact | |
| | Fundi: | normal | |
| | Oral cavity: | normal | |
| | Pupillary size, symmetry and reactions: | | |
| Neck | Neck: | supple | |
| | Carotid bruit: | absent | |
| | Range of motion: | normal | |
| Chest | Shape and expansion: | normal | |
| | Chest wall | Normal | |
| Heart | Sinus Rhythm: | regular | |
| | Murmurs: | no | |
| Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | |
| | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | |
| | Motor Strength: | Strength 5/5 with normal mass and tone | |

| Category | Sub-Category | Detail | Notes |
|---|---|---|---|
| | Reflexes: | 2+ all extremities | |
| | Babinski: | absent | |
| | Gait: | normal | |
| | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | |
| | Tremors: | absent | |
| | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | |
| Musculoskeletal | Upper extremity joints: | unremarkable | |
| | Lower extremity joints: | unremarkable | |
| | Cervical spines: | unremarkable | |
| | L-S spines: | unremarkable | |
| General | Appearance: | alert cooperative pleasant | |
| | Build: | average | |
| | Appears stated age: | yes | |
| Psychology | Hallucinations | none | |
| | Affect | normal | |
| | Delusions | none | |
| Respiratory | Breath sounds bilaterally: | clear, symmetrical | |
| | Dyspnea: | no | |
| Skin | edema | none | |
| | Skin | Normal Exam | |

# Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

***©Powered by eClinicalWorks***

MORGASON, MICHAEL, 53 Y, M,

# CUMULATIVE REPORTS

## Protein Electro, 24-Hour Urine

| | |
|---|---|
| Collection Date<br>Collection Time | 09/12/2023<br>10:36 AM |
| Order Date | 09/08/2023 |
| Result Date | 09/13/2023 |
| Ordering Physician | MORALES, A |
| PDF Report1 | LCLS |
| Prot,24hr calculated | 99<br>30-150 mg/24 hr |
| Protein,Total,Urine | 4.5<br>Not Estab. mg/dL |
| Albumin, U | 42.0<br>NOT ESTAB. % |
| Alpha-1-Globulin, U | 13.8<br>NOT ESTAB. % |
| Alpha-2-Globulin, U | 6.9<br>NOT ESTAB. % |
| Beta Globulin, U | 23.3<br>NOT ESTAB. % |
| Gamma Globulin, U | 14.0<br>NOT ESTAB. % |
| M-Spike, % | Not Observed<br>Not Observed % |
| Please note: | Comment |
| PDF | . |

## CBC With Differential/Platelet

| | |
|---|---|
| Collection Date | [illegible] |
| Collection Time | [illegible] AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| WBC | 7.1<br>3.4-10.8 x10E3/uL |
| RBC | 4.82<br>4.14-5.80 x10E6/uL |
| Hemoglobin | 15.5<br>13.0-17.7 g/dL |
| Hematocrit | 44.7<br>37.5-51.0 % |
| MCV | 93<br>79-97 fL |
| MCH | 32.2<br>26.6-33.0 pg |
| MCHC | 34.7<br>31.5-35.7 g/dL |
| Neutrophils | 55<br>Not Estab. % |
| Immature Granulocytes | 0<br>Not Estab. % |
| Lymphs | 33<br>Not Estab. % |
| Monocytes | 9<br>Not Estab. % |
| Eos | 2<br>Not Estab. % |
| Basos | 1<br>Not Estab. % |
| Platelets | 224<br>150-450 x10E3/uL |
| Neutrophils (Absolute) | 4.0<br>1.4-7.0 x10E3/uL |
| Immature Grans (Abs) | 0.0<br>0.0-0.1 x10E3/uL |
| Lymphs (Absolute) | 2.3<br>0.7-3.1 x10E3/uL |
| Monocytes(Absolute) | 0.7<br>0.1-0.9 x10E3/uL |
| Eos (Absolute) | 0.1<br>0.0-0.4 x10E3/uL |
| Baso (Absolute) | 0.1<br>0.0-0.2 x10E3/uL |
| RDW | 12.2<br>11.6-15.4 % |

## Sedimentation Rate-Westergren

| | |
|---|---|
| Collection Date<br>Collection Time | 09/08/2023<br>11:16 AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| PDF Report1 | LCLS |
| Sedimentation Rate-Westergren | 2<br>0-30 mm/hr |

## ANA Comprehensive Panel

| | |
|---|---|
| Collection Date<br>Collection Time | 09/08/2023<br>11:16 AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| Antichromatin Antibodies | <0.2<br>0.0-0.9 AI |
| Sjogren's Anti-SS-A | <0.2<br>0.0-0.9 AI |
| Sjogren's Anti-SS-B | <0.2<br>0.0-0.9 AI |
| RNP Antibodies | 0.3<br>0.0-0.9 AI |
| Smith Antibodies | <0.2<br>0.0-0.9 AI |
| Antiscleroderma-70 Antibodies | <0.2<br>0.0-0.9 AI |
| Anti-DNA (DS) Ab Qn | 1<br>0-9 IU/mL |
| Anti-Jo-1 | <0.2<br>0.0-0.9 AI |
| Anti-Centromere B Antibodies | <0.2<br>0.0-0.9 AI |
| See below: | Comment |

## Methylmalonic Acid, Serum

| | |
|---|---|
| Collection Date<br>Collection Time | 09/08/2023<br>11:16 AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| Methylmalonic Acid, Serum | 169<br>0-378 nmol/L |

## Homocyst(e)ine, Plasma

| | |
|---|---|
| Collection Date | [illegible] |
| Collection Time | [illegible] |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| Homocyst(e)ine, Plasma | 15.7H<br>0.0-14.5 umol/L |

## CMP14+eGFR

| | |
|---|---|
| Collection Date | 09/08/2023 |
| Collection Time | 11:16 AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| A/G Ratio | 2.4H<br>1.2-2.2 |
| Albumin, Serum | 4.4<br>3.8-4.9 g/dL |
| Alkaline Phosphatase, S | 70<br>44-121 IU/L |
| ALT (SGPT) | 15<br>0-44 IU/L |
| AST (SGOT) | 13<br>0-40 IU/L |
| Bilirubin, Total | 0.4<br>0.0-1.2 mg/dL |
| BUN | 13<br>6-24 mg/dL |
| BUN/Creatinine Ratio | 13<br>9-20 |
| Calcium, Serum | 9.1<br>8.7-10.2 mg/dL |
| Carbon Dioxide, Total | 22<br>20-29 mmol/L |
| Chloride, Serum | 107H<br>96-106 mmol/L |
| Creatinine, Serum | 1.00<br>0.76-1.27 mg/dL |
| Globulin, Total | 1.8<br>1.5-4.5 g/dL |
| Glucose, Serum | 82<br>70-99 mg/dL |
| Potassium, Serum | 4.6<br>3.5-5.2 mmol/L |
| Protein, Total, Serum | 6.2<br>6.0-8.5 g/dL |
| Sodium, Serum | 143<br>134-144 mmol/L |
| eGFR | 90<br>>59 mL/min/1.73 |

## Hi-sensitivity CRP

| | |
|---|---|
| Collection Date | [illegible] |
| Collection Time | [illegible] AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| C-Reactive Protein, Cardiac | 0.32<br>0.00-3.00 mg/L |

## Quantitative Immunoglobulins

| | |
|---|---|
| Collection Date | [illegible] |
| Collection Time | [illegible] |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| Immunoglobulin A, Qn, Serum | 165<br>90-386 mg/dL |
| Immunoglobulin M, Qn, Serum | 53<br>20-172 mg/dL |
| Immunoglobulin G, Qn, Serum | 543L<br>603-1613 mg/dL |
| Immunoglobulin E, Total | 30<br>6-495 IU/mL |

## Vitamin B12 and Folate

| | |
|---|---|
| Collection Date | [illegible] |
| Collection Time | [illegible] |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| Vitamin B12 | 388<br>232-1245 pg/mL |
| Folate (Folic Acid), Serum | 4.6<br>>3.0 ng/mL |

## Protein Electro.,S

| | |
|---|---|
| Collection Date<br>Collection Time | 09/08/2023<br>11:16 AM |
| Order Date | 09/08/2023 |
| Result Date | 09/14/2023 |
| Ordering Physician | MORALES, A |
| Albumin | 3.9<br>2.9-4.4 g/dL |
| Alpha-1-Globulin | 0.3<br>0.0-0.4 g/dL |
| Alpha-2-Globulin | 0.6<br>0.4-1.0 g/dL |
| Beta Globulin | 0.9<br>0.7-1.3 g/dL |
| Gamma Globulin | 0.6<br>0.4-1.8 g/dL |
| M-Spike | Not Observed<br>Not Observed g/dL |
| Globulin, Total | 2.3<br>2.2-3.9 g/dL |
| A/G Ratio | 1.7<br>0.7-1.7 |
| Please note: | Comment |
| PDF | . |

Accession: 18225 PatientID: 561350 Patient Name: MORGASON, MICHAEL

NOVARIS ENTERPRISE

**Report Details**

| | | | |
|---|---|---|---|
| Patient Name: | **MORGASON, MICHAEL** | Procedure Date: | **10/16/2023** |
| Patient ID: | 561350 | Patient Group: | TX-Texoma |
| Date of Birth: | Age 53 years | Phone: | |
| Gender: | M | Emergency Contact | |
| Procedure: | MRI CERVICAL SPINE | Emergency Contact Phone: | |
| Procedure ID: | 40384 | Accession: | 18225 |
| Reason For Order: | | Referring Physician: | morales, a |
| Consulting Physicians: | | | |
| Order Description: | MRI CERVICAL SPINE | Procedure Notes: | |
| Patient Complaint: | | Facility: | TIND: Denison |
| Date Transcribed: | 10/16/2023 | Transcribed By: | Mcgee, Tom |
| Reporting Physician: | Mcgee, Thomas | | |

**Report Text**

Please see the post gadolinium MRI cervical spine report for complete details from the precontrast images on the same day.

**Signed by:** Mcgee, Thomas **Date Signed:** 10/16/2023

NOVARIS ENTERPRISE



MORGASON, MICHAEL DOB: (53 yo M) Acc No. 561350|Doc Name:2023-10-16 MRI C-SPINE

NOVARIS ENTERPRISE

**Report Details**

| | | | |
|---|---|---|---|
| Patient Name: | **MORGASON, MICHAEL** | Procedure Date: | **10/9/2023** |
| Patient ID: | 18126 | Patient Group: | TX-Texoma |
| Date of Birth: | \ge 53 years | Phone: | |
| Gender: | M | Emergency Contact | |
| Procedure: | MRI LUMBAR SPINE | Emergency Contact Phone: | |
| Procedure ID: | 40248 | Accession: | 189126 |
| Reason For Order: | | Referring Physician: | morales, a |
| Consulting Physicians: | | | |
| Order Description: | MRI LUMBAR SPINE | Procedure Notes: | |
| Patient Complaint: | | Facility: | TIND: Denison |
| Date Transcribed: | 10/9/2023 | Transcribed By: | Becker, Justin |
| Reporting Physician: | Becker, Justin | | |

**Report Text**

Exam: MRI of the Lumbar Spine without Contrast

History: Bilateral leg heaviness, right greater than left. Symptoms ongoing for 5 years.

Technique: Multiplanar, multisequence MRI images of the lumbar spine were obtained without the use of intravenous contrast.

Comparison: None.

Findings:
There are 5 non-rib-bearing, lumbar-type vertebral bodies. The conus medullaris terminates at L1. Visualized portions of the spinal cord demonstrate normal signal and morphology.

The vertebral body heights are maintained. Interosseous hemangioma of L5 is noted. Allowing for mild degenerative endplate changes, the marrow signal is within normal limits. Straightening of the normal lumbar lordotic curvature is present without spondylolisthesis. Minimal multilevel marginal osteophytosis is demonstrated. Below is a level by level analysis:

Accession: 189126 PatientID: 18126 Patient Name: MORGASON, MICHAEL

L1-L2: No large disc bulge or herniation. No central spinal canal stenosis or neuroforaminal narrowing.

L2-L3: Demonstrates a subtle broad-based disc bulge with minimal bilateral facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.

L3-L4: Demonstrates a subtle broad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy. No central spinal canal stenosis or neuroforaminal narrowing.

L4-L5: Demonstrates loss of intervertebral disc signal compatible with desiccation. There is a subtle broad-based disc bulge with mild bilateral ligamentum flavum thickening and facet arthropathy, which results in minimal right and mild left neuroforaminal narrowing. No central spinal canal stenosis.

L5-S1: Demonstrates loss of intervertebral disc height and signal compatible with desiccation. There is a small broad-based disc bulge with mild bilateral facet arthropathy, which results in mild right and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis.

The bilateral sacroiliac joints are congruent were visualized. The paraspinal musculature is within normal limits. The visualized intrapelvic contents are unremarkable.

Impression:
1. No MRI evidence of acute abnormality.
2. Multilevel discogenic degenerative changes, greatest at L5-S1, which results in mild right and mild-to-moderate left neuroforaminal narrowing. No central spinal canal stenosis is observed at any level. Please see above level by level description for further detail.
3. Multilevel facet arthropathy, which can be a source of axial back pain.
4. Straightening of the normal lumbar lordotic curvature, which can be seen secondary to patient positioning or in the setting of muscle spasm and/or degenerative change.

**Signed by:** Becker, Justin **Date Signed:** 10/9/2023

NOVARIS ENTERPRISE

Exam Date: 10/9/2023 Procedure: MRI LUMBAR SPINE

Accession: 18226 PatientID: 561350 Patient Name: MORGASON, MICHAEL

NOVARIS
ENTERPRISE

**Report Details**

| | | | |
|---|---|---|---|
| Patient Name: | **MORGASON, MICHAEL** | Procedure Date: | **10/16/2023** |
| Patient ID: | 561350 | Patient Group: | TX-Texoma |
| Date of Birth: | Age 53 years | Phone: | |
| Gender: | M | Emergency Contact | |
| Procedure: | MRI THORACIC SPINE | Emergency Contact Phone: | |
| Procedure ID: | 40383 | Accession: | 18226 |
| Reason For Order: | | Referring Physician: | morales, a |
| Consulting Physicians: | | | |
| Order Description: | MRI THORACIC SPINE | Procedure Notes: | |
| Patient Complaint: | | Facility: | TIND: Denison |
| Date Transcribed: | 10/16/2023 | Transcribed By: | Mcgee, Tom |
| Reporting Physician: | Mcgee, Thomas | | |

**Report Text**

EXAM: MRI of the thoracic spine with and without IV gadolinium

HISTORY: Bilateral lower extremity fatigue and heaviness, right worse than left.

TECHNIQUE: Multiplanar multisequence imaging through the thoracic spine was obtained [with and without] intravenous gadolinium. This was performed on a 1.5 Tesla magnet.

COMPARISON: [ None ]

FINDINGS:
There is no abnormality spinal alignment. No significant abnormal bone marrow signal is seen. There is minimal prominence of the central canal of the thoracic spinal cord most pronounced at the mid thoracic levels which may represent normal variant versus minimal syringohydromyelia. No focal dilatation is seen. No abnormal enhancement is seen. There is no significant degenerative change. The paraspinal soft tissues are unremarkable. No other significant findings.

IMPRESSION:

Accession: 18226 PatientID: 561350 Patient Name: MORGASON, MICHAEL

[1. Slight prominence of the central canal of the spinal cord versus minimal syringohydromyelia without any focal dilatation, mass lesions, abnormal enhancement, or other associated abnormality.
2. Otherwise, unremarkable MRI of the thoracic spine with and without IV gadolinium. ]

**Signed by:** Mcgee, Thomas **Date Signed:** 10/16/2023

NOVARIS ENTERPRISE

Exam Date: 10/16/2023 Procedure: MRI THORACIC SPINE

**APPOINTMENT CARD**

**atient Name:** MORGASON, MICHAEL

| | |
|---|---|
| **\ppointment:** | Thursday, January 11, 2024 at 9:00 AM |
| **'rovider:** | Andres G Morales, DO |
| **Resource:** | Morales, Andres G |
| **'acility:** | Texoma Neurology Assoc Sherman<br>321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX-75092-7371<br>Tel:903-893-5141 Fax:903-891-4295 |
| **Reason:** | 2 MONTH FOLLOW UP |

MediCopy

# MediCopy Authorization for the Release of Medical Records

Where are the records being released from?

Facility Name: Advanced Cardiovascular Associates  Provider Name(s):

Address:  City: Shreveport  State: La

Tell us about the patient.

Name: Michael Morgason  DOB  SSN:

Email:

Address:

City  State:  Zip:

Phone:  Fax#:

Where are we sending the records?

Name: Michael Morgason

Email:

Address

City:  State:  Zip:

Phone#:  Fax#:

What would you like released? Check all that apply.

- [x] All Records
- [ ] Office/Clinic Notes
- [ ] Operative Reports
- [ ] Psychological/Psychiatric, if any
- [ ] Lab/Pathology Results
- [ ] Radiology Reports
- [ ] Immunization Records
- [ ] Substance Abuse, if any
- [ ] Last Two Years of Records
- [ ] Dates 07/01/2023 to 10/01/2023
- [ ] Other

If you do not want certain portions of your medical records released, please check the categories listed below you would like excluded.

- [ ] Substance Abuse, if any
- [ ] AIDS/HIV/STDs, if any
- [ ] Psychological/Psychiatric conditions, if any

**Purpose of Disclosure:** Why are we sending the records?

- [x] Personal Use
- [ ] Litigation/Legal
- [x] Insurance
- [ ] Continuation of Care
- [ ] Transfer to New Physician

**Delivery Method:** How would you like the records sent?

- [x] Email
- [ ] Fax
- [ ] Postage (additional fee applies)

Patient's Signature

I hereby authorize MediCopy and its affiliates to release or disclose to the person(s) or organization listed above, all medical records requested, including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia or HIV infection, *unless otherwise noted*. This authorization is valid for 12 months from the date of signature. I understand that I may cancel this request with written notification but that it will not affect any information released prior to notification cancellation. I understand that the information used or disclosed may be subject to re-disclosure by the recipient listed above and will no longer be protected by federal regulations. I understand I can refuse to sign this authorization and my healthcare provider may not condition treatment on my signing this authorization.

Patient's Signature: Michael Morgason  Date: 10 / 05 / 2023

Relationship to patient: Self

Doc ID: 1bd5a31c98c8e9ff2dba7667142bb593ada1d4f8

MediCopy

# MediCopy Authorization for the Release of Medical Records

**Where are the records being released from?**

Facility Name: Advanced Cardiovascular Associates    Provider Name(s):

Address:    City: Shreveport    State: La

**Tell us about the patient.**

Name: Michael Morgason    DOB:    SSN: XXX-XX-

Email:

Addre

City: T    State    Zip:

Phone    Fax#:

**Where are we sending the records?**

Name: Michael Morgason

Email

Address

City:    State:    Zip:

Phone#:    Fax#:

**What would you like released? Check all that apply.**

- [x] All Records
- [ ] Office/Clinic Notes
- [ ] Operative Reports
- [ ] Psychological/Psychiatric, if any
- [ ] Lab/Pathology Results
- [ ] Radiology Reports
- [ ] Immunization Records
- [ ] Substance Abuse, if any
- [ ] Last Two Years of Records
- [ ] Dates 07/01/2023 to 10/01/2023
- [ ] Other

If you do not want certain portions of your medical records released, please check the categories listed below you would like excluded.

- [ ] Substance Abuse, if any
- [ ] AIDS/HIV/STDs, if any
- [ ] Psychological/Psychiatric conditions, if any

**Purpose of Disclosure:** Why are we sending the records?

- [x] Personal Use
- [ ] Litigation/Legal
- [x] Insurance
- [ ] Continuation of Care
- [ ] Transfer to New Physician

**Delivery Method**: How would you like the records sent?

- [x] Email
- [ ] Fax
- [ ] Postage (additional fee applies)

**Patient's Signature**

I hereby authorize MediCopy and its affiliates to release or disclose to the person(s) or organization listed above, all medical records requested, including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia or HIV infection, *unless otherwise noted*. This authorization is valid for 12 months from the date of signature. I understand that I may cancel this request with written notification but that it will not affect any information released prior to notification cancellation. I understand that the information used or disclosed may be subject to re-disclosure by the recipient listed above and will no longer be protected by federal regulations. I understand I can refuse to sign this authorization and my healthcare provider may not condition treatment on my signing this authorization.

Patient's Signature: Michael Morgason    Date: 10 / 05 / 2023

Relationship to patient: Self

Doc ID: 1bd5a31c98c8e9ff2dba7667142bb593ada1d4f8

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Authorization-Release of Information |
| **File name** | MediCopy Release of Information.pdf |
| **Document ID** | 1bd5a31c98c8e9ff2dba7667142bb593ada1d4f8 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

## Document History

| | | |
|---|---|---|
| VIEWED | **10 / 05 / 2023**<br>18:32:35 UTC | Viewed by - (morgason2@gmail.com)<br>IP: 174.197.65.79 |
| SIGNED | **10 / 05 / 2023**<br>18:38:31 UTC | Signed by - (morgason2@gmail.com)<br>IP: 174.197.65.79 |
| COMPLETED | **10 / 05 / 2023**<br>18:38:31 UTC | The document has been completed. |

MediCopy™

# ATTENTION

CONFIDENTIAL INFORMATION ENCLOSED
TO BE VIEWED BY AUTHORIZED PERSONNEL ONLY

Any questions regarding this information can be directed to:
**MediCopy Services, Inc.**
**TOLL FREE: 866-587-6274**
**www.MediCopy.net**

---

## ATTENTION HEALTHCARE FACILITIES

MediCopy offers a **HIPAA-Compliant** encrypted portal for the secure delivery of protected health information. If interested, please email **contact@medicopy.net**.

**Release of Information**

**Patient Form Completion**

**Audit and Chart Reviews**

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc., a health information outsourcing service, has produced the enclosed health information and is under contract with the medical facility from which this information has been requested. The copies have been made from the medical facility's original records. Federal and state laws protect the confidentiality of these records. MediCopy Services, Inc. is in compliance with all state laws and is HIPAA compliant in its operations.

Tommy Brown, M.D., F.A.C.C., F.S.C.A.I.
*Founder (1956-2017)*
Ralph W. Baucum, III, M.D., F.A.C.C.
Paul C. Davis, M.D., F.A.C.C., F.S.C.A.I.
Russell S. Fileccia, M.D., F.A.C.C., F.A.S.N.C.
Michael H. Gooszen, M.D.
William H. Haynie, Jr., M.D., F.A.C.C.
Albert N. Krause, M.D., F.A.C.C.

ADVANCED CARDIOVASCULAR SPECIALISTS

E. Rodney Reeves, M.D., F.A.C.C.
James F. Smith, M.D., F.A.C.C., F.S.C.A.I.
Ray D. Smith, M.D., F.A.C.C., F.S.C.A.I.
Srikar Veerareddy, M.D., F.A.C.C., F.H.R.S.
Michael G. Walton, M.D., F.A.C.C., F.S.C.A.I.
S. Scott Wiggins, M.D., F.A.C.C., F.A.C.P.
Pavan K. Katikaneni, M.D., F.A.C.C., F.S.C.A.I.

PATIENT: Michael Morgason
MRN: 000000220262
DATE OF BIRTH:
DATE: 07/10/2023 10:15 AM
VISIT TYPE: New Patient

REQUESTING THE CONSULT: William H Haynie Jr MD
PRIMARY CARE PHYSICIAN: Nix MD, John

REASON FOR VISIT:
This 52 year old patient presents for Dyspnea and Edema.

HISTORY OF PRESENT ILLNESS:
Mr. Morgason is a 52-year-old white male self-referred for evaluation mostly because of leg pain. He has no history of known heart disease. In the past, he had bilateral arm pain and eventually went to the Mayo Clinic where he was felt to have thoracic outlet syndrome. He was also advised that he had "autonomic and small fiber polyneuropathy" of unclear etiology. He had bilateral surgery with good relief of arm pain. Over a period of years, he has gradually developed leg pain. He has nocturnal cramps and feels that his legs become fatigued way more easily than normal. He actually does not seem to have typical claudication. He has no history of hypertension or diabetes but a strong family history of coronary artery disease complications and personal history of heavy smoking. He has hyperlipidemia that he thinks is well controlled on his current medication. His physical examination demonstrates normal pedal pulses. He does not seem particularly motivated to quit smoking. I have advised a stress ECG and ABIs. I suspect he needs lumbar spine assessment. I will contact him when test results are available.

## Cardiac History

### Risk Factors

1 Tobacco Use: Cigarette [Tobacco per day: 1 Packs]
2 Dyslipidemia



MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

## Final Medication List

| Medication | Sig Description |
|---|---|
| aspirin 81 mg tablet,delayed release | take 1 tablet by oral route every day |
| atorvastatin 40 mg tablet | take 1 tablet by oral route every day |
| CoQ-10 | |
| gabapentin 600 mg tablet | take 2 tablet by oral route 3 times every day |
| oxcarbazepine | take 1 tablet by oral route every day |
| Vitamin B-12 | |

ALLERGIES/INTOLERANCES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| LATEX | | | |
| PENICILLINS | | | |

LATEX, PENICILLINS

## Past Medical/Surgical History

(Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | L&R Thoracic resection | | |
| | | R knee repair | | |
| | | Carpal tunnel / rebuilt R thumb | | |
| | | R pinky finger repair | | |

### Past Surgical History:

L&R Thoracic resection
Carpal tunnel / rebuilt R thumb
R knee repair
R pinky finger repair

### Family History:

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Brother | | | | Myocardial infarction | | N |
| Father | | | | Myocardial infarction | | N |



MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

| | | |
|---|---|---|
| Father | Diabetes mellitus | N |
| Mother | Asthma | N |
| Mother | Diabetes mellitus | N |

## EKG History:

**EKG:** sinus rhythm, normal ECG

Rate: 50beats per minute.

ADVANCE DIRECTIVES:
Reviewed

REVIEW OF SYSTEMS:
EYES - Negative for active cataracts, glaucoma. ENT - Negative for gum disease, hearing loss. RESP - Negative for asthma, hemoptysis, copd. VASC - Negative for claudication, pvd, dvt. GI - Negative for gerd, hematemesis, active lgi bleeding, hepatitis, active gb dis, active pud. GU - Negative for hematuria, nocturia. NEURO - Negative for stroke, tia. PSYCH - Negative for depression, anxiety. DERM - Negative for rash, skin sores. HEMAT - Negative for active anemia, blood transfusion.

VITAL SIGNS:

| Date | Time | BP | Position | Side | Site | Pulse | Ht In | Wt Lb | BMI | Temp Deg F |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2023 | 10:20 AM | 130/92 | sitting | left | arm | 50 | 70.00 | 170.60 | 24.48 | |

PHYSICAL EXAM:

| Exam | Findings | Details |
|---|---|---|
| Const | Neg | Nourishment - Well Nourished. Appearance - Well Developed. |
| Eyes | Neg | Lids/External - Bilateral Normal. Conjunctiva - Bilateral Normal. |
| NMT | Neg | Oral Mucosa - Moist, No Cyanosis, No Pallor. |
| Neck | Neg | JVP - Less than 8 cm of H20. |
| Resp | Neg | Respirations - Nonlabored. Breath Sounds - Clear Throughout. Rales - Absent. Wheezes - Absent. |
| Cardiac | Neg | Rhythm - Regular. Palpation - PMI Normal. Heart Sounds - S1 Normal, S2 Normal, No S3, No S4. Extra Sounds - None. Murmurs - None. |
| Vasc | Neg | Carotid - Bilateral Normal Pulse. Aorta - Normal Size, Non Pulsatile, No Bruit Noted. Femoral - Bilateral Normal Pulse. Dorsalis Pedis - Bilateral Normal Pulse. |
| Abd | Neg | Tenderness - None. Hepatomegaly - Absent. Splenomegaly - Absent. |
| Skin | Neg | Venous Stasis Ulcer - Absent. |
| M/S | Neg | Gait - Normal. Able to Exercise - Yes. |
| EXT | Neg | Clubbing - Absent. Lower Extremity Edema - Absent. |
| Psych | Neg | Orientation - Oriented to Time, Person, Place. Mood - Appropriate. |



MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

**EKG:** sinus rhythm, normal ECG
Rate: 50beats per minute.

IMPRESSION AND PLAN
01. Dyspnea, unspecified (R06.00)
02. Edema (R60.9)
03. Idiopathic peripheral autonomic neuropathy (G90.09)

ORDERS:
Instructed patient to continue medications as prescribed.
Stress Test using Bruce protocol at the first available time.
Arterial Duplex, Ankle-Brachial Index (Rest Only) Bilateral Lower Extremities at the first available time.
The patient was instructed on a low fat diet.
The patient was instructed on a low sodium diet.
The patient was given exercise guidelines.
The patient was instructed on stress reduction.
The importance of medication compliance was discussed with the patient.

***-Electronically signed by:*** *William H. Haynie MD 07/10/2023 @ 10:58 AM*



MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

Tommy Brown, M.D., F.A.C.C., F.S.C.A.I.
*Founder (1956-2017)*
Ralph W. Baucum, III, M.D., F.A.C.C.
Paul C. Davis, M.D., F.A.C.C., F.S.C.A.I.
Russell S. Fileccia, M.D., F.A.C.C., F.A.S.N.C.
Michael H. Gooszen, M.D.
William H. Haynie, Jr., M.D., F.A.C.C.
Albert N. Krause, M.D., F.A.C.C.

ADVANCED CARDIOVASCULAR SPECIALISTS

E. Rodney Reeves, M.D., F.A.C.C.
James F. Smith, M.D., F.A.C.C., F.S.C.A.I.
Ray D. Smith, M.D., F.A.C.C., F.S.C.A.I.
Srikar Veerareddy, M.D., F.A.C.C., F.H.R.S.
Michael G. Walton, M.D., F.A.C.C., F.S.C.A.I.
S. Scott Wiggins, M.D., F.A.C.C., F.A.C.P.
Pavan K. Katikaneni, M.D., F.A.C.C., F.S.C.A.I.

**ANKLE BRACHIAL INDEX STUDY**

**Patient name:** **Michael Morgason** **#000000220262**
**Date:** **08/07/2023**
**Primary Care Physician:** Nix MD, John
**Referring Physician:** **William H Haynie Jr**
**Interpreting Physician:** **Ray D Smith**

**CLINICAL HISTORY:**
This is a 53 year old male with Edema. This is a technically good study.

ABI in the right lower extremity at rest in the dorsalis pedis position is 1.29 and in the posterior tibialis position is 1.28.

ABI in the left lower extremity at rest i n the dorsalis pedis position is 1.26 and in the posterior tibialis position is 1.22.

.

Triphasic wave form noted in the right posterior tibialis distribution. Triphasic wave form noted in the right dorsalis pedis distribution. Triphasic wave form noted in the left posterior tibialis distribution. Triphasic wave form noted in the left dorsalis pedis distribution.

**ASSESSMENT:** No ischemia noted in the right posterior tibialis distribution at rest. No ischemia noted in the right dorsalis pedis distribution at rest. No ischemia noted in the left posterior tibialis distribution at rest. No ischemia noted in the left dorsalis pedis distribution at rest.

No evidence for ABI disease indicated in the right lower extremity at rest. No evidence for ABI disease in the left lower extremity at rest.



MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

Electronically Signed By: Ray D Smith MD on Aug 7 2023 9:43AM

**Patient: Name: Michael Morgason**
**DOB:**
**Date:** **08/07/2023**
**Page:** **2 of** 2

MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

Tommy Brown, M.D., F.A.C.C., F.S.C.A.I.
*Founder (1956-2017)*
Ralph W. Baucum, III, M.D., F.A.C.C.
Paul C. Davis, M.D., F.A.C.C., F.S.C.A.I.
Russell S. Fileccia, M.D., F.A.C.C., F.A.S.N.C.
Michael H. Gooszen, M.D.
William H. Haynie, Jr., M.D., F.A.C.C.
Albert N. Krause, M.D., F.A.C.C.

ACS
ADVANCED CARDIOVASCULAR
SPECIALISTS

E. Rodney Reeves, M.D., F.A.C.C.
James F. Smith, M.D., F.A.C.C., F.S.C.A.I.
Ray D. Smith, M.D., F.A.C.C., F.S.C.A.I.
Srikar Veerareddy, M.D., F.A.C.C., F.H.R.S.
Michael G. Walton, M.D., F.A.C.C., F.S.C.A.I.
S. Scott Wiggins, M.D., F.A.C.C., F.A.C.P.
Pavan K. Katikaneni, M.D., F.A.C.C., F.S.C.A.I.

**BILATERAL LOWER EXTREMITY ARTERIAL ULTRASOUND AND DOPPLER EXAMINATION REPORT**

**Patient name:** **Michael Morgason** **#000000220262**
**Date:** **08/07/2023**
**Primary Care Physician:** **Nix MD, John**
**Referring Physician:** **William H Haynie Jr**
**Interpreting Physician:** **Ray D Smith**

**CLINICAL HISTORY:**
This is a 53 year old male. with Edema. This is a technically good study.

The distal aorta measures 1.6x1.4x1.6cm.

**RIGHT LOWER EXTREMITY:** Right side examined from the iliac to the tibial. All right side arteries are patent with no evidence of flow limiting stenosis seen.

**LEFT LOWER EXTREMITY:** Left side examined from the iliac to the tibial. All left side arteries are patent with no evidence of flow limiting stenosis seen.

**ASSESSMENT:**
The right iliacs region demonstrates normal flow throughout. The right femoral region demonstrates normal flow throughout. There is three vessel runoff noted in the right infrapopliteal region. The left iliacs region demonstrates normal flow throughout. The left femoral region demonstrates normal flow throughout. There is three vessel runoff noted in the left infrapopliteal region.

Electronically Signed By: Ray D Smith MD on Aug 7 2023 9:47AM

**Patient: Name: Michael Morgason**
**DOB:**
**Date:** **08/07/2023**
**Page:** **1 of 1**

MAILING ADDRESS
P.O. BOX 51008
SHREVEPORT LA 71135
1-888-275-5283
318-798-9400

ADVANCED CARDIOVASCULAR SPECIALISTS

**Non-Invasive Lab**

1453 E Bert Kouns Ste
112 (MOB - 1)
Shreveport, LA
711055741
(318)798-9400

Name (Last, First): **Morgason, Michael**
AcctID# 000000220262 Phone: Test date: 08/07/2023
DOB: Sex: Male Age:53 year old Archive#:
Height 5' 10" [Recorded on 08/07/2023] Ordering: William H Haynie Jr MD
Weight: 170.6lb [Recorded on 08/07/2023] Supervising Pavan K Katikaneni MD
BSA: 1.95 $m^2$ [Recorded on 08/07/2023, Ht 5'10", Wt 170.6 lb]

# Exercise Tolerance Test

Provider: William H Haynie Jr Referring 1 William H Haynie Jr MD Phone: (318)222-3695 Fax: (318)631-7262
Sonographer: Referring 2 Phone: ()- Fax: ()-
Electrocardiogram Technician: Kim Oliver

Medications:
Cardiac history:
Clinical indications: Shortness of breath, Idiopathic peripheral autonomic neuropathy, Edema
Pre-procedure care: Consent was obtained. The procedure and risks were explained in detail. Questions were answered. Correct patient identified.

Protocol: Bruce
Predicted max HR: 167
85% PMHR: 141

| Stage | Duration (min) | Speed (mph) | % Grade | O2 Sat | HR | BP (mmHg) SBP | DBP | Arrhythmia Comments |
|---|---|---|---|---|---|---|---|---|
| Resting | | | | | 48 | 110 / | 72 | |
| Peak | | | | | 100 | 122 / | 80 | |
| 1 | 0 - 3 | 1.7 | 10 | | 75 | 116 / | 70 | None |
| 2 | 3 - 6 | 2.5 | 12 | | 100 | 122 / | 80 | None |

| Recovery | O2 Sat | HR | BP(mmHg) SBP | DBP |
|---|---|---|---|---|
| 2 | | 71 | 144 / | 78 |

Predicted Max O2 Consumption: 29 Achieved O2 Consumption: 34.30 Percent VO2 Achieved: 118

### Findings:

1. The patient exercised for 9 minutes and 0 seconds with a Maximum Heart Rate of 129 (77.25% of Predicted Maximum Heart Rate) , Target Heart Rate of 142.00 and DP (SBP x MHR) 15,738 stopping secondary to shortness of breath, fatigue, Leg fatigue. NYHA Functional Class: I. METS: 9.80. Target Heart Rate achieved: NO. Maximum Heart Rate achieved: NO.

2. Symptoms: No chest discomfort with exercise, No chest discomfort with exercise, Leg fatigue
3. Heart Rate Response: Normal
4. Blood Pressure Response: Normal
5. Arrhythmias: None
6. Resting Electrocardiogram: Bradycardia
7. Stress Electrocardiogram: No significant ST shift.

**Summary:**

1. Normal exercise tolerance test.
2. Adequate exercise tolerance on a Bruce protocol.
3. No symptoms of angina pectoris noted during this study.
4. No clinical or electrocardiographic evidence of inducible ischemia.
5. Negative for ischemia by ECG criteria.

Reading:

Reading Dates: Original: 08/07/2023

Signature:



Electronically Signed By:

---

End of Report

# Michael Morgason

Date of Birth: 07/31/1970

The information below was updated on August 9, 2023

## Basic Information About You

Name
Michael Morgason

Previous Name

Date Of Birth

Race
White

Ethnicity
Not Hispanic Or Latino

| Sex | Marital Status | Preferred Language |
|---|---|---|
| Male | Married | English |

Patient Identifier
315019

## Contact Information

Main Address*

Previous Address
No Information Available

Email Address

Phone Number(s)

| Mobile | Home |
|---|---|
| | |

## Primary Care Provider

JohnNix MD (PCP)

## Care Team Members

William HHaynie Jr, MD
1453 E Bert Kouns
Shreveport , LA71105-6810

## Allergies, Adverse Reactions, Alerts

### latex

| Reaction | Status |
|---|---|
| | Active |

Criticality

No Information

### Penicillins

| Reaction | Status |
|---|---|
| | Active |

Criticality

No Information

## Medications

### atorvastatin 40 mg tablet

| Instructions | Dosage |
|---|---|
| take 1 tablet by oral route every day | 40 MG |
| **Effective Dates (start - Stop)** | **Status** |
| Jul-09-2023 - | Active |
| **Comments** | |

### gabapentin 600 mg tablet

| Instructions | Dosage |
|---|---|
| take 2 tablet by oral route 3 times every day | 1200 MG |
| **Effective Dates (start - Stop)** | **Status** |
| Jul-09-2023 - | Active |
| **Comments** | |

### COQ-10 (unknown strength)

| Instructions | Dosage |
|---|---|
| | Not Available |
| **Effective Dates (start - Stop)** | **Status** |
| Jul-09-2023 - | Active |
| **Comments** | |

### VITAMIN B-12 (unknown strength)

| Instructions | Dosage |
|---|---|
| | Not Available |
| **Effective Dates (start - Stop)** | **Status** |
| Jul-09-2023 - | Active |
| **Comments** | |

### OXCARBAZEPINE (unknown strength)

| Instructions | Dosage |
| --- | --- |
| take 1 tablet by oral route every day | Not Available |

| Effective Dates (start - Stop) | Status |
| --- | --- |
| Jul-09-2023 - | Active |

Comments

### aspirin 81 mg tablet,delayed release

| Instructions | Dosage |
| --- | --- |
| take 1 tablet by oral route every day | 81 MG |

| Effective Dates (start - Stop) | Status |
| --- | --- |
| Jul-09-2023 - | Active |

Comments

## Problems

### No Information

## Procedures

### Exercise Or Drug Stress Test Comple

Date

Aug-07-2023

### Bilateral Physiologic Up Or Lw Extr

Date

Aug-07-2023

### Duplex Scan Lower Extr. Bilateral

Date

Aug-07-2023

### New Patient Ov Moderate Complexity

Date

Jul-10-2023

## Results

### No Information

## Advance Directives

### Other Directive

| Yes / No | Effective Date |
|---|---|
| No | N/A |

File Name

N/A

## Encounters

| | |
|---|---|
| Practice | Location |
| Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400 | South Office |
| Reason(s) For Visit | Diagnoses |
| | No Information |
| Date | Provider |
| Aug-07-2023 | Haynie Jr William H. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3182223695 |
| Providers Copied On Encounter | |

| Practice | Location |
| --- | --- |
| Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400 | South Office |
| **Reason(s) For Visit** | **Diagnoses** |
| | Shortness Of Breath<br>Other Idiopathic Peripheral Autonomic Neuropathy<br>Edema, Unspecified |
| **Date** | **Provider** |
| Aug-07-2023 | Haynie Jr William H. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3182223695 |
| **Providers Copied On Encounter** | |
| Referring Provider: William H Haynie Jr, 1453 E Bert Kouns Ste 112, Shreveport, LA, 71105-6810. Tel:+1-3182223695 | |

| Practice | Location |
| --- | --- |
| Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400 | South Office |
| **Reason(s) For Visit** | **Diagnoses** |
| | Edema, Unspecified |
| **Date** | **Provider** |
| Aug-07-2023 | Smith Ray. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3187989400 |
| **Providers Copied On Encounter** | |
| Referring Provider: William H Haynie Jr, 1453 E Bert Kouns Ste 112, Shreveport, LA, 71105-6810. Tel:+1-3182223695 | |

| Practice | Location |
| --- | --- |
| Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400 | South Office |

Reason(s) For Visit

Diagnoses

No Information

Date

Jul-17-2023

Provider

Haynie Jr William H. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3182223695

Providers Copied On Encounter

---

Practice

Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400

Location

South Office

Reason(s) For Visit

Diagnoses

No Information

Date

Jul-11-2023

Provider

Haynie Jr William H. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3182223695

Providers Copied On Encounter

---

Practice

Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400

Location

South Office

Reason(s) For Visit

Diagnoses

No Information

Date

Jul-10-2023

Provider

Haynie Jr William H. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3182223695

Providers Copied On Encounter

Referring Provider: William H Haynie Jr, 1453 E Bert Kouns Ste 112, Shreveport, LA, 71105-6810. Tel:+1-3182223695

### New Patient Ov Moderate Complexity

| Practice | Location |
|---|---|
| Advanced Cardiovascular Specialists, PO Box 51008, Shreveport, LA, 711351008, US tel:+1-3187989400 | South Office |

| Reason(s) For Visit | Diagnoses |
|---|---|
| Dyspnea (chief Complaint)<br>Edema (chief Complaint) | Dyspnea, Unspecified<br>Edema Idiopathic Peripheral Autonomic Neuropathy |

| Date | Provider |
|---|---|
| Jul-10-2023 | Haynie Jr William H. 1453 E Bert Kouns, Ste 112, Shreveport, LA, 711056810, US. tel:+1-3182223695 |

Providers Copied On Encounter

Referring Provider: William H Haynie Jr, 1453 E Bert Kouns Ste 112, Shreveport, LA, 71105-6810. Tel:+1-3182223695

## Family History

### Mother

| Type | Diagnosis |
|---|---|
| Problem | Asthma |

Age At Onset

### Brother

| Type | Diagnosis |
|---|---|
| Problem | Myocardial infarction |

Age At Onset

### Father

| Type | Diagnosis |
| --- | --- |
| Problem | Myocardial infarction |
| Age At Onset | |

### Mother

| Type | Diagnosis |
| --- | --- |
| Problem | Diabetes mellitus |
| Age At Onset | |

### Father

| Type | Diagnosis |
| --- | --- |
| Problem | Diabetes mellitus |
| Age At Onset | |

## Immunizations

No Information

## Payers

No Information

## Social History

### Alcohol Use Details

| Description | Quantity |
| --- | --- |
| Unknown | |
| Date Captured | Comments |
| Aug-07-2023 | |

### Caffeine Use Details

| Description | Quantity |
|---|---|
| Unknown | |
| **Date Captured** | **Comments** |
| Aug-07-2023 | |

### Tobacco Use Status

| Description | Quantity |
|---|---|
| | |
| **Date Captured** | **Comments** |
| Aug-07-2023 | |

### Smoking Status

| Description | Quantity |
|---|---|
| No Information | |
| **Date Captured** | **Comments** |
| Aug-07-2023 | |

### Alcohol Use Details

| Description | Quantity |
|---|---|
| Unknown | |
| **Date Captured** | **Comments** |
| Aug-07-2023 | |

### Caffeine Use Details

| Description | Quantity |
|---|---|
| Unknown | |
| **Date Captured** | **Comments** |
| Aug-07-2023 | |

### Tobacco Use Status

| Description | Quantity |
|---|---|
| | |
| **Date Captured** | **Comments** |
| Aug-07-2023 | |

### Smoking Status

Description
No Information

Quantity

Date Captured
Aug-07-2023

Comments

### Alcohol Use Details

Description
Unknown

Quantity

Date Captured
Aug-07-2023

Comments

### Caffeine Use Details

Description
Unknown

Quantity

Date Captured
Aug-07-2023

Comments

### Tobacco Use Status

Description

Quantity

Date Captured
Aug-07-2023

Comments

### Smoking Status

Description
No Information

Quantity

Date Captured
Aug-07-2023

Comments

### Alcohol Use Details

Description
Unknown

Quantity

Date Captured
Jul-17-2023

Comments

### Caffeine Use Details

| Description | Quantity |
|---|---|
| Unknown | |
| **Date Captured** | **Comments** |
| Jul-17-2023 | |

### Tobacco Use Status

| Description | Quantity |
|---|---|
| | |
| **Date Captured** | **Comments** |
| Jul-17-2023 | |

### Smoking Status

| Description | Quantity |
|---|---|
| No Information | |
| **Date Captured** | **Comments** |
| Jul-17-2023 | |

### Alcohol Use Details

| Description | Quantity |
|---|---|
| Unknown | |
| **Date Captured** | **Comments** |
| Jul-11-2023 | |

### Caffeine Use Details

| Description | Quantity |
|---|---|
| Unknown | |
| **Date Captured** | **Comments** |
| Jul-11-2023 | |

### Tobacco Use Status

| Description | Quantity |
|---|---|
| | |
| **Date Captured** | **Comments** |
| Jul-11-2023 | |

### Smoking Status

| Description | Quantity |
| --- | --- |
| No Information | |
| **Date Captured** | **Comments** |
| Jul-11-2023 | |

### Alcohol Use Details

| Description | Quantity |
| --- | --- |
| Unknown | |
| **Date Captured** | **Comments** |
| Jul-10-2023 | |

### Caffeine Use Details

| Description | Quantity |
| --- | --- |
| Unknown | |
| **Date Captured** | **Comments** |
| Jul-10-2023 | |

### Tobacco Use Status

| Description | Quantity |
| --- | --- |
| **Date Captured** | **Comments** |
| Jul-10-2023 | |

### Smoking Status

| Description | Quantity |
| --- | --- |
| No Information | |
| **Date Captured** | **Comments** |
| Jul-10-2023 | |

### Alcohol Use Details

| Description | Quantity |
| --- | --- |
| No | |
| **Date Captured** | **Comments** |
| Jul-10-2023 | |

### Caffeine Use Details

| Description | Quantity |
| --- | --- |
| coffee | |

| Date Captured | Comments |
| --- | --- |
| Jul-10-2023 | |

### Tobacco Use Status

| Description | Quantity |
| --- | --- |
| Occasional cigarette smoker | |

| Date Captured | Comments |
| --- | --- |
| Jul-10-2023 | |

### Smoking Status

| Description | Quantity |
| --- | --- |
| Heavy tobacco smoker | |

| Date Captured | Comments |
| --- | --- |
| Jul-10-2023 | |

### Smoking Tobacco Use Details

| Description | Quantity |
| --- | --- |
| Cigarette: Age Started: 15 | Cigarette: 1 Packs per day |

| Date Captured | Comments |
| --- | --- |
| Jul-10-2023 | |

### Birth Sex

| Description | Quantity |
| --- | --- |
| Male | |

| Date Captured | Comments |
| --- | --- |
| | |

## Vital Signs

### Aug-07-2023 9:07 AM

| | |
|---|---|
| Height | Weight |
| 70.00 in | 77.383 kg (170.60 lbs) |
| BMI | Pulse Rate |
| 24.48 kg/meter(2) | 48 /min |
| Blood Pressure | Temperature |
| 110/72 mm[Hg] | |
| Respiratory Rate | Body Surface Area |
| | 1.95 meter(2) |
| Head Circumference | Head Circ. Percentile |
| Wt./Len. Percentile | BMI Percentile |
| Pulse Ox | Inhaled Ox |

### Jul-10-2023 12:37 PM

| | |
|---|---|
| Height | Weight |
| 70.00 in | 77.383 kg (170.60 lbs) |
| BMI | Pulse Rate |
| 24.48 kg/meter(2) | 48 /min |
| Blood Pressure | Temperature |
| 132/82 mm[Hg] | |
| Respiratory Rate | Body Surface Area |
| | 1.95 meter(2) |
| Head Circumference | Head Circ. Percentile |
| Wt./Len. Percentile | BMI Percentile |
| Pulse Ox | Inhaled Ox |

### Jul-10-2023 10:20 AM

| | |
|---|---|
| Height | Weight |
| 70.00 in | 77.383 kg (170.60 lbs) |
| BMI | Pulse Rate |
| 24.48 kg/meter(2) | 50 /min |

| | |
|---|---|
| Blood Pressure<br>130/92 mm[Hg] | Temperature |
| Respiratory Rate | Body Surface Area<br>1.95 meter(2) |
| Head Circumference | Head Circ. Percentile |
| Wt./Len. Percentile | BMI Percentile |
| Pulse Ox | Inhaled Ox |

## Chief Complaint And Reason For Visit

No Information

## Reason For Referral

No Information

## Plan Of Treatment

**Jul-10-2023**

| | |
|---|---|
| Type<br>Patient Education | Action<br>A Healthy Heart: Care Instructions |
| Status<br>completed | |

## History Of Present Illness

**Jul-10-2023**

| | |
|---|---|
| Complaint<br>Dyspnea | History Of Present Illness |

| Jul-10-2023 | |
|---|---|
| Complaint | History Of Present Illness |
| Edema | |

## Functional Status

No Information

## Medications Administered

No Information

## Instructions

| Jul-10-2023 | |
|---|---|
| Instruction | Additional Information |
| Continue Meds as Prescribed | |

| Jul-10-2023 | |
|---|---|
| Instruction | Additional Information |
| Stress Reduction Discussion | |

| Jul-10-2023 | |
|---|---|
| Instruction | Additional Information |
| Discussed Medication Compliance | |

| Jul-10-2023 | |
|---|---|
| Instruction | Additional Information |
| Low Sodium Diet Instruction | |

| Jul-10-2023 | |
|---|---|
| Instruction | Additional Information |
| Given Exercise Guidelines | |

Jul-10-2023

| Instruction | Additional Information |
| --- | --- |
| Low Fat Diet Instruction | |

## Assessments

No Information

## Goals

No Information

## Medical Equipment

No Information

## Mental Status

No Information

## Health Concerns

Observation : No Information

Concern : No Information

## Patient Care Teams

No Information

## General Status

Neg

Details

Nourishment - Well Nourished.
Appearance - Well Developed.

## Review of Systems

No Information

## Past Medical History

No Information

## Discharge Summary Notes

No Information

## Consultation Notes

No Information

## History and Physical Notes

No Information

## Progress Notes

No Information

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name Michael Morgason Return Form By ______
Policy No 00001025317200000 Claim No 1210046281

When do you expect to be able to return to work in either your own or another occupation?
Unknown

Describe your current symptoms.
See attached

What do you believe is the cause of your continuing disability and what could be done about it?
Unknown - Continue w/ diagnostic testing & Consult w/ Various Specialists.

Describe your current restrictions/limitations specifically and thoroughly.
See attached

Describe your present activities.
See attached.

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☑ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
See Attached Medical records - Dr Morales & Dr. Nix

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☑ No | ______ | $______ | Unemployment Compensation | ☐ Yes ☑ No | ______ | $______ |
| Dependent Social Security | ☐ Yes ☑ No | ______ | $______ | State Disability Benefits | ☐ Yes ☑ No | ______ | $______ |
| Workers' Compensation | ☐ Yes ☑ No | ______ | $______ | Any other disability benefit-Federal, State | ☐ Yes ☑ No | ______ | $______ |
| Pension Disability or Pension Retirement | ☐ Yes ☑ No | ______ | $______ | Disability Income from Automobile Policy | ☐ Yes ☑ No | ______ | $______ |
| Railroad or Canadian Pension | ☐ Yes ☑ No | ______ | $______ | Statement from injury causing disability | ☐ Yes ☑ No | ______ | $______ |

Please refer to your Policy for definitions:

| | | | |
|---|---|---|---|
| Are you claiming Total Disability? | ☑ Yes ☐ No | Dates of Total Disability: From ______ | Through ______ |
| Are you claiming Partial Disability? | ☐ Yes ☑ No | Dates of Partial Disability: From ______ | Through ______ |
| Have you performed any type of work? | ☐ Yes ☑ No | Dates of any Work: From ______ | Through ______ |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic cc[illegible] l as the original.

Date 10/05/2023 Telephone Number ______ Social Security # ______

Employee's Signature Michael Morgason

Address ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Symptoms**

Short of breath when lying down/bending over

Dizziness upon standing, lightheadedness

Low back, right hip & testicular pain

Head itches when hot/upset

Bone pain (side of right calf between knee & ankle) w/muscle cramps/spasms

Weak when walking short distances (weakness occurs more quickly w/incline)

Difficulty ascending stairs & walking uphill

Cannot carry lightweight items for more than a few seconds, drops things often

Feels like body shaking on the inside; Anxious on car rides suddenly

Hand tremors, muscle loss, fatigue, tops thighs/around knees extremely achy

Jaw twitching & electric shock pain often times while chewing

Exhausting to hold arms above head - wash hair. Showering is exhausting.

Pelvic/hips/thighs feel "alive" (like hooked to a battery charger)

Tired legs every morning (back of both legs ankles to knees)

Muscles sore for days w/minimal exertion

Feet swell - top R foot hurts

Confusion, forgetfulness, inability to multitask

Issues hearing, comprehending and concentrating

Muscles draw up and have to mentally and physically try to "relax" them

Top right thigh sometimes feels hot, cold or wet in 1 spot. Same w/bottom L foot

Weird sensations in legs before urinating/bowel movements

Visible muscle spasms at base of my throat; Voice breaks up/drops off

Disrupted sleep – trouble going to sleep but always tired

R shin/lower back itches – a lot and often

Spasms getting positioned in bed - neck, chest, pelvis, hip and arm

Leg feel heavy and "alive" upon waking and throughout day
– legs feel like logs and like shoes are made of concrete, the back of thighs HURT on car rides.

Sporadic issues w/swallowing

Right knee/calf gives out

Chew intensive food causes jaw fatigue

Excessive head sweat while eating, get full quickly & hiccups after eating

Eye issues (floaters, triangles & blurry); Eyes water excessively

Increased salivation/sinus drainage

Excessive sweating and feel so hot I could explode – even when others aren't

Sensitive to loud noises - startled

Soft, brittle fingernails

Eyes sensitive to dark/light changes

Difficulty w/feet/hand position

**Restrictions/Limitations**

I try to limit bending over or standing up too quickly. Also lay down in bed at night slowly, in stages, or I'll have issues w/breathing. I have to slowly shower and dress for the day. Most times I have to rest before I can get dressed. I can't tolerate cold or hot temps so outdoor activities are limited. Can't walk long distances or uphill, can't climb stairs, can't sit or stand for long periods of time. Cannot hold/operate anything that vibrates (power tools, blower, weed eater).

**Present Activities**

Most days are spent trying to get comfortable. The activities of daily living can take up the better part of my day. I rarely leave home unless I have a doctor's appointment.

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 02/01/2023 to 09/21/2023
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| MICHAEL MORGASON | US | 561350<br>561350 |
| | tel | **Sex**<br>Male |

**LANGUAGE RACE ETHNICITY**
English

| | |
|---|---|
| **Care Giver primary care physician** | MATTHEW NIX |
| **Contact Info** | |
| **Care Giver** | Andres Morales |
| **Contact Info** | 321 N HIGHLAND AVE<br>SUITE 200<br>SHERMAN, TX 75092-7371, US<br>Tel: 903-893-5141 |
| **Care Giver** | N/A SELF REFERRED |
| **Contact Info** | |

## ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| Latex | Latex | Unknown | Allergy | | Active |
| | Penicillin | Unknown | Drug Allergy | | Active |

## RESULTS

| Component | Value | Reference Range | Notes |
|---|---|---|---|
| Creatine Kinase,Total,Serum-CPK<br>Reviewed date:05/15/2023 12:39:36 PM | | | |

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Creatine Kinase,Total | 59 | 41-331 U/L | |

Sedimentation Rate-Westergren
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr | |

Hi-sensitivity CRP
Reviewed date:05/15/2023 12:39:36 PM
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.31 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

Quantitative Immunoglobulins (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Immunoglobulin G, Qn, Serum | 543 | 603-1613 mg/dL | |
| Immunoglobulin A, Qn, Serum | 165 | 90-386 mg/dL | |
| Immunoglobulin M, Qn, Serum | 53 | 20-172 mg/dL | |
| Immunoglobulin E, Total | 30 | 6-495 IU/mL | |

Vitamin B12 and Folate (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum

| Component | Value | Reference Range | Notes |
|---|---|---|---|
| was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | |
| Vitamin B12 | 388 | 232-1245 pg/mL | |
| Folate (Folic Acid), Serum | 4.6 | >3.0 ng/mL | A serum folate concentration of less than 3.1 ng/mL is<br><br>considered to represent clinical deficiency. |

Protein Electro.,S (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Albumin | 3.9 | 2.9-4.4 g/dL | |
| Alpha-1-Globulin | 0.3 | 0.0-0.4 g/dL | |
| Alpha-2-Globulin | 0.6 | 0.4-1.0 g/dL | |
| Beta Globulin | 0.9 | 0.7-1.3 g/dL | |
| Gamma Globulin | 0.6 | 0.4-1.8 g/dL | |
| M-Spike | Not Observed | Not Observed g/dL | |
| Globulin, Total | 2.3 | 2.2-3.9 g/dL | |
| A/G Ratio | 1.7 | 0.7-1.7 | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or<br><br>courier delivery. |
| PDF | . | | |

Protein Electro, 24-Hour Urine (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:

| | | | |
|---|---|---|---|
| Protein,Total,Urine | 4.5 | Not Estab. mg/dL | |
| Prot,24hr calculated | 99 | 30-150 mg/24 hr | |
| Albumin, U | 42.0 | NOT ESTAB. % | |
| Alpha-1-Globulin, U | 13.8 | NOT ESTAB. % | |
| Alpha-2-Globulin, U | 6.9 | NOT ESTAB. % | |
| Beta Globulin, U | 23.3 | NOT ESTAB. % | |
| Gamma Globulin, U | 14.0 | NOT ESTAB. % | |
| M-Spike, % | Not Observed | Not Observed % | |

| Component | Value | Reference Range | Notes |
|---|---|---|---|
| M-Spike, mg/24 hr | | | |
| Please note: | Comment | | Protein electrophoresis scan will follow via computer, mail, or<br><br>courier delivery. |
| PDF | . | | |
| PDF Report1 | LCLS | | |

CBC With Differential/Platelet (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| WBC | 7.1 | 3.4-10.8 x10E3/uL | |
| RBC | 4.82 | 4.14-5.80 x10E6/uL | |
| Hemoglobin | 15.5 | 13.0-17.7 g/dL | |
| Hematocrit | 44.7 | 37.5-51.0 % | |
| MCV | 93 | 79-97 fL | |
| MCH | 32.2 | 26.6-33.0 pg | |
| MCHC | 34.7 | 31.5-35.7 g/dL | |
| RDW | 12.2 | 11.6-15.4 % | |
| Platelets | 224 | 150-450 x10E3/uL | |
| Neutrophils | 55 | Not Estab. % | |
| Lymphs | 33 | Not Estab. % | |
| Monocytes | 9 | Not Estab. % | |
| Eos | 2 | Not Estab. % | |
| Basos | 1 | Not Estab. % | |
| Neutrophils (Absolute) | 4.0 | 1.4-7.0 x10E3/uL | |
| Lymphs (Absolute) | 2.3 | 0.7-3.1 x10E3/uL | |
| Monocytes(Absolute) | 0.7 | 0.1-0.9 x10E3/uL | |
| Eos (Absolute) | 0.1 | 0.0-0.4 x10E3/uL | |
| Baso (Absolute) | 0.1 | 0.0-0.2 x10E3/uL | |
| Immature Granulocytes | 0 | Not Estab. % | |
| Immature Grans (Abs) | 0.0 | 0.0-0.1 x10E3/uL | |

| Component | Value | Reference Range | Notes |
|---|---|---|---|

Sedimentation Rate-Westergren (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Sedimentation Rate-Westergren | 2 | 0-30 mm/hr | |
| PDF Report1 | LCLS | | |

ANA Comprehensive Panel (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| Anti-DNA (DS) Ab Qn | 1 | 0-9 IU/mL | Negative <5<br>Equivocal 5 - 9<br>Positive >9 |
| RNP Antibodies | 0.3 | 0.0-0.9 AI | |
| Smith Antibodies | <0.2 | 0.0-0.9 AI | |
| Antiscleroderma-70 Antibodies | <0.2 | 0.0-0.9 AI | |
| Sjogren's Anti-SS-A | <0.2 | 0.0-0.9 AI | |
| Sjogren's Anti-SS-B | <0.2 | 0.0-0.9 AI | |
| Antichromatin Antibodies | <0.2 | 0.0-0.9 AI | |
| Anti-Jo-1 | <0.2 | 0.0-0.9 AI | |
| Anti-Centromere B Antibodies | <0.2 | 0.0-0.9 AI | |
| See below: | Comment | | Autoantibody Disease Association<br>-------------------------------------------------------<br>-<br>Condition Frequency<br>-------------------- ---------------------- ---------<br>Antinuclear Antibody, SLE, mixed connective<br>Direct (ANA-D) tissue diseases |

Component Value Reference Range Notes

-------------------- ---------------------- ---------

dsDNA SLE 40 - 60%

-------------------- ---------------------- ---------

Chromatin Drug induced SLE 90%

SLE 48 - 97%

-------------------- ---------------------- ---------

SSA (Ro) SLE 25 - 35%

Sjogren's Syndrome 40 - 70%

Neonatal Lupus 100%

-------------------- ---------------------- ---------

SSB (La) SLE 10%

Sjogren's Syndrome 30%

-------------------- --------------------- ---------

Sm (anti-Smith) SLE 15 - 30%

-------------------- --------------------- ---------

RNP Mixed Connective Tissue

Disease 95%

(U1 nRNP, SLE 30 - 50%

anti-ribonucleoprotein) Polymyositis and/or

Dermatomyositis 20%

-------------------- ---------------------- ---------

Scl-70 (antiDNA Scleroderma (diffuse) 20 - 35%

topoisomerase) Crest 13%

-------------------- ---------------------- ---------

Jo-1 Polymyositis and/or

Dermatomyositis 20 - 40%

-------------------- ---------------------- ---------

| Component | Value | Reference Range | Notes |
| --- | --- | --- | --- |
| | | | Centromere B Scleroderma - Crest variant 80% |

Methylmalonic Acid, Serum (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
| --- | --- | --- |
| Methylmalonic Acid, Serum | 169 | 0-378 nmol/L |

Homocyst(e)ine, Plasma (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
| --- | --- | --- |
| Homocyst(e)ine | 15.7 | 0.0-14.5 umol/L |

CMP14+eGFR (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | |
| --- | --- | --- |
| Glucose | 82 | 70-99 mg/dL |
| BUN | 13 | 6-24 mg/dL |
| Creatinine | 1.00 | 0.76-1.27 mg/dL |
| eGFR | 90 | >59 mL/min/1.73 |
| BUN/Creatinine Ratio | 13 | 9-20 |
| Sodium | 143 | 134-144 mmol/L |
| Potassium | 4.6 | 3.5-5.2 mmol/L |
| Chloride | 107 | 96-106 mmol/L |
| Carbon Dioxide, Total | 22 | 20-29 mmol/L |
| Calcium | 9.1 | 8.7-10.2 mg/dL |
| Protein, Total | 6.2 | 6.0-8.5 g/dL |
| Albumin | 4.4 | 3.8-4.9 g/dL |
| Globulin, Total | 1.8 | 1.5-4.5 g/dL |
| A/G Ratio | 2.4 | 1.2-2.2 |
| Bilirubin, Total | 0.4 | 0.0-1.2 mg/dL |

| Component | Value | Reference Range | Notes |
|---|---|---|---|
| Alkaline Phosphatase | 70 | 44-121 IU/L | |
| AST (SGOT) | 13 | 0-40 IU/L | |
| ALT (SGPT) | 15 | 0-44 IU/L | |

Hi-sensitivity CRP (Not yet reviewed by provider)
Interpretation:
Performing Lab:Labcorp Dallas, 7777 Forest Ln Bldg C350, Dallas, Phone - 9725986000, Director - MDEtufugh
Notes/Report:
Test(s) 706797-Methylmalonic Acid, Serum
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.

| | | | |
|---|---|---|---|
| C-Reactive Protein, Cardiac | 0.32 | 0.00-3.00 mg/L | Relative Risk for Future Cardiovascular Event<br>Low <1.00<br>Average 1.00 - 3.00<br>High >3.00 |

# REASON FOR REFERRAL

| | |
|---|---|
| Reason | MRI L SPINE WO CONTRAST 72148 - M48.062 |
| Referred Organization | Texoma Neurology Assoc Sherman |
| Referred Provider | Morales, Andres |
| Referred Address | 321 N HIGHLAND AVE,SUITE 200,SHERMAN,TX,75092-7371,US |
| Referred Provider Specialty | Neurology |
| Referral Priority | Routine |

# MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| CoQ-10 30 MG | as directed Orally | | | | Active |
| Atorvastatin Calcium 40 MG | 1 tablet Orally Once a day | | | | Active |
| Vitamin B12 100 MCG | as directed Orally | | | | Active |
| OXcarbazepine 300 MG | 2 tablets Orally Twice a day for 30 days | | | | Active |
| hydrOXYzine HCl 25 MG | 1 tablet at bedtime as needed Orally Once a day for 30 days | | | | Active |
| Gabapentin 600 MG | 1 tablet twice a day and 2 tablets Orally Bedtime for 30 days | | | | Active |

# IMMUNIZATIONS

No Information

# SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Current Smoker | NA - NA |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Male |

Smoking History

| Question | Answer | Notes |
|---|---|---|
| Are you a: | current smoker | |
| How often do you smoke cigarettes? | every day | |
| How many cigarettes a day do you smoke? | 11-20 | |
| How soon after you wake up do you smoke your first cigarette? | 6-30 min | |

Alcohol usage

| Question | Answer | Notes |
|---|---|---|
| How often did you have a drink containing alcohol in the past year? | never (0 points) | |
| How often did you have 6 or more drinks on one occasion in the past year? | never (0 points) | |
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

# PROBLEMS

| Problem Type | ICD Code | Onset Dates | Problem Status | W/U Status | Risk | SNOMED Code | Notes |
|---|---|---|---|---|---|---|---|
| Problem | Generalized anxiety disorder (F41.1) | | Active | confirmed | | 21897009 | |
| Problem | Idiopathic progressive neuropathy (G60.3) | | Active | confirmed | | 386033004 | |
| Problem | Idiopathic small fiber sensory neuropathy (G60.8) | | Active | confirmed | | 230657007 | |
| Problem | Cubital tunnel syndrome on left (G56.22) | | Active | confirmed | | 1004090008 | |
| Problem | Bilateral carpal tunnel syndrome (G56.03) | | Active | confirmed | | 12265501000119101 | |

# VITAL SIGNS

| | | |
|---|---|---|
| Blood pressure diastolic | 71 | 09/08/2023 |
| Height | 70 in | 09/08/2023 |
| Blood pressure systolic | 124 | 09/08/2023 |
| Weight | 172 lbs | 09/08/2023 |
| BMI | 24.68 kg/m2 | 09/08/2023 |

# PROCEDURES

No Information

## Encounters

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 05/12/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 09/08/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myelitis G04.91 ; Lumbar stenosis with neurogenic claudication M48.062 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 ; Idiopathic small fiber sensory neuropathy G60.8 and Myalgia M79.10 |
| Texoma Neurology-Frisco | 4433 PUNJAB WAY FRISCO, TX 75033-6746 | 04/10/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 04/21/2023 | Andres Morales | Idiopathic progressive neuropathy G60.3 and Idiopathic small fiber sensory neuropathy G60.8 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 06/23/2023 | Andres Morales | Idiopathic small fiber sensory neuropathy G60.8 ; Myalgia M79.10 ; Bilateral carpal tunnel syndrome G56.03 ; Cubital tunnel syndrome on left G56.22 and Generalized anxiety disorder F41.1 |
| Texoma Neurology Assoc Sherman | 321 N HIGHLAND AVE SUITE 200 SHERMAN, TX 75092-7371 | 02/17/2023 | MATTHEW NIX | |

# MEDICAL EQUIPMENT

No Information

# ASSESSMENTS

| Encounter Date | Diagnosis | Treatment Notes |
| --- | --- | --- |
| 04/10/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/10/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 04/21/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | |
| 04/21/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | |
| 02/17/2023 | Idiopathic progressive neuropathy (ICD-10 - G60.3) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 05/12/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient's neurologic symptoms along with structural central nervous system pathology can also be a manifestation of an autoimmune and/or metabolic disorder. These can be potentially reversible abnormalities or lead to other underlying contributing disease states with the patient's condition. It has for this reason the selected laboratory testing is recommended. |
| 05/12/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 06/23/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br><br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br><br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Idiopathic small fiber sensory neuropathy (ICD-10 - G60.8) | The patient was educated on potential adverse reactions to anticonvulsant medications which may include psychiatric manifestations such as depression, psychosis, and suicidality. If any of these occur, please contact our office immediately. Fatigue, somnolence or confusion may occur, so you should not drive or operate dangerous machinery until you are aware of how this medication effects you, or if you are not using it properly as prescribed.<br><br>Precautions also discussed with women of childbearing age given the increased risk of traumatic genic effects of certain anticonvulsants improper contraception measures need to be taken to avoid unplanned pregnancy.<br><br>The patient was educated on the proper need for daily foot and leg cleansing and bathing and should dry thoroughly to avoid excess moisture build up. Cotton socks or other moisture wicking material is recommended |

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| | | to reduce effects of perspiration on feet. Daily inspection of the feet for any evidence of skin breakdown should be done to minimize the risk of ulceration which can lead to infection and even loss of limb. Diabetic or other appropriate footwear is recommended for proper foot protection and gait stability. If foot swelling is a problem than knee-high compression support stockings are recommended to counteract the effects of venous insufficiency. |
| 09/08/2023 | Myelitis (ICD-10 - G04.91) | |
| 09/08/2023 | Lumbar stenosis with neurogenic claudication (ICD-10 - M48.062) | |
| 05/12/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | |
| 06/23/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 02/17/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 05/12/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 06/23/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 09/08/2023 | Myalgia (ICD-10 - M79.10) | The patient's history and neurologic examination suggest a possible presence of a neuromuscular disorder affecting the peripheral nervous system and muscular system. Nerve conduction studies and electromyographic studies are being ordered to help objectively identify the presence of such disorder as well as to help determine the etiology and severity of impairment which will help in formulating a treatment plan which can include either pharmacologic, physical therapy or possibly even surgical intervention. The information will also help in the education process for the patient regarding long-term prognosis of a potential underlying neuromuscular disorder. |
| 09/08/2023 | Bilateral carpal tunnel syndrome (ICD-10 - G56.03) | The patient's hands are stable with no particular weakness or significant paresthesia reported this by after EMG revealed evidence of bilateral carpal tunnel lesions. He is to want to monitor this at this time. |
| 06/23/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | SUMMARY:Mr. Morgan seems doing well with the increase in bowel oxcarbazepine to 600 mg twice a day has been helpful. Introducing the hydroxyzine at nighttime is also help a lot with his nocturnal anxiety and palpitations and sleeping much more more comfortably. He still has a lot of aching sensations from a small fiber neuritis in the extremities and although he had responded to the gabapentin and then 100 mg due to having some symptoms. I Minna switch him over to the 600 mg gabapentin to take 2 tablets 3 times a day which would be 1200 mg 3 times a day. Will monitor for adverse effects. He is not complaining of any handgrip paresthetic symptoms and worsens given the incidental carpal tunnel and cubital tunnel lesion on the left side that were identified in his EMG studies. We will reassess at his next visit I will see him back in 2 months time and see how he is doing with the medications. No changes will be made on the hydroxyzine for now |
| 05/12/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 06/23/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 09/08/2023 | Cubital tunnel syndrome on left (ICD-10 - G56.22) | |
| 09/08/2023 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 05/12/2023 | Other | |
| 06/23/2023 | Other | |

# PLAN OF TREATMENT

MORGASON,MICHAEL | **DOB:** | **Acc No:** 561350 | Male

Pending Test

| Test Name | Order Date |
| --- | --- |
| MRI C-Spine W/WO Gad | 09/08/2023 |
| MRI T-Spine W/WO Gad | 09/08/2023 |
| Quantitative Immunoglobulins | 09/08/2023 |
| Vitamin B12 and Folate | 09/08/2023 |
| Creatine Kinase,Total,Serum-CPK | 02/17/2023 |
| Protein Electro.,S | 09/08/2023 |
| Immunoglobulins A/G/M, Qn, Ser | 09/08/2023 |
| Protein Electro, 24-Hour Urine | 09/08/2023 |
| CBC With Differential/Platelet | 09/08/2023 |
| Sedimentation Rate-Westergren | 09/08/2023 |
| Sedimentation Rate-Westergren | 02/17/2023 |
| ANA Comprehensive Panel | 09/08/2023 |
| Methylmalonic Acid, Serum | 09/08/2023 |
| Homocyst(e)ine, Plasma | 09/08/2023 |
| MRI L-Spine without contrast | 09/08/2023 |
| CMP14+eGFR | 09/08/2023 |
| Hi-sensitivity CRP | 02/17/2023 |
| Hi-sensitivity CRP | 09/08/2023 |

Future Test

| Test Name | Order Date |
| --- | --- |
| EMG/NCV Left Upper | 02/17/2023 |
| EMG/NCV Right Upper | 02/17/2023 |
| EMG/NCV Right Lower | 02/17/2023 |
| EMG/NCV Left Lower | 02/17/2023 |
| ANS Complete includes:sudomotor, parasympathetic, and ABI | 02/17/2023 |

Next Appt

| Details |
| --- |
| Provider Name:Andres G Morales, 09/29/2023 08:00:00 AM, 2201 S AUSTIN, DENISON, TX, 75020-7723, 903-893-5141 |
| Provider Name:Andres G Morales, 10/16/2023 01:00:00 PM, 2201 S AUSTIN, DENISON, TX, 75020-7723, 903-893-5141 |
| Provider Name:Andres G Morales, 11/10/2023 12:15:00 PM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141 |

## Goals Section

No Information

## Health Concerns

No Information

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | P O BOX 660044 DALLAS, TX 75266 | 800-451-0287 | J4C133994594001 | J4C363 | MORGASON, MICHAEL | Self - patient is the insured | | |

# Procedure Notes

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/10/2023 | EMG | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 04/17/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |

- 

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | EMG | EMG Upper Extremities | The bilateral radial sensory nerve action potentials were normal in peak latency and amplitude. The bilateral median sensory nerve action potentials were prolonged in peak latency and reduced in amplitude while the radial sensory potentials were normal in peak latency and amplitude. The right median compound muscle action potential (CMAP) was normal distal Morenci in amplitude and conduction velocities. The left median CMAP was prolonged and distal motor latency with normal amplitudes and conduction velocities. The right ulnar CMAP was normal in distal motor latency, amplitude and conduction velocities while the left ulnar CMAP was normal distal Morenci and distal amplitude did decrease slightly across the elbow and there was very significant slowing in conduction velocities across the elbow as well.Disposable monopolar needle electromyography of the bilateral upper extremities did not reveal any increase in the insertional activities or spontaneous discharges with normal motor activation and recruitment patterns noted.IMPRESSION: The study is consistent with bilateral median mononeuropathies at the level of the wrist as can be seen in carpal tunnel syndrome with the left being worse than the right affecting both sensory and motor fibers. There is also a left ulnar mononeuropathy at the level of the elbow as can be seen in cubital tunnel lesions. There was no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy or root lesion. | |
| | | EMG Lower Extremities | The bilateral sural, superficial peroneal and right medial and lateral plantar sensory nerve action potentials were normal in peak latency and amplitude. The left medial and lateral plantar sensory potentials were absent. The bilateral peroneal and tibial compound muscle action potentials were normal in distal motor latency, amplitude and conduction velocities. The bilateral peroneal and tibial F wave potentials were normal in onset latencies. Disposable monopolar needle electromyography of the bilateral lower extremities did not reveal any increase in the insertional activities, spontaneous discharges either. | |