| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | There was normal recruitment patterns and motor unit activation noted.IMPRESSION: This is a normal study of the bilateral lower extremities with no electrodiagnostic evidence of a generalized polyneuropathy, plexopathy, myopathy or root lesion. The absent plantar sensory potentials on the left side are not unexpected in this age group. Recommend clinical correlation. The above study does not exclude the possibility of presence of a small fiber neuritis. | |

# History and Physical Notes

- HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 05/12/2023 | HEENT | Head: | normocephalic atraumatic | |
| | | Extraocular movements intact: | intact | |
| | | Fundi: | normal | |
| | | Oral cavity: | normal | |
| | | Pupillary size, symmetry and reactions: | | |
| | Neck | Neck: | supple | |
| | | Carotid bruit: | absent | |
| | | Range of motion: | normal | |
| | Chest | Shape and expansion: | normal | |
| | | Chest wall | Normal | |
| | Heart | Sinus Rhythm: | regular | |
| | | Murmurs: | no | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch | |



EXHIBIT
3, part 3

**Lincoln/Morgason 1988**

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | |
| | | Reflexes: | 2+ all extremities | |
| | | Babinski: | absent | |
| | | Gait: | normal | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | |
| | | Tremors: | absent | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | |
| | | Lower extremity joints: | unremarkable | |
| | | Cervical spines: | unremarkable | |
| | | L-S spines: | unremarkable | |
| | General | Appearance: | alert cooperative pleasant | |
| | | Build: | average | |
| | | Appears stated age: | yes | |
| | Psychology | Hallucinations | none | |
| | | Affect | normal | |
| | | Delusions | none | |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical | |
| | | Dyspnea: | no | |
| | Skin | edema | none | |
| | | Skin | Normal Exam | |

- HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 06/23/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 06/23/2023 | HEENT | Head: | normocephalic atraumatic | |
| | | Extraocular movements intact: | intact | |
| | | Fundi: | normal | |
| | | Oral cavity: | normal | |
| | | Pupillary size, symmetry and reactions: | | |
| | Neck | Neck: | supple | |
| | | Carotid bruit: | absent | |
| | | Range of motion: | normal | |
| | Chest | Shape and expansion: | normal | |
| | | Chest wall | Normal | |
| | Heart | Sinus Rhythm: | regular | |
| | | Murmurs: | no | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | |
| | | Reflexes: | 2+ all extremities | |
| | | Babinski: | absent | |
| | | Gait: | normal | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | Tremors: | absent | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | |
| | | Lower extremity joints: | unremarkable | |
| | | Cervical spines: | unremarkable | |
| | | L-S spines: | unremarkable | |
| | General | Appearance: | alert cooperative pleasant | |
| | | Build: | average | |
| | | Appears stated age: | yes | |
| | Psychology | Hallucinations | none | |
| | | Affect | normal | |
| | | Delusions | none | |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical | |
| | | Dyspnea: | no | |
| | Skin | edema | none | |
| | | Skin | Normal Exam | |

- HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 09/08/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 09/08/2023 | HEENT | Head: | normocephalic atraumatic | |
| | | Extraocular movements intact: | intact | |
| | | Fundi: | normal | |
| | | Oral cavity: | normal | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | Pupillary size, symmetry and reactions: | | |
| | Neck | Neck: | supple | |
| | | Carotid bruit: | absent | |
| | | Range of motion: | normal | |
| | Chest | Shape and expansion: | normal | |
| | | Chest wall | Normal | |
| | Heart | Sinus Rhythm: | regular | |
| | | Murmurs: | no | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | |
| | | Reflexes: | 2+ all extremities | |
| | | Babinski: | absent | |
| | | Gait: | normal | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | |
| | | Tremors: | absent | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | |
| | | Lower extremity joints: | unremarkable | |
| | | Cervical spines: | unremarkable | |
| | | L-S spines: | unremarkable | |
| | General | Appearance: | alert cooperative pleasant | |
| | | Build: | average | |
| | | Appears stated age: | yes | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | Hallucinations | none | |
| | Psychology | Affect | normal | |
| | | Delusions | none | |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical | |
| | | Dyspnea: | no | |
| | Skin | edema | none | |
| | | Skin | Normal Exam | |

- HPI (History of Present Illness)

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 02/17/2023 | Depression Screening | PHQ-2 (2015 Edition) | Little interest or pleasure in doing things?: Not at all<br>Feeling down, depressed, or hopeless?: Not at all<br>Total Score: 0 | |

Physical Examination

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| 02/17/2023 | | Head: | normocephalic atraumatic | |
| | | Extraocular movements intact: | intact | |
| | HEENT | Fundi: | normal | |
| | | Oral cavity: | normal | |
| | | Pupillary size, symmetry and reactions: | | |
| | | Neck: | supple | |
| | Neck | Carotid bruit: | absent | |
| | | Range of motion: | normal | |
| | Chest | Shape and expansion: | normal | |
| | | Chest wall | Normal | |
| | Heart | Sinus Rhythm: | regular | |
| | | Murmurs: | no | |
| | Neurological | Cranial nerves: | II. Pupils equally reactive to light, III, IV, VI. EOM were full with normal pursuit and saccade, V. light touch intact in all three divisions bilaterally, VII. No asymmetry or weakness, VIII. Actuity intact to finger | |

| Date | Category | Sub-Category | Detail | Notes |
|---|---|---|---|---|
| | | | rub bilaterally, IX, X. Palate rose in midline, XI. Sternocleidomastoid, trapezius strength intact, XII. Tongue protruded midline w/o atrophy or fasciculation, | |
| | | Sensory: | normal light touch, pain, vibration and temperature. Romberg negative | |
| | | Motor Strength: | Strength 5/5 with normal mass and tone | |
| | | Reflexes: | 2+ all extremities | |
| | | Babinski: | absent | |
| | | Gait: | normal | |
| | | Cerebellar testing grossly/intact: | finger to nose intact bilaterally, rapid alternating movements intact in both upper and lower extremities. | |
| | | Tremors: | absent | |
| | | Cortical functions: | alert and oriented x 3, speech fluent, no dysarthria | |
| | Musculoskeletal | Upper extremity joints: | unremarkable | |
| | | Lower extremity joints: | unremarkable | |
| | | Cervical spines: | unremarkable | |
| | | L-S spines: | unremarkable | |
| | General | Appearance: | alert cooperative pleasant | |
| | | Build: | average | |
| | | Appears stated age: | yes | |
| | Psychology | Hallucinations | none | |
| | | Affect | normal | |
| | | Delusions | none | |
| | Respiratory | Breath sounds bilaterally: | clear, symmetrical | |
| | | Dyspnea: | no | |
| | Skin | edema | none | |
| | | Skin | Normal Exam | |

# Care team

**Guarantor** KRISTIN MORGASON

**Contact info**

MORGASON,MICHAEL | **DOB:** | **Acc No:** 561350 | Male

***©Powered by eClinicalWorks***

MORGASON,MICHAEL | **DOB:** | **Acc No:** 561350 | Male

# Progress Notes

## MATTHEW NIX at 9/11/2023 1:40 PM

**Subjective:**

Subjective

**Patient ID:** Michael Ray Morgason is a 53 y.o. male.

1. Dyslipidemia - pt taking atorvastatin 40 mg qday; needs rfs; will send in today.

2. Small fiber neuropathy - seeing Dr. Morales in Sherman, TX (neurology) for this; investigating other possible etiologies of sxs in addition to the small fiber neuropathy.

Review of Systems

**Objective:**

Objective

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:

General: He is not in acute distress.

Appearance: Normal appearance. He is not ill-appearing.

Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.

Heart sounds: Normal heart sounds. No murmur heard.

Neurological:

Mental Status: He is alert.

**Assessment/Plan:**

Assessment

**Problem List Items Addressed This Visit**

**Dyslipidemia**

Relevant Medications

atorvastatin (LIPITOR) 40 MG tablet

Electronically signed by MATTHEW NIX at 9/11/2023 1:57 PM

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

| Test | Ordered By | Date |
|---|---|---|
| CV TRANSTHORACIC ECHO 2D COM... | Sandeep Singh, MD | Jun 12, 2023 |

Name: Michael Ray Morgason | DOB: 7/31/1970 | MRN: 9698053 | PCP: TERRY ALLEN KNIGHTON, RN NP | Legal Name: Michael Ray Morgason

# CV TRANSTHORACIC ECHO 2D COMPLETE - Details

## Interpretation Summary

- Left ventricle is normal in size. Low normal left ventricular systolic function with EF of 50-55% by visual assessment. Global longitudinal strain is -13.0 %.
- Grade 1 left ventricular diastolic dysfunction with normal LA filling pressure.
- Right ventricle is normal in size with normal systolic function.
- There is mild mitral regurgitation.

**Sandeep Rajan Singh, MD, MBA, FACC, FACP**
Cardiology Consultants of Texas
Health Texas Provider Network (HTPN)
Baylor Scott & White Health System
Assistant Professor of Medicine (Affiliated)
Texas A&M College of Medicine, Dallas, TX
https://www.bswhealth.com/locations/cardiology-consultants-of-texas/
Office: 469-800-7400

MyChart® licensed from Epic Systems Corporation © 1999 - 2023 P33

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 5/24/2023 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

### History

**History of Present Illness** (Wrist)

patient returns. Right carpal tunnel and right thumb CMC and done well from previous surgery. Patient is now having worsening numbness in the left hand. Recent nerve testing positive for left carpal tunnel.

### Exam

| | |
|---|---|
| **Wrist** | Good thenar strength and function. Mild positive Tinel's. |

### Vital Signs

| | |
|---|---|
| **Height** (in) | 70.0 |
| **Weight** (lbs) | 170.0 |
| **BMI** | 24.4 |

### Diagnosis

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |

### Plan

| | |
|---|---|
| **Wrist** | Treatment options discussed. Today, injected left carpal tunnel and provided with night splint. I'll see him back in 6 weeks, to check his progress |
| **General** | BMI is documented within normal parameters and no follow-up plan is required. |
| **General** | Patient screened for tobacco use and identified as a user but did not receive tobacco cessation counseling report. |

### Procedure

**Left** **Wrist** INJECTION, Therapeutic, Carpal Tunnel

The left palmar wrist was cleansed and prepped from the injection. The carpal tunnel was injected with 1.5 cc of Kenalog and 1.5 cc 2% Lidocaine. The injection was given just proximal to the wrist flexion crease in line with the ring finger ray and the ulnar flexor bursa. The patient tolerated the procedure fine. Before the injection was given, the risks and benefits were discussed with the patient.

**Left** **Wrist** Wrist Brace

**Hugh Frederick,MD**

Electronically signed on 5/24/2023 3:12 PM

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: MORGASON (Last) MICHAEL (First) RAY (Middle)

Date of Birth: ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Michael Morgason **DATE** 10/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** MICHAEL RAY MORGASON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRESS:** ____________
(Street)

____________
(City) (State) (Zip Code)

**PHONE NO:** ____________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Michael Morgason CLAIM NUMBER: 1210046281

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES 03/01/2023 TO CURRENT**

**DOCTORS:** SEE ATTACHED SPREADSHEET

Name: ____ Specialty: ____ Name: ____ Specialty: ____
Address: ____ Address: ____
City: ____ State: ____ Zip Code: ____ City: ____ State: ____ Zip Code: ____
Phone: ____ Fax: ____ Phone: ____ Fax: ____
Dates Seen: ____ to ____ Dates Seen: ____ to ____

Name: ____ Specialty: ____ Name: ____ Specialty: ____
Address: ____ Address: ____
City: ____ State: ____ Zip Code: ____ City: ____ State: ____ Zip Code: ____
Phone: ____ Fax: ____ Phone: ____ Fax: ____
Dates Seen: ____ to ____ Dates Seen: ____ to ____

**PHARMACIES:**

Name: ____ Name: ____
Address: ____ Address: ____
City: ____ State: ____ Zip Code: ____ City: ____ State: ____ Zip Code: ____
Phone: ____ Fax: ____ Phone: ____ Fax: ____
Dates: ____ to ____ Dates: ____ to ____

**HOSPITALS:**

Name: ____ Name: ____
Address: ____ Address: ____
City: ____ State: ____ Zip Code: ____ City: ____ State: ____ Zip Code: ____
Phone: ____ Fax: ____ Phone: ____ Fax: ____
Dates Confined: ____ to ____ Dates Confined: ____ to ____

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: SEE ATTACHED INSURANCE CARD Policy Number: ____
Address: ____ Member ID: ____
City: ____ State: ____ Zip Code: ____ Dates of Coverage: ____ to ____
Phone Number: ____ Fax Number: ____

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature Michael Morgason Date 10/05/2023

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.



**Lincoln/Morgason 2003**

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

| TREATING MEDICAL PROFESSIONALS | | | | |
|---|---|---|---|---|
| **Date** | **Facility/DOCTOR** | **Address** | **Phone #** | **Fax #** |
| 02/17/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 04/10/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 04/17/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 04/21/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 05/12/2023 | LabCorp | 300 N Highland Ave, STE 320, Sherman, TX 75092 | 903-893-8346 | |
| 05/12/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 05/24/2023 | Hugh A Frederick Md | 9301 N Central Expy, Dallas, TX 75225 | 214-528-4185 | |
| 06/12/2023 | Baylor Scott & White/SINGH | 400 Interstate Hwy 30 W STE 300 Greenville, TX 75402 | 469-800-3400 | |
| 06/23/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 07/10/2023 | Advanced Cardiovascular Spec/HAYNIE | 1453 E Bert Kouns Industrial Loop Ste. 112, Shreveport, LA 71105 | 318-798-9400 | |
| 08/07/2023 | Advanced Cardiovascular Spec/SMITH | 1453 E Bert Kouns Industrial Loop Ste. 112, Shreveport, LA 71105 | 318-798-9400 | |
| 08/07/2023 | Advanced Cardiovascular Spec/HAYNIE | 1453 E Bert Kouns Industrial Loop Ste. 112, Shreveport, LA 71105 | 318-798-9400 | |
| 09/08/2023 | Texoma Neurology Assoc/MORALES | 321 N Highland Ave, STE 200, Sherman, TX 75092 | 903-893-5141 | 903-893-5891 |
| 09/11/2023 | Sw Fam Prac UAMS/NIX | 3417 U of A Way, Texarkana, AR 71854 | 870-779-6000 | 870-779-6000 |
| 09/08/2023 | LabCorp | 300 N Highland Ave, STE 320, Sherman, TX 75092 | 903-893-8346 | |
| 09/12/2023 | LabCorp | 300 N Highland Ave, STE 320, Sherman, TX 75092 | 903-893-8346 | |
| **PHARMACIES** | | | | |
| 06/23/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 05/02/2023 | Express Scripts | MAIL ORDER | | |
| 03/12/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 06/23/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 05/12/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 06/10/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 02/17/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 05/12/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |
| 09/11/2023 | Express Scripts | MAIL ORDER | | |
| 05/12/2023 | Cvs #10019 | 3908 N State Line Ave, Texarkana, AR 71854 | 870-772-0236 | |

BlueCross BlueShield

MICHAEL MORGASON
J4C133994594001

| | |
|---|---|
| Group | J4C363 |
| BC/BS Plan | 363/865 |
| RxGrp | HMRK001 |
| RxBIN | 610014 |

| | | |
|---|---|---|
| Network PCP | $25 | |
| Network SP | $50 | |
| Network ER | $200 | |
| | Network | OON |
| Ind Ded | $1000 | $2000 |
| Fam Ded | $2000 | $6000 |
| Ind OOP | $2000 | $4000 |
| Fam OOP | $4000 | $12000 |
| Ind TMoop | $2000 | N/A |
| Fam TMoop | $4000 | N/A |

PPO ℞

Blues on Call: 24-hour access to nurses who provide health education and support services.

To receive high level benefits: Receive care from a network provider. Receiving non-emergency care through an out-of-network provider will result in a reduced level of benefits.

All in and out of network inpatient admissions and certain outpatient medical services require authorization.

Highmark Blue Cross Blue Shield provides administrative claims payment services and does not assume any financial risk or obligation with respect to claims.

www.highmarkbcbs.com

| | |
|---|---|
| Member Service | 1-888-601-2399 |
| Blues on Call | 1-888-601-2399 |
| Call for Precertification: | |
| Mental Health | 1-888-601-2399 |
| Substance Abuse | 1-888-601-2399 |
| Other Admissions | 1-888-601-2399 |

Providers: File claims to the local BC/BS plan.
Members: File claims to:
Highmark Blue Cross Blue Shield
P.O. Box 3355
Pittsburgh, PA 15230-3355
Highmark Blue Cross Blue Shield is an independent Licensee of the Blue Cross and Blue Shield Association.

**Lincoln/Morgason 2006**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: Michael Morgason

CLAIM NO: 1210046281

EMPLOYER/SPONSOR: Texarkana Independent School District DATE OF BIRTH

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: NONE Certificate Program completed: NONE

Associates Degree: N/A College: number of years: NONE

Bachelor's Degree: BA /BS Major: N/A Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: ____

Professional Training, License, Certificates(s): NONE

Are you currently attending any classes: ☐Y ☒N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: NONE

Primary language spoken: ENGLISH Other language(s) spoken fluently: NONE

Additional Skills, Hobbies & Volunteer Work
N/A

Did you serve in the Armed Forces? ☐Y ☒N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: TEXARKANA ISD Department: MAINTENANCE From: 2014 To: 2020
   Job Title(s): SKILLED MAINTENANCE
   Supervisory Experience ☐Y ☒N
   Tasks/Duties/Physical Requirements (please be specific): SEE ATTACHED JOB DESCRIPTION

2. Company: TEXARKANA OVERHEAD DOO Department: LABOR From: 2008 To: 2014
   Job Title(s): INSTALLER
   Supervisory Experience ☐Y ☒N
   Tasks/Duties (please be specific): INSTALL/REPAIR GARAGE DOORS

3. Company:________________ Department:________________ From:______ To:______
   Job Title(s):________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):________________

4. Company:________________ Department:________________ From:______ To:______
   Job Title(s):________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):________________

5. Company:________________ Department:________________ From:______ To:______
   Job Title(s):________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other:__________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☒None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☒ If yes, WPM (words per minute) __________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Morgason2@ Gmail.com Work: n/a

**SIGNATURE:** [signature] **PHONE NO:** ________



**Lincoln/Morgason 2008**

# Skilled Maintenance, Non Licensed

COPY

**Employee Name (Print):** ______________________________

| | | | |
|---|---|---|---|
| **Reports To:** | Director of Maintenance & Construction | **Classification:** | Auxiliary |
| **Dept/Campus:** | Maintenance | **Paygrade:** | A-7 |
| **Wage/Hr Status:** | Nonexempt | **Revised:** | October 2014 |

This job description reflects management's assignment of essential functions; it does not prescribe or restrict the tasks that may be assigned.

**PRIMARY PURPOSE:**
Assist in following routine maintenance and repair procedures for assigned areas to maintain a high standard of safety and efficiency of all buildings and equipment.

**QUALIFICATIONS:**

**Education/Certification:**
High School Diploma or GED
Valid Driver's License

**Special Knowledge/Skills:**
Knowledge of basic techniques of repair and new installation of assigned areas (carpentry, electrical, HV/AC, plumbing, etc.)
Ability to operate tools and equipment common to assigned area
Ability to perform mathematical calculations
Ability to diagnose and resolve problems

**Experience:**
Three to five years experience in maintenance related work

**MAJOR RESPONSIBILITIES AND DUTIES:**

1. Receive and complete work orders
2. Assemble, install, maintain, repair and test electrical, HVAC and other systems as assigned according to specifications and codes.
3. Plan and complete carpentry projects and repair as assigned
4. Fabricate, install, repair and replace doors, windows, flooring, ceiling materials, glass building hardware, screens, plastic laminate, etc.
5. Move, install, assemble and repair district property such as soap/towel dispensers, pencil sharpeners, marker boards, etc.
6. Maintain items/equipment district wide by changing plugs, bulbs, switches, filters, etc. according to schedule or as necessary.
7. Detect needed repairs on buildings, grounds, and equipment by following established inspections procedures.
8. Maintain preventative maintenance schedules and procedures
9. Maintain required reports and records



**Lincoln/Morgason 2009**

10. Maintain sprinkler systems (controller, heads, etc.)
11. Use care in the use of all school equipment and property.
12. Assist on any maintenance, repair projects as assigned.
13. Operate tools, equipment, and machinery in a safe manner.
14. Help keep shop, equipment, and tools in safe operating condition.
15. Correct unsafe conditions in work area and report any conditions that are not correctable to supervisor immediately.

**SUPERVISORY RESPONSIBILITIES:**
None

**EQUIPMENT USED:**
Tools and equipment common the assigned trade.

**WORKING CONDITIONS:**

**Physical Demands/Environmental Factors:**
Constantly moves about district facilities and grounds; typically bends, stoops and crouches on a regular basis; frequently lifts, carries or otherwise positions/repositions heavy objects, equipment and supplies; ability to position self and perform work in various areas of the facility including elevated surfaces; variable working hours, on call 24hrs.
Inside, outside, hot and cold conditions, also some conditions that may require safety equipment and protection, work around moving objects or vehicles; work on ladders and scaffolding, exposure to dampness and humidity; slippery or uneven surfaces

---

The foregoing statements describe the general purpose and responsibilities assigned to this job, and are not an exhaustive list of all responsibilities, duties and skills that may be required.

______________________________ ______________________________
Employee Date

______________________________ ______________________________
Supervisor Date



**Lincoln/Morgason 2010**

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: -- -- -- --

Occupation: Welder/fabrication Claim Number: 1210046281

Date of Last Office Visit: 09/11/2023 Date of Next Office Visit: not scheduled

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:________ Date:________

Provider Printed Name:________ Degree: ☐ MD ☐ DO Other________

Specialty:________ Phone:________

**OR**

☒ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | X | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X | | | |
| Stand | | X | | | |
| Walk | | X | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | X | | | |
| Finger | | X | | | R / L / (Both) |
| Handle | | X | | | R / L / (Both) |
| Operate Foot Controls | X | | | | R / L / (Both) |
| Reach above the shoulder | X | | | | R / L / (Both) |

Are there environmental factors that the patient should avoid? ☒Yes ☐No Specify: Heights, wet/slip conditions, upper & lower ext dexterity

Specific Limitations or Restrictions not noted above:________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 10/05/2023

Provider Printed Name: Matthew Nix Degree: ☒ MD ☐ DO Other________

Specialty: Family Medicine Phone: 870-774-6000

Address: 3417 Unit A Hwy Texarkana, AR 71854

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name Michael Morgason    Return Form By ________

Policy No 00001025317200000    Claim No 1210046281

When do you expect to be able to return to work in either your own or another occupation?
Unknown

Describe your current symptoms.
See list attached

What do you believe is the cause of your continuing disability and what could be done about it?
Unknown - Continue w/ diagnostic testing & consult w/ various specialists.

Describe your current restrictions/limitations specifically and thoroughly.
See attached.

Describe your present activities.
See attached.

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☑ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
See attached medical records - Dr Morales & Dr. Nix

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☑ No | ________ | $________ | Unemployment Compensation | ☐ Yes ☑ No | ________ | $________ |
| Dependent Social Security | ☐ Yes ☑ No | ________ | $________ | State Disability Benefits | ☐ Yes ☑ No | ________ | $________ |
| Workers' Compensation | ☐ Yes ☑ No | ________ | $________ | Any other disability benefit-Federal, State | ☐ Yes ☑ No | ________ | $________ |
| Pension Disability or Pension Retirement | ☐ Yes ☑ No | ________ | $________ | Disability Income from Automobile Policy | ☐ Yes ☑ No | ________ | $________ |
| Railroad or Canadian Pension | ☐ Yes ☑ No | ________ | $________ | Statement from injury causing disability | ☐ Yes ☑ No | ________ | $________ |

Please refer to your Policy for definitions:

| | | | | |
|---|---|---|---|---|
| Are you claiming Total Disability? | ☑ Yes ☐ No | Dates of Total Disability: | From ________ | Through ________ |
| Are you claiming Partial Disability? | ☐ Yes ☑ No | Dates of Partial Disability: | From ________ | Through ________ |
| Have you performed any type of work? | ☐ Yes ☑ No | Dates of any Work: | From ________ | Through ________ |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic c[illegible] l as the original.

Date 10/05/2023    Telephone Numbe    Social Security #

Employee's Signature Michael Morgason

Address

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## Symptoms

Short of breath when lying down/bending over

Dizziness upon standing, lightheadedness

Low back, right hip & testicular pain

Head itches when hot/upset

Bone pain (side of right calf between knee & ankle) w/muscle cramps/spasms

Weak when walking short distances (weakness occurs more quickly w/incline)

Difficulty ascending stairs & walking uphill

Cannot carry lightweight items for more than a few seconds, drops things often

Feels like body shaking on the inside; Anxious on car rides suddenly

Hand tremors, muscle loss, fatigue, tops thighs/around knees extremely achy

Jaw twitching & electric shock pain often times while chewing

Exhausting to hold arms above head - wash hair. Showering is exhausting.

Pelvic/hips/thighs feel "alive" (like hooked to a battery charger)

Tired legs every morning (back of both legs ankles to knees)

Muscles sore for days w/minimal exertion

Feet swell - top R foot hurts

Confusion, forgetfulness, inability to multitask

Issues hearing, comprehending and concentrating

Muscles draw up and have to mentally and physically try to "relax" them

Top right thigh sometimes feels hot, cold or wet in 1 spot. Same w/bottom L foot

Weird sensations in legs before urinating/bowel movements

Visible muscle spasms at base of my throat; Voice breaks up/drops off

Disrupted sleep – trouble going to sleep but always tired

**Lincoln/Morgason 2017**

R shin/lower back itches – a lot and often

Spasms getting positioned in bed - neck, chest, pelvis, hip and arm

Leg feel heavy and "alive" upon waking and throughout day
– legs feel like logs and like shoes are made of concrete, the back of thighs HURT on car rides.

Sporadic issues w/swallowing

Right knee/calf gives out

Chew intensive food causes jaw fatigue

Excessive head sweat while eating, get full quickly & hiccups after eating

Eye issues (floaters, triangles & blurry); Eyes water excessively

Increased salivation/sinus drainage

Excessive sweating and feel so hot I could explode – even when others aren't

Sensitive to loud noises - startled

Soft, brittle fingernails

Eyes sensitive to dark/light changes

Difficulty w/feet/hand position

## Restrictions/Limitations

I try to limit bending over or standing up too quickly. Also lay down in bed at night slowly, in stages, or I'll have issues w/breathing. I have to slowly shower and dress for the day. Most times I have to rest before I can get dressed. I can't tolerate cold or hot temps so outdoor activities are limited. Can't walk long distances or uphill, can't climb stairs, can't sit or stand for long periods of time. Cannot hold/operate anything that vibrates (power tools, blower, weed eater).

## Present Activities

Most days are spent trying to get comfortable. The activities of daily living can take up the better part of my day. I rarely leave home unless I have a doctor's appointment.

9301 N. Central Expressway, Suite 350
Dallas, Texas 75231
Phone: 214-528-4185
Fax: 214-528-3074

Hugh A. "Bo" Frederick, M.D.
David A. Muzykewicz, M.D.

# FAX

To: Lincoln Financial: Keshia Kurtz From: Enju

Fax: 877-843-3950 Pages: 10

Phone: 800-423-2765 Date: 9/22/23

Re: #1210046281 CC:

__Urgent __Review __Please Comment __Please reply

**Comments:**

The documents accompanying this facsimile transmittal are intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you are not the intended recipient, you are hereby notified that law strictly prohibits any disclosure, copying, distribution, or action taken in reliance on the contents of these documents. If you have received this fax in error, please notify the sender immediately to arrange for return of these documents.

Lincoln
Financial Group®

**To:** **Dr Bo Frederick MD**
Company:
Fax: (214)528-3074
Phone:

**From:** **Keshia Kurtz**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, September 18, 2023 3:43:56 PM
**Number of pages including this cover sheet:** 07

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $52.12. For Pages 11-60 a fee of $1.76 per page; For Pages 61-400 a fee of $.86; for any remaining Pages a fee of $0.47. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $79.39, and there is a $1.81 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $94.42. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $50 for the first 20 pages and $0.50 per page for every page thereafter.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload7542210188831512380

Lincoln Financial Group®

# Authorization for Release of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth: ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: Self

**ADDRESS:** ____

**PHONE NO:** ____

Lincoln Financial Group®

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

(PLEASE see FRAUD NOTICES attached)

Patient Name: Michael Morgason Date of Birth:

Occupation: Claim Number: 1210046281

Date of Last Office Visit: 05/24/2023 Date of Next Office Visit: PRN

☒ The patient does not have functional limitations or restrictions

Provider's Signature: [signature] M.D. Date: 09/22/2023

Provider Printed Name: Hugh Frederick, MD Degree: ☒ MD ☐ DO Other

Specialty: Hand & Wrist Orthopedic Surgeon Phone: 214-528-4185

OR

☐ The patient has the following functional/limitations or restrictions:

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:

Specific Limitations or Restrictions not noted above:

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: Date:

Provider Printed Name: Degree: ☐ MD ☐ DO Other

Specialty: Phone:

Address:

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 5/24/2023 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

**History**

**History of Present Illness** (Wrist)

patient returns. Right carpal tunnel and right thumb CMC and done well from previous surgery. Patient is now having worsening numbness in the left hand. Recent nerve testing positive for left carpal tunnel.

**Exam**

**Wrist** Good thenar strength and function. Mild positive Tinel's.

**Vital Signs**

| | |
|---|---|
| **Height** (in) | 70.0 |
| **Weight** (lbs) | 170.0 |
| **BMI** | 24.4 |

**Diagnosis**

G56.02 Carpal tunnel syndrome, left upper limb

**Plan**

| | |
|---|---|
| **Wrist** | Treatment options discussed. Today, injected left carpal tunnel and provided with night splint. I'll see him back in 6 weeks, to check his progress |
| **General** | BMI is documented within normal parameters and no follow-up plan is required. |
| **General** | Patient screened for tobacco use and identified as a user but did not receive tobacco cessation counseling report. |

**Procedure**

**Left** **Wrist** INJECTION, Therapeutic, Carpal Tunnel

The left palmar wrist was cleansed and prepped from the injection. The carpal tunnel was injected with 1.5 cc of Kenalog and 1.5 cc 2% Lidocaine. The injection was given just proximal to the wrist flexion crease in line with the ring finger ray and the ulnar flexor bursa. The patient tolerated the procedure fine. Before the injection was given, the risks and benefits were discussed with the patient.

**Left** **Wrist** Wrist Brace

**Hugh Frederick,MD**
Electronically signed on 5/24/2023 3:12 PM

Lincoln Financial Group®

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

(PLEASE see FRAUD NOTICES attached)

Patient Name: Michael Morgason ______ Date of Birth: ______

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

Address: ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

MAYO CLINIC

# FAX

**TO:** **To whom it may concern**
Company:
Fax: 918778433950
Phone:

**FROM:**

**NOTES:**

**Date and time of transmission: Thursday, September 21, 2023**
**Number of pages including this cover sheet: 08**

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is **confidential**. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at **Rochester 800-533-1564, Florida 800-629-6362,** or **Arizona 866-634-1417** and destroy the original message. Thank you.

Lincoln Financial Group®

Unable to complete the attached forms as patient has not been seen by our provider in over a year.

**To:** **Nora Osborn PA-C**
Company:
Fax: (904)953-2242
Phone:

**From:** **Keshia Kurtz**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, September 18, 2023 3:30:18 PM
**Number of pages including this cover sheet:** 07

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

NORA OSBORN PA-C
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload9131330940854383827

Mayo Clinic Fax 104 9/21/2023 8:59:07 AM CDT PAGE 8/008 Fax Server

09/18/23 15:35:11 Lincoln Financial -> Mayo Clinic Fax 106 Lincoln Financial Gr Page 007

Lincoln Financial Group®

Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ____

____ (City) (State) (Zip Code)

**PHONE NO:** ____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC11609

Page 1 of 1
5/17

PAGE 8/8 * RCVD AT 9/21/2023 9:59:06 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:8778433950 * CSID:Mayo Clinic Fax 104 * ANI:5075386000 * DURATION (mm-ss):05-27

MAYO CLINIC

# FAX

**TO:** **To whom it may concern**
Company:
Fax: 918778433950
Phone:

**FROM:**

**NOTES:**

**Date and time of transmission: Thursday, September 21, 2023**
**Number of pages including this cover sheet: 08**

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is **confidential**. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at **Rochester 800-533-1564, Florida 800-629-6362,** or **Arizona 866-634-1417** and destroy the original message. Thank you.

Lincoln
Financial Group®

Unable to complete the attached forms as patient has not been seen by our provider in over a year.

**To:** **Nora Osborn PA-C**
Company:
Fax: (904)953-2242
Phone:

**From:** **Keshia Kurtz**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, September 18, 2023 3:30:18 PM
**Number of pages including this cover sheet:** 07

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

NORA OSBORN PA-C
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload9131330940854383827

Lincoln Financial Group®

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ______

______ (City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: ______

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other ______

Specialty: ______ Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other ______

Specialty: ______ Phone: ______

Address: ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

From: Production Primary 18666747481 2023-09-19 09:57:15 EDT Page: 01 of 10 To: ,

7CD3253237124838AC47, MORGASON, 1

PAGE 1/10 * RCVD AT 9/19/2023 9:58:09 AM [Eastern Daylight Time]* SVR:VA1PWFAX101/3 * DNIS:8778433950 * CSID:18666747481 * ANI:5034367160 * DURATION (mm-ss):10-30

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial Group , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with ScanSTAT Technologies or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609

OMAHA, NE 68103

7CD3253237124838AC47

Lincoln Financial Group®

**To:** **Dr. Wenchun Qu**
Company:
Fax: (904)953-2242
Phone:

**From:** **Keshia Kurtz**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, September 18, 2023 3:33:14 PM
**Number of pages including this cover sheet:** 07

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR. WENCHUN QU
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload2299194658670146657

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, **I** (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Michael Morgason **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ____________

____________ (City) (State) (Zip Code)

**PHONE NO:** ____________

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: ______

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

Address: ______

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Notice for Exception of Processing Request for Medical Records

Date: 09/19/2023 Patient: MICHAEL MORGASON

Attention Requestor:

**We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):**

- ☐ We have no record of treatment for the above referenced patient.
- ☐ We have no record of treatment for the date(s) of service you request.
- ☐ Due to their age, the records you have requested have been destroyed in accordance with state and federal destruction guidelines. This record no longer exists.
- ☐ A ***HIPAA compliant authorization*** was not included in your request. Please re-submit the attached HIPAA release/authorization form once completed by the patient.
- ☐ The records you have requested contain "sensitive & highly confidential" information. This information may be released via specific written consent from the patient. Please find the attached "***Authorization to Release Sensitive Information Form***".
- ☐ The Medical Records Department is not responsible for completing forms or responding with narratives. If you wish to obtain copies of medical records, please submit a written request with a valid authorization. Please be advised that there may be a charge for this service.

**The HIPAA Authorization submitted lacks one or more of the following required elements:**

- ☐ Identification of the patient (name, date of birth, or social security number)
- ☐ A ***Description of the information to be disclosed*** must appear in the request.
- ☐ An ***explanation/reason of the disclosure*** must be stated.
- ☐ The notification statement pertaining to the individual's ***right to revoke*** authorization was missing from your request.
- ☐ The notification statement pertaining to the potential for disclosed information to be ***re-disclosed by recipient*** was missing from your request.
- ☐ The form must identify the person or entity authorized to ***release the PHI.***
- ☐ The form must identify those person(s) authorized to ***obtain/receive the PHI.***
- ☐ The form must be ***signed and dated by the patient*** or documented representative. (Documentation must be present with request/authorization.)
- ☐ The patient is deceased. A ***Death Certificate, Affidavit of Relationship, or Letter of Administration/Testament*** must accompany the request.
- ☐ The form must provide a ***date of expiration.***
- ☐ We are unable to release records to a 3rd party requestor. A ***Letter of Representation*** must accompany your request.
- ☐ Please provide an authorization with an updated signature and date. (Signature must be subsequent to the last treatment date requested.)
- ☒ **Other-**

This is not a Mayo accepted signature.

**<u>Please re-submit your request with the appropriate documentation</u>**

7CD3253237124838AC47, MORGASON, 10

Lincoln Financial Group®

**To:** **Dr Shaida Khan DO**
Company:
Fax: (214)645-9141
Phone:

**From:** **Keshia Kurtz**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, September 18, 2023 3:40:52 PM
**Number of pages including this cover sheet:** 07

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR SHAIDA KHAN DO
RELEASE OF INFORMATION
UT SOUTHWESTERN
5303 HARRY HINES BLVD 4TH FLOOR SUITE 108
DALLAS, TX 75390

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $52.12. For Pages 11-60 a fee of $1.76 per page; For Pages 61-400 a fee of $.86; for any remaining Pages a fee of $0.47. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $79.39, and there is a $1.81 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $94.42. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $50 for the first 20 pages and $0.50 per page for every page thereafter.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload5931375029791846183

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth: / / Social Security Number:

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** 2623 E 35th St.
(Street)

(City) (State) (Zip Code)

**PHONE NO:**

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: ____________

Occupation: ____________ Claim Number: 1210046281

Date of Last Office Visit: ____________ Date of Next Office Visit: ____________

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ____________ Date: ____________

Provider Printed Name: ____________ Degree: ☐ MD ☐ DO Other ____________

Specialty: ____________ Phone: ____________

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ____________

Specific Limitations or Restrictions not noted above: ____________

____________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ____________ Date: ____________

Provider Printed Name: ____________ Degree: ☐ MD ☐ DO Other ____________

Specialty: ____________ Phone: ____________

Address: ____________

HEALTHMARK GROUP

# Fax Cover Sheet

P.O. Box 735443
DALLAS, TX 75373-5443
800.659.4035
800.833.5935 (fax)

## To

| Name | Company/Firm | Phone | Ext. | Fax |
|---|---|---|---|---|
| MEDICAL RECORDS | LINCOLN FINANCIAL | 8004232765 | | 8778433950 |

## From

| Name | Extension | Email |
|---|---|---|
| | | |

| Records From | Reference | Subject | Date | Pages (Including Cover Sheet) |
|---|---|---|---|---|
| UT SOUTHWESTERN MEDICAL CENTER - MEDICAL | 1210046281 | Morgason, Michael | 09/19/23 | 8 |

## Message

To Whom It May Concern:

There are No Records for the Date of Service you have requested.

HealthMark Group is contracted by the medical facility to fulfill all medical record requests. As a contracted business associate, we are obligated to follow HIPAA regulations which protects the confidentiality of a patient's Protected Health Information (PHI).

If you have any questions, please contact our customer support number at 800-659-4035 or by email at status@healthmark-group.com.

Please call us immediately if the fax you receive is incomplete or illegible.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone toll free at 1 800.659.4035 and return the original message to us at the above address via the US Postal Service. Thank You. HealthMark Group, LLC.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

| | | |
|---|---|---|
| Re: | Policy Number: | 00001025317200000 |
| | Claim Number: | 1210046281 |
| | Patient: | Michael Morgason |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $52.12. For Pages 11-60 a fee of $1.76 per page; For Pages 61-400 a fee of $.86; for any remaining Pages a fee of $0.47. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $79.39, and there is a $1.81 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $94.42. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $50 for the first 20 pages and $0.50 per page for every page thereafter.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ______________________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload7542210188831512380

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _ ____________

Occupation: ______________________ Claim Number: 1210046281

Date of Last Office Visit: ______________ Date of Next Office Visit: ______________

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______________________ Date:______________________

Provider Printed Name:______________________ Degree: ☐ MD ☐ DO Other_____________

Specialty:______________________ Phone:______________________

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______________________

Specific Limitations or Restrictions not noted above:______________________

______________________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______________________ Date:______________________

Provider Printed Name:______________________ Degree: ☐ MD ☐ DO Other_____________

Specialty:______________________ Phone:______________________

Address:_ ______________________



**Lincoln/Morgason 2065**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ______
(Street)

______ (City) (State) (Zip Code)

**PHONE NO:** ______

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR SHAIDA KHAN DO
RELEASE OF INFORMATION
UT SOUTHWESTERN
5303 HARRY HINES BLVD 4TH FLOOR SUITE 108
DALLAS, TX 75390

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $52.12. For Pages 11-60 a fee of $1.76 per page; For Pages 61-400 a fee of $.86; for any remaining Pages a fee of $0.47. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $79.39, and there is a $1.81 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $94.42. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $50 for the first 20 pages and $0.50 per page for every page thereafter.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ______________________________ Date: ____________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload5931375029791846183

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _ ______________

Occupation: ______________________________ Claim Number: 1210046281

Date of Last Office Visit: ______________________ Date of Next Office Visit: ______________

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______________________________ Date:______________________

Provider Printed Name:______________________________ Degree: ☐ MD ☐ DO Other______________

Specialty:______________________________ Phone:______________________

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______________________

Specific Limitations or Restrictions not noted above:______________________________________

______________________________________________________________________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______________________________ Date:______________________

Provider Printed Name:______________________________ Degree: ☐ MD ☐ DO Other______________

Specialty:______________________________ Phone:______________________

Address:_ ______________________________________________________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ____
(Street)

____ (City) (State) (Zip Code)

**PHONE NO:** ____

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR. CHRISTOPHER LAMB
RELEASE OF INFORMATION
4500 SAN PABLO RD. S
JACKSONVILLE, FL 32224

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload3808479976388649930

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _ ____________

Occupation: ____________ Claim Number: 1210046281

Date of Last Office Visit: ____________ Date of Next Office Visit: ____________

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:____________ Date:____________

Provider Printed Name:____________ Degree: ☐ MD ☐ DO Other____________

Specialty:____________ Phone:____________

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:____________

Specific Limitations or Restrictions not noted above:____________

____________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:____________ Date:____________

Provider Printed Name:____________ Degree: ☐ MD ☐ DO Other____________

Specialty:____________ Phone:____________

Address:_ ____________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.
5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ____
(Street)

____ (City) (State) (Zip Code)

**PHONE NO:** ____

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

DR. WENCHUN QU
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

| | | |
|---|---|---|
| Re: | Policy Number: | 00001025317200000 |
| | Claim Number: | 1210046281 |
| | Patient: | Michael Morgason |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ______________________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload2299194658670146657

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

Address: _ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.
5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ____
(Street)

____ (City) ____ (State) ____ (Zip Code)

**PHONE NO:** ____

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 18, 2023

NORA OSBORN PA-C
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 3/1/2023 to present |
| Diagnostic Test Results | 3/1/2023 to present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Keshia Roloff
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Upload9131330940854383827

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______

Specific Limitations or Restrictions not noted above:______

______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

Address:_ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason Michael R
(Last) (First) (Middle)

Date of Birth __ Social Security Number: ________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ________
(Street)

________ (City) (State) (Zip Code)

**PHONE NO:** ________

Date: Thu Sep 14 13:30:40 CDT 2023
From: Donald Porter <Donald.Porter@lfg.com>
To: morgason2@gmail.com
Message-ID: <1106066730.8.1694716240939.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Donald Porter**
**Associate, LTD Claims**
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800 423 2765 x6734
Fax: 8778433950
Email: Donald.Porter@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 14, 2023

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

This letter is in reference to your claim for Long Term Disability benefits.

As you will recall in your original approval letter we advised your policy provides 36 months of benefits as long as you are unable to perform the main duties of your Own Occupation.

The Own Occupation Period begins at the end of the Elimination Period and ends 36 months later. Your Own Occupation Period will end on 05/19/2024.

At this time we are re-evaluating your claim to determine if you are Totally Disabled from any occupation. To make an appropriate determination, we will be evaluating current medical documentation and your past training, education and work experience.

Therefore, we must obtain the following information from you:

- ☐ Insured's Supplementary Statement form
- ☐ Treating Medical Professionals form
- ☐ Training Education Experience form
- ☐ Current Authorization signed and dated -- needed to obtain copies of all medical records
- ☐ Abilities Form – To be completed by your medical provider
- ☐ Medical Records from all providers related to your disability from 03/01/2023 to present

You have the following options to return any forms or medical information related to your claim:

**Email:** NationalAccountClaims@LFG.com

**Fax:** (877) 843-3950

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Online Disability Claims Portal:** If you haven't already checked out our secure portal, you'll want to do so. Here you can access information and upload documents to support the processing of your claim. You can visit www.LincolnFinancial.com to register.

**Mail To:**

Lincoln Financial Group
PO Box 2609
Omaha, NE 68103-2609

Once we receive this information from you, we will assist you in obtaining the medical records from your physicians by sending a request to them directly. However, you are ultimately responsible to ensure that sufficient proof is provided in support of your claim for continuing disability beyond the Own Occupation Period. If all requested information is not provided in a timely manner, we may proceed with our determination based on the available information. This determination, however, may be negatively impacted if all requested and/or pertinent information is not made available for consideration during the review period. We appreciate your assistance in acquiring copies of your medical records.

We will be unable to consider benefits beyond 05/19/2024 until our investigation has been completed; therefore, please return the completed forms to our office within 30 days.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Donald Porter
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Associate, LTD Claims
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
Insured Supp Statement
TMP Form
General Authorization
Training Education Experience

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _

Occupation: ______ Claim Number: 1210046281

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______

Specific Limitations or Restrictions not noted above:______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

Address:_ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name Michael Morgason ______ Return Form By ______
Policy No 00001025317200000 ______ Claim No 1210046281 ______

When do you expect to be able to return to work in either your own or another occupation?
______

Describe your current symptoms.
______

What do you believe is the cause of your continuing disability and what could be done about it?
______

Describe your current restrictions/limitations specifically and thoroughly.
______

Describe your present activities.
______

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:
______

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
______

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | ______ | $______ | Unemployment Compensation | ☐ Yes ☐ No | ______ | $______ |
| Dependent Social Security | ☐ Yes ☐ No | ______ | $______ | State Disability Benefits | ☐ Yes ☐ No | ______ | $______ |
| Workers' Compensation | ☐ Yes ☐ No | ______ | $______ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | ______ | $______ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | ______ | $______ | Disability Income from Automobile Policy | ☐ Yes ☐ No | ______ | $______ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | ______ | $______ | Statement from injury causing disability | ☐ Yes ☐ No | ______ | $______ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No Dates of Total Disability: From ______ Through ______

Are you claiming Partial Disability? ☐ Yes ☐ No Dates of Partial Disability: From ______ Through ______

Have you performed any type of work? ☐ Yes ☐ No Dates of any Work: From ______ Through ______

Please explain:
______

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date ______ Telephone Number ______ Social Security # ______

Employee's Signature ______

Address ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Michael Morgason CLAIM NUMBER: 1210046281

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES 03/01/2023 TO CURRENT**

**DOCTORS:**

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

Name: ______ Specialty: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Seen: ______ to ______

**PHARMACIES:**

Name: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates: ______ to ______

Name: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates: ______ to ______

**HOSPITALS:**

Name: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

Name: ______
Address: ______
City: ______ State: ______ Zip Code: ______
Phone: ______ Fax: ______
Dates Confined: ______ to ______

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: ______ Policy Number: ______
Address: ______ Member ID: ______
City: ______ State: ______ Zip Code: ______ Dates of Coverage: ______ to ______
Phone Number: ______ Fax Number: ______

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______ Date ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________
   (Last) (First) (Middle)

   Date of Birth: ____________________ Social Security Number: ____________________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________ **DATE** ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

**ADDRESS:** ______________________________
(Street)

______________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

EMPLOYEE/CLAIMANT NAME: Michael Morgason

CLAIM NO: 1210046281

EMPLOYER/SPONSOR: Texarkana Independent School District DATE OF BIRTH_

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________________Certificate Program completed: ____________________

Associates Degree: ____________________College: number of years: ____________________

Bachelor's Degree: BA /BS Major: _________Graduate School: ☐ MA ☐ MS ☐ CAGS PHD Degree: _____

Professional Training, License, Certificates(s): ____________________

Are you currently attending any classes: ☐Y ☐ N If yes, provide name of school: ____________________

List any other Training or Classes Attended or Plan to Attend: ____________________

Primary language spoken: ____________________ Other language(s) spoken fluently:____________________

Additional Skills, Hobbies & Volunteer Work

____________________

Did you serve in the Armed Forces? ☐Y ☐ N From: ____________ To: ____________

Branch of Service: ____________________ Specialty:

____________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)

Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company:____________________Department:____________________From:______To:______
   Job Title(s):____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific):____________________

   ____________________

2. Company:____________________Department:____________________From:______To:_____
   Job Title(s):____________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):____________________

   ____________________

3. Company:_____________________Department:_________________From:______To:____
   Job Title(s):_________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):_______________________________________________

   _________________________________________________________________________

4. Company:_____________________Department:________________From:______To:_____
   Job Title(s):_________________________________________________________________
   Supervisory Experience ☐Y ☐ N
   Tasks/Duties (please be specific):_______________________________________________

   _________________________________________________________________________

5. Company:_____________________Department:________________From:______To:_____
   Job Title(s):_________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):_______________________________________________
   _________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other:____________ | | |

How much time is spent daily on your work computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

How much time is spent daily on your home computer? ☐None ☐1-2 hours ☐2-3 hours ☐3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) __________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________Work: _________________

**SIGNATURE: ___________________________PHONE NO: ( )_______________________**



**Lincoln/Morgason 2109**

Lincoln
Financial Group®

**To:** Dr. Wenchun Qu
Company:
Fax: 904-953-2242
Phone:

**From:**
Fax:
Phone:

**NOTES:**

I don't agree with the Summary of your phone call. It was simple not honest

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

Date and time of transmission: Saturday, January 7, 2023 8:26:06 PM
Number of pages including this cover sheet: 02

Mark Watson, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

1/7/23

Dr. Wenchun Qu, MD
Fax: 904-953-2242

Re: Disability Benefits
Claimant Name: Michael Morgason
Claimant DOB:
Claim Number: 1210046281

Primary Care Physician should answer these questions. I didn't ~~asst~~ assess his functional status therefore am not in position to make those statements. I was clear in the phone call that I don't have an opinion about disability.

Dear Dr. Qu,

Thank you for taking my call last week. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

As discussed, the medical records indicate the primary condition you were treating Michael for was right sacroiliac joint pain and he had undergone a successful injection with Dr. Hurdle on 10/25/22. He has not had a follow up with you after his injection. As a result, the medical restrictions and limitations from 3/7/22 through 11/01/22 included occasional stooping, no bending/crawling or squatting. Occasional standing, occasional walking and no restrictions with sitting.

The claimant does not currently require any physical restrictions for the injury to the right SI joint.

The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Mark Watson, M.D.
Board Certified, PM&R

__ No changes/comments, OR
✓ With changes/comments as noted above

[signature] 1/10/2023
[AP Name] Date

Secure Fax provided by Lincoln Financial Group to facilita

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Texarkana Independent School District | Michael Morgason | 1210046281 |

| | | | |
|---|---|---|---|
| **Report Date:** | 1/7/23 | | |
| **Referred By:** | JENEA BENNETT | **Claimant DOB:** | |
| **Referral Date:** | 12/28/2022 | **Job Title:** | Maintenance Worker - heavy occ |
| **Due Date:** | 01/12/2023 | **Medical/ Surgical Condition:** | Hip pain |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 11/19/2020 |
| | | **DOD:** | 11/20/2020 |
| **Physical Demands:** | | **BBD:** | 05/19/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

1. Small fiber polyneuropathy G62.9
2. Autonomic neuropathy G90.9
3. Labral tear right hip S73.191A

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

1. Right sacroiliac joint pain M53.3
2. History of right median neuropathy at wrist s/p carpal tunnel release G56.01
3. Orthostatic hypotension I95.1

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 7/26/21 to current and beyond, and comment on the expected duration.

Reasonably supported physical restrictions from 07/26/2021 and forward include the following. The claimant can frequently stand, occasionally walk and no restrictions with sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, crawling or operating heavy machinery. I expect these restrictions to be permanent.

Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed while the claimant underwent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/crawling or squatting. Occasional standing, occasional walking and no restrictions with sitting.

The physical restrictions in place for the right wrist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping with right hand. These are in place while the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty and ligament reconstruction surgery.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

The attending physician statement from Dr. Fredrick on 09/09/2021 reports no lifting, pushing, pulling or gripping with the right hand. These restrictions are supported while the claimant recovers from right wrist surgery.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

Yes.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

No.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Wenchun Qu, MD (pain specialist) Phone Number: 1 (904) 953 2000 ex ----- Fax Number: 904-953-2242**

Date of call 01/04/23, Time 1:00 pm EST. Talked with Dr. Qu
Date letter sent to AP: 1/7/23

- Attempts to talk with Dr. John Evan were made on 1/3/23 and 1/4/23, messaged left with Jamie. I received a call back from Jamie and she indicated Dr. Evans deferred any questions regarding impairment to the claimants PCP. I attempted to talk with Dr. Evans because he his been treating the claimant most frequently for the small fiber and autonomic neuropathy.

**Name: Luke Spencer Gardner, (orthopedic surgery) Phone Number: 1 (904) 953 0305 ex -----**

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Other 1. If functional impairment is present, what are the reasonable expectations for improvement and when would those be expected?

The functional impairment caused by the small fiber neuropathy and autonomic polyneuropathy are not expected to improve. These conditions may also not worsen over time. These conditions are treated symptomatically. Despite the extensive workup and medical evaluations, the etiology of the claimant's conditions/symptoms are not clearly defined. He may undergo further DNA genetic testing.

Other 2. Please describe the claimant's maximal functional abilities which he could safely and consistently perform in an 8-hour work day from 7/26/21 to current and beyond? Please describe them in detail to include type activity, force capacity, and duration. a. Please include your opinion regarding the claimant's ability to work in regards to hours/day and days/week in a reliable and consistent manor. b. Please use standardized terms for activity duration such as Occasional (up to 1/3 of time); Frequent (1/3 - 2/3 of time); and Constant (2/3 of time or more). If other terms are used, please provide concrete and specific definitions for each one. c. Avoid reference to occupational levels from the Dictionary of Occupational Titles (Sedentary, Light, Medium, Heavy). d. In particular, please note his ability to lift/carry, sit, stand, walk, climb, bend, kneel, drive, finger, handle, operate foot controls, reach above shoulder.

Given the constellation of symptoms and the clinical impression by the treating physicians, it is reasonable the claimant can safely and consistently perform 4 hours of work per day up to 5 days a week. The specific activities the claimant can be expected to tolerate are explained below (Analysis and Support for Conclusions). The claimant's condition has been progressive over 5 years and the medical records do not report any significant improvement.

**Brief overview of clinical presentation and course:**

The claimant is a 52-year-old man who has been treated for small fiber and autonomic polyneuropathy. He more recently has undergone treatment for a right labral hip tear and right SI joint pain. These were both successfully treated with steroid injections. He continues to report symptoms of fatigue, dizziness, muscle twitching, muscle soreness and muscle weakness.

**Analysis and Support for Conclusions**

Review of the medical records report the claimant has undergone treatment for a constellation of neurologic and musculoskeletal symptoms, which do not localize to the peripheral nervous system. The extensive workup has ruled out an obvious neuromuscular disorder. Several of the treating physician progress notes report a progressive 5-year history of weakness, dysphagia (difficulty swallowing), dizziness, severe fatigue, muscle spasms, muscle soreness, weight loss, difficulty with multitasking, forgetfulness and confusion. He has undergone CT scans of the abdomen/ pelvis/chest, MRI of the lumbosacral plexus and the workup for paraneoplastic syndrome, neuromuscular disorder and peripheral vascular disease. He has undergone DNA genetic panel testing to further help delineate the etiology of his neuropathy. The neurologic examinations have mostly been unremarkable.

His electrodiagnostic testing on 11/01/2021 noted findings of possible inactive L2 radiculopathy. The autonomic reflex screen test from 03/07/2022 was consistent with small fiber and autonomic polyneuropathy. The MRI of the right hip from 05/25/2022 noted evidence of a complex degenerative labral tear which was successfully treated with an ultrasound-guided right hip injection. His post-procedure progress note from Nora Osborn, PA dated 07/26/2022 reported excellent relief with the injection. Because of the continued back pain with radiation to the testicles he underwent treatment with physical therapy and eventual evaluation with pain management. He underwent a right SI joint injection on 10/25/2022 and has not had follow-up with pain management.

My attempts to discuss the case with Dr. John Evans (physical medicine rehabilitation) were unsuccessful. I did review the low back complaints and SI joint treatment with Dr. Wechun Qu, who confirmed the claimant has not returned for additional treatment after the injection on 10/25/22. Because there was no additional follow-up, he did not offer an opinion regarding the claimant's condition or future potential limitations as result of the SI joint pain.

The medical records support the predominant impairing conditions negatively impacting normal function are the small fiber polyneuropathy and autonomic polyneuropathy. Reasonably supported physical restrictions from 07/26/2021 and forward include the following. The claimant can frequently stand, occasionally walk and no restrictions with sitting. He can lift/carry/push/pull up to 10 lb frequently and 20 lb occasionally. Occasional bending, stooping, squatting and use of foot controls. No climbing, crawling or operating heavy machinery. I expect these restrictions to be permanent.

Additional physical restrictions from 03/07/2022 through 11/01/2022 are needed while the claimant underwent treatment for right hip labral injury and SI joint pain. These include occasional stooping, no bending/crawling or squatting. Occasional standing, occasional walking and no restrictions with sitting.

The physical restrictions in place for the right wrist from 07/26/2021 through 10/1/21 include no lifting/pushing/pulling more than 5 lb occasionally and occasional light gripping with right hand. These are in place while the claimant recovers from carpal tunnel release, trapezius bone resection, arthroplasty and ligament reconstruction surgery.

**Records Reviewed:**
All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: 11/16/22 (Dr. Mathew Nix).

Electronically Signed

Mark Watson, M.D.
Board Certified in Physical Medicine & Rehabilitation
Consulting Physician, Lincoln Financial Group

Mark Watson, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

1/7/23

Dr. Wenchun Qu, MD
Fax: 904-953-2242

Re: Disability Benefits
Claimant Name: Michael Morgason
Claimant DOB:
Claim Number: 1210046281

Dear Dr. Qu,

Thank you for taking my call last week. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

As discussed, the medical records indicate the primary condition you were treating Michael for was right sacroiliac joint pain and he had undergone a successful injection with Dr. Hurdle on 10/25/22. He has not had a follow up with you after his injection. As a result, the medical restrictions and limitations from 3/7/22 through 11/01/22 included occasional stooping, no bending/crawling or squatting. Occasional standing, occasional walking and no restrictions with sitting.

The claimant does not currently require any physical restrictions for the injury to the right SI joint.

The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-

Mark Watson, M.D.
Board Certified, PM&R

__ No changes/comments, OR
__ With changes/comments as noted above

______________ _______
[AP Name] Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R (Middle)

Date of Birth __ Social Security Number: ________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.
5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization.To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 01/05/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRESS:** ________
(Street)

________ (City) (State) (Zip Code)

**PHONE NO:** ________

Lincoln Financial Group®

**To:** **Dr. Christopher Lamb**
Company:
Fax: (904)953-2242
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 9, 2022 10:39:42 AM
**Number of pages including this cover sheet:** 09

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

DR. CHRISTOPHER LAMB
RELEASE OF INFORMATION
4500 SAN PABLO RD. S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 10/01/2021 to Present |
| Diagnostic Test Results | 10/01/2021 to Present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

CLINIC

Authorization to Release
# Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

| Patient Name (First, Middle, Last) | |
|---|---|
| Michael Morgason | |
| Birth Date (mm-dd-yyyy) | Room Number (if applicable) |
| Mayo Clinic Number 10-609-947 | |

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records ☐ Scan to Chart | |
| ☐ Information Released by LAN ID | Date (mm-dd-yyyy) |

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| N/A | 903-490-0726 | |
| Patient Address *(Street, City, State, ZIP Code)* 2623 E 35th St., Texarkana, AR 71854 | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ____

## 4. Release Information FROM

Check one box and complete if applicable.

☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

____
Street ____
City ____
State ____ ZIP Code ____
Phone ____
Fax ____

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept. ____ Attn. ____
Fax ____

☒ **Other,** specify organization, department, or individual (complete each line below)

Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ____

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| Preferred Method | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|
| ☒ Written copy (may include completed forms) ☐ Verbal only | |

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ____
☐ Pick-up at a Mayo Clinic location, specify ____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ____


©2019 Mayo Foundation for Medical Education and Research

# Authorization to Release Protected Health Information to a Third Party (continued)

| | |
|---|---|
| Patient Name (First, Middle, Last) | Michael Morgason |
| Birth Date (mm-dd-yyyy) | |
| Mayo Clinic Number | 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT (mm-dd-yyyy) or Year(s) ALL MEDICAL RECORDS AS REQUESTED (yyyy)

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify________

**Other**, specify if applicable ________

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R. Morgason

**Date** (required) (mm-dd-yyyy) 3/31/22

**Printed Name** of Person Signing **(if not patient)** (First, Middle, Last)

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other________

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

MAYO
CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

November 16, 2022

LINCOLN FINANCIAL
8801 Indian Hills Dr
Omaha, NE 68114-4066

RE: Request for Records of: Mr. Michael Ray Morgason
Date of Birth:
Date request received: 11/9/2022
Release ID: 241157953

Dear LINCOLN FINANCIAL,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic. You may see duplication of immunizations and other notes and results due to the integration of historical records into the single Mayo Clinic electronic health record.

At the time of release creation, some documents may not have been finalized and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

| |
|---|
| **Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.** |
| Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed. |

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note**: This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/8/2022

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida**

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Evans, John K II, D.O. at 3/8/2022 10:40 AM**

| | | |
|---|---|---|
| Author: Evans, John K II, D.O. | Service: PMR (Physical Medicine and Rehabilitation) | Author Type: Physician |
| Filed: 3/8/2022 11:40 AM | Encounter Date: 3/8/2022 | Status: Signed |
| Editor: Evans, John K II, D.O. (Physician) | | |

**SUBJECTIVE**

**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

**OBJECTIVE**

**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

MAYO CLINIC

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

**ASSESSMENT / PLAN**

1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

Electronically Signed by Evans, John K II, D.O. on 3/8/2022 11:40 AM

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida**

**Progress Notes**

**Progress Notes**

**Progress Notes by Lamb, Christopher J, M.D. at 3/7/2022 12:00 PM**

Author: Lamb, Christopher J, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 3/7/2022 12:44 PM Encounter Date: 3/7/2022 Status: Signed
Editor: Lamb, Christopher J, M.D. (Physician)

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.
**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements:**<br>**Normal pursuits.** | | |

**Motor Examination**

| **R** | **Muscle, strength** | **L** | | **R** | **Muscle, strength** | **L** |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |

**Muscle atrophy / enlargement**: no
**Fasciculations**: no
**Clinical myotonia**: no

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

Normal cremasteric reflexes

**Sensory examination:**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

Electronically Signed by Lamb, Christopher J. M.D. on 3/7/2022 12:44 PM

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

**03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida**

**Imaging**

**Neurology**

**Autonomic reflex Screen [2222891939755] (Final result)**

**Autonomic reflex Screen [2222891939755]** Resulted: 03/07/22 1555, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 03/07/22 0858
Resulted by: Cheshire, William P, M.D.
Performed: 03/07/22 0928 - 03/07/22 1052
Resulting lab: MC NEU AUTO
Order status: Completed
Filed by: Cheshire, William P, M.D. 03/07/22 1555
Accession number: 20187239

Narrative:
FINAL REPORT AUTONOMIC REFLEX SCREEN

10-609-947 Age: 51 Location: FLORIDA
Lab #: 202104599-02
Morgason, Michael R Sex: M Order ID: 2222891939755
Date: 3/7/2022
DOB: 7/31/1970
Autonomic Consultant: William P. Cheshire, M.D.

CONCLUSION

Abnormal study. There is evidence of focal mild postganglionic sympathetic sudomotor, mild cardiovagal, and no cardiovascular adrenergic impairment. These findings can be seen in limited autonomic neuropathies. In comparison to the previous study of 9/2/21, adrenergic responses have improved and are now normal, whereas the other findings are not substantially changed.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Duration (min) | Latency (min) | Sweat Output (uL) | Sweat Output Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | 1.3 | 0.50 | M: 0.25 (0.43) |
| L | Proximal Leg | 2 | 10 | 2.4 | 0.30 | M: 0.48 (0.73) |
| L | Distal Leg | 2 | 10 | 2.2 | 0.87 | M: 0.62 (0.82) |
| L | Foot | 2 | 10 | 1.6 | 0.51 | M: 0.15 (0.33) |

Comments on Sudomotor Test: QSART responses were reduced at the proximal leg and normal at all other sites.

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

Result
Normal Cutoff

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

**03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)**

**Imaging (continued)**

Deep Breathing Heart Rate Range (bpm) 5.8
> 9

Valsalva Maneuver Valsalva Ratio 1.9
> 1.36
Vagal BRS (msec/mmHg) 2.84
> 1.08
BP recovery time (sec) 2.8
< 3.38

Comments on Deep Breathing: Heart rate responses to deep breathing were reduced.

Comments on Valsalva maneuver:

(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

| | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 145/88 | 48 |
| Tilt 1 min | 144/87 | 47 |
| Tilt 2 min | 137/89 | 49 |
| Tilt 3 min | 135/88 | 50 |
| Tilt 5 min | 119/80 | 51 |
| Tilt 10 min | 127/86 | 51 |
| Tilt -1 min | 129/85 | 48 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was normal. The patient reported no symptoms.

Composite Autonomic Scoring Scale

| | Result | Range |
|---|---|---|
| CASS (sudo) | 1 | [0 - 3] |
| CASS (vagal) | 1 | [0 - 3] |
| CASS (adren) | 0 | [0 - 4] |
| CASS (Total) | 2 | [0 - 10] |

-99 = missing value

*The interpretation component of this study was performed at MCF Mangurian.

Acknowledged by: Lamb, Christopher J, M.D. on 03/09/22 1703

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

**03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)**

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1539 - Present |

**Indications**

Pain Low Back Unspecified [M54.50 (ICD-10-CM)]
Neuropathy Autonomic Peripheral Idiopathic [G90.09 (ICD-10-CM)]

**Signed**

Electronically signed by Cheshire, William P, M.D. on 3/7/22 at 1555 EST

**All Reviewers List**

Lamb, Christopher J, M.D. on 3/9/2022 17:03

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Visit date: 11/10/2021

## 11/10/2021 - Lab in FLA JA LMP

**Labs**

**Lab**

**Misc. Invitae Corporation [2222891939750] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H010008985:3 | Varies | — | 09/16/21 1426 |

**Misc. Invitae Corporation [2222891939750]** Resulted: 11/30/21 1528, Result status: Final result

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/30/21 1528
Collected by: 09/16/21 1426
Resulting lab: INVITAE CORPORATION
Acknowledged by: Lamb, Christopher J, M.D. on 03/04/22 1741

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Test Name | Comprehensive Neuropathies Panel | — | — | Y067 |
| Result | SEE COMMENT | — | — | Y067 |

Comment: For final report, select "Lab-Send Out Lab Results" hyperlink below.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **398 - Y067** | INVITAE CORPORATION | Unknown | 475 Brannan St San Francisco CA 94107-1713 | 06/28/17 2327 - Present |

**All Reviewers List**

Lamb, Christopher J, M.D. on 3/4/2022 17:41
Lamb, Christopher J, M.D. on 11/19/2021 13:31

**Misc. Invitae Corporation [2222891939750]**

Electronically signed by: **Interface, Mc In Orm_Oru Even Mrn From Lab 609315 on 11/10/21 0820** Status: **Completed**
Ordering user: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/10/21 0820
Authorized by: Lamb, Christopher J, M.D.
Frequency: Routine 11/10/21 0820 -
Start Date: 11/10/21 0820
End Date: None

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Varies | — | 09/16/21 1426 |

Lab – Send Out Lab Results - Scan on 11/30/2021 3:37 PM (below)

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB Sex: M
Visit date: 11/9/2021

**11/09/2021 - Virtual Visit in Department of Neurology in Jacksonville, Florida**

**Progress Notes**

**Progress Notes**

**Progress Notes by Lamb, Christopher J, M.D. at 11/9/2021 11:00 AM**

Author: Lamb, Christopher J, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 11/9/2021 12:40 PM Encounter Date: 11/9/2021 Status: Signed
Editor: Lamb, Christopher J, M.D. (Physician)

**Peripheral Nerve Neurology Subsequent Visit Note**
11/9/2021
Consult conducted via real-time audio technology by Chris Lamb, M.D. in Mayo clinic Jacksonville to the patient in their home.
Reason for visit: Report visit after completing testing

Mr. Morgason and I reviewed the available diagnostic data.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

**IMPRESSION**
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

**DISCUSSION**
We discussed the diagnosis of small fiber/autonomic polyneuropathy and the differential diagnosis. In his case, we have not found a causative disease. I would like to continue the plan to manage his symptoms and monitor his progression over time. I am most suspicious of a hereditary etiology. I would like to follow him up in six months to assess for progression. I have also requested Invitae comprehensive neuropathies genetic panel to be sent on his cryopreserved DNA specimen.

He has not been drinking enough water to help with his orthostatic hypotension. He has also not wearing optimal compression stockings, I recommended that he wear stockings that go above his knee and he may also consider an abdominal binder or Spanx also.

Additionally, he would benefit from symptomatic pain medicine for his small fiber polyneuropathy. We discussed a gradual increase of his gabapentin to a higher dose. It has been my experience that patients feel adverse effects from gabapentin early on immediately after they start taking that which tend to improve as they have itch way to the medicine the longer they are taking it. I have also found that patients tend to feel the benefit with gabapentin later after they reach a higher dose of medicine. I have outlined a plan for a gradual increase below.

Additionally since his ceruloplasmin levels were low, I would recommend over-the-counter copper supplementation as outlined below with repeat levels.

**PLAN**
1. Follow-up visit and repeat Autonomic reflex screen in 6 months
2. Copper supplementation:
Week 1:8mg per day
Week 2: 6 mg per day
Week 3: 4 mg per day
Week 4 and after: 2 mg per day
Repeat ceruloplasmin and copper levels after 4 weeks, if not within normal range, then repeat cycle.

3. Invitae comprehensive neuropathies panel on cryopreserved specimen
4. Spine clinic for lumbar radiculopathy to consider injection high lumbar injection; Repeat MR lumbar spine prior to appt. They are going to arrange for this locally.
5. Neurosurgery message to see about potential treatment modalities for Tarlov cyst. I told the patient and his wife that surgery may have more risk than potential benefit and I am not certain how symptomatic these cysts really are.
6. Nonpharmacologic measures can be helpful in managing orthostatic hypotension. For Mr. Morgason, I have recommended:

**Hydration**. Maintaining hydration is essential. Fluid intake should consist of at least 5 to 8 eight-ounce glasses of fluid daily. Salt supplementation is also necessary, since drinking water alone does not expand blood volume. One option is to drink low calorie sports beverages containing electrolytes. Another is to add table salt (sodium chloride) to meals or choose foods high in sodium content. Some patients use salt tablets (available as 0.5 and 1 g tablets, for example, Thermotabs). Recommended daily salt intake is 10 to 20 g, which can be adjusted depending on the blood pressure response, as patients differ in their sensitivity to salt.

**Physical maneuvers**. A number of physical maneuvers can be effective in daily life to counteract the pooling of blood in the legs that occurs in orthostatic hypotension. These include (a) leg crossing, or crossing one leg in direct contact with the other while actively standing on both legs, (b) bending forward, or (c) placing one foot on a chair, which contracts the thigh muscles. These maneuvers tense the muscles in the upper legs and abdomen, which compresses veins, helping to increase the venous return of blood to the heart.

**Postural training**. It is important to remain upright as much as possible during the day. Patients with orthostatic hypotension can improve their tolerance of orthostatic stress by increasing each day the time spent upright. Prolonged bedrest is best avoided, as this can lead to cardiovascular deconditioning.

**Sleeping posture**. Four-inch blocks are inserted under the headposts of the bed so that the mattress inclines at a slight angle. This technique of increasing "microgravity" decreases nocturia and supine hypertension.

MAYO CLINIC

**11/09/2021 - Virtual Visit in Department of Neurology in Jacksonville, Florida (continued)**

Progress Notes (continued)

**Recognize circumstances.** Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever.

7. Slow increase of gabapentin, for example, using the following schedule:

**Gabapentin (Neurontin ™) Titration Schedule**

**Capsule or tablet size:** **100 mg**

This schedule should only be used with 100 mg capsules or tablets. Double-check your medication label from the pharmacy to confirm the dispensed dose. Call your healthcare provider with questions.

**INSTRUCTIONS:**

- Follow the instructions in the table below for increasing the dose of the medication until you achieve a good response. Do not increase the dose faster than prescribed.
- If your symptoms improve at a lower dose, continue taking that dose; increase to the next dose only if necessary.
- If side effects occur that you cannot tolerate, go back down to the last dose that you tolerated. Call your healthcare provider if you are having limiting side effects.
- Gabapentin comes in many dosage sizes. Once a stable dose has been found, your healthcare provider may provide a prescription for a larger dosage size.

| | **DAY 1** | **DAY 2** | **DAY 3** | **DAY 4** | **DAY 5** | **DAY 6** | **DAY 7** |
|---|---|---|---|---|---|---|---|
| **Date** | | | | | | | |
| | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets |
| **MORNING** | | | | 1 | 1 | 1 | 1 |
| **NOON** | | | | | | | 1 |
| **EVENING** | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | **DAY 8** | **DAY 9** | **DAY 10** | **DAY 11** | **DAY 12** | **DAY 13** | **DAY 14** |
| **Date** | | | | | | | |
| **MORNING** | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| **NOON** | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| **EVENING** | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| | **DAY 15** | **DAY 16** | **DAY 17** | **DAY 18** | **DAY 19** | **DAY 20** | **DAY 21 and ongoing** |
| **Date** | | | | | | | |
| **MORNIN** | 2 | 2 | 2 | 3 | 3 | 3 | **Maintain at** |

**11/09/2021 - Virtual Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **G** | | | | | | | **3** |
| **NOON** | 2 | 2 | 2 | 2 | 2 | 3 | **Maintain at 3** |
| **EVENING** | 2 | 3 | 3 | 3 | 3 | 3 | **Maintain at 3** |

All questions were addressed.

Electronically Signed by Lamb. Christopher J. M.D. on 11/9/2021 12:40 PM

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 11/2/2021

**11/02/2021 - Comprehensive Visit in Department of Urology in Jacksonville, Florida**

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Ivey, Joseph A III, M.D. at 11/2/2021 9:30 AM**

Author: Ivey, Joseph A III, M.D. Service: URO (Urology) Author Type: Resident
Filed: 11/2/2021 9:53 AM Encounter Date: 11/2/2021 Status: Signed
Editor: Ivey, Joseph A III, M.D. (Resident)

**SUBJECTIVE**

**REFERRING PROVIDER**
**Halkar, Meghana G, M.B.B.S.**

**CHIEF COMPLAINT**
The patient's chief complaint includes: urinary frequency

**HISTORY OF PRESENT ILLNESS:**
Mr. Morgason is a 51 y.o. male who presents with urinary frequency and nocturia x1. He is not bothered by his urinary symptoms at all. He denies any history of hematuria. Feels like he empties out well. He feels like his stream is strong. PSA within normal limits at 0.24. No family history of prostate cancer.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Never |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |

| | |
|---|---|
| • Skin cancer | Father |
| • Coronary artery disease | Father |
| • Hypertension | Father |
| • Hyperlipidemia | Father |
| • Diabetes | Father |
| • Other cancer<br>*Cornea* | Mother |
| • Coronary artery disease | Mother |
| • Hypertension | Mother |
| • Hyperlipidemia | Mother |
| • Diabetes | Mother |
| • Osteoporosis | Mother |
| • Rheum arthritis | Mother |
| • Asthma | Mother |
| • Sleep apnea | Mother |
| • Dementia | Mother |
| • Coronary artery disease | Brother |
| • Hypertension | Brother |
| • Hyperlipidemia | Brother |
| • Hypertension | Sister |
| • Hyperlipidemia | Sister |
| • Thyroid disease | Daughter |
| • Parkinsonism | Paternal Grandmother |
| • Dementia | Maternal Grandfather |

**Review of Systems:**

The following systems were negative: Constitutional, Skin, Eyes, ENT, CV, Respiratory, GI, GU, Hematologic, Musculoskeletal, Neuro, Psych

**OBJECTIVE**

**VITAL SIGNS:**
There were no vitals taken for this visit.

**Physical Exam:**
CONSTITUTIONAL
General: He is not in acute distress.
Appearance: He is well-developed.
HENT
Head: Normocephalic and atraumatic.
EYES
General: No scleral icterus.
NECK

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 11/2/2021

**11/02/2021 - Comprehensive Visit in Department of Urology in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

Musculoskeletal: Normal range of motion.
PULMONARY
Effort: Pulmonary effort is normal.
MUSCULOSKELETAL
General: No deformity.
SKIN
General: Skin is warm and dry.
NEUROLOGICAL
Mental Status: He is alert and oriented to person, place, and time.
ABDOMEN
Soft, nontender, nondistended, no CVA tenderness bilaterally.
GENITOURINARY
Normal circumcised penis. No plaques or skin lesions. Normal meatus, normal glans. Normal testicular size, shape, and consistency. Normal epididymis and vas deferens. No evidence of spermatocele, or peritesticular abnormality. No tenderness to palpation.
DIGITAL RECTAL
No evidence of mass, normal rectal tone. The prostate was non-tender, symmetrical 1+ without nodules.

**DIAGNOSTIC FINDINGS**
**Recent Labs**

| | 11/02/21 0830 |
|---|---|
| PSA | 0.24 |

**ASSESSMENT / PLAN**

**#1 Frequency Urinary**

**Plan**:
1. Patient is not bothered at all by any urinary symptoms. He is happy with how he urinates. His stream is strong. No need to work this up further at this time. His PSA within normal limits, normal DRE. Recommended he can follow up with his primary care doctor for PSA and DRE yearly or every other year given his very low PSA. He will call if he has any urologic issues in the future.

Signed by:

Alexander Ivey III, M.D. 11/2/2021 9:51 AM EDT

Electronically Signed by Ivey, Joseph A III, M.D. on 11/2/2021 9:53 AM

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

MAYO CLINIC

**11/02/2021 - Blood Test in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida**

**Labs**

**Lab**

**PSA (Prostate-Specific Antigen), Diagnostic [2222891939740] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H002006234:1 | Blood | Blood, Venous | 11/02/21 0830 |

**PSA (Prostate-Specific Antigen), Diagnostic [2222891939740]** Resulted: 11/02/21 0936, Result status: Final result

Ordering provider: Ivey, Joseph A III, M.D. 11/02/21 0754
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/02/21 0936
Resulting lab: MAYO CLINIC JACKSONVILLE CLINICAL LAB
Acknowledged by: Ivey, Joseph A III, M.D. on 11/02/21 0953

Order status: Completed
Collected by: 11/02/21 0830

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prostate-Specific Ag | 0.24 | <=3.5 ng/mL | — | JXC |

Comment:

----ADDITIONAL INFORMATION----
The testing method is an electrochemiluminescence assay manufactured by Roche Diagnostics Inc. and performed on the Modular or Cobas system.

Values obtained with different assay methods or kits may be different and cannot be used interchangeably.

Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **25 - JXC** | MAYO CLINIC JACKSONVILLE CLINICAL LAB | Unknown | 4500 San Pablo Rd Jacksonville FL 32224 | 03/12/21 1151 - Present |

**Indications**

Frequency Urinary [R35.0 (ICD-10-CM)]

**All Reviewers List**

Ivey, Joseph A III, M.D. on 11/2/2021 09:53

**PSA (Prostate-Specific Antigen), Diagnostic [2222891939740]**

Electronically signed by: **Butterfield, Stacy A, R.N. on 09/23/21 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Butterfield, Stacy A, R.N. 09/23/21 1023 Ordering provider: Ivey, Joseph A III, M.D.
Authorized by: Ivey, Joseph A III, M.D.

## 11/02/2021 - Blood Test in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida (continued)

**Labs (continued)**

Diagnoses
Frequency Urinary [R35.0]

**Questionnaire**

| Question | Answer |
|---|---|
| Region | Florida Region |

Start Date: 11/02/21 0754 End Date: 11/2/2021

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood, Venous | 11/02/21 0830 |

**PSA (Prostate-Specific Antigen), Diagnostic: Patient Communication**

Released Seen

MAYO CLINIC

**11/02/2021 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida**

**Labs**

**Lab**

**Urinalysis with Microscopic: Urine, Midstream [2222891939736] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H002006232:1 | Urine | Urine, Midstream | 11/02/21 0909 |

**Urinalysis with Microscopic: Urine, Midstream [2222891939736]** Resulted: 11/02/21 1021, Result status: Final result

Ordering provider: Ivey, Joseph A III, M.D. 11/02/21 0754
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/02/21 1021
Resulting lab: MAYO CLINIC JACKSONVILLE CLINICAL LAB
Acknowledged by: Ivey, Joseph A III, M.D. on 11/02/21 1405

Order status: Completed
Collected by: 11/02/21 0909

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Source | Midstream | — | — | JXC |
| Color | Yellow | — | — | JXC |
| Clarity | Clear | — | — | JXC |
| Glucose | Negative | Negative mg/dL | — | JXC |
| Ketones | Negative | Negative | — | JXC |
| Hemoglobin, QL | Negative | Negative | — | JXC |
| Protein, U | Negative | Negative mg/dL | — | JXC |
| Nitrite, U | Negative | Negative | — | JXC |
| Bilirubin | Negative | Negative | — | JXC |
| Specific Gravity | 1.010 | 1.002 - 1.030 | — | JXC |
| pH, U | 5.5 | 5.0 - 8.0 | — | JXC |
| Urobilinogen | Normal | Normal | — | JXC |
| Leukocyte Esterase | Negative | Negative | — | JXC |
| White Blood Cells<br>Comment:<br>----REFERENCE VALUE----<br>Male: 0-3<br>Female: 0-10 | 1 | /hpf | — | JXC |
| Urine RBC | 1 | 0 - 2 /hpf | — | JXC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **25 - JXC** | MAYO CLINIC JACKSONVILLE CLINICAL LAB | Unknown | 4500 San Pablo Rd Jacksonville FL 32224 | 03/12/21 1151 - Present |

**Indications**

Frequency Urinary [R35.0 (ICD-10-CM)]

**All Reviewers List**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

**11/02/2021 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida (continued)**

**Labs (continued)**

Ivey, Joseph A III, M.D. on 11/3/2021 12:56
Ivey, Joseph A III, M.D. on 11/2/2021 14:05

**Urinalysis with Microscopic: Urine, Midstream [2222891939736]**

Electronically signed by: **Butterfield, Stacy A, R.N. on 09/23/21 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Butterfield, Stacy A, R.N. 09/23/21 1023 Ordering provider: Ivey, Joseph A III, M.D.
Authorized by: Ivey, Joseph A III, M.D.
Diagnoses
Frequency Urinary [R35.0]

**Questionnaire**

| Question | Answer |
|---|---|
| Region: | Florida Region |

Start Date: 11/02/21 0754 End Date: 11/2/2021

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Urine | Urine, Midstream | 11/02/21 0909 |

**Urinalysis with Microscopic: Urine, Midstream: Patient Communication**

Released Seen

**Microbiology**

**Bacterial Culture, Aerobic + Susc, Urine [2222891939738] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H002006232:2 | Urine | Urine, Midstream | 11/02/21 0909 |

Comment: Specimen Source Site: Urine

**Bacterial Culture, Aerobic + Susc, Urine [2222891939738]** Resulted: 11/03/21 1009, Result status: Final result

Ordering provider: Ivey, Joseph A III, M.D. 11/02/21 0754 Order status: Completed
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/03/21 1009 Collected by: 11/02/21 0909
Resulting lab: MAYO CLINIC JACKSONVILLE CLINICAL LAB
Acknowledged by: Ivey, Joseph A III, M.D. on 11/03/21 1256

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Urine Culture | No growth after 1 day of incubation. | — | — | JXC |

**Testing Performed By**

## 11/02/2021 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **25 - JXC** | MAYO CLINIC JACKSONVILLE CLINICAL LAB | Unknown | 4500 San Pablo Rd Jacksonville FL 32224 | 03/12/21 1151 - Present |

**Indications**

Frequency Urinary [R35.0 (ICD-10-CM)]

**All Reviewers List**

Ivey, Joseph A III, M.D. on 11/3/2021 12:56

**Bacterial Culture, Aerobic + Susc, Urine [2222891939738]**

Electronically signed by: **Butterfield, Stacy A, R.N. on 09/23/21 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Butterfield, Stacy A, R.N. 09/23/21 1023 Ordering provider: Ivey, Joseph A III, M.D.
Authorized by: Ivey, Joseph A III, M.D.
Diagnoses
Frequency Urinary [R35.0]

**Questionnaire**

| Question | Answer |
|---|---|
| Specimen Src: | Urine, Midstream |
| Indication: | Urine frequency, urgency, or dysuria |
| Region | Florida Region |

Start Date: 11/02/21 0754 End Date: 11/2/2021

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Urine | Urine, Midstream | 11/02/21 0909 |

Comment: Specimen Source Site: Urine

**Bacterial Culture, Aerobic + Susc, Urine: Patient Communication**

Released Seen

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB Sex: M
Adm: 11/1/2021, D/C: 11/4/2021

## 11/01/2021 - Electromyogram (EMG) in Department of Neurology in Jacksonville, Florida

**Imaging**

**Neurology**

**EMG [2222891939734] (Final result)**

**EMG [2222891939734]** Resulted: 11/01/21 1423, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 11/01/21 1340
Resulted by: Dimberg, Elliot L, M.D.
Performed: 11/01/21 1340 - 11/01/21 1340
Resulting lab: MC EMG
Narrative:
01-Nov-2021 Electromyography Final Report
Study Number: 3

Order status: Completed
Filed by: Dimberg, Elliot L, M.D. 11/01/21 1423
Accession number: 18959817

EMG Consultant: Dimberg, Elliot L. 127 or (78)3-9741
Referred by: LAMB, CHRISTOPHER J (127 or (78)3-4988)
Referred for: Right leg pain, tingling
Referral Code: 022
RX: 332

SUMMARY: Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above.

Nerve conduction studies of the right lower limb were normal. Concentric needle examination of selected right lower limb and right lumbar paraspinal muscles demonstrated long duration, high amplitude motor unit potentials limited to the iliopsoas muscle.

CLINICAL INTERPRETATION: Abnormal study. The needle exam findings in the iliopsoas muscle are difficult to localize but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study.

E. Dimberg (127 or (78)3-9741)

NERVE CONDUCTIONS
Record Rep Normal Normal Distal Normal F-Wave F-Wave Temp
Nerve Type Site Stim Side Amp Amp CV CV Lat Lat Lat Est (°C)
Fibular Motor EDB R 4.1 (> 2.0) 46 (> 41) 4.8 (< 6.6) 54.7 53.5 33.2
Tibial Motor AH R 12.0 (> 4.0) 45 (> 40) 4.4 (< 6.1) 52.9 55.5 33.0
Sural Sensory Ankle R 9 (> 6.0) 53 (> 40) 3.4 (< 4.5) 32.5

NEEDLE EMG

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Adm: 11/1/2021, D/C: 11/4/2021

## 11/01/2021 - Electromyogram (EMG) in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

Ins Spont MUP Recruitment Duration Amplitude Phases
Muscle Side Act Fib Fasc Normal Activ Reduced Rapid Long Short High Low %
Turns
L2 Paraspinal R NL 0 0 NL
Iliopsoas R NL 0 0 ++ +
Vastus medialis R NL 0 0 NL
Gastrocnemius (medial head) R NL 0 0 NL
Tibialis anterior R NL 0 0 NL
Adductor longus R NL 0 0 NL

** This interpretation has been electronically signed: Dimberg, Elliot L., MD at 11/1/2021 2:23:17 PM EDT **

Acknowledged by: Lamb, Christopher J, M.D. on 11/03/21 1721

Image results for this order (below)

MAYO CLINIC

**Electromyography**

Page 1 of 2

**Patient: Morgason, Michael R**
**MRN: 10 609 947 6, FIN:**

| | | | |
|---|---|---|---|
| **DOB:** | | **Study Date:** | **01-Nov-2021 02:00** |
| **Sex:** | **M** | **Location:** | **Mayo Clinic Hospital in Florida** |
| **Staff:** | **Dimberg, Elliot L. 127 or (78)3-9741** | **Ordered by:** | **LAMB, CHRISTOPHER J** |

**** Final Report ****

**Study Number: 3**
**Referred for: Right leg pain, tingling**
**Referral Code: 022**
**Referral Diagnosis: 332**

**SUMMARY:**
Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above.

Nerve conduction studies of the right lower limb were normal. Concentric needle examination of selected right lower limb and right lumbar paraspinal muscles demonstrated long duration, high amplitude motor unit potentials limited to the iliopsoas muscle.

**CLINICAL INTERPRETATION:**
Abnormal study. The needle exam findings in the iliopsoas muscle are difficult to localize but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study.

E. Dimberg (127 or (78)3-9741)

**NERVE CONDUCTIONS**

| Nerve | Type | Record Site | Rep Stim | Side | Amp | Normal Amp | CV | Normal CV | Distal Lat | Normal Lat | F-Wave Lat | F-Wave Est | Temp (°C) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fibular | Motor | EDB | | R | 4.1 | (> 2.0) | 46 | (> 41) | 4.8 | (< 6.6) | 54.7 | 53.5 | 33.2 |
| Tibial | Motor | AH | | R | 12.0 | (> 4.0) | 45 | (> 40) | 4.4 | (< 6.1) | 52.9 | 55.5 | 33.0 |
| Sural | Sensory | Ankle | | R | 9 | (> 6.0) | 53 | (> 40) | 3.4 | (< 4.5) | | | 32.5 |

## 11/01/2021 - Electromyogram (EMG) in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

MAYO CLINIC

**Electromyography**
**Patient: Morgason, Michael R**
**MRN: 10 609 947 6, FIN:**



**DOB:**
**Sex:** M
**Staff:** Dimberg, Elliot L. 127 or (78)3-9741

**Study Date:** 01-Nov-2021 02:00
**Location:** Mayo Clinic Hospital in Florida
**Ordered by:** LAMB, CHRISTOPHER J

**NEEDLE EMG**

| | | Ins | Spont | | MUP | | Recruitment | | Duration | | Amplitude | | Phases | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Muscle | Side | Act | Fib | Fasc | Normal | Activ | Reduced | Rapid | Long | Short | High | Low | % | Turns |
| L2 Paraspinal | R | NL | 0 | 0 | NL | | | | | | | | | |
| Iliopsoas | R | NL | 0 | 0 | | | | | ++ | | + | | | |
| Vastus medialis | R | NL | 0 | 0 | NL | | | | | | | | | |
| Gastrocnemius (medial head) | R | NL | 0 | 0 | NL | | | | | | | | | |
| Tibialis anterior | R | NL | 0 | 0 | NL | | | | | | | | | |
| Adductor longus | R | NL | 0 | 0 | NL | | | | | | | | | |

** This interpretation has been electronically signed: Dimberg, Elliot L., MD at 11/1/2021 2:23:17 PM Eastern Daylight Time**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **316 - EMG** | MC EMG | Unknown | Unknown | 08/09/16 1616 - Present |

**Indications**

Pain Hip Bilateral [M25.551, M25.552 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]

**Signed**

Electronically signed by Dimberg, Elliot L, M.D. on 11/1/21 at 1423 EDT

**All Reviewers List**

Lamb, Christopher J, M.D. on 11/3/2021 17:21

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/1/2021

## 11/01/2021 - MR Lumbar Plexus Imaging Exam in Department of Radiology, Mayo Hospital, in Jacksonville, Florida

**Imaging**

**Imaging**

**MR Lumbar Plexus without and with IV Contrast [2222859674500] (Final result)**

**MR Lumbar Plexus without and with IV Contrast [2222859674500]** Resulted: 11/01/21 1732, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 11/01/21 1123
Resulted by: Sebro, Ronnie A, M.D.

Performed: 11/01/21 1207 - 11/01/21 1328
Resulting lab: POWERSCRIBE360

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/01/21 1735
Accession number: 18959810

Narrative:
EXAM: MR LUMBAR PLEXUS WITHOUT AND WITH IV CONTRAST

CONTRAST: 10 mL of Gadavist was administered intravenously without complication.

0.5 mg of glucagon was administered intravenously without complication.

COMPARISON: December 23, 2020

FINDINGS:
Normal appearance of the lumbosacral plexus. No enhancing masses or lesions are seen along the course of the nerves. There is no focal muscle atrophy appreciated. No abnormal enhancement is noted.

Multiple sacral Tarlov cysts are present. There are right greater than left perineural cysts seen at S1. Prominent perineural cysts are noted at S3 and S4 with mass effect on the S3 greater than S4 nerves.

No evidence of acute fracture or osteonecrosis. Subcentimeter low T1 signal foci seen in both femoral heads may represent bone islands. There is minimal retrolisthesis of L5 on S1 with small circumferential disc bulge at this level. Small disc bulges also noted at L4-5. Small bilateral facet joint effusions, left larger than right are present at L4-5. Facet arthropathy involves the lower lumbar spine. Degenerative changes involve both SI joints and pubic symphysis.

Mildly prominent prostate. Mildly prominent left ureter which is nonspecific.

There is tendinosis of the right worse than left gluteus medius medius and minimus musculature with associated mild greater trochanteric bursitis. Trace fluid is seen in the left iliopsoas bursa. Tendinopathy of the common hamstring tendon attachments at the ischial tuberosities with partial-thickness tearing of the left greater than right common hamstring tendon attachments.

Cam-type morphology of both hips. Borderline bilateral superior acetabular retroversion.

Impression:
Normal lumbosacral plexus. However there are multiple sacral Tarlov cysts and perineural cysts noted, which some clinicians believe may contribute to symptoms. Clinical correlation recommended.

Acknowledged by: Lamb, Christopher J, M.D. on 11/03/21 1721

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Adm: 11/1/2021, D/C: 11/1/2021

**11/01/2021 - MR Lumbar Plexus Imaging Exam in Department of Radiology, Mayo Hospital, in Jacksonville, Florida (continued)**

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1155 - Present |

**Signed**

Electronically signed by Sebro, Ronnie A, M.D. on 11/1/21 at 1732 EDT

**All Reviewers List**

Lamb, Christopher J, M.D. on 11/3/2021 17:21

**Study Notes**

Profeta, Alex H, R.T.(R)(MR) on 11/1/2021 12:21 PM EDT

Scanned by Alex on X scanner take over by Lucia.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Adm: 11/1/2021, D/C: 11/1/2021

## 11/01/2021 - Arterial Doppler Testing in Department of Cardiovascular Diseases in Jacksonville, Florida

**Imaging**

**Vascular Ultrasound**

**Lower Extremity Arterial (ABI) - Standard Protocol [2222859674498] (Final result)**

**Lower Extremity Arterial (ABI) - Standard Protocol [2222859674498]** Resulted: 11/01/21 1003, Result status: Final result

Ordering provider: Halkar, Meghana G, M.B.B.S. 11/01/21 0844
Order status: Completed
Resulted by: Farres, Houssam, M.D.
Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 11/05/21 1929
Performed: 11/01/21 0849 - 11/01/21 0951
Accession number: 18951211
Resulting lab: MEDSTREAMING
Lab Technician: 125682-NICOLE CAPRA RVT, RDMS

Narrative:
Right: Doppler Waveforms: Normal at all levels evaluated. Resting Index: ABI (PT)- 1.23 ABI (DP)- 1.23 TBI- 0.95 Post-exercise ABI: 1.21
Left: Doppler Waveforms: Normal at all levels evaluated. Resting Index: ABI (PT)- 1.20 ABI (DP)- 1.21 TBI- 1.00 Post-exercise ABI: 1.18
General: Patient performed 50 heel lifts. (Standard protocol: 50 heel lifts). Onset of symptoms at 15 heel lifts. Heel lifts terminated at completion of protocol.
Conclusions: Normal study on the right during rest and after exercise with normal PVR waveforms. Normal study on the left during rest and after exercise with normal PVR waveforms. ABI as noted below.
Acknowledged by: Halkar, Meghana G, M.B.B.S. on 12/06/21 1003

| Procedures Performed | Chargeables |
|---|---|
| LOWER EXTREMITY ARTERIAL - STANDARD PROTOCOL [VAS32] | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **319 - Medstreaming** | MEDSTREAMING | Unknown | Unknown | 10/12/16 1124 - Present |

**Indications**

Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC) [I70.213 (ICD-10-CM)]

**Signed**

Electronically signed by Farres, Houssam, M.D. on 11/1/21 at 1003 EDT

**All Reviewers List**

Halkar, Meghana G, M.B.B.S. on 12/6/2021 10:03

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: **0394937010**
Date: **11/16/2022**
Customer #: **1371652**

| Ship to: | Bill to: | Records from: |
| --- | --- | --- |
| Samantha Roberto<br>LINCOLN FINANCIAL GROUP<br>8801 INDIAN HILLS DR<br>OMAHA,NE 68114-4059 | Samantha Roberto<br>LINCOLN FINANCIAL GROUP<br>8801 INDIAN HILLS DR<br>OMAHA,NE 68114-4059 | MAYO CLINIC HIMS FL<br>4500 SAN PABLO RD S<br>JACKSONVILLE,FL 32224-1865 |

**Requested By:** LINCOLN FINANCIAL GROUP **DOB :**
**Patient Name:** MORGASON MICHAEL

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 2.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 31 | 1.00 | 31.00 |
| Electronic Data Archive Fee | | | 3.00 |
| Subtotal | | | 36.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 36.00 |
| Balance Due | | | 36.00 |

**Terms: Net 30 days** **Please remit this amount : $36.00(USD)**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0394937010**

Check #________________________

Payment Amount $__________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First) (M.I.) (Last Name) Social Security Number

Height Weight Blood Pressure Employer Name

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)** Primary ICD diagnosis Description

Secondary ICD Diagnosis Code Secondary ICD Diagnosis Description

**Pregnancy** ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

___/___/___ Symptoms first Appeared ___/___/___ Reduced Ability to work ___/___/___ Advised to stop work

___/___/___ Initial Treatment ___/___/___ Most Recent Treatment ___/___/___ Next Treatment

Dates hospital confined ___/___/___ to ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ______ | Standing | ______ | Crouching | ______ | Overhead | ______ |
| 6-10 lbs. | ______ | Walking | ______ | Crawling | ______ | Desk Level | ______ |
| 11-25 lbs. | ______ | Sitting | ______ | Grasping | ______ | Below Waist | ______ |
| 26-50 lbs. | ______ | Balancing | ______ | Climbing | ______ | | |
| 51-100 lbs. | ______ | Stooping | ______ | Pushing | ______ | | |
| 100 + lbs. | ______ | Kneeling | ______ | Pulling | ______ | | |
| | | Fingering | ______ | Bending | ______ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ______ /______ /______________

Dressing ______ /______ /______________

Transferring ______ /______ /______________

Bathing ______ /______ /______________

Toileting ______ /______ /______________

Eating ______ /______ /______________

Date patient experienced loss of

Cognitive Functioning: ______ /______ /____________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____/____/__________ to ____/____/__________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** ___/___/___ **Date**

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln
Financial Group®

**To:** **Dr. Wenchun Qu**
Company:
Fax: (904)953-2242
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 9, 2022 10:50:58 AM
**Number of pages including this cover sheet:** 05

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/8/2022

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida**

**Reason for Visit**

Visit diagnoses:

- Pain Low Back Unspecified [M54.50]
- Abnormal Findings On Diagnostic Imaging Of Other Parts Of Musculoskeletal System [R93.7]
- **Spondylosis Lumbar Without Myelopathy (primary) [M47.816]**
- Pain Groin [R10.30]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Evans, John K II, D.O. at 3/8/2022 10:40 AM**

| | | |
|---|---|---|
| Author: Evans, John K II, D.O. | Service: PMR (Physical Medicine and Rehabilitation) | Author Type: Physician |
| Filed: 3/8/2022 11:40 AM | Encounter Date: 3/8/2022 | Status: Signed |
| Editor: Evans, John K II, D.O. (Physician) | | |

**SUBJECTIVE**

**REQUESTING PROVIDER**

Lamb, Christopher J, M.D.

**REASON FOR CONSULT**

Low back pain

**HISTORY OF PRESENT ILLNESS**

Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**

I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

**OBJECTIVE**

**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

MAYO CLINIC



**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

Labs:

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

**ASSESSMENT / PLAN**

1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

Electronically Signed by Evans, John K II, D.O. on 3/8/2022 11:40 AM

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

**Completed Consult**

The completed consult note with recommendations was sent to the referring physician through Mayo Clinic Epic EMR functionality.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida**

**Reason for Visit**

Visit diagnoses:
- Pain Low Back Unspecified [M54.50]
- Neuropathy Autonomic Peripheral Idiopathic [G90.09]

**Progress Notes**

**Progress Notes**

**Progress Notes by Lamb, Christopher J, M.D. at 3/7/2022 12:00 PM**

Author: Lamb, Christopher J, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 3/7/2022 12:44 PM Encounter Date: 3/7/2022 Status: Signed
Editor: Lamb, Christopher J, M.D. (Physician)

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.
**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements:**<br>**Normal pursuits.** | | |

**Motor Examination**

| **R** | **Muscle, strength** | **L** | | **R** | **Muscle, strength** | **L** |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |

**Muscle atrophy / enlargement**: no
**Fasciculations**: no
**Clinical myotonia**: no

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

MAYO CLINIC



**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

Normal cremasteric reflexes

**Sensory examination:**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

Electronically Signed by Lamb. Christopher J. M.D. on 3/7/2022 12:44 PM

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida

### Reason for Visit

Visit diagnoses:
- Pain Low Back Unspecified [M54.50]
- Neuropathy Autonomic Peripheral Idiopathic [G90.09]

### Imaging

#### Neurology

**Autonomic reflex Screen [2222891939755] (Final result)**

**Autonomic reflex Screen [2222891939755]** Resulted: 03/07/22 1555, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 03/07/22 0858
Resulted by: Cheshire, William P, M.D.
Performed: 03/07/22 0928 - 03/07/22 1052
Resulting lab: MC NEU AUTO
Order status: Completed
Filed by: Cheshire, William P, M.D. 03/07/22 1555
Accession number: 20187239

Narrative:
FINAL REPORT AUTONOMIC REFLEX SCREEN

10-609-947 Age: 51 Location: FLORIDA
Lab #: 202104599-02
Morgason, Michael R Sex: M Order ID: 2222891939755
Date: 3/7/2022
DOB: 7/31/1970
Autonomic Consultant: William P. Cheshire, M.D.

CONCLUSION

Abnormal study. There is evidence of focal mild postganglionic sympathetic sudomotor, mild cardiovagal, and no cardiovascular adrenergic impairment. These findings can be seen in limited autonomic neuropathies. In comparison to the previous study of 9/2/21, adrenergic responses have improved and are now normal, whereas the other findings are not substantially changed.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Duration (min) | Latency (min) | Sweat Output (uL) | Sweat Output Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | 1.3 | 0.50 | M: 0.25 (0.43) |
| L | Proximal Leg | 2 | 10 | 2.4 | 0.30 | M: 0.48 (0.73) |
| L | Distal Leg | 2 | 10 | 2.2 | 0.87 | M: 0.62 (0.82) |
| L | Foot | 2 | 10 | 1.6 | 0.51 | M: 0.15 (0.33) |

Comments on Sudomotor Test: QSART responses were reduced at the proximal leg and normal at all other sites.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: , Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

**03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)**

**Imaging (continued)**

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

| | | Result | Normal Cutoff |
|---|---|---|---|
| Deep Breathing | Heart Rate Range (bpm) | 5.8 | > 9 |
| Valsalva Maneuver | Valsalva Ratio | 1.9 | > 1.36 |
| | Vagal BRS (msec/mmHg) | 2.84 | > 1.08 |
| | BP recovery time (sec) | 2.8 | < 3.38 |

Comments on Deep Breathing: Heart rate responses to deep breathing were reduced.

Comments on Valsalva maneuver:

(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

| | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 145/88 | 48 |
| Tilt 1 min | 144/87 | 47 |
| Tilt 2 min | 137/89 | 49 |
| Tilt 3 min | 135/88 | 50 |
| Tilt 5 min | 119/80 | 51 |
| Tilt 10 min | 127/86 | 51 |
| Tilt -1 min | 129/85 | 48 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was normal. The patient reported no symptoms.

Composite Autonomic Scoring Scale

| | Result | Range |
|---|---|---|
| CASS (sudo) | 1 | [0 - 3] |
| CASS (vagal) | 1 | [0 - 3] |
| CASS (adren) | 0 | [0 - 4] |
| CASS (Total) | 2 | [0 - 10] |

-99 = missing value

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

*The interpretation component of this study was performed at MCF Mangurian.

Acknowledged by: Lamb, Christopher J, M.D. on 03/09/22 1703

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1539 - Present |

**Indications**

Pain Low Back Unspecified [M54.50 (ICD-10-CM)]
Neuropathy Autonomic Peripheral Idiopathic [G90.09 (ICD-10-CM)]

**Signed**

Electronically signed by Cheshire, William P, M.D. on 3/7/22 at 1555 EST

**All Reviewers List**

Lamb, Christopher J, M.D. on 3/9/2022 17:03

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: **0394911421**
Date: **11/15/2022**
Customer #: **1371652**

**Ship to:**
Samantha Roberto
LINCOLN FINANCIAL GROUP
8801 INDIAN HILLS DR
OMAHA,NE 68114-4059

**Bill to:**
Samantha Roberto
LINCOLN FINANCIAL GROUP
8801 INDIAN HILLS DR
OMAHA,NE 68114-4059

**Records from:**
MAYO CLINIC HIMS FL
4500 SAN PABLO RD S
JACKSONVILLE,FL 32224-1865

**Requested By:** LINCOLN FINANCIAL GROUP **DOB :**
**Patient Name:** MORGASON MICHAEL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 1.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 12 | 1.00 | 12.00 |
| Electronic Data Archive Fee | | | 3.00 |
| Subtotal | | | 16.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 16.00 |
| Balance Due | | | 16.00 |

**Terms: Net 30 days** **Please remit this amount : $16.00(USD)**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0394911421**

Check #________________________

Payment Amount $________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

DR. WENCHUN QU
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 01/01/2022 to Present |
| Diagnostic Test Results | 01/01/2022 to Present |
| History/Physical Notes | 01/01/2022 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

CLINIC

# Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

Patient Name (First, Middle, Last)
Michael Morgason

| Birth Date (mm-dd-yyyy) | Room Number (if applicable) |
|---|---|
| | |

Mayo Clinic Number
10-609-947

**Staff Use Only**

☐ ROI to Send Records ☐ Scan to Chart

☐ Information Released by LAN ID — Date (mm-dd-yyyy)

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)*
N/A

Daytime Phone

Patient Address *(Street, City, State, ZIP Code)*

☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation

☐ Other, specify

## 4. Release Information FROM

Check one box and complete if applicable.

☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

Street
City
State ZIP Code
Phone
Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept. Attn.
Fax

☒ **Other,** specify organization, department, or individual (complete each line below)

Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:*

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☒ Written copy (may include completed forms) ☐ Verbal only

Date Information Needed by *(mm-dd-yyyy)*

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify


©2019 Mayo Foundation for Medical Education and Research

Authorization to Release
*Protected Health Information*
*to a Third Party* (continued)

| | |
|---|---|
| Patient Name (First, Middle, Last) | Michael Morgason |
| Birth Date (mm-dd-yyyy) | |
| Mayo Clinic Number | 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT (mm-dd-yyyy) or Year(s) ALL MEDICAL RECORDS AS REQUESTED (yyyy)

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify

**Other**, specify if applicable

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R. Morgason | **Date** (required) (mm-dd-yyyy) 3/31/22

**Printed Name of Person Signing (if not patient)** (First, Middle, Last)

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

MAYO
CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

November 15, 2022

LINCOLN FINANCIAL
8801 Indian Hills Dr
Omaha, NE 68114-4066

RE: Request for Records of: Mr. Michael Ray Morgason
Date of Birth:
Date request received: 11/9/2022
Release ID: 241129178

Dear LINCOLN FINANCIAL,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic. You may see duplication of immunizations and other notes and results due to the integration of historical records into the single Mayo Clinic electronic health record.

At the time of release creation, some documents may not have been finalized and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

| **Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.** |
|---|
| Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed. |

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note**: This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Ciox HEALTH
# INVOICE

Invoice #: **0394937010**
Date: **11/16/2022**
Customer #: **1371652**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| Samantha Roberto<br>LINCOLN FINANCIAL GROUP<br>8801 INDIAN HILLS DR<br>OMAHA,NE 68114-4059 | Samantha Roberto<br>LINCOLN FINANCIAL GROUP<br>8801 INDIAN HILLS DR<br>OMAHA,NE 68114-4059 | MAYO CLINIC HIMS FL<br>4500 SAN PABLO RD S<br>JACKSONVILLE,FL 32224-1865 |

**Requested By:** LINCOLN FINANCIAL GROUP **DOB :**
**Patient Name:** MORGASON MICHAEL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 2.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 31 | 1.00 | 31.00 |
| Electronic Data Archive Fee | | | 3.00 |
| Subtotal | | | 36.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 36.00 |
| Balance Due | | | 36.00 |

**Terms: Net 30 days** **Please remit this amount : $36.00(USD)**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0394937010**

Check #____________________

Payment Amount $__________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Lincoln Financial Group®

**To:** **Dr. Christopher Lamb**
Company:
Fax: (904)953-2242
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 9, 2022 10:39:42 AM
**Number of pages including this cover sheet:** 09

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

DR. CHRISTOPHER LAMB
RELEASE OF INFORMATION
4500 SAN PABLO RD. S
JACKSONVILLE, FL 32224

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 10/01/2021 to Present |
| Diagnostic Test Results | 10/01/2021 to Present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

CLINIC

Authorization to Release
# Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

Patient Name (First, Middle, Last): Michael Morgason
Birth Date (mm-dd-yyyy): | Room Number (if applicable):
Mayo Clinic Number: 10-609-947

**Staff Use Only**
☐ ROI to Send Records ☐ Scan to Chart
☐ Information Released by LAN ID | Date (mm-dd-yyyy)

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)*: N/A
Daytime Phone:
Patient Address *(Street, City, State, ZIP Code)*:
☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ______

## 4. Release Information FROM

Check one box and complete if applicable.
☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☐ **Other,** specify organization, department, or individual (complete each line below)
______
Street ______
City ______
State ______ ZIP Code ______
Phone ______
Fax ______

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. ______ Attn. ______
Fax ______
☒ **Other,** specify organization, department, or individual (complete each line below)
Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ______

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☒ Written copy (may include completed forms) ☐ Verbal only
Date Information Needed by *(mm-dd-yyyy)*:

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ______
☐ Pick-up at a Mayo Clinic location, specify ______
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ______


©2019 Mayo Foundation for Medical Education and Research

Authorization to Release
*Protected Health Information to a Third Party* (continued)

Patient Name (First, Middle, Last)
Michael Morgason
Birth Date (mm-dd-yyyy)

Mayo Clinic Number
10-609-947

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT (mm-dd-yyyy) or Year(s) ALL MEDICAL RECORDS AS REQUESTED (yyyy)

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify

**Other,** specify if applicable

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R. Morgason (signature)

**Date** (required) (mm-dd-yyyy) 3/31/22

**Printed Name** of Person Signing **(if not patient)** (First, Middle, Last)
Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

Full Name (First) (M.I.) (Last Name)

Social Security Number

Height Weight Blood Pressure

Employer Name

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

___/___/___ First Treated

___/___/___ Estimated Delivery

___/___/___ Date of Delivery

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

___/___/___ Symptoms first Appeared

___/___/___ Reduced Ability to work

___/___/___ Advised to stop work

___/___/___ Initial Treatment

___/___/___ Most Recent Treatment

___/___/___ Next Treatment

Dates hospital confined ___/___/___ to ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ______ | Standing | ______ | Crouching | ______ | Overhead | ______ |
| 6-10 lbs. | ______ | Walking | ______ | Crawling | ______ | Desk Level | ______ |
| 11-25 lbs. | ______ | Sitting | ______ | Grasping | ______ | Below Waist | ______ |
| 26-50 lbs. | ______ | Balancing | ______ | Climbing | ______ | | |
| 51-100 lbs. | ______ | Stooping | ______ | Pushing | ______ | | |
| 100 + lbs. | ______ | Kneeling | ______ | Pulling | ______ | | |
| | | Fingering | ______ | Bending | ______ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____ /____ /__________

Dressing ____ /____ /__________

Transferring ____ /____ /__________

Bathing ____ /____ /__________

Toileting ____ /____ /__________

Eating ____ /____ /__________

Date patient experienced loss of Cognitive Functioning: ____ /____ /__________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ /____ /__________ to ____ /____ /__________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** **Date** ___ /___ /___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

MAYO CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

November 16, 2022

LINCOLN FINANCIAL
8801 Indian Hills Dr
Omaha, NE 68114-4066

RE: Request for Records of: Mr. Michael Ray Morgason
Date of Birth:
Date request received: 11/9/2022
Release ID: 241157953

Dear LINCOLN FINANCIAL,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic. You may see duplication of immunizations and other notes and results due to the integration of historical records into the single Mayo Clinic electronic health record.

At the time of release creation, some documents may not have been finalized and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

## 03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Evans, John K II, D.O. at 3/8/2022 10:40 AM**

| | | |
|---|---|---|
| Author: Evans, John K II, D.O. | Service: PMR (Physical Medicine and Rehabilitation) | Author Type: Physician |
| Filed: 3/8/2022 11:40 AM | Encounter Date: 3/8/2022 | Status: Signed |
| Editor: Evans, John K II, D.O. (Physician) | | |

SUBJECTIVE

**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE

**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

MAYO CLINIC



**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN

1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

Electronically Signed by Evans, John K II, D.O. on 3/8/2022 11:40 AM

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

## 03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida

**Progress Notes**

**Progress Notes**

**Progress Notes by Lamb, Christopher J, M.D. at 3/7/2022 12:00 PM**

Author: Lamb, Christopher J, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 3/7/2022 12:44 PM Encounter Date: 3/7/2022 Status: Signed
Editor: Lamb, Christopher J, M.D. (Physician)

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after

that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.
**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements: Normal pursuits.** | | |

**Motor Examination**

| **R** | **Muscle, strength** | **L** | | **R** | **Muscle, strength** | **L** |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |

**Muscle atrophy / enlargement**: no
**Fasciculations**: no
**Clinical myotonia**: no

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

Normal cremasteric reflexes

**Sensory examination:**

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

Electronically Signed by Lamb, Christopher J, M.D. on 3/7/2022 12:44 PM

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida

**Imaging**

**Neurology**

**Autonomic reflex Screen [2222891939755] (Final result)**

**Autonomic reflex Screen [2222891939755]** Resulted: 03/07/22 1555, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 03/07/22 0858
Resulted by: Cheshire, William P, M.D.
Performed: 03/07/22 0928 - 03/07/22 1052
Resulting lab: MC NEU AUTO
Order status: Completed
Filed by: Cheshire, William P, M.D. 03/07/22 1555
Accession number: 20187239

Narrative:
FINAL REPORT AUTONOMIC REFLEX SCREEN

10-609-947 Age: 51 Location: FLORIDA
Lab #: 202104599-02
Morgason, Michael R Sex: M Order ID: 2222891939755
Date: 3/7/2022
DOB:
Autonomic Consultant: William P. Cheshire, M.D.

CONCLUSION

Abnormal study. There is evidence of focal mild postganglionic sympathetic sudomotor, mild cardiovagal, and no cardiovascular adrenergic impairment. These findings can be seen in limited autonomic neuropathies. In comparison to the previous study of 9/2/21, adrenergic responses have improved and are now normal, whereas the other findings are not substantially changed.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Duration (min) | Latency (min) | Sweat Output (uL) | Sweat Output Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | 1.3 | 0.50 | M: 0.25 (0.43) |
| L | Proximal Leg | 2 | 10 | 2.4 | 0.30 | M: 0.48 (0.73) |
| L | Distal Leg | 2 | 10 | 2.2 | 0.87 | M: 0.62 (0.82) |
| L | Foot | 2 | 10 | 1.6 | 0.51 | M: 0.15 (0.33) |

Comments on Sudomotor Test: QSART responses were reduced at the proximal leg and normal at all other sites.

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

Result
Normal Cutoff

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

Deep Breathing Heart Rate Range (bpm) 5.8
> 9

Valsalva Maneuver Valsalva Ratio 1.9
> 1.36
Vagal BRS (msec/mmHg) 2.84
> 1.08
BP recovery time (sec) 2.8
< 3.38

Comments on Deep Breathing: Heart rate responses to deep breathing were reduced.

Comments on Valsalva maneuver:

(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

| | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 145/88 | 48 |
| Tilt 1 min | 144/87 | 47 |
| Tilt 2 min | 137/89 | 49 |
| Tilt 3 min | 135/88 | 50 |
| Tilt 5 min | 119/80 | 51 |
| Tilt 10 min | 127/86 | 51 |
| Tilt -1 min | 129/85 | 48 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was normal. The patient reported no symptoms.

Composite Autonomic Scoring Scale

| | Result | Range |
|---|---|---|
| CASS (sudo) | 1 | [0 - 3] |
| CASS (vagal) | 1 | [0 - 3] |
| CASS (adren) | 0 | [0 - 4] |
| CASS (Total) | 2 | [0 - 10] |

-99 = missing value

*The interpretation component of this study was performed at MCF Mangurian.

Acknowledged by: Lamb, Christopher J, M.D. on 03/09/22 1703

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1539 - Present |

**Indications**

Pain Low Back Unspecified [M54.50 (ICD-10-CM)]
Neuropathy Autonomic Peripheral Idiopathic [G90.09 (ICD-10-CM)]

**Signed**

Electronically signed by Cheshire, William P, M.D. on 3/7/22 at 1555 EST

**All Reviewers List**

Lamb, Christopher J, M.D. on 3/9/2022 17:03

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 11/10/2021

## 11/10/2021 - Lab in FLA JA LMP

**Labs**

**Lab**

**Misc. Invitae Corporation [2222891939750] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H010008985:3 | Varies | — | 09/16/21 1426 |

**Misc. Invitae Corporation [2222891939750]** Resulted: 11/30/21 1528, Result status: Final result

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/30/21 1528
Collected by: 09/16/21 1426
Resulting lab: INVITAE CORPORATION
Acknowledged by: Lamb, Christopher J, M.D. on 03/04/22 1741

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Test Name | Comprehensive Neuropathies Panel | — | — | Y067 |
| Result | SEE COMMENT | — | — | Y067 |

Comment: For final report, select "Lab-Send Out Lab Results" hyperlink below.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **398 - Y067** | INVITAE CORPORATION | Unknown | 475 Brannan St San Francisco CA 94107-1713 | 06/28/17 2327 - Present |

**All Reviewers List**

Lamb, Christopher J, M.D. on 3/4/2022 17:41
Lamb, Christopher J, M.D. on 11/19/2021 13:31

**Misc. Invitae Corporation [2222891939750]**

Electronically signed by: **Interface, Mc In Orm_Oru Even Mrn From Lab 609315 on 11/10/21 0820** Status: **Completed**
Ordering user: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/10/21 0820
Authorized by: Lamb, Christopher J, M.D.
Frequency: Routine 11/10/21 0820 -
Start Date: 11/10/21 0820
End Date: None

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Varies | — | 09/16/21 1426 |

Lab – Send Out Lab Results - Scan on 11/30/2021 3:37 PM (below)

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 11/9/2021

**11/09/2021 - Virtual Visit in Department of Neurology in Jacksonville, Florida**

**Progress Notes**

**Progress Notes**

**Progress Notes by Lamb, Christopher J, M.D. at 11/9/2021 11:00 AM**

Author: Lamb, Christopher J, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 11/9/2021 12:40 PM Encounter Date: 11/9/2021 Status: Signed
Editor: Lamb, Christopher J, M.D. (Physician)

**Peripheral Nerve Neurology Subsequent Visit Note**
11/9/2021
Consult conducted via real-time audio technology by Chris Lamb, M.D. in Mayo clinic Jacksonville to the patient in their home.
Reason for visit: Report visit after completing testing

Mr. Morgason and I reviewed the available diagnostic data.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

**IMPRESSION**
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

**DISCUSSION**
We discussed the diagnosis of small fiber/autonomic polyneuropathy and the differential diagnosis. In his case, we have not found a causative disease. I would like to continue the plan to manage his symptoms and monitor his progression over time. I am most suspicious of a hereditary etiology. I would like to follow him up in six months to assess for progression. I have also requested Invitae comprehensive neuropathies genetic panel to be sent on his cryopreserved DNA specimen.

He has not been drinking enough water to help with his orthostatic hypotension. He has also not wearing optimal compression stockings, I recommended that he wear stockings that go above his knee and he may also consider an abdominal binder or Spanx also.

Additionally, he would benefit from symptomatic pain medicine for his small fiber polyneuropathy. We discussed a gradual increase of his gabapentin to a higher dose. It has been my experience that patients feel adverse effects from gabapentin early on immediately after they start taking that which tend to improve as they have itch way to the medicine the longer they are taking it. I have also found that patients tend to feel the benefit with gabapentin later after they reach a higher dose of medicine. I have outlined a plan for a gradual increase below.

Additionally since his ceruloplasmin levels were low, I would recommend over-the-counter copper supplementation as outlined below with repeat levels.

**PLAN**

1. Follow-up visit and repeat Autonomic reflex screen in 6 months
2. Copper supplementation:
Week 1:8mg per day
Week 2: 6 mg per day
Week 3: 4 mg per day
Week 4 and after: 2 mg per day
Repeat ceruloplasmin and copper levels after 4 weeks, if not within normal range, then repeat cycle.

3. Invitae comprehensive neuropathies panel on cryopreserved specimen
4. Spine clinic for lumbar radiculopathy to consider injection high lumbar injection; Repeat MR lumbar spine prior to appt. They are going to arrange for this locally.
5. Neurosurgery message to see about potential treatment modalities for Tarlov cyst. I told the patient and his wife that surgery may have more risk than potential benefit and I am not certain how symptomatic these cysts really are.
6. Nonpharmacologic measures can be helpful in managing orthostatic hypotension. For Mr. Morgason, I have recommended:

**Hydration**. Maintaining hydration is essential. Fluid intake should consist of at least 5 to 8 eight-ounce glasses of fluid daily. Salt supplementation is also necessary, since drinking water alone does not expand blood volume. One option is to drink low calorie sports beverages containing electrolytes. Another is to add table salt (sodium chloride) to meals or choose foods high in sodium content. Some patients use salt tablets (available as 0.5 and 1 g tablets, for example, Thermotabs). Recommended daily salt intake is 10 to 20 g, which can be adjusted depending on the blood pressure response, as patients differ in their sensitivity to salt.

**Physical maneuvers**. A number of physical maneuvers can be effective in daily life to counteract the pooling of blood in the legs that occurs in orthostatic hypotension. These include (a) leg crossing, or crossing one leg in direct contact with the other while actively standing on both legs, (b) bending forward, or (c) placing one foot on a chair, which contracts the thigh muscles. These maneuvers tense the muscles in the upper legs and abdomen, which compresses veins, helping to increase the venous return of blood to the heart.

**Postural training**. It is important to remain upright as much as possible during the day. Patients with orthostatic hypotension can improve their tolerance of orthostatic stress by increasing each day the time spent upright. Prolonged bedrest is best avoided, as this can lead to cardiovascular deconditioning.

**Sleeping posture**. Four-inch blocks are inserted under the headposts of the bed so that the mattress inclines at a slight angle. This technique of increasing "microgravity" decreases nocturia and supine hypertension.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 11/9/2021

**11/09/2021 - Virtual Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

**Recognize circumstances**. Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever.

7. Slow increase of gabapentin, for example, using the following schedule:

**Gabapentin (Neurontin ™) Titration Schedule**

**Capsule or tablet size:** **100 mg**

This schedule should only be used with 100 mg capsules or tablets. Double-check your medication label from the pharmacy to confirm the dispensed dose. Call your healthcare provider with questions.

**INSTRUCTIONS:**

- Follow the instructions in the table below for increasing the dose of the medication until you achieve a good response. Do not increase the dose faster than prescribed.
- If your symptoms improve at a lower dose, continue taking that dose; increase to the next dose only if necessary.
- If side effects occur that you cannot tolerate, go back down to the last dose that you tolerated. Call your healthcare provider if you are having limiting side effects.
- Gabapentin comes in many dosage sizes. Once a stable dose has been found, your healthcare provider may provide a prescription for a larger dosage size.

| | **DAY 1** | **DAY 2** | **DAY 3** | **DAY 4** | **DAY 5** | **DAY 6** | **DAY 7** |
|---|---|---|---|---|---|---|---|
| **Date** | | | | | | | |
| | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets |
| **MORNING** | | | | 1 | 1 | 1 | 1 |
| **NOON** | | | | | | | 1 |
| **EVENING** | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | **DAY 8** | **DAY 9** | **DAY 10** | **DAY 11** | **DAY 12** | **DAY 13** | **DAY 14** |
| **Date** | | | | | | | |
| **MORNING** | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| **NOON** | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| **EVENING** | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| | **DAY 15** | **DAY 16** | **DAY 17** | **DAY 18** | **DAY 19** | **DAY 20** | **DAY 21 and ongoing** |
| **Date** | | | | | | | |
| **MORNIN** | 2 | 2 | 2 | 3 | 3 | 3 | **Maintain at** |

**11/09/2021 - Virtual Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **G** | | | | | | | **3** |
| **NOON** | 2 | 2 | 2 | 2 | 2 | 3 | **Maintain at 3** |
| **EVENING** | 2 | 3 | 3 | 3 | 3 | 3 | **Maintain at 3** |

All questions were addressed.

Electronically Signed by Lamb, Christopher J, M.D. on 11/9/2021 12:40 PM

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 11/2/2021

## 11/02/2021 - Comprehensive Visit in Department of Urology in Jacksonville, Florida

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Ivey, Joseph A III, M.D. at 11/2/2021 9:30 AM**

Author: Ivey, Joseph A III, M.D. Service: URO (Urology) Author Type: Resident
Filed: 11/2/2021 9:53 AM Encounter Date: 11/2/2021 Status: Signed
Editor: Ivey, Joseph A III, M.D. (Resident)

SUBJECTIVE

**REFERRING PROVIDER**
**Halkar, Meghana G, M.B.B.S.**

**CHIEF COMPLAINT**
The patient's chief complaint includes: urinary frequency

**HISTORY OF PRESENT ILLNESS:**
Mr. Morgason is a 51 y.o. male who presents with urinary frequency and nocturia x1. He is not bothered by his urinary symptoms at all. He denies any history of hematuria. Feels like he empties out well. He feels like his stream is strong. PSA within normal limits at 0.24. No family history of prostate cancer.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Never |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |

| | |
|---|---|
| • Skin cancer | Father |
| • Coronary artery disease | Father |
| • Hypertension | Father |
| • Hyperlipidemia | Father |
| • Diabetes | Father |
| • Other cancer<br>*Cornea* | Mother |
| • Coronary artery disease | Mother |
| • Hypertension | Mother |
| • Hyperlipidemia | Mother |
| • Diabetes | Mother |
| • Osteoporosis | Mother |
| • Rheum arthritis | Mother |
| • Asthma | Mother |
| • Sleep apnea | Mother |
| • Dementia | Mother |
| • Coronary artery disease | Brother |
| • Hypertension | Brother |
| • Hyperlipidemia | Brother |
| • Hypertension | Sister |
| • Hyperlipidemia | Sister |
| • Thyroid disease | Daughter |
| • Parkinsonism | Paternal Grandmother |
| • Dementia | Maternal Grandfather |

**Review of Systems:**

The following systems were negative: Constitutional, Skin, Eyes, ENT, CV, Respiratory, GI, GU, Hematologic, Musculoskeletal, Neuro, Psych

OBJECTIVE

**VITAL SIGNS:**
There were no vitals taken for this visit.

**Physical Exam**:
CONSTITUTIONAL
  General: He is not in acute distress.
  Appearance: He is well-developed.
HENT
  Head: Normocephalic and atraumatic.
EYES
  General: No scleral icterus.
NECK

**11/02/2021 - Comprehensive Visit in Department of Urology in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

Musculoskeletal: Normal range of motion.
PULMONARY
Effort: Pulmonary effort is normal.
MUSCULOSKELETAL
General: No deformity.
SKIN
General: Skin is warm and dry.
NEUROLOGICAL
Mental Status: He is alert and oriented to person, place, and time.
ABDOMEN
Soft, nontender, nondistended, no CVA tenderness bilaterally.
GENITOURINARY
Normal circumcised penis. No plaques or skin lesions. Normal meatus, normal glans. Normal testicular size, shape, and consistency. Normal epididymis and vas deferens. No evidence of spermatocele, or peritesticular abnormality. No tenderness to palpation.
DIGITAL RECTAL
No evidence of mass, normal rectal tone. The prostate was non-tender, symmetrical 1+ without nodules.

**DIAGNOSTIC FINDINGS**
**Recent Labs**

| | 11/02/21 0830 |
|---|---|
| PSA | 0.24 |

ASSESSMENT / PLAN

**#1 Frequency Urinary**

**Plan**:
1. Patient is not bothered at all by any urinary symptoms. He is happy with how he urinates. His stream is strong. No need to work this up further at this time. His PSA within normal limits, normal DRE. Recommended he can follow up with his primary care doctor for PSA and DRE yearly or every other year given his very low PSA. He will call if he has any urologic issues in the future.

Signed by:

Alexander Ivey III, M.D. 11/2/2021 9:51 AM EDT

Electronically Signed by Ivey, Joseph A III, M.D. on 11/2/2021 9:53 AM

**11/02/2021 - Comprehensive Visit in Department of Urology in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

## 11/02/2021 - Blood Test in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida

**Labs**

**Lab**

**PSA (Prostate-Specific Antigen), Diagnostic [2222891939740] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H002006234:1 | Blood | Blood, Venous | 11/02/21 0830 |

**PSA (Prostate-Specific Antigen), Diagnostic [2222891939740]** Resulted: 11/02/21 0936, Result status: Final result

Ordering provider: Ivey, Joseph A III, M.D. 11/02/21 0754
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/02/21 0936
Resulting lab: MAYO CLINIC JACKSONVILLE CLINICAL LAB
Acknowledged by: Ivey, Joseph A III, M.D. on 11/02/21 0953
Order status: Completed
Collected by: 11/02/21 0830

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prostate-Specific Ag | 0.24 | <=3.5 ng/mL | — | JXC |

Comment:

----ADDITIONAL INFORMATION----
The testing method is an electrochemiluminescence assay manufactured by Roche Diagnostics Inc. and performed on the Modular or Cobas system.

Values obtained with different assay methods or kits may be different and cannot be used interchangeably.

Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **25 - JXC** | MAYO CLINIC JACKSONVILLE CLINICAL LAB | Unknown | 4500 San Pablo Rd Jacksonville FL 32224 | 03/12/21 1151 - Present |

**Indications**

Frequency Urinary [R35.0 (ICD-10-CM)]

**All Reviewers List**

Ivey, Joseph A III, M.D. on 11/2/2021 09:53

**PSA (Prostate-Specific Antigen), Diagnostic [2222891939740]**

Electronically signed by: **Butterfield, Stacy A, R.N. on 09/23/21 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Butterfield, Stacy A, R.N. 09/23/21 1023
Ordering provider: Ivey, Joseph A III, M.D.
Authorized by: Ivey, Joseph A III, M.D.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

## 11/02/2021 - Blood Test in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida (continued)

**Labs (continued)**

Diagnoses
Frequency Urinary [R35.0]

**Questionnaire**

| Question | Answer |
|---|---|
| Region | Florida Region |

Start Date: 11/02/21 0754 End Date: 11/2/2021

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood, Venous | 11/02/21 0830 |

**PSA (Prostate-Specific Antigen), Diagnostic: Patient Communication**

Released Seen

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

## 11/02/2021 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida

**Labs**

**Lab**

**Urinalysis with Microscopic: Urine, Midstream [2222891939736] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H002006232:1 | Urine | Urine, Midstream | 11/02/21 0909 |

**Urinalysis with Microscopic: Urine, Midstream [2222891939736]** Resulted: 11/02/21 1021, Result status: Final result

Ordering provider: Ivey, Joseph A III, M.D. 11/02/21 0754
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/02/21 1021
Resulting lab: MAYO CLINIC JACKSONVILLE CLINICAL LAB
Acknowledged by: Ivey, Joseph A III, M.D. on 11/02/21 1405

Order status: Completed
Collected by: 11/02/21 0909

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Source | Midstream | — | — | JXC |
| Color | Yellow | — | — | JXC |
| Clarity | Clear | — | — | JXC |
| Glucose | Negative | Negative mg/dL | — | JXC |
| Ketones | Negative | Negative | — | JXC |
| Hemoglobin, QL | Negative | Negative | — | JXC |
| Protein, U | Negative | Negative mg/dL | — | JXC |
| Nitrite, U | Negative | Negative | — | JXC |
| Bilirubin | Negative | Negative | — | JXC |
| Specific Gravity | 1.010 | 1.002 - 1.030 | — | JXC |
| pH, U | 5.5 | 5.0 - 8.0 | — | JXC |
| Urobilinogen | Normal | Normal | — | JXC |
| Leukocyte Esterase | Negative | Negative | — | JXC |
| White Blood Cells<br>Comment:<br>----REFERENCE VALUE----<br>Male: 0-3<br>Female: 0-10 | 1 | /hpf | — | JXC |
| Urine RBC | 1 | 0 - 2 /hpf | — | JXC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **25 - JXC** | MAYO CLINIC JACKSONVILLE CLINICAL LAB | Unknown | 4500 San Pablo Rd Jacksonville FL 32224 | 03/12/21 1151 - Present |

**Indications**

Frequency Urinary [R35.0 (ICD-10-CM)]

**All Reviewers List**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

## 11/02/2021 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida (continued)

**Labs (continued)**

Ivey, Joseph A III, M.D. on 11/3/2021 12:56
Ivey, Joseph A III, M.D. on 11/2/2021 14:05

**Urinalysis with Microscopic: Urine, Midstream [2222891939736]**

Electronically signed by: **Butterfield, Stacy A, R.N. on 09/23/21 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Butterfield, Stacy A, R.N. 09/23/21 1023 Ordering provider: Ivey, Joseph A III, M.D.
Authorized by: Ivey, Joseph A III, M.D.
Diagnoses
Frequency Urinary [R35.0]

**Questionnaire**

| Question | Answer |
|---|---|
| Region: | Florida Region |

Start Date: 11/02/21 0754 End Date: 11/2/2021

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Urine | Urine, Midstream | 11/02/21 0909 |

**Urinalysis with Microscopic: Urine, Midstream: Patient Communication**

Released Seen

**Microbiology**

**Bacterial Culture, Aerobic + Susc, Urine [2222891939738] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| H002006232:2 | Urine | Urine, Midstream | 11/02/21 0909 |

Comment: Specimen Source Site: Urine

**Bacterial Culture, Aerobic + Susc, Urine [2222891939738]** Resulted: 11/03/21 1009, Result status: Final result

Ordering provider: Ivey, Joseph A III, M.D. 11/02/21 0754 Order status: Completed
Filed by: Interface, Mc In Orm_Oru Even Mrn From Lab 609315 11/03/21 1009 Collected by: 11/02/21 0909
Resulting lab: MAYO CLINIC JACKSONVILLE CLINICAL LAB
Acknowledged by: Ivey, Joseph A III, M.D. on 11/03/21 1256

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Urine Culture | No growth after 1 day of incubation. | — | — | JXC |

**Testing Performed By**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/2/2021, D/C: 11/2/2021

## 11/02/2021 - Urine Container Visit in Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida (continued)

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **25 - JXC** | MAYO CLINIC JACKSONVILLE CLINICAL LAB | Unknown | 4500 San Pablo Rd Jacksonville FL 32224 | 03/12/21 1151 - Present |

**Indications**

Frequency Urinary [R35.0 (ICD-10-CM)]

**All Reviewers List**

Ivey, Joseph A III, M.D. on 11/3/2021 12:56

**Bacterial Culture, Aerobic + Susc, Urine [2222891939738]**

Electronically signed by: **Butterfield, Stacy A, R.N. on 09/23/21 1023** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Butterfield, Stacy A, R.N. 09/23/21 1023 Ordering provider: Ivey, Joseph A III, M.D.
Authorized by: Ivey, Joseph A III, M.D.
Diagnoses
Frequency Urinary [R35.0]

**Questionnaire**

| Question | Answer |
|---|---|
| Specimen Src: | Urine, Midstream |
| Indication: | Urine frequency, urgency, or dysuria |
| Region | Florida Region |

Start Date: 11/02/21 0754 End Date: 11/2/2021

**Specimen Information**

| Type | Source | Collected By |
|---|---|---|
| Urine | Urine, Midstream | 11/02/21 0909 |

Comment: Specimen Source Site: Urine

**Bacterial Culture, Aerobic + Susc, Urine: Patient Communication**

Released Seen

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/4/2021

## 11/01/2021 - Electromyogram (EMG) in Department of Neurology in Jacksonville, Florida

**Imaging**

**Neurology**

**EMG [2222891939734] (Final result)**

**EMG [2222891939734]** Resulted: 11/01/21 1423, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 11/01/21 1340
Resulted by: Dimberg, Elliot L, M.D.
Performed: 11/01/21 1340 - 11/01/21 1340
Resulting lab: MC EMG
Narrative:
01-Nov-2021 Electromyography Final Report
Study Number: 3

Order status: Completed
Filed by: Dimberg, Elliot L, M.D. 11/01/21 1423
Accession number: 18959817

EMG Consultant: Dimberg, Elliot L. 127 or (78)3-9741
Referred by: LAMB, CHRISTOPHER J (127 or (78)3-4988)
Referred for: Right leg pain, tingling
Referral Code: 022
RX: 332

SUMMARY: Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above.

Nerve conduction studies of the right lower limb were normal. Concentric needle examination of selected right lower limb and right lumbar paraspinal muscles demonstrated long duration, high amplitude motor unit potentials limited to the iliopsoas muscle.

CLINICAL INTERPRETATION: Abnormal study. The needle exam findings in the iliopsoas muscle are difficult to localize but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study.

E. Dimberg (127 or (78)3-9741)

NERVE CONDUCTIONS
Record Rep Normal Normal Distal Normal F-Wave F-Wave Temp
Nerve Type Site Stim Side Amp Amp CV CV Lat Lat Lat Est (°C)
Fibular Motor EDB R 4.1 (> 2.0) 46 (> 41) 4.8 (< 6.6) 54.7 53.5 33.2
Tibial Motor AH R 12.0 (> 4.0) 45 (> 40) 4.4 (< 6.1) 52.9 55.5 33.0
Sural Sensory Ankle R 9 (> 6.0) 53 (> 40) 3.4 (< 4.5) 32.5

NEEDLE EMG

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/4/2021

## 11/01/2021 - Electromyogram (EMG) in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

Ins Spont MUP Recruitment Duration Amplitude Phases
Muscle Side Act Fib Fasc Normal Activ Reduced Rapid Long Short High Low %
Turns
L2 Paraspinal R NL 0 0 NL
Iliopsoas R NL 0 0 ++ +
Vastus medialis R NL 0 0 NL
Gastrocnemius (medial head) R NL 0 0 NL
Tibialis anterior R NL 0 0 NL
Adductor longus R NL 0 0 NL

** This interpretation has been electronically signed: Dimberg, Elliot L., MD at 11/1/2021 2:23:17 PM EDT **

Acknowledged by: Lamb, Christopher J, M.D. on 11/03/21 1721

Image results for this order (below)

MAYO CLINIC

**Electromyography**
**Patient: Morgason, Michael R**
**MRN: 10 609 947 6, FIN:**

Page 1 of 2

| | | | |
|---|---|---|---|
| **DOB:** | | **Study Date:** | **01-Nov-2021 02:00** |
| **Sex:** | **M** | **Location:** | **Mayo Clinic Hospital in Florida** |
| **Staff:** | **Dimberg, Elliot L. 127 or (78)3-9741** | **Ordered by:** | **LAMB, CHRISTOPHER J** |

**** Final Report ****

**Study Number: 3**
**Referred for: Right leg pain, tingling**
**Referral Code: 022**
**Referral Diagnosis: 332**

**SUMMARY:**
Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above.

Nerve conduction studies of the right lower limb were normal. Concentric needle examination of selected right lower limb and right lumbar paraspinal muscles demonstrated long duration, high amplitude motor unit potentials limited to the iliopsoas muscle.

**CLINICAL INTERPRETATION:**
Abnormal study. The needle exam findings in the iliopsoas muscle are difficult to localize but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study.

E. Dimberg (127 or (78)3-9741)

**NERVE CONDUCTIONS**

| Nerve | Type | Record Site | Rep Stim | Side | Amp | Normal Amp | CV | Normal CV | Distal Lat | Normal Lat | F-Wave Lat | F-Wave Est | Temp (°C) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fibular | Motor | EDB | | R | 4.1 | (> 2.0) | 46 | (> 41) | 4.8 | (< 6.6) | 54.7 | 53.5 | 33.2 |
| Tibial | Motor | AH | | R | 12.0 | (> 4.0) | 45 | (> 40) | 4.4 | (< 6.1) | 52.9 | 55.5 | 33.0 |
| Sural | Sensory | Ankle | | R | 9 | (> 6.0) | 53 | (> 40) | 3.4 | (< 4.5) | | | 32.5 |

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/4/2021

## 11/01/2021 - Electromyogram (EMG) in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

MAYO CLINIC

**Electromyography**
**Patient: Morgason, Michael R**
**MRN: 10 609 947 6, FIN:**

Page 2 of 2

**DOB:**
**Sex:** M
**Staff:** Dimberg, Elliot L. 127 or (78)3-9741

**Study Date:** 01-Nov-2021 02:00
**Location:** Mayo Clinic Hospital in Florida
**Ordered by:** LAMB, CHRISTOPHER J

**NEEDLE EMG**

| | | Ins | Spont | | MUP | | Recruitment | | Duration | | Amplitude | | Phases | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Muscle | Side | Act | Fib | Fasc | Normal | Activ | Reduced | Rapid | Long | Short | High | Low | % | Turns |
| L2 Paraspinal | R | NL | 0 | 0 | NL | | | | | | | | | |
| Iliopsoas | R | NL | 0 | 0 | | | | | ++ | | + | | | |
| Vastus medialis | R | NL | 0 | 0 | NL | | | | | | | | | |
| Gastrocnemius (medial head) | R | NL | 0 | 0 | NL | | | | | | | | | |
| Tibialis anterior | R | NL | 0 | 0 | NL | | | | | | | | | |
| Adductor longus | R | NL | 0 | 0 | NL | | | | | | | | | |

** This interpretation has been electronically signed: Dimberg, Elliot L., MD at 11/1/2021 2:23:17 PM Eastern Daylight Time**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **316 - EMG** | MC EMG | Unknown | Unknown | 08/09/16 1616 - Present |

**Indications**

Pain Hip Bilateral [M25.551, M25.552 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]

**Signed**

Electronically signed by Dimberg, Elliot L, M.D. on 11/1/21 at 1423 EDT

**All Reviewers List**

Lamb, Christopher J, M.D. on 11/3/2021 17:21

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/1/2021

## 11/01/2021 - MR Lumbar Plexus Imaging Exam in Department of Radiology, Mayo Hospital, in Jacksonville, Florida

**Imaging**

**Imaging**

**MR Lumbar Plexus without and with IV Contrast [2222859674500] (Final result)**

**MR Lumbar Plexus without and with IV Contrast [2222859674500]** Resulted: 11/01/21 1732, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 11/01/21 1123
Resulted by: Sebro, Ronnie A, M.D.
Performed: 11/01/21 1207 - 11/01/21 1328
Resulting lab: POWERSCRIBE360
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/01/21 1735
Accession number: 18959810

Narrative:
EXAM: MR LUMBAR PLEXUS WITHOUT AND WITH IV CONTRAST

CONTRAST: 10 mL of Gadavist was administered intravenously without complication.

0.5 mg of glucagon was administered intravenously without complication.

COMPARISON: December 23, 2020

FINDINGS:
Normal appearance of the lumbosacral plexus. No enhancing masses or lesions are seen along the course of the nerves. There is no focal muscle atrophy appreciated. No abnormal enhancement is noted.

Multiple sacral Tarlov cysts are present. There are right greater than left perineural cysts seen at S1. Prominent perineural cysts are noted at S3 and S4 with mass effect on the S3 greater than S4 nerves.

No evidence of acute fracture or osteonecrosis. Subcentimeter low T1 signal foci seen in both femoral heads may represent bone islands. There is minimal retrolisthesis of L5 on S1 with small circumferential disc bulge at this level. Small disc bulges also noted at L4-5. Small bilateral facet joint effusions, left larger than right are present at L4-5. Facet arthropathy involves the lower lumbar spine. Degenerative changes involve both SI joints and pubic symphysis.

Mildly prominent prostate. Mildly prominent left ureter which is nonspecific.

There is tendinosis of the right worse than left gluteus medius medius and minimus musculature with associated mild greater trochanteric bursitis. Trace fluid is seen in the left iliopsoas bursa. Tendinopathy of the common hamstring tendon attachments at the ischial tuberosities with partial-thickness tearing of the left greater than right common hamstring tendon attachments.

Cam-type morphology of both hips. Borderline bilateral superior acetabular retroversion.

Impression:
Normal lumbosacral plexus. However there are multiple sacral Tarlov cysts and perineural cysts noted, which some clinicians believe may contribute to symptoms. Clinical correlation recommended.

Acknowledged by: Lamb, Christopher J, M.D. on 11/03/21 1721

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/1/2021

## 11/01/2021 - MR Lumbar Plexus Imaging Exam in Department of Radiology, Mayo Hospital, in Jacksonville, Florida (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 1155 - Present |

**Signed**

Electronically signed by Sebro, Ronnie A, M.D. on 11/1/21 at 1732 EDT

**All Reviewers List**

Lamb, Christopher J, M.D. on 11/3/2021 17:21

**Study Notes**

Profeta, Alex H, R.T.(R)(MR) on 11/1/2021 12:21 PM EDT

Scanned by Alex on X scanner take over by Lucia.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 11/1/2021, D/C: 11/1/2021

## 11/01/2021 - Arterial Doppler Testing in Department of Cardiovascular Diseases in Jacksonville, Florida

**Imaging**

**Vascular Ultrasound**

**Lower Extremity Arterial (ABI) - Standard Protocol [2222859674498] (Final result)**

**Lower Extremity Arterial (ABI) - Standard Protocol [2222859674498]** Resulted: 11/01/21 1003, Result status: Final result

Ordering provider: Halkar, Meghana G, M.B.B.S. 11/01/21 0844
Order status: Completed
Resulted by: Farres, Houssam, M.D.
Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 11/05/21 1929
Performed: 11/01/21 0849 - 11/01/21 0951
Accession number: 18951211
Resulting lab: MEDSTREAMING
Lab Technician: 125682-NICOLE CAPRA RVT, RDMS

Narrative:
Right: Doppler Waveforms: Normal at all levels evaluated. Resting Index: ABI (PT)- 1.23 ABI (DP)- 1.23 TBI- 0.95 Post-exercise ABI: 1.21
Left: Doppler Waveforms: Normal at all levels evaluated. Resting Index: ABI (PT)- 1.20 ABI (DP)- 1.21 TBI- 1.00 Post-exercise ABI: 1.18
General: Patient performed 50 heel lifts. (Standard protocol: 50 heel lifts). Onset of symptoms at 15 heel lifts. Heel lifts terminated at completion of protocol.
Conclusions: Normal study on the right during rest and after exercise with normal PVR waveforms. Normal study on the left during rest and after exercise with normal PVR waveforms. ABI as noted below.
Acknowledged by: Halkar, Meghana G, M.B.B.S. on 12/06/21 1003

| Procedures Performed | Chargeables |
|---|---|
| LOWER EXTREMITY ARTERIAL - STANDARD PROTOCOL [VAS32] | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **319 - Medstreaming** | MEDSTREAMING | Unknown | Unknown | 10/12/16 1124 - Present |

**Indications**

Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC) [I70.213 (ICD-10-CM)]

**Signed**

Electronically signed by Farres, Houssam, M.D. on 11/1/21 at 1003 EDT

**All Reviewers List**

Halkar, Meghana G, M.B.B.S. on 12/6/2021 10:03

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CiOX HEALTH

# INVOICE

Invoice #: **0394911421**
Date: **11/15/2022**
Customer #: **1371652**

Ship to:
Samantha Roberto
LINCOLN FINANCIAL GROUP
8801 INDIAN HILLS DR
OMAHA,NE 68114-4059

Bill to:
Samantha Roberto
LINCOLN FINANCIAL GROUP
8801 INDIAN HILLS DR
OMAHA,NE 68114-4059

Records from:
MAYO CLINIC HIMS FL
4500 SAN PABLO RD S
JACKSONVILLE,FL 32224-1865

**Requested By:** LINCOLN FINANCIAL GROUP **DOB :**
**Patient Name:** MORGASON MICHAEL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 1.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 12 | 1.00 | 12.00 |
| Electronic Data Archive Fee | | | 3.00 |
| Subtotal | | | 16.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 16.00 |
| Balance Due | | | 16.00 |

**Terms: Net 30 days** **Please remit this amount : $16.00(USD)**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0394911421**

Check #________________________

Payment Amount $________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Lincoln
Financial Group®

**To:** **Dr. Wenchun Qu**
Company:
Fax: (904)953-2242
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 9, 2022 10:50:58 AM
**Number of pages including this cover sheet:** 05

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

DR. WENCHUN QU
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2022 to Present |
| Diagnostic Test Results | 01/01/2022 to Present |
| History/Physical Notes | 01/01/2022 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

CLINIC

Authorization to Release
# Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

Patient Name (First, Middle, Last)
Michael Morgason

| Birth Date (mm-dd-yyyy) | Room Number (if applicable) |
|---|---|
| | |

Mayo Clinic Number
10-609-947

**Staff Use Only**

☐ ROI to Send Records ☐ Scan to Chart

☐ Information Released by LAN ID | Date (mm-dd-yyyy)

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)*
N/A

Daytime Phone

Patient Address *(Street, City, State, ZIP Code)*

☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation

☐ Other, specify ________

## 4. Release Information FROM

Check one box and complete if applicable.

☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

________

Street ________

City ________

State ________ ZIP Code ________

Phone ________

Fax ________

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**

Dept. ________ Attn. ________

Fax ________

☒ **Other,** specify organization, department, or individual (complete each line below)

Lincoln Financial Group

Street 8801 Indian Hills Dr

City Omaha

State NE ZIP Code 68114

Phone 402-361-6803

Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ________

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method

☒ Written copy (may include completed forms) ☐ Verbal only

Date Information Needed by *(mm-dd-yyyy)*

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ________
☐ Pick-up at a Mayo Clinic location, specify ________
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ________

ENTERPRISE: Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.

©2019 Mayo Foundation for Medical Education and Research



MC0072-01rev0419

Authorization to Release
# Protected Health Information to a Third Party (continued)

| | |
|---|---|
| Patient Name (First, Middle, Last) | Michael Morgason |
| Birth Date (mm-dd-yyyy) | |
| Mayo Clinic Number | 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT (mm-dd-yyyy) or Year(s) ALL MEDICAL RECORDS AS REQUESTED (yyyy)

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify ______

**Other**, specify if applicable ______

## 8. Signature and Date
The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R. Morgason [signature]

**Date** (required) (mm-dd-yyyy) 3/31/22

**Printed Name** of Person Signing **(if not patient)** (First, Middle, Last)

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other______

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

MAYO CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

November 15, 2022

LINCOLN FINANCIAL
8801 Indian Hills Dr
Omaha, NE 68114-4066

RE: Request for Records of: Mr. Michael Ray Morgason
Date of Birth:
Date request received: 11/9/2022
Release ID: 241129178

Dear LINCOLN FINANCIAL,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic. You may see duplication of immunizations and other notes and results due to the integration of historical records into the single Mayo Clinic electronic health record.

At the time of release creation, some documents may not have been finalized and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/8/2022

## 03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida

**Reason for Visit**

Visit diagnoses:
- Pain Low Back Unspecified [M54.50]
- Abnormal Findings On Diagnostic Imaging Of Other Parts Of Musculoskeletal System [R93.7]
- **Spondylosis Lumbar Without Myelopathy (primary) [M47.816]**
- Pain Groin [R10.30]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Evans, John K II, D.O. at 3/8/2022 10:40 AM**

| | | |
|---|---|---|
| Author: Evans, John K II, D.O. | Service: PMR (Physical Medicine and Rehabilitation) | Author Type: Physician |
| Filed: 3/8/2022 11:40 AM | Encounter Date: 3/8/2022 | Status: Signed |
| Editor: Evans, John K II, D.O. (Physician) | | |

SUBJECTIVE

**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE

**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/8/2022

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN

1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

Electronically Signed by Evans, John K II, D.O. on 3/8/2022 11:40 AM

**03/08/2022 - Comprehensive Visit in Department of Physical Medicine and Rehabilitation in Jacksonville, Florida (continued)**

**Clinical Notes (continued)**

**Completed Consult**

The completed consult note with recommendations was sent to the referring physician through Mayo Clinic Epic EMR functionality.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

## 03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida

**Reason for Visit**

Visit diagnoses:
- Pain Low Back Unspecified [M54.50]
- Neuropathy Autonomic Peripheral Idiopathic [G90.09]

**Progress Notes**

**Progress Notes**

**Progress Notes by Lamb, Christopher J, M.D. at 3/7/2022 12:00 PM**

Author: Lamb, Christopher J, M.D. Service: NEU (Neurology) Author Type: Physician
Filed: 3/7/2022 12:44 PM Encounter Date: 3/7/2022 Status: Signed
Editor: Lamb, Christopher J, M.D. (Physician)

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Visit date: 3/7/2022

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.
**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements: Normal pursuits.** | | |

**Motor Examination**

| R | Muscle, strength | L | | R | Muscle, strength | L |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |

## 03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)

**Progress Notes (continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |

**Muscle atrophy / enlargement**: no
**Fasciculations**: no
**Clinical myotonia**: no

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

**03/07/2022 - Office Visit in Department of Neurology in Jacksonville, Florida (continued)**

**Progress Notes (continued)**

Normal cremasteric reflexes

**Sensory examination:**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

Electronically Signed by Lamb, Christopher J, M.D. on 3/7/2022 12:44 PM

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida

### Reason for Visit

Visit diagnoses:

- Pain Low Back Unspecified [M54.50]
- Neuropathy Autonomic Peripheral Idiopathic [G90.09]

### Imaging

#### Neurology

**Autonomic reflex Screen [2222891939755] (Final result)**

**Autonomic reflex Screen [2222891939755]** Resulted: 03/07/22 1555, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 03/07/22 0858
Resulted by: Cheshire, William P, M.D.
Performed: 03/07/22 0928 - 03/07/22 1052
Resulting lab: MC NEU AUTO
Order status: Completed
Filed by: Cheshire, William P, M.D. 03/07/22 1555
Accession number: 20187239
Narrative:
FINAL REPORT AUTONOMIC REFLEX SCREEN

10-609-947 Age: 51 Location: FLORIDA
Lab #: 202104599-02
Morgason, Michael R Sex: M Order ID: 2222891939755
Date: 3/7/2022
DOB:
Autonomic Consultant: William P. Cheshire, M.D.

CONCLUSION

Abnormal study. There is evidence of focal mild postganglionic sympathetic sudomotor, mild cardiovagal, and no cardiovascular adrenergic impairment. These findings can be seen in limited autonomic neuropathies. In comparison to the previous study of 9/2/21, adrenergic responses have improved and are now normal, whereas the other findings are not substantially changed.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Duration (min) | Latency (min) | Sweat Output (uL) | Sweat Output Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | 1.3 | 0.50 | M: 0.25 (0.43) |
| L | Proximal Leg | 2 | 10 | 2.4 | 0.30 | M: 0.48 (0.73) |
| L | Distal Leg | 2 | 10 | 2.2 | 0.87 | M: 0.62 (0.82) |
| L | Foot | 2 | 10 | 1.6 | 0.51 | M: 0.15 (0.33) |

Comments on Sudomotor Test: QSART responses were reduced at the proximal leg and normal at all other sites.

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

| | | Result | Normal Cutoff |
|---|---|---|---|
| Deep Breathing | Heart Rate Range (bpm) | 5.8 | > 9 |
| Valsalva Maneuver | Valsalva Ratio | 1.9 | > 1.36 |
| | Vagal BRS (msec/mmHg) | 2.84 | > 1.08 |
| | BP recovery time (sec) | 2.8 | < 3.38 |

Comments on Deep Breathing: Heart rate responses to deep breathing were reduced.

Comments on Valsalva maneuver:

(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

| | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 145/88 | 48 |
| Tilt 1 min | 144/87 | 47 |
| Tilt 2 min | 137/89 | 49 |
| Tilt 3 min | 135/88 | 50 |
| Tilt 5 min | 119/80 | 51 |
| Tilt 10 min | 127/86 | 51 |
| Tilt -1 min | 129/85 | 48 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was normal. The patient reported no symptoms.

Composite Autonomic Scoring Scale

| | Result | Range |
|---|---|---|
| CASS (sudo) | 1 | [0 - 3] |
| CASS (vagal) | 1 | [0 - 3] |
| CASS (adren) | 0 | [0 - 4] |
| CASS (Total) | 2 | [0 - 10] |

-99 = missing value

MAYO CLINIC

Morgason, Michael Ray
MRN: 10-609-947, DOB: Sex: M
Adm: 3/7/2022, D/C: 3/10/2022

## 03/07/2022 - Autonomic Reflex Screen in Department of Neurology in Jacksonville, Florida (continued)

**Imaging (continued)**

*The interpretation component of this study was performed at MCF Mangurian.

Acknowledged by: Lamb, Christopher J, M.D. on 03/09/22 1703

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1539 - Present |

**Indications**

Pain Low Back Unspecified [M54.50 (ICD-10-CM)]
Neuropathy Autonomic Peripheral Idiopathic [G90.09 (ICD-10-CM)]

**Signed**

Electronically signed by Cheshire, William P, M.D. on 3/7/22 at 1555 EST

**All Reviewers List**

Lamb, Christopher J, M.D. on 3/9/2022 17:03

Lincoln Financial Group®

**To:** **Nora Osborn PA-C**
Company:
Fax: (904)953-2242
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 9, 2022 10:55:02 AM
**Number of pages including this cover sheet:** 05

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

NORA OSBORN PA-C
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2022 to Present |
| Diagnostic Test Results | 01/01/2022 to Present |
| History/Physical Notes | 01/01/2022 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-800-922-3503.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

CLINIC

# Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

Patient Name (First, Middle, Last)
Michael Morgason

Birth Date (mm-dd-yyyy) | Room Number (if applicable)

Mayo Clinic Number
10-609-947

**Staff Use Only**
☐ ROI to Send Records ☐ Scan to Chart
☐ Information Released by LAN ID | Date (mm-dd-yyyy)

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)*
N/A

Daytime Phone

☐ Check this box if patient is deceased.

Patient Address *(Street, City, State, ZIP Code)*

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ______

## 4. Release Information FROM

Check one box and complete if applicable.
☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

______
Street ______
City ______
State ______ ZIP Code ______
Phone ______
Fax ______

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. ______ Attn. ______
Fax ______

☒ **Other,** specify organization, department, or individual (complete each line below)
Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ______

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☒ Written copy (may include completed forms) ☐ Verbal only

Date Information Needed by *(mm-dd-yyyy)*

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ______
☐ Pick-up at a Mayo Clinic location, specify ______
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ______


©2019 Mayo Foundation for Medical Education and Research

Authorization to Release
*Protected Health Information to a Third Party* (continued)

| | |
|---|---|
| Patient Name (First, Middle, Last) | Michael Morgason |
| Birth Date (mm-dd-yyyy) | |
| Mayo Clinic Number | 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT (mm-dd-yyyy) or Year(s) ALL MEDICAL RECORDS AS REQUESTED (yyyy)

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify ____

**Other**, specify if applicable ____

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R. Morgason

**Date** (required) (mm-dd-yyyy) 3/31/22

**Printed Name** of Person Signing **(if not patient)** (First, Middle, Last)

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other ____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

MAYO CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

November 16, 2022

LINCOLN FINANCIAL GROUP
8801 Indian Hills Dr
Omaha, NE 68114

RE: Request for Records of: Michael Ray Morgason
Date of Birth:
Date request received: 11/9/2022
Release ID: 241146581

Dear LINCOLN FINANCIAL GROUP,

We are unable to process your request for the following reason:

- There is no new medical record documentation for the date(s) indicated per your request/authorization. Therefore we have no additional information to provide you at this time. Duplicate request processed under EPIC ROI ID : 241129178 and Invoice # 0394911421.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: **0394934802**
Date: **11/16/2022**
Customer #: **1371652**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| Samantha Roberto<br>LINCOLN FINANCIAL GROUP<br>8801 INDIAN HILLS DR<br>OMAHA,NE 68114-4059 | Samantha Roberto<br>LINCOLN FINANCIAL GROUP<br>8801 INDIAN HILLS DR<br>OMAHA,NE 68114-4059 | MAYO CLINIC HIMS FL<br>4500 SAN PABLO RD S<br>JACKSONVILLE,FL 32224-1865 |

**Requested By:** LINCOLN FINANCIAL GROUP **DOB :**
**Patient Name:** MORGASON MICHAEL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Electronic Data Archive Fee | | | 3.00 |
| Subtotal | | | 3.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 3.00 |
| Balance Due | | | 3.00 |

**Terms: Net 30 days** **Please remit this amount : $3.00(USD)**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0394934802**

Check #____________________

Payment Amount $__________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: https://edelivery.cioxhealth.com

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

# IMPORTANT INFORMATION REGARDING YOUR REQUEST FOR MEDICAL RECORDS

11/16/2022

From

Mayo Clinic Hims Fl
4500 San Pablo Rd S
Jacksonville FL 32224-1865

To

LINCOLN FINANCIAL GROUP
8801 INDIAN HILLS DR
OMAHA NE 68114

Re: Michael Morgason

We are unable to comply with your request at this time for the following reason(s):

**Please see the attached correspondence letter.**

Sincerely,

Mayo Clinic Hims Fl

MAYO CLINIC

**Name:** michael (Michael) R. morgason

**DOB:** **MRN:** 10609947

# Test Results

## Radiology Exam

Print Download

Back

### NM BONE SCAN SPECT CT SINGLE

These reports may contain sensitive complex medical information. These images are not of diagnostic quality. Please contact your care team with any questions you have.

1 of 1714 download image



Patient: MORGASON, Michael Ray (MR.) (10-609-947) DOB:

Reason for Exam

facet arthropathy?; Osteoarthritis, lumbar

Dx: Abnormal Findings On Diagnostic Imaging Of Other Parts Of Musculoskeletal System [R93.7 (ICD-10-CM)]

---

IMPRESSION:

Mild left L5-S1 disc space associated activity which may be a pain generator in the

proper clinical context.

EXAM: NM BONE SCAN SPECT CT SINGLE

RADIOPHARMACEUTICAL/MEDS:

Route: intravenous

technetium Tc 99m medronate injection (Tc-99m MDP),20.8 millicurie

TECHNIQUE: Planar imaging of the lumbar spine in anterior and posterior projections was performed

approximately three hours after radiotracer administration. Thereafter, SPECT/CT imaging of the

lumbar spine was performed. CT images were acquired in a low dose protocol for

attenuation-correction and anatomic localization purposes.

COMPARISON: Lumbar spine radiograph 5/25/2022. Lumbar spine MRI 11/1/2021.

INDICATION: Back pain.

FINDINGS: Planar imaging demonstrates expected biodistribution of tracer activity.

SPECT-CT facet joint associated increased activity: None.

SPECT-CT disk space associated increased activity:

* Mild left L5-S1.

SPECT-CT sacroiliac joint associated increased activity: None.

Electronically Signed by: Jason R Young, M.D. on 5/25/2022 2:18 PM

Read by:

YOUNG, JASON R

---

If you have questions about specific information presented here, please contact your care team directly.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason

**DOB:** **MRN:** 10609947

# Test Results

## Radiology Exam

Print Download

Back

### DX LUMBAR SPINE 4+ VIEWS

These reports may contain sensitive complex medical information. These images are not of diagnostic quality. Please contact your care team with any questions you have.

1 of 4 download image





Patient: MORGASON, Michael Ray (MR.) (10-609-947) DOB:

Reason for Exam

chronic LBP. r/o spondylosis, instability

Dx: Spondylosis Lumbar Without Myelopathy [M47.816 (ICD-10-CM)]

---

IMPRESSION:

Lumbar vertebral body heights are maintained. There is mild retrolisthesis of L4 on L5.

No dynamic instability. There is mild L4-L5 degenerative disc disease and lower lumbar facet

osteoarthritis.

EXAM: DX LUMBAR SPINE 4+ VIEWS

COMPARISON: Lumbar spine MRI 11/24/2021

Electronically Signed by: Rupert O Stanborough, M.D. on 5/25/2022 9:50 AM

Read by:

STANBOROUGH, RUPERT O

---

If you have questions about specific information presented here, please contact your care team directly.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason
**DOB:** **MRN:** 10609947

# Test Results

## Radiology Exam

Print Download

Back

### MR HIP RIGHT WITHOUT IV CONTRAST

These reports may contain sensitive complex medical information. These images are not of diagnostic quality. Please contact your care team with any questions you have.

1 of 132 download image



Patient: MORGASON, Michael Ray (MR.) (10-609-947) DOB:

Reason for Exam

R/o labral tear; Hip pain, chronic, osteoarthritis suspected

Dx: Pain Groin [R10.30 (ICD-10-CM)]

---

IMPRESSION:

1. Complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

2. Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild greater trochanteric bursal inflammation.

EXAM: MR HIP RIGHT WITHOUT IV CONTRAST

HISTORY: Sharp right lower back and right groin pain

TECHNIQUE: Multiplanar multisequence MRI of the right hip without contrast.

COMPARISON: Hip/pelvis radiograph 9/1/2021

FINDINGS:

BONE:

Normal marrow signal. No fracture, stress-related change, avascular necrosis, or worrisome focal osseous lesion. Broad-based osseous prominence along the anterosuperior aspect of the femoral head/neck junction with decreased femoral head/neck offset compatible with cam-type morphology. This anatomy predisposes to femoral acetabular impingement.

LABROLIGAMENTOUS STRUCTURES AND CARTILAGE:

Complex degenerative tearing and maceration of the anterior superior acetabular labrum. Ligamentum teres is normal. Mild generalized thinning of the femoroacetabular cartilage without full-thickness defect.

MYOTENDINOUS STRUCTURES:

Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild gluteus medius tendinopathy is also noted. Ill-defined edema/inflammation along the greater trochanter likely reflecting greater trochanteric bursal inflammation.

SOFT TISSUES:

No abnormal fluid collection or soft tissue mass. No edema.

Electronically Signed by: Joseph M Bestic, M.D. on 5/25/2022 8:42 AM

Read by:

BESTIC, JOSEPH M

BAILEY, RYAN E

---

If you have questions about specific information presented here, please contact your care team directly.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# AUTONOMIC REFLEX SCREEN - Details

## Study Result

### Narrative

FINAL REPORT AUTONOMIC REFLEX SCREEN

10-609-947 Age: 51 Location: FLORIDA
Lab #: 202104599-02
Morgason, Michael R Sex: M Order ID: 2222891939755
Date: 3/7/2022
DOB:
Autonomic Consultant: William P. Cheshire, M.D.

CONCLUSION

Abnormal study. There is evidence of focal mild postganglionic sympathetic sudomotor, mild cardiovagal, and no cardiovascular adrenergic impairment. These findings can be seen in limited autonomic neuropathies. In comparison to the previous study of 9/2/21, adrenergic responses have improved and are now normal, whereas the other findings are not substantially changed.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

Test Latency Sweat Output Sweat

# Appointment Details

## Notes

### Clinical Notes

#### Progress Notes by Christopher J Lamb, M.D. at 11/9/2021 11:40 AM

Status: Signed

**Peripheral Nerve Neurology Subsequent Visit Note**
11/9/2021
Consult conducted via real-time audio technology by Chris Lamb, M.D. in Mayo clinic Jacksonville to the patient in their home.
Reason for visit: Report visit after completing testing

Mr. Morgason and I reviewed the available diagnostic data.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

**IMPRESSION**
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

# Appointment Details

Notes

## Clinical Notes

### Progress Notes by Christopher J Lamb, M.D. at 3/7/2022 11:44 AM

Status: Signed

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

# Appointment Details

Notes

## Clinical Notes

### Consults - Outpatient by John K Evans, D.O. at 3/8/2022 10:40 AM

Status: Signed

SUBJECTIVE

**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

# Appointment Details

Notes

## Clinical Notes

### Progress Notes by John K Evans, D.O. at 5/25/2022 4:09 PM

Status: Signed

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
LBP

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
Patient notes that he continues to experience right groin pain, along with buttock pain that worsens with sitting. No change in symptoms since last evaluation. No new neurologic complaints. He is in clinic today to discuss updated imaging findings.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

MAYO CLINIC

**Name:** michael (Michael) R. morgason

**DOB:** **MRN:** 10609947

# Clinical Notes

## 05/26/2022 – Comprehensive Visit

Consults - Outpatient

**Mayo Clinic Florida Orthopedic Surgery Evaluation**

**REASON FOR CONSULT**
Michael Ray Morgason is a 51 y.o. male who presents for evaluation of right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient reports a more than 1 year history of right hip pain that developed gradually. The pain is localized to the groin and low back. At rest the pain is rated 1/10, with activity that worsens the pain it can be as bad as 7/10. The pain is exacerbated by activities that involve hip flexion, sitting, sport related activity, walking, sexual intercourse and getting into or out of the car and relieved by rest. Patient reports no mechanical symptoms.

Prior treatments attempted include activity modification and a dedicated course of physical therapy.

Prior Injections: None
With relief: N/A

Patient is here traveling from Arkansas. He states that the pain in the right hip has been progressing over the past year and a half for so. It has been much more significant in the last few months. He states the pain bothers him if he sits for long periods time or specially when he is trying to get in out of scar. If he walks for any more than 15-20 minutes he gets significant groin pain. Patient states he used to be very active however in the past 1-2 years he has not been able to do much of anything due to multiple different medical conditions. He has not found anything that does help with the pain in his groin. He did try physical therapy but had to stop because it was too painful. Patient is seen today in consult at the request of Dr. John Evans.

His current list of health issues include:
**#1 Tear Hip Labral Initial Right**
**#2 Hyperlipidemia**
**#3 Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)**
**#4 Fatigue**
**#5 Pain Hip Bilateral**
**#6 Dizziness**
**#7 Rash**
**#8 Elevated Antinuclear Antibody Abnormal**
**#9 Tobacco Use**

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**Medications:**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|

| | |
|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | April 2021 |
| • VASECTOMY | 1993 |

**SOCIAL HISTORY**
**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Never |
| • Drug use: | Never |

**FAMILY HISTORY**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYSTEMS**
12 point review of systems was completed and was negative unless stated in the HPI.

**PHYSICAL EXAM**

**Vitals:** There is no height or weight on file to calculate BMI.
**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately
**Head:** Normocephalic, atraumatic
**Respiratory:** Non-labored breathing
**Abdomen:** Lower quadrants and hypogastric regions palpated with tenderness
**Skin:** No skin lesions or rashes noted on exposed skin.
**Vascular:** Pulses normal
**Neuro:** Sensation to light touch is normal., lower extremity strength examined and normal unless otherwise stated below, reflexes equal and symmetrical bilaterally
**Musculoskeletal:**
**Gait:** Normal.
**Spine:** Pain or stiffness with lumbar spine motion no. Straight leg raise test negative
**Knee:** no effusion, FROM, ligamentous structures intact.
**Hip ROM:**

| | Right Hip | Left Hip |
|---|---|---|
| Flexion | 120 | 120 |
| Extension | 10 | 10 |
| Abduction | 35 | 45 |
| Adduction | 10 | 10 |
| Internal rotation | 15 | 20 |
| External rotation | 35 | 40 |

**Regional hip exam:**
**Intra-articular:** FADDIR positive, Pain with deep hip flexion positive.
**Peritrochanteric:** Trochanteric facet tenderness no. Trendelenberg test negative. Weakness with resisted abduction no.
**Groin/Adductor:** Tenderness to palpation yes
**Posterior:** Tenderness to palpation SI joint Pain with resisted knee flexion no
**Instability:** Beighton: Normal, apprehension N/A.

**DIAGNOSTICS**

**Imaging**

X-RAY:

Xrays were reviewed and demonstrate bilateral cam type morphology of both hips with ossification of labrum noted.

MRI of the right hip without contrast reviewed demonstrates complex degenerative tearing of the anterior superior acetabular labral with cam type morphology of the proximal femur. Mild generalized thinning of the femoral acetabular cartilage with no full-thickness defects noted.

**ASSESSMENT / PLAN**
**#1 Tear Hip Labral Initial Right**

Patient findings are consistent with labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticular cortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options were discussed in detail. Patient would like to proceed with ultrasound-guided intra-articular cortisone injection today. He will follow via phone and let us know how he does with the diagnostic portion of the injection. Should he wish to discuss surgery in more detail in the future we can see him back virtually otherwise he would be a candidate for right hip arthroscopy with femoroplasty, acetabular plasty and labral repair. Patient was seen and examined with Dr. Luke Spencer Garner today in the office. Procedure note for injection separately dictated. Plan of care and follow up were discussed in detail with the patient and all questions were answered.

I spent 62 minutes today caring for Michael Ray Morgason, which included the following activities: preparing for the visit, obtaining the history, performing an exam, interpreting testing and/or communicating results, counseling patient/family, placing orders, and documenting the visit.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason
**DOB:** **MRN:** 10609947

# Clinical Notes

## 05/26/2022 – Comprehensive Visit

Procedures

**Hip site - R hip joint : injection only**

Date/Time: **5/26/2022 10:35 AM**
Performed by: **Osborn, Nora C, P.A.-C.**
Authorized by: **Osborn, Nora C, P.A.-C.**

**Care team members present**
1. Spencer Gardner, Luke S, M.D.
2. Osborn, Nora C, P.A.-C.

**PROCEDURE DETAILS**
**Procedure Location** hip
Hip site: R hip joint
Site prep: patient was prepped and draped in usual sterile fashion
Patient position: supine
Procedure performed: injection only
Ultrasound image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.
Site was marked using indelible marker

**Procedural Medication**
**The following medications were administered at the target site(s)**
Local anesthetic: 5 mL bupivacaine PF 0.5 % (5 mg/mL)
Corticosteroid: 40 mg triamcinolone acetonide 40 mg/mL

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: diagnostic and therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure.
Site preparation: chlorhexidine

**SEDATION / ANESTHESIA**
Anesthesia method: topical application
Topical application type: aerosol cold spray

**POST-PROCEDURE DETAILS**
Procedure completed successfully: yes
Complications: no apparent complications
Post-procedure instructions: avoid submersion of procedure site for 48 hours
Discharge instructions: ice area as needed for comfort

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Appointment Details

Notes

## Clinical Notes

### Progress Notes by Luke S Spencer Gardner, M.D. at 7/26/2022 9:22 AM

Status: Signed

**Mayo Clinic Florida Orthopedic Surgery Follow Up**

**Video Visit**
Consult conducted via real-time audio/video technology by Dr. Luke Spencer-Gardner, MD in Mayo Clinic Florida to the patient in home. Patient verbal consent obtained along with explanation of limitations and expectations of telemedicine.

This Video Visit was performed during the COVID-19 pandemic.

**REASON FOR CONSULT**
Michael Ray Morgason returns for evaluation of His right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient returns today to discuss his relief after the intra-articular corticosteroid injection. He saw Nora back at the end of May and he had an intra-articular injection which has provided excellent relief of some of his symptoms. His primary complaint now is ongoing low back pain.

**PHYSICAL EXAM**

**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately

**DIAGNOSTICS**

**Imaging**

1. Complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

# Appointment Details

Notes

## Clinical Notes

### Progress Notes by John K Evans, D.O. at 8/4/2022 3:32 PM

Status: Signed

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
LBP

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in a virtual visit for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
He is currently experiencing pain in the right low back. No radicular pain. No numbness/weakness of the legs. Significant improvement in groin pain after intraarticular hip injection. Now right LBP is prominent feature. He underwent PT 7 months ago but wasn't able to tolerate because of LBP.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

# Appointment Details

Notes

## Clinical Notes

### Consults - Outpatient by Wenchun Qu, M.D., Ph.D. at 8/31/2022 8:01 AM

Status: Signed

**REFERRAL SOURCE:** John K Evans II, D.O.

**CHIEF COMPLAINT:** Low back pain

This is a video consultation with the patient connected from his home in Arkansas using Mayo Clinic video technology. No physical examination conducted.

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for consultation related to low back pain. Patient has been evaluated by Dr. Evans of Physical Medicine Rehabilitation since March 8th last visit was on August 4, 2022. Please refer to his note details of history.

The patient started low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities. He was treated with physical therapy 3 months ago. No radiation to the lower extremities. He has been taking gabapentin 1200 mg day, which is somewhat helpful.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:

# Appointment Details

Notes

## Clinical Notes

### Procedures by Mark Friedrich B Hurdle, M.D. at 10/25/2022 2:36 PM

Status: Signed

Procedure Orders

1. FL Sacroiliac Joint Injection Right [2223052437153] ordered by Trofymenko, Oleksandr, M.D.

Pre-procedure Diagnoses

1. Sprain Of Sacroiliac Joint Initial Encounter [S33.6XXA]

Post-procedure Diagnoses

1. Sprain Of Sacroiliac Joint Initial Encounter [S33.6XXA]

**FL Sacroiliac Joint Injection Right**
Performed by: **Hurdle, Mark Friedrich B, M.D.**
Authorized by: **Trofymenko, Oleksandr, M.D.**

**Care team members present**
1. Prusinski, Christian C, D.O.
2. Klonowski, Lisa M
3. Vinyard, Eric G, R.T.(R)
4. Prince, Megan G, R.T.(R)

**PROCEDURE SUMMARY**
Indications: Sacroiliac Joint Pain
Site: sacral
Sacral: sacroiliac joint
Sacroiliac joint: left
Needle or RF cannula: Spinal
Needle size: 22 G
Needle length: 3.5 in
Flow: intraarticular and periarticular
Patient position: prone

**IMAGING**
Fluoroscopic image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.

# Appointment Details

Notes

## Clinical Notes

### Progress Notes by Oleksandr Trofymenko, M.D. at 10/28/2022 9:27 AM

Status: Attested Cosigner: Qu, Wenchun, M.D., Ph.D. at 11/16/2022 10:27 PM

Attestation signed by Wenchun Qu, M.D., Ph.D. at 11/16/2022 10:27 PM

I saw and evaluated the patient, participating in the key portions of the service. I reviewed Dr. Trofymenko's note. I agree with the resident/fellow’s findings and plan.

**PAIN MEDICINE PROGRESS NOTE**

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for follow-up related to low back pain. Patient consulted in the Department of Pain Medicine with Wenchun Qu, MD on 8/31/22 and I refer reader to that note for further pain details.

The patient reported right-sided low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities: moving, bending forward, getting up. No radiation to the lower extremities. Denies any numbness or tingling in the toes.

Today the pain is 5/10.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**Previous treatment:**
He was treated with physical therapy 3 months ago. Did not help
He has been taking gabapentin 1500 mg a day, split into 2-3 doses
Hip injection on the right side in 05/2022, did not help with back pain, but helped with groin pain, lasted about 3 weeks.

# Test Results



## Test Results

| Test | Ordered By | Date |
|---|---|---|
| FL SACROILIAC JOINT INJECTION… | Oleksandr Trofyme… | Oct 25, 2022 |
| LARGE JOINT INJECTION | Nora C Osborn, P.… | May 26, 2022 |
| NM BONE SCAN SPECT CT SINGLE | John K Evans, D.O. | May 25, 2022 |
| DX LUMBAR SPINE 4+ VIEWS | John K Evans, D.O. | May 25, 2022 |
| MR HIP RIGHT WITHOUT IV CONT… | John K Evans, D.O. | May 25, 2022 |
| AUTONOMIC REFLEX SCREEN | Christopher J Lam… | Mar 7, 2022 |
| OUTSIDE MR NEURO | Provider Not In Sy… | Nov 24, 2021 |
| Microscopic urinalysis | Joseph A Ivey, M.D. | Nov 2, 2021 |
| BACTERIAL CULTURE, AEROBIC +… | Joseph A Ivey, M.D. | Nov 2, 2021 |
| Diagnostic PSA (diagnosis or monito… | Joseph A Ivey, M.D. | Nov 2, 2021 |
| EMG | Christopher J Lam… | Nov 1, 2021 |
| MR LUMBAR PLEXUS WITHOUT A… | Christopher J Lam… | Nov 1, 2021 |
| LOWER EXTREMITY ARTERIAL (A… | Meghana G Halkar… | Nov 1, 2021 |

| | | |
|---|---|---|
| ECG AMBULATORY REAL TIME CA… | Elaine P Macomb, … | Sep 28, 2021 |
| MYOGLOBIN, RANDOM, U | Christopher J Lam… | Sep 16, 2021 |
| METHYLMALONIC ACID,SERUM | Christopher J Lam… | Sep 16, 2021 |
| MONOCLONAL PROTEIN STUDY, S | Christopher J Lam… | Sep 16, 2021 |
| CERULOPLASMIN | Christopher J Lam… | Sep 16, 2021 |
| CRYOPRESERVATION FOR MOLE… | Christopher J Lam… | Sep 16, 2021 |
| Creatine Kinase level (muscle dama… | Christopher J Lam… | Sep 16, 2021 |
| NECROTIZING MYOPATHY EVALU… | Christopher J Lam… | Sep 16, 2021 |
| MISC. INVITAE CORPORATION | Christopher J Lam… | Sep 16, 2021 |
| MyoMarker 3 Profile | Christopher J Lam… | Sep 16, 2021 |
| Microscopic urinalysis | Meghana G Halkar… | Sep 16, 2021 |
| Diagnostic PSA (diagnosis or monito… | Meghana G Halkar… | Sep 16, 2021 |
| NEP BLOOD PRESSURE CHECK 2… | Elaine P Macomb, … | Sep 15, 2021 |
| ECHO TRANSTHORACIC (TTE) | Meghana G Halkar… | Sep 2, 2021 |
| AUTONOMIC REFLEX SCREEN | Meghana G Halkar… | Sep 2, 2021 |
| ECG | Meghana G Halkar… | Sep 1, 2021 |
| DX HIPS AND PELVIS BILATERAL … | Meghana G Halkar… | Sep 1, 2021 |
| Extended Metabolic/Electrolyte panel | Meghana G Halkar… | Sep 1, 2021 |
| Magnesium Level | Meghana G Halkar… | Sep 1, 2021 |
| Phosphorous Level | Meghana G Halkar… | Sep 1, 2021 |

| | | |
|---|---|---|
| Iron and Total Iron Binding capacity (i… | Meghana G Halkar… | Sep 1, 2021 |
| C-Reactive Protein Level (Inflamatio… | Meghana G Halkar… | Sep 1, 2021 |
| RHEUMATOID FACTOR | Meghana G Halkar… | Sep 1, 2021 |
| Complete Blood Count | Meghana G Halkar… | Sep 1, 2021 |
| HCV AB SCRN W/REFLEX TO HCV… | Meghana G Halkar… | Sep 1, 2021 |
| S-TSH (Thyroid Function) | Meghana G Halkar… | Sep 1, 2021 |
| Vitamin B12 Level | Meghana G Halkar… | Sep 1, 2021 |
| Fasting Lipid (Cholesterol) Screening | Meghana G Halkar… | Sep 1, 2021 |
| Ferritin Level (Iron) | Meghana G Halkar… | Sep 1, 2021 |
| ANTINUCLEAR AB, HEP-2, SUBST… | Meghana G Halkar… | Sep 1, 2021 |
| AB TO EXTRACTABLE NUCLEAR A… | Meghana G Halkar… | Sep 1, 2021 |
| DSDNA AB WITH REFLEX, IGG, S | Meghana G Halkar… | Sep 1, 2021 |
| C3 COMPLEMENT | Meghana G Halkar… | Sep 1, 2021 |
| C4 COMPLEMENT | Meghana G Halkar… | Sep 1, 2021 |
| COMPLEMENT TOTAL | Meghana G Halkar… | Sep 1, 2021 |
| CYCLIC CITRUL PEPTIDE AB, IGG | Meghana G Halkar… | Sep 1, 2021 |
| DSDNA AB BY CRITHIDIA IFA, IGG, S | Meghana G Halkar… | Sep 1, 2021 |
| HIV-1/-2 AG AND AB SCREEN, PLA… | Meghana G Halkar… | Sep 1, 2021 |
| Prothrombin Time (PT) | Meghana G Halkar… | Sep 1, 2021 |
| Hemoglobin A1C (Average Blood Su… | Meghana G Halkar… | Sep 1, 2021 |

| | | |
|---|---|---|
| Microscopic urinalysis | Meghana G Halkar… | Sep 1, 2021 |
| Neurology EMG | Shaida Khan | Mar 26, 2021 |
| CT ABDOMEN/PELVIS W IV AND P… | Shaida Khan | Mar 5, 2021 |
| OUTSIDE CT BODY | Provider Not In Sy… | Mar 5, 2021 |
| PARANEOPLASTIC AUTOANTIBO… | Shaida Khan | Feb 23, 2021 |
| GAD65 AB ASSAY, S | Shaida Khan | Feb 23, 2021 |
| CK (CPK) CREATINE KINASE | Shaida Khan | Feb 23, 2021 |
| CBC W/ DIFF | Shaida Khan | Feb 23, 2021 |
| TSH REFLEX | Shaida Khan | Feb 23, 2021 |
| SPEP + IFE REFLEX | Shaida Khan | Feb 23, 2021 |
| COMPREHENSIVE METABOLIC PA… | Shaida Khan | Feb 23, 2021 |
| ANA (ANTINUCLEAR) ABS | Shaida Khan | Feb 23, 2021 |
| SED RATE (ERYTHROCYTE SEDI… | Shaida Khan | Feb 23, 2021 |
| C REACTIVE PROTEIN (INFLAMMA… | Shaida Khan | Feb 23, 2021 |
| IMMUNOFIX ELEC (SER) | Shaida Khan | Feb 23, 2021 |
| OUTSIDE MR NEURO | Provider Not In Sy… | Dec 23, 2020 |
| OUTSIDE MR NEURO | Provider Not In Sy… | Dec 23, 2020 |
| TRANSTHORACIC ECHOCARDIOG… | Sandeep Singh, MD | Nov 6, 2020 |
| COMPREHENSIVE METABOLIC PA… | Historical Provider.… | Oct 27, 2020 |

| | | |
|---|---|---|
| CBC | Historical Provider,… | Oct 27, 2020 |
| CTA RUNOFF | Ashley Lauren Mo… | Oct 22, 2020 |
| OUTSIDE CT | Provider Not In Sy… | Oct 22, 2020 |
| POC CREATININE | Provider Lab Interf… | Oct 22, 2020 |
| LIPID PANEL | Historical Provider,… | Jun 22, 2018 |
| COMPREHENSIVE METABOLIC PA… | Historical Provider,… | Jun 22, 2018 |
| BASIC METABOLIC PANEL | Historical Provider,… | Nov 15, 2017 |
| NM MYOCARDIAL PERFUSION SP… | Sandeep Singh, MD | Nov 13, 2017 |
| ECHOCARDIOGRAM 2D COMPLETE | Sandeep Singh, MD | Nov 13, 2017 |
| US UPPER EXTREMITY ARTERIES… | Bsw Historical Con… | Nov 8, 2017 |
| ECG 12-LEAD | Sandeep Singh, MD | Nov 7, 2017 |
| MR BRACHIAL PLEXUS | Orhun H Kantarci, … | Nov 3, 2017 |
| MR CHEST ANGIOGRAM WITHOU… | Orhun H Kantarci, … | Nov 2, 2017 |
| EMG | Historical Provider | Nov 2, 2017 |
| MR BRACHIAL PLEXUS | Orhun H Kantarci, … | Sep 21, 2017 |
| ARTERIAL UPPER EXTREMITY | Historical Provider | Sep 21, 2017 |
| DX CERVICAL SPINE 2-3 VIEWS | Laura A Waksdahl,… | Sep 20, 2017 |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **Aug 22, 2017** |

| | | |
|---|---|---|
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **Aug 22, 2017** |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **Aug 22, 2017** |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **Aug 22, 2017** |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **May 18, 2015** |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **May 18, 2015** |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **Feb 11, 2015** |
| **OUTSIDE DX SKELETAL** | **Provider Not In S…** | **Jan 28, 2015** |
| **OUTSIDE DX SKELETAL** | **Provider Not In S…** | **Jul 17, 2014** |
| **OUTSIDE MR NEURO** | **Provider Not In S…** | **Mar 5, 2013** |
| OUTSIDE DX SKELETAL | Provider Not In Sy… | Feb 25, 2013 |

There are no more test results available.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason
**DOB:** **MRN:** 10609947

# Clinical Notes & Documents

## Clinical Notes

**Select a year**

**9** Appointments/Admissions found

| | Last Updated | Status | Department | Provider |
|---|---|---|---|---|
| **10/25/2022 -** Office Visit | | | | |
| Progress Notes | 10/25/2022 | Final | PM Pain Medicine | Oleksandr Trofymenko |
| **10/25/2022 -** Hospital Outpatient Visit | | | | |
| Procedures | 10/25/2022 | Final | PM Pain Medicine | Mark Friedrich B Hurdle |
| **08/31/2022 -** Telemedicine | | | | |
| Consults - Outpatient | 08/31/2022 | Final | PM Pain Medicine | Wenchun Qu |
| **08/04/2022 -** Telemedicine | | | | |
| Progress Notes | 08/04/2022 | Final | PMR (Physical Medicine and Rehabilitation) | John K Evans |
| **07/26/2022 -** Telemedicine | | | | |
| Progress Notes | 07/26/2022 | Final | ORS (Orthopedic Surgery) | Luke S Spencer Gardner |
| **05/26/2022 -** Comprehensive Visit | | | | |
| Procedures | 05/26/2022 | Final | ORS (Orthopedic Surgery) | Melissa B |
| Consults - Outpatient | 05/26/2022 | Final | ORS (Orthopedic Surgery) | Nora C Osborn |

| | Last Updated | Status | Department | Provider |
|---|---|---|---|---|
| **05/25/2022 -** Office Visit | | | | |
| Progress Notes | 05/25/2022 | Final | PMR (Physical Medicine and Rehabilitation) | John K Evans |
| **03/08/2022 -** Comprehensive Visit | | | | |
| Consults - Outpatient | 03/08/2022 | Final | PMR (Physical Medicine and Rehabilitation) | John K Evans |
| **03/07/2022 -** Office Visit | | | | |
| Progress Notes | 03/07/2022 | Final | NEU (Neurology) | Christopher J Lamb |

Clinical notes are working documents, neither full nor legally certified copies of your medical record. These notes may be updated by your care team to document and communicate care.

If you believe information in this document is inaccurate and would like to request a change, click here for instructions on how to make that request.

If you have questions about the information in this document, contact your care team.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 10/25/2022 – Office Visit

### Progress Notes

**PAIN MEDICINE PROGRESS NOTE**

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for follow-up related to low back pain. Patient consulted in the Department of Pain Medicine with Wenchun Qu, MD on 8/31/22 and I refer reader to that note for further pain details.

The patient reported right-sided low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities: moving, bending forward, getting up. No radiation to the lower extremities. Denies any numbness or tingling in the toes.

Today the pain is 5/10.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**Previous treatment:**
He was treated with physical therapy 3 months ago. Did not help
He has been taking gabapentin 1500 mg a day, split into 2-3 doses
Hip injection on the right side in 05/2022, did not help with back pain, but helped with groin pain, lasted about 3 weeks.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**
**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | 12th grade |

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Every Day |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | Never |
| • Drug use: | Never |
| • Sexual activity: | Yes |
| Partners: | Female |
| Birth control/protection: | Vasectomy |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Unknown
- Difficulty of Paying Living Expenses: Patient refused

Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

Transportation Needs: No Transportation Needs
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

Physical Activity: Insufficiently Active
- Days of Exercise per Week: 2 days
- Minutes of Exercise per Session: 10 min

Stress: Stress Concern Present
- Feeling of Stress : To some extent

Social Connections: Moderately Integrated
- Frequency of Communication with Friends and Family: More than three times a week
- Frequency of Social Gatherings with Friends and Family: Once a week
- Attends Religious Services: 1 to 4 times per year
- Active Member of Clubs or Organizations: No
- Attends Club or Organization Meetings: Never
- Marital Status: Married

Intimate Partner Violence: Not At Risk
- Fear of Current or Ex-Partner: No
- Emotionally Abused: No
- Physically Abused: No
- Sexually Abused: No

Housing Stability: Low Risk
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: 1
- Unstable Housing in the Last Year: No

**FAMILY HISTORY**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYMPTOMS**
Except for those mentioned in the history of present illness, a complete review of systems is negative.

**VITALS**
There were no vitals filed for this visit.

**PHYSICAL EXAMINATION**
VITALS: There were no vitals taken for this visit.
CONSTITUTIONAL: No acute distress noted.
PSYCHIATRIC: Mood euthymic. Affect appropriate.
CARDIOVASCULAR: Peripheral pulses palpable. No signs of limb ischemia.
RESPIRATORY: Respirations unlabored with no signs of respiratory compromise.
NEUROLOGIC: Alert and oriented. Speech is clear and coherent without any signs of sedation. Answers questions appropriately. Sensation grossly intact in respective dermatomes of bilateral lower and upper extremities.
MUSCULOSKELETAL: No frank deformity noted. Gross motor strength to bilateral upper and lower extremities intact. Ambulates without assistance. Lumbar facet loading is positive on the right. Tender to palpation over SI joint on the right. FABER and Gaenslen are positive on the right. Compression test is positive on the right. Acetabular grind positive on the right.
LYMPHATIC: No apparent adenopathy or lymphedema.
INTEGUMENTARY: Intact without visible rashes.

**IMAGING STUDIES:** I reviewed imaging studies of the spine. I personally reviewed these images and agree with the radiology report and shared the findings with the patient.

**ASSESSMENT/PAN**

**IMPRESSION**
#1 Chronic low back pain, mechanical
#2 Right sacroiliac joint pain

The location of the pain corresponds to the location of sacroiliac joint. In conjunction with his hip pain, there could be a sacroiliac joint pain secondary to hip pain. No red flags on history and exam.

**PLAN**
We will proceed with right sacroiliac joint steroid injection under fluoroscopy. Patient is taking aspirin 81 mg daily, which he can continue. He denies any history of diabetes. He denies any history of contrast or steroid allergy. He denies any infections or taking any antibiotics. Discussed risks, benefits, alternatives of the procedure. Patient would like to proceed. He was also provided with external physical therapy referral for myofascial hip pain. He may be candidate for a repeat right hip injection in the future. If all else does not provide sufficient relief, he also may be a candidate for right lower lumbar facet joint injections.

Plan of care established with Wenchun Qu, MD. Patient's questions were answered to the best of my ability. The patient was encouraged to contact our office with further pain related questions or concerns. Patient verbalized understanding of everything that was discussed.

**Answers submitted by the patient for this visit:**
General Review of Symptoms (Submitted on 10/25/2022)
Fatigue: Yes
No eye issues: Yes
No ENT issues: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Pain in the calf muscles when walking: Yes
No respiratory issues: Yes
Heartburn: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Back pain/stiffness: Yes
No skin issues: Yes
Weakness in arms and/or legs: Yes
Change in sexual drive (decreased libido): Yes
Little interest or pleasure in doing things: Yes
No blood/lymph issues: Yes
Erectile dysfunction: Yes

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 08/31/2022 – Telemedicine

### Consults - Outpatient

**REFERRAL SOURCE:** John K Evans II, D.O.

**CHIEF COMPLAINT:** Low back pain

This is a video consultation with the patient connected from his home in Arkansas using Mayo Clinic video technology. No physical examination conducted.

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 52 y.o. male referred to the Department of Pain Medicine for consultation related to low back pain. Patient has been evaluated by Dr. Evans of Physical Medicine Rehabilitation since March 8th last visit was on August 4, 2022. Please refer to his note details of history.

The patient started low back pain since about 2 years ago, conjunction with right hip pain. He did have a right hip injection that has been very helpful for the hip pain. However, he is back pain has been persistent. The pain is moderate to severe, starting at the upper medial quadrant of the buttock, with some radiation around the lateral side of hip. The pain is worse with activities. He was treated with physical therapy 3 months ago. No radiation to the lower extremities. He has been taking gabapentin 1200 mg day, which is somewhat helpful.

No sneezing or straining effect. No fever, chill, or unintended weight loss. No loss of control of bowel or bladder functions.

**MEDS**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | | April 2021 |
| • VASECTOMY | | 1993 |

**SOCIAL HISTORY**
**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | 12th grade |

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Every Day |

| | |
|---|---|
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never |
| Substance and Sexual Activity | |
| • Alcohol use: | Never |
| • Drug use: | Never |
| • Sexual activity: | Yes |
| Partners: | Female |
| Birth control/protection: | Vasectomy |
| Other Topics | Concern |
| • Not on file | |
| Social History Narrative | |
| • Not on file | |

**Social Determinants of Health**

Financial Resource Strain: Low Risk
- Difficulty of Paying Living Expenses: Not very hard

Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

Transportation Needs: No Transportation Needs
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

Physical Activity: Insufficiently Active
- Days of Exercise per Week: 3 days
- Minutes of Exercise per Session: 10 min

Stress: Stress Concern Present
- Feeling of Stress : To some extent

Social Connections: Unknown
- Frequency of Communication with Friends and Family: More than three times a week
- Frequency of Social Gatherings with Friends and Family: Once a week
- Attends Religious Services: Not on file
- Active Member of Clubs or Organizations: No
- Attends Club or Organization Meetings: Not on file
- Marital Status: Married

Intimate Partner Violence: Not At Risk
- Fear of Current or Ex-Partner: No
- Emotionally Abused: No
- Physically Abused: No
- Sexually Abused: No

Housing Stability: Low Risk
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: 0
- Unstable Housing in the Last Year: No

**FAMILY HISTORY**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer *Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |

- Dementia Maternal Grandfather

**REVIEW OF SYMPTOMS**
Except for those mentioned in the history of present illness, a complete review of systems is negative.

**VITALS**
There were no vitals filed for this visit.

**PHYSICAL EXAMINATION**
GENERAL: Awake, alert, and oriented, no apparent distress, pleasant, and cooperative
PSYC: Mood is euthymic, affect is congruent
SPINE: Lumbar spine range of motion is full.

**IMAGING STUDIES:** I reviewed imaging studies of the spine. I personally reviewed these images and agree with the radiology report and shared the findings with the patient.

**IMPRESSION**
#1 Chronic low back pain, mechanical
#2 Right sacroiliac joint pain

**PLAN**
It is a pleasure visiting with Mr. Morgason. The location of the pain corresponds to the location of sacroiliac joint. In conjunction with his hip pain, there could be a sacroiliac joint pain secondary to hip pain. I would like to have the patient in the clinic for physical examination for further identification of his pain generator. If he has positive findings in sacroiliac joint exam, we may consider a sacroiliac joint injection. Otherwise depending on the physical examination, we may address potential pain generators found to be different. I encouraged him to continue exercise according to Physical therapy regimen. He may go up on gabapentin to 1800 mg but I defer that to the primary service in monitoring the change.

*A total of 40+ minutes was spent on this visit including review of previous notes, F2F time with counseling on their medical problems, ordering tests, refilling meds, and documenting the findings in the chart.*

**EDUCATION**
We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. No apparent learning barriers were identified; learning preferences include listening.

Signed by:
Wenchun Qu, M.D., Ph.D. 8/31/2022 8:46 AM EDT

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason

**DOB:** **MRN:** 10609947

# Clinical Notes

## 10/25/2022 – Hospital Outpatient Visit

### Procedures

**FL Sacroiliac Joint Injection Right**
Performed by: **Hurdle, Mark Friedrich B, M.D.**
Authorized by: **Trofymenko, Oleksandr, M.D.**

**Care team members present**
1. Prusinski, Christian C, D.O.
2. Klonowski, Lisa M
3. Vinyard, Eric G, R.T.(R)
4. Prince, Megan G, R.T.(R)

**PROCEDURE SUMMARY**
Indications: Sacroiliac Joint Pain
Site: sacral
Sacral: sacroiliac joint
Sacroiliac joint: left
Needle or RF cannula: Spinal
Needle size: 22 G
Needle length: 3.5 in
Flow: intraarticular and periarticular
Patient position: prone

**IMAGING**
Fluoroscopic image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.

**INJECTED MEDICATIONS**
Total volume of injectate (mL): 2
Total steroid in injectate (mg): 40
1 mL ropivacaine (PF) 2 mg/mL (0.2 %)
40 mg triamcinolone acetonide 40 mg/mL
1 mL iohexoL 300 mg iodine/mL

**PROCEDURE DETAILS**
Sacroiliac joint - sacral: Using fluoroscopy, the inferior portion of the sacroiliac joint(s) was identified and marked on the skin. Using fluoroscopic guidance, a spinal needle was advanced into the joint. Proper needle positioning was confirmed using multiple fluoroscopic views. After negative aspiration, contrast was injected, showing intraarticular spread of contrast without any evidence of intravascular uptake. A injectate was injected slowly and incrementally into the aforementioned joint(s). Following each injection, the needle was withdrawn slightly and flushed with lidocaine as it was withdrawn from the skin. The patient tolerated the procedure well and there were no apparent complications. After appropriate observation, the patient was dismissed in good condition under their own power.

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure: yes
Site preparation: chlorhexidine and alcohol

**SEDATION / ANESTHESIA**
Anesthesia method: local infiltration

MyChart® licensed from Epic Systems Corporation, © 2022.

© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 07/26/2022 – Telemedicine

### Progress Notes

**Mayo Clinic Florida Orthopedic Surgery Follow Up**

**Video Visit**
Consult conducted via real-time audio/video technology by Dr. Luke Spencer-Gardner, MD in Mayo Clinic Florida to the patient in home. Patient verbal consent obtained along with explanation of limitations and expectations of telemedicine.

This Video Visit was performed during the COVID-19 pandemic.

**REASON FOR CONSULT**
Michael Ray Morgason returns for evaluation of His right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient returns today to discuss his relief after the intra-articular corticosteroid injection. He saw Nora back at the end of May and he had an intra-articular injection which has provided excellent relief of some of his symptoms. His primary complaint now is ongoing low back pain.

**PHYSICAL EXAM**

**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately

**DIAGNOSTICS**

**Imaging**

1. Complex degenerative tearing of the anterior superior acetabular labrum with cam-type morphology of the proximal femur predisposing to femoral acetabular impingement.

2. Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild greater trochanteric bursal inflammation.

EXAM: MR HIP RIGHT WITHOUT IV CONTRAST

HISTORY: Sharp right lower back and right groin pain

TECHNIQUE: Multiplanar multisequence MRI of the right hip without contrast.

COMPARISON: Hip/pelvis radiograph 9/1/2021

FINDINGS:

BONE:
Normal marrow signal. No fracture, stress-related change, avascular necrosis, or worrisome focal osseous lesion. Broad-based osseous prominence along the anterosuperior aspect of the femoral head/neck junction with decreased femoral head/neck offset compatible with cam-type morphology. This anatomy predisposes to femoral acetabular impingement.

LABROLIGAMENTOUS STRUCTURES AND CARTILAGE:
Complex degenerative tearing and maceration of the anterior superior acetabular labrum. Ligamentum teres is normal. Mild generalized thinning of the femoroacetabular cartilage without full-thickness defect.

MYOTENDINOUS STRUCTURES:
Gluteus minimus tendinopathy and probable low-grade insertional tearing with mild subgluteus minimus bursitis. Mild gluteus medius tendinopathy is also noted. Ill-defined edema/inflammation along the greater trochanter likely reflecting greater trochanteric bursal inflammation.

SOFT TISSUES:
No abnormal fluid collection or soft tissue mass. No edema.

**ASSESSMENT / PLAN**
**#1 Tear Hip Labral Initial Right**
**#2 Hip Joint Disorder Right**

He had excellent relief after the intra-articular injection, however he still has ongoing back pain which is his primary complaint today. We discussed proceeding with hip arthroscopy if he considers the pain, and the limitations and the impact on his quality of life to be worth proceeding with surgery. He does have some pain that radiates down through the testicles, and in that setting we discussed the need for counter traction for hip arthroscopy which involves some significant pressure through the groin and that may exacerbate his pain in that region.

As of right now his hip symptoms are mild, but if they return I think he would be a candidate for arthroscopic surgery to address his labral tear and the impinge. Rest complaint at present is his low back pain, and I have advised him to round back with the spine team to review again, and discuss his options on that front.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason

**DOB:** **MRN:** 10609947

# Clinical Notes

## 05/26/2022 – Comprehensive Visit

Procedures

**Hip site - R hip joint : injection only**

Date/Time: **5/26/2022 10:35 AM**
Performed by: **Osborn, Nora C, P.A.-C.**
Authorized by: **Osborn, Nora C, P.A.-C.**

**Care team members present**
1. Spencer Gardner, Luke S, M.D.
2. Osborn, Nora C, P.A.-C.

**PROCEDURE DETAILS**
**Procedure Location** hip
Hip site: R hip joint
Site prep: patient was prepped and draped in usual sterile fashion
Patient position: supine
Procedure performed: injection only
Ultrasound image guidance used to localize target, identify at risk structures, and dynamically used to direct therapy to the target. Image(s) acquired and saved.
Site was marked using indelible marker

**Procedural Medication**
**The following medications were administered at the target site(s)**
Local anesthetic: 5 mL bupivacaine PF 0.5 % (5 mg/mL)
Corticosteroid: 40 mg triamcinolone acetonide 40 mg/mL

**CONSENT**
Consent obtained: written

**UNIVERSAL PROTOCOL**
All relevant documentation and testing were reviewed and available. All required blood products, implants, devices and or special equipment were made available as applicable. Pre-procedure verification was conducted and the correct site was marked if required. A fire risk assessment was done as applicable. The procedural time-out to verify correct patient, correct side/site, and procedure was conducted prior to performing the procedure and confirmed in a procedural pause.

**PRE-PROCEDURE DETAILS**
Procedure purpose: diagnostic and therapeutic
Appropriate hand hygiene, gown, cap, mask, protective eyewear, sterile gloves, skin preparation, sterile drape, and strict aseptic technique were utilized as applicable for the procedure.
Site preparation: chlorhexidine

**SEDATION / ANESTHESIA**
Anesthesia method: topical application
Topical application type: aerosol cold spray

**POST-PROCEDURE DETAILS**
Procedure completed successfully: yes
Complications: no apparent complications
Post-procedure instructions: avoid submersion of procedure site for 48 hours
Discharge instructions: ice area as needed for comfort

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 03/07/2022 – Office Visit

### Progress Notes

3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were

negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History
Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.
**Speech:** Normal.

| **Cranial nerves** | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements:**<br>**Normal pursuits.** | | |

**Motor Examination**

| **R** | **Muscle, strength** | **L** | | **R** | **Muscle, strength** | **L** |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |
| **Muscle atrophy / enlargement**: no<br>**Fasciculations**: no<br>**Clinical myotonia**: no | | | | | | |

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance (25% Reduced) | -1 | 4+ |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

Normal cremasteric reflexes

**Sensory examination:**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 05/26/2022 – Comprehensive Visit

Consults - Outpatient

**Mayo Clinic Florida Orthopedic Surgery Evaluation**

**REASON FOR CONSULT**
Michael Ray Morgason is a 51 y.o. male who presents for evaluation of right hip pain.

**HISTORY OF PRESENT ILLNESS**

The patient reports a more than 1 year history of right hip pain that developed gradually. The pain is localized to the groin and low back. At rest the pain is rated 1/10, with activity that worsens the pain it can be as bad as 7/10. The pain is exacerbated by activities that involve hip flexion, sitting, sport related activity, walking, sexual intercourse and getting into or out of the car and relieved by rest. Patient reports no mechanical symptoms.

Prior treatments attempted include activity modification and a dedicated course of physical therapy.

Prior Injections: None
With relief: N/A

Patient is here traveling from Arkansas. He states that the pain in the right hip has been progressing over the past year and a half for so. It has been much more significant in the last few months. He states the pain bothers him if he sits for long periods time or specially when he is trying to get in out of scar. If he walks for any more than 15-20 minutes he gets significant groin pain. Patient states he used to be very active however in the past 1-2 years he has not been able to do much of anything due to multiple different medical conditions. He has not found anything that does help with the pain in his groin. He did try physical therapy but had to stop because it was too painful. Patient is seen today in consult at the request of Dr. John Evans.

His current list of health issues include:
**#1 Tear Hip Labral Initial Right**
**#2 Hyperlipidemia**
**#3 Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)**
**#4 Fatigue**
**#5 Pain Hip Bilateral**
**#6 Dizziness**
**#7 Rash**
**#8 Elevated Antinuclear Antibody Abnormal**
**#9 Tobacco Use**

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Latex, Natural Rubber | Itching and Rash |
| • Penicillins | Hives, Itching, Rash and Other (see comments) |

**Medications:**

Current Outpatient Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily., Disp: , Rfl:
- atorvastatin (LIPITOR) 20 mg tablet, daily., Disp: , Rfl:
- buPROPion XL (WELLBUTRIN XL) 150 mg 24 hr tablet, TAKE 1 TABLET BY MOUTH EVERY DAY, Disp: 90 tablet, Rfl: 1
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily., Disp: , Rfl:
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day., Disp: , Rfl:
- magnesium oxide 200 mg magnesium tablet, daily., Disp: , Rfl:
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin, Disp: , Rfl:

**PAST MEDICAL HISTORY**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipidemia | Nov 2017 |

**PAST SURGICAL HISTORY**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|

| | |
|---|---|
| • OTHER SURGICAL HISTORY<br>*CT release and thumb reconstruction* | April 2021 |
| • VASECTOMY | 1993 |

**SOCIAL HISTORY**
**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 30.00 |
| Pack years: | 30.00 |
| Types: | Cigarettes, Pipe |
| Start date: | 7/31/1991 |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Never |
| • Drug use: | Never |

**FAMILY HISTORY**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon cancer | Father | |
| • Skin cancer | Father | |
| • Coronary artery disease | Father | |
| • Hypertension | Father | |
| • Hyperlipidemia | Father | |
| • Diabetes | Father | |
| • Other cancer<br>*Cornea* | Mother | |
| • Coronary artery disease | Mother | |
| • Hypertension | Mother | |
| • Hyperlipidemia | Mother | |
| • Diabetes | Mother | |
| • Osteoporosis | Mother | |
| • Rheum arthritis | Mother | |
| • Asthma | Mother | |
| • Sleep apnea | Mother | |
| • Dementia | Mother | |
| • Coronary artery disease | Brother | |
| • Hypertension | Brother | |
| • Hyperlipidemia | Brother | |
| • Hypertension | Sister | |
| • Hyperlipidemia | Sister | |
| • Thyroid disease | Daughter | |
| • Parkinsonism | Paternal Grandmother | |
| • Dementia | Maternal Grandfather | |

**REVIEW OF SYSTEMS**
12 point review of systems was completed and was negative unless stated in the HPI.

**PHYSICAL EXAM**

**Vitals:** There is no height or weight on file to calculate BMI.
**General/Constitutional:** No apparent distress, well-nourished and well developed
**Psych:** Normal affect, responds appropriately
**Head:** Normocephalic, atraumatic
**Respiratory:** Non-labored breathing
**Abdomen:** Lower quadrants and hypogastric regions palpated with tenderness
**Skin:** No skin lesions or rashes noted on exposed skin.
**Vascular:** Pulses normal
**Neuro:** Sensation to light touch is normal., lower extremity strength examined and normal unless otherwise stated below, reflexes equal and symmetrical bilaterally
**Musculoskeletal:**
**Gait:** Normal.
**Spine:** Pain or stiffness with lumbar spine motion no. Straight leg raise test negative
**Knee:** no effusion, FROM, ligamentous structures intact.
**Hip ROM:**

| | Right Hip | Left Hip |
|---|---|---|
| Flexion | 120 | 120 |
| Extension | 10 | 10 |
| Abduction | 35 | 45 |
| Adduction | 10 | 10 |
| Internal rotation | 15 | 20 |
| External rotation | 35 | 40 |

**Regional hip exam:**
**Intra-articular:** FADDIR positive, Pain with deep hip flexion positive.
**Peritrochanteric:** Trochanteric facet tenderness no. Trendelenberg test negative. Weakness with resisted abduction no.
**Groin/Adductor:** Tenderness to palpation yes
**Posterior:** Tenderness to palpation SI joint Pain with resisted knee flexion no
**Instability:** Beighton: Normal, apprehension N/A.

**DIAGNOSTICS**

**Imaging**

X-RAY:

Xrays were reviewed and demonstrate bilateral cam type morphology of both hips with ossification of labrum noted.

MRI of the right hip without contrast reviewed demonstrates complex degenerative tearing of the anterior superior acetabular labral with cam type morphology of the proximal femur. Mild generalized thinning of the femoral acetabular cartilage with no full-thickness defects noted.

**ASSESSMENT / PLAN**
**#1 Tear Hip Labral Initial Right**

Patient findings are consistent with labral tear and femoral acetabular impingement (FAI). Recommendations at this time include intraarticular cortisone injection, intraarticular ropivacaine challenge and arthroscopic hip surgery. Treatment options were discussed in detail. Patient would like to proceed with ultrasound-guided intra-articular cortisone injection today. He will follow via phone and let us know how he does with the diagnostic portion of the injection. Should he wish to discuss surgery in more detail in the future we can see him back virtually otherwise he would be a candidate for right hip arthroscopy with femoroplasty, acetabular plasty and labral repair. Patient was seen and examined with Dr. Luke Spencer Garner today in the office. Procedure note for injection separately dictated. Plan of care and follow up were discussed in detail with the patient and all questions were answered.

I spent 62 minutes today caring for Michael Ray Morgason, which included the following activities: preparing for the visit, obtaining the history, performing an exam, interpreting testing and/or communicating results, counseling patient/family, placing orders, and documenting the visit.

---

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

MAYO CLINIC

**Name:** michael (Michael) R. morgason

**DOB:** **MRN:** 10609947

# Clinical Notes

## 11/09/2021 – Virtual Visit

### Progress Notes

**Peripheral Nerve Neurology Subsequent Visit Note**
11/9/2021
Consult conducted via real-time audio technology by Chris Lamb, M.D. in Mayo clinic Jacksonville to the patient in their home.
Reason for visit: Report visit after completing testing

Mr. Morgason and I reviewed the available diagnostic data.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

**IMPRESSION**
#1 Small and autonomic fiber polyneuropathy
#2 High lumbar radiculopathy, suspected right L2 level based on EMG findings
#3 Possible Symptomatic tarlov cysts near sacral nerve roots

**DISCUSSION**
We discussed the diagnosis of small fiber/autonomic polyneuropathy and the differential diagnosis. In his case, we have not found a causative disease. I would like to continue the plan to manage his symptoms and monitor his progression over time. I am most suspicious of a hereditary etiology. I would like to follow him up in six months to assess for progression. I have also requested Invitae comprehensive neuropathies genetic panel to be sent on his cryopreserved DNA specimen.

He has not been drinking enough water to help with his orthostatic hypotension. He has also not wearing optimal compression stockings, I recommended that he wear stockings that go above his knee and he may also consider an abdominal binder or Spanx also.

Additionally, he would benefit from symptomatic pain medicine for his small fiber polyneuropathy. We discussed a gradual increase of his gabapentin to a higher dose. It has been my experience that patients feel adverse effects from gabapentin early on immediately after they start taking that which tend to improve as they have itch way to the medicine the longer they are taking it. I have also found that patients tend to feel the benefit with gabapentin later after they reach a higher dose of medicine. I have outlined a plan for a gradual increase below.

Additionally since his ceruloplasmin levels were low, I would recommend over-the-counter copper supplementation as outlined below with repeat levels.

**PLAN**
1. Follow-up visit and repeat Autonomic reflex screen in 6 months
2. Copper supplementation:
Week 1:8mg per day
Week 2: 6 mg per day
Week 3: 4 mg per day
Week 4 and after: 2 mg per day
Repeat ceruloplasmin and copper levels after 4 weeks, if not within normal range, then repeat cycle.

3. Invitae comprehensive neuropathies panel on cryopreserved specimen
4. Spine clinic for lumbar radiculopathy to consider injection high lumbar injection; Repeat MR lumbar spine prior to appt. They are going to arrange for this locally.
5. Neurosurgery message to see about potential treatment modalities for Tarlov cyst. I told the patient and his wife that surgery may have more risk than potential benefit and I am not certain how symptomatic these cysts really are.
6. Nonpharmacologic measures can be helpful in managing orthostatic hypotension. For Mr. Morgason, I have recommended:

**Hydration.** Maintaining hydration is essential. Fluid intake should consist of at least 5 to 8 eight-ounce glasses of fluid daily. Salt supplementation is also necessary, since drinking water alone does not expand blood volume. One option is to drink low calorie sports beverages containing electrolytes. Another is to add table salt (sodium chloride) to meals or choose foods high in sodium content. Some patients use salt tablets (available as 0.5 and 1 g tablets, for example, Thermotabs). Recommended daily salt intake is 10 to 20 g, which can be adjusted

depending on the blood pressure response, as patients differ in their sensitivity to salt.

**Physical maneuvers**. A number of physical maneuvers can be effective in daily life to counteract the pooling of blood in the legs that occurs in orthostatic hypotension. These include (a) leg crossing, or crossing one leg in direct contact with the other while actively standing on both legs, (b) bending forward, or (c) placing one foot on a chair, which contracts the thigh muscles. These maneuvers tense the muscles in the upper legs and abdomen, which compresses veins, helping to increase the venous return of blood to the heart.

**Postural training**. It is important to remain upright as much as possible during the day. Patients with orthostatic hypotension can improve their tolerance of orthostatic stress by increasing each day the time spent upright. Prolonged bedrest is best avoided, as this can lead to cardiovascular deconditioning.

**Sleeping posture**. Four-inch blocks are inserted under the headposts of the bed so that the mattress inclines at a slight angle. This technique of increasing "microgravity" decreases nocturia and supine hypertension.

**Recognize circumstances**. Mr. Morgason can take an active role in managing orthostatic hypotension by learning to recognize situations when blood pressure may be lower. These include (a) after awakening, when there has been no fluid intake overnight and the body has been at rest, (b) when the weather is hot or after a shower, because blood pressure decreases when blood flow to the skin is increased, (c) after a meal, since blood flow is distributed to the digestive organs, (d) after moderate or vigorous exercise, due to increased blood flow to muscles no longer contracting, or (e) during other illness, due to decreased physical activity, stress, fluid loss or fever.

7. Slow increase of gabapentin, for example, using the following schedule:

**Gabapentin (Neurontin ™) Titration Schedule**

**Capsule or tablet size: 100 mg**
This schedule should only be used with 100 mg capsules or tablets. Double-check your medication label from the pharmacy to confirm the dispensed dose. Call your healthcare provider with questions.

**INSTRUCTIONS:**
- Follow the instructions in the table below for increasing the dose of the medication until you achieve a good response. Do not increase the dose faster than prescribed.
- If your symptoms improve at a lower dose, continue taking that dose; increase to the next dose only if necessary.
- If side effects occur that you cannot tolerate, go back down to the last dose that you tolerated. Call your healthcare provider if you are having limiting side effects.
- Gabapentin comes in many dosage sizes. Once a stable dose has been found, your healthcare provider may provide a prescription for a larger dosage size.

| | DAY 1 | DAY 2 | DAY 3 | DAY 4 | DAY 5 | DAY 6 | DAY 7 |
|---|---|---|---|---|---|---|---|
| **Date** | | | | | | | |
| | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets | Number of capsules or tablets |
| **MORNING** | | | | 1 | 1 | 1 | 1 |
| **NOON** | | | | | | | 1 |
| **EVENING** | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | **DAY 8** | **DAY 9** | **DAY 10** | **DAY 11** | **DAY 12** | **DAY 13** | **DAY 14** |
| **Date** | | | | | | | |
| **MORNING** | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| **NOON** | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| **EVENING** | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| | **DAY 15** | **DAY 16** | **DAY 17** | **DAY 18** | **DAY 19** | **DAY 20** | **DAY 21 and ongoing** |
| **Date** | | | | | | | |
| **MORNING** | 2 | 2 | 2 | 3 | 3 | 3 | **Maintain at 3** |
| **NOON** | 2 | 2 | 2 | 2 | 2 | 3 | **Maintain at 3** |
| **EVENING** | 2 | 3 | 3 | 3 | 3 | 3 | **Maintain at 3** |

All questions were addressed.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 03/08/2022 – Comprehensive Visit

Consults - Outpatient

**SUBJECTIVE**
**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

**OBJECTIVE**

**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

**ASSESSMENT / PLAN**

1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Clinical Notes

## 05/25/2022 – Office Visit

### Progress Notes

**SUBJECTIVE**

**CHIEF COMPLAINT/REASON FOR VISIT**
LBP

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male male from Arkansas with a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Please refer to my note from 3/8/2022 for more details. Recommended PCM follow-up to be evaluated for inguinal hernia.

Updates:
Patient notes that he continues to experience right groin pain, along with buttock pain that worsens with sitting. No change in symptoms since last evaluation. No new neurologic complaints. He is in clinic today to discuss updated imaging findings.

The following portions of the patient's history were reviewed as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

**OBJECTIVE**

There were no vitals taken for this visit.

General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Strength: Normal strength bilateral lower limbs
Reflexes: Bilateral upper and lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.

Musculoskeletal: Patient did not have any tenderness to palpation over the right greater trochanter or ischial tuberosity. The patient did not have much in the way of pain with Stinchfield, hip internal rotation, or FABER, but states that after those maneuvers his right groin was bothering him considerably. Negative straight leg raise and facet loading maneuvers.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiopulmonary: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Results for orders placed during the hospital encounter of 05/25/22

**NM Bone Scan SPECT CT Single**

**Narrative**
EXAM: NM BONE SCAN SPECT CT SINGLE

RADIOPHARMACEUTICAL/MEDS:
Route: intravenous
technetium Tc 99m medronate injection (Tc-99m MDP),20.8 millicurie

TECHNIQUE: Planar imaging of the lumbar spine in anterior and posterior projections was performed approximately three hours after radiotracer administration. Thereafter, SPECT/CT imaging of the lumbar spine was performed. CT images were acquired in a low dose protocol for attenuation-correction and anatomic localization purposes.

COMPARISON: Lumbar spine radiograph 5/25/2022. Lumbar spine MRI 11/1/2021.

INDICATION: Back pain.

FINDINGS: Planar imaging demonstrates expected biodistribution of tracer activity.

SPECT-CT facet joint associated increased activity: None.

SPECT-CT disk space associated increased activity:
* Mild left L5-S1.

SPECT-CT sacroiliac joint associated increased activity: None.

**Impression**
Mild left L5-S1 disc space associated activity which may be a pain generator in the proper clinical context.

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| Prostate-Specific Ag | 0.24 | 11/02/2021 08:30 AM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

**ASSESSMENT / PLAN**

#1 Right hip/low back pain
#2 Right complex anterior superior acetabular labral tear
#3 Mild hip tendinopathy

Patient continues to have intermittent but significant right groin/hip/buttock pain. He did have MRI evidence of a labral tear with a cam deformity, which I suppose could potentially be contributing to his symptoms. I would like the patient to be evaluated by Orthopedics. I will also place an order for an ultrasound-guided right hip joint injection after that visit, as it is not easy for the patient to come in from out of town. Orthopedics could cancel that order they do not feel it is appropriate. If orthopedics does not believe that the hip is the underlying reason for his symptoms, will consider other spine etiologies. All questions answered.

MyChart® licensed from Epic Systems Corporation, © 2022.
© 2022 Mayo Foundation for Medical Education and Research. All rights reserved.

# Progress Notes

MATTHEW NIX, MD at 11/16/2022 1:20 PM

**Subjective:**

Subjective

**Patient ID:** Michael Ray Morgason is a 52 y.o. male.

Pt is here to establish care; he basically has been dx'd with small and autonomic fiber neuropathy by the Mayo clinic in Jacksonville, FL; he maintains follow-up with them; he underwent extensive evaluations for a constellation of sxs (including muscle weakness, paresthesias, etc.) at UT Southwestern and others. He is currently doing well - he takes neurontin for painful paresthesias in his extremities and this helps quite a bit. He'd like to establish care with neurology locally - he's been recommended Dr. Kathryn Chenault in NLR. We will try to set this up.

I do recommend that pt have a screening colonoscopy as his father had colon cancer at age 70 - he will think about this.

He also takes atorvastatin for dyslipidemia.

Review of Systems
Constitutional: Negative for unexpected weight change.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Positive for leg swelling **(He has intermittent edema with prolonged standing due to illness - resolves with laying down)**. Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.

**Objective:**

Objective

**Physical Exam**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is not ill-appearing.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.
Pulmonary:
Effort: No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Musculoskeletal:

General: No swelling.
Neurological:
Mental Status: He is alert.

## Assessment/Plan:

Assessment

### Problem List Items Addressed This Visit

**Small fiber neuropathy - Primary**
Relevant Medications
gabapentin (NEURONTIN) 300 MG capsule

Other Relevant Orders
Ambulatory Referral to Neurology

**Dyslipidemia**
Relevant Medications
atorvastatin (LIPITOR) 40 MG tablet

Electronically signed by MATTHEW NIX, MD at 11/18/2022 4:56 PM

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

Date: Tue Dec 06 13:25:23 CST 2022
From: Jamie Catlett <Jamie.Catlett@lfg.com>
To: morgason2@gmail.com
Message-ID: <1980008362.3.1670354723539.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jamie Catlett**
**Sr. Claims Examiner, LTD 1**
8801 Indian Hill Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 6581
Fax: 402-951-0708
Email: Jamie.Catlett@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 6, 2022

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

Please refer to our letter of 11/07/2022 in which we requested additional information for your disability claim. As of the above date, we have received no response to our request.

The policy issued to Texarkana Independent School District indicates any request for information must be provided to our office within 45 days.

We must receive the following information in order to continue our review of your claim:

- Office visit notes, diagnostic test results history and physical notes and an Attending physician Statement from Dr. Christopher Lamb for the dates of 10/01/2021 to present
- Office visit notes from Dr. Wenchun Qu for the dates of 01/01/2022 to present
- Office notes from Nora Osborne PA-C for the dates of 01/01/2022 to present

We will allow you an additional 15 days to have the information submitted to our office for review. Without this information, benefits beyond 12/21/2022 cannot be released and it will be necessary to suspend our review of your claim. To ensure this information is received and processed quickly, feel free to use our toll-free fax number 800-922-3503.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jamie Catlett
800-423-2765 x 6581
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

NORA OSBORN PA-C
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2022 to Present |
| Diagnostic Test Results | 01/01/2022 to Present |
| History/Physical Notes | 01/01/2022 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ________________________________________

Routing Number: ________________________________________

Account Number: ________________________________________

Authorized Signature: ________________________________________________________ Date: __________________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

TO BE SCANNED

Form content retained in medical record.
**Route to HIMS Scanning.**

**1.** *(complete fields or place patient label here)*

| | |
|---|---|
| Patient Name *(First, Middle, Last)* Michael Morgason | |
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number 10-609-947 | |

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records | ☐ Scan to Chart |
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

## 2. Additional Patient Information

| | | |
|---|---|---|
| Previous or Maiden Name (if applies) *(First, Middle, Last)* N/A | Daytime Phone | ☐ Check this box if patient is deceased. |
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation

☐ Other, specify____

## 4. Release Information FROM

Check one box and complete if applicable.

☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

Street
City
State ZIP Code
Phone
Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept. Attn.
Fax

☒ **Other,** specify organization, department, or individual (complete each line below)

Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:*

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| | |
|---|---|
| Preferred Method<br>☒ Written copy (may include completed forms) ☐ Verbal only | Date Information Needed by *(mm-dd-yyyy)* |

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify


©2019 Mayo Foundation for Medical Education and Research

# *Authorization to Release Protected Health Information to a Third Party* (continued)

*(complete fields or place patient label here)*

| |
|---|
| Patient Name *(First, Middle, Last)* Michael Morgason |
| Birth Date *(mm-dd-yyyy)* |
| Mayo Clinic Number 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT *(mm-dd-yyyy)* or Year(s) ALL MEDICAL RECORDS AS REQUESTED *(yyyy)*

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ■ Provider notes
- ■ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify

**Other,** specify if applicable

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R Morgason

**Date** (required) *(mm-dd-yyyy)* 3/31/22

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other

### HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

DR. WENCHUN QU
RELEASE OF INFORMATION
4500 SAN PABLO RD S
JACKSONVILLE, FL 32224

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 01/01/2022 to Present |
| Diagnostic Test Results | 01/01/2022 to Present |
| History/Physical Notes | 01/01/2022 to Present |

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ________________________________

Routing Number: ________________________________

Account Number: ________________________________

Authorized Signature: ____________________________________________ Date: __________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

TO BE SCANNED

Form content retained in medical record.
**Route to HIMS Scanning.**

**1.** *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* | |
|---|---|
| Michael Morgason | |
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number 10-609-947 | |

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records | ☐ Scan to Chart |
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| N/A | | |
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ■ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ______

## 4. Release Information FROM

Check one box and complete if applicable.
■ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☐ **Other,** specify organization, department, or individual (complete each line below)
______
Street ______
City ______
State ______ ZIP Code ______
Phone ______
Fax ______

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. ______ Attn. ______
Fax ______
■ **Other,** specify organization, department, or individual (complete each line below)
Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ______

■ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| Preferred Method | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|
| ■ Written copy (may include completed forms) ☐ Verbal only | |

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ______
☐ Pick-up at a Mayo Clinic location, specify ______
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ______


©2019 Mayo Foundation for Medical Education and Research

# *Authorization to Release Protected Health Information to a Third Party* (continued)

(complete fields or place patient label here)

| |
|---|
| Patient Name (First, Middle, Last) Michael Morgason |
| Birth Date (mm-dd-yyyy) |
| Mayo Clinic Number 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT (mm-dd-yyyy) or Year(s) ALL MEDICAL RECORDS AS REQUESTED (yyyy)

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ■ Provider notes
- ■ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify

**Other,** specify if applicable

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R Morgason

**Date** (required) (mm-dd-yyyy) 3/31/22

**Printed Name** of Person Signing **(if not patient)** (First, Middle, Last)

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 9, 2022

DR. CHRISTOPHER LAMB
RELEASE OF INFORMATION
4500 SAN PABLO RD. S
JACKSONVILLE, FL 32224

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 10/01/2021 to Present |
| Diagnostic Test Results | 10/01/2021 to Present |

****Please fill out all forms that are attached****

Current state statutes for Florida: Non-paper records (microfilm) are subject to a charge of $2.00 per page. Paper copies may not exceed $1.00 per page. A fee of up to $1.00 may be charged for each year of records requested. The charge for copies of patient records may include sales tax and actual postage.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Jamie Catlett
800-423-2765 x 6581
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

**1.** *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* Michael Morgason | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number 10-609-947 | |

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records | ☐ Scan to Chart |
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

| | | |
|---|---|---|
| Previous or Maiden Name (if applies) *(First, Middle, Last)* N/A | Daytime Phone | ☐ Check this box if patient is deceased. |
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ■ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ______

## 4. Release Information FROM

Check one box and complete if applicable.
■ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☐ **Other,** specify organization, department, or individual (complete each line below)
______
Street ______
City ______
State ______ ZIP Code ______
Phone ______
Fax ______

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. ______ Attn. ______
Fax ______
■ **Other,** specify organization, department, or individual (complete each line below)
Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ______

■ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| | |
|---|---|
| Preferred Method ■ Written copy (may include completed forms) ☐ Verbal only | Date Information Needed by *(mm-dd-yyyy)* |

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ______
☐ Pick-up at a Mayo Clinic location, specify ______
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ______


©2019 Mayo Foundation for Medical Education and Research

# *Authorization to Release Protected Health Information to a Third Party* (continued)

*(complete fields or place patient label here)*

| |
|---|
| Patient Name *(First, Middle, Last)* Michael Morgason |
| Birth Date *(mm-dd-yyyy)* |
| Mayo Clinic Number 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT *(mm-dd-yyyy)* or Year(s) ALL MEDICAL RECORDS AS REQUESTED *(yyyy)*

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ■ Provider notes
- ■ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify

**Other,** specify if applicable

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R Morgason

**Date** (required) *(mm-dd-yyyy)* 3/31/22

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First) (M.I.) (Last Name)

Social Security Number

Height Weight Blood Pressure

Employer Name

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

____ /____ /_______ First Treated

____ /____ /_______ Estimated Delivery

____ /____ /_______ Date of Delivery

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

___ /___ /______ Symptoms first Appeared

___ /___ /______ Reduced Ability to work

___ /___ /______ Advised to stop work

___ /___ /______ Initial Treatment

___ /___ /______ Most Recent Treatment

___ /___ /______ Next Treatment

Dates hospital confined: ___ /___ /______ to ___ /___ /______

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ______ | Standing | ____ | Crouching | _____ | Overhead | ______ |
| 6-10 lbs. | ______ | Walking | ____ | Crawling | _____ | Desk Level | ______ |
| 11-25 lbs. | ______ | Sitting | ____ | Grasping | _____ | Below Waist | ______ |
| 26-50 lbs. | ______ | Balancing | ____ | Climbing | _____ | | |
| 51-100 lbs. | ______ | Stooping | ____ | Pushing | _____ | | |
| 100 + lbs. | ______ | Kneeling | ____ | Pulling | _____ | | |
| | | Fingering | ____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____ /_____ /___________

Transferring _____ /_____ /___________

Bathing _____ /_____ /___________

Toileting _____ /_____ /___________

Eating _____ /_____ /___________

Date patient experienced loss of

Cognitive Functioning: ____ /____ /_________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

_____ /____ /__________ to ____ /____ /________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** __ /__ /___ **Date**

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Mon Nov 07 12:00:36 CST 2022
From: Jamie Catlett <Jamie.Catlett@lfg.com>
To: morgason2@gmail.com
Message-ID: <737852016.3.1667844036351.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jamie Catlett**
**Sr. Claims Examiner, LTD 1**
8801 Indian Hill Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 6581
Fax: 402-951-0708
Email: Jamie.Catlett@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 7, 2022

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office visit notes, diagnostic test results, history and physical notes and an Attending Physician Statement from Drs. Christopher Lamb, for the dates of 10/01/2021 to present. Dr. Wenchun Qu for the dates of 01/01/2022 to present. Nora Osborn, PA-C for the dates of 01/01/2022 to present.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jamie Catlett
800-423-2765 x 6581
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

Date: Tue Oct 25 14:35:19 CDT 2022
From: Jamie Catlett <Jamie.Catlett@lfg.com>
To: morgason2@gmail.com
Message-ID: <1662824745.3.1666726519538.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jamie Catlett**
**Sr. Claims Examiner, LTD 1**
8801 Indian Hill Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 6581
Fax: 402-951-0708
Email: Jamie.Catlett@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 25, 2022

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

I can be reached by phone at 800-423-2765 x 6581 or via email at Jamie.Catlett@lfg.com.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Jamie Catlett
800-423-2765 x 6581
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

©2022 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Appointment Details

Notes

## Clinical Notes

### Consults - Outpatient by John K Evans at 3/8/2022 10:40 AM

Status: Signed

SUBJECTIVE

**REQUESTING PROVIDER**
Lamb, Christopher J, M.D.

**REASON FOR CONSULT**
Low back pain

**HISTORY OF PRESENT ILLNESS**
Mr. Michael Ray Morgason is a 51 y.o. male from Arkansaswith a medical history significant for peripheral vascular disease, hyperlipidemia, small fiber peripheral neuropathy (on disability), and tobacco use in clinic for evaluation and rehabilitation recommendations regarding LBP. He is a prior welder.

Stabbing sharp right LBP, and pain in the right groin. The two areas of pain occur together. It has been occurring for at least a year. Insidious onset without injury/trauma. No radicular pain. He will also experience a deep ache in the right lateral calf. Worsens with squats, crossing legs, flexion of the low back. No numbness/tingling/weakness, bowel/bladder deficits, fever/chills, or weight change. No pain with cough/sneezing, but occasionally pain in the right low back which bumps in a road.

PT with hamstring stretching (worsened pain) and strengthening in October 2021. No injections, surgeries, massage, chiropractics, or massage.

Pain medications:
Gabapentin 300 mg TID (moderate benefit, no side effects)
Rarely takes Ibuprofen/Tylenol without benefit.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
I have briefly reviewed the Review of Systems as noted on the Health history form. I am only responding to those symptoms which are directly relevant to the specific indication for my consultation. I recommend that the patient follow up with their primary or referring provider to pursue any other symptoms which may be of concern.

OBJECTIVE

**PHYSICAL EXAM**
General/constitutional: Well-developed, well-nourished male in no acute distress.

Mental status/psychologic: Appropriate mood and affect. No atypical or exaggerated pain responses were noted. Grossly oriented with coherent speech and thought processing

Neurologic:
Reflexes: Bilateral upper lower extremity muscle stretch reflexes physiologic and symmetric. Plantar response down going.
Sensation: Normal light touch sensation in upper / lower extremities

Musculoskeletal:
Gait: Gait reveals normal cadence and stride. Non-antalgic. Toe- and heel-walking normal for age
Balance: Grossly intact
Strength: normal bilateral upper and lower limbs.
Spine: Normal pain-free range of motion. No gross axial skeletal deformities.
Palpation: TTP over right upper buttock/SI joint, right hip adductor/rectus femoris.
Joint ROM: Lacking 15-20 degrees of right hamstring flexibility on popliteal angle compared to left.
Provocative maneuvers: Mild pain with facet loading maneuvers of right low back. Negative SLR, Stinchfield, and hip internal rotation shearing, FADIR tests. Pain with right FABER maneuver producing right groin pain.

Skin: Skin grossly negative for erythema, breakdown, or concerning lesions in affected area

Cardiovascular: Good peripheral perfusion. No significant lower extremity edema

Respiratory: Breathing comfortable and regular. No dyspnea noted

**DIAGNOSTICS**
Imaging:
Right arterial studies performed November 1, 2021 showed: Normal study

Hip and pelvic x-ray dated 09/01/2021 was normal.

MRI lumbosacral plexus with and without contrast dated November 1, 2021 was unremarkable with exception of multiple sacral Tarlov cysts and perineural neural cyst.

MRI lumbar spine without contrast dated November 24, 2021 showed: Mild degenerative disc disease noted at L4-5 and L5-S1 with small disc protrusions, without any evidence of central canal or neuroforaminal stenosis. Synovitis noted of the L3-4 and L4-5 left facet joint.

Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| INR | 1.0 | 09/01/2021 12:35 PM |
| Hemoglobin | 15.9 | 09/01/2021 12:36 PM |
| Platelet Count | 213 | 09/01/2021 12:36 PM |
| Leukocytes | 6.6 | 09/01/2021 12:36 PM |
| Creatinine, P | 1.02 | 09/01/2021 12:37 PM |
| Aspartate Aminotransferase (AST), P | 25 | 09/01/2021 12:37 PM |
| Alanine Aminotransferase (ALT), P | 38 | 09/01/2021 12:37 PM |
| Alkaline Phosphatase, P | 71 | 09/01/2021 12:37 PM |
| Hemoglobin A1c, B | 5.4 | 09/01/2021 12:35 PM |
| TSH, Sensitive, S | 0.6 | 09/01/2021 12:36 PM |
| C-Reactive Protein (CRP), P | <3.0 | 09/01/2021 12:37 PM |
| Rheumatoid Factor, P | <15 | 09/01/2021 12:37 PM |

ASSESSMENT / PLAN

1. Lumbar spondylosis with suggestives of facet arthropathy versus SI joint pain
2. Right groin pain; query hip labral tear versus referred pain from low back/SI joint versus myofascial pain versus hernia

Recommend PCM f/u to exclude inguinal hernia on right.

**Plan:**
- Education: We discussed the diagnosis and treatment plan in detail. The patient expressed understanding of the content. Learning preferences include listening. No apparent learning barriers were identified.
- Diagnostics: Will get lumbar x-ray flexion extension views, CT SPECT of the lumbar spine to further investigate on potential pain generators including facet arthropathy, and a right hip MRI without contrast to rule out labral tear.
- Therapies: Patient previously did not tolerate physical therapy, so will 1st investigate into underlying pain generator in hopes to better control his pain before returning back to physical therapy.
- Medications: Recommend continued gabapentin at this time which is affective. Can consider up titrating at some point, but he was previously getting sedation from gabapentin, so will hold at this time. May also continue over-the-counter analgesics as needed for pain. May use a heating pad for flare-ups of pain.
- Injection options: Symptoms persist can consider lumbar facet medial branch block/radiofrequency ablation on the right side, but would 1st need a better idea of specific pain generators. Patient potentially could also trial a right SI joint injection if symptoms persist.
- Surgical considerations: Seek medical attention for new progressive weakness, saddles anesthesia, bowel/bladder deficits, or significant difficulties with ambulation/self-cares. No immediate neurosurgical indications at this time.
- Follow-up: As needed

Forty-five minutes were spent face-to-face; over 50% on education. All questions were answered.

MAYO CLINIC

# Appointment Details

Notes

## Clinical Notes

### Progress Notes by Christopher J Lamb at 3/7/2022 11:44 AM

Status: Signed
3/7/2022

IMPRESSION
#1 Small and autonomic fiber polyneuropathy. Objectively mild.
#2 Possible High lumbar radiculopathy, suspected right L2 level based on EMG findings. Also possibly musculoskeletal hip/pelvic pain.
#3 Tobacco use

His repeat neurologic examination is unchanged, and the results of the Autonomic reflex screen are essentially unchanged in my opinion. He has continued to have some intermittent pain in non-length-dependent distributions, but these are not worse in his opinion, and are not something he would like to take a systemic medication for. There was a possibility of copper deficiency and we provided instructions on the copper supplementation he would need at the last visit.

He is interested to see the spine clinic regarding specific exercises and physical therapies that may be useful for his intermittent groin and pelvic pain.

He continues smoking and I again recommended setting a quit date and accumulating resources to help him stop.

PLAN
No further neurologic testing at this time, but happy to see him in the future as needed.

Neuropathic pain intensity is not a reliable surrogate of the severity of nerve injury. We discussed this. It means that patients with intense nerve pain may have only mild severity of nerve injury, where patients with very severe nerve injury and nerve death may have no pain sensation at all. In other words, fluctuations in pain intensity are expected and not necessarily a sign of neurologic decline or impending worsening, and rarely, could even be a sign of neurologic improvement. Signs of concern include new areas of "numbness" (lack of feeling) or new areas of weakness ("lack of movement"). If these occur, the patient should reach out to the healthcare team immediately.

Greater than 30 minutes were spent with the patient, of which >50% was devoted to counseling.

---

S

The patient was last seen by me on 11/9/21.

2010's Transient, infrequent orthopnea when lying prone which resolves over minutes.

2014 His wife recalls him complaining of "leg heaviness", which his wife blamed on his heavy work boots. Shortly after that time, he had noticed multifocal fasciculations which are painless.

2017 Bilateral upper medial arm pain which was diagnosed as thoracic outlet syndrome by Dr. Kantarci at MCR

In November 2017 he did have a heart catheterization with right femoral access. He does not recall persistent groin pain immediately after that.

11/12/2017 EMG/NCS Dr. Crum Normal study. There is no evidence for median or ulnar neuropathies or for brachial plexopathy or cervical radiculopathy.

Summer - Fall 2020 He noticed severe fatigue of his legs climbing stairs, walking up a grade, or prolonged walking. It has remained static, not worsening or improving since last year. He recalls the insidious onset of cramping of his muscles starting around this time, which happens mostly when he is asleep and wakes him from sleep.

September 24 2020 Right leg pain from sleep in the lateral fibular aspect of his leg. It felt like "he had been hit with a ball bat". It has been persistent since then. It fluctuates in intensity.

Late 2020 He recalls the onset of postural presyncope around that time with postural tachycardia and orthostatic intolerance with presyncopal aura.

Spring 2021 Right pelvic pain after getting up to go to a recliner. This is described as somewhat sharp and radiates toward his scrotum from the ASIS area.

In Sept 2021 he came to MCF for the first time. On exam I found mild subjective sensory change in the right groin to pinprick without other signs of length-dependent peripheral neuropathy.

Lab work revealed mildly elevated dsDNA (33) and ANA (1:320), which Dr. Abril has interpreted as a false positive. He had a low ceruloplasmin (14.6) and borderline low B12 (285), but MMA was within normal range (0.23). Myomarker panel and necrotizing myopathy panels were negative. CK was 146 which is normal.

EMG/NCS revealed needle exam findings in the iliopsoas muscle which were difficult to localize, but given the normal needle examination of the abductor longus and vastus medialis muscles this most likely represents an old, inactive L2 radiculopathy. There is no evidence of a myopathy, right lower limb mononeuropathy (although an isolated process affecting only the branch to the iliopsoas muscle would be a plausible alternative localization), or active right lumbosacral radiculopathy on the current study. .

Imaging of the lumbosacral plexus revealed normal nerve signal intensity and caliber. The presence of sacral perineural cysts at S1, S3, and S4 with mass effect on adjacent nerves were noted.

Autonomic reflex screen revealed focal postganglionic sympathetic sudomotor, mild cardiovagal, and mild cardiovascular adrenergic impairment. These findings can be seen in early or limited peripheral autonomic neuropathies.

3/7/2022 Office visit:
He has continued smoking, but is trying to cut down or quit, but finds that it has been helpful in times of stress. He also has noticed in times of stress that there is an intense itching that can form over multiple areas of his body that fades over the subsequent 5-20 minutes.

His right lateral leg pain has improved. He did have some transient left leg pain recently. His groin pain symptoms have remained the same or slightly less intense since September 2021. It remains an intermittent problem, but when it occurs, it may be intense and persistent, slowly fading over the course of 30 minutes to 2 hours. He can provoke it with some physical activities like walking and playing with his dogs. He is scheduled to see our spine experts about this tomorrow. His MR has been loaded into Qreads.

Past Medical History

Hyperlipidemia. Atherosclerosis with vascular claudication bilateral legs. Tobacco use. 4/22/21 Right carpal tunnel release, improvement after surgery. 1993 Vasectomy.

O

**Mental Status:** Alert, oriented. Follows commands.
**Speech:** Normal.

| Cranial nerves | | | | | | |
|---|---|---|---|---|---|---|
| **R** | **Muscle strength** | **L** | | **R** | | **L** |
| 0 | Frontalis | 0 | | --- | Visual acuity | --- |
| 0 | Orbicularis oculi | 0 | | 3 mm | Pupils | 3 mm |
| 0 | Lower facial muscles | 0 | | 0 | Light reflex | 0 |
| 0 | Temporal-Masseter | 0 | | 0 | Ptosis | 0 |
| 0 | Palate-Pharynx | 0 | | | Fundus | |
| 0 | Sternocleidomastoid | 0 | | | C/D ratio | |
| 0 | Trapezius | 0 | | 0 | Hearing | 0 |
| 0 | Genioglossus | 0 | | | | |
| **Muscle atrophy/ enlargement**: no<br>**Fasciculations**: no | | | | **Extraocular movements: Normal pursuits.** | | |

**Motor Examination**

| R | Muscle, strength | L | | R | Muscle, strength | L |
|---|---|---|---|---|---|---|
| | **Neck** | | | | **Trunk** | |
| 0 | Neck flexion | 0 | | | Abdominal muscles | |
| 0 | Neck extension | 0 | | | Paraspinals | |
| | **Upper Limbs** | | | | **Lower Limbs** | |
| 0 | Supraspinatus | 0 | | 0 | Iliopsoas | 0 |
| 0 | Infraspinatus | 0 | | 0 | Thigh adduction | 0 |
| 0 | Pectoralis | 0 | | 0 | Thigh abduction | 0 |
| 0 | Deltoid | 0 | | 0 | Gluteus maximus | 0 |
| 0 | Biceps brachii | 0 | | 0 | Quadriceps | 0 |
| 0 | Brachioradialis | 0 | | 0 | Hamstrings | 0 |
| 0 | Supination | 0 | | 0 | Tibialis anterior | 0 |
| 0 | Pronation | 0 | | 0 | Toe extension | 0 |
| 0 | Triceps | 0 | | 0 | Eversion | 0 |
| 0 | Wrist extensors | 0 | | 0 | Inversion | 0 |
| 0 | Wrist flexors | 0 | | 0 | Plantar flexion | 0 |
| 0 | Digit extension | 0 | | 0 | Toe flexion | 0 |
| 0 | Digit flexion | 0 | | | | |
| 0 | Thenar | 0 | | | | |
| 0 | Hypothenar | 0 | | | | |
| 0 | Interossei | 0 | | | | |
| | | | | | | |
| | | | | | | |
| **Muscle atrophy / enlargement**: no<br>**Fasciculations**: no<br>**Clinical myotonia**: no | | | | | | |

LEGEND:

| Functional Description | Mayo (NIS) Scale | MRC Scale |
|---|---|---|
| Normal | 0 | 5 |
| Preserved resistance | -1 | 4+ |

| | | |
|---|---|---|
| (25% Reduced) | | |
| Preserved resistance (50% reduced) | -2 | 4 |
| Preserved Resistance (75% Reduced) | -3 | 4- |
| Antigravity without resistance | -3.25 | 3 |
| Movement, gravity eliminated | -3.5 | 2 |
| Twitch | -3.75 | 1 |
| No movement | -4 | 0 |

**Reflexes**:

| R | | L | | R | | L |
|---|---|---|---|---|---|---|
| 0 | Brachioradialis | 0 | | +1 | Patellar | +1 |
| 0 | Biceps | 0 | | 0 | Achilles | 0 |
| 0 | Triceps | 0 | | 0 | Clonus | 0 |
| 0 | Digit flexors | 0 | | F | Plantar Response | F |

Normal cremasteric reflexes

**Sensory examination:**

| JP | Vib | Temp | Pin | Touch | R L | Touch | Pin | Temp | Vib | JP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 0 | Upper | 0 | 0 | | 0 | 0 |
| 0 | 0 | | -1 in right genitofemoral distribution near right scrotum | 0 | Lower | 0 | 0 | | 0 | 0 |
| | | | | 0 | Head | 0 | | | | |

**Gait**: Rising from sitting: Normal. Gain: Normal. Able to walk on toes and heels. Tandem: normal. Romberg: Absent.

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

**1.** *(complete fields or place patient label here)*

| | |
|---|---|
| Patient Name *(First, Middle, Last)* Michael Morgason | |
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number 10-609-947 | |

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records ☐ Scan to Chart | |
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

| | | |
|---|---|---|
| Previous or Maiden Name (if applies) *(First, Middle, Last)* N/A | Daytime Phone | ☐ Check this box if patient is deceased. |
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☒ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ______

## 4. Release Information FROM

Check one box and complete if applicable.

☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

______
Street ______
City ______
State ______ ZIP Code ______
Phone ______
Fax ______

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept. ______ Attn. ______
Fax ______

☒ **Other,** specify organization, department, or individual (complete each line below)

Lincoln Financial Group
Street 8801 Indian Hills Dr
City Omaha
State NE ZIP Code 68114
Phone 402-361-6803
Fax 877-843-3950

This authorization will expire in 1 year from date of signature *unless another date is specified:* ______

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| | |
|---|---|
| Preferred Method ☒ Written copy (may include completed forms) ☐ Verbal only | Date Information Needed by *(mm-dd-yyyy)* |

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ______
☐ Pick-up at a Mayo Clinic location, specify ______
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ______


©2019 Mayo Foundation for Medical Education and Research

# *Authorization to Release Protected Health Information to a Third Party* (continued)

*(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* |
|---|
| Michael Morgason |
| Birth Date *(mm-dd-yyyy)* |
| [redacted] |
| Mayo Clinic Number |
| 10-609-947 |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) JULY 2021 - PRESENT *(mm-dd-yyyy)* or Year(s) ALL MEDICAL RECORDS AS REQUESTED *(yyyy)*

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ■ Provider notes
- ■ Other, specify ALL RECORDS AS REQUESTED

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify__________

**Other,** specify if applicable __________

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Michael R Morgason

**Date** (required) *(mm-dd-yyyy)* 3/31/22

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

Michael Morgason

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other__________

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

Autonomic reflex Screen [2222891939755]

Resulted: 03/07/22 1555, Result status: Final result

Ordering provider: Lamb, Christopher J, M.D. 03/07/22 0858
Resulted by: Cheshire, William P, M.D.
Performed: 03/07/22 0928 - 03/07/22 1052
Accession number: 20187239
Resulting lab: MC NEU AUTO
Narrative:
FINAL REPORT AUTONOMIC REFLEX SCREEN

10-609-947 Age: 51 Location: FLORIDA
Lab #: 202104599-02
Morgason, Michael R Sex: M Order ID: 2222891939755
Date: 3/7/2022
DOB:
Autonomic Consultant: William P. Cheshire, M.D.

CONCLUSION

Abnormal study. There is evidence of focal mild postganglionic sympathetic sudomotor, mild cardiovagal, and no cardiovascular adrenergic impairment. These findings can be seen in limited autonomic neuropathies. In comparison to the previous study of 9/2/21, adrenergic responses have improved and are now normal, whereas the other findings are not substantially changed.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Duration (min) | Latency (min) | Sweat Output (uL) | Sweat Output Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | 1.3 | 0.50 | M: 0.25 (0.43) |
| L | Proximal Leg | 2 | 10 | 2.4 | 0.30 | M: 0.48 (0.73) |
| L | Distal Leg | 2 | 10 | 2.2 | 0.87 | M: 0.62 (0.82) |
| L | Foot | 2 | 10 | 1.6 | 0.51 | M: 0.15 (0.33) |

Comments on Sudomotor Test: QSART responses were reduced at the proximal leg and normal at all other sites.

DEEP BREATHING & VALSALVA MANEUVER RESPONSES

| | | Result | Normal Cutoff |
|---|---|---|---|
| Deep Breathing | Heart Rate Range (bpm) | 5.8 | > 9 |
| Valsalva Maneuver | Valsalva Ratio | 1.9 | > 1.36 |
| | Vagal BRS (msec/mmHg) | 2.84 | |

> 1.08
BP recovery time (sec) 2.8
< 3.38

Comments on Deep Breathing: Heart rate responses to deep breathing were reduced.

Comments on Valsalva maneuver:

(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

| | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 145/88 | 48 |
| Tilt 1 min | 144/87 | 47 |
| Tilt 2 min | 137/89 | 49 |
| Tilt 3 min | 135/88 | 50 |
| Tilt 5 min | 119/80 | 51 |
| Tilt 10 min | 127/86 | 51 |
| Tilt -1 min | 129/85 | 48 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was normal. The patient reported no symptoms.

Composite Autonomic Scoring Scale

| | Result | Range |
|---|---|---|
| CASS (sudo) | 1 | [0 - 3] |
| CASS (vagal) | 1 | [0 - 3] |
| CASS (adren) | 0 | [0 - 4] |
| CASS (Total) | 2 | [0 - 10] |

-99 = missing value

*The interpretation component of this study was performed at MCF Mangurian.

**Autonomic reflex Screen [2222891939755]**

Electronically signed by: **Lamb, Christopher J, M.D. on 11/09/21 1137** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lamb, Christopher J, M.D. 11/09/21 1137 Ordering provider: Lamb, Christopher J, M.D.
Authorized by: Lamb, Christopher J, M.D.
Diagnoses
Pain Low Back Unspecified [M54.50]
Neuropathy Autonomic Peripheral Idiopathic [G90.09]
Questionnaire

| Question | Answer |
|---|---|
| Reason for autonomic testing: | Orthostatic hypotension Comment - 10 minute tilt |
| Region | Florida Region |

Start Date: 03/07/22 0858 End Date: 3/7/2022

## DME Prescription

Electronically Signed by: Lamb, Christopher J, M.D.
Authorizing Provider: Lamb, Christopher J, M.D.
Second Signed by:

NPI: 1063899672

Order date: Mar 7, 2022 8:58 AM
Order signed date: Mar 7, 2022 8:58 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 6/23/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns now 62 days out from right thumb CMC reconstructive surgery and carpal tunnel release. For the past 3 weeks patient has started a organized therapy program working on gentle range of motion. Patient is wearing a protective splint at all times when not exercising or doing skin care.

## Exam

| | |
|---|---|
| **Hand** | Thumb is good position and stability. Range of motion is improved some since the last visit. Incisions are well-healed. |

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Patient will continue to gradually work on improving range of motion. Still needs to wear the protective splint. Overall doing well. Return in 1 month. On next visit patient may be ready to start strengthening. |

**Hugh Frederick,MD**
Electronically signed on 6/24/2021 9:56 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Create Date** | 6/23/2021 |
| **Date of Exam** | 6/23/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **DOB** | |

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

| | |
|---|---|
| **Billable Minutes:** | 29 minutes |
| **Time In:** | 12:51 pm |
| **Time Out:** | 1:20 pm |

## Subjective

Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
**Hand** Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits: Difficulty with ADL/IADLs

Patient reports decrease soreness with exercises

## Objective

See below for current objective data and HEP that patient was instructed in today. Patient is to continue to wear orthosis at all times except for skin hygiene and HEP.
Precautions: No weight bearing or heavy resistive tasks.

Therapeutic Exercise:
Thumb Opposition to smalll finger
TGE with Abduction Wedges
PROM with gentle sustained hold at end range for wrist flexion/extension

**Hand**

Manual Therapy:
Scar Massage (Manual)
IASTM for soft tissue mobilization
Vibration for Desensitization

Education: Patient was educated to not push to the point of pain with exercises. Patient education on the importance of frequency instead of force. Patient was also educated on rest/exercise balance.

**Functional Outcome Measures**

| | |
|---|---|
| Score: | UEFI: 37/80 |

**Range of Motion**

| ROM | Right | Left |
|---|---|---|
| Thumb IP | +10/46 | |
| Thumb MP | /43 | |
| Wrist Extension | 52 | |
| Wrist Flexion | 32 | |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | 5 reps x 10 seconds x 4-5 day (As Needed) |
| AROM Wrist Flexion Extension | 5 reps x 10 seconds x 4-5 day |
| Passive Wrist Extension | 1-2 reps x 30 seconds x 3-5 day |
| Passive Wrist Flexion | 1-2 reps x 30 seconds x 3-5 day |
| Tendon Gliding Exercises | with Abduction as Needed |
| Thumb Circumduction | 5 reps x 10 seconds x 4-5 day As Needed) |
| Thumb IP Joint Blocking | 5 reps x 10 seconds x 4-5 day (As Needed) |
| Thumb MP Joint Blocking | 5 reps x 10 seconds x 4-5 day As Needed) |
| Thumb Opposition to Each Digit | 5 reps x 10 seconds x 4-5 day |

## Assessment/Plan/Goals

**Hand** Patient is making progress in all areas. Patient is to continue with HEP consistency. In one month, patient is to start strengthening.
Pt shows most deficits in wrist/thumb AROM affecting ADL, IADL, and leisure participation. Pt appears to have good rehab potential.
Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** Therapeutic Exercise 1 unit
***RIGHTHand*** *Manual therapy 1 unit*
**RightHand** OT Visit

Pamela Ruz, OTR,MOT
Pamela Ruz, OTR,MOT

Modify or progress treatment as indicated:
I CERTIFY THAT CONTINUED PHYSICAL THERAPY CARE IS MEDICALLY NECESSARY ( )

PHYSICIAN'S SIGNATURE:______________________________ DATE:

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

**Create Date** 7/21/2021
**Date of Exam** 7/21/2021
**Patient Name** MICHAEL MORGASON
**DOB**

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

**Billable Minutes:** 15
**Time In:** 1:12 pm
**Time Out:** 1:27 pm

## Subjective

Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
**Hand** Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits: Difficulty with ADL/IADLs

Patient reports he is excited to start weaning from orthosis

## Objective

See below for current objective data and HEP that patient was instructed in today. Patient can now start weaning from orthosis
Precautions: No weight bearing or heavy resistive tasks.

**Hand**

Therapeutic Exercise:
Isometric Gripping
Putty (Medium/Blue) - 3JC and Lateral Key

Education: Patient was educated to not push to the point of pain with exercises. Patient education on the importance of frequency instead of force. Patient was also educated on rest/exercise balance.

**Functional Outcome Measures**

| | |
|---|---|
| Score: | UEFI: 56/80 |

**Range of Motion**

| ROM | Right | Left |
|---|---|---|
| Thumb IP | +11/50 | |
| Thumb MP | /48 | |
| Wrist Extension | 68 | |
| Wrist Flexion | 52 | |

**Strength**

| Strength | Right | Left |
|---|---|---|
| Grip Strength | 70 lbs | 110 lbs |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | As Needed |
| AROM Wrist Flexion Extension | As Needed |
| Isometrics | 5 reps x 10 seconds x 3-5 day |
| Passive Wrist Extension | As Needed |
| Passive Wrist Flexion | As Needed |
| Putty | 5-10 reps x 3 day |
| Tendon Gliding Exercises | As Needed |
| Thumb Circumduction | As Needed |
| Thumb IP Joint Blocking | As Needed |
| Thumb MP Joint Blocking | As Needed |
| Thumb Opposition to Each Digit | As Needed |

## Assessment/Plan/Goals

**Hand** Patient continues to make progress in strength, ROM , and function. Patient started strengthening today. Patient is to be seen in 1 month to assess progress/follow up. Patient continues to benefit from skilled OT servies.
Pt shows most deficits in wrist/thumb AROM affecting ADL, IADL, and leisure participation. Pt appears to have good rehab potential.
Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** Therapeutic Exercise 1 unit
**RightHand** OT Visit

Pamela Ruz, OTR,MOT
Pamela Ruz, OTR,MOT

Modify or progress treatment as indicated:
I CERTIFY THAT CONTINUED PHYSICAL THERAPY CARE IS MEDICALLY NECESSARY ( )

PHYSICIAN'S SIGNATURE:________________________________________________ DATE:

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 7/21/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

***History***

**History of Present Illness** (Hand)

Patient is now 90 days out from right thumb CMC surgery and carpal tunnel release. Patient is doing well and range of motion is improving.

**Exam**

| | |
|---|---|
| **Hand** | Thumb is good position and stability. Patient is noticed pain relief from preoperative symptoms. |

**Diagnosis**

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

**Plan**

| | |
|---|---|
| **Hand** | Patient will begin to gradually wean from their splint. They will start a light strengthening program. The patient understands to back off on exercises because any pain or swelling. Patient return in 1 month. |

**Hugh Frederick,MD**
Electronically signed on 7/22/2021 11:26 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway #350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 8/18/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns now 118 days out from right thumb CMC surgery. Patient is beginning to use the thumb for light activities and notices very little discomfort.

## Exam

| | |
|---|---|
| **Hand** | Thumb continues to have good position and stability. Gentle pinching feels stable. |

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Patient will continue to wean from the splint and work on strengthening. Overall doing well from the surgery. Follow-up in a month |

**Hugh Frederick,MD**
Electronically signed on 8/19/2021 10:10 AM

Dr. Hugh A. "Bo" Frederick, M.D.
Dr. David A. Muzykewicz, M.D.
Orthopedic Hand and Wrist Surgery
9301 N. Central Expressway # 350
Dallas, TX. 75231
214-528-4185 P
214-528-3074 F

**Create Date** 8/18/2021
**Date of Exam** 8/18/2021
**Patient Name** MICHAEL MORGASON
**DOB**

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

**Billable Minutes:** 8min
**Time In:** 1:27pm
**Time Out:** 1:35pm

## Subjective

**Hand**

Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits: Difficulty with ADL/IADLs

Pt has not been wearing his orthosis with any significant frequency. He still sleeps in it at night. he feels comfortable outside of it.

## Objective

See below for current objective data and HEP that patient was instructed in today. Patient can now start weaning from orthosis
Precautions: No weight bearing or heavy resistive tasks.

**Hand**

Therapeutic Exercise:
Isometric Gripping
Pt education and progression of activities back to his normal lifting and exercising.

**Strength**

| Strength | Right | Left |
|---|---|---|
| Grip Strength | 82lbs | 118lbs |
| Lateral Pinch | 17lbs | 25lbs |
| Tripod Pinch | 18lbs | 24lbs |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | As Needed |
| AROM Wrist Flexion Extension | As Needed |
| Isometrics | 5 reps x 10 seconds x 3-5 day |
| Passive Wrist Extension | As Needed |
| Passive Wrist Flexion | As Needed |
| Putty | 5-10 reps x 3 day |
| Tendon Gliding Exercises | As Needed |
| Thumb Circumduction | As Needed |
| Thumb IP Joint Blocking | As Needed |
| Thumb MP Joint Blocking | As Needed |
| Thumb Opposition to Each Digit | As Needed |

## Assessment/Plan/Goals

**Hand** Pt has acheived all of his short term goals. He is progressing towards his long term goals. OT anticipates DC at next visit.

Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming- Met
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking- Met

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working-
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** Therapeutic Exercise 1 unit

Alayna Hofeling

**Alayna Hofeling,OTR,CHT**
Electronically signed on 8/18/2021 5:08 PM

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 27, 2021

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

Formatted: DSCVariableStyle, All caps
Formatted: DSCVariableStyle, All caps
Formatted: All caps
Formatted: DSCVariableStyle, All caps
Formatted: All caps
Formatted: DSCVariableStyle, All caps

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2021 to present ~~to~~ |
| Diagnostic Test Results | 6/1/2021 to present ~~to~~ |

****Please fill out all forms that are attached****

~~Please Include State Statues here (if applicable):~~
Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $49.26. For Pages 11-60 a fee of $1.66 per page; For Pages 61-400 a fee of $.81; for any remaining Pages a fee of $0.44. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $75.04, and there is a $1.71 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $89.24. Additionally, there

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

9301 North Central Expwy., Suite 350
Dallas, Texas 75231
214-528-4185
fax 214-528-3074

Hugh A. "Bo" Frederick, M.D.
Diplomate of American Board of Orthopaedic Surgery
Hand and Upper Limb Reconstructive Surgery

DATE: 8-30-21

TO WHOM IT MAY CONCERN:

We are in receipt of your request for information on Michael Morgason.
(Patient Name)

Due to the expense involved in physician and employee time in copying, dictation, postage and research, to furnish you with the information requested, we ask that you send $ 15.00 to defray these expenses.

| | |
|---|---|
| Medical Records | $25.00 |
| Billing Records | $25.00 |
| Disability Forms | $15.00 |
| Copy of X-rays | $20.00 for each x-ray |

Thank you for your understanding and cooperation.

[signature]

Office of Hugh A. "Bo" Frederick, MD

may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $25 for 500 pages or less; $50 for more than 500 pages.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment Instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☒ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Steffanie Guerena
Assisting on behalf of Ann Siewert
800-423-2765 x2913
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form

Lincoln Financial Group

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

(PLEASE see FRAUD NOTICES attached)

Patient Name: Michael Morgason Date of Birth:

Occupation: Claim Number: 1210046281

Date of Last Office Visit: 8/18/2021 Date of Next Office Visit: 9/20/2021

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: Date:

Provider Printed Name: Degree: ☒ MD ☐ DO Other

Specialty: Phone:

OR

☐ The patient has the following functional/limitations or restrictions:

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | X | | | |
| 11 - 20 lbs. | X | | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | X | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | X | | | | (R) / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | X | | | | (R) / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☐ No Specify:

Specific Limitations or Restrictions not noted above: no lifting, pushing, pulling or gripping with right hand

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 9/9/2021

Provider Printed Name: Dr. Hugh A. Frederick Degree: ☒ MD ☐ DO Other

Specialty: Hand + Wrist Orthopedic Phone: 214-528-4185

Address: ____________________________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason Michael R.
(First) (Middle)

Date of Birth: , Social Security Number: ____

2. Information to be released (hereinafter referred to as "My Information"):
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE Michael Morgason DATE 11 / 28 / 2020

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient self

ADDR ____

____ (State) (Zip Code)

PHON____

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GL0117368TD

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 27, 2021

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350

DALLAS, TX 75231

Formatted: DSCVariableStyle, All caps
Formatted: DSCVariableStyle, All caps
Formatted: All caps
Formatted: DSCVariableStyle, All caps
Formatted: All caps
Formatted: DSCVariableStyle, All caps

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2021 to present ~~to~~ |
| Diagnostic Test Results | 6/1/2021 to present ~~to~~ |

****Please fill out all forms that are attached****

~~Please include State Statues here (if applicable):~~
Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $49.26. For Pages 11-60 a fee of $1.66 per page; For Pages 61-400 a fee of $.81; for any remaining Pages a fee of $0.44. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $75.04, and there is a $1.71 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $89.24. Additionally, there

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

9301 North Central Expwy., Suite 350
Dallas, Texas 75231
214-528-4185
fax 214-528-3074

Hugh A. "Bo" Frederick, M.D.
Diplomate of American Board of Orthopaedic Surgery
Hand and Upper Limb Reconstructive Surgery

DATE: 8-30-21

TO WHOM IT MAY CONCERN:

We are in receipt of your request for information on Michael Morgason.
(Patient Name)

Due to the expense involved in physician and employee time in copying, dictation, postage and research, to furnish you with the information requested, we ask that you send $ 15.00 to defray these expenses.

| | |
|---|---|
| Medical Records | $25.00 |
| Billing Records | $25.00 |
| Disability Forms | $15.00 |
| Copy of X-rays | $20.00 for each x-ray |

Thank you for your understanding and cooperation.

[signature]
Office of Hugh A. "Bo" Frederick, MD

may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $25 for 500 pages or less; $50 for more than 500 pages.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment Instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☒ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Steffanie Guerena
Assisting on behalf of Ann Siewert
800-423-2765 x2913
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form

Lincoln Financial Group®

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

(PLEASE see FRAUD NOTICES attached)

Patient Name: Michael Morgason Date of Birth:

Occupation: Claim Number: 1210046281

Date of Last Office Visit: 8/18/2021 Date of Next Office Visit: 9/20/2021

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: Date:

Provider Printed Name: Degree: ☒ MD ☐ DO Other

Specialty: Phone:

OR

☐ The patient has the following functional/limitations or restrictions:

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | X | | | |
| 11 - 20 lbs. | X | | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | X | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | X | | | | (R) / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | X | | | | (R) / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☐ No Specify:

Specific Limitations or Restrictions not noted above: no lifting, pushing, pulling or gripping with right hand

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 9/9/2021

Provider Printed Name: Dr. Hugh A. Frederick Degree: ☒ MD ☐ DO Other

Specialty: Hand + Wrist Orthopedic Phone: 214-528-4185

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

Page 1 of 3
3/13

Address:________________________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason Michael R.
(Last) (First) (Middle)

Date of Birth: ________ Social Security Number: ________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE Michael Morgason DATE 11 / 25 / 2020
Claimant/legal representative (Necessary relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient self

ADDR ________

________ (State) (Zip Code)

PHON ________

(Please see FRAUD NOTICES attached)

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 6/23/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns now 62 days out from right thumb CMC reconstructive surgery and carpal tunnel release. For the past 3 weeks patient has started a organized therapy program working on gentle range of motion. Patient is wearing a protective splint at all times when not exercising or doing skin care.

## Exam

| | |
|---|---|
| **Hand** | Thumb is good position and stability. Range of motion is improved some since the last visit. Incisions are well-healed. |

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Patient will continue to gradually work on improving range of motion. Still needs to wear the protective splint. Overall doing well. Return in 1 month. On next visit patient may be ready to start strengthening. |

**Hugh Frederick,MD**
Electronically signed on 6/24/2021 9:56 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Create Date** | 6/23/2021 |
| **Date of Exam** | 6/23/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **DOB** | |

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

| | |
|---|---|
| **Billable Minutes:** | 29 minutes |
| **Time In:** | 12:51 pm |
| **Time Out:** | 1:20 pm |

## Subjective

Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
**Hand** Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits: Difficulty with ADL/IADLs

Patient reports decrease soreness with exercises

## Objective

See below for current objective data and HEP that patient was instructed in today. Patient is to continue to wear orthosis at all times except for skin hygiene and HEP.
Precautions: No weight bearing or heavy resistive tasks.

Therapeutic Exercise:
Thumb Opposition to smalll finger
TGE with Abduction Wedges
PROM with gentle sustained hold at end range for wrist flexion/extension

**Hand**

Manual Therapy:
Scar Massage (Manual)
IASTM for soft tissue mobilization
Vibration for Desensitization

Education: Patient was educated to not push to the point of pain with exercises. Patient education on the importance of frequency instead of force. Patient was also educated on rest/exercise balance.

**Functional Outcome Measures**

| | |
|---|---|
| Score: | UEFI: 37/80 |

**Range of Motion**

| ROM | Right | Left |
|---|---|---|
| Thumb IP | +10/46 | |
| Thumb MP | /43 | |
| Wrist Extension | 52 | |
| Wrist Flexion | 32 | |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | 5 reps x 10 seconds x 4-5 day (As Needed) |
| AROM Wrist Flexion Extension | 5 reps x 10 seconds x 4-5 day |
| Passive Wrist Extension | 1-2 reps x 30 seconds x 3-5 day |
| Passive Wrist Flexion | 1-2 reps x 30 seconds x 3-5 day |
| Tendon Gliding Exercises | with Abduction as Needed |
| Thumb Circumduction | 5 reps x 10 seconds x 4-5 day As Needed) |
| Thumb IP Joint Blocking | 5 reps x 10 seconds x 4-5 day (As Needed) |
| Thumb MP Joint Blocking | 5 reps x 10 seconds x 4-5 day As Needed) |
| Thumb Opposition to Each Digit | 5 reps x 10 seconds x 4-5 day |

## Assessment/Plan/Goals

**Hand** Patient is making progress in all areas. Patient is to continue with HEP consistency. In one month, patient is to start strengthening.
Pt shows most deficits in wrist/thumb AROM affecting ADL, IADL, and leisure participation. Pt appears to have good rehab potential.
Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** Therapeutic Exercise 1 unit
***RIGHTHand*** *Manual therapy 1 unit*
**RightHand** OT Visit

Pamela Ruz, OTR,MOT
Pamela Ruz, OTR,MOT

Modify or progress treatment as indicated:
I CERTIFY THAT CONTINUED PHYSICAL THERAPY CARE IS MEDICALLY NECESSARY ( )

PHYSICIAN'S SIGNATURE:______________________________________ DATE:

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

**Create Date** 7/21/2021
**Date of Exam** 7/21/2021
**Patient Name** MICHAEL MORGASON
**DOB**

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

**Billable Minutes:** 15
**Time In:** 1:12 pm
**Time Out:** 1:27 pm

## Subjective

Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
**Hand** Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits: Difficulty with ADL/IADLs

Patient reports he is excited to start weaning from orthosis

## Objective

See below for current objective data and HEP that patient was instructed in today. Patient can now start weaning from orthosis
Precautions: No weight bearing or heavy resistive tasks.

**Hand**

Therapeutic Exercise:
Isometric Gripping
Putty (Medium/Blue) - 3JC and Lateral Key

Education: Patient was educated to not push to the point of pain with exercises. Patient education on the importance of frequency instead of force. Patient was also educated on rest/exercise balance.

**Functional Outcome Measures**

| | |
|---|---|
| Score: | UEFI: 56/80 |

**Range of Motion**

| ROM | Right | Left |
|---|---|---|
| Thumb IP | +11/50 | |
| Thumb MP | /48 | |
| Wrist Extension | 68 | |
| Wrist Flexion | 52 | |

**Strength**

| Strength | Right | Left |
|---|---|---|
| Grip Strength | 70 lbs | 110 lbs |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | As Needed |
| AROM Wrist Flexion Extension | As Needed |
| Isometrics | 5 reps x 10 seconds x 3-5 day |
| Passive Wrist Extension | As Needed |
| Passive Wrist Flexion | As Needed |
| Putty | 5-10 reps x 3 day |
| Tendon Gliding Exercises | As Needed |
| Thumb Circumduction | As Needed |
| Thumb IP Joint Blocking | As Needed |
| Thumb MP Joint Blocking | As Needed |
| Thumb Opposition to Each Digit | As Needed |

## Assessment/Plan/Goals

**Hand** Patient continues to make progress in strength, ROM , and function. Patient started strengthening today. Patient is to be seen in 1 month to assess progress/follow up. Patient continues to benefit from skilled OT servies.

Pt shows most deficits in wrist/thumb AROM affecting ADL, IADL, and leisure participation. Pt appears to have good rehab potential.

Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)

1. Patient will score at least 65/80 on the UEFI to participate in grooming
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking

LTG (to be met in 6-8 weeks)

1. Patient will score at least a 75/80 on the UEFI to participate in wood working
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.

Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** Therapeutic Exercise 1 unit
**RightHand** OT Visit

Pamela Ruz, OTR,MOT
Pamela Ruz, OTR MOT

Modify or progress treatment as indicated:
I CERTIFY THAT CONTINUED PHYSICAL THERAPY CARE IS MEDICALLY NECESSARY ( )

PHYSICIAN'S SIGNATURE:________________________________________ DATE:

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 7/21/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

### *History*

**History of Present Illness** (Hand)

Patient is now 90 days out from right thumb CMC surgery and carpal tunnel release. Patient is doing well and range of motion is improving.

### Exam

| | |
|---|---|
| **Hand** | Thumb is good position and stability. Patient is noticed pain relief from preoperative symptoms. |

### Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

### Plan

| | |
|---|---|
| **Hand** | Patient will begin to gradually wean from their splint. They will start a light strengthening program. The patient understands to back off on exercises because any pain or swelling. Patient return in 1 month. |

**Hugh Frederick,MD**
Electronically signed on 7/22/2021 11:26 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 8/18/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns now 118 days out from right thumb CMC surgery. Patient is beginning to use the thumb for light activities and notices very little discomfort.

## Exam

| | |
|---|---|
| **Hand** | Thumb continues to have good position and stability. Gentle pinching feels stable. |

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Patient will continue to wean from the splint and work on strengthening. Overall doing well from the surgery. Follow-up in a month |

**Hugh Frederick,MD**
Electronically signed on 8/19/2021 10:10 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Create Date** | 8/18/2021 |
| **Date of Exam** | 8/18/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **DOB** | |

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

| | |
|---|---|
| **Billable Minutes:** | 8min |
| **Time In:** | 1:27pm |
| **Time Out:** | 1:35pm |

## Subjective

**Hand**

Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits: Difficulty with ADL/IADLs

Pt has not been wearing his orthosis with any significant frequency. He still sleeps in it at night. he feels comfortable outside of it.

## Objective

See below for current objective data and HEP that patient was instructed in today. Patient can now start weaning from orthosis
Precautions: No weight bearing or heavy resistive tasks.

**Hand**

Therapeutic Exercise:
Isometric Gripping
Pt education and progression of activities back to his normal lifting and exercising.

**Strength**

| Strength | Right | Left |
|---|---|---|
| Grip Strength | 82lbs | 118lbs |
| Lateral Pinch | 17lbs | 25lbs |
| Tripod Pinch | 18lbs | 24lbs |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | As Needed |
| AROM Wrist Flexion Extension | As Needed |
| Isometrics | 5 reps x 10 seconds x 3-5 day |
| Passive Wrist Extension | As Needed |
| Passive Wrist Flexion | As Needed |
| Putty | 5-10 reps x 3 day |
| Tendon Gliding Exercises | As Needed |
| Thumb Circumduction | As Needed |
| Thumb IP Joint Blocking | As Needed |
| Thumb MP Joint Blocking | As Needed |
| Thumb Opposition to Each Digit | As Needed |

## Assessment/Plan/Goals

**Hand** Pt has achelved all of his short term goals. He is progressing towards his long term goals. OT anticipates DC at next visit.

Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming- Met
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking- Met

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working-
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** Therapeutic Exercise 1 unit

Alayna Hofeling

**Alayna Hofeling,OTR,CHT**
Electronically signed on 8/18/2021 5:08 PM

Hugh "Bo" Frederick, M.D.
David Muzykewicz, M.D.
9301 N Central Expressway Suite 350
Dallas, TX. 75231
P: (214) 528-4185
F: (214) 528-3074

# FAX

To: Steffanie Guerera From: Casey
Fax: 877-843-3950 Pages: 24
Phone: 800-423-2765 Date: 9-9-21
Re: CC:

___ Urgent ___ Review ___ Please Comment ___ Please Reply

Comments:

The documents accompanying this facsimile transmittal are intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you are hereby notified that law strictly prohibits any disclosure, copying, distribution or action taken in reliance on the contents of these documents. If you have received this fax in error, please notify the sender immediately to arrange for return of these documents.

Lincoln Financial Group®

**To:** **DR BO FREDERICK MD**
Company:
Fax: 214-528-3074
Phone:

**From:** **Steffanie Guerena**
Fax: 877-843-3960
Phone: 800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Monday, August 30, 2021 11:16:16 AM
**Number of pages including this cover sheet:** 10

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 27, 2021

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 6/1/2021 to present |
| Diagnostic Test Results | 6/1/2021 to present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $49.26. For Pages 11-60 a fee of $1.66 per page; For Pages 61-400 a fee of $.81; for any remaining Pages a fee of $0.44. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $75.04, and there is a $1.71 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $89.24. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $25 for 500 pages or less; $50 for more than 500 pages.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ____________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Steffanie Guerena
Assisting on behalf of Ann Siewert
800-423-2765 x2913
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## ABILITIES FORM

**(PLEASE see FRAUD NOTICES attached)**

Patient Name: Michael Morgason Date of Birth: _

Occupation: ____ Claim Number: 1210046281

Date of Last Office Visit: ____ Date of Next Office Visit: ____

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ____ Date: ____

Provider Printed Name: ____ Degree: ☐ MD ☐ DO Other____

Specialty: ____ Phone: ____

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:____

Specific Limitations or Restrictions not noted above:____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ____ Date: ____

Provider Printed Name: ____ Degree: ☐ MD ☐ DO Other____

Specialty: ____ Phone: ____

Address:_ ____

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R. (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Michael Morgason **DATE** 11 / 25 / 2020

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient Self

**ADDRE**

(State) (Zip Code)

**PHONE**

(Please see FRAUD NOTICES attached)

Date: Wed Aug 25 11:35:54 CDT 2021
From: Ann Siewert <Ann.Siewert@lfg.com>
To: morgason2@gmail.com
Message-ID: <1177427556.3.1629909354333.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 25, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office visit and treatment notes from Dr. Frederick for the dates of 06/01/2021 to present.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Ann Siewert
800-423-2765 x2913
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Name: Michael Ray Morgason | DOB | MRN: 10-609-947 | PCP: ELSEWHERE, PCP

# Appointment Details

After Visit Summary®

## AFTER VISIT SUMMARY

**Michael R. Morgason** MRN: 10-609-947

7/29/2021 1:10 PM Department of General Internal Medicine in Jacksonville, Florida 904-953-0320

## Instructions

### Orders placed today

Antibody to Extractable Nuclear Antigen Evaluation
Please complete by or around 7/29/2021

Antinuclear Antibodies, HEp-2 Substrate, IgG, Serum
Please complete by or around 7/29/2021

C-Reactive Protein Level (Inflamation Test)
Please complete by or around 7/29/2021

Complement C3
Please complete by or around 7/29/2021

Complement C4
Please complete by or around 7/29/2021

Complement, Total
Please complete by or around 7/29/2021

Complete Blood Count
Please complete by or around 7/29/2021

Cyclic Citrullinated Peptide Antibodies, IgG
Please complete by or around 7/29/2021

DNA Double-Stranded (dsDNA) Antibodies with Reflex, IgG
Please complete by or around 7/29/2021

DX Hips and Pelvis Bilateral 5+ Views
Please complete by or around 7/29/2021
Comments: Before next visit

ECG 12 Lead
Please complete by or around 7/29/2021

Echo Transthoracic (TTE)
Please complete by or around 7/29/2021

Extended Metabolic/Electrolyte panel
Please complete by or around 7/29/2021

Fasting Lipid (Cholesterol) Screening
Please complete by or around 7/29/2021

Ferritin Level (Iron)
Please complete by or around 7/29/2021

HCV Ab Scrn w/Reflex to HCV PCR, Serum
Please complete by or around 7/29/2021

HIV-1/-2 Ag and Ab Screen, Plasma
Please complete by or around 7/29/2021

Hemoglobin A1C (Average Blood Sugar)
Please complete by or around 7/29/2021

Iron and Total Iron Binding capacity (iron levels)
Please complete by or around 7/29/2021

Magnesium Level
Please complete by or around 7/29/2021

Microscopic urinalysis
Please complete by or around 7/29/2021

Phosphorous Level
Please complete by or around 7/29/2021

Prothrombin Time (PT)
Please complete by or around 7/29/2021

Rheumatoid Factor
Please complete by or around 7/29/2021

S-TSH (Thyroid Function)
Please complete by or around 7/29/2021

Vitamin B12 Level
Please complete by or around 7/29/2021

## Today's Visit



You saw Meghana Halkar, M.B.B.S. on Thursday July 29, 2021. The following issues were addressed:

- Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs
- Hyperlipidemia
- Dizziness
- Fatigue
- Pain Hip Bilateral
- Elevated Antinuclear Antibody Abnormal

Reminder: Please bring a copy of these discharge instructions with you to your follow up appointment(s). Refer to your Patient Appointment Guide for your preparatory instructions and for your most up to date appointment information. If you fail to come prepared, your appointment may be rescheduled.

## Additional Information

Please give a copy of your list of medicines to your primary care provider. Update your list of medicines when your medicines or doses change. In case of an emergency, carry your list of medicines with you at all times. If you take other medicines not on this list, please call your primary care provider for instructions.

# Your Medication List as of July 29, 2021 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **Aspir-81** 81 mg DR tablet<br>Generic drug: aspirin | daily. |
| **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR | daily. |
| **CoQ-10** 100 mg capsule<br>Generic drug: co-enzyme Q-10 | daily. |
| **gabapentin** 300 mg capsule<br>Commonly known as: NEURONTIN | Take 300 mg by mouth 2 (two) times a day. |
| **magnesium oxide** 200 mg magnesium tablet | daily. |
| **TURMERIC ORAL** | Take 1,000 mg by mouth daily. With curcumin |

MAYO CLINIC

Name: Michael Ray Morgason | DOB: | MRN: 10-609-947 | PCP: ELSEWHERE, PCP

# Appointment Details

Notes

## Clinical Notes

### Consults - Outpatient by Meghana G Halkar at 7/29/2021 1:05 PM

Status: Signed

SUBJECTIVE
REFERRING PROVIDER:
No ref. provider found

CHIEF COMPLAINT
Bilateral leg pains, dizziness, fatigue, weakness for the past few years worsening over the past 1 year

HISTORY OF PRESENT ILLNESS
Michael Ray Morgason is a very pleasant 50 y.o. male with a known past medical history of thoracic outlet syndrome which was initially diagnosed on the left in 2017 at Mayo clinic Rochester for which he underwent surgery at Baylor in Dallas followed by right-sided thoracic outlet surgery in 2019 at the same institution. At that time his symptoms were predominantly pain in both his arms and weakness which started getting better after the surgery but he still continues to have residual right shoulder pain and pain in the right arm. He says that he was thinking he recovered after the surgery however his symptoms never really got better to the point that he could get back to normalcy. He describes and leg pain with walking that has been there for several years even before the diagnosis of thoracic outlet but since his surgery in 2019 he noticed that the walking distance got progressively shorter and shorter and walking up hill or up stairs was very difficult for him. He describes a feeling of having run a marathon even after walking short distances. He has been smoking for several years and is trying to quit but has not successfully quit yet. He says that his legs are very weak especially between the knees and both the ankles is what he describes as a fatigue and weakness like sensation when he walks. He is barely able to do anything these days and says that activities such as standing up from a sitting position can cause really severe bilateral hip pain. He describes joint stiffness and says that he feels stiff and is unable to get up when he sits down for long time. He also has pain in his legs at night that is constant. The right leg is generally worse than the left. He tries to walk

sometimes when he gets the hip pain and says that it may help a little bit but then it is persistent.

He also dizziness mainly when he tries to get up after he has kneel down or squat for a period of time. He says that he gets lightheaded his heart rate goes up and he feels uncomfortable when he does this but he has never passed out. He also joint pains in his knees and overall feels like something is not right. In February 2021 he had a positive ANA test and was told that he might need further workup but nothing else was pursued.

Back in October 2020 he went to a vascular medicine specialist and had an ABI that showed calcific arteries and had a CT angiogram of the aorta with lower extremity runoff that was unremarkable from review in document viewer. He has also an EMG, MRI of his spine that was unremarkable. He says that they also referred him to a cardiologist and he has had an echocardiogram that was unremarkable but he does not know what else the cardiologist did. Due to lack of a diagnosis and ongoing symptoms he wishes to come to Mayo Clinic for further input because the last time he went to Mayo Clinic they diagnosed him with thoracic outlet syndrome.

I explained to him that while coming to Mayo clinic we might repeat the test that he has already had and he may not necessarily get a diagnosis in the end but he is willing to come and get a 2nd opinion and if needed also willing to repeat the test that are required to be repeated. He will bring all the discs with him that have the imaging studies and any other records that we might not have uploaded.

All his questions were answered. See detailed assessment and plan below.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

Current Medications:
- aspirin (Aspir-81) 81 mg DR tablet, daily.
- atorvastatin (LIPITOR) 20 mg tablet, daily.
- co-enzyme Q-10 (CoQ-10) 100 mg capsule, daily.
- gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 2 (two) times a day.
- magnesium oxide 200 mg magnesium tablet, daily.
- TURMERIC ORAL, Take 1,000 mg by mouth daily. With curcumin

Review Of Systems:
A comprehensive 10 point review of systems was completed; pertinent abnormalities are included in the History of Present Illness.
Constitutional: Positive for fatigue and weight loss of more than 10 pounds.
Skin: Positive for skin rash.
Respiratory: Positive for coughing up mucus (phlegm) and dyspnea.
Cardiovascular: Positive for swelling in the legs or feet, rapid or fluttering heart beat, pain in the calf muscles when walking and shortness of breath when lying flat.
Musculoskeletal: Positive for arthralgias, back pain, pain or stiffness in the joints and muscle pain/stiffness.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, headaches and weakness in arms or legs.
Psychiatric/Behavioral: Positive for little interest or pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks and feeling nervous,

anxious, or on edge in past two weeks.

The following systems were negative: Eyes, ENT, GI, GU, Hematologic

OBJECTIVE
Physical Exam
Not done as this was a video visit..

Lab:
Chemistry: No results found for: NA, K, CL, HCO3, BUN, CREATININE, GLUCOSE, ALKPHOS, AST, ALT, BILITOT, BILIDIR, ANIONGAP, CALCIUM, MG
Lipids: No results found for: CHOL, TRIG, HDL, LDL, LDLCALC
CBC: No results found for: WBC, RBC, HGB, HCT, PLT, MCV
PT/INR: No results found for: PT, INR
Hemoglobin A1C: No results found for: HGBA1C
TSH: No results found for: TSH

Imaging:
No New

Outside Record Review:
NA

ASSESSMENT / PLAN

#1 Atherosclerosis Of Native Arteries Of Extremities With Intermittent Claudication Bilateral Legs (HCC)
#2 Hyperlipidemia
#3 Dizziness
- Neurology - Autonomic disorders consult (clinic); Future; Expected date: 07/29/2021
- Autonomic reflex Screen; Future; Expected date: Before next visit
- TTE

#4 Fatigue
- Comprehensive Metabolic Panel; Future; Expected date: 07/29/2021
- CBC with Differential, Blood; Future; Expected date: 07/29/2021
- HCV Ab Scrn w/Reflex to HCV PCR, Serum; Future; Expected date: 07/29/2021
- HIV-1/-2 Ag and Ab Screen, Plasma; Future; Expected date: 07/29/2021
- Prothrombin Time (PT); Future; Expected date: 07/29/2021
- S-TSH (Thyroid-Stimulating Hormone - Sensitive); Future; Expected date: 07/29/2021
- Vitamin B12 Assay; Future; Expected date: 07/29/2021
- Lipid Panel; Future; Expected date: 07/29/2021
- Magnesium; Future; Expected date: 07/29/2021
- Phosphorus Inorganic; Future; Expected date: 07/29/2021
- Hemoglobin A1c; Future; Expected date: 07/29/2021
- Iron and Total Iron-Binding Capacity; Future; Expected date: 07/29/2021
- Ferritin; Future; Expected date: 07/29/2021
- CRP (C-Reactive Protein); Future; Expected date: 07/29/2021
- Video anyplace visit; Future; Expected date: 07/29/2021 (After tests)
- Cardiovascular Disease - General cardiology consult (clinic); Future; Expected date: 07/29/2021
- ECG 12 Lead; Future; Expected date: 07/29/2021

- Rheumatology - General consult (clinic); Future; Expected date: 07/29/2021
- Antinuclear Antibodies, HEp-2 Substrate, IgG, Serum; Future; Expected date: 07/29/2021
- Antibody to Extractable Nuclear Antigen Evaluation; Future; Expected date: 07/29/2021
- DNA Double-Stranded (dsDNA) Antibodies with Reflex, IgG; Future; Expected date: 07/29/2021
- Complement C3; Future; Expected date: 07/29/2021
- Complement C4; Future; Expected date: 07/29/2021
- Complement, Total; Future; Expected date: 07/29/2021
- Cyclic Citrullinated Peptide Antibodies, IgG; Future; Expected date: 07/29/2021
- Rheumatoid Factor; Future; Expected date: 07/29/2021
- Urinalysis with Microscopic: Urine, Midstream; Future; Expected date: 07/29/2021

#5 Pain Hip Bilateral

- Orthopedic Surgery - Hip non surgical consult (clinic); Future; Expected date: 07/29/2021 (After tests)
- DX Hips and Pelvis Bilateral 5+ Views; Future; Expected date: 07/29/2021 (Before next visit)
- Physical Medicine and Rehabilitation - General consult (clinic); Future; Expected date: 07/29/2021

#6 Elevated Antinuclear Antibody Abnormal
#7 Active tobacco abuse
-I counseled him to quit smoking. I offered him a referral to the smoking cessation clinic but he declined it at this time.
Other orders

- General Internal Medicine office visit (clinic); Future; Expected date: 07/29/2021

PATIENT EDUCATION
Ready to learn, no apparent learning barriers were identified; learning preferences include listening; patient expressed understanding of the content.
I had the opportunity to discuss the aforementioned diagnoses, treatment plan, consultations, and testing with Michael Ray Morgason . I will see him in a GIM return visit upon completion of these episodes of care if further testing and consultation is warranted, and as desired by the patient. All questions were answered in a timely manner to the best of my ability and knowledge.

Please call with any questions.

Thank you for allowing me the opportunity to assist in the care of this patient.

Consult level 5, Total visit 60/45 minutes face to face counseling

Signed:
Meghana Halkar, M.B.B.S.
7/29/2021

MAYO CLINIC
4500 San Pablo Rd S
Jacksonville, FL 32224-1865

904-953-7058
mayoclinic.org

21062100240011- 003911- 001 - 005 - 17082
Michael Ray Morgason

June 18, 2021
RE: Michael Ray Morgason
MC#: 10-609-947
DOB:

Dear Mr. Michael Morgason:

Thank you for placing your trust in Mayo Clinic for your care. We are pleased to confirm your scheduled appointment(s).

The enclosed Appointment Guide contains details regarding your upcoming appointment(s) including dates, times, appointment location and pre-appointment instructions.

**To Prepare for Your Appointment**
Please read the pre-appointment instructions carefully and ensure you follow all the outlined steps to help you prepare for your upcoming visit.

We are honored you have chosen Mayo Clinic and look forward to partnering with you for your health care needs.

Sincerely,
Davis Building, Main Lobby, Registration and Business Services in Jacksonville, Florida

21062100240011- 003911- 001 - 005 - 17082

MAYO CLINIC

# Patient Appointment Guide

10-609-947
Michael Ray Morgason

**Contact us before scheduled appointments if you test positive for COVID-19, develop symptoms, or have a close contact exposure. This may mean your schedule needs to be changed.** For details on masking requirements, number of visitors allowed, waiting room restrictions, and other screening steps, visit www.mayoclinic.org/covid-19. Plan on some extra time for screening at the doors. Please arrive for your appointment at the listed time to support social distancing. Please do not arrive early to check-in desks. Please review information you receive through Patient Online Services.

Dear Mr. Michael Morgason,

*About Your Mayo Clinic Appointments*

Thank you for choosing Mayo Clinic as your health care partner. To ensure your best Mayo Clinic experience, please read all of this Patient Appointment Guide now, including Sections A, B and C.

**A** Appointment Schedule and Preparation Instructions (including eating and drinking)

**B** Additional Reference Information *(when appropriate)*

**C** Your Schedule at a Glance *(optional summary)*

Your appointment schedule may change during your visit. If you receive more than one Patient Appointment Guide, you can tell which guide is most current by looking at the date and time printed at the bottom of the page.

## General Information

**Your Health Care Team:** Whether you are coming for diagnosis, treatment or both, Mayo Clinic care is based on teams of health care professionals interacting with you. Members of the team care for you under the leadership of a physician. If you have questions, ask any member of your team.

**Medication List/Bottles:** Bring to your appointment a list or the original bottles of all medications (prescription, over-the-counter medications, herbal and dietary supplements, vitamins, etc.) you currently take; include dosages and how often you take them.

**Implants and Medical Devices:** If you have an implanted medical device (for example: pacemaker, artificial joint, internal pain pump, stimulators, wire leads, insulin pump, shunt), please bring any documentation associated with your device(s). This may include, but is not limited to, name, serial and model number, manufacturer, date placed. Your device may have come with an information card containing the above information.

**Walking Aids:** If you routinely use a walking aid such as crutches, a cane or walker, bring it with you.

**Arrival Time:** Arrival times are listed throughout this guide. If you and your provider are in different time zones, the arrival times will represent your provider's time zone. Arrival time is not necessarily the time you will have a procedure or test. It is the time you should check in at the reception desk. This also allows time to complete necessary tasks before your appointment.

**Dependents:** Children or dependents may not be left unattended in waiting rooms. This is for their safety. Bring them only if you have supervision for them.

**Mayo Clinic Patient Online Services:** Patient Online Services lets you communicate with your care team, complete questionnaires, update your demographics and insurance information, and view and pay your bill. You can also use PreCheck-In to start your check in as early as 7 days prior to an appointment. When you arrive for your appointment, you can finish your check in at an appointment check-in kiosk or at the reception desk. To create your account, visit www.mayoclinic.org/onlineservices.

**To Cancel Appointments:** To cancel an appointment, refer to the last page of this guide.

21002100240011-003911-002-005-17084

# A *Appointment Schedule & Instructions*

10-609-947
Michael Ray Morgason

## July 26, 2021 - Monday

| | |
|---|---|
| Monday<br>July 26, 2021<br><br>Arrival Time:<br>**4:00 PM EDT** | *Telephone Medical Information Review*<br><br>**Patient's Location** |

You do not need to go to Mayo Clinic for this appointment as this is a phone visit only. A Mayo Clinic health care team member will call you at your designated appointment time.

## July 29, 2021 - Thursday

| | |
|---|---|
| Thursday<br>July 29, 2021<br><br>Arrival Time:<br>**12:55 PM EDT** | *Video Appointment at Home with* Meghana Halkar, M.B.B.S.<br>With a provider from: Department of General Internal Medicine in Jacksonville, Florida<br><br>**Patient Home** |

During this appointment, you will talk with your health care provider by video.

**Note your appointment time and time zone**
Please note that the appointment time displayed is determined by your provider's location, which may be located in a different time zone than you. Make sure to arrive for your appointment based on the displayed appointment time, adjusted for your time zone.

**Prepare for your upcoming video appointment**

**Step 1: Download and test software when your appointment is scheduled**

It's important that you download the video software on the device that you will use during your video appointment. If you haven't completed a video appointment before or haven't used Zoom, you may want to conduct a test call with Mayo Clinic to ensure your device is set up. This should be done as soon as your appointment has been scheduled or at least one day before your appointment. You can use a mobile device or a desktop or laptop computer for your video appointment.

Mobile device:
If you use a mobile device, you'll need to download the Mayo Clinic app. You will also need to download the "ZOOM Cloud Meetings" app. This app is free and can be downloaded from your app store. You do not need to create an account with Zoom; just download the app from either the Google Play Store or the Apple App Store.

21062100240011- 003911- 003 - 005 - 17086

Desktop or laptop computer:
You will need a camera and microphone to participate in your video appointment. If your computer or laptop does not have this, consider a different device type, or please contact your care team to get your appointment rescheduled to a different type of visit.

You may test your video connection by calling Mayo Clinic Customer Assistance at 877-858-0398, Monday - Friday, 7 a.m. to 7 p.m., Central Time. Choose option 4 from the menu options.

**Step 2: Complete pre-appointment tasks (PreCheck-in)**

As early as seven days before your appointment, you can complete all pre-appointment tasks such as questionnaires, insurance and personal information updates, and other tasks using the PreCheck-In feature on Patient Online Services. You need to complete PreCheck-In before logging into your video appointment. Select the PreCheck-In button next to the scheduled video appointment to begin.

You may want to view these videos and tip sheet to help you understand how to connect to your video appointment:

- Connecting to a Video Appointment through the Mayo Clinic app on a mobile device: https://youtu.be/0yO5KShM8Cc
- Connecting to a Video Appointment through a desktop or laptop: https://youtu.be/_cYczRSz4V8
- Video Visit Tips: https://mcforms.mayo.edu/mc0600-mc0699/mc0684-194.pdf

**The day of your appointment**

**Log into Patient Online Services to access your appointment**

- At the time of your appointment, go to the Appointment section in Patient Online Services. If you have not completed PreCheck-In, you will need to do that now. Select the PreCheck-In button to begin.

- If you are using the Mayo Clinic app and haven't downloaded the Zoom software, you will be asked to download it now. After Zoom is downloaded, return to the Mayo Clinic app and select "Begin Video Appointment."

- If you are using a laptop or desktop computer, select the word "Details" next to your video appointment. Then select "Begin Video Appointment." If you haven't already downloaded Zoom follow the onscreen instructions which include selecting "Open Zoom Meetings." If nothing prompts you to download and install the Zoom software click the link on your screen which says "download & run Zoom."

- A Mayo Clinic staff member will greet you, and then connect you with your health care provider.

**Video Appointments with Minor Patients**

Make sure the connection to the video appointment for minor patients is done through the patient's portal account. Both the minor patient and a parent or guardian must be present at this appointment. If both the patient and parent or guardian cannot attend, you'll need to contact the patient's health care team to discuss other scheduling options.

**If you have questions**

A *Appointment Schedule & Instructions*

10-609-947
Michael Ray Morgason

If you have problems using Patient Online Services or downloading any apps, call Mayo Clinic Customer Assistance at 877-858-0398, Monday - Friday, 7 a.m. to 7 p.m., Central Time. Choose option 4 from the menu options.

21062100240011- 003911- 004 - 005 - 17088

MAYO CLINIC

# Appointment Contact Information

10-609-947
Michael Ray Morgason

**Contact us before scheduled appointments if you test positive for COVID-19, develop symptoms, or have a close contact exposure. This may mean your schedule needs to be changed.** For details on masking requirements, number of visitors allowed, waiting room restrictions, and other screening steps, visit www.mayoclinic.org/covid-19. Plan on some extra time for screening at the doors. Please arrive for your appointment at the listed time to support social distancing. Please do not arrive early to check-in desks. Please review information you receive through Patient Online Services.

==========================================================================================

**Severe weather warnings may require a change in Mayo Clinic's hours of operation in Florida.**
Please call 904-953-7100 prior to your appointment for further information.

==========================================================================================

## Mayo Clinic Florida COVID-19 Nurse Line Off Hour Symptoms

If you experience any COVID-19 related symptoms, follow these steps:

1. Contact the Mayo Clinic Florida COVID-19 Screening Help Line at 904-956-8775 between the hours of 6:00 am-9:00 pm, Monday through Friday and 7:00 am-7:00 pm, Saturday through Sunday to discuss your symptoms and be screened to determine if testing is needed. After hours, please call back the following day.
2. Contact your provider's office the next business day (8:00 am-5:00 pm Monday through Friday) to updateyour provider of your symptoms and to discuss if any adjustments are needed regarding your current scheduled appointments before reporting to any scheduled appointments.

## Appointment Location and Phone Information

**Davis Building, Main Lobby, Registration and Business Services in Jacksonville, Florida**
4500 SAN PABLO RD S
JACKSONVILLE FL 32224-1865
Cancellation Phone:
904-953-0320

**Department of General Internal Medicine in Jacksonville, Florida**
Patient's Home Address
Cancellation Phone:
904-953-0320

**For surgical procedures:** If there is no number listed above, call your surgeon's office to cancel or reschedule.

**Your Medical Record**
To request printed copies of your clinical information, call 480-301-4211 (Arizona), 904-953-2676 (Florida), 715-838-6395 (MCHS WI), 507-594-2621 (MCHS MN), or 507-284-4594 (Rochester, MN). You can also view your clinical information from Patient Online Services using a web browser or the Mayo Clinic App.

2106210024001I- 003911- 005 - 005 - 17090

Name: Michael Morgason | DOB: | MRN: 95510408 | PCP: Terry A. Knighton, FNP

UT Southwestern Medical Center

# Progress Notes

## Progress Notes by Shaida Khan, DO at 6/7/2021 8:30 AM

Neuromuscular clinic follow up visit

Michael is a 50 year old gentleman presenting for a follow up visit for multiple somatic symptoms and carpal tunnel syndrome. He follows up today after CTS surgery, which was done on 4/22. He had a volar surgery the same day. His hand is in a splint and he is recovering well.

Says overall, symptoms are a little worse but stable. His legs are still the most bothersome; feels like post exercise myalgia and fatigue.he gets a weird tingling and weakness sensation before he uses the bathroom and urinates.

CT chest, abdomen/pelvis was negative for malignancy. Paraneoplastic Ab panel was negative. Genetic testing for myopathy was negative.

See diagnosis history below for full list of symptoms.

*Diagnosis history*:

His symptoms started in 2008 with arm pain and weakness, followed by leg weakness in 2010. He was diagnosed with thoracic outlet syndrome at Mayo clinic 2018-2019 and had surgery but did not improve. EMG/NCS performed 12/1/2020 was normal and not suggestive of this. Over 5 years ago, he started experiencing exhausting, sporadic issues swallowing, eye issues, dizziness with standing, drops items often, muscle spasms, "excessive sweating and feel so hot I could explode", cramps while intimate, quick to anger, sensitive to loud noises, cannot hold/operate anything that vibrates.

He had a constellation of symptoms that started in 2020. He has listed on a sheet: leg pain (side of right leg below knee) at night with muscle cramps, weight loss and muscle loss, jaw twitching, severe fatigue, muscle spasms when stretching, calf muscle soreness for days with minimum exertion, wrist/thumb/forearm pain, weak when walking short distances, difficulty ascending stairs, cannot carry lightweight items for more than a few seconds, breathlessness after little exertion, hot flashes, left foot swelling, confusion/forgetfulness/inability to multitask. He has been losing weight - 10-15 lbs in the last 4 months. The top right thigh feels "hot, cold or wet in 1 spot". Sensations in legs before urinating, voice breaks up/drops off, tremors in hand/fingers, feels like body shaking on the inside.

Extensive prior workup. MG panel negative, VGCC negative, CK 62, ESR normal, anca panel normal, B12 normal/borderline, TSH 0.23 (low), MR brain, C spine, T spine, and L spine were normal although we dont have MR Brain report..

Current medications:

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • aspirin (ST. JOSEPH LOW-DOSE) 81 mg chewable tablet | Take 81 mg by mouth |
| • atorvastatin (LIPITOR) 40 mg oral tablet | TAKE 1 TABLET BY MOUTH DAILY |
| • gabapentin (NEURONTIN) 300 mg oral capsule | |
| • meloxicam (MOBIC) 15 mg oral tablet | |

VS:
Blood pressure 125/79, pulse 61, height 5' 11" (1.803 m), weight 164 lb (74.4 kg).

Exam: strength 5/5 throughout with normal tone. Normal muscle bulk, no atrophy or fasciculations. Reflexes are 2+/4 throughout but slightly brisk at the knees, negative crossed adductor. Normal gait.

Impression:

CTS

Overall, there is a large constellation of symptoms with a neurological exam that does not localize to the peripheral nervous system and no obvious evidence to suggest a neuromuscular disorder. His neurological exam is normal. Discussed continued management with PCP and also getting routine cancer screenings like colonoscopy and prostate screening (his father also had colon cancer). He is at higher risk given the family history and tobacco use. Follow up PRN.

Shaida Khan, D.O.
Assistant Professor, Neurology

Total time spent in chart review, notes, and clinic visit: 42 min

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

**UTSouthwestern**
Medical Center

**Authorization to Disclose Protected Health Information**

Patient Name: Michael Morgason
Other Names Used: ____
Address: ____
City ____ State ____ Zip ____
DOB. ____ Phone Number: ____
Email Address: morgason2@gmail.com

**Instructions:** Complete all applicable sections to have information disclosed from UT Southwestern Medical Center to another provider or requestor. UT Southwestern will not condition treatment, payment, enrollment or eligibility for benefits based on the completion of this form.

**Return form to:**
**Health Information Management – Release of Information**
**Fax: 214-645-9141**
**Email: medical.records@utsouthwestern.edu**
**Ph: 214-645-3030, option 1, option 1**

**Mailing Address:**
**Health Information Management – Release of Information**
**5323 Harry Hines Boulevard**
**Mail Code 8525**
**Dallas, Texas 75390-8525**

## Patient Notice – This Required Section Applies to All Requests

**Note: This is a required section and must be completed in its entirety. Records requested are in an electronic format (e.g. CD) unless requested in paper. Electronic signatures are not accepted.**

I hereby authorize UT Southwestern Medical Center to disclose my protected health information (PHI). A valid government-issued photo ID will be required for patient privacy and confidentiality purposes. **I understand a processing and shipping fee may apply for the requested information.**

A. I understand that the information is to be released for the following purpose: **(Check all that apply)**

- ◯ Attorney/Legal
- ◯ Billing or Claims
- ☒ Disability
- ◯ Healthcare
- ◯ Insurance
- ◯ Military
- ◯ Patient Record
- ◯ Review Request
- ◯ School
- ◯ Self-Pay Financial Account Balance (MyChart)
- ◯ Other ____

B. I understand the information requested will be released to:

Name/Facility Name: Lincoln Financial Group
Attention: claim 1210046281
Address: P.O Box 2609
City: Omaha State: NE Zip Code: 68103
Phone: 402 361-2913 Email: disabilityclaims@lfg.com Fax: 877-843-3950

C. All records will be delivered in an electronic format (CD or via electronic file portal), unless otherwise specified:
◯ electronic ◯ paper ***Note: Cost may vary by selection***

D. Check requested delivery method: ◯ Electronic File Portal ☒ Fax ◯ My Chart (patient only) ◯ Postal Mail ◯ Pick-Up Records (valid government-issued photo ID required) ◯ Other ____

## Section 1 - General Medical Records – Check Only Boxes That Apply

A. Information to be released:

- ◯ Billing Records
- ◯ Consultation Reports
- ◯ Dental Reports
- ◯ Demographics Face Sheet
- ◯ Discharge Summary
- ◯ Emergency Department
- ◯ Explanted Materials, Devices or Hardware
- ◯ Family Studies Records
- ◯ History & Physical
- ◯ Home Health
- ◯ Hospital Progress Notes
- ◯ Immunization Record
- ◯ Implant Records
- ◯ Laboratory Reports
- ◯ Medication Sheets
- ◯ MyChart Messages
- ☒ Office Visit Notes
- ◯ Operative Notes
- ◯ Pathology Blocks
- ◯ Pathology Slides
- ◯ Pathology Reports
- ◯ Radiation Treatment Records
- ◯ Complete Medical Record
- ☒ Other office visit and treatment notes

B. Time period or date of information to be released: From: 1/2021 (Month / Year) To: 6/2021 (Month / Year)

C. ◯ UTSW Treating Physician(s): ____ ☒ or All physicians

D. ◯ UTSW Clinic/Hospital Name(s): ____

**Note:** I understand that the record provided may be incomplete and additional documentation will continue to be added throughout the course of my stay. I understand that I may request a complete copy at approximately 30 days post discharge.

**UTSouthwestern**
Medical Center

**Authorization to Disclose Protected Health Information**

Patient Name: Michael Morgason
Other Names Used: ______
Addre
City State Zip
DOB: ______ Phone Number: ______
Email Address: morgason2@gmail.com

**Section 2 - Imaging/Radiology Records - Check Only Boxes That Apply**

A. Information to be released:
◯ Bone Density ◯ Dental Images ◯ MRI ◯ PET ◯ X-ray
◯ Cardiac Catheterization ◯ EKG/ECHO ◯ Nuclear Medicine Scan ◯ Sonogram ◯ Other ______
◯ CT / CAT Scan ◯ Mammograms ◯ Ophthalmology Images ◯ Ultrasound

B. ◯ Reports Only ◯ Images Only ◯ Images and Reports

C. Time period or date of information to be released: From: ______ (Month / Year) To: ______ (Month / Year)

D. UTSW Ordering/Treating Physician (if known): ______

E. All records will be delivered in an electronic format (CD or via electronic file portal), unless otherwise specified:
◯ electronic ◯ paper ***Note: Cost may vary by selection***

F. Check appropriate delivery method: ◯ Electronic File Portal ◯ Fax (Reports Only) ◯ LifeImage Portal ◯ Pick-Up ◯ Postal Mail

**Section 3 - Genetics, Psychiatry/Behavioral Health and Research Records – Check Only Boxes That Apply**

A. Genetics Records ◯Specify: ______ ◯Complete Medical Record
Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

B. Psychiatry/Behavioral Health Records
◯ Certification of Health Care Provider Form ◯ Specify: ______ ◯Complete Medical Record
Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

C. Research Records ◯ Specify: ______ ◯Complete Medical Record
Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

**Section 4 – Student Health Record – Check Only Boxes That Apply**

A. Information to be released:
◯ Immunization Record ◯ Student Wellness and Counseling Record ◯ Complete Medical Record

B. Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

**Patient Acknowledgement – This Section Applies to All Requests**

- This specific authorization form does not authorize the release of Substance Abuse Therapy Records. A separate "Authorization to Disclose Substance Abuse Therapy Record" must be completed.
- I understand that the records used and disclosed pursuant to this authorization may include information relating to: Genetic counseling; Human Immunodeficiency Virus (HIV) or Acquired Immunodeficiency Syndrome (AIDS) treatment; history of drug or alcohol abuse; mental, behavioral health, or psychiatric care; and/or other sensitive information.
- I understand that I may revoke this authorization in writing at any time, except to the extent that UT Southwestern has relied on this authorization. The written revocation should be addressed to the Release of Information Department. Unless otherwise revoked, I understand that the date or event upon which this authorization expires is **180 days** from the date of signature. A photostatic copy of this authorization is considered as valid as the original.
- I understand that to the extent any recipient of this information, as identified above, is not a "covered entity" under the Federal or Texas privacy laws, the information may no longer be protected by Federal and Texas privacy law once it is disclosed to the recipient, and, therefore, may be subject to re-disclosure by the recipient.
- I understand that according to Chapter 159 of the Texas Occupational Code Section 159.005 (e) and HIPAA, a re-disclosure could be made from records received from another health care provider involved in my care or treatment.

Michael Morgason
Patient's Printed Name

[signature]
Patient's Signature
(Electronic Signature Not Accepted)

06/14/2021
Date

______
*Legal Representative's Printed Name

______
Legal Representative's Signature

______
Date

______
*If representative, specify relationship to the patient*

***Note:** Proof of legal authority may be required for legal representatives.

**Release of Information Use Only:** Date Authorization Revoked, if applicable ______


Form # 7680-001 / 01.05 (Rev. 09/13/19) White – Health Information Management Yellow – Patient

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: ______________ Claim No. ______________ Disability Date ______________

Issued To: ______________ Address ______________

Claimant: Michael Morgason Address ______________

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Not withstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| (Insured) | (Witness) |
| (Address) | (Address) |
| (Date) | (Date) |

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

# FINANCIAL ADVANTAGES PROVIDED TO SOCIAL SECURITY DISABILITY INSURANCE RECIPIENTS

Though your Long Term Disability benefit from Lincoln Financial Group would be reduced for any Social Security Disability benefits you might receive, there are still several very important reasons why Social Security disability income (SSDI) benefits would benefit you and your family. These all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

**Increased Social Security Retirement Benefits** For every year that you are unable to work and do not "pay into the system,' no earnings are factored into your Social Security record even if you are receiving worker's compensation payments or benefits under a private long term disability insurance plan. This is known as "zero wage earner" status. Social Security calculates your retirement benefits based on a weighted average of the income that you earned over your working life. As a result, a significant amount of non-working years will result in zeros factored into your average and a substantially lower Social Security Retirement benefit. However, if the Social Security Administration determines you are disabled within the meaning of the Social Security Act, your earnings record will be "frozen" for those years you were unable to be gainfully employed. This protects your Social Security retirement benefits and could save you thousands of dollars.

**Health Insurance via Medicare Entitlement** SSDI recipients are entitled to Medicare coverage after receiving SSDI benefits for 24 months. This inexpensive health insurance includes Part A (Hospital) at no charge and Part B (Medical) for a reasonable monthly payment. For recipients who do not have health insurance, this benefit is of extreme importance.

**Reduced Health Insurance Premiums** Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease. With Medicare coverage available to help defray the cost of medical expenses, such premiums may be adjusted downwards.

**Cost of Living Adjustment (COLA) Raises** Generally, your SSDI benefits will also increase each year due to COLA raises. Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

**Trial Work Period** In most cases, entitlement to SSDI benefits also allows you the opportunity to attempt to return to work for a period of up to nine (9) months while you still receive your full monthly SSDI benefit.

**Tax Advantages** The majority of SSDI recipients also receive their benefits tax-free. You should, however, consult with a tax professional to determine if this tax exemption applies to your individual situation.

**Closed Period of Social Security Disability Benefits** If you anticipate returning to work in the near future, but were unable to for twelve or more months, you may still be entitled to a closed period of SSDI benefits.

Social Security Administration

Form Approved
OMB No. 0960-0527

**Please read the instructions before completing this form.**

| | |
|---|---|
| Name (Claimant) (Print or Type) Michael Morgason | Social Security Number |
| Wage Earner (If Different | Social Security Number |

**Part I** **APPOINTMENT OF REPRESENTATIVE**

I appoint this person, Martin E. Keane, 100 Cummings Center Ste 335 N, Beverly, MA 01915
(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI) ☐ Title XVI (SSI) ☐ Title XVIII (Medicare Coverage) ☐ Title VII (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My main representative is ______________________
(Name of Principal Representative)

| | |
|---|---|
| Signature (Claimant) | Address |
| Telephone Number (with Area Code) 903-490-0726 | Fax Number (with Area Code) Date |

**Part II** **ACCEPTANCE OF APPOINTMENT**

I, Martin E. Keane , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.
☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency. ☐ YES ☒ NO

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| | |
|---|---|
| Signature (Representative) | Address 100 Cummings Center, Ste 335 N Beverly, MA 01915 |
| Telephone Number (with Area Code) (978) 922-0411 | Fax Number (with Area Code) (978) 922-1644 Date |

**Part III** **FEE ARRANGEMENT**

*(Select an option, sign and date this section.)*

☒ **Charging a fee and requesting direct payment** of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **Charging a fee but waiving direct payment** of the fee from withheld past-due benefits --I do not qualify for or do not request direct payment. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **Waiving fees and expenses from the claimant and any auxiliary beneficiaries** --By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☐ **Waiving fees from any source** --I am waiving my right to charge and collect any fee, under sections 206 and ___1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

Signature (Representative) Date

Form **SSA-1696-U6** (03-2011) ef (03-2011)
Destroy Prior Editions

**FILE COPY**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

June 15, 2021

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

Michael Morgason

RE: Claim Number: 1210046281

Dear Mr. Morgason:

You have recently been approved for Long Term Disability (LTD) benefits. Your policy states that individuals who are entitled to receive Other Income Benefits are required to actively pursue those benefits, and the receipt or eligibility of those benefits will reduce the LTD and/or Short Term Disability (STD) benefits you receive from Lincoln National Life Insurance Company (Lincoln). Other Income Benefits include but are not limited to Social Security Disability Income (SSDI) and/or Social Security Retirement (SSRI). After reviewing your LTD claim we believe that you are a good candidate for SSDI and/or SSRI benefits.

You are expected to keep Lincoln notified of your application status through all Social Security Administration (SSA) levels. This includes informing our office about any SSA decisions and status updates.

If you are approved for SSDI or SSRI benefits, your LTD and/or STD benefit(s) will be reduced by the amount you receive for you and any dependents. Such a benefit reduction is in accordance with the provisions of the LTD and/or STD policy.

Please review the enclosed financial advantage worksheet that set forth the many Social Security benefits that may be available to both you and your family members.

Lincoln would like to offer SSDI filing assistance to you. This includes legal representation through an independent law firm that specializes in SSDI eligibility and claim handling. The process of applying for SSDI benefits can be complex, and you may experience delays while waiting for the SSA to make a final decision. Lincoln's Social Security specialists and independent lawyers will serve as the resource between you and the SSA through the duration of the SSDI process.

You will soon be contacted by one of our Social Security specialists or a representative from Doherty, Cella, Keane and Associates (DCKA, LLP) at (1-800-211-4736) to begin the application process and answer any questions you may have. Please feel free to contact this firm directly to begin these discussions at your convenience. Be assured that any fees associated with DCKA, LLP'S assistance will be credited towards your overpayment as noted below.

Though DCKA, LLP'S assistance is optional, Lincoln recommends that you utilize their help and representation through the entire SSDI claim process. We have enclosed a brochure and some additional materials to help supply you with detailed information about the firm and available services.

If you have already filed on your own, please provide our office with the current status of your application for SSDI and/or SSRI benefits. This would include an official proof of filing and/or complete copy of any award, denial or appeal notification. This information needs to be provided by July 15, 2021.

If you have obtained your own legal representation, please forward a copy of the representation agreement so we may have your representative's contact information for future requests of information or updates regarding SSDI or SSRI benefits.

SSDI and Disability Benefits:

If you are approved for SSDI or SSRI benefits, your LTD and/or STD benefit will be reduced by the amount you receive for you and any dependents.

Please note that SSDI or SSRI benefits may be awarded in a lump sum payment for a retroactive period of time. In other words, your first benefit payment from the Social Security Administration may cover a period of past months, or even past years. If these past SSDI/SSRI benefits overlap with previously paid LTD and/or STD benefits it will create an overpayment on your LTD/STD claim; in some cases by thousands of dollars. Any overpayment created due to the award of Social Security benefits will be payable back to Lincoln within 30 days.

We estimate that your Social Security disability benefits will be $1,426 per month, and you would be eligible for benefits beginning May 2021. Any dependent benefits that you may also be eligible for will be an additional 50% of your monthly Social Security benefit.

For example: If the SSA approves your claim for SSDI benefits 10 months after your initial eligibility date, they will issue a retroactive benefit payment for those 10 months at an estimated amount of $1,426 a month. You would receive a lump sum of approximately $14,260, which will be due back to Lincoln within 30 days. The amount of the overpayment may be more or less than your retroactive benefits, it will depend on how the SS benefits line up with what we have already issued, and if you have any dependents eligible for benefits.

**Payment Options and Estimated Award Amounts**:

We have enclosed a Disability Payment Option form that offers you two choices:

**OPTION 1**: To avoid or reduce a potential overpayment we can estimate the monthly amount you will receive in SSDI benefits and reduce your LTD benefit by this monthly estimate amount. This helps prevent large overpayments and allows you to keep all or most of your lump sum SSDI award when it is subsequently awarded. If you choose this option we will reduce your monthly LTD benefit by $1,426 beginning May 2021. Any dependent benefits that you may also be eligible for would be an additional 50% of your monthly SSDI benefit.

**OPTION 2**: We can continue to pay your full LTD benefits in the form of an advance of benefits until SSA approves your claim. Remember, if this option is chosen, your LTD claim will likely be overpaid and full reimbursement would be due back to Lincoln within 30 days of award notification. (Please note that DCKA, LLP can help to facilitate the repayment of overpaid funds due back to Lincoln.)

Lincoln Required Documents:

Please indicate on the Disability Payment Option form (#GLC-01767), which option you prefer (as described above). Then, please sign, date, and return the form to our office. Also enclosed is a SSA authorization (#SSA-L88) that you will also need to complete and return.

In addition to the forms please provide our office with the current status of your application for SSDI and/or SSRI benefits. This would include an official proof of filing and/or complete copy of any award, denial or appeal notification.

If the items requested above are not returned by July 15, 2021, we may place an estimate and reduce your benefits until the forms are received and we can verify your Social Security Status.

DCKA'S Forms:

If you would like assistance from DCKA, LLP we have enclosed a copy of the Appointment of Representative form for you to sign and return which will allow an attorney from DCKA, LLP to assist you with your Social Security disability application and/or appeal. DCKA, LLP will also provide any needed information to Lincoln.

For your convenience, we have enclosed one return envelope so you can return all enclosed forms easily. These forms need to be returned no later than July 15, 2021.

Please note that the SSA award decision is independent of the Lincoln claim decision, and receiving one benefit does not guarantee approval of the other. Lincoln and SSA have different eligibility guidelines to make initial and on-going determinations.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day. Additional information can also be found on the Social Security Web site, www.SSA.GOV as well as www.social-security-law.com.

Sincerely,

Denise Swan
Social Security Specialist
402-361-7738
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

June 15, 2021

Michael Morgason

RE: Claim Number: 1210046281

Dear Mr. Morgason:

You have recently been approved for Long Term Disability (LTD) benefits. Your policy states that individuals who are entitled to receive Other Income Benefits are required to actively pursue those benefits, and the receipt or eligibility of those benefits will reduce the LTD and/or Short Term Disability (STD) benefits you receive from Lincoln National Life Insurance Company (Lincoln). Other Income Benefits include but are not limited to Social Security Disability Income (SSDI) and/or Social Security Retirement (SSRI). After reviewing your LTD claim we believe that you are a good candidate for SSDI and/or SSRI benefits.

You are expected to keep Lincoln notified of your application status through all Social Security Administration (SSA) levels. This includes informing our office about any SSA decisions and status updates.

If you are approved for SSDI or SSRI benefits, your LTD and/or STD benefit(s) will be reduced by the amount you receive for you and any dependents. Such a benefit reduction is in accordance with the provisions of the LTD and/or STD policy.

Please review the enclosed financial advantage worksheet that set forth the many Social Security benefits that may be available to both you and your family members.

Lincoln would like to offer SSDI filing assistance to you. This includes legal representation through an independent law firm that specializes in SSDI eligibility and claim handling. The process of applying for SSDI benefits can be complex, and you may experience delays while waiting for the SSA to make a final decision. Lincoln's Social Security specialists and independent lawyers will serve as the resource between you and the SSA through the duration of the SSDI process.

You will soon be contacted by one of our Social Security specialists or a representative from Doherty, Cella, Keane and Associates (DCKA, LLP) at (1-800-211-4736) to begin the application process and answer any questions you may have. Please feel free to contact this firm directly to begin these discussions at your convenience. Be assured that any fees associated with DCKA, LLP'S assistance will be credited towards your overpayment as noted below.

Though DCKA, LLP'S assistance is optional, Lincoln recommends that you utilize their help and representation through the entire SSDI claim process. We have enclosed a brochure and some additional materials to help supply you with detailed information about the firm and available services.

If you have already filed on your own, please provide our office with the current status of your application for SSDI and/or SSRI benefits. This would include an official proof of filing and/or complete copy of any award, denial or appeal notification. This information needs to be provided by July 15, 2021.

If you have obtained your own legal representation, please forward a copy of the representation agreement so we may have your representative's contact information for future requests of information or updates regarding SSDI or SSRI benefits.

SSDI and Disability Benefits:

If you are approved for SSDI or SSRI benefits, your LTD and/or STD benefit will be reduced by the amount you receive for you and any dependents.

Please note that SSDI or SSRI benefits may be awarded in a lump sum payment for a retroactive period of time. In other words, your first benefit payment from the Social Security Administration may cover a period of past months, or even past years. If these past SSDI/SSRI benefits overlap with previously paid LTD and/or STD benefits it will create an overpayment on your LTD/STD claim; in some cases by thousands of dollars. Any overpayment created due to the award of Social Security benefits will be payable back to Lincoln within 30 days.

We estimate that your Social Security disability benefits will be $1,426 per month, and you would be eligible for benefits beginning May 2021. Any dependent benefits that you may also be eligible for will be an additional 50% of your monthly Social Security benefit.

For example: If the SSA approves your claim for SSDI benefits 10 months after your initial eligibility date, they will issue a retroactive benefit payment for those 10 months at an estimated amount of $1,426 a month. You would receive a lump sum of approximately $14,260, which will be due back to Lincoln within 30 days. The amount of the overpayment may be more or less than your retroactive benefits, it will depend on how the SS benefits line up with what we have already issued, and if you have any dependents eligible for benefits.

**Payment Options and Estimated Award Amounts**:

We have enclosed a Disability Payment Option form that offers you two choices:

**OPTION 1**: To avoid or reduce a potential overpayment we can estimate the monthly amount you will receive in SSDI benefits and reduce your LTD benefit by this monthly estimate amount. This helps prevent large overpayments and allows you to keep all or most of your lump sum SSDI award when it is subsequently awarded. If you choose this option we will reduce your monthly LTD benefit by $1,426 beginning May 2021. Any dependent benefits that you may also be eligible for would be an additional 50% of your monthly SSDI benefit.

**OPTION 2**: We can continue to pay your full LTD benefits in the form of an advance of benefits until SSA approves your claim. Remember, if this option is chosen, your LTD claim will likely be overpaid and full reimbursement would be due back to Lincoln within 30 days of award notification. (Please note that DCKA, LLP can help to facilitate the repayment of overpaid funds due back to Lincoln.)

Lincoln Required Documents:

Please indicate on the Disability Payment Option form (#GLC-01767), which option you prefer (as described above). Then, please sign, date, and return the form to our office. Also enclosed is a SSA authorization (#SSA-L88) that you will also need to complete and return.

In addition to the forms please provide our office with the current status of your application for SSDI and/or SSRI benefits. This would include an official proof of filing and/or complete copy of any award, denial or appeal notification.

If the items requested above are not returned by July 15, 2021, we may place an estimate and reduce your benefits until the forms are received and we can verify your Social Security Status.

DCKA'S Forms:

If you would like assistance from DCKA, LLP we have enclosed a copy of the Appointment of Representative form for you to sign and return which will allow an attorney from DCKA, LLP to assist you with your Social Security disability application and/or appeal. DCKA, LLP will also provide any needed information to Lincoln.

For your convenience, we have enclosed one return envelope so you can return all enclosed forms easily. These forms need to be returned no later than July 15, 2021.

Please note that the SSA award decision is independent of the Lincoln claim decision, and receiving one benefit does not guarantee approval of the other. Lincoln and SSA have different eligibility guidelines to make initial and on-going determinations.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day. Additional information can also be found on the Social Security Web site, www.SSA.GOV as well as www.social-security-law.com.

Sincerely,

Denise Swan
Social Security Specialist
402-361-7738
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

FINANCIAL ADVANTAGES PROVIDED TO
SOCIAL SECURITY DISABILITY INSURANCE RECIPIENTS

Though your Long Term Disability benefit from Lincoln Financial Group would be reduced for any Social Security Disability benefits you might receive, there are still several very important reasons why Social Security disability income (SSDI) benefits would benefit you and your family. These all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

**Increased Social Security Retirement Benefits** For every year that you are unable to work and do not "pay into the system,' no earnings are factored into your Social Security record even if you are receiving worker's compensation payments or benefits under a private long term disability insurance plan. This is known as "zero wage earner" status. Social Security calculates your retirement benefits based on a weighted average of the income that you earned over your working life. As a result, a significant amount of non-working years will result in zeros factored into your average and a substantially lower Social Security Retirement benefit. However, if the Social Security Administration determines you are disabled within the meaning of the Social Security Act, your earnings record will be "frozen" for those years you were unable to be gainfully employed. This protects your Social Security retirement benefits and could save you thousands of dollars.

**Health Insurance via Medicare Entitlement** SSDI recipients are entitled to Medicare coverage after receiving SSDI benefits for 24 months. This inexpensive health insurance includes Part A (Hospital) at no charge and Part B (Medical) for a reasonable monthly payment. For recipients who do not have health insurance, this benefit is of extreme importance.

**Reduced Health Insurance Premiums** Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease. With Medicare coverage available to help defray the cost of medical expenses, such premiums may be adjusted downwards.

**Cost of Living Adjustment (COLA) Raises** Generally, your SSDI benefits will also increase each year due to COLA raises. Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

**Trial Work Period** In most cases, entitlement to SSDI benefits also allows you the opportunity to attempt to return to work for a period of up to nine (9) months while you still receive your full monthly SSDI benefit.

**Tax Advantages** The majority of SSDI recipients also receive their benefits tax-free. You should, however, consult with a tax professional to determine if this tax exemption applies to your individual situation.

**Closed Period of Social Security Disability Benefits** If you anticipate returning to work in the near future, but were unable to for twelve or more months, you may still be entitled to a closed period of SSDI benefits.

Social Security Administration
**Please read the instructions before completing this form.**

Form Approved
OMB No. 0960-0527

| Name (Claimant) (Print or Type) Michael Morgason | Social Security Number |
|---|---|
| Wage Earner (If Different | Social Security Number |

**Part I** **APPOINTMENT OF REPRESENTATIVE**

I appoint this person, Martin E. Keane, 100 Cummings Center Ste 335 N, Beverly, MA 01915
(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI) ☐ Title XVI (SSI) ☐ Title XVIII (Medicare Coverage) ☐ Title VII (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My main representative is ______________________
(Name of Principal Representative)

| Signature (Claimant) | Address | |
|---|---|---|
| Telephone Number (with Area Code) | Fax Number (with Area Code) | Date |

**Part II** **ACCEPTANCE OF APPOINTMENT**

I, Martin E. Keane, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.
☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency. ☐ YES ☒ NO

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| Signature (Representative) | Address 100 Cummings Center, Ste 335 N Beverly, MA 01915 | |
|---|---|---|
| Telephone Number (with Area Code) (978) 922-0411 | Fax Number (with Area Code) (978) 922-1644 | Date |

**Part III** **FEE ARRANGEMENT**

*(Select an option, sign and date this section.)*

☒ **Charging a fee and requesting direct payment** of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **Charging a fee but waiving direct payment** of the fee from withheld past-due benefits --I do not qualify for or do not request direct payment. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **Waiving fees and expenses from the claimant and any auxiliary beneficiaries** --By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☐ **Waiving fees from any source** --I am waiving my right to charge and collect any fee, under sections 206 and ___1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|

Form **SSA-1696-U6** (03-2011) ef (03-2011)
Destroy Prior Editions

**FILE COPY**

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: ______________ Claim No. ______________ Disability Date ______________________________

Issued To: ______________________________ Address ______________________________

Claimant: Michael Morgason Address ______________________________

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Not withstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| ______________________ (Insured) | ______________________ (Witness) |
| ______________________ (Address) | ______________________ (Address) |
| ______________________ (Date) | ______________________ (Date) |

# AUTHORIZATION FOR THE SOCIAL SECURITY ADMINISTRATION TO RELEASE INFORMATION

TO: SOCIAL SECURITY ADMINISTRATION

| Printed Name | Date of Birth | Social Security Number (no dashes) |
|---|---|---|
| MICHAEL MORGASON | | |

I authorize the Social Security Administration to release information of records about me to:

| Company Name | Company ID | |
|---|---|---|
| DOHERTY CELLA KEANE, LLP | DCK | |

I want this information released because:
This information will be released by Doherty Cella Keane, LLP to my long term disability carrier.

SSA will disclose the following information from my record:

**Social Security Benefits (T2):**

- Benefit Type (Retirement or Disability)
- Date of Filing
- SSA Decision (T2 Award or Denial)
- Date of Decision (Initial/Reconsideration)
- Date of Disability Onset
- Routing of Claims File
- Payment Status
- PIA History
- Date Last Insured
- Date of Entitlement
- Primary Insurance Amount
- Family Maximum
- Monthly Benefit Amount
- T2 Retroactive Benefits

**Supplemental Security Income (T16):**

- Benefit Type
- Date of Filing
- SSA Decision
- Date of Decision (Initial/Reconsideration)
- Date of Disability Onset
- Routing of Claims File
- Payment Status
- SSI Windfall Offset Data
- Recurring Payment Amount
- Date of Decision (Denial)

**Appeals/Attorney Data:**

- Hearing Request Date
- Last Hearing Held Date
- T2 Disposition
- T2 Disposition Date
- T16 Disposition
- T16 Disposition Date
- Established Onset Date
- Owning Office Status
- Approved Attorney Fees

***Please see reverse side of this form for definitions of requested information**

I am the individual, to whom the requested information/record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury in accordance with 28 C.F.R. § 16.41(d)(2004) that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

| **Signature** | **Date** |
|---|---|
| | |

| **Relationship (if not the individual)** | **Daytime Phone** |
|---|---|
| | |

**Contact Information of Individual Signing Authorization**

| **Address** | **City/State/ZIP** |
|---|---|
| | **Phone Number** |

Form **SSA-L88-OP1** (06-2014)

Benefit Type - the type of benefit applied for (Social Security Retirement, Disability or Supplemental Security Income)

Date of Filing - the month, day and year the beneficiary filed an application for benefits

SSA Decision - the final medical decision as determined by the State Disability Determination Service (DDS)

Date of Decision (Initial/Reconsideration) - the date the DDS made a final medical decision

Date of Disability Onset - the month, day and year of disability onset

Date of Entitlement - the month and year an individual became entitled to benefits

Routing of Claims File - the destination of the claims file after a decision is made

Payment Status - the status of benefit payments

Primary Insurance Amount - the primary beneficiary's insurance amount

Family Maximum - the maximum benefits payable to all beneficiaries collectively on the account as established by law

PIA History - a history of the last three Primary Insurance Amounts

Monthly Benefit Amount - the amount of the monthly Title II benefit payable to the beneficiary after any appropriate dollar rounding and after the collection of all (or a portion) of the beneficiary's obligations (e.g., adjustment for partial benefit withholding or for Supplemental Medical Insurance (SMI) premiums, if applicable).

T2 Retroactive Benefit Amount - the cumulative past due T2 benefits due to a beneficiary

Date Last Insured - the last day of the quarter a claimant meets insured status for disability or blindness.

Recurring Payment Amount - the regular monthly SSI payment amount

Date of Decision (Denial) - the date of the denial decision

SSI Windfall Offset - The reduction of retroactive title II or title XVI benefits prevents a windfall. A windfall occurs when the combined title XVI and retroactive title II benefits exceed the amount of benefits due if the title II benefit had been paid when due rather than retroactively.

Hearing Request Date - the date a hearing was requested

Last Hearing Held Date - the date the hearing was held

Disposition - the ALJ's decision at the hearing's level

Disposition Date - Hearing - the date of the final medical determination as determined by an Administrative Law Judge (ALJ)

Owning Office Status - the last action taken by the ALJ

Established Onset Date - the date of disability onset as determined by an ALJ

Approved Attorney Fees - the fee approved by Social Security to pay a representative. This is the lower amount of $6,000 or 25% of past due benefits

Date: Mon Jun 14 09:32:13 CDT 2021
From: Ann Siewert <Ann.Siewert@lfg.com>
To: morgason2@gmail.com
Message-ID: <170846588.23.1623681133232.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

This letter is in reference to your claim for Long Term Disability Benefits.

We will soon request additional medical information from your physician Dr. Khan, however their office requires a specific authorization to be completed

We are enclosing this authorization for your signature or completion and return to our office for forwarding to them.

We are unable to proceed with your request for benefits, until this necessary medical information is obtained from your physician.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Ann Siewert
800-423-2765 x2913
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**UT Southwestern**
Medical Center

**Authorization to Disclose Protected Health Information**

Patient Name: Michael Morgason
Other Names Used: ____
Address: ____
City ____ State ____ Zip ____
DOB: ____ Phone Number: ____
Email Address: morgason2@gmail.com

**Instructions:** Complete all applicable sections to have information disclosed from UT Southwestern Medical Center to another provider or requestor. UT Southwestern will not condition treatment, payment, enrollment or eligibility for benefits based on the completion of this form.

**Return form to:**
**Health Information Management – Release of Information**
**Fax: 214-645-9141**
**Email: medical.records@utsouthwestern.edu**
**Ph: 214-645-3030, option 1, option 1**

**Mailing Address:**
**Health Information Management – Release of Information**
**5323 Harry Hines Boulevard**
**Mail Code 8525**
**Dallas, Texas 75390-8525**

## Patient Notice – This Required Section Applies to All Requests

**Note: This is a required section and must be completed in its entirety. Records requested are in an electronic format (e.g. CD) unless requested in paper. Electronic signatures are not accepted.**

I hereby authorize UT Southwestern Medical Center to disclose my protected health information (PHI). A valid government-issued photo ID will be required for patient privacy and confidentiality purposes. **I understand a processing and shipping fee may apply for the requested information.**

A. I understand that the information is to be released for the following purpose: **(Check all that apply)**

- ◯ Attorney/Legal
- ◯ Healthcare
- ◯ Patient Record
- ◯ Self-Pay Financial Account Balance (MyChart)
- ◯ Billing or Claims
- ◯ Insurance
- ◯ Review Request
- ◯ Other ____
- ⊗ Disability
- ◯ Military
- ◯ School

B. I understand the information requested will be released to:

Name/Facility Name: Lincoln Financial Group
Attention: claim 1210046281
Address: P.O Box 2609
City: Omaha State: NE Zip Code: 68103
Phone: 402 361-2913 Email: disabilityclaims@lfg.com Fax: 877-843-3950

C. All records will be delivered in an electronic format (CD or via electronic file portal), unless otherwise specified:
◯ electronic ◯ paper ***Note: Cost may vary by selection***

D. Check requested delivery method: ◯ Electronic File Portal ⊗ Fax ◯ My Chart (patient only) ◯ Postal Mail
◯ Pick-Up Records (valid government-issued photo ID required) ◯ Other____

## Section 1 - General Medical Records – Check Only Boxes That Apply

A. Information to be released:

- ◯ Billing Records
- ◯ Consultation Reports
- ◯ Dental Reports
- ◯ Demographics Face Sheet
- ◯ Discharge Summary
- ◯ Emergency Department
- ◯ Explanted Materials, Devices or Hardware
- ◯ Family Studies Records
- ◯ History & Physical
- ◯ Home Health
- ◯ Hospital Progress Notes
- ◯ Immunization Record
- ◯ Implant Records
- ◯ Laboratory Reports
- ◯ Medication Sheets
- ◯ MyChart Messages
- ⊗ Office Visit Notes
- ◯ Operative Notes
- ◯ Pathology Blocks
- ◯ Pathology Slides
- ◯ Pathology Reports
- ◯ Radiation Treatment Records
- ◯ Complete Medical Record
- ◯ Other office visit and treatment notes

B. Time period or date of information to be released: From: 1/2021 (Month / Year) To: 6/2021 (Month / Year)

C. ◯ UTSW Treating Physician(s): ____ ⊗ or All physicians

D. ◯ UTSW Clinic/Hospital Name(s): ____

**Note:** I understand that the record provided may be incomplete and additional documentation will continue to be added throughout the course of my stay. I understand that I may request a complete copy at approximately 30 days post discharge.

**UT Southwestern**
Medical Center

**Authorization to Disclose Protected Health Information**

Patient Name: Michael Morgason
Other Names Used: ______
Address: ______
______ ______ State ______ Zip ______
DOB: ______ Phone Number: ______
Email Address: morgason2@gmail.com

**Section 2 - Imaging/Radiology Records - Check Only Boxes That Apply**

A. Information to be released:
◯ Bone Density ◯ Dental Images ◯ MRI ◯ PET ◯ X-ray
◯ Cardiac Catheterization ◯ EKG/ECHO ◯ Nuclear Medicine Scan ◯ Sonogram ◯ Other ______
◯ CT / CAT Scan ◯ Mammograms ◯ Ophthalmology Images ◯ Ultrasound

B. ◯ Reports Only ◯ Images Only ◯ Images and Reports

C. Time period or date of information to be released: From: ______ (Month / Year) To: ______ (Month / Year)

D. UTSW Ordering/Treating Physician (if known): ______

E. All records will be delivered in an electronic format (CD or via electronic file portal), unless otherwise specified:
◯ electronic ◯ paper ***Note: Cost may vary by selection***

F. Check appropriate delivery method: ◯ Electronic File Portal ◯ Fax (Reports Only) ◯ LifeImage Portal ◯ Pick-Up ◯ Postal Mail

**Section 3 - Genetics, Psychiatry/Behavioral Health and Research Records – Check Only Boxes That Apply**

A. Genetics Records ◯ Specify: ______ ◯ Complete Medical Record
Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

B. Psychiatry/Behavioral Health Records
◯ Certification of Health Care Provider Form ◯ Specify: ______ ◯ Complete Medical Record
Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

C. Research Records ◯ Specify: ______ ◯ Complete Medical Record
Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

**Section 4 – Student Health Record – Check Only Boxes That Apply**

A. Information to be released:
◯ Immunization Record ◯ Student Wellness and Counseling Record ◯ Complete Medical Record

B. Date(s) of information to be released: From: ______ (Month / Year) To: ______ (Month / Year) Physician Name (if known): ______

**Patient Acknowledgement – This Section Applies to All Requests**

- This specific authorization form does not authorize the release of Substance Abuse Therapy Records. A separate "Authorization to Disclose Substance Abuse Therapy Record" must be completed.
- I understand that the records used and disclosed pursuant to this authorization may include information relating to: Genetic counseling; Human Immunodeficiency Virus (HIV) or Acquired Immunodeficiency Syndrome (AIDS) treatment; history of drug or alcohol abuse; mental, behavioral health, or psychiatric care; and/or other sensitive information.
- I understand that I may revoke this authorization in writing at any time, except to the extent that UT Southwestern has relied on this authorization. The written revocation should be addressed to the Release of Information Department. Unless otherwise revoked, I understand that the date or event upon which this authorization expires is **180 days** from the date of signature. A photostatic copy of this authorization is considered as valid as the original.
- I understand that to the extent any recipient of this information, as identified above, is not a "covered entity" under the Federal or Texas privacy laws, the information may no longer be protected by Federal and Texas privacy law once it is disclosed to the recipient, and, therefore, may be subject to re-disclosure by the recipient.
- I understand that according to Chapter 159 of the Texas Occupational Code Section 159.005 (e) and HIPAA, a re-disclosure could be made from records received from another health care provider involved in my care or treatment.

______ Patient's Printed Name | ______ Patient's Signature (Electronic Signature Not Accepted) | ______ Date

______ *Legal Representative's Printed Name | ______ Legal Representative's Signature | ______ Date

______ *If representative, specify relationship to the patient* ***Note:** Proof of legal authority may be required for legal representatives.

**Release of Information Use Only:** Date Authorization Revoked, if applicable ______

Date: Mon Jun 14 08:26:34 CDT 2021
From: Ann Siewert <Ann.Siewert@lfg.com>
To: morgason2@gmail.com
Message-ID: <1357609744.18.1623677194585.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

This letter is to advise your claim for Long Term Disability benefits has been approved.

The policy does have a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 05/19/2021. Your first benefit payment will be issued on 06/15/2021 and will cover the period of disability from 05/19/2021 to 06/19/2021.

Subsequent payments will be issued on or around day 19 of each month. Disability benefits will be payable as long as you continue to meet the terms of the policy.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

**YOUR BENEFIT AMOUNT**

Based on the information provided to our office, we have calculated your basic monthly earnings as $3,407.73. Your benefit will equal 60.0% of your basic monthly earnings or $2,044.64, subject to a maximum policy benefit of $5,000.00 per month, minus other sources of income. Please see the "Other Sources of Income" portion of this letter for further explanation. The policy under which you are covered also contains a minimum monthly benefit of $100.00.

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Based on your Basic Monthly Earnings as defined by the policy, your monthly benefit will equal $2,044.64. However, your monthly benefit might be reduced because of other income based on the policy provisions.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 36 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined in the policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by the policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

The policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

The policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. You also can sign up for direct deposit on our website, www.LincolnFinancial.com.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Ann Siewert
800-423-2765 x2913
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Enclosure(s): REHAB SURVEY

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 06/14/21

| | |
|---|---|
| Policy # 00001025317200000 | Employer Texarkana Independent School District |

## Information About Yourself

| | |
|---|---|
| Name: | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

## Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

## Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

## Vocational History

| | |
|---|---|
| Please fill out completely and be as specific as possible starting with the most recent employer.<br>If you have a resume, please attach and return. This information is important in determining what services may be available to you. | |
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly

Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______

Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

**Medical Information**

| Describe your current medical problems and how they prevent you from working: |
|---|
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ______________________________ Date ______________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Date: Mon Jun 14 08:21:55 CDT 2021
From: Ann Siewert <Ann.Siewert@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <1259237078.18.1623676915017.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 14, 2021

TEXARKANA INDEPENDENT SCHOOL DISTRICT
ATTN Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Re: Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Shelley McGee:

This letter is to inform you of the Long Term Disability claim filed by Mr. Morgason has been approved beginning on 05/19/2021.

A detailed letter has been sent to Mr. Morgason explaining how the benefits are administered. Due to the confidential nature of the approval documentation, we are unable to provide you with a copy of the actual letter sent.

Please notify us immediately should the employee return to work.

The LTD waiver of premium will take effect the first of the month following or coinciding with 05/19/2021.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Ann Siewert
800-423-2765 x2913
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

©2021 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# OCCUPATION LIST

**DOT Titles Containing: municipal**

| DOT Code | DOT Title | Industry | SVP | Str | O*NET |
|---|---|---|---|---|---|
| 899.684-046 | Maintenance Worker, Municipal | Government Services | 5 | H | 47-2061.00 |

# OCCUPATIONAL DESCRIPTION

**Title:** Maintenance Worker, Municipal **DOT Code:** 899.684-046

Performs any combination of following duties to maintain and repair property of municipality, using variety of machines, tools, and equipment:

**Tasks**

1. Receives written work orders or verbal instructions from municipal administrator.
2. Cuts grass and trims weeds on town property and parks, using lawn mower and weed trimmer.
3. Digs flower beds and plants flowers, using gardening tools.
4. Constructs decorative flower garden borders from wood, using handtools.
5. Cleans buildings, washes windows, and empties trash cans, using brooms, cleaning supplies, and floor buffer.
6. Paints interior and exterior walls and trim, using paint and painting tools.
7. Operates backhoe to dig trenches for water and sewer pipe.
8. Drives truck and loads fallen tree limbs and roadside trash onto truck, and delivers refuse to landfill.
9. Repairs streets and sidewalks with asphalt, cold patching materials, and concrete, using shovel, hand roller, trowel, level, and long-handled tamp.
10. Removes and replaces damaged parking meters and traffic signs.
11. Operates snow removal equipment to maintain streets, sidewalks, and driveways.
12. Reads water meters and records reading in logbook.
13. Maintains and repairs municipal buildings' plumbing and electrical systems, including replacing worn or defective parts, such as switches and fuses.
14. Repairs or replaces building brick, stone, and concrete.
15. Maintains and repairs wood parts of buildings, using carpenter tools.
16. Replaces worn or damaged parts, such as hoses, wiring, and belts, in machines and equipment, such as truck, street sweeper, and riding mower.
17. Hand washes vehicles.

DLU: 1986

# OCCUPATIONAL REQUIREMENTS

**Title:** Maintenance Worker, Municipal
**Industry:** Government Services
**DOT Code:** 899.684-046

**Specific Vocational Preparation:** Level 5 (6 months to 1 year)

**General Educational Development:** Reasoning Grades 7-8
Mathematics Grades 4-6
Language Grades 7-8

**Strength:** Heavy

Lifting, Carrying, Pushing, Pulling 50 - 100 Lbs. occasionally, 20 - 50 Lbs. frequently, 10 - 20 Lbs. constantly.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Loud |
| Balancing | Never | Exposure to Weather | Frequently |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Occasionally | Wet and/or Humid | Occasionally |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Occasionally |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Occasionally |
| Fingering | Frequently | Exposure to Electrical Shock | Occasionally |
| Feeling | Never | Working in High Exposed Places | Occasionally |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Occasionally | | |
| Accommodation | Occasionally | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Working under specific instructions

**Data:** 6 Comparing
**People:** 8 Taking Instructions
**Things:** 4 Manipulating

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | Not Included |
| Verbal Aptitude | 4 (11-33 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Motor Coordination | 3 (34-66 Percentile) | 4 (18 - 24 Percentile) |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | 4- (11 - 17 Percentile) |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| Michael | | Morgason | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| M18.11 | primary OA right CMC |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| G56.01 | right carpal tunnel |

Pregnancy ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

numbness, tingling, pain

Symptoms

Xrays included

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | 04/22/2021 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 08/26/2020 | 05/26/2021 | 06/23/2021 |

Dates hospital confined: ___/___/___ to ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**4. Limitations and Restrictions**

Restrictions (what the patient SHOULD NOT do)

no push, pull, lift or use of right arm

Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | | Standing | | Crouching | | Overhead | |
| 6-10 lbs. | | Walking | | Crawling | | Desk Level | |
| 11-25 lbs. | | Sitting | | Grasping | | Below Waist | |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | | Stooping | | Pushing | | | |
| 100 + lbs. | | Kneeling | | Pulling | | | |
| | | Fingering | | Bending | | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/______

Dressing ___/___/______

Transferring ___/___/______

Bathing ___/___/______

Toileting ___/___/______

Eating ___/___/______

Date patient experienced loss of Cognitive Functioning: ___/___/______

**5. Treatment**

seeing occupational therapy, must wear splint
completed surgery on 4/22/2021

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

**6. Prognosis**

Describe the patients prognosis for recovery

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

04/22/2021 to 07/26/2021

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

**7. Physician's Information**

Hugh A. Frederick
Name

9301 N Central Expressway #350
Street Address

Dallas | TX | 75231
City | State | Zip Code

214-528-4185
Phone Number

214-528-3074
Fax Number

[signature]
Signature

05/28/2021
Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Hugh "Bo" Frederick, M.D.
David Muzykewicz, M.D.
9301 N Central Expressway Suite 350
Dallas, TX. 75231
P: (214) 528-4185
F: (214) 528-3074

# FAX

| | | | |
|---|---|---|---|
| To: | Lincoln Financial | From: | Eryn |
| Fax: | 402-951-0683 | Pages: | 29 |
| Phone: | 402-361-2913 | Date: | 5/28/2021 |
| Re: | | CC: | |

___ Urgent ___ Review ___ Please Comment ___ Please Reply

Comments:

The documents accompanying this facsimile transmittal are intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you are hereby notified that law strictly prohibits any disclosure, copying, distribution or action taken in reliance on the contents of these documents. If you have received this fax in error, please notify the sender immediately to arrange for return of these documents.

Lincoln Financial Group®

**To:** **medicalrecords**
Company:
Fax: 2146283074
Phone:

**From:**
Fax: 4029510683
Phone:

**NOTES:**

medical records request

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, May 25, 2021 2:56:36 PM
**Number of pages including this cover sheet:** 09



Ann Siewert
Senior LTD Claims Examiner

Lincoln National Corporation
LincolnFinancial.com

402-961-2913 Office

402-951-0683 Fax

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

May 12, 2021

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

| | | |
|---|---|---|
| Re: | Policy Number: | 00001025317200000 |
| | Claim Number: | 1210046281 |
| | Patient: | Michael Morgason |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/01/2021 to Present |
| Diagnostic Test Results | 1/01/2021 to Present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $49.26. For Pages 11-60 a fee of $1.66 per page; For Pages 61-400 a fee of $.81; for any remaining Pages a fee of $0.44. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $75.04, and there is a $1.71 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $89.24. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $25 for 500 pages or less; $50 for more than 500 pages.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sabrina Leahey
Assisting on behalf of Ann Siewert
402-361-2913
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R. (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - *for self-insured disability plans only, to my employer; or*
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE Michael Morgason DATE 11 / 23 / 2020

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient self

ADDR ______

______ (State) (Zip Code)

PHONE ______

(Please see FRAUD NOTICES attached)

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 3/31/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**Chief Complaint** Right wrist and thumb pain with recurring numbness

**History of Present Illness** (Hand)

Patient is a 50-year-old male and returns with continued right thumb CMC pain from osteoarthritis. Previous injection only gave partial and temporary relief. The thumb pain continues to interfere patient's normal activities of daily living. Patient also had temporary relief with carpal tunnel injections. Recent electro-diagnostic studies confirm significant right carpal tunnel.

## Exam

| | |
|---|---|
| **Hand** | Positive grind test with dorsal CMC pain and subluxation. MP joints stable. No triggering. Negative Finkelstein's. Good thenar strength and function. Positive median nerve compression test. |

## Diagnosis

| | |
|---|---|
| G56.03 | Carpal tunnel syndrome, bilateral upper limbs |

## Plan

**Hand**

The patient returns for follow up of right thumb CMC arthritis. There has been good but temporary relief with previous cortisone injections. The pain with pinch and grip has been affecting the patient's normal daily activities for many months and continues to reoccur despite conservative treatments. Surgery including trapezium resection, interpositional arthroplasty, and ligament reconstruction were discussed. A handout and diagram were gone over with the patient explaining the anatomy and surgical treatment. The surgery has a high success rate, but there are no guarantees for complete pain relief, although most patients are very happy with their results. Also, there is no way to guarantee surgical reconstruction will last forever, this surgery seems to be very durable, but there still could be problems in the future in the same area with recurring pain or problems. This surgery takes 4 to 6 months for complete recovery. The patient understands they will be in a cast with their thumb and wrist immobilized for a month and then a removable splint for 3 to 4 months after the cast. Patient also has significant right carpal tunnel, despite conservative treatment. Recommend right carpal tunnel release be done at Saint time as a thumb reconstructive surgery. The carpal tunnel surgery, risks, and healing time were also discussed. The patient's questions were answered. Surgery will be scheduled per the patient's request for right thumb CMC reconstruction and right carpal tunnel release

**Hugh Frederick,MD**
Electronically signed on 3/31/2021 2:53 PM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 5/3/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns 11 days out from right thumb CMC reconstructive surgery and right carpal tunnel release. Patient reports they have been doing well and tolerating the splint. Patient ports good sensation in the hand

## Exam

| | |
|---|---|
| **Hand** | Postoperative dressing and splint removed. Incision is healing well. Thumb is good position and stability. No signs of infection. Mild swelling typical of the surgery. Good capillary refill in all digits. |

## Imaging

**Right** **Hand** CMC 2 VIEWS

PA and Lateral Thumb-The entire trapezium has been removed and drill holes visible in both the base of the thumb and index metacarpals. Dorsal subluxation and first web space narrowing present on pre- op films have been greatly improved.

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Sutures were removed today. Patient is placed in a short arm thumb spica cast. Patient return in 3 weeks gets cast removed and start a therapy program and have a removable splint applied by the therapist. Overall patient's doing well. The patient knows to be careful no heavy or vigorous activities with her hand or thumb. |

## Procedure

| | | |
|---|---|---|
| **Right** | **Hand** | APPLY SHORT ARM CAST |
| **Right** | **Hand** | CAST SUP SHT ARM ADULT FBRGL |

**Hugh Frederick,MD**
Electronically signed on 5/4/2021 9:27 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 5/26/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns now 34 days out from their right thumb CMC reconstructive surgery. Patient reports they are doing well. Tolerating the cast which is removed today.

## Exam

| | |
|---|---|
| **Hand** | Incisions are well healed. Thumb is good position and stability. Finger motion is full, thumb motion is limited and somewhat stiff from the recent surgery which is normal. |

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Patient will start an organized therapy program today. Custom splint will be made by the therapist and start a gentle exercise program. No pinching or gripping. Patient is to remove the splint only for exercises or skin care. Patient return in 3 weeks. |

**Hugh Frederick,MD**
Electronically signed on 5/27/2021 12:56 PM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Create Date** | 5/26/2021 |
| **Date of Exam** | 5/26/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **DOB** | |

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

| | |
|---|---|
| **Billable Minutes:** | 48 minutes |
| **Time In:** | 3:47 pm |
| **Time Out:** | 4:35 pm |

## Subjective

**Hand**

Pt in today for initial occupational therapy evaluation.
Procedure: CMC reconstruction
DOS: 4/22/21
Hand dominance: Left
Occupation: N/A
Hobbies: Wood Working, Building
Pain: 3/10 pain
Functional deficits:

## Objective

See below for current objective data and HEP that patient was instructed in today. Custom forearm based thumb spica orthosis fabricated today. Pt is to wear at all times unless bathing or completing HEP. Pt independent with don/doff of orthosis. Pt educated on wear/care of orthosis. Precautions: No weight bearing or heavy resistive tasks. No opposition past third digit

**Hand**

Therapeutic Exercise:
Thumb Opposition (Patient only able to oppose to IF - patient was educated to not oppose past the 3rd digit)
Thumb MP and IP Blocking
Thumb Circumduction
AROM of the Wrist in Flexion/Extension and Radial/Ulnar Deviation

Manual Therapy:
Scar Massage

Education: Patient was educated to not push to the point of pain with exercises. Patient education on the importance of frequency instead of force. Patient was also educated on rest/exercise balance.

**Functional Outcome Measures**

| | |
|---|---|
| Score: | UEFI: 36/80 |

**Range of Motion**

| ROM | Right |
|---|---|
| Thumb IP | 0/0 (+26/50) |
| Thumb MP | 25 (60) |
| Wrist Extension | 52 (60) |
| Wrist Flexion | 18 (64) |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | 5 reps x 10 seconds x 4-5 day |
| AROM Wrist Flexion Extension | 5 reps x 10 seconds x 4-5 day |
| Thumb Circumduction | 5 reps x 10 seconds x 4-5 day |
| Thumb IP Joint Blocking | 5 reps x 10 seconds x 4-5 day (As Needed) |
| Thumb MP Joint Blocking | 5 reps x 10 seconds x 4-5 day |
| Thumb Opposition to Each Digit | 5 reps x 10 seconds x 4-5 day (Only to 3rd) |

## Assessment/Plan/Goals

**Hand** Pt shows most deficits in wrist/thumb AROM affecting ADL, IADL, and leisure participation. Pt appears to have good rehab potential.

Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** WHFO
**RIGHTHand** Therapeutic Exercise 1 unit
**RightHand** OT Visit

Pamela Ruz, OTR,MOT
Pamela Ruz, OTR MOT

Modify or progress treatment as Indicated:
I CERTIFY THAT CONTINUED PHYSICAL THERAPY CARE IS MEDICALLY NECESSARY ( )

PHYSICIAN'S SIGNATURE: [signature] DATE:

NORTH CENTRAL SURGICAL CENTER HOSPITAL

# OPERATIVE REPORT

**PATIENT:** MORGASON, MICHAEL

**DATE:** 04/22/21

**ACCT #:** 01140122 **FIN #:** 000186804

**DOB:**

**SURGEON:** Hugh Frederick, M.D.

**PREOPERATIVE DIAGNOSES:**
1. Carpometacarpal osteoarthritis, right thumb.
2. Right carpal tunnel syndrome.

**POSTOPERATIVE DIAGNOSES:**
1. Carpometacarpal osteoarthritis, right thumb.
2. Right carpal tunnel syndrome.

**PROCEDURE:**
1. Trapezium resection, interposition arthroplasty, and ligament reconstruction.
2. Right carpal tunnel release.

**ANESTHESIA:** Axillary block.

**ANESTHESIOLOGIST:** E. Kirby Swift, M.D.

**TOURNIQUET:** 74 minutes.

**ESTIMATED BLOOD LOSS:** Less than 15 mL.

**DESCRIPTION OF PROCEDURE:** After an axillary block was performed, a well-padded pneumatic tourniquet was placed on the right upper extremity. The right arm was prepped and draped in a sterile fashion, using Betadine scrub and alcohol. The arm was elevated and exsanguinated with an Esmarch bandage. The tourniquet was inflated to 250 mmHg.

Attention was first turned to the carpal tunnel. A longitudinal incision was made in line with the ring finger ray. The palmar

NORTH CENTRAL SURGICAL CENTER HOSPITAL

**RE: MORGASON, MICHAEL**
**OPERATIVE REPORT**
**Page 2 of 4**

fascia was opened in line with the skin incision. The superficial palmar arch was divided and protected with blunt retractors.

Under direct vision, the transverse carpal ligament was released from distal to proximal along its ulnar margin while protecting both the contents of the carpal tunnel and the ulnar neurovascular bundle. This was decompressed proximal to the wrist flexion crease, including the distal antebrachial fascia.

There was moderate compression of the median nerve noted in the midportion of the carpal canal. There was no mass within the carpal canal. The flexor tendons appeared normal.

The area was copiously irrigated multiple times. Hemostasis was obtained with electrocautery. The skin edges were infiltrated with 0.5% plain Marcaine. The skin was closed with interrupted 4-0 nylon horizontal mattress sutures.

Next, attention was turned to the thumb. A curvilinear incision was made on the dorsal aspect of the thumb CMC joint. Blunt dissection was carried down, exposing the extensor mechanism to the thumb. The superficial sensory nerves were identified and protected.

The first extensor compartment was released along its dorsal margin, freeing up both the extensor pollicis brevis and the abductor pollicis longus. The dorsal branch of the radial artery was identified and protected.

The trapezium was exposed in a subperiosteal fashion, creating dorsal and volar based capsular flaps. There were some osteophytes, loose bodies, and full cartilage loss at the carpometacarpal joint and the anterior half of the joint.

The entire trapezium was removed in a piecemeal fashion with a rongeur. The palmar beak on the metacarpal was also removed with a rongeur. With each step, copious irrigation was performed with antibiotic solution.

NORTH CENTRAL SURGICAL CENTER HOSPITAL

**RE: MORGASON, MICHAEL**
**OPERATIVE REPORT**
**Page 3 of 4**

Hand awls were used to make two holes, one dorsal to palmar through the base of the thumb metacarpal, and one palmar to dorsal through the base of the index metacarpal. A small transverse incision was made dorsally over the base of the index metacarpal.

A tendon stripper was used to harvest half of the abductor pollicis longus from its musculotendinous junction in the forearm, leaving intact its insertion at the base of the thumb. This was split into two tails, "Tail A" and "Tail B".

"Tail A" with the wires of the tendon passer was passed dorsal to palmar through the thumb metacarpal hole, palmar to dorsal through the index metacarpal hole, and then in a deep pass around the intact radial side of the index metacarpal, and then looped under itself at the dorsum of the thumb for the ligament reconstruction and suspensionplasty.

Before "Tail A" was pulled tight, "Tail B", was passed around the deep portion of "Tail A", between the thumb and index metacarpal, looped twice around the superficial portion of "Tail A" at the dorsum of the thumb for interposition material and also to prevent any dorsal subluxation. Both ends of "Tail A" and "Tail B" were pulled tight in a weave and sutured with both 0 Ethibond and 2-0 Ethibond.

Again, copious irrigation with antibiotic solution had been performed between each layer of closure. The thumb had good position and stability. The capsule which had dorsal and volar based flaps was imbricated closed with 3-0 TiCron. Again, the area was irrigated. Local anesthetic was injected in the subcutaneous tissues about the incisions. The skin was closed with interrupted 4-0 nylon horizontal mattress sutures. All incisions were dressed with Xeroform gauze, and moist and dry 4 x 4 gauze. The tourniquet was released, with good capillary refill noted.

NORTH CENTRAL SURGICAL CENTER HOSPITAL

**RE: MORGASON, MICHAEL**
**OPERATIVE REPORT**
**Page 4 of 4**

Cast padding and a short-arm thumb spica splint were applied, holding the wrist and thumb in neutral, leaving the elbow and fingers free. This was covered with more cast padding, bias-cut stockinette, and tape.

The patient tolerated the procedure well and was transferred to the recovery room in stable condition. All counts were correct at the end of the procedure.

____________________ DATE________________
Hilliard Frederick, MD
HF/SN/snhsavantmt9/FST-503565341
D: 04/22/21 10:23 A
T: 04/23/21 04:43 A

# Neurology EMG - Details

## Study Result

### Narrative

Neurophysiology Lab
5323 Harry Hines Blvd
Dallas, TX 75390-8869
(214) 645-8800

Test Date: 3/26/21

---

Patient Name: Michael Morgason
UTSW MRN#: 95510408

Ordering Physician: Yao, Jiaqi, MD
Examining Physician: KHAN, SHAIDA
Technician: Madison Roth, R. EEG T
Date of Birth
Age: 50y/o

Gender: male
Height: 71 inches 3/5/21
Testing Equipment: Cadwell Sierra Summit

---

Patient History:

50 year old man being evaluated for muscle cramps/weakness and pain.

Nerve Conduction Studies
Motor Summary Table

Stim Site NR Onset (ms) O-P Amp (mV) Neg Area (mVms) Neg Dur (ms) Site1
Site2 Delta-0 (ms) Dist (cm) Vel (m/s)

Right Median Motor (APB)
Wrist 5.6 6.3 22.90 6.09 Wrist APB 5.6 7.0
Elbow 9.5 5.8 21.32 6.41 Elbow Wrist 3.9 21.5 55
Right Peroneal Motor (EDB)
Ankle 4.8 3.4 12.25 6.41 Ankle EDB 4.8 8.0
B Fib 12.2 3.1 11.98 7.50 B Fib Ankle 7.4 33.0 45
Poplt 14.4 3.0 11.60 7.34 Poplt B Fib 2.2 11.0 50
Right Tibial Motor (AHB)
Ankle 4.2 14.3 33.86 6.41 Ankle AHB 4.2 8.0
Knee 12.5 10.7 31.96 7.81 Knee Ankle 8.3 41.0 49
Right Ulnar Motor (ADM)
Wrist 3.1 7.5 24.89 6.41 Wrist ADM 3.1 7.0
B Elbow 6.6 7.4 23.07 6.25 B Elbow Wrist 3.5 20.0 57
A Elbow 8.4 7.0 21.93 6.25 A Elbow B Elbow 1.8 11.0 61

Anti Sensory Summary Table

Stim Site NR Peak (ms) O-P Amp (µV) Site1 Site2 Delta-0 (ms) Dist (cm)
Vel (m/s)
Right Superficial Peroneal Anti Sensory (Ant Lat Mall)
14 cm 3.9 8.0 14 cm Ant Lat Mall 3.1 14.0 45
Right Sural Anti Sensory (Lat Mall)
Calf 3.9 8.8 Calf Lat Mall 3.4 14.0 41
Left Sural Anti Sensory (Lat Mall)
Calf 3.4 7.5 Calf Lat Mall 2.7 14.0 52

Comparison Summary Table

Stim Site NR Peak (ms) O-P Amp (µV) Site1 Site2 Delta-P (ms)
Right Median/Ulnar Palm Comparison (Wrist - 8cm)
Median Palm 2.9 34.7 Median Palm Ulnar Palm 0.9
Ulnar Palm 2.0 15.9

EMG

Side Muscle Nerve Root PSW Fibs Fasc Poly Amp Dur Ins Act Activa Recrt
Comment
Right Abd Poll Brev Median C8-T1 Nml Nml Nml None Incr Nml Nml Nml Decr
Right 1stDorInt Ulnar C8-T1 Nml Nml Nml None Nml Nml Nml Nml Nml
Right Deltoid Axillary C5-6 Nml Nml Nml None Nml Nml Nml Nml Nml

Waveforms:

Findings:

1. The right median motor response showed prolonged latency, normal amplitude, and normal conduction velocity.
2. The right ulnar, peroneal, and tibial motor responses were normal.
3. The right median palmar response showed prolonged peak latency and reduced amplitude. The right ulnar palmar response was normal. The right median palmar peak latency was 0.9 msec longer than the right ulnar palmar peak latency.
4. The right superficial peroneal sensory response was normal.
5. Bilateral sural sensory responses were normal.
6. The EMG of selected muscles were performed in the right upper extremity. There were large amplitude motor units in the abductor pollicus brevis (APB) with reduced recruitment.

Impression:

This is an abnormal study.

There is evidence of a moderate to severe right median mononeuropathy across the wrist (carpal tunnel syndrome). Chronic denervation changes were seen in the APB.

I was present for the entire procedure, edited the report and agree with the interpretation.

Shaida Khan, D.O.
Assistant Professor, Neurology

## Scanned Results

Scan on 3/26/2021 10:57 AM
Scan on 3/26/2021 4:26 PM

## Component Results

There is no component information for this result.

## General Information

Ordered by Shaida Khan, DO

Resulted on 03/26/2021 4:22 PM

Result Status: Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

**MORGASON^MICHAEL^R [M]**
**DX 0:00:00**

1






www.microdicom.com

**MORGASON^MICHAEL^R [M]**
**DX 0:00:00**

1



**Hugh "Bo" Frederick, M.D.**
**David Muzykewicz, M.D.**
**9301 N Central Expressway Suite 350**
**Dallas, TX. 75231**
**P: (214) 528-4185**
**F: (214) 528-3074**

# FAX

| | | | |
|---|---|---|---|
| To: | Lincoln Financial | From: | Eryn |
| Fax: | 402-951-0683 | Pages: | 29 |
| Phone: | 402-361-2913 | Date: | 5/28/2021 |
| Re: | | CC: | |

___ Urgent ___ Review ___ Please Comment ___ Please Reply

Comments:

The documents accompanying this facsimile transmittal are intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, you are hereby notified that law strictly prohibits any disclosure, copying, distribution or action taken in reliance on the contents of these documents. If you have received this fax in error, please notify the sender immediately to arrange for return of these documents.

Lincoln Financial Group®

**To:** medicalrecords
Company:
Fax: 2145283074
Phone:

**From:**
Fax: 4029510683
Phone:

**NOTES:**

medical records request

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, May 25, 2021 2:56:36 PM
**Number of pages including this cover sheet:** 09



Ann Siewert
Senior LTD Claims Examiner

Lincoln National Corporation.
LincolnFinancial.com

402-861-2913 Office

402-951-0683 Fax

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

May 12, 2021

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Patient: Michael Morgason
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/01/2021 to Present |
| Diagnostic Test Results | 1/01/2021 to Present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $49.26. For Pages 11-60 a fee of $1.66 per page; For Pages 61-400 a fee of $.81; for any remaining Pages a fee of $0.44. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $75.04, and there is a $1.71 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $89.24. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $25 for 500 pages or less; $50 for more than 500 pages.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sabrina Leahey
Assisting on behalf of Ann Siewert
402-361-2913
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R. (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE *Michael Morgason* DATE 11 / 25 / 2020
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: *Michael Morgason*

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient *self*

ADDR ______

______ (State) (Zip Code)

PHONE ______

(Please see FRAUD NOTICES attached)

Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

### 1. Patient Information

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| Michael | | Morgason | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

### 2. Diagnosis

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| M18.11 | primary OA right CMC |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| G56.01 | right carpal tunnel |

Pregnancy ___/___/___ First Treated ___/___/___ Estimated Delivery ___/___/___ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms: numbness, tingling, pain

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): Xrays included

### 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/___ | ___/___/___ | 04/22/2021 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 08/26/2020 | 05/26/2021 | 06/23/2021 |

Dates hospital confined: ___/___/___ to ___/___/___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

Long Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**4. Limitations and Restrictions**

Restrictions (what the patient SHOULD NOT do)

no push, pull, lift or use of right arm

Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**5. Treatment**

seeing occupational therapy, must wear splint
completed surgery on 4/22/2021

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

**6. Prognosis**

Describe the patients prognosis for recovery

**7. Physician's Information**

Hugh A. Frederick
Name

9301 N Central Expressway #350
Street Address

Dallas | TX | 75231
City | State | Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/________

Dressing ____/____/________

Transferring ____/____/________

Bathing ____/____/________

Toileting ____/____/________

Eating ____/____/________

Date patient experienced loss of Cognitive Functioning: ____/____/________

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

04/22/2021 to 07/26/2021

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

214-528-4185 Phone Number

214-528-3074 Fax Number

[signature] Signature

05/28/2021 Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 3/31/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**Chief Complaint** Right wrist and thumb pain with recurring numbness

**History of Present Illness** (Hand)

Patient is a 50-year-old male and returns with continued right thumb CMC pain from osteoarthritis. Previous injection only gave partial and temporary relief. The thumb pain continues to interfere patient's normal activities of daily living. Patient also had temporary relief with carpal tunnel injections. Recent electro-diagnostic studies confirm significant right carpal tunnel.

## Exam

| | |
|---|---|
| **Hand** | Positive grind test with dorsal CMC pain and subluxation. MP joints stable. No triggering. Negative Finkelstein's. Good thenar strength and function. Positive median nerve compression test. |

## Diagnosis

| | |
|---|---|
| G56.03 | Carpal tunnel syndrome, bilateral upper limbs |

## Plan

**Hand**

The patient returns for follow up of right thumb CMC arthritis. There has been good but temporary relief with previous cortisone injections. The pain with pinch and grip has been affecting the patient's normal daily activities for many months and continues to reoccur despite conservative treatments. Surgery including trapezium resection, interpositional arthroplasty, and ligament reconstruction were discussed. A handout and diagram were gone over with the patient explaining the anatomy and surgical treatment. The surgery has a high success rate, but there are no guarantees for complete pain relief, although most patients are very happy with their results. Also, there is no way to guarantee surgical reconstruction will last forever, this surgery seems to be very durable, but there still could be problems in the future in the same area with recurring pain or problems. This surgery takes 4 to 6 months for complete recovery. The patient understands they will be in a cast with their thumb and wrist immobilized for a month and then a removable splint for 3 to 4 months after the cast. Patient also has significant right carpal tunnel, despite conservative treatment. Recommend right carpal tunnel release be done at Saint time as a thumb reconstructive surgery. The carpal tunnel surgery, risks, and healing time were also discussed. The patient's questions were answered. Surgery will be scheduled per the patient's request for right thumb CMC reconstruction and right carpal tunnel release

**Hugh Frederick,MD**
Electronically signed on 3/31/2021 2:53 PM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 5/3/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns 11 days out from right thumb CMC reconstructive surgery and right carpal tunnel release. Patient reports they have been doing well and tolerating the splint. Patient ports good sensation in the hand

## Exam

**Hand** Postoperative dressing and splint removed. Incision is healing well. Thumb is good position and stability. No signs of infection. Mild swelling typical of the surgery. Good capillary refill in all digits.

## Imaging

**Right** **Hand** CMC 2 VIEWS

PA and Lateral Thumb-The entire trapezium has been removed and drill holes visible in both the base of the thumb and index metacarpals. Dorsal subluxation and first web space narrowing present on pre- op films have been greatly improved.

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

**Hand** Sutures were removed today. Patient is placed in a short arm thumb spica cast. Patient return in 3 weeks gets cast removed and start a therapy program and have a removable splint applied by the therapist. Overall patient's doing well. The patient knows to be careful no heavy or vigorous activities with her hand or thumb.

## Procedure

| | | |
|---|---|---|
| **Right** | **Hand** | APPLY SHORT ARM CAST |
| **Right** | **Hand** | CAST SUP SHT ARM ADULT FBRGL |

**Hugh Frederick,MD**
Electronically signed on 5/4/2021 9:27 AM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 5/26/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**History of Present Illness** (Hand)

Patient returns now 34 days out from their right thumb CMC reconstructive surgery. Patient reports they are doing well. Tolerating the cast which is removed today.

## Exam

| | |
|---|---|
| **Hand** | Incisions are well healed. Thumb is good position and stability. Finger motion is full, thumb motion is limited and somewhat stiff from the recent surgery which is normal. |

## Diagnosis

| | |
|---|---|
| M18.11 | Unilateral primary osteoarthritis of first carpometacarpal joint, right hand |
| G56.01 | Carpal tunnel syndrome, right upper limb |

## Plan

| | |
|---|---|
| **Hand** | Patient will start an organized therapy program today. Custom splint will be made by the therapist and start a gentle exercise program. No pinching or gripping. Patient is to remove the splint only for exercises or skin care. Patient return in 3 weeks. |

Hugh Frederick M.D.

**Hugh Frederick,MD**

Electronically signed on 5/27/2021 12:56 PM

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Create Date** | 5/26/2021 |
| **Date of Exam** | 5/26/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **DOB** | |

## Diagnosis

M18.11 Unilateral primary osteoarthritis of first carpometacarpal joint, right hand
G56.01 Carpal tunnel syndrome, right upper limb

| | |
|---|---|
| **Billable Minutes:** | 48 minutes |
| **Time In:** | 3:47 pm |
| **Time Out:** | 4:35 pm |

## Subjective

| | |
|---|---|
| **Hand** | Pt in today for initial occupational therapy evaluation.<br>Procedure: CMC reconstruction<br>DOS: 4/22/21<br>Hand dominance: Left<br>Occupation: N/A<br>Hobbies: Wood Working, Building<br>Pain: 3/10 pain<br>Functional deficits: |

## Objective

**Hand**

See below for current objective data and HEP that patient was instructed in today. Custom forearm based thumb spica orthosis fabricated today. Pt is to wear at all times unless bathing or completing HEP. Pt independent with don/doff of orthosis. Pt educated on wear/care of orthosis. Precautions: No weight bearing or heavy resistive tasks. No opposition past third digit

Therapeutic Exercise:
Thumb Opposition (Patient only able to oppose to IF - patient was educated to not oppose past the 3rd digit)
Thumb MP and IP Blocking
Thumb Circumduction
AROM of the Wrist in Flexion/Extension and Radial/Ulnar Deviation

Manual Therapy:
Scar Massage

Education: Patient was educated to not push to the point of pain with exercises. Patient education on the importance of frequency instead of force. Patient was also educated on rest/exercise balance.

**Functional Outcome Measures**

| | |
|---|---|
| Score: | UEFI: 36/80 |

**Range of Motion**

| ROM | Right |
|---|---|
| Thumb IP | 0/0 (+26/50) |
| Thumb MP | 25 (60) |
| Wrist Extension | 52 (60) |
| Wrist Flexion | 18 (64) |

**HEP Instructions**

| | |
|---|---|
| AROM Radial Ulnar Deviation | 5 reps x 10 seconds x 4-5 day |
| AROM Wrist Flexion Extension | 5 reps x 10 seconds x 4-5 day |
| Thumb Circumduction | 5 reps x 10 seconds x 4-5 day |
| Thumb IP Joint Blocking | 5 reps x 10 seconds x 4-5 day (As Needed) |
| Thumb MP Joint Blocking | 5 reps x 10 seconds x 4-5 day |
| Thumb Opposition to Each Digit | 5 reps x 10 seconds x 4-5 day (Only to 3rd) |

## Assessment/Plan/Goals

**Hand** Pt shows most deficits in wrist/thumb AROM affecting ADL, IADL, and leisure participation. Pt appears to have good rehab potential.

Plan: Pt requires skilled OT services for splinting, manual therapy, therapeutic exercise/activities, modalities, neuromuscular reeducation, and HEP instruction to improve functional independence in healing process.

STG (to be met in 2-4 weeks)
1. Patient will score at least 65/80 on the UEFI to participate in grooming
2. Patient will report no more than 1/10 pain while participate in functional activity to participate in cooking

LTG (to be met in 6-8 weeks)
1. Patient will score at least a 75/80 on the UEFI to participate in wood working
2. Patient's right grip strength will be at least 75% of the left to participate in carrying groceries

Pt to be re-assessed at regular intervals. All changes in plan of care will be discussed with physician at this location. Pt instructed to call if there are any problems or concerns prior to next appointment.
Pt is to be seen 2x/month.

## Skilled Services Provided

**RIGHTHand** WHFO
**RIGHTHand** Therapeutic Exercise 1 unit
**RightHand** OT Visit

Pamela Ruz, OTR,MOT
Pamela Ruz, OTR MOT

Modify or progress treatment as indicated:
I CERTIFY THAT CONTINUED PHYSICAL THERAPY CARE IS MEDICALLY NECESSARY ( )

PHYSICIAN'S SIGNATURE: ______________________________ DATE:

NORTH CENTRAL SURGICAL CENTER HOSPITAL

## OPERATIVE REPORT

**PATIENT:** MORGASON, MICHAEL

**DATE:** 04/22/21

**ACCT #:** 01140122 **FIN #:** 000186804

**DOB:**

**SURGEON:** Hugh Frederick, M.D.

**PREOPERATIVE DIAGNOSES:**
1. Carpometacarpal osteoarthritis, right thumb.
2. Right carpal tunnel syndrome.

**POSTOPERATIVE DIAGNOSES:**
1. Carpometacarpal osteoarthritis, right thumb.
2. Right carpal tunnel syndrome.

**PROCEDURE:**
1. Trapezium resection, interposition arthroplasty, and ligament reconstruction.
2. Right carpal tunnel release.

**ANESTHESIA:** Axillary block.

**ANESTHESIOLOGIST:** E. Kirby Swift, M.D.

**TOURNIQUET:** 74 minutes.

**ESTIMATED BLOOD LOSS:** Less than 15 mL.

**DESCRIPTION OF PROCEDURE:** After an axillary block was performed, a well-padded pneumatic tourniquet was placed on the right upper extremity. The right arm was prepped and draped in a sterile fashion, using Betadine scrub and alcohol. The arm was elevated and exsanguinated with an Esmarch bandage. The tourniquet was inflated to 250 mmHg.

Attention was first turned to the carpal tunnel. A longitudinal incision was made in line with the ring finger ray. The palmar