NORTH CENTRAL SURGICAL CENTER HOSPITAL

**RE: MORGASON, MICHAEL**
**OPERATIVE REPORT**
**Page 2 of 4**

fascia was opened in line with the skin incision. The superficial palmar arch was divided and protected with blunt retractors.

Under direct vision, the transverse carpal ligament was released from distal to proximal along its ulnar margin while protecting both the contents of the carpal tunnel and the ulnar neurovascular bundle. This was decompressed proximal to the wrist flexion crease, including the distal antebrachial fascia.

There was moderate compression of the median nerve noted in the midportion of the carpal canal. There was no mass within the carpal canal. The flexor tendons appeared normal.

The area was copiously irrigated multiple times. Hemostasis was obtained with electrocautery. The skin edges were infiltrated with 0.5% plain Marcaine. The skin was closed with interrupted 4-0 nylon horizontal mattress sutures.

Next, attention was turned to the thumb. A curvilinear incision was made on the dorsal aspect of the thumb CMC joint. Blunt dissection was carried down, exposing the extensor mechanism to the thumb. The superficial sensory nerves were identified and protected.

The first extensor compartment was released along its dorsal margin, freeing up both the extensor pollicis brevis and the abductor pollicis longus. The dorsal branch of the radial artery was identified and protected.

The trapezium was exposed in a subperiosteal fashion, creating dorsal and volar based capsular flaps. There were some osteophytes, loose bodies, and full cartilage loss at the carpometacarpal joint and the anterior half of the joint.

The entire trapezium was removed in a piecemeal fashion with a rongeur. The palmar beak on the metacarpal was also removed with a rongeur. With each step, copious irrigation was performed with antibiotic solution.





EXHIBIT
3, part 4

**Lincoln/Morgason 2500**

NORTH CENTRAL SURGICAL CENTER HOSPITAL

**RE: MORGASON, MICHAEL**
**OPERATIVE REPORT**
**Page 3 of 4**

Hand awls were used to make two holes, one dorsal to palmar through the base of the thumb metacarpal, and one palmar to dorsal through the base of the index metacarpal. A small transverse incision was made dorsally over the base of the index metacarpal.

A tendon stripper was used to harvest half of the abductor pollicis longus from its musculotendinous junction in the forearm, leaving intact its insertion at the base of the thumb. This was split into two tails, "Tail A" and "Tail B".

"Tail A" with the wires of the tendon passer was passed dorsal to palmar through the thumb metacarpal hole, palmar to dorsal through the index metacarpal hole, and then in a deep pass around the intact radial side of the index metacarpal, and then looped under itself at the dorsum of the thumb for the ligament reconstruction and suspensionplasty.

Before "Tail A" was pulled tight, "Tail B", was passed around the deep portion of "Tail A", between the thumb and index metacarpal, looped twice around the superficial portion of "Tail A" at the dorsum of the thumb for interposition material and also to prevent any dorsal subluxation. Both ends of "Tail A" and "Tail B" were pulled tight in a weave and sutured with both 0 Ethibond and 2-0 Ethibond.

Again, copious irrigation with antibiotic solution had been performed between each layer of closure. The thumb had good position and stability. The capsule which had dorsal and volar based flaps was imbricated closed with 3-0 TiCron. Again, the area was irrigated. Local anesthetic was injected in the subcutaneous tissues about the incisions. The skin was closed with interrupted 4-0 nylon horizontal mattress sutures. All incisions were dressed with Xeroform gauze, and moist and dry 4 x 4 gauze. The tourniquet was released, with good capillary refill noted.

NORTH CENTRAL SURGICAL CENTER HOSPITAL

**RE: MORGASON, MICHAEL**
**OPERATIVE REPORT**
**Page 4 of 4**

Cast padding and a short-arm thumb spica splint were applied, holding the wrist and thumb in neutral, leaving the elbow and fingers free. This was covered with more cast padding, bias-cut stockinette, and tape.

The patient tolerated the procedure well and was transferred to the recovery room in stable condition. All counts were correct at the end of the procedure.

DATE______________

H[illegible]
HF/SN/snhsavantmt9/FST-503565341
D: 04/22/21 10:23 A
T: 04/23/21 04:43 A

# Neurology EMG - Details

## Study Result

### Narrative

Neurophysiology Lab
5323 Harry Hines Blvd
Dallas, TX 75390-8869
(214) 645-8800

Test Date: 3/26/21

---

Patient Name: Michael Morgason
UTSW MRN#: 95510408

Ordering Physician: Yao, Jiaqi, MD
Examining Physician: KHAN, SHAIDA
Technician: Madison Roth, R. EEG T
Date of Birth
Age: 50y/o

Gender: male
Height: 71 inches 3/5/21
Testing Equipment: Cadwell Sierra Summit

---

Patient History:

50 year old man being evaluated for muscle cramps/weakness and pain.

Nerve Conduction Studies
Motor Summary Table

Stim Site NR Onset (ms) O-P Amp (mV) Neg Area (mVms) Neg Dur (ms) Site1
Site2 Delta-0 (ms) Dist (cm) Vel (m/s)

Right Median Motor (APB)
Wrist 5.6 6.3 22.90 6.09 Wrist APB 5.6 7.0
Elbow 9.5 5.8 21.32 6.41 Elbow Wrist 3.9 21.5 55
Right Peroneal Motor (EDB)
Ankle 4.8 3.4 12.25 6.41 Ankle EDB 4.8 8.0
B Fib 12.2 3.1 11.98 7.50 B Fib Ankle 7.4 33.0 45
Poplt 14.4 3.0 11.60 7.34 Poplt B Fib 2.2 11.0 50
Right Tibial Motor (AHB)
Ankle 4.2 14.3 33.86 6.41 Ankle AHB 4.2 8.0
Knee 12.5 10.7 31.96 7.81 Knee Ankle 8.3 41.0 49
Right Ulnar Motor (ADM)
Wrist 3.1 7.5 24.89 6.41 Wrist ADM 3.1 7.0
B Elbow 6.6 7.4 23.07 6.25 B Elbow Wrist 3.5 20.0 57
A Elbow 8.4 7.0 21.93 6.25 A Elbow B Elbow 1.8 11.0 61

Anti Sensory Summary Table

Stim Site NR Peak (ms) O-P Amp (µV) Site1 Site2 Delta-0 (ms) Dist (cm)
Vel (m/s)
Right Superficial Peroneal Anti Sensory (Ant Lat Mall)
14 cm 3.9 8.0 14 cm Ant Lat Mall 3.1 14.0 45
Right Sural Anti Sensory (Lat Mall)
Calf 3.9 8.8 Calf Lat Mall 3.4 14.0 41
Left Sural Anti Sensory (Lat Mall)
Calf 3.4 7.5 Calf Lat Mall 2.7 14.0 52

Comparison Summary Table

Stim Site NR Peak (ms) O-P Amp (µV) Site1 Site2 Delta-P (ms)
Right Median/Ulnar Palm Comparison (Wrist - 8cm)
Median Palm 2.9 34.7 Median Palm Ulnar Palm 0.9
Ulnar Palm 2.0 15.9

EMG

Side Muscle Nerve Root PSW Fibs Fasc Poly Amp Dur Ins Act Activa Recrt
Comment
Right Abd Poll Brev Median C8-T1 Nml Nml Nml None Incr Nml Nml Nml Decr
Right 1stDorInt Ulnar C8-T1 Nml Nml Nml None Nml Nml Nml Nml Nml
Right Deltoid Axillary C5-6 Nml Nml Nml None Nml Nml Nml Nml Nml

Waveforms:

Findings:

1. The right median motor response showed prolonged latency, normal amplitude, and normal conduction velocity.
2. The right ulnar, peroneal, and tibial motor responses were normal.
3. The right median palmar response showed prolonged peak latency and reduced amplitude. The right ulnar palmar response was normal. The right median palmar peak latency was 0.9 msec longer than the right ulnar palmar peak latency.
4. The right superficial peroneal sensory response was normal.
5. Bilateral sural sensory responses were normal.
6. The EMG of selected muscles were performed in the right upper extremity. There were large amplitude motor units in the abductor pollicus brevis (APB) with reduced recruitment.

Impression:

This is an abnormal study.

There is evidence of a moderate to severe right median mononeuropathy across the wrist (carpal tunnel syndrome). Chronic denervation changes were seen in the APB.

I was present for the entire procedure, edited the report and agree with the interpretation.

Shaida Khan, D.O.
Assistant Professor, Neurology

## Scanned Results

Scan on 3/26/2021 10:57 AM
Scan on 3/26/2021 4:26 PM

## Component Results

There is no component information for this result.

## General Information

Ordered by Shaida Khan, DO

Resulted on 03/26/2021 4:22 PM

Result Status: Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

**MORGASON^MICHAEL^R [M]**
**DX 0:00:00**

1






www.microdicom.com

**MORGASON^MICHAEL^R [M]**
**DX 0:00:00**

1






www.microdicom.com

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1. **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: Morgason (Last) Michael (First) Ray (Middle)

   Date of Birth: Certificate Number/Social Security Number: ____

2. Information to be released: MEDICAL AND FINANCIAL INFORMATION

3. Information to be released to: Kristin Morgason
   (Name of individual or company authorized to receive information)

   ☑ Telephone ____ ____ ____ Best Day to call Any
   Include Area Code and Phone number Best time to call Any am/pm

   ☐ Address - Same - Email:
   (Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by LINCOLN FINANCIAL GROUP for the purpose of LONG TERM DISABILITY CLAIM REVIEW.

   It will be subject to the following limitations (if applicable): n/a

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 05/13/2021
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: Self

ADDRESS: ____ (City) (State) (Zip Code)

TELEPHONE: ____ ____ ____
Include Area Code and Phone number

---------------EMPLOYEE--------------

Name: **Morgason, Michael Ray**

-------------------------------------CHECK DETAIL INFORMATION---------------------------------------

| | | | |
|---|---|---|---|
| Check Date: | **10/23/2020** | Gross Wages: | **3,430.67** |
| Check Number: | **900047645** | Net Amount: | **2,748.28** |
| Check Type: | **Regular** | | |

-------------------------------------TAXABLE WAGE INFORMATION---------------------------------------

| | FEDERAL | STATE | FICA | MEDICARE |
|---|---|---|---|---|
| **Gross Wages:** | 3,430.67 | 3,430.67 | 3,430.67 | 3,430.67 |
| **Minus Deductions that Decrease Tax:** | 330.47 | 66.31 | 66.31 | 66.31 |
| **Plus Taxable Benefits:** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxable Gross Wages:** | 3,100.20 | 3,364.36 | 0.00 | 3,364.36 |

---------------------------------------------PAYS-------------------------------------------------

| DESCRIPTION | RATE | FACTOR/HOURS | AMOUNT | PERIOD END |
|---|---|---|---|---|
| Maintenance H | 19.66 | 174.50 | 3,430.67 | 09/30/2020 |

------------------DEDUCTIONS--------------------

| DESCRIPTION | AMOUNT | --DECREASE TAX-- FED | ST | F/M |
|---|---|---|---|---|
| All In One | 10.00 | | | |
| Cancer Hiic Eo | 30.10 | Y | Y | Y |
| Dental Hi Eo | 28.53 | Y | Y | Y |
| Fed Income Tax | 177.11 | | | |
| Medicare | 48.78 | | | |
| Std | 34.73 | | | |
| Trs Care Cont | 22.30 | | | |
| Trs Retire Cont | 264.16 | Y | | |
| Vision Eo | 7.68 | Y | Y | Y |
| Vol Life Child | 1.50 | | | |
| Vol Life Emp | 46.00 | | | |
| Vol Life Spouse | 11.50 | | | |
| **Total:** | **682.39** | | | |

-------------------BENEFITS--------------------

| DESCRIPTION | AMOUNT | ----TAXABLE---- FED | ST | F/M |
|---|---|---|---|---|
| BASIC LIFE | 2.73 | | | |
| Ltd | 4.17 | | | |
| Medicare | 48.78 | | | |
| Trs Rep Entity | 25.73 | | | |
| **Total:** | **81.41** | | | |

------------------------------------------------PAYS/DEDUCTIONS/BENEFITS DETAILS------------------------------------------------

| DESCRIPTION | AMT/PCT | FACTOR/ HOURS | GROSS | # | EXPENSE ACCOUNT | | PERIOD END DATE | RET HRS |
|---|---|---|---|---|---|---|---|---|
| Maintenance H | 19.6600 | 174.50 | 3,430.67 | 1 | 199 E 51 6129 MNT 935 0 99 000 | | 09/30/2020 | 0.00 |
| **DEDUCTIONS** | | | | | | | | |
| All In One | 10.0000 | | 10.00 | 1 | | | | |
| Cancer Hiic Eo | 30.1000 | | 30.10 | 1 | | 863 L 00 2159 000 000 0 00 000 | | |
| Dental Hi Eo | 28.5300 | | 28.53 | 1 | | 863 L 00 2153 000 000 0 00 000 | | |
| Fed Income Tax | | | 177.11 | 1 | | 863 L 00 2153 000 000 0 00 000 | | |
| Medicare | | | 48.78 | 1 | | 863 L 00 2151 000 000 0 00 000 | | |
| Std | 34.7300 | | 34.73 | 1 | | 863 L 00 2152 000 000 0 00 000 | | |
| Trs Care Cont | 0.6500% | | 22.30 | 1 | | 863 L 00 2153 000 000 0 00 000 | | |
| Trs Retire Cont | 7.7000% | | 264.16 | 1 | | 863 L 00 2155 000 000 0 00 000 | | |
| Vision Eo | 7.6800 | | 7.68 | 1 | | 863 L 00 2155 000 000 0 00 000 | | |
| Vol Life Child | 1.5000 | | 1.50 | 1 | | 863 L 00 2153 000 000 0 00 000 | | |
| Vol Life Emp | 46.0000 | | 46.00 | 1 | | 863 L 00 2153 000 000 0 00 000 | | |
| Vol Life Spouse | 11.5000 | | 11.50 | 1 | | 863 L 00 2153 000 000 0 00 000 | | |
| | | | | | | 863 L 00 2153 000 000 0 00 000 | | |
| **BENEFITS** | | | | | | | | |
| BASIC LIFE | 2.7300 | | 2.73 | 1 | 199 E 51 6142 MNT 935 0 99 000 | 863 L 00 2153 000 000 0 00 000 | | |
| Ltd | 4.1700 | | 4.17 | 1 | 199 E 51 6142 MNT 935 0 99 000 | 863 L 00 2153 000 000 0 00 000 | | |

4paear05.p 23-4 Texarkana ISD, TX 05/12/21 Page:1
05.21.02.00.00 09/25/2020 Check Information 11:14 AM

---------------EMPLOYEE--------------

Name: **Morgason, Michael Ray**

-------------------------------------CHECK DETAIL INFORMATION-----------------------------------------

Check Date: **09/25/2020** Gross Wages: **3,406.10**
Check Number: **900046429** Net Amount: **2,728.84**
Check Type: **Regular**

-------------------------------------TAXABLE WAGE INFORMATION---------------------------------------

| | FEDERAL | STATE | FICA | MEDICARE |
|---|---|---|---|---|
| **Gross Wages:** | 3,406.10 | 3,406.10 | 3,406.10 | 3,406.10 |
| **Minus Deductions that Decrease Tax:** | 328.58 | 66.31 | 66.31 | 66.31 |
| **Plus Taxable Benefits:** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxable Gross Wages:** | 3,077.52 | 3,339.79 | 0.00 | 3,339.79 |

-----------------------------------------------PAYS------------------------------------------------

| DESCRIPTION | RATE | FACTOR/HOURS | AMOUNT | PERIOD END |
|---|---|---|---|---|
| Maintenance H | 19.66 | 173.25 | 3,406.10 | 08/31/2020 |

------------------DEDUCTIONS--------------------

| DESCRIPTION | AMOUNT | --DECREASE TAX-- FED | ST | F/M |
|---|---|---|---|---|
| All In One | 10.00 | | | |
| Cancer Hiic Eo | 30.10 | Y | Y | Y |
| Dental Hi Eo | 28.53 | Y | Y | Y |
| Fed Income Tax | 174.38 | | | |
| Medicare | 48.43 | | | |
| Std | 34.73 | | | |
| Trs Care Cont | 22.14 | | | |
| Trs Retire Cont | 262.27 | Y | | |
| Vision Eo | 7.68 | Y | Y | Y |
| Vol Life Child | 1.50 | | | |
| Vol Life Emp | 46.00 | | | |
| Vol Life Spouse | 11.50 | | | |
| **Total:** | **677.26** | | | |

-------------------BENEFITS--------------------

| DESCRIPTION | AMOUNT | ----TAXABLE---- FED | ST | F/M |
|---|---|---|---|---|
| BASIC LIFE | 2.73 | | | |
| Ltd | 4.17 | | | |
| Medicare | 48.43 | | | |
| Trs Rep Entity | 25.55 | | | |
| **Total:** | **80.88** | | | |

-----------------------------------------------PAYS/DEDUCTIONS/BENEFITS DETAILS-----------------------------------------------

| DESCRIPTION | AMT/PCT | FACTOR/ HOURS | GROSS | # | EXPENSE ACCOUNT | PERIOD END DATE | RET HRS |
|---|---|---|---|---|---|---|---|
| Maintenance H | 19.6600 | 173.25 | 3,406.10 | 1 | 199 E 51 6129 MNT 935 0 99 000 | 08/31/2020 | 0.00 |
| **DEDUCTIONS** | | | | | | | |
| All In One | 10.0000 | | 10.00 | 1 | | 863 L 00 2159 000 000 0 00 000 | |
| Cancer Hiic Eo | 30.1000 | | 30.10 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| Dental Hi Eo | 28.5300 | | 28.53 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| Fed Income Tax | | | 174.38 | 1 | | 863 L 00 2151 000 000 0 00 000 | |
| Medicare | | | 48.43 | 1 | | 863 L 00 2152 000 000 0 00 000 | |
| Std | 34.7300 | | 34.73 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| Trs Care Cont | 0.6500% | | 22.14 | 1 | | 863 L 00 2155 000 000 0 00 000 | |
| Trs Retire Cont | 7.7000% | | 262.27 | 1 | | 863 L 00 2155 000 000 0 00 000 | |
| Vision Eo | 7.6800 | | 7.68 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| Vol Life Child | 1.5000 | | 1.50 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| Vol Life Emp | 46.0000 | | 46.00 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| Vol Life Spouse | 11.5000 | | 11.50 | 1 | | 863 L 00 2153 000 000 0 00 000 | |
| **BENEFITS** | | | | | | | |
| BASIC LIFE | 2.7300 | | 2.73 | 1 | 199 E 51 6142 MNT 935 0 99 000 | 863 L 00 2153 000 000 0 00 000 | |
| Ltd | 4.1700 | | 4.17 | 1 | 199 E 51 6142 MNT 935 0 99 000 | 863 L 00 2153 000 000 0 00 000 | |

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

May 12, 2021

DR BO FREDERICK MD
RELEASE OF INFORMATION
9301 N CENTRAL EXPRESSWAY TOWER 1 SUITE 350
DALLAS, TX 75231

| | | |
|---|---|---|
| Re: | Policy Number: | 00001025317200000 |
| | Claim Number: | 1210046281 |
| | Patient: | Michael Morgason |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 1/01/2021 to Present |
| Diagnostic Test Results | 1/01/2021 to Present |

****Please fill out all forms that are attached****

Current state statutes for Texas: Doctors and Healthcare Providers shall charge a reasonable fee of no more than: $25.00 for the first 20 pages; $.50 per page thereafter; $8.00 per copy of an imaging study; $15.00 may be charged for executing an affidavit. Actual postage may be charged. A hospital may charge a reasonable fee. A basic retrieval fee, which must include the fee for providing the first 10 pages of the copies, may not exceed $49.26. For Pages 11-60 a fee of $1.66 per page; For Pages 61-400 a fee of $.81; for any remaining Pages a fee of $0.44. The actual cost of postage may be charged. If the records are on microfilm, the retrieval fee, which includes the fee for the first 10 pages may not exceed $75.04, and there is a $1.71 per page thereafter. The actual cost of postage may be charged. Digital or electronic medium records may charge a basic retrieval or processing fee of $89.24. Additionally, there may be a reasonable charge for certification of a document, and a written response to a written set of questions may charge a fee of $10.00. For pharmacies: A reasonable fee for providing the requested records in electronic format shall be a charge of no more than: $25 for 500 pages or less; $50 for more than 500 pages.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sabrina Leahey
Assisting on behalf of Ann Siewert
402-361-2913
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

# Authorization For Release Of Information

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R. (Middle)

Date of Birth: ____ Social Security Number: ____

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Michael Morgason **DATE** 11 / 25 / 2020
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient self

**ADDRE** ____

____ (State) (Zip Code)

**PHONE** ____

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First) (M.I.) (Last Name)

Social Security Number

Height

Weight

Blood Pressure

Employer Name

## 2. Diagnosis

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy**

____ /____ /_______ First Treated

____ /____ /_______ Estimated Delivery

____ /____ /_______ Date of Delivery

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

## 3. Disability Circumstances - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

____ /___ /_______ Symptoms first Appeared

____ /___ /_______ Reduced Ability to work

____ /___ /_______ Advised to stop work

____ /___ /_______ Initial Treatment

____ /___ /_______ Most Recent Treatment

____ /___ /_______ Next Treatment

Dates hospital confined: ____ /___ /_______ to ____ /___ /_______

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Long Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ______ | Standing | ____ | Crouching | _____ | Overhead | ______ |
| 6-10 lbs. | ______ | Walking | ____ | Crawling | _____ | Desk Level | ______ |
| 11-25 lbs. | ______ | Sitting | ____ | Grasping | _____ | Below Waist | ______ |
| 26-50 lbs. | ______ | Balancing | ____ | Climbing | _____ | | |
| 51-100 lbs. | ______ | Stooping | ____ | Pushing | _____ | | |
| 100 + lbs. | ______ | Kneeling | ____ | Pulling | _____ | | |
| | | Fingering | ____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /____________

Dressing _____ /_____ /____________

Transferring _____ /_____ /____________

Bathing _____ /_____ /____________

Toileting _____ /_____ /____________

Eating _____ /_____ /____________

Date patient experienced loss of

Cognitive Functioning: _____ /_____ /__________

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

_____ /____ /__________ to ____ /____ /________

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** __ /__ /___

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Tue May 11 12:11:30 CDT 2021
From: Ann Siewert <Ann.Siewert@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <2046037189.28.1620753090396.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

May 11, 2021

TEXARKANA INDEPENDENT SCHOOL DISTRICT
ATTN Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Re: Policy Number: 00001025317200000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Shelley McGee:

We have completed our initial review of the claim for Long Term Disability filed by Mr. Morgason and have determined additional information is needed prior to benefits being considered.

At this time we need the following information from you:

1. Please confirm Mr. Morgason's Last Full Date Worked as:

2. Please provide payroll records for 2 months prior to Mr. Morgason's date last worked, and confirm rate of pay:

3. Did Mr. Morgason participate in a pension/retirement plan? If yes, please verify which type (401K, 403B, Defined Benefit, etc.) and when he will become eligible to receive benefits?

4. Is the employee's position being held currently and do you offer return to work accommodations?

We have also requested information from your employee and/or their attending physician.

We request that this information be provided to our office no later than 06/25/2021. Once the requested information is received, the claim process will continue.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Sincerely,

Ann Siewert
402-361-2913
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Date: Tue May 11 12:01:29 CDT 2021
From: Ann Siewert <Ann.Siewert@lfg.com>
To: morgason2@gmail.com
Message-ID: <312618436.13.1620752489960.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1210046281 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

May 11, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253172000000
Claim Number: 1210046281
Claimant: Michael Morgason

Dear Mr. Morgason:

We have completed our initial review of your claim for Long Term Disability and have determined additional information is needed prior to benefits being considered.

To determine disability, we must evaluate medical documentation to determine if your condition precludes you from performing the main duties of your occupation.

Medical documentation includes, but is not limited to, office and treatment records, testing results, therapy notes, consultation reports and operative reports. A note from your physician, without any supporting medical documentation as outlined above, may not be sufficient to consider your claim.

We have assisted you by requesting copies of all medical records from Dr. <Frederick. At this time, we will pay for the charges related to obtaining these records. It may help speed up the process if you contact your physician(s) and remind them of the urgency of this request. Please work with your physician(s) to ensure these records are received in our office no later than 06/11/2021.

Please provide The Lincoln National Life Insurance Company with the following documentation within the next 30 days:

- **Third Party Authorization- sent at your request**

In addition, we have been in contact with your Employer regarding additional information required from them to continue processing your claim.

Once all of the requested information has been received, we will continue our review of your claim.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you are applying for Social Security Disability or have been awarded, we encourage you to request a copy of your file directly from the Social Security Administration and submit the information directly to Lincoln. In addition, if you submit additional information to the SSA, please send a copy to Lincoln. If we receive this information, we will evaluate it as part of your claim.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Ann Siewert
402-361-2913
Senior Claims Examiner, Group Claims
The Lincoln National Life Insurance Company

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2616, Omaha, NE 68103-2616
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF DISABILITY AND LIFE INFORMATION

1. **I (the undersigned) authorize** The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: ______________________
   (Last) (First) (Middle)

   Date of Birth: ____________ Certificate Number/Social Security Number: ____________

2. Information to be released: MEDICAL AND FINANCIAL INFORMATION

3. Information to be released to: ______________________
   (Name of individual or company authorized to receive information)

   ☐ Telephone ______ - ______ - ______ Best Day to call ________ Best time to call ________ am/pm
   Include Area Code and Phone number

   ☐ Address ______________________
   (Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by LINCOLN FINANCIAL GROUP for the purpose of LONG TERM DISABILITY CLAIM REVIEW.

   It will be subject to the following limitations (if applicable): ____________

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** ______________________ **DATE:** ____________
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: ______________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____________

ADDRESS: ______________________
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE: ______ - ______ - ______
Include Area Code and Phone number

**ClaimsHOAdmin**

**From:** LFGAppeals
**Sent:** Monday, June 23, 2025 1:43 PM
**To:** awd-emailrip116
**Subject:** FW: M MORGASON 1210046281 6-20-25 (secure)

---

**From:** Booth, Jeff <Jeff.Booth@lfg.com>
**Sent:** Monday, June 23, 2025 12:42:28 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: M MORGASON 1210046281 6-20-25 (secure)

---

**From:** Melissa High <Melissa@marcwhitehead.com>
**Sent:** Monday, June 23, 2025 12:25 PM
**To:** Roszelle, Michael <Michael.Roszelle@lfg.com>
**Cc:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: M MORGASON 1210046281 6-20-25 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Received, thank you!

Sincerely,

**Melissa High**
**Marc Whitehead & Associates**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888

website | vCard | map | email

---

**From:** Roszelle, Michael <Michael.Roszelle@lfg.com>
**Sent:** Monday, June 23, 2025 6:52 AM
**To:** mari@marcwhitehead.com; Melissa High <Melissa@marcwhitehead.com>
**Cc:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** M MORGASON 1210046281 6-20-25 (secure)

This message was sent securely using Zix®

Good morning,

I have attached the claim file per your request.

**Michael Roszelle**
Adminr II, Admin & Clinical Support
GP Admin Services

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

**Please be cautious**
This email was sent from outside of your organization

---

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, June 23, 2025 8:57 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: M MORGASON 1210046281 6-20-25 (secure) |
| **Attachments:** | M MORGASON 1210046281 6-20-25.pdf |

---

**From:** Booth, Jeff <Jeff.Booth@lfg.com>
**Sent:** Monday, June 23, 2025 7:55:51 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: M MORGASON 1210046281 6-20-25 (secure)

---

**From:** Roszelle, Michael <Michael.Roszelle@lfg.com>
**Sent:** Monday, June 23, 2025 6:52 AM
**To:** mari@marcwhitehead.com; Melissa High <melissa@marcwhitehead.com>
**Cc:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** M MORGASON 1210046281 6-20-25 (secure)

Good morning,

I have attached the claim file per your request.

**Michael Roszelle**
Adminr II, Admin & Clinical Support
GP Admin Services

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**ClaimsHOAdmin**

**From:** LFGAppeals
**Sent:** Friday, May 16, 2025 9:46 AM
**To:** awd-emailrip116
**Subject:** FW: M Morgason claim 1210046281 (secure)

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Friday, May 16, 2025 8:45:48 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: M Morgason claim 1210046281 (secure)

---

**From:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Sent:** Monday, May 5, 2025 4:32 PM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>; Jocelyn Simmons <Jocelyn@marcwhitehead.com>
**Subject:** RE: M Morgason claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Thank you for confirming receipt of the information submitted and for providing a copy of the medical review.

There is no further information forthcoming at this time.

Best regards,

**Aggie Barbosa** | Administrative Paralegal Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888 ext. 2609
**Fax:** 346.299.2645

**website** | **map** | **email**

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Monday, May 5, 2025 3:59 PM
**To:** Jocelyn Simmons <Jocelyn@marcwhitehead.com>

**Cc:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Subject:** M Morgason claim 1210046281 (secure)

Hello, this email is in response to your most recent letter dated 04/25/2025.

First, I wanted to address your comments regarding NOT receiving the initial physician review completed by Dr. Grattan. On 03/03/2025 a right to review and respond letter which included a healthcare consultant review and Dr. Grattan's initial medical review was emailed to your office. (I have included a copy of that correspondence to this email).

In addition, the medical records that were sent with the appeal request were received and included in the initial medical review completed by a healthcare consultant and Dr. Grattan.

The information submitted 01/10/2025 included records dated 09/23/2023 to 12/27/2024 which were included in the initial medical reviews.

The information submitted on 03/25/2025 consisted of records regarding his hip procedure that occurred 02/13/2025 which were included in the addendum review by Dr. Grattan.

We have received the following items with your most recent submission:
04/07/2025 & 04/15/2025 visit notes Bowen Hefley- ortho
04/15/2025 MRI Lumbar Spine w/o contrast
04/25/2025 attorney rebuttal letter

Please advise if your office plans to submit any additional documents for our appeal review.

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services

**Lincoln Financial**
LincolnFinancial.com

800 423 2765 ext 66735 Office
402-361-1460 Fax

6:15 am to 2:45pm CST M-F

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail

in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

**Please be cautious**
This email was sent from outside of your organization

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, May 5, 2025 5:00 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: M Morgason claim 1210046281 (secure) |

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Monday, May 5, 2025 3:59:37 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Fw: M Morgason claim 1210046281 (secure)

---

**From:** Cronican, Amber
**Sent:** Monday, May 5, 2025 3:58 PM
**To:** Jocelyn@marcwhitehead.com
**Cc:** Aggie Barbosa
**Subject:** M Morgason claim 1210046281 (secure)

Hello, this email is in response to your most recent letter dated 04/25/2025.

First, I wanted to address your comments regarding NOT receiving the initial physician review completed by Dr. Grattan. On 03/03/2025 a right to review and respond letter which included a healthcare consultant review and Dr. Grattan's initial medical review was emailed to your office. (I have included a copy of that correspondence to this email).

In addition, the medical records that were sent with the appeal request were received and included in the initial medical review completed by a healthcare consultant and Dr. Grattan.

The information submitted 01/10/2025 included records dated 09/23/2023 to 12/27/2024 which were included in the initial medical reviews.

The information submitted on 03/25/2025 consisted of records regarding his hip procedure that occurred 02/13/2025 which were included in the addendum review by Dr. Grattan.

We have received the following items with your most recent submission:

- 04/07/2025 & 04/15/2025 visit notes Bowen Hefley- ortho
- 04/15/2025 MRI Lumbar Spine w/o contrast
- 04/25/2025 attorney rebuttal letter

Please advise if your office plans to submit any additional documents for our appeal review.

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services

**Lincoln Financial**
LincolnFinancial.com

800 423 2765 ext 66735 Office
402-361-1460 Fax
6:15 am to 2:45pm CST M-F

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln’s products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Friday, April 25, 2025 2:53 PM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: Claim # 1210046281 |
| **Attachments:** | BOWEN HEFLEY APRIL 2025 W MRI REPORT.pdf; PR Response - Morgason, Michael.pdf |

---

**From:** Jocelyn Simmons <Jocelyn@marcwhitehead.com>
**Sent:** Friday, April 25, 2025 1:52:41 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Claim # 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached peer review response and medical records submitted on behalf of our client, Mr. Michael Morgason.

Thank you,

**Jocelyn Simmons** | Insurance Case Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888
**Fax:** 346.327.1006
website | vCard | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, April 8, 2025 9:14 AM |
| **To:** | awd-emailrip116 |
| **Subject:** | FW: M MORGASON 1210046281 ADDENDUM REPORT.pdf |
| **Attachments:** | M MORGASON 1210046281 ADDENDUM REPORT.pdf |

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Tuesday, April 8, 2025 8:14:21 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** M MORGASON 1210046281 ADDENDUM REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR – ADDENDUM REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## ClaimsHOAdmin

**From:** LFGAppeals
**Sent:** Wednesday, February 26, 2025 3:19 PM
**To:** entrprserip
**Subject:** FW: M MORGASON 1210046281 FINAL REPORT.pdf
**Attachments:** M MORGASON 1210046281 FINAL REPORT.pdf

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Wednesday, February 26, 2025 2:18:27 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** M MORGASON 1210046281 FINAL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, February 5, 2025 12:31 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Michael Morgason 1210046281 (secure) |

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Wednesday, February 5, 2025 11:30:59 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Michael Morgason 1210046281 (secure)

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services
800 423 2765 ext 66735 Office
402-361-1460 Fax

**Lincoln Financial**
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Sent:** Monday, February 3, 2025 2:53 PM
**To:** Cronican, Amber <Amber.Cronican@lfg.com>
**Subject:** RE: Michael Morgason 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Mr. Michael Morgason has had no surgical procedures done from May 2024 to present.

Should you require any additional information, please feel free to contact me.

Thank you,

**Aggie Barbosa** | Administrative Paralegal Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888 ext. 2609
**Fax:** 346.299.2645
website | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

---

**From:** Cronican, Amber <Amber.Cronican@lfg.com>
**Sent:** Thursday, January 30, 2025 1:56 PM
**To:** Aggie Barbosa <Aggie@marcwhitehead.com>
**Subject:** Michael Morgason 1210046281 (secure)

This message was sent securely using Zix®

Hello, I am working on the appeal for M Morgason and I wanted to confirm if he has had any surgical procedures done from May 2024 to present date. If he has please advise what surgery was done and the dates it/they occurred.

I look forward to hearing from you.

**Amber C**
Claims Resolution Specialist
GP CLM Shared Services

**Lincoln Financial**
LincolnFinancial.com

800 423 2765 ext 66735 Office
402-361-1460 Fax

Pronouns she/her/hers

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve

Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix®.

**Please be cautious**
This email was sent from outside of your organization

---

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, December 26, 2024 10:07 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim # 1210046281 |
| **Attachments:** | List of Exhibits.pdf; A-4. DR. HUGH FREDERICK - MEDICAL RECORDS - RP 13196116 - 10.04.24.pdf; A-5. TEXARKANA EMRGEN CENTER - MEDICAL RECORDS - RP 10.28.24.pdf; A-6. MAYO CLINIC CENTRE - MEDICAL RECORDS - RP 13061552 - 10.07.24.pdf; A-7. SPECIAL HEALTH RESOURCES - MEDICAL RECORDS - RP 13061543 - 08.29.24.pdf; A-8. Tarlov Cyst POST SURGERY QUESTIONNAIRE.pdf; A-9. MEDICAL OPINION MORALES.pdf; A-10. NEURO OPINION MORALES.pdf; A-11. Medical Affidavit-Notarized.pdf; A-2. ADVANCE CARDIOVASCULA SPECIALISTS - MEDICAL RECORD- RP 13061553 - 10.11.24.pdf; A-3. DR. BRADLEY CUBMITT- MEDICAL RECORDS - RP 13061542 - 10.17.24.pdf |

---

**From:** Jocelyn Simmons <Jocelyn@marcwhitehead.com>
**Sent:** Thursday, December 26, 2024 9:01:43 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Claim # 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached exhibits on behalf of our client Mr. Michael Morgason.

Please note A-1 is the claim file and is not attached.

Thank you,

**Jocelyn Simmons** | Insurance Case Manager
**Marc Whitehead & Associates, Attorneys at Law LLP**
403 Heights Blvd.
Houston, TX 77007
**Phone:** 713.228.8888
**Fax:** 346.327.1006
website | vCard | map | email

**Confidentiality Note:** The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, June 13, 2024 11:41 AM |
| **To:** | entrprserip |
| **Subject:** | FW: M MORGASON 1210046281 FINAL REPORT.pdf |
| **Attachments:** | M MORGASON 1210046281 FINAL REPORT.pdf |

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Thursday, June 13, 2024 10:40:36 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Henderson, Theresa <Theresa.Henderson@lfg.com>
**Subject:** M MORGASON 1210046281 FINAL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, February 15, 2024 12:55 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Upload request for TSA 1210046281 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; MMorgason TSA.pdf |

**From:** Belew, Jennifer
**Sent:** Thursday, February 15, 2024 12:54:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Catlett, Jamie
**Subject:** Upload request for TSA 1210046281

Please upload this TSA report for the claim: 1210046281

**Jennifer Belew, MS, CRC**
Vocational Rehabilitation Consultant
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-970-6809 Office

she/her/hers
**LincolnFinancial.com**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, January 26, 2024 9:36 AM |
| **To:** | entrprserip |
| **Subject:** | FW: M MORGASON 1210046281 CLARIFICATION REPORT.pdf |
| **Attachments:** | M MORGASON 1210046281 CLARIFICATION REPORT.pdf |

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Friday, January 26, 2024 9:35:39 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Catlett, Jamie; More, David R
**Subject:** M MORGASON 1210046281 CLARIFICATION REPORT.pdf

Re-upload

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Amy Young, CSSYB**
Manager, File Support
Clinical Support Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-7041 Mobile

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, January 9, 2024 11:05 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Peer Clarification M. MORGASON 1210046281 (SECURE) |

---

**From:** Catlett, Jamie
**Sent:** Tuesday, January 9, 2024 11:04:44 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Peer Clarification M. MORGASON 1210046281 (SECURE)

---

**From:** Catlett, Jamie
**Sent:** Tuesday, January 9, 2024 10:04 AM
**To:** Guerena, Steffanie <Steffanie.Guerena@lfg.com>
**Subject:** Peer Clarification M. MORGASON 1210046281 (SECURE)

**Referral Date: 01/09/2024**
**Clinician/ Appeals Examiner**: Jamie Catlett
**Phone Number**: 6581
**Email Address: Jamie.Catlett@lfg.com**

**Is this referral COVID related? No**

**Referral Type**: Clarification
**Select / Previous Physician**: William Barreto, M.D.
**Specialty of Prior Reviewer / Examiner**: Board Certified in Physical Medicine & Rehabilitation
Board Certified in Pain Medicine
**Claimant Name**: Michael Morgason
**Date of Birth**: 07/31/0970
**Claimant Time Zone**:
**Customer/Group Name**: Texarkana Independent School District
**Is Linked Provider in S1.NXT**? No

**Claim Number:** 1210046281
**1ST or 2nd Appeal/ STD/LTD/Life Waiver**:
**Diagnosis**: small fiber neuropathy

**Date of Disability**: 11/20/2020
**Benefit Begin Date**: 05/19/2021
**Job Title**: Maintenance
**Last Day Worked**: 11/19/2020

Thank you for your report regarding the LTD claim review. After reviewing your report, we are requesting clarification.

1: Please review the following and clarify:

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is documentation to support impairment and therefore restrictions and limitations from 11/01/2022 to 05/19/2024 and beyond. The claimant can work full-time within these restrictions and limitations. Restrictions and limitations would be permanent.

Provided documentation notes the claimant with idiopathic small fiber sensory neuropathy. The claimant continues to endorse muscle weakness and paresthesia. Review of systems is positive for leg swelling (he is intermittent edema with prolonged standing due to illness-results with laying down). Objectively, the claimant is alert. No swelling, the claimant does not appear ill. He is not in acute distress. Additionally, it is noted that the claimant is taking Neurontin with benefit.

**Jamie Catlett**
Senior Claims Specialist, LTD Claims

Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68114

1-800-423-2765 x 6581 Office
877-843-3950 Fax
disabilityclaims@lfg.com

LincolnFinancial.com

**Follow us on:**

**ClaimsHOAdmin**

---

**From:** Disability Claims
**Sent:** Thursday, January 4, 2024 3:43 PM
**To:** entrprserip
**Subject:** FW: M MORGASON 1210046281
**Attachments:** M MORGASON 1210046281 FINAL REPORT.pdf

---

**From:** Guerena, Steffanie
**Sent:** Thursday, January 4, 2024 3:42:30 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Catlett, Jamie
**Subject:** M MORGASON 1210046281

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Steffanie Guerena**
Lead Coordinator,
Administrative Services

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-8034 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, November 21, 2023 2:19 PM |
| **To:** | entrprserip |
| **Subject:** | FW: ltd claim 1210046281 (secure) |
| **Attachments:** | MORALES 11 10 2023 VISIT SUMMARY.pdf |

---

**From:** Vandeman, Belinda
**Sent:** Tuesday, November 21, 2023 2:18:56 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: ltd claim 1210046281 (secure)

**I will be out of the office the following dates:**
**Thursday, 11/23/2023 and Friday, 11/24/2023 for the holiday**
**Wednesday, 11/29/2023 through Tuesday, 12/5/2023. Returning 12/6/2023**
**Friday, 12/15/2023 and Monday, 12/18/2023. Returning 12/19/2023**
**Friday, 12/22/2023 through Tuesday, 12/26/2023. Returning 12/27/2023**
**Monday. 1/1/2024 and Tuesday, 1/2/2024. Returning 1/3/2024**

**My hours are 7 am to 330 pm, Monday to Friday, Central Daylight Time**
**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Tuesday, November 21, 2023 12:57 PM
**To:** Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: ltd claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Belinda,

See attached visit summary dated 11/10/23. Pending imaging shown below:

Pending Test

| Test Name | Order Date |
|---|---|
| BUN+Creat (MRI) | 11/10/2023 |
| MRI Sacral W/WO Gad | 11/10/2023 |
| MRI Pelvis with and without contrast | 11/10/2023 |

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use

of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Thu, Nov 16, 2023 at 5:13 PM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Belinda,

See attached MRI & lab reports. Dr Morales suggested Michael consult a spine specialist regarding possible syringohydromyelia & multiple sacral Tarlov cysts (diagnosed by Lumbar Plexus MRI @ Mayo Clinic on 11/01/2021).

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Wed, Oct 11, 2023 at 4:06 PM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Dr Haynie notes attached. The stress test results have NOT been received from his office but Michael will forward once available.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Fri, Oct 6, 2023 at 11:31 AM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Belinda,

**Attached documents:**

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training Education Experience form
- Current Authorization signed and dated -- needed to obtain copies of all medical records
- Abilities Form – To be completed by your medical provider
- Medical Records from all providers related to your disability from 03/01/2023 to present

**Requested yesterday and will send upon receipt:**

STRESS TEST results.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forwarded message ---------
From: **mk6708** <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10 PM
Subject: Fwd: ltd claim 1210046281 (secure)
To: Kristin Morgason <kristin.morgason@cadencebank.com>

---------- Forwarded message ---------
From: **Vandeman, Belinda** <Belinda.Vandeman@lfg.com>
Date: Wed, Oct 4, 2023, 8:45 AM
Subject: ltd claim 1210046281 (secure)
To: morgason2@gmail.com <morgason2@gmail.com>

This message was sent securely using Zix®

Michael,

Thank you for speaking with me yesterday. As I advised I am assisting your claims examiner with your claim.
We discussed in detail what is needed and I advised I would send a follow up email, so it will be clearer.
We are in need of: (these forms are the ones sent in the letter 9/14)
A new **Authorization** for release of information
**Insured supplementary statement**
**Treating Medical Professional form**- Please list all of your current providers and their contact information, in the event we need to order updated records
**Training-Education-Experience-** with at lease 15 years of job history
**Abilities form**, if your provider will complete-and the records to support their opinion

We also discussed you have a Plethora of medical information.
We do not need every record. What we are attempting to get is the most recent records from all providers you have seen. You advised you have records for your hands/arms, records concerning your hip.
STRESS TEST results.
Once we have all the most recent records, we will send for a physician to review the whole file to advise their opinion of your restrictions and limitations. You may attach records and forms to this email and return.
**Or you may fax me directly at 402-361-1441.**

Thank you,
Belinda

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

This message was secured by **Zix**&#174.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, November 17, 2023 6:47 AM |
| **To:** | entrprserip |
| **Subject:** | FW: ltd claim 1210046281 (secure) michael Morganson |
| **Attachments:** | NEXT MORALES APPT.pdf; T SPINE.pdf; L SPINE.pdf; C SPINE.pdf; REPORTS.pdf |

---

**From:** Vandeman, Belinda
**Sent:** Friday, November 17, 2023 6:46:45 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: ltd claim 1210046281 (secure) michael Morganson

**I will be out of the office the following dates:**
**Thursday, 11/23/2023 and Friday, 11/24/2023 for the holiday**
**Wednesday, 11/29/2023 through Tuesday, 12/5/2023. Returning 12/6/2023**
**Friday, 12/15/2023 and Monday, 12/18/2023. Returning 12/19/2023**
**Friday, 12/22/2023 through Tuesday, 12/26/2023. Returning 12/27/2023**
**Monday. 1/1/2024 and Tuesday, 1/2/2024. Returning 1/3/2024**

**My hours are 7 am to 330 pm, Monday to Friday, Central Daylight Time**
**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Thursday, November 16, 2023 5:13 PM
**To:** Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: ltd claim 1210046281 (secure) michael Morganson

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Belinda,

See attached MRI & lab reports. Dr Morales suggested Michael consult a spine specialist regarding possible syringohydromyelia & multiple sacral Tarlov cysts (diagnosed by Lumbar Plexus MRI @ Mayo Clinic on 11/01/2021).

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Wed, Oct 11, 2023 at 4:06 PM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Dr Haynie notes attached. The stress test results have NOT been received from his office but Michael will forward once available.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Fri, Oct 6, 2023 at 11:31 AM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Belinda,

## Attached documents:

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training Education Experience form
- Current Authorization signed and dated -- needed to obtain copies of all medical records
- Abilities Form – To be completed by your medical provider
- Medical Records from all providers related to your disability from 03/01/2023 to present

**Requested yesterday and will send upon receipt:**

STRESS TEST results.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forwarded message ---------
From: **mk6708** <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10 PM
Subject: Fwd: ltd claim 1210046281 (secure)
To: Kristin Morgason <kristin.morgason@cadencebank.com>

---------- Forwarded message ---------
From: **Vandeman, Belinda** <Belinda.Vandeman@lfg.com>
Date: Wed, Oct 4, 2023, 8:45 AM
Subject: ltd claim 1210046281 (secure)
To: morgason2@gmail.com <morgason2@gmail.com>

This message was sent securely using Zix®

Michael,

Thank you for speaking with me yesterday. As I advised I am assisting your claims examiner with your claim.

We discussed in detail what is needed and I advised I would send a follow up email, so it will be clearer.
We are in need of: (these forms are the ones sent in the letter 9/14)
A new **Authorization** for release of information
**Insured supplementary statement**
**Treating Medical Professional form**- Please list all of your current providers and their contact information, in the event we need to order updated records
**Training-Education-Experience-** with at lease 15 years of job history
**Abilities form**, if your provider will complete-and the records to support their opinion

We also discussed you have a Plethora of medical information.
We do not need every record. What we are attempting to get is the most recent records from all providers you have seen. You advised you have records for your hands/arms, records concerning your hip.
STRESS TEST results.
Once we have all the most recent records, we will send for a physician to review the whole file to advise their opinion of your restrictions and limitations. You may attach records and forms to this email and return.
**Or you may fax me directly at 402-361-1441.**

Thank you,
Belinda

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

This message was secured by **Zix**&#174.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, October 19, 2023 1:45 PM |
| **To:** | entrprserip |
| **Subject:** | FW: ltd claim 1210046281 (secure) |
| **Attachments:** | MICHAEL MORGASON.pdf |

---

**From:** Vandeman, Belinda
**Sent:** Thursday, October 19, 2023 1:44:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: ltd claim 1210046281 (secure)

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Thursday, October 19, 2023 12:23 PM
**To:** Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: ltd claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Belinda,

Michael had MRI's (cervical, thoracic & lumbar spine) on 9/29 & 10/16 and has a follow up appointment w/Dr Morales Nov 10th to discuss all results.

Provider Name:Andres G Morales, 09/29/2023 08:00:00 AM, 2201 S AUSTIN, DENISON, TX, 75020 7723, 903-893-5141

Provider Name:Andres G Morales, 10/16/2023 01:00:00 PM, 2201 S AUSTIN, DENISON, TX, 75020 7723, 903-893-5141

Provider Name:Andres G Morales, 11/10/2023 12:15:00 PM, 321 N HIGHLAND AVE, SUITE 200, SHERMAN, TX, 75092-7371, 903-893-5141

**Stress & ABI test results are included in the attached medical record from Haynie's office.**

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Fri, Oct 6, 2023 at 11:31 AM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Belinda,

## Attached documents:

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training Education Experience form
- Current Authorization signed and dated -- needed to obtain copies of all medical records
- Abilities Form – To be completed by your medical provider
- Medical Records from all providers related to your disability from 03/01/2023 to present

## Requested yesterday and will send upon receipt:

STRESS TEST results.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forwarded message ---------
From: **mk6708** <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10 PM
Subject: Fwd: ltd claim 1210046281 (secure)
To: Kristin Morgason <kristin.morgason@cadencebank.com>

---------- Forwarded message ---------
From: **Vandeman, Belinda** <Belinda.Vandeman@lfg.com>
Date: Wed, Oct 4, 2023, 8:45 AM
Subject: ltd claim 1210046281 (secure)
To: morgason2@gmail.com <morgason2@gmail.com>

This message was sent securely using Zix®

Michael,

Thank you for speaking with me yesterday. As I advised I am assisting your claims examiner with your claim.
We discussed in detail what is needed and I advised I would send a follow up email, so it will be clearer.
We are in need of: (these forms are the ones sent in the letter 9/14)
A new **Authorization** for release of information
**Insured supplementary statement**
**Treating Medical Professional form**- Please list all of your current providers and their contact information, in the event we need to order updated records
**Training-Education-Experience-** with at lease 15 years of job history
**Abilities form**, if your provider will complete-and the records to support their opinion

We also discussed you have a Plethora of medical information.
We do not need every record. What we are attempting to get is the most recent records from all providers you have seen. You advised you have records for your hands/arms, records concerning your hip.
STRESS TEST results.
Once we have all the most recent records, we will send for a physician to review the whole file to advise their opinion of your restrictions and limitations. You may attach records and forms to this email and return.
**Or you may fax me directly at 402-361-1441.**

Thank you,
Belinda

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

This message was secured by **Zix**&#174.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

## ClaimsHOAdmin

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, October 12, 2023 8:20 AM |
| **To:** | entrprserip |
| **Subject:** | FW: ltd claim 1210046281 (secure) |
| **Attachments:** | haynie.pdf |

---

**From:** Vandeman, Belinda
**Sent:** Thursday, October 12, 2023 8:19:58 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: ltd claim 1210046281 (secure)

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Wednesday, October 11, 2023 4:06 PM
**To:** Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: ltd claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dr Haynie notes attached. The stress test results have NOT been received from his office but Michael will forward once available.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Fri, Oct 6, 2023 at 11:31 AM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

> Belinda,
>
> **Attached documents:**

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training Education Experience form
- Current Authorization signed and dated -- needed to obtain copies of all medical records
- Abilities Form – To be completed by your medical provider
- Medical Records from all providers related to your disability from 03/01/2023 to present

**Requested yesterday and will send upon receipt:**

STRESS TEST results.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forwarded message ---------
From: **mk6708** <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10 PM
Subject: Fwd: ltd claim 1210046281 (secure)
To: Kristin Morgason <kristin.morgason@cadencebank.com>

---------- Forwarded message ---------
From: **Vandeman, Belinda** <Belinda.Vandeman@lfg.com>
Date: Wed, Oct 4, 2023, 8:45 AM
Subject: ltd claim 1210046281 (secure)
To: morgason2@gmail.com <morgason2@gmail.com>

This message was sent securely using Zix®

Michael,

Thank you for speaking with me yesterday. As I advised I am assisting your claims examiner with your claim.
We discussed in detail what is needed and I advised I would send a follow up email, so it will be clearer.
We are in need of: (these forms are the ones sent in the letter 9/14)
A new **Authorization** for release of information
**Insured supplementary statement**
**Treating Medical Professional form**- Please list all of your current providers and their contact information, in the event we need to order updated records
**Training-Education-Experience-** with at lease 15 years of job history
**Abilities form**, if your provider will complete-and the records to support their opinion

We also discussed you have a Plethora of medical information.
We do not need every record. What we are attempting to get is the most recent records from all providers you have seen. You advised you have records for your hands/arms, records concerning your hip.
STRESS TEST results.
Once we have all the most recent records, we will send for a physician to review the whole file to advise their opinion of your restrictions and limitations. You may attach records and forms to this email and return.
**Or you may fax me directly at 402-361-1441.**

Thank you,
Belinda

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

This message was secured by **Zix**&#174.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, October 9, 2023 8:10 AM |
| **To:** | entrprserip |
| **Subject:** | FW: ltd claim 1210046281 (secure) |
| **Attachments:** | Insured's Supp Stmt.pdf; Abilities Form.pdf; TEE form.pdf; Treating Medical Professionals.pdf; Authorization.pdf; DR FRED 05 24 2023.pdf; JUNE 2023 SINGH.pdf; SEPT 2023 NIX.pdf; MORALES FEB - SEPT 2023.pdf |

---

**From:** Vandeman, Belinda
**Sent:** Monday, October 9, 2023 8:08:03 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: ltd claim 1210046281 (secure)

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail

and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix&#174.

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Friday, October 6, 2023 11:31 AM
**To:** Vandeman, Belinda <Belinda.Vandeman@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Fwd: ltd claim 1210046281 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Belinda,

## Attached documents:

- Insured's Supplementary Statement form
- Treating Medical Professionals form
- Training Education Experience form
- Current Authorization signed and dated -- needed to obtain copies of all medical records
- Abilities Form – To be completed by your medical provider
- Medical Records from all providers related to your disability from 03/01/2023 to present

## Requested yesterday and will send upon receipt:

STRESS TEST results.

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

---------- Forwarded message ---------
From: **mk6708** <morgason2@gmail.com>
Date: Thu, Oct 5, 2023 at 1:10 PM
Subject: Fwd: ltd claim 1210046281 (secure)
To: Kristin Morgason <kristin.morgason@cadencebank.com>

---------- Forwarded message ---------
From: **Vandeman, Belinda** <Belinda.Vandeman@lfg.com>
Date: Wed, Oct 4, 2023, 8:45 AM
Subject: ltd claim 1210046281 (secure)
To: morgason2@gmail.com <morgason2@gmail.com>

This message was sent securely using Zix®

Michael,

Thank you for speaking with me yesterday. As I advised I am assisting your claims examiner with your claim.
We discussed in detail what is needed and I advised I would send a follow up email, so it will be clearer.
We are in need of: (these forms are the ones sent in the letter 9/14)
A new **Authorization** for release of information
**Insured supplementary statement**
**Treating Medical Professional form**- Please list all of your current providers and their contact information, in the event we need to order updated records
**Training-Education-Experience-** with at lease 15 years of job history
**Abilities form**, if your provider will complete-and the records to support their opinion

We also discussed you have a Plethora of medical information.
We do not need every record. What we are attempting to get is the most recent records from all providers you have seen. You advised you have records for your hands/arms, records concerning your hip.
STRESS TEST results.
Once we have all the most recent records, we will send for a physician to review the whole file to advise their opinion of your restrictions and limitations. You may attach records and forms to this email and return.
**Or you may fax me directly at 402-361-1441.**

Thank you,
Belinda

**Belinda Vandeman**
**Claims Solutions- LTD Sr Claims Examiner**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765 ext 7378
Direct: 402-361-7378
Fax: 877-843-3950
Email:belinda.vandeman@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**&#174.

This message was secured by **Zix**&#174.
CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Wednesday, January 11, 2023 10:19 AM
**To:** entrprserip
**Subject:** FW: Michael Morgason
**Attachments:** Michael Morgason.pdf

---

**From:** LFG Enrollments
**Sent:** Wednesday, January 11, 2023 10:18:33 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** Michael Morgason

Hello,

Please see attached for Disability Claim.

Thank You

Nicole Erspamer
Service Processor, Member Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

402-361-7618 Office
Nicole.Erspamer@LFG.com

LincolnFinancial.com

Follow us on:




https://www.lfg.com/public/COVID-19guidance

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, January 9, 2023 11:41 AM |
| **To:** | entrprserip |
| **Subject:** | FW: M MORGASON 1210046281 |
| **Attachments:** | M MORGASON 1210046281 AP LETTER.pdf; M MORGASON 1210046281 FINAL REPORT.pdf |

---

**From:** Bennett, Jenea
**Sent:** Monday, January 9, 2023 11:40:35 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Guerena, Steffanie; Catlett, Jamie
**Subject:** M MORGASON 1210046281

Please index as:
Business Area: GPDISCLMS
Source Type as MEDRECSG
Source Identifier as MEDR - PEER REPORT

**Jenea Bennett**
File Support Coordinator

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-2509 Direct

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, January 5, 2023 3:30 PM |
| **To:** | entrprserip |
| **Subject:** | FW: MORGASON #1210046281 |
| **Attachments:** | MRM 01052023 release.pdf |

---

**From:** Catlett, Jamie
**Sent:** Thursday, January 5, 2023 3:30:00 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: MORGASON #1210046281

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Thursday, January 5, 2023 2:02 PM
**To:** Catlett, Jamie <Jamie.Catlett@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: MORGASON #1210046281

See executed authorization attached.

Thanks!

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Wed, Jan 4, 2023 at 1:56 PM Catlett, Jamie <Jamie.Catlett@lfg.com> wrote:

Good afternoon,
I am needing an Lincoln Financial Authorization completed and signed. Can you fill this out and return it to me?
Thank you,
Jamie

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Tuesday, December 6, 2022 3:06 PM
**To:** Catlett, Jamie <Jamie.Catlett@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** MORGASON #1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jamie,

Please see Michael's medical notes/test results attached. Let me know if you have any questions or require further documentation.

Thanks!

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

## ClaimsHOAdmin

**From:** Disability Claims
**Sent:** Tuesday, December 13, 2022 6:41 PM
**To:** entrprserip
**Subject:** FW: micahel morgason 1210046281
**Attachments:** LINCOLN FINANCIAL GROUP_MedicalRecords_123759944.pdf

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Tuesday, December 13, 2022 6:40:36 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** micahel morgason 1210046281

Please upload the attached records into AWD.
Thank you.
Amy.

**Amy D. Young**
Specialist, Medical Records & File Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office
402-361-7041 Mobile

LincolnFinancial.com

**Follow us on:**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, December 13, 2022 6:41 PM |
| **To:** | entrprserip |
| **Subject:** | FW: 1210046281 michael morgason |
| **Attachments:** | LINCOLN FINANCIAL GROUP_MedicalRecords_123776114.pdf |

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Tuesday, December 13, 2022 6:40:23 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** 1210046281 michael morgason

Please upload the attached records into AWD.
Thank you.
Amy.

**Amy D. Young**
Specialist, Medical Records
& File Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office
402-361-7041 Mobile

LincolnFinancial.com

**Follow us on:**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Sunday, December 11, 2022 6:00 PM |
| **To:** | entrprserip |
| **Subject:** | FW: 1210046281 Michael Morgason |
| **Attachments:** | LINCOLN FINANCIAL GROUP_CorrespondenceLetter_123766293.pdf |

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Sunday, December 11, 2022 5:59:09 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** 1210046281 Michael Morgason

Please upload the attached records into AWD.
Thank you.
Amy.

**Amy D. Young**
Specialist, Medical Records & File Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office
402-361-7041 Mobile

LincolnFinancial.com

**Follow us on:**

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, December 7, 2022 2:40 PM |
| **To:** | entrprserip |
| **Subject:** | FW: MORGASON #1210046281 |
| **Attachments:** | MAYO RECS.pdf; TESTS.pdf; 10282022.pdf; 10252022.pdf; 8312022.pdf; 08042022.pdf; 07262022.pdf; 05262022 procedure.pdf; 05262022 eval for ortho surgery.pdf; 05252022.pdf; 03082022.pdf; 03072022.pdf; 11092021.pdf; AUTONOMIC REFLEX SCREEN MARCH 2022.pdf; HIP MRI.pdf; LUMBAR SPINE.pdf; SPECT CT.pdf |

---

**From:** Catlett, Jamie
**Sent:** Wednesday, December 7, 2022 2:38:40 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: MORGASON #1210046281

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Tuesday, December 6, 2022 3:06 PM
**To:** Catlett, Jamie <Jamie.Catlett@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** MORGASON #1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jamie,

Please see Michael's medical notes/test results attached. Let me know if you have any questions or require further documentation.

Thanks!

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, December 7, 2022 2:40 PM |
| **To:** | entrprserip |
| **Subject:** | FW: MORGASON #1210046281 |
| **Attachments:** | 05252022 notes.pdf; 03082022 notes.pdf; 11092021 notes.pdf; 05262022 notes.pdf; 03072022 notes.pdf; 05262022 comp visit.pdf; 07262022 notes.pdf; 10252022 op notes.pdf; 08312022 notes.pdf; 10252022 notes.pdf |

---

**From:** Catlett, Jamie
**Sent:** Wednesday, December 7, 2022 2:38:28 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: MORGASON #1210046281

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Tuesday, December 6, 2022 3:15 PM
**To:** Catlett, Jamie <Jamie.Catlett@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: MORGASON #1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Updated attachments - previous email attachments missing pages...

Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use

of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Tue, Dec 6, 2022 at 3:06 PM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

> Jamie,
>
> Please see Michael's medical notes/test results attached. Let me know if you have any questions or require further documentation.
>
> Thanks!
>
> **Kristin Morgason** NMLS# 1654899
>
> Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503
>
> 903-223-2212 Office | 903-223-6445 Fax
>
> Click HERE to apply for a mortgage loan
>
> CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Wednesday, December 7, 2022 9:42 AM
**To:** entrprserip
**Subject:** FW: MORGASON #1210046281
**Attachments:** Dr Nix.pdf

---

**From:** Catlett, Jamie
**Sent:** Wednesday, December 7, 2022 9:41:28 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: MORGASON #1210046281

---

**From:** Kristin Morgason <kristin.morgason@cadencebank.com>
**Sent:** Tuesday, December 6, 2022 4:52 PM
**To:** Catlett, Jamie <Jamie.Catlett@lfg.com>; Michael <morgason2@gmail.com>
**Subject:** Re: MORGASON #1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Jamie,

The Knighton Center (Michael's former PCP) closed this year. He began seeing Dr Nix last month to obtain a referral to a neurologist closer to home. See attached doc notes.

Thanks,
Kristin

On Tue, Dec 6, 2022 at 3:14 PM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

> Updated attachments - previous email attachments missing pages...
>
> Thanks,

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

On Tue, Dec 6, 2022 at 3:06 PM Kristin Morgason <kristin.morgason@cadencebank.com> wrote:

Jamie,

Please see Michael's medical notes/test results attached. Let me know if you have any questions or require further documentation.

Thanks!

**Kristin Morgason** NMLS# 1654899

Cadence Bank | 5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

Click HERE to apply for a mortgage loan

CONFIDENTIALITY NOTICE: This message originates from Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

CONFIDENTIALITY STATEMENT This email and any documents transmitted with it may contain information that is confidential or proprietary to Cadence Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Thursday, November 17, 2022 2:37 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

---

**From:** Catlett, Jamie
**Sent:** Thursday, November 17, 2022 2:36:52 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

---

**From:** mk6708 <morgason2@gmail.com>
**Sent:** Thursday, November 17, 2022 1:29 PM
**To:** Catlett, Jamie <Jamie.Catlett@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Jamie

I have started seeing Dr Matthew Nix with UAMS as a primary care physician. He is supposed to be doing a referral for Dr Katherine Chenault (Neurologist).

The contact for UAMS is (870) 779 6000

I will provide further info once I get set up with the neurologist.

Happy Holidays

On Mon, Nov 7, 2022, 12:00 PM Jamie Catlett <Jamie.Catlett@lfg.com> wrote:

> This message was sent securely using Zix®
>
> E-communication from Lincoln Financial Group
>
> Lincoln Financial Group
>
> LINCOLN FOR GROUP BENEFITS
>
> # Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jamie Catlett**
**Sr. Claims Examiner, LTD 1**
8801 Indian Hill Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 6581
Fax: 402-951-0708
Email: Jamie.Catlett@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, April 1, 2022 4:06 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Long Term Disability Claim |
| **Attachments:** | 030722 autonomic reflex screen.pdf; Mayo release.pdf; Dr Chris Lamb 03072022.pdf; Dr John K Evans 03082022.pdf |

---

**From:** Heavey, James M
**Sent:** Friday, April 1, 2022 4:05:33 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Long Term Disability Claim

Please upload to AWD Claim # 1210046281

Michael Morgason

Thanks,

**James Heavey**
LTD Senior Claims Examiner
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-361-6803 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Thursday, March 31, 2022 4:37 PM
**To:** Heavey, James M <James.Heavey@lfg.com>
**Cc:** morgason2@gmail.com
**Subject:** Re: Long Term Disability Claim

Signed authorization, Mayo physician notes & autonomic reflex screen dated March 2022 attached.

Thanks,
Kristin

On Thu, Mar 31, 2022 at 2:45 PM Heavey, James M <James.Heavey@lfg.com> wrote:

Thanks for the follow up.

**Jim Heavey**
LTD Senior Claims Examiner
Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68114

402-361-6803 Office
877-843-3950 Fax
402-951-0477 Direct Fax

LincolnFinancial.com

**Follow us on:**

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***




**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Wednesday, March 30, 2022 11:28 AM
**To:** Heavey, James M <James.Heavey@lfg.com>
**Cc:** morgason2@gmail.com
**Subject:** Re: Long Term Disability Claim

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

James,

I will complete the form today and acquire Michael's signature. I'll return the executed document to you tomorrow.

Thank you,
Kristin

On Wed, Mar 30, 2022 at 11:26 AM Heavey, James M <James.Heavey@lfg.com> wrote:

Good afternoon,

On review of the claim, we do not have a special authorization form needed to make requests from the Mayo Clinic. Can you please complete and return the attached form?

Here is also a link to the auth, if that is easier to complete.
https://www.mayoclinic.org/documents/mc0072-01-authorization-to-release-protected-health-information-to-a-third-party/doc-20471416

Let me know if you have any questions,

**Jim Heavey**
LTD Senior Claims Examiner
Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68114

402-361-6803 Office
877-843-3950 Fax
402-951-0477 Direct Fax

LincolnFinancial.com

**Follow us on:**

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

--

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

BancorpSouth + Cadence (Learn More)

5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

**, a division of Cadence Bank**

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth, a division of Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

--

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

BancorpSouth + Cadence (Learn More)

5702 Richmond Rd. | Texarkana, TX 75503

903-223-2212 Office | 903-223-6445 Fax

, **a division of Cadence Bank**

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth, a division of Cadence Bank. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return email.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, August 2, 2021 3:58 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE) |
| **Attachments:** | Mayo Patient Online Services - Visit Summary.pdf; Mayo visit.pdf |

---

**From:** Siewert, Ann
**Sent:** Monday, August 2, 2021 3:58:13 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

800-423-2765 ext 2913
Office

402-951-0683 Fax

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Monday, August 2, 2021 2:56 PM
**To:** mk6708 <morgason2@gmail.com>; Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ann,

Michael will travel to the Mayo Clinic in Florida for further testing & consultations w/various specialists Sept 1st - Sept 3rd. See 7/29 visit summaries attached.

Thanks,
Kristin

# Upcoming Visits

Future Visits

SEP 1 2021 — Blood Test
Department of Laboratory Medicine and Pathology, Davis Building, in Jacksonville, Florida
Starts at 11:50 AM EDT

SEP 1 2021 — Urine Con
Department
Medicine an
Davis Buildi
Jacksonville
Starts at 12:

SEP 1 2021 — Office Visit
Meghana G Halkar
Department of General Internal Medicine in Jacksonville, Florida
Arrive by 1:55 PM EDT

SEP 1 2021 — Electrocar Testing
Department
Cardiovascu
Jacksonville
Arrive by 3:0

SEP 2 2021 — Autonomic Reflex Screen
Department of Neurology in Jacksonville, Florida
Arrive by 11:45 AM EDT

SEP 2 2021 — Echocardi Testing
Department
Cardiovascu
Jacksonville
Arrive by 2:5

On Wed, Jul 14, 2021 at 11:33 AM Kristin Morgason <kristin.morgason@bxs.com> wrote:

> Ann,
>
> The executed authorization for UT Southwestern is attached. Dr. Khan will no longer examine/test Michael as she has referred him to internal medicine/PCP for further testing - see attached visit summary dated 6/07/21.

Also attached is info regarding two upcoming appointments with the Mayo Clinic . I will inform you of next steps after the appointment w/Dr. Meghana Halkar on July 29th.

Michael is unable to work, per Dr. Hugh Frederick, for 4-6 months following the 4/22/21 CT release & thumb reconstruction surgeries. Please let me know if I need to contact their office to obtain info regarding Michael's disability/limitations. I understood Michael to say you were communicating directly with Dr. Frederick's office regarding long term disability continuance claim forms.

Thanks,
Kristin

On Mon, Jun 14, 2021 at 9:37 AM mk6708 <morgason2@gmail.com> wrote:

---------- Forwarded message ---------
From: **Ann Siewert** <Ann.Siewert@lfg.com>
Date: Mon, Jun 14, 2021, 9:32 AM
Subject: Lincoln Financial Group Information for Claim 1210046281 (SECURE)
To: <morgason2@gmail.com>

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**&#174.

--

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

BancorpSouth

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

--

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

BancorpSouth

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply

email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, July 14, 2021 1:09 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE) |
| **Attachments:** | UT SW medical authorization.pdf; MyChart - Visit Summary 06 07 2021.pdf; Mayo info June 2021.pdf |

---

**From:** Siewert, Ann
**Sent:** Wednesday, July 14, 2021 1:08:27 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

800-423-2765 ext 2913
Office

402-951-0683 Fax

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Wednesday, July 14, 2021 11:33 AM
**To:** mk6708 <morgason2@gmail.com>; Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ann,

The executed authorization for UT Southwestern is attached. Dr. Khan will no longer examine/test Michael as she has referred him to internal medicine/PCP for further testing - see attached visit summary dated 6/07/21.

Also attached is info regarding two upcoming appointments with the Mayo Clinic . I will inform you of next steps after the appointment w/Dr. Meghana Halkar on July 29th.

Michael is unable to work, per Dr. Hugh Frederick, for 4-6 months following the 4/22/21 CT release & thumb reconstruction surgeries. Please let me know if I need

to contact their office to obtain info regarding Michael's disability/limitations. I understood Michael to say you were communicating directly with Dr. Frederick's office regarding long term disability continuance claim forms.

Thanks,
Kristin

On Mon, Jun 14, 2021 at 9:37 AM mk6708 <morgason2@gmail.com> wrote:

---------- Forwarded message ---------
From: **Ann Siewert** <Ann.Siewert@lfg.com>
Date: Mon, Jun 14, 2021, 9:32 AM
Subject: Lincoln Financial Group Information for Claim 1210046281 (SECURE)
To: <morgason2@gmail.com>

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

--

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

BancorpSouth

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, July 14, 2021 7:44 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Ltd - Michael Morgason (secure) 1210046281 |

---

**From:** Siewert, Ann
**Sent:** Wednesday, July 14, 2021 7:43:59 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Ltd - Michael Morgason (secure) 1210046281

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

800-423-2765 ext 2913
Office

402-951-0683 Fax

---

**From:** Siewert, Ann
**Sent:** Wednesday, July 14, 2021 6:44 AM
**To:** 'mk6708' <morgason2@gmail.com>
**Subject:** RE: Ltd - Michael Morgason (secure) 1210046281

I sent you a special authorization for UT Southwestern by email on 6/14/21. Please sign and date the authorization and send it back to LFG so we can request medical records.

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

800-423-2765 ext 2913
Office

402-951-0683 Fax

---

**From:** mk6708 <morgason2@gmail.com>
**Sent:** Tuesday, July 13, 2021 3:28 PM
**To:** Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Ltd - Michael Morgason

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

I just wanted to check in with you and make sure that you have everything needed.
Feel free to contact me if you have any questions or concerns.

Thank you,
Michael

## ClaimsHOAdmin

**From:** ssvendor
**Sent:** Tuesday, June 15, 2021 2:56 PM
**To:** entrprserip
**Subject:** FW: 1210046281 complete
**Attachments:** 6.15.21 Morgason L88.pdf; 6.15.21 Morgason.pdf

---

**From:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:** Tuesday, June 15, 2021 6:54:12 PM (UTC+00:00) Monrovia, Reykjavik
**To:** ssvendor <ssvendor@lfg.com>
**Subject:** 1210046281 complete

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**Melanie Lovell**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

**************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
**************************************************************************

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, June 7, 2021 9:24 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Upload request for OA on 1210046281 |
| **Attachments:** | Maintenance Worker, Municipal.pdf; image013.png; image014.png; image015.png; image016.png; image017.png; image018.png |

---

**From:** Grumet, Tracie
**Sent:** Monday, June 7, 2021 9:24:07 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Siewert, Ann
**Subject:** Upload request for OA on 1210046281

Please upload this information for the OA completed on Claim Number: 1210046281

Thank you,

**Tracie Grumet, MA, CRC**
Vocational Rehabilitation Consultant
Group Protection

Lincoln Financial Group
150 N. Radnor-Chester Road
Radnor, PA 19087

770-763-5100 Office
800-333-2542, ext 5100 Toll Free
402-938-7834 Fax

LincolnFinancial.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Friday, May 28, 2021 2:54 PM
**To:** entrprserip
**Subject:** FW: A fax has arrived from remote ID '2145283074 '.
**Attachments:** 008BBF79.TIF

________________________________________

From: Siewert, Ann
Sent: Friday, May 28, 2021 2:53:39 PM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: A fax has arrived from remote ID '2145283074 '.

Please add to claim 1210046281

Ann Siewert
Senior LTD Claims Examiner

Lincoln National Corporation
LincolnFinancial.com
402-361-2913 Office

402-951-0683 Fax

-----Original Message-----
From: RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
Sent: Friday, May 28, 2021 1:21 PM
To: Siewert, Ann <Ann.Siewert@lfg.com>
Subject: A fax has arrived from remote ID '2145283074 '.

A fax has arrived from remote ID '2145283074 '.
-------------------------------------------------------------
5/28/2021 2:12:31 PM Transmission Record
Received from remote ID: 2145283074
Inbound user ID ANNSI2, routing code 4029510683
Result: (0) Success
Page record: 1 - 29
Elapsed time: 07:28 on channel 4

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, May 13, 2021 4:35 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE) |
| **Attachments:** | [Untitled] (13).pdf |

---

**From:** Siewert, Ann
**Sent:** Thursday, May 13, 2021 4:34:46 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Thursday, May 13, 2021 3:31 PM
**To:** mk6708 <morgason2@gmail.com>; Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1210046281 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ann,

Please see executed Third Party Authorization attached.

Thank you,

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

BancorpSouth

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

On Tue, May 11, 2021 at 1:04 PM mk6708 <morgason2@gmail.com> wrote:

---------- Forwarded message ---------
From: **Ann Siewert** <Ann.Siewert@lfg.com>
Date: Tue, May 11, 2021, 12:01 PM
Subject: Lincoln Financial Group Information for Claim 1210046281 (SECURE)
To: <morgason2@gmail.com>

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group    LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1210046281

Please review the attached letter and/or document(s) regarding the Claim #1210046281 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Ann Siewert**
**Senior Claims Examiner, Group Claims**
LN10-Lincoln National Life Insurance Co
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2913
Email: Ann.Siewert@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance

Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Thursday, May 13, 2021 9:11 AM
**To:** entrprserip
**Subject:** FW: (secure) LTD claim 1210046281

---

**From:** Siewert, Ann
**Sent:** Thursday, May 13, 2021 9:10:53 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (secure) LTD claim 1210046281

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

---

**From:** Shelley McGee <shelley.mcgee@txkisd.net>
**Sent:** Wednesday, May 12, 2021 11:22 AM
**To:** Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: (secure) LTD claim 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

1. Please confirm Mr. Morgason's Last Full Date Worked as: 11/19/20

2. Please provide payroll records for 2 months prior to Mr. Morgason's date last worked, and confirm rate of pay: Rate of pay $19.66 per hour (See attached check stubs)

3. Did Mr. Morgason participate in a pension/retirement plan? If yes, please verify which type (401K, 403B, Defined Benefit, etc.) and when he will become eligible to receive benefits? Yes; Teacher Retirement System; Defined Benefit

4. Is the employee's position being held currently and do you offer return to work accommodations? His position can only be held through 5/21/21; he will then need to resign or he will be terminated.

Shelley McGee

On Tue, May 11, 2021 at 11:10 AM Siewert, Ann <Ann.Siewert@lfg.com> wrote:

This message was sent securely using Zix®

Ms. McGee,

Good morning.

I have been assigned as the Claims Examiner for the Long Term Disability Claim for Michael Morgason, Date of Birth: I am requesting assistance with verification of and obtaining the following information:

1. Please confirm Mr. Morgason's Last Full Date Worked as:

2. Please provide payroll records for 2 months prior to Mr. Morgason's date last worked, and confirm rate of pay:

3. Did Mr. Morgason participate in a pension/retirement plan? If yes, please verify which type (401K, 403B, Defined Benefit, etc.) and when he will become eligible to receive benefits?

4. Is the employee's position being held currently and do you offer return to work accommodations?

In the event this email should be directed to another individual or department please respond as such. Again I would like to thank you for your time and assistance with this matter.

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

--
Shelley McGee
Benefits Specialist
4241 Summerhill Road
Texarkana, Texas 75503
903-794-3651 Ext 1009
903-792-2632 Fax

shelley.mcgee@txkisd.net

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, May 12, 2021 4:32 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (secure) LTD claim 1210046281 |

---

**From:** Siewert, Ann
**Sent:** Wednesday, May 12, 2021 4:31:45 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (secure) LTD claim 1210046281

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

**From:** Shelley McGee <shelley.mcgee@txkisd.net>
**Sent:** Wednesday, May 12, 2021 3:09 PM
**To:** Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: (secure) LTD claim 1210046281

Employer does not contribute. Employee contributes 7.7%.

Shelley

On Wed, May 12, 2021 at 2:49 PM Siewert, Ann <Ann.Siewert@lfg.com> wrote:

This message was sent securely using Zix®

Thank you for your prompt response.

For #3: what amount (percentage) of the retirement is contributed by the employer and what amount (percentage) is contributed by the employee?

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

**From:** Shelley McGee <shelley.mcgee@txkisd.net>
**Sent:** Wednesday, May 12, 2021 11:24 AM
**To:** Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: (secure) LTD claim 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sorry......I hit send before I attached his check stubs.

Shelley

On Tue, May 11, 2021 at 11:10 AM Siewert, Ann <Ann.Siewert@lfg.com> wrote:

This message was sent securely using Zix®

Ms. McGee,

Good morning.

I have been assigned as the Claims Examiner for the Long Term Disability Claim for Michael Morgason, Date of Birth: I am requesting assistance with verification of and obtaining the following information:

1. Please confirm Mr. Morgason's Last Full Date Worked as:

2. Please provide payroll records for 2 months prior to Mr. Morgason's date last worked, and confirm rate of pay:

3. Did Mr. Morgason participate in a pension/retirement plan? If yes, please verify which type (401K, 403B, Defined Benefit, etc.) and when he will become eligible to receive benefits?

4. Is the employee's position being held currently and do you offer return to work accommodations?

In the event this email should be directed to another individual or department please respond as such. Again I would like to thank you for your time and assistance with this matter.

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

--
Shelley McGee
Benefits Specialist
4241 Summerhill Road
Texarkana, Texas 75503
903-794-3651 Ext 1009
903-792-2632 Fax
shelley.mcgee@txkisd.net

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

--
Shelley McGee
Benefits Specialist
4241 Summerhill Road
Texarkana, Texas 75503
903-794-3651 Ext 1009
903-792-2632 Fax
shelley.mcgee@txkisd.net

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, May 12, 2021 3:50 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (secure) LTD claim 1210046281 |
| **Attachments:** | MMorgason ck stubs.pdf |

---

**From:** Siewert, Ann
**Sent:** Wednesday, May 12, 2021 3:49:36 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: (secure) LTD claim 1210046281

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

---

**From:** Shelley McGee <shelley.mcgee@txkisd.net>
**Sent:** Wednesday, May 12, 2021 11:24 AM
**To:** Siewert, Ann <Ann.Siewert@lfg.com>
**Subject:** Re: (secure) LTD claim 1210046281

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sorry......I hit send before I attached his check stubs.

Shelley

On Tue, May 11, 2021 at 11:10 AM Siewert, Ann <Ann.Siewert@lfg.com> wrote:

This message was sent securely using Zix®

Ms. McGee,

Good morning.

I have been assigned as the Claims Examiner for the Long Term Disability Claim for Michael Morgason, Date of Birth: I am requesting assistance with verification of and obtaining the following information:

1. Please confirm Mr. Morgason's Last Full Date Worked as:

2. Please provide payroll records for 2 months prior to Mr. Morgason's date last worked, and confirm rate of pay:

3. Did Mr. Morgason participate in a pension/retirement plan? If yes, please verify which type (401K, 403B, Defined Benefit, etc.) and when he will become eligible to receive benefits?

4. Is the employee's position being held currently and do you offer return to work accommodations?

In the event this email should be directed to another individual or department please respond as such. Again I would like to thank you for your time and assistance with this matter.

**Ann Siewert**
Senior LTD Claims Examiner

**Lincoln National Corporation**
LincolnFinancial.com

402-361-2913 Office

402-951-0683 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix&#174.

--
Shelley McGee
Benefits Specialist
4241 Summerhill Road
Texarkana, Texas 75503
903-794-3651 Ext 1009
903-792-2632 Fax
shelley.mcgee@txkisd.net

# STD CLAIM PROFILE

**Date:** 8/28/2025 **LFG** **Claim #:** 1200120731

**Insurer:** The Lincoln National Life Insurance Company **Posted:** 12/3/2020 **Location:** HOME
**Policy:** 00001025316900000 - **Status:** CLOSED **User ID:** ANNSI2
Texarkana Independent School District **Business:** TRUE STD
**Close Date:** 5/24/2021 **Close Reason:** Maximum Benefit Reached (T65, RBD, etc.)

## Claimant Information

**Name:** MICHAEL R MORGASON **Phone:** **DOB:**
**SSN:** **Sex:** M **Hire:** 2/3/2014
**Address:** **Ins Eff:** 9/1/2019
USA **Occ:** MAINTENANCE MECHANIC (**DOT** ndustry638281014titles: fixer;
**Salary:** $786.40 **Period:** Weekly

## Claim Information

**LTD Pol:** 1676890
**Special Provisions:** **Min Ben:** $52.40
**Ben:** 66.67% / $1,500.00 **Flat:** **Labor:** 3 **Age:** 50 **Elim Per:** 14 day
**DLW:** 11/18/2020 **DOD:** 11/20/2020 **S/A:** S **W/R:** N **Ben Amt:** $524.00

**Diagnosis Pri:** M79.604Pain in right leg **Max Weeks:** 24
**Sec:** **Max Days:** 0
**Recovery Date:** 5/21/2021

## Benefit Information

**Date Ben Begin:** 12/4/2020 **Weeks Paid:** 24

## Policy Information

**SS Offset:** Primary & Family **Prex:** 3/12

## Offset Information

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| 3M SURV | PENDING | 12/4/2020 | 12/4/2021 | | |
| RehabAst | PENDING | 12/4/2020 | | $39.32 | |
| SAL CONT | TERMINATED | 11/19/2020 | 12/11/2020 | $2,634.44 | $0.00 |

## Alert Information

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | FICA MAY APPLY TO BENEFITS PAID ON THIS REOPENED CLAIM | 1/25/2021 | 2/10/2021 |

## Action Plan

# Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | MICHAEL MORGASON | | | **Occupation:** | MAINTENANCE MECHANIC (any industry) alternate titles: fixer; | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 12/3/2020 | **Months Dis:** | 248 |
| **Claim #:** | 1200120731 | **DOD:** | 11/20/2020 | **Ben:** | $524.00 | **Months Pd:** | 24 |
| **Coverage:** | STD | **Status:** | CLOSED | **Close Date:** | 5/24/2021 | **Assignee:** | ANNSI2 |
| **Policy Holder:** | Texarkana Independent School District | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | **Close Code:** | Maximum Benefit Reached (T65, RBD, etc.) | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 12/7/2020 | Documents/Mail | 1 | Fax | Completed | RAWKN5 |
| | 2020-12-03-12.13.07.020660O01 | | | | |
| 12/7/2020 | Documents/Mail | 3 | Claim Form - Authorization | Completed | RAWKN5 |
| | 2020-12-07-15.13.27.880580O01 | | | | |
| 12/7/2020 | Documents/Mail | 2 | Claim Form - EE, ER, APS | Completed | RAWKN5 |
| | 2020-12-07-15.12.06.845580O01 | | | | |
| 12/7/2020 | Claim Tasks | 1 | Missing Tax Info on Cert Ref | Completed | RAWKN5 |
| | Task completed by system 07-DEC-20 03.08.33.158132 PM -06:00 | | | | |
| 12/7/2020 2:51:03 PM | Claim Tasks | 4 | Verify Offsets | Requested | ARXCA7 |
| | Verify Offsets | | | | |
| 12/7/2020 2:51:03 PM | Claim Tasks | 2 | Verify Occupation | Requested | ARXCA7 |
| | DOT/Occupation w as Unknow n | | | | |
| 12/7/2020 2:51:03 PM | Claim Tasks | 5 | Verify Class | Requested | ARXCA7 |
| | Verify Class | | | | |
| 12/7/2020 2:51:03 PM | Claim Tasks | 3 | Missing Info | Requested | ARXCA7 |
| | The follow ing fields contained no data w hen the claim form w as submitted: SALARY,SALARY_PERIOD,CLASS_OF_COV,HIRE_DATE | | | | |
| 12/7/2020 8:03:35 PM | Claim Tasks | 6 | RTW w ithin2 w eeks | Requested | RAWKN5 |
| 12/8/2020 | Claim Tasks | 6 | RTW w ithin2 w eeks | Completed | RAWKN5 |
| 12/8/2020 3:10:22 PM | Summary/Assessment/Pa | 1h | 1For Pending 101 – Missing Information – Employer. Type informa | Requested | RAWKN5 |

Summary Notes
1For Pending 101 – Missing Information – Employer. Type information needed from the Employer:
Separate multiple items w ith semicolons (;). Type information here, immediately follow ing the colon:

2For Incomplete claims – Missing forms
Type X to left of those that apply.
_____ Attending Physician Statement
_____ Authorization Form
_____ Employee Form
___X_ Employer Form

3For Pending 102 – Additional Medical Information Needed. Type Provider name(s) exactly as you w ant to appear in the letter. Separate multiple items w ith semicolons (;). Type information here, immediately follow ing the colon:

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

4For Preventing Digital Employee from sending letter:
_____ Type DOCSNET Initials to the left
_____ Today's Date (mm/dd/yyyy)
Please include reason for prevention:

- SRP059 - Dec 08, 2020 03:10:38 pm
Assessment Notes

Path Notes
Eligibility Assessment In Summary Notes - SRP059 - Dec 08, 2020 03:10:38 pm

50 YOM/ MAINTENANCE/Med
BEING TREATED FOR: problems w /legs & breathing
CLASS: 1
DOH:
INSUR:
14 DAY EP
1ST DAY HOSP: NO
66.67%/1500 MAX
BUY UP: NO
LIST/SELF BILLED: SELF 100% ER PRE TAX
SALARY/ BWE:
BEN:

ELIGIBILITY VERIFIED VIA: ARDIS
DLW: 11/18/20
DOD: 11/20/20
**GAP:
STD PX: 3/12
LTD:
PIC: NA
SAL CONT:
FIT: NONE

OTHER: EE prerers email corrrespondence

MEDICAL ASSESSMENT: APS 12/2/20
DR. / Michael Crabtree -FNP
DX: M79.604 pain in right low er limb
SUBJ: Right leg pain, w eakness
OBJ: ABI, Venous dopper- both negative
TX: Referred to Ortho- prescribed meds. Scheduled for NCV/EMG 12/23/20
R&L: no w alking/standing for long periods, bending, stooping, not sure if he can sit for long hours
DOD/EDD: 11/20/20
HOSPITAL: NO
ERTW: 11/20- 1/2/21
OTHER MEDICAL:

PATH: Incomplete, Missing ER, Letter to be sent. - ARXCA7 - Dec 09, 2020 11:24:51 am

ERS RECVD. ALL FORMS NOW RECVD
PATH: PENDING 1 CE REVIEW - ARXCA7 - Dec 16, 2020 01:42:59 pm

UPDATED PATH:
Due to EE in occ that in primarily on his feet lifting are carrying heavy objects and R&Ls include no w alking/standing for long periods and EE requiring additional testing, reasonable to approve claim from 11/20 to Dr ERTW of 1/2/21. Will need OVN's and testing results to extend claim if needed. Sending approval ltr and payment. - RAWKN5 - Dec 18, 2020 02:31:04 pm

UPDATE: Rcvd GCD - Neuromuscular disorder - unknow n. LOV 12/30. Testing bi-w eekly, blood w ork, xray, MRIs. TTD 11/18 to now . Referred to UTSW Neuro Dep. Appt is 2/23/21. No Standing, lifting, bending, overexerting muscles. Class 5 physical impairment. Signed on 1/4.

PATH:
Will need to take to OC to determine if extension supported w / GCD or if med recs needed. - RAWKN5 - Jan 22, 2021 02:28:05 pm

UPDATED PATH:
Review ed in OC and determined reasonable to support through NOV w / neuro. Sending letter and w ill need OVNs to extend further if still unable to RTW - RAWKN5 - Jan 25, 2021 03:39:53 pm

UPDATED PATH:
Suspending claim, w ill need OVN to extend claim further. - RAWKN5 - Feb 26, 2021 05:08:16 pm

UPDATE: Rcvd GCD - Unknow n neuromuscular disease/disorder. LOV 3/5. Diagnostic testing. TTD 11/18-present. RTW unknow n. Undergoing parneoplastic and genetic testing. R&Ls - same, No overexerting muscles. Class 5 physical impairment. Signed on 2/24.

3/5 CT - No bow el obstruction nor acute process in the abd. Calcified pulmonary granuloma in addition to a couple noncalcified pulmonary opacities measuring up to 6mm. Consider formal chest CT as baseline in the PT w / reported long-standing smoking history.

PATH:
No change - no actual OVN rcvd from 2/23 neuro visit. EE's w ife just sent prior OVN's from 2020 and patient care summary. Called EE - he w ill have OVN sent in. - RAWKN5 - Mar 17, 2021 04:21:43 pm

UPDATE: Rcvd 2/23 progress notes - eval for muscle w eakness. Assessment - in 2010 started to have w eakness and pain in legs, more in the right. Severe gen fatigue, tiredness, also some cognitive issue reported by w ife. Long term smoker and still currently smoking. Reports frequent cramps, muscle tw itching. PE - he has no w eakness. Increased DTR in LE. Some increased tone of Les and asymmetric reduced sensation to vibration and proprioception in Les. Gait w as normal, no sensory ataxia. Symptoms are mixed presentation paraneoplastic vs. Hyperexcitability vs genetic metabolic muscle disease. Plan - Paraneoplastic panel, repeat CK, CBC CMP, Ct chest, abdomen and pelvis for neoplasm screen. Repeat NCS/EMG. F/u in 6-8 w eeks after testing.

Per email - NOV is 3/26 for additional testing.

PATH:
Taking to OC to determine if R&Ls supported w hile undergoing testing. - RAWKN5 - Mar 22, 2021 04:25:30 pm

UPDATE: OC -
Clinical Recommendation: Claim review ed in consult w ith CS. Based on the documents review ed and discussed, EE is being treated for pain and w eakness in bilateral low er extremities w ithout a know n cause.

EE w as last seen on 2/23/21 by Dr. Yao/Dr. Khan and current testing has been unremarkable. Exam noted increased deep tendon reflexes in low er extremities w ith some increased tone of low er extremities and asymmetric reduced sensation to vibration and proprioception in low er extremities. It w ould be reasonable to support R&Ls of no frequent w alking or standing through 4/9/21 to allow time for additional testing. Recommend requesting updated OV notes and diagnostic test results from Dr. Yao/Dr. Khan.

PATH:
Claim extended to 4/10 - w ill need updated OVN w ith further tx plan and diagnostic testing results. Sending letter and continuing payments. - RAWKN5 - Mar 24, 2021 07:20:45 pm

UPDATE: Rcvd MR's
3/26 EMG - Abnormal study - evidence of mod to severe right median mononeuropathy across the w rist (carpel tunnel syndrome). Chronic degen changes w ere seen in the APB.
3/31 OV - Rt thumb CMC pain from OA - pain interfere w / ADLs, studies confirmed significant rt carpal tunnel. Good by temporary relief from previous injections. SX including trapezium resection, interpositional arthroplasty, and ligament reconstruction discussed. 4-6 months for complete recovery. EE w ill be in cast w / thumb and w rist immobilized for a month, and then removeable splint for 3-4 months after cast. Recommend rt carpal tunnel release

be done at the same time as thumb reconstruction. Medical clearance required prior to surgery by internist or cardio.

GCD - Unknow n neuromuscular, severe carpal tunnel and R thumb OA, possible genetic disorder. OV's 3/26 and 4/9 for pre-op testing. SX w / be end of April 2021. TTD 11/18-present. ERTW at least 12 w eeks post op. R&Ls avoid exerting muscles. Class 5 physical impairment. Signed on 4/9 by FNP

PATH:
EE rcvd medical clearance and w ill have SX date today or tomorrow , he w ill call w ith the date by end of business tomorrow and I w ill extend the claim to that date. - RAWKN5 - Apr 14, 2021 12:51:10 pm

UPDATE: Rcvd email from EE - sx is scheduled for 4/22

PATH:
Claim extended to 4/22, once sx confirmed w ill extend claim for post op recovery - RAWKN5 - Apr 16, 2021 09:52:01 am

UPDATED PATH:
Rcvd SX confirmation, claim extended to MBD and rolling to LTD. - RAWKN5 - Apr 29, 2021 11:16:47 am

12/8/2020 3:10:44 PM | Claim Tasks | 7 | Update Claim Direction | Requested | OMA INC

ER Form Missing: DLW, Hours Worked, DoHire, Class, BLOC, CLOC not confirmed

Bill Type Missing In ARDIS
APS Data Missing: DOD
Cannot confirm class, therefore cannot validate ER %
Bill Type did not return as G,N, or L
- SRP059 - Dec 08, 2020 03:10:57 pm

12/8/2020 3:11:03 PM | Claim Tasks | 8 | Elig BOT Rvw - Contact Required | Requested | OMA INC

12/9/2020 | Documents/Mail | 5 | STD Claim Acknow ledgement - New | Completed | ARXCA7

STD Claim Acknow ledgement - New

12/9/2020 | Documents/Mail | 4 | STD Claim Acknow ledgement - New | Completed | ARXCA7

STD Claim Acknow ledgement - New

12/9/2020 | Documents/Mail | 6 | Email | Completed | ARXCA7

From: Calliste, Daw n
Sent: Wednesday, December 09, 2020 12:23 PM
To: 'shelley.mcgee@txkisd.net' <shelley.mcgee@txkisd.net>
Subject: (SECURE) STD CLAIM 1200120731 MICHAEL MORGASON
Importance: High

Greetings! I've received a Short Term Disability claim for the above Employee. The claim w as received in incomplete status pending the Employer's Portion. Please complete the attached Employer's statement and provide a Job Description. Once completed, please email it directly to: disabilityclaims@lfg.com or Fax to: 877-843-3950.

If you have any questions please don't hesitate to reach out to me directly. Thank you for your assistance and have a pleasant day!

Kind Regards,

Daw n Calliste
Short Term Disability Claims Examiner II

Office: 678-295-3356
Fax: 877-843-3950

Lincoln Financial Group
1600 Riveredge Parkw ay
Suite 130
Atlanta, GA 30328
LincolnFinancial.com

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | - ARXCA7 - Dec 09, 2020 11:23:28 am | | | | |
| 12/9/2020 | Claim Tasks | 4 | Verify Offsets | Completed | ARXCA7 |
| | Verify Offsets | | | | |
| 12/9/2020 | Claim Tasks | 8 | Elig BOT Rvw - Contact Required | Completed | OMA INC |
| 12/9/2020 | Claim Tasks | 2 | Verify Occupation | Completed | ARXCA7 |
| | DOT/Occupation w as Unknow n | | | | |
| 12/9/2020 | Claim Tasks | 5 | Verify Class | Completed | ARXCA7 |
| | Verify Class | | | | |
| 12/9/2020 | Claim Tasks | 7 | Update Claim Direction | Completed | OMA INC |
| | ER Form Missing: DLW, Hours Worked, DoHire, Class, BLOC, CLOC not confirmed<br><br>Bill Type Missing In ARDIS<br>APS Data Missing: DOD<br>Cannot confirm class, therefore cannot validate ER %<br>Bill Type did not return as G,N, or L<br>- SRP059 - Dec 08, 2020 03:10:57 pm | | | | |
| 12/9/2020 | Claim Tasks | 3 | Missing Info | Completed | ARXCA7 |
| | The follow ing fields contained no data w hen the claim form w as submitted:<br>SALARY,SALARY_PERIOD,CLASS_OF_COV,HIRE_DATE | | | | |
| 12/9/2020 | Telephone (OUT) | 1 | MICHAEL R. MORGASON | Completed | ARXCA7 |
| | C/O TO EE ON STATUS<br>DEMOGRAPHICS VERIFIED<br><br>OCC: Skilled Maintenance<br>job duties: w elding, fabircation, painting, standing, w alking, lifting daily<br><br>DLW: 11/18<br>DOD: 11/20/20<br>DX: PAIN IN RIGHT LEG<br><br>also has extreme w eakness in both legs, causes alot of pain,<br>TX: taking Gabapentin, No PT<br>lov: 12/8/20 more tests ordered, w aiting for insurance apprvl<br>hoping to have tests done in next 2 w ks.<br>Tests w ill be MRI, and more lab w ork, full thyroid panel & others<br>ERTW: 1/2/21<br>Email correspondence preferred<br><br>ADVD EE OF 14 DAY EP. WILL RCV LTR BY EMAIL WE WILL REACH OUT TO ER FOR MISSING FORM.<br><br>CE's phone continuously w ent in and out and had to make 3-4 phone calls back to ee to conduct this initial call.<br><br>incomplete letter to be sent - ARXCA7 - Dec 09, 2020 11:19:49 am | | | | |
| 12/9/2020 11:20:12 AM | Claim Tasks | 9 | 7 Day Incomplete Claim | Requested | ARXCA7 |
| | ERS - ARXCA7 - Dec 09, 2020 11:20:24 am | | | | |
| 12/11/2020 2:09:24 AM | Documents/Mail | 7 | Email | Received | ARXCA7 |
| | 2020-12-08-07.47.42.840640O01 | | | | |
| 12/14/2020 | Documents/Mail | 7 | Email | Completed | ARXCA7 |
| | 2020-12-08-07.47.42.840640O01 | | | | |
| 12/14/2020 11:28:53 AM | Documents/Mail | 8 | Fax | Received | ARXCA7 |
| | 2020-12-09-13.24.32.058580O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/14/2020 11:28:54 AM | Documents/Mail<br>2020-12-13-10.40.13.645720O01 | 9 | Claim Form - EE, ER, APS | Received | ARXCA7 |
| 12/14/2020 11:28:55 AM | Documents/Mail<br>2020-12-13-10.40.26.091720O01 | 10 | Incoming Correspondence | Received | ARXCA7 |
| 12/16/2020 | Documents/Mail<br>2020-12-13-10.40.26.091720O01 | 10 | Incoming Correspondence | Completed | ARXCA7 |
| 12/16/2020 | Documents/Mail<br>2020-12-13-10.40.13.645720O01 | 9 | Claim Form - EE, ER, APS | Completed | ARXCA7 |
| 12/16/2020 | Documents/Mail<br>2020-12-09-13.24.32.058580O01 | 8 | Fax | Completed | ARXCA7 |
| 12/16/2020 | Claim Tasks<br>ERS - ARXCA7 - Dec 09, 2020 11:20:24 am | 9 | 7 Day Incomplete Claim | Completed | ARXCA7 |
| 12/16/2020 1:40:32 PM | Claim Tasks<br>ALL FORMS RECVD, PENDING 1 CE REVIEW - ARXCA7 - Dec 16, 2020 01:41:09 pm | 10 | Complete Claim | Requested | RAWKN5 |
| 12/18/2020 | Documents/Mail<br>STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability | 12 | STD Approval Letter Generic | Completed | RAWKN5 |
| 12/18/2020 | Documents/Mail<br>STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability | 11 | STD Approval Letter Generic | Completed | RAWKN5 |
| 12/18/2020 | Claim Tasks<br>ALL FORMS RECVD, PENDING 1 CE REVIEW - ARXCA7 - Dec 16, 2020 01:41:09 pm | 10 | Complete Claim | Completed | RAWKN5 |
| 12/18/2020 | Telephone (OUT)<br>LVM - advise claim approved from 11/20 to Dr ERTW of 1/2/21. Will need GCD and OVN's/testing results to extend claim if needed. Sending approval ltr and payment. - RAWKN5 - Dec 18, 2020 02:33:10 pm | 2 | MICHAEL R. MORGASON | Completed | RAWKN5 |
| 12/18/2020 10:51:32 PM | Payments | | DEPOSIT 12/4/2020 - 1/2/2021 | INITIAL | RAWKN5 |
| 12/18/2020 10:51:33 PM | Status | | RTW (Dr Release) | CLOSED | BRMCLSDIRY |
| 12/22/2020 | Telephone (IN)<br>Name: Michael<br>Call Back:<br>ss#:<br>Claim:STD 1200120731<br>Employer: Texarkana Independent School District<br><br>advised Approved To 01/02/2021<br><br>payment w as from 12/04/2020 01/02/2021 | 3 | MICHAEL R MORGASON | Completed | RAWKN5 |
| 1/4/2021 | Telephone (IN)<br>Name: michael morgason<br>Call Back:<br>ss#:<br>Claim: 1200120731<br>Employer: Texarkana Independent School District<br><br>need to extend claim<br>advised w ill need MR from doctor | 4 | MICHAEL R MORGASON | Completed | RAWKN5 |
| 1/15/2021 | Telephone (IN)<br>NAME: michael<br>CALL BACK:<br>SS#:<br>CLAIM:STD 1200120731<br>EMPLOYER: Texarkana Independent School District<br><br>advised w ill need updated MR to extend claim past 1/2/2021 | 5 | MICHAEL R MORGASON | Completed | RAWKN5 |
| 1/20/2021 6:22:43 AM | Documents/Mail<br>2021-01-15-17.14.43.199900O01 | 13 | GROUP CONTINUANCE OF DIS FORM | Received | RAWKN5 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/22/2021 | Documents/Mail | 13 | GROUP CONTINUANCE OF DIS FORM | Completed | RAWKN5 |

2021-01-15-17.14.43.199900O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/22/2021 2:28:09 PM | Claim Tasks | 11 | Update Claim Direction | Requested | RAWKN5 |

sign up for OC - RAWKN5 - Jan 22, 2021 02:28:20 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/25/2021 | Referrals | 1 | Initial Claim Review | Completed | RAWKN5 |

OPEN CONSULT

Demographics
Claimant Name: Michael Morgason
Claim Number: 1200120731
Occupation/level: Maintenance (med occ)
Diagnosis: Pain in Rt low er limb
DOD: 11/20
DLW: 11/18

MEDICAL ASSESSMENT: APS 12/2/20
DR. / Michael Crabtree -FNP
DX: M79.604 pain in right low er limb
SUBJ: Right leg pain, w eakness
OBJ: ABI, Venous dopper- both negative
TX: Referred to Ortho- prescribed meds. Scheduled for NCV/EMG 12/23/20
R&L: no w alking/standing for long periods, bending, stooping, not sure if he can sit for long hours
DOD/EDD: 11/20/20
HOSPITAL: NO
ERTW: 11/20- 1/2/21
OTHER MEDICAL:

UPDATED PATH:
Due to EE in occ that in primarily on his feet lifting are carrying heavy objects and R&Ls include no w alking/standing for long periods and EE requiring additional testing, reasonable to approve claim from 11/20 to Dr ERTW of 1/2/21. Will need OVN's and testing results to extend claim if needed. Sending approval ltr and payment. - RAWKN5 - Dec 18, 2020 02:31:04 pm

UPDATE: Rcvd GCD - Neuromuscular disorder - unknow n. LOV 12/30. Testing bi-w eekly, blood w ork, xray, MRIs. TTD 11/18 to now . Referred to UTSW Neuro Dep. Appt is 2/23/21. No Standing, lifting, bending, overexerting muscles. Class 5 physical impairment. Signed on 1/4.

PATH:
Will need to take to OC to determine if extension supported w / GCD or if med recs needed. - RAWKN5 - Jan 22, 2021 02:28:05 pm

Specific Medical Question:
Does the GCD rcvd support an extension through NOV w / neuro on 2/23? - RAWKN5 - Jan 25, 2021 10:07:25 am
Date:1/25/2021
Subject:Clinical Consultation Response

Claim#: 1200120731
Claimant: Michael Morgason

Clinical: 50 yr old Maintenance Mechanic (Med) w ith initial diagnosis of Pain in right leg. DOD 11/20/20 and STD claim approved through 1/2/2021. Job requires being on his feet and heavy lifting all day. Updated GCOD received 12/30/21 w ith new diagnosis of unknow n Neuromuscular disorder. MRI and blood w ork being done and EE scheduled for EMG/NCS. EE has been given R&LS from now until 2/24/2021 pending consult and testing w ith NeuroMuscular specialist. R&Ls currently no stand, lift, bend or overexert muscles.

Impression/Rationale: The medical records support ongoing impairment in strength and stamina of use of right leg muscles. It is medically reasonable to support the R&Ls from the GCOD until 2/24/21 w hen the EE w ould complete the initial consult w ith Neuromuscular specialist.

Recommendations: Recommend obtaining the medical records from neuromuscular specialist and updated R&Ls

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | from specialist or neurology after 2/24/2021. Please request all diagnostic testing and if nerve or muscle biopsies w ere done please obtain that information too.<br><br>Anne Wuertz RN<br>Nurse Disability Consultant, Lincoln Financial Group - ADKWU5 - Jan 25, 2021 01:51:50 pm | | | | |
| 1/25/2021 | Documents/Mail | 15 | STD Extension Letter | Completed | RAWKN5 |
| | STD Extension Letter | | | | |
| 1/25/2021 | Documents/Mail | 14 | STD Extension Letter | Completed | RAWKN5 |
| | STD Extension Letter | | | | |
| 1/25/2021 | Claim Tasks | 11 | Update Claim Direction | Completed | RAWKN5 |
| | sign up for OC - RAWKN5 - Jan 22, 2021 02:28:20 pm | | | | |
| 1/25/2021 3:45:16 PM | Status | | | REOPENED | RAWKN5 |
| 2/24/2021 | Telephone (IN) | 6 | MICHAEL R MORGASON | Completed | RAWKN5 |
| | TEXARISD<br><br>Michael w ill be seeing his primary doctor this afternoon and w ill call back w ith results | | | | |
| 2/26/2021 | Documents/Mail | 17 | Suspend Benefits for Proof of Dis | Completed | RAWKN5 |
| | Suspend Benefits for Proof of Dis | | | | |
| 2/26/2021 | Documents/Mail | 16 | Suspend Benefits for Proof of Dis | Completed | RAWKN5 |
| | Suspend Benefits for Proof of Dis | | | | |
| 2/26/2021 5:08:21 PM | Claim Tasks | 12 | Close Claim Recommended | Requested | RAWKN5 |
| 3/5/2021 | Telephone (OUT) | 8 | MICHAEL R. MORGASON | Completed | RAWKN5 |
| | Call back attempt - NOA - need to advise nothing rcvd yet from dr, he w ill need to follow up w ith them - RAWKN5 - Mar 05, 2021 05:39:26 pm | | | | |
| 3/5/2021 | Telephone (IN) | 7 | MICHAEL R. MORGASON | Completed | RAWKN5 |
| | Rcvd VM - EE calling to see if info from Dr rcvd yet?<br><br>Called back, advised that no w e have not rcvd anything yet. He said he spoke w ith them a few days ago and nurse said it w as on the Dr's desk but w asn't sure if he completed it. Advised to f/u w ith them again to make sure it w as being sent. He said he w as traveling and I w as cutting in and out and he couldn't understand me. Asked if he w ould like a call back? he said yes, I told him I'll call back this afternoon. - RAWKN5 - Mar 05, 2021 11:28:57 am | | | | |
| 3/9/2021 | Telephone (IN) | 9 | MICHAEL R MORGASON | Completed | RAWKN5 |
| | MICHAEL R MORGASON<br><br>TEXARISD<br><br>EE calling on claim ext. Adv w e have not recvd mr to ext claim. Adv 3 bus days upload and TAT 6-7 bus days. | | | | |
| 3/12/2021 | Telephone (IN) | 10 | MICHAEL R MORGASON | Completed | RAWKN5 |
| | Name: Micheal Morgason<br>SSN or Claim:<br>ER: Texarkana Independent<br>CB:<br>w anted to check and see have w e rcvd updated<br>Adv him that w e havent | | | | |
| 3/15/2021 1:46:50 PM | Documents/Mail | 18 | Email | Received | RAWKN5 |
| | 2021-03-12-16.46.24.520340O01 | | | | |
| 3/15/2021 1:46:51 PM | Documents/Mail | 19 | GROUP CONTINUANCE OF DIS FORM | Received | RAWKN5 |
| | 2021-03-12-16.46.24.561340O01 | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/15/2021 1:46:52 PM | Documents/Mail<br>2021-03-12-16.46.24.599340O01 | 20 | Medical Records | Received | RAWKN5 |
| 3/15/2021 1:46:53 PM | Documents/Mail<br>2021-03-12-16.46.24.637340O01 | 21 | Medical Records | Received | RAWKN5 |
| 3/15/2021 1:46:54 PM | Documents/Mail<br>2021-03-12-16.46.24.669340O01 | 22 | Medical Records | Received | RAWKN5 |
| 3/17/2021 | Documents/Mail<br>2021-03-12-16.46.24.669340O01 | 22 | Medical Records | Completed | RAWKN5 |
| 3/17/2021 | Documents/Mail<br>2021-03-12-16.46.24.599340O01 | 20 | Medical Records | Completed | RAWKN5 |
| 3/17/2021 | Documents/Mail<br>2021-03-12-16.46.24.637340O01 | 21 | Medical Records | Completed | RAWKN5 |
| 3/17/2021 | Documents/Mail<br>2021-03-12-16.46.24.561340O01 | 19 | GROUP CONTINUANCE OF DIS FORM | Completed | RAWKN5 |
| 3/17/2021 | Documents/Mail<br>2021-03-12-16.46.24.520340O01 | 18 | Email | Completed | RAWKN5 |
| 3/18/2021 10:54:01 AM | Documents/Mail<br>2021-03-18-11.48.08.706460O01 | 23 | Email | Received | RAWKN5 |
| 3/18/2021 10:54:02 AM | Documents/Mail<br>2021-03-18-11.48.08.731460O01 | 24 | Medical Records | Received | RAWKN5 |
| 3/18/2021 10:54:03 AM | Documents/Mail<br>2021-03-18-11.48.08.755460O01 | 25 | Medical Records | Received | RAWKN5 |
| 3/18/2021 10:54:04 AM | Documents/Mail<br>2021-03-18-11.48.08.788460O01 | 26 | Medical Records | Received | RAWKN5 |
| 3/18/2021 10:54:05 AM | Documents/Mail<br>2021-03-18-11.48.08.807460O01 | 27 | Medical Records | Received | RAWKN5 |
| 3/22/2021 | Documents/Mail<br>2021-03-18-11.48.08.788460O01 | 26 | Medical Records | Completed | RAWKN5 |
| 3/22/2021 | Documents/Mail<br>2021-03-18-11.48.08.755460O01 | 25 | Medical Records | Completed | RAWKN5 |
| 3/22/2021 | Documents/Mail<br>2021-03-18-11.48.08.731460O01 | 24 | Medical Records | Completed | RAWKN5 |
| 3/22/2021 | Documents/Mail<br>2021-03-18-11.48.08.706460O01 | 23 | Email | Completed | RAWKN5 |
| 3/22/2021 | Documents/Mail<br>2021-03-18-11.48.08.807460O01 | 27 | Medical Records | Completed | RAWKN5 |
| 3/22/2021 4:25:46 PM | Claim Tasks<br>sign up for OC - RAWKN5 - Mar 22, 2021 04:25:54 pm | 13 | Update Claim Direction | Requested | RAWKN5 |
| 3/23/2021 | Claim Tasks<br>sign up for OC - RAWKN5 - Mar 22, 2021 04:25:54 pm | 13 | Update Claim Direction | Completed | RAWKN5 |
| 3/23/2021 4:29:36 PM | Referrals<br>OPEN CONSULT<br><br>Demographics<br>Claimant Name: Michael Morgason<br>Claim Number: 1200120731<br>Occupation/level: Maintenance Mechaninc/med occ<br>Diagnosis: Pain in right leg/unknow n neuromuscular disease/disorder<br>DOD: 11/20/20<br>DLW: 11/18/20<br><br>MEDICAL ASSESSMENT: APS 12/2/20 | 2 | Ongoing Claim Review | Initial | RAWKN5 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

DR. / Michael Crabtree -FNP
DX: M79.604 pain in right low er limb
SUBJ: Right leg pain, w eakness
OBJ: ABI, Venous dopper- both negative
TX: Referred to Ortho- prescribed meds. Scheduled for NCV/EMG 12/23/20
R&L: no w alking/standing for long periods, bending, stooping, not sure if he can sit for long hours
DOD/EDD: 11/20/20
HOSPITAL: NO
ERTW: 11/20- 1/2/21
OTHER MEDICAL:

PATH: Incomplete, Missing ER, Letter to be sent. - ARXCA7 - Dec 09, 2020 11:24:51 am

ERS RECVD. ALL FORMS NOW RECVD
PATH: PENDING 1 CE REVIEW - ARXCA7 - Dec 16, 2020 01:42:59 pm

UPDATED PATH:
Due to EE in occ that in primarily on his feet lifting are carrying heavy objects and R&Ls include no w alking/standing for long periods and EE requiring additional testing, reasonable to approve claim from 11/20 to Dr ERTW of 1/2/21. Will need OVN's and testing results to extend claim if needed. Sending approval ltr and payment. - RAWKN5 - Dec 18, 2020 02:31:04 pm

UPDATE: Rcvd GCD - Neuromuscular disorder - unknow n. LOV 12/30. Testing bi-w eekly, blood w ork, xray, MRIs. TTD 11/18 to now . Referred to UTSW Neuro Dep. Appt is 2/23/21. No Standing, lifting, bending, overexerting muscles. Class 5 physical impairment. Signed on 1/4.

PATH:
Will need to take to OC to determine if extension supported w / GCD or if med recs needed. - RAWKN5 - Jan 22, 2021 02:28:05 pm

UPDATED PATH:
Review ed in OC and determined reasonable to support through NOV w / neuro. Sending letter and w ill need OVNs to extend further if still unable to RTW - RAWKN5 - Jan 25, 2021 03:39:53 pm

UPDATE: Rcvd GCD - Unknow n neuromuscular disease/disorder. LOV 3/5. Diagnostic testing. TTD 11/18-present. RTW unknow n. Undergoing parneoplastic and genetic testing. R&Ls - same, No overexerting muscles. Class 5 physical impairment. Signed on 2/24.

3/5 CT - No bow el obstruction nor acute process in the abd. Calcified pulmonary granuloma in addition to a couple noncalcified pulmonary opacities measuring up to 6mm. Consider formal chest CT as baseline in the PT w / reported long-standing smoking history.

UPDATE: Rcvd 2/23 progress notes - eval for muscle w eakness. Assessment - in 2010 started to have w eakness and pain in legs, more in the right. Severe gen fatigue, tiredness, also some cognitive issue reported by w ife. Long term smoker and still currently smoking. Reports frequent cramps, muscle tw itching. PE - he has no w eakness. Increased DTR in LE. Some increased tone of Les and asymmetric reduced sensation to vibration and proprioception in Les. Gait w as normal, no sensory ataxia. Symptoms are mixed presentation paraneoplastic vs. Hyperexcitability vs genetic metabolic muscle disease. Plan - Paraneoplastic panel, repeat CK, CBC CMP, Ct chest, abdomen and pelvis for neoplasm screen. Repeat NCS/EMG. F/u in 6-8 w eeks after testing.

Per email - NOV is 3/26 for additional testing.

PATH:
Taking to OC to determine if R&Ls supported w hile undergoing testing. - RAWKN5 - Mar 22, 2021 04:25:30 pm

Specific Medical Question:
Is it reasonable to support R&Ls through additional testing? - RAWKN5 - Mar 23, 2021 04:30:01 pm
Open Consultation Response
Claimant: Michael Morgason
Claim Number: 1200120731

Attendees: LKKCA3; RAWKN5

Specific Medical Question:
Is it reasonable to support R&Ls through additional testing?

Clinical Recommendation: Claim review ed in consult w ith CS. Based on the documents review ed and discussed, EE is being treated for pain and w eakness in bilateral low er extremities w ithout a know n cause.

EE w as last seen on 2/23/21 by Dr. Yao/Dr. Khan and current testing has been unremarkable. Exam noted increased deep tendon reflexes in low er extremities w ith some increased tone of low er extremities and asymmetric reduced sensation to vibration and proprioception in low er extremities. It w ould be reasonable to support R&Ls of no frequent w alking or standing through 4/9/21 to allow time for additional testing. Recommend requesting updated OV notes and diagnostic test results from Dr. Yao/Dr. Khan.

Lori C, RN
Nurse Disability Consultant - LKKCA3 - Mar 24, 2021 09:26:05 am

| | | | | | |
|---|---|---|---|---|---|
| 3/24/2021 | Referrals | 2 | Ongoing Claim Review | Completed | RAWKN5 |

OPEN CONSULT

Demographics
Claimant Name: Michael Morgason
Claim Number: 1200120731
Occupation/level: Maintenance Mechaninc/med occ
Diagnosis: Pain in right leg/unknow n neuromuscular disease/disorder
DOD: 11/20/20
DLW: 11/18/20

MEDICAL ASSESSMENT: APS 12/2/20
DR. / Michael Crabtree -FNP
DX: M79.604 pain in right low er limb
SUBJ: Right leg pain, w eakness
OBJ: ABI, Venous dopper- both negative
TX: Referred to Ortho- prescribed meds. Scheduled for NCV/EMG 12/23/20
R&L: no w alking/standing for long periods, bending, stooping, not sure if he can sit for long hours
DOD/EDD: 11/20/20
HOSPITAL: NO
ERTW: 11/20- 1/2/21
OTHER MEDICAL:

PATH: Incomplete, Missing ER, Letter to be sent. - ARXCA7 - Dec 09, 2020 11:24:51 am

ERS RECVD. ALL FORMS NOW RECVD
PATH: PENDING 1 CE REVIEW - ARXCA7 - Dec 16, 2020 01:42:59 pm

UPDATED PATH:
Due to EE in occ that in primarily on his feet lifting are carrying heavy objects and R&Ls include no w alking/standing for long periods and EE requiring additional testing, reasonable to approve claim from 11/20 to Dr ERTW of 1/2/21. Will need OVN's and testing results to extend claim if needed. Sending approval ltr and payment. - RAWKN5 - Dec 18, 2020 02:31:04 pm

UPDATE: Rcvd GCD - Neuromuscular disorder - unknow n. LOV 12/30. Testing bi-w eekly, blood w ork, xray, MRIs. TTD 11/18 to now . Referred to UTSW Neuro Dep. Appt is 2/23/21. No Standing, lifting, bending, overexerting muscles. Class 5 physical impairment. Signed on 1/4.

PATH:
Will need to take to OC to determine if extension supported w / GCD or if med recs needed. - RAWKN5 - Jan 22, 2021 02:28:05 pm

UPDATED PATH:
Review ed in OC and determined reasonable to support through NOV w / neuro. Sending letter and w ill need OVNs to extend further if still unable to RTW - RAWKN5 - Jan 25, 2021 03:39:53 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

UPDATE: Rcvd GCD - Unknow n neuromuscular disease/disorder. LOV 3/5. Diagnostic testing. TTD 11/18-present. RTW unknow n. Undergoing parneoplastic and genetic testing. R&Ls - same, No overexerting muscles. Class 5 physical impairment. Signed on 2/24.

3/5 CT - No bow el obstruction nor acute process in the abd. Calcified pulmonary granuloma in addition to a couple noncalcified pulmonary opacities measuring up to 6mm. Consider formal chest CT as baseline in the PT w / reported long-standing smoking history.

UPDATE: Rcvd 2/23 progress notes - eval for muscle w eakness. Assessment - in 2010 started to have w eakness and pain in legs, more in the right. Severe gen fatigue, tiredness, also some cognitive issue reported by w ife. Long term smoker and still currently smoking. Reports frequent cramps, muscle tw itching. PE - he has no w eakness. Increased DTR in LE. Some increased tone of Les and asymmetric reduced sensation to vibration and proprioception in Les. Gait w as normal, no sensory ataxia. Symptoms are mixed presentation paraneoplastic vs. Hyperexcitability vs genetic metabolic muscle disease. Plan - Paraneoplastic panel, repeat CK, CBC CMP, Ct chest, abdomen and pelvis for neoplasm screen. Repeat NCS/EMG. F/u in 6-8 w eeks after testing.

Per email - NOV is 3/26 for additional testing.

PATH:
Taking to OC to determine if R&Ls supported w hile undergoing testing. - RAWKN5 - Mar 22, 2021 04:25:30 pm

Specific Medical Question:
Is it reasonable to support R&Ls through additional testing? - RAWKN5 - Mar 23, 2021 04:30:01 pm
Open Consultation Response
Claimant: Michael Morgason
Claim Number: 1200120731
Attendees: LKKCA3; RAWKN5

Specific Medical Question:
Is it reasonable to support R&Ls through additional testing?

Clinical Recommendation: Claim review ed in consult w ith CS. Based on the documents review ed and discussed, EE is being treated for pain and w eakness in bilateral low er extremities w ithout a know n cause.

EE w as last seen on 2/23/21 by Dr. Yao/Dr. Khan and current testing has been unremarkable. Exam noted increased deep tendon reflexes in low er extremities w ith some increased tone of low er extremities and asymmetric reduced sensation to vibration and proprioception in low er extremities. It w ould be reasonable to support R&Ls of no frequent w alking or standing through 4/9/21 to allow time for additional testing. Recommend requesting updated OV notes and diagnostic test results from Dr. Yao/Dr. Khan.

Lori C, RN
Nurse Disability Consultant - LKKCA3 - Mar 24, 2021 09:26:05 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/24/2021 | Documents/Mail | 30 | STD Extension Letter | Completed | RAWKN5 |

STD Extension Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/24/2021 | Documents/Mail | 29 | STD Extension Letter | Completed | RAWKN5 |

STD Extension Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/24/2021 | Documents/Mail | 28 | Email | Completed | RAWKN5 |

From: Knape, Rachel
Sent: Wednesday, March 24, 2021 7:24 PM
To: Kristin Morgason <kristin.morgason@bxs.com>
Subject: RE: Claim 1200120731 - Michael Morgason

Hello,

I had the documentation review ed and w e w ere able to extend the claim to 4/10/2021 w hich is tw o w eek after his next testing appointment date that w as provided. If he is unable to return to w ork at that point, w e w ill need an updated office visit note from around that time and the diagnostic testing results from the Neuro appointment. Let me know if you have any other questions.

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Thank you,

Rachel Knape
Claims Examiner II
Group Protection

Lincoln Financial Group
LincolnFinancial.com
402-361-2562 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: Kristin Morgason <kristin.morgason@bxs.com>
Sent: Thursday, March 18, 2021 10:49 AM
To: Knape, Rachel <Rachel.Knape@lfg.com>
Subject: Re: Claim 1200120731 - Michael Morgason

Thank you, Rachel!

On Thu, Mar 18, 2021 at 10:47 AM Knape, Rachel <Rachel.Knape@lfg.com> w rote:
Hello,

- RAWKN5 - Mar 24, 2021 07:24:16 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/24/2021 | Claim Tasks | 12 | Close Claim Recommended | Completed | RAWKN5 |
| 3/24/2021 8:14:14 PM | Claim Tasks | 14 | 45 Day.Need Decision/Extension | Requested | RAWKN5 |
| 3/24/2021 8:14:53 PM | Claim Tasks | 15 | 75 Day.Need Decision/Extension | Requested | RAWKN5 |
| 3/24/2021 8:15:38 PM | Claim Tasks | 16 | 105 Day.Need Decision/Extension | Requested | RAWKN5 |
| 3/25/2021 | Claim Tasks | 16 | 105 Day.Need Decision/Extension | Completed | RAWKN5 |
| 3/25/2021 | Claim Tasks | 15 | 75 Day.Need Decision/Extension | Completed | RAWKN5 |
| 3/25/2021 | Claim Tasks | 14 | 45 Day.Need Decision/Extension | Completed | RAWKN5 |
| 3/26/2021 8:04:01 PM | Claim Tasks | 17 | LINKS Review | Requested | ANNSI2 |

STD APPROVED TO: 4/10/2021
STD MBD: 5/21/2021
LTD BCD:5/19/2021
LTD EFF:9/1/2019
LTD PRE-EX: 3/12
50yoM Maintenance/med occ diagnosed w ith pain in the right leg and unknow n neuromuscular disease. EE is still undergoing testing testing w ith neuro and has R&Ls of no frequent w alking or standing through 4/9. Took to OC to review and R&Ls supported to allow for additional testing.
RECOMMENDATION:Claim w ill not be extended w ithout f/u OVN and diagnostic testing sent in for review
RGO:Dallas
- RAWKN5 - Mar 29, 2021 04:06:36 pm

Agree w / direction at this time, please return if further dx testing and OVN show s that extension is approproate - SA8SH2 - Mar 31, 2021 04:06:20 pm

UPDATE: EE is undergoing SX on 4/22 after NCS. Will return task once SX complete and extension done - RAWKN5 - Apr 16, 2021 09:59:02 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Agree, once sx confirmed please extend to max and return for roll - SA8SH2 - Apr 19, 2021 01:55:41 pm<br><br>UPDATE: 4/22 Sx confirmed, extended to MBD. Roll to LTD. - RAWKN5 - Apr 29, 2021 11:16:05 am<br><br>Agree w / roll d/t sx confirmation 4/22 - SA8SH2 - Apr 29, 2021 05:11:00 pm<br><br>created claim and assigned to ANNSI2 - SPCAPEL - May 06, 2021 09:52:23 am<br>double check the class - SPCAPEL - May 06, 2021 09:55:21 am | | | | |
| 4/12/2021 2:31:47 PM | Documents/Mail | 31 | Email | Received | RAWKN5 |
| | 2021-04-12-12.14.04.101800O01 | | | | |
| 4/12/2021 2:31:48 PM | Documents/Mail | 32 | GROUP CONTINUANCE OF DIS FORM | Received | RAWKN5 |
| | 2021-04-12-12.14.04.115800O01 | | | | |
| 4/12/2021 2:31:52 PM | Documents/Mail | 33 | Medical Records | Received | RAWKN5 |
| | 2021-04-12-12.14.04.134800O01 | | | | |
| 4/12/2021 2:31:55 PM | Documents/Mail | 34 | Medical Records | Received | RAWKN5 |
| | 2021-04-12-12.14.04.156800O01 | | | | |
| 4/12/2021 2:31:56 PM | Documents/Mail | 35 | Medical Records | Received | RAWKN5 |
| | 2021-04-12-12.14.04.184800O01 | | | | |
| 4/12/2021 2:31:57 PM | Documents/Mail | 36 | Medical Records | Received | RAWKN5 |
| | 2021-04-12-12.14.04.212800O01 | | | | |
| 4/12/2021 2:31:58 PM | Documents/Mail | 37 | Medical Records | Received | RAWKN5 |
| | 2021-04-12-12.14.04.227800O01 | | | | |
| 4/14/2021 | Documents/Mail | 32 | GROUP CONTINUANCE OF DIS FORM | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.115800O01 | | | | |
| 4/14/2021 | Documents/Mail | 31 | Email | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.101800O01 | | | | |
| 4/14/2021 | Documents/Mail | 37 | Medical Records | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.227800O01 | | | | |
| 4/14/2021 | Documents/Mail | 35 | Medical Records | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.184800O01 | | | | |
| 4/14/2021 | Documents/Mail | 33 | Medical Records | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.134800O01 | | | | |
| 4/14/2021 | Documents/Mail | 36 | Medical Records | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.212800O01 | | | | |
| 4/14/2021 | Documents/Mail | 34 | Medical Records | Completed | RAWKN5 |
| | 2021-04-12-12.14.04.156800O01 | | | | |
| 4/14/2021 | Telephone (OUT) | 11 | MICHAEL R. MORGASON | Completed | RAWKN5 |
| | Called EE - he stated he did get medical clearance, ortho is scheduling the SX today or tomorrow . He w ill call w ith the SX date by EOB tomorrow . Once i know SX date, w ill extend claim to that and EE w ould then need to confirm SX for post op recovery. - RAWKN5 - Apr 14, 2021 12:52:39 pm | | | | |
| 4/16/2021 | Documents/Mail | 41 | STD Extension Letter | Completed | RAWKN5 |
| | STD Extension Letter | | | | |
| 4/16/2021 | Documents/Mail | 40 | STD Extension Letter | Completed | RAWKN5 |
| | STD Extension Letter | | | | |
| 4/16/2021 | Documents/Mail | 38 | Email | Completed | RAWKN5 |
| | From: mk6708 <morgason2@gmail.com><br>Sent: Thursday, April 15, 2021 5:37 PM<br>To: Knape, Rachel <Rachel.Knape@lfg.com><br>Subject: Fw d: Surgery Information<br><br>***This email is from an external source. Only open links and attachments from a Trusted Sender.*** | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

---------- Forw arded message ---------
From: Imelda Godinez <imelda@upperextremitycare.com>
Date: Thu, Apr 15, 2021, 10:57 AM
Subject: Surgery Information
To: <morgason2@gmail.com>

Surgery Information:
North Central Surgical Center
9301 North Central Expressw ay # 100 Tow er 1
Dallas, TX 75231
214-265-2810
Surgery Date: 04/22/2021
Surgery Arrival Time: 7:00 am
Post OP Appointment: 05/03/2021 @ 1:30 pm
Nothing to eat or drink after midnight the night before.
All diet pills must be stopped 14 days prior to surgery. No exceptions!
No anti-inflammatories 5 days prior. (Advil, Aleve, ASA, Meloxicam, Celebrex, Pred)
Prescription blood thinners need to be stopped 5 days prior to surgery unless instructed otherw ise by the prescribing physician.
If you're diabetic DO NOT take your medication the morning of surgery.
If you take blood pressure medication please take it w ith the smallest sip of w ater possible.
If you are having carpal tunnel surgery please bring your w rist brace w ith you to your follow up appointment.

All prescription medications for after surgery w ill be called into the pharmacy here in our building:
Preston Road Apothecary
9301 North Central Expressw ay # 110
Dallas, TX 75231
--

Imelda Godinez, NRCMA
Surgery Coordinator
Dr. Bo Frederick M.D.
9301 N. Central Expressw ay # 350
Dallas, TX. 75231
(214) 528-4185
(214) 528-3074 Fax
- RAWKN5 - Apr 16, 2021 09:50:35 am

| 4/16/2021 | Documents/Mail | 39 | Email | Completed | RAWKN5 |
|---|---|---|---|---|---|

From: Knape, Rachel
Sent: Friday, April 16, 2021 9:55 AM
To: 'mk6708' <morgason2@gmail.com>
Subject: RE: Surgery Information

Hello,

Thank you for passing this along! I've updated the claim and it's extended to your surgery date of 4/22/2021. Once your surgery is complete, I'll need either an email or phone call to confirm that it's done and I'll extend your claim for post op recovery from there!

Thank you,

Rachel Knape
Claims Examiner II
Group Protection

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Lincoln Financial Group
LincolnFinancial.com
402-361-2562 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

From: mk6708 <morgason2@gmail.com>
Sent: Thursday, April 15, 2021 5:37 PM
To: Knape, Rachel <Rachel.Knape@lfg.com>
Subject: Fw d: Surgery Information

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---------- Forw arded message ---------
From: Imelda Godinez <imelda@upperextremitycare.com>
Date: Thu, Apr 15, 2021, 10:57 AM
Subject: Surgery Information
To: <morgason2@gmail.com>

Surgery Information:
North Central Surgical Center
9301 North Central Expressw ay # 100 Tow er 1
Dallas, TX 75231
214-265-2810
Surgery Date: 04/22/2021
Surgery Arrival Time: 7:00 am
Post OP Appointment: 05/03/2021 @ 1:30 pm
Nothing to eat or drink after midnight the night before.
All diet pills must be stopped 14 days prior to surgery. No exceptions!
No anti-inflammatories 5 days prior. (Advil, Aleve, ASA, Meloxicam, Celebrex, Pred)
Prescription blood thinners need to be stopped 5 days prior to surgery unless instructed otherw ise by the prescribing physician.
If you're diabetic DO NOT take your medication the morning of surgery.
If you take blood pressure medication please take it w ith the smallest sip of w ater possible.
If you are having carpal tunnel surgery please bring your w rist brace w ith you to your follow up appointment.

All prescription medications for after surgery w ill be called into the pharmacy here in our building:
Preston Road Apothecary
9301 North Central Expressw ay # 110
Dallas, TX 75231
--
- RAWKN5 - Apr 16, 2021 09:55:02 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/16/2021 9:59:24 AM | Claim Tasks | 18 | Review Surgery/Delivery | Requested | RAWKN5 |
| 4/27/2021 8:20:45 AM | Documents/Mail<br>2021-04-26-14.26.55.512060O01 | 42 | Incoming Correspondence | Received | RAWKN5 |
| 4/27/2021 8:20:46 AM | Documents/Mail<br>2021-04-26-14.26.55.544060O01 | 43 | Incoming Correspondence | Received | RAWKN5 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/29/2021 | Summary/Assessment/Pa | 1 h | 1For Pending 101 – Missing Information – Employer. Type informa | Completed | RAWKN5 |

Summary Notes
1For Pending 101 – Missing Information – Employer. Type information needed from the Employer:
Separate multiple items w ith semicolons (;). Type information here, immediately follow ing the colon:

2For Incomplete claims – Missing forms
Type X to left of those that apply.
_____ Attending Physician Statement
_____ Authorization Form
_____ Employee Form
___X_ Employer Form

3For Pending 102 – Additional Medical Information Needed. Type Provider name(s) exactly as you w ant to appear in the letter. Separate multiple items w ith semicolons (;). Type information here, immediately follow ing the colon:

4For Preventing Digital Employee from sending letter:
_____ Type DOCSNET Initials to the left
_____ Today's Date (mm/dd/yyyy)
Please include reason for prevention:

- SRP059 - Dec 08, 2020 03:10:38 pm
Assessment Notes

Path Notes
Eligibility Assessment In Summary Notes - SRP059 - Dec 08, 2020 03:10:38 pm

50 YOM/ MAINTENANCE/Med
BEING TREATED FOR: problems w /legs & breathing
CLASS: 1
DOH:
INSUR:
14 DAY EP
1ST DAY HOSP: NO
66.67%/1500 MAX
BUY UP: NO
LIST/SELF BILLED: SELF 100% ER PRE TAX
SALARY/ BWE:
BEN:

ELIGIBILITY VERIFIED VIA: ARDIS
DLW: 11/18/20
DOD: 11/20/20
**GAP:
STD PX: 3/12
LTD:
PIC: NA

SAL CONT:
FIT: NONE

OTHER: EE prerers email corrrespondence

MEDICAL ASSESSMENT: APS 12/2/20
DR. / Michael Crabtree -FNP
DX: M79.604 pain in right low er limb
SUBJ: Right leg pain, w eakness
OBJ: ABI, Venous dopper- both negative
TX: Referred to Ortho- prescribed meds. Scheduled for NCV/EMG 12/23/20
R&L: no w alking/standing for long periods, bending, stooping, not sure if he can sit for long hours
DOD/EDD: 11/20/20
HOSPITAL: NO
ERTW: 11/20- 1/2/21
OTHER MEDICAL:

PATH: Incomplete, Missing ER, Letter to be sent. - ARXCA7 - Dec 09, 2020 11:24:51 am

ERS RECVD. ALL FORMS NOW RECVD
PATH: PENDING 1 CE REVIEW - ARXCA7 - Dec 16, 2020 01:42:59 pm

UPDATED PATH:
Due to EE in occ that in primarily on his feet lifting are carrying heavy objects and R&Ls include no w alking/standing for long periods and EE requiring additional testing, reasonable to approve claim from 11/20 to Dr ERTW of 1/2/21. Will need OVN's and testing results to extend claim if needed. Sending approval ltr and payment. - RAWKN5 - Dec 18, 2020 02:31:04 pm

UPDATE: Rcvd GCD - Neuromuscular disorder - unknow n. LOV 12/30. Testing bi-w eekly, blood w ork, xray, MRIs. TTD 11/18 to now . Referred to UTSW Neuro Dep. Appt is 2/23/21. No Standing, lifting, bending, overexerting muscles. Class 5 physical impairment. Signed on 1/4.

PATH:
Will need to take to OC to determine if extension supported w / GCD or if med recs needed. - RAWKN5 - Jan 22, 2021 02:28:05 pm

UPDATED PATH:
Review ed in OC and determined reasonable to support through NOV w / neuro. Sending letter and w ill need OVNs to extend further if still unable to RTW - RAWKN5 - Jan 25, 2021 03:39:53 pm

UPDATED PATH:
Suspending claim, w ill need OVN to extend claim further. - RAWKN5 - Feb 26, 2021 05:08:16 pm

UPDATE: Rcvd GCD - Unknow n neuromuscular disease/disorder. LOV 3/5. Diagnostic testing. TTD 11/18-present. RTW unknow n. Undergoing parneoplastic and genetic testing. R&Ls - same, No overexerting muscles. Class 5 physical impairment. Signed on 2/24.

3/5 CT - No bow el obstruction nor acute process in the abd. Calcified pulmonary granuloma in addition to a couple noncalcified pulmonary opacities measuring up to 6mm. Consider formal chest CT as baseline in the PT w / reported long-standing smoking history.

PATH:
No change - no actual OVN rcvd from 2/23 neuro visit. EE's w ife just sent prior OVN's from 2020 and patient care summary. Called EE - he w ill have OVN sent in. - RAWKN5 - Mar 17, 2021 04:21:43 pm

UPDATE: Rcvd 2/23 progress notes - eval for muscle w eakness. Assessment - in 2010 started to have w eakness and pain in legs, more in the right. Severe gen fatigue, tiredness, also some cognitive issue reported by w ife. Long term smoker and still currently smoking. Reports frequent cramps, muscle tw itching. PE - he has no w eakness. Increased DTR in LE. Some increased tone of Les and asymmetric reduced sensation to vibration and proprioception in Les. Gait w as normal, no sensory ataxia. Symptoms are mixed presentation paraneoplastic vs. Hyperexcitability vs genetic metabolic muscle disease. Plan - Paraneoplastic panel, repeat CK, CBC CMP, Ct chest,

abdomen and pelvis for neoplasm screen. Repeat NCS/EMG. F/u in 6-8 w eeks after testing.

Per email - NOV is 3/26 for additional testing.

PATH:
Taking to OC to determine if R&Ls supported w hile undergoing testing. - RAWKN5 - Mar 22, 2021 04:25:30 pm

UPDATE: OC -
Clinical Recommendation: Claim review ed in consult w ith CS. Based on the documents review ed and discussed, EE is being treated for pain and w eakness in bilateral low er extremities w ithout a know n cause.

EE w as last seen on 2/23/21 by Dr. Yao/Dr. Khan and current testing has been unremarkable. Exam noted increased deep tendon reflexes in low er extremities w ith some increased tone of low er extremities and asymmetric reduced sensation to vibration and proprioception in low er extremities. It w ould be reasonable to support R&Ls of no frequent w alking or standing through 4/9/21 to allow time for additional testing. Recommend requesting updated OV notes and diagnostic test results from Dr. Yao/Dr. Khan.

PATH:
Claim extended to 4/10 - w ill need updated OVN w ith further tx plan and diagnostic testing results. Sending letter and continuing payments. - RAWKN5 - Mar 24, 2021 07:20:45 pm

UPDATE: Rcvd MR's
3/26 EMG - Abnormal study - evidence of mod to severe right median mononeuropathy across the w rist (carpel tunnel syndrome). Chronic degen changes w ere seen in the APB.
3/31 OV - Rt thumb CMC pain from OA - pain interfere w / ADLs, studies confirmed significant rt carpal tunnel. Good by temporary relief from previous injections. SX including trapezium resection, interpositional arthroplasty, and ligament reconstruction discussed. 4-6 months for complete recovery. EE w ill be in cast w / thumb and w rist immobilized for a month, and then removeable splint for 3-4 months after cast. Recommend rt carpal tunnel release be done at the same time as thumb reconstruction. Medical clearance required prior to surgery by internist or cardio.

GCD - Unknow n neuromuscular, severe carpal tunnel and R thumb OA, possible genetic disorder. OV's 3/26 and 4/9 for pre-op testing. SX w / be end of April 2021. TTD 11/18-present. ERTW at least 12 w eeks post op. R&Ls avoid exerting muscles. Class 5 physical impairment. Signed on 4/9 by FNP

PATH:
EE rcvd medical clearance and w ill have SX date today or tomorrow , he w ill call w ith the date by end of business tomorrow and I w ill extend the claim to that date. - RAWKN5 - Apr 14, 2021 12:51:10 pm

UPDATE: Rcvd email from EE - sx is scheduled for 4/22

PATH:
Claim extended to 4/22, once sx confirmed w ill extend claim for post op recovery - RAWKN5 - Apr 16, 2021 09:52:01 am

UPDATED PATH:
Rcvd SX confirmation, claim extended to MBD and rolling to LTD. - RAWKN5 - Apr 29, 2021 11:16:47 am

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2021 | Documents/Mail<br>STD Extension Letter | 45 | STD Extension Letter | Completed | RAWKN5 |
| 4/29/2021 | Documents/Mail<br>STD Extension Letter | 44 | STD Extension Letter | Completed | RAWKN5 |
| 4/29/2021 | Documents/Mail<br>2021-04-26-14.26.55.544060O01 | 43 | Incoming Correspondence | Completed | RAWKN5 |
| 4/29/2021 | Documents/Mail<br>2021-04-26-14.26.55.512060O01 | 42 | Incoming Correspondence | Completed | RAWKN5 |
| 4/29/2021 | Claim Tasks | 18 | Review Surgery/Delivery | Completed | RAWKN5 |
| 5/24/2021 | Claim Tasks<br>STD APPROVED TO: 4/10/2021<br>STD MBD: 5/21/2021<br>LTD BCD:5/19/2021 | 17 | LINKS Review | Completed | ANNSI2 |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | LTD EFF:9/1/2019<br>LTD PRE-EX: 3/12<br>50yoM Maintenance/med occ diagnosed w ith pain in the right leg and unknow n neuromuscular disease. EE is still undergoing testing testing w ith neuro and has R&Ls of no frequent w alking or standing through 4/9. Took to OC to review and R&Ls supported to allow for additional testing.<br>RECOMMENDATION:Claim w ill not be extended w ithout f/u OVN and diagnostic testing sent in for review<br>RGO:Dallas<br>- RAWKN5 - Mar 29, 2021 04:06:36 pm<br><br>Agree w / direction at this time, please return if further dx testing and OVN show s that extension is approproate - SA8SH2 - Mar 31, 2021 04:06:20 pm<br><br>UPDATE: EE is undergoing SX on 4/22 after NCS. Will return task once SX complete and extension done - RAWKN5 - Apr 16, 2021 09:59:02 am<br><br>Agree, once sx confirmed please extend to max and return for roll - SA8SH2 - Apr 19, 2021 01:55:41 pm<br><br>UPDATE: 4/22 Sx confirmed, extended to MBD. Roll to LTD. - RAWKN5 - Apr 29, 2021 11:16:05 am<br><br>Agree w / roll d/t sx confirmation 4/22 - SA8SH2 - Apr 29, 2021 05:11:00 pm<br><br>created claim and assigned to ANNSI2 - SPCAPEL - May 06, 2021 09:52:23 am<br>double check the class - SPCAPEL - May 06, 2021 09:55:21 am | | | | |
| 5/24/2021 9:06:02 PM | Status | | Maximum Benefit Reached (T65, RBD, etc.) | CLOSED | BRMCLSDIRY |
| 5/24/2021 9:06:02 PM | Payments | | DEPOSIT 5/6/2021 - 5/21/2021 | CURRENT | ANNSI2 |

Lincoln Financial Group

The Lincoln National Life Insurance Company
A Stock Company Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765 Online: www.LincolnFinancial.com

Group Policyholder:

Texarkana Independent School District

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date. Subsequent premiums are due on October 1, 2019, and on the same day of each month after that. Policy anniversaries will be each September 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska. The issue date of this Policy is September 1, 2019.

SECRETARY PRESIDENT

**WORKERS' COMPENSATION INSURANCE NOTICE**

**THIS IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. THE EMPLOYER DOES NOT BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PURCHASING THIS POLICY. IF THE EMPLOYER IS A NON-SUBSCRIBER, THE EMPLOYER LOSES THOSE BENEFITS WHICH WOULD OTHERWISE ACCRUE UNDER THE WORKERS' COMPENSATION LAWS. THE EMPLOYER MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT PERTAINS TO NON-SUBSCRIBERS. THE REQUIRED NOTIFICATIONS MUST BE FILED AND POSTED.**

**GROUP INSURANCE POLICY**
No. 000010253169
PROVIDING
WEEKLY DISABILITY INCOME INSURANCE

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# TOLL-FREE TELEPHONE NUMBERS FOR INFORMATION AND COMPLAINTS

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call The Lincoln National Life Insurance Company's toll-free telephone number for information or to make a complaint at:
1-800-423-2765.

You may also write to The Lincoln National Life Insurance Company at:
Group Insurance Service Office
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:
1-800-252-3439.

You may write the Texas Department of Insurance:
P.O. Box #149104
Austin, TX 78714-9104
FAX: (512) 490-1007
Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim, you should contact the Company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE

Para obtener información o para presenter una queja:

Usted puede llamar al número de teléfono gratuito de The Lincoln National Life Insurance Company's para obtener información o para presentar una queja al:
1-800-423-2765.

Usted también puede escribir a The Lincoln National Life Insurance Company:
Group Insurance Service Office
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos, o quejas al:
1-800-252-3439.

Usted puede escribir al Departamento de Seguros de Texas a:
P.O. Box #149104
Austin, TX 78714-9104
FAX: (512) 490-1007
Sitio Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**DISPUTAS POR PRIMAS DE SEGUROS O RECLAMACIONES:**
Si tiene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse con la compañía primero. Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas.

**ADJUNTE ESTE AVISO A SU PÓLIZA:** Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto.

# TABLE OF CONTENTS

Schedule of Insurance....................3

Definitions....................4

General Provisions....................9

Eligibility and Effective Dates....................11

Individual Terminations....................13

Premiums and Premium Rates....................14

Grace Period....................15

Policy Termination....................15

Claims Procedures for Weekly Disability Income Benefits....................16

Weekly Disability Income Insurance....................19

Vocational Rehabilitation Benefit....................24

Rehabilitation Incentive Benefit....................25

Reasonable Accommodation Benefit....................26

Family Income Benefit....................27

Notice....................28

Prior Insurance Credit Provision....................29

**Texarkana Independent School District**
**000010253169**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASSES**

| | |
|---|---|
| Class 1 | All Full-Time and Regular Part-Time Employees electing the 15/15/24 option excluding Superintendents |
| Class 2 | All Full-Time and Regular Part-Time Employees electing the 31/31/22 option excluding Superintendents |
| Class 3 | Superintendents |

There will be an Open Enrollment Period beginning July 1st and ending August 31st for eligible employees to enroll for Weekly Disability Income Insurance. Evidence of insurability will not be required during this enrollment period provided the Insured Person:
(1) has not been previously declined; and
(2) elects an amount of insurance not to exceed the Maximum Weekly Benefit.

Coverage elected during this period that is not subject to Evidence of Insurability will become effective:
(1) September 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage would otherwise take effect.

This Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

**Texarkana Independent School District**
**000010253169**
**SCHEDULE OF INSURANCE**

**For**
**Class 1 - All Full-Time and Regular Part-Time Employees electing the 15/15/24 option excluding Superintendents**

MINIMUM HOURS: 20 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 66 2/3%

MAXIMUM WEEKLY BENEFIT: $1,500

MINIMUM WEEKLY BENEFIT: 10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.
Or the day following the exhaustion of any unused PTO, whichever is greater.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 24 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit: 3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:
- Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
- Reasonable Accommodation Benefit
- Vocational Rehabilitation Benefit

**Texarkana Independent School District**
**000010253169**
**SCHEDULE OF INSURANCE**

**For**
**Class 2 - All Full-Time and Regular Part-Time Employees electing the 31/31/22 option excluding Superintendents**

MINIMUM HOURS: 20 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 66 2/3%

MAXIMUM WEEKLY BENEFIT: $1,500

MINIMUM WEEKLY BENEFIT: 10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN: 1st day of Hospitalization (for 8 hours or more);
31st consecutive day of Disability due to Accidental Injury; and
31st consecutive day of Disability due to Sickness.
Or the day following the exhaustion of any unused PTO, whichever is greater.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 22 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit: 3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:
- Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
- Reasonable Accommodation Benefit
- Vocational Rehabilitation Benefit

**Texarkana Independent School District**
**000010253169**
**SCHEDULE OF INSURANCE**
**For**
**Class 3 - Superintendents**

MINIMUM HOURS: 20 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 66 2/3%

MAXIMUM WEEKLY BENEFIT: $2,500

MINIMUM WEEKLY BENEFIT: 10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.
Or the day following the exhaustion of any unused PTO, whichever is greater.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 24 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit: 3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:

- Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
- Reasonable Accommodation Benefit
- Vocational Rehabilitation Benefit

## DEFINITIONS

**As used throughout this Policy, the following terms shall have the meanings indicated below. Other parts of this Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means an Employee's performance of all Main Duties of his or her Own Occupation, for the regularly scheduled number of hours, at:
(1) the Employer's place of business; or
(2) any other business location where the Employer requires the Employee to travel.

Unless disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:
(1) a Saturday, Sunday or holiday that is not a scheduled workday;
(2) a paid vacation day, or other scheduled or unscheduled non-workday; or
(3) a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.
This includes a Military Leave or an approved Family or Medical Leave that is not due to the Employee's own health condition.

**BASIC WEEKLY EARNINGS** or **PREDISABILITY INCOME** means the Insured Person's average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan due to disability as defined in that plan; and
(2) does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.
If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE or REGULAR PART-TIME EMPLOYEE** means a person:
(1) whose employment with the Employer is the person's main occupation;
(2) whose employment is for regular wage or salary, on a full-time or part-time basis;
(3) who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4) who is a member of an Eligible Class which is eligible for coverage under this Policy;
(5) who is not a temporary or seasonal employee; and
(6) who is a citizen of the United States or legally works in the United States.

**DEFINITIONS**
**(Continued)**

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history. The Company uses this to determine his or her acceptance for insurance or an increased amount of insurance. Such proof will be provided at the Employee's own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:
(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:
(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.
If an Employee is entitled to a leave under both the federal FMLA law and a similar state law, he or she may elect the more favorable leave (but not both). If an Employee is on an FMLA leave due to his or her own health condition on the date Policy coverage takes effect, he or she is not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours the Insured Person was regularly scheduled to work, at his or her Own Occupation, during the week just prior to:
(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while the Insured Person is continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of this Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:
(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before the Insured Person's Effective Date under this Policy.

The term "Injury" shall not include any:
(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:
(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1) are normally required to perform the Insured Person's Own Occupation; and
(2) could not reasonably be modified or omitted.

**DEFINITIONS
(Continued)**

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
(1) the Employer is subject to the Act; or
(2) the Insured Person has requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing the Insured Person's Disability. Such treatment must be rendered:
(1) by a Physician whose license and any specialty are consistent with the disabling condition; and
(2) according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:
(1) is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2) is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3) does not exceed the period required by that law.

**OPEN ENROLLMENT PERIOD** means a designated timeframe for eligible employees to elect coverage who did not enroll during their initial eligibility period. Evidence of insurability is not required during this period provided certain conditions are met as described in the Schedule of Benefits. Participation in an Open Enrollment Period does not change the Policy provisions related to Waiting Periods or Pre-Existing Condition Limitations. Employees who have been previously declined for coverage may resubmit satisfactory evidence of insurability to apply for initial coverage during this Open Enrollment Period.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, the Insured Person:
(1) is unable to perform one or more of the Main Duties of his or her Own Occupation, or is unable to perform such duties Full-Time; and
(2) is engaged in Partial Disability Employment.

**DEFINITIONS**
**(Continued)**

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Person is working at his or her Own Occupation or any other occupation; however, because of a Partial Disability:
(1) the Insured Person's hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) the Insured Person is working in a lower-paid occupation.

During Partial Disability Employment, his or her current earnings:
(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:
(1) who is a member of an Employee class which is eligible for coverage under this Policy; and
(2) who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by this Policy on Insured Persons.

**PHYSICIAN** means:
(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for the Insured Person's disabling condition.

Physician does **not** include the Insured Person or a relative of the Insured Person receiving treatment. Relatives include:
(1) the Insured Person's spouse, siblings, parents, children and grandparents; and
(2) his or her spouse's relatives of like degree.

**POLICY** means this group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means the Insured Person:
(1) personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
(2) receives Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
(2) does not represent contributions made by an Insured Person (Payments representing Employee contributions are deemed to be received over the Insured Person's expected remaining life, regardless of when they are actually received.); and
(3) is payable upon:
    (a) early or normal retirement; or
    (b) disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**DEFINITIONS**
**(Continued)**

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:
(1) provides Retirement Benefits to Employees; and
(2) is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
(1) which is part of any federal, state, county, municipal or association retirement system; and
(2) for which the Insured Person is eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:
(1) is established and maintained by the Employer for the benefit of Employees; and
(2) continues payment of all or part of an Insured Person's Predisability Income for a specified period after he or she becomes Disabled.

It does **not** include compensation the Employer pays an Insured Person for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time an Employee must be employed in an eligible class with the Employer, before he or she becomes eligible to enroll for coverage under this Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to the Insured Person who is Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):
(1) coverage under any Workers' Compensation or occupational disease law;
(2) coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
(3) any plan provided in place of one of those plans.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
(1) this Policy and any amendments to it;
(2) the Group Policyholder's application (a copy of which is attached);
(3) any Participating Employers' applications or Participation Agreements; and
(4) any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by this Policy, unless:
(1) it is contained in a written statement signed by that Insured Person; and
(2) a copy of the statement has been furnished to that Insured Person.

**AUTHORITY TO MAKE OR AMEND CONTRACT.** Only a Company Officer located in the Company's Group Insurance Service Office has the authority to:
(1) determine the insurability of a group or any individual within a group;
(2) make a contract in the Company's name;
(3) amend or waive any provision of this Policy; or
(4) extend the time for payment of any premium.
No change in this Policy will be valid, unless it is made in writing and signed by such a Company Officer.

**INCONTESTABILITY.** Except for the non-payment of premiums or fraud, the Company may not contest the validity of this Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime. This clause does not preclude, at any time, the assertion of defenses based upon:
(1) this Policy's eligibility requirements, exclusions and limitations; and
(2) other Policy provisions unrelated to the validity of coverage.

**RESCISSION.** The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
(1) an Insured Person incurs a claim during the first two years of coverage; and
(2) the Company discovers that the Insured Person made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for Insured Person's claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**NONPARTICIPATION.** This is a non-participating Policy. It will not share in the divisible surplus of the Company.

**INFORMATION TO BE FURNISHED.** The Group Policyholder and any Participating Employers may be required to furnish any information needed to administer this Policy, including:
(1) information about Persons:
  (a) who become eligible for insurance;
  (b) whose amounts of coverage change; or
  (c) whose eligibility or coverage ends;
(2) occupational information and other facts that may be needed to manage a claim; and
(3) any other information that the Company may reasonably require.
The Company may inspect the Group Policyholder's or any Participating Employer's records that relate to this Policy, at any reasonable time.

**GENERAL PROVISIONS**
**(Continued)**

Clerical error by the Group Policyholder or Participating Employer:
(1) will not void or terminate insurance that otherwise would be in effect;
(2) will not result in insurance coverage that otherwise would not be in effect; and
(3) will not continue insurance that otherwise would be terminated.

Once an error is discovered, a fair adjustment in premium will be made. If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the 12-month period that precedes the date the Company receives proof such an adjustment should be made.

**MISSTATEMENTS OF FACTS.** If relevant facts about any Person were misstated:
(1) a fair adjustment of the premium will be made; and
(2) the true facts will decide if and in what amount insurance is valid under this Policy.

If an Insured Person's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**ACTS OF THE POLICYHOLDER.** In administering this Policy, the Group Policyholder must:
(1) treat Employees the same in like situations; and
(2) allow the Company, without inquiry, to rely on its acts.

**GROUP POLICYHOLDER'S AGENCY.** For all purposes of this Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CERTIFICATES.** The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person. These certificates summarize the benefits provided by this Policy. If there is a conflict between this Policy and the Certificate, this Policy will control.

**CONFORMITY WITH STATE STATUTES.** If, on its effective date, any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**CURRENCY.** In administering this Policy:
(1) all Predisability Income will be expressed in U.S. dollars; and
(2) all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.** This Policy does not replace or provide benefits required by:
(1) Workers' Compensation laws; or
(2) any state temporary disability insurance plan laws.

**ASSIGNMENT.** The rights and benefits under this Policy may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under this Policy, if any class ceases to be covered by this Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by this Policy on the later of:
(1) this Policy's date of issue; or
(2) the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1) a former Employee is rehired within one year after his or her employment ends; or
(2) an Employee returns from an approved Family or Medical Leave within:
  (a) the 12-week leave period required by federal law; or
  (b) any longer period required by a similar state law; or
(3) an Employee returns from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** A Person's initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1) the first day of the Insurance Month coinciding with or next following the date the Person becomes eligible for the coverage;
(2) the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
(3) the date the Person makes written application for coverage and signs:
  (a) a payroll deduction order, if the Insured Person pays any part of this Policy's premiums; or
  (b) an order to pay premiums from the Person's Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves the Person's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the Policy Anniversary Date coinciding with or next following the date on which the Insured Person becomes eligible for the increase, if Actively at Work on that day;
(2) the date the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Person is Actively at Work.

**Evidence of Insurability**. Evidence of Insurability satisfactory to the Company must be submitted (at the Employee's expense) when:
(1) a Person makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) a Person makes written application for coverage after he or she has requested:
  (a) to cancel insurance;
  (b) to stop payroll deductions for the insurance; or
  (c) to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** An Insured Person may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

## ELIGIBILITY AND EFFECTIVE DATES
## (Continued)

**REINSTATEMENT RIGHTS.** If an Insured Person's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for this Policy's coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, the Insured Person must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date the Insured Person returns to Active Work.

If the above conditions are met, and this Policy includes a Pre-Existing Condition Exclusion, then:

(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** An Insured Person's coverage will terminate at 12:00 midnight on the earliest of:

(1) the date this Policy terminates or the Employer's participation terminates (but without prejudice to any claim incurred prior to termination);
(2) the date the Insured Person's Class is no longer eligible for insurance;
(3) the date the Insured Person ceases to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which the Insured Person requests termination;
(5) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the date the portion of this Policy providing that benefit terminates;
(8) the date the Insured Person's employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date the Insured Person enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium).

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of the Insured Person's eligibility for coverage, but coverage may be continued as follows.

**Disability.** If the Insured Person is absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If an Insured Person goes on an approved Family or Medical Leave and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date the Insured Person notifies the Employer that he or she will not return; or
(4) the date the Insured Person begins employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If an Insured Person goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** When an Insured Person ceases work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when an Insured Person ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of an Insured Person's coverage during a Disability will have no effect on benefits payable for that period of Disability.

## PREMIUMS AND PREMIUM RATES

**PAYMENT OF PREMIUMS.** No coverage provided by this Policy will be in effect until the first premium for such coverage is paid. For coverage to remain in effect, each subsequent premium must be paid on or before its due date. The Group Policyholder is responsible for paying all premiums as they become due. Premiums are payable on or before their due dates at the Company's Group Insurance Service Office. The premium must be paid in U.S. dollars.

**PREMIUM RATE CHANGE.** The Company may change any premium rate on any of the following dates:

(1) the date this Policy's terms are changed;
(2) the date the Company's liability is changed due to a change in federal, state or local law;
(3) the date the Company's liability is changed because the Group Policyholder (or any covered division, subsidiary or affiliated company):
    (a) relocates, dissolves or merges, or is added to or removed from this Policy; or
    (b) ceases to be covered by the state Worker's compensation program or any other program of like intent; or
    (c) ceases to provide or reduces Sick Leave or Salary Continuance Plan benefits;
(4) the date any coverage for one or more classes ceases to be provided under this Policy;
(5) the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
(6) on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Group Policyholder agree otherwise, the Company will give at least 60 days' advance written notice of any increase in premium rates.

**PREMIUM AMOUNT.** The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily. Instead, premium will be adjusted as follows.

(1) When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
(2) When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
(3) When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only. It will not extend coverage beyond a date it would have otherwise terminated. Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account. If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

## PREMIUM RATE SCHEDULE

Monthly Weekly Disability Income Rate

| | | |
|---|---|---|
| Class 1 | $.66 | per $10 of weekly benefit |
| Class 2 | $.526 | per $10 of weekly benefit |
| Class 3 | $.66 | per $10 of weekly benefit |

The above rate or rates are guaranteed until September 1, 2022, unless an exception listed in the Premium Rate Change section applies. After that, any premium rate change will be as shown in the renewal letter. The Company will send the Group Policyholder a renewal letter prior to each Policy Anniversary.

## GRACE PERIOD

A grace period of 60 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

## POLICY TERMINATION

TERMINATION BY THE COMPANY. To terminate this Policy, the Company must give the Group Policyholder at least 31 days' advance written notice of its intent to do so. The Company may terminate this Policy coverage on the due date of any premium; if:

(1) the total number of Insured Persons is less than ten;
(2) all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
(3) part of the premium is paid by Insured Persons and less than 15% of those eligible for coverage are insured;
(4) the Group Policyholder, without good cause, fails to:
  (a) promptly furnish any information the Company reasonably requires; or
  (b) perform its duties pertaining to this Policy in good faith;
(5) the Company terminates all other policies where permitted by their terms, which provide life insurance or weekly disability income insurance in the same state in which this Policy was issued; or
(6) state law otherwise requires this Policy to be terminated.

TERMINATION BY GROUP POLICYHOLDER. The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice. Coverage will then terminate:

(1) on the date the Company receives the notice; or
(2) any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

AUTOMATIC TERMINATION. If any premium remains unpaid at the end of the Grace Period; then this Policy will automatically terminate, without any action on the Company's part, on the last day of the Grace Period. The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS. Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim.** Written notice of a Disability claim must be given:
(1) within 20 days after the Injury or Sickness causing Disability begins; or
(2) as soon as reasonably possible after that.*
The notice must be sent to the Company's Group Insurance Service Office. It should include the Insured Person's name and address and the number of this Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, the Insured Person may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send the Insured Person additional claim forms.

**Proof of Claim.** The Company must be given written proof of a Disability claim:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.*

Proof of claim must be provided at the Insured Person's own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:
(1) completed statements by the Insured Person and the Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of the Insured Person's Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

***Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.
These time limits will not apply while the Insured Person lacks legal capacity.

**EXAMINATION.** The Company may have the Insured Person examined:
(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Person has:
(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.
In that event, benefits may be denied or suspended, until the required exam is completed.

## CLAIMS PROCEDURES
## (Continued)

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under this Policy will be paid:

(1) immediately after the Company receives complete proof of claim and confirms liability; and
(2) in any event, within 60 days after the Company receives acceptable proof of claim.

Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit.

Any balance, which remains unpaid at the end of the period of liability, will be paid:

(1) immediately after the Company receives complete proof of claim and confirms liability; and
(2) in any event, within 60 days after the Company receives acceptable proof of claim.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to the Insured Person, while living. After the Insured Person's death, such benefits will be payable to his or her estate.

**NOTICE OF CLAIM DECISION**. The Company will send the Insured Person a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:

(1) the reason for the denial, under the terms of this Policy and any internal guidelines;
(2) how the Insured Person may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.

This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send the Insured Person a written delay notice:

(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:

(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.

If the Insured Person does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from the Insured Person to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, the Insured Person may request a claim review by sending the Company:

(1) a written request; and
(2) any written comments or other items to support the claim.

He or she may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send the Insured Person a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:

(1) any further appeal procedures available under this Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**CLAIMS PROCEDURES**
**(Continued)**

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send the Insured Person a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** The Company may need more information from the Insured Person to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:
(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under this Policy, until full reimbursement is made;
(2) reduce benefits payable to the Insured Person or his or her beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from the Insured Person or his or her estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if the Insured Person:

(1) becomes Totally Disabled while insured for this benefit;
(2) is under the Regular Care of a Physician; and
(3) at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:

(1) the date the Insured Person ceases to be Totally Disabled or dies;
(2) the date the Maximum Benefit Period ends; or
(3) the date the Insured Person is able, but chooses not to engage in Partial Disability Employment in his or her Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date the Insured Person (without good cause):
    (a) fails to take a required medical exam;
    (b) fails to cooperate with an examiner; or
    (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for any Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:

(1) the Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage; minus Other Income Benefits except any pay received under the Employer's Sick Leave or Salary Continuance Plan;
(2) 100% of the Insured Person's Basic Weekly Earnings; minus Other Income Benefits including any pay received under the Employer's Sick Leave or Salary Continuance Plan; or
(3) the Maximum Weekly Benefit.

In no event will the amount of the Weekly Total Disability Benefit plus any pay received under the Employer's Sick Leave or Salary Continuance Plan exceed 100% of the Insured Person's Basic Weekly Earnings.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if the Insured Person:

(1) becomes Partially Disabled while insured for this benefit;
(2) is engaged in Partial Disability Employment;
(3) is earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) is under the Regular Care of a Physician; and
(5) at his or her own expense, submits proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Person is not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:
(1) the date the Insured Person ceases to be Partially Disabled or dies;
(2) the date the Maximum Benefit Period ends;
(3) the date the Insured Person earns more than 99% of Basic Weekly Earnings; or
(4) the date the Insured Person is able, but chooses not to work Full-Time or part-time in his or her Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date the Insured Person (without good cause):
  (a) fails to take a required medical exam;
  (b) fails to cooperate with an examiner; or
  (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:
(A) (1) The Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
  (2) Other Income Benefits, except for earnings the Insured Person receives from Partial Disability Employment; or
(B) The Insured Person's Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining the Insured Person's Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under this Policy.

**Compulsory Benefits.** Any disability income benefits the Insured Person is eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which the Insured Person is eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which the Insured Person is eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits the Insured Person receives under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's Disability;
(2) **unreduced retirement benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by the Insured Person and any spouse or child, because of the Insured Person's receipt of reduced retirement benefits.

As used above, **"Government Retirement Plans"** include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay the Insured Person earns or receives from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
 (a) wages, tips, commissions, bonuses and overtime pay; and
 (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount the Insured Person recovers from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

**Exceptions.** The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:

(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
    (a) represent the Insured Person's contributions; or
    (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, or severance pay; or
(9) disability income benefits under any individual policy, franchise plan, association group plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.** If the Insured Person may be entitled to Other Income Benefits that affect Policy benefits, he or she is required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, the Insured Person:

(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.

If the Insured Person fails to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, the Insured Person and Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under this Policy.

**Refunding Overpayments.** Upon receiving Other Income Benefits, the Insured Person must refund any resulting overpayment of Weekly Benefits under this Policy. If he or she does not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:

(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.** After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY. "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if the Insured Person:
    (a) has returned to his or her Own Occupation; and
    (b) has worked on a full-time basis, for two consecutive weeks or more.
    A new Day Benefits Begin and new Maximum Benefit Period will apply.
(2) A Recurrent Disability will be treated as part of the prior Disability, if the Insured Person:
    (a) has returned to his or her Own Occupation; and
    (b) has worked on a full-time basis, for less than two consecutive weeks.
    The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of this Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply to an Insured Person who becomes eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:
(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which the Insured Person is not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) which is the result of a Sickness or Injury for which the Insured Person receives benefits under Workers' Compensation or similar coverage; or
(5) which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
  (a) the Employer had enrolled the Insured Person for such coverage; and
  (b) the Insured Person and Employer had cooperated in filing a claim under that plan.

**PRE-EXISTING CONDITION LIMITATION.** This Policy will not cover any period of Disability:
(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 12 months after the Insured Person's Effective Date.

**"Pre-Existing Condition"** means a Sickness or Injury for which the Insured Person received Treatment within 3 months prior to his or her Effective Date.

**"Treatment"** means consultation, care and services by a Physician. It includes diagnostic measures and the prescription, refill and taking of prescribed drugs or medicines.

## VOCATIONAL REHABILITATION BENEFIT

**BENEFIT.** If an Insured Person is Disabled and is receiving Weekly Benefits under this Policy, he or she may be eligible for a Vocational Rehabilitation Benefit. This benefit consists of services which may include:

(1) vocational evaluation, counseling, training or job placement;
(2) job modification or special equipment; and
(3) other services which the Company deems reasonably necessary to help the Insured Person return to work.

The Company will determine the Insured Person's eligibility and the amount of any benefit payable.

**ELIGIBILITY.** An Insured Person may be eligible for the Vocational Rehabilitation Benefit if the Company finds that he or she:

(1) has a Disability that prevents the performance of the Main Duties of his or her Own Occupation;
(2) has the physical and mental abilities needed to complete a Rehabilitation Program; and
(3) is reasonably expected to return to work after completing the Rehabilitation Program; in view of his or her degree of motivation and the labor force demand for workers in the proposed occupation.

The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under the Insured Person's health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** The Company, the Insured Person, or his or her Physician may first propose vocational rehabilitation. When a Rehabilitation Program is approved by the Company, this Policy's definition of "Disability" will be waived during the rehabilitation period; however, it will be reapplied after the Rehabilitation Program ends. The Company will determine the amount and duration of any Weekly Disability benefits payable after the Rehabilitation Program ends.

**LIMITATION.** This Policy will not cover any period of Disability for an Insured Person who has received a Vocational Rehabilitation Benefit and has failed to complete the Rehabilitation Program, without Good Cause.

**DEFINITIONS.**

**"Good Cause,"** as used in this provision, means the Insured Person's:

(1) documented physical or mental impairments, which render the Insured Person unable to take part in or complete a Rehabilitation Program;
(2) involvement in a medical program, which prevents or interferes with the Insured Person's taking part in or completing a Rehabilitation Program; or
(3) participating in good faith in some other vocational rehabilitation program, which:
    (a) conflicts with taking part in or completing a Rehabilitation Program developed by the Company; and
    (b) is reasonably expected to return the Insured Person to work.

**"Rehabilitation Program"** means a written vocational rehabilitation program:

(1) which the Company develops with input from:
    (a) the Insured Person;
    (b) the Insured Person's Physician; and
    (c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

# REHABILITATION INCENTIVE BENEFIT

**BENEFIT.** The Company will pay a Rehabilitation Incentive Benefit to an Insured Person who is Totally or Partially Disabled and who actively participates in a Rehabilitation Program approved by the Company.

This benefit is included in the premium rate for the Policy. You will not be charged any additional premium for this benefit.

**AMOUNT.** The amount of the Rehabilitation Incentive Benefit is shown in the Schedule of Insurance.

The Rehabilitation Incentive Benefit is paid in addition to any other Policy benefits, and is not subject to Policy provisions that would otherwise reduce the benefit amount, such as the Other Income Benefits provision.

**DURATION.** The Rehabilitation Incentive Benefit starts on the latest of:
(1) the date the Insured Person begins to participate in an approved Rehabilitation Program; or
(2) the date the Company approves the Insured Person's Rehabilitation Program.

The Rehabilitation Incentive Benefit will cease on the earliest of:
(1) the date the Weekly Total or Partial Disability Benefits would otherwise cease under this Policy; or
(2) the date the Insured Person ceases participation in an approved Rehabilitation Program.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
(1) which the Company develops with input from:
  (a) the Insured Person;
  (b) the Insured Person's Physician; and
  (c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**PROOF.** Written proof of active participation in a Rehabilitation Program must be given:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.

Proof of active participation must be provided at the Insured Person's own expense. The proof must be sent to the Company's Group Insurance Service Office. It should include the Insured Person's name and address and the number of this Policy.

**Exception:** Failure to furnish proof of active participation in a Rehabilitation Program within the required time period will not invalidate the benefit, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while the Insured Person lacks legal capacity.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

## REASONABLE ACCOMMODATION BENEFIT

**BENEFIT.** If an Insured Person is Disabled and is receiving Weekly Benefits under this Policy, then the Group Policyholder may be eligible for a Reasonable Accommodation benefit. This benefit reimburses the Group Policyholder for 50% of the expense incurred for reasonable accommodation services for the Insured Person, but will not exceed the lesser of:

(1) a maximum benefit of $2500 for any one Insured Person; or
(2) the Company's expected liability for the Insured Person's Weekly Disability Income claim.

Such services may include:

(1) providing the Insured Person a more accessible parking space or entrance;
(2) removing barriers or hazards to the Insured Person from the worksite;
(3) special seating, furniture or equipment for the Insured Person's work station;
(4) providing special training materials or translation services during the Insured Person's training; and
(5) other services the Company deems reasonably necessary to help the Insured Person return to work with the Group Policyholder.

**ELIGIBILITY.** The Company will determine the Group Policyholder's eligibility to receive the Reasonable Accommodation benefit. To qualify for the Reasonable Accommodation benefit, the Group Policyholder must have an Insured Person:

(1) whose Disability prevents the performance of his or her Own Occupation at the Group Policyholder's worksite;
(2) who has the physical and mental abilities needed to perform his or her Own Occupation or another occupation at the Group Policyholder's worksite, but only with the help of the proposed accommodation; and
(3) who is reasonably expected to return to work with the help of the proposed accommodation.

The Company must also find that the requested Reasonable Accommodation benefit is less than the expected liability for the Insured Person's Weekly Disability Income claim.

**WRITTEN PROPOSAL.** The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:

(1) the Group Policyholder;
(2) the Insured Person; and
(3) the Insured Person's Physician, when appropriate.

The proposal must state:

(1) the purpose of the proposed accommodation; and
(2) the times, dates, and costs of the services.

**CONDITIONS.** The Company, the Group Policyholder, the Insured Person, or the Insured Person's Physician may first propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will reimburse the Group Policyholder upon receipt of proof that the Group Policyholder:

(1) has provided the services for the Insured Person; and
(2) has paid the provider for the services.

**OTHER PROVISIONS.** Unless stated otherwise, the Reasonable Accommodation benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

## FAMILY INCOME BENEFIT

**BENEFIT.** The Company will pay a benefit to the Eligible Survivor(s) when satisfactory written proof is received that an Insured Person died:
(1) after Disability had continued for at least 14 consecutive days; and
(2) while receiving a Weekly Benefit.

If payment becomes due to the Insured Person's children; then payment will be made to:
(1) the surviving children, in equal shares; or
(2) a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, the Insured Person's children.

If there are no Eligible Survivors, payment will be made to the Insured Person's estate.

**AMOUNT.** The Family Income Benefit is shown in the Schedule of Insurance. Reductions for Other Income Benefits will not apply.

If any state disability plan compulsory death benefits become payable upon the Insured Person's death, then any Family Income Benefit amount payable will be reduced by such compulsory death benefits.

**DEFINITION.**

**"Eligible Survivor(s)"** means the Insured Person's:
(1) surviving spouse or domestic partner; or, if none,
(2) surviving children who are under age 25 on the Insured Person's date of death.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

# IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION
## (For insurers declared insolvent or impaired on or after September 1, 2011)

Texas law establishes a system to protect Texas policyholders if their life or health insurance company fails. The Texas Life and Health Insurance Guaranty Association ("the Association") administers this protection system. Only the policyholders of insurance companies that are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law. (The law is found in the *Texas Insurance Code,* Chapter 463.)

**It is possible that the Association may not protect all or part of your policy because of statutory limitations.**

### Eligibility for Protection by the Association

When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- Residents of Texas **(regardless of where the policyholder lived when the policy was issued)**
- Residents of other states, ONLY if the following conditions are met:
  (1) The policyholder has a policy with a company domiciled in Texas;
  (2) The policyholder's state of residence has a similar guaranty association; and
  (3) The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**

- For each individual covered under one or more policies: up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, or $200,000 for other types of health insurance.

**Life Insurance:**

- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on a single life; or
- Death benefits up to a total of $300,000 under one or more policies on a single life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**

- Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**

- Present value of allocated benefits up to a total of $250,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**

- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

These limits are applied for each insolvent insurance company.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. When you are selecting an insurance company, you should not rely on Association coverage. For additional questions on Association protection or general information about an insurance company, please use the following contact information.**

Texas Life and Health Insurance
Guaranty Association
515 Congress Avenue, Suite 1875
Austin, Texas 78701
800-982-6362 or www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439 or www.tdi.texas.gov

**AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO: 000010253169**

**ISSUED TO: Texarkana Independent School District**

**The Policy is amended by the addition of the following provisions.**

**PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS**

This provision prevents loss of disability income coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers. This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"**Prior Plan"** means a prior carrier's group disability income policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, this Policy will provide disability income coverage to a Person who:

(1) was insured by the prior plan on its termination date; and
(2) was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until the Person satisfies this Policy's Active Work rule, his or her disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:

(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition for an Insured Person who:

(1) was insured by the prior plan on its termination date; and
(2) was Actively-At-Work and became insured under this Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply this Policy's Pre-Existing Condition Limitation. If the Insured Person qualifies for benefits, he or she will be paid according to this Policy's benefit schedule.

B. If the Insured Person cannot satisfy this Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:
   (1) If the Insured Person satisfies the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
   (2) If the Insured Person cannot satisfy the Pre-Existing Condition Limitation of this Policy, or that of the prior plan; then no benefit will be paid.

**This Amendment takes effect on the effective date of coverage under this Policy. In all other respects, this Policy remains the same.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

Lincoln Financial Group®

The Lincoln National Life Insurance Company
A Stock Company Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765 Online: www.LincolnFinancial.com

CERTIFIES THAT Group Policy No. GL 000010253169 has been issued to
Texarkana Independent School District
(The Group Policyholder)

The issue date of the Policy is September 1, 2019.

Certificate of Insurance for Class 1 of Plan 1

You are entitled to the benefits described in this Certificate only if you are eligible, become and remain insured under the provisions of the Policy. This Certificate replaces any other certificates for the benefits described inside. As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms. If the provisions of this Certificate and the Policy do not agree, the provisions of the Policy will apply.

**WORKERS' COMPENSATION NOTICE**
**THE INSURANCE POLICY UNDER WHICH THIS CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**

Ellen Cooper
PRESIDENT

**CERTIFICATE OF GROUP INSURANCE**
**PROVIDING**
**WEEKLY DISABILITY INCOME INSURANCE**

# TOLL-FREE TELEPHONE NUMBERS FOR INFORMATION AND COMPLAINTS

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call The Lincoln National Life Insurance Company's toll-free telephone number for information or to make a complaint at:
1-800-423-2765.

You may also write to The Lincoln National Life Insurance Company at:
Group Insurance Service Office
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:
1-800-252-3439.

You may write the Texas Department of Insurance:
P.O. Box #149104
Austin, TX 78714-9104
FAX: (512) 490-1007
Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim, you should contact the Company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE

Para obtener información o para presenter una queja:

Usted puede llamar al número de teléfono gratuito de The Lincoln National Life Insurance Company's para obtener información o para presentar una queja al:
1-800-423-2765.

Usted también puede escribir a The Lincoln National Life Insurance Company:
Group Insurance Service Office
8801 Indian Hills Drive
Omaha, Nebraska 68114-4066

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos, o quejas al:
1-800-252-3439.

Usted puede escribir al Departamento de Seguros de Texas a:
P.O. Box #149104
Austin, TX 78714-9104
FAX: (512) 490-1007
Sitio Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**DISPUTAS POR PRIMAS DE SEGUROS O RECLAMACIONES:**
Si tiene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse con la compañía primero. Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas.

**ADJUNTE ESTE AVISO A SU PÓLIZA:** Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto.

**Texarkana Independent School District**
**000010253169**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASS**

**Class 1 - All Full-Time and Regular Part-Time Employees electing the 15/15/24 option excluding Superintendents**

There will be an Open Enrollment Period beginning July 1st and ending August 31st for eligible employees to enroll for Weekly Disability Income Insurance. Evidence of insurability will not be required during this enrollment period provided the Insured Person:

(1) has not been previously declined; and
(2) elects an amount of insurance not to exceed the Maximum Weekly Benefit.

Coverage elected during this period that is not subject to Evidence of Insurability will become effective:

(1) September 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage would otherwise take effect.

The Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

**Texarkana Independent School District**
**000010253169**
**SCHEDULE OF INSURANCE**
**For**
**Class 1 - All Full-Time and Regular Part-Time Employees electing the 15/15/24 option excluding Superintendents**

MINIMUM HOURS: 20 hours per week

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: You are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 66 2/3%

MAXIMUM WEEKLY BENEFIT: $1,500

MINIMUM WEEKLY BENEFIT: 10% of your Weekly Total Disability Benefit

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.
Or the day following the exhaustion of any unused PTO, whichever is greater.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 24 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when you retire.

ADDITIONAL FEATURES:

Family Income Benefit: 3 times your last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:
- Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
- Reasonable Accommodation Benefit
- Vocational Rehabilitation Benefit

# TABLE OF CONTENTS

Definitions....3

General Provisions....8

Eligibility and Effective Dates....10

Individual Terminations....12

Claims Procedures for Weekly Disability Income Benefits....13

Weekly Disability Income Insurance....16

Vocational Rehabilitation Benefit....21

Rehabilitation Incentive Benefit....22

Reasonable Accommodation Benefit....23

Family Income Benefit....24

Notice....25

Prior Insurance Credit Provision....26

# DEFINITIONS

**As used throughout the Policy, the following terms shall have the meanings indicated below. Other parts of the Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means your performance of all Main Duties of your Own Occupation, for the regularly scheduled number of hours, at:

(1) the Employer's place of business; or
(2) any other business location where the Employer requires you to travel.

Unless disabled on the prior workday or on the day of absence, you will be considered Actively at Work on the following days:

(1) a Saturday, Sunday or holiday that is not a scheduled workday;
(2) a paid vacation day, or other scheduled or unscheduled non-workday; or
(3) a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.

This includes a Military Leave or an approved Family or Medical Leave that is not due to your own health condition.

**BASIC WEEKLY EARNINGS** or **PREDISABILITY INCOME** means your average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by the Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:

(1) is payable under a Retirement Plan due to disability as defined in that plan; and
(2) does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.

If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in the Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE or REGULAR PART-TIME EMPLOYEE** means a person:

(1) whose employment with the Employer is the person's main occupation;
(2) whose employment is for regular wage or salary, on a full-time or part-time basis;
(3) who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4) who is a member of an Eligible Class which is eligible for coverage under the Policy;
(5) who is not a temporary or seasonal employee; and
(6) who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of your medical history. The Company uses this to determine your acceptance for insurance or an increased amount of insurance. Such proof will be provided at your own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:

(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:

(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.

If you are entitled to a leave under both the federal FMLA law and a similar state law, you may elect the more favorable leave (but not both). If you are on an FMLA leave due to your own health condition on the date Policy coverage takes effect, you are not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours you were regularly scheduled to work, at your Own Occupation, during the week just prior to:

(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while you are continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of the Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:

(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before your Effective Date under the Policy.

The term "Injury" shall not include any:

(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

**DEFINITIONS**
**(Continued)**

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:
(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1) are normally required to perform your Own Occupation; and
(2) could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
(1) the Employer is subject to the Act; or
(2) you have requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render you unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing your Disability. Such treatment must be rendered:
(1) by a Physician whose license and any specialty are consistent with the disabling condition; and
(2) according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:
(1) is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2) is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3) does not exceed the period required by that law.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which you were employed with the Employer prior to Disability; and
(2) which was your main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, you:
(1) are unable to perform one or more of the Main Duties of your Own Occupation, or are unable to perform such duties Full-Time; and
(2) are engaged in Partial Disability Employment.

**PARTIAL DISABILITY EMPLOYMENT** means you are working at your Own Occupation or any other occupation; however, because of a Partial Disability:
(1) your hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) you are working in a lower-paid occupation.

During Partial Disability Employment, your current earnings:
(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:
(1) who is a member of an Employee class which is eligible for coverage under the Policy; and
(2) who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by the Policy on Insured Persons.

**PHYSICIAN** means:
(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for your disabling condition.

Physician does **not** include you or your relatives. Relatives include:
(1) your spouse, siblings, parents, children and grandparents; and
(2) your spouse's relatives of like degree.

**POLICY** means the group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means you:
(1) personally visit a Physician, as often as medically required according to standard medical practice to effectively manage and treat your disabling condition; and
(2) receive Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
(2) does not represent contributions made by you (Payments representing Employee contributions are deemed to be received over your expected remaining life, regardless of when they are actually received.); and
(3) is payable upon:
  (a) early or normal retirement; or
  (b) disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:
(1) provides Retirement Benefits to Employees; and
(2) is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
(1) which is part of any federal, state, county, municipal or association retirement system; and
(2) for which you are eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:
(1) is established and maintained by the Employer for the benefit of Employees; and
(2) continues payment of all or part of your Predisability Income for a specified period after you become Disabled.

It does **not** include compensation the Employer pays you for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means your inability, due to Sickness or Injury, to perform each of the Main Duties of your Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time you must be employed in an eligible class with the Employer, before you become eligible to enroll for coverage under the Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to you while you are Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):
(1) coverage under any Workers' Compensation or occupational disease law;
(2) coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
(3) any plan provided in place of one of those plans.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
(1) the Policy and any amendments to it;
(2) the Group Policyholder's application (a copy of which is attached to the Policy);
(3) any Participating Employers' applications or Participation Agreements; and
(4) any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by the Policy, unless:
(1) it is contained in a written statement signed by that Insured Person; and
(2) a copy of the statement has been furnished to that Insured Person.

**INCONTESTABILITY.** Except for the non-payment of premiums or fraud, the Company may not contest the validity of the Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime. This clause does not preclude, at any time, the assertion of defenses based upon:
(1) the Policy's eligibility requirements, exclusions and limitations; and
(2) other Policy provisions unrelated to the validity of coverage.

**RESCISSION**. The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
(1) you incur a claim during the first two years of coverage; and
(2) the Company discovers that you made a Material Misrepresentation on your application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for your claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**MISSTATEMENTS OF FACTS.** If relevant facts about any Person were misstated:
(1) a fair adjustment of the premium will be made; and
(2) the true facts will decide if and in what amount insurance is valid under the Policy.

If your age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**GROUP POLICYHOLDER'S AGENCY.** For all purposes of the Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CURRENCY.** In administering the Policy:
(1) all Predisability Income will be expressed in U.S. dollars; and
(2) all premium and benefits must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.** The Policy does not replace or provide benefits required by:
(1) Workers' Compensation laws; or
(2) any state temporary disability insurance plan laws.

**ASSIGNMENT.** The rights and benefits under this Certificate may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under the Policy, if any class ceases to be covered by the Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by the Policy on the later of:
(1) the Policy's date of issue; or
(2) the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1) you are a former Employee and are rehired within one year after your employment ends;
(2) you return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law; or
(3) you return from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** Your initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1) the first day of the Insurance Month coinciding with or next following the date you become eligible for the coverage;
(2) the date you resume Active Work, if not Actively at Work on the day you become eligible;
(3) the date you make written application for coverage and sign:
  (a) a payroll deduction order, if you pay any part of the Policy premiums; or
  (b) an order to pay premiums from your Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves your Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the Policy Anniversary Date coinciding with or next following the date on which you become eligible for the increase, if Actively at Work on that day;
(2) the date you resume Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not you are Actively at Work.

**Evidence of Insurability.** Evidence of Insurability satisfactory to the Company must be submitted (at your expense); when:
(1) you make written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) you make written application for coverage after you have requested:
  (a) to cancel insurance;
  (b) to stop payroll deductions for the insurance; or
  (c) to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** You may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

**ELIGIBILITY AND EFFECTIVE DATES**
**(Continued)**

**REINSTATEMENT RIGHTS.** If your coverage terminates due to one of the following breaks in service, you will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, you must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date you return to Active Work.

If the above conditions are met, and the Policy includes a Pre-Existing Condition Exclusion, then:
(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** Your coverage will terminate at 12:00 midnight on the earliest of:

(1) the date the Policy terminates or the Employer's participation ends (but without prejudice to any claim incurred prior to termination);
(2) the date your class is no longer eligible for insurance;
(3) the date you cease to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which you request termination;
(5) the last day of the last Insurance Month for which premium payment is made on your behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the day the portion of the Policy providing that benefit terminates;
(8) the date your employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date you enter the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of your eligibility for coverage, but coverage may be continued as follows.

**Disability.** If you are absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If you go on an approved Family or Medical Leave and are **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date you notify the Employer that you will not return; or
(4) the date you begin employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If you go on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** If you cease work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when you cease Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of your coverage during a Disability will have no effect on benefits payable for that period of Disability.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim**. Written notice of a Disability claim must be given:
(1) within 20 days after the Injury or Sickness causing Disability begins; or
(2) as soon as reasonably possible after that.*

The notice must be sent to the Company's Group Insurance Service Office. It should include your name and address, and the number of the Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, you may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send you additional claim forms.

**Proof of Claim.** The Company must be given written proof of a Disability claim:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.*

Proof of claim must be provided at your own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:
(1) completed statements by you and your Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

***Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while you lack legal capacity.

**EXAMINATION.** The Company may have you examined:
(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) you have:
(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under the Policy will be paid:
(1) immediately after the Company receives complete proof of claim and confirms liability; and
(2) in any event, within 60 days after the Company receives acceptable proof of claim.

Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit.

**CLAIMS PROCEDURES**
**(Continued)**

Any balance, which remains unpaid at the end of the period of liability, will be paid:
(1) immediately after the Company receives complete proof of claim and confirms liability; and
(2) in any event, within 60 days after the Company receives acceptable proof of claim.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to you, while living. After your death, such benefits will be payable to your estate.

**NOTICE OF CLAIM DECISION**. The Company will send you a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:
(1) the reason for the denial, under the terms of the Policy and any internal guidelines;
(2) how you may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send you a written delay notice:
(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:
(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.
If you do not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from you to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, you may request a claim review by sending the Company:
(1) a written request; and
(2) any written comments or other items to support the claim.
You may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send you a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of the Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:
(1) any further appeal procedures available under the Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.
This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send you a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**CLAIMS PROCEDURES**
**(Continued)**

**Exception:** The Company may need more information from you to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:

(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under the Policy, until full reimbursement is made;
(2) reduce benefits payable to you or your beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from you or your estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if you:

(1) become Totally Disabled while insured for this benefit;
(2) are under the Regular Care of a Physician; and
(3) at your own expense, submit proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:

(1) the date you cease to be Totally Disabled or die;
(2) the date the Maximum Benefit Period ends; or
(3) the date you are able, but choose not to engage in Partial Disability Employment in your Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date you (without good cause):
    (a) fail to take a required medical exam;
    (b) fail to cooperate with an examiner; or
    (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for any Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:

(1) your Basic Weekly Earnings multiplied by the Benefit Percentage; minus Other Income Benefits except any pay received under the Employer's Sick Leave or Salary Continuance Plan;
(2) 100% of your Basic Weekly Earnings; minus Other Income Benefits including any pay received under the Employer's Sick Leave or Salary Continuance Plan; or
(3) the Maximum Weekly Benefit.

In no event will the amount of the Weekly Total Disability Benefit plus any pay received under the Employer's Sick Leave or Salary Continuance Plan exceed 100% of your Basic Weekly Earnings.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if you:

(1) become Partially Disabled while insured for this benefit;
(2) are engaged in Partial Disability Employment;
(3) are earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) are under the Regular Care of a Physician; and
(5) at your own expense, submit proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

You are not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:
(1) the date you cease to be Partially Disabled or die;
(2) the date the Maximum Benefit Period ends;
(3) the date you earn more than 99% of Basic Weekly Earnings; or
(4) the date you are able, but choose not to work Full-Time or part-time in your Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date you (without good cause):
 (a) fail to take a required medical exam;
 (b) fail to cooperate with an examiner; or
 (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:
(A) (1) Your Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
 (2) Other Income Benefits, except for earnings you receive from Partial Disability Employment; or
(B) Your Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining your Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under the Policy.

**Compulsory Benefits.** Any disability income benefits you are eligible to receive under:

(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which you are eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which you are eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits you receive under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:

(1) **disability benefits** for which you and any spouse or child is eligible, because of your Disability;
(2) **unreduced retirement benefits** for which you and any spouse or child is eligible, because of your eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by you and any spouse or child, because of your receipt of reduced retirement benefits.

As used above, **"Government Retirement Plans"** include disability and retirement benefits under:

(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay you earn or receive from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:

(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
    (a) wages, tips, commissions, bonuses and overtime pay; and
    (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount you recover from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

**Exceptions.** The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:
(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
  (a) represent your contributions; or
  (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, or severance pay; or
(9) disability income benefits under any individual policy, franchise plan, association group plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.** If you may be entitled to Other Income Benefits that affect Policy benefits, you are required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, you:
(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.
If you fail to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, you and your Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under the Policy.

**Refunding Overpayments.** Upon receiving Other Income Benefits, you must refund any resulting overpayment of Weekly Benefits under the Policy. If you do not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:
(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.** After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**WEEKLY DISABILITY INCOME INSURANCE**
**(Continued)**

**RECURRENT DISABILITY. "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for two consecutive weeks or more.
  A new Day Benefits Begin and new Maximum Benefit Period will apply.

(2) A Recurrent Disability will be treated as part of the prior Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for less than two consecutive weeks.
  The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of the Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply when you become eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:

(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which you are not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) which is the result of a Sickness or Injury for which you receive benefits under Workers' Compensation or similar coverage; or
(5) which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
  (a) the Employer had enrolled you for such coverage; and
  (b) you and your Employer had cooperated in filing a claim under that plan.

**PRE-EXISTING CONDITION LIMITATION.** The Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 12 months after your Effective Date.

**"Pre-Existing Condition"** means a Sickness or Injury for which you received Treatment within 3 months prior to your Effective Date.

**"Treatment"** means consultation, care and services by a Physician. It includes diagnostic measures and the prescription, refill and taking of prescribed drugs or medicines.