# VOCATIONAL REHABILITATION BENEFIT

**BENEFIT.** If you are Disabled and are receiving Weekly Benefits under the Policy, you may be eligible for a Vocational Rehabilitation Benefit. This benefit consists of services which may include:

(1) vocational evaluation, counseling, training or job placement;
(2) job modification or special equipment; and
(3) other services which the Company deems reasonably necessary to help you return to work.

The Company will determine your eligibility and the amount of any benefit payable.

**ELIGIBILITY.** You may be eligible for the Vocational Rehabilitation Benefit if the Company finds that you:

(1) have a Disability that prevents the performance of the Main Duties of your Own Occupation;
(2) have the physical and mental abilities needed to complete a Rehabilitation Program; and
(3) are reasonably expected to return to work after completing the Rehabilitation Program; in view of your degree of motivation and the labor force demand for workers in the proposed occupation.

The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under your health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** The Company, you, or your Physician may first propose vocational rehabilitation. When a Rehabilitation Program is approved by the Company, the Policy's definition of "Disability" will be waived during the rehabilitation period; however, it will be reapplied after the Rehabilitation Program ends. The Company will determine the amount and duration of any Weekly Disability benefits payable after the Rehabilitation Program ends.

**LIMITATION.** The Policy will not cover any period of Disability if you have received a Vocational Rehabilitation Benefit and have failed to complete the Rehabilitation Program, without Good Cause.

**DEFINITIONS.**

**"Good Cause,"** as used in this provision, means your:

(1) documented physical or mental impairments, which render you unable to take part in or complete a Rehabilitation Program;
(2) involvement in a medical program, which prevents or interferes with your taking part in or completing a Rehabilitation Program; or
(3) participating in good faith in some other vocational rehabilitation program, which:
    (a) conflicts with taking part in or completing a Rehabilitation Program developed by the Company; and
    (b) is reasonably expected to return you to work.

**"Rehabilitation Program"** means a written vocational rehabilitation program:

(1) which the Company develops with input from:
    (a) you;
    (b) your Physician; and
    (c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.



EXHIBIT
3, part 5

Lincoln/Morgason 2697

## REHABILITATION INCENTIVE BENEFIT

**BENEFIT.** The Company will pay you a Rehabilitation Incentive Benefit if you are Totally or Partially Disabled and actively participating in a Rehabilitation Program approved by the Company.

**AMOUNT.** The amount of the Rehabilitation Incentive Benefit is shown in the Schedule of Insurance.

The Rehabilitation Incentive Benefit is paid in addition to any other Policy benefits, and is not subject to Policy provisions that would otherwise reduce the benefit amount, such as the Other Income Benefits provision.

**DURATION.** The Rehabilitation Incentive Benefit starts on the latest of:
(1) the date you begin to participate in an approved Rehabilitation Program; or
(2) the date the Company approves your Rehabilitation Program.

The Rehabilitation Incentive Benefit will cease on the earliest of:
(1) the date the Weekly Total or Partial Disability Benefits would otherwise cease under the Policy; or
(2) the date you cease participation in an approved Rehabilitation Program.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
(1) which the Company develops with input from:
  (a) you;
  (b) your Physician; and
  (c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**PROOF.** Written proof of active participation in a Rehabilitation Program must be given:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.

Proof of active participation must be provided at your own expense. The proof must be sent to the Company's Group Insurance Service Office. It should include your name and address and the number of the Policy.

Exception**:** Failure to furnish proof of active participation in a Rehabilitation Program within the required time period will not invalidate the benefit, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while you lack legal capacity.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

## REASONABLE ACCOMMODATION BENEFIT

**BENEFIT.** If you are Disabled and are receiving Weekly Benefits under the Policy, then the Group Policyholder may be eligible for a Reasonable Accommodation benefit. This benefit reimburses the Group Policyholder for 50% of the expense incurred for reasonable accommodation services for you, but will not exceed the lesser of:

(1) a maximum benefit of $2500 for any one Insured Person; or
(2) the Company's expected liability for your Weekly Disability Income claim.

Such services may include:

(1) providing you a more accessible parking space or entrance;
(2) removing barriers or hazards to you from the worksite;
(3) special seating, furniture or equipment for your work station;
(4) providing special training materials or translation services during your training; and
(5) other services the Company deems reasonably necessary to help you return to work with the Group Policyholder.

**ELIGIBILITY.** The Company will determine the Group Policyholder's eligibility to receive the Reasonable Accommodation benefit. To qualify for the Reasonable Accommodation benefit, the Group Policyholder must have an Insured Person:

(1) whose Disability prevents the performance of his or her Own Occupation at the Group Policyholder's worksite;
(2) who has the physical and mental abilities needed to perform his or her Own Occupation or another occupation at the Group Policyholder's worksite, but only with the help of the proposed accommodation; and
(3) who is reasonably expected to return to work with the help of the proposed accommodation.

The Company must also find that the requested Reasonable Accommodation benefit is less than the expected liability for your Weekly Disability Income claim.

**WRITTEN PROPOSAL.** The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:

(1) the Group Policyholder;
(2) you; and
(3) your Physician, when appropriate.

The proposal must state:

(1) the purpose of the proposed accommodation; and
(2) the times, dates, and costs of the services.

**CONDITIONS.** The Company, the Group Policyholder, you, or your Physician may first voluntarily propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will reimburse the Group Policyholder upon receipt of proof that the Group Policyholder:

(1) has provided the services for you; and
(2) has paid the provider for the services.

**OTHER PROVISIONS.** Unless stated otherwise, the Reasonable Accommodation benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

## FAMILY INCOME BENEFIT

**BENEFIT.** The Company will pay a benefit to the Eligible Survivor(s) when satisfactory written proof is received that you died:

(1) after Disability had continued for at least 14 consecutive days; and
(2) while receiving a Weekly Benefit.

If payment becomes due to your children; then payment will be made to:

(1) the surviving children, in equal shares; or
(2) a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, your children.

If there are no Eligible Survivors, payment will be made to your estate.

**AMOUNT.** The Family Income Benefit is shown in the Schedule of Insurance. Reductions for Other Income Benefits will not apply.

If any state disability plan compulsory death benefits become payable upon your death, then any Family Income Benefit amount payable will be reduced by such compulsory death benefits.

**DEFINITION.**

**"Eligible Survivor(s)"** means your:

(1) surviving spouse; or, if none,
(2) surviving children who are under age 25 on your date of death.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

# IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION
## (For insurers declared insolvent or impaired on or after September 1, 2011)

Texas law establishes a system to protect Texas policyholders if their life or health insurance company fails. The Texas Life and Health Insurance Guaranty Association ("the Association") administers this protection system. Only the policyholders of insurance companies that are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law. (The law is found in the *Texas Insurance Code,* Chapter 463.)

**It is possible that the Association may not protect all or part of your policy because of statutory limitations.**

### Eligibility for Protection by the Association

When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- Residents of Texas **(regardless of where the policyholder lived when the policy was issued)**
- Residents of other states, ONLY if the following conditions are met:
  (1) The policyholder has a policy with a company domiciled in Texas;
  (2) The policyholder's state of residence has a similar guaranty association; and
  (3) The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
- For each individual covered under one or more policies: up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, or $200,000 for other types of health insurance.

**Life Insurance:**
- Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on a single life; or
- Death benefits up to a total of $300,000 under one or more policies on a single life; or
- Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**
- Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**
- Present value of allocated benefits up to a total of $250,000 on any one life; or
- Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**
- $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

These limits are applied for each insolvent insurance company.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. When you are selecting an insurance company, you should not rely on Association coverage. For additional questions on Association protection or general information about an insurance company, please use the following contact information.**

Texas Life and Health Insurance
Guaranty Association
515 Congress Avenue, Suite 1875
Austin, Texas 78701
800-982-6362 or www.txlifega.org

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439 or www.tdi.texas.gov

**AMENDMENT TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO: 000010253169**

**ISSUED TO: Texarkana Independent School District**

**Your Certificate is amended by adding the following provisions.**

## PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for you, which could otherwise occur solely because of a transfer of insurance carriers. The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which the Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, the Policy will provide disability income coverage if you:

(1) were insured by the prior plan on its termination date; and
(2) were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until you satisfy the Policy's Active Work rule, your disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:

(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition if you:

(1) were insured by the prior plan on its termination date; and
(2) were Actively-At-Work and became insured under the Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply the Policy's Pre-Existing Condition Limitation. If you qualify for benefits, you will be paid according to the Policy's benefit schedule.

B. If you cannot satisfy the Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:
   (1) If you satisfy the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
   (2) If you cannot satisfy the Pre-Existing Condition Limitation of the Policy, or that of the prior plan; then no benefit will be paid.

**This Amendment takes effect on your effective date of coverage under the Policy. In all other respects, your Certificate remains unchanged.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

## What Does Lincoln Financial Do with Your Personal Information?

The Lincoln Financial companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

Financial companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this carefully to understand what we do.

## Information We May Collect and Use

We collect personal information about you:

- to help us identify you as a consumer, our customer or our former customer;
- to process your requests and transactions;
- to offer investment, insurance, retirement and other financial services to you;
- to pay your claim;
- to analyze in order to enhance our products and services;
- to tell you about our products or services we believe you may want and use; and
- as otherwise permitted by law.

The types of personal information we collect depend on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name; address; Social Security number; your financial health; and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- **Information from outside our family of companies:** If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- **Information from your employer:** If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative to enroll you in the plan.

When you are no longer our customer, we continue to share your information as described in this notice.

## How We Share and Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They may use this information:

- to process transactions you, your employer, or your group representative have requested;
- to provide customer service;
- to analyze in order to evaluate or enhance our products and services;
- to gain customer insight; to provide education and training to our workforce and customers; and/or
- to inform you of products or services we offer that you may find useful.

Our service providers may or may not be affiliated with us. Affiliates are companies related by common ownership or control. Nonaffiliates are companies not related by common ownership or control. They include:

- Financial service providers: third party administrators; broker-dealers; insurance agents and brokers; registered representatives; reinsurers and other financial services companies with which we have joint marketing agreements. A joint marketing agreement is a formal agreement between nonaffiliated financial companies that together market financial products or services to you. Our joint marketing partners include, but are not limited to, insurance providers and financial technology solutions.
- Non-financial companies and individuals: consultants; vendors; and companies that perform marketing services on our behalf.

Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products:

- We may share information about your application with credit bureaus.
- We may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers).
- We may provide information to regulatory authorities, law enforcement officials, and to other nonaffiliated or affiliated parties as permitted by law.
- In the event of a sale of all or part of our businesses, we may share customer information with the acquiror as part of the sale.
- **We do not sell or release your information to outside marketers who may want to offer you their own products and services unless we receive your express consent; nor do we release information we receive about you from a consumer reporting agency.**

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Lincoln chooses to share; and whether you can limit this sharing.

| Reasons we can share your personal information | Does Lincoln share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes**—such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes**—to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes**—information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes**—information about your creditworthiness | No | We Don't Share |
| **For our affiliates to market to you** | Yes | Yes<br>(We only share if we receive your express consent) |
| **For nonaffiliates to market to you** | Yes | Yes<br>(We only share if we receive your express consent) |

Federal law gives you the right to limit only:

- sharing for our affiliates' everyday business purposes – information about your creditworthiness;
- sharing for our affiliates to market to you; and
- sharing for nonaffiliates to market to you.

State laws and individual companies may give you additional rights to limit sharing. California residents can review our California Privacy Notice located at https://www.lincolnfinancial.com/public/general/privacy/californiaprivacynotice.

## Security of Information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your Rights Regarding Your Personal Information

This Privacy Notice describes how you can exercise your rights regarding your personal information. Lincoln complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

**Access to personal information:** You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically, whichever you prefer. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). We will send you notification within 30 business days if we need additional time to respond to your request. If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

**Changes to personal information:** If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend, or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the recipients and in the manner described in the paragraph above.

**Basis for adverse underwriting decision:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to exercise your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. **The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice.**

For general account service requests or inquiries unrelated to this Privacy Notice, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company, Inc.
Lincoln Financial Investments Corporation (formerly Lincoln Investment Advisors Corporation)
Lincoln Life & Annuity Company of New York
Lincoln Life Assurance Company of Boston
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company
Lincoln Financial Insurance Agency Incorporated

Date: Thu Apr 29 11:21:58 CDT 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <111824709.13.1619713318112.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Group Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

April 29, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr. Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 04/22/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to the Short Term Disability maximum benefit date of 05/21/2021.

This letter does not guarantee benefits for Long Term Disability. Eligibility and certain Policy provisions may exclude you from your Long Term Disability benefits. We will evaluate your capacity to perform work-related activity, taking into consideration your restrictions and limitations and treatment plan supported by objective medical evidence. Objective medical evidence can include office and treatment notes, therapy notes, test results, consultation reports and/or laboratory results, etc.

At this time, your file is being referred to Long Term Disability specialist for further handling of your claim.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Group Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Date: Thu Apr 29 11:21:54 CDT 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: morgason2@gmail.com
Message-ID: <1584716482.8.1619713314207.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Group Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

April 29, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr. Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 04/22/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to the Short Term Disability maximum benefit date of 05/21/2021.

This letter does not guarantee benefits for Long Term Disability. Eligibility and certain Policy provisions may exclude you from your Long Term Disability benefits. We will evaluate your capacity to perform work-related activity, taking into consideration your restrictions and limitations and treatment plan supported by objective medical evidence. Objective medical evidence can include office and treatment notes, therapy notes, test results, consultation reports and/or laboratory results, etc.

At this time, your file is being referred to Long Term Disability specialist for further handling of your claim.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Group Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

NORTH CENTRAL
SURGICAL CENTER
HOSPITAL
*Part of* BaylorScott&White HEALTH




# DISCHARGE & HOME CARE INFORMATION

pital Surgery
'er 1, Suite 100
.265.2810

North Central Surgical Center Hospital
9301 North Central Expressway, Suite 100
Dallas, Texas 75231

Outpatient Surgery
Tower 2, Suite 670
214.365.8380

**SPECIALIZED HEALTHCARE.**
**SPECIFICALLY FOR YOU.**

# Your Health
## Understanding your Post-Operative Needs



MORGASON, MICHAEL R
DOB: 07/31/1970 50 Y M
DOS: 04/22/2021
ATT: Frederick MD, Hugh A
FIN: NCTR000186804
MRN: 01140122

NORTH CENTRAL

★ COPING WITH PAIN

★ TIPS FOR TAKING PAIN MEDICATION

★ MANAGING NAUSEA

★ PREVENTING DEEP VEIN THROMBOSIS AFTER SURGERY

★ SURGICAL SITE CARE

★ SLEEP APNEA

★ HOW TO STORE, USE, AND DISPOSE OF MEDICATION

★ FALL PREVENTION

★ SIGNS OF ADDICTION/RESOURCES

★ ADDITIONAL RESOURCES

★ SENSIBLE ANTIBIOTIC USE

★ ANESTHESIA INFORMATION

**North Central Surgical Center**

9301 North Central Expressway
Suite 100
Dallas, TX 75231
Phone: (214) 265 – 2810
Fax: (214) 265 – 2820

**Patient Information**
**Name:** MORGASON, MICHAEL R **Age:** 50 Years **Date of Birth**
MRN: 01140122 FIN:
Reason For Visit:
Phone: (903) 490-0726
Attending Physician: Frederick MD, Hugh A

We would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your condition. Our entire staff strives to provide a very good experience for our patients and their families. You may receive, by mail, a survey about your experience with us. PLEASE ENSURE YOU FOLLOW THE INSTRUCTIONS BELOW!
MORGASON, MICHAEL R has been given a follow-up appointment, patient education materials, and instructions.

**Follow-up Appointment:**

**Patient Education Materials:**
NCTR Fredericks PostOp Instructions (Custom); NCTR_FLIPBOOK DISCHARGE INSTRUCTIONS (CUSTOM) (CUSTOM); USPI - COVID-19 Discharge Instruction (CUSTOM)

## Dr. Frederick's Post-Operative Instructions

**Elevation.** Keep your hand elevated ABOVE the level of your heart for the first week after surgery, or until there is no pain or swelling. Your hand must be higher than your elbow, and your elbow higher than your shoulder, as shown here:

If your pain is especially severe or you have a condition associated with a lot of swelling, you should "salute the ceiling" by lifting your hand as high as possible above your head every 10 or 15 minutes for a 20 second count.



**Dressings.** Do not remove the dressing unless otherwise instructed. Keep the dressing clean and dry. Use a plastic bag when bathing. Should the dressing become wet or fall off, replace it with a new clean dressing. After some surgeries you will be sent home with compression socks on – these can be safely removed after surgery.

**Medications.** Fill your prescriptions and take the medication as directed. If you are running low on pain medication, please think ahead and take care of this by calling during office hours (8:30 – 4:30 PM) Monday through Friday.

**Activity.** After some surgeries, the dressing will block the motion of your fingers and/or elbow. If motion of your fingers, elbow, and/or shoulder is not blocked, then exercising/moving these can help prevent stiffness and reduce swelling. Finger exercises are shown:




**When to call.** Call the office the day after surgery if you have any concerns or questions. You should also call to make your appointment for a follow-up visit if you have not already done so. You need to see Dr. Frederick / Dr. Muzykewicz in approximately______days. Call the office if there is any significant redness or swelling/pain that does not resolve with medication and elevation.

**North Central Surgical Center Hospital Discharge Flipbook provided to patient.**

Please see this flipbook for additional discharge instructions. These instructions will supplement any physician specific instructions that were provided.

## USPI - COVID-19 Discharge Instruction

If you develop signs and symptoms of COVID-19 please contact your Primary Care Physician. These symptoms may include:

Fever greater 100.4

Cough

Shortness of breath

Difficulty breathing

Headache

Muscle aches

Loss of taste or smell

If you are diagnosed with COVID-19 within the next 14 days please notify the hospital.

**Allergies:**

Latex; penicillin

**Medication Information**

Your Physician provided you with a complete list of medications post discharge, if you have been instructed to stop taking a medication please ensure you notify your Primary Care Physician.

**Medications to take at home that have not changed**

**Other Medications**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 Tabs Oral every day.

**atorvastatin (atorvastatin 40 mg oral tablet)** 1 Tabs Oral every day.

**gabapentin (gabapentin 100 mg oral capsule)** 2 Capsules Oral 2 times a day.

**meloxicam (meloxicam 15 mg oral tablet)** 1 Tabs Oral every day.

**tiZANidine (tiZANidine 4 mg oral capsule)** 1 Capsules Oral 3 times a day.

**ubiquinone (CoQ10)** Oral every day. UNKNOWN DOSE..

Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

**Comment:**

NORTH CENTRAL SURGICAL CENTER HOSPITAL

# General Discharge Instructions

**After Your Surgery**
- It is normal to feel dizzy and sleepy for up to 24 hours after your surgery. Plan to have someone 18 years or older stay with you for the first 24 hours after your procedure.

**Wait 24 hours after surgery before:**
- Driving, smoking, eating heavy/spicy meals, signing documents or making important decisions, consuming alcoholic beverages

**Call 911 for assistance, if you develop any of the following:**
- Sudden or unexplained shortness of breath, high-pitched sound when breathing or painful breathing, unexplained chest pain, uncomfortable pressure, crushing squeezing, fullness or tightness, pain in center of chest (behind breast bone) spre arm, shoulders, neck, jaw or back, very fast or very slow pulse, fainting or weakness, vomiting blood

**Pain**
- Discomfort and some pain are expected after surgery.
- Follow your doctor's instructions for all prescribed or over the counter medicines for pain.
- Call your doctor if your medication is not controlling your pain. Tell your doctor where the pain is located, what it feels like (0 is no pain and 10 is unbearable pain), when it started, and what makes if feel better or worse.

**Nausea (Upset Stomach)**
- If your stomach is upset, rest with your head raised on pillows, apply a cool, damp cloth to face or neck area, and avoid quick movements. Take your pain medication with light foods like crackers, dry toast, or a pretzel.
- Call your doctor if nausea does not get better or if you cannot keep food or liquids down.

**Watch for Infection**
- If given a prescription for antibiotics, take them on schedule until all antibiotics are taken. If instructed to change your dressing, wash your hands with soap and water before and after changing the dressing.
- Check your temperature for 3 days after your surgery. Call your doctor if your temperature is 100.5F or higher.
- Call your doctor if you have any of the following at your surgical incision site: pain or tenderness, redness, heat, or swelling; pus under the skin; red streaks leading from the surgical site; or swollen lymph glands in groin, armpit, or neck.
- Keep dressings clean and dry; call your doctor if your dressing becomes soiled or wet.

**Possible Post Procedure Complications**
- **Blood Clot in Vein (VTE):** Usually occurs in one leg, above or below the knee, swelling – one calf or thigh may be larger than the other, feeling of increased warmth in the area of the leg that is swollen or painful, leg pain, which may increase when standing or walking, tenderness of the leg that may be confined to one area, change in leg skin color (bluish or red).
- **Blood Clot in Lung (PE):** Chest pain that gets worse with deep breath, coughing or chest movement, shortness of breath or difficulty breathing, coughing up blood, rapid breathing, rapid heart rate.
- **If you are experiencing any of these signs or symptoms, you should seek medical help immediately-Call 911 or proceed to the nearest Emergency Room.**

**Helpful Contact Numbers**

Please do not hesitate to call- we are here for you.
- For all questions, including billing, please feel free to call the hospital at 214.265.2810.
- If you have a concern with care received, please contact our quality department directly at 214.365.8167.

**Thank you**
- You may receive a paper or phone survey from Press Ganey. Please take a moment to complete. All responses help us to continually improve the quality of care to our customers and identify process improvement needs.
- Thank you for choosing the North Central Surgical Center Hospital with your care.

Revised November 2016

Date: Fri Apr 16 10:01:23 CDT 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <1077225979.13.1618585283218.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

April 16, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr. Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 04/10/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 04/22/2021. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Date: Fri Apr 16 10:01:19 CDT 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: morgason2@gmail.com
Message-ID: <1789804953.8.1618585279726.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

April 16, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr. Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 04/10/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 04/22/2021. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

IMPORTANT NOTE

Before sending in this kit, the ordering medical professional should complete a requisition form at www.invitae.com. A copy of the requisition form can be printed after placing the order; please include it with this kit.

1. Label the blood collection tube.
   - Patient full name, including both first and last name
   - Patient date of birth (MM/DD/YYYY)
   - Specimen collection date (today's date)

2. Draw a blood specimen.
   - A 3-milliliter blood specimen is needed.

3. Ensure the patient receives the Patient Information Card.
   - This card enables the patient to view their results online after release by the medical professional.

4. Package the kit.
   - Place the blood tube in the plastic bag labeled "biohazard" and seal the bag.
   - Place this sealed bag and the requisition form (if you have one) in the cardboard box.
   - Close the box and place it inside the FedEx Clinical Pak bag.
     - If you are sending more than one kit in a given day to Invitae, you can include up to four kits into the same FedEx Clinical Pak bag for your convenience.
   - Seal the FedEx Clinical Pak bag and apply the included shipping label.
   - The kit is now ready for pickup.

5. Schedule a pickup.
   - Schedule a pick up with FedEx, either through www.fedex.com or 1-800-GoFedEx (1-800-463-3339).

6. Track your order.
   - You can track your specimen and view your report online at www.invitae.com.
   - If you have questions, please call us at 1-800-436-3037 or email us at clientservices@invitae.com.

## Inside Your Thumb

The basal joint is formed by one of the wrist bones and the first of the three bones in the thumb. This joint allows the thumb to move and to pinch with the fingers. Basal joint arthritis can cause pain and weakness in the hand.

### Arthritis Damages the Joint

The ends of the bones are cushioned with **cartilage.** Cartilage allows the bones to move smoothly. Arthritis causes the cartilage to wear away. This lets the bones rub against each other when you move your thumb. The joint becomes inflamed and painful. Over time, the small bone at the base of the thumb may collapse. Then you can no longer fully straighten your thumb.




With arthritis, the joint is inflamed. This makes pinching and grasping with the thumb and fingers painful.



## Using Your Thumb Again

The goal of treatment is to reduce joint pain. Follow instructions for avoiding overuse of your thumb. Also, be sure to do any exercises your doctor or hand therapist gives you. These help strengthen the joint. The thumb may never be as good as new. However, you should be able to return to many of your normal activities.

**Also available in Spanish**

This brochure is not intended as a substitute for professional medical care. Only your doctor can diagnose and treat a medical problem.
©2014, 2016 The StayWell Company, LLC.
All rights reserved. Made in the USA.

KRAMES
www.kramesstore.com
800.333.3032

940352 1607

KRAMES

# BASAL JOINT ARTHRITIS



Restoring Movement in Your Thumb

## What Is Basal Joint Arthritis?

**Arthritis** is a disease that causes inflammation and stiffness in the joints. It often affects the **basal joint.** This is the joint at the base of the thumb. Basal joint arthritis is most common in women older than 40, but anyone can get it. Both thumbs can be affected.

### Causes

Basal joint arthritis is most often caused by wear and tear in the joint due to aging. Also, it may be more likely to occur if you have broken or injured your thumb. Repeatedly gripping, twisting, or turning objects with the thumb and fingers may make the condition worse.

### Symptoms

The most common symptom is pain in the lower part of the thumb. You may feel pain when you lift something with the thumb and fingers, unscrew a jar lid, or turn a door handle or a key. You may find yourself dropping things. Weather changes may also make the thumb hurt. The joint may swell. With time, the thumb may also become stiff or deformed.





## Treating Basal Joint Arthritis in the Thumb

Basal joint arthritis can often be diagnosed by examining how the thumb looks and moves. X-rays may be ordered to see how much of the joint is damaged. Based on the results, you and your doctor can then work together to plan your treatment.

### Nonsurgical Treatment

If arthritis is diagnosed early, it often responds to treatment without surgery. You may need to wear a splint on your thumb for 3 to 6 weeks. This limits movement and helps reduce inflammation. Also, you may need to take an oral anti-inflammatory medication, such as ibuprofen or naproxen. If your symptoms don't improve, your doctor may give you injections of a stronger anti-inflammatory, such as cortisone.

### Surgical Treatment

If other treatments fail to relieve your symptoms, or if arthritis has severely damaged the joint, surgery may be recommended. A common option is to remove the diseased joint. The joint is then rebuilt. This may be done using a piece of tendon from your arm or wrist **(tendon graft)** or manmade filler material. To prevent pain during surgery, you will receive anesthesia. This makes you drowsy or completely asleep. You will likely go home the same day. Your doctor will discuss the risks and benefits of surgery with you.

### Your Recovery

First, your hand will be wrapped in a dressing. Then you will have a cast or splint on your thumb for 3 to 6 weeks. This keeps the thumb stable during healing. Once you can move your thumb, your doctor may prescribe exercises or refer you to a hand therapist to help you regain use of your thumb.




The diseased joint may be removed and replaced, often with a tendon graft taken from your wrist or arm. You will have less pain and be able to use your thumb again.

Hugh A. "Bo" Frederick, M.D.
David A. Muzykewicz, M.D.
Hand and Upper Limb Reconstructive Surgery

9301 North Central Expwy., Suite 350
Dallas, Texas 75231
214-528-4185
fax 214-528-3074

Dear Patient,

Dr. Frederick / Dr. Muzykewicz is requesting that you have a medical clearance prior to surgery. This means that you will need to see your Internist/Cardiologist. We must have all the required paperwork first in order to schedule your surgery. You will need to call your provider to set up an appointment to see them to get all the testing done.

The required labs are as follows:

CBC

BMP

EKG

Along with a letter stating that you are clear for surgery.

If you take prescription blood thinners, you may need to have additional testing done, which can also be performed by your provider. All prescription and over the counter blood thinners must be stopped 5 days prior to your surgical procedure, unless told otherwise by your physician.

If you have any questions, feel free to call our office at 214-528-4185 and I can answer any questions you may have or you can email me at:

summer@upperextremitycare.com for Dr. Frederick Imelda

leslie@upperextremitycare.com for Dr. Muzykewicz.

If you call on a clinic day, please allow up to 24 hours for a return phone call.

Thank you,

Summer Kelly & Leslie Harrison

Surgery Coordinators

Dr. Hugh A. "Bo" Frederick, M.D.

Dr. David A. Muzykewicz, M.D.

Orthopedic Hand and Wrist Surgery

9301 N. Central Expressway # 350

Dallas, TX. 75231

214-528-4185 P

214-528-3074 F

| | |
|---|---|
| **Date of Exam** | 3/31/2021 |
| **Patient Name** | MICHAEL MORGASON |
| **Date of Birth** | |
| **Provider Name** | Hugh Frederick,MD |

## History

**Chief Complaint** Right wrist and thumb pain with recurring numbness

**History of Present Illness** (Hand)

Patient is a 50-year-old male and returns with continued right thumb CMC pain from osteoarthritis. Previous injection only gave partial and temporary relief. The thumb pain continues to interfere patient's normal activities of daily living. Patient also had temporary relief with carpal tunnel injections. Recent electro-diagnostic studies confirm significant right carpal tunnel.

## Exam

| | |
|---|---|
| **Hand** | Positive grind test with dorsal CMC pain and subluxation. MP joints stable. No triggering. Negative Finkelstein's. Good thenar strength and function. Positive median nerve compression test. |

## Diagnosis

| | |
|---|---|
| G56.03 | Carpal tunnel syndrome, bilateral upper limbs |

## Plan

**Hand**

The patient returns for follow up of right thumb CMC arthritis. There has been good but temporary relief with previous cortisone injections. The pain with pinch and grip has been affecting the patient's normal daily activities for many months and continues to reoccur despite conservative treatments. Surgery including trapezium resection, interpositional arthroplasty, and ligament reconstruction were discussed. A handout and diagram were gone over with the patient explaining the anatomy and surgical treatment. The surgery has a high success rate, but there are no guarantees for complete pain relief, although most patients are very happy with their results. Also, there is no way to guarantee surgical reconstruction will last forever, this surgery seems to be very durable, but there still could be problems in the future in the same area with recurring pain or problems. This surgery takes 4 to 6 months for complete recovery. The patient understands they will be in a cast with their thumb and wrist immobilized for a month and then a removable splint for 3 to 4 months after the cast. Patient also has significant right carpal tunnel, despite conservative treatment. Recommend right carpal tunnel release be done at Saint time as a thumb reconstructive surgery. The carpal tunnel surgery, risks, and healing time were also discussed. The patient's questions were answered. Surgery will be scheduled per the patient's request for right thumb CMC reconstruction and right carpal tunnel release

**Hugh Frederick,MD**
Electronically signed on 3/31/2021 2:53 PM

Name: Michael Morgason | DOI /IRN: 95510408 | PCP: Terry A. Knighton, FNP

# Neurology EMG - Details

## Study Result

### Narrative

Neurophysiology Lab
5323 Harry Hines Blvd
Dallas, TX 75390-8869
(214) 645-8800

Test Date: 3/26/21

---

Patient Name: Michael Morgason
UTSW MRN#: 95510408

Ordering Physician: Yao, Jiaqi, MD
Examining Physician: KHAN, SHAIDA
Technician: Madison Roth, R. EEG T
Date of Birth:
Age: 50y/o

Gender: male
Height: 71 inches 3/5/21
Testing Equipment: Cadwell Sierra Summit

---

Patient History:

50 year old man being evaluated for muscle cramps/weakness and pain.

Nerve Conduction Studies
Motor Summary Table

Stim Site NR Onset (ms) O-P Amp (mV) Neg Area (mVms) Neg Dur (ms) Site1
Site2 Delta-0 (ms) Dist (cm) Vel (m/s)
Right Median Motor (APB)
Wrist 5.6 6.3 22.90 6.09 Wrist APB 5.6 7.0
Elbow 9.5 5.8 21.32 6.41 Elbow Wrist 3.9 21.5 55
Right Peroneal Motor (EDB)
Ankle 4.8 3.4 12.25 6.41 Ankle EDB 4.8 8.0

B Fib 12.2 3.1 11.98 7.50 B Fib Ankle 7.4 33.0 45
Poplt 14.4 3.0 11.60 7.34 Poplt B Fib 2.2 11.0 50
Right Tibial Motor (AHB)
Ankle 4.2 14.3 33.86 6.41 Ankle AHB 4.2 8.0
Knee 12.5 10.7 31.96 7.81 Knee Ankle 8.3 41.0 49
Right Ulnar Motor (ADM)
Wrist 3.1 7.5 24.89 6.41 Wrist ADM 3.1 7.0
B Elbow 6.6 7.4 23.07 6.25 B Elbow Wrist 3.5 20.0 57
A Elbow 8.4 7.0 21.93 6.25 A Elbow B Elbow 1.8 11.0 61

Anti Sensory Summary Table

Stim Site NR Peak (ms) O-P Amp (µV) Site1 Site2 Delta-0 (ms) Dist (cm)
Vel (m/s)
Right Superficial Peroneal Anti Sensory (Ant Lat Mall)
14 cm 3.9 8.0 14 cm Ant Lat Mall 3.1 14.0 45
Right Sural Anti Sensory (Lat Mall)
Calf 3.9 8.8 Calf Lat Mall 3.4 14.0 41
Left Sural Anti Sensory (Lat Mall)
Calf 3.4 7.5 Calf Lat Mall 2.7 14.0 52

Comparison Summary Table

Stim Site NR Peak (ms) O-P Amp (µV) Site1 Site2 Delta-P (ms)
Right Median/Ulnar Palm Comparison (Wrist - 8cm)
Median Palm 2.9 34.7 Median Palm Ulnar Palm 0.9
Ulnar Palm 2.0 15.9

EMG

Side Muscle Nerve Root PSW Fibs Fasc Poly Amp Dur Ins Act Activa Recrt
Comment
Right Abd Poll Brev Median C8-T1 Nml Nml Nml None Incr Nml Nml Nml Decr
Right 1stDorInt Ulnar C8-T1 Nml Nml Nml None Nml Nml Nml Nml Nml
Right Deltoid Axillary C5-6 Nml Nml Nml None Nml Nml Nml Nml Nml

Waveforms:

Findings:

1. The right median motor response showed prolonged latency, normal amplitude, and normal conduction velocity.
2. The right ulnar, peroneal, and tibial motor responses were normal.

3. The right median palmar response showed prolonged peak latency and reduced amplitude. The right ulnar palmar response was normal. The right median palmar peak latency was 0.9 msec longer than the right ulnar palmar peak latency.
4. The right superficial peroneal sensory response was normal.
5. Bilateral sural sensory responses were normal.
6. The EMG of selected muscles were performed in the right upper extremity. There were large amplitude motor units in the abductor pollicus brevis (APB) with reduced recruitment.

Impression:

This is an abnormal study.

There is evidence of a moderate to severe right median mononeuropathy across the wrist (carpal tunnel syndrome). Chronic denervation changes were seen in the APB.

I was present for the entire procedure, edited the report and agree with the interpretation.

Shaida Khan, D.O.
Assistant Professor, Neurology

## Scanned Results

Scan on 3/26/2021 10:57 AM
Scan on 3/26/2021 4:26 PM

## Component Results

There is no component information for this result.

## General Information

Ordered by Shaida Khan, DO

Resulted on 03/26/2021 4:22 PM

Result Status: Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Texarkana Independent School District IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

**Attending Physician's Statement**

1. Patient's Name Michael Morgason Date of Birth ______
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
Unknown neuromuscular. Severe carpal tunnel & Ⓡ thumb arthritis. Possible genetic disorder.
3. a) Date of First Treatment 9/20/20
   b) Date of Most Recent ~~Treatment~~ Test 3/26/21 & 4/9/21 PreOp Testing
   c) Frequency of Treatments Surgery asap - Genetic tests 4/8/21
   d) Type of Treatment Rendered CT Surgery & LRTI Ⓡ thumb
   e) Is surgery scheduled? If so, when? Before end of month - April 2021
4. The patient has been continuously Totally Disabled (unable to perform regular job) from 11/18/20 to Present
   The patient has been continuously Partially Disabled (some restrictions or light duty) from n/a to ______
   If the patient is still disabled, when should the patient be able to return to work? At least 12 weeks post op.
5. Remarks or Comments: NCS/EMG 3/26/21 indicated abnormal nerve functions Ⓡ arm & hand.
6. List Restrictions and Limitations: Avoid exerting muscles.

7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ✓ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date 04/09/21 (Month Day Year) Signed [signature] - FNP (Attending Physician, No Stamps, please) /Degree/Specialty FNP

Street Address 4105 N Kings Hwy
City, State Texarkana TX 75503
Phone Number 903 838 0444
Fax Number 903 838 0477

Date: Wed Mar 24 19:30:47 CDT 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <1058967999.8.1616632247656.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

March 24, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr. Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 02/24/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 04/10/2021. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Date: Wed Mar 24 19:30:32 CDT 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: morgason2@gmail.com
Message-ID: <860798122.3.1616632232747.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

March 24, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr. Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 02/24/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 04/10/2021. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Name: Michael Morgason | DOB: | MRN: 95510408 | PCP: Terry A. Knighton, FNP

# Progress Notes

## Progress Notes by Jiaqi Yao, MD at 02/23/21 1000

### Attestation signed by Shaida Khan, DO at 03/01/21 2116 (Updated)

Attending attestation:

I reviewed the details of the history by Dr. Yao and reviewed these also with the patient, I then supervised and confirmed the physical exam on the patient. I generated the plan of care and counseled the patient regarding the impression and plan outlined below.

Michael is a 50 year old gentleman presenting for an evaluation of muscle weakness. He has multiple symptoms, which he brings outlined in chronological order on a printed piece of paper. This will be scanned into the chart.

His symptoms started in 2008 with arm pain and weakness, followed by leg weakness in 2010. He was diagnosed with thoracic outlet syndrome at Mayo clinic 2018-2019 and had surgery but did not improve. EMG/NCS performed 12/1/2020 was normal and not suggestive of this. Over 5 years ago, he started experiencing exhausting, sporadic issues swallowing, eye issues, dizziness with standing, drops items often, muscle spasms, "excessive sweating and feel so hot I could explode", cramps while intimate, quick to anger, sensitive to loud noises, cannot hold/operate anything that vibrates.

However in the last 6 months he has had a constellation of symptoms that have started. He has listed on the sheet: leg pain (side of right leg below knee) at night with muscle cramps, weight loss and muscle loss, jaw twitching, severe fatigue, muscle spasms when stretching, calf muscle soreness for days with minimum exertion, wrist/thumb/forearm pain, weak when walking short distances, difficulty ascending stairs, cannot carry lightweight items for more than a few seconds, breathlessness after little exertion, hot flashes, left foot swelling, confusion/forgetfulness/inability to multitask. He has been losing weight - 10-15 lbs in the last 4 months. The top right thigh feels "hot, cold or wet in 1 spot". Sensations in legs before urinating, voice breaks up/drops off, tremors in hand/fingers, feels like body shaking on the inside.

Extensive prior workup is outlined by Dr. Yao. MG panel negative, VGCC negative, CK 62, ESR normal, anca panel normal, B12 normal/borderline, TSH 0.23 (low), MR brain, C spine, T spine, and L spine were normal although we dont have MR Brain report..

Family history: mom had "problem with legs" and fell frequently (her symptoms began at 65), brother had "problem with legs" as well but no diagnosis. Maternal grandmother died at 22. Social history: has been smoking cigarettes daily for last 35 years. No EtOH. Allergies: PCN, latex

VS:
Blood pressure 127/80, pulse 61, height 5' 11" (1.803 m), weight 169 lb 4.8 oz (76.8 kg).

Exam: as outlined. There was reduced vibration in right foot otherwise normal sensory exam. Strength was 5/5 throughout with normal tone. Normal muscle bulk, no atrophy or fasciculations. Reflexes are 2+/4 throughout but slightly brisk at the knees, negative crossed adductor. Normal gait.

Overall, there is a large constellation of symptoms with a neurological exam that does not localize to the peripheral nervous system and no obvious evidence to suggest a neuromuscular disorder. He has had prior workup done including EMG/NCS which was normal but that only checked his arms. Given weight loss, smoking history, and gait instability, will check paraneoplastic panel but not sure which paraneoplastic syndrome this even fits with.

Check CT chest, abdomen/pelvis for malignancy to explain his symptoms, EMG/NCS of legs.
Follow up in about 6-8 weeks after testing.

Shaida Khan, D.O.
Assistant Professor, Neurology

Total time spent in chart review, notes, and clinic visit: 63 minutes

**NEUROMUSCULAR CLINIC NEW EVALUATION**

2/23/2020

Referring: TIFFANY ANN TACKETT, FNP
Address

RE: Michael Morgason
MR#: 95510408

Dear Dr. TIFFANY ANN TACKETT, FNP:

Thank you for referring Michael Morgason for a consultation regarding muscle weakness and pain bilateral lower extremities.

**History of Present Illness:**
Michael Morgason is a 50y/o man presenting for evaluation of weakness/pain in legs in 2010. His wife later on added that he started with arms weakness 2-3 years and mayo clinic thought it was due to thoracic outlet syndrome.
Initially he started to notice heaviness of his legs when he climbed stairs/long distance walking Right > left leg. Then he noticed deep pain/achiness and cramps of right leg at night time about one year ago. He also reports tingling of his hips and thighs. Denied shooting pain from lower back. Also doesn't report back pain (maybe uncomfortable sometimes).

Cramps on right leg> left leg. But sometimes left toes cramped up. Muscle twitching in right triceps, left neck, left trunk.

He also reports generalized fatigue.

Denied double vision, denied breathing/swallowing problem. Lost 10-15 lbs in the past 5 months. Denied poor appetite.

Normal development. No difficulty of standing up, walking or running.

Previous work-up:

12/01/2020 EMG/NCS : Normal

Cardiology work/up : 1. TOS s/p surgical repair
2. Early family hx of CAD age 55
3. Normal cath Jan 2018
4. Tobacco abuse ongoing
5. HTN
6. HLP

**Labs:**
**VitD 29**
Testrosterone 441 wnl
MG panel negative
VGCC negaive
B12 349
**TSH 0.23 low**
T4 1.1 wnl
ANCA vasculitis neg(Myeloperoxidase antibody negative
Proteinase-3 neg)

ssa ssb neg
CK 62
SER wnl

**Imaging**: MRI C,T,L spine: some degenerative changes without central canal narrowing.

**Past Medical History:**
Hyperlipidemia, Thoracic outlet syndrome,
**Past Surgical History:**
Thoracic outlet decompression both sides.
**Family History:**
His mom had weakness in her legs but no diagnosis. Brother has weakness in his hands, legs (no Dx)
**Social History:**
Work: worked in a school/maintanance. On short term disability.
35 years of smoking tobacco,
ETOH no, drugs: no.

**Medical Allergies:**
Not on File

**Current Medications:**
Statin (started in 2018)

**Review of Systems:**
A complete review of systems was obtained and was negative except for what was noted above.

**PHYSICAL EXAMINATION:**

General Appearance: Well appearing, comfortable, in no apparent distress.
CV: Regular rate and rhythm, normal S1 and S2, no murmurs
Repiratory: Clear to auscultation bilaterally
Skin: no rashes or other skin lesions
Musculoskeletal: scoliosis, lordosis, kyphosis, pes cavus, hammertoes?

*NEUROLOGICAL EXAM:*

*Mental status:*
Patient attentively and coherently explains the HPI. Speech is coherent and fluent without dysarthria or aphasia. Memory, comprehension and ability to follow commands were intact.

*Cranial nerves:*
Optic discs were sharp. Visual fields full to confrontational testing. Pupils were round and reacted to light and accommodation. No nystagmus. Extraocular movements were full. There was no face, eyelid, jaw, palate, or tongue weakness or atrophy. Hearing was grossly intact. Shoulder shrug was normal.

*Motor:*
Normal muscle bulk and tone. There is no evidence of atrophy or fasciculations. There is no action or percussion myotonia or paramyotonia. Manual muscle testing revealed the following MRC grades (right/left when appropriate):

| Muscle strength | Right | Left |
|---|---|---|
| Neck flexor | 5 | |
| Neck extensor | 5 | |
| Shoulder abductor | 5 | 5 |
| Elbow flexion | 5 | 5 |
| Elbow extension | 5 | 5 |
| Wrist flexion | 5 | 5 |
| Wrist extension | 5 | 5 |
| Finger extension | 5 | 5 |
| Deep finger flexors | 5 | 5 |
| Superficial finger flexors | 5 | 5 |
| | | |

| | | |
|---|---|---|
| First dorsal interosseous | 5 | 5 |
| Abductor digiti minimi | 5 | 5 |
| Abductor pollicis brevis | 5 | 5 |
| Hip flexion | 5 | 5 |
| Hip abduction | 5 | 5 |
| Hip extension | 5 | 5 |
| Knee extension | 5 | 5 |
| Knee flexion | 5 | 5 |
| Ankle dorsiflexion | 5 | 5 |
| Ankle plantar flexion | 5 | 5 |
| Foot inversion | 5 | 5 |
| Foot eversion | 5 | 5 |
| Toe extension | 5 | 5 |

*Reflexes:*

| Reflex | Right | Left |
|---|---|---|
| Hoffman's | no | no |
| Biceps | 2 | 2 |
| Triceps | 2 | 2 |
| Brachioradialis | 2 | 2 |
| Knee jerk | 3 | 3 |
| Ankle jerk | 3 | 3 |
| Plantar response | flexor | flexor |
| Ankle clonus | no | no |

*Sensory:*

Pinprick: normal, no length dependent sensory changes, no sensory level

| Modality (location) | Right | Left |
|---|---|---|
| Vibration (D2 DIP) | 5 sec | 12 sec |
| Vibration (GT IP) | 5 sec | 12 sec |
| Proprioception (D2 DIP) | reduced | normal |
| Proprioception (GT IP) | reduced | normal |

Romberg was negative.

*Coordination:*
Complex motor skills revealed normal coordination. Finger-nose-finger and heel-to-shin were intact. No sensory ataxia.

*Gait:*
Patient had a normal gait and was able to stand from a seated position without using arms or other assistance. Patient was able to walk on heels, toes, and tandem without any difficulty.

**ASSESSMENT:**

This is a 50 yo man who has had weakness/pain starting from his arms in 2008. He was treated as thoracic outlet syndrome at that time, however patient and his wife denied improvement. In 2010, he started to have weakness and pain in his legs. More in his right leg. He also experiences severe general fatigueness, tiredness and also some cognitive issue reported by his wife. He is a long term smoker and still currently smoking. He reports frequent cramps, muscle twitching. On physical exam, he has no weakness. Increased DTR in lower extremities. Some increased tone of LEs and asymmetric reduced sensation to vibration and proprioception in LEs. Gait was normal. No sensory ataxia.
His symptoms are mixed presentation paraneoplastic vs. Hyperexcitability vs. Genetic metabolic muscle disease

**PLAN:**
1. Paraneoplastic panel, GAD65, Caspr2, ANA, ESR, CRP.
2. Repeat CK, CBC CMP
3. CT chest, abdomen and pelvis for neoplasm screen.

4. Repeat NCS/EMG

Staffed with Dr. Khan

Jiaqi Yao MD
Fellow Clinical Neurophysiology

**Answers for HPI/ROS submitted by the patient on 2/17/2021**
Fever: No
Chills: No
Weight Loss: Yes
Weight Gain: No
Fatigue: Yes
Sweating: Yes
Night Sweats: No
General Weakness: Yes
Hot flashes: Yes
Rash: No
Itching: Yes
Change in mole(s): No
Unusual Hair Loss: No
Breast concerns: No
Headaches: Yes
Difficulty Hearing: No
Ringing in the Ears: No
Ear Discharge: No
Ear Pain: No
Nosebleeds: No
Sinus/Nasal Congestion: No
Loss of smell: No
Snoring: No
Difficulty Swallowing: Yes
Sore Throat: No
Mouth Lesions: No
Dry Mouth: No
Sore Mouth: No
Fever Blisters: No
Blurred Vision: Yes
Double Vision: No
Pain Looking at Bright Lights: Yes
Eye Pain: No
Eye Discharge: No
Eye Redness: No
Dry Eyes: No
Chest Pain: No
Palpitations: No
Leg or Ankle Swelling: Yes
Sudden shortness of breath during sleep: No
Difficulty Breathing When Lying Flat: Yes
Cough: No
Coughing Blood: No
Sputum Production: No
Shortness of Breath: Yes
Wheezing: No
Stridor: No
Pain with breathing: No
Heartburn: No
Change In Appetite: No
Nausea: Yes
Vomiting: No
Abdominal Pain: No

Diarrhea: No
Constipation: No
Blood in Stool: No
Black Stool: No
Urgency to Urinate: No
Blood in Urine: No
Pain When Urinating: No
Penile Discharge: No
Frequency in Urination: No
Incontinence of Urine: No
Sexual Problems: No
Muscle Pain: Yes
Neck Pain: Yes
Back Pain: Yes
Joint Pain: Yes
Falls: No
Environmental Allergies: No
Seasonal Allergies: No
Frequent Thirst: No
Heat Intolerance: Yes
Cold Intolerance: Yes
Easy Bruising / Bleeding: No
Dizziness: Yes
Tremor: Yes
Numbness or Tingling: Yes
Speech Change: No
Loss of Limb Strength: Yes
Seizures: No
Loss of Consciousness: No
Substance Abuse: No
Hallucinations: No
Nervous / Anxious: Yes
Insomnia: No
Memory Loss: No
Depression: No
Suicidal Ideas: No

Inactive Attestations

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Michael Morgason | DOB: | MRN: 95510408 | PCP: Terry A. Knighton, FNP

UTSouthwestern Medical Center

# AFTER VISIT SUMMARY

**Michael Morgason** MRN: 95510408 2/23/2021 10:00 AM Neurology Clinic 214-645-8800

## Instructions from Shaida Khan, DO

### Referrals made today

NEUROLOGY EMG/NCS
Scheduled for 3/26/2021
Multiple visits requested (expires 2/23/2022)

CT ABDOMEN W AND WO IV CONTRAST
Multiple visits requested (expires 2/23/2022)

### Labs ordered today

MISCELLANEOUS LAB TEST
Please complete by or around 2/23/2021

PTH INTACT
Please complete by or around 2/23/2021

### Return in about 10 weeks

(around 5/4/2021).

## Today's Visit

You saw Shaida Khan, DO on Tuesday February 23, 2021. The following issues were addressed: Muscle pain, Tobacco use disorder, Rigidity, and Muscle weakness.

Blood Pressure
127/80

BMI
23.61

Weight
169 lb 4.8 oz

Height
5' 11"

Pulse
61

## What's Next

MAR 26 2021

### EMG/NCV/NCS with Shaida Khan, DO

Friday March 26 10:00 AM

**EMG Testing Location**

James W. Aston Ambulatory

Neurology 4th Floor (Neuromuscular Disorders)

5303 Harry Hines Blvd. Dallas, Texas 75390-8869 Telephone: 214-645-8800

http://www.utswmedicine.org/hospitals-clinics/aston/neurology/

Neurology Clinic
5303 Harry Hines Blvd., 4th Floor
Dallas TX 75390-8869
214-645-8800

**Please check in at the front desk at least 15 minutes prior to your appointment to have adequate time to fill out required paperwork.**

**How Should I Prepare for an EMG/NCS**?

- Do not use any creams, moisturizers or powders on

your skin the day of the procedure.

**Medications listed below can interfere with testing. Please discuss with your prescribing provider as medication may need to be held before the test**.

- **Do NOT stop medications without discussion with your prescribing provider.**

- Mestinon (Pyridostigmine) – Interferes with NCS portion of the testing.
- Anticoagulants listed below: - Interferes with EMG portion of the testing.
  - Warfarin (Coumadin & Marevan)
  - Apixaban (Eliquis)
  - Enoxaparin (Lovenox)
  - Fondaparinux (Arixtra)
  - Dabigatran (Pradaxa)
  - Rivaroxaban (Xarelto)
  - Edoxaban (Savaysa)

**What Can I Expect on the Day of the Test**?

- **Nerve Conduction Studies (NCS)** - Adhesive recording electrodes are placed on the skin and an electrical stimulus is given to your nerves to measure how well and how fast the nerves can send electrical signals.
- **Electromyogram (EMG)** - A small sterile needle will be inserted into a muscle to measure the electrical activity of the muscle.

**When are Results Ready?**

- The time for EMG report generation is usually within a week. A copy will be sent to the referring physician. Follow up with your referring

provider to discuss test results.

## Scheduling your Imaging Exam

To schedule your imaging exam:

- Call us at 1-214-645-9729 Monday-Friday 7 am to 8 pm or Saturdays 7 am to 3:30 pm.

A member of our Imaging Services Scheduling team will call you within 3 business days.

## Call ahead before presenting to Lab

To observe safety guidelines during the pandemic, if you have a lab to complete on campus, please call ahead before presenting to our lab departments.
Please call 469-291-2821 from 7:00 a.m. to 5:30 p.m. Monday through Friday and follow instructions.
Keeping you safe is our number one priority. Thank you for your support and understanding.

## Allergies

**Not Specified:** Latex, Natural Rubber
Low: Penicillins

## Problem List as of 2/23/2021

None

## Your Continuous Patient/Provider Relationships

**Knighton, Terry A, FNP** PCP - General
903-838-0444

## Preferred Pharmacy

**SAV-ON PHARMACY #0611 - TEXARKANA, AR - 3710 N STATE LINE AVE**
3710 N STATE LINE AVE TEXARKANA AR 71854
Phone: 870-773-5521 Fax: 870-774-8426
Not a 24 hour pharmacy; exact hours not known.

# Your Medication List as of February 23, 2021 11:59 PM

ⓘ If you have any questions, ask your nurse or doctor.

| | |
|---|---|
| **aspirin** 81 mg chewable tablet<br>Commonly known as: ST. JOSEPH LOW-DOSE | Take 81 mg by mouth |
| **atorvastatin** 40 mg oral tablet<br>Commonly known as: LIPITOR | TAKE 1 TABLET BY MOUTH DAILY |
| **gabapentin** 300 mg oral capsule<br>Commonly known as: NEURONTIN | |
| **meloxicam** 15 mg oral tablet<br>Commonly known as: MOBIC | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

# CHRISTUS Health System
# RADIOLOGY REPORT

Pt Name: MORGASON,MICHAEL
DOB: M 50
Acct: AA0001184345
MR: MD01093843
Patient Location: AA.ADVDX/
Requisition #: 20-0105783
Report #: 1223-0064

Advanced Diagnostics Imaging
855 PIERREMONT ROAD
SHREVEPORT, LA 71106

Procedure:
1223-0008 MRI/SPINE LUMBAR WO

CPT: 72148

---

**Signed**

Date of Exam: 12/23/20
Time of Exam: 0900

Admitting Diagnosis
MUSCLE WEAKNESS/MRI CERVICAL & LUMBAR WO
Ordering Diagnosis/Reason for exam
MUSCLE WEAKNESS

CLINICAL HISTORY: Muscle weakness.

TECHNIQUE: Sagittal and axial T1 and T2-weighted images of the lumbar spine were obtained. Contrast media was not administered.

FINDINGS:

No abnormality can be identified at T11-12 level where visualized on sagittal images. No abnormality is identified at T12-L1 level.

The L1-2 and L2-3 discs are prominent to very subtly bulging without central or foraminal narrowing.

No abnormality is identified at L3-4 level apart from facet hypertrophy.

The L4-5 disc is desiccated and minimally bulging. Facet hypertrophy is present. Significant central canal stenosis or foraminal narrowing is not seen.

At L5-S1 level, minimal bulging of the disc is seen with facet hypertrophy without significant central or foraminal narrowing.

The distal visualized spinal cord is within normal limits in appearance. No alignment abnormality can be identified.

IMPRESSION: Abnormal disc and degenerative vertebral findings are noted without significant central or foraminal narrowing at any level. Please see above comments.

CC: PCPNO; HUSSYE1;
Admitting Phy:
Patient Status: REG CLI
Admit Service Date: 12/23/20

Ordering Phy: HUSSAINI,SYED MD
Attending Phy: HUSSAINI,SYED MD

Acct: AA0001184345
MR: MD01093843
Pt Name: MORGASON,MICHAEL
DOB: M 50

---

**Signed**

DATE OF EXAM: 12/23/20
TIME OF EXAM: 0900
Report #: 1223-0064

LOC-A

Dictated By: MILNER,JOSEPH W JR MD
Date Dictated: 12/23/20 0924
Signed By: MILNER, JOSEPH W JR, MD
<Electronically signed by JOSEPH W MILNER JR, MD in OV>
Date Signed: 12/23/20 0936

D: 12/23/20 0924
T: 12/23/20 0924

**CHRISTUS Health System**
**RADIOLOGY REPORT**

Pt Name: MORGASON,MICHAEL
DOB: M 50
Acct: AA0001184345
MR: MD01093843
Patient Location: AA.ADVDX/
Requisition #: 20-0105782
Report #: 1223-0063

Advanced Diagnostics Imaging
855 PIERREMONT ROAD
SHREVEPORT, LA 71106

Procedure:
1223-0007 MRI/SPINE CERVICAL WO

CPT: 72141

---

**Signed**

Date of Exam: 12/23/20
Time of Exam: 0830

Admitting Diagnosis
MUSCLE WEAKNESS/MRI CERVICAL &
LUMBAR WO
Ordering Diagnosis/Reason for exam
MUSCLE WEAKNESS

CLINICAL HISTORY: Muscle weakness.

TECHNIQUE: Sagittal T1-weighted images and T2-weighted images were obtained with axial T2 gradient echo images and oblique sagittal T2-weighted images of right and left-sided neural foramina.

FINDINGS: No abnormality can be identified at C2-3 level.

At C3-4 level, a central protrusion of the disc mildly impresses on the thecal sac. No significant central or foraminal narrowing is seen.

At C4-5 level, there is a a central disc extrusion is seen with slight cephalad extension posterior to the C4 vertebral body mildly impressing on the thecal sac without significant central or foraminal narrowing.

At C5-6 level, a bulge of the disc is seen which is most prominent to the left of midline with bilateral uncovertebral spurs. Significant central canal stenosis does not appear to be present. The right neural foramen is mildly narrowed. The left neural foramen does not appear significantly narrowed.

At C6-7 level, a bulge of the disc is seen which is larger to the left than right of midline. Significant central canal stenosis is not seen. The neural foramina do not appear narrowed.

No abnormality can be identified at T1-2 level are visualized T2-3 level.

The study is limited as a result of body habitus and motion artifact. A definite abnormality of the cervical spinal cord is not seen.

CC: PCPNO; HUSSYE1;
Admitting Phy:
Patient Status: REG CLI
Admit Service Date: 12/23/20

Ordering Phy: HUSSAINI,SYED MD
Attending Phy: HUSSAINI,SYED MD

Acct: AA0001184345
MR: MD01093843
Pt Name: MORGASON,MICHAEL
DOB: M 50

---

**Signed**

DATE OF EXAM: 12/23/20
TIME OF EXAM: 0830
Report #: 1223-0063

IMPRESSION:
1. Abnormal disc and degenerative vertebral findings are evident without significant central canal stenosis. The right C5-6 neural foramen is mildly narrowed.
2. Please see above comments.

LOC-A

Dictated By: MILNER,JOSEPH W JR MD
Date Dictated: 12/23/20 0908
Signed By: MILNER, JOSEPH W JR, MD
<Electronically signed by JOSEPH W MILNER JR, MD in OV>
Date Signed: 12/23/20 0935

D: 12/23/20 0908
T: 12/23/20 0908

# Michael Morgason "Michael"

Patient Health Summary, generated on Mar. 12, 2021

## Patient Demographics - Male; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 2623 E 35th St<br>Texarkana, AR 71854-2413 | 903-490-0726 (Home)<br>903-490-0726 (Work)<br>903-490-0726 (Mobile)<br>Morgason2@gmail.com<br>morgason2@gmail.com | English (Preferred) | White / Non-Hispanic/Latino | Married |

## Note from UT Southwestern Medical Center

This document contains information that was shared with Michael Morgason. It may not contain the entire record from UT Southwestern Medical Center.

## Allergies

**Latex, Natural Rubber**

**Penicillins** (Itching, Rash) - Low Severity

## Medications

**atorvastatin (LIPITOR) 40 mg oral tablet** (Started 3/15/2019)
Take 1 tablet by mouth daily

**gabapentin (NEURONTIN) 300 mg oral capsule** (Started 2/7/2021)

**meloxicam (MOBIC) 15 mg oral tablet** (Started 1/30/2021)

**aspirin (ST. JOSEPH LOW-DOSE) 81 mg chewable tablet**
Take 81 mg by mouth

## Active Problems

No known active problems

## Results

### CT ABDOMEN/PELVIS W IV AND PO CONTRAST - Final result (03/05/2021 2:51 PM CST)

Specimen

| Impressions | Performed At |
|---|---|
| IMPRESSION:<br>1. No bowel obstruction nor acute process in the abdomen.<br>2. Calcified pulmonary granuloma in addition to a couple noncalcified pulmonary opacities measuring up to 6 mm. Consider formal chest CT as baseline in this patient with reported long-standing smoking history.<br><br>RECOMMENDATIONS: No additional recommendations.<br><br>Final Signed by Lori Watumull, MD Signed on 3/5/2021 3:38 PM Workstation ID: UWX513087 | UT SOUTHWESTERN RADIOLOGY SERVICES |

| Narrative | Performed At |
|---|---|
| EXAM: CT ABDOMEN/PELVIS W IV AND PO CONTRAST<br><br>HISTORY: 50 years -old Male with long standing smoker. cancer screen<br><br>TECHNIQUE: Contrast - IV contrast was given, enteric contrast was given<br>Portal venous phase - abdomen and pelvis<br>Reconstructions - coronal and sagittal planes<br><br>COMPARISON: None<br><br>FINDINGS:<br>Statements: None. | UT SOUTHWESTERN RADIOLOGY SERVICES |

```
Lower Chest: Dependent changes. Calcified granuloma right lower lobe. 6 mm noncalcified
right middle lobe opacity. Noncalcified Left lower lobe 5 mm opacity.

Hepatobiliary: Tiny segment IVb low attenuation focus much too small to characterize.
Portal and hepatic veins are patent. The gallbladder is partially contracted but
otherwise unremarkable. No biliary dilation.

Pancreas: The pancreas is unremarkable.

Spleen: The spleen is unremarkable.

Adrenals: The adrenal glands are unremarkable.

Genitourinary: The kidneys are unremarkable. No hydronephrosis. The bladder is
unremarkable.

Gastrointestinal: Normal bowel caliber. No perienteric inflammation. The appendix is
normal.

Lymphatics: No enlarged or abnormal appearing lymph nodes.

Vascular: Abdominal aorta is normal in caliber. Arterial vascular calcification
present.

MSK/Body Wall: No concerning bony lesion identified. Tiny sclerotic opacities bony
pelvis likely incidental bone islands.

Peritoneum/Other: No extraluminal gas. No extraluminal fluid.
```

Procedure Note

**Utsw, Interface - 03/05/2021 3:43 PM CST**

Formatting of this note might be different from the original.

EXAM: CT ABDOMEN/PELVIS W IV AND PO CONTRAST

HISTORY: 50 years -old Male with long standing smoker. cancer screen

TECHNIQUE: Contrast - IV contrast was given, enteric contrast was given
Portal venous phase - abdomen and pelvis
Reconstructions - coronal and sagittal planes

COMPARISON: None

FINDINGS:
Statements: None.

Lower Chest: Dependent changes. Calcified granuloma right lower lobe. 6 mm noncalcified right middle lobe opacity. Noncalcified Left lower lobe 5 mm opacity.

Hepatobiliary: Tiny segment IVb low attenuation focus much too small to characterize. Portal and hepatic veins are patent. The gallbladder is partially contracted but otherwise unremarkable. No biliary dilation.

Pancreas: The pancreas is unremarkable.

Spleen: The spleen is unremarkable.

Adrenals: The adrenal glands are unremarkable.

Genitourinary: The kidneys are unremarkable. No hydronephrosis. The bladder is unremarkable.

Gastrointestinal: Normal bowel caliber. No perienteric inflammation. The appendix is normal.

Lymphatics: No enlarged or abnormal appearing lymph nodes.

Vascular: Abdominal aorta is normal in caliber. Arterial vascular calcification present.

MSK/Body Wall: No concerning bony lesion identified. Tiny sclerotic opacities bony pelvis likely incidental bone islands.

Peritoneum/Other: No extraluminal gas. No extraluminal fluid.

IMPRESSION

IMPRESSION:
1. No bowel obstruction nor acute process in the abdomen.
2. Calcified pulmonary granuloma in addition to a couple noncalcified pulmonary opacities measuring up to 6 mm. Consider formal chest CT as baseline in this patient with reported long-standing smoking history.

RECOMMENDATIONS: No additional recommendations.

Final Signed by Lori Watumull, MD Signed on 3/5/2021 3:38 PM Workstation ID: UWX513087

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| UT SOUTHWESTERN RADIOLOGY SERVICES | | | 214-645-5110 |
| UT SOUTHWESTERN RADIOLOGY SERVICES | | Dallas, TX 75390 | 214-645-5110 |

CBC W/ DIFF - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
|---|---|---|---|---|
| WBC (White Blood Cell) | 8.81 | 4.00 - 11.00 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL | |
| RBC (Red Blood Cell) | 4.87 | 4.00 - 5.80 x10(12)/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Hgb (Hemoglobin) | 15.7 | 12.4 - 17.3 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| HCT (Hematocrit) | 46.3 | 37.0 - 50.0 % | CLEMENTS UNIVERSITY HOSPITAL | |
| MCV (Mean Corpuscular Volume) | 95.1 | 80.0 - 98.0 fL | CLEMENTS UNIVERSITY HOSPITAL | |
| MCH (Mean Corpuscular Hemoglobin) | 32.2 | 27.0 - 33.0 pg | CLEMENTS UNIVERSITY HOSPITAL | |
| MCHC (Mean Corpuscular Hgb Conc) | 33.9 | 33.0 - 35.0 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| RDW (Red Cell Distribution Width) | 11.9 | 11.3 - 15.1 % | CLEMENTS UNIVERSITY HOSPITAL | |
| Platelet Count | 238 | 150 - 450 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL | |
| MPV (Mean Platelet Volume) | 9.9 | 6.5 - 11.5 fL | CLEMENTS UNIVERSITY HOSPITAL | |
| Neutrophils Absolute | 5.82 | 1.50 - 7.40 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Lymphocytes Absolute | 2.11 | 1.10 - 3.90 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Monocytes Absolute | 0.64 | 0.10 - 0.90 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Eosinophils Absolute | 0.17 | 0.00 - 0.70 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL | |

| | | | |
|---|---|---|---|
| Basophils Absolute | 0.05 | 0.00 - 0.20 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL |
| Granulocytes Immature Absolute | 0.02 | 0.00 - 0.06 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL |
| NRBC Absolute | 0.00 | <=0.00 x10(9)/L | CLEMENTS UNIVERSITY HOSPITAL |
| Neutrophils % | 66.0 | % | CLEMENTS UNIVERSITY HOSPITAL |
| Lymphocytes % | 24.0 | % | CLEMENTS UNIVERSITY HOSPITAL |
| Monocytes % | 7.3 | % | CLEMENTS UNIVERSITY HOSPITAL |
| Eosinophils % | 1.9 | % | CLEMENTS UNIVERSITY HOSPITAL |
| Basophils % | 0.6 | % | CLEMENTS UNIVERSITY HOSPITAL |
| Granulocytes Immature % | 0.2 | % | CLEMENTS UNIVERSITY HOSPITAL |
| NRBC % | 0.0 | <=0.0 % | CLEMENTS UNIVERSITY HOSPITAL |

| Specimen |
|---|
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## ANA (ANTINUCLEAR) ABS - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
|---|---|---|---|---|
| ANA Interpretation | POSITIVE | NEGATIVE | CLEMENTS UNIVERSITY HOSPITAL | |
| ANA Titer | 1:80 | | CLEMENTS UNIVERSITY HOSPITAL | |
| ANA Pattern | Homogeneous | | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
|---|
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## SPEP + IFE REFLEX - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
|---|---|---|---|---|
| Total Protein | 6.4 | 6.4 - 8.3 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| Albumin (%) | 67.8 | % | CLEMENTS UNIVERSITY HOSPITAL | |
| Alpha-1 Globulin | 0.26 | 0.18 - 0.40 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| Alpha-1 Globulin (%) | 4.0 | % | CLEMENTS UNIVERSITY HOSPITAL | |
| Alpha-2 Globulin | 0.53 | 0.45 - 0.97 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| Alpha-2 Globulin (%) | 8.3 | % | CLEMENTS UNIVERSITY HOSPITAL | |
| Beta-1 Globulin | 0.39 | 0.30 - 0.59 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| Beta 1 Globulin (%) | 6.1 | % | CLEMENTS UNIVERSITY HOSPITAL | |
| Beta-2 Globulin | 0.29 | 0.20 - 0.53 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| Beta-2 Globulin (%) | 4.6 | % | CLEMENTS UNIVERSITY HOSPITAL | |
| Gamma Globulin | 0.59 | 0.70 - 1.54 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |
| Gamma Globulin (%) | 9.2 | % | CLEMENTS UNIVERSITY HOSPITAL | |
| M Component | M-Component Not Present | | CLEMENTS UNIVERSITY HOSPITAL | |
| Albumin ELP | 4.34 | 3.52 - 5.42 g/dL | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
|---|
| Blood - Peripheral (Venous) |

| Narrative | Performed At |
|---|---|
| M component not present by immunofixation. | CLEMENTS UNIVERSITY HOSPITAL |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## IMMUNOFIX ELEC (SER) (IMMUNOFIXATION ELECTROPHORESIS SERUM) - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
|---|---|---|---|---|
| Immunofixation 1 | M-Component Not Present | | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
| --- |
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## PARANEOPLASTIC AUTOANTIBODY EVAL, S - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- |
| Paraneoplastic AB Interpretive Comments | SEE COMMENTS<br>Comment:<br>No informative autoantibodies were detected in the Paraneoplastic Evaluation. However, a negative result does not exclude neurological autoimmunity with or without associated neoplasia. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF. | | MAYO LAB | |
| ANNA-1 AB (HU) | Negative | <1:240 titer | MAYO LAB | |
| Reflex Added | None.<br>Comment:<br>--------------------ADDITIONAL INFORMATION-------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | MAYO LAB | |
| ANNA-2 AB (RI) | Negative<br>Comment:<br>--------------------ADDITIONAL INFORMATION-------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <1:240 titer | MAYO LAB | |
| ANNA-3 AB | Negative<br>Comment:<br>--------------------ADDITIONAL INFORMATION-------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not | <1:240 titer | MAYO LAB | |

| | | | |
|---|---|---|---|
| | been cleared or approved by the U.S. Food and Drug Administration. | | |
| ANTIGLIAL NEURONAL NUCLEAR AB | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <1:240 titer | MAYO LAB |
| PURKINJE TYPE 1 AB | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <1:240 titer | MAYO LAB |
| PURKINJE TYPE 2 AB | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <1:240 titer | MAYO LAB |
| PURKINJE TYPE TR AB | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <1:240 titer | MAYO LAB |
| AMPHIPHYSIN AB | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its | <1:240 titer | MAYO LAB |

| | | | |
|---|---|---|---|
| | performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | |
| CRMP-5, TITER | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <1:240 titer | MAYO LAB |
| STRIATED MUSCLE AB | Negative<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.<br><br>Test Performed by:<br>Mayo Clinic Laboratories - Rochester Main Campus<br>200 First Street SW, Rochester, MN 55905<br>Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292 | <1:120 titer | MAYO LAB |
| P/Q TYPE CALCIUM CHANNEL AB | 0.01<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <=0.02 nmol/L | MAYO LAB |
| N-TYPE CA CHANNEL AB | 0.00<br>Comment:<br><br>-------------------ADDITIONAL INFORMATION------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a | <=0.03 nmol/L | MAYO LAB |

| | | | | |
|---|---|---|---|---|
| | manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | | | |
| ACHR GAN NEURONAL AB | 0.00<br>Comment:<br><br>--------------------ADDITIONAL INFORMATION-------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <=0.02 nmol/L | MAYO LAB | |
| NEURONAL VGK AB | 0.00<br>Comment:<br><br>--------------------ADDITIONAL INFORMATION-------------------<br>This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration. | <=0.02 nmol/L | MAYO LAB | |

| Specimen |
|---|
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| MAYO LAB | 200 First Street SW | Rochester, MN 55395 | |

## COMPREHENSIVE METABOLIC PANEL (CMPL (COMPREHENSIVE METABOLIC PANEL)) - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
|---|---|---|---|---|
| Sodium | 143 | 135 - 145 mmol/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Potassium | 4.8 Comment: Potassium level in plasma (green top) sample is 0.2 mmol/L (mean) lower than that in a serum (red top) sample. | 3.6 - 5.0 mmol/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Chloride | 106 | 98 - 109 mmol/L | CLEMENTS UNIVERSITY HOSPITAL | |
| CO2 | 30 | 22 - 31 mmol/L | CLEMENTS UNIVERSITY HOSPITAL | |
| Anion gap | 7 | 6 - 16 mmol/L | CLEMENTS UNIVERSITY HOSPITAL | |
| BUN | 12 | 6 - 23 mg/dL | CLEMENTS UNIVERSITY HOSPITAL | |

| | | | |
|---|---|---|---|
| Creatinine | 1.04 | 0.72 - 1.25 mg/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Glucose | 93 | 70 - 139 mg/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Calcium | 9.3 | 8.4 - 10.2 mg/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Albumin | 4.4 | 3.5 - 5.2 g/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Total Protein | 6.9 | 6.4 - 8.3 g/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Total Bilirubin | 0.6 | 0.2 - 1.3 mg/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Alkaline Phosphatase | 69 | 40 - 150 U/L | CLEMENTS UNIVERSITY HOSPITAL |
| AST | 29 | 10 - 50 U/L | CLEMENTS UNIVERSITY HOSPITAL |
| ALT | 37 | 10 - 50 U/L | CLEMENTS UNIVERSITY HOSPITAL |
| Globulin | 2.5 | 1.5 - 3.4 g/dL | CLEMENTS UNIVERSITY HOSPITAL |
| Albumin / Globulin Ratio | 1.8 | | CLEMENTS UNIVERSITY HOSPITAL |
| BUN / Creatinine Ratio | 11.5 | 10.0 - 20.0 mg/mg creat | CLEMENTS UNIVERSITY HOSPITAL |
| eGFR African American | >60 | >60 mL/min/1.73 m2 | CLEMENTS UNIVERSITY HOSPITAL |
| eGFR | >60 | >60 mL/min/1.73 m2 | CLEMENTS UNIVERSITY HOSPITAL |

Specimen

Blood - Peripheral (Venous)

| Narrative | Performed At |
|---|---|
| Average GFR for 70+ years old = 75 mL/min/1.73 m2<br>Chronic Kidney Disease less than 60 mL/min/1.73 m2<br>Kidney failure less than 15 mL/min/1.73 m2 | CLEMENTS UNIVERSITY HOSPITAL |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## GAD65 AB ASSAY, S - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
|---|---|---|---|---|
| GLUTAMIC ACID DECARB-65 AB | 0.00<br>Comment: | <=0.02 nmol/L | MAYO LAB | |

--------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292

| Specimen |
| --- |
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| MAYO LAB | 200 First Street SW | Rochester, MN 55395 | |

## C REACTIVE PROTEIN (INFLAMMATION MARKER) - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- |
| CRP | <0.4 | <=5.0 mg/L | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
| --- |
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## SED RATE (ERYTHROCYTE SEDIMENTATION RATE - ESR) (ESR (FOR SLE MONITORING)) - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- |
| SED RATE | 1 | 0 - 20 mM/Hr | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
| --- |
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## TSH REFLEX - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- |
| TSH | 0.63 | 0.42 - 4.50 mcIU/mL | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
| --- |
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

### CK (CPK) CREATINE KINASE (CK (CPK)) - Final result (02/23/2021 12:32 PM CST)

| Component | Value | Ref Range | Performed At | Pathologist Signature |
| --- | --- | --- | --- | --- |
| CK, Total | 68 | 30 - 308 U/L | CLEMENTS UNIVERSITY HOSPITAL | |

| Specimen |
| --- |
| Blood - Peripheral (Venous) |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
| --- | --- | --- | --- |
| CLEMENTS UNIVERSITY HOSPITAL | 6201 HARRY HINES BLVD | Dallas, TX 75235 | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Kristen Morgason | Unknown | 903-490-4315 (Mobile) | PHI Designee, Emergency Contact |

## Document Information

| Primary Care Provider | Other Service Providers | Document Coverage Dates |
| --- | --- | --- |
| **FNP Terry A. Knighton, FNP** (Jan. 08, 2021 - Present)<br>903-838-0444 (Work)<br>903-838-0477 (Fax)<br>4105 N KINGS HWY<br>TEXARKANA, TX 75503-4861<br>**The Knighton Center, PLLC**<br>4105 N KINGS HWY<br>TEXARKANA, TX 75503-4861 | | - Mar. 12, 2021 |

Custodian Organization

**UT Southwestern Medical Center**
5323 Harry Hines Blvd
MC 8578
Dallas, TX 75390




If you take your Lucy record on a thumb drive to a different doctor, he or she might be able to use his computer to read the file electronically. Your downloaded, machine-readable Personal Health Summary document is in a format called "CDA." If your doctor has a computer that understands CDA, your information is a folder on your thumb drive called **MachineReadable_XDMFormat**. You might need to enter a password before your doctor can use this file.

Copyright ©2021 Epic

## Lab Result for MORGASON, MICHAEL ( (50yo M) #4737

### Lab Result (#92784, 11/17/2020)

| | |
|---|---|
| Note to Patient | |

Lab Result for MORGASON, MICHAEL (50yo M)
#4737

Quest Diagnostics Page 1 of 2 11/23/2020 06:37:42 AM

**Report Status: Final - Courtesy Copy**
**MORGASON, MICHAEL**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **MORGASON, MICHAEL**<br>DOB: AGE: 50<br>Gender: M<br>Phone:<br>Patient ID: 07311970MM<br>Health ID: 8573025824783804 | Specimen: DL632374D<br>Requisition: 0000193<br><br>Collected: 11/17/2020 / 08:43 CST<br>Received: 11/18/2020 / 19:29 CST<br>Faxed: 11/23/2020 / 06:31 CST | Client #: 10066637 IRV00FAX<br>HUSSAINI, SYED<br>HUSSAINI, SYED M MD, MPH<br>6701 HERITAGE PKWY STE 165<br>ROCKWALL, TX 75087-8700 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LD | 173 | | 120-250 U/L | IG |
| CREATINE KINASE, TOTAL | 62 | | 44 196 U/L | IG |
| ALDOLASE | 5.6 | | < OR = 8.1 U/L | IG |
| TSH W/REFLEX TO FT4 | | 0.23 L | 0.40-4.50 mIU/L | IG |
| T4, FREE | 1.1 | | 0.8-1.8 ng/dL | IG |
| CRYOGLOBULIN (%CRYOCRIT), SERUM | | | | EZ |
| CRYOGLOBULIN, QL | NEGATIVE | | NEGATIVE | |
| %CRYOCRIT | NONE DETECTED | | NONE DETECTED % | |

The Cryocrit is primarily intended for following a patient with previously defined and quantitated cryoglobulins. The cryocrit may consist of cryoglobulins, fibrins, complement, or mixtures of these. If not previously characterized, consider ordering test code 37358, Cryoglobulin Screen with Reflex to Cryoglobulin Profile, Serum.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 2 | | < OR = 15 mm/h | IG |
| VITAMIN B12 | 349 | | 200-1100 pg/mL | IG |

Please Note: Although the reference range for vitamin B12 is 200-1100 pg/mL, it has been reported that between 5 and 10% of patients with values between 200 and 400 pg/mL may experience neuropsychiatric and hematologic abnormalities due to occult B12 deficiency; less than 1% of patients with values above 400 pg/mL will have symptoms.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| C-REACTIVE PROTEIN | 0.2 | | <8.0 mg/L | IG |
| SM AND SM/RNP ANTIBODIES | | | | IG |
| SM ANTIBODY | <1.0 NEG | | <1.0 NEG AI | |
| SM/RNP ANTIBODY | <1.0 NEG | | <1.0 NEG AI | |
| SJOGREN'S ANTIBODIES (SS-A,SS-B) | | | | IG |
| SJOGREN'S ANTIBODY (SS-A) | <1.0 NEG | | <1.0 NEG AI | |
| SJOGREN'S ANTIBODY (SS-B) | <1.0 NEG | | <1.0 NEG AI | |
| ANCA VASCULITIDES | | | | IG |
| MYELOPEROXIDASE ANTIBODY | <1.0 | | AI | |

| Value | Interpretation |
|---|---|
| <1.0 | No Antibody Detected |
| > or = 1.0 | Antibody Detected |

Autoantibodies to myeloperoxidase (MPO) are commonly associated with the following small-vessel vasculitides: microscopic polyangiitis, polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and crescentic glomerulonephritis and occasionally granulomatosis with polyangiitis (GPA, Wegener's). The perinuclear IFA pattern, (p-ANCA) is based largely on autoantibody to myeloperoxidase which serves as the primary antigen. These autoantibodies are present in active disease.



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Lab Result for MORGASON, MICHAEL (50yo M)
#4737

Quest Diagnostics Page 2 of 2 11/23/2020 06:37:42 AM

**Report Status: Final - Courtesy Copy**
**MORGASON, MICHAEL**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **MORGASON, MICHAEL**<br>**DOB:** **AGE: 50**<br>Gender: M<br>Patient ID: 07311970MM<br>Health ID: 8573025824783804 | Specimen: DL632374D<br>Collected: 11/17/2020 / 08:43 CST<br>Received: 11/18/2020 / 19:29 CST<br>Faxed: 11/23/2020 / 06:31 CST | Client #: 10066637<br>HUSSAINI, SYED |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTEINASE-3 ANTIBODY | <1.0 | | | A1 |

| Value | Interpretation |
|---|---|
| <1.0 | No Antibody Detected |
| > or = 1.0 | Antibody Detected |

Autoantibodies to proteinase 3 (PR 3) are accepted as characteristic for granulomatosis with polyangiitis (GPA, Wegener's), and are detectable in 95% of the histologically proven cases. The cytoplasmic IFA pattern, (c-ANCA), is based largely on autoantibody to PR 3 which serves as the primary antigen.
These autoantibodies are present in active disease.

**PERFORMING SITE:**

[illegible] QUEST DIAGNOSTICS [illegible] ORTEGA HWY, SAN JUAN CAPISTRANO, CA [illegible] Laboratory Director: [illegible], CLIA: [illegible]
[illegible] QUEST DIAGNOSTICS IRVING, [illegible] REGENT BLVD, IRVING, TX [illegible] Laboratory Director: [illegible], CLIA: [illegible]

LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:

| | | | |
|---|---|---|---|
| TSH W/REFLEX TO FT4 | 0.23 L | 0.40-4.50 mIU/L | IG |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

## TSH + FREE T4, SERUM for MORGASON, MICHAEL (50yo M) #4737

### TSH + FREE T4, SERUM (#99308, 12/17/2020, tied to order #91379 )

| | |
|---|---|
| Note to Patient | |

TSH + FREE T4, SERUM for MORGASON, MICHAEL (50yo M)
#4737

Quest Diagnostics Page 1 of 3 12/31/2020 03:15:51 PM Report Status: Final
MORGASON, MICHAEL

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| MORGASON, MICHAEL<br>DOB: AGE: 50<br>Gender: M<br>Phone:<br>Patient ID: 07311970MM<br>Health ID: 8573025824783804 | Specimen: DL699927E<br>Requisition: 0000201<br>Collected: 12/17/2020 / 08:07 CST<br>Received: 12/18/2020 / 01:36 CST<br>Reported: 12/31/2020 / 14:14 CST | Client #: 10066637 IRV00FAX<br>TACKETT, TIFFANY<br>HUSSAINI, SYED M MD, MPH<br>6701 HERITAGE PKWY STE 165<br>ROCKWALL, TX 75087-8700 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| MYASTHENIA GRAVIS PANEL 2 W/REFL MUSK AB | | | | |
| ACETYLCHOLINE RECEPTOR BLOCKING ANTIBODY | <15 | | <15 % Inhibition | EZ |
| ACETYLCHOLINE RECEPTOR BINDING ANTIBODY | <0.30 | | nmol/L | EZ |

Reference Ranges for Acetylcholine Receptor Binding Antibody:

Negative: < or =0.30 nmol/L
Equivocal: 0.31-0.49 nmol/L
Positive: > or =0.50 nmol/L

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ACETYLCHOLINE RECEPTOR MODULATING ANTIBODY | 17 | | % Inhibition | EZ |

Reference Range: <32% INHIBITION

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| MUSK ANTIBODY TEST | | | | AMD |
| INTERPRETATION | Negative | | | |

This test did not detect abnormal levels of anti-MuSK antibodies.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TECHNICAL RESULTS | <1:10 | | <1:10 | |

Reference Range:
Negative <1:10, Borderline 1:10, Positive >=1:20

COMMENTS see note

Comments: The likelihood that this individual's clinical symptoms are associated with abnormal levels of anti-MuSK antibodies has been reduced. However, this test result does not rule out Myasthenia Gravis.

Background information: Myasthenia gravis (MG) is an autoimmune disease affecting the neuromuscular junctions of skeletal muscles. The predominant clinical feature is fatigability and weakness of the muscles that typically become progressively worse during periods of sustained activity and improve after periods of rest (1,2). Age of onset of MG is variable with an overall incidence of approximately 15:100,000 (1).

Anti-MuSK antibodies have been associated with Myasthenia Gravis (3,4). Although the majority of patients with generalized myasthenia gravis (MG) have antibodies against AChR (AChR-MG), 10-15% are


Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

TSH + FREE T4, SERUM for MORGASON, MICHAEL (50yo M)
#4737

Quest Diagnostics Page 2 of 3 12/31/2020 03:15:51 PM

Report Status: Final
MORGASON, MICHAEL

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| MORGASON, MICHAEL<br>DOB: AGE: 50<br>Gender: M<br>Patient ID: 07311970MM<br>Health ID: 8573025824783804 | Specimen: DL699927E<br>Collected: 12/17/2020 / 08:07 CST<br>Received: 12/18/2020 / 01:36 CST<br>Reported: 12/31/2020 / 14:14 CST | Client #: 10066637<br>TACKETT, TIFFANY |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|

seronegative. Within this group, about 40% have anti-MuSK antibodies, representing 5-8% of the MG population (3,4). Diagnosis of MuSK MG can be challenging due to its atypical presentation, including few symptom fluctuations, non-responsiveness to acetylcholinesterase inhibitors in a significant proportion of patients and negative electrodiagnostic studies when performed on limb muscles (4).

METHODS see note

Detection of antibodies was performed by Radioimmunoassay (RIA) methodology.

Limitations of analysis: Reagent effectivenss may affect the signal intensity of the response. Although rare, false positive or false negative results may occur. All results should be interpreted in the context of clinical findings, relevant history, and other laboratory data.

REFERENCES see note


1. Scherer, K, et al. (2005) JAMA 293; 1906-14. (PMID: 15840866)
2. Bedlack, RS, et al. (2000) Postgrad Med 107: 211-4, 220-2. (PMID: 10778421)
3. Berrih-Aknin, S, et al. (2014) J Autoimmun 52: 90-100. (PMID: 24389034)
4. Evoli, A, et al. (2013) Autoimmun Rev 12: 931-5. (PMID: 23535158)


This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| VGCC TYPE P/Q AB | <30 | | <30 pmol/L | EZ |
| TESTOSTERONE, TOTAL, MALES (ADULT), IA | 441 | | 250-827 ng/dL | IG |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

TSH + FREE T4, SERUM for MORGASON, MICHAEL (50yo M)
#4737

Quest Diagnostics Page 3 of 3 12/31/2020 03:15:51 PM

**Report Status: Final**
**MORGASON, MICHAEL**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **MORGASON, MICHAEL**<br>**DOB:** **AGE: 50**<br>Gender: M<br>Patient ID: 07311970MM<br>Health ID: 8573025824783804 | Specimen: DL699927E<br>Collected: 12/17/2020 / 08:07 CST<br>Received: 12/18/2020 / 01:36 CST<br>Reported: 12/31/2020 / 14:14 CST | Client #: 10066637<br>TACKETT, TIFFANY |

Endocrinology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| VITAMIN D,25-OH,TOTAL,IA | 29 L | 30-100 ng/mL | IG |

```
Vitamin D Status        25 OH Vitamin D:

Deficiency:                  <20 ng/mL
Insufficiency:           20 - 29 ng/mL
Optimal:               > or = 30 ng/mL
```

For 25-OH Vitamin D testing on patients on D2-supplementation and patients for whom quantitation of D2 and D3 fractions is required, the QuestAssureD(TM) 25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order code 92888 (patients >2yrs).

Physician Comments:

**End Notes:**

VITAMIN D,25-OH,TOTAL,IA IG

For additional information, please refer to http //education QuestDiagnostics com/faq/FAQ199 (This link is being provided for informational/ educational purposes only )

**PERFORMING SITE:**

AMD QUEST DIAGNOSTICS NICHOLS INSTITUTE CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON, MD,PHD, CLIA: 49D0221801
EZ QUEST DIAGNOSTICS NICHOLS INSTITUTE SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: IRINA MARAMICA, MD,PHD,MBA, CLIA: 05D0643352
SJ QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD, IRVING, TX 75063-2445 Laboratory Director: ROBERT L. BRECKENRIDGE,MD, CLIA: 45D0697943

```
LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:
    VITAMIN D,25-OH,TOTAL,IA                  29 L          30-100 ng/mL          IG
        Vitamin D Status           25-OH Vitamin D:

        Deficiency:                      <20 ng/mL
        Insufficiency:               20 - 29 ng/mL
        Optimal:                   > or = 30 ng/mL

        For 25-OH Vitamin D testing on patients on
        D2-supplementation and patients for whom quantitation
        of D2 and D3 fractions is required, the QuestAssureD(TM)
        25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
        code 92888 (patients >2yrs).
```



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**MORGASON, MICHAEL (id #4737, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | MORGASON, MICHAEL (50yo, M) ID# 4737 | **Appt. Date/Time** | 11/11/2020 01:30PM |
| **DOB** | | **Service Dept.** | ROCKWALL OFFICE |
| **Provider** | TIFFANY TACKETT FNP | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 946733475<br>Policy/Group # : 755958<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

Bilateral leg pain

## Patient's Care Team

**Primary Care Provider:** TERRY KNIGHTON: 4105 N KINGS HWY, TEXARKANA, TX 75503-4861, Ph (903) 838-0444, Fax (903) 838-0477 NPI: 1932194321

## Patient's Pharmacies

**SAV-ON PHARMACY #0611 (ERX): 3710 N STATE LINE AVE, TEXARKANA, AR 71854, Ph (870) 773-5521, Fax (870) 774-8426**

## Vitals

**Ht:** 5 ft 11 in Standing 11/11/2020 01:43 pm

**Wt:** 164.4 lbs With clothes 11/11/2020 01:36 pm

**BMI:** 22.9 11/11/2020 01:43 pm

**BP:** 127/92 sitting R arm 11/11/2020 01:44 pm

**Pulse:** 59 bpm 11/11/2020 01:44 pm

## Allergies

Reviewed Allergies

**PENICILLINS**

## Medications

Reviewed Medications

**aspirin 81 mg tablet,delayed release** — 11/11/20 entered
Take 1 tablet(s) every day by oral route.

**atorvastatin 40 mg tablet** — 11/11/20 entered
Take 1 tablet(s) every day by oral route.

**gabapentin 300 mg capsule** — 11/11/20 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Pain in bilateral legs - Onset: 11/11/2020

## Family History

Discussed Family History

Father - No current problems or disability
Mother - No current problems or disability

## Social History

Discussed Social History

**Neurology**

Tobacco Smoking Status: Current every day smoker

Smoker (1 PPD)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 35
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/11/2020
Live alone or with others?: with others
Chewing tobacco: none
Alcohol intake: None
Caffeine intake: Heavy
Illicit drugs: None
Advance directive: N
Substance Abuse: N
Drugs Abused: None
Currently Pregnant: N
Difficulty concentrating, remembering or making decisions: N
Accident Related Injury: N

## Surgical History

Reviewed Surgical History
Thoracic decompression surgery-bilateral
Meniscus repair-right knee
Hand surgery-right

## Past Medical History

Discussed Past Medical History
Hyperlipidemia: **Y**
Notes: BILATERAL LEG PAIN

## HPI

50 year old male presents with complaints of pain in bilateral lower extremities.

Patient's states he has been experiencing bilateral leg pain along with weakness for about 5 or so years. The weakness has become progressively worse over the last 2 months. He feels as if his legs have been over worked and his muscles become weak, heavy, and tired with very little activity. He followed up with Vascular Surgeon Dr Brad Grimsley on 10/06/2020 where he had several tests done and he was told there were no blockages in his lower extremities. He is currently taking Gabapentin 300 mg daily and he does report relief. He is suppose to be taking medication TID but it makes him too sleepy and only takes it once a day. He is also currently taking Meloxicam but he does not know the current dose.

He denies numbness and tingling

Leg pain/weakness

Onset: chronic
Duration: 5 years
Severity: moderate
Frequency: every day
Aggravating factors: climbing stairs, walking
Alleviating factors: sitting
Associated symptoms: bilateral leg heaviness and at times pains more so in the right than the left, weakness in bilateral legs, difficulty walking

## ROS

Patient reports **muscle weakness (bilateral legs) and difficulty walking** but reports no muscle aches, no arthralgias/joint pain, no back pain, no swelling in the extremities, no neck pain, no cramps, no osteoporosis, and no fractures. He reports **weakness (bilateral legs)** but reports no loss of consciousness, no numbness, no seizures, no dizziness, no migraines, no headaches, no tremor, no gait dysfunction, and no paralysis. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, no exercise intolerance, no chills, and no malaise. He reports no dry eyes, no vision change, no irritation, and no eye disease/injury. He reports no difficulty hearing and no ear pain. He reports no frequent nosebleeds, no nose problems, and no sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. He reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no ankle swelling. He reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. He reports no abdominal pain, no nausea, no vomiting, no constipation, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD. He reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. He reports no abnormal mole, no jaundice, no rashes, no laceration, no non-healing areas, no changes in hair/nails, no psoriasis, no change in skin color, and no breast lump. He reports no depression, no sleep disturbances,

feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, no suicidal thoughts, no mood swings, no memory loss, no agitation, no dementia, and no delirium. He reports no fatigue. He reports no swollen glands, no bruising, no excessive bleeding, no anemia, and no phlebitis. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

General Examination:

GENERAL APPEARANCE: thinly built, in no acute distress, alert .

HEAD: normocephalic, atraumatic, no scalp lesions .

EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric .

EARS: auditory canal clear, hearing intact to whispered voice, tympanic membrane intact, clear .

ORAL CAVITY: mucosa moist, gums normal, no lesions, palate normal .

NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy .

SKIN: warm and dry..

HEART: regular rate and rhythm, S1, S2 normal, no murmurs .

LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi .

ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal .

MUSCULOSKELETAL: no swelling or deformity. Negative SLR. No muscle atrophy

EXTREMITIES: no clubbing, cyanosis, or edema, full range of motion .

NEUROLOGIC: **Mental Status**: awake, alert , fully oriented.

**Speech and Language**: intact comprehension, expression. No aphasia or dysrthria

**Cranial Nerves**:

Pupils are symmetric and reactive to light and accommodation.

Extraocular muscles are full in range.

Visual fields are full

No obvious facial asymmetry

Hearing intact bilaterally

Tongue is midline.

Palate elevates equally on both sides.

No oral tenderness

Facial sensations intact

**Motor Examination:** Strength appears to be symmetrically equal with slight right hip flexor weakness with normal bulk and tone, no tremors or rigidity. no atrophy

**Coordination**: intact to FNF and KHS.

**Sensory Examination:** Decreased sensation to temperature and pin-prick to dorsal feet, up to ankles.

**Reflexes** are symmetric with bilateral toe flexion

**Gait:** normal . Romberg negative

## Assessment / Plan

50 year old male with PMHX thoracic outlet decompression surgery, HLD, and current everyday smoker presents with complaints of weakness to bilateral proximal and distal legs. Weakness in calves are most problematic for patient. Weakness and leg pain is induced by activity. Symptoms began 5 years ago and have been steadily progressing since September.

On physical examination strength to proximal and distal legs is 5/5. There are sensation changes noted to bilateral feet.

I discussed muscle weakness management with patient and he agrees with plans below.

**1. Muscle weakness** -

CBC and CMP are with in normal limits

Muscle weakness seems to be related to activity and there could be multiple causes.

Order NCS/EMG.

M62.81: Muscle weakness (generalized)

- NERVE CONDUCTION STUDY/EMG, LOWER EXTREMITY (PROC)
- CK (CREATINE KINASE), TOTAL, SERUM
- LACTATE DEHYDROGENASE (LDH), SERUM
- ALDOLASE, SERUM
- SSA AB, SERUM
- SSB AB, SERUM
- SMITH AB, SERUM
- RNP AB, SERUM
- P-ANCA + C-ANCA, SERUM
- HEPATITIS (A+B+C) PANEL, SERUM
- CRYOGLOBULIN, QUALITATIVE, SERUM
- VITAMIN B12, SERUM
- ESR (ERYTHROCYTE SEDIMENTATION RATE), BLOOD
- C-REACTIVE PROTEIN, QUANTITATIVE
- TSH + FREE T4, SERUM

**2. Hyperlipidemia** -

Takes atorvastatin 40 mg daily.

Management per PCP

E78.5: Hyperlipidemia, unspecified

**3. Cigarette smoker** -

He is not interested in smoking cessation at this time.

F17.210: Nicotine dependence, cigarettes, uncomplicated

## Return to Office

- Syed M. Hussaini, MD for NERVE CONDUCTION STUDY AND EMG at ROCKWALL OFFICE on 12/23/2020 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Syed M. Hussaini, MD, 11/11/2020.

Encounter performed and documented by Tiffany Tackett FNP
Encounter reviewed & signed by Syed M. Hussaini, MD on 11/11/2020 at 7:54pm

**MORGASON, MICHAEL (id #4737, dob: )**

## Patient

| | | | |
|---|---|---|---|
| **Name** | MORGASON, MICHAEL (50yo, M) ID# 4737 | **Appt. Date/Time** | 12/07/2020 02:45PM |
| **DOB** | | **Service Dept.** | ROCKWALL OFFICE |
| **Provider** | SYED M. HUSSAINI, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 946733475<br>Policy/Group # : 755958<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

Test results follow up
Followup: Pain in bilateral legs

## Patient's Care Team

**Primary Care Provider:** TERRY KNIGHTON: 4105 N KINGS HWY, TEXARKANA, TX 75503-4861, Ph (903) 838-0444, Fax (903) 838-0477 NPI: 1932194321

## Patient's Pharmacies

**SAV-ON PHARMACY #0611 (ERX): 3710 N STATE LINE AVE, TEXARKANA, AR 71854, Ph (870) 773-5521, Fax (870) 774-8426**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 11 in Standing 12/07/2020 02:47 pm | **Wt:** | 168 lbs With clothes 12/07/2020 02:51 pm | **BMI:** | 23.4 12/07/2020 02:51 pm |
| **BP:** | 116/80 sitting L arm 12/07/2020 02:55 pm | **Pulse:** | 59 bpm 12/07/2020 02:55 pm | | |

## Allergies

Allergies not reviewed (last reviewed 11/11/2020)
**PENICILLINS**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 11/11/20 | entered |
| **atorvastatin 40 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/11/20 | entered |
| **CoQ-10 100 mg capsule**<br>Take 1 capsule(s) every day by oral route for 30 days. | 12/07/20 | prescribed |
| **gabapentin 100 mg capsule**<br>Take 1 capsule(s) twice a day by oral route for 30 days. | 11/12/20 | prescribed |
| **gabapentin 300 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime. | 11/11/20 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Pain in bilateral legs - Onset: 11/11/2020

## Family History

Family History not reviewed (last reviewed 11/11/2020)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Social History not reviewed (last reviewed 11/11/2020)
**Neurology**
Tobacco Smoking Status: Current every day smoker
Smoker (1 PPD)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 35
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/11/2020
Live alone or with others?: with others
Chewing tobacco: none
Alcohol intake: None
Caffeine intake: Heavy
Illicit drugs: None
Advance directive: N
Substance Abuse: N
Drugs Abused: None
Currently Pregnant: N
Difficulty concentrating, remembering or making decisions: N
Accident Related Injury: N

## Surgical History

Surgical History not reviewed (last reviewed 11/11/2020)
Thoracic decompression surgery-bilateral
Meniscus repair-right knee
Hand surgery-right

## Past Medical History

Past Medical History not reviewed (last reviewed 11/11/2020)
Hyperlipidemia: **Y**
Notes: BILATERAL LEG PAIN

## HPI

11/11/2020

50 year old male presents with complaints of pain in bilateral lower extremities.

Patient's states he has been experiencing bilateral leg pain along with weakness for about 5 or so years. The weakness has become progressively worse over the last 2 months. He feels as if his legs have been over worked and his muscles become weak, heavy, and tired with very little activity. He followed up with Vascular Surgeon Dr Brad Grimsley on 10/06/2020 where he had several tests done and he was told there were no blockages in his lower extremities. He is currently taking Gabapentin 300 mg daily and he does report relief. He is suppose to be taking medication TID but it makes him too sleepy and only takes it once a day. He is also currently taking Meloxicam but he does not know the current dose.

He denies numbness and tingling

12/07/2020

50 year old male presents for follow up on muscle weakness in bilateral lower extremities and lab results. On further questioning patient reports he may have some weakness in upper extremities also.

He reports his weakness is episodic and mainly happens after walking for some distance or climbing stairs and he frequently points to his thighs.

Patient states he continues to have weakness in bilateral lower extremities but it has not become worse since his last visit. He had Nerve conduction study/emg of bilateral lower extremities completed by Dr Radie Perry on 12/01/2020 and is normal. Currently taking Gabapentin 100 mg BID and 300 mg at bedtime.

Wife reports that he had nerve conduction study and EMG done of upper extremities that suggested bilateral median neuropathy and also possible right ulnar neuropathy at the right elbow.

Patient denies any provoking factors for his weakness except walking or climbing stairs.

Patient does not have typical fatigability or fluctuation. Denies any speech or language disturbance or diplopia. No breathing difficulty.

## ROS

Patient reports **weakness (bilateral legs)** but reports no bladder symptoms, no bowel symptoms, no numbness, no tingling, no confusion, no memory loss, no speech disorder, no convulsions, no syncope, no blackouts, no muscle twitching, no muscle cramps, no headaches, no vertigo, no dizziness, no loss of hearing, no tinnitus, no imbalance or falling, no blurred vision, no visual loss, no double vision, and no difficulty with gait or walking. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. He reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no swollen glands and no bruising.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

General Examination:

GENERAL APPEARANCE: thinly built, in no acute distress, alert .

HEAD: normocephalic, atraumatic, no scalp lesions .

EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric .

EARS: auditory canal clear, hearing intact to whispered voice, tympanic membrane intact, clear .

ORAL CAVITY: mucosa moist, gums normal, no lesions, palate normal .

NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy .

SKIN: warm and dry..

HEART: regular rate and rhythm, S1, S2 normal, no murmurs .

LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi .

ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal .

MUSCULOSKELETAL: no swelling or deformity. Negative SLR. No muscle atrophy

EXTREMITIES: no clubbing, cyanosis, or edema, full range of motion .

NEUROLOGIC: **Mental Status**: awake, alert , fully oriented.

**Speech and Language**: intact comprehension, expression. No aphasia or dysrthria

**Cranial Nerves**:

Pupils are symmetric and reactive to light and accommodation.

Extraocular muscles are full in range.

Visual fields are full

No obvious facial asymmetry

Hearing intact bilaterally

Tongue is midline.

Palate elevates equally on both sides.

No oral tenderness

Facial sensations intact

**Motor Examination:** Strength appears to be symmetrically equal with normal bulk and tone, no tremors or rigidity. no atrophy. Calf circumference from mid leg was measured which is of same size on both sides 14-1/4 inches.

**Coordination**: intact to FNF and KHS.

**Sensory Examination:** intact to temperature, pinprick, and vibration sensation.

**Reflexes** are symmetric with bilateral toe flexion

**Gait:** normal . Romberg negative. Able to perform Tandem

normal toe and heel walking

Patient reports without any warmup and not having at the atheletic lifestyle or doing any regular fitness exercise he can do 10 sit ups.

## Assessment / Plan

50 year old male with PMHX thoracic outlet decompression surgery, HLD, and current everyday smoker presents with complaints of weakness to bilateral proximal and distal legs. Weakness in calves are most problematic for patient. Weakness and leg pain is induced by activity. Symptoms began 5 years ago and have been steadily progressing since September.

On physical examination strength to proximal and distal legs is 5/5. There are sensation changes noted to bilateral feet.

I discussed muscle weakness management with patient and he agrees with plans below.

12/7/2020

Patient continues to have excercise provoked weakness. NCS/EMG and labs reviewed Which is essentially normal. On physical examination strength is strong and equal. No muscle atrophy or sensation changes are noted. He is able to perform toe and heel walk without difficulty. He denies neck and back pain. Will obtain further diagnostics to rule out structural abnormalities of spine, rule out neurogenic claudication, etc.

**1. Muscle weakness -**

CBC and CMP are with in normal limits

Muscle weakness seems to be related to activity and there could be multiple causes.

Order NCS/EMG.

12/7/2020

NCS/EMG was completed on 12/1/2020 by Dr. Perry. Normal NCS/EMG without convincing evidence of lumbosacral radiculopathy, plexopathy, or myopathy. No convincing electrophysiologic evidence of a generalized large fiber peripheral neuropathy. Small fiber neuropathies may not be excluded on NCS/EMG.

Labs reviewed. Muscle enzymes are normal. TSH abnormal 0.23, T4 normal at 1.1 otherwise panel is normal. Patient will follow up with PCP for abnormal TSH and monitoring.

Order MRI of cervical spine

Order MRI of lumbar spine

Order myasthenia gravis panel

Order testosterone serum

Order vitamin D serum

Start CoQ-10, 100 mg capsule daily.

M62.81: Muscle weakness (generalized)

- MRI, LUMBAR SPINE, W/O CONTRAST

**MORGASON, MICHAEL (id #4737, dob: )**

Height (ft.): 5 ft 11 in Weight (lbs): 168

- MRI, CERVICAL SPINE, W/O CONTRAST
  Height (ft.): 5 ft 11 in Weight (lbs): 168
- CoQ-10 100 mg capsule - Take 1 capsule(s) every day by oral route for 30 days. Qty: 30 capsule(s) Refills: 0
  Pharmacy: SAV-ON PHARMACY #0611
- MYASTHENIA GRAVIS AB COMPLETE PANEL, SERUM
- TESTOSTERONE, TOTAL, SERUM
- VITAMIN D, 25-HYDROXY, TOTAL, SERUM
- VOLTAGE-GATED CALCIUM CHANNEL P/Q TYPE BINDING AB, QN, SERUM

**2. Hyperlipidemia -**

Takes atorvastatin 40 mg daily.

Management per PCP

12/7/2020

Management per PCP

E78.5: Hyperlipidemia, unspecified

**3. Cigarette smoker -**

He is not interested in smoking cessation at this time.

12/7/2020

Smoking cessation encouraged

F17.210: Nicotine dependence, cigarettes, uncomplicated

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Syed M. Hussaini, MD, 12/07/2020.

Encounter performed and documented by Syed M. Hussaini, MD
Encounter reviewed & signed by Syed M. Hussaini, MD on 12/07/2020 at 9:32pm

**MORGASON, MICHAEL (id #4737, dob:**

Patient

| | | | |
|---|---|---|---|
| **Name** | MORGASON, MICHAEL (50yo, M) ID# 4737 | **Appt. Date/Time** | 12/30/2020 11:45AM |
| **DOB** | | **Service Dept.** | ROCKWALL OFFICE |
| **Provider** | SYED M. HUSSAINI, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 946733475<br>Policy/Group # : 755958<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

Chief Complaint

Test results follow up
Followup: Pain in bilateral legs

Patient's Care Team

**Primary Care Provider:** TERRY KNIGHTON: 4105 N KINGS HWY, TEXARKANA, TX 75503-4861, Ph (903) 838-0444, Fax (903) 838-0477 NPI: 1932194321

Patient's Pharmacies

**SAV-ON PHARMACY #0611 (ERX): 3710 N STATE LINE AVE, TEXARKANA, AR 71854, Ph (870) 773-5521, Fax (870) 774-8426**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 11 in Standing 12/30/2020 11:51 am | **Wt:** | 170 lbs With clothes 12/30/2020 11:55 am | **BMI:** | 23.7 12/30/2020 11:55 am |
| **BP:** | 136/88 sitting L arm 12/30/2020 11:59 am | **Pulse:** | 61 bpm 12/30/2020 11:59 am | | |

Allergies

Allergies not reviewed (last reviewed 11/11/2020)
**PENICILLINS**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 11/11/20 | entered |
| **atorvastatin 40 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/11/20 | entered |
| **CoQ-10 100 mg capsule**<br>Take 1 capsule(s) every day by oral route for 30 days. | 12/07/20 | prescribed |
| **gabapentin 100 mg capsule**<br>Take 1 capsule(s) twice a day by oral route for 30 days. | 11/12/20 | prescribed |
| **gabapentin 300 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime. | 11/11/20 | entered |
| **Vitamin D2 1,250 mcg (50,000 unit) capsule**<br>Take 1 capsule(s) every week by oral route for 30 days. | 12/22/20 | prescribed |

Vaccines

None recorded.

Problems

Reviewed Problems
- Pain in bilateral legs - Onset: 11/11/2020

## Family History

Family History not reviewed (last reviewed 11/11/2020)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Social History not reviewed (last reviewed 11/11/2020)
**Neurology**
Tobacco Smoking Status: Current every day smoker
Smoker (1 PPD)
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 35
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/11/2020
Live alone or with others?: with others
Chewing tobacco: none
Alcohol intake: None
Caffeine intake: Heavy
Illicit drugs: None
Advance directive: N
Substance Abuse: N
Drugs Abused: None
Currently Pregnant: N
Difficulty concentrating, remembering or making decisions: N
Accident Related Injury: N

## Surgical History

Surgical History not reviewed (last reviewed 11/11/2020)
Thoracic decompression surgery-bilateral
Meniscus repair-right knee
Hand surgery-right

## Past Medical History

Past Medical History not reviewed (last reviewed 11/11/2020)
Hyperlipidemia: **Y**
Notes: BILATERAL LEG PAIN

## HPI

12/07/2020

50 year old male presents for follow up on muscle weakness in bilateral lower extremities and lab results. On further questioning patient reports he may have some weakness in upper extremities also.

He reports his weakness is episodic and mainly happens after walking for some distance or climbing stairs and he frequently points to his thighs.

Patient states he continues to have weakness in bilateral lower extremities but it has not become worse since his last visit. He had Nerve conduction study/emg of bilateral lower extremities completed by Dr Radie Perry on 12/01/2020 and is normal. Currently taking Gabapentin 100 mg BID and 300 mg at bedtime.

Wife reports that he had nerve conduction study and EMG done of upper extremities that suggested bilateral median neuropathy and also possible right ulnar neuropathy at the right elbow.

Patient denies any provoking factors for his weakness except walking or climbing stairs.

Patient does not have typical fatigability or fluctuation. Denies any speech or language disturbance or diplopia. No breathing difficulty.

12/30/2020

50 year old male presents for follow up on recurrent transient muscle weakness in bilateral upper and lower extremities, lab results and MRI lumbar and cervical spine results.

Patient states he continues to have muscle weakness in bilateral upper and lower extremities that becomes worse if he is not resting. He started CoQ-10 100 mg daily and Vitamin D2 1,250 mcg weekly.

## ROS

Patient reports **weakness (bilateral arms and legs)** but reports no bladder symptoms, no bowel symptoms, no numbness, no tingling, no confusion, no memory loss, no speech disorder, no convulsions, no syncope, no blackouts, no muscle twitching, no muscle cramps, no headaches, no vertigo, no dizziness, no loss of hearing, no tinnitus, no imbalance or falling, no blurred vision, no visual loss, no double vision, and no difficulty with gait or walking. He reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. He reports no dry eyes, no irritation, and no vision change. He reports no ear pain. He reports no frequent nosebleeds and no nose/sinus problems. He reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. He reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. He reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. He reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. He reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. He reports no swollen glands and no bruising.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

General Examination:

GENERAL APPEARANCE: thinly built, in no acute distress, alert .

HEAD: normocephalic, atraumatic, no scalp lesions .

EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric .

EARS: auditory canal clear, hearing intact to whispered voice, tympanic membrane intact, clear .

ORAL CAVITY: mucosa moist, gums normal, no lesions, palate normal .

NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy .

SKIN: warm and dry..

HEART: regular rate and rhythm, S1, S2 normal, no murmurs .

LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi .

ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal .

MUSCULOSKELETAL: no swelling or deformity. Negative SLR. No muscle atrophy

EXTREMITIES: no clubbing, cyanosis, or edema, full range of motion .

NEUROLOGIC: **Mental Status**: awake, alert , fully oriented.

**Speech and Language**: intact comprehension, expression. No aphasia or dysrthria

**Cranial Nerves**:

Pupils are symmetric and reactive to light and accommodation.

Extraocular muscles are full in range.

Visual fields are full

No obvious facial asymmetry

Hearing intact bilaterally

Tongue is midline.

Palate elevates equally on both sides.

No oral tenderness

Facial sensations intact

**Motor Examination:** Strength appears to be symmetrically equal with normal bulk and tone, no tremors or rigidity. no atrophy. Calf circumference from mid leg was measured which is of same size on both sides 14-1/4 inches.

**Coordination**: intact to FNF and KHS.

**Sensory Examination:** intact to temperature, pinprick, and vibration sensation.

**Reflexes** are symmetric with bilateral toe flexion

**Gait:** normal . Romberg negative. Able to perform Tandem

normal toe and heel walking

## Assessment / Plan

50 year old male with PMHX thoracic outlet decompression surgery, HLD, and current everyday smoker presents with complaints of weakness to bilateral proximal and distal legs. Weakness in calves are most problematic for patient. Weakness and leg pain is induced by activity. Symptoms began 5 years ago and have been steadily progressing since September.

On physical examination strength to proximal and distal legs is 5/5. There are sensation changes noted to bilateral feet.

I discussed muscle weakness management with patient and he agrees with plans below.

12/7/2020

Patient continues to have excercise provoked weakness. NCS/EMG and labs reviewed Which is essentially normal. On physical examination strength is strong and equal. No muscle atrophy or sensation changes are noted. He is able to perform toe and heel walk without difficulty. He denies neck and back pain. Will obtain further diagnostics to rule out structural abnormalities of spine, rule out neurogenic claudication, etc.

12/30/2020

Patient presents to follow up for weakness. he continues to have exercise provoked weakness. MRI cervical and lumbar spine, labs reviewed with patient and his wife. No impressive findings That would explain patient's transient muscular weakness.

**1. Muscle weakness -**

CBC and CMP are with in normal limits

Muscle weakness seems to be related to activity and there could be multiple causes.

Order NCS/EMG.

12/7/2020

NCS/EMG was completed on 12/1/2020 by Dr. Perry. Normal NCS/EMG without convincing evidence of lumbosacral radiculopathy, plexopathy, or myopathy. No convincing electrophysiologic evidence of a generalized large fiber peripheral neuropathy. Small fiber neuropathies may not be excluded on NCS/EMG.

Labs reviewed. Muscle enzymes are normal. TSH abnormal 0.23, T4 normal at 1.1 otherwise panel is normal. Patient will follow up with PCP for abnormal TSH and monitoring.

Order MRI of cervical spine

Order MRI of lumbar spine

Order myasthenia gravis panel

Order testosterone serum

Order vitamin D serum

Start CoQ-10, 100 mg capsule daily.

12/30/2020

MRI cervical and lumbar spine reviewed with patient and his wife. There are mild degenerative changes and mild disc bulging noted but no impressive findings are noted to explain patient complaints.

Also no neuromuscular specific labs were normal.

Vitamin D was some what low and he has been started on a supplement.

Recommend patient seeing Neuromuscular specialist due to consistent complaints and with no clear findings to explain etiology .

MG Panel : normal

CPK, LDH, aldolase,Testosterone, TSH, FT4, ANCA panel, Sjogrens panel, ESR, CRP, Cryoglobulin were normal.

Order Neuromuscular Consult

M62.81: Muscle weakness (generalized)

- NEUROMUSCULAR MEDICINE REFERRAL - Schedule Within: provider's discretion

**2. Hyperlipidemia** -

Takes atorvastatin 40 mg daily.

Management per PCP

12/7/2020

Management per PCP

12/30/2020

No complaints or concerns

E78.5: Hyperlipidemia, unspecified

**3. Cigarette smoker** -

He is not interested in smoking cessation at this time.

12/7/2020

Smoking cessation encouraged

12/30/2020

Patient is not interested in smoking cessation

F17.210: Nicotine dependence, cigarettes, uncomplicated

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Syed M. Hussaini, MD, 12/31/2020.

Encounter performed and documented by Syed M. Hussaini, MD
Encounter reviewed & signed by Syed M. Hussaini, MD on 12/31/2020 at 1:37pm

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Texarkana Independent School District IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

### Attending Physician's Statement

1. Patient's Name Michael Morgason Date of Birth ______
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
Unknown neuromuscular disease / disorder.
3. a) Date of First ~~Treatment~~ Tests 9/20/2020
b) Date of Most Recent ~~Treatment~~ 3/5/2021
c) Frequency of ~~Treatments~~ Weekly
d) Type of Treatment Rendered Diagnostic Testing
e) Is surgery scheduled? If so, when? n/a
4. The patient has been continuously Totally Disabled (unable to perform regular job) from 11/18/20 to Present
The patient has been continuously Partially Disabled (some restrictions or light duty) from n/a to ______
If the patient is still disabled, when should the patient be able to return to work? Unknown
5. Remarks or Comments: Undergoing paraneoplastic ? genetic testing @ Univ of Texas - Southwestern
6. List Restrictions and Limitations: Same - No over exerting muscles.
7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ☑ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date 03/24/21 (Month Day Year) Signed [signature] (Attending Physician, No Stamps, please) /Degree/Specialty FNP

Street Address 4105 N Kings Hwy
City, State Texarkana TX 75503
Phone Number 903 838 0444
Fax Number 903 838 0477

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Fri Feb 26 17:15:48 CST 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <585143900.8.1614381348532.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

February 26, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr Morgason:

Please refer to our letter of 01/25/2021 in which we requested additional information for your disability claim. As of this date, we have not received a response to our request and benefits have been suspended.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company.

We must receive the following information in order to continue our review of your claim:

- Updated Office and Treatment notes to include any testing results from your most recent appointment(s)

As stated earlier, benefits beyond 02/24/2021 have been suspended until the requested information is received in our office. Future benefits cannot be determined until proof of continued disability is received which may include requesting additional information from you or your physician(s). Your immediate response in providing the information requested will assist in our determination of your eligibility for further benefits.

Please submit this information by 03/29/2021. If we do not receive this information by 03/29/2021 your claim will be closed.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Date: Fri Feb 26 17:15:27 CST 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: morgason2@gmail.com
Message-ID: <871554897.3.1614381327345.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

February 26, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr Morgason:

Please refer to our letter of 01/25/2021 in which we requested additional information for your disability claim. As of this date, we have not received a response to our request and benefits have been suspended.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company.

We must receive the following information in order to continue our review of your claim:

- Updated Office and Treatment notes to include any testing results from your most recent appointment(s)

As stated earlier, benefits beyond 02/24/2021 have been suspended until the requested information is received in our office. Future benefits cannot be determined until proof of continued disability is received which may include requesting additional information from you or your physician(s). Your immediate response in providing the information requested will assist in our determination of your eligibility for further benefits.

Please submit this information by 03/29/2021. If we do not receive this information by 03/29/2021 your claim will be closed.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Date: Mon Jan 25 15:50:56 CST 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <173520061.18.1611611456979.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

January 25, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 01/02/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 02/24/2021. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Date: Mon Jan 25 15:50:53 CST 2021
From: Rachel Knape <Rachel.Knape@lfg.com>
To: morgason2@gmail.com
Message-ID: <287069792.13.1611611453633.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

January 25, 2021

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr Morgason:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 01/02/2021 and have received additional medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 02/24/2021. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical evidence may include office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

To expedite claim processing, please feel free to fax information toll-free to our office at 800-922-3503.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 18, 2020

To PR

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253169000000
*Claim Number: 1200120731*
Claimant: Michael Morgason

Dear Mr Morgason:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 11/20/2020.

The policy issued to Texarkana Independent School District, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 12/04/2020. Your payment will be received separately within the next business week.

Based on your Basic Weekly Earnings, your benefit will equal $524.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

We have approved your disability benefits to 01/02/2021. This represents the recovery period that has been suggested by your treating physician.

Please contact us if you are unable to return to work on your estimated return to work date, you are required to provide medical documentation detailing the restrictions and limitations that are preventing you from performing your own occupation beyond this date.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, operative reports, hospitalization records, all types of therapy notes, consultations, etc. This information may be obtained from the attending physician(s) and should be provided at your own expense. A note from the attending physician without any supporting documentation may not be sufficient for us to approve further benefits.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Let us know as soon as possible if you return to work sooner than 01/02/2021 to avoid an overpayment.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Texarkana Independent School District IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

**Attending Physician's Statement**

1. Patient's Name Michael Morgason Date of Birth ______
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any) Neuromuscular disease / disorder - Unknown
3. a) Date of First Treatment 9/20/20
   b) Date of Most Recent Treatment 12/30/20
   c) Frequency of ~~Treatments~~ Tests Bi-weekly
   d) Type of Treatment Rendered Diagnostic Testing - Blood, Xray, MRI's
   e) Is surgery scheduled? If so, when? n/a
4. The patient has been continuously Totally Disabled (unable to perform regular job) from 11/18/20 to now
   The patient has been continuously Partially Disabled (some restrictions or light duty) from n/a to ______
   If the patient is still disabled, when should the patient be able to return to work?
5. Remarks or Comments: Referred to UT Southwestern Neuromuscular Dept. Appt is 02/23/2021
6. List Restrictions and Limitations: No standing, lifting, bending & overexerting muscles.
7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ☑ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date 01/04/2021 (Month Day Year) Signed [signature] (Attending Physician, No Stamps, please) /Degree/Specialty FNP

Street Address 4105 N Kings Hwy
City, State Texarkana TX 75503
Phone Number 903 838 0444
Fax Number 903 838 0477

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: Fri Dec 18 14:42:20 CST 2020
From: Rachel Knape <Rachel.Knape@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <1297395775.58.1608324140150.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 18, 2020

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 000010253169000000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr Morgason:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 11/20/2020.

The policy issued to Texarkana Independent School District, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 12/04/2020. Your payment will be received separately within the next business week.

Based on your Basic Weekly Earnings, your benefit will equal $524.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

We have approved your disability benefits to 01/02/2021. This represents the recovery period that has been suggested by your treating physician.

Please contact us if you are unable to return to work on your estimated return to work date, you are required to provide medical documentation detailing the restrictions and limitations that are preventing you from performing your own occupation beyond this date.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, operative reports, hospitalization records, all types of therapy notes, consultations, etc. This information may be obtained from the attending physician(s) and should be provided at your own expense. A note from the attending physician without any supporting documentation may not be sufficient for us to approve further benefits.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Let us know as soon as possible if you return to work sooner than 01/02/2021 to avoid an overpayment.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Texarkana Independent School District IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

### Attending Physician's Statement

1. Patient's Name Michael Morgason ________ Date of Birth ________
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)

________

________

3. a) Date of First Treatment ________
   b) Date of Most Recent Treatment ________
   c) Frequency of Treatments ________
   d) Type of Treatment Rendered ________
   e) Is surgery scheduled? If so, when? ________
4. The patient has been continuously Totally Disabled (unable to perform regular job) from ________ to ________
   The patient has been continuously Partially Disabled (some restrictions or light duty) from ________ to ________
   If the patient is still disabled, when should the patient be able to return to work? ________
5. Remarks or Comments: ________

________

6. List Restrictions and Limitations: ________

________

7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ☐ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date ________ (Month Day Year) Signed ________ (Attending Physician, No Stamps, please) /Degree/Specialty ________

Street Address ________

City, State ________

Phone Number ________

Fax Number ________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį́óóǫéą́ą́ǫąíę́ę.

Date: Fri Dec 18 14:42:14 CST 2020
From: Rachel Knape <Rachel.Knape@lfg.com>
To: morgason2@gmail.com
Message-ID: <1198980309.53.1608324134784.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Rachel Knape**
**Claims Examiner II, Claims**
8801 Indian Hills Dr
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 x2562
Fax: 1-877-843-3950
Email: Rachel.Knape@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 18, 2020

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Mr Morgason:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 11/20/2020.

The policy issued to Texarkana Independent School District, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 12/04/2020. Your payment will be received separately within the next business week.

Based on your Basic Weekly Earnings, your benefit will equal $524.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

We have approved your disability benefits to 01/02/2021. This represents the recovery period that has been suggested by your treating physician.

Please contact us if you are unable to return to work on your estimated return to work date, you are required to provide medical documentation detailing the restrictions and limitations that are preventing you from performing your own occupation beyond this date.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, operative reports, hospitalization records, all types of therapy notes, consultations, etc. This information may be obtained from the attending physician(s) and should be provided at your own expense. A note from the attending physician without any supporting documentation may not be sufficient for us to approve further benefits.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Let us know as soon as possible if you return to work sooner than 01/02/2021 to avoid an overpayment.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Rachel Knape
1-800-423-2765 x2562
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP CONTINUANCE OF DISABILITY
# (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Texarkana Independent School District IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

## Attending Physician's Statement

1. Patient's Name Michael Morgason ____ Date of Birth ____
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)

____

____

3. a) Date of First Treatment ____
   b) Date of Most Recent Treatment ____
   c) Frequency of Treatments ____
   d) Type of Treatment Rendered ____
   e) Is surgery scheduled? If so, when? ____
4. The patient has been continuously Totally Disabled (unable to perform regular job) from ____ to ____
   The patient has been continuously Partially Disabled (some restrictions or light duty) from ____ to ____
   If the patient is still disabled, when should the patient be able to return to work? ____
5. Remarks or Comments: ____

____

6. List Restrictions and Limitations: ____

____

7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ☐ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date ____ Signed ____ /Degree/Specialty ____
(Month Day Year) (Attending Physician, No Stamps, please)

Street Address ____

City, State ____

Phone Number ____

Fax Number ____

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti’go Diné bizaad, saad bee áká’ánida’áwo’dę́ę́’ t’áá jiik’eh, ná hóló́. Kojį’ hódíílnih áǫįóóǫéąą́ǫąíę́ę.

12/09/2020 WED 13:21 FAX 903 792 2632 Txka ISD Central Office

Texarkana
Independent School District
The Place To Be!

**ADMINISTRATION**

4241 Summerhill Road
Texarkana, Texas 75503
903.794.3651
fax 903.792.2632

www.txkisd.net

# FAX

FROM: Shelley McGee

DATE: 12/9/20 # OF PAGES: 5

CC:

TO: Dawn Calliste — LFG

FAX #: 877-843-3950

PHONE:

RE: Michael Morgason

❑ URGENT
❑ FOR REVIEW
❑ PLEASE COMMENT
❑ PLEASE REPLY

COMMENTS:

ADMINISTRATION MENU SELECT EMPLOYEE EMPLOYEE MENU **ENROLLMENT HISTORY REPORT**

HELP LOGOUT

**EMPLOYEE** Morgason, Michael R. **SSN:** **DOB:** **DOE:** 2/3/2014 **Division:** Maintenance 935 **Active In System** on 2/10/2014 **Test Employee** No Select Employee Add Journal Entry

# EMPLOYEE ADMINISTRATION

**To view enrollment history for a specific plan type, select the plan type from the list below. To view enrollments within a specific date span, select the date span and click the select button.**

**Show History By** Plan Type

**Show Plan Types** Short Term Disability ☐ Show terminated elections

**Show Data Span** July 1 2014 to December 9 2020 [Select]

**Below is the list of all enrolled plans of this plan type effective within the selected date span. Plan Types with a "*" have multiple policies. The Coverage listed are the total amounts of all policies.**

| Short Term Disability Plan Designs | Coverage | EE Cost Per Month | ER Cost Per Month | Effective Period | Date Elected | Date Terminated | Election Method | Election ( |
|---|---|---|---|---|---|---|---|---|
| **Short Term Disability - Injury 14 / Sickness 14** [2020] [2725930] | $526.28 [Weekly benefit] | $34.75 | $0.00 | 9/1/2020 - 8/31/2021 | 8/2/2020 | --- | Employee Elected | (Employee |
| **Short Term Disability - Injury 14 / Sickness 14** [2019] [2255877] | $513.79 [Weekly benefit] | $33.91 | $0.00 | 9/1/2019 - 8/31/2020 | 7/23/2019 | --- | Employee Elected | (Employee |
| **Short Term Disability - Injury 14 / Sickness 14** [2018] [1314341] | $481.04 [Weekly benefit] | $35.31 | $0.00 | 9/1/2018 - 8/31/2019 | 8/14/2018 | --- | Employee Elected | (Employee |
| **Short Term Disability - Injury 14 / Sickness 14** [2017] [540154] | $467.93 [Weekly benefit] | $34.36 | $0.00 | 9/1/2017 - 8/31/2018 | 7/19/2017 | --- | Employee Elected | (Employee |
| **Short Term Disability - Injury 14 / Sickness 14** [2016] [262411] | $455.09 [Weekly benefit] | $33.40 | $0.00 | 9/1/2016 - 8/31/2017 | 8/30/2016 | --- | Admin Elected | (Company |
| **Short Term Disability** [2015] [198413] | $414.40 [Weekly benefit] | $22.38 | $0.00 | 9/1/2015 - 8/31/2016 | 8/19/2015 | --- | Employee Elected | (Employee |
| **Short Term Disability** [2014] [82307] | $401.54 [Weekly benefit] | $21.68 | $0.00 | 9/1/2014 - 8/31/2015 | 8/1/2014 | --- | Employee Elected | (Employee |
| **Short Term Disability** Short Term Disability\|\|2013] [66625] | $401.54 [Weekly benefit] | $21.68 | $0.00 | 3/1/2014 - 8/31/2014 | 2/12/2014 | --- | Admin Elected | (Company |

[Print] [Back]

**THE*benefits*HUB**® Copyrighted 2010-2020
All Rights Reserved. View Terms of Use. View Privacy Policy.

# Skilled Maintenance, Non Licensed / IPM Applicator, Certified

**Employee Name (Print):** ____________________________________________

| | | | |
|---|---|---|---|
| **Reports To:** | Director of Maintenance & Construction | **Classification:** | Auxiliary |
| **Dept/Campus:** | Maintenance | **Paygrade:** | A-7 |
| **Wage/Hr Status:** | Nonexempt | **Revised:** | April 2017 |

This job description reflects management's assignment of essential functions; it does not prescribe or restrict the tasks that may be assigned.

**PRIMARY PURPOSE:**
Assist in following routine maintenance and repair procedures for assigned areas to maintain a high standard of safety and efficiency of all buildings and equipment. Organize and manage IPM district needs and treatment application.

**QUALIFICATIONS:**

**Education/Certification:**
High School Diploma or GED
Valid Driver's License
Pest and lawn management, and applicator certifications, as legally required or deemed appropriate by supervisor.

**Special Knowledge/Skills:**
Knowledge of basic techniques of repair and new installation of assigned areas (carpentry, electrical, HV/AC, plumbing, etc.)
Ability to operate tools and equipment common to assigned area
Ability to perform mathematical calculations
Ability to diagnose and resolve problems

**Experience:**
Three to five years experience in maintenance related work

**MAJOR RESPONSIBILITIES AND DUTIES:**

1. Responsible for maintaining records according to TDA guidelines.
2. Demonstrate responsible fiscal control over assigned budget.
3. Plan, monitor, and direct inventory control for equipment and supplies
4. Compile, maintain and file all required reports associated with pesticide application and all other IPM functions per TDA.
5. Organize, manage and ensure the success of all preventive measures related to IPM.
6. Respond, assess, and manage all needs and necessary actions associated with IPM reports or concerns.
7. Responsible for storage of equipment, tools and supplies used in the IPM Program.
8. Ensure that equipment and tools are in safe operating condition.

9. Inspect and adjust tools and equipment for safety and proper calibration, perform preventive maintenance as needed.
10. Responsible for routine mandatory inspections on schools, playgrounds and kitchens.
11. Report directly to IPM coordinator on any pesticide applications and produce proper paperwork required by TDA.
12. Maintain schedule of routine weed control at all schools and athletic fields.
13. Maintain proper license and required continuing education as required by TDA.
14. Follow all required safety procedures before, during and after when dealing with chemicals and chemical applications per TDA guidelines
15. Operate tools and equipment according to prescribed safety procedures.
16. Follow established safety procedures and techniques to perform job duties, including lifting.
17. Correct unsafe conditions in work area and report any conditions that are not correctable to supervisor.
18. Receive and complete work orders.
19. Plan and complete projects as assigned.
20. Fabricate, install, repair, move, assemble and replace district property, doors, windows, flooring, ceiling materials, glass building hardware, screens, plastic laminate, etc. as assigned.
21. Detect needed repairs on buildings, grounds, and equipment by following established inspections procedures.
22. Assist on any maintenance, repair projects as assigned

**SUPERVISORY RESPONSIBILITIES:**
None

**EQUIPMENT USED:**
Tools and equipment common the assigned trade.

**WORKING CONDITIONS:**

**Physical Demands/Environmental Factors:**
Constantly moves about district facilities and grounds; typically bends, stoops and crouches on a regular basis, frequently lifts, carries or otherwise positions/repositions heavy objects, equipment and supplies; ability to position self and perform work in various areas of the facility including elevated surfaces; variable working hours, on call 24hrs.
Inside, outside, hot and cold conditions, also some conditions that may require safety equipment and protection, work around moving objects or vehicles; work on ladders and scaffolding, exposure to dampness and humidity; slippery or uneven surfaces. Exposure to chemicals including pestioides and herbicides.

---

The foregoing statements describe the general purpose and responsibilities assigned to this job, and are not an exhaustive list of all responsibilities, duties and skills that may be required.

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employer

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

**1. This claim is for:**

Full Name (First): Michael
(M.I.): R.
(Last Name): Morgason

Social Security Number:
Coverage Start Date: 03/01/2014

**2. Employee's Coverage & Policy**

Organization Name: Texarkana ISD
Insurance Class: 1
Group ID:
Policy Number: 000010253169
Billing Location:
Claim Location:

**3. Describe Employee's Role**

Job Title: Skilled Maintenance; non licensed

Description of Duties: See attached

Have you considered job accommodations? ☒ Yes ☐ No
Injury work related? ☐ Yes ☒ No

Date hired: 02/03/2014
Hours worked in a standard day: 8
Date last worked: 11/19/2020
Hours worked in a standard week: 40
Date back to work full-time: __/__/__
Hours worked on day last worked: 2 hours
Earnings: $19.66
Frequency (W/M/Y etc.): Hourly

**4. Other Income Being Received**

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | / / | / / | / / |
| Workers' Comp | | / / | / / | / / |
| Salary Continuance | $4634.44 | 11/19/20 | 12/11/20 | / / |
| State Disability | | / / | / / | / / |
| Other Disability pay | | / / | / / | / / |

**5. Employer Contact**

Employer Contact Name: Shelley McGee
Street Address: 4241 Summerhill Road
City: Texarkana
State: TX
Zip Code: 75503
Phone Number: 903-794-3651 Ext 1009
Fax Number: 903-792-2632
Email Address: shelley.mcgee@txkisd.net

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: Shelley McGee
Date: 12/9/2020
Print Name: Shelley McGee

(Please see FRAUD NOTICES attached)

12/09/2020 WED 13:21 FAX 903 792 2632 Txka ISD Central Office

Texarkana
Independent School District
The Place To Be!

**ADMINISTRATION**

4241 Summerhill Road
Texarkana, Texas 75503
903.794.3651
fax 903.792.2632

www.txkisd.net

# FAX

**FROM:** Shelley McGee

**DATE:** 12/9/20 **# OF PAGES:** 5

**CC:**

**TO:** Dawn Calliste – LFG

**FAX #:** 877-843-3950

**PHONE:**

**RE:** Michael Morgason

❑ URGENT
❑ FOR REVIEW
❑ PLEASE COMMENT
❑ PLEASE REPLY

**COMMENTS:**

PAGE 1/5 * RCVD AT 12/9/2020 1:21:21 PM [Eastern Standard Time] * SVR:VA1PWFAX301/2 * DNIS:8778433950 * CSID:903 792 2632 * ANI:9037922632 * DURATION (mm-ss):01-35

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employer

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

*Please submit a written job description for the employee's position with this claim form
*Please submit a copy of this employee's enrollment statement with this claim form

**1. This claim is for:**

Full Name (First): Michael
(M.I.): R.
(Last Name): Morgason

Social Security Number:
Coverage Start Date: 03/01/2014

**2. Employee's Coverage & Policy**

Organization Name: Texarkana ISD
Insurance Class: 1
Group ID:
Policy Number: 000010253169
Billing Location:
Claim Location:

**3. Describe Employee's Role**

Job Title: Skilled Maintenance; non licensed

Description of Duties: See attached

**4. Other Income Being Received**

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Retirement Income | | / / | / / | / / |
| Workers' Comp | | / / | / / | / / |
| Salary Continuance | $9634.44 | 11/19/20 | 12/11/20 | / / |
| State Disability | | / / | / / | / / |
| Other Disability pay | | / / | / / | / / |

Have you considered job accommodations? ☒ Yes ☐ No
Injury work related? ☐ Yes ☒ No

Date hired: 02/03/2014
Hours worked in a standard day: 8
Date last worked: 11/19/2020
Hours worked in a standard week: 40
Date back to work full-time: / /
Hours worked on day last worked: 2 hours
Earnings: $19.66
Frequency (W/M/Y etc.): Hourly

**5. Employer Contact**

Employer Contact Name: Shelley McGee
Street Address: 4241 Summerhill Road
City: Texarkana
State: TX
Zip Code: 75503
Phone Number: 903-794-3651 Ext 1009
Fax Number: 903-792-2632
Email Address: shelley.mcgee@txkisd.net

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: Shelley McGee
Date: 12/9/2020
Print Name: Shelley McGee

(Please see FRAUD NOTICES attached)

ADMINISTRATION MENU SELECT EMPLOYEE EMPLOYEE MENU **ENROLLMENT HISTORY REPORT**

HELP LOGOUT

**EMPLOYEE** Morgason, Michael R. **SSN:** **DOB:** **DOE:** 2/3/2014 **Division:** Maintenance 935 **Active In System** on 2/10/2014 **Test Employee** No Select Employee Add Journal Entry

# EMPLOYEE ADMINISTRATION

**To view enrollment history for a specific plan type, select the plan type from the list below. To view enrollments within a specific date span, select the date span and click the select button.**

**Show History By** Plan Type

**Show Plan Types** Short Term Disability ☐ Show terminated elections

**Show Date Span** July 1 2014 to December 9 2020 Select

**Below is the list of all enrolled plans of this plan type effective within the selected date span. Plan Types with a "*" have multiple policies. The Coverage listed are the total amounts of all policies.**

| Short Term Disability Plan Designs | Coverage | EE Cost Per Month | ER Cost Per Month | Effective Period | Date Elected | Date Terminated | Election Method | Election ( |
|---|---|---|---|---|---|---|---|---|
| Short Term Disability - Injury 14 / Sickness 14 [2020] [2726930] | $526.28 [Weekly benefit] | $34.75 | $0.00 | 9/1/2020 - 8/31/2021 | 8/2/2020 | --- | Employee Elected | [Employe |
| Short Term Disability - Injury 14 / Sickness 14 [2019] [2255877] | $513.79 [Weekly benefit] | $33.91 | $0.00 | 9/1/2019 - 8/31/2020 | 7/23/2019 | --- | Employee Elected | [Employe |
| Short Term Disability - Injury 14 / Sickness 14 [2018] [1314341] | $481.04 [Weekly benefit] | $35.31 | $0.00 | 9/1/2018 - 8/31/2019 | 8/14/2018 | --- | Employee Elected | [Employe |
| Short Term Disability - Injury 14 / Sickness 14 [2017] [540154] | $467.93 [Weekly benefit] | $34.36 | $0.00 | 9/1/2017 - 8/31/2018 | 7/19/2017 | --- | Employee Elected | [Employe |
| Short Term Disability - Injury 14 / Sickness 14 [2016] [282411] | $455.09 [Weekly benefit] | $33.40 | $0.00 | 9/1/2016 - 8/31/2017 | 8/30/2016 | --- | Admin Elected | [Company |
| Short Term Disability [2015] [198413] | $414.40 [Weekly benefit] | $22.38 | $0.00 | 9/1/2015 - 8/31/2016 | 8/19/2015 | --- | Employee Elected | [Employe |
| Short Term Disability [2014] [82307] | $401.54 [Weekly benefit] | $21.68 | $0.00 | 9/1/2014 - 8/31/2015 | 8/1/2014 | --- | Employee Elected | [Employe |
| Short Term Disability Short Term Disability[2013] [66625] | $401.54 [Weekly benefit] | $21.68 | $0.00 | 3/1/2014 - 8/31/2014 | 2/12/2014 | --- | Admin Elected | [Company |

Print Back

THEbenefitsHUB® Copyrighted 2010-2020
All Rights Reserved. View Terms of Use. View Privacy Policy.

# Skilled Maintenance, Non Licensed / IPM Applicator, Certified

**Employee Name (Print):** ______________________________

| | | | |
|---|---|---|---|
| **Reports To:** | Director of Maintenance & Construction | **Classification:** | Auxiliary |
| **Dept/Campus:** | Maintenance | **Paygrade:** | A-7 |
| **Wage/Hr Status:** | Nonexempt | **Revised:** | April 2017 |

This job description reflects management's assignment of essential functions; it does not prescribe or restrict the tasks that may be assigned.

**PRIMARY PURPOSE:**
Assist in following routine maintenance and repair procedures for assigned areas to maintain a high standard of safety and efficiency of all buildings and equipment. Organize and manage IPM district needs and treatment application.

**QUALIFICATIONS:**

**Education/Certification:**
High School Diploma or GED
Valid Driver's License
Pest and lawn management, and applicator certifications, as legally required or deemed appropriate by supervisor.

**Special Knowledge/Skills:**
Knowledge of basic techniques of repair and new installation of assigned areas (carpentry, electrical, HV/AC, plumbing, etc.)
Ability to operate tools and equipment common to assigned area
Ability to perform mathematical calculations
Ability to diagnose and resolve problems

**Experience:**
Three to five years experience in maintenance related work

**MAJOR RESPONSIBILITIES AND DUTIES:**

1. Responsible for maintaining records according to TDA guidelines.
2. Demonstrate responsible fiscal control over assigned budget.
3. Plan, monitor, and direct inventory control for equipment and supplies
4. Compile, maintain and file all required reports associated with pesticide application and all other IPM functions per TDA.
5. Organize, manage and ensure the success of all preventive measures related to IPM.
6. Respond, assess, and manage all needs and necessary actions associated with IPM reports or concerns.
7. Responsible for storage of equipment, tools and supplies used in the IPM Program.
8. Ensure that equipment and tools are in safe operating condition.

9. Inspect and adjust tools and equipment for safety and proper calibration, perform preventive maintenance as needed.

10. Responsible for routine mandatory inspections on schools, playgrounds and kitchens.

11. Report directly to IPM coordinator on any pesticide applications and produce proper paperwork required by TDA.

12 Maintain schedule of routine weed control at all schools and athletic fields.

13. Maintain proper license and required continuing education as required by TDA.

14. Follow all required safety procedures before, during and after when dealing with chemicals and chemical applications per TDA guidelines

15. Operate tools and equipment according to prescribed safety procedures.

16. Follow established safety procedures and techniques to perform job duties, including lifting.

17. Correct unsafe conditions in work area and report any conditions that are not correctable to supervisor.

18 Receive and complete work orders.

19. Plan and complete projects as assigned.

20. Fabricate, install, repair, move, assemble and replace district property, doors, windows, flooring, ceiling materials, glass building hardware, screens, plastic laminate, etc. as assigned.

21. Detect needed repairs on buildings, grounds, and equipment by following established inspections procedures.

22. Assist on any maintenance, repair projects as assigned

**SUPERVISORY RESPONSIBILITIES:**
None

**EQUIPMENT USED:**
Tools and equipment common the assigned trade.

**WORKING CONDITIONS:**

**Physical Demands/Environmental Factors:**
Constantly moves about district facilities and grounds; typically bends, stoops and crouches on a regular basis, frequently lifts, carries or otherwise positions/repositions heavy objects, equipment and supplies; ability to position self and perform work in various areas of the facility including elevated surfaces; variable working hours, on call 24hrs.
Inside, outside, hot and cold conditions, also some conditions that may require safety equipment and protection, work around moving objects or vehicles; work on ladders and scaffolding, exposure to dampness and humidity; slippery or uneven surfaces. Exposure to chemicals including pestioides and herbicides.

---

The foregoing statements describe the general purpose and responsibilities assigned to this job, and are not an exhaustive list of all responsibilities, duties and skills that may be required.

Date: Wed Dec 09 11:27:36 CST 2020
From: Dawn Calliste <Dawn.Calliste@lfg.com>
To: shelley.mcgee@txkisd.net
Message-ID: <887898420.73.1607534856092.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Dawn Calliste**
**Claims Examiner II, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Pkwy Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *3356
Fax: 402-951-0791
Email: Dawn.Calliste@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 9, 2020

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Michael:

My name is Dawn and I'll be helping you with your Short-Term Disability (STD) claim as part of Texarkana Independent School District's benefits program. I'm here to help you access the benefits you may receive while you are out of work. This will include collecting information from you and your doctor as well as addressing any questions you may have during your claim.

I understand this process may be new to you, so I've included a reference guide for you to hold onto outlining what you can expect while you're out of work, from start to finish. I've also noted below what you can do to ensure you get a quick answer regarding your coverage and receive payment (if applicable) as quickly as possible.

**What You Need to Do**

**If not previously provided for this claim, please provide the following as soon as possible.**

☐ **Keep Me Informed.** Let me know of any changes to the information you provide, such as if you:

- Begin treatment with a new provider or stop seeing a provider from whom you had previously received treatment
- Get new information about when you'll return to work – whether you're going to be out of work longer than planned or returning to work sooner than expected
- Start or stop receiving any other income replacement, such as from a Worker's Compensation claim or Social Security benefits

Please forward this information to our office within 15 days of the date of this letter.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

We have completed the initial review of your claim and are in need of additional information from your Employer in order to continue our review. We have been in contact with your Employer regarding the information needed from them to continue processing your claim.

**<u>How We'll Keep You Informed</u>**
In addition to letters you'll receive, you can get information about your claim status online or by phone.

- **Online:** You can register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.
- **Phone**: If you'd prefer to discuss a question or issue by phone, you can reach me directly at 1-800-423-2765 *3356. If I am not available, please leave me a message and I will return your call as soon as possible.

I look forward to helping you with your claim. The team at Lincoln is here to support you through your period of disability.

Sincerely,

Dawn Calliste
1-800-423-2765 *3356
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

# What to Expect During Your Short-Term Disability Claim

This overview can help you plan for your absence from work. If you have any questions about your claim, visit us at www.Lincoln4Benefits.com

| | Start Your Claim | Fill In Details | Confirm Your Benefits | Keep In Touch | Close Your Claim |
|---|---|---|---|---|---|
| What's Happening | When an illness or injury means you'll be out of work, you can let us know by phone, mail or web.<br><br>We'll quickly work to see if you qualify for benefits so that you can receive payment (if applicable) as soon as possible. | To see if you qualify for STD benefits, we'll review:<br>• Info you provide<br>• Coverage info from your employer<br>• Medical info from your doctor<br><br>This will help us better understand your situation – and submitting this info promptly can help avoid any interruptions to your income. | Based on the info we receive, we'll let you know if:<br>• You qualify for STD benefits<br>• We're able to approve your claim for an initial period of time and what payments you can expect to receive<br><br>If we find that your medical situation isn't covered, we'll provide info on your appeal rights. | Depending on how long you're out of work, you may need to provide updates on your treatment/recovery on an ongoing basis.<br><br>We'll let you know when we request medical records from your doctors and when we need that information by. | When it's time to return to work, we'll confirm with you and close your STD claim.<br><br>If you're unable to return, we'll help you understand any additional benefits, such as Long-Term Disability and/or Social Security disability benefits you may be eligible to receive. |
| What You Need to Do | ❑ *If you're already out of work or planning a future absence,* contact us by phone, mail or web to start your claim | ❑ Send in any completed form(s) we provide by the date we indicated in your letter<br>❑ When we call you, provide the needed info and ask any questions you have<br>❑ Give each of your doctors a signed authorization so we can access your medical info<br>❑ Follow up with your doctor(s) to confirm they send the info we've requested | ❑ Get back to us promptly if we reach out with any follow-up questions<br>❑ Once we notify you of your coverage for STD benefits, review all info provided and call us with any questions | ❑ Let us know of any changes to your situation, so we can help you understand any impact to your claim<br>❑ Get back to us promptly if we reach out for updates on your treatment/ recovery | ❑ *If you're returning to work*, make sure you connect with us and with your employer to confirm and make any necessary arrangements<br>❑ *If you're unable to return*, contact us to determine additional assistance that may be available |

Date: Wed Dec 09 11:27:31 CST 2020
From: Dawn Calliste <Dawn.Calliste@lfg.com>
To: morgason2@gmail.com
Message-ID: <1676019107.68.1607534851248.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1200120731 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1200120731

Please review the attached letter and/or document(s) regarding the Claim #1200120731 for Michael Morgason. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Dawn Calliste**
**Claims Examiner II, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Pkwy Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 1-800-423-2765 *3356
Fax: 402-951-0791
Email: Dawn.Calliste@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 9, 2020

MICHAEL R MORGASON

Re: Policyholder: Texarkana Independent School District
Policy Number: 00001025316900000
Claim Number: 1200120731
Claimant: Michael Morgason

Dear Michael:

My name is Dawn and I'll be helping you with your Short-Term Disability (STD) claim as part of Texarkana Independent School District's benefits program. I'm here to help you access the benefits you may receive while you are out of work. This will include collecting information from you and your doctor as well as addressing any questions you may have during your claim.

I understand this process may be new to you, so I've included a reference guide for you to hold onto outlining what you can expect while you're out of work, from start to finish. I've also noted below what you can do to ensure you get a quick answer regarding your coverage and receive payment (if applicable) as quickly as possible.

**What You Need to Do**
**If not previously provided for this claim, please provide the following as soon as possible.**

☐ **Keep Me Informed.** Let me know of any changes to the information you provide, such as if you:
- Begin treatment with a new provider or stop seeing a provider from whom you had previously received treatment
- Get new information about when you'll return to work – whether you're going to be out of work longer than planned or returning to work sooner than expected
- Start or stop receiving any other income replacement, such as from a Worker's Compensation claim or Social Security benefits

Please forward this information to our office within 15 days of the date of this letter.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

We have completed the initial review of your claim and are in need of additional information from your Employer in order to continue our review. We have been in contact with your Employer regarding the information needed from them to continue processing your claim.

**How We'll Keep You Informed**

In addition to letters you'll receive, you can get information about your claim status online or by phone.

- **Online:** You can register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.
- **Phone**: If you'd prefer to discuss a question or issue by phone, you can reach me directly at 1-800-423-2765 *3356. If I am not available, please leave me a message and I will return your call as soon as possible.

I look forward to helping you with your claim. The team at Lincoln is here to support you through your period of disability.

Sincerely,

Dawn Calliste
1-800-423-2765 *3356
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

CC: Texarkana Independent School District
ATTN: Shelley McGee
4241 Summerhill Road
Texarkana, TX 75503

# What to Expect During Your Short-Term Disability Claim

This overview can help you plan for your absence from work. If you have any questions about your claim, visit us at [www.Lincoln4Benefits.com](www.Lincoln4Benefits.com)

| | Start Your Claim | Fill In Details | Confirm Your Benefits | Keep In Touch | Close Your Claim |
|---|---|---|---|---|---|
| What's Happening | When an illness or injury means you'll be out of work, you can let us know by phone, mail or web.<br><br>We'll quickly work to see if you qualify for benefits so that you can receive payment (if applicable) as soon as possible. | To see if you qualify for STD benefits, we'll review:<br>• Info you provide<br>• Coverage info from your employer<br>• Medical info from your doctor<br><br>This will help us better understand your situation – and submitting this info promptly can help avoid any interruptions to your income. | Based on the info we receive, we'll let you know if:<br>• You qualify for STD benefits<br>• We're able to approve your claim for an initial period of time and what payments you can expect to receive<br><br>If we find that your medical situation isn't covered, we'll provide info on your appeal rights. | Depending on how long you're out of work, you may need to provide updates on your treatment/recovery on an ongoing basis.<br><br>We'll let you know when we request medical records from your doctors and when we need that information by. | When it's time to return to work, we'll confirm with you and close your STD claim.<br><br>If you're unable to return, we'll help you understand any additional benefits, such as Long-Term Disability and/or Social Security disability benefits you may be eligible to receive. |
| What You Need to Do | ❑ *If you're already out of work or planning a future absence,* contact us by phone, mail or web to start your claim | ❑ Send in any completed form(s) we provide by the date we indicated in your letter<br>❑ When we call you, provide the needed info and ask any questions you have<br>❑ Give each of your doctors a signed authorization so we can access your medical info<br>❑ Follow up with your doctor(s) to confirm they send the info we've requested | ❑ Get back to us promptly if we reach out with any follow-up questions<br>❑ Once we notify you of your coverage for STD benefits, review all info provided and call us with any questions | ❑ Let us know of any changes to your situation, so we can help you understand any impact to your claim<br>❑ Get back to us promptly if we reach out for updates on your treatment/ recovery | ❑ *If you're returning to work*, make sure you connect with us and with your employer to confirm and make any necessary arrangements<br>❑ *If you're unable to return*, contact us to determine additional assistance that may be available |

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R. (Middle)

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may <u>not</u> be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Michael Morgason **DATE** 11 / 25 / 2020

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient self

**ADDRE**

(State) (Zip Code)

**PHONE**

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Statement Of Employee

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Your Information**

Full Name (First): Michael (M.I.): R (Last Name): Morgason
Social Security Number: Date of Birth:
Street Address:
Phone Number: ☒ Male ☐ Female
City: State: Zip Code:
Email Address:

**2. Your Employer**

Employer Name: Texarkana Independent School District
Group ID: Job Title:
Policy Number: 000010253169 Billing Location:

**3. Reason for Inability to work**

Description of Sickness, Injury or Pregnancy: problems with legs & breathing

Date Last Worked: 11/18/2020 Injury work related? ☐ Yes ☐ No

**4. Other Income Being Received**

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | ______ | __/__/__ | __/__/__ | __/__/__ |
| Workers' Comp | ______ | __/__/__ | __/__/__ | __/__/__ |
| Salary Continuance | ______ | __/__/__ | __/__/__ | __/__/__ |
| State Disability | ______ | __/__/__ | __/__/__ | __/__/__ |
| Other Disability | ______ | __/__/__ | __/__/__ | __/__/__ |
| Sick Pay | ______ | __/__/__ | __/__/__ | __/__/__ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☐ Yes ☒ No If yes, indicate how much? ______

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

**5. Who is your treating health care provider?**

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Physician's Full Name: Terry Knighton
Phone Number: 903 838-0444 Fax Number:
Street Address: 4105 N. Kings Hwy
City: Nash State: Tx Zip Code: 75569

**6. Account for Direct Deposit** ☒ Checking ☐ Saving

Bank Name: Wells Fargo
Routing Number: 111900659
Account Number: 6373542

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature: Michael Morgason Date: 11/25/2020
Print Name: Michael Morgason

(Please see FRAUD NOTICES attached)

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☒ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☒ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury:
4. Please provide the location and address where the illness or injury occurred:
5. Please provide the Responsible Party's Information:
   1. Name: ______
   2. Address: ______
   3. Telephone Number: ______
   4. Insurance Company's Name: ______
   5. Claim Number: ______
6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:
   1. Name: ______
   2. Address: ______
   3. Telephone Number: ______
7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: Michael Morgason

Signature: Michael Morgason Date: 11 / 25 / 2020

Lincoln Financial Group

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Patient Information

Full Name (First): Michael
(M.I.):
(Last Name): Morgusson
Social Security Number:

Height: 5'11"
Weight: 167
Blood Pressure: 120/80
Employer Name:

## 2. Diagnosis

Primary ICD diagnostic Code (Required): M79.604
Primary ICD diagnosis Description: Pain in Right lower limb

Secondary ICD Diagnosis Code:
Secondary ICD Diagnosis Description:

Pregnancy: First Treated: __/__/__ Estimated Delivery: __/__/__ Date of Delivery: __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: Right leg pain, weakness

Objective Findings (include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ABI, Venous doppler - both negative

## 3. Disability Circumstances - *Check if applicable*

☑ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| | | |
|---|---|---|
| Symptoms first Appeared: 9/20/20 | Reduced Ability to work: __/__/__ | Advised to stop work: __/__/__ |
| Initial Treatment: 9/24/20 | Most Recent Treatment: 11/18/20 | Next Treatment: __/__/__ |

Dates hospital confined: __/__/__ to __/__/__

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Keep on feet all day
Restrictions (what the patient SHOULD NOT do)

No Walking/Standing for long periods, bending, Stooping
Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ~~100~~ C | Standing | N | Crouching | N | Overhead | ~~100~~ C |
| 6-10 lbs. | ~~100~~ C | Walking | N | Crawling | N | Desk Level | ~~100~~ C |
| 11-25 lbs. | C | Sitting | C | Grasping | C | Below Waist | ~~100~~ C |
| 26-50 lbs. | C | Balancing | N | Climbing | N | | |
| 51-100 lbs. | C | Stooping | N | Pushing | C | | |
| 100 + lbs. | C | Kneeling | N | Pulling | C | | |
| | | Fingering | C | Bending | N | | |

Not Sure if he can sit for long hours
What job modifications would allow the patient to return to work?

### Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence __/__/__

Dressing __/__/__

Transferring __/__/__

Bathing __/__/__

Toileting __/__/__

Eating __/__/__

Date patient experienced loss of Cognitive Functioning: __/__/__

## 5. Treatment

Referred to Ortho - prescribed meds
Scheduled for NCV/EMG 12/23/20

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Good

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on: 11,20,20 to 1,2,21

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Michael Crabtree, FNP
Name

4105 N Kings Hwy
Street Address

Texarkana | TX | 75503
City | State | Zip Code

903-838-0444 | 903-838-0477
Phone Number | Fax Number

[signature] 12/2/20
Signature Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

12/03/2020 11:54 Knighton Center (FAX)9038380477 P.001/005

Lincoln Financial Group

# Short Term Disability Claim Form Statement Of Employee

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 1. Your Information

Michael | R | Morgason
Full Name (First) (M.I.) (Last Name)

Social Security Number
Date of Birth

Street Address

Phone Number

☒ Male ☐ Female

City State Zip Code

Email Address

## 2. Your Employer

Texarkana Independent School District
Employer Name

Group ID
Job Title

00000102531169
Policy Number

Billing Location

## 3. Reason for Inability to work

problems with legs & breathing
Description of Sickness, Injury or Pregnancy

11/18/2020
Date Last Worked

Injury work related? ☐ Yes ☐ No

## 4. Other Income Being Received

| | Amount $ | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security | | __/__/__ | __/__/__ | __/__/__ |
| Workers' Comp | | __/__/__ | __/__/__ | __/__/__ |
| Salary Continuance | | __/__/__ | __/__/__ | __/__/__ |
| State Disability | | __/__/__ | __/__/__ | __/__/__ |
| Other Disability | | __/__/__ | __/__/__ | __/__/__ |
| Sick Pay | | __/__/__ | __/__/__ | __/__/__ |

If approved, should Lincoln National Life Insurance Co. withhold Federal Income Taxes from your benefits?

☐ Yes ☒ No If yes, indicate how much? ________

*(Minimum: $20 per week Short-Term Disability) (Minimum: $88 per Month Long-Term Disability)*

## 5. Who is your treating health care provider?

This is your primary health care professional. Please have them complete the Attending Physician's Statement. If you have additional health care providers, please also complete the Treating Medical Professional form.

Terry Knighton
Physician's Full Name

903 838-0444
Phone Number

Fax Number

4105 N. Kings Hwy
Street Address

Nash | Tx | 75569
City State Zip Code

## 6. Account for Direct Deposit ☒ Checking ☐ Saving

Wells Fargo
Bank Name

111900659
Routing Number

6373542
Account Number

The above statements are true and complete to the best of my knowledge and belief. I have read and understand Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Michael Morgason
Signature

11/25/2020
Date

Michael Morgason
Print Name

(Please see FRAUD NOTICES attached)

## Illness or Injury Supplemental Questionnaire

**Instructions: Please answer the questions to the best of your ability and sign and date below.**

1. Is someone else responsible for your illness/injury? ☐ Yes ☒ No
2. Are you making a claim against anyone or any insurance company other than Lincoln Financial Group? ☐ Yes ☒ No

**If you answered yes to either question above, please answer the following questions:**

3. Please describe in detail the cause of your illness or injury:
4. Please provide the location and address where the illness or injury occurred:
5. Please provide the Responsible Party's Information:
   1. Name: ______
   2. Address: ______
   3. Telephone Number: ______
   4. Insurance Company's Name: ______
   5. Claim Number: ______
6. If you have hired an attorney to investigate or prosecute a claim related to your illness or injury, please provide your attorney's information:
   1. Name: ______
   2. Address: ______
   3. Telephone Number: ______
7. If you have any documents related to any investigation into how your illness or injury occurred, please attach them.

**I have answered the above questions to the best of my ability. I understand that fraudulently answering any of these questions could result in the suspension or termination of my benefits. I further understand that I have an obligation to supplement any of the above responses should any of the above information change in the future.**

Print Name: Michael Morgason

Signature: [signature] Date: 11 / 25 / 2020

Lincoln Financial Group®

# Authorization For Release Of Information

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Morgason (Last) Michael (First) R. (Middle)

Date of Birth: ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Michael Morgason **DATE** 11 / 25 / 2020
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Michael Morgason

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient self

**ADDRES**

(State) (Zip Code)

**PHONE I**

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

Full Name (First): Michael
(M.I.):
(Last Name): Morgasson
Social Security Number:

Height: 5'11"
Weight: 167
Blood Pressure: 120/80
Employer Name:

**2. Diagnosis**

Primary ICD diagnostic Code (Required): M79.604
Primary ICD diagnosis Description: Pain in Right lower limb

Secondary ICD Diagnosis Code:
Secondary ICD Diagnosis Description:

Pregnancy: First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery __/__/__ ☐ Vaginal ☐ C-Section

Symptoms: Right leg pain, weakness

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ABI, Venous doppler - both negative

**3. Disability Circumstances** - *Check if applicable*

☑ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:
Symptoms first Appeared: 9/20/20
Reduced Ability to work: __/__/__
Advised to stop work: __/__/__
Initial Treatment: 9/24/20
Most Recent Treatment: 11/18/20
Next Treatment: __/__/__
Dates hospital confined: __/__/__ to __/__/__

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Keep on feet all day
Restrictions (what the patient SHOULD NOT do)

No Walking/Standing for long periods, bending, Stooping
Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ~~1-o-o~~ C | Standing | N | Crouching | N | Overhead | ~~1-o-o~~ C |
| 6-10 lbs. | ~~1-o-o~~ C | Walking | N | Crawling | N | Desk Level | ~~1-o-o~~ C |
| 11-25 lbs. | C | Sitting | C | Grasping | C | Below Waist | ~~1-o-o~~ C |
| 26-50 lbs. | C | Balancing | N | Climbing | N | | |
| 51-100 lbs. | C | Stooping | N | Pushing | C | | |
| 100 + lbs. | C | Kneeling | N | Pulling | C | | |
| | | Fingering | C | Bending | N | | |

Not Sure if he can Sit for long hours
What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

Date patient experienced loss of Cognitive Functioning: ___/___/___

## 5. Treatment

Referred to Ortho - prescribed meds
Scheduled for NCV/EMG 12/23/20

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Good

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on: 11/20/20 to 1/2/21

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name: Michael Crabtree, FNP

Street Address: 4105 N Kings Hwy

City: Texarkana State: TX Zip Code: 75503

Phone Number: 903-838-0444 Fax Number: 903-838-0477

Signature: [signature] Date: 12/2/20

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Monday, April 26, 2021 2:27 PM
**To:** entrprserip
**Subject:** FW: Michael Morgason - Claim #1200120731
**Attachments:** MR Surgery 4 22 2021.pdf

---

**From:** Knape, Rachel
**Sent:** Monday, April 26, 2021 2:26:34 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Michael Morgason - Claim #1200120731

**Rachel Knape**
Claims Examiner II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2562 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Monday, April 26, 2021 1:17 PM
**To:** Knape, Rachel <Rachel.Knape@lfg.com>; Shelley McGee <Shelley.mcgee@txkisd.net>; Michael <morgason2@gmail.com>
**Subject:** Michael Morgason - Claim #1200120731

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ladies,

Please see attached info from the surgery center. Michael had surgery 4/22/21 and is scheduled for a post op follow up appointment on Monday, May 3rd. The recovery time is 4-6 months.

Please let me know if you have any questions or require additional information/documentation from Dr. Frederick's office.

Thank you,

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, April 12, 2021 12:14 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Michael Morgason - Claim #1200120731 |
| **Attachments:** | Physician Stmt for Cont Disability 04 09 2021.pdf; NCS EMG results 03 26 2021.pdf; Dr Frederick office notes 03 31 2021.pdf; Dr Frederick patient instructions.pdf; Dr Frederick brochure.pdf; Collection for Genetic Testing 04 09 21.pdf |

---

**From:** Knape, Rachel
**Sent:** Monday, April 12, 2021 12:13:23 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Michael Morgason - Claim #1200120731

**Rachel Knape**
Claims Examiner II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2562 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Friday, April 9, 2021 12:25 PM
**To:** Knape, Rachel <Rachel.Knape@lfg.com>; Shelley McGee <Shelley.mcgee@txkisd.net>; Michael <morgason2@gmail.com>
**Subject:** Michael Morgason - Claim #1200120731

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ladies,

03/26/21 - NCS/EMG test results were abnormal. Dr. Khan said the test identified denervation changes in the right hand and arm. Michael needs surgery to release the median nerve ASAP or he will lose use of his right hand. Dr. Khan ordered a genetic testing kit to be shipped to our home address.

03/31/21 - Michael visited w/Dr. Hugh Frederick, an orthopedic hand & wrist surgeon. Dr. Frederick suggested having his thumb and wrist repaired at the same time and gave us a brochure detailing one of the procedures. Michael must have medical clearance from his PCP before the surgeries can be scheduled. Dr. Frederick said the recovery time is 4-6 months.

04/09/21 - Michael visited Terry Knighton @ The Knighton Center to have blood tests and an EMG for pre-op screening. Their office will issue a letter clearing Michael for surgery if all blood results come back normal Monday. I anticipate Michael will have surgery before the end of the month. Blood for genetic testing was drawn and the specimen was shipped off today.

Dr. Khan said genetic test results are completed in 14-21 days. Her office will call to schedule a follow up appointment to discuss next steps after the genetic test results are received.

I've attached lots of info - please let me know if you need further documentation.

Thank you,

**Kristin Morgason**
Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, March 18, 2021 11:47 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim 1200120731 - Michael Morgason |
| **Attachments:** | MRM Cervial Spine 12 23 20.pdf; MRM Lumbar Spine 12 23 20.pdf; Dr Khan 2 23 2021 summary.pdf; Dr Khan 2 23 2021 notes.pdf |

---

**From:** Knape, Rachel
**Sent:** Thursday, March 18, 2021 11:47:06 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Claim 1200120731 - Michael Morgason

**Rachel Knape**
Claims Examiner II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2562 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Wednesday, March 17, 2021 4:36 PM
**To:** mk6708 <morgason2@gmail.com>; Knape, Rachel <Rachel.Knape@lfg.com>; Shelley McGee <Shelley.mcgee@txkisd.net>
**Subject:** Re: Claim 1200120731 - Michael Morgason

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Rachel,

Michael said I failed to send you all of his medical info (there is TOO much). Please see attached radiology reports and Dr. Khan's notes/summaries from the 2/23 visit. Michael will return to UT on Friday, March 26th for additional testing.

Thank you,
Kristin

On Fri, Mar 12, 2021 at 3:39 PM Kristin Morgason <kristin.morgason@bxs.com> wrote:

> Rachel and Shelley,
>
> Please see continuance of disability form, medical records and lab results attached.
>
> Thank you,
> Kristin

--

**Kristin Morgason**

Lending Assistant II
NMLS# 1654899

**BancorpSouth**
5702 Richmond Rd. | Texarkana, TX 75503
903-223-2212 Office | 903-223-6445 Fax

CONFIDENTIALITY NOTICE: This message originates from BancorpSouth. This e-mail message and all attachments may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and which is intended solely for the use of the addressee(s) named above. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by telephone or by return e-mail.

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, March 12, 2021 4:46 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Claim 1200120731 - Michael Morgason |
| **Attachments:** | MRM Disability form 02 24 2021.pdf; MRM Dr Hussaini med records Nov and Dec 2020.pdf; MRM lab results Nov and Dec 2020.pdf; MRM Health Summary UT Southwestern.pdf |

---

**From:** Knape, Rachel
**Sent:** Friday, March 12, 2021 4:45:24 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Claim 1200120731 - Michael Morgason

**Rachel Knape**
Claims Examiner II
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2562 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Kristin Morgason <kristin.morgason@bxs.com>
**Sent:** Friday, March 12, 2021 3:39 PM
**To:** mk6708 <morgason2@gmail.com>; Knape, Rachel <Rachel.Knape@lfg.com>; Shelley McGee <Shelley.mcgee@txkisd.net>
**Subject:** Claim 1200120731 - Michael Morgason

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Rachel and Shelley,

Please see continuance of disability form, medical records and lab results attached.

Thank you,
Kristin

CONFIDENTIALITY STATEMENT

This email and any documents transmitted with it may contain information that is confidential or proprietary to BancorpSouth Bank or is subject to legal privilege and is solely for the use of the individuals or entities to whom this email was addressed or intended. If you received this message in error, please immediately notify the sender by reply email and delete the message and any attachments from your computer or other device. Any other use, retention, dissemination, forwarding, printing or copying of this email (or any portion of it) is strictly prohibited.

**ClaimsHOAdmin**

**From:** Disability Claims
**Sent:** Tuesday, December 8, 2020 7:47 AM
**To:** entrprserip
**Subject:** FW: (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

**From:** Claims Receipt
**Sent:** Tuesday, December 8, 2020 7:47:22 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** morgason2@gmail.com
**Cc:** Disability Claims
**Subject:** (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

E-communication from Lincoln Financial Group

GROUP BENEFITS

Lincoln Financial Group
You're In Charge

Dear Michael Morgason:

You recently sent a short-term disability claim to Lincoln Financial Group—we've received it and entered your information into our system. Your claim number for this request is 1200120731.

Next, we'll assign a dedicated claims examiner to carefully and thoroughly review your information. **Your claims examiner will contact you about your claim status within one week.**

You can rely on us to provide all the information you need, including a full explanation of your claim decision. If we need additional details, the claims examiner will reach out to you—just fax your documentation to {877-843-3950} and include your claim number. Your prompt attention will help keep the review process on track.

If you have additional questions, call us at 1-800-423-2765 from 7:00 a.m.–7:00 p.m. CT, Monday through Thursday, and 7:00 a.m.–5:00 p.m. CT Friday, or email us at Claims@LFG.com. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lincoln Financial Group Claims team

The Lincoln National Life Insurance Company

Lincoln Life & Annuities Company of New York

Please do not reply to this message. Replies are routed to an unmonitored mailbox. If you have questions please email us at Claims@LFG.com.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-1742837-032317

©2017 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group
150 N. Radnor-Chester Road
Radnor, PA 19087
877-ASK-LINCOLN
877-275-5462

You're In Charge®