United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL MORGASON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-25-3625 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

On the joint stipulation of the parties under Federal Rule of Civil Procedure 41(a), (Docket Entry No. 16), all claims the Plaintiff asserted or could have asserted against the Defendant in this case are dismissed with prejudice, with each party to bear its own costs.

SIGNED on June 1, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge