**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL MORGASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-3625 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff MICHAEL MORGASON and files this Unopposed Motion to Dismiss all claims against Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and request this Court to enter the attached Order of Dismissal of Claims with prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff MICHAEL MORGASON against Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and that attorneys' fees and costs of court be taxed against the party incurring same.

Respectfully submitted,

**MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.**

/s/ Britney McDonald
Britney McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF, MICHAEL MORGASON

**CERTIFICATE OF SERVICE**

I certify that a copy of the attached has been forwarded to all known counsel of record via CM/ECF on June 2, 2026.

/s/ Britney McDonald
Britney McDonald

**CERTIFICATE OF CONFERENCE**

Undersigned Counsel hereby certifies that all parties were conferenced regarding the substance of this Motion. Defendant is unopposed to the filing of this Motion.

/s/ Britney McDonald
Britney McDonald