United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL MORGASON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-3625 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff, Michael Morgason, has filed an unopposed motion to dismiss with prejudice. (Docket Entry No. 18). This court has already filed an order of dismissal that dismisses all claims, with prejudice, with each party to bear its own costs. (Docket Entry No. 17). Although unnecessary, the court grants the motion.

SIGNED on June 4, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge